06-CV-00204-BR

FILED ___ ENTERED
LODGED ___ RECEIVED

FEB 1 3 2006  LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                          DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

Gordon

v.

Virtumundo

No. CV06-0204 JCC

**PRAECIPE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

You will please _Issue two summons in blank for the above case_

( ) Plaintiff    ( ) Defendant
Signature

Sum - Issu.

Page 1

Dockets.Justia.com