

06-CV-00204-RCPT

FILED ___ ENTERED
LODGED ___ RECEIVED

MAR 07 2006    DB

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
            DEPUTY

IN THE
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| JAMES S. GORDON, JR., A MARRIED INDIVIDUAL D/B/A/ 'GORDONWORKS.COM', <br><br>Plaintiff/Petitioner<br><br>vs.<br><br>VIRTUMUNDO, INC., A DELAWARE CORPORATION D/B/A ACKNOWLEDGEMAIL.COM; ET AL.,<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO. CV06-0204 JCC<br><br>DECLARATION OF SERVICE OF:<br>SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT FOR DAMAGES UNDER THE CAN-SPAM ACT OF 2003 (15 U.S.C. S7701, ET SEQ); WASHINGTON CONSUMER PROTECTION ACT (RCW 19.86); THE WASHINGTON COMMERCIAL ELECTRONIC MAIL ACT (RCW 19.190); AND THE INDENTITY CRIMES ACT (RCW 9.35) |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the 24th day of February, 2006, at 2:00 PM, at the address of 120 S CENTRAL Avenue, CLAYTON, St. Louis County, MO ; this declarant served the above described documents upon ADKNOWLEDGE, INC., A DELAWARE CORPORATION D/B/A ADKNOWLEDGEMAIL.COM, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with EDYTHE KING, SENIOR PROCESS SPECIALIST, BLACK FEMALE, BLACK HAIR, AGE: 40, 5'03", 130 LBS.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED this 28th day of February, 2006.

KEVIN S GRILLION, Reg. # 0129-277740, MADISON, IL

ABC's Client Name
Merkle, Siegel & Friedrichsen
Gordon v. Virtumundo

ORIGINAL PROOF OF SERVICE

ABC Tracking #: 8018631

http://www.abclegal.com/asp/aas/pos/perlres.asp?id=8018631&displayid=1                2/28/2006

Dockets.Justia.com