

**06-CV-00204-BCST**

FILED ____ ENTERED
____ LODGED ____ RECEIVED

MAR 10 2006    DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

## IN THE
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| JAMES S. GORDON, JR., A MARRIED INDIVIDUAL D/B/A/ 'GORDONWORKS.COM', <br><br> Plaintiff/Petitioner <br><br> vs. <br><br> VIRTUMUNDO, INC., A DELAWARE CORPORATION D/B/A ACKNOWLEDGEMAIL.COM; ET AL., <br><br> Defendant/Respondent | Hearing Date: <br><br> CAUSE NO. **CV06-0204 JCC** <br><br> DECLARATION OF SERVICE OF: **SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT FOR DAMAGES UNDER THE CAN-SPAM ACT OF 2003 (15 U.S.C. 87701, ET SEQ); WASHINGTON CONSUMER PROTECTION ACT (RCW 19.86); THE WASHINGTON COMMERCIAL ELECTRONIC MAIL ACT (RCW 19.190); AND THE INDENTITY CRIMES ACT (RCW 9.35)** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **28th day of February, 2006, at 1:54 PM**, at the address of **4600 MADISON 10TH FLOOR, KANSAS CITY**, Jackson County, **MO** ; this declarant served the above described documents upon **SCOTT LYNN**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **SCOTT LYNN**, , a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Washington** that the statement above is true and correct.

DATED this **1st day of March, 2006**.

*Therese M Cox*

**Therese Cox**

| | | |
|---|---|---|
| ABC's Client Name <br> **Merkle, Siegel & Friedrichsen** <br> **Gordon v. Virtumundo** | ORIGINAL PROOF OF SERVICE | ABC Tracking #: **8018630** |

Sworn to and subscribed before me this __/__
day of __March__, 20 _06_
Witness my hand and official seal
Notary Public

ROBERT ROWLAND
Notary Public – Notary Seal
State of Missouri
County of Clay
My Commission Expires 12/29/2007

Dockets.Justia.com