The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES S. GORDON, Jr., a married individual, d/b/a 'GORDONWORKS.COM', <br><br> Plaintiff, <br><br> v. <br><br> VIRTUMUNDO, INC, a Delaware corporation d/b/a ADNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a ADKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, 1-X, <br><br> Defendants. | No. CV06-0204JCC <br><br> **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(2)** |

THIS MATTER comes before the Court on the Motion to Dismiss for Lack of Personal Jursdiction of Defendants Virtumundo, Inc., Adknowledge, Inc., and Scott Lynn (collectively "Defendants"). Having reviewed the Complaint, Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and the Declarations of Michael Geroe and Allen Brandt in support thereof, Plaintiff's Response to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, and Defendants' Reply in Support of the Motion to Dismiss for Lack of Personal Jurisdiction, the Court finds and rules as follows:

DEFS.' MOT. TO DISMISS FOR LACK OF JURISDICTION - 1 (CV06-0204JCC)

**NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

1.    Plaintiff fails to allege any basis for the assertion of personal jurisdiction over Defendant Virtumundo, Inc. Defendant Virtumundo, Inc. did not purposefully avail itself of this forum and lacked sufficient contacts with the State of Washington to be subject to jurisdiction in this State;

2.    Plaintiff fails to allege any basis for the assertion of personal jurisdiction over Defendant Adknowledge, Inc. Defendant Adknowledge, Inc. did not purposefully avail itself of this forum and lacked sufficient contacts with the State of Washington to be subject to jurisdiction in this State;

3.    Plaintiff fails to allege any basis for the assertion of personal jurisdiction over Defendant Scott Lynn. Defendant Scott Lynn did not purposefully avail himself of this forum and lacked sufficient contacts with the State of Washington to be subject to jurisdiction in this State;

4.    Accordingly, the Court hereby ORDERS that Plaintiff's Complaint is dismissed with prejudice; and

5.    The Court further ORDERS Defendants are entitled to their reasonable attorneys' fees and costs in defending this lawsuit pursuant to RCW 4.28.185(5). Defendants are directed to file an attorney's fees declaration with respect thereto and Plaintiff may respond within 7 calendar days of said filing.

It is HEREBY ORDERED.

The Clerk of the Court is directed to enter judgment in favor of Defendants.

DATED this _____.

_____
UNITED STATES DISTRICT JUDGE

DEFS.' MOT. TO DISMISS FOR
LACK OF JURISDICTION - 2
(CV06-0204JCC)

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800