The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES S. GORDON, Jr., a married individual, d/b/a 'GORDONWORKS.COM', <br><br> Plaintiff, <br><br> v. <br><br> VIRTUMUNDO, INC, a Delaware corporation, d/b/a ADNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a ADKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, I-X, <br><br> Defendants. | NO. CV06-0204 <br><br> **DECLARATION OF ALLEN BRANDT IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** <br><br> **NOTE ON MOTION CALENDAR: APRIL 7, 2006** |

I, Allen Brandt, do declare and testify as follows:

1. I am over the age of eighteen (18) years, and competent to testify to the matters stated herein.

2. I am, and have been at all times relevant to this lawsuit, a resident of the State of Kansas.

3. I am currently General Counsel for Virtumundo, Inc.. As such, and I am knowledgeable about the business practices, and methods and manner of operation at issue for Virtumundo, Inc. in this lawsuit.

DECL. OF ALLEN BRANDT RE DEFS.' MOT. TO DISMISS - 1

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

4. Virtumundo, Inc. Was never properly served with process in this action. Virtumundo does not waive Plaintiff's obligation to serve valid process on it.

5. Virtumundo, Inc. is organized under the laws of the State of Delaware and has its principal place of business in Overland Park, Kansas.

6. Virtumundo, Inc. does not currently have any relationship to Defendant Adknowledge, Inc. Virtumundo, Inc. does not "do business as" Adknowledgemail.com, as alleged in Plaintiff James Gordon's Complaint.

7. Adknowledge, Inc. and Virtumundo, Inc. are two separate corporate entities and currently have no relationship to each other.

**A.   VIRTUMUNDO'S BACKGROUND AND BUSINESS OPERATIONS**

8. Virtumundo, Inc. is engaged in the business of online marketing, including marketing through email, providing services to optimize Internet web sites, and providing key word advice. Virtumundo, Inc. has approximately 20 employees.

9. Virtumundo's marking services are permission-based services provided to various third party clients, including Sears, Roebuck and Co. and Prudential Financial.

10. Consumers "opt-in" to Virtumundo's marketing services by indicating that they are interested in receiving marketing offers regarding certain subject matter. These consumers voluntarily provide their information to Virtumundo, or its marketing partners through web sites such as www.iwon.com and www.grandprizecentral.com.

11. Either Virtumundo or its marketing partners provide clear and conspicuous notice to these consumers prior to registration that the information the consumers provide will be used by these marketing partners and those affiliated with them (e.g., Virtumundo) to market to them via e-

DECL. OF ALLEN BRANDT RE DEFS.' MOT. TO DISMISS - 2

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

1  mail and/or the Internet.

2      12.   All emails transmitted by Virtumundo contain accurate information in the subject line. Virtumundo employs processes to screen each message that is transmitted. Similarly, Virtumundo has not ever obscured or misrepresented any transmission information with respect to any emails. At all times, Virtumundo only transmits emails from domains that it owns.

**B.   VIRTUMUNDO INC.'S LACK OF CONTACTS WITH WASHINGTON STATE**

    13.   Virtumundo has no offices or employees in the State of Washington.

    14.   Virtumundo does not own or rent real property in the State of Washington.

    15.   All of Virtumundo's employees are located in the State of Kansas.

    16.   Virtumundo has not previously and does not now focus any sales efforts with respect to its underlying clients to the State of Washington. Virtumundo has not targeted any bulk email or other advertisements to the State of Washington.

    17.   Virtumundo does not have an office, statutory agent, telephone listing or mailing address in Washington.

    18.   Virtumundo does not have any vendors, bank accounts, licenses or other operations in Washington.

    19.   Virtumundo is not subject to any taxation in Washington.

    20.   Virtumundo does not advertise in any Washington newspapers or magazines or other Washington media.

    21.   Virtumundo does not have any Washington-based shareholders.

    22.   None of Virtumundo's employees or agents have traveled to Washington on official business.

    23.   Virtumundo does not generate any substantial percentage of its

DECL. OF ALLEN BRANDT RE DEFS.' MOT. TO DISMISS - 3

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

revenues from activities in the State of Washington. In 2004, only 0.04% of Virtumundo's revenue was generated from the State of Washington. In 2005, only 0.16% of Virtumundo's revenue was generated from the State of Washington.

24. The email addresses to which Virtumundo sends emails do not contain area codes or mailing addresses that would designate the location of the recipient. Moreover, email can be accessed anywhere in the world via the Internet and, as a result, email cannot be sent to a particular geographic location. Concomitantly, Virtumundo does not target any of its email marketing to the State of Washington.

C. VIRTUMUNDO, INC.'S LACK OF CONTACTS WITH PLAINTIFF JAMES GORDON

25. After the formation of Virtumundo, I was provided the name of Plaintiff James Gordon as an individual involved with litigation adverse to Adknowledge, Inc. I accordingly caused Mr. Gordon's name to be removed from Virtumundo, Inc.'s database of consumers so that Mr. Gordon would receive no further contact from Virtumundo.

26. Since that time, Virtumundo has not made any contact with Mr. Gordon via email, for commercial purposes or otherwise.

I declare that the forgoing is true and correct to the best of my knowledge and belief under the penalty of perjury under the laws of the United States.

EXECUTED this 16th day of March, 2006.



Allen Brandt

DECL. OF ALLEN BRANDT RE DEFS.' MOT. TO DISMISS - 4

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800