**EXHIBIT B**

10

Dockets.Justia.com

X-Persona: <ValueWeb>
Received: from cust_req_fwding (business@gordonworks.com --> jsg33051@gordonworks.com) by ams.ftl.affinity.com id
<232160-13763>; Mon, 18 Aug 2003 11:59:53 -0400
Received: from 03.msdsa.com ([206.251.239.86]) by ams.ftl.affinity.com with ESMTP id <232308-13766>; Mon, 18 Aug
2003 11:59:09 -0400
Received: (from daemon@localhost)
    by 03.msdsa.com (8.8.8/8.8.8) id IAA30472;
    Mon, 18 Aug 2003 08:22:49 -0700 (PDT)
Date: Mon, 18 Aug 2003 08:58:16 -0700 (PDT)
Message-Id: <200308181522.IAA30472@03.msdsa.com>
From:   Prize Allocation Dept <FreePresent@03.msdsa.com>
To:     business@gordonworks.com
Subject: You've Won!
MIME-Version: 1.0
Content-Type: text/html; charset="iso-8859-1"

 **Your source for free stuff.**

You've Won!  Click here to accept your prize:

*Please note that actual prize will be issued by our sponsor.

unsubscribe from this mailing list: click here
or send a blank to: r.FreePresent.0-1f71b1e-5c3d.gordonworks.com.-business@03.msdsa.com
13jrs

X-Persona: <ValueWeb>
Received: from cust_req_fwding (msm@gordonworks.com --> jsg33051@gordonworks.com) by ams.ftl.affinity.com id
<225825-24448>; Sun, 10 Aug 2003 05:10:01 -0400
Received: from g.ew01.com ([69.6.0.16]) by ams.ftl.affinity.com with ESMTP id <223719-24447>; Sun, 10 Aug 2003
05:09:03 -0400
Received: (from daemon@localhost)
      by g.ew01.com (8.8.8/8.8.8) id DAA98568;
      Sun, 10 Aug 2003 03:36:27 -0400 (EDT)
Date: Sun, 10 Aug 2003 05:08:08 -0400 (EDT)
Message-Id: <200308100736.DAA98568@g.ew01.com>
From:   You actually won <LuckyDeals@g.ew01.com>
To:     msm@gordonworks.com
Subject: Prize Center
MIME-Version: 1.0
Content-Type: text/html; charset="iso-8859-1"

Please respond here for your chance to claim big prize:

  Click Here




* Supplies are LIMITED. Hurry before they are given away


unsubscribe from this mailing list: click here
or send a blank to: r.LuckyDeals.0-1edf9a8-3885.gordonworks.com.-msm@g.ew01.com
ezeih

/2

X-Persona: <ValueWeb>
Received: from cust_req_fwding (cash@gordonworks.com --> jsg33051@gordonworks.com) by ams.ftl.affinity.com id <220497-1051>; Wed, 6 Aug 2003 16:42:16 -0400
Received: from b.hm02.com ([206.71.160.14]) by ams.ftl.affinity.com with ESMTP id <225318-1052>; Wed, 6 Aug 2003 16:41:39 -0400
Received: (from daemon@localhost)
     by b.hm02.com (8.8.8/8.8.8) id FAA81907;
     Wed, 6 Aug 2003 05:56:18 -0700 (PDT)
Date: Wed, 6 Aug 2003 07:40:24 -0700 (PDT)
Message-Id: <200308061256.FAA81907@b.hm02.com>
From:   Prize Allocation Dept <BuyersAdvantage@b.hm02.com>
To:     cash@gordonworks.com
Subject: Your name came up a winner!
MIME-Version: 1.0
Content-Type: text/html; charset="iso-8859-1"


Congratulations! Click here to claim your prize:




*Please note that actual prize will be issued by our sponsor.



To unsubscribe from this mailing list: click here
or send a blank message to: r.BuyersAdvantage.0-1ea2f84-f41.gordonworks.com.-cash@b.hm02.com

X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jsg33051@gordonworks.com) by ams.ftl.affinity.com id <277171-7643>; Mon, 8 Sep 2003 09:14:43 -0400
Received: from vt11.vtarget.com ([216.64.222.11]) by ams.ftl.affinity.com with ESMTP id <277967-7645>; Mon, 8 Sep 2003 09:13:15 -0400
Received: from vtarget.com (192.168.3.10)
  by vt11.vtarget.com with SMTP; 08 Sep 2003 08:13:15 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 128163
From:   NFL on DirecTV <WatchNFLOnDirecTV128163@vtarget.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: MailCenter <mailcenter+128163@virtumundo.com>
Subject: NFL Sunday Ticket and 4 Free Months of DirecTV
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep8.091315-0400_edt.277967-7645+3986@ams.ftl.affinity.com>
Date:Mon, 8 Sep 2003 09:13:15 -0400



⊕    You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at
⊕    http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo
      Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
      services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
      (c) 1998-2003 Virtumundo, Inc. All rights reserved.

15

X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <216611-20680>; Wed, 1 Oct 2003 10:08:34 -0400
Received: from relay02.mindsharedesign.com ([216.39.113.10]) by ams.ftl.affinity.com with ESMTP id <216875-20663>; Wed, 1 Oct 2003 10:07:39 -0400
Received: from i.pm0.net (i.pm0.net [216.39.113.141])
    by relay02.mindsharedesign.com (Postfix) with ESMTP id A6E31643B
    for <james@gordonworks.com>; Wed, 1 Oct 2003 07:05:16 -0700 (PDT)
Received: (from pmguser@localhost)
    by i.pm0.net (8.12.8/8.12.2/Submit) id h91E7bxU007989;
    Wed, 1 Oct 2003 07:07:37 -0700 (PDT)
Date: Wed, 1 Oct 2003 07:07:37 -0700 (PDT)
Message-Id: <200310011407.h91E7bxU007989@i.pm0.net>
From:   "EmailPrize.com" <pmgsender@returns.mb00.net>
To:     <james@gordonworks.com>
X-PMG-Userid: emailprize
X-PMG-Msgid: unsubscribe
X-PMG-Recipient: james@gordonworks.com
Subject: Unsubscribed Successful!
MIME-Version: 1.0
Content-Type: text/plain; charset="iso-8859-1"

You have been unsubscribed to the EmailPrize Newsletter.  We are sorry to see you leave.

EmailPrize.com