**EXHIBIT E**

Case 2:06-cv-00204-JCC    Document 12-6    Filed 04/03/2006    Page 1 of 3

22
Dockets.Justia.com

```
X-Persona: <gordonworks.com>
Return-Path: <JAMES@GORDONWORKS.COM>
Delivered-To: 7-jim@gordonworks.com
Received: (qmail 9124 invoked by uid 0); 15 Feb 2006 13:39:10 -0600
Received: (qmail 6597 invoked from network); 15 Feb 2006 13:39:07 -0600
Received: from smtp22.prefersend.com (207.53.245.32)
  by gnwalpha.org with SMTP; 15 Feb 2006 13:39:06 -0600
Content-Transfer-Encoding: 7bit
Content-Type: multipart/alternative; boundary="_----------=_1140032332153883744"
MIME-Version: 1.0
X-Mailer: MIME::Lite 2.117  (F2.6)
Date: Wed, 15 Feb 2006 19:38:52 UT
To: JAMES@GORDONWORKS.COM
From: The Hartford <Shoppersvoice@prefersend.com>
Reply-To: Shoppersvoice@prefersend.com
Subject: Take The Hartford Auto Quote Challenge
X-Campid: cid=199-uid=1821060-mid=1254-pid=47--
X-Eid: JAMES@GORDONWORKS.COM
Message-Id: <20060215193852.0BBCD3E40ACE3@smtp22.prefersend.com>
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **
X-Spam-Status: No, hits=2.2 required=7.0 tests=BAYES_20,CLICK_BELOW,
    HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_FONT_BIG,
    HTML_LINK_CLICK_HERE,HTML_MESSAGE,HTML_TAG_BALANCE_A,MIME_HTML_ONLY,
    MIME_HTML_ONLY_MULTI,RCVD_IN_SBL autolearn=no version=2.63
```

This message was sent to you because you've agreed to receive information from Virtumundo and our partners.

We are pleased to share with you a valuable promotional offer from The Hartford.
Click here to unsubscribe from future mailings.

# How Much is Your Good Driving Record Worth?

Dear Reader,
With **Auto Insurance from The Hartford,** your good driving record could be worth significant dollars. In fact, you could be "sitting" on savings of **$200, $250, $300*** or more - in just the first year - by staying with your current company. (click here to continue)

**Great Savings, Service and Benefits...**
**You can have it all with The Hartford!**

### Click and compare. See how much you might save

Short on time? No problem, we can
remind you by email when to get a quote.
Sign up now!

*Savings amounts are based on information from The Hartford customers who became new policyholders with our Direct Plan between 7/1/04 and 6/30/05 and provided data regarding their savings. Your savings may vary.
Specific features and discounts vary by state in agreement with our filings and applicable law.

The Hartford, 200 Executive Blvd. PO Box 1037, Southington, CT 06489.
The Hartford Privacy Policy.

Click here to opt-out.

24