| | |
|---|---|
| MERKLE SIEGEL & FRIEDRICHSEN, P.C.<br>Robert J. Siegel<br>1325 Fourth Ave., Suite 940<br>Seattle, WA 98101<br>(206) 624-9392 | THE HON. JOHN C. COUGHENOUR |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| JAMES S. GORDON, Jr., a married individual, d/b/a 'GORDONWORKS.COM',<br><br>Plaintiff,<br>v.<br><br>VIRTUMUNDO, INC, a Delaware corporation, d/b/a ADNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a ADKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, I-X,<br><br>Defendants. | NO. CV06-0204JCC<br><br>DECLARATION OF ROBERT J. SIEGEL IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |

I Robert J. Siegel state and declare as follows:

1.      I am counsel of record for Plaintiff James S. Gordon, Jr. in this matter.

---

DECLARATION OF ROBERT J. SIEGEL IN SUPPORT OF PLAINTIFF'S RESPONSE TO MOTION TO DISMISS GORDON v. VIRTUMUNDO GROUP, INC. - 1

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

1  2.  Attached hereto as **Exhibit "A"** are true and correct copies of orders from this Court, Thomas S. Zilly, denying defendants' motions to dismiss in Cause Nos. C02-2183Z and C02-2184Z.

3.  Attached hereto as **Exhibit "B"** is a true and correct copy of two recent decisions by the Eastern District of Washington: Order Denying Defendant's Motion To Dismiss, in <u>Gordon v. Impulse Marketing Group, Inc.</u>, Cause No. CV-04-5125-FVS, and Order Denying Motion To Dismiss For Lack of Jurisdiction, in <u>Gordon v. Ascentive, LLC.</u>, Cause No. CV-05-5079-FVS.

4.  Attached hereto as **Exhibit "C"** is a true and correct copy of a Washington State Superior Court's order denying Virtumundo's 12(B)(2) Motion To Dismiss in <u>Hodgell v. Virtumundo, Inc.</u>,(Cause No. 03-2-36850-4SEA), and Virtumundo's Motion To Dismiss.

5.  Attached hereto as **Exhibit "D"** is a true and correct copy of the Maryland decision in the Court of Special Appeals of Maryland, No. 2321, 2004 in <u>Marycle, LLC., et al v. First Choice Internet, Inc., et al.</u>

6.  Attached hereto as **Exhibit "E"** is a true and correct copy of Plaintiff's First Amended Complaint.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

SIGNED this 31st day of March, 2006, at Seattle, Washington.

MERKLE SIEGEL & FRIEDRICHSEN, P.C.

_____
ROBERT J. SIEGEL, WSBA #17312
Attorney for Plaintiff

DECLARATION OF ROBERT J. SIEGEL IN SUPPORT OF PLAINTIFF'S RESPONSE TO MOTION TO DISMISS GORDON v. VIRTUMUNDO GROUP, INC.
- 2

MERKLE SIEGEL & FRIEDRICHSEN
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

1

2

Certificate of Service

3

I, hereby, certify that on April 3, 2006, I filed this affidavit with this Court via approved electronic filing, and served the following:

4

Attorneys for Defendants: Derek A. Newman, Newman & Newman.

5

*Adana Lloyd* (signature)

6

Adana Lloyd

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF ROBERT J. SIEGEL IN SUPPORT OF PLAINTIFF'S RESPONSE TO MOTION TO DISMISS GORDON v. VIRTUMUNDO GROUP, INC. - 3

MERKLE SIEGEL & FRIEDRICHSEN
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717