1

2   MERKLE SIEGEL & FRIEDRICHSEN,          THE HONORABLE
    P.C.                                   JOHN C. COUGHENOUR
3   1325 Fourth Ave., Suite 940
    Seattle, Washington 98101-2509
4   Phone (206)-624-9392
    Fax (206) 624-0717
5

6

7                    IN THE UNITED STATES DISTRICT COURT
8                   FOR THE WESTERN DISTRICT OF WASHINGTON
                                   AT SEATTLE
9
    JAMES S. GORDON, JR,                    NO.  CV-06-0204JCC
10  a married individual d/b/a
    'GORDONWORKS.COM'; OMNI
11  INNOVATIONS, LLC., a Washington        **[FIRST AMENDED]**
    limited liability company;             **COMPLAINT FOR DAMAGES UNDER THE**
12                                          **CAN-SPAM ACT OF 2003 [15 U.S.C. §7701, *et***
                                            ***seq.*]; WASHINGTON CONSUMER**
13                 Plaintiffs,              **PROTECTION ACT (RCW 19.86); THE**
                                            **WASHINGTON COMMERCIAL**
14  v.                                      **ELECTRONIC MAIL ACT (RCW 19.190);**
                                            **RCW 19.170 et seq., and Injunctive Relief**
15  VIRTUMUNDO, INC, a Delaware
    corporation, d/b/a
16  ADNOWLEDGEMAIL.COM;
    ADKNOWLEDGE, INC., a Delaware
17  corporation, d/b/a
    ADKNOWLEDGEMAIL.COM; SCOTT
18  LYNN, and his marital community; and
    JOHN DOES, I-X,                         **[JURY DEMANDED]**
19
20                 Defendants,

21  COME NOW, Plaintiffs James S. Gordon, Jr., and Omni Innovations, LLC., and bring this

22  COMPLAINT against defendants named herein. Plaintiffs allege the following on information

23  and belief:

24

25

26

27  NO. CV-06-0204JCC                Page 1 of 14      MERKLE SIEGEL & FRIEDRICHSEN, P.C.
    FIRST AMENDED COMPLAINT                                    1325 Fourth Ave., Suite 940
28                                                              Seattle, WA 98101-2509
                                                                Phone: 206-624-9392
                                                                 Fax: 206-624-0717