```
MERKLE SIEGEL & FRIEDRICHSEN, P.C.        THE HON. JOHN C. COUGHENOUR
Robert J. Siegel
1325 Fourth Ave., Suite 940
Seattle, WA 98101
(206) 624-9392
```

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| JAMES S. GORDON, Jr., a married individual, d/b/a 'GORDONWORKS.COM',<br><br>Plaintiff,<br><br>v.<br><br>VIRTUMUNDO, INC, a Delaware corporation, d/b/a ADNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a ADKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, I-X,<br><br>Defendants | NO. CV06-0204JCC<br><br>DECLARATION OF JAMES S. GORDON, JR. IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |

James S. Gordon, Jr. declares as follows:

1) I, James S. Gordon, Jr., am the Plaintiff in the above captioned lawsuit. I am over the age of 18 and am otherwise competent to testify.

---

DECLARATION OF JAMES S. GORDON, JR. IN SUPPORT OF PLAINTIFF'S RESPONSE TO MOTION TO DISMISS GORDON v. VIRTUMUNDO GROUP, INC. - 1

MERKLE SIEGEL & FRIEDRICHSEN
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

2) I am and have been a resident of Benton and Franklin Counties of Washington State since January 1978.

3) I received the first offending email from Defendants on or about August 21, 2003. The ad appears to have been sent on behalf of Full Spectrum Lending. (See copy of email attached as **Exhibit "A" – entitled Email Source Code**). This email is typical of, although not identical to the thousands of other emails received from Virtumundo/Adknowledgemail.

4) I had no relationship whatsoever with Virtumundo, AdknowledgeMail, Scott Lynn, or with Full Spectrum Lending prior to the receipt of this email.

5) In repeated attempts to obtain free prizes that various spammers' emails claimed that I had won, I was "tricked" into responding to misleading email ads from Virtumundo and other spammers. **Exhibit "B"** and **Exhibit "C"** [B = "You Have Already won email"] [C = email confirmation from Virtumundo – dated 9/4/03]

6) Despite numerous requests and demands to cease and desist, I continued to receive thousands of emails from Defendants through February 15, 2006.

7) I have sent approximately 200 direct email requests to Virtumundo to cease and desist and to stop transmission of all email. (See example request at **Exhibit "D" – Dear...Marketer letter/contract**). I sent those requests to: abuse@virtumundo.com, legal@virtumundo.com, postmaster@virtumundo.com, and webmaster@virtumundo.com addresses, and to the return email addresses in the spam.

8) At all times during which Defendants sent commercial emails to me, my address and residency as a Washington State resident was available to Defendants through my internet domain registration for the domains at which Defendants sent the offending emails.

DECLARATION OF JAMES S. GORDON, JR. IN SUPPORT OF PLAINTIFF'S RESPONSE TO MOTION TO DISMISS GORDON v. VIRTUMUNDO GROUP, INC. - 2

MERKLE SIEGEL & FRIEDRICHSEN
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

9) I also registered my Washington state residency status for email addresses at the WAISP.ORG registry (which is co-sponsored by the Washington state Attorney General's Office and has been upheld in *State v. Heckel* as a proper way to give notice to spammers that an email address was held by a Washington state resident.

10) Despite these numerous attempts to stop spam from Virtumundo/AdknowledgeMail I have received approximately 6,000 emails from them, with approximately an additional 5,000 recently discovered on my internet server, owned by Omni Innovations, LLC, which is also owned and operated by me, claims by which are included in my First Amended Complaint.

11) In fact, despite the above, and hundreds of requests and demands to cease and desist, Defendants continue to send unlawful spam to me!. See copy of most recent spam from Defendants, attached hereto as **Exhibit "E"- Feb. 2006 email**

12) The first Virtumundo spam that was sent to Omni's server is dated, June 10, 2005, which is about 20 months after the first Virtumundo spam was sent to "gordonworks.com". **Exhibit "F"**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

James S. Gordon, Jr.
9804 Buckingham Drive
Pasco, WA 99301
509-210-1069

EXECUTED this 30th day of March, 2006

*[signature]*

DECLARATION OF JAMES S. GORDON, JR. IN SUPPORT OF PLAINTIFF'S RESPONSE TO MOTION TO DISMISS GORDON v. VIRTUMUNDO GROUP, INC. - 3

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

1  James S. Gordon, Jr.

4                       Certificate of Service

5  I, hereby, certify that on April 4, 2006, I filed this affidavit with this Court via approved electronic filing, and served the following: Attorneys for Defendants:
6  Derek Newman of Newman & Newman.

7  *Adana Lloyd* (signature)
   Adana Lloyd

DECLARATION OF JAMES S. GORDON, JR. IN SUPPORT OF PLAINTIFF'S RESPONSE TO MOTION TO DISMISS GORDON v. VIRTUMUNDO GROUP, INC.
- 4

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717