**EXHIBIT A**

5
Dockets.Justia.com

```
                                        eud41.htm
<HTML><HEAD><STYLE>
BODY {font-family="Century Schoolbook"}
TT {font-family="Courier New"}
BLOCKQUOTE.CITE {padding-left:0.5em; margin-left:0; margin-right:0; margin-top:0;
margin-bottom:0; border-left:"solid 2";}
</STYLE></HEAD>
<BODY>
<Span CLASS=EUDORAHEADER>
X-Persona: &lt;ValueWeb&gt;<br>
</Span>
<Span CLASS=EUDORAHEADER>
Received: from cust_req_fwding (jim@gordonworks.com --&gt; jsg33051@gordonworks.com)
by ams.ftl.affinity.com id &lt;264027-11349&gt;; Thu, 21 Aug 2003 04:09:49 -0400<br>
</Span>
<Span CLASS=EUDORAHEADER>
Received: from 215.rb22ex.com ([216.109.87.215]) by ams.ftl.affinity.com with SMTP
id &lt;216820-11353&gt;; Thu, 21 Aug 2003 04:08:30 -0400<br>
</Span>
<Span CLASS=EUDORAHEADER>
To:<x-tab>     </x-tab>jim@gordonworks.com<br>
</Span>
<Span CLASS=EUDORAHEADER>
Date: Thu, 21 Aug 2003 04:08:42 -0500<br>
</Span>
<Span CLASS=EUDORAHEADER>
Message-ID: &lt;1061453322.9311@215.rb22ex.com&gt;<br>
</Span>
<Span CLASS=EUDORAHEADER>
From:<x-tab>   </x-tab>Financial Future
&lt;UvAYyiFxqE@rb22ex.com&gt;<br>
</Span>
<Span CLASS=EUDORAHEADER>
Return-Path: &lt;UvAYyiFxqE@rb22ex.com&gt;<br>
</Span>
<Span CLASS=EUDORAHEADER>
Reply-To: &lt;UvAYyiFxqE@rb22ex.com&gt;<br>
</Span>
<Span CLASS=EUDORAHEADER>
Subject: Mortgage rates are still low - take control of your Financial Future.<br>
</Span>
<Span CLASS=EUDORAHEADER>
X-MimeOLE: Prodigy Compatibility V 4.5eedef06 or later<br>
</Span>
<Span CLASS=EUDORAHEADER>
Mime-Version: 1.0<br>
</Span>
<Span CLASS=EUDORAHEADER>
Content-Type: text/html<br>
</Span>
<br>
<div>


<head>
</head>
<body bgcolor="#FFFFFF" text="#000000">

<head>
<title></title>
</head>

<BODY bgcolor="#FFFFFF" text="#000000" border="0">
```

Page 1

eud41.htm

```
<!-- DO NOT REMOVE THIS TABLE -->
<table bgcolor="#FFFFFF" text="#000000" border="0">
 <tbody>
  <tr>
   <td>

***************************************************************<br>
Ultimate Update Vol. III Issue 233<br>
***************************************************************<br>

   </td>
  </tr>
 </tbody>
</table>

<br>
<br>

<table width="576" bgcolor="#ffffff" cellpadding="0" cellspacing="0" border="0" align="center">
        <tr>
          <td valign="top" height="100" width="576">
            <a href="http://exceip.com/linkc/lc1/go.php3?932"><img src="http://exceip.com/graphics/country_wide/fsl_01.gif" height="100" width="576" border="0"></a><BR></td></tr>
        <tr>
          <td valign="top" height="100" width="576">
            <a href="http://exceip.com/linkc/lc1/go.php3?932"><img src="http://exceip.com/graphics/country_wide/fsl_02.jpg" height="100" width="576" border="0"></a><BR></td></tr>
        <tr>
          <td valign="top" height="100" width="576">
            <a href="http://exceip.com/linkc/lc1/go.php3?932"><img src="http://exceip.com/graphics/country_wide/fsl_03.jpg" height="100" width="576" border="0"></a><BR></td></tr>
        <tr>
          <td valign="top" height="100" width="576">
            <a href="http://exceip.com/linkc/lc1/go.php3?932"><img src="http://exceip.com/graphics/country_wide/fsl_04.jpg" height="100" width="576" border="0"></a><BR></td></tr>
        <tr>
          <td valign="top" height="100" width="576">
            <a href="http://exceip.com/linkc/lc1/go.php3?932"><img src="http://exceip.com/graphics/country_wide/fsl_05.jpg" height="100" width="576" border="0"></a><BR></td></tr>
        <tr>
          <td valign="top" width="576">
            <table width="576" bgcolor="#ffffff" cellpadding="8" cellspacing="0" border="0" align="center">
              <tr>
                <td valign="top" width="36">
                  <img src="http://exceip.com/graphics/country_wide/fsl_logo.gif" height="38" width="36" border="0"><BR></td>
```

7

```
                                        eud41.htm
                        <td valign="top">
                                <font face="arial, helvetica, sans serif" size="1">
                                Equal Housing Lender.  © 2003 Full Spectrum Lending, Inc.
Trade/service marks are the property of

Countrywide Financial Corporation and/or its subsidiaries. Some products may not be
available in all states.  Restrictions

apply.  All rights reserved.<BR><BR>
                                You have granted permission to Subscriberbase to email you
valuable offers they think would be of

interest to you. If you would like to opt-out of future messages from Full Spectrum
Lending, please click on <A

href="mailto:unsubscribe@fullspectrumlending.com?subject=Unsubscribe" >Full Spectrum
Lending</a>. If you wish to unsubscribe

from Subscriberbase's service, please follow the instructions at the bottom of this
email. <BR><BR>
                                                                             c?lid=1487"><font
face="arial, helvetica, sans serif"

size="1" color="#990000">STATE LICENSING INFORMATION</font></a><BR>
                                                                             c?lid=1489"><font
face="arial, helvetica, sans serif"

size="1" color="#990000">FULL SPECTRUM'S PRIVACY AND SECURITY
STATEMENT</font></a>
                                </font>
                                        </td></tr>
                                </table>
                        </td>
                </tr>
</table>
<!-- END CREATIVE CHANGES HERE  be sure not to include ending body or html tags in
above changes -->


<!-- DO NOT MAKE CHANGES BELOW THIS LINE -->

<br>
<br>
<br>



<!-- DO NOT REMOVE THIS TABLE -->

<table bgcolor="#FFFFFF" text="#000000" border="0">
 <tbody>
   <tr>
    <td>

*****************************************************************<br>
<br>
Cancel your subscription here:<br>
<a href="http://exceip.com/central/unsub.php?uni=jim@gordonworks.com"

target="_blank">http://exceip.com/central/unsub.php?uni=jim@gordonworks.com</a><br>
<br>

Requests may take up to 72 hours to process. As a result,<br>
                                        Page 3
```

8

```
                              eud41.htm
you may receive additional e-mail during this time.<br>
<br>
****************************************************************<br>


   </td>
  </tr>
 </tbody>
</table>

wvz^tbeqbajbexf(pbz
</body>
</html>
<img
src="http://exceip.com/prcl/plex24_prcl.php?track=jim@gordonworks.com+821J"></img>

</div>
```

9