**EXHIBIT C**

X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jsg33051@gordonworks.com) by ams.ftl.affinity.com id <245648-22782>; Thu, 4 Sep 2003 10:32:05 -0400
Received: from vt58.vtarget.com ([216.64.222.58]) by ams.ftl.affinity.com with ESMTP id <268931-22778>; Thu, 4 Sep 2003 10:31:29 -0400
Received: from vtarget.com (192.168.3.10)
 by vt58.vtarget.com with SMTP; 04 Sep 2003 09:31:26 -0500
X-ClientHost: &e
X-MailingID: 125279
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
    From:   ${COMPANY_NAME}$ <SpecialOffers125279@>
                                    ^-illegal subdomain in domain
From:  <mailcenter125279@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:    ${COMPANY_NAME}$ <SpecialOffers125279@>
                                    ^-illegal subdomain in domain
Subject: Receive Great Offers!
Message-Id: <03Sep4.103129-0400_edt.268931-22778+13415@ams.ftl.affinity.com>
Date:Thu, 4 Sep 2003 10:31:28 -0400

Greetings:

When you submitted information to Emailprize.Com/Computer.Php
including your email address, you gave permission to have promotional offers delivered to you
from third parties. If you take no action, you will begin receiving promotional offers from the
Virtumundo Rewards program. If you do not wish to receive email offers from Virtumundo
Rewards, please click on the following link to unsubscribe from Virtumundo Rewards:

http://www.virtumundo.com/unsub/rewardmail/index.html?james@gordonworks.com

You may also unsubscribe at a later date if you wish. Each Reward email offer you receive from
Virtumundo will include information about how to unsubscribe and a link to a web page where
you may unsubscribe.

Click here to review Virtumundo's privacy policy.

Sincerely,
Virtumundo, Inc

18