**EXHIBIT F**

Dockets.Justia.com

Case 2:06-cv-00204-JCC  Document 16-7  Filed 04/04/2006  Page 2 of 3

```
X-Persona: <Katie>
Return-Path: <mailcenter326154@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
     with SpamAssassin (2.63 2004-01-11);
     Fri, 10 Jun 2005 17:10:02 -0600
From: National Cooking Club <NationalCookingClub@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Complimentary issue of Cooking Pleasures magazine
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
     HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
     MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
     autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42AA1DCA.E8B05D05"
```

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam. The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email. If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'2480&e=katie@ehahome.com
 URI:http://ogy.cc/jun/cook/cook_01.gif
 URI:http://redirect.virtumundo.com/ct?i'2480&e=katie@ehahome.com
 URI:http://ogy.cc/jun/cook/cook_02.gif [...]

Content analysis details:   (8.2 points, 3.0 required)

```
 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
        [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam. If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 20353 invoked from network); 10 Jun 2005 17:10:01 -0600
Received: from vm-182-21.vm-mail.com (206.82.182.21)
  by ehahome.com with SMTP; 10 Jun 2005 17:10:01 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-21.vm-mail.com with SMTP; 10 Jun 2005 18:09:52 -0500
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 326154
From: National Cooking Club <NationalCookingClub@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326154@vm-rewards.com>

Subject: Complimentary issue of Cooking Pleasures magazine
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

 SPAM Complimentary is.htm

27