# UNITED STATES DISTRICT COURT

_____Western District of Washington, Seattle_____

| | |
|---|---|
| **JAMES S. GORDON, Jr., a married Individual, d/b/a 'GORDONWORKS.COM',**<br><br>V.<br><br>**VIRTUMUNDO, INC, a Delaware Corporation, d/b/a ACKNOWLEDGEMAIL.COM; ACKNOWLEDGE, INC., a Delaware Corporation, d/b/a ACKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, I-X,** | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: CV06-0204JCC |

TO:   VIRTUMUNDO, INC, d/b/a ACKNOWLEDGEMAIL.COM, d/b/a
      ACKNOWLEDGE, INC.
      4600 Madison Ave
      10th Floor
      Kansas City, MO 64112

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY,

Robert J. Siegel
1325 Fourth Avenue
Suite 940
Seattle, WA 98101

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____   _____
CLERK                             DATE

_____
(By) DEPUTY CLERK

Dockets.Justia.com