06-CV-00204-BOND

MAY - 1 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

IN THE
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| JAMES S. GORDON, JR., A MARRIED INDIVIDUAL D/B/A/ 'GORDONWORKS.COM', | Hearing Date: |
| | CAUSE NO. CV06-0204 JCC |
| Plaintiff/Petitioner | DECLARATION OF SERVICE OF: SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT FOR DAMAGES UNDER THE CAN-SPAM ACT OF 2003 (15 U.S.C. S7701, ET SEQ); WASHINGTON CONSUMER PROTECTION ACT (RCW 19.86); THE WASHINGTON COMMERCIAL ELECTRONIC MAIL ACT (RCW 19.190); AND THE INDENTITY CRIMES ACT (RCW 9.35) |
| vs. | |
| VIRTUMUNDO, INC., A DELAWARE CORPORATION D/B/A ACKNOWLEDGEMAIL.COM; ET AL., | |
| Defendant/Respondent | |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **19th day of April, 2006, at 1:15 PM**, at the address of **120 S CENTRAL Avenue, CLAYTON, St. Louis County, MO** ; this declarant served the above described documents upon **VIRTUMUNDO, INC., D/B/A ACKNOWLEDGEMAIL.COM., D/B/A ADKNOWLEDGEMAIL.COM., D/B/A ADKNOWLEDGE, INC., SCOTT LYNN,** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Edythe King, Sr Process Specialist**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Washington** that the statement above is true and correct.

DATED this 24th day of April, 2006.

Kevin S. Grillions, Reg. # 0129-277740, Madison, Illinois

ABC's Client Name
**Merkle, Siegel & Friedrichsen**
Gordon v. Virtumundo

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **3831095**

http://abclegal.com/asp/aas/pos/pcrlres.asp?id=3831095&displayid=1        4/24/2006

Dockets.Justia.com