1  MERKLE SIEGEL & FRIEDRICHSEN, P.C.          THE HON. JOHN C. COUGHENOUR
   Robert J. Siegel
2  1325 Fourth Ave., Suite 940
   Seattle, WA 98101
3  (206) 624-9392

4

5

6

7

8

9                           UNITED STATES DISTRICT COURT

10              WESTERN DISTRICT OF WASHINGTON, SEATTLE

11  **JAMES S. GORDON, Jr., a married**
    **individual, d/b/a**                        NO.  CV06-0204JCC
12  **'GORDONWORKS.COM',**
                                                 **NOTICE OF ABSENCE**
13                          **Plaintiff,**

14      v.

15  **VIRTUMUNDO, INC, a Delaware**
    **corporation, d/b/a**
16  **ADNOWLEDGEMAIL.COM;**
    **ADKNOWLEDGE, INC., a Delaware**
17  **corporation, d/b/a**
    **ADKNOWLEDGEMAIL.COM;**
18  **SCOTT LYNN, an individual; and**
    **JOHN DOES, I-X,**
19

20                          **Defendants.**

21  TO:          Clerk of Court
22
    AND TO:      Defendants, and their attorneys
23

24

25

    NOTICE OF ABSENCE                              **MERKLE SIEGEL & FRIEDRICHSEN**
    - 1                                              **1325 Fourth Ave., Suite 940**
                                                         **Seattle, WA 98101**
                                                      **Phone: 206-624-9392**
                                                       **Fax: 206-624-0717**

1    You and each of you please take note that Robert J. Siegel, attorney of record for Plaintiff

2  James S. Gordon, Jr. in the above-captioned proceeding, will be absent from his office and

3  outside of the state from Monday, July 3rd through Friday, July 14th 2006.

4    The undersigned therefore requests that no motions, depositions, court hearing or other

5  matters requiring his attention, in person or by pleading, be scheduled in his absence. The

6  undersigned has no associates or partners who can handle this matter and, consequently, may

7  request terms or other sanctions in the event any matters requiring his attention or attendance are

8  scheduled during his absence.

9    The undersigned further requests that the Clerk of Court transmit this information to the

10  appropriate judge or commissioner in the event any motion or other matter is set during the

11  period noted above.

12

13  Dated: June 6, 2006

14

15                                   MERKLE, SIEGEL, & FRIEDRICHSEN

16

17                          BY: _____

18                                   ROBERT J. SIEGEL, WSBA #17312
                                     Attorney for Plaintiff

19

20

21

22

23

24

25

NOTICE OF ABSENCE
- 2

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

1

**Certificate of Service**

2

I, hereby, certify that on June 6, 2006, we filed this pleading with this Court. The Clerk of the

3

Court will provide electronic notification system using the CM/ECF, which will send an

4

electronic copy of this Notice to Derek Newman.

5

6

7   /S/ Robert J. Siegel

Robert J. Siegel, WSBA #17312

8   Attorney for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF ABSENCE
- 3

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717