# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 24th day of August, 2006, I electronically filed the foregoing **DEFENDANTS' MOTION TO DISMISS, [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS, AND CERTIFICATE OF SERVICE** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Via Notice of Electronic Filing to:**

Robert Siegel, Esq.
Email: bob@msfseattle.com

I declare under penalty of perjury under the laws of the United States and the State of Washington that the forgoing is true and correct and that this declaration was executed on August 24th, 2006, at Seattle, Washington.

_____
Diana Au

CERTIFICATE OF SERVICE

**NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP**
505 Fifth Avenue South, Suite 610
Seattle, Washington 98104
phone: (206) 274-2800
fax: (206) 274-2801