**EXHIBIT B**

Case 2:06-cv-00204-JCC     Document 33-3     Filed 09/11/2006     Page 1 of 3

Dockets.Justia.com

X-Persona: <ValueWeb>
Received: from cust_req_fwding (business@gordonworks.com --> jsg33051@gordonworks.com) by ams.ftl.affinity.com id <232160-13763>; Mon, 18 Aug 2003 11:59:53 -0400
Received: from 03.msdsa.com ([206.251.239.86]) by ams.ftl.affinity.com with ESMTP id <232308-13766>; Mon, 18 Aug 2003 11:59:09 -0400
Received: (from daemon@localhost)
    by 03.msdsa.com (8.8.8/8.8.8) id IAA30472;
    Mon, 18 Aug 2003 08:22:49 -0700 (PDT)
Date: Mon, 18 Aug 2003 08:58:16 -0700 (PDT)
Message-Id: <200308181522.IAA30472@03.msdsa.com>
From:   Prize Allocation Dept <FreePresent@03.msdsa.com>
To:     business@gordonworks.com
Subject: You've Won!
MIME-Version: 1.0
Content-Type: text/html; charset="iso-8859-1"



You've Won!  Click here to accept your prize:

*Please note that actual prize will be issued by our sponsor.

unsubscribe from this mailing list: click here
or send a blank to: r.FreePresent.0-1f71b1e-5c3d.gordonworks.com.-business@03.msdsa.com
13jrs

X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jsg33051@gordonworks.com) by ams.ftl.affinity.com id <216940-12278>; Sun, 7 Sep 2003 15:36:39 -0400
Received: from out008.tpcper.com ([69.24.239.28]) by ams.ftl.affinity.com with SMTP id <217162-12272>; Sun, 7 Sep 2003 15:35:29 -0400
Mime-Version: 1.0
Content-Type: text/plain
To:     james@gordonworks.com
From:   Prize Delivery Coordinator <Winners@palacpriz45.com>
Subject: re: You've Won a Prize - Claim it TODAY!
Date: Sun, 07 Sep 2003 12:06:41 -0700
Message-ID: <1992204572-1463792126-1062961601@freeprize44.com>
Errors-To: <AX+xfQYBAQAEla0B9QAAAAABAAAGBg@freeprize44.com>
Reply-To: <AX+xfQYBAgAEla0B9QAAAAABAAAGBg@freeprize44.com>

**************Free Prize Palace Daily************

Congratulations - You Have a Prize Waiting!

Click Here:
http://freeprize44.com/maabqkjaa0ktEabRFInbaarLG6/

Enjoy the prize,
FPP Daily


To unsubscribe from these mailings, please click here:
http://freeprize44.com/?aaaay2.abRFIn.aabqkj.aaaaab.aaaaaa.james@gordonworks.com