**The Honorable John C. Coughenour**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES S. GORDON, Jr., a married individual, d/b/a 'GORDONWORKS.COM'; OMNI INNOVATIONS, LLC., a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>VIRTUMUNDO, INC, a Delaware corporation d/b/a ADNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a ADKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, 1-X,<br><br>Defendants. | No. CV06-0204JCC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR AN UNDERTAKING PURSUANT TO 15 U.S.C. § 7706(g)(4)**<br><br>NOTE ON MOTION CALENDAR: November 17, 2006 |

THIS MATTER comes before the Court on Defendants's Motion for an Undertaking pursuant to 15 U.S.C. § 7706(g)(4) ("Motion"). The Court having reviewed the pleadings on file, including the First Amended Complaint, the Motion, the Response to the Motion and the Reply thereto hereby finds and orders that:

1. Pursuant to 15 U.S.C. § 7706(g)(4), Plaintiffs shall post an Undertaking with the Clerk of the Court in the amount of $350,000 within ten (10) days of entry of this order.

[PROPOSED] ORDER GRANTING DEFS.' MOT. FOR AN UNDERTAKING - 1 (CV06-0204JCC)

**NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

2. This action is stayed until such time as Plaintiff posts the above referenced Undertaking.

3. In the event that Plaintiff fails to timely post an undertaking, this lawsuit shall be dismissed with prejudice.

DATED this ___ day of _____, 2006.

_____
HON. JUDGE COUGHENOUR
SENIOR UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
DEFS.' MOT. FOR AN UNDERTAKING - 2
(CV06-0204JCC)

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800