**The Honorable John C. Coughenour**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| JAMES S. GORDON, Jr., a married individual, d/b/a 'GORDONWORKS.COM'; OMNI INNOVATIONS, LLC., a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>VIRTUMUNDO, INC, a Delaware corporation d/b/a ADNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a ADKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, 1-X,<br><br>Defendants. | No. CV06-0204JCC<br><br>**DECLARATION OF MICHAEL R. GEROE IN SUPPORT OF DEFENDANTS' MOTION FOR AN UNDERTAKING**<br><br>NOTE ON MOTION CALENDAR:<br>November 17, 2006 |

I, Michael R. Geroe, swear under penalty of perjury under the laws of the United States of America to the following:

1. I am General Counsel and an Officer of Defendant Adknowledge, Inc. ("Adknowledge"), am over age 18, and competent to be a witness. I am making this Declaration based on facts within my own personal knowledge.

GEROE DECL. RE
DEFS.' MOT. FOR AN UNDERTAKING - 1
(CV06-0204JCC)

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

**ADKNOWLEDGE EMAILS**

2. <u>The Las Vegas Weddings Email</u>. I reviewed the Adknowledge Rewards email promoting Las Vegas weddings, attached as Exhibit G to the Declaration of Roger Townsend filed in support of Defendants' Motion for an Undertaking in the above-referenced lawsuit (the "Las Vegas Weddings Email"). The Las Vegas Weddings Email reflects that it originated from an email address at the domain name, <adknowledgemail.com>.

3. Adknowledge is the registrant of the domain name, <adknowledgemail.com>. Attached hereto as Exhibit A is a WHOIS record reflecting that Adknowledge is the registrant of <adknowledgemail.com>. The WHOIS record includes the name and correct mailing address of Adknowledge as "Adknowledge" located at 4600 Madison, Kansas City, MO 64112. Adknowledge has permission to use that domain name to identify itself as the sender of messages from the <adknowledgemail.com> domain.

4. Additionally, Adknowledge is the registrant of two other domain names contained in the Las Vegas Weddings Email's transmission path, <ak-networks.com> and <adknownet.com>. Attached hereto as Exhibits B and C are the WHOIS records reflecting that Adknowledge is the registrant of <ak-networks.com> and <adknownet.com>. As the registrant of those domain names Adknowledge has permission to access those domain names for purposes of routing email and they do not mislead as to transmission path.

5. The Las Vegas Weddings Email also contains a link for a recipient to unsubscribe from future Adknowledge Rewards emails. I reviewed Exhibit H to the Declaration of Roger Townsend and recognize this as the Adknowledge unsubscribe webpage. When a user types an email address into the Adknowledge unsubscribe webpage and then clicks on the "Unsubscribe" link, that email address is blocked from receiving future emails from Adknowledge Rewards.

GEROE DECL. RE
DEFS.' MOT. FOR AN UNDERTAKING - 2
(CV06-0204JCC)

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

6. The Las Vegas Weddings Email contains Adknowledge's physical postal address in Kansas City, Missouri.

7. Finally, the Las Vegas Weddings Email was created and transmitted as part of a specific campaign promoting Las Vegas tourism. The "from" line which identifies Adknowledge and "Las Vegas Weddings" as the sender is not misleading as it accurately identifies the campaign for which the message was sent.

8. <u>Life Insurance Email</u>. I reviewed the Adknowledge Rewards email promoting life insurance, attached as Exhibit I to the Declaration of Roger Townsend filed in support of Defendants' Motion for an Undertaking in the above-referenced lawsuit (the "Life Insurance Email"). Like the Las Vegas Weddings Email, the Life Insurance Email reflects that it originated from an email address at the domain name, <adknowledgemail.com>.

9. The Life Insurance Email also contains a link for a user to unsubscribe from future Adknowledge Rewards emails. I reviewed Exhibit J to the Declaration of Roger Townsend and recognize this as the Adknowledge unsubscribe webpage. When a user types an email address into the Adknowledge unsubscribe webpage and then clicks on the "Unsubscribe" link, that email address is blocked from receiving future Adknowledge Rewards emails.

