# EXHIBIT A

Dockets.Justia.com

Welcome **Guest!**    Login/Join

| Whois adknowledgemail.com | Domain Suggestions | For Sale | Auctions | Advanced Auctions | Domain Search | Domain Monitor |

| Domain Directory | Ping | Traceroute | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy *new* | Advanced Auction | XML API |

  

## Whois Record for Adknowledgemail.com

### Page Information

|  |  |
|---|---|
| **Website Title:** | Adknowledge.com - The Next Generation of Online Advertising |
| **Record Type:** | Domain Name |
| **About Us:** | Wiki article on Adknowledgemail.com |
| **Related Sites:** | adknowledge.com, |

### Thumbnail: 2006-09-28



Queue Thumbnail For Update

### Indexed Data

| **Alexa Trend/Rank:** | 1,966,302 (1 Month) 2,778,148 (3 Month) |
|---|---|

### Server Data

|  |  |
|---|---|
| **Server Type:** | Apache/2.0.54 (Unix) PHP/4.3.11 (Spry.com also uses Apache) |
| **IP Address:** | 216.21.215.10  W P D T |
| **IP Location:** | - Missouri - Kansas City - Adknowledge Inc |
| **Response Code:** | 206 |
| **Blacklist Status:** | Currently Listed (history) |
| **SSL Cert:** | No valid SSL on this Host |
| **Website Status:** | Active |

### Other TLDs                                   Show Key

| .com | .net | .org | .info | .biz | .us |
|---|---|---|---|---|---|

### Reverse IP

There are 11 other sites hosted on this webserver. View a sample with Reverse IP.

### Backorder

Set a backorder so you can own adknowledgemail.com when it becomes available.

### Registry Data

|  |  |
|---|---|
| **ICANN Registrar:** | NETWORK SOLUTIONS, LLC. |
| **Created:** | 05-mar-2004 |
| **Expires:** | 05-mar-2007 |
| **Registrar Status:** | REGISTRAR-LOCK |
| **Whois Server:** | whois.networksolutions.com |
| **Name Server:** | NS1.AK-NETWORKS.COM |

### DomainTools Exclusive

|  |  |
|---|---|
| ***NS History:** | 1 change. Using 1 unique name server in 2 years. |
| ***IP History:** | 2 changes. Using 1 unique IP address in 0 years. |
| **Whois History:** | 40 records have been archived since 2004-09-24 |
| **Reverse IP:** | 11 other sites hosted on this server. |

### Domains for Sale

| Domain | Price |
|---|---|
| LinuxKnowledge.com | $800.00 |
| UkKnowledge.com | $941.00 |
| BodyKnowledge.com | $1,188.00 |

**Monitor Domain:** Set Alert

## Whois Record

```
Registrant:
Adknowledge
  4600 Madison
  Suite 1000
  Kansas City, MO 64112
  US

  Domain Name: ADKNOWLEDGEMAIL.COM

  Administrative Contact, Technical Contact:
   Management, Domain       sysrenew@adknowledge.com
   Adknowledge
   4600 Madison
   Suite 1000
   Kansas City, MO 64112
   US
   (816) 931-1771


  Record expires on 05-Mar-2007.
  Record created on 05-Mar-2004.

  Domain servers in listed order:

  NS1.AK-NETWORKS.COM      216.21.215.1
  NS2.AK-NETWORKS.COM      216.21.215.2
```

| | |
|---|---|
| HiddenKnowledge.com | $1,188.00 |
| ClinicalKnowledge.com | $1,300.00 |
| KnowledgeUniversity.com | $1,500.00 |
| SharingKnowledge.com | $1,500.00 |
| ExpertKnowledge.com | $1,688.00 |
| NativeKnowledge.com | $1,688.00 |
| TeamKnowledge.com | $1,688.00 |
| VentureKnowledge.com | $1,800.00 |

**Domains At Auction**

| Domain | Auction Date |
|---|---|
| ⃝ StoneKnowledge.com | 10-28-2006 |
| ⃝ TimeWisdom.com | 10-28-2006 |
| ⃝ Aldea-Expertise.com | 10-28-2006 |
| ⃝ WakingDreamWisdom.net | 10-28-2006 |
| ⃝ WisdomHut.com | 10-28-2006 |
| ⃝ DolphinKnowledge.com | 10-29-2006 |
| ⃝ OneLinerWisdom.com | 10-29-2006 |
| ⃝ KnowledgeNe.net | 10-29-2006 |
| ⃝ WisdomIsPower.net | 10-29-2006 |



Members Area | Web Hosting | Stock Ticker | Download | Domain Registration | Whois | Domain Suggestions | Site Map ;

ADK 001278
10/27/2006 10:14 AM