# EXHIBIT B

Dockets.Justia.com



Welcome **Guest!**    Login/Join

| Whois ak-networks.com ⟩ | Domain Suggestions ⟩ | For Sale ⟩ | Auctions ⟩ | Advanced Auctions ⟩ | Domain Search ⟩ | Domain Monitor ⟩ |

| Domain Directory | Ping ⟩ | Traceroute ⟩ | My IP Address | Cheap Domain Name Registration | Bulk Check | more ⟩ |

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy *new* | Advanced Auction | XML API |

# Whois Record for Ak-networks.com

## Page Information

| | |
|---|---|
| **Website Title:** | |
| **Record Type:** | Domain Name |
| **About Us:** | 🔖 Wiki article on Ak-networks.com |

**Thumbnail: 2005-08-19**

Queue Thumbnail For Update

## Indexed Data

| | |
|---|---|
| **Alexa Trend/Rank:** | ⬆ 1,336,910 (1 Month) 1,398,333 (3 Month) |

## Server Data

| | |
|---|---|
| **Server Type:** | Apache/2.0.54 (Unix) PHP/4.3.11 (Spry.com also uses Apache) |
| **IP Address:** | 216.21.215.10 W P D T |
| **IP Location:** | 🇺🇸 - Missouri - Kansas City - Adknowledge Inc |
| **Response Code:** | 206 |
| **Blacklist Status:** | Currently Listed (history) |
| **SSL Cert:** | No valid SSL on this Host |
| **Website Status:** | Active |

### Other TLDs    Show Key

| .com | .net | .org | .info | .biz | .us |
|---|---|---|---|---|---|
| ⊡ | ○ | ○ | ○ | ○ | ○ |

## Registry Data

| | |
|---|---|
| **ICANN Registrar:** | NETWORK SOLUTIONS, LLC. |
| **Created:** | 30-dec-2003 |
| **Expires:** | 30-dec-2006 |
| **Registrar Status:** | REGISTRAR-LOCK |
| **Whois Server:** | whois.networksolutions.com |
| **Name Server:** | NS1.AK-NETWORKS.COM |

### Reverse IP

There are 11 other sites hosted on this webserver. View a sample with Reverse IP.

### Backorder

Set a backorder so you can own ak-networks.com when it becomes available.

## DomainTools Exclusive

| | |
|---|---|
| * **NS History:** | 1 change. Using 1 unique name server in 4 years. |
| * **IP History:** | 1 change. Using 1 unique IP address in 1 year. |
| **Whois History:** | 9 records have been archived since 2004-12-06 |
| **Reverse IP:** | 11 other sites hosted on this server. |
| **Monitor Domain:** | 🖐 Set Alert |

### Domains for Sale

| Domain | Price |
|---|---|
| PopNetworks.com | $75.00 |
| TvNetworks.com | $300.00 |
| BlackNetworks.com | $333.00 |
| PhoneNetworks.com | $500.00 |

## Whois Record

```
Registrant:
Adknowledge
  4600 Madison
  Suite 1000
  Kansas City, MO 64112
  US

  Domain Name: AK-NETWORKS.COM

  Administrative Contact, Technical Contact:
    Management, Domain
    Adknowledge                  sysrenew@adknowledge.com
    4600 Madison
    Suite 1000
    Kansas City, MO 64112
    US
    (816) 931-1771


  Record expires on 30-Dec-2006.
  Record created on 30-Dec-2003.

  Domain servers in listed order:

  NS1.AK-NETWORKS.COM       216.21.215.1
  NS2.AK-NETWORKS.COM       216.21.215.2
```

| | |
|---|---|
| LuxuryNetworks.com | $999.00 |
| NetworksWorld.com | $1,000.00 |
| JustNetworks.com | $1,188.00 |
| FitNetworks.com | $1,188.00 |
| PlanetaryNetworks.com | $1,688.00 |
| BioNetworks.com | $1,688.00 |
| LivingNetworks.com | $1,688.00 |

## Domains At Auction

| Domain | Auction Date |
|---|---|
| MoNetsBeautySalon.com | 10-27-2006 |
| NetworksMarketing.com | 10-28-2006 |
| SoleNiTyNetworks.com | 10-28-2006 |
| ImMo-Networks.com | 10-28-2006 |
| BIIGiNetworks.com | 10-28-2006 |
| LifeCareNetworks.net | 10-28-2006 |
| MonieSourceNetworks.com | 10-28-2006 |
| PkNetsHp.com | 10-28-2006 |
| JustNets.com | 10-29-2006 |
| WifiMeshNetworks.com | 10-29-2006 |
| PcsAndNetworks.net | 10-29-2006 |
| TFiNetworks.com | 10-29-2006 |



Members Area | Web Hosting | Stock Ticker | Download | Domain Registration | Whois | Domain Suggestions | Site Map ;