# EXHIBIT D

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | **EMAIL** | **OPT_IN_TIME** | **ID** | **SURVEYDATE** | **GENDER** | **BIRTHDATE** | **CITY** |
| 2 | james@gordonworks.com | 2:01 AM | 145761186 | 2-Sep-03 | M | 30-Mar-51 | RICHLAND |
| 3 | jamila@gordonworks.com | 3:26 PM | 146689982 | 16-Sep-03 | F | 1-Jul-74 | WALLA WALLA |
| 4 | jonathan@gordonworks.com | 3:14 PM | 146690149 | 16-Sep-03 | M | 5-May-80 | PASCO |
| 5 | faye@gordonworks.com | 12:00 AM | 146534790 | 11-Sep-03 | F | 31-May-53 | RICHLAND |
| 6 | jay@gordonworks.com | 7:04 PM | 146725017 | 9-Sep-03 | M | 9-Nov-78 | RICHLAND |
| 7 | emily@gordonworks.com | 1:09 PM | 147768416 | 21-Oct-03 | | | RICHLAND |
| 8 | msm@gordonworks.com | 12:00 AM | 43436537 | 1-Jan-00 | | | |
| 9 | jim@gordonworks.com | 12:00 AM | 117161239 | 1-Jan-00 | | | RICHLAND |

| | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|
| 1 | STATEID | COUNTRYID | POSTALCODE | FIRSTNAME | LASTNAME | ADDRESS1 | ADDRESS2 | MODDATE | RETRIES |
| 2 | WA | US | 99352 | JAMES | GORDON | 1419 JADWIN AVE | | | 0 |
| 3 | WA | | 99362 | JAMILA | GORDON | 7 ROOSEVELT | | | 0 |
| 4 | WA | | 99301 | JONATHAN | GORDON | | | | 0 |
| 5 | WA | US | 99352 | FAYE | GORDON | 1419 JADWIN AVE | | | 0 |
| 6 | WA | US | 99352 | JAY | GORDON | 1419 JADWIN AVE | | | 0 |
| 7 | WA | US | 99352 | EMILY | ABBEY | 651 MCMUR | APT 307 | | |
| 8 | | | | | | | | 22-Jul-02 | |
| 9 | WA | US | 99352 | James | Gordon | 1419 JADWIN AVE | | 16-Jul-02 | 1 |

|   | Q | R | S | T |
|---|---|---|---|---|
| 1 | **TOTALBOUNCES** | **INSERTEDDATE** | **REWARD_UNSUB_DATE** | **IP** |
| 2 |  | 3-Sep-03 | 15-Jul-04 | 4.5.74.214 |
| 3 |  | 29-Sep-03 | 15-Jul-04 | 4.5.74.214 |
| 4 |  | 29-Sep-03 | 15-Jul-04 | 4.5.74.214 |
| 5 |  | 27-Sep-03 | 28-Jan-04 | 4.5.74.214 |
| 6 |  | 29-Sep-03 | 15-Feb-06 | 4.5.74.214 |
| 7 |  | 22-Oct-03 | 15-Feb-06 | 4.5.88.163 |
| 8 |  | 17-Dec-01 | 15-Feb-06 |  |
| 9 |  | 16-Jul-02 | 28-Jan-04 |  |