1

**The Honorable John C. Coughenour**

2

3

4

5

6

7

8

9      **UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
10      **AT SEATTLE**

11

JAMES S. GORDON, Jr., a married      No.   CV06-0204JCC
individual, d/b/a
12    'GORDONWORKS.COM'; OMNI      **DECLARATION OF MICHAEL**
INNOVATIONS, LLC., a Washington      **SHOPMAKER IN SUPPORT OF**
13    limited liability company,      **DEFENDANTS' MOTION FOR AN**
     **UNDERTAKING**
14          Plaintiffs,
     NOTE ON MOTION CALENDAR:
15          v.      November 17, 2006

16    VIRTUMUNDO, INC, a Delaware
corporation d/b/a
17    ADNOWLEDGEMAIL.COM;
ADKNOWLEDGE, INC., a Delaware
18    corporation, d/b/a
ADKNOWLEDGEMAIL.COM; SCOTT
19    LYNN, an individual; and JOHN DOES,
1-X,
20

21          Defendants.

22      I, Michael Shopmaker, swear under penalty of perjury under the laws of the United

23    States of America to the following:

24          1.      I am President & CEO of Defendant Virtumundo, Inc. ("Virtumundo"), am

25    over age 18, and competent to be a witness. I am making this Declaration based on facts

26    within my own personal knowledge.

27

28

SHOPMAKER DECL. RE      **NEWMAN & NEWMAN,**      505 Fifth Ave. S., Ste. 610
DEFS.' MOT. FOR AN UNDERTAKING - 1      **ATTORNEYS AT LAW, LLP**      Seattle, Washington 98104
(CV06-0204JCC)      (206) 274-2800

Dockets.Justia.com

**VIRTUMUNDO EMAILS**

2.    <u>The Scooters Unlimited Email</u>. I have reviewed the email from "Scooters Unlimited", attached as Exhibit A to the Declaration of Roger Townsend filed in support of Defendants' Motion for an Undertaking in the above-referenced lawsuit. (the "Scooters Unlimited Email").   The Scooters Unlimited Email provides that it originated from an email address at the domain name, <vmadmin.com>.

3.    Virtumundo is the registrant of the domain name, <vmadmin.com>.  Thus, Virtumundo has permission to use that domain name to send messages from the <vmadmin.com> domain.

4.    Attached hereto as Exhibit A is a true and accurate WHOIS record reflecting that Virtumundo is the registrant of <vmadmin.com>.   The WHOIS record includes the true and correct mailing address of Virtumundo at 8400 W 110th St., Suite 330, Overland Park, KS 66210 and accurately identifies the Registrant as Virtumundo.

5.    The Scooters Unlimited Email also contains two unsubscribe mechanisms in the body of the message, one directed at the advertiser, Scooters Unlimited, and one directed at Virtumundo.

6.    I have reviewed Exhibit B to the Declaration of Roger Townsend and recognize this as the Virtumundo unsubscribe webpage.  When the user types an email address into the Virtumundo webpage and then clicks on the "Unsubscribe" link, that email address is blocked from receiving future emails from Virtumundo.

7.    The Scooters Unlimited Email includes the correct physical postal addresses for Virtumundo in Overland Park, Kansas.

8.    The Scooters Unlimited Email was created and transmitted as part of a promotion with one of our customers, Scooters Unlimited. Thus, the "from" line which identifies "Scooters Unlimited" as the sender is not misleading.

9.    <u>The First Premier Bank Email</u>. I have reviewed the email from "First Premier Bank", attached as Exhibit C to the Declaration of Roger Townsend filed in

SHOPMAKER DECL. RE
DEFS.' MOT. FOR AN UNDERTAKING - 2
(CV06-0204JCC)

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

1   support of Defendants' Motion for an Undertaking in the above-referenced lawsuit. (the

2   "First Premier Bank Email").   Like the Scooters Unlimited Email, the First Premier Bank

3   Email provides that it originated from an email address at the domain name,

4   <vmadmin.com>. Thus, Virtumundo has permission to use that domain name to send

5   messages from the <vmadmin.com> domain.

