# EXHIBIT A

Welcome **Guest!**   Login/Join

| Whois vmadmin.com | Domain Suggestions | For Sale | Auctions | Advanced Auctions | Domain Search | Domain Monitor |

| Domain Directory | Ping | Traceroute | My IP Address | Cheap Domain Name Registration | Bulk Check | *more* > |

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy *new* | Advanced Auction | XML API |

    

## Whois Record for Vmadmin.com

### Page Information

| | |
|---|---|
| **Website Title:** | Virtumundo.com |
| **Record Type:** | Domain Name |
| **Meta Description:** | Virtumundo specializes in delivering multi-channel marketing solutions to create highly-targeted, customizable campaigns through email, direct mail, and online advertising that meet our client's bottom-line business objectives. |
| **Meta Keywords:** | internet marketing, email marketing, online marketing, database marketing, internet advertising, email advertising, online advertising, banner advertising, marketer, advertiser, agency, affiliate, opt in email, media planning, campaign management |
| **About Us:** | Wiki article on Vmadmin.com |

### Indexed Data

| | |
|---|---|
| **Alexa Trend/Rank:** | 651,775 (1 Month) 495,415 (3 Month) |

### Server Data

| | |
|---|---|
| **Server Type:** | Apache/2.2.0 (Unix) mod_ssl/2.2.0 OpenSSL/0.9.7a PHP/5.1.2 (Spry.com also uses Apache) |
| **IP Address:** | 206.82.184.31 |
| **IP Location:** | - Kansas - Overland Park - Virtumundo Inc |
| **Response Code:** | 200 |
| **Blacklist Status:** | Clear (history) |
| **SSL Cert:** | www.carhunt.com expires in 185 days |
| **Website Status:** | Active |

### Registry Data

| | |
|---|---|
| **ICANN Registrar:** | NETWORK SOLUTIONS, LLC. |
| **Created:** | 19-feb-1998 |
| **Expires:** | 18-feb-2007 |
| **Registrar Status:** | REGISTRAR-LOCK |
| **Whois Server:** | whois.networksolutions.com |

### Thumbnail: 2005-10-19



Queue Thumbnail For Update

### Other TLDs                    Show Key

| .com | .net | .org | .info | .biz | .us |

### Reverse IP

There are 10 other sites hosted on this webserver. View a sample with Reverse IP.

### Backorder

Set a backorder so you can own vmadmin.com when it becomes available.

### Domains for Sale

| Domain | Price |
|---|---|
| Min.biz | $150.00 |
| MicroMin.com | $150.00 |
| DrMin.com | $250.00 |
| MinPo.com | $300.00 |

**Name Server:** NS1.VIRTUMUNDO.COM

## DomainTools Exclusive

| | | |
|---|---|---|
| **\* NS History:** | 1 change. Using 2 unique name servers in 3 years. | |
| **\* IP History:** | 1 change. Using 1 unique IP address in 0 years. | |
| **Whois History:** | 19 records have been archived since 2002-01-02 | |
| **Reverse IP:** | 10 other sites hosted on this server. | |
| **Monitor Domain:** | Set Alert | |

| | |
|---|---|
| AbMin.com | $333.00 |
| LeeMin.com | $552.00 |
| LuteMin.com | $653.00 |
| TechMin.com | $700.00 |
| 3Min.com | $900.00 |
| MinB.com | $975.00 |
| MinLee.com | $1,600.00 |

**Domains At Auction**

| Domain | Auction Date |
|---|---|
| ○ AskMinH.com | 10-28-2006 |
| ○ ChungMinH.net | 10-28-2006 |
| ○ MinTecCorp.com | 10-28-2006 |
| ○ CuiHuiMin.net | 10-28-2006 |
| ○ GongYIMin.com | 10-28-2006 |
| ○ MinFadIan.com | 10-28-2006 |
| ○ MinPeciTur.com | 10-28-2006 |
| ○ MinYI-Sh.com | 10-28-2006 |
| ○ SeoMinJong.com | 10-28-2006 |
| ○ UsaMinIgLof.com | 10-29-2006 |
| ○ AGel4Min.com | 10-29-2006 |
| ○ ClIMinRocks.com | 10-29-2006 |

## Whois Record

```
Registrant:
Virtumundo
  8400 W 110th ST
  Suite 330
  Overland Park, KS 66210
  US

  Domain Name: VMADMIN.COM

  Administrative Contact, Technical Contact:
   Virtumundo          notices@virtumundo.com
   8400 W 110th ST
   Suite 330
   Overland Park, KS 66210
   US
   (913) 660-1300


  Record expires on 18-Feb-2007.
  Record created on 19-Feb-1998.

  Domain servers in listed order:

  NS1.VIRTUMUNDO.COM      216.64.206.66
  NS2.VIRTUMUNDO.COM      216.64.206.75
```

Members Area | Web Hosting | Stock Ticker | Download | Domain Registration | Whois | Domain Suggestions | Site Map ;