# EXHIBIT B

Dockets.Justia.com

# MailCloud Verify Unsub

**Email To Check:**

bonnie@gordonworks.com

| Query |
| RewardUnsub |
| GlobalUnsub |

Enter Email address for query.

| Suppress |
| Complainer |

**Translate from X-ServerHost:**

| Translate |

---

**bonnie@gordonworks.com**

**Name** ,

**City**

**State**

**ZIP Code**

**Gender**

**Affiliate** ()

**Collection Site**

**Collection Date**

**IP Address**

**Acquire Type**

**Deal Name**

**Created**

**Last Modifed**

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| Global | Rewards | Global | Rewards | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

CONFIDENTIAL
VM 000156

# *MailCloud Verify Unsub*

**Email To Check:**

bonniegg@gordonworks.com

**Query**

**RewardUnsub**

**GlobalUnsub**

Enter Email address for query.

**Suppress**

**Complainer**

**Translate from X-ServerHost:**

**Translate**

---

**bonniegg@gordonworks.com**

| | |
|---|---|
| **Name** | , |
| **City** | |
| **State** | |
| **ZIP Code** | |
| **Gender** | |
| **Affiliate** | () |
| **Collection Site** | |
| **Collection Date** | |
| **IP Address** | |
| **Acquire Type** | |
| **Deal Name** | |
| **Created** | |
| **Last Modifed** | |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| **Global** | **Rewards** | **Global** | **Rewards** | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

# *MailCloud Verify Unsub*

**Email To Check:**

business@gordonworks.com

Enter Email address for query.

**Translate from X-ServerHost:**

| Query |
| RewardUnsub |
| GlobalUnsub |
| Suppress |
| Complainer |
| Translate |

---

**business@gordonworks.com**

| **Name** | , |
| **City** | |
| **State** | |
| **ZIP Code** | |
| **Gender** | |
| **Affiliate** | () |

| **Collection Site** | |
| **Collection Date** | |
| **IP Address** | |
| **Acquire Type** | |

| **Deal Name** | |
| **Created** | |
| **Last Modifed** | |

| Demo Optout Dates | | Email Unsubs | | | | |
| **Global** | **Rewards** | **Global** | **Rewards** | **Suppression Date** | **Mailing Status** | **MailingList** |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

CONFIDENTIAL

VM 000158

# *MailCloud Verify Unsub*

**Email To Check:**

cash@gordonworks.com

Enter Email address for query.

| Query |
| RewardUnsub |
| GlobalUnsub |
| Suppress |
| Complainer |

**Translate from X-ServerHost:**

| Translate |

---

**cash@gordonworks.com**

| Name | , |
| City | |
| State | |
| ZIP Code | |
| Gender | |
| Affiliate | () |

| Collection Site | |
| Collection Date | |
| IP Address | |
| Acquire Type | |

| Deal Name | |
| Created | |
| Last Modifed | |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
| --- | --- | --- | --- | --- | --- | --- |
| Global | Rewards | Global | Rewards | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

# *MailCloud Verify Unsub*

**Email To Check:**

emily@gordonworks.com

[ Query ]

[ RewardUnsub ]

[ GlobalUnsub ]

Enter Email address for query.

[ Suppress ]

[ Complainer ]

**Translate from X-ServerHost:**

[ Translate ]

---

**emily@gordonworks.com**

| | |
|---|---|
| **Name** | ABBEY, EMILY |
| **City** | RICHLAND |
| **State** | WA |
| **ZIP Code** | 99352 |
| **Gender** | |
| **Affiliate** | 999 (CLICKM2) |
| | |
| **Collection Site** | idealclick |
| **Collection Date** | 10/21/2003 |
| **IP Address** | 4.5.88.163 |
| **Acquire Type** | ACQUISITION |
| **Deal Name** | IDEALCLICK |
| **Created** | 10/22/2003 |
| **Last Modifed** | |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| **Global** | **Rewards** | **Global** | **Rewards** | | | |
| NONE | 02/15/2006 | No Entry | 02/15/2006 | NONE | 90 | No |

CONFIDENTIAL    VM 080160

# *MailCloud Verify Unsub*

**Email To Check:**

faye@gordonworks.com

Enter Email address for query.

