# EXHIBIT A

Dockets.Justia.com

```
Return-Path: <mailcenter309104@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 31266 invoked by uid 10003); 20 Jun 2004 05:43:30 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 31263 invoked from network); 20 Jun 2004 05:43:30 -0000
Received: from unknown (HELO vm125.vmadmin.com) (216.64.222.125)
  by ns48.webmasters.com with SMTP; 20 Jun 2004 05:43:30 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm125.vmadmin.com with SMTP; 20 Jun 2004 00:43:27 -0500
X-ClientHost: 106097121064103111141001111101191111141071150460991111 09
X-MailingID: 309104
From: Scooters Unlimited <ScootersUnlimited@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Scooters Unlimited <ScootersUnlimited309104@replies.virtumundo.com>
Subject: You may be eligible for a power wheelchair at no cost to you.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



This has been presented by

Southeast Mobility Group LLC/Scooters Unlimited
1702 Ridgewood Ave. Suite A&B
Daytona Beach, FL 32117

If you wish to unsubscribe from Scooters Unlimited in the future, please visit us here.

This is an advertisement. If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click here. Please mail questions or comments regarding this advertisement to the sender:

Scooters Unlimited, 1702 Ridgewood Ave., Suites A&B, Daytona Beach, FL 32117

- To remove yourself from this program, go to http://www.virtumundo.com/change or click here.
- Please send any questions concerning our programs to: Virtumundo, Inc., 8400 W. 110th Street, Suite 330, Overland Park, KS 66210. Thank you.