# EXHIBIT C

Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
X-ClientHost: 1060971210641031111410011110119111141071150460991111 09
X-MailingID: 308880
From: First Premier Bank <FirstPremierBank@vmadmin.com>
To: Jay <jay@gordonworks.com>
Reply-To: First Premier Bank <FirstPremierBank308880@replies.virtumundo.com>
Subject: Your First PREMIER Bank Visa/MasterCard Application



**TURN THINGS AROUND.**
REPAIR CREDIT WITH THE FIRST PREMIER CREDIT CARD.

Dear Jay,

When it comes to repairing credit, it helps to have the right tools.

We can help you get the credit you need - simply and quickly - with a First Premier Credit Card.

We designed this program specifically for people who are ready for a fresh start with their credit. Get your First Premier Credit Card, and get ahead with:

* Low fixed APR on purchases
* 24/7 phone and on-line account access
* Monthly reporting to 4 major credit bureaus
* Online access to credit education



Use our simple 3step process.

Apply online right now and start strengthening your credit today. We make the process easy, pleasant and secure.

This is a special opportunity, so don't delay. Apply now.

We look forward to working with you.
Sincerely,

*D. Nicholson*

Dan Nicholson
Senior Credit Manager

This is an advertisement. If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click here. Please mail questions or comments regarding this advertisement to the sender:

First Premier Bank 900 W. Delaware St., Sioux Falls, SD 57104

- To remove yourself from this program, go to http://www.virtumundo.com/change or click here.
- Please send any questions concerning our programs to: Virtumundo, Inc., 8400 W. 110th Street, Suite 330, Overland Park, KS 66210. Thank you.