# EXHIBIT E

```
Return-Path: <mailcenter308993@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 1874 invoked by uid 10003); 15 Jun 2004 06:13:20 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 1865 invoked from network); 15 Jun 2004 06:13:20 -0000
Received: from unknown (HELO vm094.vmadmin.com) (216.64.222.94)
  by ns48.webmasters.com with SMTP; 15 Jun 2004 06:13:20 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm094.vmadmin.com with SMTP; 15 Jun 2004 01:13:19 -0500
X-ClientHost: 10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 308993
From: University of Phoenix Online <UniversityOnline@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: University of Phoenix Online <UniversityOnline308993@replies.virtumundo.com>
Subject: Enroll now and waive the application fee
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





We respect your privacy. If you wish to no longer receive emails from University of Phoenix, please click here to unsubscribe and your e-mail address will be removed from future e-mail promotions.

University of Phoenix  3157 E. Elwood St.  Phoenix, AZ 85040

This is an advertisement. We respect your privacy. If you wish to no longer receive emails from University of Phoenix, please click here to unsubscribe and your e-mail address will be removed from future e-mail promotions.

University of Phoenix, 4615 E. Elwood St., Phoenix, AZ 85040

To remove yourself from this program, go to http://www.virtumundo.com/change or click here. Please send any questions concerning our programs to: Virtumundo, Inc., 8400 W. 110th Street, Suite 330, Overland Park, KS 66210.  Thank you.