# EXHIBIT F

Case 2:06-cv-00204-JCC    Document 41-7    Filed 11/02/2006    Page 1 of 2

Dockets.Justia.com

**UNSUBSCRIBE**

Unsubscribe from Virtumundo's Rewards email mailing list:

To unsubscribe from the Virtumundo Rewards email list, please enter your email address below and then click the "unsubscribe" button.

E-mail address: jamila@gordonworks.com    [ Unsubscribe ]

NOTICE OF RECENT FORGERIES: If you reached this page by clicking on a Virtumundo e-mail unsubscribe link, the e-mail address field (above) will be automatically filled in with your e-mail address. If no e-mail address or an e-mail address that is unfamiliar to you appears, you could be receiving e-mail that has been forged to falsely appear as if Virtumundo was the sender. Please forward the offending e-mail, in its entirety, to privacy@virtumundo.com for our review. If we did send the e-mail to you, we will promptly remove your address from Virtumundo Rewards.

Click here to view our privacy policy.

Global Unsubscribe

COPYRIGHT © 2002 VIRTUMUNDO, INC. ALL RIGHTS RESERVED

CONFIDENTIAL    VM 039051