# EXHIBIT G

X-Persona: <spam>
Return-Path: <mailcenter21892244@adknowledgemail.com>
Delivered-To: 7-faye@gordonworks.com
Received: (qmail 25697 invoked from network); 16 Oct 2005 17:45:54 -0600
Received: from vm208-234.adknowledgemail.com (HELO kc-sb02.ak-networks.com) (216.21.208.234)
  by chiefmusician.net with SMTP; 16 Oct 2005 17:45:54 -0600
Received: from adknowledgemail.com (10.10.50.60)
  by sb01.adknownet.com with ESMTP; 16 Oct 2005 18:45:14 -0500
X-ClientHost: 10209712110106410311114100111110119111141071150460991111 09
X-MailingID: 21892244
From: Las Vegas Weddings <LasVegasWeddings@adknowledgemail.com>
To:    <faye@gordonworks.com>
Errors-To:  errors@adknowledgemail.com
Reply-To: return21892244@adknowledgemail.com
Subject: Your Vegas wedding awaits!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



You received this message because you subscribed to Adknowledge Rewards. To remove yourself from this service and stop receiving email messages from Adknowledge, go to http://www.adknowledgemail.com/us or go here. To read Adknowledge's privacy policy, go to http://www.adknowledgemail.com/pp or go here. Please mail comments about this message to Adknowledge, 4600 Madison, 5th Floor, Kansas City, MO 64112. (c) 1998-2005 Adknowledge, Inc. All rights reserved.

CONFIDENTIAL    ADK 001220