# EXHIBIT H

Dockets.Justia.com



privacy.adknowledge.com

## Unsubscribe

To unsubscribe from mail originating from the Adknowledge systems, please enter your email address below and then click the "Unsubscribe" button.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**E-Mail Address:**        [                    ]

                          [  Unsubscribe  ]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NOTICE OF RECENT FORGERIES: If you reached this page by clicking on an Adknowledge e-mail unsubscribe link, the e-mail address field (above) will be automatically filled in with your e-mail address. If no e-mail address or an e-mail address that is unfamiliar to you appears, you could be receiving e-mail that has been forged to falsely appear as if Adknowledge was the sender. Please forward the offending e-mail, in its entirety, to privacy@adknowledge.com for our review. If we did send the e-mail to you, we will promptly remove your address from the Adknowledge network.

Click here to view our privacy policy.

Global Unsubscribe

All original content copyright © 2006 adknowledge, Inc. All rights reserved. All other product, service and company names are trademarks, registered trademarks or service marks of their respective owners.