# EXHIBIT I

Life Insurance, 12:09 AM 2/5/2006, Do you have enough life insurance?  Page 1 of 2

Case 2:06-cv-00204-JCC   Document 41-10   Filed 11/02/2006   Page 2 of 3

X-Persona: <spam>
Return-Path: <mailcenter46245399@adknowledgemail.com>
Delivered-To: 7-faye@gordonworks.com
Received: (qmail 10688 invoked from network); 4 Feb 2006 23:41:42 -0600
Received: from vm208-68.adknowledgemail.com (216.21.208.68)
  by celiajay.com with SMTP; 4 Feb 2006 23:41:40 -0600
Received: from adknowledgemail.com (10.10.50.60)
  by vm208-68.adknowledgemail.com with ESMTP; 04 Feb 2006 23:40:50 -0600
X-ClientHost: 102097121101064103111114100111110119111141071150460991111 09
X-MailingID: 46245399
From: Life Insurance <LifeInsuranceNow@adknowledgemail.com>
To: <faye@gordonworks.com>
Errors-To: errors@adknowledgemail.com
Reply-To: return46245399@adknowledgemail.com
Subject: Do you have enough life insurance?
Mime-Version: 1.0
Content-Type: text/html; charset="us-ascii"
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: No, hits=9.2 required=999.0 tests=BAYES_99,DATE_MISSING,
    HTML_IMAGE_ONLY_06,HTML_MESSAGE,MIME_HTML_ONLY autolearn=no
    version=2.63





You received this message because you subscribed to Adknowledge Rewards. To remove yourself from this service and stop receiving email messages from Adknowledge, go to http://www.adknowledgemail.com/us or go here. To read Adknowledge's privacy policy, go to http://www.adknowledgemail.com/pp or go here. Please mail comments about this message to Adknowledge, 4600 Madison, 10th Floor, Kansas City, MO 64112. (c) 1998-2005 Adknowledge, Inc. All rights reserved.