# EXHIBIT P

Welcome **Guest!**   Login/Join

| Whois msdsa.com | Domain Suggestions | For Sale | Auctions | Advanced Auctions | Domain Search | Domain Monitor |
| Domain Directory | Ping | Traceroute | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |
| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy new | Advanced Auction | XML API |

  

## Whois Record for Msdsa.com

### Page Information

| **Record Type:** | Domain Name |
| **About Us:** | Wiki article on Msdsa.com |

### Thumbnail



### Server Data

| **IP Address:** | 64.69.68.141 |
| **IP Location:** | - British Columbia - Vancouver - Peer1 Internet Bandwidth & Server Co-location Facilities |
| **Blacklist Status:** | Clear |
| **SSL Cert:** | No valid SSL on this Host |
| **Website Status:** | Active |

### Registry Data

| **ICANN Registrar:** | DOMAIN NAME SALES CORP. |
| **Created:** | 12-mar-2005 |
| **Expires:** | 12-mar-2008 |
| **Registrar Status:** | REGISTRAR-LOCK |
| **Whois Server:** | whois.domainnamesales.com |
| **Name Server:** | NS1.LINKZ.COM |

### Other TLDs   Show Key

| .com | .net | .org | .info | .biz | .us |

### DomainTools Exclusive

| * **Registrar History:** | 3 registrars. |
| * **NS History:** | 6 changes. Using 4 unique name servers in 3 years. |
| * **IP History:** | 3 changes. Using 2 unique IP addresses in 2 years. |
| **Whois History:** | 9 records have been archived since 2003-08-01 |
| **Reverse IP:** | 133,265 other sites hosted on this server. |
| **Monitor Domain:** | Set Alert |

### Reverse IP

There are 133,265 other sites hosted on this webserver. View a sample with Reverse IP.

### Backorder

Set a backorder so you can own msdsa.com when it becomes available.

### Domains for Sale

| Domain | Price |
| --- | --- |
| IMsSa.com | $314.00 |
| PtSa.com | $500.00 |
| SsSa.com | $500.00 |
| KlSa.com | $500.00 |

### Whois Record

```
Registrant:
  Linkz Internet Services
  30369 Seven Mile Beach
  Grand Cayman, Cayman Islands B.W.I.
  KY
```

```
Domain name: MSDSA.COM

Administrative Contact:
 Domain, Administrator    operations@linkz.com
 30369 Seven Mile Beach
 Grand Cayman, Cayman Islands B.W.I.
 KY
 +1.345.946.6879
Technical Contact:
 Domain, Administrator    operations@linkz.com
 30369 Seven Mile Beach
 Grand Cayman, Cayman Islands B.W.I.
 KY
 +1.345.946.6879


Registrar of Record: DomainNameSales
Record last updated on 10-Jun-2006.
Record expires on 12-Mar-2008.
Record created on 12-Mar-2005.

Domain servers in listed order:
 NS1.LINKZ.COM   216.187.103.167
 NS2.LINKZ.COM   216.187.103.166


Domain status: clientDeleteProhibited
        clientTransferProhibited
        clientUpdateProhibited
```

| | |
|---|---|
| IvSa.com | $500.00 |
| SaSea.com | $700.00 |
| SaSis.com | $800.00 |
| GetSa.com | $1,243.00 |
| VzSa.com | $1,243.00 |
| SaVit.com | $1,500.00 |
| NrSa.com | $1,500.00 |

**Domains At Auction**

| Domain | Auction Date |
|---|---|
| ◯ 3dSa.com | 10-28-2006 |
| ◯ YOzSa.net | 10-28-2006 |
| ◯ WasSaMattaYou.com | 10-28-2006 |
| ◯ LSaElect.com | 10-28-2006 |
| ◯ SaRpcO.com | 10-28-2006 |
| ◯ AbsCYSSa.com | 10-28-2006 |
| ◯ AbsCYSSa.net | 10-28-2006 |
| ◯ SaGangi.com | 10-28-2006 |
| ◯ KuISaMm.com | 10-28-2006 |
| ◯ TvFSaHome.com | 10-28-2006 |
| ◯ SaMrTmOney.com | 10-28-2006 |
| ◯ SaRnAtFran.com | 10-28-2006 |
| ◯ 321SaKurAyAma.com | 10-28-2006 |



Members Area | Web Hosting | Stock Ticker | Download | Domain Registration | Whois | Domain Suggestions | Site Map ;

ADK 001271