# EXHIBIT R

Dockets.Justia.com

Welcome **Guest!**   Login/Join



  

## Whois Record for Ew01.com

### Page Information

| | |
|---|---|
| **Record Type:** | Domain Name |
| **About Us:** | Wiki article on Ew01.com |

### Server Data

| | |
|---|---|
| **IP Address:** | 204.251.15.174 W P D T |
| **IP Location:** | - Louisiana - New Orleans - Zipa Llc |
| **Blacklist Status:** | Clear |
| **SSL Cert:** | No valid SSL on this Host |
| **Website Status:** | Active |

### Registry Data

| | |
|---|---|
| **ICANN Registrar:** | INTERCOSMOS MEDIA GROUP, INC. D/B/A DIRECTNIC.COM |
| **Created:** | 08-feb-2005 |
| **Expires:** | 08-feb-2007 |
| **Registrar Status:** | REGISTRAR-LOCK |
| **Whois Server:** | whois.directnic.com |
| **Name Server:** | NS0.DIRECTNIC.COM |

### DomainTools Exclusive

| | |
|---|---|
| * **Registrar History:** | 2 registrars. |
| * **NS History:** | 7 changes. Using 4 unique name servers in 4 years. |
| * **IP History:** | 7 changes. Using 5 unique IP addresses in 2 years. |
| **Whois History:** | 47 records have been archived since 2003-01-27 |
| **Reverse IP:** | 188,152 other sites hosted on this server. |
| **Monitor Domain:** | Set Alert |

### Whois Record

```
Registration and WHOIS Service provided by directNIC.com

Registrant:
 NOLDC, Inc
 838 Camp Street
 Apartment C
```

**Thumbnail: 2005-05-07**



**Other TLDs**                    Show Key

| .com | .net | .org | .info | .biz | .us |
|------|------|------|-------|------|-----|

**Reverse IP**

There are 188,152 other sites hosted on this webserver. View a sample with Reverse IP.

**Backorder**

Set a backorder so you can own ew01.com when it becomes available.

**Domains for Sale**

| Domain | Price |
|--------|-------|
| 0190.com | $160.00 |
| 01865.com | $457.00 |
| 01536.com | $457.00 |
| 01933.com | $457.00 |
| 01582.com | $457.00 |
| 01525.com | $457.00 |
| 01327.com | $457.00 |
| 0106.com | $1,243.00 |
| 0173.com | $1,243.00 |
| 0151.com | $1,845.00 |

```
 New Orleans, LA 70130
 US
 504-274-2190
Fax:504-274-0360


Domain Name: EW01.COM

Administrative Contact:
 Purchase, Domain   support@no1dc.com

 838 Camp Street
 Apartment C
 New Orleans, LA 70130
 US
 504-274-2190
Fax:504-274-0360


Technical Contact:
 Purchase, Domain   support@no1dc.com

 838 Camp Street
 Apartment C
 New Orleans, LA 70130
 US
 504-274-2190
Fax:504-274-0360



Record last updated 02-09-2005 02:40:43 AM
Record expires on 02-08-2007
Record created on 02-08-2005

Domain servers in listed order:
      NS0.DIRECTNIC.COM      204.251.10.100
      NS1.DIRECTNIC.COM      206.251.177.2
```

| 0141.com | $1,845.00 |
|---|---|

**Domains At Auction**

| Domain | Auction Date |
|---|---|
| Sc401.com | 10-28-2006 |
| 0196405638.com | 10-28-2006 |
| 011Dial.com | 10-28-2006 |
| 001Books.com | 10-28-2006 |
| 001Ticket.com | 10-28-2006 |
| 01Hotel.com | 10-28-2006 |
| 001Spy.com | 10-28-2006 |
| 0101Mail.com | 10-28-2006 |
| 001Cock.com | 10-28-2006 |
| 01Canada.com | 10-28-2006 |
| 001Oral.com | 10-28-2006 |
| 001Cards.com | 10-28-2006 |
| 001Films.com | 10-28-2006 |

 Members Area | Web Hosting | Stock Ticker | Download | Domain Registration | Whois | Domain Suggestions | Site Map ;