MERKLE SIEGEL & FRIEDRICHSEN, P.C.
Robert J. Siegel
1325 Fourth Ave., Suite 940
Seattle, WA 98101
(206) 624-9392

THE HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| JAMES S. GORDON, Jr., a married individual, d/b/a 'GORDONWORKS.COM'; OMNI INNOVATIONS, LLC., a Washington limited liability company,<br><br>          Plaintiffs,<br>v.<br><br>VIRTUMUNDO, INC, a Delaware corporation, d/b/a ADNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a ADKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, I-X,<br><br>          Defendants. | NO. CV06-0204JCC<br><br>[PROPOSED]<br>ORDER GRANTING PLAINTIFFS' MOTION FOR RELIEF FROM DEADLINE |

ORDER GRANTING PLAINTIFFS' MOTION FOR RELIEF FROM DEADLINE RE: RESPONSE TO MOTION FOR AN UNDERTAKING
GORDON v. VIRTUMUNDO GROUP, INC.
- 1

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

**THIS MATTER** having come before the Court by Plaintiffs' Motion For Relief From Deadline, and the Court, having considered all moving and responsive pleadings, and having found that good cause exists, therefore

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion is granted, and Plaintiffs are relieved from responding to Defendants' Motion For An Undertaking, now noted for hearing on November 17, 2006, which hearing is hereby stricken;

**AND IT IS FURTHER ORDERED**, that Plaintiffs should file their Motion For Summary Judgment within 30 days hereof, and that the hearings on both motions will be consolidated and heard on the same date, once noted.

DONE IN OPEN COURT this _____ day of November, 2006.

_____
The Hon. Judge John C. Coughenour


<u>MERKLE SIEGEL & FRIEDRICHSEN, P.C.</u>
Attorneys at Law

<u>/S/ Robert J. Siegel</u>
Robert J. Siegel, WSBA #17312
Attorney for Plaintiffs

ORDER GRANTING PLAINTIFFS' MOTION FOR RELIEF FROM DEADLINE RE: RESPONSE TO MOTION FOR AN UNDERTAKING
GORDON v. VIRTUMUNDO GROUP, INC.
- 2

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717