| | |
|---|---|
| MERKLE SIEGEL & FRIEDRICHSEN, P.C.<br>Robert J. Siegel<br>1325 Fourth Ave., Suite 940<br>Seattle, WA 98101<br>(206) 624-9392 | THE HON. JOHN C. COUGHENOUR |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| JAMES S. GORDON, Jr., a married individual, d/b/a 'GORDONWORKS.COM'; OMNI INNOVATIONS, LLC., a Washington limited liability company,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>VIRTUMUNDO, INC, a Delaware corporation, d/b/a ADNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a ADKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, I-X,<br><br>　　　　　　　　Defendants. | NO. CV06-0204JCC<br><br>CERTIFICATE OF SERVICE |

ORDER GRANTING PLAINTIFFS' MOTION FOR RELIEF FROM DEADLINE RE: RESPONSE TO MOTION FOR AN UNDERTAKING
GORDON v. VIRTUMUNDO GROUP, INC. - 1

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

Dockets.Justia.com

1  I, hereby, certify that on November 3, 2006, we filed Plaintiffs' Motion for Relief from Deadline
2  with this Court. The Clerk of the Court will provide electronic notification system using the
3  CM/ECF, which will send an electronic copy of this Notice to Derek Newman.
4
5  /s/ Adana Lloyd
6  Adana Lloyd

ORDER GRANTING PLAINTIFFS' MOTION FOR
RELIEF FROM DEADLINE RE: RESPONSE TO
MOTION FOR AN UNDERTAKING
GORDON v. VIRTUMUNDO GROUP, INC.
- 2

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717