1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
9                                      AT SEATTLE

10   JAMES S. GORDON, Jr., a married individual,
     d/b/a 'GORDONWORKS.COM'; OMNI
11   INNOVATIONS, LLC., a Washington limited
     liability company,                                  CASE NO. C06-204JCC

12                      Plaintiffs,                      MINUTE ORDER

13            v.

14   VIRTUMUNDO, INC., a Delaware corporation,
     d/b/a ADNOWLEDGEMAIL.COM;
15   ADKNOWLEDGE, INC., a Delaware
     corporation, d/b/a AKNOWLEDGEMAIL.COM;
16   SCOTT LYNN, an individual; and JOHN DOES,
     1–X,
17
                        Defendants.
18

19        The following Minute Order is made by direction of the Court, the Honorable John C.

20   Coughenour, United States District Judge:

21        This matter comes before the Court on Plaintiffs' Motion for Relief from Deadline (Dkt. No. 42).

22   Plaintiffs incorrectly noted the motion for 6 judicial days after he filed it.  Local Rule7(d)(2) requires 7

23   judicial days.  Because November 10 is a federal holiday, Plaintiffs' Motion is hereby RENOTED for

24   November 15.

25

26   MINUTE ORDER – 1

1    Further, Defendants' Response, if any, shall be due by Thursday, November 9 at 12:00 noon.

2    DATED this 7th day of November, 2006.

3                                         BRUCE RIFKIN, Clerk of Court

4                                         By   /s/ C. Ledesma
                                                 Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   MINUTE ORDER – 2