**The Honorable John C. Coughenour**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JAMES S. GORDON, Jr., a married individual, d/b/a 'GORDONWORKS.COM'; OMNI INNOVATIONS, LLC., a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>VIRTUMUNDO, INC, a Delaware corporation d/b/a ADNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a ADKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, 1-X,<br><br>Defendants. | No. CV06-0204JCC<br><br>**DECLARATION OF ROGER TOWNSEND IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR RELIEF**<br><br>NOTE ON MOTION CALENDAR: November 15, 2006 |

I, Roger Townsend, swear under penalty of perjury under the laws of the United States of America to the following:

1. I am counsel of record for defendants Virtumundo, Inc. ("Virtumundo") and Adknowledge, Inc. ("Adknowledge"), am over age 18, and competent to be a witness. I am making this Declaration based on facts within my own personal knowledge.

2. No depositions have been taken and no expert witness reports have been

TOWNSEND DECL. RE
PLS.' MOT. FOR RELIEF - 1
(CV06-0204JCC)

**NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

1  exchanged in this lawsuit.

3      DATED this 9th day of November, 2006, at Seattle, Washington.

*[signature: Roger M. Townsend]*

_____
Roger M. Townsend

TOWNSEND DECL. RE
PLS.' MOT. FOR RELIEF - 2
(CV06-0204JCC)

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800