UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES S. GORDON, Jr., a married individual, d/b/a 'GORDONWORKS.COM'; OMNI INNOVATIONS, LLC., a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>VIRTUMUNDO, INC., a Delaware corporation, d/b/a ADNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a AKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, 1–X,<br><br>Defendants. | CASE NO. C06-204JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' Motion for Relief from Deadline (Dkt. No. 42). Plaintiffs' motion is GRANTED. Plaintiffs are directed to file their summary judgment motion by Monday December 18, 2006, as requested. The noting date for such motion shall be January 12, 2007. Accordingly, Defendants' Motion for an Undertaking (Dkt. No. 38) is hereby RENOTED for

MINUTE ORDER – 1

consideration on January 12, 2007 as well.

DATED this 9th day of November, 2006.

BRUCE RIFKIN, Clerk of Court

By  /s/ C. Ledesma
       Deputy Clerk

MINUTE ORDER – 2