The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| JAMES S. GORDON, Jr., a married individual, d/b/a 'GORDONWORKS.COM'; OMNI INNOVATIONS, LLC., a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>VIRTUMUNDO, INC, a Delaware corporation d/b/a ADNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a ADKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, 1-X,<br><br>Defendants. | No. CV06-0204JCC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION OF DATE BY WHICH PLAINTIFFS MUST FILE THEIR SUMMARY JUDGMENT MOTION**<br><br>NOTE ON MOTION CALENDAR: November 9, 2006 |

The Court issued an order (Dkt. No. 46) on November 9, 2006 granting Plaintiffs' motion for relief from deadline. Specifically, the Court directed Plaintiffs "to file their summary judgment motion by Monday December 18, 2006, as requested." However, Plaintiffs' request was that the Court order "the Plaintiff to file a motion for summary judgment within 30 days". <u>See</u> Plaintiffs' Mot. for Relief, Dkt. No. 42, at 3:18-19. Thirty (30) days from the date of Plaintiffs' motion is not December 18, but rather December 4, 2006. Accordingly, the Court hereby reconsiders the date by which Plaintiffs must file their summary judgment motion.

ORDER GRANTING DEFS.' MOT. FOR RECONSIDERATION - 1 (CV06-0204JCC)

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

1  Defendants' motion for reconsideration (Dkt. No. 47) is GRANTED.  Plaintiffs
2 are directed to file their summary judgment motion by December 4, 2006, as requested.
3 The noting date for such motion shall be December 29, 2006.  Defendants' Motion for an
4 Undertaking (Dkt. No. 38) is hereby RENOTED for consideration on December 29, 2006
5 as well.

7  DATED this _____ day of November, 2006.

10  _____
    HONORABLE JOHN C. COUGHENOUR
    UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFS.' MOT.
FOR RECONSIDERATION - 2
(CV06-0204JCC)

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800