UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES S. GORDON, Jr., a married individual, d/b/a 'GORDONWORKS.COM'; OMNI INNOVATIONS, LLC., a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>VIRTUMUNDO, INC., a Delaware corporation, d/b/a ADNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a AKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, 1–X,<br><br>Defendants. | CASE NO. C06-204JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' Motion for Reconsideration (Dkt. No. 47). Motions for reconsideration are governed by Local Civil Rule 7(h)(1), which provides in pertinent part that "[m]otions for reconsideration are disfavored" and that the Court "will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling." Local Rules W.D. Wash. CR 7(h)(1).

MINUTE ORDER – 1

1  Defendants have made no such showing.  Accordingly, their motion is DENIED.

2      DATED this 13th day of November, 2006.

3                                    BRUCE RIFKIN, Clerk of Court

4                                    By  /s/ C. Ledesma
                                         Deputy Clerk

26  MINUTE ORDER – 2