THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES S. GORDON, Jr., a married individual, d/b/a 'GORDONWORKS.COM'; OMNI INNOVATIONS, LLC., a Washington limited liability company;<br><br>Plaintiffs,<br><br>v.<br><br>VIRTUMUNDO, INC, a Delaware corporation d/b/a ADNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a ADKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, 1-X,<br><br>Defendants. | No. CV06-0204JCC<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING DISCOVERY CUTOFF AND OTHER DATES |

## STIPULATION

WHEREAS, pursuant to Fed. R. Civ. P. 16(f), the last court day to complete discovery and file and serve motions to compel discovery is December 15, 2006.

STIPULATION AND [PROPOSED] ORDER MODIFYING DISCOVERY CUTOFF AND OTHER DATES

1

NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP
505 Fifth Avenue South, Suite 610
Seattle, Washington 98150
phone: (206) 274-2827
fax: (206) 274-2801

1  WHEREAS, pursuant to the Court's June 13, 2006 order (Dkt. #27), the dispositive
2  motions filing deadline is December 22, 2006.
3  WHEREAS, the parties have met and conferred in good faith regarding scheduling
4  
5  depositions in this case. As a result of the holiday season and the diverse locations of the
6  deponents, the parties have been unable to find mutually convenient dates to conduct
7  depositions of fact witnesses in this case on or prior to December 15, 2006.
8  WHEREAS, the parties respectfully request that the Court modify the June 13, 2006
9  scheduling order (Dkt. #27) to extend certain dates as follows:

- Extend the deadline for the parties to depose fact witnesses thirty (30) days to January 15, 2006; and
- Extend the general dispositive motions filing deadline provided in Dkt. #27 thirty (30) days to January 22, 2006.

WHEREAS, the parties agree that all other dates, including the court-ordered deadline for Plaintiffs' motion for summary judgment (*see* Dkt. #46), shall remain unmodified.

DATED this _____ day of November, 2006.

| NEWMAN & NEWMAN, LLP | MERKLE SIEGEL & FRIEDRICHSEN, P.C. |
| Attorneys for Defendants | Attorneys for Plaintiffs |

By /s/ Roger M. Townsend
Derek A. Newman, WSBA # 26967
Roger M. Townsend, WSBA # 25525

By /s/ Robert Siegel with authorization
Robert J. Siegel WSBA# 17312

//
//
///

## ORDER

Pursuant to stipulation of counsel, it is hereby ORDERED, as follows:

1. The deadline for the parties to depose fact witnesses is extended thirty (30) days to January 15, 2006;

2. The general motions filing deadline provided in Dkt. #27 is extended thirty (30) days to January 22, 2006.

All other dates and schedules, including but not limited to those set forth in the Court's Minute Order (Dkt. #46), shall remain unmodified.

DATED this ____ day of _____, 2006.

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED] ORDER MODIFYING DISCOVERY CUTOFF AND OTHER DATES**

3

**NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP**
505 Fifth Avenue South, Suite 610
Seattle, Washington 98150
phone: (206) 274-2827
fax: (206) 274-2801