**THE HONORABLE JOHN C. COUGHENOUR**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES S. GORDON, Jr., a married individual, d/b/a 'GORDONWORKS.COM'; OMNI INNOVATIONS, LLC., a Washington limited liability company;<br><br>Plaintiffs,<br><br>v.<br><br>VIRTUMUNDO, INC, a Delaware corporation d/b/a ADNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a ADKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, 1-X,<br><br>Defendants. | No.  CV06-0204JCC<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING DISCOVERY CUTOFF AND OTHER DATES |

**STIPULATION**

WHEREAS, pursuant to Fed. R. Civ. P. 16(f), the last court day to complete discovery and file and serve motions to compel discovery is December 15, 2006.

STIPULATION AND [PROPOSED]
ORDER MODIFYING DISCOVERY
CUTOFF AND OTHER DATES

1

NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP
505 Fifth Avenue South, Suite 610
Seattle, Washington 98150
phone: (206) 274-2827
fax: (206) 274-2801

Dockets.Justia.com

1    WHEREAS, pursuant to the Court's June 13, 2006 order (Dkt. #27), the dispositive

2    motions filing deadline is December 22, 2006.

3    WHEREAS, the parties have met and conferred in good faith regarding scheduling

4    depositions in this case.  As a result of the holiday season and the diverse locations of the

5    deponents, the parties have been unable to find mutually convenient dates to conduct

6

7    depositions of fact witnesses in this case on or prior to December 15, 2006.

8    WHEREAS, the parties respectfully request that the Court modify the June 13, 2006

9    scheduling order (Dkt. #27) to extend certain dates as follows:

10    • Extend the deadline for the parties to depose fact witnesses thirty (30) days to

11    January 15, 2007; and

12    • Extend the general dispositive motions filing deadline provided in Dkt. #27

13    thirty (30) days to January 22, 2007.

14

15    WHEREAS, the parties agree that all other dates, including the court-ordered deadline

16    for Plaintiffs' motion for summary judgment (*see* Dkt. #46), shall remain unmodified.

17    DATED this _____ day of November, 2006.

18

19    NEWMAN & NEWMAN, LLP              MERKLE SIEGEL & FRIEDRICHSEN, P.C.
      Attorneys for Defendants             Attorneys for Plaintiffs

20

21        /s/ Roger M. Townsend                /s/ Robert Siegel with authorization
      By_____   By_____
22    Derek A. Newman, WSBA # 26967      Robert J. Siegel WSBA# 17312
      Roger M. Townsend, WSBA # 25525

23

24    //
      //
25    ///

26

**STIPULATION AND [PROPOSED]**
**ORDER MODIFYING DISCOVERY**
**CUTOFF AND OTHER DATES**

2

**NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP**
505 Fifth Avenue South, Suite 610
Seattle, Washington 98150
phone: (206) 274-2827
fax: (206) 274-2801

1

2

3

**ORDER**

4
Pursuant to stipulation of counsel, it is hereby ORDERED, as follows:

5
1.      The deadline for the parties to depose fact witnesses is extended thirty (30) days

6
to January 16, 2007;

7
2.      The general motions filing deadline provided in Dkt. #27 is extended thirty (30)

8
days to January 22, 2007.

9
All other dates and schedules, including but not limited to those set forth in the Court's

10
Minute Order (Dkt. #46), shall remain unmodified.

11
DATED this 27th day of November, 2006.

12

13

14

15

16

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

**STIPULATION AND [PROPOSED]**                    3
**ORDER MODIFYING DISCOVERY**
**CUTOFF AND OTHER DATES**

NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP
505 Fifth Avenue South, Suite 610
Seattle, Washington 98150
phone: (206) 274-2827
fax: (206) 274-2801