**THE HONORABLE JOHN C. COUGHENOUR**

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11

| | |
|---|---|
| JAMES S. GORDON, Jr., a married individual, d/b/a 'GORDONWORKS.COM'; OMNI INNOVATIONS, LLC., a Washington limited liability company; <br><br> Plaintiffs, <br><br> v. <br><br> VIRTUMUNDO, INC, a Delaware corporation d/b/a ADNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a ADKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, 1-X, <br><br> Defendants. | No.  CV06-0204JCC <br><br> STIPULATION AND [PROPOSED] ORDER MODIFYING CUTOFF FOR DISCOVERY MOTIONS |

**STIPULATION**

WHEREAS, pursuant to Fed. R. Civ. P. 16(f), the last court day to complete discovery and file and serve motions to compel discovery is December 15, 2006.

**STIPULATION AND [PROPOSED]
ORDER MODIFYING DISCOVERY
CUTOFF AND OTHER DATES**

1

**NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP**
505 Fifth Avenue South, Suite 610
Seattle, Washington 98150
phone: (206) 274-2827
fax: (206) 274-2801

WHEREAS, the parties have met and conferred pursuant to Fed. R. Civ. P. 37 regarding Defendants' allegations that Plaintiffs have (i) failed to respond in full to "Defendant Scott Lynn's First Set Of Interrogatories And Requests For Production Of Documents To Plaintiffs Omni Innovations, LLC., and Plaintiff Gordon" (the "Lynn Requests"); and (ii) that Plaintiffs' prior production of documents, specifically the emails at issue in this lawsuit, is deficient.

WHEREAS, the parties have agreed to extend the time for Plaintiffs to respond to the Lynn Requests to Wednesday, December 20, 2006 at 5:00 pm.

WHEREAS, the parties have agreed to extend by one (1) week to December 22, 2006 Defendants' deadline for filing discovery motions for relief related to (i) Plaintiffs' responses, or lack thereof, to the Lynn Requests; and (ii) the form and contents of Plaintiffs' prior production of documents.

DATED this 15th day of December, 2006.

| NEWMAN & NEWMAN, LLP | MERKLE SIEGEL & FRIEDRICHSEN, P.C. |
| Attorneys for Defendants | Attorneys for Plaintiffs |

By_____
Derek A. Newman, WSBA # 26967
Roger M. Townsend, WSBA # 25525

/s/ Robert Siegel with authorization
By_____
Robert J. Siegel WSBA# 17312

//

//

///

**STIPULATION AND [PROPOSED]
ORDER MODIFYING DISCOVERY
CUTOFF AND OTHER DATES**

2

**NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP**
505 Fifth Avenue South, Suite 610
Seattle, Washington 98150
phone: (206) 274-2827
fax: (206) 274-2801

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**ORDER**

Pursuant to stipulation of counsel, it is hereby ORDERED, as follows:

1.       Plaintiffs' deadline for providing its discovery responses is extended five (5) calendar days to December 20, 2006 at 5:00 p.m.

2.       Defendants' deadline for filing discovery motions related to the Lynn Requests, and Plaintiffs' prior document production of the emails in this lawsuit is extended seven (7) calendar days to December 22, 2006;

All other dates and schedules shall remain unmodified.

DATED this _____ day of _____, 2006.

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED]**
**ORDER MODIFYING DISCOVERY**
**CUTOFF AND OTHER DATES**

3

**NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP**
505 Fifth Avenue South, Suite 610
Seattle, Washington 98150
phone: (206) 274-2827
fax: (206) 274-2801