MERKLE SIEGEL & FRIEDRICHSEN, P.C.
Robert J. Siegel
1325 Fourth Ave., Suite 940
Seattle, WA 98101
(206) 624-9392

THE HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| JAMES S. GORDON, Jr., a married individual, d/b/a 'GORDONWORKS.COM', <br><br> Plaintiff, <br><br> v. <br><br> VIRTUMUNDO, INC, a Delaware corporation, d/b/a ADNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a ADKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, I-X, <br><br> Defendants. | NO. CV06-0204JCC <br><br> DECLARATION OF Anthony Potts <br><br> IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

Anthony Potts, declares as follows:

1. I, Anthony Potts am over the age of 18, of sound mind, and am otherwise competent to

DECLARATION OF
IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL
SUMMARY JUDGMENT
DISMISS GORDON v. VIRTUMUNDO GROUP, INC.
- 1

MERKLE SIEGEL & FRIEDRICHSEN
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

1  testify.

2. I am and have been since February 28, 1995, a Washington State resident.

3. Since July 19, 2005 I have been the registrant of the internet domain 'anthonycentral.com'.

4. All email addresses at the 'anthonycentral.com' domain are held by Washington State residents. During the time the emails in question from Defendants were received.

amra@anthonycentral.com

ant@anthonycentral.com

chuck@anthonycentral.com

dewayne@anthonycentral.com

jessica@anthonycentral.com

nora@anthonycentral.com

sandy@anthonycentral.com

tachler@anthonycentral.com

tj@anthonycentral.com            ]

5. At all times since I registered the 'anthonycentral.com' domain the information of my Washington residency, and other email users at "anthonycentral.com" has been available through my domain registrar, and directly from me to anyone who would inquire.

6. My domain is hosted by Omni Innovations, LLC. on its server.

7. I have received multiple commercial emails sent to email addresses at my domain from defendants in this lawsuit.

I swear under the penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

EXECUTED this 17th day of December, 2006

DECLARATION OF
IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL
SUMMARY JUDGMENT
DISMISS GORDON v. VIRTUMUNDO GROUP, INC.
- 2

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

1 | Anthony Potts _____

### Certificate of Service

I, hereby, certify that on December 19, 2006, I filed this affidavit with this Court via approved electronic filing, and served the following:
Attorneys for Defendants: Derek Newman

_____
Adana Lloyd

DECLARATION OF
IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL
SUMMARY JUDGMENT
DISMISS GORDON v. VIRTUMUNDO GROUP, INC.
- 3

MERKLE SIEGEL & FRIEDRICHSEN
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717