MERKLE SIEGEL & FRIEDRICHSEN, P.C.
Robert J. Siegel
1325 Fourth Ave., Suite 940
Seattle, WA 98101
(206) 624-9392

THE HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| JAMES S. GORDON, Jr., a married individual, d/b/a 'GORDONWORKS.COM', <br><br> Plaintiff, <br> v. <br><br> VIRTUMUNDO, INC, a Delaware corporation, d/b/a ADNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a ADKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, I-X, <br><br> Defendants. | NO. CV06-0204JCC <br><br> **DECLARATION OF EMILY ABBEY** <br> IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

Emily Abbey, declares as follows:

1. I, Emily Abbey, am over the age of 18, of sound mind, and am otherwise competent to

---

DECLARATION OF
IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
DISMISS GORDON v. VIRTUMUNDO GROUP, INC.
- 1

MERKLE SIEGEL & FRIEDRICHSEN
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

1. testify.

2. I am, and have been since 1969, a Washington State resident.

3. Since Feb. 1, 2005, I have been the registrant of the internet domain 'ehahome.com.'

4. All email sent to all email addresses at the 'ehahome.com' domain name is sent to me. List of addresses: emily@ehahome.com; Katie@ehahome.com; byron@chahome.com; charlie@ehahome.com; eha@ehahome.com; ehabbey@ehahome.com; abbey@ehahome.com; healthy@ehahome.com; hum@ehahome.com; humming@ehahome.com; james@ehahome.com; joy@ehahome.com; joyful@ehahome.com; peace@ehahome.com;

5. At all times since I registered the 'ehahome.com' domain the information of my Washington residency has been available through my domain registrar, and directly from me to anyone who would inquire.

6. My domain is hosted by Omni Innovations, LLC. on its server.

7. I have received multiple commercial emails sent to email addresses at my domain from defendants in this lawsuit.

I swear under the penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

EXECUTED this 14th day of December, 2006.

_____Emily H Abbey_____
Emily Abbey

Certificate of Service

I, hereby, certify that on December 18, 2006, I filed this affidavit with this Court via approved electronic filing, and served the following:
Attorneys for Defendants: Derek Newman

DECLARATION OF
IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL
SUMMARY JUDGMENT
DISMISS GORDON v. VIRTUMUNDO GROUP, INC.
- 2

MERKLE SIEGEL & FRIEDRICHSEN
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

1 _Adana Lloyd_ (signature)
Adana Lloyd

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

DECLARATION OF
IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL
SUMMARY JUDGMENT
DISMISS GORDON v. VIRTUMUNDO GROUP, INC.
- 3

MERKLE SIEGEL & FRIEDRICHSEN
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717