|  |  |  |
|---|---|---|
| 1 | MERKLE SIEGEL & FRIEDRICHSEN, P.C.<br>Robert J. Siegel<br>1325 Fourth Ave., Suite 940<br>Seattle, WA 98101<br>(206) 624-9392 | THE HON. JOHN C. COUGHENOUR |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | | |
|---|---|---|
| JAMES S. GORDON, Jr., a married individual, d/b/a 'GORDONWORKS.COM',<br><br>　　　　　　　Plaintiff,<br>v.<br><br>VIRTUMUNDO, INC, a Delaware corporation, d/b/a ADNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a ADKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, I-X,<br><br>　　　　　　　Defendants. | NO. CV06-0204JCC<br><br>**DECLARATION OF JONATHAN GORDON**<br><br>**IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Jonathan Gordon, declares as follows:

1. I, Jonathan Gordon am over the age of 18, of sound mind, and am otherwise competent to

DECLARATION OF JONATHAN GORDON
IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL
SUMMARY JUDGMENT
DISMISS GORDON v. VIRTUMUNDO GROUP, INC.
- 1

MERKLE SIEGEL & FRIEDRICHSEN
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

Dockets.Justia.com

to testify.

2. During the period of time that all emails received by me which are subject of this lawsuit, I was a Washington State resident.

3. Since June 17, 2005, I have been the registrant of the internet domain 'jaykaysplace.com'.

4. All email addresses at the 'jaykaysplace.com' domain are held by Washington State residents.

5. At all times since I registered the 'jaykaysplace.com' domain the information of my Washington residency has been available through my domain registrar, and directly from me to anyone who would inquire.

6. My domain is hosted by Omni Innovations, LLC. on its server.

7. I have received multiple commercial emails sent to email addresses at my domain from defendants in this lawsuit.

I swear under the penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

EXECUTED this 17th day of December, 2006

_____
Jonathan Gordon

Certificate of Service

I, hereby, certify that on December 18, 2006, I filed this affidavit with this Court via approved electronic filing, and served the following:
Attorneys for Defendants: Derek Newman

_____
Adana Lloyd

DECLARATION OF
IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL
SUMMARY JUDGMENT
DISMISS GORDON v. VIRTUMUNDO GROUP, INC.
- 2

MERKLE SIEGEL & FRIEDRICHSEN
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717