MERKLE SIEGEL & FRIEDRICHSEN, P.C.
Robert J. Siegel
1325 Fourth Ave., Suite 940
Seattle, WA 98101
(206) 624-9392

THE HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| JAMES S. GORDON, Jr., a married individual, d/b/a 'GORDONWORKS.COM',<br><br>            Plaintiff,<br>v.<br><br>VIRTUMUNDO, INC, a Delaware corporation, d/b/a ADNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a ADKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, I-X,<br><br>            Defendants. | NO. CV06-0204JCC<br><br>**DECLARATION OF RUSSELL E. FLYE**<br><br>**IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Russell E. Flye, declares as follows:

1. I, Russel E. Flye am over the age of 18, of sound mind, and am otherwise competent to

---

DECLARATION OF RUSSELL E. FLYE
IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL
SUMMARY JUDGMENT
DISMISS GORDON v. VIRTUMUNDO GROUP, INC.
- 1

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

1   testify.

2. I am and have been since June 1, 2001, a Washington State resident.

3. Since May 13, 2005, Griffin Online Domain and/or its principals, Bertrand Griffin II and Russell E. Flye, have been the registrant(s) of the internet domain 'chiefmusician.net'.

4. All email addresses at the 'Griffin Online' domain are held by a Washington State Limited Liability Company. Addresses List: Bertrand2@chiefmusician.net; bertrand-papa@chiefmusician.net; bg2@ chiefmusician.net; kiara@ chiefmusician.net; marian@ chiefmusician.net; nia@ chiefmusician.net; sarg@ chiefmusician.net; shawana@ chiefmusician.net.

5. At all times since the registration of 'chiefmusician.net' the domain information of the registration has indicated a Washington residency for this domain and this information has been available through the domain registrar, and directly from me to anyone who would inquire.

6. My domain is hosted by Omni Innovations, LLC. on its server.

7. I have received multiple commercial emails sent to email addresses at my domain from defendants in this lawsuit.

I swear under the penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

EXECUTED this 16 day of December, 2006

_Russell E. Flye_ (signature)
Russell E. Flye

Certificate of Service

DECLARATION OF
IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
DISMISS GORDON v. VIRTUMUNDO GROUP, INC.

MERKLE SIEGEL & FRIEDRICHSEN
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

Certificate of Service

I, hereby, certify that on December 18, 2006, I filed this affidavit with this Court via approved electronic filing, and served the following:
Attorneys for Defendants: Derek Newman

*Adana Lloyd* (signature)
Adana Lloyd

DECLARATION OF
IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
DISMISS GORDON v. VIRTUMUNDO GROUP, INC.
- 3

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717