1

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
Robert J. Siegel
1325 Fourth Ave., Suite 940
Seattle, WA 98101
(206) 624-9392

THE HON. JOHN C. COUGHENOUR

2

3

4

5

6

7

8

9
UNITED STATES DISTRICT COURT

10
WESTERN DISTRICT OF WASHINGTON, SEATTLE

11
**JAMES S. GORDON, Jr., a married
individual, d/b/a
'GORDONWORKS.COM',**

NO. CV06-0204JCC

12

**DECLARATION OF JAMES S.
GORDON, JR. IN SUPPORT OF
PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT**

13
**Plaintiff,**

14
v.

15
**VIRTUMUNDO, INC, a Delaware
corporation, d/b/a
ADNOWLEDGEMAIL.COM;
ADKNOWLEDGE, INC., a Delaware
corporation, d/b/a
ADKNOWLEDGEMAIL.COM;
SCOTT LYNN, an individual; and
JOHN DOES, I-X,**

16

17

18

19

20
**Defendants.**

James S. Gordon, Jr. declares as follows:

21

22
1)    I, James S. Gordon, Jr., am the Plaintiff in the above captioned lawsuit. I am
over the age of 18, of sound mind, and am otherwise competent to testify.

23

24
2)    I am and have been the owner of the domain name Gordonworks.com, which I
registered on or about May 1998.

25

DECLARATION OF JAMES S. GORDON, JR. IN SUPPORT
OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY
JUDGMENT
GORDON v. VIRTUMUNDO GROUP, INC. - 1

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

3)    At the time I registered the 'Gordonworks.com' domain, I listed my home address in Washington State and home telephone number as both the administrative contact and registrant with One World Telecommunications (OWT) in Kennewick, WA, who handled the domain registration for me.

4)    From that time forward, the domain registration has always reflected my home address in Washington State and my home telephone number as both the administrator and registrant, which information has always been available to anyone who would inquire.

5)    Beginning on or about May 1998, I placed content on a server connected to the Internet accessible to the general public at the Gordonworks.com domain.  This content included job-search information and resources for small business. Included within this information were reciprocal links from institutions such as colleges and universities, employment related agencies in five different states, and the Federal Small Business Administration.  By "reciprocal" links, I mean that not only did I have links to these institutions and agencies, but also that these institutions and agencies had links on their websites to my website at Gordonworks.com.  As a result of these interactive reciprocal links, Gordonworks.com served as a clearinghouse for job-search information and small business resources on the World Wide Web.

6)    At all times relevant to this action, I leased the server space that hosted the Gordonworks.com domain and content placed thereon, and have maintained control of this content and leased space continuously through to the present.

DECLARATION OF JAMES S. GORDON, JR. IN SUPPORT
OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY
JUDGMENT
GORDON v. VIRTUMUNDO GROUP, INC. - 2

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

7)   By September 2003, I had provided numerous e-mail accounts using the Gordonworks.com domain name to various individuals. All of these e-mail accounts could be accessed by these individuals using the World Wide Web.

8)   As a consequence of providing these email addresses, building web sites for others, and maintaining a website that acts as a clearinghouse for job-search information and small business resources on the World Wide Web, I believe that I qualify as an "internet access service" and "interactive computer service".

9)   Unfortunately, many of these e-mail accounts were inundated with commercial electronic mail messages, rendering them unusable.  As a result, I took over the administration of those e-mail accounts and began directly receiving the e-mail sent thereto.

10)  The first email from the Defendants was received on or about September 4, 2003.  This email was sent to the email address "james@gordonworks.com.

11)  Subsequently, in September of 2003 while researching online offers, I entered the email addresses james@gordonworks.com and jay@gordonworks.com at a website found at "emailprize.com" which promised to provide free merchandise. And in September of 2003 I also entered the email addresses faye@gordonworks.com, jamila@gordonworks.com, jonathan@gordonworks.com, and emily@gordonworks.com at a similar website, also offering free merchandise.

12)  With the exception of these six email addresses in September of 2003, I never agreed to receive email, or "opted-in," to any email lists using any other email

DECLARATION OF JAMES S. GORDON, JR. IN SUPPORT
OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY
JUDGMENT
GORDON v. VIRTUMUNDO GROUP, INC. - 3

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

addresses at the gordonworks.com domain, which are the subject of the instant action.

13) None of the promised free merchandise was ever received.

14) Within a few weeks of entering the email addresses mentioned at the website found at "emailprize.com," and the similar website, also offering free merchandise, I contacted these websites and requested that they remove these email addresses from their lists, also known as "opting out" or "unsubscribing", although I never intended to "opt-in", or "subscribe" to begin with.

15) **Exhibit "A"** is printed version of the emails at issue in this Motion, including the header information from those emails. In some cases, the email headers presented are not in the exact form they were sent by the Defendant because my computer runs a spam filter program SpamAssassin, which automatically adds a notation in the subject line of the *printed* header indicating that the email is identified as spam, which appears as follows:  (****SPAM*****).  However, the "From" line in these emails is not altered by the SpamAssassin program.

16) Attached as **Exhibit "B"** are true and correct copies of some of Virtumundo's own internal corporate emails, produced in their discovery responses, which indicate the proper use of "From" names in the "From" line, and showing that they are well aware of and capable of properly using the "From" name information by accurately identifying the actual sender of their emails.

