**EXHIBIT B**

Dockets.Justia.com

Toby Teeter

| | |
|---|---|
| From: | Scott Lynn [slynn@virtumundo.com] |
| Sent: | Monday, September 24, 2001 7:26 AM |
| To: | tteeter@virtumundo.com |
| Subject: | FW: Unsolicited email |

Toby,

Please contact this person.

-----Original Message-----
From: Network Administrator [mailto:administrator@drivecomputing.co.uk]
Sent: Monday, September 24, 2001 4:02 AM
To: sharebuilder@vmadmin.com; mailcenter@virtumundo.com; postmaster@virtumundo.com; postmaster@vmadmin.com; slynn@virtumundo.com
Subject: Unsolicited email

You are sending bulk unsolicited email.
Either stop this or you will be reported to your ISP @ Exodus Communications Inc.

Please ensure you remove everyone at our domain from your lists.

This is your one and only warning, you have 12 hours to comply.

-Admin-

*Handwritten annotations:* "9-24-01"; "Suppressed Domain"; "responded to complaint via email"; "–Toby"

**Peter Hazelton**

From: Jamie Russell
Sent: Tuesday, October 03, 2006 2:53 PM
To: Peter Hazelton
Subject: Upset customer

Patti Jansen called twice last week, I removed her on I believe Thursday last week, but she is still receiving emails and is quite upset. Would like to speak with someone, says the opt out buttons are not working.
949-723-5539

*[Handwritten note:]* Called on 10-4-06; already unsubscribed (per Matt Dean Also record) on 10-3-06; I unsubscribed her (WWrealty@aol.com) globally on 10-4-06.

10/3/2006

CONFIDENTIAL

VM 000325