

Dockets.Justia.com







0054





0056











0061



0062





0064





0066



0067







0070



0071





0073













0079



| Who | Date | | Subject |
|-----|------|--|---------|
| Equity Loan Center | 03:37 PM 12/13/2003 -0500 | 6 | The Best Mortgage, Refinance, and Equity Offers Under One Roof! |
| Equity Loan Center | 03:35 PM 12/21/2003 -0500 | 6 | The best mortgage, refinance and home equity offers in one plac |
| Equity Loan Center | 10:09 PM 12/30/2003 -0500 | 6 | Welcome home to the best mortgage, refinance and home equity of |
| Equity Loan Center | 12:04 PM 1/7/2004 -0500 | 6 | One roof houses all the best mortgage, refinance and home equit |
| Equity Loan Center | 02:38 PM 1/16/2004 -0500 | 6 | One roof houses all the best mortgage, refinance and home equit |
| Equity Loan Center | 03:05 PM 1/21/2004 -0500 | 6 | Feel at home with the best mortgage, refinance and home equity |
| Equity Loan Center | 10:45 PM 1/21/2004 -0500 | 6 | Feel at home with the best mortgage, refinance and home equity |
| Equity Loan Center | 12:16 PM 1/25/2004 -0500 | 6 | The best mortgage, refinance and home equity offers in one plac |
| Equity Loan Center | 08:02 PM 1/25/2004 -0500 | 6 | The Best Mortgage, Refinance, and Equity Offers Under One Roof! |
| Equity Loan Center | 07:11 PM 1/29/2004 -0500 | 6 | The best mortgage, refinance and home equity offers in one plac |
| Equity Loan Center | 11:25 AM 1/30/2004 -0500 | 6 | The Best Mortgage, Refinance, and Equity Offers Under One Roof! |
| Equity Loan Center | 10:41 PM 2/1/2004 -0500 | 6 | The best mortgage, refinance and home equity offers in one plac |
| Equity Loan Center | 12:01 AM 2/8/2004 -0500 | 6 | The Best Mortgage, Refinance, and Equity Offers Under One Roof! |
| Equity Loan Center | 08:31 PM 2/8/2004 -0500 | 6 | The Best Mortgage, Refinance, and Equity Offers Under One Roof! |
| Equity Loan Center | 08:51 PM 2/11/2004 -0500 | 6 | The best mortgage, refinance and home equity offers in one plac |
| Equity Loan Center | 12:21 AM 2/12/2004 -0500 | 6 | Welcome home to the best mortgage, refinance and home equity of |
| Equity Loan Center | 03:01 PM 2/12/2004 -0500 | 6 | The best mortgage, refinance and home equity offers in one plac |
| Equity One Auto | 02:10 PM 5/13/2004 +0000 | 3 | New Car-Equity Loans, Borrow up to $2,500 |
| Essential Oils | 04:57 PM 10/19/2004 -0400 | 4 | Make every breath count with essential oils. |
| European Tanning | 08:51 AM 5/22/2004 +0000 | 3 | Spray tanning hits America! |
| European Tanning | 08:51 AM 5/22/2004 +0000 | 3 | Spray tanning hits America! |
| European Tanning | 08:51 AM 5/22/2004 +0000 | 3 | Spray tanning hits America! |
| European Tanning | 08:51 AM 5/22/2004 +0000 | 3 | Spray tanning hits America! |
| Exclusive Introductions | 07:34 PM 10/23/2005 +0000 | 4 | *****SPAM***** Indi, let us introduce you to someone special |
| Exclusive Introductions | 11:21 AM 10/24/2005 +0000 | 6 | *****SPAM***** Emily, let us introduce you to someone special |
| Exercise Bike Sources | 11:15 AM 1/27/2004 -0500 | 4 | Looking for an exercise bike? |
| Exercise Bike Sources | 04:16 PM 2/10/2004 -0500 | 5 | Great exercise bikes are right here. |
| Exercise Bike Sources | 10:10 PM 2/10/2004 -0500 | 5 | Great exercise bikes are right here. |
| Experience Atlanta | 10:45 PM 12/4/2003 -0500 | 4 | See all Atlanta has to offer! |
| Experience Cancun | 04:47 AM 10/24/2003 -0400 | 5 | Want to go to Cancun? |
| Experience Cancun | 05:12 PM 10/27/2003 -0500 | 4 | Want to go to Cancun? |

