



























0114





0116



























































| Who | Date | | Subject |
|-----|------|---|---------|
| Intro Expert | 01:56 PM 10/31/2005 +0000 | 6 | *****SPAM***** Emily, I've got someone you gotta meet |
| Invest In Real Estate | 03:07 PM 5/16/2006 -0700 | 5 | *****SPAM***** No down payment - any credit score - unique prog |
| Investment Helper | 04:27 PM 11/16/2003 -0500 | 3 | Is Investing a mystery to you? Earn more here. |
| Investment Mentors | 08:25 AM 9/20/2003 -0400 | 8 | Change your life in an HOUR |
| Invitation to Apply | 05:28 PM 11/20/2003 -0500 | 7 | Save with a 0% intro APR Chase Platinum Card |
| Invitation to Apply | 09:29 AM 12/12/2003 -0500 | 7 | Save with a 0% intro APR Chase Platinum Card |
| Invitation to Apply | 09:29 AM 12/12/2003 -0500 | 7 | Save with a 0% intro APR Chase Platinum Card |
| Invitation to Apply | 09:29 AM 12/12/2003 -0500 | 7 | Save with a 0% intro APR Chase Platinum Card |
| Invitation to Apply | 09:29 AM 12/12/2003 -0500 | 7 | Save with a 0% intro APR Chase Platinum Card |
| Invitation to Apply | 09:29 AM 12/12/2003 -0500 | 7 | Save with a 0% intro APR Chase Platinum Card |
| Invoice Dealers | 05:23 PM 11/18/2003 -0500 | 3 | Buy a new car without all the stress. |
| Invoice Dealers | 05:23 PM 11/18/2003 -0500 | 3 | Buy a new car without all the stress. |
| IRS Solutions | 11:48 AM 9/14/2005 +0000 | 4 | *****SPAM***** Owe back taxes? |
| IRS Solutions | 04:41 PM 9/29/2005 +0000 | 4 | *****SPAM***** Owe back taxes? |
| IRS Solutions | 09:01 PM 5/12/2006 -0700 | 6 | *****SPAM***** Got tax debt? |
| IRS Solutions | 09:04 PM 5/12/2006 -0700 | 5 | Got tax debt? |
| Jamaica Awaits You | 01:17 PM 10/20/2003 -0400 | 4 | Visit beautiful Jamaica today! |
| Jamaica Awaits You | 12:09 PM 11/1/2003 -0500 | 4 | Take a trip to Jamaica! |
| Jamaica Awaits You | 03:09 PM 11/1/2003 -0500 | 4 | Visit beautiful Jamaica today! |
| Java Training | 07:06 AM 9/10/2003 -0400 | 4 | Java programming. Career training. |
| Jewelry Auctions Online | 04:04 PM 4/14/2006 -0700 | 4 | Thousands of auctions for affordable jewelry |
| Jewelry Bidz | 11:22 AM 11/2/2005 +0000 | 4 | Jewelry over 95% off with online auctions |
| Jewelry Making Supplies | 10:19 PM 11/17/2003 -0500 | 4 | Show off your creativity. Jewelry making. |
| Jewelry Making Supplies | 09:52 PM 11/19/2003 -0500 | 4 | Creativity you can wear. |
| Jewelry Making Supplies | 09:52 PM 11/19/2003 -0500 | 4 | Creativity you can wear. |
| Jewelry Making Supplies | 09:52 PM 11/19/2003 -0500 | 4 | Creativity you can wear. |
| Jewelry Making Supplies | 02:05 PM 1/25/2004 -0500 | 3 | Show off your creativity. Jewelry making. |
| Jigsaw Puzzle | 10:12 PM 12/11/2003 -0500 | 4 | Get puzzled! |
| Jigsaw Puzzle | 10:12 PM 12/11/2003 -0500 | 4 | Get puzzled! |
| Jigsaw Puzzle | 10:12 PM 12/11/2003 -0500 | 4 | Get puzzled! |
| Jigsaw Puzzle | 10:12 PM 12/11/2003 -0500 | 4 | Get puzzled! |

1/8083/38669K/0K

Virtumundo

QUALCOMM

http://www.qualcomm.com/eudora

NUM

🔆 start   |   Eudora - [Virtumundo]   |   Virtumundo Email Log...   |   38°   3:07 PM









