| Who | Date | | Subject |
|-----|------|---|---------|
| Last Minute Travel | 05:18 PM 12/18/2003 -0500 | 4 | Travel for people who do everything last minute. |
| Last Minute Travel | 07:03 PM 12/23/2003 -0500 | 4 | Travel for people who do everything last minute. |
| Last Minute Travel | 01:55 PM 12/26/2003 -0500 | 4 | Great ideas for last minute travel plans. |
| Last Minute Travel | 03:26 PM 12/27/2003 -0500 | 4 | Great ideas for last minute travel plans. |
| Last Minute Travel | 02:18 PM 1/7/2004 -0500 | 4 | Plan today. Leave today. Last minute travel. |
| Last Minute Travel | 08:48 AM 1/16/2004 -0500 | 4 | Great ideas for last minute travel plans. |
| Last Minute Travel | 08:12 PM 1/16/2004 -0500 | 4 | Travel for people who do everything last minute. |
| Last Minute Travel | 08:26 PM 1/17/2004 -0500 | 4 | Travel for people who do everything last minute. |
| Last Minute Travel | 07:07 PM 1/29/2004 -0500 | 4 | Travel for people who do everything last minute. |
| Last Minute Travel | 08:22 PM 1/30/2004 -0500 | 4 | Travel for people who do everything last minute. |
| Last Minute Travel | 08:22 PM 1/30/2004 -0500 | 4 | Travel for people who do everything last minute. |
| Last Minute Travel | 11:31 PM 1/30/2004 -0500 | 4 | Great ideas for last minute travel plans. |
| Law Enforcement Career | 02:50 AM 12/20/2003 -0500 | 4 | Protect. Serve. Earn a scholarship. |
| Law Enforcement Career | 02:50 AM 12/20/2003 -0500 | 4 | Protect. Serve. Earn a scholarship. |
| Law Enforcement Career | 02:50 AM 12/20/2003 -0500 | 4 | Protect. Serve. Earn a scholarship. |
| Law Enforcement Career | 02:50 AM 12/20/2003 -0500 | 4 | Protect. Serve. Earn a scholarship. |
| Law Enforcement Career | 02:50 AM 12/20/2003 -0500 | 4 | Protect. Serve. Earn a scholarship. |
| Law Enforcement Career | 03:09 PM 5/16/2006 -0700 | 5 | *****SPAM***** Choose a career - FBI, Police, CIA, or Home Secu |
| Law Enforcement Career | 03:10 PM 5/16/2006 -0700 | 5 | Choose a career - FBI, Police, CIA, or Home Security |
| Law Enforcement Career | 03:11 PM 5/16/2006 -0700 | 5 | *****SPAM***** Choose a career - FBI, Police, CIA, or Home Secu |
| Law Enforcement Career | 03:14 PM 5/16/2006 -0700 | 5 | *****SPAM***** Choose a career - FBI, Police, CIA, or Home Secu |
| Law Enforcement Career | 03:16 PM 5/16/2006 -0700 | 5 | *****SPAM***** Choose a career - FBI, Police, CIA, or Home Secu |
| Law Enforcement Career | 03:16 PM 5/16/2006 -0700 | 5 | *****SPAM***** Choose a career - FBI, Police, CIA, or Home Secu |
| Law Enforcement Career | 03:16 PM 5/16/2006 -0700 | 5 | *****SPAM***** Choose a career - FBI, Police, CIA, or Home Secu |
| Law Enforcement Career | 03:16 PM 5/16/2006 -0700 | 4 | Choose a career - FBI, Police, CIA, or Home Security |
| Law Enforcement Career | 09:01 PM 5/17/2006 +0000 | 4 | *****SPAM***** Choose a career - FBI, Police, CIA, or Home Secu |
| Law Enforcement Career | 09:50 AM 5/18/2006 -0700 | 5 | *****SPAM***** Choose a career - FBI, Police, CIA, or Home Secu |
| Law Enforcement Career | 07:40 PM 8/4/2006 +0000 | 4 | Choose a career - FBI, Police, CIA, or Home Security |
| Law Enforcement Career | 11:58 PM 8/20/2006 +0000 | 4 | Choose a career - FBI, Police, CIA, or Home Security |
| Law Enforcement Career | 10:41 PM 8/28/2006 +0000 | 4 | Choose a career - FBI, Police, CIA, or Home Security |

