

Dockets.Justia.com



0201

















| Who | Date | | Subject |
|---|---|---|---|
| Public Safety | 06:07 AM 5/14/2004 +0000 | 4 | Become a firefighter, police officer or EMT! |
| Public Safety | 06:08 AM 5/14/2004 +0000 | 4 | Become a firefighter, police officer or EMT! |
| Public Safety | 06:08 AM 5/14/2004 +0000 | 4 | Become a firefighter, police officer or EMT! |
| Public Safety | 06:08 AM 5/14/2004 +0000 | 4 | Become a firefighter, police officer or EMT! |
| Public Safety | 11:41 PM 6/6/2004 +0000 | 4 | Become a firefighter, police officer or EMT! |
| Public Safety | 11:41 PM 6/6/2004 +0000 | 4 | Become a firefighter, police officer or EMT! |
| Public Safety | 11:41 PM 6/6/2004 +0000 | 4 | Become a firefighter, police officer or EMT! |
| Public Safety | 11:42 PM 6/6/2004 +0000 | 4 | Become a firefighter, police officer or EMT! |
| Quality Baseball Gloves | 10:10 PM 12/9/2003 -0500 | 4 | Baseball gloves beat the alternative. |
| Quality Baseball Gloves | 10:10 PM 12/9/2003 -0500 | 4 | Baseball gloves beat the alternative. |
| Quality Baseball Gloves | 10:10 PM 12/9/2003 -0500 | 4 | Baseball gloves beat the alternative. |
| Quality Baseball Gloves | 10:10 PM 12/9/2003 -0500 | 4 | Baseball gloves beat the alternative. |
| Quality Singles Only | 09:22 AM 4/15/2006 +0000 | 4 | Meet real quality singles, a safe place to start. |
| Quick Apply Online Mortgage E: | 09:41 AM 2/8/2006 -0800 | 3 | 30 sec application could save you thousands |
| Quick Loan | 04:34 PM 4/30/2004 +0000 | 3 | Need cash in a hurry? |
| Quick Loan | 04:34 PM 4/30/2004 +0000 | 3 | Need cash in a hurry? |
| Quick Loan | 04:34 PM 4/30/2004 +0000 | 3 | Need cash in a hurry? |
| Quick Loan | 04:34 PM 4/30/2004 +0000 | 3 | Need cash in a hurry? |
| Quit Smoking | 01:09 PM 9/17/2003 -0400 | 5 | Trying to stop smoking? |
| Rare Earth Magnets | 10:24 PM 11/20/2003 -0500 | 4 | Feel the power of rare earth magnets! |
| Rare Earth Magnets | 10:24 PM 11/20/2003 -0500 | 4 | Feel the power of rare earth magnets! |
| Rate Advice | 09:53 AM 3/22/2006 -0800 | 3 | Your best loan options within one minute |
| Rate Advisors | 06:17 PM 6/11/2004 +0000 | 4 | Rates are tumbling - Refinance today |
| Rate Advisors | 06:17 PM 6/11/2004 +0000 | 4 | Rates are tumbling - Refinance today |
| Rate Advisors | 06:17 PM 6/11/2004 +0000 | 4 | Rates are tumbling - Refinance today |
| Rate Advisors | 06:17 PM 6/11/2004 +0000 | 4 | Rates are tumbling - Refinance today |
| Rate News | 04:44 PM 9/20/2005 +0000 | 4 | *****SPAM***** Near all-time lows |
| Rate Wise | 03:56 PM 6/2/2004 +0000 | 4 | Local lenders want your business. Lower your rate! |
| RC Stunt Car | 01:40 AM 12/4/2003 -0500 | 6 | The Hottest Toy For 2003! |
| RC Stunt Car | 01:40 AM 12/4/2003 -0500 | 6 | The Hottest Toy For 2003! |
| RC Stunt Car | 01:40 AM 12/4/2003 -0500 | 6 | The Hottest Toy For 2003! |

