





0248





0250



0251



0252



0253



















| Who | Date | | Subject |
|---|---|---|---|
| Weekly Wireless Specials | 10:48 PM 12/29/2003 -0500 | 5 | Get Connected and Save with a New Wireless Phone! |
| Weekly Wireless Specials | 10:24 AM 1/2/2004 -0500 | 5 | Get Connected and Save with a New Wireless Phone! |
| Weekly Wireless Specials | 03:03 PM 1/6/2004 -0500 | 5 | Stay connected with these great cell phone offers. |
| Weekly Wireless Specials | 02:05 PM 1/10/2004 -0500 | 5 | Stay connected with these great cell phone offers. |
| Weekly Wireless Specials | 01:22 PM 1/16/2004 -0500 | 5 | Stay connected with these great cell phone offers. |
| Weekly Wireless Specials | 07:26 PM 1/16/2004 -0500 | 5 | Cell phones to keep you connected. |
| Weekly Wireless Specials | 07:31 PM 1/19/2004 -0500 | 5 | Cell phones to keep you connected. |
| Weekly Wireless Specials | 08:12 PM 1/24/2004 -0500 | 5 | Never be out of touch. |
| Weekly Wireless Specials | 07:07 PM 2/3/2004 -0500 | 4 | Always be just a phone call away. |
| Weekly Wireless Specials | 08:17 PM 2/3/2004 -0500 | 4 | Always be just a phone call away. |
| Weekly Wireless Specials | 08:49 PM 2/12/2004 -0500 | 5 | Get Connected and Save with a New Wireless Phone! |
| Weekly Wireless Specials | 08:49 PM 2/12/2004 -0500 | 5 | Get Connected and Save with a New Wireless Phone! |
| Whirlpool Tubs | 10:42 AM 11/25/2003 -0500 | 4 | Go from spa to aaahhhh. |
| Whirlpool Tubs | 11:48 PM 12/9/2003 -0500 | 4 | Turn on the spa. |
| Whirlpool Tubs | 07:00 PM 1/21/2004 -0500 | 4 | Suddenly "bath time" feels more like "me time". |
| Whirlpool Tubs | 08:26 PM 1/27/2004 -0500 | 4 | Bring the spa home. |
| Whirlpool Tubs | 07:36 PM 1/28/2004 -0500 | 4 | Turn on the spa. |
| Whirlpool Tubs | 11:16 PM 2/4/2004 -0500 | 4 | Make bath time a day at the spa. |
| Whistler Ski Resort | 02:19 PM 2/3/2004 -0500 | 4 | Plan a trip to Whistler Ski Resort today. |
| White Teeth | 12:17 PM 4/20/2006 -0700 | 5 | *****SPAM***** Whiter teeth in just 5 days |
| Wicked Cool Stuff | 09:31 AM 5/3/2006 -0700 | 3 | Get cool toys, t-shirts, and more here. |
| Wigs | 03:24 PM 9/29/2003 -0400 | 5 | Always have the perfect hairdo. |
| Win a Home Loan | 01:06 AM 1/23/2004 -0500 | 4 | Great rates & win 18,000 dollars towards a mortgage |
| Win a Home Loan | 01:06 AM 1/23/2004 -0500 | 4 | Great rates & win 18,000 dollars towards a mortgage |
| Win a Home Loan | 01:06 AM 1/23/2004 -0500 | 4 | Great rates & win 18,000 dollars towards a mortgage |
| Win a Home Loan | 01:06 AM 1/23/2004 -0500 | 4 | Great rates & win 18,000 dollars towards a mortgage |
| Win a Home Loan | 01:06 AM 1/23/2004 -0500 | 4 | Great rates & win 18,000 dollars towards a mortgage |
| WinAHomeLoan | 04:37 PM 11/4/2003 -0500 | 5 | Lower Your Rate & Win Your Mortgage Paid for a Year |
| Window Covering | 01:02 AM 9/20/2003 -0400 | 4 | What are your windows wearing? |
| Window Covering | 11:54 PM 10/7/2003 -0400 | 4 | Window coverings that wow. |
| Window Covering | 05:49 PM 10/19/2003 -0400 | 4 | Window coverings that wow. |

http://www.qualcomm.com/eudora













0268





| | | | | |
|---|---|---|---|---|
| Your Number One Printer Supply | 08:55 PM 4/25/2006 +0000 | 4 | *****SPAM***** Up to 75% savings on ink and toner |
| Your Number One Printer Supply | 07:58 AM 4/27/2006 -0700 | 13 | *****SPAM***** Up to 75% savings on ink and toner |
| Your Number One Printer Supply | 07:59 AM 4/27/2006 -0700 | 12 | Up to 75% savings on ink and toner |
| Your Number One Printer Supply | 07:59 AM 4/27/2006 -0700 | 13 | *****SPAM***** Up to 75% savings on ink and toner |
| Your Number One Printer Supply | 08:03 AM 4/27/2006 -0700 | 13 | *****SPAM***** Up to 75% savings on ink and toner |
| Your Number One Printer Supply | 08:16 AM 4/27/2006 -0700 | 12 | Up to 75% savings on ink and toner |
| Your Number One Printer Supply | 08:16 AM 4/27/2006 -0700 | 12 | Up to 75% savings on ink and toner |
| Your Number One Printer Supply | 08:16 AM 4/27/2006 -0700 | 12 | Up to 75% savings on ink and toner |
| Your Number One Printer Supply | 08:16 AM 4/27/2006 -0700 | 12 | Up to 75% savings on ink and toner |
| Your Number One Printer Supply | 08:16 AM 4/27/2006 -0700 | 12 | Up to 75% savings on ink and toner |
| Your Number One Printer Supply | 08:20 AM 4/27/2006 -0700 | 13 | *****SPAM***** Up to 75% savings on ink and toner |
| Your Online Pharmacy | 08:58 AM 11/27/2003 -0500 | 15 | Low Cost Prescription Medication |
| Your Online Pharmacy | 08:58 AM 11/27/2003 -0500 | 15 | Low Cost Prescription Medication |
| Your Online Pharmacy | 08:58 AM 11/27/2003 -0500 | 15 | Low Cost Prescription Medication |
| Your Online Pharmacy | 08:58 AM 11/27/2003 -0500 | 15 | Low Cost Prescription Medication |
| Your Online Pharmacy | 08:58 AM 11/27/2003 -0500 | 15 | Low Cost Prescription Medication |
| Your Own Dollar Store | 12:59 PM 9/9/2006 +0000 | 4 | Start an online store - it's easy and simple |
| Your Present | 09:04 AM 10/29/2003 -0500 | 6 | Sweets for James |
| Your Present | 09:04 AM 10/29/2003 -0500 | 6 | Sweets for Fave |