**EXHIBIT G**

LT EN

News   Articles   Files   Parasites   Software   Forum   Directory

Path: Articles > Category security > Top 100 parasites of 2005                                    Back to articles

# Top 100 parasites of 2005   ask

Author: Jevgenij Timofejenko

The last year really was the year of spyware, adware and malware threats. It began as usually, but the end of 2005 left a sharp and intimidating impression. We saw an outbreak of corrupt anti-spyware products, sophisticated, hard to get rid of browser hijackers and trojans. The early beginning of 2005 was quite calm &ndash; Internet users got used to well-known adware and spyware threats distributed mostly by advertising companies. However, most of us thought that the situation cannot get any worse. But it actually did. At the end of the year completely new parasites appear. We had to go through the hoops correctly identifying and removing yet unseen risks like SpySheriff, Vundo or Smitfraud. You couldn't get rid of these pests even with the help of a powerful antivirus or anti-spyware. Simplified manual removal instructions provided by well-known security software vendors also did not work. The new generation of spyware, adware, browser hijackers and trojans has evolved so quickly that almost no-one knew what to do. Parasites became more complex and integrated. For example, common adware started not only serving unsolicited commercial advertisements, but also secretly downloading and installing a variety of much more harmful threats. Internet users were assaulted by deadly effective downloaders and new viral threats designed to drop spyware parasites on the compromised computers. Spyware makers joined forces with virus authors presenting an explosive mixture of viruses and spyware

The last year was very disturbing. You can see from the Top 100 of the most widely spread and vicious security and privacy risks of 2005

The following list is made by the 2-Spyware.com research team. The overall infection rate, spreading speed, payload, relations with other parasites, stability and stealth &ndash; these are only a few factors from the large list that we took into consideration rating last year's parasites. However, we do not pretend to be absolutely correct &ndash; rating spyware is very difficult, because the most recent pests combine virus payload with spyware and adware functionality. Nevertheless, we made our best putting the following Top 100 all together and making is trustworthy enough. We hope that you will find this information useful

1. CoolWebSearch
2. SpyAxe
3. SpySheriff
4. Vundo and Vundo.b
5. NewDotNet

6. Look2Me and Look2Me Adware
7. SaveNow
8. ISTbar
9. Smitfraud
10. EliteBar

11. Lop
→ 12. PSGuard
→ 13. VirtuMundo ←
14. nCase
15. WinFixer
16. A Better Internet
17. Aurora
18. SearchMeUp
19. IBIS Toolbar
20. WinHound

21. StartPage
22. HotBar
23. Apropos
24. Surf SideKick
25. 180SearchAssistant
26. Transponder
27. Mirar
28. Internet Optimizer
29. WinAntiVirus
30. Begin2Search
31. RazeSpyware
32. MWSearch
33. UnSpyPC
34. Drsmartload
35. SafeSearch
36. My Search Bar
37. Loxbot
38. Secure32
39. Winsysban
40. MediaUpdate

Search for related articles:

[ Search ]
Get spyware search engine to your site

Related articles:
How can you protect your computer from the spyware?                    26/02/05
Backing up and restoring the Windows registry    25/01/06
Cookies. Harmful or Harmless?                    12/02/05
What you need to know about carding and phishing    20/02/05
DoS (Denial of Service) / DDoS    26/03/05

Newest articles:
Top 100 parasites of 2005                    26/02/06
smitRem tutorial    22/02/06
hpHOSTS – untrustworthy resource    05/02/06
Blackworm. Only a few days left    30/01/06
Backing up and restoring the Windows registry    25/01/06
Spy Sweeper tutorial    15/01/06
New exploit compromises fully patched Windows machines    29/12/05
Beware of malicious e-greetings and fraudulent seasonal e-mails    11/12/05
The importance of EULA    05/11/05
Spyware Doctor tutorial    13/09/05

Latest Spyware news:

• Beware of fake codecs
A lot of people, which systems recently got infected with SpywareQuake.

• New virus targets Windows and Linux
Kaspersky Lab, a well-known antivirus company, has received a sample of the new

• New York sues major spyware company
The Attorney General of New York. Eliot Spitzer, has sued Direct Revenue. one

49. AutoSearch
50. IncrediFind

51. NavExcel
52. VirtualBouncer
53. SafeSurfing
54. DyFuCa
55. Topantispyware
56. NaviHelper
57. Lookfor cc
58. Pugi
59. Spy Trooper
60. PowerStrip
61. GAIN
62. Cydoor
63. webHancer
64. BackWeb Client
65. ShopAtHomeSelect
66. e2give
67. Win-Spy
68. BlazeFind
69. 2nd thought
70. BestSearch
71. MarketScore
72. eZula
73. MediaPass
74. WhenUSearch
75. Surfairy
76. NaviSearch
77. Spyware Assasin
78. MaxSearch
79. Spy-Control
80. eXact Search Bar
81. Zlob.h
82. Secup
83. TopAV
84. PSN
85. Affilred
86. Delf aeo
87. The Best Offers Network
88. TIBS
89. CasinoOnNet
90. SearchMaid
91. AdServerNow
92. 123Search
93. BargainBuddy
94. BonziBuddy
95. WeatherBug
96. Comet Cursor
97. FirstLook
98. AltnetPointsManager
99. OnWebMedia
100. BigTrafficNet

Compare spyware removers

HijackThis Log Analyzer Beta 1 NEW

Valid XHTML
Valid CSS

2-Spyware.com provides all important information on the listed parasites. Detailed descriptions and manual removal instructions can be found in our Encyclopedia of computer parasites

Ask additional question regarding topic "Top 100 parasites of 2005" in spyware removal Forum

Article submitted on 26/02/06

Rate this article:
not good                              excellent

ADITIONAL RESOURCES RELATED TO "TOP 100 PARASITES OF 2005":
Attention: If you know or you have a website or page about "Top 100 parasites of 2005", feel free to add a link to this list: add url

Ads by Goooooogle          Advertise on this site

Spyware Remover Download
PC Magazine Editor's Choice Winner 5 Star
Anti-Spyware. Download Now!
www.pctools.com

Post Comment.
Attention: Use this form only if you have additional information about this topic, its removal instructions, additional resources or behavior. By clicking "post comment" button you agree not to post any copyrighted, unlawful, harmful, threatening, abusive, harassing, defamatory, vulgar, obscene, profane, hateful, racially, ethnically or otherwise objectionable material of any kind.

Post Comment

Agreement of Use | Privacy policy | Safety Certification | Webmasters | Contact us | RSS Feeds
© 2001-2005 2-spyware.com All Rights Reserved. Reproduction in part or whole without written permission is prohibited. Powered by: eSolutions