**EXHIBIT I**

**domadmin@VIRTUMUNDO.COM, 09:30 AM 1/31/2004 -0800, You Have Been Warned, Repeatedly**

To: domadmin@VIRTUMUNDO.COM
From: Jim Gordon <res08nqc@verizon.net>
Subject: You Have Been Warned, Repeatedly
Cc: domainreg@virtumundo
Bcc:
Attached:

## NOTICE OF OFFER

## TO RECEIVE

## UNSOLICITED COMMERCIAL EMAIL (SPAM)

```
YOUR ACTIONS MAY CONSTITUTE A BINDING CONTRACT.
      PLEASE READ THE FOLLOWING CAREFULLY.
```

BY SENDING UNSOLICITED SPAM TO ME AT THE FOLLOWING DOMAIN, GORDONWORKS.COM, YOU ACCEPT MY OFFER TO YOU CONCERNING RECEIPT OF UNSOLICITED MATERIAL FROM YOU UNDER THE FOLLOWING TERMS:

1- THAT IN VALUABLE CONSIDERATION, SUFFICIENCY AND ADEQUACY OF WHICH YOU HEREBY ACKNOWLEDGE, OF ME RECEIVING ANY UNSOLICITED MATERIAL FROM YOU;

2- UNLESS, YOU HAVE OBTAINED PRIOR AUTHORIZATION FROM ME TO SEND YOUR MATERIAL TO ME; YOU AGREE TO CONFER THE SUM OF US$500 PAYABLE IN CERTIFIED CHECK TO ME EFFECTIVE AND COLLECTIBLE UPON YOUR SENDING OF ANY UNSOLICITED MATERIAL TO THE DOMAIN, GORDONWORKS.COM;

3- YOU AGREE TO CEASE AND DECEASE ANY FURTHER ATTEMPTS TO SEND ANY ADVERTISING MATERIAL WHATSOEVER TO THE DOMAIN, GORDONWORKS.COM;

4- THIS AGREEMENT MAY BE MODIFIED AND/OR CHANGED BY ME AT ANY TIME WITHOUT NOTICE;

5- YOU AGREE THAT THE AMOUNT OF FUNDS (IN US Dollars) I CHARGE FOR EACH ADDITIONAL UNSOLICITED PIECE OF ADVERTISING SHALL BE CALCULATED AS FOLLOWS: (NUMBER OF OFFENSE) MULTIPLIED BY ($500). FOR EXAMPLE: ON YOUR THIRD UNSOLICITED MAILING TO ME, YOU AGREE TO PAY ME THE AMOUNT OF US$1500, AND ON YOUR FOURTH UNSOLICITED MAILING, YOU AGREE TO PAY ME THE AMOUNT OF US$2000, AND SO ON;

6- YOU AGREE THAT VENUE FOR ANY AND ALL DISPUTES RESOLUTION PROCEEDINGS SHALL BE THE STATE OF WASHINGTON, BENTON COUNTY;

7- YOU SUBMIT YOUR PERSON TO THE JURISDICTION OF THE COURTS OF THE STATE OF WASHINGTON.

Used with permission of copyright owner
© 2003, Nima Taradji, P.C. All Rights Reserved.

**domadmin@VIRTUMUNDO.COM, 06:16 PM 1/26/2004 -0800, You Have Been Warned**

To: domadmin@VIRTUMUNDO.COM
From: Jim Gordon <res08nqc@verizon.net>
Subject: You Have Been Warned
Cc:
Bcc:
Attached:

## NOTICE OF OFFER

## TO RECEIVE

## UNSOLICITED COMMERCIAL EMAIL (SPAM)

```
YOUR ACTIONS MAY CONSTITUTE A BINDING CONTRACT.
     PLEASE READ THE FOLLOWING CAREFULLY.
```

BY SENDING UNSOLICITED SPAM TO ME AT THE FOLLOWING DOMAIN, GORDONWORKS.COM, YOU ACCEPT MY OFFER TO YOU CONCERNING RECEIPT OF UNSOLICITED MATERIAL FROM YOU UNDER THE FOLLOWING TERMS:

1- THAT IN VALUABLE CONSIDERATION, SUFFICIENCY AND ADEQUACY OF WHICH YOU HEREBY ACKNOWLEDGE, OF ME RECEIVING ANY UNSOLICITED MATERIAL FROM YOU;

2- UNLESS, YOU HAVE OBTAINED PRIOR AUTHORIZATION FROM ME TO SEND YOUR MATERIAL TO ME; YOU AGREE TO CONFER THE SUM OF US$500 PAYABLE IN CERTIFIED CHECK TO ME EFFECTIVE AND COLLECTIBLE UPON YOUR SENDING OF ANY UNSOLICITED MATERIAL TO THE DOMAIN, GORDONWORKS.COM;

3- YOU AGREE TO CEASE AND DECEASE ANY FURTHER ATTEMPTS TO SEND ANY ADVERTISING MATERIAL WHATSOEVER TO THE DOMAIN, GORDONWORKS.COM;

4- THIS AGREEMENT MAY BE MODIFIED AND/OR CHANGED BY ME AT ANY TIME WITHOUT NOTICE;

5- YOU AGREE THAT THE AMOUNT OF FUNDS (IN US Dollars) I CHARGE FOR EACH ADDITIONAL UNSOLICITED PIECE OF ADVERTISING SHALL BE CALCULATED AS FOLLOWS: (NUMBER OF OFFENSE) MULTIPLIED BY ($500). FOR EXAMPLE: ON YOUR THIRD UNSOLICITED MAILING TO ME, YOU AGREE TO PAY ME THE AMOUNT OF US$1500, AND ON YOUR FOURTH UNSOLICITED MAILING, YOU AGREE TO PAY ME THE AMOUNT OF US$2000, AND SO ON;

6- YOU AGREE THAT VENUE FOR ANY AND ALL DISPUTES RESOLUTION PROCEEDINGS SHALL BE THE STATE OF WASHINGTON, BENTON COUNTY;

7- YOU SUBMIT YOUR PERSON TO THE JURISDICTION OF THE COURTS OF THE STATE OF WASHINGTON.

Used with permission of copyright owner
© 2003, Nima Taradji, P.C. All Rights Reserved.