Gordon v. Virtumundo Inc et al                                                                    Doc. 6

```
From ???@??? Tue Oct 25 20:59:14 2005
X-Persona: <Indi>
Return-Path: <mailcenter331191@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 25 Oct 2005 05:28:05 -0600
From: Bed N Bath <BedNBath@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Bed & bath liquidation - save up to 75% on luxury
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_06,HTML_IMAGE_RATIO_04,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVINGS,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_435E16C5.FC1C7FF7"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  SmartBargains
  URI:http://redirect.virtumundo.com/ct?i'4864&e=indi@jammtomm.com
  URI:http://ogy.cc/smarytpslewe/sb.gif $7.95 Flat Rate Shipping â€¢ 30
  Day Returns â€¢ New Deals Daily [...]

Content analysis details:   (7.7 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 0.4 SAVINGS                Subject talks about savings
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.9 HTML_IMAGE_RATIO_04    BODY: HTML has a low ratio of text to image area
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 1.7 HTML_IMAGE_ONLY_06     BODY: HTML: images with 400-600 bytes of words
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 20867 invoked from network); 25 Oct 2005 05:28:05 -0600
Received: from vm-177-39.vm-mail.com (206.82.177.39)
  by itdidnotendright.com with SMTP; 25 Oct 2005 05:28:05 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-39.vm-mail.com with SMTP; 25 Oct 2005 06:27:51 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
```

Dockets.Justia.com

```
X-MailingID: 331191
From: Bed N Bath <BedNBath@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331191@vm-rewards.com>
Subject: Bed & bath liquidation - save up to 75% on luxury
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Bed & bath
liqui.htm"
```

From ???@??? Thu Sep 04 08:28:57 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com -->
jsg33051@gordonworks.com) by ams.ftl.affinity.com id <245648-22782>; Thu, 4
Sep 2003 10:32:05 -0400
Received: from vt58.vtarget.com ([216.64.222.58]) by ams.ftl.affinity.com with
ESMTP id <268931-22778>; Thu, 4 Sep 2003 10:31:29 -0400
Received: from vtarget.com (192.168.3.10)
   by vt58.vtarget.com with SMTP; 04 Sep 2003 09:31:26 -0500
X-ClientHost: &e
X-MailingID: 125279
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
      From: ${COMPANY_NAME}$ <SpecialOffers125279@>
                                        ^-illegal subdomain in domain
From: <mailcenter125279@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Illegal-Object: Syntax error in Reply-To: address found on
ams.ftl.affinity.com:
      Reply-To:    ${COMPANY_NAME}$ <SpecialOffers125279@>
                                        ^-illegal subdomain in domain
Subject: Receive Great Offers!
Message-Id: <03Sep4.103129-0400_edt.268931-22778+13415@ams.ftl.affinity.com>
Date:Thu, 4 Sep 2003 10:31:28 -0400




Greetings:

When you submitted information to Emailprize.Com/Computer.Php
including your email address, you gave permission to have promotional offers
delivered to you
from third parties. If you take no action, you will begin receiving
promotional offers from the
Virtumundo Rewards program. If you do not wish to receive email offers from
Virtumundo
Rewards, please click on the following link to unsubscribe from Virtumundo
Rewards:

http://www.virtumundo.com/unsub/rewardmail/index.html?james@gordonworks.com

You may also unsubscribe at a later date if you wish. Each Reward email offer
you receive from
Virtumundo will include information about how to unsubscribe and a link to a
web page where
you may unsubscribe.

Click here to review Virtumundo's privacy policy.

Sincerely,
Virtumundo, Inc

```
From ???@??? Fri Oct 24 18:24:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213446-1082>; Fri, 24 Oct 2003 17:18:23 -0400
Received: from vm125.vmadmin.com ([216.64.222.125]) by ams.ftl.affinity.com
with ESMTP id <213507-1082>; Fri, 24 Oct 2003 17:14:20 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm125.vmadmin.com with SMTP; 24 Oct 2003 16:14:12 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 175218
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
      From: CashFlowCenter.com<MakeMoneyOnline175218@vmadmin.com>
                      ^-missing end of mailbox
From:  <mailcenter175218@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Illegal-Object: Syntax error in Reply-To: address found on
ams.ftl.affinity.com:
      Reply-To:
CashFlowCenter.com<MakeMoneyOnline175218@replies.virtumundo.com>
                     ^-missing end of address
Subject: Your complete Internet home business
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct24.171420-0400_edt.213507-1082+13735@ams.ftl.affinity.com>
Date:Fri, 24 Oct 2003 17:14:20 -0400
```



**Your Complete Internet Home Business and $1,470 in free bonuses are waiting for you to claim them through midnight tonight. You can turn your computer into an Automatic Cash Machine...**

Click here to Learn More

 **Even if:**
**\* You're not that experienced with computers**
**\* You've never owned your own business**
**\* You don't have a college degree**
**\* You think you're too young (or too old!)**

 **Click Here To Claim Your Package Now!**

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, visit Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2002 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Oct 24 18:24:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213507-1082>; Fri, 24 Oct
2003 17:18:23 -0400
Received: from vm125.vmadmin.com ([216.64.222.125]) by ams.ftl.affinity.com
with ESMTP id <212825-1079>; Fri, 24 Oct 2003 17:14:22 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm125.vmadmin.com with SMTP; 24 Oct 2003 16:14:12 -0500
X-ClientHost:
106111110097116104097110064103111114100111101191111141071150460099111109
X-MailingID: 175218
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
       From: CashFlowCenter.com<MakeMoneyOnline175218@vmadmin.com>
                         ^-missing end of mailbox
From: <mailcenter175218@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Illegal-Object: Syntax error in Reply-To: address found on
ams.ftl.affinity.com:
       Reply-To:
CashFlowCenter.com<MakeMoneyOnline175218@replies.virtumundo.com>
                         ^-missing end of address
Subject: Your complete Internet home business
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct24.171422-0400_edt.212825-1079+13867@ams.ftl.affinity.com>
Date:Fri, 24 Oct 2003 17:14:20 -0400
```



Your Complete Internet Home Business and $1,470 in free bonuses are waiting for you to claim them through midnight tonight. You can turn your computer into an Automatic Cash Machine...

Click here to Learn More

 Even if:
* You're not that experienced with computers
* You've never owned your own business
* You don't have a college degree
* You think you're too young (or too old!)

**Click Here To Claim Your Package Now!**

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, visit Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2002 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Oct 24 18:24:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213374-1082>; Fri, 24 Oct 2003 17:18:23 -0400
Received: from vm125.vmadmin.com ([216.64.222.125]) by ams.ftl.affinity.com
with ESMTP id <213376-1085>; Fri, 24 Oct 2003 17:14:20 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm125.vmadmin.com with SMTP; 24 Oct 2003 16:14:12 -0500
X-ClientHost: 106097109101115064103111114100111101191111141071150460991111109
X-MailingID: 175218
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
     From: CashFlowCenter.com<MakeMoneyOnline175218@vmadmin.com>
                    ^-missing end of mailbox
From: <mailcenter175218@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Illegal-Object: Syntax error in Reply-To: address found on
ams.ftl.affinity.com:
     Reply-To:
CashFlowCenter.com<MakeMoneyOnline175218@replies.virtumundo.com>
                    ^-missing end of address
Subject: Your complete Internet home business
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct24.171420-0400_edt.213376-1085+13228@ams.ftl.affinity.com>
Date:Fri, 24 Oct 2003 17:14:19 -0400
```



**Your Complete Internet Home Business and $1,470 in free bonuses are waiting for you to claim them through midnight tonight. You can turn your computer into an Automatic Cash Machine...**

Click here to Learn More

**Even if:**
**\* You're not that experienced with computers**
**\* You've never owned your own business**
**\* You don't have a college degree**
**\* You think you're too young (or too old!)**

 **Click Here To Claim Your Package Now!**

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, visit Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2002 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Oct 24 18:24:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213376-1082>; Fri, 24 Oct 2003 17:18:23 -0400
Received: from vm125.vmadmin.com ([216.64.222.125]) by ams.ftl.affinity.com
with ESMTP id <214194-1086>; Fri, 24 Oct 2003 17:14:20 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm125.vmadmin.com with SMTP; 24 Oct 2003 16:14:12 -0500
X-ClientHost: 10209712110106410311111410011111011911111410715046099111109
X-MailingID: 175218
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
      From: CashFlowCenter.com<MakeMoneyOnline175218@vmadmin.com>
                       ^-missing end of mailbox
From: <mailcenter175218@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Illegal-Object: Syntax error in Reply-To: address found on
ams.ftl.affinity.com:
      Reply-To:
CashFlowCenter.com<MakeMoneyOnline175218@replies.virtumundo.com>
                        ^-missing end of address
Subject: Your complete Internet home business
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct24.171420-0400_edt.214194-1086+13764@ams.ftl.affinity.com>
Date:Fri, 24 Oct 2003 17:14:19 -0400
```



**Your Complete Internet Home Business and $1,470 in free bonuses are waiting for you to claim them through midnight tonight. You can turn your computer into an Automatic Cash Machine...**

Click here to Learn More

 **Even if:**
* **You're not that experienced with computers**
* **You've never owned your own business**
* **You don't have a college degree**
* **You think you're too young (or too old!)**

 **Click Here To Claim Your Package Now!**

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, visit Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2002 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Oct 24 18:24:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213457-1082>; Fri, 24 Oct 2003 17:18:23 -0400
Received: from vm125.vmadmin.com ([216.64.222.125]) by ams.ftl.affinity.com
with ESMTP id <212997-1085>; Fri, 24 Oct 2003 17:14:20 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm125.vmadmin.com with SMTP; 24 Oct 2003 16:14:12 -0500
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 175218
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
      From: CashFlowCenter.com<MakeMoneyOnline175218@vmadmin.com>
                       ^-missing end of mailbox
From: <mailcenter175218@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Illegal-Object: Syntax error in Reply-To: address found on
ams.ftl.affinity.com:
      Reply-To:
CashFlowCenter.com<MakeMoneyOnline175218@replies.virtumundo.com>
                        ^-missing end of address
Subject: Your complete Internet home business
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct24.171420-0400_edt.212997-1085+13229@ams.ftl.affinity.com>
Date:Fri, 24 Oct 2003 17:14:20 -0400
```



Your Complete Internet Home Business and $1,470 in free
bonuses are waiting for you to claim them through midnight
tonight. You can turn your computer into an Automatic Cash
Machine...

Click here to Learn More

 Even if:
* You're not that experienced with computers
* You've never owned your own business
* You don't have a college degree
* You think you're too young (or too old!)

 **_Click Here To Claim Your Package Now!_**

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, visit Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2002 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Jan 29 15:17:37 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <334297-18310>; Thu, 29 Jan 2004 18:02:43 -0500
Received: from vm094.vmadmin.com ([216.64.222.94]) by ams.ftl.affinity.com
with ESMTP id <335928-18308>; Thu, 29 Jan 2004 18:02:08 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm094.vmadmin.com with SMTP; 29 Jan 2004 17:02:06 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 241114
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
       From: ApartmentGuide.com<FindYourApartment@vmadmin.com>
                          ^-missing end of mailbox
From: <mailcenter241114@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Illegal-Object: Syntax error in Reply-To: address found on
ams.ftl.affinity.com:
       Reply-To:
ApartmentGuide.com<FindYourApartment241114@replies.virtumundo.com>
                          ^-missing end of address
Subject: Are you changing apartments again?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan29.180208-0500_est.335928-18308+21096@ams.ftl.affinity.com>
Date:Thu, 29 Jan 2004 18:02:08 -0500





**Search the largest selection of apartment communities anywhere!**

You'll have fun selecting all of the special features you want - size, cost,
amenities,
and much more.

Search now and see your perfect apartment.

**ApartmentGuide.com** will give you the facts you need (including special
deals) to make an informed decision that will save you time and money.

**Start your search now**!

Copyright© 2004 ApartmentGuide.com, Primedia, Inc. All rights reserved. ▣ Equal Housing Opportunity
ApartmentGuide.com respects your privacy and your w ishes. If you'd like to read our Privacy Policy visit us here.

ApartmentGuide.com / HPCi, 3159 Campus Drive, Suite 100, Norcross, GA 30071-1402

```
From ???@??? Thu Jan 29 15:17:37 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <331318-18300>; Thu, 29 Jan
2004 18:02:49 -0500
Received: from vm094.vmadmin.com ([216.64.222.94]) by ams.ftl.affinity.com
with ESMTP id <335772-18305>; Thu, 29 Jan 2004 18:02:11 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm094.vmadmin.com with SMTP; 29 Jan 2004 17:02:06 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 241114
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
      From: ApartmentGuide.com<FindYourApartment@vmadmin.com>
                        ^-missing end of mailbox
From: <mailcenter241114@vmadmin.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Illegal-Object: Syntax error in Reply-To: address found on
ams.ftl.affinity.com:
      Reply-To:
ApartmentGuide.com<FindYourApartment241114@replies.virtumundo.com>
                        ^-missing end of address
Subject: Are you changing apartments again?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan29.180211-0500_est.335772-18305+20977@ams.ftl.affinity.com>
Date:Thu, 29 Jan 2004 18:02:09 -0500
```





**Search the largest selection of apartment communities anywhere!**

You'll have fun selecting all of the special features you want - size, cost,
amenities,
and much more.

Search now and see your perfect apartment.

**ApartmentGuide.com** will give you the facts you need (including special
deals) to make an informed decision that will save you time and money.

**Start your search now**!

Copyright© 2004 ApartmentGuide.com, Primedia, Inc. All rights reserved.  Equal Housing Opportunity

ApartmentGuide.com respects your privacy and your w ishes. If you'd like to read our Privacy Policy visit us here.

