Gordon v. Virtumundo Inc et al

Doc. 64 Att.

that has contracted with Virtumundo. To unsubscribe from the Virtumundo
Rewards List, go to http://www.virtumundo.com/unsub or go here. To read
Virtumundo's privacy policy, go to Privacy Policy. The products and/or services
advertised in this email are the sole responsibility of the advertiser, and
questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

Dockets.Justia.com

From ???@??? Wed Dec 10 07:32:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <214306-1079>; Wed, 10 Dec
2003 09:26:07 -0500
Received: from vm125.vmadmin.com ([216.64.222.125]) by ams.ftl.affinity.com
with ESMTP id <216183-1070>; Wed, 10 Dec 2003 09:25:06 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm125.vmadmin.com with SMTP; 10 Dec 2003 08:25:03 -0600
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 215690
From: Autofinancing <GetAutoFinancing@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Autofinancing <GetAutoFinancing215690@replies.virtumundo.com>
Subject: Pre-Qualify for the Car You've Always Wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec10.092506-0500_est.216183-1070+38475@ams.ftl.affinity.com>
Date:Wed, 10 Dec 2003 09:25:06 -0500





You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at
http://privacy.virtumundo.com/properties.html) or you signed up with a party
that has contracted with Virtumundo. To unsubscribe from the Virtumundo
Rewards List, go to http://www.virtumundo.com/unsub or go here. To read
Virtumundo's privacy policy, go to Privacy Policy. The products and/or services
advertised in this email are the sole responsibility of the advertiser, and
questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 10 07:32:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213278-1075>; Wed, 10 Dec 2003 09:26:07 -0500
Received: from vm125.vmadmin.com ([216.64.222.125]) by ams.ftl.affinity.com
with ESMTP id <212891-1079>; Wed, 10 Dec 2003 09:25:06 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm125.vmadmin.com with SMTP; 10 Dec 2003 08:25:03 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 215690
From: Autofinancing <GetAutoFinancing@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Autofinancing <GetAutoFinancing215690@replies.virtumundo.com>
Subject: Pre-Qualify for the Car You've Always Wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec10.092506-0500_est.212891-1079+38538@ams.ftl.affinity.com>
Date:Wed, 10 Dec 2003 09:25:05 -0500
```



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at

http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser. (c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 10 07:32:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213440-1079>; Wed, 10 Dec 2003 09:26:06 -0500
Received: from vm125.vmadmin.com ([216.64.222.125]) by ams.ftl.affinity.com
with ESMTP id <216382-1075>; Wed, 10 Dec 2003 09:25:06 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm125.vmadmin.com with SMTP; 10 Dec 2003 08:25:03 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 215690
From: Autofinancing <GetAutoFinancing@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Autofinancing <GetAutoFinancing215690@replies.virtumundo.com>
Subject: Pre-Qualify for the Car You've Always Wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec10.092506-0500_est.216382-1075+37362@ams.ftl.affinity.com>
Date:Wed, 10 Dec 2003 09:25:05 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party

that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser. (c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 10 07:32:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214874-1071>; Wed, 10 Dec 2003 09:26:07 -0500
Received: from vm125.vmadmin.com ([216.64.222.125]) by ams.ftl.affinity.com
with ESMTP id <215011-1067>; Wed, 10 Dec 2003 09:25:06 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm125.vmadmin.com with SMTP; 10 Dec 2003 08:25:03 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 215690
From: Autofinancing <GetAutoFinancing@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Autofinancing <GetAutoFinancing215690@replies.virtumundo.com>
Subject: Pre-Qualify for the Car You've Always Wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec10.092506-0500_est.215011-1067+39236@ams.ftl.affinity.com>
Date:Wed, 10 Dec 2003 09:25:05 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party

that has contracted with Virtumundo. To unsubscribe from the Virtumundo
Rewards List, go to http://www.virtumundo.com/unsub or go here. To read
Virtumundo's privacy policy, go to Privacy Policy. The products and/or services
advertised in this email are the sole responsibility of the advertiser, and
questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 10 07:32:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214100-1077>; Wed, 10 Dec 2003 09:26:06 -0500
Received: from vm125.vmadmin.com ([216.64.222.125]) by ams.ftl.affinity.com
with ESMTP id <213440-1067>; Wed, 10 Dec 2003 09:25:05 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm125.vmadmin.com with SMTP; 10 Dec 2003 08:25:03 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111099
X-MailingID: 215690
From: Autofinancing <GetAutoFinancing@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Autofinancing <GetAutoFinancing215690@replies.virtumundo.com>
Subject: Pre-Qualify for the Car You've Always Wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec10.092505-0500_est.213440-1067+39234@ams.ftl.affinity.com>
Date:Wed, 10 Dec 2003 09:25:04 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party

that has contracted with Virtumundo. To unsubscribe from the Virtumundo
Rewards List, go to http://www.virtumundo.com/unsub or go here. To read
Virtumundo's privacy policy, go to Privacy Policy. The products and/or services
advertised in this email are the sole responsibility of the advertiser, and
questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Nov 30 15:39:14 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222194-24778>; Sun, 30 Nov 2003 17:11:00 -0500
Received: from vm093.vmadmin.com ([216.64.222.93]) by ams.ftl.affinity.com
with ESMTP id <222296-24772>; Sun, 30 Nov 2003 17:09:52 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm093.vmadmin.com with SMTP; 30 Nov 2003 16:09:49 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 209066
From: AutoFinancing <GetAutoFinancing@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: AutoFinancing <GetAutoFinancing209066@replies.virtumundo.com>
Subject: Pre-Qualify for the Car You've Always Wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov30.170952-0500_est.222296-24772+59362@ams.ftl.affinity.com>
Date:Sun, 30 Nov 2003 17:09:52 -0500
```



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at
http://privacy.virtumundo.com/properties.html) or you signed up with a party

that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser. (c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Nov 30 08:33:45 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <220350-25818>; Sun, 30 Nov 2003 07:13:34 -0500
Received: from vm130.vmadmin.com ([216.64.222.130]) by ams.ftl.affinity.com
with ESMTP id <221819-25818>; Sun, 30 Nov 2003 07:12:43 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm130.vmadmin.com with SMTP; 30 Nov 2003 06:12:41 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 209064
From: AutoFinancing <GetAutoFinancing@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: AutoFinancing <GetAutoFinancing209064@replies.virtumundo.com>
Subject: Pre-Qualify for the Car You've Always Wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov30.071243-0500_est.221819-25818+31676@ams.ftl.affinity.com>
Date:Sun, 30 Nov 2003 07:12:42 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at

http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser. (c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Nov 30 08:33:45 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220275-25818>; Sun, 30 Nov 2003 07:13:34 -0500
Received: from vm130.vmadmin.com ([216.64.222.130]) by ams.ftl.affinity.com
with ESMTP id <221972-25812>; Sun, 30 Nov 2003 07:12:43 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm130.vmadmin.com with SMTP; 30 Nov 2003 06:12:41 -0600
X-ClientHost: 1060971210641031111410011111011911111410711504609911109
X-MailingID: 209064
From: AutoFinancing <GetAutoFinancing@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: AutoFinancing <GetAutoFinancing209064@replies.virtumundo.com>
Subject: Pre-Qualify for the Car You've Always Wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov30.071243-0500_est.221972-25812+33768@ams.ftl.affinity.com>
Date:Sun, 30 Nov 2003 07:12:42 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at
http://privacy.virtumundo.com/properties.html) or you signed up with a party

that has contracted with Virtumundo. To unsubscribe from the Virtumundo
Rewards List, go to http://www.virtumundo.com/unsub or go here. To read
Virtumundo's privacy policy, go to Privacy Policy. The products and/or services
advertised in this email are the sole responsibility of the advertiser, and
questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Nov 30 08:33:45 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <220258-25820>; Sun, 30 Nov
2003 07:13:34 -0500
Received: from vm130.vmadmin.com ([216.64.222.130]) by ams.ftl.affinity.com
with ESMTP id <222023-25819>; Sun, 30 Nov 2003 07:12:43 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm130.vmadmin.com with SMTP; 30 Nov 2003 06:12:41 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 209064
From: AutoFinancing <GetAutoFinancing@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: AutoFinancing <GetAutoFinancing209064@replies.virtumundo.com>
Subject: Pre-Qualify for the Car You've Always Wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov30.071243-0500_est.222023-25819+33402@ams.ftl.affinity.com>
Date:Sun, 30 Nov 2003 07:12:42 -0500
```





You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at
http://privacy.virtumundo.com/properties.html) or you signed up with a party
that has contracted with Virtumundo. To unsubscribe from the Virtumundo
Rewards List, go to http://www.virtumundo.com/unsub or go here. To read
Virtumundo's privacy policy, go to Privacy Policy. The products and/or services
advertised in this email are the sole responsibility of the advertiser, and
questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Nov 30 08:33:45 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214660-25820>; Sun, 30 Nov 2003 07:13:34 -0500
Received: from vm130.vmadmin.com ([216.64.222.130]) by ams.ftl.affinity.com
with ESMTP id <216283-25819>; Sun, 30 Nov 2003 07:12:43 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm130.vmadmin.com with SMTP; 30 Nov 2003 06:12:41 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 209064
From: AutoFinancing <GetAutoFinancing@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: AutoFinancing <GetAutoFinancing209064@replies.virtumundo.com>
Subject: Pre-Qualify for the Car You've Always Wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov30.071243-0500_est.216283-25819+33401@ams.ftl.affinity.com>
Date:Sun, 30 Nov 2003 07:12:42 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at
http://privacy.virtumundo.com/properties.html) or you signed up with a party

that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Dec 21 15:17:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213628-6183>; Sun, 21 Dec
2003 18:08:40 -0500
Received: from vm120.vmadmin.com ([216.64.222.120]) by ams.ftl.affinity.com
with ESMTP id <222651-6192>; Sun, 21 Dec 2003 18:07:37 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm120.vmadmin.com with SMTP; 21 Dec 2003 17:07:31 -0600
X-ClientHost:
1061111100971161040971100641031111141001111101191111141071150460991111109
X-MailingID: 224294
From: AutoFinancing <GetAutoFinancing@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: AutoFinancing <GetAutoFinancing224294@replies.virtumundo.com>
Subject: Pre-Qualify for the Car You've Always Wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec21.180737-0500_est.222651-6192+30644@ams.ftl.affinity.com>
Date:Sun, 21 Dec 2003 18:07:36 -0500





You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at
http://privacy.virtumundo.com/properties.html) or you signed up with a party
that has contracted with Virtumundo. To unsubscribe from the Virtumundo
Rewards List, go to http://www.virtumundo.com/unsub or go here. To read
Virtumundo's privacy policy, go to Privacy Policy. The products and/or services
advertised in this email are the sole responsibility of the advertiser, and
questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue May 16 15:07:27 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter348628@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 6083 invoked from network); 15 May 2006 06:51:56 -0600
Received: from vm-185-219.vm-mail.com (206.82.185.219)
  by clrobin.com with SMTP; 15 May 2006 06:51:56 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-219.vm-mail.com with SMTP; 15 May 2006 07:51:53 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 348628
From: AutoInsuranceQuote <AutoInsuranceQuote@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348628@vm-rewards.com>
Subject: Are you paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions

or comments about this advertisement to:

Answer Financial Inc. 15910 Ventura Boulevard Encino, CA 10012


Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products
and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Tue May 16 15:06:53 2006
X-Persona: <Celia>
Return-Path: <mailcenter348628@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 20452 invoked from network); 15 May 2006 07:00:53 -0600
Received: from vm-186-156.vm-mail.com (206.82.186.156)
  by itdidnotendright.com with SMTP; 15 May 2006 07:00:46 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-156.vm-mail.com with SMTP; 15 May 2006 08:00:45 -0500
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 348628
From: AutoInsuranceQuote <AutoInsuranceQuote@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348628@vm-rewards.com>
Subject: *****SPAM***** Are you paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=DATE_MISSING,HTML_40_50,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.5 HTML_40_50 BODY: Message is 40% to 50% HTML
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]


Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions
or comments about this advertisement to:

Answer Financial Inc. 15910 Ventura Boulevard Encino, CA 10012

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products
and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Mon May 15 17:28:44 2006
X-Persona: <Mila>
Return-Path: <mailcenter348628@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 15 May 2006 07:09:35 -0600
From: AutoInsuranceQuote <AutoInsuranceQuote@vm-mail.com>
To: jamila <mila@jammtomm.com>
Subject: *****SPAM***** Are you paying too much for auto insurance?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *************
X-Spam-Status: Yes, hits=13.4 required=7.0 tests=BAYES_99,DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,
      RCVD_IN_SBL,RCVD_IN_SORBS autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44687D8F.A901216B"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(6321&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(6321&e=mila@jammtomm.com
  URI:http://ogy.cc/answer/answer.jpg [...]

Content analysis details:   (13.4 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 1.1 HTML_IMAGE_RATIO_04    BODY: HTML has a low ratio of text to image area
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 0.9989]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.1 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                         [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
 2.6 RCVD_IN_DYNABLOCK      RBL: Sent directly from dynamic IP address
                            [206.82.187.28 listed in dnsbl.sorbs.net]
 0.1 RCVD_IN_SORBS          RBL: SORBS: sender is listed in SORBS
                            [206.82.187.28 listed in dnsbl.sorbs.net]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 13572 invoked from network); 15 May 2006 07:07:50 -0600
Received: from vm-187-28.vm-mail.com (206.82.187.28)
  by omniinnovations.com with SMTP; 15 May 2006 07:07:49 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-28.vm-mail.com with SMTP; 15 May 2006 08:07:49 -0500
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 348628
From: AutoInsuranceQuote <AutoInsuranceQuote@vm-mail.com>
To: jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348628@vm-rewards.com>
Subject: Are you paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Are you
paying t1.htm"
```

```
From ???@??? Mon May 15 08:31:53 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter348628@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 22693 invoked from network); 15 May 2006 07:08:07 -0600
Received: from vm-187-178.vm-mail.com (206.82.187.178)
  by chiefmusician.net with SMTP; 15 May 2006 07:08:05 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-178.vm-mail.com with SMTP; 15 May 2006 08:07:59 -0500
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 348628
From: AutoInsuranceQuote <AutoInsuranceQuote@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348628@vm-rewards.com>
Subject: *****SPAM***** Are you paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=10.9 required=7.0 tests=DATE_MISSING,HTML_40_50,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_DYNABLOCK,RCVD_IN_SBL,RCVD_IN_SORBS,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.5 HTML_40_50 BODY: Message is 40% to 50% HTML
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *       [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  2.5 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *       [206.82.187.178 listed in dnsbl.sorbs.net]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *       [206.82.187.178 listed in dnsbl.sorbs.net]
```

**Images not loading? View this offer by visiting this link**





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions
or comments about this advertisement to:

Answer Financial Inc. 15910 Ventura Boulevard Encino, CA 10012

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products
and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Tue May 16 15:10:52 2006
X-Persona: <Jay>
Return-Path: <mailcenter348628@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 23457 invoked from network); 15 May 2006 07:08:08 -0600
Received: from vm-187-219.vm-mail.com (206.82.187.219)
   by chiefmusician.net with SMTP; 15 May 2006 07:08:05 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-187-219.vm-mail.com with SMTP; 15 May 2006 08:07:58 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 348628
From: AutoInsuranceQuote <AutoInsuranceQuote@vm-mail.com>
To: jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348628@vm-rewards.com>
Subject: *****SPAM***** Are you paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.6 required=7.0 tests=BAYES_60,DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,
      RCVD_IN_SBL,RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  1.1 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
      *  1.6 BAYES_60 BODY: Bayesian spam probability is 60 to 70%
      *      [score: 0.6296]
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
      *      [206.82.187.219 listed in dnsbl.sorbs.net]
      *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
      *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
      *      [206.82.187.219 listed in dnsbl.sorbs.net]


Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Answer Financial Inc. 15910 Ventura Boulevard Encino, CA 10012