10. The Life Insurance Email contains Adknowledge's physical postal address located in Kansas City, Missouri.

11. Finally, the Life Insurance Email was created and transmitted as part of a specific ad campaign promoting life insurance products. The "from" line accurately identifies Adknowledge and "LifeInsuranceNow" as the campaign for which the message was sent.

12. <u>San Diego Tourism Email</u>. I reviewed the Adknowledge Rewards email promoting "San Diego Tourism," attached as Exhibit K to the Declaration of Roger Townsend filed in support of Defendants' Motion for an Undertaking in the above-

GEROE DECL. RE
DEFS.' MOT. FOR AN UNDERTAKING - 3
(CV06-0204JCC)

**NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

referenced lawsuit (the "San Diego Tourism Email"). Like the Las Vegas Weddings Email and the Life Insurance Email, the San Diego Tourism Email reflects that it originated from an email address at the domain name, <adknowledgemail.com>. Adknowledge has permission to use that domain name to identify itself as the sender of the message.

13. Additionally, all but one of the domain names in the transmission path are also <adknowledgemail.com>. Adknowledge has permission to access those domain names for purposes of routing email and they do not mislead as to origination.

14. The San Diego Tourism Email also contains a link for the user to unsubscribe from future emails from Adknowledge Rewards. I reviewed Exhibit L to the Declaration of Roger Townsend and recognize this as the Adknowledge unsubscribe webpage. When a user types an email address into the Adknowledge unsubscribe webpage and then clicks on the "Unsubscribe" link, that email address is blocked from receiving future emails from Adknowledge Rewards.

15. The San Diego Tourism Email contains Adknowledge's valid physical postal address located in Kansas City, Missouri.

16. Finally, San Diego Tourism Email was created and transmitted as part of a specific promotion for hotels in and travel arrangements to San Diego. The "from" line accurately identifies Adknowledge and "San Diego Tourism" as the ad campaign for which the message was sent.

**PLAINTIFFS' IP ADDRESS AND OPT-IN INFORMATION**

17. Attached hereto as Exhibit D is a true and correct copy of an Excel spreadsheet which accurately reflects information obtained, stored and maintained in the normal course of business in the Adknowledge central database. Exhibit D was created by filtering information related to users with email addresses at the domain name, <gordonworks.com>.

18. Exhibit D is significant for two reasons. First, the Exhibit indicates that the

GEROE DECL. RE
DEFS.' MOT. FOR AN UNDERTAKING - 4
(CV06-0204JCC)

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

users of the email addresses at james@gordonworks.com, faye@gordonworks.com, jamila@gordonworks.com, jonathan@gordonworks.com, jay@gordonworks.com, emily@gordonworks.com, msm@gordonworks.com, and jim@gordonworks.com all affirmatively consented to receive emails from Adknowledge or one of Adknowledge's co-registration partners. Exhibit D reports the time and date that the consent occurred along with the users's email address and the IP address of the computer from which the consent occurred. It further reports any data, such as name, birth date, and postal address that was provided by the user in the course of signing up to receive emails.

19. Second, and more specifically, Exhibit D provides the dates and Internet protocol ("IP") addresses recorded when the users of the domain <gordonworks.com> consented to receive emails from Adknowledge. The IP addresses for the listed account holders at <gordonworks.com> are all either <4.5.74.214> or <4.5.88.163>.

**UNRELATED EMAILS**

20. To my knowledge, Adknowledge has never sent emails from the domain names <msdsa.com>, <prefersend.com>, or <ew01.com>. Adknowledge is not the registrant of those domain names and has no control over emails sent from email accounts located at those domain names.

21. To my knowledge, Adknowledge has no relationship with Linkz Internet Services, WKI Data, or NOLDC, Inc.

DATED this 2nd day of November, 2006, at Kansas City, Missouri.

Michael R. Geroe

GEROE DECL. RE
DEFS.' MOT. FOR AN UNDERTAKING - 5
(CV06-0204JCC)

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800