6           10.     The Premier Bank Email also contains two unsubscribe mechanisms in the

7   body of the message, one directed at the advertiser, Premier Bank, and one directed at

8   Virtumundo.

9           11.     I have reviewed Exhibit D to the Declaration of Roger Townsend and

10  recognize this as the Virtumundo unsubscribe webpage.  When the user types an email

11  address into the Virtumundo webpage and then clicks on the "Unsubscribe" link, that

12  email address is blocked from receiving future emails from Virtumundo.

13          12.     The Premier Bank Email includes the correct physical postal addresses for

14  Virtumundo in Overland Park, Kansas.

15          13.     The Premier Bank Email was created and transmitted as part of a promotion

16  with one of our customers, First Premier Bank. Thus the "from" line which identifies

17  "First Premier Bank" as the sender is not misleading.

18          14.     The University of Phoenix Email. I have reviewed the email from

19  "University of Phoenix", attached as Exhibit E to the Declaration of Roger Townsend

20  filed in support of Defendants' Motion for an Undertaking in the above-referenced

21  lawsuit. (the "University of Phoenix Email").   Like the Scooters Unlimited Email and the

22  First Premier Bank Email, the University of Phoenix Email provides that it originated

23  from an email address at the domain name, <vmadmin.com>.  Thus, Virtumundo has

24  permission to use the domain name as the sender of the message.

25          15.     The University of Phoenix Email also contains two unsubscribe

26  mechanisms in the body of the message, one directed at the advertiser, University of

27  Phoenix, and one directed at Virtumundo.

28

SHOPMAKER DECL. RE
DEFS.' MOT. FOR AN UNDERTAKING - 3
(CV06-0204JCC)

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

16.    I have reviewed Exhibit F to the Declaration of Roger Townsend and recognize this as the Virtumundo unsubscribe webpage. When the user types an email address into the Virtumundo webpage and then clicks on the "Unsubscribe" link, that email address is blocked from receiving future emails from Virtumundo.

17.    The University of Phoenix Email includes the correct physical postal addresses for Virtumundo in Overland Park, Kansas.

18.    The University of Phoenix Email was created and transmitted as part of a promotion with one of our customers, The University of Phoenix. Thus the "from" line which identifies "University of Phoenix Online" as the sender is not misleading.

**PLAINTIFFS' IP ADDRESS AND OPT-IN INFORMATION**

20.    Attached hereto as Exhibit B is a true and accurate copy of computer print out created in the normal course of business which reflects information in the Virtumundo central database. Exhibit B was created by filtering all information related to users with email addresses at the domain name, <gordonworks.com>.

21.    Exhibit B is significant for two reasons. First, the Exhibit indicates that the users of the email addresses at james@gordonworks.com, faye@gordonworks.com, jamila@gordonworks.com, jonathan@gordonworks.com, jay@gordonworks.com, emily@gordonworks.com, msm@gordonworks.com, and jim@gordonworks.com all affirmatively consented to receive emails from Virtumundo or one of Virtumundo's co-registration partners. Exhibit B demonstrates the date that the consent occurred, the users's name, the co-registration partner (if applicable) from which consent was received, the cite and state of the user, and the IP address of the computer from which they consented. All of this information would have been provided by the users in the normal course of signing up to receive Virtumundo emails.

22.    Exhibit B is further significant because it provides the dates and Internet protocol ("IP") addresses recorded when the email account holders at

SHOPMAKER DECL. RE
DEFS.' MOT. FOR AN UNDERTAKING - 4
(CV06-0204JCC)

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

1    &lt;gordonworks.com&gt; consented to receive emails from Virtumundo. The IP addresses for

2    the listed account holders at &lt;gordonworks.com&gt; are all either &lt;4.5.74.214&gt; and

3    &lt;4.5.88.163&gt;.

4

5    **UNRELATED EMAILS**

6         23.     To my knowledge, Virtumundo has never sent emails from the domain

7    names &lt;msdsa.com&gt;, &lt;prefersend.com&gt;, or &lt;ew01.com&gt;. Virtumundo is not the

8    registrant of those domain names and has no control over emails sent from email accounts

9    located at those domain names.

10        24.     To my knowledge, Virtumundo has no relationship with Linkz Internet

11    Services, WKI Data, or NOLDC, Inc.

12        DATED this 1st day of November, 2006, at Overland Park, Kansas

13

14                        Michael Shopmaker

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHOPMAKER DECL. RE
DEFS.' MOT. FOR AN UNDERTAKING - 5
(CV06-0204JCC)

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800