Query

RewardUnsub

GlobalUnsub

Suppress

Complainer

**Translate from X-ServerHost:**

Translate

---

**faye@gordonworks.com**

| | |
|---|---|
| **Name** | GORDON, FAYE |
| **City** | RICHLAND |
| **State** | WA |
| **ZIP Code** | 99352 |
| **Gender** | F |
| **Affiliate** | 999 (ASCENDANT MEDIA INC.) |

| | |
|---|---|
| **Collection Site** | |
| **Collection Date** | 09/11/2003 |
| **IP Address** | 4.5.74.214 |
| **Acquire Type** | ACQUISITION |
| **Deal Name** | EZSWEEPS.COM/PORTFOLIO.PHP |
| **Created** | 09/27/2003 |
| **Last Modifed** | |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| Global | Rewards | Global | Rewards | | | |
| NONE | 01/28/2004 | No Entry | 01/28/2004 | NONE | 90 | No |

CONFIDENTIAL                                                                                                   VM 000161

# *MailCloud Verify Unsub*

**Email To Check:**

genesis@gordonworks.com

Enter Email address for query.

| Query |
| RewardUnsub |
| GlobalUnsub |
| Suppress |
| Complainer |

**Translate from X-ServerHost:**

| Translate |

**genesis@gordonworks.com**

**Name**                        ,

**City**

**State**

**ZIP Code**

**Gender**

**Affiliate**            ()

**Collection Site**

**Collection Date**

**IP Address**

**Acquire Type**

**Deal Name**

**Created**

**Last Modifed**

| Demo Optout Dates | | Email Unsubs | | | | | |
|---|---|---|---|---|---|---|---|
| Global | Rewards | Global | Rewards | Suppression Date | Mailing Status | MailingList |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

# *MailCloud Verify Unsub*

**Email To Check:**

goals@gordonworks.com

| Query |
| --- |

| RewardUnsub |
| --- |

| GlobalUnsub |
| --- |

Enter Email address for query.

| Suppress |
| --- |

| Complainer |
| --- |

**Translate from X-ServerHost:**

| Translate |
| --- |

---

**goals@gordonworks.com**

**Name**                ,

**City**

**State**

**ZIP Code**

**Gender**

**Affiliate**            ()

**Collection Site**

**Collection Date**

**IP Address**

**Acquire Type**

**Deal Name**

**Created**

**Last Modifed**

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
| --- | --- | --- | --- | --- | --- | --- |
| Global | Rewards | Global | Rewards | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

# *MailCloud Verify Unsub*

**Email To Check:**

gordonworks@gordonworks.com

[ Query ]

[ RewardUnsub ]

[ GlobalUnsub ]

Enter Email address for query.

[ Suppress ]

[ Complainer ]

**Translate from X-ServerHost:**

[ Translate ]

---

**gordonworks@gordonworks.com**

**Name**                    ,

**City**

**State**

**ZIP Code**

**Gender**

**Affiliate**               ()

**Collection Site**

**Collection Date**

**IP Address**

**Acquire Type**

---

**Deal Name**

**Created**

**Last Modifed**

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| Global | Rewards | Global | Rewards | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

CONFIDENTIAL
VM 000164

# *MailCloud Verify Unsub*

**Email To Check:**

| james@gordonworks.com |

Enter Email address for query.

| Query |
| RewardUnsub |
| GlobalUnsub |

| Suppress |
| Complainer |

**Translate from X-ServerHost:**

| | | Translate |

---

**james@gordonworks.com**

| | |
|---|---|
| **Name** | GORDON, JAMES |
| **City** | RICHLAND |
| **State** | WA |
| **ZIP Code** | 99352 |
| **Gender** | M |
| **Affiliate** | 999 (RAUT MEDIA) |

| | |
|---|---|
| **Collection Site** | |
| **Collection Date** | 09/02/2003 |
| **IP Address** | 4.5.74.214 |
| **Acquire Type** | ACQUISITION |
| **Deal Name** | EMAILPRIZE.COM/COMPUTER.PHP |
| **Created** | 09/03/2003 |
| **Last Modifed** | |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| Global | Rewards | Global | Rewards | | | |
| NONE | 07/15/2004 | No Entry | 07/15/2004 | NONE | 90 | No |

CONFIDENTIAL    VM 000165

# MailCloud Verify Unsub

**Email To Check:**

jamila@gordonworks.com

Enter Email address for query.