DECLARATION OF JAMES S. GORDON, JR. IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
GORDON v. VIRTUMUNDO GROUP, INC. - 4

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

17) Attached as **Exhibit "C"** are true and correct copies of screenshots taken from my computer showing the emails from Exhibit A as they actually appear in my Eudora email inbox.

18) I am personally familiar with the following email programs, and can testify based on my personal knowledge that all of these email clients display only the "From" name in the inbox of the user in the standard or default configuration: Eudora; Microsoft Outlook; Microsoft Hotmail; Yahoo Mail; Google G-mail.   Attached hereto as **Exhibit "D"** is an article from EmailLabs, which confirms this.

19) Attached as **Exhibit "E"** is a true and correct copy of an article from Constant Contact, a leading email marketing industry publication, I obtained on the internet as part of my research, indicating the importance of the information placed in the "From" line in an email user's determination of whether or not to delete, or open an email.

20) Attached as **Exhibit "F"** is a true and correct copy of a technical advisory from Microsoft Corp. published on the Web regarding the vulnerability of email users to malware (virus, worms, trojans, adware) caused by merely opening certain emails.

21) In my research on the internet I came to know of a well known email virus by the name of "VirtuMundo".  Attached hereto as **Exhibit "G"** is a true and correct copy of an article published on the internet titled Top 100 parasites of 2005 referring to that virus.

DECLARATION OF JAMES S. GORDON, JR. IN SUPPORT
OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY
JUDGMENT
GORDON v. VIRTUMUNDO GROUP, INC. - 5

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

22) **Exhibit "H"** attached hereto is a true and correct copy of the response I received to the request I sent to "emailprize.com" asking them to remove the email address james@gordonworks.com from their lists, indicating that I had successfully "unsubscribed" or "opted-out".

23) Similar responses to that shown in Exhibit G were received in response to my request to remove the other email addresses mentioned above.  Unfortunately, however, I did not retain records of those responses.

24) Despite my "opting out" and requesting that no further emails be sent, I have continued to receive emails at the noted addresses sent by the Defendants.

25) Beginning on or about February 15, 2004, I configured the email server hosting my 'gordonworks.com' domain to provide an automated response a/k/a "Autoresponder" to any and all commercial electronic mail.  A copy of that automated response is attached hereto as **Exhibit "I".** By this means, I have personally on behalf of 'gordonworks.com sent approximately 11 direct email requests to Virtumundo to cease and desist and to stop transmission of all email to me. I sent those requests to: abuse@virtumundo.com, legal@virtumundo.com, postmaster@virtumundo.com, webmaster@virtumundo.com. However, the majority of the hundreds of cease and desist emails were sent to email addresses at the following domains which are owned by defendants, vm-mail.com, vmadmin.com, adknowledgemail.com, vmlocal.com (shut down), adknow-net.com, and vtarget.com.

26) Due to the voluminous number of spams received from Defendants, a precise

DECLARATION OF JAMES S. GORDON, JR. IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
GORDON v. VIRTUMUNDO GROUP, INC. - 6

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

number has been difficult to ascertain, and I apologize to the Court for having stated differing numbers at different times in this litigation. Defendants continued to send spam emails to me up until November 30, 2006 even during the pendency of this litigation. The most recent count, after making my best effort to further sort and delete any duplicates appears to be 13,800 emails. Due to the limited technological resources available to me as a small business, the sheer volume of the spam sent by Defendants has made it extremely difficult to manage, and has cost me untold hours of manpower, and substantial resources.

27) Attached as **Exhibit "J"** is a true and correct copy of an article published on the Web regarding defendant Virtumundo's annual revenues.

28) Attached as **Exhibit "K"** is a document from defendant Virtumundo received in discovery responses purporting to be their Policy on Can-Spam, again showing their knowledge about the issues raised in this Motion.

29) Attached as **Exhibit "L"** is a true and correct copy of another internal Virtumundo document produced in their discovery responses entitled "Email Creatives", which also shows that they are well aware of the proper use of the "From" field.

30) Attached as **Exhibit "M"** is a true and correct copy of a document published by Email Sender & Provider Coalition (ESPC) entitled "ESPC Best Practices Guide". ESPC is an organization that Defendants claim to be members of, which (under the section entitled Maximize Recognition) again indicates Defendants' knowledge of such best practices, i.e., "Consistently use standard and recognizable From addresses, From names, and clear subject lines."

DECLARATION OF JAMES S. GORDON, JR. IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
GORDON v. VIRTUMUNDO GROUP, INC. - 7

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

1  Pasco, WA 99301
   509-210-1069

2

   EXECUTED this 18th day of December, 2006

3

4

   James S. Gordon, Jr.

5

6

7

8                                Certificate of Service

9  I, hereby, certify that on December 18, 2006, I filed this affidavit with this Court via
   approved electronic filing, and served the following:

10 Attorneys for Defendants: Newman & Newman, Derek Newman

11

12 Adana Lloyd

13

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF JAMES S. GORDON, JR. IN SUPPORT          **MERKLE SIEGEL & FRIEDRICHSEN**
OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY                    1325 Fourth Ave., Suite 940
JUDGMENT                                                          Seattle, WA 98101
GORDON v. VIRTUMUNDO GROUP, INC. - 8                         Phone: 206-624-9392
                                                               Fax: 206-624-0717