1/8083/38669K/0K



0081





0083



0084





0086





| Who | Date | | Subject |
|-----|------|---|---------|
| Film School | 10:31 PM 12/20/2003 -0500 | 4 | Shoot for the stars. Film school. |
| Film School | 10:31 PM 12/20/2003 -0500 | 4 | Shoot for the stars. Film school. |
| Financial Advisor | 04:39 PM 11/5/2003 -0500 | 8 | Restore your rating quickly and legally |
| Financial Advisor | 04:41 PM 11/5/2003 -0500 | 8 | Restore your rating quickly and legally |
| Financial Advisor | 04:41 PM 11/5/2003 -0500 | 8 | Restore your rating quickly and legally |
| Financial Advisor | 04:41 PM 11/5/2003 -0500 | 7 | Restore your rating quickly and legally |
| Financial Advisor | 04:41 PM 11/5/2003 -0500 | 8 | Restore your rating quickly and legally |
| Financial Analysis | 01:55 PM 12/30/2005 +0000 | 4 | Erase negative marks from your reports instantly |
| Financial Analysis | 09:03 PM 5/12/2006 -0700 | 6 | Erase negative marks from your reports quickly |
| Financial Assessment | 07:14 PM 4/10/2006 +0000 | 4 | Want to eliminate your debt now |
| Financial Asessment | 08:52 AM 4/1/2006 -0800 | 4 | Can't pay for what you've been buying? |
| Financial Assessment | 05:16 PM 4/2/2006 -0700 | 4 | Can't pay for what you've been buying? |
| Financial Assessment | 11:59 AM 4/7/2006 +0000 | 4 | Can't pay for what you've been buying? |
| Financial Assessment | 11:59 AM 4/7/2006 +0000 | 4 | Can't pay for what you've been buying? |
| Financial Assessment | 07:14 PM 4/10/2006 +0000 | 6 | Dollars and sense - a great article |
| Financial Assessment | 12:02 AM 8/21/2006 +0000 | 5 | Get rid of that financial mess you're in today |
| Financial Assistance | 11:49 PM 3/23/2006 +0000 | 4 | *****SPAM***** Looking for a credit card, loan or insurance? |
| Financial Freedom | 01:15 PM 12/30/2005 +0000 | 5 | Take control of your financial future in 2006 |
| Financial Guru | 09:49 AM 9/22/2005 +0000 | 4 | *****SPAM***** Create multiple streams of income |
| Financial Relief Service | 08:01 PM 12/24/2005 +0000 | 4 | *****SPAM***** Debt free in 24 months or less |
| Financial Relief Service | 08:04 PM 12/24/2005 +0000 | 4 | *****SPAM***** Debt free in 24 months or less |
| Financial Relief Service | 08:04 PM 12/24/2005 +0000 | 4 | *****SPAM***** Debt free in 24 months or less |
| Financial Relief Service | 02:34 PM 12/26/2005 +0000 | 3 | Debt free in 24 months or less |
| Financial Relief Service | 02:15 PM 12/30/2005 +0000 | 4 | *****SPAM***** Debt free in 24 months or less |
| Financial Relief Service | 02:15 PM 12/30/2005 +0000 | 4 | *****SPAM***** Debt free in 24 months or less |
| Financial Relief Service | 02:15 PM 12/30/2005 +0000 | 4 | *****SPAM***** Debt free in 24 months or less |
| Financial Relief Service | 02:15 PM 12/30/2005 +0000 | 4 | *****SPAM***** Debt free in 24 months or less |
| Financial Relief Service | 07:06 PM 1/1/2006 +0000 | 4 | *****SPAM***** Debt free in 24 months or less |
| Financial Relief Service | 03:49 PM 1/30/2006 +0000 | 3 | Debt free in 24 months or less |
| Financial Solutions | 12:58 PM 5/19/2006 -0700 | 6 | *****SPAM***** Take control of your life with Debt Settlement U |

1/8083/38669K/0K

Virtumundo

http://www.qualcomm.com/eudora

QUALCOMM

start    Eudora - [Virtumundo]    Virtumundo Email Log...    2:41 PM





0090



0091





0093



0094





0096



0097