151

Dockets.Justia.com









| Who | Date | | Subject |
|---|---|---|---|
| Lender Gateway | 09:27 AM 4/15/2006 +0000 | 3 | Get a new auto loan fast! |
| Lender Gateway | 09:27 AM 4/15/2006 +0000 | 4 | *****SPAM***** Consolidate your student loans and save up to 50 |
| Lender's Gateway | 03:04 PM 6/8/2004 +0000 | 3 | Consolidate Your Student Loans |
| Lending IQ | 08:38 AM 10/15/2003 -0400 | 3 | Home Mortgage Made Easy |
| Lending IQ | 08:38 AM 10/15/2003 -0400 | 3 | Home Mortgage Made Easy |
| Lending IQ | 08:38 AM 10/15/2003 -0400 | 3 | Home Mortgage Made Easy |
| Lending IQ | 08:38 AM 10/15/2003 -0400 | 3 | Home Mortgage Made Easy |
| Lending IQ | 09:34 AM 10/15/2003 -0400 | 3 | Home Mortgage Made Easy |
| Lending Source | 02:20 AM 1/26/2004 -0500 | 5 | Best Rates For Easy Home Loans |
| Lending Source | 02:20 AM 1/26/2004 -0500 | 5 | Best Rates For Easy Home Loans |
| Lending Source | 02:20 AM 1/26/2004 -0500 | 5 | Best Rates For Easy Home Loans |
| Lending Source | 02:20 AM 1/26/2004 -0500 | 5 | Best Rates For Easy Home Loans |
| Lending Source | 02:20 AM 1/26/2004 -0500 | 5 | Best Rates For Easy Home Loans |
| License Plate Frame | 10:21 PM 12/14/2003 -0500 | 4 | Personalized license plate frames. |
| Life Insurance Quotes | 04:35 PM 9/29/2005 +0000 | 4 | *****SPAM***** Want to buy life insurance for about $1 a day? |
| Life Insurance Saver | 04:29 PM 5/9/2006 -0700 | 4 | *****SPAM***** Want to buy life insurance for about $10 a month |
| Life Insurance Saver | 11:59 PM 5/10/2006 -0700 | 4 | *****SPAM***** Want to buy life insurance for about $10 a month |
| Life Insurance Saver | 11:59 PM 5/10/2006 -0700 | 3 | Want to buy life insurance for about $10 a month? |
| Life Insurance Saver | 09:05 PM 5/12/2006 -0700 | 4 | *****SPAM***** Want to buy life insurance for about $10 a month |
| Life Insurance Saver | 01:24 PM 5/13/2006 -0700 | 4 | *****SPAM***** Want to buy life insurance for about $10 a month |
| Liposuction Information | 10:32 PM 11/13/2003 -0500 | 4 | Feel good about your body. |
| Liposuction Information | 10:33 PM 11/13/2003 -0500 | 4 | Feel good about your body. |
| Liposuction Information | 10:34 PM 11/13/2003 -0500 | 4 | Feel good about your body. |
| Liposuction Information | 10:35 PM 11/13/2003 -0500 | 4 | Feel good about your body. |
| Liquidations | 10:23 AM 10/27/2003 -0500 | 5 | Bed & Bath Blowout: Save Up to 76% - Act Now! |
| Liquidations | 10:23 AM 10/27/2003 -0500 | 5 | Bed & Bath Blowout: Save Up to 76% - Act Now! |
| Liquidations | 10:23 AM 10/27/2003 -0500 | 5 | Bed & Bath Blowout: Save Up to 76% - Act Now! |
| Liquidations | 10:23 AM 10/27/2003 -0500 | 5 | Bed & Bath Blowout: Save Up to 76% - Act Now! |
| Liquidations | 10:23 AM 10/27/2003 -0500 | 5 | Bed & Bath Blowout: Save Up to 76% - Act Now! |
| Liquidations | 09:09 AM 11/28/2003 -0500 | 5 | Bed & Bath Blowout: Save Up to 76% - Act Now! |
| Liquidations | 09:09 AM 11/28/2003 -0500 | 5 | Bed & Bath Blowout: Save Up to 76% - Act Now! |