http://www.qualcomm.com/eudora

209



0210

















| Who | Date | | Subject |
|-----|------|---|---------|
| Ringtones Central | 02:05 PM 12/30/2005 +0000 | 3 | Get your non-pay ringtone now! |
| Ringtones Central | 07:04 PM 1/1/2006 +0000 | 4 | *****SPAM***** Get your non-pay ringtone now! |
| Ringtones Central | 03:49 PM 1/30/2006 +0000 | 3 | Get your non-pay ringtone now! |
| Road to Recovery | 11:55 PM 10/28/2003 -0500 | 4 | Take the first step on the road to recovery. |
| Rocking Horses | 02:05 PM 1/24/2004 -0500 | 4 | To a kid it's not a rocking horse, it's a rodeo. |
| Rooms VB | 03:47 PM 6/4/2004 +0000 | 4 | Virginia Beach Getaways: 30% Savings! |
| Rooms VB | 03:47 PM 6/4/2004 +0000 | 4 | Virginia Beach Getaways: 30% Savings! |
| Rooms VB | 03:47 PM 6/4/2004 +0000 | 3 | Virginia Beach Getaways: 30% Savings! |
| Rooms VB | 03:47 PM 6/4/2004 +0000 | 4 | Virginia Beach Getaways: 30% Savings! |
| Running Shoes | 07:42 PM 10/11/2003 -0400 | 4 | Go running in comfort and style. |
| Running Shoes | 07:42 PM 10/11/2003 -0400 | 4 | Go running in comfort and style. |
| Running Shoes | 07:42 PM 10/11/2003 -0400 | 4 | Go running in comfort and style. |
| Running Shoes | 07:42 PM 10/11/2003 -0400 | 4 | Go running in comfort and style. |
| Saddam Captured | 04:29 PM 12/18/2003 -0500 | 3 | Get the card deck that helped find Saddam |
| Saddam Captured | 04:29 PM 12/18/2003 -0500 | 3 | Get the card deck that helped find Saddam |
| Saddam Captured | 04:29 PM 12/18/2003 -0500 | 3 | Get the card deck that helped find Saddam |
| Saddle up | 02:22 AM 1/21/2004 -0500 | 5 | 100% matched earnings at Desert Dollar Casino |
| Saddle up | 02:22 AM 1/21/2004 -0500 | 5 | 100% matched earnings at Desert Dollar Casino |
| Saddle up | 02:22 AM 1/21/2004 -0500 | 5 | 100% matched earnings at Desert Dollar Casino |
| Saddle up | 02:22 AM 1/21/2004 -0500 | 5 | 100% matched earnings at Desert Dollar Casino |
| Saddle up | 02:22 AM 1/21/2004 -0500 | 5 | 100% matched earnings at Desert Dollar Casino |
| Saddle up | 04:53 PM 1/23/2004 -0500 | 5 | 100% matched earnings at Desert Dollar Casino |
| Saddle up | 04:53 PM 1/23/2004 -0500 | 5 | 100% matched earnings at Desert Dollar Casino |
| Saddle up | 04:53 PM 1/23/2004 -0500 | 5 | 100% matched earnings at Desert Dollar Casino |
| Saddle up | 04:53 PM 1/23/2004 -0500 | 5 | 100% matched earnings at Desert Dollar Casino |
| Saddle up | 04:53 PM 1/23/2004 -0500 | 5 | 100% matched earnings at Desert Dollar Casino |
| San Antonio | 12:09 AM 10/25/2003 -0400 | 4 | Visit San Antonio. |
| San Antonio | 08:22 PM 11/9/2003 -0500 | 4 | Visit San Antonio. |
| San Antonio | 07:11 PM 1/26/2004 -0500 | 4 | Visit San Antonio. |
| San Antonio | 10:30 PM 1/26/2004 -0500 | 4 | Visit San Antonio. |
| San Francisco Fun | 10:18 AM 10/15/2003 -0400 | 6 | Stay and Play In The City By The Bay. |