---

ApartmentGuide.com / HPCi, 3159 Campus Drive, Suite 100, Norcross, GA 30071-1402

```
From ???@??? Wed Feb 04 15:19:32 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3564576-17902>; Wed, 4 Feb 2004 17:11:00 -0500
Received: from vm116.vmadmin.com ([216.64.222.116]) by ams.ftl.affinity.com
with ESMTP id <3566518-17900>; Wed, 4 Feb 2004 17:10:20 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm116.vmadmin.com with SMTP; 04 Feb 2004 16:10:18 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 241217
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
     From: ValentinesGifts.com<APersonalValentine@vmadmin.com>
                       ^-missing end of mailbox
From: <mailcenter241217@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Illegal-Object: Syntax error in Reply-To: address found on
ams.ftl.affinity.com:
     Reply-To:
ValentinesGifts.com<APersonalValentine241217@replies.virtumundo.com>
                         ^-missing end of address
Subject: Personal Message in a Bottle for Valentines Day
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb4.171020-0500_est.3566518-17900+48988@ams.ftl.affinity.com>
Date:Wed, 4 Feb 2004 17:10:20 -0500
```



**PersonalizationMall.com, 8102 Lemont Rd., #1700, Woodridge IL 60517**

```
From ???@??? Wed Feb 04 09:04:51 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <315116-32006>; Wed, 4 Feb 2004 10:35:21 -0500
Received: from vm125.vmadmin.com ([216.64.222.125]) by ams.ftl.affinity.com
with ESMTP id <364934-32013>; Wed, 4 Feb 2004 10:33:41 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm125.vmadmin.com with SMTP; 04 Feb 2004 09:33:38 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 241234
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
      From: Nationwide Service <NationwideService@vmadmin.com>
                                ^-illegal end of route address, missing
end of mailbox
From: <mailcenter241234@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Illegal-Object: Syntax error in Reply-To: address found on
ams.ftl.affinity.com:
      Reply-To:    Nationwide Service
<NationwideService241234@replies.virtumundo.com>
                                ^-illegal end of route address,
missing end of address
Subject: Regain your A+ rating quickly and legally
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb4.103341-0500_est.364934-32013+10640@ams.ftl.affinity.com>
Date:Wed, 4 Feb 2004 10:33:41 -0500
```



**Credit Improve 1805 Carson St., Suite 17, North Carson City, NV 89701**

```
From ???@??? Wed Feb 04 09:04:51 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <314924-32006>; Wed, 4 Feb 2004 10:35:21 -0500
Received: from vm125.vmadmin.com ([216.64.222.125]) by ams.ftl.affinity.com
with ESMTP id <315116-32004>; Wed, 4 Feb 2004 10:33:42 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm125.vmadmin.com with SMTP; 04 Feb 2004 09:33:38 -0600
X-ClientHost:
1060971091051080970641031111410011110119111141071150460991111109
X-MailingID: 241234
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
     From: Nationwide Service <NationwideService@vmadmin.com>
                              ^-illegal end of route address, missing
end of mailbox
From: <mailcenter241234@vmadmin.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Illegal-Object: Syntax error in Reply-To: address found on
ams.ftl.affinity.com:
     Reply-To:   Nationwide Service
<NationwideService241234@replies.virtumundo.com>
                              ^-illegal end of route address,
missing end of address
Subject: Regain your A+ rating quickly and legally
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb4.103342-0500_est.315116-32004+10331@ams.ftl.affinity.com>
Date:Wed, 4 Feb 2004 10:33:41 -0500
```



Credit Improve 1805 Carson St., Suite 17, North Carson City, NV 89701

```
From ???@??? Wed Feb 04 09:04:28 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <333175-32006>; Wed, 4 Feb 2004 10:35:21 -0500
Received: from vm125.vmadmin.com ([216.64.222.125]) by ams.ftl.affinity.com
with ESMTP id <365472-32012>; Wed, 4 Feb 2004 10:33:42 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm125.vmadmin.com with SMTP; 04 Feb 2004 09:33:38 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 241234
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
     From: Nationwide Service <NationwideService@vmadmin.com>
                              ^-illegal end of route address, missing
end of mailbox
From: <mailcenter241234@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Illegal-Object: Syntax error in Reply-To: address found on
ams.ftl.affinity.com:
     Reply-To:    Nationwide Service
<NationwideService241234@replies.virtumundo.com>
                              ^-illegal end of route address,
missing end of address
Subject: Regain your A+ rating quickly and legally
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb4.103342-0500_est.365472-32012+10099@ams.ftl.affinity.com>
Date:Wed, 4 Feb 2004 10:33:41 -0500
```



Credit Improve 1805 Carson St., Suite 17, North Carson City, NV 89701

From ???@??? Wed Feb 04 09:04:29 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <333337-32006>; Wed, 4 Feb
2004 10:35:21 -0500
Received: from vm125.vmadmin.com ([216.64.222.125]) by ams.ftl.affinity.com
with ESMTP id <365803-32014>; Wed, 4 Feb 2004 10:33:42 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm125.vmadmin.com with SMTP; 04 Feb 2004 09:33:38 -0600
X-ClientHost:
1061111100971161040971100641031111141001111101191111141071150460991111 09
X-MailingID: 241234
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
      From: Nationwide Service <NationwideService@vmadmin.com>
                                      ^-illegal end of route address, missing
end of mailbox
From: <mailcenter241234@vmadmin.com>
To:     Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Illegal-Object: Syntax error in Reply-To: address found on
ams.ftl.affinity.com:
      Reply-To:   Nationwide Service
<NationwideService241234@replies.virtumundo.com>
                                      ^-illegal end of route address,
missing end of address
Subject: Regain your A+ rating quickly and legally
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb4.103342-0500_est.365803-32014+10329@ams.ftl.affinity.com>
Date:Wed, 4 Feb 2004 10:33:42 -0500



**Credit Improve 1805 Carson St., Suite 17, North Carson City, NV 89701**

```
From ???@??? Sat Nov 15 09:35:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <217925-4079>; Sat, 15 Nov 2003 09:04:53 -0500
Received: from vm128.vmadmin.com ([216.64.222.128]) by ams.ftl.affinity.com
with ESMTP id <218117-4084>; Sat, 15 Nov 2003 09:04:10 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm128.vmadmin.com with SMTP; 15 Nov 2003 08:03:50 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 198282
From: A Blue Pill <TinyBluePillForMen198282@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: A Blue Pill <TinyBluePillForMen198282@replies.virtumundo.com>
Subject: Changes your love life from day one
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov15.090410-0500_est.218117-4084+8355@ams.ftl.affinity.com>
Date:Sat, 15 Nov 2003 09:04:09 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 15 09:35:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217881-4091>; Sat, 15 Nov 2003 09:04:53 -0500
Received: from vm128.vmadmin.com ([216.64.222.128]) by ams.ftl.affinity.com
with ESMTP id <218108-4084>; Sat, 15 Nov 2003 09:04:10 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm128.vmadmin.com with SMTP; 15 Nov 2003 08:03:50 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 198282
From: A Blue Pill <TinyBluePillForMen198282@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: A Blue Pill <TinyBluePillForMen198282@replies.virtumundo.com>
Subject: Changes your love life from day one
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov15.090410-0500_est.218108-4084+8356@ams.ftl.affinity.com>
Date:Sat, 15 Nov 2003 09:04:09 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 15 09:35:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218163-4090>; Sat, 15 Nov 2003 09:04:53 -0500
Received: from vm128.vmadmin.com ([216.64.222.128]) by ams.ftl.affinity.com
with ESMTP id <218068-4087>; Sat, 15 Nov 2003 09:04:09 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm128.vmadmin.com with SMTP; 15 Nov 2003 08:03:50 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 198282
From: A Blue Pill <TinyBluePillForMen198282@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: A Blue Pill <TinyBluePillForMen198282@replies.virtumundo.com>
Subject: Changes your love life from day one
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov15.090409-0500_est.218068-4087+8063@ams.ftl.affinity.com>
Date:Sat, 15 Nov 2003 09:04:09 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 15 09:35:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217416-4084>; Sat, 15 Nov 2003 09:04:53 -0500
Received: from vm128.vmadmin.com ([216.64.222.128]) by ams.ftl.affinity.com
with ESMTP id <217881-4079>; Sat, 15 Nov 2003 09:04:08 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm128.vmadmin.com with SMTP; 15 Nov 2003 08:03:50 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 198282
From: A Blue Pill <TinyBluePillForMen198282@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: A Blue Pill <TinyBluePillForMen198282@replies.virtumundo.com>
Subject: Changes your love life from day one
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov15.090408-0500_est.217881-4079+8358@ams.ftl.affinity.com>
Date:Sat, 15 Nov 2003 09:04:08 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Nov 15 09:35:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <218117-4079>; Sat, 15 Nov
2003 09:04:53 -0500
Received: from vm128.vmadmin.com ([216.64.222.128]) by ams.ftl.affinity.com
with ESMTP id <218121-4084>; Sat, 15 Nov 2003 09:04:12 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm128.vmadmin.com with SMTP; 15 Nov 2003 08:03:50 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 198282
From: A Blue Pill <TinyBluePillForMen198282@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: A Blue Pill <TinyBluePillForMen198282@replies.virtumundo.com>
Subject: Changes your love life from day one
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov15.090412-0500_est.218121-4084+8357@ams.ftl.affinity.com>
Date:Sat, 15 Nov 2003 09:04:10 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Nov 19 11:41:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214132-28541>; Wed, 19 Nov 2003 07:42:40 -0500
Received: from vm124.vmadmin.com ([216.64.222.124]) by ams.ftl.affinity.com
with ESMTP id <214369-28554>; Wed, 19 Nov 2003 07:41:18 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm124.vmadmin.com with SMTP; 19 Nov 2003 06:39:51 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 201389
From: A Blue Pill <TinyBluePillForMen201389@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: A Blue Pill <TinyBluePillForMen201389@replies.virtumundo.com>
Subject: Changes your love life from day one
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov19.074118-0500_est.214369-28554+1989@ams.ftl.affinity.com>
Date:Wed, 19 Nov 2003 07:41:18 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Nov 19 11:41:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213684-28545>; Wed, 19 Nov 2003 07:42:40 -0500
Received: from vm124.vmadmin.com ([216.64.222.124]) by ams.ftl.affinity.com
with ESMTP id <214034-28547>; Wed, 19 Nov 2003 07:41:17 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm124.vmadmin.com with SMTP; 19 Nov 2003 06:39:51 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 201389
From: A Blue Pill <TinyBluePillForMen201389@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: A Blue Pill <TinyBluePillForMen201389@replies.virtumundo.com>
Subject: Changes your love life from day one
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov19.074117-0500_est.214034-28547+1749@ams.ftl.affinity.com>
Date:Wed, 19 Nov 2003 07:41:17 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Nov 19 11:41:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213559-28551>; Wed, 19 Nov 2003 07:42:40 -0500
Received: from vm124.vmadmin.com ([216.64.222.124]) by ams.ftl.affinity.com
with ESMTP id <213684-28554>; Wed, 19 Nov 2003 07:41:16 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm124.vmadmin.com with SMTP; 19 Nov 2003 06:39:51 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 201389
From: A Blue Pill <TinyBluePillForMen201389@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: A Blue Pill <TinyBluePillForMen201389@replies.virtumundo.com>
Subject: Changes your love life from day one
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov19.074116-0500_est.213684-28554+1988@ams.ftl.affinity.com>
Date:Wed, 19 Nov 2003 07:41:15 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Nov 19 11:41:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214127-28541>; Wed, 19 Nov 2003 07:42:40 -0500
Received: from vm124.vmadmin.com ([216.64.222.124]) by ams.ftl.affinity.com
with ESMTP id <213559-28552>; Wed, 19 Nov 2003 07:41:14 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm124.vmadmin.com with SMTP; 19 Nov 2003 06:39:51 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 201389
From: A Blue Pill <TinyBluePillForMen201389@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: A Blue Pill <TinyBluePillForMen201389@replies.virtumundo.com>
Subject: Changes your love life from day one
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov19.074114-0500_est.213559-28552+1798@ams.ftl.affinity.com>
Date:Wed, 19 Nov 2003 07:41:13 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Nov 19 11:41:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <214165-28541>; Wed, 19 Nov
2003 07:42:40 -0500
Received: from vm124.vmadmin.com ([216.64.222.124]) by ams.ftl.affinity.com
with ESMTP id <213202-28552>; Wed, 19 Nov 2003 07:41:19 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm124.vmadmin.com with SMTP; 19 Nov 2003 06:39:51 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 201389
From: A Blue Pill <TinyBluePillForMen201389@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: A Blue Pill <TinyBluePillForMen201389@replies.virtumundo.com>
Subject: Changes your love life from day one
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov19.074119-0500_est.213202-28552+1800@ams.ftl.affinity.com>
Date:Wed, 19 Nov 2003 07:41:19 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Apr 07 12:07:30 2006
Return-Path: <mailcenter341228@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 27904 invoked from network); 31 Mar 2006 10:16:43 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jammtomm.com with SMTP; 31 Mar 2006 10:16:38 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 31 Mar 2006 10:16:20 -0600
X-ClientHost:
11509711010012106409711011610411110121099101110116114097108046099111109
X-MailingID: 341228
From: Abernook <Abernook@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341228@vm-rewards.com>
Subject: Unique Easter and Mother's Day gifts
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.1 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_06,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



Abernook has fun office gift ideas for co-workers, family, friends.

Pimp My Cubicle

Boss Toss

Desk Gong

The Cubes

Office VooDoo Kit



Abernook, LLC - 2300 N. Barrington Road - Hoffman Estates, IL 60195 - Phone: 1-800-683-0027

Abernook(tm) and the Abernook Logo are trademarks of Abernook, LLC.



**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Sep 12 14:19:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <272903-8379>; Fri, 12 Sep 2003 16:53:49 -0400
Received: from vt16.vtarget.com ([216.64.222.16]) by ams.ftl.affinity.com with
ESMTP id <329355-8371>; Fri, 12 Sep 2003 16:52:37 -0400
Received: from vtarget.com (192.168.3.10)
   by vt16.vtarget.com with SMTP; 12 Sep 2003 15:52:31 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 132110
From: ADHD <GetHelpForADHD132110@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: MailCenter <mailcenter+132110@virtumundo.com>
Subject: Stop being a slave to ADHD.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep12.165237-0400_edt.329355-8371+3648@ams.ftl.affinity.com>
Date:Fri, 12 Sep 2003 16:52:37 -0400
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Jan 28 11:47:13 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <333921-15796>; Wed, 28 Jan 2004 14:40:06 -0500
Received: from vm208-13.adknow-net.com ([216.21.208.13]) by
ams.ftl.affinity.com with ESMTP id <337136-15793>; Wed, 28 Jan 2004 14:38:15
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-13.adknow-net.com with SMTP; 28 Jan 2004 13:37:26 -0600
X-ClientHost: 1060971091011150641031111410011110119111114107115046099111109
X-MailingID: 352785
From: Adult Education <FindAdultEducation@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return352785@replies.adknow-net.com
Subject: Enroll in Adult education today.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan28.143815-0500_est.337136-15793+2015@ams.ftl.affinity.com>
Date:Wed, 28 Jan 2004 14:38:15 -0500
```



**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Jan 22 11:56:59 2006
Return-Path: <mailcenter335530@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 5188 invoked from network); 18 Jan 2006 11:08:43 -0600
Received: from vm-177-103.vm-mail.com (206.82.177.103)
  by anthonycentral.com with SMTP; 18 Jan 2006 11:08:43 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-103.vm-mail.com with SMTP; 18 Jan 2006 11:08:31 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 335530
From: Advance Your Career <AdvanceCareer@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335530@vm-rewards.com>
Subject: Start a career in technology
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.1 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Home Academics.com, P.O. Box 1119, Old Chelsea Station, New York, NY 10113

If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 21 18:02:20 2006
X-Persona: <Jay>
Return-Path: <mailcenter335636@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 24484 invoked from network); 19 Jan 2006 09:17:39 -0600
Received: from vm-177-13.vm-mail.com (206.82.177.13)
  by itdidnotendright.com with SMTP; 19 Jan 2006 09:17:39 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-13.vm-mail.com with SMTP; 19 Jan 2006 09:17:24 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 335636
From: Advance Your Career <AdvanceCareer@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335636@vm-rewards.com>
Subject: Advance your career with an online degree
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



**Home Academics.com, P.O. Box 1119, Old Chelsea Station, New York, NY 10113**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Jan 19 09:51:44 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter335636@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 23590 invoked from network); 19 Jan 2006 09:17:38 -0600
Received: from vm-177-68.vm-mail.com (206.82.177.68)
  by jaykaysplace.com with SMTP; 19 Jan 2006 09:17:38 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-68.vm-mail.com with SMTP; 19 Jan 2006 09:17:24 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 335636
From: Advance Your Career <AdvanceCareer@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335636@vm-rewards.com>
Subject: Advance your career with an online degree
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



 **Home Academics.com, P.O. Box 1119, Old Chelsea Station, New York, NY 10113**



**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Jan 22 11:57:00 2006
Return-Path: <mailcenter335530@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 6245 invoked from network); 18 Jan 2006 11:08:44 -0600
Received: from vm-177-103.vm-mail.com (206.82.177.103)
   by anthonycentral.com with SMTP; 18 Jan 2006 11:08:44 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-103.vm-mail.com with SMTP; 18 Jan 2006 11:08:31 -0600
X-ClientHost: 11610606409711011610411111012109910111011611409710804609911109
X-MailingID: 335530
From: Advance Your Career <AdvanceCareer@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335530@vm-rewards.com>
Subject: Start a career in technology
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.1 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**Home Academics.com, P.O. Box 1119, Old Chelsea Station, New York, NY 10113**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri May 05 07:13:49 2006
X-Persona: <Celia>
Return-Path: <mailcenter347078@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 540 invoked from network); 3 May 2006 11:22:36 -0600
Received: from vm-180-85.vm-mail.com (206.82.180.85)
   by jaykaysplace.com with SMTP; 3 May 2006 11:22:35 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-85.vm-mail.com with SMTP; 03 May 2006 12:22:28 -0500
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 347078
From: Advance Your Education  <AdvanceYourEducation@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347078@vm-rewards.com>
Subject: A better career is just a click away
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_FONT_BIG,
        HTML_IMAGE_ONLY_10,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Corinthian Colleges 6 Hutton Center Drive, suite 400 Santa Ana, CA 92707