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Sun Oct 12 15:39:59 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <328876-22765>; Sun, 12 Oct 2003 18:34:23 -0400
Received: from vl208-58.vmlocal.com ([216.21.208.58]) by ams.ftl.affinity.com
with ESMTP id <330963-22773>; Sun, 12 Oct 2003 18:33:28 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-58.vmlocal.com with SMTP; 12 Oct 2003 17:33:26 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 161190
From: Automobile Donation <AutomobileDonation161190@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+161190@replies.vmlocal.com>
Subject: Give someone a lift.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct12.183328-0400_edt.330963-22773+12717@ams.ftl.affinity.com>
Date:Sun, 12 Oct 2003 18:33:28 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Oct 12 13:20:54 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <273093-22777>; Sun, 12 Oct
2003 15:41:20 -0400
Received: from vl208-37.vmlocal.com ([216.21.208.37]) by ams.ftl.affinity.com
with ESMTP id <264441-22764>; Sun, 12 Oct 2003 15:40:00 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-37.vmlocal.com with SMTP; 12 Oct 2003 14:39:56 -0500
X-ClientHost:
10611111009711610409711006410311111410011111019111114107115046099111109
X-MailingID: 161193
From: Automobile Donation <AutomobileDonation161193@vmlocal.com>
To:     Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+161193@replies.vmlocal.com>
Subject: Give someone a lift.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct12.154000-0400_edt.264441-22764+11015@ams.ftl.affinity.com>
Date:Sun, 12 Oct 2003 15:40:00 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Oct 14 20:54:11 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <368191-1172>; Tue, 14 Oct 2003 22:56:52 -0400
Received: from vl208-37.vmlocal.com ([216.21.208.37]) by ams.ftl.affinity.com
with ESMTP id <371549-1172>; Tue, 14 Oct 2003 22:55:17 -0400
Received: from vmlocal.com (192.168.3.12)
    by vl208-37.vmlocal.com with SMTP; 14 Oct 2003 21:54:13 -0500
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 163173
From: Automobile Donation <AutomobileDonation163173@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+163173@replies.vmlocal.com>
Subject: Give someone a lift.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct14.225517-0400_edt.371549-1172+24268@ams.ftl.affinity.com>
Date:Tue, 14 Oct 2003 22:55:16 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Oct 14 17:41:54 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217151-22771>; Tue, 14 Oct 2003 20:15:01 -0400
Received: from vl208-72.vmlocal.com ([216.21.208.72]) by ams.ftl.affinity.com
with ESMTP id <268029-22773>; Tue, 14 Oct 2003 17:44:44 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-72.vmlocal.com with SMTP; 14 Oct 2003 16:42:24 -0500
X-ClientHost: 106097121064103111141001111101191111141071150460991111 09
X-MailingID: 163177
From: Automobile Donation <AutomobileDonation163177@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+163177@replies.vmlocal.com>
Subject: Donate your car to charity.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct14.174444-0400_edt.268029-22773+32066@ams.ftl.affinity.com>
Date:Tue, 14 Oct 2003 17:44:32 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Oct 22 16:17:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220980-842>; Wed, 22 Oct 2003 15:34:19 -0400
Received: from vl208-53.vmlocal.com ([216.21.208.53]) by ams.ftl.affinity.com
with ESMTP id <221698-844>; Wed, 22 Oct 2003 15:33:08 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-53.vmlocal.com with SMTP; 22 Oct 2003 14:33:01 -0500
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 172262
From: Automobile Donation <AutomobileDonation172262@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Automobile Donation <AutomobileDonation172262@vmlocal.com>
Subject: Charity is the gift that gives back.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct22.153308-0400_edt.221698-844+8578@ams.ftl.affinity.com>
Date:Wed, 22 Oct 2003 15:33:08 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Oct 23 15:31:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <215364-1068>; Thu, 23 Oct 2003 18:19:19 -0400
Received: from vl208-34.vmlocal.com ([216.21.208.34]) by ams.ftl.affinity.com
with ESMTP id <225639-9895>; Thu, 23 Oct 2003 18:10:05 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-34.vmlocal.com with SMTP; 23 Oct 2003 17:09:58 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 173104
From: Automobile Donation <AutomobileDonation173104@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Automobile Donation <AutomobileDonation173104@vmlocal.com>
Subject: Automobile donations give someone a lift.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct23.181005-0400_edt.225639-9895+2329@ams.ftl.affinity.com>
Date:Thu, 23 Oct 2003 18:10:05 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Oct 23 13:01:08 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <228338-1076>; Thu, 23 Oct 2003 15:34:39 -0400
Received: from vl208-31.vmlocal.com ([216.21.208.31]) by ams.ftl.affinity.com
with ESMTP id <214883-1076>; Thu, 23 Oct 2003 15:19:35 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-31.vmlocal.com with SMTP; 23 Oct 2003 14:18:26 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 173107
From: Automobile Donation <AutomobileDonation173107@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Automobile Donation <AutomobileDonation173107@vmlocal.com>
Subject: Automobile donations give someone a lift.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct23.151935-0400_edt.214883-1076+1147@ams.ftl.affinity.com>
Date:Thu, 23 Oct 2003 15:19:35 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Oct 26 08:40:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216762-23171>; Sun, 26 Oct 2003 08:18:31 -0500
Received: from vl208-54.vmlocal.com ([216.21.208.54]) by ams.ftl.affinity.com
with ESMTP id <235580-23247>; Sat, 25 Oct 2003 23:42:08 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-54.vmlocal.com with SMTP; 25 Oct 2003 22:40:50 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 175819
From: Automobile Donation <AutomobileDonation175819@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Automobile Donation <AutomobileDonation175819@vmlocal.com>
Subject: Automobile donations give someone a lift.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct25.234208-0400_edt.235580-23247+8754@ams.ftl.affinity.com>
Date:Sat, 25 Oct 2003 23:42:07 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Oct 28 10:40:57 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <442305-28267>; Tue, 28 Oct
2003 12:32:20 -0500
Received: from vl208-49.vmlocal.com ([216.21.208.49]) by ams.ftl.affinity.com
with ESMTP id <444953-28263>; Tue, 28 Oct 2003 12:32:16 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-49.vmlocal.com with SMTP; 28 Oct 2003 11:32:11 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 179863
From: Automobile Donation <AutomobileDonation179863@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Automobile Donation <AutomobileDonation179863@vmlocal.com>
Subject: Charity is the gift that gives back.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct28.123216-0500_est.444953-28263+3821@ams.ftl.affinity.com>
Date:Tue, 28 Oct 2003 12:32:15 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent

```
From ???@??? Sun Nov 02 23:12:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <488740-32367>; Mon, 3 Nov 2003 00:27:18 -0500
Received: from vl208-58.vmlocal.com ([216.21.208.58]) by ams.ftl.affinity.com
with ESMTP id <489122-32379>; Mon, 3 Nov 2003 00:26:31 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-58.vmlocal.com with SMTP; 02 Nov 2003 23:26:26 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 186628
From: Automobile Donation <AutomobileDonation186628@vmlocal.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Automobile Donation <AutomobileDonation186628@vmlocal.com>
Subject: Donate your car to charity.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov3.002631-0500_est.489122-32379+23265@ams.ftl.affinity.com>
Date:Mon, 3 Nov 2003 00:26:30 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Nov 03 21:26:31 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <216176-11521>; Mon, 3 Nov 2003 22:00:18 -0500
Received: from vl208-74.vmlocal.com ([216.21.208.74]) by ams.ftl.affinity.com
with ESMTP id <218229-11517>; Mon, 3 Nov 2003 21:59:02 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-74.vmlocal.com with SMTP; 03 Nov 2003 20:59:02 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 187854
From: Automobile Donation <AutomobileDonation187854@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Automobile Donation <AutomobileDonation187854@vmlocal.com>
Subject: Donate your car to charity.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov3.215902-0500_est.218229-11517+7047@ams.ftl.affinity.com>
Date:Mon, 3 Nov 2003 21:59:02 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Nov 03 21:28:20 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213859-10543>; Tue, 4 Nov 2003 00:03:46 -0500
Received: from vl208-40.vmlocal.com ([216.21.208.40]) by ams.ftl.affinity.com
with ESMTP id <219196-10531>; Tue, 4 Nov 2003 00:03:05 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-40.vmlocal.com with SMTP; 03 Nov 2003 23:03:04 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 187861
From: Automobile Donation <AutomobileDonation187861@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Automobile Donation <AutomobileDonation187861@vmlocal.com>
Subject: Charity is the gift that gives back.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov4.000305-0500_est.219196-10531+7589@ams.ftl.affinity.com>
Date:Tue, 4 Nov 2003 00:03:05 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Nov 08 15:24:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215768-1077>; Sat, 8 Nov 2003 18:09:56 -0500
Received: from vl208-26.vmlocal.com ([216.21.208.26]) by ams.ftl.affinity.com
with ESMTP id <218506-1084>; Sat, 8 Nov 2003 18:09:02 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-26.vmlocal.com with SMTP; 08 Nov 2003 17:08:51 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 193442
From: Automobile Donation <AutomobileDonation193442@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Automobile Donation <AutomobileDonation193442@vmlocal.com>
Subject: Give someone a lift.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov8.180902-0500_est.218506-1084+13159@ams.ftl.affinity.com>
Date:Sat, 8 Nov 2003 18:09:01 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Nov 12 13:03:12 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <229077-4761>; Wed, 12 Nov 2003 14:05:25 -0500
Received: from vl208-70.vmlocal.com ([216.21.208.70]) by ams.ftl.affinity.com
with ESMTP id <228217-4761>; Wed, 12 Nov 2003 14:04:09 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-70.vmlocal.com with SMTP; 12 Nov 2003 13:04:00 -0600
X-ClientHost:
106097109105108097064103111141001111101191111141071150460991111109
X-MailingID: 196580
From: Automobile Donation <AutomobileDonation196580@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Automobile Donation <AutomobileDonation196580@vmlocal.com>
Subject: Give someone a lift.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov12.140409-0500_est.228217-4761+4242@ams.ftl.affinity.com>
Date:Wed, 12 Nov 2003 14:04:09 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Nov 13 12:40:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215582-26148>; Thu, 13 Nov
2003 13:06:01 -0500
Received: from vl208-39.vmlocal.com ([216.21.208.39]) by ams.ftl.affinity.com
with ESMTP id <217943-26150>; Thu, 13 Nov 2003 13:04:34 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-39.vmlocal.com with SMTP; 13 Nov 2003 12:04:19 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 197241
From: Automobile Donation <AutomobileDonation197241@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Automobile Donation <AutomobileDonation197241@vmlocal.com>
Subject: Give someone a lift.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov13.130434-0500_est.217943-26150+59455@ams.ftl.affinity.com>
Date:Thu, 13 Nov 2003 13:04:32 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Nov 14 07:45:19 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223972-7412>; Fri, 14 Nov 2003 10:04:33 -0500
Received: from vl208-34.vmlocal.com ([216.21.208.34]) by ams.ftl.affinity.com
with ESMTP id <222674-7415>; Fri, 14 Nov 2003 10:03:24 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-34.vmlocal.com with SMTP; 14 Nov 2003 09:03:14 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 197912
From: Automobile Donation <AutomobileDonation197912@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Automobile Donation <AutomobileDonation197912@vmlocal.com>
Subject: Give someone a lift.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov14.100324-0500_est.222674-7415+4463@ams.ftl.affinity.com>
Date:Fri, 14 Nov 2003 10:03:22 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Nov 17 14:51:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214251-32701>; Mon, 17 Nov 2003 16:04:54 -0500
Received: from vl208-63.vmlocal.com ([216.21.208.63]) by ams.ftl.affinity.com
with ESMTP id <215868-32699>; Mon, 17 Nov 2003 16:03:59 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-63.vmlocal.com with SMTP; 17 Nov 2003 15:03:53 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 199981
From: Automobile Donation <AutomobileDonation199981@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Automobile Donation <AutomobileDonation199981@vmlocal.com>
Subject: Give someone a lift.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov17.160359-0500_est.215868-32699+51939@ams.ftl.affinity.com>
Date:Mon, 17 Nov 2003 16:03:58 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Nov 20 11:44:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <218657-21019>; Thu, 20 Nov 2003 14:30:35 -0500
Received: from vl208-32.vmlocal.com ([216.21.208.32]) by ams.ftl.affinity.com
with ESMTP id <218438-20042>; Thu, 20 Nov 2003 14:28:18 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-32.vmlocal.com with SMTP; 20 Nov 2003 13:26:07 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 202087
From: Automobile Donation <AutomobileDonation202087@vmlocal.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Automobile Donation <AutomobileDonation202087@vmlocal.com>
Subject: Give someone a lift.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov20.142818-0500_est.218438-20042+8152@ams.ftl.affinity.com>
Date:Thu, 20 Nov 2003 14:28:17 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Jan 23 19:49:28 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <234960-17275>; Fri, 23 Jan 2004 22:13:58 -0500
Received: from vm208-22.adknow-net.com ([216.21.208.22]) by
ams.ftl.affinity.com with ESMTP id <237050-17273>; Fri, 23 Jan 2004 22:12:56
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-22.adknow-net.com with SMTP; 23 Jan 2004 21:12:53 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 348337
From: Automobile Donation <AutomobileDonation@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return348337@replies.adknow-net.com
Subject: Let your car donation give someone a lift.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.221256-0500_est.237050-17273+47033@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 22:12:55 -0500



**When you donate your car to a charity, you not only feel good, you're helping someone in need. Good for you, great for them. Donate your car today.**

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Dec 31 12:58:42 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <336484-1022>; Wed, 31 Dec 2003 14:49:53 -0500
Received: from vm209-208.vmlocal.com ([216.21.209.208]) by
ams.ftl.affinity.com with ESMTP id <337695-1017>; Wed, 31 Dec 2003 14:48:53
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-208.vmlocal.com with SMTP; 31 Dec 2003 13:48:50 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 232799
From: Automobile Donation <AutomobileDonation@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Automobile Donation <AutomobileDonation232799@vmlocal.com>
Subject: Donate your car to charity.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec31.144853-0500_est.337695-1017+11090@ams.ftl.affinity.com>
Date:Wed, 31 Dec 2003 14:48:52 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Dec 30 13:34:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <270461-23667>; Tue, 30 Dec 2003 15:20:26 -0500
Received: from vm209-182.vmlocal.com ([216.21.209.182]) by
ams.ftl.affinity.com with ESMTP id <242463-23667>; Tue, 30 Dec 2003 15:19:21
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-182.vmlocal.com with SMTP; 30 Dec 2003 14:19:16 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 232069
From: Automobile Donation <AutomobileDonation@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Automobile Donation <AutomobileDonation232069@vmlocal.com>
Subject: Donate your car to charity.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec30.151921-0500_est.242463-23667+7458@ams.ftl.affinity.com>
Date:Tue, 30 Dec 2003 15:19:20 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Dec 29 16:49:24 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <222962-6212>; Mon, 29 Dec
2003 17:34:32 -0500
Received: from vm209-216.vmlocal.com ([216.21.209.216]) by
ams.ftl.affinity.com with ESMTP id <216014-6214>; Mon, 29 Dec 2003 17:33:04
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-216.vmlocal.com with SMTP; 29 Dec 2003 16:32:59 -0600
X-ClientHost:
106111110097116104097110064103111114100111101191111141071150460991111 09
X-MailingID: 231254
From: Automobile Donation <AutomobileDonation@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Automobile Donation <AutomobileDonation231254@vmlocal.com>
Subject: Donate your car to charity.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec29.173304-0500_est.216014-6214+1283@ams.ftl.affinity.com>
Date:Mon, 29 Dec 2003 17:33:04 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Dec 29 12:31:47 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <234485-13964>; Mon, 29 Dec 2003 14:50:29 -0500
Received: from vm209-247.vmlocal.com ([216.21.209.247]) by
ams.ftl.affinity.com with ESMTP id <236401-13968>; Mon, 29 Dec 2003 14:49:30
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-247.vmlocal.com with SMTP; 29 Dec 2003 13:49:29 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 231256
From: Automobile Donation <AutomobileDonation@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Automobile Donation <AutomobileDonation231256@vmlocal.com>
Subject: Charity is the gift that gives back.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec29.144930-0500_est.236401-13968+1248@ams.ftl.affinity.com>
Date:Mon, 29 Dec 2003 14:49:30 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 28 20:59:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <212648-21648>; Sun, 28 Dec 2003 23:17:24 -0500
Received: from vm209-204.vmlocal.com ([216.21.209.204]) by
ams.ftl.affinity.com with ESMTP id <216180-21662>; Sun, 28 Dec 2003 23:16:24
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-204.vmlocal.com with SMTP; 28 Dec 2003 22:15:01 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111 09
X-MailingID: 230299
From: Automobile Donation <AutomobileDonation@vmlocal.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Automobile Donation <AutomobileDonation230299@vmlocal.com>
Subject: Donate your car to charity.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec28.231624-0500_est.216180-21662+54745@ams.ftl.affinity.com>
Date:Sun, 28 Dec 2003 23:16:24 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Dec 18 13:22:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <233283-23846>; Thu, 18 Dec 2003 16:04:04 -0500
Received: from vm209-183.vmlocal.com ([216.21.209.183]) by
ams.ftl.affinity.com with ESMTP id <272848-23866>; Thu, 18 Dec 2003 15:58:37
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-183.vmlocal.com with SMTP; 18 Dec 2003 14:58:29 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 222050
From: Automobile Donation <AutomobileDonation@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Automobile Donation <AutomobileDonation222050@vmlocal.com>
Subject: Let your car donation give someone a lift.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec18.155837-0500_est.272848-23866+18886@ams.ftl.affinity.com>
Date:Thu, 18 Dec 2003 15:58:36 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Dec 17 11:24:08 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3571805-10629>; Wed, 17 Dec 2003 12:18:47 -0500
Received: from vm209-213.vmlocal.com ([216.21.209.213]) by
ams.ftl.affinity.com with ESMTP id <3580600-19392>; Wed, 17 Dec 2003 10:54:50
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-213.vmlocal.com with SMTP; 17 Dec 2003 09:48:36 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 221281
From: Automobile Donation <AutomobileDonation@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Automobile Donation <AutomobileDonation221281@vmlocal.com>
Subject: Let your car donation give someone a lift.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec17.105450-0500_est.3580600-19392+1835@ams.ftl.affinity.com>
Date:Wed, 17 Dec 2003 10:54:49 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Dec 13 11:20:34 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215480-416>; Sat, 13 Dec 2003
13:04:54 -0500
Received: from vm209-213.vmlocal.com ([216.21.209.213]) by
ams.ftl.affinity.com with ESMTP id <221417-418>; Sat, 13 Dec 2003 13:04:04
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-213.vmlocal.com with SMTP; 13 Dec 2003 12:03:58 -0600
X-ClientHost:
1061111100971161040971100641031111141001111101191111141071115046099111109
X-MailingID: 218174
From: Automobile Donation <AutomobileDonation@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Automobile Donation <AutomobileDonation218174@vmlocal.com>
Subject: Charity is the gift that gives back.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec13.130404-0500_est.221417-418+24119@ams.ftl.affinity.com>
Date:Sat, 13 Dec 2003 13:04:03 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Dec 13 11:20:34 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <219548-414>; Sat, 13 Dec 2003 13:04:54 -0500
Received: from vm209-213.vmlocal.com by
ams.ftl.affinity.com with ESMTP id <221298-420>; Sat, 13 Dec 2003 13:04:04
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-213.vmlocal.com with SMTP; 13 Dec 2003 12:03:58 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 218174
From: Automobile Donation <AutomobileDonation@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Automobile Donation <AutomobileDonation218174@vmlocal.com>
Subject: Charity is the gift that gives back.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec13.130404-0500_est.221298-420+24706@ams.ftl.affinity.com>
Date:Sat, 13 Dec 2003 13:04:00 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 03 15:58:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217107-16034>; Wed, 3 Dec 2003 17:27:05 -0500
Received: from vl208-64.vmlocal.com ([216.21.208.64]) by ams.ftl.affinity.com
with ESMTP id <219986-16024>; Wed, 3 Dec 2003 16:14:10 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-64.vmlocal.com with SMTP; 03 Dec 2003 15:12:52 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 210951
From: Automobile Donation <AutomobileDonation@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Automobile Donation <AutomobileDonation210951@vmlocal.com>
Subject: Give someone a lift.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec3.161410-0500_est.219986-16024+15590@ams.ftl.affinity.com>
Date:Wed, 3 Dec 2003 16:12:56 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Dec 01 11:13:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <229272-19693>; Mon, 1 Dec
2003 14:07:01 -0500
Received: from vl208-72.vmlocal.com ([216.21.208.72]) by ams.ftl.affinity.com
with ESMTP id <228539-19696>; Mon, 1 Dec 2003 14:04:43 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-72.vmlocal.com with SMTP; 01 Dec 2003 13:04:39 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 209582
From: Automobile Donation <AutomobileDonation@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Automobile Donation <AutomobileDonation209582@vmlocal.com>
Subject: Automobile donations give someone a lift.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec1.140443-0500_est.228539-19696+18564@ams.ftl.affinity.com>
Date:Mon, 1 Dec 2003 14:04:42 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Dec 01 11:11:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <225000-10131>; Mon, 1 Dec 2003 12:27:54 -0500
Received: from vl208-47.vmlocal.com ([216.21.208.47]) by ams.ftl.affinity.com
with ESMTP id <226067-10127>; Mon, 1 Dec 2003 12:26:43 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-47.vmlocal.com with SMTP; 01 Dec 2003 11:26:38 -0600
X-ClientHost:
106097109105108097064103111141001111101191111141071150460099111109
X-MailingID: 209584
From: Automobile Donation <AutomobileDonation@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Automobile Donation <AutomobileDonation209584@vmlocal.com>
Subject: Automobile donations give someone a lift.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec1.122643-0500_est.226067-10127+8394@ams.ftl.affinity.com>
Date:Mon, 1 Dec 2003 12:26:43 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Nov 25 12:06:24 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218912-7315>; Tue, 25 Nov 2003 14:06:21 -0500
Received: from vl208-52.vmlocal.com ([216.21.208.52]) by ams.ftl.affinity.com
with ESMTP id <213272-7311>; Tue, 25 Nov 2003 14:05:03 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-52.vmlocal.com with SMTP; 25 Nov 2003 13:05:02 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 205494
From: Automobile Donation <AutomobileDonation@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Automobile Donation <AutomobileDonation205494@vmlocal.com>
Subject: Let your car donation give someone a lift.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov25.140503-0500_est.213272-7311+12396@ams.ftl.affinity.com>
Date:Tue, 25 Nov 2003 14:05:03 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Nov 25 08:48:43 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219906-7305>; Tue, 25 Nov 2003 11:04:19 -0500
Received: from vl208-55.vmlocal.com ([216.21.208.55]) by ams.ftl.affinity.com
with ESMTP id <219996-7311>; Tue, 25 Nov 2003 11:03:19 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-55.vmlocal.com with SMTP; 25 Nov 2003 10:03:17 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 205496
From: Automobile Donation <AutomobileDonation@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Automobile Donation <AutomobileDonation205496@vmlocal.com>
Subject: Automobile donations give someone a lift.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov25.110319-0500_est.219996-7311+8935@ams.ftl.affinity.com>
Date:Tue, 25 Nov 2003 11:03:19 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 23 00:12:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <219409-4611>; Sat, 22 Nov
2003 20:26:44 -0500
Received: from vl208-29.vmlocal.com ([216.21.208.29]) by ams.ftl.affinity.com
with ESMTP id <220892-4603>; Sat, 22 Nov 2003 20:25:52 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-29.vmlocal.com with SMTP; 22 Nov 2003 19:25:38 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 203415
From: Automobile Donation <AutomobileDonation@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Automobile Donation <AutomobileDonation203415@vmlocal.com>
Subject: Give someone a lift.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov22.202552-0500_est.220892-4603+10642@ams.ftl.affinity.com>
Date:Sat, 22 Nov 2003 20:25:51 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Jan 08 13:33:54 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <330161-18938>; Thu, 8 Jan
2004 15:33:02 -0500
Received: from vm209-216.vmlocal.com ([216.21.209.216]) by
ams.ftl.affinity.com with ESMTP id <331893-18950>; Thu, 8 Jan 2004 15:31:57
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-216.vmlocal.com with SMTP; 08 Jan 2004 14:31:55 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 238030
From: Automobile Donation <AutomobileDonation@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Automobile Donation <AutomobileDonation238030@vmlocal.com>
Subject: Give someone a lift.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan8.153157-0500_est.331893-18950+3005@ams.ftl.affinity.com>
Date:Thu, 8 Jan 2004 15:31:56 -0500
```



**When you donate your car to a charity, you not only feel good, you're helping someone in need. Good for you, great for them. Donate your car today.**

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Wed May 26 08:15:37 2004
Return-Path: <mailcenter308668@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 2189 invoked by uid 10003); 26 May 2004 14:40:13 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 2185 invoked from network); 26 May 2004 14:40:13 -0000
Received: from unknown (HELO vm107.vmadmin.com) (216.64.222.107)
   by ns48.webmasters.com with SMTP; 26 May 2004 14:40:13 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm107.vmadmin.com with SMTP; 26 May 2004 09:40:11 -0500
X-ClientHost: 106097121064103111141001111101911111141071150460991111109
X-MailingID: 308668
From: Automotive <AutomotiveLoans@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Automotive <AutomotiveLoans308668@replies.virtumundo.com>
Subject: Any Credit Auto Loans!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



AzoogleAds 1054 Centre St. Suite 214 Thornhill, ON l4j 8e5

```
From ???@??? Wed May 19 15:08:27 2004
Return-Path: <mailcenter308571@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 3500 invoked by uid 10003); 19 May 2004 20:00:05 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 3497 invoked from network); 19 May 2004 20:00:05 -0000
Received: from unknown (HELO vm214.vmadmin.com) (216.64.222.214)
  by ns48.webmasters.com with SMTP; 19 May 2004 20:00:05 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm214.vmadmin.com with SMTP; 19 May 2004 15:11:34 -0500
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 308571
From: Automotive <AutomotiveLoans@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Automotive <AutomotiveLoans308571@replies.virtumundo.com>
Subject: Any Credit Auto Loans!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



AzoogleAds 1054 Centre St. Suite 214 Thornhill, ON l4j 8e5