**Translate from X-ServerHost:**

| Query |
| RewardUnsub |
| GlobalUnsub |
| Suppress |
| Complainer |
| Translate |

---

**jamila@gordonworks.com**

| | |
|---|---|
| **Name** | GORDON, JAMILA |
| **City** | WALLA WALLA |
| **State** | WA |
| **ZIP Code** | 99362 |
| **Gender** | F |
| **Affiliate** | 999 (RAUT MEDIA) |

| | |
|---|---|
| **Collection Site** | |
| **Collection Date** | 09/16/2003 |
| **IP Address** | 4.5.74.214 |
| **Acquire Type** | ACQUISITION |
| **Deal Name** | RAUT MEDIA |
| **Created** | 09/29/2003 |
| **Last Modifed** | |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| **Global** | **Rewards** | **Global** | **Rewards** | | | |
| NONE | 07/15/2004 | No Entry | 07/15/2004 | NONE | 90 | No |

CONFIDENTIAL    VM 000166

# MailCloud Verify Unsub

**Email To Check:**

jay@gordonworks.com

Enter Email address for query.

| | |
|---|---|
| **Query** | |
| **RewardUnsub** | |
| **GlobalUnsub** | |
| **Suppress** | |
| **Complainer** | |

**Translate from X-ServerHost:**

**Translate**

---

**jay@gordonworks.com**

| | |
|---|---|
| **Name** | GORDON, JAY |
| **City** | RICHLAND |
| **State** | WA |
| **ZIP Code** | 99352 |
| **Gender** | M |
| **Affiliate** | 999 (RAUT MEDIA) |

| | |
|---|---|
| **Collection Site** | |
| **Collection Date** | 09/09/2003 |
| **IP Address** | 4.5.74.214 |
| **Acquire Type** | ACQUISITION |
| **Deal Name** | EMAILPRIZE.COM/COMPUTER.PHP |
| **Created** | 09/29/2003 |
| **Last Modifed** | |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| **Global** | **Rewards** | **Global** | **Rewards** | | | |
| NONE | 02/15/2006 | No Entry | 02/15/2006 | NONE | 90 | No |

CONFIDENTIAL    VM 000167

# *MailCloud Verify Unsub*

**Email To Check:**

jeg@gordonworks.com

| Query |
|---|

| RewardUnsub |
|---|

| GlobalUnsub |
|---|

Enter Email address for query.

| Suppress |
|---|

| Complainer |
|---|

**Translate from X-ServerHost:**

| Translate |
|---|

---

**jeg@gordonworks.com**

| | |
|---|---|
| **Name** | , |
| **City** | |
| **State** | |
| **ZIP Code** | |
| **Gender** | |
| **Affiliate** | () |
| | |
| **Collection Site** | |
| **Collection Date** | |
| **IP Address** | |
| **Acquire Type** | |

---

| | |
|---|---|
| **Deal Name** | |
| **Created** | |
| **Last Modifed** | |

| Demo Optout Dates | | Email Unsubs | | | | |
|---|---|---|---|---|---|---|
| **Global** | **Rewards** | **Global** | **Rewards** | **Suppression Date** | **Mailing Status** | **MailingList** |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

CONFIDENTIAL                                    VM 000168

# *MailCloud Verify Unsub*

**Email To Check:**

jim@gordonworks.com

Enter Email address for query.

| Query |
| RewardUnsub |
| GlobalUnsub |
| Suppress |
| Complainer |

**Translate from X-ServerHost:**

| Translate |

---

**jim@gordonworks.com**

| | |
|---|---|
| **Name** | Gordon, James |
| **City** | RICHLAND |
| **State** | WA |
| **ZIP Code** | 99352 |
| **Gender** | |
| **Affiliate** | 999 (NETWORK COMMERCE) |
| | |
| **Collection Site** | |
| **Collection Date** | 01/01/1900 |
| **IP Address** | |
| **Acquire Type** | ACQUISITION |
| **Deal Name** | LAWSUIT RECS: JULY |
| **Created** | 07/16/2002 |
| **Last Modifed** | 07/16/2002 |

| Demo Optout Dates | | Email Unsubs | | | | |
|---|---|---|---|---|---|---|
| **Global** | **Rewards** | **Global** | **Rewards** | **Suppression Date** | **Mailing Status** | **MailingList** |
| NONE | 01/28/2004 | No Entry | 01/28/2004 | NONE | 90 | No |