http://www.qualcomm.com/eudora

























0167



0168













































0190





0192





| Who | Date | | Subject |
|---|---|---|---|
| Pet Meds Discount Center | 10:50 AM 9/1/2006 +0000 | 4 | Vet Meds - up to 50 percent off + 10 dollar coupon |
| Pet Meds Discount Center | 12:59 PM 9/9/2006 +0000 | 4 | Vet Meds - up to 50 percent off + 10 dollar coupon |
| Pet Memorials | 02:39 PM 1/29/2003 -0500 | 4 | Give your favorite pet a pet memorial. |
| Phentermine | 04:56 PM 9/29/2003 -0400 | 4 | Have you been putting off weight loss? |
| Phentermine | 12:56 AM 10/23/2003 -0400 | 4 | Diet not working? |
| Phentermine | 04:42 PM 10/25/2003 -0400 | 4 | Try phentermine for weight loss. |
| Phentermine | 11:51 PM 10/26/2003 -0500 | 4 | Try phentermine for weight loss. |
| Phentermine | 01:11 AM 10/27/2003 -0500 | 4 | Try phentermine for weight loss. |
| Phentermine | 01:11 AM 10/27/2003 -0500 | 4 | Try phentermine for weight loss. |
| Phentermine | 03:30 PM 11/7/2003 -0500 | 4 | Have you been putting off weight loss? |
| Phentermine | 03:41 PM 11/9/2003 -0500 | 4 | Have you been putting off weight loss? |
| Phentermine | 08:23 PM 11/9/2003 -0500 | 4 | Have you been putting off weight loss? |
| Phentermine | 08:23 PM 11/9/2003 -0500 | 4 | Have you been putting off weight loss? |
| Phentermine | 12:23 AM 11/14/2003 -0500 | 4 | Have you been putting off weight loss? |
| Phentermine | 01:56 PM 11/14/2003 -0500 | 4 | Have you been putting off weight loss? |
| Phentermine | 07:47 PM 11/14/2003 -0500 | 4 | Want to start losing weight tomorrow? |
| Phone Directories | 03:56 PM 2/11/2004 -0500 | 4 | Find any phone number. |
| Phone Directories | 08:30 PM 2/11/2004 -0500 | 4 | Need to find a phone number? |
| Phone Directories | 11:31 PM 2/11/2004 -0500 | 4 | Find the phone number you are looking for. |
| Phone Directories | 11:31 PM 2/11/2004 -0500 | 4 | Find the phone number you are looking for. |
| Photo Albums | 10:51 PM 11/6/2003 -0500 | 4 | The original form of memory storage. |
| Photo Search | 02:03 PM 10/19/2003 -0400 | 4 | Need to find the perfect picture? |
| Photo Search | 02:10 PM 10/29/2003 -0500 | 4 | Need to find the perfect picture? |
| Photo Search | 03:33 PM 10/30/2003 -0500 | 4 | Need to find the perfect picture? |
| Photo Search | 03:18 AM 11/1/2003 -0500 | 4 | Looking for the perfect picture? |
| Photo Search | 03:10 PM 11/1/2003 -0500 | 4 | Want stock photography? |
| Photography Resources | 11:12 AM 10/21/2003 -0400 | 4 | Become a master of photography. |
| Photos For You | 09:37 AM 9/12/2003 -0400 | 3 | James, someone wants to date you. |
| Photos For You | 06:04 PM 9/18/2003 -0400 | 3 | James, someone wants to date you. |
| Photos For You | 04:21 AM 10/2/2003 -0400 | 3 | James, someone wants to date you. |
| Photos For You | 08:19 AM 10/10/2003 -0400 | 3 | Jamila, someone wants to date you. |