Virtumundo

http://www.qualcomm.com/eudora





0220



0221



















0230









| Who | Date | | Subject |
|-----|------|-|---------|
| Start Up Capital | 05:49 PM 2/23/2006 -0800 | 4 | Start a business with a goverment loan |
| Start Up Capital | 05:49 PM 2/23/2006 -0800 | 5 | *****SPAM***** Start a business with a goverment loan |
| Start Up Capital | 05:50 PM 2/23/2006 -0800 | 5 | *****SPAM***** Start a business with a goverment loan |
| Start Up Capital | 06:06 PM 3/24/2006 -0800 | 3 | Let the government fund your dream |
| Start Up Capital | 06:06 PM 3/24/2006 -0800 | 3 | Let the government fund your dream |
| StartMeUp | 05:23 PM 1/27/2004 -0500 | 8 | Car battery running low? Get a StartMeUp |
| Stay At Great Hotels | 10:00 PM 2/3/2004 -0500 | 4 | Hotels. There's no better way to stay. |
| Stay At Great Hotels | 10:00 PM 2/3/2004 -0500 | 4 | Hotels. There's no better way to stay. |
| Steel Toe Boots | 10:02 PM 1/17/2004 -0500 | 4 | Step tough in steel toe boots. |
| Steel Toe Boots | 01:15 AM 1/18/2004 -0500 | 4 | Step tough in steel toe boots. |
| Steel Toe Boots | 01:15 AM 1/18/2004 -0500 | 4 | Step tough in steel toe boots. |
| Steel Toe Boots | 01:15 AM 1/18/2004 -0500 | 4 | Step tough in steel toe boots. |
| Steel Toe Boots | 01:15 AM 1/18/2004 -0500 | 4 | Step tough in steel toe boots. |
| Stocking Savers | 05:33 PM 12/2/2003 -0500 | 3 | A cat, a hat, and your PC? |
| Storage | 03:55 PM 11/27/2003 -0500 | 4 | Get rid of clutter |
| Storage | 02:56 PM 12/11/2003 -0500 | 4 | Organize your clutter |
| Storage | 08:16 PM 12/21/2003 -0500 | 4 | Organize your clutter |
| Storage | 07:18 PM 12/29/2003 -0500 | 4 | Get rid of clutter |
| Storage | 07:24 PM 1/16/2004 -0500 | 4 | Storage solutions for all your stuff |
| Storage | 08:00 PM 1/27/2004 -0500 | 4 | Storage solutions for all your stuff |
| Streaming Video | 01:00 PM 12/18/2003 -0500 | 4 | Can't wait? Try streaming video. |
| Streaming Video | 01:00 PM 12/18/2003 -0500 | 4 | Can't wait? Try streaming video. |
| Streaming Video | 01:00 PM 12/18/2003 -0500 | 4 | Can't wait? Try streaming video. |
| Streaming Video | 01:00 PM 12/18/2003 -0500 | 4 | Can't wait? Try streaming video. |
| Streaming Video | 10:22 PM 12/18/2003 -0500 | 4 | Why wait? Watch it with streaming video. |
| Strength Training | 10:32 AM 11/2/2003 -0500 | 5 | Want to start strength training? |
| Strength Training | 10:40 PM 11/10/2003 -0500 | 5 | Start strength training now. |
| Strength Training | 01:49 PM 11/19/2003 -0500 | 5 | Start strength training now. |
| Strength Training | 12:18 PM 11/28/2003 -0500 | 5 | Want to start strength training? |
| Strength Training | 11:48 PM 12/8/2003 -0500 | 5 | Want to start strength training? |
| Strength Training | 03:52 PM 12/17/2003 -0500 | 5 | Start strength training now. |







0237







0240





0242







0245