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Wed May 03 09:39:35 2006
X-Persona: <Jay>
Return-Path: <mailcenter347078@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 8163 invoked from network); 3 May 2006 10:25:18 -0600
Received: from vm-180-227.vm-mail.com (206.82.180.227)
   by jammtomm.com with SMTP; 3 May 2006 10:25:18 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-227.vm-mail.com with SMTP; 03 May 2006 11:25:13 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 347078
From: Advance Your Education  <AdvanceYourEducation@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347078@vm-rewards.com>
Subject: A better career is just a click away
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.6 required=7.0 tests=BAYES_90,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_FONT_BIG,
        HTML_IMAGE_ONLY_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Corinthian Colleges 6 Hutton Center Drive, suite 400 Santa Ana, CA 92707

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Fri May 05 07:14:22 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347078@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 12992 invoked from network); 3 May 2006 10:49:04 -0600
Received: from vm-181-227.vm-mail.com (206.82.181.227)
  by ehahome.com with SMTP; 3 May 2006 10:49:03 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-227.vm-mail.com with SMTP; 03 May 2006 11:48:54 -0500
X-ClientHost:
0991041170991070640971101161041111012109910111011611409710804609911109
X-MailingID: 347078
From: Advance Your Education  <AdvanceYourEducation@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347078@vm-rewards.com>
Subject: A better career is just a click away
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.5 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_FONT_BIG,
      HTML_IMAGE_ONLY_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**Corinthian Colleges 6 Hutton Center Drive, suite 400 Santa Ana, CA 92707**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 16:19:24 2006
Return-Path: <mailcenter336248@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 2464 invoked from network); 25 Jan 2006 21:57:42 -0600
Received: from vm-182-128.vm-mail.com (206.82.182.128)
   by jammtomm.com with SMTP; 25 Jan 2006 21:57:42 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-128.vm-mail.com with SMTP; 25 Jan 2006 21:57:37 -0600
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 336248
From: Advanced Hair Restoration <AdvancedHairRestoration@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336248@vm-rewards.com>
Subject: Regrow your hair - find out how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





**Visit here to find out more.**

---

 **Medical Hair Restoration, 2600 Lake Lucien Drive, Suite 180, Maitland, FL, 32751**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 16:19:24 2006
Return-Path: <mailcenter336248@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 1765 invoked from network); 25 Jan 2006 21:57:41 -0600
Received: from vm-182-128.vm-mail.com (206.82.182.128)
  by jammtomm.com with SMTP; 25 Jan 2006 21:57:39 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-128.vm-mail.com with SMTP; 25 Jan 2006 21:57:37 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 336248
From: Advanced Hair Restoration <AdvancedHairRestoration@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336248@vm-rewards.com>
Subject: Regrow your hair - find out how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





**Visit here to find out more.**

---



**Medical Hair Restoration, 2600 Lake Lucien Drive, Suite 180, Maitland, FL, 32751**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 16:19:24 2006
Return-Path: <mailcenter336248@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 4385 invoked from network); 25 Jan 2006 21:57:44 -0600
Received: from vm-182-128.vm-mail.com (206.82.182.128)
   by jammtomm.com with SMTP; 25 Jan 2006 21:57:44 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-128.vm-mail.com with SMTP; 25 Jan 2006 21:57:37 -0600
X-ClientHost:
11509711010012106409711011610411111012109910111011611409710804609911109
X-MailingID: 336248
From: Advanced Hair Restoration <AdvancedHairRestoration@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336248@vm-rewards.com>
Subject: Regrow your hair - find out how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





**Visit here to find out more.**

---



**Medical Hair Restoration, 2600 Lake Lucien Drive, Suite 180, Maitland, FL, 32751**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 16:19:24 2006
Return-Path: <mailcenter336248@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 5570 invoked from network); 25 Jan 2006 21:57:46 -0600
Received: from vm-182-128.vm-mail.com (206.82.182.128)
  by jammtomm.com with SMTP; 25 Jan 2006 21:57:45 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-128.vm-mail.com with SMTP; 25 Jan 2006 21:57:37 -0600
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 336248
From: Advanced Hair Restoration <AdvancedHairRestoration@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336248@vm-rewards.com>
Subject: Regrow your hair - find out how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





**Visit here to find out more.**

---



 **Medical Hair Restoration, 2600 Lake Lucien Drive, Suite 180, Maitland, FL, 32751**



**If you can not see our footer image, please visit here.**

From ???@??? Mon Feb 06 07:01:59 2006
X-Persona: <Mila>
Return-Path: <mailcenter336248@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Wed, 25 Jan 2006 21:33:13 -0600
From: Advanced Hair Restoration <AdvancedHairRestoration@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Regrow your hair - find out how
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_80_90,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43D842F9.6041FAB8"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7631&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7631&e=mila@jammtomm.com
  URI:http://ogy.cc/hairlostsloas_files/head.jpg [...]

Content analysis details:   (7.7 points, 7.0 required)

 pts rule name                 description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING              Missing Date: header
 2.8 X_MAIL_ID_PRESENT         Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE              BODY: HTML included in message
 1.5 BLANK_LINES_80_90         BODY: Message body has 80-90% blank lines
 0.1 MIME_HTML_ONLY            BODY: Message only has text/html MIME parts
 1.5 HTML_IMAGE_ONLY_04        BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET      RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 18471 invoked from network); 25 Jan 2006 21:33:07 -0600
Received: from vm-180-96.vm-mail.com (206.82.180.96)
  by clrobin.com with SMTP; 25 Jan 2006 21:33:06 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-96.vm-mail.com with SMTP; 25 Jan 2006 21:33:04 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109

```
X-MailingID: 336248
From: Advanced Hair Restoration <AdvancedHairRestoration@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336248@vm-rewards.com>
Subject: Regrow your hair - find out how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Regrow
your hair3.htm"
```

From ???@??? Mon Feb 06 06:57:59 2006
X-Persona: <Mila>
Return-Path: <mailcenter336248@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 25 Jan 2006 21:33:13 -0600
From: Advanced Hair Restoration <AdvancedHairRestoration@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Regrow your hair - find out how
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43D842F9.6041FAB8"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7631&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7631&e=mila@jammtomm.com
  URI:http://ogy.cc/hairlostsloas_files/head.jpg [...]

Content analysis details:   (7.7 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 1.5 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.5 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 18471 invoked from network); 25 Jan 2006 21:33:07 -0600
Received: from vm-180-96.vm-mail.com (206.82.180.96)
  by clrobin.com with SMTP; 25 Jan 2006 21:33:06 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-96.vm-mail.com with SMTP; 25 Jan 2006 21:33:04 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109

```
X-MailingID: 336248
From: Advanced Hair Restoration <AdvancedHairRestoration@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336248@vm-rewards.com>
Subject: Regrow your hair - find out how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Regrow
your hair2.htm"
```

```
From ???@??? Sun Feb 05 21:03:13 2006
X-Persona: <Mila>
Return-Path: <mailcenter336248@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
     with SpamAssassin (2.63 2004-01-11);
     Wed, 25 Jan 2006 21:33:13 -0600
From: Advanced Hair Restoration <AdvancedHairRestoration@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Regrow your hair - find out how
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_80_90,
     DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
     MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
     version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43D842F9.6041FAB8"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7631&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7631&e=mila@jammtomm.com
  URI:http://ogy.cc/hairlostsloas_files/head.jpg [...]

Content analysis details:   (7.7 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 1.5 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.5 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 18471 invoked from network); 25 Jan 2006 21:33:07 -0600
Received: from vm-180-96.vm-mail.com (206.82.180.96)
  by clrobin.com with SMTP; 25 Jan 2006 21:33:06 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-96.vm-mail.com with SMTP; 25 Jan 2006 21:33:04 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109

```
X-MailingID: 336248
From: Advanced Hair Restoration <AdvancedHairRestoration@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336248@vm-rewards.com>
Subject: Regrow your hair - find out how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Regrow
your hair1.htm"
```

```
From ???@??? Mon Jan 30 16:07:12 2006
X-Persona: <RCW>
Return-Path: <mailcenter336248@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 16993 invoked from network); 25 Jan 2006 23:57:04 -0600
Received: from vm-180-118.vm-mail.com (206.82.180.118)
  by xj4x4.net with SMTP; 25 Jan 2006 23:57:03 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-118.vm-mail.com with SMTP; 25 Jan 2006 23:57:03 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 336248
From: Advanced Hair Restoration <AdvancedHairRestoration@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336248@vm-rewards.com>
Subject: Regrow your hair - find out how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



**Visit here to find out more.**

---



**Medical Hair Restoration, 2600 Lake Lucien Drive, Suite 180, Maitland, FL, 32751**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 30 09:21:29 2006
X-Persona: <Jay>
Return-Path: <mailcenter336248@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 26400 invoked from network); 25 Jan 2006 21:33:23 -0600
Received: from vm-180-163.vm-mail.com (206.82.180.163)
  by gordonworks.com with SMTP; 25 Jan 2006 21:33:22 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-163.vm-mail.com with SMTP; 25 Jan 2006 21:33:20 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 336248
From: Advanced Hair Restoration <AdvancedHairRestoration@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336248@vm-rewards.com>
Subject: *****SPAM***** Regrow your hair - find out how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link







**Visit here to find out more.**

---

**Medical Hair Restoration, 2600 Lake Lucien Drive, Suite 180, Maitland, FL, 32751**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Jan 26 11:16:43 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter336248@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 19362 invoked from network); 25 Jan 2006 21:29:20 -0600
Received: from vm-180-82.vm-mail.com (206.82.180.82)
  by jaycelia.com with SMTP; 25 Jan 2006 21:29:20 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-82.vm-mail.com with SMTP; 25 Jan 2006 21:29:12 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 336248
From: Advanced Hair Restoration <AdvancedHairRestoration@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336248@vm-rewards.com>
Subject: Regrow your hair - find out how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



**Visit here to find out more.**

---



**Medical Hair Restoration, 2600 Lake Lucien Drive, Suite 180, Maitland, FL, 32751**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Jan 26 11:13:08 2006
X-Persona: <Celia>
Return-Path: <mailcenter336248@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 16991 invoked from network); 25 Jan 2006 21:55:01 -0600
Received: from vm-177-97.vm-mail.com (206.82.177.97)
  by chiefmusician.net with SMTP; 25 Jan 2006 21:55:00 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-97.vm-mail.com with SMTP; 25 Jan 2006 21:54:58 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 336248
From: Advanced Hair Restoration <AdvancedHairRestoration@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336248@vm-rewards.com>
Subject: *****SPAM***** Regrow your hair - find out how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link







**Visit here to find out more.**

---

 **Medical Hair Restoration, 2600 Lake Lucien Drive, Suite 180, Maitland, FL, 32751**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Jan 25 19:42:49 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter336248@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 26179 invoked from network); 25 Jan 2006 21:33:23 -0600
Received: from vm-180-165.vm-mail.com (206.82.180.165)
  by rcw19190020.com with SMTP; 25 Jan 2006 21:33:23 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-165.vm-mail.com with SMTP; 25 Jan 2006 21:33:20 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 336248
From: Advanced Hair Restoration <AdvancedHairRestoration@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336248@vm-rewards.com>
Subject: *****SPAM***** Regrow your hair - find out how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link







**Visit here to find out more.**

---

**Medical Hair Restoration, 2600 Lake Lucien Drive, Suite 180, Maitland, FL, 32751**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 16:19:24 2006
Return-Path: <mailcenter336248@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 3556 invoked from network); 25 Jan 2006 21:57:44 -0600
Received: from vm-182-128.vm-mail.com (206.82.182.128)
   by jammtomm.com with SMTP; 25 Jan 2006 21:57:43 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-128.vm-mail.com with SMTP; 25 Jan 2006 21:57:37 -0600
X-ClientHost:
1001011190971211101010640971101161041111012109910111011611409710804609911109
X-MailingID: 336248
From: Advanced Hair Restoration <AdvancedHairRestoration@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336248@vm-rewards.com>
Subject: Regrow your hair - find out how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





**Visit here to find out more.**

---



**Medical Hair Restoration, 2600 Lake Lucien Drive, Suite 180, Maitland, FL, 32751**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Sep 10 07:47:11 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <462486-29200>; Wed, 10 Sep 2003 03:48:10 -0400
Received: from vt05.vtarget.com ([216.64.222.5]) by ams.ftl.affinity.com with
ESMTP id <339551-29197>; Wed, 10 Sep 2003 03:47:02 -0400
Received: from vtarget.com (192.168.3.10)
  by vt05.vtarget.com with SMTP; 10 Sep 2003 02:47:01 -0500
X-ClientHost: 106097109101115064103111114100111101191111141071150460991111109
X-MailingID: 129412
From: Affiliate Cash <NonProfitDebtConsolidation129412@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: MailCenter <mailcenter+129412@virtumundo.com>
Subject: Non-Profit debt consolidation.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep10.034702-0400_edt.339551-29197+1504@ams.ftl.affinity.com>
Date:Wed, 10 Sep 2003 03:47:01 -0400
```





**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://www.virtumundo.com) or you**

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, visit Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2002 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Sep 30 07:46:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <229534-18064>; Tue, 30 Sep 2003 02:46:56 -0400
Received: from vm141.vmadmin.com ([216.64.222.141]) by ams.ftl.affinity.com
with ESMTP id <228697-18172>; Tue, 30 Sep 2003 02:46:00 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm141.vmadmin.com with SMTP; 30 Sep 2003 01:45:56 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 147966
From: Affiliate Cash <NonProfitDebtConsolidation147966@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Affiliate Cash
<NonProfitDebtConsolidation147966@replies.virtumundo.com>
Subject: Non-Profit debt consolidation.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep30.024600-0400_edt.228697-18172+20451@ams.ftl.affinity.com>
Date:Tue, 30 Sep 2003 02:46:00 -0400





You received this email because you signed up at one of Virtumundo's

**websites (see the "Properties" listed at** http://www.virtumundo.com**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, visit** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2002 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 13 08:07:27 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2292328-16486>; Mon, 13 Oct 2003 06:12:38 -0400
Received: from vm156.vmadmin.com ([216.64.222.156]) by ams.ftl.affinity.com
with ESMTP id <2292344-16499>; Mon, 13 Oct 2003 06:12:12 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm156.vmadmin.com with SMTP; 13 Oct 2003 05:12:09 -0500
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 161150
From: Affiliate Cash <NonProfitDebtConsolidation161150@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+161150@virtumundo.com>
Subject: Non Profit debt consolidation.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct13.061212-0400_edt.2292344-16499+5082@ams.ftl.affinity.com>
Date:Mon, 13 Oct 2003 06:12:11 -0400
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://www.virtumundo.com) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, visit Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
(c) 2002 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Oct 13 08:07:27 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2292416-16498>; Mon, 13 Oct
2003 06:12:38 -0400
Received: from vm156.vmadmin.com ([216.64.222.156]) by ams.ftl.affinity.com
with ESMTP id <2292400-16486>; Mon, 13 Oct 2003 06:12:12 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm156.vmadmin.com with SMTP; 13 Oct 2003 05:12:09 -0500
X-ClientHost:
106111110097116104097110064103111114100111101191111141071150460991111 09
X-MailingID: 161150
From: Affiliate Cash <NonProfitDebtConsolidation161150@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+161150@virtumundo.com>
Subject: Non Profit debt consolidation.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct13.061212-0400_edt.2292400-16486+5361@ams.ftl.affinity.com>
Date:Mon, 13 Oct 2003 06:12:11 -0400





You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://www.virtumundo.com) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, visit Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 2002 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Oct 13 08:07:27 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <333575-16498>; Mon, 13 Oct 2003 06:12:38 -0400
Received: from vm156.vmadmin.com ([216.64.222.156]) by ams.ftl.affinity.com
with ESMTP id <2291653-16495>; Mon, 13 Oct 2003 06:12:10 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm156.vmadmin.com with SMTP; 13 Oct 2003 05:12:09 -0500
X-ClientHost: 1020971211010641031111410011111011911111410711504609911109
X-MailingID: 161150
From: Affiliate Cash <NonProfitDebtConsolidation161150@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+161150@virtumundo.com>
Subject: Non Profit debt consolidation.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct13.061210-0400_edt.2291653-16495+4916@ams.ftl.affinity.com>
Date:Mon, 13 Oct 2003 06:12:10 -0400





You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://www.virtumundo.com) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, visit Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 2002 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Oct 13 08:03:45 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <266655-30962>; Mon, 13 Oct 2003 04:19:03 -0400
Received: from vm150.vmadmin.com ([216.64.222.150]) by ams.ftl.affinity.com
with ESMTP id <265939-31000>; Mon, 13 Oct 2003 04:18:06 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm150.vmadmin.com with SMTP; 13 Oct 2003 03:18:02 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 161150
From: Affiliate Cash <NonProfitDebtConsolidation161150@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Affiliate Cash
<NonProfitDebtConsolidation161150@replies.virtumundo.com>
Subject: Non Profit debt consolidation.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct13.041806-0400_edt.265939-31000+17470@ams.ftl.affinity.com>
Date:Mon, 13 Oct 2003 04:18:05 -0400
```