```
From ???@??? Wed May 19 15:08:27 2004
Return-Path: <mailcenter308571@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 3508 invoked by uid 10003); 19 May 2004 20:00:05 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 3505 invoked from network); 19 May 2004 20:00:05 -0000
Received: from unknown (HELO vm214.vmadmin.com) (216.64.222.214)
  by ns48.webmasters.com with SMTP; 19 May 2004 20:00:05 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm214.vmadmin.com with SMTP; 19 May 2004 15:11:34 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 308571
From: Automotive <AutomotiveLoans@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Automotive <AutomotiveLoans308571@replies.virtumundo.com>
Subject: Any Credit Auto Loans!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





**AzoogleAds 1054 Centre St. Suite 214 Thornhill, ON l4j 8e5**

```
From ???@??? Wed May 26 08:15:37 2004
Return-Path: <mailcenter308668@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 2175 invoked by uid 10003); 26 May 2004 14:40:13 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 2171 invoked from network); 26 May 2004 14:40:13 -0000
Received: from unknown (HELO vm107.vmadmin.com) (216.64.222.107)
  by ns48.webmasters.com with SMTP; 26 May 2004 14:40:13 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm107.vmadmin.com with SMTP; 26 May 2004 09:40:11 -0500
X-ClientHost: 106097109101115064103111141001111101191111141071150460991111 09
X-MailingID: 308668
From: Automotive <AutomotiveLoans@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Automotive <AutomotiveLoans308668@replies.virtumundo.com>
Subject: Any Credit Auto Loans!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



AzoogleAds 1054 Centre St. Suite 214 Thornhill, ON l4j 8e5

From ???@??? Thu Jan 08 06:08:50 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213941-1115>; Thu, 8 Jan 2004
08:30:53 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <214174-1117>; Thu, 8 Jan 2004 08:30:29 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm101.vmadmin.com with SMTP; 08 Jan 2004 07:30:27 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 237869
From: Awards Department <NewAwardsEntry@vmadmin.com>
To:     Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Awards Department <NewAwardsEntry237869@replies.virtumundo.com>
Subject: Home gaming system prize form
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan8.083029-0500_est.214174-1117+9365@ams.ftl.affinity.com>
Date:Thu, 8 Jan 2004 08:30:28 -0500



---

**If you would like to unsubscribe from any further email advertisements
from the advertiser promoted in this message, click here. To remove yourself
from this program, go to http://www.virtumundo.com/change or go here.  Please
mail questions or comments regarding this message to the client, eMarketMakers
15260 Ventura Blvd, Suite 2000 Sherman Oaks, CA.**

```
From ???@??? Thu Jan 08 06:08:50 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214100-1120>; Thu, 8 Jan 2004 08:30:53 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <214166-1121>; Thu, 8 Jan 2004 08:30:28 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm101.vmadmin.com with SMTP; 08 Jan 2004 07:30:27 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 237869
From: Awards Department <NewAwardsEntry@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Awards Department <NewAwardsEntry237869@replies.virtumundo.com>
Subject: Home gaming system prize form
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan8.083028-0500_est.214166-1121+9237@ams.ftl.affinity.com>
Date:Thu, 8 Jan 2004 08:30:27 -0500
```



---

**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click here. To remove yourself from this program, go to http://www.virtumundo.com/change or go here. Please mail questions or comments regarding this message to the client, eMarketMakers 15260 Ventura Blvd, Suite 2000 Sherman Oaks, CA.**

```
From ???@??? Thu Jan 08 06:08:50 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213078-1120>; Thu, 8 Jan 2004 08:30:53 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <214168-1121>; Thu, 8 Jan 2004 08:30:28 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm101.vmadmin.com with SMTP; 08 Jan 2004 07:30:27 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 237869
From: Awards Department <NewAwardsEntry@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Awards Department <NewAwardsEntry237869@replies.virtumundo.com>
Subject: Home gaming system prize form
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan8.083028-0500_est.214168-1121+9238@ams.ftl.affinity.com>
Date:Thu, 8 Jan 2004 08:30:27 -0500
```



**If you would like to unsubscribe from any further email advertisements
from the advertiser promoted in this message, click** here**. To remove yourself
from this program, go to** http://www.virtumundo.com/change **or go** here**.  Please
mail questions or comments regarding this message to the client, eMarketMakers
15260 Ventura Blvd, Suite 2000 Sherman Oaks, CA.**

From ???@??? Thu Jan 08 06:08:50 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213919-1120>; Thu, 8 Jan 2004 08:30:53 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <214139-1118>; Thu, 8 Jan 2004 08:30:27 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm101.vmadmin.com with SMTP; 08 Jan 2004 07:30:27 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 237869
From: Awards Department <NewAwardsEntry@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Awards Department <NewAwardsEntry237869@replies.virtumundo.com>
Subject: Home gaming system prize form
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan8.083027-0500_est.214139-1118+9541@ams.ftl.affinity.com>
Date:Thu, 8 Jan 2004 08:30:27 -0500



If you would like to unsubscribe from any further email advertisements
from the advertiser promoted in this message, click here. To remove yourself
from this program, go to http://www.virtumundo.com/change or go here.  Please
mail questions or comments regarding this message to the client, eMarketMakers
15260 Ventura Blvd, Suite 2000 Sherman Oaks, CA.

From ???@??? Thu Jan 08 06:08:50 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214068-1120>; Thu, 8 Jan 2004 08:30:53 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <214172-1121>; Thu, 8 Jan 2004 08:30:28 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm101.vmadmin.com with SMTP; 08 Jan 2004 07:30:27 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 237869
From: Awards Department <NewAwardsEntry@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Awards Department <NewAwardsEntry237869@replies.virtumundo.com>
Subject: Home gaming system prize form
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan8.083028-0500_est.214172-1121+9239@ams.ftl.affinity.com>
Date:Thu, 8 Jan 2004 08:30:28 -0500



If you would like to unsubscribe from any further email advertisements
from the advertiser promoted in this message, click here. To remove yourself
from this program, go to http://www.virtumundo.com/change or go here.  Please
mail questions or comments regarding this message to the client, eMarketMakers
15260 Ventura Blvd, Suite 2000 Sherman Oaks, CA.

From ???@??? Tue Dec 30 10:45:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <241347-30374>; Tue, 30 Dec 2003 12:47:39 -0500
Received: from vm213.vmadmin.com ([216.64.222.213]) by ams.ftl.affinity.com
with ESMTP id <241298-30370>; Tue, 30 Dec 2003 12:46:27 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm213.vmadmin.com with SMTP; 30 Dec 2003 11:46:24 -0600
X-ClientHost:
10609710910510809706410311114100111101191111410711504609911109
X-MailingID: 232289
From: Awards Department <PlaystationLovers@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Awards Department <PlaystationLovers232289@replies.virtumundo.com>
Subject: Home Gaming System Prize Form
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec30.124627-0500_est.241298-30370+5060@ams.ftl.affinity.com>
Date:Tue, 30 Dec 2003 12:46:26 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Dec 30 10:45:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <241150-30370>; Tue, 30 Dec 2003 12:47:39 -0500
Received: from vm213.vmadmin.com ([216.64.222.213]) by ams.ftl.affinity.com
with ESMTP id <232264-30379>; Tue, 30 Dec 2003 12:46:27 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm213.vmadmin.com with SMTP; 30 Dec 2003 11:46:24 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 232289
From: Awards Department <PlaystationLovers@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Awards Department <PlaystationLovers232289@replies.virtumundo.com>
Subject: Home Gaming System Prize Form
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec30.124627-0500_est.232264-30379+4755@ams.ftl.affinity.com>
Date:Tue, 30 Dec 2003 12:46:26 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Dec 30 10:45:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <232264-30378>; Tue, 30 Dec 2003 12:47:39 -0500
Received: from vm213.vmadmin.com ([216.64.222.213]) by ams.ftl.affinity.com
with ESMTP id <241589-30372>; Tue, 30 Dec 2003 12:46:27 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm213.vmadmin.com with SMTP; 30 Dec 2003 11:46:24 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 232289
From: Awards Department <PlaystationLovers@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Awards Department <PlaystationLovers232289@replies.virtumundo.com>
Subject: Home Gaming System Prize Form
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec30.124627-0500_est.241589-30372+5047@ams.ftl.affinity.com>
Date:Tue, 30 Dec 2003 12:46:26 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 30 10:45:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223738-30372>; Tue, 30 Dec 2003 12:47:39 -0500
Received: from vm213.vmadmin.com ([216.64.222.213]) by ams.ftl.affinity.com
with ESMTP id <241150-30378>; Tue, 30 Dec 2003 12:46:26 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm213.vmadmin.com with SMTP; 30 Dec 2003 11:46:24 -0600
X-ClientHost: 102097121101064103111114100111101191111141071150460990111109
X-MailingID: 232289
From: Awards Department <PlaystationLovers@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Awards Department <PlaystationLovers232289@replies.virtumundo.com>
Subject: Home Gaming System Prize Form
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec30.124626-0500_est.241150-30378+4839@ams.ftl.affinity.com>
Date:Tue, 30 Dec 2003 12:46:25 -0500
```



**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go
here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Dec 30 10:45:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <241458-30370>; Tue, 30 Dec
2003 12:47:39 -0500
Received: from vm213.vmadmin.com ([216.64.222.213]) by ams.ftl.affinity.com
with ESMTP id <240428-30370>; Tue, 30 Dec 2003 12:46:29 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm213.vmadmin.com with SMTP; 30 Dec 2003 11:46:24 -0600
X-ClientHost:
106111110097116104097110064103111114100111101191111141071150460991111109
X-MailingID: 232289
From: Awards Department <PlaystationLovers@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Awards Department <PlaystationLovers232289@replies.virtumundo.com>
Subject: Home Gaming System Prize Form
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec30.124629-0500_est.240428-30370+5061@ams.ftl.affinity.com>
Date:Tue, 30 Dec 2003 12:46:27 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Oct 10 18:57:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <261017-6931>; Fri, 10 Oct 2003 18:57:52 -0400
Received: from vm137.vmadmin.com ([216.64.222.137]) by ams.ftl.affinity.com
with ESMTP id <231414-6945>; Fri, 10 Oct 2003 18:56:38 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm137.vmadmin.com with SMTP; 10 Oct 2003 17:56:31 -0500
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 158999
From: Baby Showers <PerfectBabyShowers158999@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+158999@virtumundo.com>
Subject: Send out your baby shower invitations today.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct10.185638-0400_edt.231414-6945+5409@ams.ftl.affinity.com>
Date:Fri, 10 Oct 2003 18:56:37 -0400
```









**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) **or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Oct 10 18:57:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <726838-5329>; Fri, 10 Oct 2003 18:57:52 -0400
Received: from vm137.vmadmin.com ([216.64.222.137]) by ams.ftl.affinity.com
with ESMTP id <285972-5326>; Fri, 10 Oct 2003 18:56:38 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm137.vmadmin.com with SMTP; 10 Oct 2003 17:56:31 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 158999
From: Baby Showers <PerfectBabyShowers158999@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+158999@virtumundo.com>
Subject: Send out your baby shower invitations today.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct10.185638-0400_edt.285972-5326+18427@ams.ftl.affinity.com>
Date:Fri, 10 Oct 2003 18:56:37 -0400









**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html) **or you**

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Oct 10 18:57:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <722528-6926>; Fri, 10 Oct 2003 18:57:52 -0400
Received: from vm137.vmadmin.com ([216.64.222.137]) by ams.ftl.affinity.com
with ESMTP id <261017-6932>; Fri, 10 Oct 2003 18:56:36 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm137.vmadmin.com with SMTP; 10 Oct 2003 17:56:31 -0500
X-ClientHost: 102097121101064103111114100111101191111141071150460 99111109
X-MailingID: 158999
From: Baby Showers <PerfectBabyShowers158999@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+158999@virtumundo.com>
Subject: Send out your baby shower invitations today.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct10.185636-0400_edt.261017-6932+5564@ams.ftl.affinity.com>
Date:Fri, 10 Oct 2003 18:56:33 -0400







You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Oct 10 18:57:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <284725-22862>; Fri, 10 Oct
2003 18:57:52 -0400
Received: from vm137.vmadmin.com ([216.64.222.137]) by ams.ftl.affinity.com
with ESMTP id <287266-6926>; Fri, 10 Oct 2003 18:56:38 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm137.vmadmin.com with SMTP; 10 Oct 2003 17:56:31 -0500
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 158999
From: Baby Showers <PerfectBabyShowers158999@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+158999@virtumundo.com>
Subject: Send out your baby shower invitations today.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct10.185638-0400_edt.287266-6926+5409@ams.ftl.affinity.com>
Date:Fri, 10 Oct 2003 18:56:38 -0400
```







**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Aug 04 19:40:31 2006
X-Persona: <2nd User>
Return-Path: <mailcenter358586@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Fri, 04 Aug 2006 08:09:37 -0600
From: Back to School Ink Sale <BacktoSchoolInkSale@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Subject: *****SPAM***** Huge ink savings + four freebies with every order
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44D35521.0395328F"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i)4387&e=tommy@jammtomm.com
  visiting this link [...]

Content analysis details:   (7.1 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 23907 invoked from network); 4 Aug 2006 08:09:35 -0600
Received: from static-vmg-185-126.vm-mail.com (HELO vm-185-126.vm-mail.com)
(206.82.185.126)
  by rcw19190020.com with SMTP; 4 Aug 2006 08:09:35 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-126.vm-mail.com with SMTP; 04 Aug 2006 09:09:33 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109

```
X-MailingID: 358586
From: Back to School Ink Sale <BacktoSchoolInkSale@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+358586@vm-rewards.com>
Subject: Huge ink savings + four freebies with every order
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Huge ink
savings.htm"
```

```
From ???@??? Thu Sep 25 11:07:20 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217150-2946>; Thu, 25 Sep 2003 13:11:09 -0400
Received: from vl208-46.vmlocal.com ([216.21.208.46]) by ams.ftl.affinity.com
with ESMTP id <217106-2943>; Thu, 25 Sep 2003 13:10:27 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-46.vmlocal.com with SMTP; 25 Sep 2003 12:10:16 -0500
X-ClientHost: 10609710910111506410311111400111110119111114107115046099111109
X-MailingID: 144142
From: Background Check <BackgroundChecks144142@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Background Check <BackgroundChecks144142@vmlocal.com>
Subject: Instant background checks reveal all.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep25.131027-0400_edt.217106-2943+11296@ams.ftl.affinity.com>
Date:Thu, 25 Sep 2003 13:10:26 -0400
```







**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Oct 29 17:01:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220626-5222>; Wed, 29 Oct 2003 17:35:20 -0500
Received: from vl208-27.vmlocal.com ([216.21.208.27]) by ams.ftl.affinity.com
with ESMTP id <220862-5220>; Wed, 29 Oct 2003 17:34:13 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-27.vmlocal.com with SMTP; 29 Oct 2003 16:34:02 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 181256
From: Background Check <BackgroundChecks181256@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Background Check <BackgroundChecks181256@vmlocal.com>
Subject: Find out everything with a background check.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.173413-0500_est.220862-5220+4063@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 17:34:11 -0500
```






**You received this email because you signed up at one of Virtumundo's**

**websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**
Message sent Wed Oct 29 16:33:13 CST 2003