CONFIDENTIAL
VM 000169

# MailCloud Verify Unsub

**Email To Check:**

jobs@gordonworks.com

| Query |
| RewardUnsub |
| GlobalUnsub |

Enter Email address for query.

| Suppress |
| Complainer |

**Translate from X-ServerHost:**

| Translate |

---

**jobs@gordonworks.com**

**Name** ,

**City**

**State**

**ZIP Code**

**Gender**

**Affiliate** ()

**Collection Site**

**Collection Date**

**IP Address**

**Acquire Type**

---

**Deal Name**

**Created**

**Last Modifed**

| Demo Optout Dates | | Email Unsubs | | | | |
|---|---|---|---|---|---|---|
| Global | Rewards | Global | Rewards | Suppression Date | Mailing Status | MailingList |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

CONFIDENTIAL    VM 000170

# *MailCloud Verify Unsub*

**Email To Check:**

jonathan@gordonworks.com

| Query |
|---|

| RewardUnsub |
|---|

| GlobalUnsub |
|---|

Enter Email address for query.

| Suppress |
|---|

| Complainer |
|---|

**Translate from X-ServerHost:**

| Translate |
|---|

---

**jonathan@gordonworks.com**

| Name | GORDON, JONATHAN |
|---|---|
| City | PASCO |
| State | WA |
| ZIP Code | 99301 |
| Gender | M |
| Affiliate | 999 (RAUT MEDIA) |

| **Collection Site** | |
|---|---|
| Collection Date | 09/16/2003 |
| IP Address | 4.5.74.214 |
| Acquire Type | ACQUISITION |
| Deal Name | RAUT MEDIA |
| Created | 09/29/2003 |
| Last Modifed | |

| | Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|---|
| | Global | Rewards | Global | Rewards | | | |
| | NONE | 07/15/2004 | No Entry | 07/15/2004 | NONE | 90 | No |

CONFIDENTIAL   VM 000171

# *MailCloud Verify Unsub*

**Email To Check:**

links@gordonworks.com

| Query |
| --- |
| RewardUnsub |
| GlobalUnsub |

Enter Email address for query.

| Suppress |
| --- |
| Complainer |

**Translate from X-ServerHost:**

| Translate |
| --- |

---

**links@gordonworks.com**

| | |
| --- | --- |
| **Name** | , |
| **City** | |
| **State** | |
| **ZIP Code** | |
| **Gender** | |
| **Affiliate** | () |
| **Collection Site** | |
| **Collection Date** | |
| **IP Address** | |
| **Acquire Type** | |
| **Deal Name** | |
| **Created** | |
| **Last Modifed** | |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
| --- | --- | --- | --- | --- | --- | --- |
| Global | Rewards | Global | Rewards | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

CONFIDENTIAL    VM 000172

# *MailCloud Verify Unsub*

**Email To Check:**

localbusiness@gordonworks.com

| Query |
| RewardUnsub |
| GlobalUnsub |
| Suppress |
| Complainer |

Enter Email address for query.

**Translate from X-ServerHost:**

| Translate |

---

**localbusiness@gordonworks.com**

| **Name** | , |
| **City** | |
| **State** | |
| **ZIP Code** | |
| **Gender** | |
| **Affiliate** | () |
| **Collection Site** | |
| **Collection Date** | |
| **IP Address** | |
| **Acquire Type** | |
| **Deal Name** | |
| **Created** | |
| **Last Modifed** | |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| Global | Rewards | Global | Rewards | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

# *MailCloud Verify Unsub*

**Email To Check:**

lynkstation@gordonworks.com

| Query |

| RewardUnsub |

| GlobalUnsub |

Enter Email address for query.

| Suppress |

| Complainer |

**Translate from X-ServerHost:**

| Translate |

---

**lynkstation@gordonworks.com**

**Name**

**City**

**State**

**ZIP Code**

**Gender**

**Affiliate**            ()

**Collection Site**

**Collection Date**

**IP Address**

**Acquire Type**

---

**Deal Name**

**Created**

**Last Modifed**

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| Global | Rewards | Global | Rewards | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

http://admin.virtumundo.com/MailCloud/listmanagement/checkunsub.cgi    10/16/2006
CONFIDENTIAL    VM 000174

# *MailCloud Verify Unsub*

**Email To Check:**

marketer@gordonworks.com

| Query |
| RewardUnsub |
| GlobalUnsub |
| Suppress |
| Complainer |

Enter Email address for query.