**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://www.virtumundo.com) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, visit Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.**
**(c) 2002 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 13 08:07:27 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2291653-16498>; Mon, 13 Oct 2003 06:12:38 -0400
Received: from vm156.vmadmin.com ([216.64.222.156]) by ams.ftl.affinity.com
with ESMTP id <2292328-16499>; Mon, 13 Oct 2003 06:12:12 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm156.vmadmin.com with SMTP; 13 Oct 2003 05:12:09 -0500
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 161150
From: Affiliate Cash <NonProfitDebtConsolidation161150@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+161150@virtumundo.com>
Subject: Non Profit debt consolidation.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct13.061212-0400_edt.2292328-16499+5081@ams.ftl.affinity.com>
Date:Mon, 13 Oct 2003 06:12:11 -0400
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://www.virtumundo.com) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, visit Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 2002 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue May 04 13:36:58 2004
Return-Path: <mailcenter308338@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 26961 invoked by uid 10003); 4 May 2004 20:17:55 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 26951 invoked from network); 4 May 2004 20:17:55 -0000
Received: from unknown (HELO vm113.vmadmin.com) (216.64.222.113)
  by ns48.webmasters.com with SMTP; 4 May 2004 20:17:55 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm113.vmadmin.com with SMTP; 04 May 2004 15:26:25 -0500
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 308338
From: AfterBK <GetBehindTheWheel@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: AfterBK <GetBehindTheWheel308338@replies.virtumundo.com>
Subject: See yourself behind the wheel of a new car or SUV
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

 AfterBK 90 West Cherry Hicksville, NY 11801

From ???@??? Sat May 29 15:37:41 2004
Return-Path: <mailcenter308711@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 23491 invoked by uid 10003); 29 May 2004 21:41:32 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 23488 invoked from network); 29 May 2004 21:41:32 -0000
Received: from unknown (HELO vm109.vmadmin.com) (216.64.222.109)
  by ns48.webmasters.com with SMTP; 29 May 2004 21:41:32 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 29 May 2004 16:41:30 -0500
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 308711
From: Age Reduction Plan <AgeReductionPlan@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Age Reduction Plan <AgeReductionPlan308711@replies.virtumundo.com>
Subject: What's Your RealAge? Take the Quiz
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



Copyright© 2004, RealAge, Inc. All rights reserved.
RealAge shall not be liable for any errors or delays in
the content, or for any actions taken in reliance
thereon. This is a third party advertisement for RealAge,
Inc. If you have any questions or concerns, you may

RealAge, Inc., 10675 Sorrento Valley Road, San Diego, CA 92121

```
From ???@??? Sat May 29 15:37:41 2004
Return-Path: <mailcenter308711@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 23499 invoked by uid 10003); 29 May 2004 21:41:32 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 23496 invoked from network); 29 May 2004 21:41:32 -0000
Received: from unknown (HELO vm109.vmadmin.com) (216.64.222.109)
  by ns48.webmasters.com with SMTP; 29 May 2004 21:41:32 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 29 May 2004 16:41:30 -0500
X-ClientHost: 10609712106410311111410011111101191111141071150460991111109
X-MailingID: 308711
From: Age Reduction Plan <AgeReductionPlan@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Age Reduction Plan <AgeReductionPlan308711@replies.virtumundo.com>
Subject: What's Your RealAge? Take the Quiz
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Copyright© 2004, RealAge, Inc. All rights reserved.
RealAge shall not be liable for any errors or delays in
the content, or for any actions taken in reliance
thereon. This is a third party advertisement for RealAge,
Inc. If you have any questions or concerns, you may
contact RealAge, Inc., 10675 Sorrento Valley Road, San

---

RealAge, Inc., 10675 Sorrento Valley Road, San Diego, CA 92121

From ???@??? Sat May 29 15:37:41 2004
Return-Path: <mailcenter308711@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 23507 invoked by uid 10003); 29 May 2004 21:41:33 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 23504 invoked from network); 29 May 2004 21:41:33 -0000
Received: from unknown (HELO vm109.vmadmin.com) (216.64.222.109)
  by ns48.webmasters.com with SMTP; 29 May 2004 21:41:33 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 29 May 2004 16:41:30 -0500
X-ClientHost:
106111110097116104097110064103111114100111101191111141071115046099111109
X-MailingID: 308711
From: Age Reduction Plan <AgeReductionPlan@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Age Reduction Plan <AgeReductionPlan308711@replies.virtumundo.com>
Subject: What's Your RealAge? Take the Quiz
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



Copyright© 2004, RealAge, Inc. All rights reserved.
RealAge shall not be liable for any errors or delays in
the content, or for any actions taken in reliance
thereon. This is a third party advertisement for RealAge,
Inc. If you have any questions or concerns, you may

RealAge, Inc., 10675 Sorrento Valley Road, San Diego, CA 92121

```
From ???@??? Sun May 02 09:07:22 2004
Return-Path: <mailcenter308324@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 18777 invoked by uid 10003); 2 May 2004 14:36:59 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 18774 invoked from network); 2 May 2004 14:36:59 -0000
Received: from unknown (HELO vm093.vmadmin.com) (216.64.222.93)
  by ns48.webmasters.com with SMTP; 2 May 2004 14:36:59 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm093.vmadmin.com with SMTP; 02 May 2004 09:45:08 -0500
X-ClientHost: 10609710910111506410311111410011111101191111141071150460991111109
X-MailingID: 308324
From: Age Reduction Plan <AgeReductionPlan@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Age Reduction Plan <AgeReductionPlan308324@replies.virtumundo.com>
Subject: What's Your RealAge? Take the Quiz
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Copyright© 2004, RealAge, Inc. All rights reserved.
RealAge shall not be liable for any errors or delays in
the content, or for any actions taken in reliance
thereon. This is a third party advertisement for RealAge,
Inc. If you have any questions or concerns, you may
contact RealAge, Inc., 10675 Sorrento Valley Road, San

RealAge, Inc., 10675 Sorrento Valley Road, San Diego, CA 92121

```
From ???@??? Sun May 02 09:07:22 2004
Return-Path: <mailcenter308324@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 18785 invoked by uid 10003); 2 May 2004 14:37:00 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 18782 invoked from network); 2 May 2004 14:37:00 -0000
Received: from unknown (HELO vm093.vmadmin.com) (216.64.222.93)
  by ns48.webmasters.com with SMTP; 2 May 2004 14:37:00 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm093.vmadmin.com with SMTP; 02 May 2004 09:45:08 -0500
X-ClientHost:
1060971091051080970641031111410011110119111141071150460991111109
X-MailingID: 308324
From: Age Reduction Plan <AgeReductionPlan@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Age Reduction Plan <AgeReductionPlan308324@replies.virtumundo.com>
Subject: What's Your RealAge? Take the Quiz
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Copyright© 2004, RealAge, Inc. All rights reserved.
RealAge shall not be liable for any errors or delays in
the content, or for any actions taken in reliance
thereon. This is a third party advertisement for RealAge,
Inc. If you have any questions or concerns, you may

RealAge, Inc., 10675 Sorrento Valley Road, San Diego, CA 92121

```
From ???@??? Sun May 02 09:07:22 2004
Return-Path: <mailcenter308324@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 18792 invoked by uid 10003); 2 May 2004 14:37:00 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 18789 invoked from network); 2 May 2004 14:37:00 -0000
Received: from unknown (HELO vm093.vmadmin.com) (216.64.222.93)
  by ns48.webmasters.com with SMTP; 2 May 2004 14:37:00 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm093.vmadmin.com with SMTP; 02 May 2004 09:45:08 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 308324
From: Age Reduction Plan <AgeReductionPlan@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Age Reduction Plan <AgeReductionPlan308324@replies.virtumundo.com>
Subject: What's Your RealAge? Take the Quiz
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Copyright© 2004, RealAge, Inc. All rights reserved.
RealAge shall not be liable for any errors or delays in
the content, or for any actions taken in reliance
thereon. This is a third party advertisement for RealAge,
Inc. If you have any questions or concerns, you may
contact RealAge, Inc., 10675 Sorrento Valley Road, San

 RealAge, Inc., 10675 Sorrento Valley Road, San Diego, CA 92121

```
From ???@??? Mon Apr 19 14:20:02 2004
Return-Path: <mailcenter308141@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 20770 invoked by uid 10003); 19 Apr 2004 21:09:22 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 20767 invoked from network); 19 Apr 2004 21:09:22 -0000
Received: from unknown (HELO vm215.vmadmin.com) (216.64.222.215)
  by ns48.webmasters.com with SMTP; 19 Apr 2004 21:09:22 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm215.vmadmin.com with SMTP; 19 Apr 2004 16:14:52 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 308141
From: Age Reduction Plan <AgeReductionPlan@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Age Reduction Plan <AgeReductionPlan308141@replies.virtumundo.com>
Subject: What's Your RealAge? Take the Quiz
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Copyright© 2004, RealAge, Inc. All rights reserved.
RealAge shall not be liable for any errors or delays in
the content, or for any actions taken in reliance
thereon. This is a third party advertisement for RealAge,
Inc. If you have any questions or concerns, you may

RealAge, Inc., 10675 Sorrento Valley Road, San Diego, CA 92121

```
From ???@??? Sat May 29 15:37:41 2004
Return-Path: <mailcenter308711@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 23478 invoked by uid 10003); 29 May 2004 21:41:32 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 23474 invoked from network); 29 May 2004 21:41:32 -0000
Received: from unknown (HELO vm109.vmadmin.com) (216.64.222.109)
  by ns48.webmasters.com with SMTP; 29 May 2004 21:41:32 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 29 May 2004 16:41:30 -0500
X-ClientHost: 106097109101115064103111141001111101191111141071115046099111109
X-MailingID: 308711
From: Age Reduction Plan <AgeReductionPlan@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Age Reduction Plan <AgeReductionPlan308711@replies.virtumundo.com>
Subject: What's Your RealAge? Take the Quiz
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Copyright© 2004, RealAge, Inc. All rights reserved.
RealAge shall not be liable for any errors or delays in
the content, or for any actions taken in reliance
thereon. This is a third party advertisement for RealAge,
Inc. If you have any questions or concerns, you may
contact RealAge, Inc., 10675 Sorrento Valley Road, San

 RealAge, Inc., 10675 Sorrento Valley Road, San Diego, CA 92121

```
From ???@??? Fri Oct 24 12:49:31 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217991-1077>; Fri, 24 Oct 2003 14:06:27 -0400
Received: from vl208-23.vmlocal.com ([216.21.208.23]) by ams.ftl.affinity.com
with ESMTP id <217978-1079>; Fri, 24 Oct 2003 14:04:55 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-23.vmlocal.com with SMTP; 24 Oct 2003 13:04:25 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 174972
From: Air Purifiers <CleanAirPurifiers174972@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Air Purifiers <CleanAirPurifiers174972@vmlocal.com>
Subject: Air purifiers give a breath of fresh air.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct24.140455-0400_edt.217978-1079+10168@ams.ftl.affinity.com>
Date:Fri, 24 Oct 2003 14:04:55 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 13 10:31:12 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217854-1239>; Tue, 13 Jan 2004 12:01:49 -0500
Received: from vm208-56.adknow-net.com ([216.21.208.56]) by
ams.ftl.affinity.com with ESMTP id <218072-1232>; Tue, 13 Jan 2004 12:01:00
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-56.adknow-net.com with SMTP; 13 Jan 2004 11:00:59 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 340376
From: Air Purifiers <CleanAirPurifiers@adknow-net.com>
To:   James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return340376@replies.adknow-net.com
Subject: Air that is cleaner and fresher than ever.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan13.120100-0500_est.218072-1232+6106@ams.ftl.affinity.com>
Date:Tue, 13 Jan 2004 12:01:00 -0500
```



**Sometimes you just need to clear the air. Make the air you breathe as clean as possible with a new air purifier!**

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Jan 23 23:21:01 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <336785-19014>; Fri, 23 Jan 2004 22:56:57 -0500
Received: from vm208-76.adknow-net.com ([216.21.208.76]) by
ams.ftl.affinity.com with ESMTP id <336756-19014>; Fri, 23 Jan 2004 22:56:24
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-76.adknow-net.com with SMTP; 23 Jan 2004 21:56:21 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 347963
From: Air Purifiers <CleanAirPurifiers@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return347963@replies.adknow-net.com
Subject: How clean is your air?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.225624-0500_est.336756-19014+17650@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 22:56:24 -0500
```



**Sometimes you just need to clear the air. Make the air you breathe as clean as possible with a new air purifier!**

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Dec 27 08:48:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3620266-18260>; Sat, 27 Dec 2003 10:11:03 -0500
Received: from vm209-245.vmlocal.com ([216.21.209.245]) by
ams.ftl.affinity.com with ESMTP id <3620803-18268>; Sat, 27 Dec 2003 10:10:30
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-245.vmlocal.com with SMTP; 27 Dec 2003 09:10:25 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 229220
From: Air Purifiers <CleanAirPurifiers@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Air Purifiers <CleanAirPurifiers229220@vmlocal.com>
Subject: Clear the air.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec27.101030-0500_est.3620803-18268+32125@ams.ftl.affinity.com>
Date:Sat, 27 Dec 2003 10:10:29 -0500





You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Apr 16 12:17:59 2004
Return-Path: <mailcenter308112@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 13859 invoked by uid 10003); 16 Apr 2004 14:39:21 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 13848 invoked from network); 16 Apr 2004 14:39:21 -0000
Received: from unknown (HELO vm107.vmadmin.com) (216.64.222.107)
  by ns48.webmasters.com with SMTP; 16 Apr 2004 14:39:21 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm107.vmadmin.com with SMTP; 16 Apr 2004 09:44:20 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 308112
From: Airbrush Tanning <AirbrushTanning@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Airbrush Tanning <AirbrushTanning308112@replies.virtumundo.com>
Subject: Airbrush tanning at home
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**Bronze Velvet, 527 Julia ST, New Orleans, LA 70103**

```
From ???@??? Fri Apr 16 12:17:59 2004
Return-Path: <mailcenter308112@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 13868 invoked by uid 10003); 16 Apr 2004 14:39:22 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 13865 invoked from network); 16 Apr 2004 14:39:22 -0000
Received: from unknown (HELO vm107.vmadmin.com) (216.64.222.107)
  by ns48.webmasters.com with SMTP; 16 Apr 2004 14:39:22 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm107.vmadmin.com with SMTP; 16 Apr 2004 09:44:20 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 308112
From: Airbrush Tanning <AirbrushTanning@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Airbrush Tanning <AirbrushTanning308112@replies.virtumundo.com>
Subject: Airbrush tanning at home
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```