```
From ???@??? Sun Feb 01 12:23:59 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <227855-10246>; Sun, 1 Feb 2004 14:26:32 -0500
Received: from vm208-21.adknow-net.com ([216.21.208.21]) by
ams.ftl.affinity.com with ESMTP id <227872-10250>; Sun, 1 Feb 2004 14:25:29
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-21.adknow-net.com with SMTP; 01 Feb 2004 13:24:53 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 355804
From: Backpacks for Everything <BackpacksForEverything@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return355804@replies.adknow-net.com
Subject: Carries more than books.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb1.142529-0500_est.227872-10250+70131@ams.ftl.affinity.com>
Date:Sun, 1 Feb 2004 14:25:29 -0500
```



**If you would like to refer a friend information regarding this program,** go here. To remove yourself from this program (and stop receiving email messages

from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Feb 01 12:23:59 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <227836-10246>; Sun, 1 Feb 2004 14:26:32 -0500
Received: from vm208-21.adknow-net.com ([216.21.208.21]) by
ams.ftl.affinity.com with ESMTP id <227550-10246>; Sun, 1 Feb 2004 14:25:27
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-21.adknow-net.com with SMTP; 01 Feb 2004 13:24:53 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 355804
From: Backpacks for Everything <BackpacksForEverything@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return355804@replies.adknow-net.com
Subject: Carries more than books.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb1.142527-0500_est.227550-10246+69858@ams.ftl.affinity.com>
Date:Sun, 1 Feb 2004 14:25:27 -0500



If you would like to refer a friend information regarding this program,

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to <u>http://www.virtumundo.com/change/</u> or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Feb 01 12:23:59 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <227770-10239>; Sun, 1 Feb
2004 14:26:32 -0500
Received: from vm208-21.adknow-net.com ([216.21.208.21]) by
ams.ftl.affinity.com with ESMTP id <227889-10250>; Sun, 1 Feb 2004 14:25:31
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-21.adknow-net.com with SMTP; 01 Feb 2004 13:24:53 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 355804
From: Backpacks for Everything <BackpacksForEverything@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return355804@replies.adknow-net.com
Subject: Carries more than books.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb1.142531-0500_est.227889-10250+70132@ams.ftl.affinity.com>
Date:Sun, 1 Feb 2004 14:25:31 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Sep 16 14:35:19 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213805-18475>; Tue, 16 Sep 2003 17:24:36 -0400
Received: from vt20.vtarget.com ([216.64.222.20]) by ams.ftl.affinity.com with
ESMTP id <214674-18482>; Tue, 16 Sep 2003 17:23:48 -0400
Received: from vtarget.com (192.168.3.10)
  by vt20.vtarget.com with SMTP; 16 Sep 2003 16:23:34 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 136611
From: Bahamas <TakeABahamasTrip136611@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: Bahamas <TakeABahamasTrip136611@replies.vtarget.com>
Subject: Take it easier in the Bahamas.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep16.172348-0400_edt.214674-18482+3773@ams.ftl.affinity.com>
Date:Tue, 16 Sep 2003 17:23:47 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Oct 14 20:54:10 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <458806-1077>; Tue, 14 Oct 2003 22:55:29 -0400
Received: from vl208-26.vmlocal.com ([216.21.208.26]) by ams.ftl.affinity.com
with ESMTP id <343912-19927>; Tue, 14 Oct 2003 22:54:13 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-26.vmlocal.com with SMTP; 14 Oct 2003 21:47:10 -0500
X-ClientHost: 10609710910111506410311111400111110119111141071150460991111099
X-MailingID: 163350
From: Bankruptcy <FinancialProblems163350@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Bankruptcy <FinancialProblems163350@vmlocal.com>
Subject: Financial problems plaguing you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct14.225413-0400_edt.343912-19927+3142@ams.ftl.affinity.com>
Date:Tue, 14 Oct 2003 22:54:13 -0400



**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Oct 16 19:22:44 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2297926-25244>; Thu, 16 Oct 2003 21:15:54 -0400
Received: from vl208-44.vmlocal.com ([216.21.208.44]) by ams.ftl.affinity.com
with ESMTP id <288541-25251>; Thu, 16 Oct 2003 11:03:49 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-44.vmlocal.com with SMTP; 16 Oct 2003 10:02:35 -0500
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 165821
From: Bankruptcy <FinancialProblems165821@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+165821@replies.vmlocal.com>
Subject: Financial problems plaguing you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct16.110349-0400_edt.288541-25251+27873@ams.ftl.affinity.com>
Date:Thu, 16 Oct 2003 11:03:42 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go

here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Oct 21 15:01:10 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <212947-4869>; Tue, 21 Oct 2003 15:05:41 -0400
Received: from vl208-52.vmlocal.com ([216.21.208.52]) by ams.ftl.affinity.com
with ESMTP id <213026-4886>; Tue, 21 Oct 2003 15:05:00 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-52.vmlocal.com with SMTP; 21 Oct 2003 14:04:53 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 171569
From: Bankruptcy <FinancialProblems171569@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Bankruptcy <FinancialProblems171569@vmlocal.com>
Subject: Financial problems plaguing you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct21.150500-0400_edt.213026-4886+3158@ams.ftl.affinity.com>
Date:Tue, 21 Oct 2003 15:04:54 -0400



**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Oct 28 14:42:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221934-2354>; Tue, 28 Oct 2003 16:50:12 -0500
Received: from vl208-36.vmlocal.com ([216.21.208.36]) by ams.ftl.affinity.com
with ESMTP id <222868-2360>; Tue, 28 Oct 2003 16:48:51 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-36.vmlocal.com with SMTP; 28 Oct 2003 15:48:48 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 180101
From: Bankruptcy <FinancialProblems180101@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Bankruptcy <FinancialProblems180101@vmlocal.com>
Subject: Financial problems plaguing you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct28.164851-0500_est.222868-2360+4660@ams.ftl.affinity.com>
Date:Tue, 28 Oct 2003 16:48:50 -0500



        **You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go**

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent Tue Oct 28 15:47:44 CST 2003

From ???@??? Tue Oct 28 12:48:56 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222492-31084>; Tue, 28 Oct 2003 14:19:16 -0500
Received: from vl208-53.vmlocal.com ([216.21.208.53]) by ams.ftl.affinity.com
with ESMTP id <222978-31091>; Tue, 28 Oct 2003 13:56:42 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-53.vmlocal.com with SMTP; 28 Oct 2003 12:56:41 -0600
X-ClientHost: 10609710910111506410311111401111101191111410711504609911109
X-MailingID: 180102
From: Bankruptcy <FinancialProblems180102@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Bankruptcy <FinancialProblems180102@vmlocal.com>
Subject: Financial problems plaguing you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct28.135642-0500_est.222978-31091+4248@ams.ftl.affinity.com>
Date:Tue, 28 Oct 2003 13:56:42 -0500



**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go**

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent Tue Oct 28 12:55:29 CST 2003

From ???@??? Fri Oct 31 08:47:37 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213613-14139>; Fri, 31 Oct
2003 03:49:26 -0500
Received: from vl208-71.vmlocal.com ([216.21.208.71]) by ams.ftl.affinity.com
with ESMTP id <218407-14150>; Fri, 31 Oct 2003 03:48:24 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-71.vmlocal.com with SMTP; 31 Oct 2003 02:48:24 -0600
X-ClientHost:
106111100971161040971100641031111410011110119111114107115046099111109
X-MailingID: 182993
From: Bankruptcy <FinancialProblems182993@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Bankruptcy <FinancialProblems182993@vmlocal.com>
Subject: Financial problems plaguing you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct31.034824-0500_est.218407-14150+39248@ams.ftl.affinity.com>
Date:Fri, 31 Oct 2003 03:48:23 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Nov 02 15:56:24 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <238417-24148>; Sun, 2 Nov 2003 16:24:47 -0500
Received: from vl208-53.vmlocal.com ([216.21.208.53]) by ams.ftl.affinity.com
with ESMTP id <238151-24143>; Sun, 2 Nov 2003 16:23:29 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-53.vmlocal.com with SMTP; 02 Nov 2003 15:22:43 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 184331
From: Bankruptcy <FinancialProblems184331@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Bankruptcy <FinancialProblems184331@vmlocal.com>
Subject: Financial problems plaguing you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov2.162329-0500_est.238151-24143+65021@ams.ftl.affinity.com>
Date:Sun, 2 Nov 2003 16:23:27 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 02 15:56:42 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <238151-24147>; Sun, 2 Nov 2003 16:24:47 -0500
Received: from vl208-53.vmlocal.com ([216.21.208.53]) by ams.ftl.affinity.com
with ESMTP id <239238-24147>; Sun, 2 Nov 2003 16:23:35 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-53.vmlocal.com with SMTP; 02 Nov 2003 15:22:43 -0600
X-ClientHost:
106097109105108097064103111141001111101191111141071150460099111109
X-MailingID: 184331
From: Bankruptcy <FinancialProblems184331@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Bankruptcy <FinancialProblems184331@vmlocal.com>
Subject: Financial problems plaguing you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov2.162335-0500_est.239238-24147+65651@ams.ftl.affinity.com>
Date:Sun, 2 Nov 2003 16:23:34 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe**

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Feb 09 23:58:59 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <250608-23244>; Tue, 10 Feb 2004 00:22:56 -0500
Received: from vm208-61.adknow-net.com ([216.21.208.61]) by
ams.ftl.affinity.com with ESMTP id <3794027-23233>; Tue, 10 Feb 2004 00:22:10
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-61.adknow-net.com with SMTP; 09 Feb 2004 23:22:04 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 364546
From: Bankruptcy <FinancialProblems@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return364546@replies.adknow-net.com
Subject: Financial problems plaguing you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb10.002210-0500_est.3794027-23233+16670@ams.ftl.affinity.com>
Date:Tue, 10 Feb 2004 00:22:09 -0500



If you would like to refer a friend information regarding this program,
go here. To remove yourself from this program (and stop receiving email messages
from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please

note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Feb 09 19:12:08 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <728382-12445>; Mon, 9 Feb
2004 21:33:32 -0500
Received: from vm208-56.adknow-net.com ([216.21.208.56]) by
ams.ftl.affinity.com with ESMTP id <728771-12438>; Mon, 9 Feb 2004 21:32:01
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-56.adknow-net.com with SMTP; 09 Feb 2004 20:31:55 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 365085
From: Bankruptcy <FinancialProblems@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return365085@replies.adknow-net.com
Subject: Financial problems plaguing you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb9.213201-0500_est.728771-12438+53780@ams.ftl.affinity.com>
Date:Mon, 9 Feb 2004 21:32:01 -0500





**If you would like to refer a friend information regarding this program,**

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Feb 09 19:12:08 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <728254-12445>; Mon, 9 Feb 2004 21:33:32 -0500
Received: from vm208-56.adknow-net.com ([216.21.208.56]) by
ams.ftl.affinity.com with ESMTP id <728382-12439>; Mon, 9 Feb 2004 21:32:01
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-56.adknow-net.com with SMTP; 09 Feb 2004 20:31:55 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 365085
From: Bankruptcy <FinancialProblems@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return365085@replies.adknow-net.com
Subject: Financial problems plaguing you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb9.213201-0500_est.728382-12439+53982@ams.ftl.affinity.com>
Date:Mon, 9 Feb 2004 21:32:00 -0500
```



If you would like to refer a friend information regarding this program,
go here. To remove yourself from this program (and stop receiving email messages
from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please

note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Feb 09 19:12:08 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <728477-12445>; Mon, 9 Feb 2004 21:33:32 -0500
Received: from vm208-56.adknow-net.com ([216.21.208.56]) by
ams.ftl.affinity.com with ESMTP id <728254-12448>; Mon, 9 Feb 2004 21:32:01
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-56.adknow-net.com with SMTP; 09 Feb 2004 20:31:55 -0600
X-ClientHost: 10209712110106410311111410011111101191111141071150460991111 09
X-MailingID: 365085
From: Bankruptcy <FinancialProblems@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return365085@replies.adknow-net.com
Subject: Financial problems plaguing you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb9.213201-0500_est.728254-12448+53092@ams.ftl.affinity.com>
Date:Mon, 9 Feb 2004 21:31:59 -0500
```



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please

note that the companies listed within this service have not provided
Virtumundo consideration to include their products in this message. Please
mail questions or comments regarding this message to List Member Inquiries,
Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c)
1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Jan 31 19:03:51 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3786101-1095>; Sat, 31 Jan 2004 19:32:03 -0500
Received: from vm208-30.adknow-net.com ([216.21.208.30]) by
ams.ftl.affinity.com with ESMTP id <3786113-1088>; Sat, 31 Jan 2004 19:31:15
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-30.adknow-net.com with SMTP; 31 Jan 2004 18:31:11 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 355504
From: Bankruptcy <FinancialProblems@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return355504@replies.adknow-net.com
Subject: Financial problems plaguing you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan31.193115-0500_est.3786113-1088+8363@ams.ftl.affinity.com>
Date:Sat, 31 Jan 2004 19:31:15 -0500
```



**If you would like to refer a friend information regarding this program,
go** here**. To remove yourself from this program (and stop receiving email messages
from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please**

note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Jan 30 21:31:28 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2722011-2103>; Fri, 30 Jan 2004 22:14:02 -0500
Received: from vm208-37.adknow-net.com ([216.21.208.37]) by
ams.ftl.affinity.com with ESMTP id <2768642-2110>; Fri, 30 Jan 2004 22:11:48
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-37.adknow-net.com with SMTP; 30 Jan 2004 21:10:55 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 354004
From: Bankruptcy <FinancialProblems@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return354004@replies.adknow-net.com
Subject: Financial problems plaguing you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan30.221148-0500_est.2768642-2110+5368@ams.ftl.affinity.com>
Date:Fri, 30 Jan 2004 22:11:45 -0500
```



If you would like to refer a friend information regarding this program,
go here. To remove yourself from this program (and stop receiving email messages

from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Jan 30 00:03:13 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221711-7236>; Thu, 29 Jan 2004 23:27:52 -0500
Received: from vm208-15.adknow-net.com ([216.21.208.15]) by
ams.ftl.affinity.com with ESMTP id <216272-7243>; Thu, 29 Jan 2004 23:26:44
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-15.adknow-net.com with SMTP; 29 Jan 2004 22:26:38 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 353166
From: Bankruptcy <FinancialProblems@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return353166@replies.adknow-net.com
Subject: Financial problems plaguing you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan29.232644-0500_est.216272-7243+21419@ams.ftl.affinity.com>
Date:Thu, 29 Jan 2004 23:26:42 -0500



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please

note that the companies listed within this service have not provided
Virtumundo consideration to include their products in this message. Please
mail questions or comments regarding this message to List Member Inquiries,
Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c)
1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Jan 27 22:52:49 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <361849-7456>; Tue, 27 Jan 2004 23:22:25 -0500
Received: from vm208-21.adknow-net.com ([216.21.208.21]) by
ams.ftl.affinity.com with ESMTP id <361892-7460>; Tue, 27 Jan 2004 23:20:57
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-21.adknow-net.com with SMTP; 27 Jan 2004 22:20:52 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460999111109
X-MailingID: 351576
From: Bankruptcy <FinancialProblems@adknow-net.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return351576@replies.adknow-net.com
Subject: Financial problems plaguing you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan27.232057-0500_est.361892-7460+18976@ams.ftl.affinity.com>
Date:Tue, 27 Jan 2004 23:20:56 -0500
```



**If you would like to refer a friend information regarding this program,
go here. To remove yourself from this program (and stop receiving email messages
from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please**

note that the companies listed within this service have not provided
Virtumundo consideration to include their products in this message. Please
mail questions or comments regarding this message to List Member Inquiries,
Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c)
1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Feb 09 23:58:59 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <256812-23243>; Tue, 10 Feb 2004 00:22:57 -0500
Received: from vm208-61.adknow-net.com ([216.21.208.61]) by
ams.ftl.affinity.com with ESMTP id <259773-23231>; Tue, 10 Feb 2004 00:22:11
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-61.adknow-net.com with SMTP; 09 Feb 2004 23:22:04 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 364546
From: Bankruptcy <FinancialProblems@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return364546@replies.adknow-net.com
Subject: Financial problems plaguing you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb10.002211-0500_est.259773-23231+16837@ams.ftl.affinity.com>
Date:Tue, 10 Feb 2004 00:22:10 -0500
```



If you would like to refer a friend information regarding this program,
go here. To remove yourself from this program (and stop receiving email messages

from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Jan 21 18:02:09 2006
X-Persona: <Jay>
Return-Path: <mailcenter335152@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 2842 invoked from network); 14 Jan 2006 15:12:33 -0600
Received: from vm-182-140.vm-mail.com (206.82.182.140)
  by ehahome.com with SMTP; 14 Jan 2006 15:12:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-140.vm-mail.com with SMTP; 14 Jan 2006 15:12:20 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 335152
From: Bargain Homes <BargainHomes@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335152@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**Bargain Network, Inc., 326 Bollay Dr, Goleta, CA 93117**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Sat Jan 21 16:40:46 2006
X-Persona: <Celia>
Return-Path: <mailcenter335152@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 28971 invoked from network); 14 Jan 2006 15:32:07 -0600
Received: from vm-181-50.vm-mail.com (206.82.181.50)
  by anthonycentral.com with SMTP; 14 Jan 2006 15:32:07 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-50.vm-mail.com with SMTP; 14 Jan 2006 15:31:55 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 335152
From: Bargain Homes <BargainHomes@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335152@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
```



**Bargain Network, Inc., 326 Bollay Dr, Goleta, CA 93117**

**If you can not see our footer image, please** visit here.

```
From ???@??? Mon Jan 16 20:01:15 2006
Return-Path: <mailcenter335152@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 2839 invoked from network); 14 Jan 2006 15:09:52 -0600
Received: from vm-177-4.vm-mail.com (206.82.177.4)
  by gordonworks.com with SMTP; 14 Jan 2006 15:09:52 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-4.vm-mail.com with SMTP; 14 Jan 2006 15:09:40 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 335152
From: Bargain Homes <BargainHomes@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335152@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**Bargain Network, Inc., 326 Bollay Dr, Goleta, CA 93117**

**If you can not see our footer image, please** visit here.

```
From ???@??? Mon Jan 16 20:01:15 2006
Return-Path: <mailcenter335152@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 3105 invoked from network); 14 Jan 2006 15:09:53 -0600
Received: from vm-177-4.vm-mail.com (206.82.177.4)
   by gordonworks.com with SMTP; 14 Jan 2006 15:09:52 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-4.vm-mail.com with SMTP; 14 Jan 2006 15:09:40 -0600
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 335152
From: Bargain Homes <BargainHomes@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335152@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**Bargain Network, Inc., 326 Bollay Dr, Goleta, CA 93117**

**If you can not see our footer image, please** visit here.

```
From ???@??? Mon Jan 16 20:01:15 2006
Return-Path: <mailcenter335152@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 3617 invoked from network); 14 Jan 2006 15:09:54 -0600
Received: from vm-177-4.vm-mail.com (206.82.177.4)
   by gordonworks.com with SMTP; 14 Jan 2006 15:09:53 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-4.vm-mail.com with SMTP; 14 Jan 2006 15:09:40 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 335152
From: Bargain Homes <BargainHomes@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335152@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**Bargain Network, Inc., 326 Bollay Dr, Goleta, CA 93117**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Mon Jan 16 20:01:15 2006
Return-Path: <mailcenter335152@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 4389 invoked from network); 14 Jan 2006 15:09:55 -0600
Received: from vm-177-4.vm-mail.com (206.82.177.4)
  by gordonworks.com with SMTP; 14 Jan 2006 15:09:54 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-4.vm-mail.com with SMTP; 14 Jan 2006 15:09:40 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080046099111109
X-MailingID: 335152
From: Bargain Homes <BargainHomes@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335152@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**Bargain Network, Inc., 326 Bollay Dr, Goleta, CA 93117**

**If you can not see our footer image, please** visit here.

```
From ???@??? Mon Jan 16 20:01:15 2006
Return-Path: <mailcenter335152@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 14661 invoked from network); 14 Jan 2006 15:10:03 -0600
Received: from vm-177-4.vm-mail.com (206.82.177.4)
  by gordonworks.com with SMTP; 14 Jan 2006 15:09:55 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-4.vm-mail.com with SMTP; 14 Jan 2006 15:09:40 -0600
X-ClientHost: 1161060640971101161041111012109910111011611409710804609911109
X-MailingID: 335152
From: Bargain Homes <BargainHomes@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335152@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



Bargain Network, Inc., 326 Bollay Dr, Goleta, CA 93117

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 16 16:23:58 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter335152@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 11010 invoked from network); 14 Jan 2006 15:11:26 -0600
Received: from vm-182-156.vm-mail.com (206.82.182.156)
  by chiefmusician.net with SMTP; 14 Jan 2006 15:11:26 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-156.vm-mail.com with SMTP; 14 Jan 2006 15:11:13 -0600
X-ClientHost:
1061051090641051161001051001101111610111010011410510310411604609911109
X-MailingID: 335152
From: Bargain Homes <BargainHomes@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335152@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Bargain Network, Inc., 326 Bollay Dr, Goleta, CA 93117

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 16 11:41:09 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter335152@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 3362 invoked from network); 14 Jan 2006 15:12:34 -0600
Received: from vm-182-170.vm-mail.com (206.82.182.170)
   by clrobin.com with SMTP; 14 Jan 2006 15:12:33 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-170.vm-mail.com with SMTP; 14 Jan 2006 15:12:21 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 335152
From: Bargain Homes <BargainHomes@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335152@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**Bargain Network, Inc., 326 Bollay Dr, Goleta, CA 93117**

**If you can not see our footer image, please** visit here.

```
From ???@??? Sat Jan 14 19:38:16 2006
X-Persona: <Mila>
Return-Path: <mailcenter335152@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 1536 invoked from network); 14 Jan 2006 15:12:29 -0600
Received: from vm-182-143.vm-mail.com (206.82.182.143)
  by celiajay.com with SMTP; 14 Jan 2006 15:12:28 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-143.vm-mail.com with SMTP; 14 Jan 2006 15:12:15 -0600
X-ClientHost: 1091051080970641060971091091161111091090460991111109
X-MailingID: 335152
From: Bargain Homes <BargainHomes@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335152@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**Bargain Network, Inc., 326 Bollay Dr, Goleta, CA 93117**

If you can not see our footer image, please visit here.

From ???@??? Mon Jan 30 16:01:35 2006
X-Persona: <RCW>
Return-Path: <mailcenter335152@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 16544 invoked from network); 14 Jan 2006 16:02:02 -0600
Received: from vm-182-2.vm-mail.com (206.82.182.2)
  by jaykaysplace.com with SMTP; 14 Jan 2006 16:02:01 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-2.vm-mail.com with SMTP; 14 Jan 2006 16:01:50 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 335152
From: Bargain Homes <BargainHomes@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335152@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



---

 **Bargain Network, Inc., 326 Bollay Dr, Goleta, CA 93117**



If you can not see our footer image, please *visit here*.

```
From ???@??? Sun Apr 09 09:44:37 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter342736@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 3749 invoked from network); 6 Apr 2006 10:43:36 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by ehahome.com with SMTP; 6 Apr 2006 10:43:31 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 06 Apr 2006 11:43:26 -0500
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 342736
From: Bargain Motors <BargainMotors@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342736@vm-rewards.com>
Subject: Find cars, trucks, vans and SUVs from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---

Bargain Network, Inc. 326 Bollay Dr Goleta, CA 93117

If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 07 13:15:12 2006
Return-Path: <mailcenter342736@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 20001 invoked from network); 6 Apr 2006 10:39:49 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by ehahome.com with SMTP; 6 Apr 2006 10:39:48 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 06 Apr 2006 11:39:35 -0500
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 342736
From: Bargain Motors <BargainMotors@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342736@vm-rewards.com>
Subject: Find cars, trucks, vans and SUVs from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



**Bargain Network, Inc. 326 Bollay Dr Goleta, CA 93117**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 06 21:12:09 2006
X-Persona: <Anthony>
Return-Path: <mailcenter342736@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 20001 invoked from network); 6 Apr 2006 10:39:49 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by ehahome.com with SMTP; 6 Apr 2006 10:39:48 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 06 Apr 2006 11:39:35 -0500
X-ClientHost:
099104117099107064097110116104111101210991011101161140971080460991111109
X-MailingID: 342736
From: Bargain Motors <BargainMotors@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342736@vm-rewards.com>
Subject: Find cars, trucks, vans and SUVs from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**Bargain Network, Inc. 326 Bollay Dr Goleta, CA 93117**

If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 09 09:49:53 2006
X-Persona: <Jay>
Return-Path: <mailcenter342736@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 22497 invoked from network); 6 Apr 2006 10:44:31 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaykaysplace.com with SMTP; 6 Apr 2006 10:44:30 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 06 Apr 2006 11:44:25 -0500
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 342736
From: Bargain Motors <BargainMotors@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342736@vm-rewards.com>
Subject: Find cars, trucks, vans and SUVs from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_56,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



**Bargain Network, Inc. 326 Bollay Dr Goleta, CA 93117**

If you can not see our footer image, please visit here.

From ???@??? Fri Jul 08 16:31:13 2005
X-Persona: <Katie>
Return-Path: <mailcenter327147@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 08 Jul 2005 00:06:13 -0600
From: Bargain Offers <BargainOffers@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Bed & Bath Liquidation - Save up to 75 percent
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.1 required=3.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_06,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,
      SAVE_UP_TO,SAVINGS,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42CE17D5.D250FA7D"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2963&e=katie@ehahome.com
  URI:http://ogy.cc/bnb/sb.gif $6.95 Flat Rate Shipping â€¢ 30 Day
  Returns â€¢ New Deals Daily
  URI:http://redirect.virtumundo.com/ct?i'2964&e=katie@ehahome.com
  URI:http://ogy.cc/bnb/nav1.gif
  URI:http://redirect.virtumundo.com/ct?i'2965&e=katie@ehahome.com
  URI:http://ogy.cc/bnb/nav2.gif
  URI:http://redirect.virtumundo.com/ct?i'2966&e=katie@ehahome.com
  URI:http://ogy.cc/bnb/nav3.gif
  URI:http://redirect.virtumundo.com/ct?i'2967&e=katie@ehahome.com
  URI:http://ogy.cc/bnb/nav4.gif
  URI:http://redirect.virtumundo.com/ct?i'2968&e=katie@ehahome.com
  URI:http://ogy.cc/bnb/nav5.gif
  URI:http://redirect.virtumundo.com/ct?i'2972&e=katie@ehahome.com
  URI:http://ogy.cc/bnb/nav6.gif
  URI:http://redirect.virtumundo.com/ct?i'2973&e=katie@ehahome.com
  URI:http://ogy.cc/bnb/nav7.gif
  URI:http://redirect.virtumundo.com/ct?i'2974&e=katie@ehahome.com
  URI:http://ogy.cc/bnb/nav8.gif
  URI:http://redirect.virtumundo.com/ct?i'2970&e=katie@ehahome.com
  URI:http://ogy.cc/bnb/nav9.gif
  URI:http://redirect.virtumundo.com/ct?i'2976&e=katie@ehahome.com
  URI:http://ogy.cc/bnb/nav10.gif [...]