**Translate from X-ServerHost:**

| Translate |

---

**marketer@gordonworks.com**

**Name**

**City**

**State**

**ZIP Code**

**Gender**

**Affiliate**          ()

**Collection Site**

**Collection Date**

**IP Address**

**Acquire Type**

**Deal Name**

**Created**

**Last Modifed**

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| Global | Rewards | Global | Rewards | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

# *MailCloud Verify Unsub*

**Email To Check:**

msm@gordonworks.com

| Query |
| --- |

| RewardUnsub |
| --- |

| GlobalUnsub |
| --- |

Enter Email address for query.

| Suppress |
| --- |

| Complainer |
| --- |

**Translate from X-ServerHost:**

| Translate |
| --- |

---

**msm@gordonworks.com**

| | |
| --- | --- |
| **Name** | , |
| **City** | |
| **State** | |
| **ZIP Code** | |
| **Gender** | |
| **Affiliate** | 136 (MileSpree) |
| **Collection Site** | www.milespree.com |
| **Collection Date** | 01/01/1900 |
| **IP Address** | |
| **Acquire Type** | Purchase |
| **Deal Name** | |
| **Created** | 12/17/2001 |
| **Last Modifed** | 07/22/2002 |

| | Demo Optout Dates | | Email Unsubs | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | **Global** | **Rewards** | **Global** | **Rewards** | **Suppression Date** | **Mailing Status** | **MailingList** |
| | NONE | 02/15/2006 | No Entry | 02/15/2006 | NONE | 90 | No |

CONFIDENTIAL
VM 000176

# *MailCloud Verify Unsub*

**Email To Check:**

postmaster@gordonworks.com

Query

RewardUnsub

GlobalUnsub

Enter Email address for query.

Suppress

Complainer

**Translate from X-ServerHost:**

Translate

**postmaster@gordonworks.com**

| | |
|---|---|
| **Name** | , |
| **City** | |
| **State** | |
| **ZIP Code** | |
| **Gender** | |
| **Affiliate** | () |
| **Collection Site** | |
| **Collection Date** | |
| **IP Address** | |
| **Acquire Type** | |
| **Deal Name** | |
| **Created** | |
| **Last Modifed** | |

| Demo Optout Dates | | Email Unsubs | | | | |
|---|---|---|---|---|---|---|
| **Global** | **Rewards** | **Global** | **Rewards** | **Suppression Date** | **Mailing Status** | **MailingList** |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

CONFIDENTIAL                                           VM 000177

# *MailCloud Verify Unsub*

**Email To Check:**

referral@gordonworks.com

| Query |
| RewardUnsub |
| GlobalUnsub |

Enter Email address for query.

| Suppress |
| Complainer |

**Translate from X-ServerHost:**

| Translate |

---

referral@gordonworks.com

**Name**                     ,

**City**

**State**

**ZIP Code**

**Gender**

**Affiliate**              ()

**Collection Site**

**Collection Date**

**IP Address**

**Acquire Type**

**Deal Name**

**Created**

**Last Modifed**

| Deano Optout Dates | | Email Unsubs | | | | |
|---|---|---|---|---|---|---|
| Global | Rewards | Global | Rewards | Suppression Date | Mailing Status | MailingList |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

# *MailCloud Verify Unsub*

**Email To Check:**

sd@gordonworks.com

|  |
|---|
| Query |

|  |
|---|
| RewardUnsub |

|  |
|---|
| GlobalUnsub |

Enter Email address for query.

|  |
|---|
| Suppress |

|  |
|---|
| Complainer |

**Translate from X-ServerHost:**

|  |
|---|
| Translate |

---

**sd@gordonworks.com**

**Name**　　　　　　　,

**City**

**State**

**ZIP Code**

**Gender**

**Affiliate**　　　　　()

**Collection Site**

**Collection Date**

**IP Address**

**Acquire Type**

**Deal Name**

**Created**

**Last Modifed**

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| **Global** | **Rewards** | **Global** | **Rewards** | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