**Bronze Velvet, 527 Julia ST, New Orleans, LA 70103**

```
From ???@??? Fri Apr 16 12:17:59 2004
Return-Path: <mailcenter308112@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 13880 invoked by uid 10003); 16 Apr 2004 14:39:22 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 13877 invoked from network); 16 Apr 2004 14:39:22 -0000
Received: from unknown (HELO vm107.vmadmin.com) (216.64.222.107)
  by ns48.webmasters.com with SMTP; 16 Apr 2004 14:39:22 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm107.vmadmin.com with SMTP; 16 Apr 2004 09:44:20 -0500
X-ClientHost:
1061111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 308112
From: Airbrush Tanning <AirbrushTanning@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Airbrush Tanning <AirbrushTanning308112@replies.virtumundo.com>
Subject: Airbrush tanning at home
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**Bronze Velvet, 527 Julia ST, New Orleans, LA 70103**

```
From ???@??? Fri Apr 16 12:17:59 2004
Return-Path: <mailcenter308112@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 13844 invoked by uid 10003); 16 Apr 2004 14:39:21 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 13841 invoked from network); 16 Apr 2004 14:39:21 -0000
Received: from unknown (HELO vm107.vmadmin.com) (216.64.222.107)
  by ns48.webmasters.com with SMTP; 16 Apr 2004 14:39:21 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm107.vmadmin.com with SMTP; 16 Apr 2004 09:44:20 -0500
X-ClientHost: 106097109101115064103111141001111101191111141071150460991111109
X-MailingID: 308112
From: Airbrush Tanning <AirbrushTanning@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Airbrush Tanning <AirbrushTanning308112@replies.virtumundo.com>
Subject: Airbrush tanning at home
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**Bronze Velvet, 527 Julia ST, New Orleans, LA 70103**

```
From ???@??? Sun Oct 12 23:09:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <248565-1117>; Mon, 13 Oct 2003 00:11:12 -0400
Received: from vl208-30.vmlocal.com ([216.21.208.30]) by ams.ftl.affinity.com
with ESMTP id <261119-1142>; Mon, 13 Oct 2003 00:09:57 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-30.vmlocal.com with SMTP; 12 Oct 2003 23:09:53 -0500
X-ClientHost:
106097109105108097064103111141001111101191111141071150460099111109
X-MailingID: 161525
From: Airline Tickets <AirlineTicketDepot161525@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+161525@replies.vmlocal.com>
Subject: Ready to book a flight?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct13.000957-0400_edt.261119-1142+4573@ams.ftl.affinity.com>
Date:Mon, 13 Oct 2003 00:09:57 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Oct 15 08:21:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213284-5414>; Wed, 15 Oct 2003 02:41:29 -0400
Received: from vl208-19.vmlocal.com ([216.21.208.19]) by ams.ftl.affinity.com
with ESMTP id <214011-5409>; Wed, 15 Oct 2003 02:39:53 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-19.vmlocal.com with SMTP; 15 Oct 2003 01:39:48 -0500
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 163886
From: Airline Tickets <AirlineTicketDepot163886@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+163886@replies.vmlocal.com>
Subject: Book your flight today!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct15.023953-0400_edt.214011-5409+64@ams.ftl.affinity.com>
Date:Wed, 15 Oct 2003 02:39:51 -0400
```





**You received this email because you signed up at one of Virtumundo's**

**websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Oct 15 08:21:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <214011-5415>; Wed, 15 Oct
2003 02:41:29 -0400
Received: from vl208-19.vmlocal.com ([216.21.208.19]) by ams.ftl.affinity.com
with ESMTP id <214272-5412>; Wed, 15 Oct 2003 02:39:57 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-19.vmlocal.com with SMTP; 15 Oct 2003 01:39:48 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 163886
From: Airline Tickets <AirlineTicketDepot163886@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+163886@replies.vmlocal.com>
Subject: Book your flight today!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct15.023957-0400_edt.214272-5412+52@ams.ftl.affinity.com>
Date:Wed, 15 Oct 2003 02:39:56 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Oct 21 23:53:43 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214098-9261>; Wed, 22 Oct 2003 01:27:16 -0400
Received: from vl208-62.vmlocal.com ([216.21.208.62]) by ams.ftl.affinity.com
with ESMTP id <214755-9267>; Wed, 22 Oct 2003 01:26:26 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-62.vmlocal.com with SMTP; 22 Oct 2003 00:26:24 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 171519
From: Airline Tickets <AirlineTicketDepot171519@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Airline Tickets <AirlineTicketDepot171519@vmlocal.com>
Subject: Get airline tickets now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct22.012626-0400_edt.214755-9267+3560@ams.ftl.affinity.com>
Date:Wed, 22 Oct 2003 01:26:26 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Oct 23 18:32:54 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <219121-1064>; Thu, 23 Oct
2003 19:22:51 -0400
Received: from vl208-75.vmlocal.com ([216.21.208.75]) by ams.ftl.affinity.com
with ESMTP id <229611-1072>; Thu, 23 Oct 2003 19:03:46 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-75.vmlocal.com with SMTP; 23 Oct 2003 18:03:37 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 173915
From: Airline Tickets <AirlineTicketDepot173915@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Airline Tickets <AirlineTicketDepot173915@vmlocal.com>
Subject: Ready to book a flight?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct23.190346-0400_edt.229611-1072+5064@ams.ftl.affinity.com>
Date:Thu, 23 Oct 2003 19:03:45 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Oct 23 12:59:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <315953-3157>; Thu, 23 Oct 2003 13:05:25 -0400
Received: from vl208-47.vmlocal.com ([216.21.208.47]) by ams.ftl.affinity.com
with ESMTP id <315903-3153>; Thu, 23 Oct 2003 13:03:53 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-47.vmlocal.com with SMTP; 23 Oct 2003 12:03:45 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 173918
From: Airline Tickets <AirlineTicketDepot173918@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Airline Tickets <AirlineTicketDepot173918@vmlocal.com>
Subject: Time to book your flight!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct23.130353-0400_edt.315903-3153+3363@ams.ftl.affinity.com>
Date:Thu, 23 Oct 2003 13:03:53 -0400



---



**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Oct 23 21:07:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <226652-1080>; Thu, 23 Oct 2003 22:13:51 -0400
Received: from vl208-56.vmlocal.com ([216.21.208.56]) by ams.ftl.affinity.com
with ESMTP id <228155-1079>; Thu, 23 Oct 2003 22:12:59 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-56.vmlocal.com with SMTP; 23 Oct 2003 21:11:46 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 173922
From: Airline Tickets <AirlineTicketDepot173922@vmlocal.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Airline Tickets <AirlineTicketDepot173922@vmlocal.com>
Subject: Get airline tickets now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct23.221259-0400_edt.228155-1079+4083@ams.ftl.affinity.com>
Date:Thu, 23 Oct 2003 22:12:59 -0400
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Oct 31 20:58:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213598-23876>; Fri, 31 Oct 2003 21:47:17 -0500
Received: from vl208-75.vmlocal.com ([216.21.208.75]) by ams.ftl.affinity.com
with ESMTP id <213725-23878>; Fri, 31 Oct 2003 21:46:51 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-75.vmlocal.com with SMTP; 31 Oct 2003 20:46:50 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 184933
From: Airline Tickets <AirlineTicketDepot184933@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Airline Tickets <AirlineTicketDepot184933@vmlocal.com>
Subject: Book your flight today!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct31.214651-0500_est.213725-23878+14204@ams.ftl.affinity.com>
Date:Fri, 31 Oct 2003 21:46:50 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 02 12:25:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213148-5393>; Sun, 2 Nov 2003
12:55:17 -0500
Received: from vl208-21.vmlocal.com ([216.21.208.21]) by ams.ftl.affinity.com
with ESMTP id <215556-5393>; Sun, 2 Nov 2003 12:55:01 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-21.vmlocal.com with SMTP; 02 Nov 2003 11:54:59 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 187429
From: Airline Tickets <AirlineTicketDepot187429@vmlocal.com>
To:     Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Airline Tickets <AirlineTicketDepot187429@vmlocal.com>
Subject: Time to book your flight!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov2.125501-0500_est.215556-5393+1077@ams.ftl.affinity.com>
Date:Sun, 2 Nov 2003 12:55:00 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 08 21:27:12 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213592-7247>; Sat, 8 Nov 2003 23:37:24 -0500
Received: from vl208-69.vmlocal.com ([216.21.208.69]) by ams.ftl.affinity.com
with ESMTP id <214303-7244>; Sat, 8 Nov 2003 23:12:30 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-69.vmlocal.com with SMTP; 08 Nov 2003 21:39:53 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 193678
From: Airline Tickets <AirlineTicketDepot193678@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Airline Tickets <AirlineTicketDepot193678@vmlocal.com>
Subject: Need airline tickets?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov8.231230-0500_est.214303-7244+3555@ams.ftl.affinity.com>
Date:Sat, 8 Nov 2003 23:12:29 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Nov 10 18:44:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217375-18637>; Mon, 10 Nov
2003 19:33:40 -0500
Received: from vl208-56.vmlocal.com ([216.21.208.56]) by ams.ftl.affinity.com
with ESMTP id <221477-18639>; Mon, 10 Nov 2003 19:32:38 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-56.vmlocal.com with SMTP; 10 Nov 2003 18:32:29 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 195437
From: Airline Tickets <AirlineTicketDepot195437@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Airline Tickets <AirlineTicketDepot195437@vmlocal.com>
Subject: Need airline tickets?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov10.193238-0500_est.221477-18639+15989@ams.ftl.affinity.com>
Date:Mon, 10 Nov 2003 19:32:37 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 16 17:23:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <216236-6081>; Sun, 16 Nov 2003 19:56:24 -0500
Received: from vl208-24.vmlocal.com ([216.21.208.24]) by ams.ftl.affinity.com
with ESMTP id <216852-6079>; Sun, 16 Nov 2003 19:55:12 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-24.vmlocal.com with SMTP; 16 Nov 2003 18:55:11 -0600
X-ClientHost:
106097109105108097064103111141001111101191111141071150460991 11109
X-MailingID: 199503
From: Airline Tickets <AirlineTicketDepot199503@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Airline Tickets <AirlineTicketDepot199503@vmlocal.com>
Subject: Need airline tickets?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov16.195512-0500_est.216852-6079+28671@ams.ftl.affinity.com>
Date:Sun, 16 Nov 2003 19:55:12 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 16 10:12:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2715739-17969>; Sun, 16 Nov 2003 11:03:37 -0500
Received: from vl208-51.vmlocal.com ([216.21.208.51]) by ams.ftl.affinity.com
with ESMTP id <2716991-17962>; Sun, 16 Nov 2003 11:02:58 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-51.vmlocal.com with SMTP; 16 Nov 2003 10:02:54 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 199507
From: Airline Tickets <AirlineTicketDepot199507@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Airline Tickets <AirlineTicketDepot199507@vmlocal.com>
Subject: Time to book your flight!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov16.110258-0500_est.2716991-17962+39877@ams.ftl.affinity.com>
Date:Sun, 16 Nov 2003 11:02:57 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) **or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Nov 18 14:49:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <223659-31712>; Tue, 18 Nov
2003 16:57:45 -0500
Received: from vl208-44.vmlocal.com ([216.21.208.44]) by ams.ftl.affinity.com
with ESMTP id <230188-31723>; Tue, 18 Nov 2003 16:56:37 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-44.vmlocal.com with SMTP; 18 Nov 2003 15:56:29 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 200911
From: Airline Tickets <AirlineTicketDepot200911@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Airline Tickets <AirlineTicketDepot200911@vmlocal.com>
Subject: Ready to book a flight?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov18.165637-0500_est.230188-31723+97352@ams.ftl.affinity.com>
Date:Tue, 18 Nov 2003 16:56:36 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Jan 19 15:11:26 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2373898-1878>; Mon, 19 Jan 2004 16:26:20 -0500
Received: from vm208-30.adknow-net.com ([216.21.208.30]) by
ams.ftl.affinity.com with ESMTP id <2376706-1880>; Mon, 19 Jan 2004 16:25:08
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-30.adknow-net.com with SMTP; 19 Jan 2004 15:25:05 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 344647
From: Airline Tickets <AirlineTicketDepot@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return344647@replies.adknow-net.com
Subject: Time to book your flight!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan19.162508-0500_est.2376706-1880+81987@ams.ftl.affinity.com>
Date:Mon, 19 Jan 2004 16:25:08 -0500



**Whether you're traveling on business, or just need to get away for a while.
Find the airline tickets you're looking for here.**

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Jan 14 09:53:32 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213334-404>; Wed, 14 Jan 2004
10:09:53 -0500
Received: from vm208-73.adknow-net.com ([216.21.208.73]) by
ams.ftl.affinity.com with ESMTP id <215578-402>; Wed, 14 Jan 2004 10:09:00
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-73.adknow-net.com with SMTP; 14 Jan 2004 09:09:00 -0600
X-ClientHost:
1061111100971161040971100641031111410011111011911111410711504609911109
X-MailingID: 341664
From: Airline Tickets <AirlineTicketDepot@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return341664@replies.adknow-net.com
Subject: Need airline tickets?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan14.100900-0500_est.215578-402+29077@ams.ftl.affinity.com>
Date:Wed, 14 Jan 2004 10:09:00 -0500
```



**Whether you're traveling on business, or just need to get away for a while.
Find the airline tickets you're looking for here.**

If you would like to refer a friend information regarding this program, go <u>here</u>. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to <u>http://www.virtumundo.com/change/</u> or go <u>here</u>. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Jan 23 09:17:45 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215514-15807>; Fri, 23 Jan
2004 11:36:39 -0500
Received: from vm208-79.adknow-net.com ([216.21.208.79]) by
ams.ftl.affinity.com with ESMTP id <217845-15807>; Fri, 23 Jan 2004 11:35:38
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-79.adknow-net.com with SMTP; 23 Jan 2004 10:35:33 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 347914
From: Airline Tickets <AirlineTicketDepot@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return347914@replies.adknow-net.com
Subject: Ready to book a flight?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.113538-0500_est.217845-15807+19283@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 11:35:37 -0500
```



**Whether you're traveling on business, or just need to get away for a while.
Find the airline tickets you're looking for here.**