Content analysis details:   (9.1 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 0.4 SAVINGS                Subject talks about savings

```
2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
0.1 SAVE_UP_TO               BODY: Save Up To
0.9 HTML_IMAGE_RATIO_04      BODY: HTML has a low ratio of text to image area
0.1 HTML_FONTCOLOR_UNKNOWN   BODY: HTML font color is unknown to us
1.7 HTML_IMAGE_ONLY_06       BODY: HTML: images with 400-600 bytes of words
0.0 HTML_MESSAGE             BODY: HTML included in message
0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset
1.3 RCVD_IN_SBL              RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


```
Received: (qmail 13124 invoked from network); 8 Jul 2005 00:06:13 -0600
Received: from vm-181-111.vm-mail.com (206.82.181.111)
  by rcw19190020.com with SMTP; 8 Jul 2005 00:06:12 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-111.vm-mail.com with SMTP; 08 Jul 2005 01:06:11 -0500
X-ClientHost: 107097116105101061041011040971041111091010460991111109
X-MailingID: 327147
From: Bargain Offers <BargainOffers@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+327147@vm-rewards.com>
Subject: Bed & Bath Liquidation - Save up to 75 percent
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Bed & Bath
Liqui.htm"
```

From ???@??? Fri Jul 08 16:31:13 2005
X-Persona: <Katie>
Return-Path: <mailcenter327147@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Fri, 08 Jul 2005 00:06:13 -0600
From: Bargain Offers <BargainOffers@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Bed & Bath Liquidation - Save up to 75 percent
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.1 required=3.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_06,HTML_IMAGE_RATIO_04,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,
        SAVE_UP_TO,SAVINGS,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42CE17D5.D250FA7D"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2963&e=katie@ehahome.com
  URI:http://ogy.cc/bnb/sb.gif $6.95 Flat Rate Shipping â€¢ 30 Day
  Returns â€¢ New Deals Daily
  URI:http://redirect.virtumundo.com/ct?i'2964&e=katie@ehahome.com
  URI:http://ogy.cc/bnb/nav1.gif
  URI:http://redirect.virtumundo.com/ct?i'2965&e=katie@ehahome.com
  URI:http://ogy.cc/bnb/nav2.gif
  URI:http://redirect.virtumundo.com/ct?i'2966&e=katie@ehahome.com
  URI:http://ogy.cc/bnb/nav3.gif
  URI:http://redirect.virtumundo.com/ct?i'2967&e=katie@ehahome.com
  URI:http://ogy.cc/bnb/nav4.gif
  URI:http://redirect.virtumundo.com/ct?i'2968&e=katie@ehahome.com
  URI:http://ogy.cc/bnb/nav5.gif
  URI:http://redirect.virtumundo.com/ct?i'2972&e=katie@ehahome.com
  URI:http://ogy.cc/bnb/nav6.gif
  URI:http://redirect.virtumundo.com/ct?i'2973&e=katie@ehahome.com
  URI:http://ogy.cc/bnb/nav7.gif
  URI:http://redirect.virtumundo.com/ct?i'2974&e=katie@ehahome.com
  URI:http://ogy.cc/bnb/nav8.gif
  URI:http://redirect.virtumundo.com/ct?i'2970&e=katie@ehahome.com
  URI:http://ogy.cc/bnb/nav9.gif
  URI:http://redirect.virtumundo.com/ct?i'2976&e=katie@ehahome.com
  URI:http://ogy.cc/bnb/nav10.gif [...]

Content analysis details:   (9.1 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 0.4 SAVINGS                Subject talks about savings

```
2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
0.1 SAVE_UP_TO              BODY: Save Up To
0.9 HTML_IMAGE_RATIO_04     BODY: HTML has a low ratio of text to image area
0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
1.7 HTML_IMAGE_ONLY_06      BODY: HTML: images with 400-600 bytes of words
0.0 HTML_MESSAGE            BODY: HTML included in message
0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


```
Received: (qmail 13124 invoked from network); 8 Jul 2005 00:06:13 -0600
Received: from vm-181-111.vm-mail.com (206.82.181.111)
  by rcw19190020.com with SMTP; 8 Jul 2005 00:06:12 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-111.vm-mail.com with SMTP; 08 Jul 2005 01:06:11 -0500
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 327147
From: Bargain Offers <BargainOffers@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+327147@vm-rewards.com>
Subject: Bed & Bath Liquidation - Save up to 75 percent
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Bed & Bath
Liqui.htm"
```

From ???@??? Sun Jun 19 17:09:12 2005
X-Persona: <Katie>
Return-Path: <mailcenter326224@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 13 Jun 2005 18:12:29 -0600
From: Bargains <BathBargains@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Up to an extra $40 off Prada, Cuisinart and more
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ******
X-Spam-Status: Yes, hits=6.9 required=3.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42AE20ED.8F710F50"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Special Introductory Offer
   URI:http://redirect.virtumundo.com/ct?i'2509&e=katie@ehahome.com
   URI:http://ogy.cc/handbag/sb.gif $6.95 Flat Rate Shipping â€¢ 30 Day
   Returns â€¢ New Deals Daily [...]

Content analysis details:   (6.9 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.8 HTML_IMAGE_ONLY_08     BODY: HTML: images with 600-800 bytes of words
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                            [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 5667 invoked from network); 13 Jun 2005 18:12:28 -0600
Received: from vm-180-239.vm-mail.com (206.82.180.239)
  by rcw19190020.com with SMTP; 13 Jun 2005 18:12:28 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-239.vm-mail.com with SMTP; 13 Jun 2005 19:12:27 -0500

```
X-ClientHost: 1070971161051010641011040971041111091010460991111109
X-MailingID: 326224
From: Bargains <BathBargains@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326224@vm-rewards.com>
Subject: Up to an extra $40 off Prada, Cuisinart and more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Up to an extra
$.htm"
```

From ???@??? Sun Jun 19 17:09:12 2005
X-Persona: <Katie>
Return-Path: <mailcenter326224@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 13 Jun 2005 18:12:29 -0600
From: Bargains <BathBargains@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Up to an extra $40 off Prada, Cuisinart and more
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ******
X-Spam-Status: Yes, hits=6.9 required=3.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42AE20ED.8F710F50"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Special Introductory Offer
  URI:http://redirect.virtumundo.com/ct?i'2509&e=katie@ehahome.com
  URI:http://ogy.cc/handbag/sb.gif $6.95 Flat Rate Shipping â€¢ 30 Day
  Returns â€¢ New Deals Daily [...]

Content analysis details:   (6.9 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.8 HTML_IMAGE_ONLY_08     BODY: HTML: images with 600-800 bytes of words
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                  [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 5667 invoked from network); 13 Jun 2005 18:12:28 -0600
Received: from vm-180-239.vm-mail.com (206.82.180.239)
  by rcw19190020.com with SMTP; 13 Jun 2005 18:12:28 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-239.vm-mail.com with SMTP; 13 Jun 2005 19:12:27 -0500

```
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 326224
From: Bargains <BathBargains@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326224@vm-rewards.com>
Subject: Up to an extra $40 off Prada, Cuisinart and more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Up to an extra
$.htm"
```

From ???@??? Tue Oct 14 08:49:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <302798-25251>; Tue, 14 Oct 2003 10:10:27 -0400
Received: from vl208-47.vmlocal.com ([216.21.208.47]) by ams.ftl.affinity.com
with ESMTP id <301237-25250>; Tue, 14 Oct 2003 10:09:08 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-47.vmlocal.com with SMTP; 14 Oct 2003 09:02:06 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 163099
From: Battery Replacements <BatteryReplacements163099@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Battery Replacements <BatteryReplacements163099@vmlocal.com>
Subject: Never run out of battery power.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct14.100908-0400_edt.301237-25250+2614@ams.ftl.affinity.com>
Date:Tue, 14 Oct 2003 10:09:08 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 27 17:34:48 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <265765-17952>; Tue, 27 Jan 2004 19:27:04 -0500
Received: from vm208-45.adknow-net.com ([216.21.208.45]) by
ams.ftl.affinity.com with ESMTP id <266029-17957>; Tue, 27 Jan 2004 19:26:03
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-45.adknow-net.com with SMTP; 27 Jan 2004 18:25:56 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 352070
From: Battery Replacements <BatteryReplacements@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return352070@replies.adknow-net.com
Subject: The best battery offers are right here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan27.192603-0500_est.266029-17957+116264@ams.ftl.affinity.com>
Date:Tue, 27 Jan 2004 19:26:03 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Jan 25 12:03:26 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2395918-15191>; Sun, 25 Jan 2004 14:31:36 -0500
Received: from vm208-79.adknow-net.com ([216.21.208.79]) by
ams.ftl.affinity.com with ESMTP id <2397943-15194>; Sun, 25 Jan 2004 14:30:38
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-79.adknow-net.com with SMTP; 25 Jan 2004 13:30:35 -0600
X-ClientHost: 10209712110106410311111410011110119111114107115046099111109
X-MailingID: 349747
From: Battery Replacements <BatteryReplacements@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return349747@replies.adknow-net.com
Subject: Charge your on-the-go lifestyle.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan25.143038-0500_est.2397943-15194+61183@ams.ftl.affinity.com>
Date:Sun, 25 Jan 2004 14:30:37 -0500



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Feb 12 13:38:44 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3671840-16751>; Thu, 12 Feb 2004 15:52:21 -0500
Received: from vm208-44.adknow-net.com ([216.21.208.44]) by
ams.ftl.affinity.com with ESMTP id <3671820-22526>; Thu, 12 Feb 2004 15:51:15
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-44.adknow-net.com with SMTP; 12 Feb 2004 14:51:11 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 369607
From: Battery Replacements <BatteryReplacements@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return369607@replies.adknow-net.com
Subject: Charge your on-the-go lifestyle.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb12.155115-0500_est.3671820-22526+780@ams.ftl.affinity.com>
Date:Thu, 12 Feb 2004 15:51:15 -0500
```



**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Apr 19 15:15:56 2004
Return-Path: <mailcenter308142@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 21452 invoked by uid 10003); 19 Apr 2004 21:10:31 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 21449 invoked from network); 19 Apr 2004 21:10:31 -0000
Received: from unknown (HELO vm108.vmadmin.com) (216.64.222.108)
   by ns48.webmasters.com with SMTP; 19 Apr 2004 21:10:31 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm108.vmadmin.com with SMTP; 19 Apr 2004 16:16:02 -0500
X-ClientHost: 10609712106410311114100111110119111114107115046099111109
X-MailingID: 308142
From: Be on the Force <YouCouldBeOnTheForce@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Be on the Force <YouCouldBeOnTheForce308142@replies.virtumundo.com>
Subject: Get a Law Enforcement Degree in 13 months.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Business Marketing
Education Criminal Justice
IT-Technology Healthcare



 **Chooseadegree.com, 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018**

```
From ???@??? Mon Apr 19 15:15:56 2004
Return-Path: <mailcenter308142@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 21438 invoked by uid 10003); 19 Apr 2004 21:10:30 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 21430 invoked from network); 19 Apr 2004 21:10:30 -0000
Received: from unknown (HELO vm108.vmadmin.com) (216.64.222.108)
  by ns48.webmasters.com with SMTP; 19 Apr 2004 21:10:30 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm108.vmadmin.com with SMTP; 19 Apr 2004 16:16:02 -0500
X-ClientHost: 10609710910115064103111141001111101191111141071150460991111109
X-MailingID: 308142
From: Be on the Force <YouCouldBeOnTheForce@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Be on the Force <YouCouldBeOnTheForce308142@replies.virtumundo.com>
Subject: Get a Law Enforcement Degree in 13 months.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Business Marketing
Education Criminal Justice
IT-Technology Healthcare



 **Chooseadegree.com, 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018**

From ???@??? Wed Apr 12 07:34:47 2006
X-Persona: <Mila>
Return-Path: <mailcenter343152@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 10 Apr 2006 10:27:42 -0600
From: Beautiful Singles <BeautifulSingles@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Tired of the same old dating sites
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.1 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_443A877E.2B838484"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(1955&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(1955&e=mila@jammtomm.com
  URI:http://ogy.cc/email9.jpg [...]

Content analysis details:   (11.1 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
                [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 28451 invoked from network); 10 Apr 2006 10:27:38 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by clrobin.com with SMTP; 10 Apr 2006 10:27:37 -0600
Received: from vm-mail.com (10.0.0.42)

```
  by pkc-sb01 with SMTP; 10 Apr 2006 11:27:32 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 343152
From: Beautiful Singles <BeautifulSingles@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343152@vm-rewards.com>
Subject: Tired of the same old dating sites
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Tired of
the sam.htm"
```

```
From ???@??? Tue Jun 15 18:12:22 2004
Return-Path: <mailcenter309033@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 32527 invoked by uid 10003); 15 Jun 2004 23:38:51 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 32523 invoked from network); 15 Jun 2004 23:38:51 -0000
Received: from unknown (HELO vm101.vmadmin.com) (216.64.222.101)
  by ns48.webmasters.com with SMTP; 15 Jun 2004 23:38:51 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm101.vmadmin.com with SMTP; 15 Jun 2004 18:38:51 -0500
X-ClientHost:
106097109105108097064103111114100111101191111141071150460099111109
X-MailingID: 309033
From: Bed and Bath <BedAndBathItemsToday@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Bed and Bath <BedAndBathItemsToday309033@replies.virtumundo.com>
Subject: Sheets, Comforters & More - up to 75 percent off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



bed/bath | electronics | her accessories | her apparel | home | jewelry
| kitchen | men's

Due to limited quantities of merchandise, extremely popular items
mentioned in this newsletter may sell out. Featured items were
available at the time of this writing. We apologize in advance for any
inconvenience.

Copyright © 2000-2004 SmartBargains.com, LP. All rights reserved.



SmartBargains.com LP 10 Milk St. Boston, MA 02108

From ???@??? Tue Jun 15 18:12:22 2004
Return-Path: <mailcenter309033@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 32540 invoked by uid 10003); 15 Jun 2004 23:38:51 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 32537 invoked from network); 15 Jun 2004 23:38:51 -0000
Received: from unknown (HELO vm101.vmadmin.com) (216.64.222.101)
  by ns48.webmasters.com with SMTP; 15 Jun 2004 23:38:51 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm101.vmadmin.com with SMTP; 15 Jun 2004 18:38:51 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 309033
From: Bed and Bath <BedAndBathItemsToday@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Bed and Bath <BedAndBathItemsToday309033@replies.virtumundo.com>
Subject: Sheets, Comforters & More - up to 75 percent off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



bed/bath  |  electronics  |  her accessories  |  her apparel  |  home  |  jewelry
|  kitchen  |  men's

Due to limited quantities of merchandise, extremely popular items
mentioned in this newsletter may sell out. Featured items were
available at the time of this writing. We apologize in advance for any
inconvenience.

Copyright © 2000-2004 SmartBargains.com, LP. All rights reserved.



SmartBargains.com LP 10 Milk St. Boston, MA 02108

```
From ???@??? Tue Jun 15 18:12:22 2004
Return-Path: <mailcenter309033@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 32554 invoked by uid 10003); 15 Jun 2004 23:38:51 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 32546 invoked from network); 15 Jun 2004 23:38:51 -0000
Received: from unknown (HELO vm101.vmadmin.com) (216.64.222.101)
  by ns48.webmasters.com with SMTP; 15 Jun 2004 23:38:51 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm101.vmadmin.com with SMTP; 15 Jun 2004 18:38:51 -0500
X-ClientHost:
106111110097116104097110064103111114100111101191111141071150460991111109
X-MailingID: 309033
From: Bed and Bath <BedAndBathItemsToday@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Bed and Bath <BedAndBathItemsToday309033@replies.virtumundo.com>
Subject: Sheets, Comforters & More - up to 75 percent off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



| bed/bath | electronics | her accessories | her apparel | home | jewelry |

| kitchen | men's |

Due to limited quantities of merchandise, extremely popular items mentioned in this newsletter may sell out. Featured items were available at the time of this writing. We apologize in advance for any inconvenience.

Copyright © 2000-2004 SmartBargains.com, LP. All rights reserved.



SmartBargains.com LP 10 Milk St. Boston, MA 02108

From ???@??? Wed Jun 02 19:38:53 2004
Return-Path: <mailcenter308765@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 9003 invoked by uid 10003); 2 Jun 2004 23:43:55 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 8998 invoked from network); 2 Jun 2004 23:43:55 -0000
Received: from unknown (HELO vm092.vmadmin.com) (216.64.222.92)
  by ns48.webmasters.com with SMTP; 2 Jun 2004 23:43:55 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 02 Jun 2004 18:43:54 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 308765
From: Bed and Bath <BedAndBathItemsToday@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Bed and Bath <BedAndBathItemsToday308765@replies.virtumundo.com>
Subject: Sheets, Comforters & More - up to 75 percent off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



bed/bath | electronics | her accessories | her apparel | home | jewelry
| kitchen | men's

Due to limited quantities of merchandise, extremely popular items
mentioned in this newsletter may sell out. Featured items were
available at the time of this writing. We apologize in advance for any
inconvenience.

Copyright © 2000-2004 SmartBargains.com, LP. All rights reserved.



SmartBargains.com LP 10 Milk St. Boston, MA 02108

```
From ???@??? Wed Jun 02 19:38:53 2004
Return-Path: <mailcenter308765@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 9011 invoked by uid 10003); 2 Jun 2004 23:43:55 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 9008 invoked from network); 2 Jun 2004 23:43:55 -0000
Received: from unknown (HELO vm092.vmadmin.com) (216.64.222.92)
  by ns48.webmasters.com with SMTP; 2 Jun 2004 23:43:55 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 02 Jun 2004 18:43:54 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 308765
From: Bed and Bath <BedAndBathItemsToday@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Bed and Bath <BedAndBathItemsToday308765@replies.virtumundo.com>
Subject: Sheets, Comforters & More - up to 75 percent off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



bed/bath | electronics | her accessories | her apparel | home | jewelry
kitchen | men's

Due to limited quantities of merchandise, extremely popular items mentioned in this newsletter may sell out. Featured items were available at the time of this writing. We apologize in advance for any inconvenience.

Copyright © 2000-2004 SmartBargains.com, LP. All rights reserved.



SmartBargains.com LP 10 Milk St. Boston, MA 02108

```
From ???@??? Wed Jun 02 19:38:53 2004
Return-Path: <mailcenter308765@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 9019 invoked by uid 10003); 2 Jun 2004 23:43:56 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 9016 invoked from network); 2 Jun 2004 23:43:56 -0000
Received: from unknown (HELO vm092.vmadmin.com) (216.64.222.92)
  by ns48.webmasters.com with SMTP; 2 Jun 2004 23:43:56 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 02 Jun 2004 18:43:54 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 308765
From: Bed and Bath <BedAndBathItemsToday@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Bed and Bath <BedAndBathItemsToday308765@replies.virtumundo.com>
Subject: Sheets, Comforters & More - up to 75 percent off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



bed/bath  |  electronics  |  her accessories  |  her apparel  |  home  |  jewelry
|  kitchen  |  men's

Due to limited quantities of merchandise, extremely popular items
mentioned in this newsletter may sell out. Featured items were
available at the time of this writing. We apologize in advance for any
inconvenience.

Copyright © 2000-2004 SmartBargains.com, LP. All rights reserved.