CONFIDENTIAL                                     VM 000179

# MailCloud Verify Unsub

**Email To Check:**

teen@gordonworks.com

| | |
|---|---|
| | **Query** |
| | **RewardUnsub** |
| | **GlobalUnsub** |

Enter Email address for query.

| |
|---|
| **Suppress** |
| **Complainer** |

**Translate from X-ServerHost:**

| |
|---|
| **Translate** |

---

**teen@gordonworks.com**

**Name** ,

**City**

**State**

**ZIP Code**

**Gender**

**Affiliate** ()

**Collection Site**

**Collection Date**

**IP Address**

**Acquire Type**

---

**Deal Name**

**Created**

**Last Modifed**

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| **Global** | **Rewards** | **Global** | **Rewards** | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

CONFIDENTIAL                    VM 000180

# MailCloud Verify Unsub

**Email To Check:**

telecom@gordonworks.com

Query

RewardUnsub

GlobalUnsub

Enter Email address for query.

Suppress

Complainer

**Translate from X-ServerHost:**

Translate

---

telecom@gordonworks.com

**Name**                          ,

**City**

**State**

**ZIP Code**

**Gender**

**Affiliate**            ()

**Collection Site**

**Collection Date**

**IP Address**

**Acquire Type**

**Deal Name**

**Created**

**Last Modifed**

| Demo Optout Dates | | | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| **Global** | **Rewards** | **Global** | **Rewards** | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

Column header note: **Email Unsubs** spans Global/Rewards (3rd and 4th columns).

# *MailCloud Verify Unsub*

**Email To Check:**

tj@gordonworks.com

| Query |
| RewardUnsub |
| GlobalUnsub |

Enter Email address for query.

| Suppress |
| Complainer |

**Translate from X-ServerHost:**

| Translate |

---

**tj@gordonworks.com**

**Name**                    ,

**City**

**State**

**ZIP Code**

**Gender**

**Affiliate**            ()

**Collection Site**

**Collection Date**

**IP Address**

**Acquire Type**

**Deal Name**

**Created**

**Last Modifed**

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| Global | Rewards | Global | Rewards | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

CONFIDENTIAL                                                    VM 000182

# *MailCloud Verify Unsub*

**Email To Check:**

tommy@gordonworks.com

[ Query ]

[ RewardUnsub ]

[ GlobalUnsub ]

Enter Email address for query.

[ Suppress ]

[ Complainer ]

**Translate from X-ServerHost:**

[ Translate ]

**tommy@gordonworks.com**

**Name**                    ,

**City**

**State**

**ZIP Code**

**Gender**

**Affiliate**              ()

**Collection Site**

**Collection Date**

**IP Address**

**Acquire Type**

**Deal Name**

**Created**

**Last Modifed**

| Demo Optout Dates | | Email Unsubs | | | | |
|---|---|---|---|---|---|---|
| **Global** | **Rewards** | **Global** | **Rewards** | **Suppression Date** | **Mailing Status** | **MailingList** |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

http://admin.virtumundo.com/MailCloud/listmanagement/checkunsub.cgi     10/16/2006

CONFIDENTIAL
VM 000183

Case 2:06-cv-00204-JCC     Document 40-3     Filed 11/02/2006     Page 30 of 30

# *MailCloud Verify Unsub*

**Email To Check:**

webmaster@gordonworks.com

> [ **Query** ]

> [ **RewardUnsub** ]

> [ **GlobalUnsub** ]

Enter Email address for query.

> [ **Suppress** ]

> [ **Complainer** ]

**Translate from X-ServerHost:**

> [ **Translate** ]

---

**webmaster@gordonworks.com**

**Name**                    ,

**City**

**State**

**ZIP Code**

**Gender**

**Affiliate**              ()

**Collection Site**

**Collection Date**

**IP Address**

**Acquire Type**

---

**Deal Name**

**Created**

**Last Modifed**

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| **Global** | **Rewards** | **Global** | **Rewards** | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

http://admin.virtumundo.com/MailCloud/listmanagement/checkunsub.cgi     10/16/2006

CONFIDENTIAL
VM 000184