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Dec 30 13:34:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2729973-28348>; Tue, 30 Dec
2003 14:50:52 -0500
Received: from vm209-185.vmlocal.com ([216.21.209.185]) by
ams.ftl.affinity.com with ESMTP id <2740437-28346>; Tue, 30 Dec 2003 14:49:16
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-185.vmlocal.com with SMTP; 30 Dec 2003 13:49:02 -0600
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 232303
From: Airline Tickets <AirlineTicketDepot@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Airline Tickets <AirlineTicketDepot232303@vmlocal.com>
Subject: Ready to book a flight?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec30.144916-0500_est.2740437-28346+3656@ams.ftl.affinity.com>
Date:Tue, 30 Dec 2003 14:49:15 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 28 10:41:34 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2393560-25469>; Sun, 28 Dec 2003 13:26:42 -0500
Received: from vm209-212.vmlocal.com ([216.21.209.212]) by
ams.ftl.affinity.com with ESMTP id <2393940-25469>; Sun, 28 Dec 2003 13:25:06
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-212.vmlocal.com with SMTP; 28 Dec 2003 12:24:58 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 230617
From: Airline Tickets <AirlineTicketDepot@vmlocal.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Airline Tickets <AirlineTicketDepot230617@vmlocal.com>
Subject: Book your flight today!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec28.132506-0500_est.2393940-25469+67308@ams.ftl.affinity.com>
Date:Sun, 28 Dec 2003 13:25:04 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Dec 22 08:06:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <212651-17621>; Mon, 22 Dec 2003 01:47:11 -0500
Received: from vm209-225.vmlocal.com ([216.21.209.225]) by
ams.ftl.affinity.com with ESMTP id <213835-17621>; Mon, 22 Dec 2003 01:45:57
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-225.vmlocal.com with SMTP; 22 Dec 2003 00:45:56 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 224367
From: Airline Tickets <AirlineTicketDepot@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Airline Tickets <AirlineTicketDepot224367@vmlocal.com>
Subject: Time to book your flight!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec22.014557-0500_est.213835-17621+15273@ams.ftl.affinity.com>
Date:Mon, 22 Dec 2003 01:45:57 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 21 19:54:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <214797-19976>; Sun, 21 Dec
2003 20:21:29 -0500
Received: from vm209-194.vmlocal.com ([216.21.209.194]) by
ams.ftl.affinity.com with ESMTP id <219296-19973>; Sun, 21 Dec 2003 20:19:53
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-194.vmlocal.com with SMTP; 21 Dec 2003 19:19:45 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 223648
From: Airline Tickets <AirlineTicketDepot@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Airline Tickets <AirlineTicketDepot223648@vmlocal.com>
Subject: Ready to book a flight?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec21.201953-0500_est.219296-19973+8495@ams.ftl.affinity.com>
Date:Sun, 21 Dec 2003 20:19:52 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Dec 20 20:20:59 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <223291-22194>; Sat, 20 Dec 2003 21:44:34 -0500
Received: from vm209-239.vmlocal.com ([216.21.209.239]) by
ams.ftl.affinity.com with ESMTP id <228321-22186>; Sat, 20 Dec 2003 21:43:01
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-239.vmlocal.com with SMTP; 20 Dec 2003 20:42:57 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 223646
From: Airline Tickets <AirlineTicketDepot@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Airline Tickets <AirlineTicketDepot223646@vmlocal.com>
Subject: Need airline tickets?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec20.214301-0500_est.228321-22186+22417@ams.ftl.affinity.com>
Date:Sat, 20 Dec 2003 21:43:01 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 10 15:49:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215041-10098>; Wed, 10 Dec 2003 17:55:02 -0500
Received: from vm208-9.vm06.com ([216.21.208.9]) by ams.ftl.affinity.com with
ESMTP id <215678-10085>; Wed, 10 Dec 2003 17:25:06 -0500
Received: from vmlocal.com (192.168.3.16)
  by vm208-9.vm06.com with SMTP; 10 Dec 2003 16:25:02 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 216115
From: Airline Tickets <AirlineTicketDepot@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Airline Tickets <AirlineTicketDepot216115@vmlocal.com>
Subject: Need airline tickets?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec10.172506-0500_est.215678-10085+2725@ams.ftl.affinity.com>
Date:Wed, 10 Dec 2003 17:25:06 -0500
```





**You received this email because you signed up at one of Virtumundo's**

**websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Dec 10 15:49:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213798-10098>; Wed, 10 Dec 2003 17:55:02 -0500
Received: from vm208-9.vm06.com ([216.21.208.9]) by ams.ftl.affinity.com with
ESMTP id <215041-10098>; Wed, 10 Dec 2003 17:25:05 -0500
Received: from vmlocal.com (192.168.3.16)
   by vm208-9.vm06.com with SMTP; 10 Dec 2003 16:25:02 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 216115
From: Airline Tickets <AirlineTicketDepot@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Airline Tickets <AirlineTicketDepot216115@vmlocal.com>
Subject: Need airline tickets?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec10.172505-0500_est.215041-10098+2807@ams.ftl.affinity.com>
Date:Wed, 10 Dec 2003 17:25:05 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Dec 06 18:58:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <223337-8433>; Sat, 6 Dec 2003
20:06:40 -0500
Received: from vl208-60.vmlocal.com ([216.21.208.60]) by ams.ftl.affinity.com
with ESMTP id <224012-8427>; Sat, 6 Dec 2003 20:05:43 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-60.vmlocal.com with SMTP; 06 Dec 2003 14:14:57 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 213125
From: Airline Tickets <AirlineTicketDepot@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Airline Tickets <AirlineTicketDepot213125@vmlocal.com>
Subject: Book your flight today!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.200543-0500_est.224012-8427+9646@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 20:05:43 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Dec 04 22:21:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218561-16024>; Thu, 4 Dec 2003 22:46:16 -0500
Received: from vl208-35.vmlocal.com ([216.21.208.35]) by ams.ftl.affinity.com
with ESMTP id <218704-16034>; Thu, 4 Dec 2003 22:44:38 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-35.vmlocal.com with SMTP; 04 Dec 2003 21:37:35 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 211800
From: Airline Tickets <AirlineTicketDepot@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Airline Tickets <AirlineTicketDepot211800@vmlocal.com>
Subject: Need airline tickets?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec4.224438-0500_est.218704-16034+76543@ams.ftl.affinity.com>
Date:Thu, 4 Dec 2003 22:44:37 -0500



---



**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) **or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 03 15:55:46 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215553-30964>; Wed, 3 Dec 2003 13:56:47 -0500
Received: from vl208-67.vmlocal.com ([216.21.208.67]) by ams.ftl.affinity.com
with ESMTP id <219201-30953>; Wed, 3 Dec 2003 13:56:09 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-67.vmlocal.com with SMTP; 03 Dec 2003 12:56:08 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 211183
From: Airline Tickets <AirlineTicketDepot@vmlocal.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Airline Tickets <AirlineTicketDepot211183@vmlocal.com>
Subject: Ready to book a flight?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec3.135609-0500_est.219201-30953+10084@ams.ftl.affinity.com>
Date:Wed, 3 Dec 2003 13:56:09 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Dec 02 20:29:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <243399-25779>; Tue, 2 Dec 2003 21:27:22 -0500
Received: from vl208-39.vmlocal.com ([216.21.208.39]) by ams.ftl.affinity.com
with ESMTP id <244626-25774>; Tue, 2 Dec 2003 21:26:05 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-39.vmlocal.com with SMTP; 02 Dec 2003 20:26:00 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 210469
From: Airline Tickets <AirlineTicketDepot@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Airline Tickets <AirlineTicketDepot210469@vmlocal.com>
Subject: Get airline tickets now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec2.212605-0500_est.244626-25774+19562@ams.ftl.affinity.com>
Date:Tue, 2 Dec 2003 21:26:05 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 30 18:59:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <229014-28127>; Sun, 30 Nov 2003 21:42:19 -0500
Received: from vl208-49.vmlocal.com ([216.21.208.49]) by ams.ftl.affinity.com
with ESMTP id <215837-28120>; Sun, 30 Nov 2003 21:41:33 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-49.vmlocal.com with SMTP; 30 Nov 2003 20:41:32 -0600
X-ClientHost: 106097121064103111141001111011911111410711504609911109
X-MailingID: 209133
From: Airline Tickets <AirlineTicketDepot@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Airline Tickets <AirlineTicketDepot209133@vmlocal.com>
Subject: Ready to book a flight?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov30.214133-0500_est.215837-28120+48850@ams.ftl.affinity.com>
Date:Sun, 30 Nov 2003 21:41:33 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) **or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Nov 26 14:29:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <214161-3801>; Wed, 26 Nov
2003 16:12:39 -0500
Received: from vl208-73.vmlocal.com ([216.21.208.73]) by ams.ftl.affinity.com
with ESMTP id <212745-3795>; Wed, 26 Nov 2003 16:11:41 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-73.vmlocal.com with SMTP; 26 Nov 2003 15:11:41 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 206390
From: Airline Tickets <AirlineTicketDepot@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Airline Tickets <AirlineTicketDepot206390@vmlocal.com>
Subject: Need airline tickets?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.161141-0500_est.212745-3795+7247@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 16:11:41 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Nov 25 08:41:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2726884-30421>; Tue, 25 Nov 2003 00:13:00 -0500
Received: from vl208-46.vmlocal.com ([216.21.208.46]) by ams.ftl.affinity.com
with ESMTP id <2747014-30430>; Mon, 24 Nov 2003 22:21:08 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-46.vmlocal.com with SMTP; 24 Nov 2003 21:20:33 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 205004
From: Airline Tickets <AirlineTicketDepot@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Airline Tickets <AirlineTicketDepot205004@vmlocal.com>
Subject: Ready to book a flight?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov24.222108-0500_est.2747014-30430+1963@ams.ftl.affinity.com>
Date:Mon, 24 Nov 2003 22:21:08 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Jan 10 12:42:44 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <215226-32477>; Sat, 10 Jan 2004 14:36:41 -0500
Received: from vm217-210.vmlocal.com ([216.21.217.210]) by
ams.ftl.affinity.com with ESMTP id <221322-32478>; Sat, 10 Jan 2004 14:36:20
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm217-210.vmlocal.com with SMTP; 10 Jan 2004 13:36:19 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 239469
From: Airline Tickets <AirlineTicketDepot@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Airline Tickets <AirlineTicketDepot239469@vmlocal.com>
Subject: Book your flight today!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan10.143620-0500_est.221322-32478+18720@ams.ftl.affinity.com>
Date:Sat, 10 Jan 2004 14:36:20 -0500



**Whether you're traveling on business, or just need to get away for a while. Find the airline tickets you're looking for here.**

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Oct 25 00:15:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213424-1071>; Sat, 25 Oct 2003 00:07:34 -0400
Received: from vl208-64.vmlocal.com ([216.21.208.64]) by ams.ftl.affinity.com
with ESMTP id <213602-1079>; Sat, 25 Oct 2003 00:06:15 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-64.vmlocal.com with SMTP; 24 Oct 2003 23:02:56 -0500
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 174686
From: Alaskan Cruises <YouCruiseToAlaska174686@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Alaskan Cruises <YouCruiseToAlaska174686@vmlocal.com>
Subject: Sail away to Alaska!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct25.000615-0400_edt.213602-1079+14067@ams.ftl.affinity.com>
Date:Sat, 25 Oct 2003 00:06:14 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Oct 24 18:25:32 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215351-1081>; Fri, 24 Oct
2003 18:42:37 -0400
Received: from vl208-62.vmlocal.com ([216.21.208.62]) by ams.ftl.affinity.com
with ESMTP id <217314-1075>; Fri, 24 Oct 2003 18:41:34 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-62.vmlocal.com with SMTP; 24 Oct 2003 16:55:51 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 174690
From: Alaskan Cruises <YouCruiseToAlaska174690@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Alaskan Cruises <YouCruiseToAlaska174690@vmlocal.com>
Subject: Put yourself in a state of awe.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct24.184134-0400_edt.217314-1075+13921@ams.ftl.affinity.com>
Date:Fri, 24 Oct 2003 18:41:34 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Nov 03 15:09:36 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214748-7008>; Mon, 3 Nov 2003 16:57:53 -0500
Received: from vl208-69.vmlocal.com ([216.21.208.69]) by ams.ftl.affinity.com
with ESMTP id <213393-6998>; Mon, 3 Nov 2003 16:56:56 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-69.vmlocal.com with SMTP; 03 Nov 2003 15:55:49 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 188047
From: Alaskan Cruises <YouCruiseToAlaska188047@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Alaskan Cruises <YouCruiseToAlaska188047@vmlocal.com>
Subject: Sail away to Alaska!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov3.165656-0500_est.213393-6998+5211@ams.ftl.affinity.com>
Date:Mon, 3 Nov 2003 16:56:56 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Jan 15 11:54:13 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <320335-27765>; Thu, 15 Jan 2004 11:35:46 -0500
Received: from vm208-22.adknow-net.com ([216.21.208.22]) by
ams.ftl.affinity.com with ESMTP id <320961-27764>; Thu, 15 Jan 2004 11:34:05
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-22.adknow-net.com with SMTP; 15 Jan 2004 10:34:02 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 341987
From: Alaskan Cruises <YouCruiseToAlaska@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return341987@replies.adknow-net.com
Subject: Experience a state of awe.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan15.113405-0500_est.320961-27764+3655@ams.ftl.affinity.com>
Date:Thu, 15 Jan 2004 11:34:03 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Jan 01 19:20:12 2006
X-Persona: <Mila>
Return-Path: <mailcenter333702@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 25985 invoked from network); 27 Dec 2005 15:14:55 -0600
Received: from vm-180-186.vm-mail.com (206.82.180.186)
   by jammtomm.com with SMTP; 27 Dec 2005 15:14:54 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-186.vm-mail.com with SMTP; 27 Dec 2005 15:14:43 -0600
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 333702
From: All Fun Bingo <AllFunBIngo@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333702@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



---



FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 15:32:46 2005
Return-Path: <mailcenter333702@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 6179 invoked from network); 27 Dec 2005 15:15:05 -0600
Received: from vm-182-188.vm-mail.com (206.82.182.188)
  by omniinnovations.com with SMTP; 27 Dec 2005 15:15:04 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-188.vm-mail.com with SMTP; 27 Dec 2005 15:14:51 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 333702
From: All Fun Bingo <AllFunBIngo@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333702@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---



**FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**

If you can not see our footer image, please _visit here_.

```
From ???@??? Fri Dec 30 15:32:46 2005
Return-Path: <mailcenter333702@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 9024 invoked from network); 27 Dec 2005 15:15:10 -0600
Received: from vm-182-188.vm-mail.com (206.82.182.188)
  by omniinnovations.com with SMTP; 27 Dec 2005 15:15:10 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-188.vm-mail.com with SMTP; 27 Dec 2005 15:14:51 -0600
X-ClientHost:
099104117099107064097110116104111101210991011101161140971080460991 11109
X-MailingID: 333702
From: All Fun Bingo <AllFunBIngo@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333702@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---



**FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**

If you can not see our footer image, please _visit here_.

```
From ???@??? Fri Dec 30 15:32:46 2005
Return-Path: <mailcenter333702@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 15015 invoked from network); 27 Dec 2005 15:15:16 -0600
Received: from vm-182-188.vm-mail.com (206.82.182.188)
  by omniinnovations.com with SMTP; 27 Dec 2005 15:15:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-188.vm-mail.com with SMTP; 27 Dec 2005 15:14:51 -0600
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 333702
From: All Fun Bingo <AllFunBIngo@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333702@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---

 **FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**

**If you can not see our footer image, please** visit here.

```
From ???@??? Fri Dec 30 15:32:46 2005
Return-Path: <mailcenter333702@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 10950 invoked from network); 27 Dec 2005 15:15:12 -0600
Received: from vm-182-188.vm-mail.com (206.82.182.188)
  by omniinnovations.com with SMTP; 27 Dec 2005 15:15:11 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-188.vm-mail.com with SMTP; 27 Dec 2005 15:14:51 -0600
X-ClientHost:
100101119097121110101064097110116104111101210991011101161140971080460991111 09
X-MailingID: 333702
From: All Fun Bingo <AllFunBIngo@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333702@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---



**FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**

**If you can not see our footer image, please** _visit here_.

```
From ???@??? Fri Dec 30 15:32:46 2005
Return-Path: <mailcenter333702@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 12932 invoked from network); 27 Dec 2005 15:15:14 -0600
Received: from vm-182-188.vm-mail.com (206.82.182.188)
  by omniinnovations.com with SMTP; 27 Dec 2005 15:15:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-188.vm-mail.com with SMTP; 27 Dec 2005 15:14:51 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 333702
From: All Fun Bingo <AllFunBIngo@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333702@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---



**FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**

If you can not see our footer image, please _visit here_.

```
From ???@??? Tue Dec 27 21:25:57 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333702@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 28097 invoked from network); 27 Dec 2005 15:13:37 -0600
Received: from vm-180-138.vm-mail.com (206.82.180.138)
   by chiefmusician.net with SMTP; 27 Dec 2005 15:13:37 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-138.vm-mail.com with SMTP; 27 Dec 2005 15:13:25 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 333702
From: All Fun Bingo <AllFunBIngo@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333702@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

 FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

If you can not see our footer image, please visit here.

```
From ???@??? Tue Dec 27 21:20:55 2005
X-Persona: <Celia>
Return-Path: <mailcenter333702@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 14597 invoked from network); 27 Dec 2005 15:17:53 -0600
Received: from vm-181-215.vm-mail.com (206.82.181.215)
   by xj4x4.net with SMTP; 27 Dec 2005 15:17:53 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-215.vm-mail.com with SMTP; 27 Dec 2005 15:17:43 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 333702
From: All Fun Bingo <AllFunBIngo@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333702@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63
```



---



**FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**

**If you can not see our footer image, please** visit here.

```
From ???@??? Tue Dec 27 21:20:09 2005
X-Persona: <Jay>
Return-Path: <mailcenter333702@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 5281 invoked from network); 27 Dec 2005 15:15:05 -0600
Received: from vm-180-234.vm-mail.com (206.82.180.234)
  by xj4x4.net with SMTP; 27 Dec 2005 15:15:04 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-234.vm-mail.com with SMTP; 27 Dec 2005 15:14:51 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 333702
From: All Fun Bingo <AllFunBIngo@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333702@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



---



**FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**

**If you can not see our footer image, please** visit here.