SmartBargains.com LP 10 Milk St. Boston, MA 02108

```
From ???@??? Wed Jun 02 19:38:53 2004
Return-Path: <mailcenter308765@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 9027 invoked by uid 10003); 2 Jun 2004 23:43:56 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 9024 invoked from network); 2 Jun 2004 23:43:56 -0000
Received: from unknown (HELO vm092.vmadmin.com) (216.64.222.92)
  by ns48.webmasters.com with SMTP; 2 Jun 2004 23:43:56 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 02 Jun 2004 18:43:54 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 308765
From: Bed and Bath <BedAndBathItemsToday@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Bed and Bath <BedAndBathItemsToday308765@replies.virtumundo.com>
Subject: Sheets, Comforters & More - up to 75 percent off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



bed/bath | electronics | her accessories | her apparel | home | jewelry
kitchen | men's

Due to limited quantities of merchandise, extremely popular items mentioned in this newsletter may sell out. Featured items were available at the time of this writing. We apologize in advance for any inconvenience.

Copyright © 2000-2004 SmartBargains.com, LP. All rights reserved.



SmartBargains.com LP 10 Milk St. Boston, MA 02108

```
From ???@??? Tue Jun 15 18:12:22 2004
Return-Path: <mailcenter309033@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 32517 invoked by uid 10003); 15 Jun 2004 23:38:50 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 32514 invoked from network); 15 Jun 2004 23:38:50 -0000
Received: from unknown (HELO vm101.vmadmin.com) (216.64.222.101)
  by ns48.webmasters.com with SMTP; 15 Jun 2004 23:38:50 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm101.vmadmin.com with SMTP; 15 Jun 2004 18:38:51 -0500
X-ClientHost: 10609710910111506410311114100111110191111141071150460099111109
X-MailingID: 309033
From: Bed and Bath <BedAndBathItemsToday@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Bed and Bath <BedAndBathItemsToday309033@replies.virtumundo.com>
Subject: Sheets, Comforters & More - up to 75 percent off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Due to limited quantities of merchandise, extremely popular items mentioned in this newsletter may sell out. Featured items were available at the time of this writing. We apologize in advance for any inconvenience.

Copyright © 2000-2004 SmartBargains.com, LP. All rights reserved.



SmartBargains.com LP 10 Milk St. Boston, MA 02108

```
From ???@??? Tue Sep 16 23:51:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <1250894-19740>; Wed, 17 Sep 2003 02:19:32 -0400
Received: from vt11.vtarget.com ([216.64.222.11]) by ams.ftl.affinity.com with
ESMTP id <1250702-19734>; Wed, 17 Sep 2003 02:18:54 -0400
Received: from vtarget.com (192.168.3.10)
   by vt11.vtarget.com with SMTP; 17 Sep 2003 01:17:50 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 135749
From: Bed and Bath <MassiveLiquidationForHome135749@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: Bed and Bath <MassiveLiquidationForHome135749@replies.vtarget.com>
Subject: Massive Liquidation: Sheets & More up to 80% Off!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep17.021854-0400_edt.1250702-19734+576@ams.ftl.affinity.com>
Date:Wed, 17 Sep 2003 02:18:52 -0400
```



Due to limited quantities of merchandise, extremely popular items mentioned in this newsletter may sell out. Featured items were available at the time of this writing. We apologize in advance for any inconvenience.

Copyright © 2000-2003 SmartBargains.com, LP. All rights reserved.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at `http://privacy.virtumundo.com/properties.html`) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or `go here`. To read Virtumundo's privacy policy, go to `Privacy Policy`. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon May 08 12:55:31 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347564@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 14145 invoked from network); 7 May 2006 07:34:13 -0600
Received: from vm-186-12.vm-mail.com (206.82.186.12)
  by omniinnovations.com with SMTP; 7 May 2006 07:34:05 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-12.vm-mail.com with SMTP; 07 May 2006 08:33:57 -0500
X-ClientHost:
0991041170991070640971101161041111101210991011101161140971080460991111109
X-MailingID: 347564
From: Bed N Bath <BedNBath@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347564@vm-rewards.com>
Subject: Bed & bath liquidation  save up to 80%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level:
X-Spam-Status: No, hits=0.8 required=7.0 tests=BARGAIN_URL,BAYES_00,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



**SPRING DRESSES**
New  casual, career ?
looks from labels you love
Starting at $24.99
**SAVE UP TO 74%**

**LUXURY BEDDING**
Comforters, duvets ?
Croscill, Wamsutta ?
Starting at $39.99
**SAVE UP TO 80%**

**NEW WATCH STYLES**
Bulova, Lucien Piccard,
Wenger ?
All under $200
**SAVE UP TO 68%**



**The Grab Bag** - Our biggest deals...everything at least 70% off

**The Bath Shop** - Luxury towel sets, bath accessories, scales ?

**Kitchen Appliances** - Coffeemakers to toasters - Cuisinart, Krups ?

**Sure Fit Slipcovers** - For chairs, sofas ?

**Women's Dress Shoes** - Trendy styles from Anne Klein, BCBG ?

SmartBargains stands behind every "Loehmann's@SmartBargains" product w ith our 30 Day Return Policy. Please note, SmartBargains (rather than Loehmann's) is the seller/retailer of all items offered on SmartBargains.com. All "Loehmann's@SmartBargains" merchandise purchased at SmartBargains.com may only be returned to SmartBargains in accordance w ith our return policy. It cannot be returned to Loehmann's store locations.

Due to limited quantities of merchandise, extremely popular items mentioned in this new sletter may sell out. Featured items w ere available at the time of this w riting. We apologize in advance for any inconvenience.

Copyright ©2000-2006 SmartBargains.com, LP. All rights reserved.

SmartBargains.com, LP, 10 Milk Street, 10th Floor, Boston, MA 02108



**SmartBargains.com 10 Milk St. Boston, MA 02108**

**If you can not see our footer image, please** visit here.

```
From ???@??? Mon May 08 12:55:31 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347564@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 17475 invoked from network); 7 May 2006 07:34:17 -0600
Received: from vm-186-12.vm-mail.com (206.82.186.12)
  by omniinnovations.com with SMTP; 7 May 2006 07:34:13 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-12.vm-mail.com with SMTP; 07 May 2006 08:33:57 -0500
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710804609911109
X-MailingID: 347564
From: Bed N Bath <BedNBath@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347564@vm-rewards.com>
Subject: Bed & bath liquidation  save up to 80%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level:
X-Spam-Status: No, hits=0.8 required=7.0 tests=BARGAIN_URL,BAYES_00,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



**SPRING DRESSES**
New casual, career ?
looks from labels you love
Starting at $24.99
**SAVE UP TO 74%**

**LUXURY BEDDING**
Comforters, duvets ?
Croscill, Wamsutta ?
Starting at $39.99
**SAVE UP TO 80%**

**NEW WATCH STYLES**
Bulova, Lucien Piccard,
Wenger ?
All under $200
**SAVE UP TO 68%**



**The Grab Bag** - Our biggest deals...everything at least 70% off

**The Bath Shop** - Luxury towel sets, bath accessories, scales ?

**Kitchen Appliances** - Coffeemakers to toasters - Cuisinart, Krups ?

**Sure Fit Slipcovers** - For chairs, sofas ?

**Women's Dress Shoes** - Trendy styles from Anne Klein, BCBG ?

SmartBargains stands behind every "Loehmann's@SmartBargains" product w ith our 30 Day Return Policy. Please note, SmartBargains (rather than Loehmann's) is the seller/retailer of all items offered on SmartBargains.com. All "Loehmann's@SmartBargains" merchandise purchased at SmartBargains.com may only be returned to SmartBargains in accordance w ith our return policy. It cannot be returned to Loehmann's store locations.

Due to limited quantities of merchandise, extremely popular items mentioned in this new sletter may sell out. Featured items w ere available at the time of this w riting. We apologize in advance for any inconvenience.

Copyright ©2000-2006 SmartBargains.com, LP. All rights reserved.

SmartBargains.com, LP, 10 Milk Street, 10th Floor, Boston, MA 02108



**SmartBargains.com 10 Milk St. Boston, MA 02108**

**If you can not see our footer image, please** visit here.

```
From ???@??? Mon May 08 12:55:31 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347564@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 17501 invoked from network); 7 May 2006 07:34:18 -0600
Received: from vm-186-12.vm-mail.com (206.82.186.12)
  by omniinnovations.com with SMTP; 7 May 2006 07:34:18 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-12.vm-mail.com with SMTP; 07 May 2006 08:33:57 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 347564
From: Bed N Bath <BedNBath@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347564@vm-rewards.com>
Subject: Bed & bath liquidation  save up to 80%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level:
X-Spam-Status: No, hits=0.8 required=7.0 tests=BARGAIN_URL,BAYES_00,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



| SPRING DRESSES | LUXURY BEDDING | NEW WATCH STYLES |
|---|---|---|
| New  casual, career ? looks from labels you love | Comforters, duvets ? Croscill, Wamsutta ? | Bulova, Lucien Piccard, Wenger ? |
| Starting at $24.99 | Starting at $39.99 | All under $200 |
| SAVE UP TO 74% | SAVE UP TO 80% | SAVE UP TO 68% |



**The Grab Bag** - Our biggest deals...everything at least 70% off

**The Bath Shop** - Luxury towel sets, bath accessories, scales ?

**Kitchen Appliances** - Coffeemakers to toasters - Cuisinart, Krups ?

**Sure Fit Slipcovers** - For chairs, sofas ?

**Women's Dress Shoes** - Trendy styles from Anne Klein, BCBG ?

SmartBargains stands behind every "Loehmann's@SmartBargains" product w ith our 30 Day Return Policy. Please note, SmartBargains (rather than Loehmann's) is the seller/retailer of all items offered on SmartBargains.com. All "Loehmann's@SmartBargains" merchandise purchased at SmartBargains.com may only be returned to SmartBargains in accordance w ith our return policy. It cannot be returned to Loehmann's store locations.

Due to limited quantities of merchandise, extremely popular items mentioned in this new sletter may sell out. Featured items w ere available at the time of this w riting. We apologize in advance for any inconvenience.

Copyright ©2000-2006 SmartBargains.com, LP. All rights reserved.

SmartBargains.com, LP, 10 Milk Street, 10th Floor, Boston, MA 02108



**SmartBargains.com 10 Milk St. Boston, MA 02108**

**If you can not see our footer image, please** visit here.

```
From ???@??? Mon May 08 12:55:31 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347564@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 20194 invoked from network); 7 May 2006 07:34:24 -0600
Received: from vm-186-12.vm-mail.com (206.82.186.12)
  by omniinnovations.com with SMTP; 7 May 2006 07:34:18 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-12.vm-mail.com with SMTP; 07 May 2006 08:33:57 -0500
X-ClientHost: 1161060640971101161041111012109910111011611409710804609911109
X-MailingID: 347564
From: Bed N Bath <BedNBath@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347564@vm-rewards.com>
Subject: Bed & bath liquidation  save up to 80%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level:
X-Spam-Status: No, hits=0.8 required=7.0 tests=BARGAIN_URL,BAYES_00,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



SPRING DRESSES
New  casual, career ?
looks from labels you love
Starting at $24.99
SAVE UP TO 74%

LUXURY BEDDING
Comforters, duvets ?
Croscill, Wamsutta ?
Starting at $39.99
SAVE UP TO 80%

NEW WATCH STYLES
Bulova, Lucien Piccard,
Wenger ?
All under $200
SAVE UP TO 68%



**The Grab Bag** - Our biggest deals...everything at least 70% off

**The Bath Shop** - Luxury towel sets, bath accessories, scales ?

**Kitchen Appliances** - Coffeemakers to toasters - Cuisinart, Krups ?

**Sure Fit Slipcovers** - For chairs, sofas ?

**Women's Dress Shoes** - Trendy styles from Anne Klein, BCBG ?

SmartBargains stands behind every "Loehmann's@SmartBargains" product w ith our 30 Day Return Policy. Please note, SmartBargains (rather than Loehmann's) is the seller/retailer of all items offered on SmartBargains.com. All "Loehmann's@SmartBargains" merchandise purchased at SmartBargains.com may only be returned to SmartBargains in accordance w ith our return policy. It cannot be returned to Loehmann's store locations.

Due to limited quantities of merchandise, extremely popular items mentioned in this new sletter may sell out. Featured items w ere available at the time of this w riting. We apologize in advance for any inconvenience.

Copyright ©2000-2006 SmartBargains.com, LP. All rights reserved.

SmartBargains.com, LP, 10 Milk Street, 10th Floor, Boston, MA 02108



**SmartBargains.com 10 Milk St. Boston, MA 02108**

**If you can not see our footer image, please** visit here.

```
From ???@??? Mon May 08 12:54:59 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347564@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 9920 invoked from network); 7 May 2006 07:34:05 -0600
Received: from vm-186-12.vm-mail.com (206.82.186.12)
  by omniinnovations.com with SMTP; 7 May 2006 07:34:02 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-12.vm-mail.com with SMTP; 07 May 2006 08:33:57 -0500
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 347564
From: Bed N Bath <BedNBath@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347564@vm-rewards.com>
Subject: Bed & bath liquidation  save up to 80%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level:
X-Spam-Status: No, hits=0.8 required=7.0 tests=BARGAIN_URL,BAYES_00,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**SPRING DRESSES**
New casual, career ?
looks from labels you love
Starting at $24.99
**SAVE UP TO 74%**

**LUXURY BEDDING**
Comforters, duvets ?
Croscill, Wamsutta ?
Starting at $39.99
**SAVE UP TO 80%**

**NEW WATCH STYLES**
Bulova, Lucien Piccard,
Wenger ?
All under $200
**SAVE UP TO 68%**



**The Grab Bag** - Our biggest deals...everything at least 70% off

**The Bath Shop** - Luxury towel sets, bath accessories, scales ?

**Kitchen Appliances** - Coffeemakers to toasters - Cuisinart, Krups ?

**Sure Fit Slipcovers** - For chairs, sofas ?

**Women's Dress Shoes** - Trendy styles from Anne Klein, BCBG ?

SmartBargains stands behind every "Loehmann's@SmartBargains" product w ith our 30 Day Return Policy. Please note, SmartBargains (rather than Loehmann's) is the seller/retailer of all items offered on SmartBargains.com. All "Loehmann's@SmartBargains" merchandise purchased at SmartBargains.com may only be returned to SmartBargains in accordance w ith our return policy. It cannot be returned to Loehmann's store locations.

Due to limited quantities of merchandise, extremely popular items mentioned in this new sletter may sell out. Featured items w ere available at the time of this w riting. We apologize in advance for any inconvenience.

Copyright ©2000-2006 SmartBargains.com, LP. All rights reserved.

SmartBargains.com, LP, 10 Milk Street, 10th Floor, Boston, MA 02108



**SmartBargains.com 10 Milk St. Boston, MA 02108**

**If you can not see our footer image, please** visit here.

```
From ???@??? Mon May 08 12:51:50 2006
X-Persona: <Jay>
Return-Path: <mailcenter347564@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 14977 invoked from network); 7 May 2006 07:47:07 -0600
Received: from vm-187-8.vm-mail.com (206.82.187.8)
  by jaycelia.com with SMTP; 7 May 2006 07:47:03 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-8.vm-mail.com with SMTP; 07 May 2006 08:46:52 -0500
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 347564
From: Bed N Bath <BedNBath@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347564@vm-rewards.com>
Subject: Bed & bath liquidation  save up to 80%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BARGAIN_URL,BAYES_44,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**SPRING DRESSES**
New  casual, career ?
looks from labels you love
Starting at $24.99
**SAVE UP TO 74%**

**LUXURY BEDDING**
Comforters, duvets ?
Croscill, Wamsutta ?
Starting at $39.99
**SAVE UP TO 80%**

**NEW WATCH STYLES**
Bulova, Lucien Piccard,
Wenger ?
All under $200
**SAVE UP TO 68%**



**The Grab Bag** - Our biggest deals...everything at least 70% off

**The Bath Shop** - Luxury towel sets, bath accessories, scales ?

**Kitchen Appliances** - Coffeemakers to toasters - Cuisinart, Krups ?

**Sure Fit Slipcovers** - For chairs, sofas ?

**Women's Dress Shoes** - Trendy styles from Anne Klein, BCBG ?

SmartBargains stands behind every "Loehmann's@SmartBargains" product w ith our 30 Day Return Policy. Please note, SmartBargains (rather than Loehmann's) is the seller/retailer of all items offered on SmartBargains.com. All "Loehmann's@SmartBargains" merchandise purchased at SmartBargains.com may only be returned to SmartBargains in accordance w ith our return policy. It cannot be returned to Loehmann's store locations.

Due to limited quantities of merchandise, extremely popular items mentioned in this new sletter may sell out. Featured items w ere available at the time of this w riting. We apologize in advance for any inconvenience.

Copyright ©2000-2006 SmartBargains.com, LP. All rights reserved.

SmartBargains.com, LP, 10 Milk Street, 10th Floor, Boston, MA 02108



**SmartBargains.com 10 Milk St. Boston, MA 02108**

**If you can not see our footer image, please** visit here.

```
From ???@??? Mon May 08 12:48:32 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter347564@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 5954 invoked from network); 7 May 2006 07:45:47 -0600
Received: from vm-187-245.vm-mail.com (206.82.187.245)
   by chiefmusician.net with SMTP; 7 May 2006 07:45:45 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-187-245.vm-mail.com with SMTP; 07 May 2006 08:45:25 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 347564
From: Bed N Bath <BedNBath@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347564@vm-rewards.com>
Subject: Bed & bath liquidation  save up to 80%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



**SPRING DRESSES**
New  casual, career ?
looks from labels you love
Starting at $24.99
**SAVE UP TO 74%**

**LUXURY BEDDING**
Comforters, duvets ?
Croscill, Wamsutta ?
Starting at $39.99
**SAVE UP TO 80%**

**NEW WATCH STYLES**
Bulova, Lucien Piccard,
Wenger ?
All under $200
**SAVE UP TO 68%**



**The Grab Bag** - Our biggest deals...everything at least 70% off

**The Bath Shop** - Luxury towel sets, bath accessories, scales ?

**Kitchen Appliances** - Coffeemakers to toasters - Cuisinart, Krups ?

**Sure Fit Slipcovers** - For chairs, sofas ?

**Women's Dress Shoes** - Trendy styles from Anne Klein, BCBG ?

SmartBargains stands behind every "Loehmann's@SmartBargains" product w ith our 30 Day Return Policy. Please note, SmartBargains (rather than Loehmann's) is the seller/retailer of all items offered on SmartBargains.com. All "Loehmann's@SmartBargains" merchandise purchased at SmartBargains.com may only be returned to SmartBargains in accordance w ith our return policy. It cannot be returned to Loehmann's store locations.

Due to limited quantities of merchandise, extremely popular items mentioned in this new sletter may sell out. Featured items w ere available at the time of this w riting. We apologize in advance for any inconvenience.

Copyright ©2000-2006 SmartBargains.com, LP. All rights reserved.

SmartBargains.com, LP, 10 Milk Street, 10th Floor, Boston, MA 02108



**SmartBargains.com 10 Milk St. Boston, MA 02108**

**If you can not see our footer image, please** visit here.

```
From ???@??? Mon May 08 12:45:57 2006
X-Persona: <Celia>
Return-Path: <mailcenter347564@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 24773 invoked from network); 7 May 2006 07:55:24 -0600
Received: from vm-186-190.vm-mail.com (206.82.186.190)
   by anthonycentral.com with SMTP; 7 May 2006 07:55:21 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-190.vm-mail.com with SMTP; 07 May 2006 08:55:18 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 347564
From: Bed N Bath <BedNBath@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347564@vm-rewards.com>
Subject: *****SPAM***** Bed & bath liquidation  save up to 80%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BARGAIN_URL,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,HTML_TAG_BALANCE_BODY,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVE_UP_TO,SAVINGS,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  0.4 SAVINGS Subject talks about savings
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 SAVE_UP_TO BODY: Save Up To
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.3 HTML_TAG_BALANCE_BODY BODY: HTML has unbalanced "body" tags
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.8 BARGAIN_URL URI: Includes a link to a likely spammer domain
```

**Images not loading? View this offer by visiting this link**





**SPRING DRESSES**
New casual, career ?
looks from labels you love
Starting at $24.99
**SAVE UP TO 74%**

**LUXURY BEDDING**
Comforters, duvets ?
Croscill, Wamsutta ?
Starting at $39.99
**SAVE UP TO 80%**

**NEW WATCH STYLES**
Bulova, Lucien Piccard,
Wenger ?
All under $200
**SAVE UP TO 68%**

**The Grab Bag** - Our biggest deals...everything at least 70% off

**The Bath Shop** - Luxury towel sets, bath accessories, scales ?

**Kitchen Appliances** - Coffeemakers to toasters - Cuisinart, Krups ?

**Sure Fit Slipcovers** - For chairs, sofas ?

**Women's Dress Shoes** - Trendy styles from Anne Klein, BCBG ?

SmartBargains stands behind every "Loehmann's@SmartBargains" product w ith our 30 Day Return Policy. Please note, SmartBargains (rather than Loehmann's) is the seller/retailer of all items offered on SmartBargains.com. All "Loehmann's@SmartBargains" merchandise purchased at SmartBargains.com may only be returned to SmartBargains in accordance w ith our return policy. It cannot be returned to Loehmann's store locations.

Due to limited quantities of merchandise, extremely popular items mentioned in this new sletter may sell out. Featured items w ere available at the time of this w riting. We apologize in advance for any inconvenience.

Copyright ©2000-2006 SmartBargains.com, LP. All rights reserved.