```
From ???@??? Tue Dec 27 21:19:14 2005
X-Persona: <Jon>
Return-Path: <mailcenter333702@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 5409 invoked from network); 27 Dec 2005 15:15:05 -0600
Received: from vm-180-231.vm-mail.com (206.82.180.231)
   by jaykaysplace.com with SMTP; 27 Dec 2005 15:15:04 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-231.vm-mail.com with SMTP; 27 Dec 2005 15:14:51 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460099111109
X-MailingID: 333702
From: All Fun Bingo <AllFunBIngo@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333702@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



---



**FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Mon Jan 30 15:51:21 2006
X-Persona: <RCW>
Return-Path: <mailcenter333702@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 1296 invoked from network); 27 Dec 2005 15:49:11 -0600
Received: from vm-180-131.vm-mail.com (206.82.180.131)
  by clrobin.com with SMTP; 27 Dec 2005 15:49:07 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-131.vm-mail.com with SMTP; 27 Dec 2005 15:48:56 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 333702
From: All Fun Bingo <AllFunBIngo@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333702@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---



**FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Dec 19 23:09:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2376955-18161>; Fri, 19 Dec 2003 22:43:37 -0500
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <2378348-31104>; Fri, 19 Dec 2003 22:42:37 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 19 Dec 2003 21:42:35 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 222525
From: Alpacas <AlpacaInvestments@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Alpacas <AlpacaInvestments222525@replies.virtumundo.com>
Subject: Start raising your new investment. Alpacas.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec19.224237-0500_est.2378348-31104+24751@ams.ftl.affinity.com>
Date:Fri, 19 Dec 2003 22:42:36 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri May 19 12:57:33 2006
X-Persona: <Celia>
Return-Path: <mailcenter349454@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 1411 invoked from network); 19 May 2006 11:44:37 -0600
Received: from vm-181-163.vm-mail.com (206.82.181.163)
  by anthonycentral.com with SMTP; 19 May 2006 11:44:35 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-163.vm-mail.com with SMTP; 19 May 2006 12:44:29 -0500
X-ClientHost: 0991011081050970640991011081050971060972121046099111109
X-MailingID: 349454
From: America Payday <AmericaPayday@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+349454@vm-rewards.com>
Subject: *****SPAM***** Memorial Day payday advance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=10.6 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_DYNABLOCK,RCVD_IN_SBL,RCVD_IN_SORBS,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
      *  2.5 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
      *      [206.82.181.163 listed in dnsbl.sorbs.net]
      *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
      *      [206.82.181.163 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link







**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**Internet Cash Advance Marketing, Inc. 2000-1066 West Hastings Street Vancouver,, BC BCV6E - 3x2**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Dec 13 19:42:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221771-21284>; Sat, 13 Dec 2003 22:30:40 -0500
Received: from vm125.vmadmin.com ([216.64.222.125]) by ams.ftl.affinity.com
with ESMTP id <214445-21289>; Sat, 13 Dec 2003 22:29:27 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm125.vmadmin.com with SMTP; 13 Dec 2003 21:29:23 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 217832
From: Amsterdam Vacations <AmsterdamVacations@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Amsterdam Vacations
<AmsterdamVacations217832@replies.virtumundo.com>
Subject: See the sights in Amsterdam.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec13.222927-0500_est.214445-21289+46448@ams.ftl.affinity.com>
Date:Sat, 13 Dec 2003 22:29:26 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Aug 25 11:44:24 2006
X-Persona: <2nd User>
Return-Path: <mailcenter361198@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 11745 invoked from network); 24 Aug 2006 09:42:34 -0600
Received: from static-vmg-181-237.vm-mail.com (HELO vm-181-237.vm-mail.com)
(206.82.181.237)
  by jaycelia.com with SMTP; 24 Aug 2006 09:42:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-237.vm-mail.com with SMTP; 24 Aug 2006 10:42:21 -0500
X-ClientHost: 11611110910912106410609710910911611111091090460991111109
X-MailingID: 361198
From: Article Cash <ArticleCash@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+361198@vm-rewards.com>
Subject: Writing and making money has never been easier
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





 If you would like to no longer receive any further email messages from the
advertiser above sent by Virtumundo,
 visit this link

Chris Gunnels 225 Timber Wolf tr. Griffin, GA 30223

 Please send any questions or concerns about the Virtumundo Rewards program
to: Virtumundo, Inc. 8400 West
 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To
remove yourself from receiving
 further email as a subscriber of Virtumundo Rewards, go to
http://www.virtumundo.com/change or visit here. The
 products and/or services advertised in this email are the sole responsibility
of the advertiser, and questions about
 this offer should be directed to the advertiser.

 If you can not see our footer image, please visit here.



```
From ???@??? Fri Nov 28 21:17:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222685-3176>; Fri, 28 Nov 2003 23:14:27 -0500
Received: from vm215.vmadmin.com ([216.64.222.215]) by ams.ftl.affinity.com
with ESMTP id <222971-3173>; Fri, 28 Nov 2003 23:13:01 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm215.vmadmin.com with SMTP; 28 Nov 2003 22:12:33 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 207292
From: Artificial Christmas Tree <ArtificialChristmasTree@vmadmin.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Artificial Christmas Tree
<ArtificialChristmasTree207292@replies.virtumundo.com>
Subject: Artificial Christmas trees. Your vacuum will thank you.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov28.231301-0500_est.222971-3173+38031@ams.ftl.affinity.com>
Date:Fri, 28 Nov 2003 23:13:00 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Nov 28 21:17:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223568-1075>; Fri, 28 Nov 2003 23:22:11 -0500
Received: from vm099.vmadmin.com ([216.64.222.99]) by ams.ftl.affinity.com
with ESMTP id <214602-1082>; Fri, 28 Nov 2003 23:13:25 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm099.vmadmin.com with SMTP; 28 Nov 2003 22:12:58 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 207292
From: Artificial Christmas Tree <ArtificialChristmasTree@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Artificial Christmas Tree
<ArtificialChristmasTree207292@replies.virtumundo.com>
Subject: There's a big enough mess Christmas day.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov28.231325-0500_est.214602-1082+25656@ams.ftl.affinity.com>
Date:Fri, 28 Nov 2003 23:13:24 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Dec 12 21:41:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221789-421>; Fri, 12 Dec 2003 22:58:58 -0500
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com
with ESMTP id <221390-418>; Fri, 12 Dec 2003 22:58:02 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm115.vmadmin.com with SMTP; 12 Dec 2003 21:57:45 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 217579
From: Atlantic City Hotels <AtlanticCityHotels@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Atlantic City Hotels
<AtlanticCityHotels217579@replies.virtumundo.com>
Subject: It's good to be in Atlantic City.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.225802-0500_est.221390-418+11163@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 22:58:01 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Dec 12 21:41:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <221074-414>; Fri, 12 Dec 2003 22:58:58 -0500
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com
with ESMTP id <221890-420>; Fri, 12 Dec 2003 22:58:00 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm115.vmadmin.com with SMTP; 12 Dec 2003 21:57:45 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 217579
From: Atlantic City Hotels <AtlanticCityHotels@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Atlantic City Hotels
<AtlanticCityHotels217579@replies.virtumundo.com>
Subject: It's good to be in Atlantic City.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.225800-0500_est.221890-420+11569@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 22:58:00 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Dec 12 21:41:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221764-419>; Fri, 12 Dec 2003 22:58:58 -0500
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com
with ESMTP id <221830-414>; Fri, 12 Dec 2003 22:58:00 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm115.vmadmin.com with SMTP; 12 Dec 2003 21:57:45 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 217579
From: Atlantic City Hotels <AtlanticCityHotels@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Atlantic City Hotels
<AtlanticCityHotels217579@replies.virtumundo.com>
Subject: It's good to be in Atlantic City.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.225800-0500_est.221830-414+11537@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 22:57:59 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Dec 11 22:54:31 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217702-2337>; Thu, 11 Dec 2003 22:44:28 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com
with ESMTP id <217972-2326>; Thu, 11 Dec 2003 22:43:20 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm106.vmadmin.com with SMTP; 11 Dec 2003 21:43:06 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 216829
From: Atlantic City Hotels <AtlanticCityHotels@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Atlantic City Hotels
<AtlanticCityHotels216829@replies.virtumundo.com>
Subject: It's good to be in Atlantic City.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec11.224320-0500_est.217972-2326+1903@ams.ftl.affinity.com>
Date:Thu, 11 Dec 2003 22:43:20 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Dec 12 21:41:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <221793-418>; Fri, 12 Dec 2003
22:58:58 -0500
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com
with ESMTP id <221948-421>; Fri, 12 Dec 2003 22:58:02 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm115.vmadmin.com with SMTP; 12 Dec 2003 21:57:45 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 217579
From: Atlantic City Hotels <AtlanticCityHotels@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Atlantic City Hotels
<AtlanticCityHotels217579@replies.virtumundo.com>
Subject: It's good to be in Atlantic City.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.225802-0500_est.221948-421+11558@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 22:58:02 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu May 13 14:10:37 2004
Return-Path: <mailcenter308437@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 5684 invoked by uid 10003); 13 May 2004 19:59:53 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 5681 invoked from network); 13 May 2004 19:59:53 -0000
Received: from unknown (HELO vm097.vmadmin.com) (216.64.222.97)
  by ns48.webmasters.com with SMTP; 13 May 2004 19:59:53 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm097.vmadmin.com with SMTP; 13 May 2004 15:10:14 -0500
X-ClientHost: 1060971091011150641031111141001111101191111141071115046099111109
X-MailingID: 308437
From: Attention Homeowners <AttentionHomeowners@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Attention Homeowners
<AttentionHomeowners308437@replies.virtumundo.com>
Subject: Inflation is on the rise, why not refinance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



**Intermark Media 6851 Jerocho Turnpike Suite 260A Syosset, NY 11791**

```
From ???@??? Fri May 05 09:33:49 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter347372@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 21957 invoked from network); 5 May 2006 05:33:46 -0600
Received: from vm-186-54.vm-mail.com (206.82.186.54)
  by ehahome.com with SMTP; 5 May 2006 05:33:35 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-54.vm-mail.com with SMTP; 05 May 2006 06:33:08 -0500
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 347372
From: Attention Students <AttentionStudents@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347372@vm-rewards.com>
Subject: *****SPAM***** You may be eligible for government money!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BANG_MONEY,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.9 BANG_MONEY BODY: Talks about money with an exclamation!
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link









Affinity Direct 910 Sylvan Avenue, 1st Floor Englewood Cliffs, NJ 07632

If you can not see our footer image, please visit here.

```
From ???@??? Fri May 05 07:19:06 2006
X-Persona: <Jon>
Return-Path: <mailcenter347372@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 21957 invoked from network); 5 May 2006 05:33:46 -0600
Received: from vm-186-54.vm-mail.com (206.82.186.54)
  by ehahome.com with SMTP; 5 May 2006 05:33:35 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-54.vm-mail.com with SMTP; 05 May 2006 06:33:08 -0500
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 347372
From: Attention Students <AttentionStudents@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347372@vm-rewards.com>
Subject: *****SPAM***** You may be eligible for government money!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BANG_MONEY,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.9 BANG_MONEY BODY: Talks about money with an exclamation!
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link









Affinity Direct 910 Sylvan Avenue, 1st Floor Englewood Cliffs, NJ 07632

If you can not see our footer image, please visit here.

From ???@??? Fri May 05 22:39:48 2006
X-Persona: <Mila>
Return-Path: <mailcenter347372@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Fri, 05 May 2006 05:33:30 -0600
From: Attention Students <AttentionStudents@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** You may be eligible for government money!
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.6 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_445B380A.C8F8B31A"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(5163&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(5163&e=mila@jammtomm.com
  URI:http://ogy.cc/pinkoboys/email_01.jpg [...]

Content analysis details:   (9.6 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 5860 invoked from network); 5 May 2006 05:32:51 -0600
Received: from vm-186-227.vm-mail.com (206.82.186.227)
  by omniinnovations.com with SMTP; 5 May 2006 05:32:44 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-227.vm-mail.com with SMTP; 05 May 2006 06:32:39 -0500
X-ClientHost: 1091051080970641060971091091161111091090460991111109
X-MailingID: 347372

```
From: Attention Students <AttentionStudents@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347372@vm-rewards.com>
Subject: You may be eligible for government money!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM You may be
eligi.htm"
```

```
From ???@??? Tue Oct 21 18:12:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216989-18613>; Tue, 21 Oct 2003 18:19:41 -0400
Received: from vm126.vmadmin.com ([216.64.222.126]) by ams.ftl.affinity.com
with ESMTP id <218334-18618>; Tue, 21 Oct 2003 17:44:39 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm126.vmadmin.com with SMTP; 21 Oct 2003 16:42:55 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 171532
From: ATV accessories <GetATVAccessories171532@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: ATV accessories <GetATVAccessories171532@replies.virtumundo.com>
Subject: Add some fun to your ATV.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct21.174439-0400_edt.218334-18618+258@ams.ftl.affinity.com>
Date:Tue, 21 Oct 2003 17:44:37 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Oct 21 18:12:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <217581-15011>; Tue, 21 Oct 2003 18:14:00 -0400
Received: from vm160.vmadmin.com ([216.64.222.160]) by ams.ftl.affinity.com
with ESMTP id <226984-15009>; Tue, 21 Oct 2003 17:43:01 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm160.vmadmin.com with SMTP; 21 Oct 2003 16:42:26 -0500
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 171532
From: ATV accessories <GetATVAccessories171532@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: ATV accessories <GetATVAccessories171532@replies.virtumundo.com>
Subject: Far out four wheeler accessories.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct21.174301-0400_edt.226984-15009+139@ams.ftl.affinity.com>
Date:Tue, 21 Oct 2003 17:43:01 -0400
```



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. **To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Oct 21 18:12:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217333-18613>; Tue, 21 Oct
2003 18:19:41 -0400
Received: from vm126.vmadmin.com ([216.64.222.126]) by ams.ftl.affinity.com
with ESMTP id <218329-18620>; Tue, 21 Oct 2003 17:44:41 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm126.vmadmin.com with SMTP; 21 Oct 2003 16:42:55 -0500
X-ClientHost:
10611111009711610409711006410311111410011111019111114107115046099111109
X-MailingID: 171532
From: ATV accessories <GetATVAccessories171532@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: ATV accessories <GetATVAccessories171532@replies.virtumundo.com>
Subject: Add some fun to your ATV.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct21.174441-0400_edt.218329-18620+235@ams.ftl.affinity.com>
Date:Tue, 21 Oct 2003 17:44:39 -0400
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Jan 16 20:38:38 2006
Return-Path: <mailcenter335270@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 21152 invoked from network); 16 Jan 2006 12:36:41 -0600
Received: from vm-182-198.vm-mail.com (206.82.182.198)
   by celiajay.com with SMTP; 16 Jan 2006 12:36:40 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-198.vm-mail.com with SMTP; 16 Jan 2006 12:36:27 -0600
X-ClientHost:
099104117099107064097110116104111101210991011101161140971080460991111109
X-MailingID: 335270
From: Auction Freeway <AuctionFreeway@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335270@vm-rewards.com>
Subject: How's this for a new year's resolution
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



---

Home Business Connection , 1595 S. MT. Joy Street Elizabethtown, PA 17022

If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 07 20:05:50 2006
Return-Path: <mailcenter334117@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 28036 invoked from network); 4 Jan 2006 11:15:46 -0600
Received: from vm-182-235.vm-mail.com (206.82.182.235)
   by jammtomm.com with SMTP; 4 Jan 2006 11:15:45 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-235.vm-mail.com with SMTP; 04 Jan 2006 11:15:31 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 334117
From: Auction Freeway <AuctionFreeway@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334117@vm-rewards.com>
Subject: 3Gs in the next 30 days
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.6 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,HTML_WEB_BUGS,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```






 **Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062**

        **If you can not see our footer image, please** visit here.