SmartBargains.com, LP, 10 Milk Street, 10th Floor, Boston, MA 02108



**SmartBargains.com 10 Milk St. Boston, MA 02108**

If you can not see our footer image, please visit here.

```
From ???@??? Mon May 08 08:02:03 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter347564@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 12449 invoked from network); 7 May 2006 07:47:02 -0600
Received: from vm-187-101.vm-mail.com (206.82.187.101)
   by jaykaysplace.com with SMTP; 7 May 2006 07:46:59 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-187-101.vm-mail.com with SMTP; 07 May 2006 08:46:52 -0500
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 347564
From: Bed N Bath <BedNBath@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347564@vm-rewards.com>
Subject: *****SPAM***** Bed & bath liquidation  save up to 80%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BARGAIN_URL,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,HTML_TAG_BALANCE_BODY,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVE_UP_TO,SAVINGS,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  0.4 SAVINGS Subject talks about savings
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 SAVE_UP_TO BODY: Save Up To
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.3 HTML_TAG_BALANCE_BODY BODY: HTML has unbalanced "body" tags
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  2.8 BARGAIN_URL URI: Includes a link to a likely spammer domain
```

Images not loading? View this offer by visiting this link





**SPRING DRESSES**
New  casual, career ?
looks from labels you love
*Starting at $24.99*
**SAVE UP TO 74%**

**LUXURY BEDDING**
Comforters, duvets ?
Croscill, Wamsutta ?
*Starting at $39.99*
**SAVE UP TO 80%**

**NEW WATCH STYLES**
Bulova, Lucien Piccard,
Wenger ?
*All under $200*
**SAVE UP TO 68%**

**The Grab Bag** - Our biggest deals...everything at least 70% off

**The Bath Shop** - Luxury towel sets, bath accessories, scales ?

**Kitchen Appliances** - Coffeemakers to toasters - Cuisinart, Krups ?

**Sure Fit Slipcovers** - For chairs, sofas ?

**Women's Dress Shoes** - Trendy styles from Anne Klein, BCBG ?

SmartBargains stands behind every "Loehmann's@SmartBargains" product w ith our 30 Day Return Policy. Please note, SmartBargains (rather than Loehmann's) is the seller/retailer of all items offered on SmartBargains.com. All "Loehmann's@SmartBargains" merchandise purchased at SmartBargains.com may only be returned to SmartBargains in accordance w ith our return policy. It cannot be returned to Loehmann's store locations.

Due to limited quantities of merchandise, extremely popular items mentioned in this new sletter may sell out. Featured items w ere available at the time of this w riting. We apologize in advance for any inconvenience.

Copyright ©2000-2006 SmartBargains.com, LP. All rights reserved.

SmartBargains.com, LP, 10 Milk Street, 10th Floor, Boston, MA 02108



**SmartBargains.com 10 Milk St. Boston, MA 02108**

**If you can not see our footer image, please** visit here.

```
From ???@??? Fri Apr 28 18:32:54 2006
X-Persona: <Mila>
Return-Path: <mailcenter346322@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 27429 invoked from network); 28 Apr 2006 14:44:15 -0600
Received: from vm-185-28.vm-mail.com (206.82.185.28)
  by omniinnovations.com with SMTP; 28 Apr 2006 14:44:14 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-28.vm-mail.com with SMTP; 28 Apr 2006 15:44:12 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 346322
From: Bed N Bath <BedNBath@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346322@vm-rewards.com>
Subject: Bed & bath liquidation  save up to 80%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BARGAIN_URL,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**SPRING DRESSES**
New casual, career ?
looks from labels you love
Starting at $24.99
**SAVE UP TO 74%**

**LUXURY BEDDING**
Comforters, duvets ?
Croscill, Wamsutta ?
Starting at $39.99
**SAVE UP TO 80%**

**NEW WATCH STYLES**
Bulova, Lucien Piccard,
Wenger ?
All under $200
**SAVE UP TO 68%**



**The Grab Bag** - Our biggest deals...everything at least 70% off

**The Bath Shop** - Luxury towel sets, bath accessories, scales ?

**Kitchen Appliances** - Coffeemakers to toasters - Cuisinart, Krups ?

**Sure Fit Slipcovers** - For chairs, sofas ?

**Women's Dress Shoes** - Trendy styles from Anne Klein, BCBG ?

SmartBargains stands behind every "Loehmann's@SmartBargains" product w ith our 30 Day Return Policy. Please note, SmartBargains (rather than Loehmann's) is the seller/retailer of all items offered on SmartBargains.com. All "Loehmann's@SmartBargains" merchandise purchased at SmartBargains.com may only be returned to SmartBargains in accordance w ith our return policy. It cannot be returned to Loehmann's store locations.

Due to limited quantities of merchandise, extremely popular items mentioned in this new sletter may sell out. Featured items w ere available at the time of this w riting. We apologize in advance for any inconvenience.

Copyright ©2000-2006 SmartBargains.com, LP. All rights reserved.

SmartBargains.com, LP, 10 Milk Street, 10th Floor, Boston, MA 02108



**SmartBargains.com 10 Milk St. Boston, MA 02108**

**If you can not see our footer image, please** visit here.

```
From ???@??? Thu Apr 20 12:55:15 2006
X-Persona: <Anthony>
Return-Path: <mailcenter344472@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 24929 invoked from network); 20 Apr 2006 03:39:32 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by omniinnovations.com with SMTP; 20 Apr 2006 03:39:30 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 20 Apr 2006 04:39:15 -0500
X-ClientHost:
09711011606409711011610411110121099101110116114097108046099111109
X-MailingID: 344472
From: Bed N Bath <BedNBath@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344472@vm-rewards.com>
Subject: Bed & bath liquidation  save up to 80%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BARGAIN_URL,BAYES_01,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



**SPRING DRESSES**
New  casual, career ?
looks from labels you love
Starting at $24.99
**SAVE UP TO 74%**

**LUXURY BEDDING**
Comforters, duvets ?
Croscill, Wamsutta ?
Starting at $39.99
**SAVE UP TO 80%**

**NEW WATCH STYLES**
Bulova, Lucien Piccard,
Wenger ?
All under $200
**SAVE UP TO 68%**



**The Grab Bag** - Our biggest deals...everything at least 70% off

**The Bath Shop** - Luxury towel sets, bath accessories, scales ?

**Kitchen Appliances** - Coffeemakers to toasters - Cuisinart, Krups ?

**Sure Fit Slipcovers** - For chairs, sofas ?

**Women's Dress Shoes** - Trendy styles from Anne Klein, BCBG ?

SmartBargains stands behind every "Loehmann's@SmartBargains" product w ith our 30 Day Return Policy. Please note, SmartBargains (rather than Loehmann's) is the seller/retailer of all items offered on SmartBargains.com. All "Loehmann's@SmartBargains" merchandise purchased at SmartBargains.com may only be returned to SmartBargains in accordance w ith our return policy. It cannot be returned to Loehmann's store locations.

Due to limited quantities of merchandise, extremely popular items mentioned in this new sletter may sell out. Featured items w ere available at the time of this w riting. We apologize in advance for any inconvenience.

Copyright ©2000-2006 SmartBargains.com, LP. All rights reserved.

SmartBargains.com, LP, 10 Milk Street, 10th Floor, Boston, MA 02108



**SmartBargains.com 10 Milk St. Boston, MA 02108**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Thu Apr 20 12:55:15 2006
X-Persona: <Anthony>
Return-Path: <mailcenter344472@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 26789 invoked from network); 20 Apr 2006 03:39:35 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by omniinnovations.com with SMTP; 20 Apr 2006 03:39:34 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 20 Apr 2006 04:39:15 -0500
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 344472
From: Bed N Bath <BedNBath@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344472@vm-rewards.com>
Subject: Bed & bath liquidation  save up to 80%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BARGAIN_URL,BAYES_01,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**SPRING DRESSES**
New casual, career ?
looks from labels you love
Starting at $24.99
**SAVE UP TO 74%**

**LUXURY BEDDING**
Comforters, duvets ?
Croscill, Wamsutta ?
Starting at $39.99
**SAVE UP TO 80%**

**NEW WATCH STYLES**
Bulova, Lucien Piccard,
Wenger ?
All under $200
**SAVE UP TO 68%**



**The Grab Bag** - Our biggest deals...everything at least 70% off

**The Bath Shop** - Luxury towel sets, bath accessories, scales ?

**Kitchen Appliances** - Coffeemakers to toasters - Cuisinart, Krups ?

**Sure Fit Slipcovers** - For chairs, sofas ?

**Women's Dress Shoes** - Trendy styles from Anne Klein, BCBG ?

SmartBargains stands behind every "Loehmann's@SmartBargains" product w ith our 30 Day Return Policy. Please note, SmartBargains (rather than Loehmann's) is the seller/retailer of all items offered on SmartBargains.com. All "Loehmann's@SmartBargains" merchandise purchased at SmartBargains.com may only be returned to SmartBargains in accordance w ith our return policy. It cannot be returned to Loehmann's store locations.

Due to limited quantities of merchandise, extremely popular items mentioned in this new sletter may sell out. Featured items w ere available at the time of this w riting. We apologize in advance for any inconvenience.

Copyright ©2000-2006 SmartBargains.com, LP. All rights reserved.

SmartBargains.com, LP, 10 Milk Street, 10th Floor, Boston, MA 02108



**SmartBargains.com 10 Milk St. Boston, MA 02108**

**If you can not see our footer image, please** visit here.

```
From ???@??? Thu Apr 20 12:55:15 2006
X-Persona: <Anthony>
Return-Path: <mailcenter344472@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 29250 invoked from network); 20 Apr 2006 03:39:43 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by omniinnovations.com with SMTP; 20 Apr 2006 03:39:36 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 20 Apr 2006 04:39:15 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 344472
From: Bed N Bath <BedNBath@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344472@vm-rewards.com>
Subject: Bed & bath liquidation  save up to 80%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BARGAIN_URL,BAYES_01,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**SPRING DRESSES**
New casual, career ?
looks from labels you love
Starting at $24.99
**SAVE UP TO 74%**

**LUXURY BEDDING**
Comforters, duvets ?
Croscill, Wamsutta ?
Starting at $39.99
**SAVE UP TO 80%**

**NEW WATCH STYLES**
Bulova, Lucien Piccard,
Wenger ?
All under $200
**SAVE UP TO 68%**



**The Grab Bag** - Our biggest deals...everything at least 70% off

**The Bath Shop** - Luxury towel sets, bath accessories, scales ?

**Kitchen Appliances** - Coffeemakers to toasters - Cuisinart, Krups ?

**Sure Fit Slipcovers** - For chairs, sofas ?

**Women's Dress Shoes** - Trendy styles from Anne Klein, BCBG ?

SmartBargains stands behind every "Loehmann's@SmartBargains" product w ith our 30 Day Return Policy. Please note, SmartBargains (rather than Loehmann's) is the seller/retailer of all items offered on SmartBargains.com. All "Loehmann's@SmartBargains" merchandise purchased at SmartBargains.com may only be returned to SmartBargains in accordance w ith our return policy. It cannot be returned to Loehmann's store locations.

Due to limited quantities of merchandise, extremely popular items mentioned in this new sletter may sell out. Featured items w ere available at the time of this w riting. We apologize in advance for any inconvenience.

Copyright ©2000-2006 SmartBargains.com, LP. All rights reserved.

SmartBargains.com, LP, 10 Milk Street, 10th Floor, Boston, MA 02108



**SmartBargains.com 10 Milk St. Boston, MA 02108**

**If you can not see our footer image, please** visit here.

```
From ???@??? Thu Apr 20 12:55:15 2006
X-Persona: <Anthony>
Return-Path: <mailcenter344472@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 1824 invoked from network); 20 Apr 2006 03:41:00 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by omniinnovations.com with SMTP; 20 Apr 2006 03:40:49 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 20 Apr 2006 04:39:15 -0500
X-ClientHost:
11509711010012106409711011610411111012109910111011611409710804609911109
X-MailingID: 344472
From: Bed N Bath <BedNBath@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344472@vm-rewards.com>
Subject: Bed & bath liquidation  save up to 80%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BARGAIN_URL,BAYES_01,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



**SPRING DRESSES**
New  casual, career ?
looks from labels you love
Starting at $24.99
**SAVE UP TO 74%**

**LUXURY BEDDING**
Comforters, duvets ?
Croscill, Wamsutta ?
Starting at $39.99
**SAVE UP TO 80%**

**NEW WATCH STYLES**
Bulova, Lucien Piccard,
Wenger ?
All under $200
**SAVE UP TO 68%**



**The Grab Bag** - Our biggest deals...everything at least 70% off

**The Bath Shop** - Luxury towel sets, bath accessories, scales ?

**Kitchen Appliances** - Coffeemakers to toasters - Cuisinart, Krups ?

**Sure Fit Slipcovers** - For chairs, sofas ?

**Women's Dress Shoes** - Trendy styles from Anne Klein, BCBG ?

SmartBargains stands behind every "Loehmann's@SmartBargains" product with our 30 Day Return Policy. Please note, SmartBargains (rather than Loehmann's) is the seller/retailer of all items offered on SmartBargains.com. All "Loehmann's@SmartBargains" merchandise purchased at SmartBargains.com may only be returned to SmartBargains in accordance with our return policy. It cannot be returned to Loehmann's store locations.

Due to limited quantities of merchandise, extremely popular items mentioned in this newsletter may sell out. Featured items were available at the time of this writing. We apologize in advance for any inconvenience.

Copyright ©2000-2006 SmartBargains.com, LP. All rights reserved.

SmartBargains.com, LP, 10 Milk Street, 10th Floor, Boston, MA 02108



**SmartBargains.com 10 Milk St. Boston, MA 02108**

**If you can not see our footer image, please** visit here.

```
From ???@??? Thu Apr 20 12:55:15 2006
X-Persona: <Anthony>
Return-Path: <mailcenter344472@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 14406 invoked from network); 20 Apr 2006 03:41:19 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by omniinnovations.com with SMTP; 20 Apr 2006 03:41:17 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 20 Apr 2006 04:39:15 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 344472
From: Bed N Bath <BedNBath@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344472@vm-rewards.com>
Subject: Bed & bath liquidation  save up to 80%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BARGAIN_URL,BAYES_01,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**SPRING DRESSES**
New  casual, career ?
looks from labels you love
Starting at $24.99
**SAVE UP TO 74%**

**LUXURY BEDDING**
Comforters, duvets ?
Croscill, Wamsutta ?
Starting at $39.99
**SAVE UP TO 80%**

**NEW WATCH STYLES**
Bulova, Lucien Piccard,
Wenger ?
All under $200
**SAVE UP TO 68%**



**The Grab Bag** - Our biggest deals...everything at least 70% off

**The Bath Shop** - Luxury towel sets, bath accessories, scales ?

**Kitchen Appliances** - Coffeemakers to toasters - Cuisinart, Krups ?

**Sure Fit Slipcovers** - For chairs, sofas ?

**Women's Dress Shoes** - Trendy styles from Anne Klein, BCBG ?

SmartBargains stands behind every "Loehmann's@SmartBargains" product with our 30 Day Return Policy. Please note, SmartBargains (rather than Loehmann's) is the seller/retailer of all items offered on SmartBargains.com. All "Loehmann's@SmartBargains" merchandise purchased at SmartBargains.com may only be returned to SmartBargains in accordance with our return policy. It cannot be returned to Loehmann's store locations.

Due to limited quantities of merchandise, extremely popular items mentioned in this newsletter may sell out. Featured items were available at the time of this writing. We apologize in advance for any inconvenience.

Copyright ©2000-2006 SmartBargains.com, LP. All rights reserved.

SmartBargains.com, LP, 10 Milk Street, 10th Floor, Boston, MA 02108



**SmartBargains.com 10 Milk St. Boston, MA 02108**

**If you can not see our footer image, please** visit here.

From ???@??? Thu Apr 20 12:23:09 2006
X-Persona: <Celia>
Return-Path: <mailcenter344472@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 6786 invoked from network); 20 Apr 2006 07:12:57 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by itdidnotendright.com with SMTP; 20 Apr 2006 07:12:57 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 20 Apr 2006 08:12:49 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 344472
From: Bed N Bath <BedNBath@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344472@vm-rewards.com>
Subject: *****SPAM***** Bed & bath liquidation  save up to 80%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.5 required=7.0 tests=BARGAIN_URL,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,HTML_TAG_BALANCE_BODY,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,SAVE_UP_TO,
        SAVINGS,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  0.4 SAVINGS Subject talks about savings
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 SAVE_UP_TO BODY: Save Up To
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.3 HTML_TAG_BALANCE_BODY BODY: HTML has unbalanced "body" tags
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.8 BARGAIN_URL URI: Includes a link to a likely spammer domain
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]


Images not loading? View this offer by visiting this link





### SPRING DRESSES
New casual, career ?
looks from labels you love
Starting at $24.99
**SAVE UP TO 74%**

### LUXURY BEDDING
Comforters, duvets ?
Croscill, Wamsutta ?
Starting at $39.99
**SAVE UP TO 80%**

### NEW WATCH STYLES
Bulova, Lucien Piccard,
Wenger ?
All under $200
**SAVE UP TO 68%**

**The Grab Bag** - Our biggest deals...everything at least 70% off

**The Bath Shop** - Luxury towel sets, bath accessories, scales ?

**Kitchen Appliances** - Coffeemakers to toasters - Cuisinart, Krups ?

**Sure Fit Slipcovers** - For chairs, sofas ?

**Women's Dress Shoes** - Trendy styles from Anne Klein, BCBG ?

SmartBargains stands behind every "Loehmann's@SmartBargains" product with our 30 Day Return Policy. Please note, SmartBargains (rather than Loehmann's) is the seller/retailer of all items offered on SmartBargains.com. All "Loehmann's@SmartBargains" merchandise purchased at SmartBargains.com may only be returned to SmartBargains in accordance with our return policy. It cannot be returned to Loehmann's store locations.

Due to limited quantities of merchandise, extremely popular items mentioned in this new sletter may sell out. Featured items were available at the time of this writing. We apologize in advance for any inconvenience.

Copyright ©2000-2006 SmartBargains.com, LP. All rights reserved.

SmartBargains.com, LP, 10 Milk Street, 10th Floor, Boston, MA 02108



**SmartBargains.com 10 Milk St. Boston, MA 02108**

**If you can not see our footer image, please** <u>visit here</u>.

```
From ???@??? Fri Apr 14 15:58:07 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter343200@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 7648 invoked from network); 11 Apr 2006 07:01:08 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by jammtomm.com with SMTP; 11 Apr 2006 07:01:05 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 11 Apr 2006 08:01:04 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 343200
From: Bed N Bath <BedNBath@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343200@vm-rewards.com>
Subject: Bed & bath liquidation  save up to 80%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**





**The Grab Bag** - Our biggest deals...everything at least 70% off

**The Bath Shop** - Luxury towel sets, bath accessories, scales ?

**Kitchen Appliances** - Coffeemakers to toasters - Cuisinart, Krups ?

**Sure Fit Slipcovers** - For chairs, sofas ?

**Women's Dress Shoes** - Trendy styles from Anne Klein, BCBG ?

SmartBargains stands behind every "Loehmann's@SmartBargains" product w ith our 30 Day Return Policy. Please note, SmartBargains (rather than Loehmann's) is the seller/retailer of all items offered on SmartBargains.com. All "Loehmann's@SmartBargains" merchandise purchased at SmartBargains.com may only be returned to SmartBargains in accordance w ith our return policy. It cannot be returned to Loehmann's store locations.

Due to limited quantities of merchandise, extremely popular items mentioned in this new sletter may sell out. Featured items w ere available at the time of this w riting. We apologize in advance for any inconvenience.

Copyright ©2000-2006 SmartBargains.com, LP. All rights reserved.