```
From ???@??? Mon Jan 30 15:55:07 2006
X-Persona: <RCW>
Return-Path: <mailcenter334117@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 4067 invoked from network); 4 Jan 2006 11:32:16 -0600
Received: from vm-180-80.vm-mail.com (206.82.180.80)
  by omniinnovations.com with SMTP; 4 Jan 2006 11:32:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-80.vm-mail.com with SMTP; 04 Jan 2006 11:32:01 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 334117
From: Auction Freeway <AuctionFreeway@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334117@vm-rewards.com>
Subject: 3Gs in the next 30 days
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```




Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062

If you can not see our footer image, please visit here.

From ???@??? Tue Jan 24 18:06:05 2006
X-Persona: <Mila>
Return-Path: <mailcenter335884@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 20 Jan 2006 15:16:43 -0600
From: Auction Success <AuctionSuccess@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** The original eBay success kit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43D1533B.64137CFE"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7523&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7523&e=mila@jammtomm.com
  URI:http://ogy.cc/shuckydarns/esm-newyear2.jpg [...]

Content analysis details:   (8.0 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 4132 invoked from network); 20 Jan 2006 15:16:35 -0600
Received: from vm-177-103.vm-mail.com (206.82.177.103)
  by anthonycentral.com with SMTP; 20 Jan 2006 15:16:33 -0600
Received: from vm-mail.com (192.168.3.20)

```
  by vm-177-103.vm-mail.com with SMTP; 20 Jan 2006 15:16:14 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 335884
From: Auction Success <AuctionSuccess@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335884@vm-rewards.com>
Subject: The original eBay success kit
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM The
original eBa.htm"
```

```
From ???@??? Sun Jan 22 12:22:51 2006
Return-Path: <mailcenter335884@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 4901 invoked from network); 20 Jan 2006 15:24:12 -0600
Received: from vm-182-146.vm-mail.com (206.82.182.146)
   by gordonworks.com with SMTP; 20 Jan 2006 15:24:11 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-146.vm-mail.com with SMTP; 20 Jan 2006 15:23:44 -0600
X-ClientHost: 11610606409711011610411111012109910111011611409710804609911109
X-MailingID: 335884
From: Auction Success <AuctionSuccess@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335884@vm-rewards.com>
Subject: The original eBay success kit
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062

If you can not see our footer image, please visit here.

```
From ???@??? Sun Jan 22 12:22:51 2006
Return-Path: <mailcenter335884@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 2981 invoked from network); 20 Jan 2006 15:24:08 -0600
Received: from vm-182-146.vm-mail.com (206.82.182.146)
  by gordonworks.com with SMTP; 20 Jan 2006 15:24:06 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-146.vm-mail.com with SMTP; 20 Jan 2006 15:23:44 -0600
X-ClientHost:
1001011190971211101010640971101161041111012109910111011611409710804609911109
X-MailingID: 335884
From: Auction Success <AuctionSuccess@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335884@vm-rewards.com>
Subject: The original eBay success kit
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





 Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062

If you can not see our footer image, please visit here.

```
From ???@??? Sun Jan 22 12:22:51 2006
Return-Path: <mailcenter335884@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 3554 invoked from network); 20 Jan 2006 15:24:11 -0600
Received: from vm-182-146.vm-mail.com (206.82.182.146)
  by gordonworks.com with SMTP; 20 Jan 2006 15:24:09 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-146.vm-mail.com with SMTP; 20 Jan 2006 15:23:44 -0600
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 335884
From: Auction Success <AuctionSuccess@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335884@vm-rewards.com>
Subject: The original eBay success kit
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



---


Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062

If you can not see our footer image, please visit here.

```
From ???@??? Sun Jan 22 12:22:32 2006
Return-Path: <mailcenter335884@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 833 invoked from network); 20 Jan 2006 15:24:04 -0600
Received: from vm-182-146.vm-mail.com (206.82.182.146)
  by gordonworks.com with SMTP; 20 Jan 2006 15:24:04 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-146.vm-mail.com with SMTP; 20 Jan 2006 15:23:44 -0600
X-ClientHost:
09910411709910706409711011610411111012109910111011611409710804609911109
X-MailingID: 335884
From: Auction Success <AuctionSuccess@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335884@vm-rewards.com>
Subject: The original eBay success kit
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

**Images not loading? View this offer by visiting this link**





**Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Jan 22 12:22:31 2006
Return-Path: <mailcenter335884@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 25571 invoked from network); 20 Jan 2006 15:23:57 -0600
Received: from vm-182-146.vm-mail.com (206.82.182.146)
   by gordonworks.com with SMTP; 20 Jan 2006 15:23:57 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-146.vm-mail.com with SMTP; 20 Jan 2006 15:23:44 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 335884
From: Auction Success <AuctionSuccess@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335884@vm-rewards.com>
Subject: The original eBay success kit
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



---

Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062

      If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 21 23:15:45 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter335884@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 8257 invoked from network); 20 Jan 2006 15:15:46 -0600
Received: from vm-177-51.vm-mail.com (206.82.177.51)
   by omniinnovations.com with SMTP; 20 Jan 2006 15:15:45 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-51.vm-mail.com with SMTP; 20 Jan 2006 15:15:33 -0600
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460991111109
X-MailingID: 335884
From: Auction Success <AuctionSuccess@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335884@vm-rewards.com>
Subject: The original eBay success kit
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---

 **Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062**

If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 21 18:02:07 2006
X-Persona: <Jay>
Return-Path: <mailcenter335884@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 3329 invoked from network); 20 Jan 2006 15:16:34 -0600
Received: from vm-177-96.vm-mail.com (206.82.177.96)
  by clrobin.com with SMTP; 20 Jan 2006 15:16:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-96.vm-mail.com with SMTP; 20 Jan 2006 15:16:17 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 335884
From: Auction Success <AuctionSuccess@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335884@vm-rewards.com>
Subject: *****SPAM***** The original eBay success kit
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
       MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062

If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 21 16:45:29 2006
X-Persona: <Celia>
Return-Path: <mailcenter335884@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 18082 invoked from network); 20 Jan 2006 15:43:41 -0600
Received: from vm-180-78.vm-mail.com (206.82.180.78)
  by itdidnotendright.com with SMTP; 20 Jan 2006 15:43:40 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-78.vm-mail.com with SMTP; 20 Jan 2006 15:43:28 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 335884
From: Auction Success <AuctionSuccess@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335884@vm-rewards.com>
Subject: *****SPAM***** The original eBay success kit
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



 **Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062**



**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Jan 21 16:45:20 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter335884@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 8257 invoked from network); 20 Jan 2006 15:15:46 -0600
Received: from vm-177-51.vm-mail.com (206.82.177.51)
  by omniinnovations.com with SMTP; 20 Jan 2006 15:15:45 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-51.vm-mail.com with SMTP; 20 Jan 2006 15:15:33 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 335884
From: Auction Success <AuctionSuccess@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335884@vm-rewards.com>
Subject: The original eBay success kit
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---

Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062

If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 21 10:15:10 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter335884@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 3748 invoked from network); 20 Jan 2006 15:16:34 -0600
Received: from vm-177-93.vm-mail.com (206.82.177.93)
  by gnwalpha.org with SMTP; 20 Jan 2006 15:16:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-93.vm-mail.com with SMTP; 20 Jan 2006 15:16:17 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 335884
From: Auction Success <AuctionSuccess@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335884@vm-rewards.com>
Subject: *****SPAM***** The original eBay success kit
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
       MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       * 1.0 DATE_MISSING Missing Date: header
       * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       * 0.0 HTML_MESSAGE BODY: HTML included in message
       * 0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
       * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062

If you can not see our footer image, please visit here.

From ???@??? Mon Jan 30 16:03:58 2006
X-Persona: <RCW>
Return-Path: <mailcenter335884@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 14403 invoked from network); 20 Jan 2006 15:36:57 -0600
Received: from vm-177-4.vm-mail.com (206.82.177.4)
  by xj4x4.net with SMTP; 20 Jan 2006 15:36:56 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-4.vm-mail.com with SMTP; 20 Jan 2006 15:36:43 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 335884
From: Auction Success <AuctionSuccess@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335884@vm-rewards.com>
Subject: The original eBay success kit
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

**Images not loading? View this offer by visiting this link**



---



**Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed May 10 23:58:05 2006
X-Persona: <Celia>
Return-Path: <mailcenter347724@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 15201 invoked from network); 8 May 2006 15:21:39 -0600
Received: from vm-181-169.vm-mail.com (206.82.181.169)
  by jammtomm.com with SMTP; 8 May 2006 15:21:37 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-169.vm-mail.com with SMTP; 08 May 2006 16:21:33 -0500
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 347724
From: AuctionProfits <AuctionProfits@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347724@vm-rewards.com>
Subject: Get your online success kit and start earning
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.9 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Fast Auction Profit 491 E Riverside Drive, Suite 4B St George, UT 84790

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Wed May 10 23:59:35 2006
X-Persona: <Jay>
Return-Path: <mailcenter347724@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 2656 invoked from network); 8 May 2006 15:40:09 -0600
Received: from vm-180-225.vm-mail.com (206.82.180.225)
  by clrobin.com with SMTP; 8 May 2006 15:40:04 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-225.vm-mail.com with SMTP; 08 May 2006 16:40:01 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 347724
From: AuctionProfits <AuctionProfits@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347724@vm-rewards.com>
Subject: Get your online success kit and start earning
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63


Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Fast Auction Profit 491 E Riverside Drive, Suite 4B St George, UT 84790

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Wed Oct 29 08:39:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <379050-31880>; Wed, 29 Oct
2003 11:18:32 -0500
Received: from vl208-36.vmlocal.com ([216.21.208.36]) by ams.ftl.affinity.com
with ESMTP id <388874-31888>; Wed, 29 Oct 2003 11:17:32 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-36.vmlocal.com with SMTP; 29 Oct 2003 10:17:31 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 181849
From: Australian Vacation <AustralianVacation181849@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Australian Vacation <AustralianVacation181849@vmlocal.com>
Subject: Take a once in a lifetime Australian vacation!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.111732-0500_est.388874-31888+30335@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 11:17:32 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**
Message sent Wed Oct 29 10:17:16 CST 2003

```
From ???@??? Wed Oct 29 08:39:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <387716-31883>; Wed, 29 Oct 2003 11:18:32 -0500
Received: from vl208-36.vmlocal.com ([216.21.208.36]) by ams.ftl.affinity.com
with ESMTP id <283896-31883>; Wed, 29 Oct 2003 11:17:32 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-36.vmlocal.com with SMTP; 29 Oct 2003 10:17:31 -0600
X-ClientHost:
106097109105108097064103111141001111101191111141071150460991111109
X-MailingID: 181849
From: Australian Vacation <AustralianVacation181849@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Australian Vacation <AustralianVacation181849@vmlocal.com>
Subject: Take a once in a lifetime Australian vacation!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.111732-0500_est.283896-31883+30245@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 11:17:32 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent Wed Oct 29 10:17:16 CST 2003

```
From ???@??? Sun Feb 08 13:07:13 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <818176-24959>; Sun, 8 Feb 2004 15:46:56 -0500
Received: from vm208-10.adknow-net.com ([216.21.208.10]) by
ams.ftl.affinity.com with ESMTP id <818198-24959>; Sun, 8 Feb 2004 15:46:28
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-10.adknow-net.com with SMTP; 08 Feb 2004 14:46:22 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 362762
From: Auto Accessories <AutomotiveAccessories@adknow-net.com>
To:     James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return362762@replies.adknow-net.com
Subject: From rims to rooftops, find cool auto accessories.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb8.154628-0500_est.818198-24959+3737@ams.ftl.affinity.com>
Date:Sun, 8 Feb 2004 15:46:28 -0500
```



If you would like to refer a friend information regarding this program,
go here. To remove yourself from this program (and stop receiving email messages
from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please
note that the companies listed within this service have not provided
Virtumundo consideration to include their products in this message. Please
mail questions or comments regarding this message to List Member Inquiries,
Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c)
1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Feb 12 10:12:41 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <425994-30633>; Thu, 12 Feb
2004 11:46:20 -0500
Received: from vm208-58.adknow-net.com ([216.21.208.58]) by
ams.ftl.affinity.com with ESMTP id <557848-30635>; Thu, 12 Feb 2004 11:46:13
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-58.adknow-net.com with SMTP; 12 Feb 2004 10:46:10 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 370046
From: Auto Accessories <AutomotiveAccessories@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return370046@replies.adknow-net.com
Subject: Find cooler auto accessories here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb12.114613-0500_est.557848-30635+4458@ams.ftl.affinity.com>
Date:Thu, 12 Feb 2004 11:46:12 -0500



**If you would like to refer a friend information regarding this program,
go here. To remove yourself from this program (and stop receiving email messages
from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please
note that the companies listed within this service have not provided
Virtumundo consideration to include their products in this message. Please
mail questions or comments regarding this message to List Member Inquiries,
Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c)**

1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Jan 30 15:54:28 2006
X-Persona: <RCW>
Return-Path: <mailcenter334040@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 17633 invoked from network); 3 Jan 2006 09:35:05 -0600
Received: from vm-177-75.vm-mail.com (206.82.177.75)
  by ehahome.com with SMTP; 3 Jan 2006 09:35:02 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-75.vm-mail.com with SMTP; 03 Jan 2006 09:34:48 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 334040
From: Auto Dealer Network <AutoDealerNetwork@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334040@vm-rewards.com>
Subject: New 2006 models have arrived
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



```
From ???@??? Mon Jan 30 15:49:25 2006
X-Persona: <RCW>
Return-Path: <mailcenter333552@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 21920 invoked from network); 22 Dec 2005 09:39:59 -0600
Received: from vm-182-86.vm-mail.com (206.82.182.86)
  by celiajay.com with SMTP; 22 Dec 2005 09:39:59 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-86.vm-mail.com with SMTP; 22 Dec 2005 09:39:46 -0600
X-ClientHost: 106105109064114099110490570490570480480500480460991111109
X-MailingID: 333552
From: Auto Dealer Network <AutoDealerNetwork@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333552@vm-rewards.com>
Subject: New 2006 models have arrived
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



```
From ???@??? Mon Jan 16 16:26:28 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter335238@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 8394 invoked from network); 15 Jan 2006 14:14:41 -0600
Received: from vm-182-219.vm-mail.com (206.82.182.219)
  by omniinnovations.com with SMTP; 15 Jan 2006 14:14:41 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-219.vm-mail.com with SMTP; 15 Jan 2006 14:14:28 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 335238
From: Auto Dealer Network <AutoDealerNetwork@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335238@vm-rewards.com>
Subject: New 2007 models have arrived
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



Contact Car 268 Bush Street #4329 San Francisco, CA 94104

If you can not see our footer image, please visit here

From ???@??? Tue Jan 03 19:55:32 2006
X-Persona: <Mila>
Return-Path: <mailcenter334040@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 03 Jan 2006 09:08:29 -0600
From: Auto Dealer Network <AutoDealerNetwork@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** New 2006 models have arrived
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        HTML_TAG_BALANCE_TABLE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43BA936D.E8D07DAD"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
6462&e=mila@jammtomm.com
  URI:http://ogy.cc/jaloppy/test_01.gif
  URI:http://redirect.virtumundo.com/ct?i'6462&e=mila@jammtomm.com
  URI:http://ogy.cc/jaloppy/test_02.gif [...]

Content analysis details:   (7.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.2 HTML_TAG_BALANCE_TABLE BODY: HTML is missing "table" close tags
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 1.5 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 24293 invoked from network); 3 Jan 2006 09:08:24 -0600
Received: from vm-177-98.vm-mail.com (206.82.177.98)
  by gordonworks.com with SMTP; 3 Jan 2006 09:08:22 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-98.vm-mail.com with SMTP; 03 Jan 2006 09:08:10 -0600

```
X-ClientHost: 10910510809706410609710910911611111091090046099111109
X-MailingID: 334040
From: Auto Dealer Network <AutoDealerNetwork@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334040@vm-rewards.com>
Subject: New 2006 models have arrived
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM New 2006
models 4.htm"
```