SmartBargains.com, LP, 10 Milk Street, 10th Floor, Boston, MA 02108



**SmartBargains.com 10 Milk St. Boston, MA 02108**

**If you can not see our footer image, please** visit here.

```
From ???@??? Wed Apr 12 19:13:18 2006
X-Persona: <Celia>
Return-Path: <mailcenter343200@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 8720 invoked from network); 11 Apr 2006 06:56:04 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by chiefmusician.net with SMTP; 11 Apr 2006 06:56:00 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 11 Apr 2006 07:55:59 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 343200
From: Bed N Bath <BedNBath@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343200@vm-rewards.com>
Subject: *****SPAM***** Bed & bath liquidation  save up to 80%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.5 required=7.0 tests=BARGAIN_URL,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,HTML_TAG_BALANCE_BODY,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,SAVE_UP_TO,
      SAVINGS,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  0.4 SAVINGS Subject talks about savings
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 SAVE_UP_TO BODY: Save Up To
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.3 HTML_TAG_BALANCE_BODY BODY: HTML has unbalanced "body" tags
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.8 BARGAIN_URL URI: Includes a link to a likely spammer domain
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





**SPRING DRESSES**
New casual, career ?
looks from labels you love
*Starting at $24.99*
**SAVE UP TO 74%**

**LUXURY BEDDING**
Comforters, duvets ?
Croscill, Wamsutta ?
*Starting at $39.99*
**SAVE UP TO 80%**

**NEW WATCH STYLES**
Bulova, Lucien Piccard,
Wenger ?
*All under $200*
**SAVE UP TO 68%**

**The Grab Bag** - Our biggest deals...everything at least 70% off

**The Bath Shop** - Luxury towel sets, bath accessories, scales ?

**Kitchen Appliances** - Coffeemakers to toasters - Cuisinart, Krups ?

**Sure Fit Slipcovers** - For chairs, sofas ?

**Women's Dress Shoes** - Trendy styles from Anne Klein, BCBG ?

SmartBargains stands behind every "Loehmann's@SmartBargains" product w ith our 30 Day Return Policy. Please note, SmartBargains (rather than Loehmann's) is the seller/retailer of all items offered on SmartBargains.com. All "Loehmann's@SmartBargains" merchandise purchased at SmartBargains.com may only be returned to SmartBargains in accordance w ith our return policy. It cannot be returned to Loehmann's store locations.

Due to limited quantities of merchandise, extremely popular items mentioned in this new sletter may sell out. Featured items w ere available at the time of this w riting. We apologize in advance for any inconvenience.

Copyright ©2000-2006 SmartBargains.com, LP. All rights reserved.

SmartBargains.com, LP, 10 Milk Street, 10th Floor, Boston, MA 02108



**SmartBargains.com 10 Milk St. Boston, MA 02108**

**If you can not see our footer image, please** <u>visit here.</u>

```
From ???@??? Wed Apr 12 19:08:40 2006
X-Persona: <Jay>
Return-Path: <mailcenter343200@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 28451 invoked from network); 11 Apr 2006 07:02:55 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by jaycelia.com with SMTP; 11 Apr 2006 07:02:53 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 11 Apr 2006 08:02:37 -0500
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 343200
From: Bed N Bath <BedNBath@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343200@vm-rewards.com>
Subject: *****SPAM***** Bed & bath liquidation  save up to 80%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.2 required=7.0 tests=BARGAIN_URL,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 2.7 BARGAIN_URL URI: Includes a link to a likely spammer domain
        * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

**Images not loading? View this offer by visiting this link**





**SPRING DRESSES**

New  casual, career ?
looks from labels you love

*Starting at $24.99*

**SAVE UP TO 74%**

**LUXURY BEDDING**

Comforters, duvets ?
Croscill, Wamsutta ?

*Starting at $39.99*

**SAVE UP TO 80%**

**NEW WATCH STYLES**

Bulova, Lucien Piccard,
Wenger ?

*All under $200*

**SAVE UP TO 68%**

**The Grab Bag** - Our biggest deals...everything at least 70% off

**The Bath Shop** - Luxury towel sets, bath accessories, scales ?

**Kitchen Appliances** - Coffeemakers to toasters - Cuisinart, Krups ?

**Sure Fit Slipcovers** - For chairs, sofas ?

**Women's Dress Shoes** - Trendy styles from Anne Klein, BCBG ?

SmartBargains stands behind every "Loehmann's@SmartBargains" product w ith our 30 Day Return Policy. Please note, SmartBargains (rather than Loehmann's) is the seller/retailer of all items offered on SmartBargains.com. All "Loehmann's@SmartBargains" merchandise purchased at SmartBargains.com may only be returned to SmartBargains in accordance w ith our return policy. It cannot be returned to Loehmann's store locations.

Due to limited quantities of merchandise, extremely popular items mentioned in this new sletter may sell out. Featured items w ere available at the time of this w riting. We apologize in advance for any inconvenience.

Copyright ©2000-2006 SmartBargains.com, LP. All rights reserved.

SmartBargains.com, LP, 10 Milk Street, 10th Floor, Boston, MA 02108



**SmartBargains.com 10 Milk St. Boston, MA 02108**

**If you can not see our footer image, please** <u>visit here.</u>

From ???@??? Wed Apr 12 07:38:48 2006
X-Persona: <Mila>
Return-Path: <mailcenter343200@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 11 Apr 2006 07:02:55 -0600
From: Bed N Bath <BedNBath@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Bed & bath liquidation  save up to 80%
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.2 required=7.0 tests=BARGAIN_URL,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_443BA8FF.26CC8CE3"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(1999&e=mila@jammtomm.com
  visiting this link URI:http://www.smartbargains.com?TIDb88200&aid9
  URI:http://ogy.cc/careerbargloa_files/sb.gif [...]

Content analysis details:   (7.2 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 2.7 BARGAIN_URL            URI: Includes a link to a likely spammer domain
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
                 [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 24708 invoked from network); 11 Apr 2006 07:02:51 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by xj4x4.net with SMTP; 11 Apr 2006 07:02:45 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 11 Apr 2006 08:02:27 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 343200
From: Bed N Bath <BedNBath@vm-mail.com>

```
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343200@vm-rewards.com>
Subject: Bed & bath liquidation  save up to 80%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Bed & bath
liqui15.htm"
```

```
From ???@??? Tue Apr 11 08:49:24 2006
Return-Path: <mailcenter343200@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 3331 invoked from network); 11 Apr 2006 06:28:49 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by chiefmusician.net with SMTP; 11 Apr 2006 06:28:49 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 11 Apr 2006 07:28:48 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 343200
From: Bed N Bath <BedNBath@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343200@vm-rewards.com>
Subject: Bed & bath liquidation  save up to 80%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BARGAIN_URL,BAYES_20,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**SPRING DRESSES**
New  casual, career ?
looks from labels you love
Starting at $24.99
**SAVE UP TO 74%**

**LUXURY BEDDING**
Comforters, duvets ?
Croscill, Wamsutta ?
Starting at $39.99
**SAVE UP TO 80%**

**NEW WATCH STYLES**
Bulova, Lucien Piccard,
Wenger ?
All under $200
**SAVE UP TO 68%**



**The Grab Bag** - Our biggest deals...everything at least 70% off

**The Bath Shop** - Luxury towel sets, bath accessories, scales ?

**Kitchen Appliances** - Coffeemakers to toasters - Cuisinart, Krups ?

**Sure Fit Slipcovers** - For chairs, sofas ?

**Women's Dress Shoes** - Trendy styles from Anne Klein, BCBG ?

SmartBargains stands behind every "Loehmann's@SmartBargains" product with our 30 Day Return Policy. Please note, SmartBargains (rather than Loehmann's) is the seller/retailer of all items offered on SmartBargains.com. All "Loehmann's@SmartBargains" merchandise purchased at SmartBargains.com may only be returned to SmartBargains in accordance with our return policy. It cannot be returned to Loehmann's store locations.

Due to limited quantities of merchandise, extremely popular items mentioned in this newsletter may sell out. Featured items were available at the time of this writing. We apologize in advance for any inconvenience.

Copyright ©2000-2006 SmartBargains.com, LP. All rights reserved.

SmartBargains.com, LP, 10 Milk Street, 10th Floor, Boston, MA 02108



**SmartBargains.com 10 Milk St. Boston, MA 02108**

**If you can not see our footer image, please** visit here.

```
From ???@??? Tue Apr 11 08:49:24 2006
Return-Path: <mailcenter343200@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 3941 invoked from network); 11 Apr 2006 06:28:50 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by chiefmusician.net with SMTP; 11 Apr 2006 06:28:50 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 11 Apr 2006 07:28:48 -0500
X-ClientHost:
099104117099107064097110116104111101210991011101161140971080460991111 09
X-MailingID: 343200
From: Bed N Bath <BedNBath@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343200@vm-rewards.com>
Subject: Bed & bath liquidation  save up to 80%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BARGAIN_URL,BAYES_20,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**SPRING DRESSES**
New  casual, career ?
looks from labels you love
Starting at $24.99
**SAVE UP TO 74%**

**LUXURY BEDDING**
Comforters, duvets ?
Croscill, Wamsutta ?
Starting at $39.99
**SAVE UP TO 80%**

**NEW WATCH STYLES**
Bulova, Lucien Piccard,
Wenger ?
All under $200
**SAVE UP TO 68%**



**The Grab Bag** - Our biggest deals...everything at least 70% off

**The Bath Shop** - Luxury towel sets, bath accessories, scales ?

**Kitchen Appliances** - Coffeemakers to toasters - Cuisinart, Krups ?

**Sure Fit Slipcovers** - For chairs, sofas ?

**Women's Dress Shoes** - Trendy styles from Anne Klein, BCBG ?

SmartBargains stands behind every "Loehmann's@SmartBargains" product with our 30 Day Return Policy. Please note, SmartBargains (rather than Loehmann's) is the seller/retailer of all items offered on SmartBargains.com. All "Loehmann's@SmartBargains" merchandise purchased at SmartBargains.com may only be returned to SmartBargains in accordance with our return policy. It cannot be returned to Loehmann's store locations.

Due to limited quantities of merchandise, extremely popular items mentioned in this newsletter may sell out. Featured items were available at the time of this writing. We apologize in advance for any inconvenience.

Copyright ©2000-2006 SmartBargains.com, LP. All rights reserved.

SmartBargains.com, LP, 10 Milk Street, 10th Floor, Boston, MA 02108



**SmartBargains.com 10 Milk St. Boston, MA 02108**

**If you can not see our footer image, please** visit here.

```
From ???@??? Tue Apr 11 08:49:24 2006
Return-Path: <mailcenter343200@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 4611 invoked from network); 11 Apr 2006 06:28:51 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by chiefmusician.net with SMTP; 11 Apr 2006 06:28:51 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 11 Apr 2006 07:28:48 -0500
X-ClientHost:
10010111909712111010106409711011610411110121099101110116114097108046099111109
X-MailingID: 343200
From: Bed N Bath <BedNBath@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343200@vm-rewards.com>
Subject: Bed & bath liquidation  save up to 80%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BARGAIN_URL,BAYES_20,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**





**The Grab Bag** - Our biggest deals...everything at least 70% off

**The Bath Shop** - Luxury towel sets, bath accessories, scales ?

**Kitchen Appliances** - Coffeemakers to toasters - Cuisinart, Krups ?

**Sure Fit Slipcovers** - For chairs, sofas ?

**Women's Dress Shoes** - Trendy styles from Anne Klein, BCBG ?

SmartBargains stands behind every "Loehmann's@SmartBargains" product w ith our 30 Day Return Policy. Please note, SmartBargains (rather than Loehmann's) is the seller/retailer of all items offered on SmartBargains.com. All "Loehmann's@SmartBargains" merchandise purchased at SmartBargains.com may only be returned to SmartBargains in accordance w ith our return policy. It cannot be returned to Loehmann's store locations.

Due to limited quantities of merchandise, extremely popular items mentioned in this new sletter may sell out. Featured items w ere available at the time of this w riting. We apologize in advance for any inconvenience.

Copyright ©2000-2006 SmartBargains.com, LP. All rights reserved.

SmartBargains.com, LP, 10 Milk Street, 10th Floor, Boston, MA 02108



**SmartBargains.com 10 Milk St. Boston, MA 02108**

**If you can not see our footer image, please** visit here.

```
From ???@??? Tue Apr 11 08:49:24 2006
Return-Path: <mailcenter343200@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 5795 invoked from network); 11 Apr 2006 06:28:53 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by chiefmusician.net with SMTP; 11 Apr 2006 06:28:52 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 11 Apr 2006 07:28:48 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 343200
From: Bed N Bath <BedNBath@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343200@vm-rewards.com>
Subject: Bed & bath liquidation  save up to 80%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BARGAIN_URL,BAYES_20,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**SPRING DRESSES**
New  casual, career ?
looks from labels you love
Starting at $24.99
**SAVE UP TO 74%**

**LUXURY BEDDING**
Comforters, duvets ?
Croscill, Wamsutta ?
Starting at $39.99
**SAVE UP TO 80%**

**NEW WATCH STYLES**
Bulova, Lucien Piccard,
Wenger ?
All under $200
**SAVE UP TO 68%**



**The Grab Bag** - Our biggest deals...everything at least 70% off

**The Bath Shop** - Luxury towel sets, bath accessories, scales ?

**Kitchen Appliances** - Coffeemakers to toasters - Cuisinart, Krups ?

**Sure Fit Slipcovers** - For chairs, sofas ?

**Women's Dress Shoes** - Trendy styles from Anne Klein, BCBG ?

SmartBargains stands behind every "Loehmann's@SmartBargains" product w ith our 30 Day Return Policy. Please note, SmartBargains (rather than Loehmann's) is the seller/retailer of all items offered on SmartBargains.com. All "Loehmann's@SmartBargains" merchandise purchased at SmartBargains.com may only be returned to SmartBargains in accordance w ith our return policy. It cannot be returned to Loehmann's store locations.

Due to limited quantities of merchandise, extremely popular items mentioned in this new sletter may sell out. Featured items w ere available at the time of this w riting. We apologize in advance for any inconvenience.

Copyright ©2000-2006 SmartBargains.com, LP. All rights reserved.

SmartBargains.com, LP, 10 Milk Street, 10th Floor, Boston, MA 02108



**SmartBargains.com 10 Milk St. Boston, MA 02108**

**If you can not see our footer image, please** visit here.

```
From ???@??? Tue Apr 11 08:49:24 2006
Return-Path: <mailcenter343200@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 6722 invoked from network); 11 Apr 2006 06:28:55 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by chiefmusician.net with SMTP; 11 Apr 2006 06:28:54 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 11 Apr 2006 07:28:48 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 343200
From: Bed N Bath <BedNBath@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343200@vm-rewards.com>
Subject: Bed & bath liquidation  save up to 80%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BARGAIN_URL,BAYES_20,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**SPRING DRESSES**
New  casual, career ?
looks from labels you love
Starting at $24.99
**SAVE UP TO 74%**

**LUXURY BEDDING**
Comforters, duvets ?
Croscill, Wamsutta ?
Starting at $39.99
**SAVE UP TO 80%**

**NEW WATCH STYLES**
Bulova, Lucien Piccard,
Wenger ?
All under $200
**SAVE UP TO 68%**



**The Grab Bag** - Our biggest deals...everything at least 70% off

**The Bath Shop** - Luxury towel sets, bath accessories, scales ?

**Kitchen Appliances** - Coffeemakers to toasters - Cuisinart, Krups ?

**Sure Fit Slipcovers** - For chairs, sofas ?

**Women's Dress Shoes** - Trendy styles from Anne Klein, BCBG ?

SmartBargains stands behind every "Loehmann's@SmartBargains" product w ith our 30 Day Return Policy. Please note, SmartBargains (rather than Loehmann's) is the seller/retailer of all items offered on SmartBargains.com. All "Loehmann's@SmartBargains" merchandise purchased at SmartBargains.com may only be returned to SmartBargains in accordance w ith our return policy. It cannot be returned to Loehmann's store locations.

Due to limited quantities of merchandise, extremely popular items mentioned in this new sletter may sell out. Featured items w ere available at the time of this w riting. We apologize in advance for any inconvenience.

Copyright ©2000-2006 SmartBargains.com, LP. All rights reserved.

SmartBargains.com, LP, 10 Milk Street, 10th Floor, Boston, MA 02108



**SmartBargains.com 10 Milk St. Boston, MA 02108**

**If you can not see our footer image, please** visit here.

From ???@??? Tue Apr 11 07:53:22 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter343200@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 27171 invoked from network); 11 Apr 2006 07:02:53 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by clrobin.com with SMTP; 11 Apr 2006 07:02:45 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 11 Apr 2006 08:02:38 -0500
X-ClientHost: 1061111100641060971211070971211151121080970991010 46099111109
X-MailingID: 343200
From: Bed N Bath <BedNBath@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343200@vm-rewards.com>
Subject: *****SPAM***** Bed & bath liquidation  save up to 80%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.5 required=7.0 tests=BARGAIN_URL,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,HTML_TAG_BALANCE_BODY,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,SAVE_UP_TO,
        SAVINGS,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  0.4 SAVINGS Subject talks about savings
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 SAVE_UP_TO BODY: Save Up To
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.3 HTML_TAG_BALANCE_BODY BODY: HTML has unbalanced "body" tags
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.8 BARGAIN_URL URI: Includes a link to a likely spammer domain
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]


Images not loading? View this offer by visiting this link





**SPRING DRESSES**
New casual, career ?
looks from labels you love
Starting at $24.99
**SAVE UP TO 74%**

**LUXURY BEDDING**
Comforters, duvets ?
Croscill, Wamsutta ?
Starting at $39.99
**SAVE UP TO 80%**

**NEW WATCH STYLES**
Bulova, Lucien Piccard,
Wenger ?
All under $200
**SAVE UP TO 68%**

**The Grab Bag** - Our biggest deals...everything at least 70% off

**The Bath Shop** - Luxury towel sets, bath accessories, scales ?

**Kitchen Appliances** - Coffeemakers to toasters - Cuisinart, Krups ?

**Sure Fit Slipcovers** - For chairs, sofas ?

**Women's Dress Shoes** - Trendy styles from Anne Klein, BCBG ?

SmartBargains stands behind every "Loehmann's@SmartBargains" product w ith our 30 Day Return Policy. Please note, SmartBargains (rather than Loehmann's) is the seller/retailer of all items offered on SmartBargains.com. All "Loehmann's@SmartBargains" merchandise purchased at SmartBargains.com may only be returned to SmartBargains in accordance w ith our return policy. It cannot be returned to Loehmann's store locations.

Due to limited quantities of merchandise, extremely popular items mentioned in this new sletter may sell out. Featured items w ere available at the time of this w riting. We apologize in advance for any inconvenience.

Copyright ©2000-2006 SmartBargains.com, LP. All rights reserved.

SmartBargains.com, LP, 10 Milk Street, 10th Floor, Boston, MA 02108



**SmartBargains.com 10 Milk St. Boston, MA 02108**

**If you can not see our footer image, please** <u>visit here</u>.

```
From ???@??? Thu Oct 27 12:31:30 2005
X-Persona: <hum>
Return-Path: <mailcenter331191@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 28289 invoked from network); 25 Oct 2005 05:45:40 -0600
Received: from vm-182-194.vm-mail.com (206.82.182.194)
  by clrobin.com with SMTP; 25 Oct 2005 05:45:40 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-194.vm-mail.com with SMTP; 25 Oct 2005 06:45:23 -0500
X-ClientHost: 104117109064101104097104111109101046099111109
X-MailingID: 331191
From: Bed N Bath <BedNBath@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331191@vm-rewards.com>
Subject: *****SPAM***** Bed & bath liquidation - save up to 75% on luxury
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_06,HTML_IMAGE_RATIO_04,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVINGS,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        * 1.0 DATE_MISSING Missing Date: header
        * 0.4 SAVINGS Subject talks about savings
        * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        * 0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 1.7 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
        * 0.0 HTML_MESSAGE BODY: HTML included in message
        * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```









**70% Off Grab Bag** – Our biggest deals in all departments sitewide

**60% Off Designer Dresses** – Diane von Furstenberg, Nicole Miller ?

**50% off Designer Accessories** – Dolce ?

**50% Off Kitchen ?** – Cuisinart, Krups, Gibson, Reed ?



SmartBargains.com, 10 Milk St. Boston, MA 02108

If you can not see our footer image, please visit here.

```
From ???@??? Fri May 12 22:29:21 2006
X-Persona: <Mila>
Return-Path: <mailcenter347564@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 24896 invoked from network); 7 May 2006 07:47:30 -0600
Received: from vm-187-88.vm-mail.com (206.82.187.88)
  by jaycelia.com with SMTP; 7 May 2006 07:46:56 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-88.vm-mail.com with SMTP; 07 May 2006 08:46:44 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 347564
From: Bed N Bath <BedNBath@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347564@vm-rewards.com>
Subject: Bed & bath liquidation  save up to 80%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BARGAIN_URL,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
       MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**SPRING DRESSES**
New casual, career ?
looks from labels you love
Starting at $24.99
**SAVE UP TO 74%**

**LUXURY BEDDING**
Comforters, duvets ?
Croscill, Wamsutta ?
Starting at $39.99
**SAVE UP TO 80%**

**NEW WATCH STYLES**
Bulova, Lucien Piccard,
Wenger ?
All under $200
**SAVE UP TO 68%**



**The Grab Bag** - Our biggest deals...everything at least 70% off

**The Bath Shop** - Luxury towel sets, bath accessories, scales ?

**Kitchen Appliances** - Coffeemakers to toasters - Cuisinart, Krups ?

**Sure Fit Slipcovers** - For chairs, sofas ?

**Women's Dress Shoes** - Trendy styles from Anne Klein, BCBG ?

SmartBargains stands behind every "Loehmann's@SmartBargains" product w ith our 30 Day Return Policy. Please note, SmartBargains (rather than Loehmann's) is the seller/retailer of all items offered on SmartBargains.com. All "Loehmann's@SmartBargains" merchandise purchased at SmartBargains.com may only be returned to SmartBargains in accordance w ith our return policy. It cannot be returned to Loehmann's store locations.

Due to limited quantities of merchandise, extremely popular items mentioned in this new sletter may sell out. Featured items w ere available at the time of this w riting. We apologize in advance for any inconvenience.

Copyright ©2000-2006 SmartBargains.com, LP. All rights reserved.

SmartBargains.com, LP, 10 Milk Street, 10th Floor, Boston, MA 02108



**SmartBargains.com 10 Milk St. Boston, MA 02108**

**If you can not see our footer image, please** visit here.