Gordon v. Virtumundo Inc et al                                      Doc. 64 Att.

```
From ???@??? Tue Feb 28 17:39:18 2006
X-Persona: <Mila>
Return-Path: <mailcenter338968@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Sat, 25 Feb 2006 19:21:06 -0600
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Play bingo just for the fun of it
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44010282.29BF85B3"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9143&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'9143&e=mila@jammtomm.com
  URI:http://ogy.cc/bobiskts/ftbv2_01.gif [...]

Content analysis details:   (8.5 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 1.5 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 9185 invoked from network); 25 Feb 2006 19:21:04 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaycelia.com with SMTP; 25 Feb 2006 19:21:04 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 25 Feb 2006 19:20:49 -0600

Dockets.Justia.com

```
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 338968
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338968@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Play bingo
just 3.htm"
```

From ???@??? Sun Feb 26 10:48:13 2006
X-Persona: <RCW>
Return-Path: <mailcenter338968@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 9248 invoked from network); 26 Feb 2006 11:51:08 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 26 Feb 2006 11:51:08 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 26 Feb 2006 11:50:53 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 338968
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338968@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



**DFS Corp Direct Services, Edificio Trilogia Escazu, Costa Rica**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Feb 26 09:25:15 2006
X-Persona: <Jay>
Return-Path: <mailcenter338968@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 23650 invoked from network); 25 Feb 2006 19:21:27 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by chiefmusician.net with SMTP; 25 Feb 2006 19:21:22 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 25 Feb 2006 19:21:08 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 338968
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338968@vm-rewards.com>
Subject: *****SPAM***** Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





 **DFS Corp Direct Services, Edificio Trilogia Escazu, Costa Rica**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Feb 26 09:23:53 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter338968@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 7489 invoked from network); 25 Feb 2006 19:17:11 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jammtomm.com with SMTP; 25 Feb 2006 19:17:11 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 25 Feb 2006 19:16:58 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 338968
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338968@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



DFS Corp Direct Services, Edificio Trilogia Escazu, Costa Rica

If you can not see our footer image, please visit here.

```
From ???@??? Sun Feb 26 09:22:32 2006
X-Persona: <Celia>
Return-Path: <mailcenter338968@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 6276 invoked from network); 26 Feb 2006 04:24:51 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by celiajay.com with SMTP; 26 Feb 2006 04:24:51 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 26 Feb 2006 04:24:37 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 338968
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338968@vm-rewards.com>
Subject: *****SPAM***** Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.8 required=7.0 tests=BLANK_LINES_80_90,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link





  DFS Corp Direct Services, Edificio Trilogia Escazu, Costa Rica

 If you can not see our footer image, please visit here.

```
From ???@??? Sun Feb 26 07:36:43 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter338968@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 23778 invoked from network); 25 Feb 2006 19:21:27 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by ehahome.com with SMTP; 25 Feb 2006 19:21:22 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 25 Feb 2006 19:21:08 -0600
X-ClientHost: 10611111006410609712110709712111511211208097099101046099111109
X-MailingID: 338968
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338968@vm-rewards.com>
Subject: *****SPAM***** Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link







 **DFS Corp Direct Services, Edificio Trilogia Escazu, Costa Rica**



**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 18:10:28 2006
Return-Path: <mailcenter336946@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 30624 invoked from network); 2 Feb 2006 15:25:38 -0600
Received: from vm-177-75.vm-mail.com (206.82.177.75)
   by chiefmusician.net with SMTP; 2 Feb 2006 15:25:38 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-75.vm-mail.com with SMTP; 02 Feb 2006 15:25:23 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111 09
X-MailingID: 336946
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336946@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_56,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



DFS Corp Direct Services, Edificio Trilogia Escazu, Costa Rica

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 18:10:28 2006
Return-Path: <mailcenter336946@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 31520 invoked from network); 2 Feb 2006 15:25:39 -0600
Received: from vm-177-75.vm-mail.com (206.82.177.75)
  by chiefmusician.net with SMTP; 2 Feb 2006 15:25:39 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-75.vm-mail.com with SMTP; 02 Feb 2006 15:25:23 -0600
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 336946
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336946@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_56,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

Images not loading? View this offer by visiting this link



DFS Corp Direct Services, Edificio Trilogia Escazu, Costa Rica

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 18:10:27 2006
Return-Path: <mailcenter336946@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 28323 invoked from network); 2 Feb 2006 15:25:36 -0600
Received: from vm-177-75.vm-mail.com (206.82.177.75)
  by chiefmusician.net with SMTP; 2 Feb 2006 15:25:36 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-75.vm-mail.com with SMTP; 02 Feb 2006 15:25:23 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 336946
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336946@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_56,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

Images not loading? View this offer by visiting this link



**DFS Corp Direct Services, Edificio Trilogia Escazu, Costa Rica**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 18:10:27 2006
Return-Path: <mailcenter336946@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 27712 invoked from network); 2 Feb 2006 15:25:36 -0600
Received: from vm-177-75.vm-mail.com (206.82.177.75)
  by chiefmusician.net with SMTP; 2 Feb 2006 15:25:35 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-75.vm-mail.com with SMTP; 02 Feb 2006 15:25:23 -0600
X-ClientHost:
09711011606409711011610411111012109910110110161140971080460991111109
X-MailingID: 336946
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336946@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_56,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



**DFS Corp Direct Services, Edificio Trilogia Escazu, Costa Rica**

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 18:10:27 2006
Return-Path: <mailcenter336946@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 29184 invoked from network); 2 Feb 2006 15:25:37 -0600
Received: from vm-177-75.vm-mail.com (206.82.177.75)
  by chiefmusician.net with SMTP; 2 Feb 2006 15:25:37 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-75.vm-mail.com with SMTP; 02 Feb 2006 15:25:23 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 336946
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336946@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_56,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



DFS Corp Direct Services, Edificio Trilogia Escazu, Costa Rica

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 16:54:40 2006
Return-Path: <mailcenter336418@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 20578 invoked from network); 27 Jan 2006 19:29:44 -0600
Received: from vm-177-62.vm-mail.com (206.82.177.62)
  by jaykaysplace.com with SMTP; 27 Jan 2006 19:29:42 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-62.vm-mail.com with SMTP; 27 Jan 2006 19:29:20 -0600
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 336418
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336418@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 16:54:39 2006
Return-Path: <mailcenter336418@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 16065 invoked from network); 27 Jan 2006 19:29:32 -0600
Received: from vm-177-62.vm-mail.com (206.82.177.62)
   by jaykaysplace.com with SMTP; 27 Jan 2006 19:29:32 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-62.vm-mail.com with SMTP; 27 Jan 2006 19:29:20 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 336418
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336418@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



 **FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**



**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 16:54:39 2006
Return-Path: <mailcenter336418@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 16640 invoked from network); 27 Jan 2006 19:29:33 -0600
Received: from vm-177-62.vm-mail.com (206.82.177.62)
  by jaykaysplace.com with SMTP; 27 Jan 2006 19:29:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-62.vm-mail.com with SMTP; 27 Jan 2006 19:29:20 -0600
X-ClientHost:
09910411709910706409711011610411111012109910111011611409710804609911109
X-MailingID: 336418
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336418@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 16:54:39 2006
Return-Path: <mailcenter336418@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 18016 invoked from network); 27 Jan 2006 19:29:36 -0600
Received: from vm-177-62.vm-mail.com (206.82.177.62)
  by jaykaysplace.com with SMTP; 27 Jan 2006 19:29:35 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-62.vm-mail.com with SMTP; 27 Jan 2006 19:29:20 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 336418
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336418@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 16:54:39 2006
Return-Path: <mailcenter336418@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 19524 invoked from network); 27 Jan 2006 19:29:41 -0600
Received: from vm-177-62.vm-mail.com (206.82.177.62)
   by jaykaysplace.com with SMTP; 27 Jan 2006 19:29:38 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-62.vm-mail.com with SMTP; 27 Jan 2006 19:29:20 -0600
X-ClientHost:
1150971101001210640971101161041111012109910111011611409710804609
9111109
X-MailingID: 336418
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336418@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

If you can not see our footer image, please visit here.

```
From ???@??? Mon Feb 06 10:56:27 2006
X-Persona: <Jay>
Return-Path: <mailcenter336946@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 18147 invoked from network); 2 Feb 2006 15:22:58 -0600
Received: from vm-181-228.vm-mail.com (206.82.181.228)
  by celiajay.com with SMTP; 2 Feb 2006 15:22:55 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-228.vm-mail.com with SMTP; 02 Feb 2006 15:22:43 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 336946
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336946@vm-rewards.com>
Subject: *****SPAM***** Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
    DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
    HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
    autolearn=no version=2.63
X-Spam-Report:
    *  1.0 DATE_MISSING Missing Date: header
    *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
    *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
    *  0.0 HTML_MESSAGE BODY: HTML included in message
    *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
    *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
    *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
    *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
    *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





 DFS Corp Direct Services, Edificio Trilogia Escazu, Costa Rica



If you can not see our footer image, please visit here.

```
From ???@??? Mon Feb 06 09:33:41 2006
X-Persona: <Jay>
Return-Path: <mailcenter336946@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 18147 invoked from network); 2 Feb 2006 15:22:58 -0600
Received: from vm-181-228.vm-mail.com (206.82.181.228)
   by celiajay.com with SMTP; 2 Feb 2006 15:22:55 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-228.vm-mail.com with SMTP; 02 Feb 2006 15:22:43 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 336946
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336946@vm-rewards.com>
Subject: *****SPAM***** Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset


Images not loading? View this offer by visiting this link
```





  **DFS Corp Direct Services, Edificio Trilogia Escazu, Costa Rica**



**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 06 09:27:11 2006
X-Persona: <Celia>
Return-Path: <mailcenter336946@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 12450 invoked from network); 2 Feb 2006 16:03:00 -0600
Received: from vm-180-123.vm-mail.com (206.82.180.123)
  by gordonworks.com with SMTP; 2 Feb 2006 16:02:57 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-123.vm-mail.com with SMTP; 02 Feb 2006 16:02:45 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 336946
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336946@vm-rewards.com>
Subject: *****SPAM***** Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        * 1.0 DATE_MISSING Missing Date: header
        * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.0 HTML_MESSAGE BODY: HTML included in message
        * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





 DFS Corp Direct Services, Edificio Trilogia Escazu, Costa Rica

If you can not see our footer image, please visit here.

```
From ???@??? Mon Feb 06 09:27:05 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter336946@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 26852 invoked from network); 2 Feb 2006 15:21:29 -0600
Received: from vm-181-46.vm-mail.com (206.82.181.46)
  by jaycelia.com with SMTP; 2 Feb 2006 15:21:29 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-46.vm-mail.com with SMTP; 02 Feb 2006 15:21:16 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 336946
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336946@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



DFS Corp Direct Services, Edificio Trilogia Escazu, Costa Rica

If you can not see our footer image, please visit here.

```
From ???@??? Mon Feb 06 09:27:05 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter336946@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 26852 invoked from network); 2 Feb 2006 15:21:29 -0600
Received: from vm-181-46.vm-mail.com (206.82.181.46)
  by jaycelia.com with SMTP; 2 Feb 2006 15:21:29 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-46.vm-mail.com with SMTP; 02 Feb 2006 15:21:16 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 336946
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336946@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



**DFS Corp Direct Services, Edificio Trilogia Escazu, Costa Rica**



**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 06 07:19:54 2006
X-Persona: <Mila>
Return-Path: <mailcenter336946@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 02 Feb 2006 15:22:52 -0600
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Play bingo just for the fun of it
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43E2782C.9BC1E951"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7983&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7983&e=mila@jammtomm.com
  URI:http://ogy.cc/bobiskts/ftbv2_01.gif [...]

Content analysis details:   (7.9 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING              Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN   BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 0.1 HTML_70_80               BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80        BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 11942 invoked from network); 2 Feb 2006 15:22:46 -0600
Received: from vm-181-89.vm-mail.com (206.82.181.89)
  by chiefmusician.net with SMTP; 2 Feb 2006 15:22:45 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-89.vm-mail.com with SMTP; 02 Feb 2006 15:22:33 -0600

```
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 336946
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336946@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Play bingo
just 6.htm"
```

```
From ???@??? Mon Feb 06 07:07:00 2006
X-Persona: <Mila>
Return-Path: <mailcenter336418@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 29794 invoked from network); 27 Jan 2006 20:55:45 -0600
Received: from vm-180-84.vm-mail.com (206.82.180.84)
   by clrobin.com with SMTP; 27 Jan 2006 20:55:45 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-84.vm-mail.com with SMTP; 27 Jan 2006 20:55:32 -0600
X-ClientHost: 1091051080970641060971091091161111091090460991111109
X-MailingID: 336418
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336418@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

If you can not see our footer image, please visit here.

```
From ???@??? Mon Feb 06 06:57:58 2006
X-Persona: <Mila>
Return-Path: <mailcenter336418@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 29794 invoked from network); 27 Jan 2006 20:55:45 -0600
Received: from vm-180-84.vm-mail.com (206.82.180.84)
  by clrobin.com with SMTP; 27 Jan 2006 20:55:45 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-84.vm-mail.com with SMTP; 27 Jan 2006 20:55:32 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 336418
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336418@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

If you can not see our footer image, please visit here.

```
From ???@??? Sun Feb 05 21:08:00 2006
X-Persona: <Mila>
Return-Path: <mailcenter336418@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 29794 invoked from network); 27 Jan 2006 20:55:45 -0600
Received: from vm-180-84.vm-mail.com (206.82.180.84)
   by clrobin.com with SMTP; 27 Jan 2006 20:55:45 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-84.vm-mail.com with SMTP; 27 Jan 2006 20:55:32 -0600
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 336418
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336418@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

If you can not see our footer image, please visit here.

```
From ???@??? Fri Feb 03 10:26:26 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter336946@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 18305 invoked from network); 2 Feb 2006 15:22:59 -0600
Received: from vm-181-41.vm-mail.com (206.82.181.41)
  by jaykaysplace.com with SMTP; 2 Feb 2006 15:22:56 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-41.vm-mail.com with SMTP; 02 Feb 2006 15:22:43 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 336946
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336946@vm-rewards.com>
Subject: *****SPAM***** Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





 DFS Corp Direct Services, Edificio Trilogia Escazu, Costa Rica

If you can not see our footer image, please visit here.

```
From ???@??? Thu Feb 02 14:45:24 2006
X-Persona: <RCW>
Return-Path: <mailcenter336946@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 14279 invoked from network); 2 Feb 2006 16:43:44 -0600
Received: from vm-181-67.vm-mail.com (206.82.181.67)
  by itdidnotendright.com with SMTP; 2 Feb 2006 16:43:44 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-67.vm-mail.com with SMTP; 02 Feb 2006 16:43:32 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 336946
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336946@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



DFS Corp Direct Services, Edificio Trilogia Escazu, Costa Rica

If you can not see our footer image, please visit here.

From ???@??? Mon Jan 30 16:08:40 2006
X-Persona: <RCW>
Return-Path: <mailcenter336418@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 10145 invoked from network); 27 Jan 2006 20:01:52 -0600
Received: from vm-182-98.vm-mail.com (206.82.182.98)
  by clrobin.com with SMTP; 27 Jan 2006 20:01:51 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-98.vm-mail.com with SMTP; 27 Jan 2006 20:01:39 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 336418
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336418@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 09:22:43 2006
X-Persona: <Jay>
Return-Path: <mailcenter336418@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 2048 invoked from network); 27 Jan 2006 20:55:58 -0600
Received: from vm-180-177.vm-mail.com (206.82.180.177)
  by chiefmusician.net with SMTP; 27 Jan 2006 20:55:57 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-177.vm-mail.com with SMTP; 27 Jan 2006 20:55:44 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 336418
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336418@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 08:52:50 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter336418@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 16932 invoked from network); 27 Jan 2006 20:53:47 -0600
Received: from vm-180-245.vm-mail.com (206.82.180.245)
  by gnwalpha.org with SMTP; 27 Jan 2006 20:53:47 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-245.vm-mail.com with SMTP; 27 Jan 2006 20:53:34 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 336418
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336418@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



**FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 30 08:51:50 2006
X-Persona: <Celia>
Return-Path: <mailcenter336418@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 22243 invoked from network); 27 Jan 2006 19:28:18 -0600
Received: from vm-181-211.vm-mail.com (206.82.181.211)
  by rcw19190020.com with SMTP; 27 Jan 2006 19:28:18 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-211.vm-mail.com with SMTP; 27 Jan 2006 19:28:05 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 336418
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336418@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

If you can not see our footer image, please visit here.

From ???@??? Sat Jan 28 08:43:18 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter336418@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 4771 invoked from network); 27 Jan 2006 20:56:00 -0600
Received: from vm-180-249.vm-mail.com (206.82.180.249)
  by xj4x4.net with SMTP; 27 Jan 2006 20:55:59 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-249.vm-mail.com with SMTP; 27 Jan 2006 20:55:46 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 336418
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336418@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63


Images not loading? View this offer by visiting this link



FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

If you can not see our footer image, please visit here.

From ???@??? Sat Mar 18 21:24:43 2006
X-Persona: <Mila>
Return-Path: <mailcenter340028@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 15 Mar 2006 04:22:00 -0600
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Play bingo just for the fun of it
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.7 required=7.0 tests=BAYES_99,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4417EAC8.14C893BF"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9865&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'9865&e=mila@jammtomm.com
  URI:http://ogy.cc/bobiskts/ftbv2_01.gif [...]

Content analysis details:   (9.7 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 22787 invoked from network); 15 Mar 2006 04:21:57 -0600
Received: from vm-180-59.vm-mail.com (206.82.180.59)
  by itdidnotendright.com with SMTP; 15 Mar 2006 04:21:57 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-59.vm-mail.com with SMTP; 15 Mar 2006 04:21:45 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109

```
X-MailingID: 340028
From: Bingo Palace Paradise<BingoPalace@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340028@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Play bingo
just 7.htm"
```

```
From ???@??? Sat Oct 25 18:04:44 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <225501-1085>; Sat, 25 Oct 2003 19:54:03 -0400
Received: from vm155.vmadmin.com ([216.64.222.155]) by ams.ftl.affinity.com
with ESMTP id <224463-1075>; Sat, 25 Oct 2003 18:30:15 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm155.vmadmin.com with SMTP; 25 Oct 2003 17:28:08 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 175568
From: Bingo Players <BingoRecruitment175568@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Bingo Players <BingoRecruitment175568@replies.virtumundo.com>
Subject: Up to $300 Sign-up Bonus
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct25.183015-0400_edt.224463-1075+25545@ams.ftl.affinity.com>
Date:Sat, 25 Oct 2003 18:30:14 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Oct 25 18:04:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <225502-1075>; Sat, 25 Oct 2003 19:54:03 -0400
Received: from vm155.vmadmin.com ([216.64.222.155]) by ams.ftl.affinity.com
with ESMTP id <228661-1075>; Sat, 25 Oct 2003 18:30:15 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm155.vmadmin.com with SMTP; 25 Oct 2003 17:28:08 -0500
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 175568
From: Bingo Players <BingoRecruitment175568@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Bingo Players <BingoRecruitment175568@replies.virtumundo.com>
Subject: Up to $300 Sign-up Bonus
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct25.183015-0400_edt.228661-1075+25547@ams.ftl.affinity.com>
Date:Sat, 25 Oct 2003 18:30:14 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Oct 25 18:04:44 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <225494-1075>; Sat, 25 Oct 2003 19:54:03 -0400
Received: from vm155.vmadmin.com ([216.64.222.155]) by ams.ftl.affinity.com
with ESMTP id <227455-1075>; Sat, 25 Oct 2003 18:30:14 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm155.vmadmin.com with SMTP; 25 Oct 2003 17:28:08 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 175568
From: Bingo Players <BingoRecruitment175568@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Bingo Players <BingoRecruitment175568@replies.virtumundo.com>
Subject: Up to $300 Sign-up Bonus
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct25.183014-0400_edt.227455-1075+25542@ams.ftl.affinity.com>
Date:Sat, 25 Oct 2003 18:30:13 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Oct 25 18:04:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <225495-1079>; Sat, 25 Oct 2003 19:54:03 -0400
Received: from vm155.vmadmin.com ([216.64.222.155]) by ams.ftl.affinity.com
with ESMTP id <227975-1086>; Sat, 25 Oct 2003 18:30:13 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm155.vmadmin.com with SMTP; 25 Oct 2003 17:28:08 -0500
X-ClientHost: 102097121101064103111141001111101191111141071150460991111 09
X-MailingID: 175568
From: Bingo Players <BingoRecruitment175568@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Bingo Players <BingoRecruitment175568@replies.virtumundo.com>
Subject: Up to $300 Sign-up Bonus
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct25.183013-0400_edt.227975-1086+25389@ams.ftl.affinity.com>
Date:Sat, 25 Oct 2003 18:30:13 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Oct 25 18:04:44 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <225503-1085>; Sat, 25 Oct
2003 19:54:02 -0400
Received: from vm155.vmadmin.com ([216.64.222.155]) by ams.ftl.affinity.com
with ESMTP id <228665-1081>; Sat, 25 Oct 2003 18:30:15 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm155.vmadmin.com with SMTP; 25 Oct 2003 17:28:08 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 175568
From: Bingo Players <BingoRecruitment175568@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Bingo Players <BingoRecruitment175568@replies.virtumundo.com>
Subject: Up to $300 Sign-up Bonus
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct25.183015-0400_edt.228665-1081+25003@ams.ftl.affinity.com>
Date:Sat, 25 Oct 2003 18:30:15 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Mar 01 18:28:42 2006
X-Persona: <Celia>
Return-Path: <mailcenter339130@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 5699 invoked from network); 28 Feb 2006 16:05:39 -0600
Received: from vm-181-146.vm-mail.com (206.82.181.146)
  by jaycelia.com with SMTP; 28 Feb 2006 16:05:39 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-146.vm-mail.com with SMTP; 28 Feb 2006 16:05:26 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 339130
From: Bingo Players Paradise <BingoPlayersParadise@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339130@vm-rewards.com>
Subject: *****SPAM***** Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

        If you can not see our footer image, please visit here.

```
From ???@??? Wed Mar 01 18:28:41 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter339130@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 31904 invoked from network); 28 Feb 2006 15:21:13 -0600
Received: from vm-180-115.vm-mail.com (206.82.180.115)
  by clrobin.com with SMTP; 28 Feb 2006 15:21:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-115.vm-mail.com with SMTP; 28 Feb 2006 15:20:52 -0600
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460991111109
X-MailingID: 339130
From: Bingo Players Paradise <BingoPlayersParadise@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339130@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---


**FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 28 18:31:22 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter339130@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 8800 invoked from network); 28 Feb 2006 15:23:10 -0600
Received: from vm-180-169.vm-mail.com (206.82.180.169)
   by clrobin.com with SMTP; 28 Feb 2006 15:23:10 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-169.vm-mail.com with SMTP; 28 Feb 2006 15:22:58 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 339130
From: Bingo Players Paradise <BingoPlayersParadise@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339130@vm-rewards.com>
Subject: *****SPAM***** Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

        If you can not see our footer image, please visit here.

From ???@??? Tue Feb 28 17:45:34 2006
X-Persona: <Mila>
Return-Path: <mailcenter339130@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 28 Feb 2006 15:23:11 -0600
From: Bingo Players Paradise <BingoPlayersParadise@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Play bingo just for the fun of it
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4404BF3F.4E0DA2F8"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9225&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'9225&e=mila@jammtomm.com
  URI:http://ogy.cc/ftbv3.jpg [...]

Content analysis details:   (7.9 points, 7.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 0.1 HTML_70_80               BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80        BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 5217 invoked from network); 28 Feb 2006 15:23:06 -0600
Received: from vm-180-166.vm-mail.com (206.82.180.166)
  by itdidnotendright.com with SMTP; 28 Feb 2006 15:23:06 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-166.vm-mail.com with SMTP; 28 Feb 2006 15:22:46 -0600

```
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 339130
From: Bingo Players Paradise <BingoPlayersParadise@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339130@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Play bingo
just 4.htm"
```

From ???@??? Tue Feb 28 17:01:58 2006
X-Persona: <RCW>
Return-Path: <mailcenter339130@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 7398 invoked from network); 28 Feb 2006 17:12:43 -0600
Received: from vm-180-33.vm-mail.com (206.82.180.33)
  by anthonycentral.com with SMTP; 28 Feb 2006 17:12:43 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-33.vm-mail.com with SMTP; 28 Feb 2006 17:12:31 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460099111109
X-MailingID: 339130
From: Bingo Players Paradise <BingoPlayersParadise@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339130@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link



---

 FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

        If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 16:05:41 2006
X-Persona: <RCW>
Return-Path: <mailcenter335984@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 1442 invoked from network); 23 Jan 2006 16:00:00 -0600
Received: from vm-182-104.vm-mail.com (206.82.182.104)
  by chiefmusician.net with SMTP; 23 Jan 2006 15:59:57 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-104.vm-mail.com with SMTP; 23 Jan 2006 15:59:45 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460099111109
X-MailingID: 335984
From: Bingo Players Paradise <BingoPlayersParadise@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335984@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---



**FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**

      **If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 30 09:16:19 2006
X-Persona: <Jay>
Return-Path: <mailcenter335984@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 19750 invoked from network); 23 Jan 2006 15:14:39 -0600
Received: from vm-182-16.vm-mail.com (206.82.182.16)
  by celiajay.com with SMTP; 23 Jan 2006 15:14:39 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-16.vm-mail.com with SMTP; 23 Jan 2006 15:14:27 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 335984
From: Bingo Players Paradise <BingoPlayersParadise@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335984@vm-rewards.com>
Subject: *****SPAM***** Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

          If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 08:57:50 2006
X-Persona: <Jay>
Return-Path: <mailcenter335984@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 19750 invoked from network); 23 Jan 2006 15:14:39 -0600
Received: from vm-182-16.vm-mail.com (206.82.182.16)
  by celiajay.com with SMTP; 23 Jan 2006 15:14:39 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-16.vm-mail.com with SMTP; 23 Jan 2006 15:14:27 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 335984
From: Bingo Players Paradise <BingoPlayersParadise@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335984@vm-rewards.com>
Subject: *****SPAM***** Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

 FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102



     If you can not see our footer image, please visit here.

```
From ???@??? Thu Jan 26 11:12:51 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter335984@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 7104 invoked from network); 23 Jan 2006 15:13:05 -0600
Received: from vm-182-138.vm-mail.com (206.82.182.138)
  by celiajay.com with SMTP; 23 Jan 2006 15:13:05 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-138.vm-mail.com with SMTP; 23 Jan 2006 15:12:52 -0600
X-ClientHost:
10610510906410511610010510010111111610111010011410510310411604609911109
X-MailingID: 335984
From: Bingo Players Paradise <BingoPlayersParadise@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335984@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---


**FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Jan 26 11:11:41 2006
X-Persona: <Celia>
Return-Path: <mailcenter335984@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 17089 invoked from network); 23 Jan 2006 15:19:15 -0600
Received: from vm-177-114.vm-mail.com (206.82.177.114)
   by rcw19190020.com with SMTP; 23 Jan 2006 15:19:15 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-114.vm-mail.com with SMTP; 23 Jan 2006 15:19:01 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 335984
From: Bingo Players Paradise <BingoPlayersParadise@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335984@vm-rewards.com>
Subject: *****SPAM***** Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset


Images not loading? View this offer by visiting this link



---



FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

      If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 24 21:29:40 2006
Return-Path: <mailcenter335984@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 32721 invoked from network); 23 Jan 2006 16:09:30 -0600
Received: from vm-181-138.vm-mail.com (206.82.181.138)
  by rcw19190020.com with SMTP; 23 Jan 2006 16:09:30 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-138.vm-mail.com with SMTP; 23 Jan 2006 16:09:19 -0600
X-ClientHost:
0971101160640971101161041111012109910111011611409710804609911109
X-MailingID: 335984
From: Bingo Players Paradise <BingoPlayersParadise@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335984@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**





**FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Jan 24 21:29:40 2006
Return-Path: <mailcenter335984@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 32735 invoked from network); 23 Jan 2006 16:09:31 -0600
Received: from vm-181-138.vm-mail.com (206.82.181.138)
  by rcw19190020.com with SMTP; 23 Jan 2006 16:09:31 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-138.vm-mail.com with SMTP; 23 Jan 2006 16:09:19 -0600
X-ClientHost:
099104117099107064097110116104111101210991011101161140971080460991111109
X-MailingID: 335984
From: Bingo Players Paradise <BingoPlayersParadise@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335984@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

**Images not loading? View this offer by visiting this link**



---



**FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**

   **If you can not see our footer image, please visit here.**

```
From ???@??? Tue Jan 24 21:29:40 2006
Return-Path: <mailcenter335984@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 785 invoked from network); 23 Jan 2006 16:09:32 -0600
Received: from vm-181-138.vm-mail.com (206.82.181.138)
   by rcw19190020.com with SMTP; 23 Jan 2006 16:09:32 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-138.vm-mail.com with SMTP; 23 Jan 2006 16:09:19 -0600
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710804609911109
X-MailingID: 335984
From: Bingo Players Paradise <BingoPlayersParadise@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335984@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



---



**FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**

        **If you can not see our footer image, please visit here.**

```
From ???@??? Tue Jan 24 21:29:40 2006
Return-Path: <mailcenter335984@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 1282 invoked from network); 23 Jan 2006 16:09:33 -0600
Received: from vm-181-138.vm-mail.com (206.82.181.138)
  by rcw19190020.com with SMTP; 23 Jan 2006 16:09:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-138.vm-mail.com with SMTP; 23 Jan 2006 16:09:19 -0600
X-ClientHost:
1150971101001210640971101161041111012109910111011611409710804609911109
X-MailingID: 335984
From: Bingo Players Paradise <BingoPlayersParadise@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335984@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

Images not loading? View this offer by visiting this link



---

 FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102



If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 24 21:29:40 2006
Return-Path: <mailcenter335984@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 4835 invoked from network); 23 Jan 2006 16:09:37 -0600
Received: from vm-181-138.vm-mail.com (206.82.181.138)
  by rcw19190020.com with SMTP; 23 Jan 2006 16:09:34 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-138.vm-mail.com with SMTP; 23 Jan 2006 16:09:19 -0600
X-ClientHost: 1161060640971101161041111012109910111011611409710804609911109
X-MailingID: 335984
From: Bingo Players Paradise <BingoPlayersParadise@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335984@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
       version=2.63
```

Images not loading? View this offer by visiting this link



---

FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

If you can not see our footer image, please visit here.

From ???@??? Tue Jan 24 18:12:21 2006
X-Persona: <Mila>
Return-Path: <mailcenter335984@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 23 Jan 2006 15:14:39 -0600
From: Bingo Players Paradise <BingoPlayersParadise@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Play bingo just for the fun of it
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43D5473F.A39DAC37"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7565&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7565&e=mila@jammtomm.com
  URI:http://ogy.cc/ftbv3.jpg [...]

Content analysis details:   (8.5 points, 7.0 required)

 pts rule name                description
 ---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 1.5 BLANK_LINES_80_90       BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80              BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 17858 invoked from network); 23 Jan 2006 15:14:37 -0600
Received: from vm-182-70.vm-mail.com (206.82.182.70)
  by gordonworks.com with SMTP; 23 Jan 2006 15:14:34 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-70.vm-mail.com with SMTP; 23 Jan 2006 15:14:21 -0600

```
X-ClientHost: 10910510809706410609710910911611111091090460991111109
X-MailingID: 335984
From: Bingo Players Paradise <BingoPlayersParadise@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335984@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Play bingo
just 5.htm"
```

```
From ???@??? Mon Jan 23 16:00:26 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter335984@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 19650 invoked from network); 23 Jan 2006 15:14:39 -0600
Received: from vm-182-9.vm-mail.com (206.82.182.9)
   by celiajay.com with SMTP; 23 Jan 2006 15:14:39 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-9.vm-mail.com with SMTP; 23 Jan 2006 15:14:27 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 335984
From: Bingo Players Paradise <BingoPlayersParadise@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335984@vm-rewards.com>
Subject: *****SPAM***** Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

        If you can not see our footer image, please visit here.

```
From ???@??? Wed Mar 01 18:29:33 2006
X-Persona: <Jay>
Return-Path: <mailcenter339130@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 8546 invoked from network); 28 Feb 2006 15:23:10 -0600
Received: from vm-180-161.vm-mail.com (206.82.180.161)
   by ehahome.com with SMTP; 28 Feb 2006 15:23:09 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-161.vm-mail.com with SMTP; 28 Feb 2006 15:22:57 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 339130
From: Bingo Players Paradise <BingoPlayersParadise@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339130@vm-rewards.com>
Subject: *****SPAM***** Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

If you can not see our footer image, please visit here.

```
From ???@??? Wed Feb 04 14:00:36 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <212740-21751>; Wed, 4 Feb 2004 16:07:11 -0500
Received: from vm098.vmadmin.com ([216.64.222.98]) by ams.ftl.affinity.com
with ESMTP id <268225-21751>; Wed, 4 Feb 2004 16:06:32 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm098.vmadmin.com with SMTP; 04 Feb 2004 15:05:27 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 241215
From: Bingo Room <PlayAtTheBingoRoom@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Bingo Room <PlayAtTheBingoRoom241215@replies.virtumundo.com>
Subject: Join Now and get a $5 Bonus
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb4.160632-0500_est.268225-21751+41776@ams.ftl.affinity.com>
Date:Wed, 4 Feb 2004 16:06:31 -0500
```



---

 **Savinet Enterprises, Inc., Nicosia, Cyprus 2-4 Markarios III Avenue Caiptal Center 9th Floor Nicosia, NI Cyprus 1505**

From ???@??? Wed Feb 04 14:00:36 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <267988-21751>; Wed, 4 Feb
2004 16:07:11 -0500
Received: from vm098.vmadmin.com ([216.64.222.98]) by ams.ftl.affinity.com
with ESMTP id <267028-21749>; Wed, 4 Feb 2004 16:06:32 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm098.vmadmin.com with SMTP; 04 Feb 2004 15:05:27 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 241215
From: Bingo Room <PlayAtTheBingoRoom@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Bingo Room <PlayAtTheBingoRoom241215@replies.virtumundo.com>
Subject: Join Now and get a $5 Bonus
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb4.160632-0500_est.267028-21749+41922@ams.ftl.affinity.com>
Date:Wed, 4 Feb 2004 16:06:32 -0500



 **Savinet Enterprises, Inc., Nicosia, Cyprus 2-4 Markarios III Avenue Caiptal Center 9th Floor Nicosia, NI Cyprus 1505**

```
From ???@??? Sun Jan 01 18:56:11 2006
X-Persona: <Mila>
Return-Path: <mailcenter333443@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 18339 invoked from network); 20 Dec 2005 18:04:13 -0600
Received: from vm-177-18.vm-mail.com (206.82.177.18)
  by celiajay.com with SMTP; 20 Dec 2005 18:04:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-18.vm-mail.com with SMTP; 20 Dec 2005 18:04:01 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 333443
From: Bingo Time <BingoTime@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333443@vm-rewards.com>
Subject: Play Bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
```



---

 **FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**



**If you can not see our footer image, please** visit here.

```
From ???@??? Sun Jan 01 17:22:43 2006
X-Persona: <Mila>
Return-Path: <mailcenter333443@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 18339 invoked from network); 20 Dec 2005 18:04:13 -0600
Received: from vm-177-18.vm-mail.com (206.82.177.18)
  by celiajay.com with SMTP; 20 Dec 2005 18:04:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-18.vm-mail.com with SMTP; 20 Dec 2005 18:04:01 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 333443
From: Bingo Time <BingoTime@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333443@vm-rewards.com>
Subject: Play Bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
```



---

 **FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**



**If you can not see our footer image, please** visit here.

```
From ???@??? Wed Dec 21 12:45:12 2005
X-Persona: <Jon>
Return-Path: <mailcenter333443@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 19458 invoked from network); 20 Dec 2005 18:04:15 -0600
Received: from vm-177-18.vm-mail.com (206.82.177.18)
  by rcw19190020.com with SMTP; 20 Dec 2005 18:04:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-18.vm-mail.com with SMTP; 20 Dec 2005 18:04:02 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 333443
From: Bingo Time <BingoTime@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333443@vm-rewards.com>
Subject: Play Bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
```



---

 **FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**



**If you can not see our footer image, please** visit here**.**

```
From ???@??? Wed Dec 21 12:45:05 2005
X-Persona: <Jay>
Return-Path: <mailcenter333443@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 19168 invoked from network); 20 Dec 2005 18:04:15 -0600
Received: from vm-177-5.vm-mail.com (206.82.177.5)
  by gordonworks.com with SMTP; 20 Dec 2005 18:04:14 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-5.vm-mail.com with SMTP; 20 Dec 2005 18:04:02 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 333443
From: Bingo Time <BingoTime@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333443@vm-rewards.com>
Subject: Play Bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
```



---

 **FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**



**If you can not see our footer image, please** visit here.

```
From ???@??? Wed Dec 21 12:43:21 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333443@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 323 invoked from network); 20 Dec 2005 18:03:49 -0600
Received: from vm-177-27.vm-mail.com (206.82.177.27)
  by jaykaysplace.com with SMTP; 20 Dec 2005 18:03:49 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-27.vm-mail.com with SMTP; 20 Dec 2005 18:03:36 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 333443
From: Bingo Time <BingoTime@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333443@vm-rewards.com>
Subject: Play Bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

If you can not see our footer image, please visit here.

```
From ???@??? Wed Dec 21 12:42:23 2005
X-Persona: <Celia>
Return-Path: <mailcenter333443@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 1889 invoked from network); 20 Dec 2005 18:21:33 -0600
Received: from vm-180-54.vm-mail.com (206.82.180.54)
  by jaycelia.com with SMTP; 20 Dec 2005 18:21:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-54.vm-mail.com with SMTP; 20 Dec 2005 18:21:21 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 333443
From: Bingo Time <BingoTime@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333443@vm-rewards.com>
Subject: Play Bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



---

 **FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**



**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 30 15:47:51 2006
X-Persona: <RCW>
Return-Path: <mailcenter333443@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 19872 invoked from network); 20 Dec 2005 18:32:12 -0600
Received: from vm-177-119.vm-mail.com (206.82.177.119)
  by anthonycentral.com with SMTP; 20 Dec 2005 18:32:12 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-119.vm-mail.com with SMTP; 20 Dec 2005 18:31:59 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 333443
From: Bingo Time <BingoTime@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333443@vm-rewards.com>
Subject: Play Bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

 **FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**



**If you can not see our footer image, please** visit here.

```
From ???@??? Sat Dec 06 07:45:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <228257-25392>; Sat, 6 Dec 2003 09:22:40 -0500
Received: from vm091.vmadmin.com ([216.64.222.91]) by ams.ftl.affinity.com
with ESMTP id <238765-994>; Sat, 6 Dec 2003 09:21:34 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm091.vmadmin.com with SMTP; 06 Dec 2003 08:21:29 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 212568
From: Bingo Winner <EasyToPlayAndWin@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Bingo Winner <EasyToPlayAndWin212568@replies.virtumundo.com>
Subject: Play bingo on us!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.092134-0500_est.238765-994+11600@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 09:21:34 -0500
```



- **Play Multiplayer Bingo at** BingoBilly.com
  - ○ **3 types of Bingo to choose from:**
    - ▪ Web Based Java Bingo
    - ▪ Web based Flash 6 Bingo
    - ▪ Windows Download Bingo
- **Hit the Casino with** CasinoBilly.com
  - ○ **37+ Casino Games**
    - ▪ Blackjack
    - ▪ Carribean Poker
    - ▪ Craps
    - ▪ Roulette
    - ▪ Tables Games
    - ▪ VideoPoker
    - ▪ Slots
    - ▪ Pull Tabs

- **One Login account allows real play at both sites!**
- **Whopping** 100% Signup **Bonus!**
- Chat with family and friends **worldwide!**
- Daily Specials **to maximize your bottom line!**
- **Accepting All Major Credit Cards**

Copyright 2003 BingoBilly.com - CasinoBilly.com

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Dec 06 07:45:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213446-25391>; Sat, 6 Dec 2003 09:22:40 -0500
Received: from vm091.vmadmin.com ([216.64.222.91]) by ams.ftl.affinity.com
with ESMTP id <238692-994>; Sat, 6 Dec 2003 09:21:34 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm091.vmadmin.com with SMTP; 06 Dec 2003 08:21:29 -0600
X-ClientHost:
106097109105108097064103111114100111101191111141071150460991111109
X-MailingID: 212568
From: Bingo Winner <EasyToPlayAndWin@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Bingo Winner <EasyToPlayAndWin212568@replies.virtumundo.com>
Subject: Play bingo on us!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.092134-0500_est.238692-994+11599@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 09:21:32 -0500
```



- **Play Multiplayer Bingo at BingoBilly.com**
  - ○ **3 types of Bingo to choose from:**
    - ▪ Web Based Java Bingo
    - ▪ Web based Flash 6 Bingo
    - ▪ Windows Download Bingo
- **Hit the Casino with CasinoBilly.com**
  - ○ **37+ Casino Games**
    - ▪ Blackjack
    - ▪ Carribean Poker
    - ▪ Craps
    - ▪ Roulette
    - ▪ Tables Games
    - ▪ VideoPoker
    - ▪ Slots

- ■  Pull Tabs
- ☐ **One Login account allows real play at both sites!**
- ☐ **Whopping** 100% Signup **Bonus!**
- ☐  Chat with family and friends **worldwide!**
- ☐  Daily Specials **to maximize your bottom line!**
- ☐ **Accepting All Major Credit Cards**

Copyright 2003 BingoBilly.com - CasinoBilly.com

---

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Dec 06 07:45:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <237513-21661>; Sat, 6 Dec 2003 09:22:40 -0500
Received: from vm091.vmadmin.com ([216.64.222.91]) by ams.ftl.affinity.com
with ESMTP id <228257-21663>; Sat, 6 Dec 2003 09:21:32 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm091.vmadmin.com with SMTP; 06 Dec 2003 08:21:29 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 212568
From: Bingo Winner <EasyToPlayAndWin@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Bingo Winner <EasyToPlayAndWin212568@replies.virtumundo.com>
Subject: Play bingo on us!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.092132-0500_est.228257-21663+10448@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 09:21:31 -0500
```



- **Play Multiplayer Bingo at** BingoBilly.com
  - **3 types of Bingo to choose from:**
    - Web Based Java Bingo
    - Web based Flash 6 Bingo
    - Windows Download Bingo
- **Hit the Casino with** CasinoBilly.com
  - **37+ Casino Games**
    - Blackjack
    - Carribean Poker
    - Craps
    - Roulette
    - Tables Games
    - VideoPoker
    - Slots
    - Pull Tabs

☐ **One Login account allows real play at both sites!**
☐ **Whopping** `100% Signup` **Bonus!**
☐ ` Chat with family and friends` **worldwide!**
☐ ` Daily Specials` **to maximize your bottom line!**
☐ **Accepting All Major Credit Cards**

Copyright 2003 BingoBilly.com - CasinoBilly.com



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Dec 06 07:45:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <238004-12435>; Sat, 6 Dec 2003 09:22:40 -0500
Received: from vm091.vmadmin.com ([216.64.222.91]) by ams.ftl.affinity.com
with ESMTP id <213446-21663>; Sat, 6 Dec 2003 09:21:32 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm091.vmadmin.com with SMTP; 06 Dec 2003 08:21:29 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 212568
From: Bingo Winner <EasyToPlayAndWin@vmadmin.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Bingo Winner <EasyToPlayAndWin212568@replies.virtumundo.com>
Subject: Play bingo on us!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.092132-0500_est.213446-21663+10447@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 09:21:31 -0500
```



- **Play Multiplayer Bingo at BingoBilly.com**
  - **3 types of Bingo to choose from:**
    - Web Based Java Bingo
    - Web based Flash 6 Bingo
    - Windows Download Bingo
- **Hit the Casino with CasinoBilly.com**
  - **37+ Casino Games**
    - Blackjack
    - Carribean Poker
    - Craps
    - Roulette
    - Tables Games
    - VideoPoker
    - Slots
    - Pull Tabs

- **One Login account allows real play at both sites!**
- **Whopping** 100% Signup **Bonus!**
-  Chat with family and friends **worldwide!**
-  Daily Specials **to maximize your bottom line!**
- **Accepting All Major Credit Cards**

Copyright 2003 BingoBilly.com - CasinoBilly.com

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Dec 06 07:45:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <238456-21657>; Sat, 6 Dec
2003 09:22:40 -0500
Received: from vm091.vmadmin.com ([216.64.222.91]) by ams.ftl.affinity.com
with ESMTP id <238868-25392>; Sat, 6 Dec 2003 09:21:35 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm091.vmadmin.com with SMTP; 06 Dec 2003 08:21:29 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 212568
From: Bingo Winner <EasyToPlayAndWin@vmadmin.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Bingo Winner <EasyToPlayAndWin212568@replies.virtumundo.com>
Subject: Play bingo on us!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.092135-0500_est.238868-25392+11222@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 09:21:35 -0500
```



- **Play Multiplayer Bingo at BingoBilly.com**
  - ○ **3 types of Bingo to choose from:**
    - Web Based Java Bingo
    - Web based Flash 6 Bingo
    - Windows Download Bingo
- **Hit the Casino with CasinoBilly.com**
  - ○ **37+ Casino Games**
    - Blackjack
    - Carribean Poker
    - Craps
    - Roulette
    - Tables Games
    - VideoPoker

- Slots
- Pull Tabs

☐ **One Login account allows real play at both sites!**
☐ **Whopping** 100% Signup **Bonus!**
☐  Chat with family and friends **worldwide!**
☐  Daily Specials **to maximize your bottom line!**
☐ **Accepting All Major Credit Cards**

Copyright 2003 BingoBilly.com - CasinoBilly.com

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Feb 05 22:28:46 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <272535-23384>; Fri, 6 Feb 2004 00:10:09 -0500
Received: from vm208-25.adknow-net.com ([216.21.208.25]) by
ams.ftl.affinity.com with ESMTP id <272562-23398>; Fri, 6 Feb 2004 00:09:23
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-25.adknow-net.com with SMTP; 05 Feb 2004 23:09:09 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 358600
From: Birth Announcements <BirthAnnouncements@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return358600@replies.adknow-net.com
Subject: Tell them about your bundle of joy.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb6.000923-0500_est.272562-23398+50441@ams.ftl.affinity.com>
Date:Fri, 6 Feb 2004 00:09:23 -0500
```







---

**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Oct 30 16:17:17 2005
X-Persona: <Indi>
Return-Path: <mailcenter331235@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Tue, 25 Oct 2005 23:21:45 -0600
From: Black and Beautiful Dating Site
<BlackandBeautifulDatingSite@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Black and single ? Meet other singles in your area
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.4 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_FACE_BAD,
      HTML_IMAGE_ONLY_04,HTML_MESSAGE,MEET_SINGLES,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_435F1269.B9C7E95A"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4897&e=indi@jammtomm.com
  URI:http://ogy.cc/truebluehardhache_files/816_720x300_01.jpg
  URI:http://ogy.cc/truebluehardhache_files/816_720x300_02.gif
  URI:http://ogy.cc/truebluehardhache_files/816_720x300_03.jpg
  URI:http://ogy.cc/truebluehardhache_files/816_720x300_04.gif [...]

Content analysis details:   (7.4 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 MEET_SINGLES           BODY: Meet Singles
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.2 HTML_FONT_FACE_BAD     BODY: HTML font face is not a word
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 1.5 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 1154 invoked from network); 25 Oct 2005 23:21:44 -0600
Received: from vm-182-134.vm-mail.com (206.82.182.134)

```
  by chiefmusician.net with SMTP; 25 Oct 2005 23:21:44 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-134.vm-mail.com with SMTP; 26 Oct 2005 00:21:32 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 331235
From: Black and Beautiful Dating Site
<BlackandBeautifulDatingSite@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331235@vm-rewards.com>
Subject: Black and single ? Meet other singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Black and
single1.htm"
```

From ???@??? Sun Oct 30 16:17:17 2005
X-Persona: <Indi>
Return-Path: <mailcenter331235@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 25 Oct 2005 23:21:45 -0600
From: Black and Beautiful Dating Site
<BlackandBeautifulDatingSite@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Black and single ? Meet other singles in your area
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.4 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_FACE_BAD,
        HTML_IMAGE_ONLY_04,HTML_MESSAGE,MEET_SINGLES,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_435F1269.B9C7E95A"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4897&e=indi@jammtomm.com
  URI:http://ogy.cc/truebluehardhache_files/816_720x300_01.jpg
  URI:http://ogy.cc/truebluehardhache_files/816_720x300_02.gif
  URI:http://ogy.cc/truebluehardhache_files/816_720x300_03.jpg
  URI:http://ogy.cc/truebluehardhache_files/816_720x300_04.gif [...]

Content analysis details:   (7.4 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 MEET_SINGLES           BODY: Meet Singles
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.2 HTML_FONT_FACE_BAD     BODY: HTML font face is not a word
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 1.5 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 1154 invoked from network); 25 Oct 2005 23:21:44 -0600
Received: from vm-182-134.vm-mail.com (206.82.182.134)

```
   by chiefmusician.net with SMTP; 25 Oct 2005 23:21:44 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-134.vm-mail.com with SMTP; 26 Oct 2005 00:21:32 -0500
X-ClientHost: 1051101001050641060971091091161111091090460991111109
X-MailingID: 331235
From: Black and Beautiful Dating Site
<BlackandBeautifulDatingSite@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:   errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331235@vm-rewards.com>
Subject: Black and single ? Meet other singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Black and
single1.htm"
```

```
From ???@??? Tue Feb 03 15:19:56 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <361195-21675>; Tue, 3 Feb 2004 15:51:28 -0500
Received: from vm108.vmadmin.com ([216.64.222.108]) by ams.ftl.affinity.com
with ESMTP id <362592-21665>; Tue, 3 Feb 2004 15:50:30 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm108.vmadmin.com with SMTP; 03 Feb 2004 14:49:26 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 241210
From: BlackJack Ballroom <BlackJackBallroom@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: BlackJack Ballroom <BlackJackBallroom241210@replies.virtumundo.com>
Subject: Play cards on us
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb3.155030-0500_est.362592-21665+63942@ams.ftl.affinity.com>
Date:Tue, 3 Feb 2004 15:50:30 -0500
```



Beaufort House, P.O. Box 438, Road Town, Tortola, BVI

```
From ???@??? Tue Feb 03 15:19:56 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <361185-21665>; Tue, 3 Feb
2004 15:51:28 -0500
Received: from vm108.vmadmin.com ([216.64.222.108]) by ams.ftl.affinity.com
with ESMTP id <362605-21669>; Tue, 3 Feb 2004 15:50:32 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm108.vmadmin.com with SMTP; 03 Feb 2004 14:49:26 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 241210
From: BlackJack Ballroom <BlackJackBallroom@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: BlackJack Ballroom <BlackJackBallroom241210@replies.virtumundo.com>
Subject: Play cards on us
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb3.155032-0500_est.362605-21669+63145@ams.ftl.affinity.com>
Date:Tue, 3 Feb 2004 15:50:30 -0500
```



**Beaufort House, P.O. Box 438, Road Town, Tortola, BVI**

```
From ???@??? Tue Feb 03 15:19:56 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <361141-21677>; Tue, 3 Feb 2004 15:51:28 -0500
Received: from vm108.vmadmin.com ([216.64.222.108]) by ams.ftl.affinity.com
with ESMTP id <362544-21675>; Tue, 3 Feb 2004 15:50:30 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm108.vmadmin.com with SMTP; 03 Feb 2004 14:49:26 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 241210
From: BlackJack Ballroom <BlackJackBallroom@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: BlackJack Ballroom <BlackJackBallroom241210@replies.virtumundo.com>
Subject: Play cards on us
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb3.155030-0500_est.362544-21675+63161@ams.ftl.affinity.com>
Date:Tue, 3 Feb 2004 15:50:29 -0500
```



Beaufort House, P.O. Box 438, Road Town, Tortola, BVI

From ???@??? Tue Feb 03 15:19:56 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <361174-21665>; Tue, 3 Feb 2004 15:51:28 -0500
Received: from vm108.vmadmin.com ([216.64.222.108]) by ams.ftl.affinity.com
with ESMTP id <362546-21670>; Tue, 3 Feb 2004 15:50:30 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm108.vmadmin.com with SMTP; 03 Feb 2004 14:49:26 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 241210
From: BlackJack Ballroom <BlackJackBallroom@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: BlackJack Ballroom <BlackJackBallroom241210@replies.virtumundo.com>
Subject: Play cards on us
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb3.155030-0500_est.362546-21670+62720@ams.ftl.affinity.com>
Date:Tue, 3 Feb 2004 15:50:30 -0500



**Beaufort House, P.O. Box 438, Road Town, Tortola, BVI**

```
From ???@??? Sun Jan 25 15:18:15 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2396378-15182>; Sun, 25 Jan 2004 15:32:16 -0500
Received: from vm208-61.adknow-net.com ([216.21.208.61]) by
ams.ftl.affinity.com with ESMTP id <2398868-15194>; Sun, 25 Jan 2004 15:31:06
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-61.adknow-net.com with SMTP; 25 Jan 2004 14:30:58 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 349888
From: Boat Covers <CoverYourBoats@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return349888@replies.adknow-net.com
Subject: Your boat needs a custom-made cover.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan25.153106-0500_est.2398868-15194+61780@ams.ftl.affinity.com>
Date:Sun, 25 Jan 2004 15:31:05 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Oct 21 18:12:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216964-18613>; Tue, 21 Oct 2003 18:19:41 -0400
Received: from vm136.vmadmin.com ([216.64.222.136]) by ams.ftl.affinity.com
with ESMTP id <217078-18617>; Tue, 21 Oct 2003 17:29:21 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm136.vmadmin.com with SMTP; 21 Oct 2003 16:28:46 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 171085
From: Body Jewelry <GetCoolBodyJewelry171085@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Body Jewelry <GetCoolBodyJewelry171085@replies.virtumundo.com>
Subject: Jewelry you put through, not on your body.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct21.172921-0400_edt.217078-18617+148@ams.ftl.affinity.com>
Date:Tue, 21 Oct 2003 17:29:21 -0400





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Feb 05 22:28:46 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3574870-17900>; Fri, 6 Feb 2004 00:22:28 -0500
Received: from vm208-54.adknow-net.com ([216.21.208.54]) by
ams.ftl.affinity.com with ESMTP id <3574970-17903>; Fri, 6 Feb 2004 00:20:03
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-54.adknow-net.com with SMTP; 05 Feb 2004 23:19:46 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 359466
From: Boots <HeavyDutyBootsNow@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return359466@replies.adknow-net.com
Subject: You'll wear out before your shoes do.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb6.002003-0500_est.3574970-17903+72346@ams.ftl.affinity.com>
Date:Fri, 6 Feb 2004 00:20:02 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Oct 23 07:19:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <215263-1064>; Thu, 23 Oct 2003 08:49:03 -0400
Received: from vm129.vmadmin.com ([216.64.222.129]) by ams.ftl.affinity.com
with ESMTP id <213162-1065>; Thu, 23 Oct 2003 08:48:42 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm129.vmadmin.com with SMTP; 23 Oct 2003 07:47:36 -0500
X-ClientHost:
10609710910510809706410310111114100111110119111114107115046099111109
X-MailingID: 170641
From: Bowling For Cash <BowlingForCashOnline170641@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Bowling For Cash <BowlingForCashOnline170641@replies.virtumundo.com>
Subject: You could be an Instant Winner!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct23.084842-0400_edt.213162-1065+861@ams.ftl.affinity.com>
Date:Thu, 23 Oct 2003 08:48:41 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Oct 23 07:19:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215024-1059>; Thu, 23 Oct 2003 08:49:03 -0400
Received: from vm129.vmadmin.com ([216.64.222.129]) by ams.ftl.affinity.com
with ESMTP id <213656-1065>; Thu, 23 Oct 2003 08:48:42 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm129.vmadmin.com with SMTP; 23 Oct 2003 07:47:36 -0500
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 170641
From: Bowling For Cash <BowlingForCashOnline170641@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Bowling For Cash <BowlingForCashOnline170641@replies.virtumundo.com>
Subject: You could be an Instant Winner!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct23.084842-0400_edt.213656-1065+862@ams.ftl.affinity.com>
Date:Thu, 23 Oct 2003 08:48:41 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Oct 23 07:19:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213084-1072>; Thu, 23 Oct 2003 08:49:03 -0400
Received: from vm129.vmadmin.com ([216.64.222.129]) by ams.ftl.affinity.com
with ESMTP id <214488-1064>; Thu, 23 Oct 2003 08:48:41 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm129.vmadmin.com with SMTP; 23 Oct 2003 07:47:36 -0500
X-ClientHost: 1060971091011150641031111410011110119111141071115046099111109
X-MailingID: 170641
From: Bowling For Cash <BowlingForCashOnline170641@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Bowling For Cash <BowlingForCashOnline170641@replies.virtumundo.com>
Subject: You could be an Instant Winner!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct23.084841-0400_edt.214488-1064+873@ams.ftl.affinity.com>
Date:Thu, 23 Oct 2003 08:48:41 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Oct 23 07:19:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213541-1070>; Thu, 23 Oct 2003 08:49:03 -0400
Received: from vm129.vmadmin.com ([216.64.222.129]) by ams.ftl.affinity.com
with ESMTP id <213421-1071>; Thu, 23 Oct 2003 08:48:41 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm129.vmadmin.com with SMTP; 23 Oct 2003 07:47:36 -0500
X-ClientHost: 102097121101064103111114100111101191111141071150460991111109
X-MailingID: 170641
From: Bowling For Cash <BowlingForCashOnline170641@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Bowling For Cash <BowlingForCashOnline170641@replies.virtumundo.com>
Subject: You could be an Instant Winner!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct23.084841-0400_edt.213421-1071+780@ams.ftl.affinity.com>
Date:Thu, 23 Oct 2003 08:48:40 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Oct 23 07:19:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <214488-1071>; Thu, 23 Oct
2003 08:49:03 -0400
Received: from vm129.vmadmin.com ([216.64.222.129]) by ams.ftl.affinity.com
with ESMTP id <212938-1070>; Thu, 23 Oct 2003 08:48:42 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm129.vmadmin.com with SMTP; 23 Oct 2003 07:47:36 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 170641
From: Bowling For Cash <BowlingForCashOnline170641@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Bowling For Cash <BowlingForCashOnline170641@replies.virtumundo.com>
Subject: You could be an Instant Winner!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct23.084842-0400_edt.212938-1070+823@ams.ftl.affinity.com>
Date:Thu, 23 Oct 2003 08:48:42 -0400



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Dec 04 15:29:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2724653-24522>; Thu, 4 Dec 2003 17:13:05 -0500
Received: from vm113.vmadmin.com ([216.64.222.113]) by ams.ftl.affinity.com
with ESMTP id <2720246-24519>; Thu, 4 Dec 2003 17:11:44 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm113.vmadmin.com with SMTP; 04 Dec 2003 16:11:42 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 211546
From: Bowling For Cash <BowlingForCashOnline@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Bowling For Cash <BowlingForCashOnline211546@replies.virtumundo.com>
Subject: You could be an Instant Winner!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec4.171144-0500_est.2720246-24519+24692@ams.ftl.affinity.com>
Date:Thu, 4 Dec 2003 17:11:44 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Dec 04 15:29:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2724652-24524>; Thu, 4 Dec 2003 17:13:05 -0500
Received: from vm113.vmadmin.com ([216.64.222.113]) by ams.ftl.affinity.com
with ESMTP id <2720010-24520>; Thu, 4 Dec 2003 17:11:44 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm113.vmadmin.com with SMTP; 04 Dec 2003 16:11:42 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 211546
From: Bowling For Cash <BowlingForCashOnline@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Bowling For Cash <BowlingForCashOnline211546@replies.virtumundo.com>
Subject: You could be an Instant Winner!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec4.171144-0500_est.2720010-24520+24420@ams.ftl.affinity.com>
Date:Thu, 4 Dec 2003 17:11:44 -0500



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Dec 04 15:29:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2724465-24524>; Thu, 4 Dec 2003 17:13:05 -0500
Received: from vm113.vmadmin.com ([216.64.222.113]) by ams.ftl.affinity.com
with ESMTP id <2722574-24518>; Thu, 4 Dec 2003 17:11:44 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm113.vmadmin.com with SMTP; 04 Dec 2003 16:11:42 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 211546
From: Bowling For Cash <BowlingForCashOnline@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Bowling For Cash <BowlingForCashOnline211546@replies.virtumundo.com>
Subject: You could be an Instant Winner!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec4.171144-0500_est.2722574-24518+24487@ams.ftl.affinity.com>
Date:Thu, 4 Dec 2003 17:11:43 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Dec 04 15:29:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2724655-24524>; Thu, 4 Dec
2003 17:13:05 -0500
Received: from vm113.vmadmin.com ([216.64.222.113]) by ams.ftl.affinity.com
with ESMTP id <2724419-24520>; Thu, 4 Dec 2003 17:11:46 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm113.vmadmin.com with SMTP; 04 Dec 2003 16:11:42 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 211546
From: Bowling For Cash <BowlingForCashOnline@vmadmin.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Bowling For Cash <BowlingForCashOnline211546@replies.virtumundo.com>
Subject: You could be an Instant Winner!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec4.171146-0500_est.2724419-24520+24422@ams.ftl.affinity.com>
Date:Thu, 4 Dec 2003 17:11:45 -0500



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Oct 26 13:05:56 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <359828-2716>; Sun, 26 Oct 2003 14:34:49 -0500
Received: from vl208-71.vmlocal.com ([216.21.208.71]) by ams.ftl.affinity.com
with ESMTP id <525958-2711>; Sun, 26 Oct 2003 14:33:41 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-71.vmlocal.com with SMTP; 26 Oct 2003 13:33:38 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 177440
From: Brand Name Perfumes <BrandNamePerfumes177440@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Brand Name Perfumes <BrandNamePerfumes177440@vmlocal.com>
Subject: Sweet Smelling Offers on Brand Name Perfumes and Colognes.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct26.143341-0500_est.525958-2711+15538@ams.ftl.affinity.com>
Date:Sun, 26 Oct 2003 14:33:41 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Nov 01 13:51:23 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223993-17942>; Sat, 1 Nov 2003 16:11:13 -0500
Received: from vl208-30.vmlocal.com ([216.21.208.30]) by ams.ftl.affinity.com
with ESMTP id <225154-17941>; Sat, 1 Nov 2003 16:10:28 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-30.vmlocal.com with SMTP; 01 Nov 2003 15:10:25 -0600
X-ClientHost: 10209712110106410311111400111110119111114107115046099111109
X-MailingID: 185653
From: Brand Name Perfumes <BrandNamePerfumes185653@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Brand Name Perfumes <BrandNamePerfumes185653@vmlocal.com>
Subject: Sweet Smelling Offers on Brand Name Perfumes and Colognes.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov1.161028-0500_est.225154-17941+76229@ams.ftl.affinity.com>
Date:Sat, 1 Nov 2003 16:10:28 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Jan 15 15:53:23 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <328286-20696>; Thu, 15 Jan
2004 15:50:42 -0500
Received: from vm208-78.adknow-net.com ([216.21.208.78]) by
ams.ftl.affinity.com with ESMTP id <329089-20695>; Thu, 15 Jan 2004 15:49:30
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-78.adknow-net.com with SMTP; 15 Jan 2004 14:49:25 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 342491
From: Brand Name Perfumes <BrandNamePerfumes@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return342491@replies.adknow-net.com
Subject: Sweet Smelling Offers on Brand Name Perfumes and Colognes.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan15.154930-0500_est.329089-20695+4553@ams.ftl.affinity.com>
Date:Thu, 15 Jan 2004 15:49:30 -0500



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Jan 15 15:53:23 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <327842-20693>; Thu, 15 Jan 2004 15:50:02 -0500
Received: from vm208-78.adknow-net.com ([216.21.208.78]) by
ams.ftl.affinity.com with ESMTP id <328992-20699>; Thu, 15 Jan 2004 15:49:27
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-78.adknow-net.com with SMTP; 15 Jan 2004 14:49:19 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 342491
From: Brand Name Perfumes <BrandNamePerfumes@adknow-net.com>
To:    Faye  <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return342491@replies.adknow-net.com
Subject: Sweet Smelling Offers on Brand Name Perfumes and Colognes.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan15.154927-0500_est.328992-20699+4690@ams.ftl.affinity.com>
Date:Thu, 15 Jan 2004 15:49:24 -0500



If you would like to refer a friend information regarding this program,

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Jan 16 12:02:50 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <322057-17986>; Fri, 16 Jan 2004 11:32:40 -0500
Received: from vm208-50.adknow-net.com ([216.21.208.50]) by
ams.ftl.affinity.com with ESMTP id <322019-17990>; Fri, 16 Jan 2004 11:31:20
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-50.adknow-net.com with SMTP; 16 Jan 2004 10:31:11 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 343131
From: Brand Name Perfumes <BrandNamePerfumes@adknow-net.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return343131@replies.adknow-net.com
Subject: Sweet Smelling Offers on Brand Name Perfumes and Colognes.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan16.113120-0500_est.322019-17990+13191@ams.ftl.affinity.com>
Date:Fri, 16 Jan 2004 11:31:16 -0500



If you would like to refer a friend information regarding this program,

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Nov 28 12:10:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <226272-1084>; Fri, 28 Nov 2003 12:22:47 -0500
Received: from vl208-62.vmlocal.com ([216.21.208.62]) by ams.ftl.affinity.com
with ESMTP id <225955-1085>; Fri, 28 Nov 2003 12:03:44 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-62.vmlocal.com with SMTP; 28 Nov 2003 11:03:41 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 207174
From: Brand Name Perfumes <BrandNamePerfumes@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Brand Name Perfumes <BrandNamePerfumes207174@vmlocal.com>
Subject: Sweet Smelling Offers on Brand Name Perfumes and Colognes.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov28.120344-0500_est.225955-1085+19506@ams.ftl.affinity.com>
Date:Fri, 28 Nov 2003 12:03:44 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Nov 28 12:12:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217833-9867>; Fri, 28 Nov 2003 14:59:54 -0500
Received: from vl208-57.vmlocal.com ([216.21.208.57]) by ams.ftl.affinity.com
with ESMTP id <222104-9872>; Fri, 28 Nov 2003 14:58:39 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-57.vmlocal.com with SMTP; 28 Nov 2003 13:58:37 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 207173
From: Brand Name Perfumes <BrandNamePerfumes@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Brand Name Perfumes <BrandNamePerfumes207173@vmlocal.com>
Subject: Sweet Smelling Offers on Brand Name Perfumes and Colognes.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov28.145839-0500_est.222104-9872+5705@ams.ftl.affinity.com>
Date:Fri, 28 Nov 2003 14:58:39 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Jan 31 11:31:28 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3618789-1091>; Sat, 31 Jan 2004 14:22:55 -0500
Received: from vm208-17.adknow-net.com ([216.21.208.17]) by
ams.ftl.affinity.com with ESMTP id <3617520-1094>; Sat, 31 Jan 2004 14:22:15
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-17.adknow-net.com with SMTP; 31 Jan 2004 13:21:34 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 354671
From: Breckenridge Colorado <BreckenridgeColorado@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return354671@replies.adknow-net.com
Subject: Hit the slopes. Then hit the shops.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan31.142215-0500_est.3617520-1094+66813@ams.ftl.affinity.com>
Date:Sat, 31 Jan 2004 14:22:15 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 16 23:05:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2718174-17961>; Sun, 16 Nov 2003 23:45:34 -0500
Received: from vm133.vmadmin.com ([216.64.222.133]) by ams.ftl.affinity.com
with ESMTP id <2717802-17969>; Sun, 16 Nov 2003 23:44:31 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm133.vmadmin.com with SMTP; 16 Nov 2003 22:40:07 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 199462
From: Broadway Tickets <BuyBroadwayTickets199462@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Broadway Tickets <BuyBroadwayTickets199462@replies.virtumundo.com>
Subject: Get the hottest ticket in town.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov16.234431-0500_est.2717802-17969+51074@ams.ftl.affinity.com>
Date:Sun, 16 Nov 2003 23:44:31 -0500
```



 **You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Nov 16 23:05:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2718140-17962>; Sun, 16 Nov 2003 23:45:34 -0500
Received: from vm133.vmadmin.com ([216.64.222.133]) by ams.ftl.affinity.com
with ESMTP id <2720148-17957>; Sun, 16 Nov 2003 23:44:30 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm133.vmadmin.com with SMTP; 16 Nov 2003 22:40:07 -0600
X-ClientHost:
106097109105108097064103111141001111101191111141071150460991111109
X-MailingID: 199462
From: Broadway Tickets <BuyBroadwayTickets199462@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Broadway Tickets <BuyBroadwayTickets199462@replies.virtumundo.com>
Subject: Get the hottest ticket in town.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov16.234430-0500_est.2720148-17957+49888@ams.ftl.affinity.com>
Date:Sun, 16 Nov 2003 23:44:30 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 16 23:05:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2718007-17957>; Sun, 16 Nov 2003 23:45:34 -0500
Received: from vm133.vmadmin.com ([216.64.222.133]) by ams.ftl.affinity.com
with ESMTP id <2720145-17967>; Sun, 16 Nov 2003 23:44:28 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm133.vmadmin.com with SMTP; 16 Nov 2003 22:40:07 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 199462
From: Broadway Tickets <BuyBroadwayTickets199462@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Broadway Tickets <BuyBroadwayTickets199462@replies.virtumundo.com>
Subject: Get the hottest ticket in town.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov16.234428-0500_est.2720145-17967+50971@ams.ftl.affinity.com>
Date:Sun, 16 Nov 2003 23:44:28 -0500
```



 You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Nov 16 23:05:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2718280-17957>; Sun, 16 Nov
2003 23:45:34 -0500
Received: from vm133.vmadmin.com ([216.64.222.133]) by ams.ftl.affinity.com
with ESMTP id <2719421-17957>; Sun, 16 Nov 2003 23:44:33 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm133.vmadmin.com with SMTP; 16 Nov 2003 22:40:07 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 199462
From: Broadway Tickets <BuyBroadwayTickets199462@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Broadway Tickets <BuyBroadwayTickets199462@replies.virtumundo.com>
Subject: Get the hottest ticket in town.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov16.234433-0500_est.2719421-17957+49890@ams.ftl.affinity.com>
Date:Sun, 16 Nov 2003 23:44:32 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Feb 02 12:58:30 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2844610-25651>; Mon, 2 Feb 2004 14:39:27 -0500
Received: from vm208-53.adknow-net.com ([216.21.208.53]) by
ams.ftl.affinity.com with ESMTP id <2844880-25648>; Mon, 2 Feb 2004 14:38:32
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-53.adknow-net.com with SMTP; 02 Feb 2004 13:37:35 -0600
X-ClientHost: 106097109101115064103111141001111101191111141071150460991111109
X-MailingID: 356791
From: Brochures <PrintBrochuresNow@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return356791@replies.adknow-net.com
Subject: Say it in full color.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb2.143832-0500_est.2844880-25648+8099@ams.ftl.affinity.com>
Date:Mon, 2 Feb 2004 14:38:31 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Nov 27 22:06:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222290-321>; Thu, 27 Nov 2003 22:48:15 -0500
Received: from vm108.vmadmin.com ([216.64.222.108]) by ams.ftl.affinity.com
with ESMTP id <222748-326>; Thu, 27 Nov 2003 22:47:18 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm108.vmadmin.com with SMTP; 27 Nov 2003 21:46:57 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 206751
From: Business Christmas Cards <GiveChristmasCards@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Business Christmas Cards
<GiveChristmasCards206751@replies.virtumundo.com>
Subject: A year's worth of thanks in one simple card.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov27.224718-0500_est.222748-326+28178@ams.ftl.affinity.com>
Date:Thu, 27 Nov 2003 22:47:18 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go**

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Nov 27 22:06:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <222264-318>; Thu, 27 Nov 2003 22:48:15 -0500
Received: from vm108.vmadmin.com ([216.64.222.108]) by ams.ftl.affinity.com
with ESMTP id <222713-323>; Thu, 27 Nov 2003 22:47:17 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm108.vmadmin.com with SMTP; 27 Nov 2003 21:46:57 -0600
X-ClientHost:
106097109105108097064103111114100111101191111141071150460991111109
X-MailingID: 206751
From: Business Christmas Cards <GiveChristmasCards@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Business Christmas Cards
<GiveChristmasCards206751@replies.virtumundo.com>
Subject: A year's worth of thanks in one simple card.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov27.224717-0500_est.222713-323+27771@ams.ftl.affinity.com>
Date:Thu, 27 Nov 2003 22:47:17 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe**

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Nov 27 22:06:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222251-318>; Thu, 27 Nov 2003 22:48:15 -0500
Received: from vm108.vmadmin.com ([216.64.222.108]) by ams.ftl.affinity.com
with ESMTP id <222674-317>; Thu, 27 Nov 2003 22:47:16 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm108.vmadmin.com with SMTP; 27 Nov 2003 21:46:57 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 206751
From: Business Christmas Cards <GiveChristmasCards@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Business Christmas Cards
<GiveChristmasCards206751@replies.virtumundo.com>
Subject: A year's worth of thanks in one simple card.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov27.224716-0500_est.222674-317+28124@ams.ftl.affinity.com>
Date:Thu, 27 Nov 2003 22:47:16 -0500



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Nov 27 22:06:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <222297-318>; Thu, 27 Nov 2003
22:48:15 -0500
Received: from vm108.vmadmin.com ([216.64.222.108]) by ams.ftl.affinity.com
with ESMTP id <222813-323>; Thu, 27 Nov 2003 22:47:19 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm108.vmadmin.com with SMTP; 27 Nov 2003 21:46:57 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 206751
From: Business Christmas Cards <GiveChristmasCards@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Business Christmas Cards
<GiveChristmasCards206751@replies.virtumundo.com>
Subject: A year's worth of thanks in one simple card.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov27.224719-0500_est.222813-323+27772@ams.ftl.affinity.com>
Date:Thu, 27 Nov 2003 22:47:19 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Nov 10 18:42:42 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <216485-15288>; Mon, 10 Nov 2003 18:16:34 -0500
Received: from vm112.vmadmin.com ([216.64.222.112]) by ams.ftl.affinity.com
with ESMTP id <217228-15288>; Mon, 10 Nov 2003 18:15:55 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm112.vmadmin.com with SMTP; 10 Nov 2003 17:15:47 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 195519
From: Business Insurance <BusinessInsurance195519@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Business Insurance <BusinessInsurance195519@replies.virtumundo.com>
Subject: Cover your future with business insurance.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov10.181555-0500_est.217228-15288+15056@ams.ftl.affinity.com>
Date:Mon, 10 Nov 2003 18:15:55 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Nov 10 18:42:42 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218241-15288>; Mon, 10 Nov 2003 18:16:34 -0500
Received: from vm112.vmadmin.com ([216.64.222.112]) by ams.ftl.affinity.com
with ESMTP id <219750-15291>; Mon, 10 Nov 2003 18:15:56 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm112.vmadmin.com with SMTP; 10 Nov 2003 17:15:47 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 195519
From: Business Insurance <BusinessInsurance195519@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Business Insurance <BusinessInsurance195519@replies.virtumundo.com>
Subject: Cover your future with business insurance.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov10.181556-0500_est.219750-15291+15297@ams.ftl.affinity.com>
Date:Mon, 10 Nov 2003 18:15:55 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Nov 10 18:42:42 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217774-15288>; Mon, 10 Nov 2003 18:16:34 -0500
Received: from vm112.vmadmin.com ([216.64.222.112]) by ams.ftl.affinity.com
with ESMTP id <216485-15290>; Mon, 10 Nov 2003 18:15:55 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm112.vmadmin.com with SMTP; 10 Nov 2003 17:15:47 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 195519
From: Business Insurance <BusinessInsurance195519@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Business Insurance <BusinessInsurance195519@replies.virtumundo.com>
Subject: Cover your future with business insurance.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov10.181555-0500_est.216485-15290+15806@ams.ftl.affinity.com>
Date:Mon, 10 Nov 2003 18:15:55 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Nov 10 18:42:42 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215917-15288>; Mon, 10 Nov 2003 18:16:34 -0500
Received: from vm112.vmadmin.com ([216.64.222.112]) by ams.ftl.affinity.com
with ESMTP id <222170-15290>; Mon, 10 Nov 2003 18:15:55 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm112.vmadmin.com with SMTP; 10 Nov 2003 17:15:47 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 195519
From: Business Insurance <BusinessInsurance195519@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Business Insurance <BusinessInsurance195519@replies.virtumundo.com>
Subject: Cover your future with business insurance.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov10.181555-0500_est.222170-15290+15805@ams.ftl.affinity.com>
Date:Mon, 10 Nov 2003 18:15:54 -0500
```



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Nov 10 18:42:42 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <218261-15288>; Mon, 10 Nov
2003 18:16:34 -0500
Received: from vm112.vmadmin.com ([216.64.222.112]) by ams.ftl.affinity.com
with ESMTP id <221701-15291>; Mon, 10 Nov 2003 18:15:56 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm112.vmadmin.com with SMTP; 10 Nov 2003 17:15:47 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 195519
From: Business Insurance <BusinessInsurance195519@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Business Insurance <BusinessInsurance195519@replies.virtumundo.com>
Subject: Cover your future with business insurance.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov10.181556-0500_est.221701-15291+15298@ams.ftl.affinity.com>
Date:Mon, 10 Nov 2003 18:15:56 -0500



You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Nov 03 23:27:19 2005
X-Persona: <hum>
Return-Path: <mailcenter331387@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 29603 invoked from network); 1 Nov 2005 11:25:46 -0600
Received: from vm-181-191.vm-mail.com (206.82.181.191)
   by xj4x4.net with SMTP; 1 Nov 2005 11:25:46 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-191.vm-mail.com with SMTP; 01 Nov 2005 11:25:34 -0600
X-ClientHost: 10411710906410110409710411110910104609911109
X-MailingID: 331387
From: Business Schools <BusinessSchools@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331387@vm-rewards.com>
Subject: Earn a degree and make 64% more annually.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```





 **Direct-EDU.com, P.O. Box 390520 Mountain View, CA 94039-0520**

**If you can not see our footer image, please** visit here.

```
From ???@??? Sun Oct 09 18:58:27 2005
X-Persona: <Indi>
Return-Path: <mailcenter330270@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 30 Sep 2005 16:56:16 -0600
From: Business Secrets <BusinessSecrets@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Are they going to choose you?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433DC290.A61E81FB"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4401&e=indi@jammtomm.com
  URI:http://ogy.cc/eyes2.jpg
  URI:http://redirect.virtumundo.com/bt?m30270&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING          Missing Date: header
 2.8 X_MAIL_ID_PRESENT     Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE          BODY: HTML included in message
 0.1 MIME_HTML_ONLY        BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02    BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET  RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL           RBL: Received via a relay in Spamhaus Block List
                  [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 17319 invoked from network); 30 Sep 2005 16:56:15 -0600
Received: from vm-182-120.vm-mail.com (206.82.182.120)
  by jammtomm.com with SMTP; 30 Sep 2005 16:56:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-120.vm-mail.com with SMTP; 30 Sep 2005 17:56:14 -0500
```

```
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330270
From: Business Secrets <BusinessSecrets@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330270@vm-rewards.com>
Subject: Are they going to choose you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Are they
going t1.htm"
```

```
From ???@??? Sun Oct 09 18:58:27 2005
X-Persona: <Indi>
Return-Path: <mailcenter330270@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Fri, 30 Sep 2005 16:56:16 -0600
From: Business Secrets <BusinessSecrets@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Are they going to choose you?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433DC290.A61E81FB"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4401&e=indi@jammtomm.com
  URI:http://ogy.cc/eyes2.jpg
  URI:http://redirect.virtumundo.com/bt?m30270&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                  [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 17319 invoked from network); 30 Sep 2005 16:56:15 -0600
Received: from vm-182-120.vm-mail.com (206.82.182.120)
  by jammtomm.com with SMTP; 30 Sep 2005 16:56:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-120.vm-mail.com with SMTP; 30 Sep 2005 17:56:14 -0500

```
X-ClientHost: 10511010010506410609710910911611110910904609911109
X-MailingID: 330270
From: Business Secrets <BusinessSecrets@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330270@vm-rewards.com>
Subject: Are they going to choose you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Are they
going t1.htm"
```

```
From ???@??? Sun Oct 09 18:17:49 2005
X-Persona: <Indi>
Return-Path: <mailcenter330270@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 30 Sep 2005 16:56:16 -0600
From: Business Secrets <BusinessSecrets@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Are they going to choose you?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433DC290.A61E81FB"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4401&e=indi@jammtomm.com
  URI:http://ogy.cc/eyes2.jpg
  URI:http://redirect.virtumundo.com/bt?m30270&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name                description
---- --------------------     --------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN   BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL              RBL: Received via a relay in Spamhaus Block List
                        [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 17319 invoked from network); 30 Sep 2005 16:56:15 -0600
Received: from vm-182-120.vm-mail.com (206.82.182.120)
  by jammtomm.com with SMTP; 30 Sep 2005 16:56:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-120.vm-mail.com with SMTP; 30 Sep 2005 17:56:14 -0500

```
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330270
From: Business Secrets <BusinessSecrets@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330270@vm-rewards.com>
Subject: Are they going to choose you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Are they
going t.htm"
```

From ???@??? Sun Oct 09 18:17:49 2005
X-Persona: <Indi>
Return-Path: <mailcenter330270@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Fri, 30 Sep 2005 16:56:16 -0600
From: Business Secrets <BusinessSecrets@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Are they going to choose you?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433DC290.A61E81FB"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4401&e=indi@jammtomm.com
  URI:http://ogy.cc/eyes2.jpg
  URI:http://redirect.virtumundo.com/bt?m30270&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 17319 invoked from network); 30 Sep 2005 16:56:15 -0600
Received: from vm-182-120.vm-mail.com (206.82.182.120)
  by jammtomm.com with SMTP; 30 Sep 2005 16:56:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-120.vm-mail.com with SMTP; 30 Sep 2005 17:56:14 -0500

```
X-ClientHost: 10511010010506410609710910911611111091090460991111109
X-MailingID: 330270
From: Business Secrets <BusinessSecrets@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330270@vm-rewards.com>
Subject: Are they going to choose you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Are they
going t.htm"
```

```
From ???@??? Tue Oct 11 18:08:24 2005
X-Persona: <Indi>
Return-Path: <mailcenter330270@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 30 Sep 2005 16:56:16 -0600
From: Business Secrets <BusinessSecrets@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Are they going to choose you?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433DC290.A61E81FB"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4401&e=indi@jammtomm.com
  URI:http://ogy.cc/eyes2.jpg
  URI:http://redirect.virtumundo.com/bt?m30270&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN   BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL              RBL: Received via a relay in Spamhaus Block List
                      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 17319 invoked from network); 30 Sep 2005 16:56:15 -0600
Received: from vm-182-120.vm-mail.com (206.82.182.120)
  by jammtomm.com with SMTP; 30 Sep 2005 16:56:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-120.vm-mail.com with SMTP; 30 Sep 2005 17:56:14 -0500

```
X-ClientHost: 10511010010506410609710910911611111091090460991111109
X-MailingID: 330270
From: Business Secrets <BusinessSecrets@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330270@vm-rewards.com>
Subject: Are they going to choose you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Are they
going t2.htm"
```

```
From ???@??? Fri Aug 04 19:37:05 2006
X-Persona: <2nd User>
Return-Path: <mailcenter358070@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 6944 invoked from network); 31 Jul 2006 20:05:38 -0600
Received: from static-vmg-186-227.vm-mail.com (HELO vm-186-227.vm-mail.com)
(206.82.186.227)
  by chiefmusician.net with SMTP; 31 Jul 2006 20:05:38 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-227.vm-mail.com with SMTP; 31 Jul 2006 21:05:37 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 358070
From: Buy Costa Rican Land <BuyCostaRicanLand@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+358070@vm-rewards.com>
Subject: Costa Rican land - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.1 required=7.0 tests=DATE_MISSING,HTML_40_50,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Costa Developers Marketing 3201 Griffin Rd 3rd Floor Fort Lauderdale, FL 33312

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

From ???@??? Wed Dec 31 23:20:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <266322-30370>; Thu, 1 Jan 2004 01:41:11 -0500
Received: from vm094.vmadmin.com ([216.64.222.94]) by ams.ftl.affinity.com
with ESMTP id <214530-30377>; Thu, 1 Jan 2004 01:40:43 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm094.vmadmin.com with SMTP; 01 Jan 2004 00:33:39 -0600
X-ClientHost: 106097109101115064103111114100111101191111141071150 46099111109
X-MailingID: 232555
From: Buy Term <BestLifeInsurance@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Buy Term <BestLifeInsurance232555@replies.virtumundo.com>
Subject: Your Life Is Precious - Get It Covered
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan1.014043-0500_est.214530-30377+31318@ams.ftl.affinity.com>
Date:Thu, 1 Jan 2004 01:40:43 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products

and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 31 23:20:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <266405-30370>; Thu, 1 Jan 2004 01:41:11 -0500
Received: from vm094.vmadmin.com ([216.64.222.94]) by ams.ftl.affinity.com
with ESMTP id <240463-30370>; Thu, 1 Jan 2004 01:40:43 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm094.vmadmin.com with SMTP; 01 Jan 2004 00:33:39 -0600
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 232555
From: Buy Term <BestLifeInsurance@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Buy Term <BestLifeInsurance232555@replies.virtumundo.com>
Subject: Your Life Is Precious - Get It Covered
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan1.014043-0500_est.240463-30370+30729@ams.ftl.affinity.com>
Date:Thu, 1 Jan 2004 01:40:43 -0500
```



   You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 31 23:20:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214530-30370>; Thu, 1 Jan 2004 01:41:11 -0500
Received: from vm094.vmadmin.com ([216.64.222.94]) by ams.ftl.affinity.com
with ESMTP id <231351-30374>; Thu, 1 Jan 2004 01:40:44 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm094.vmadmin.com with SMTP; 01 Jan 2004 00:33:39 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 232555
From: Buy Term <BestLifeInsurance@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Buy Term <BestLifeInsurance232555@replies.virtumundo.com>
Subject: Your Life Is Precious - Get It Covered
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan1.014044-0500_est.231351-30374+30707@ams.ftl.affinity.com>
Date:Thu, 1 Jan 2004 01:40:43 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products

and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 31 23:20:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213542-30370>; Thu, 1 Jan 2004 01:41:11 -0500
Received: from vm094.vmadmin.com ([216.64.222.94]) by ams.ftl.affinity.com
with ESMTP id <243424-30378>; Thu, 1 Jan 2004 01:40:43 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm094.vmadmin.com with SMTP; 01 Jan 2004 00:33:39 -0600
X-ClientHost: 102097121101064103111141001111011911111410711504609911109
X-MailingID: 232555
From: Buy Term <BestLifeInsurance@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Buy Term <BestLifeInsurance232555@replies.virtumundo.com>
Subject: Your Life Is Precious - Get It Covered
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan1.014043-0500_est.243424-30378+30776@ams.ftl.affinity.com>
Date:Thu, 1 Jan 2004 01:40:42 -0500
```



**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products**

and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 31 23:20:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217255-30370>; Thu, 1 Jan
2004 01:41:11 -0500
Received: from vm094.vmadmin.com ([216.64.222.94]) by ams.ftl.affinity.com
with ESMTP id <239347-30378>; Thu, 1 Jan 2004 01:40:45 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm094.vmadmin.com with SMTP; 01 Jan 2004 00:33:39 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 232555
From: Buy Term <BestLifeInsurance@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Buy Term <BestLifeInsurance232555@replies.virtumundo.com>
Subject: Your Life Is Precious - Get It Covered
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan1.014045-0500_est.239347-30378+30778@ams.ftl.affinity.com>
Date:Thu, 1 Jan 2004 01:40:44 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Feb 09 08:59:11 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <462125-30397>; Mon, 9 Feb
2004 10:47:39 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <462624-30409>; Mon, 9 Feb 2004 10:46:42 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm101.vmadmin.com with SMTP; 09 Feb 2004 09:46:40 -0600
X-ClientHost:
1061111100971161040971100641031111141001111101191111141071150460991110109
X-MailingID: 241622
From: Buy Term <BuyTermInsurance@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Buy Term <BuyTermInsurance241622@replies.virtumundo.com>
Subject: Your life is precious - get it covered
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb9.104642-0500_est.462624-30409+6536@ams.ftl.affinity.com>
Date:Mon, 9 Feb 2004 10:46:42 -0500
```



 Insurance Only 2820 Northup Way Suite B125 Bellevue, WA 98004

```
From ???@??? Mon Feb 09 08:59:11 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <462117-30397>; Mon, 9 Feb 2004 10:47:39 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <462125-30397>; Mon, 9 Feb 2004 10:46:42 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm101.vmadmin.com with SMTP; 09 Feb 2004 09:46:40 -0600
X-ClientHost: 106097109101115064103111114100111101191111114107115046099111109
X-MailingID: 241622
From: Buy Term <BuyTermInsurance@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Buy Term <BuyTermInsurance241622@replies.virtumundo.com>
Subject: Your life is precious - get it covered
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb9.104642-0500_est.462125-30397+6299@ams.ftl.affinity.com>
Date:Mon, 9 Feb 2004 10:46:41 -0500
```



 Insurance Only 2820 Northup Way Suite B125 Bellevue, WA 98004

```
From ???@??? Mon Feb 09 08:59:11 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <462107-30406>; Mon, 9 Feb 2004 10:47:39 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <462249-30397>; Mon, 9 Feb 2004 10:46:42 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm101.vmadmin.com with SMTP; 09 Feb 2004 09:46:40 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 241622
From: Buy Term <BuyTermInsurance@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Buy Term <BuyTermInsurance241622@replies.virtumundo.com>
Subject: Your life is precious - get it covered
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb9.104642-0500_est.462249-30397+6301@ams.ftl.affinity.com>
Date:Mon, 9 Feb 2004 10:46:41 -0500
```





**Insurance Only 2820 Northup Way Suite B125 Bellevue, WA 98004**

```
From ???@??? Mon Feb 09 08:59:11 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <462122-30397>; Mon, 9 Feb 2004 10:47:39 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <462351-30407>; Mon, 9 Feb 2004 10:46:42 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm101.vmadmin.com with SMTP; 09 Feb 2004 09:46:40 -0600
X-ClientHost: 10609712106410311111410011110119111114107115046099111109
X-MailingID: 241622
From: Buy Term <BuyTermInsurance@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Buy Term <BuyTermInsurance241622@replies.virtumundo.com>
Subject: Your life is precious - get it covered
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb9.104642-0500_est.462351-30407+6454@ams.ftl.affinity.com>
Date:Mon, 9 Feb 2004 10:46:42 -0500
```



Insurance Only 2820 Northup Way Suite B125 Bellevue, WA 98004

```
From ???@??? Mon Feb 02 08:34:18 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <312471-21664>; Mon, 2 Feb 2004 10:40:04 -0500
Received: from vm113.vmadmin.com ([216.64.222.113]) by ams.ftl.affinity.com
with ESMTP id <328908-21665>; Mon, 2 Feb 2004 10:38:56 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm113.vmadmin.com with SMTP; 02 Feb 2004 09:38:54 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 241180
From: Buy Term <TermLifePolicies@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Buy Term <TermLifePolicies241180@replies.virtumundo.com>
Subject: Your life is precious - get it covered
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb2.103856-0500_est.328908-21665+43119@ams.ftl.affinity.com>
Date:Mon, 2 Feb 2004 10:38:55 -0500
```





 **Insurance Only 2820 Northup Way Suite B125 Bellevue, WA 98004**

```
From ???@??? Mon Feb 02 08:34:18 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <328908-21664>; Mon, 2 Feb
2004 10:40:04 -0500
Received: from vm113.vmadmin.com ([216.64.222.113]) by ams.ftl.affinity.com
with ESMTP id <313471-21665>; Mon, 2 Feb 2004 10:38:56 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm113.vmadmin.com with SMTP; 02 Feb 2004 09:38:54 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 241180
From: Buy Term <TermLifePolicies@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Buy Term <TermLifePolicies241180@replies.virtumundo.com>
Subject: Your life is precious - get it covered
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb2.103856-0500_est.313471-21665+43118@ams.ftl.affinity.com>
Date:Mon, 2 Feb 2004 10:38:55 -0500
```



Insurance Only 2820 Northup Way Suite B125 Bellevue, WA 98004

```
From ???@??? Mon Feb 02 08:34:18 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <331677-21664>; Mon, 2 Feb 2004 10:40:04 -0500
Received: from vm113.vmadmin.com by ams.ftl.affinity.com
with ESMTP id <331471-21678>; Mon, 2 Feb 2004 10:38:54 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm113.vmadmin.com with SMTP; 02 Feb 2004 09:38:54 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 241180
From: Buy Term <TermLifePolicies@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Buy Term <TermLifePolicies241180@replies.virtumundo.com>
Subject: Your life is precious - get it covered
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb2.103854-0500_est.331471-21678+42524@ams.ftl.affinity.com>
Date:Mon, 2 Feb 2004 10:38:54 -0500
```



 Insurance Only 2820 Northup Way Suite B125 Bellevue, WA 98004

```
From ???@??? Mon Feb 02 08:34:18 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <331471-21664>; Mon, 2 Feb 2004 10:40:04 -0500
Received: from vm113.vmadmin.com by ams.ftl.affinity.com
with ESMTP id <326563-21664>; Mon, 2 Feb 2004 10:38:56 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm113.vmadmin.com with SMTP; 02 Feb 2004 09:38:54 -0600
X-ClientHost:
106097109105108097064103111141001111101191111141071150460991111109
X-MailingID: 241180
From: Buy Term <TermLifePolicies@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Buy Term <TermLifePolicies241180@replies.virtumundo.com>
Subject: Your life is precious - get it covered
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb2.103856-0500_est.326563-21664+43164@ams.ftl.affinity.com>
Date:Mon, 2 Feb 2004 10:38:55 -0500
```



Insurance Only 2820 Northup Way Suite B125 Bellevue, WA 98004

```
From ???@??? Sun May 30 15:40:23 2004
Return-Path: <mailcenter308745@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 14607 invoked by uid 10003); 30 May 2004 21:44:11 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 14593 invoked from network); 30 May 2004 21:44:11 -0000
Received: from unknown (HELO vm107.vmadmin.com) (216.64.222.107)
  by ns48.webmasters.com with SMTP; 30 May 2004 21:44:11 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm107.vmadmin.com with SMTP; 30 May 2004 16:44:10 -0500
X-ClientHost:
1060971091051080970641031111410011110119111141071115046099111109
X-MailingID: 308745
From: ByeByeCellulite <ByeByeCellulite@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: ByeByeCellulite <ByeByeCellulite308745@replies.virtumundo.com>
Subject: Woman shrank thighs up to 2 inches without a diet
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





Frontline Direct Inc. 2269 Chestnut St. #630, San Francisco, CA 94123-2600

```
From ???@??? Sun May 30 15:40:23 2004
Return-Path: <mailcenter308745@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 14624 invoked by uid 10003); 30 May 2004 21:44:11 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 14610 invoked from network); 30 May 2004 21:44:11 -0000
Received: from unknown (HELO vm107.vmadmin.com) (216.64.222.107)
  by ns48.webmasters.com with SMTP; 30 May 2004 21:44:11 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm107.vmadmin.com with SMTP; 30 May 2004 16:44:10 -0500
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 308745
From: ByeByeCellulite <ByeByeCellulite@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: ByeByeCellulite <ByeByeCellulite308745@replies.virtumundo.com>
Subject: Woman shrank thighs up to 2 inches without a diet
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





Frontline Direct Inc. 2269 Chestnut St. #630, San Francisco, CA 94123-2600

```
From ???@??? Sun May 30 15:40:23 2004
Return-Path: <mailcenter308745@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 14637 invoked by uid 10003); 30 May 2004 21:44:12 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 14628 invoked from network); 30 May 2004 21:44:12 -0000
Received: from unknown (HELO vm107.vmadmin.com) (216.64.222.107)
  by ns48.webmasters.com with SMTP; 30 May 2004 21:44:12 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm107.vmadmin.com with SMTP; 30 May 2004 16:44:11 -0500
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 308745
From: ByeByeCellulite <ByeByeCellulite@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: ByeByeCellulite <ByeByeCellulite308745@replies.virtumundo.com>
Subject: Woman shrank thighs up to 2 inches without a diet
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```







**Frontline Direct Inc. 2269 Chestnut St. #630, San Francisco, CA 94123-2600**

```
From ???@??? Fri May 21 09:22:01 2004
Return-Path: <mailcenter308597@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 2009 invoked by uid 10003); 21 May 2004 14:50:45 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 2005 invoked from network); 21 May 2004 14:50:45 -0000
Received: from unknown (HELO vm100.vmadmin.com) (216.64.222.100)
  by ns48.webmasters.com with SMTP; 21 May 2004 14:50:45 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 21 May 2004 09:50:45 -0500
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 308597
From: ByeByeCellulite <ByeByeCellulite@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: ByeByeCellulite <ByeByeCellulite308597@replies.virtumundo.com>
Subject: It's cheating...but it really works!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Frontline Direct Inc. 2269 Chestnut St. #630, San Francisco, CA 94123-2600

```
From ???@??? Fri May 21 09:22:01 2004
Return-Path: <mailcenter308597@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 2028 invoked by uid 10003); 21 May 2004 14:50:46 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 2024 invoked from network); 21 May 2004 14:50:45 -0000
Received: from unknown (HELO vm100.vmadmin.com) (216.64.222.100)
  by ns48.webmasters.com with SMTP; 21 May 2004 14:50:45 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 21 May 2004 09:50:45 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 308597
From: ByeByeCellulite <ByeByeCellulite@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: ByeByeCellulite <ByeByeCellulite308597@replies.virtumundo.com>
Subject: It's cheating...but it really works!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Frontline Direct Inc. 2269 Chestnut St. #630, San Francisco, CA 94123-2600

```
From ???@??? Fri May 21 09:21:39 2004
Return-Path: <mailcenter308597@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 1991 invoked by uid 10003); 21 May 2004 14:50:45 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 1983 invoked from network); 21 May 2004 14:50:45 -0000
Received: from unknown (HELO vm100.vmadmin.com) (216.64.222.100)
  by ns48.webmasters.com with SMTP; 21 May 2004 14:50:45 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 21 May 2004 09:50:45 -0500
X-ClientHost: 10609710910115064103111141001111101191111141071150460991111109
X-MailingID: 308597
From: ByeByeCellulite <ByeByeCellulite@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: ByeByeCellulite <ByeByeCellulite308597@replies.virtumundo.com>
Subject: It's cheating...but it really works!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Frontline Direct Inc. 2269 Chestnut St. #630, San Francisco, CA 94123-2600

```
From ???@??? Fri May 21 09:21:39 2004
Return-Path: <mailcenter308597@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 1999 invoked by uid 10003); 21 May 2004 14:50:45 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 1996 invoked from network); 21 May 2004 14:50:45 -0000
Received: from unknown (HELO vm100.vmadmin.com) (216.64.222.100)
  by ns48.webmasters.com with SMTP; 21 May 2004 14:50:45 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 21 May 2004 09:50:45 -0500
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 308597
From: ByeByeCellulite <ByeByeCellulite@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: ByeByeCellulite <ByeByeCellulite308597@replies.virtumundo.com>
Subject: It's cheating...but it really works!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Frontline Direct Inc. 2269 Chestnut St. #630, San Francisco, CA 94123-2600

```
From ???@??? Fri May 07 14:10:21 2004
Return-Path: <mailcenter308377@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 12071 invoked by uid 10003); 7 May 2004 20:12:12 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 12045 invoked from network); 7 May 2004 20:12:11 -0000
Received: from unknown (HELO vm126.vmadmin.com) (216.64.222.126)
  by ns48.webmasters.com with SMTP; 7 May 2004 20:12:11 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm126.vmadmin.com with SMTP; 07 May 2004 15:21:21 -0500
X-ClientHost: 1060971210641031111141001111101191111141071150460991 11109
X-MailingID: 308377
From: ByeByeCellulite <ByeByeCellulite@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: ByeByeCellulite <ByeByeCellulite308377@replies.virtumundo.com>
Subject: Woman shrank thighs up to 2 inches without a diet
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





**Frontline Direct Inc. 2269 Chestnut St. #630, San Francisco, CA 94123-2600**

```
From ???@??? Fri May 07 14:10:21 2004
Return-Path: <mailcenter308377@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 12073 invoked by uid 10003); 7 May 2004 20:12:12 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 12059 invoked from network); 7 May 2004 20:12:12 -0000
Received: from unknown (HELO vm126.vmadmin.com) (216.64.222.126)
  by ns48.webmasters.com with SMTP; 7 May 2004 20:12:12 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm126.vmadmin.com with SMTP; 07 May 2004 15:21:21 -0500
X-ClientHost:
106111110097116104097110064103111114100111101191111114107115046099111109
X-MailingID: 308377
From: ByeByeCellulite <ByeByeCellulite@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: ByeByeCellulite <ByeByeCellulite308377@replies.virtumundo.com>
Subject: Woman shrank thighs up to 2 inches without a diet
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**Frontline Direct Inc. 2269 Chestnut St. #630, San Francisco, CA 94123-2600**

```
From ???@??? Fri May 07 14:10:01 2004
Return-Path: <mailcenter308377@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 12024 invoked by uid 10003); 7 May 2004 20:12:11 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 12016 invoked from network); 7 May 2004 20:12:11 -0000
Received: from unknown (HELO vm126.vmadmin.com) (216.64.222.126)
  by ns48.webmasters.com with SMTP; 7 May 2004 20:12:11 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm126.vmadmin.com with SMTP; 07 May 2004 15:21:21 -0500
X-ClientHost: 10609710910111506410311111410011111101191111141071150460991111109
X-MailingID: 308377
From: ByeByeCellulite <ByeByeCellulite@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: ByeByeCellulite <ByeByeCellulite308377@replies.virtumundo.com>
Subject: Woman shrank thighs up to 2 inches without a diet
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





Frontline Direct Inc. 2269 Chestnut St. #630, San Francisco, CA 94123-2600

```
From ???@??? Fri May 07 14:10:01 2004
Return-Path: <mailcenter308377@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 12040 invoked by uid 10003); 7 May 2004 20:12:11 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 12028 invoked from network); 7 May 2004 20:12:11 -0000
Received: from unknown (HELO vm126.vmadmin.com) (216.64.222.126)
  by ns48.webmasters.com with SMTP; 7 May 2004 20:12:11 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm126.vmadmin.com with SMTP; 07 May 2004 15:21:21 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 308377
From: ByeByeCellulite <ByeByeCellulite@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: ByeByeCellulite <ByeByeCellulite308377@replies.virtumundo.com>
Subject: Woman shrank thighs up to 2 inches without a diet
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Frontline Direct Inc. 2269 Chestnut St. #630, San Francisco, CA 94123-2600

```
From ???@??? Sun May 30 15:40:23 2004
Return-Path: <mailcenter308745@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 14583 invoked by uid 10003); 30 May 2004 21:44:11 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 14570 invoked from network); 30 May 2004 21:44:11 -0000
Received: from unknown (HELO vm107.vmadmin.com) (216.64.222.107)
  by ns48.webmasters.com with SMTP; 30 May 2004 21:44:11 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm107.vmadmin.com with SMTP; 30 May 2004 16:44:10 -0500
X-ClientHost: 106097109101115064103111141001111101191111410711504609911109
X-MailingID: 308745
From: ByeByeCellulite <ByeByeCellulite@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: ByeByeCellulite <ByeByeCellulite308745@replies.virtumundo.com>
Subject: Woman shrank thighs up to 2 inches without a diet
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```







Frontline Direct Inc. 2269 Chestnut St. #630, San Francisco, CA 94123-2600

```
From ???@??? Sat Oct 11 15:06:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <467748-11395>; Sat, 11 Oct 2003 16:35:57 -0400
Received: from vl208-54.vmlocal.com ([216.21.208.54]) by ams.ftl.affinity.com
with ESMTP id <341965-11396>; Sat, 11 Oct 2003 16:34:46 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-54.vmlocal.com with SMTP; 11 Oct 2003 15:34:44 -0500
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 160025
From: Cable Descrambler <CableDescramblers160025@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+160025@replies.vmlocal.com>
Subject: See More Than Ever Before
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct11.163446-0400_edt.341965-11396+30415@ams.ftl.affinity.com>
Date:Sat, 11 Oct 2003 16:34:46 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Oct 18 16:00:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217230-23096>; Sat, 18 Oct
2003 17:16:35 -0400
Received: from vl208-21.vmlocal.com ([216.21.208.21]) by ams.ftl.affinity.com
with ESMTP id <220143-23095>; Sat, 18 Oct 2003 17:16:09 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-21.vmlocal.com with SMTP; 18 Oct 2003 16:16:08 -0500
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 168136
From: Cable Descrambler <CableDescramblers168136@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cable Descrambler <CableDescramblers168136@vmlocal.com>
Subject: See More Than Ever Before
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct18.171609-0400_edt.220143-23095+6834@ams.ftl.affinity.com>
Date:Sat, 18 Oct 2003 17:16:08 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Jan 27 08:34:43 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <266315-17949>; Tue, 27 Jan 2004 11:12:02 -0500
Received: from vm208-34.adknow-net.com ([216.21.208.34]) by
ams.ftl.affinity.com with ESMTP id <266395-17957>; Tue, 27 Jan 2004 11:11:12
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-34.adknow-net.com with SMTP; 27 Jan 2004 10:11:07 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609111109
X-MailingID: 351995
From: Cable Descrambler <CableDescramblers@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return351995@replies.adknow-net.com
Subject: Stop missing your favorite shows!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan27.111112-0500_est.266395-17957+105894@ams.ftl.affinity.com>
Date:Tue, 27 Jan 2004 11:11:12 -0500



**If you would like to refer a friend information regarding this program, go here.** To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go **here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Jan 25 21:35:09 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <313301-11789>; Sun, 25 Jan
2004 22:12:29 -0500
Received: from vm208-29.adknow-net.com ([216.21.208.29]) by
ams.ftl.affinity.com with ESMTP id <329752-11785>; Sun, 25 Jan 2004 22:11:04
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-29.adknow-net.com with SMTP; 25 Jan 2004 21:10:54 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 349694
From: Camping Outdoors <GoCampingOutdoors@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return349694@replies.adknow-net.com
Subject: Love camping?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan25.221104-0500_est.329752-11785+33185@ams.ftl.affinity.com>
Date:Sun, 25 Jan 2004 22:11:04 -0500
```



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Jan 24 19:14:47 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <339584-6846>; Sat, 24 Jan 2004 20:02:19 -0500
Received: from vm208-28.adknow-net.com ([216.21.208.28]) by
ams.ftl.affinity.com with ESMTP id <340974-6845>; Sat, 24 Jan 2004 20:00:39
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-28.adknow-net.com with SMTP; 24 Jan 2004 19:00:38 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 349226
From: Camping Outdoors <GoCampingOutdoors@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return349226@replies.adknow-net.com
Subject: Love camping?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan24.200039-0500_est.340974-6845+12319@ams.ftl.affinity.com>
Date:Sat, 24 Jan 2004 20:00:39 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Jan 16 16:42:30 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <230670-23963>; Fri, 16 Jan 2004 18:20:41 -0500
Received: from vm208-76.adknow-net.com ([216.21.208.76]) by
ams.ftl.affinity.com with ESMTP id <237670-23969>; Fri, 16 Jan 2004 18:19:47
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-76.adknow-net.com with SMTP; 16 Jan 2004 17:19:46 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 340969
From: Camping Outdoors <GoCampingOutdoors@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return340969@replies.adknow-net.com
Subject: Camping. Back to Basics in the Great Outdoors.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan16.181947-0500_est.237670-23969+14339@ams.ftl.affinity.com>
Date:Fri, 16 Jan 2004 18:19:46 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Feb 01 17:15:53 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <219504-25213>; Sun, 1 Feb 2004 19:16:38 -0500
Received: from vm208-40.adknow-net.com ([216.21.208.40]) by
ams.ftl.affinity.com with ESMTP id <232718-25216>; Sun, 1 Feb 2004 19:15:46
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-40.adknow-net.com with SMTP; 01 Feb 2004 18:15:41 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 355956
From: Camping Outdoors <GoCampingOutdoors@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return355956@replies.adknow-net.com
Subject: Is going camping your first love?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb1.191546-0500_est.232718-25216+122385@ams.ftl.affinity.com>
Date:Sun, 1 Feb 2004 19:15:46 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Jan 02 19:52:40 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <3671793-21050>; Fri, 2 Jan 2004 22:41:18 -0500
Received: from vm209-191.vmlocal.com ([216.21.209.191]) by
ams.ftl.affinity.com with ESMTP id <3671814-8919>; Fri, 2 Jan 2004 22:40:46
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-191.vmlocal.com with SMTP; 02 Jan 2004 21:40:40 -0600
X-ClientHost:
1060971091051080970641031111141001111101191111141071150460991111109
X-MailingID: 234293
From: Camping Outdoors <GoCampingOutdoors@vmlocal.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Camping Outdoors <GoCampingOutdoors234293@vmlocal.com>
Subject: Camping. Back to Basics in the Great Outdoors.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan2.224046-0500_est.3671814-8919+22889@ams.ftl.affinity.com>
Date:Fri, 2 Jan 2004 22:40:45 -0500
```



**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Sep 29 12:40:34 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <1256752-17893>; Mon, 29 Sep 2003 14:40:40 -0400
Received: from vl208-73.vmlocal.com ([216.21.208.73]) by ams.ftl.affinity.com
with ESMTP id <1257124-17888>; Mon, 29 Sep 2003 14:39:51 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-73.vmlocal.com with SMTP; 29 Sep 2003 13:39:45 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 147642
From: Candle Making <CandleMakingKits147642@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Candle Making <CandleMakingKits147642@vmlocal.com>
Subject: Make your wishes come true with candle making.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep29.143951-0400_edt.1257124-17888+28934@ams.ftl.affinity.com>
Date:Mon, 29 Sep 2003 14:39:50 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Dec 19 23:09:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <214289-17778>; Fri, 19 Dec
2003 22:28:11 -0500
Received: from vm108.vmadmin.com ([216.64.222.108]) by ams.ftl.affinity.com
with ESMTP id <218915-17792>; Fri, 19 Dec 2003 22:27:15 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm108.vmadmin.com with SMTP; 19 Dec 2003 21:27:12 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 222690
From: Candy <SweetToothRemedies@vmadmin.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Candy <SweetToothRemedies222690@replies.virtumundo.com>
Subject: Find candy for every craving here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec19.222715-0500_est.218915-17792+51250@ams.ftl.affinity.com>
Date:Fri, 19 Dec 2003 22:27:14 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at <u>http://privacy.virtumundo.com/properties.html</u>**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to <u>http://www.virtumundo.com/unsub</u> or <u>go here</u>. To read Virtumundo's privacy policy, go to <u>Privacy Policy</u>. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Dec 19 23:09:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213045-17778>; Fri, 19 Dec 2003 22:28:11 -0500
Received: from vm108.vmadmin.com ([216.64.222.108]) by ams.ftl.affinity.com
with ESMTP id <214894-17781>; Fri, 19 Dec 2003 22:27:14 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm108.vmadmin.com with SMTP; 19 Dec 2003 21:27:12 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 222690
From: Candy <SweetToothRemedies@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Candy <SweetToothRemedies222690@replies.virtumundo.com>
Subject: Find candy for every craving here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec19.222714-0500_est.214894-17781+51709@ams.ftl.affinity.com>
Date:Fri, 19 Dec 2003 22:27:13 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** **http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or **go here**. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Dec 19 23:09:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214226-17778>; Fri, 19 Dec 2003 22:28:11 -0500
Received: from vm108.vmadmin.com ([216.64.222.108]) by ams.ftl.affinity.com
with ESMTP id <217370-17780>; Fri, 19 Dec 2003 22:27:15 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm108.vmadmin.com with SMTP; 19 Dec 2003 21:27:12 -0600
X-ClientHost: 10609712106410311111410011110119111114107115046099111109
X-MailingID: 222690
From: Candy <SweetToothRemedies@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Candy <SweetToothRemedies222690@replies.virtumundo.com>
Subject: Find candy for every craving here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec19.222715-0500_est.217370-17780+51587@ams.ftl.affinity.com>
Date:Fri, 19 Dec 2003 22:27:14 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Nov 30 22:42:47 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <229028-28127>; Sun, 30 Nov 2003 22:54:00 -0500
Received: from vm118.vmadmin.com ([216.64.222.118]) by ams.ftl.affinity.com
with ESMTP id <229156-28116>; Sun, 30 Nov 2003 22:53:18 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm118.vmadmin.com with SMTP; 30 Nov 2003 21:53:01 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 208667
From: Canopy Outlets <NewCanopyOutlets@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Canopy Outlets <NewCanopyOutlets208667@replies.virtumundo.com>
Subject: Protect yourself from the elements with a canopy.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov30.225318-0500_est.229156-28116+49086@ams.ftl.affinity.com>
Date:Sun, 30 Nov 2003 22:53:17 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Jun 16 14:24:26 2006
X-Persona: <Jay>
Return-Path: <mailcenter352674@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 28096 invoked from network); 16 Jun 2006 02:00:49 -0600
Received: from vm-187-134.vm-mail.com (206.82.187.134)
   by celiajay.com with SMTP; 16 Jun 2006 02:00:48 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-187-134.vm-mail.com with SMTP; 16 Jun 2006 03:00:42 -0500
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 352674
From: Car Hunt <CarHunt@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+352674@vm-rewards.com>
Subject: Get matched to an auto loan provider
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SORBS
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Car Hunt 8400 W. 110th St Overland Park, KS 66210

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Sun Jun 25 11:04:12 2006
Return-Path: <mailcenter352674@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 28096 invoked from network); 16 Jun 2006 02:00:49 -0600
Received: from vm-187-134.vm-mail.com (206.82.187.134)
   by celiajay.com with SMTP; 16 Jun 2006 02:00:48 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-187-134.vm-mail.com with SMTP; 16 Jun 2006 03:00:42 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 352674
From: Car Hunt <CarHunt@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+352674@vm-rewards.com>
Subject: Get matched to an auto loan provider
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SORBS
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Car Hunt 8400 W. 110th St Overland Park, KS 66210

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Wed Sep 17 16:30:08 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <212690-28718>; Wed, 17 Sep 2003 19:24:53 -0400
Received: from vt03.vtarget.com ([216.64.222.3]) by ams.ftl.affinity.com with
ESMTP id <214125-28716>; Wed, 17 Sep 2003 19:24:46 -0400
Received: from vtarget.com (192.168.3.10)
   by vt03.vtarget.com with SMTP; 17 Sep 2003 18:24:45 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 137361
From: Car Insurance Quotes <CarInsuranceQuotes137361@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: Car Insurance Quotes <CarInsuranceQuotes137361@replies.vtarget.com>
Subject: Is your car fully covered?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep17.192446-0400_edt.214125-28716+4678@ams.ftl.affinity.com>
Date:Wed, 17 Sep 2003 19:24:46 -0400



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 2002 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Oct 01 08:19:45 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <333185-10310>; Wed, 1 Oct 2003 10:25:19 -0400
Received: from vl208-17.vmlocal.com ([216.21.208.17]) by ams.ftl.affinity.com
with ESMTP id <266065-10303>; Wed, 1 Oct 2003 10:24:12 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-17.vmlocal.com with SMTP; 01 Oct 2003 09:23:56 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 150012
From: Car Insurance Quotes <CarInsuranceQuotes150012@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Car Insurance Quotes <CarInsuranceQuotes150012@vmlocal.com>
Subject: Is your car insurance ready for anything?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct1.102412-0400_edt.266065-10303+3@ams.ftl.affinity.com>
Date:Wed, 1 Oct 2003 10:23:59 -0400



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2002 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Nov 03 15:09:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214302-18177>; Mon, 3 Nov 2003 16:27:41 -0500
Received: from vl208-26.vmlocal.com ([216.21.208.26]) by ams.ftl.affinity.com
with ESMTP id <217444-18177>; Mon, 3 Nov 2003 16:27:13 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-26.vmlocal.com with SMTP; 03 Nov 2003 15:27:09 -0600
X-ClientHost: 106097109101115064103111114100111110119111111410711504609911109
X-MailingID: 187983
From: Car Insurance Quotes <CarInsuranceQuotes187983@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Car Insurance Quotes <CarInsuranceQuotes187983@vmlocal.com>
Subject: Is your car insurance ready for anything?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov3.162713-0500_est.217444-18177+4258@ams.ftl.affinity.com>
Date:Mon, 3 Nov 2003 16:27:13 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 2002 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Nov 15 12:04:44 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <218235-7414>; Sat, 15 Nov 2003 12:48:55 -0500
Received: from vl208-57.vmlocal.com ([216.21.208.57]) by ams.ftl.affinity.com
with ESMTP id <213821-7405>; Sat, 15 Nov 2003 12:47:51 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-57.vmlocal.com with SMTP; 15 Nov 2003 11:47:42 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 198729
From: Car Insurance Quotes <CarInsuranceQuotes198729@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Car Insurance Quotes <CarInsuranceQuotes198729@vmlocal.com>
Subject: Car insurance. Never fear the unknown.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov15.124751-0500_est.213821-7405+16142@ams.ftl.affinity.com>
Date:Sat, 15 Nov 2003 12:47:50 -0500
```



**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) **or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2002 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 16 13:42:37 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214825-7415>; Sun, 16 Nov 2003 15:21:22 -0500
Received: from vl208-66.vmlocal.com ([216.21.208.66]) by ams.ftl.affinity.com
with ESMTP id <214901-7405>; Sun, 16 Nov 2003 15:20:18 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-66.vmlocal.com with SMTP; 16 Nov 2003 14:20:07 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 199420
From: Car Insurance Quotes <CarInsuranceQuotes199420@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Car Insurance Quotes <CarInsuranceQuotes199420@vmlocal.com>
Subject: Car insurance. Never fear the unknown.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov16.152018-0500_est.214901-7405+30251@ams.ftl.affinity.com>
Date:Sun, 16 Nov 2003 15:20:17 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2002 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Nov 17 14:52:31 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216102-26484>; Mon, 17 Nov 2003 17:22:42 -0500
Received: from vl208-52.vmlocal.com ([216.21.208.52]) by ams.ftl.affinity.com
with ESMTP id <215210-26476>; Mon, 17 Nov 2003 17:20:14 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-52.vmlocal.com with SMTP; 17 Nov 2003 16:17:27 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 200123
From: Car Insurance Quotes <CarInsuranceQuotes200123@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Car Insurance Quotes <CarInsuranceQuotes200123@vmlocal.com>
Subject: Car Insurance - Get Coverage that Goes Where You Go
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov17.172014-0500_est.215210-26476+16@ams.ftl.affinity.com>
Date:Mon, 17 Nov 2003 17:17:36 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 2002 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Nov 17 14:49:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <216002-11391>; Mon, 17 Nov
2003 14:26:44 -0500
Received: from vl208-36.vmlocal.com ([216.21.208.36]) by ams.ftl.affinity.com
with ESMTP id <217184-11385>; Mon, 17 Nov 2003 14:26:20 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-36.vmlocal.com with SMTP; 17 Nov 2003 13:26:10 -0600
X-ClientHost:
10611111009711610409711006410311111410011110119111114107115046099111109
X-MailingID: 200124
From: Car Insurance Quotes <CarInsuranceQuotes200124@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Car Insurance Quotes <CarInsuranceQuotes200124@vmlocal.com>
Subject: Car Insurance - Get Coverage that Goes Where You Go
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov17.142620-0500_est.217184-11385+49843@ams.ftl.affinity.com>
Date:Mon, 17 Nov 2003 14:26:19 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2002 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Jan 02 08:20:05 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <320795-10096>; Fri, 2 Jan 2004 06:06:38 -0500
Received: from vm209-181.vmlocal.com ([216.21.209.181]) by
ams.ftl.affinity.com with ESMTP id <317754-10094>; Fri, 2 Jan 2004 06:04:37
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-181.vmlocal.com with SMTP; 02 Jan 2004 05:04:34 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 233633
From: Car Insurance Quotes <CarInsuranceQuotes@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Car Insurance Quotes <CarInsuranceQuotes233633@vmlocal.com>
Subject: Is your car fully covered?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan2.060437-0500_est.317754-10094+5488@ams.ftl.affinity.com>
Date:Fri, 2 Jan 2004 06:04:36 -0500



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Dec 12 11:30:23 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217355-2328>; Fri, 12 Dec 2003 12:26:32 -0500
Received: from vm209-231.vmlocal.com ([216.21.209.231]) by
ams.ftl.affinity.com with ESMTP id <220152-2337>; Fri, 12 Dec 2003 12:25:35
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-231.vmlocal.com with SMTP; 12 Dec 2003 11:25:34 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 217586
From: Car Insurance Quotes <CarInsuranceQuotes@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Car Insurance Quotes <CarInsuranceQuotes217586@vmlocal.com>
Subject: Always be covered. Get Car Insurance Now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.122535-0500_est.220152-2337+14003@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 12:25:35 -0500
```



**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2002 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Jan 02 19:52:40 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213858-11045>; Fri, 2 Jan 2004 22:43:33 -0500
Received: from vm209-231.vmlocal.com ([216.21.209.231]) by
ams.ftl.affinity.com with ESMTP id <215214-11049>; Fri, 2 Jan 2004 22:43:08
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-231.vmlocal.com with SMTP; 02 Jan 2004 21:43:05 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 234315
From: Car Insurance Quotes <CarInsuranceQuotes@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Car Insurance Quotes <CarInsuranceQuotes234315@vmlocal.com>
Subject: Car Insurance - Get Coverage that Goes Where You Go
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan2.224308-0500_est.215214-11049+45551@ams.ftl.affinity.com>
Date:Fri, 2 Jan 2004 22:43:08 -0500
```



**If you would like to refer a friend information regarding this program,**

go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Sep 26 18:57:30 2005
X-Persona: <Indi>
Return-Path: <mailcenter330081@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
     with SpamAssassin (2.63 2004-01-11);
     Mon, 26 Sep 2005 17:14:01 -0600
From: Car Loan Leader <CarLoanLeader@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Get the perfect car, without perfect credit!
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=DATE_MISSING,
     HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
     HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,
     X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433880B9.5AC63182"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4313&e=indi@jammtomm.com
  URI:http://ogy.cc/whittless/26.gif
  URI:http://redirect.virtumundo.com/ct?i'4313&e=indi@jammtomm.com
  URI:http://ogy.cc/whittless/27.gif [...]

Content analysis details:   (8.3 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                  [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 12608 invoked from network); 26 Sep 2005 17:14:01 -0600
Received: from vm-180-76.vm-mail.com (206.82.180.76)
  by itdidnotendright.com with SMTP; 26 Sep 2005 17:14:01 -0600
Received: from vm-mail.com (192.168.3.20)

```
  by vm-180-76.vm-mail.com with SMTP; 26 Sep 2005 18:14:01 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330081
From: Car Loan Leader <CarLoanLeader@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330081@vm-rewards.com>
Subject: Get the perfect car, without perfect credit!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get the
perfect .htm"
```

```
From ???@??? Sun May 30 09:25:01 2004
Return-Path: <mailcenter308744@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 30642 invoked by uid 10003); 30 May 2004 14:43:56 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 30639 invoked from network); 30 May 2004 14:43:56 -0000
Received: from unknown (HELO vm091.vmadmin.com) (216.64.222.91)
  by ns48.webmasters.com with SMTP; 30 May 2004 14:43:56 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm091.vmadmin.com with SMTP; 30 May 2004 09:43:55 -0500
X-ClientHost: 10609710910111506410311114100111110191111141071150460991111109
X-MailingID: 308744
From: Car Protection <ExtendedCarProtect@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Car Protection <ExtendedCarProtect308744@replies.virtumundo.com>
Subject: Attention: Quality Extended Auto Warranty
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



 **AzoogleAds 1054 Centre St. Suite 214 Thornhill, ON l4j 8e5**

```
From ???@??? Sun May 30 09:25:01 2004
Return-Path: <mailcenter308744@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 30650 invoked by uid 10003); 30 May 2004 14:43:56 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 30647 invoked from network); 30 May 2004 14:43:56 -0000
Received: from unknown (HELO vm091.vmadmin.com) (216.64.222.91)
  by ns48.webmasters.com with SMTP; 30 May 2004 14:43:56 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm091.vmadmin.com with SMTP; 30 May 2004 09:43:55 -0500
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 308744
From: Car Protection <ExtendedCarProtect@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Car Protection <ExtendedCarProtect308744@replies.virtumundo.com>
Subject: Attention: Quality Extended Auto Warranty
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



AzoogleAds 1054 Centre St. Suite 214 Thornhill, ON l4j 8e5

```
From ???@??? Sun May 30 09:25:01 2004
Return-Path: <mailcenter308744@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 30658 invoked by uid 10003); 30 May 2004 14:43:56 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 30655 invoked from network); 30 May 2004 14:43:56 -0000
Received: from unknown (HELO vm091.vmadmin.com) (216.64.222.91)
   by ns48.webmasters.com with SMTP; 30 May 2004 14:43:56 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm091.vmadmin.com with SMTP; 30 May 2004 09:43:55 -0500
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 308744
From: Car Protection <ExtendedCarProtect@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Car Protection <ExtendedCarProtect308744@replies.virtumundo.com>
Subject: Attention: Quality Extended Auto Warranty
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

AzoogleAds 1054 Centre St. Suite 214 Thornhill, ON l4j 8e5

```
From ???@??? Sun May 30 09:25:23 2004
Return-Path: <mailcenter308744@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 30667 invoked by uid 10003); 30 May 2004 14:43:57 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 30663 invoked from network); 30 May 2004 14:43:56 -0000
Received: from unknown (HELO vm091.vmadmin.com) (216.64.222.91)
  by ns48.webmasters.com with SMTP; 30 May 2004 14:43:56 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm091.vmadmin.com with SMTP; 30 May 2004 09:43:55 -0500
X-ClientHost:
1061111100971161040971100641031111141001111101191111141071150460991111109
X-MailingID: 308744
From: Car Protection <ExtendedCarProtect@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Car Protection <ExtendedCarProtect308744@replies.virtumundo.com>
Subject: Attention: Quality Extended Auto Warranty
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





**AzoogleAds 1054 Centre St. Suite 214 Thornhill, ON l4j 8e5**

From ???@??? Sun Oct 12 13:20:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <267233-14309>; Sun, 12 Oct 2003 13:34:39 -0400
Received: from vl208-44.vmlocal.com ([216.21.208.44]) by ams.ftl.affinity.com
with ESMTP id <272197-14319>; Sun, 12 Oct 2003 13:33:27 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-44.vmlocal.com with SMTP; 12 Oct 2003 12:33:24 -0500
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 160825
From: Car Rental Savings <CarRentalSavings160825@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+160825@replies.vmlocal.com>
Subject: Rent The Car You've Always Wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct12.133327-0400_edt.272197-14319+442@ams.ftl.affinity.com>
Date:Sun, 12 Oct 2003 13:33:27 -0400



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Oct 12 13:20:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <267281-14309>; Sun, 12 Oct 2003 13:34:39 -0400
Received: from vl208-44.vmlocal.com ([216.21.208.44]) by ams.ftl.affinity.com
with ESMTP id <267054-14318>; Sun, 12 Oct 2003 13:33:28 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-44.vmlocal.com with SMTP; 12 Oct 2003 12:33:24 -0500
X-ClientHost: 1060971210641031111410011110119111114107115046099111109
X-MailingID: 160825
From: Car Rental Savings <CarRentalSavings160825@vmlocal.com>
To:    Jay Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+160825@replies.vmlocal.com>
Subject: Rent The Car You've Always Wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct12.133328-0400_edt.267054-14318+366@ams.ftl.affinity.com>
Date:Sun, 12 Oct 2003 13:33:28 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Oct 17 08:16:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <220025-28219>; Fri, 17 Oct
2003 05:46:02 -0400
Received: from vl208-51.vmlocal.com ([216.21.208.51]) by ams.ftl.affinity.com
with ESMTP id <729577-28225>; Thu, 16 Oct 2003 22:37:54 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-51.vmlocal.com with SMTP; 16 Oct 2003 13:40:15 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 165467
From: Car Rental Savings <CarRentalSavings165467@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+165467@replies.vmlocal.com>
Subject: Rent The Car You've Always Wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct16.223754-0400_edt.729577-28225+8622@ams.ftl.affinity.com>
Date:Thu, 16 Oct 2003 22:37:54 -0400



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Oct 23 12:59:37 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <216088-1059>; Thu, 23 Oct 2003 15:10:42 -0400
Received: from vl208-45.vmlocal.com ([216.21.208.45]) by ams.ftl.affinity.com
with ESMTP id <226535-1067>; Thu, 23 Oct 2003 14:41:38 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-45.vmlocal.com with SMTP; 23 Oct 2003 13:41:29 -0500
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 172893
From: Car Rental Savings <CarRentalSavings172893@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Car Rental Savings <CarRentalSavings172893@vmlocal.com>
Subject: Rent The Car You've Always Wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct23.144138-0400_edt.226535-1067+3153@ams.ftl.affinity.com>
Date:Thu, 23 Oct 2003 14:41:37 -0400



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Oct 24 08:42:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <224837-1075>; Fri, 24 Oct 2003 02:56:27 -0400
Received: from vl208-46.vmlocal.com ([216.21.208.46]) by ams.ftl.affinity.com
with ESMTP id <224828-1078>; Fri, 24 Oct 2003 02:55:52 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-46.vmlocal.com with SMTP; 24 Oct 2003 01:55:42 -0500
X-ClientHost: 1060971210641031111141001111101191111141071150460099111109
X-MailingID: 172895
From: Car Rental Savings <CarRentalSavings172895@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Car Rental Savings <CarRentalSavings172895@vmlocal.com>
Subject: Rent The Car You've Always Wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct24.025552-0400_edt.224828-1078+7006@ams.ftl.affinity.com>
Date:Fri, 24 Oct 2003 02:55:51 -0400



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Oct 24 12:51:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <212642-1059>; Fri, 24 Oct 2003 14:39:18 -0400
Received: from vl208-60.vmlocal.com ([216.21.208.60]) by ams.ftl.affinity.com
with ESMTP id <215056-1064>; Fri, 24 Oct 2003 13:35:21 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-60.vmlocal.com with SMTP; 24 Oct 2003 12:35:05 -0500
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 174286
From: Car Rental Savings <CarRentalSavings174286@vmlocal.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Car Rental Savings <CarRentalSavings174286@vmlocal.com>
Subject: Rent The Car You've Always Wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct24.133521-0400_edt.215056-1064+12560@ams.ftl.affinity.com>
Date:Fri, 24 Oct 2003 13:35:21 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Oct 27 14:40:05 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <212903-8187>; Mon, 27 Oct
2003 13:35:56 -0500
Received: from vl208-53.vmlocal.com ([216.21.208.53]) by ams.ftl.affinity.com
with ESMTP id <213512-8202>; Mon, 27 Oct 2003 13:35:40 -0500
Received: from vmlocal.com (192.168.3.12)
    by vl208-53.vmlocal.com with SMTP; 27 Oct 2003 12:35:34 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 178280
From: Car Rental Savings <CarRentalSavings178280@vmlocal.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Car Rental Savings <CarRentalSavings178280@vmlocal.com>
Subject: Rent The Car You've Always Wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct27.133540-0500_est.213512-8202+1537@ams.ftl.affinity.com>
Date:Mon, 27 Oct 2003 13:35:38 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Feb 10 17:01:14 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <555784-24957>; Tue, 10 Feb 2004 19:03:38 -0500
Received: from vm208-53.adknow-net.com ([216.21.208.53]) by
ams.ftl.affinity.com with ESMTP id <557117-24961>; Tue, 10 Feb 2004 19:01:42
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-53.adknow-net.com with SMTP; 10 Feb 2004 18:01:33 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 366138
From: Car Rental Savings <CarRentalSavings@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return366138@replies.adknow-net.com
Subject: Rent The Car You've Always Wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb10.190142-0500_est.557117-24961+25074@ams.ftl.affinity.com>
Date:Tue, 10 Feb 2004 19:01:41 -0500
```



You can't take your car, and why hassle with a cab? Whether you're looking for
something economic or incredibly stylish, find the rental car you're looking
for here.

**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Feb 07 20:24:58 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <565552-11090>; Sat, 7 Feb
2004 22:31:27 -0500
Received: from vm208-64.adknow-net.com ([216.21.208.64]) by
ams.ftl.affinity.com with ESMTP id <566838-11090>; Sat, 7 Feb 2004 22:31:10
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-64.adknow-net.com with SMTP; 07 Feb 2004 21:31:03 -0600
X-ClientHost:
1061111100971161040971100641031111141001111101191111141071150460991111109
X-MailingID: 362406
From: Car Rental Savings <CarRentalSavings@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return362406@replies.adknow-net.com
Subject: Rent The Car You've Always Wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb7.223110-0500_est.566838-11090+10543@ams.ftl.affinity.com>
Date:Sat, 7 Feb 2004 22:31:09 -0500
```



You can't take your car, and why hassle with a cab? Whether you're looking for
something economic or incredibly stylish, find the rental car you're looking
for here.

**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Feb 07 20:24:58 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <311676-11089>; Sat, 7 Feb 2004 22:31:27 -0500
Received: from vm208-64.adknow-net.com ([216.21.208.64]) by
ams.ftl.affinity.com with ESMTP id <566989-11093>; Sat, 7 Feb 2004 22:31:08
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-64.adknow-net.com with SMTP; 07 Feb 2004 21:31:03 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 362406
From: Car Rental Savings <CarRentalSavings@adknow-net.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return362406@replies.adknow-net.com
Subject: Rent The Car You've Always Wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb7.223108-0500_est.566989-11093+10963@ams.ftl.affinity.com>
Date:Sat, 7 Feb 2004 22:31:08 -0500
```



You can't take your car, and why hassle with a cab? Whether you're looking for something economic or incredibly stylish, find the rental car you're looking for here.

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Feb 07 18:08:54 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <565010-11099>; Sat, 7 Feb 2004 20:11:39 -0500
Received: from vm208-50.adknow-net.com ([216.21.208.50]) by
ams.ftl.affinity.com with ESMTP id <565614-11098>; Sat, 7 Feb 2004 20:10:56
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-50.adknow-net.com with SMTP; 07 Feb 2004 19:10:54 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 361752
From: Car Rental Savings <CarRentalSavings@adknow-net.com>
To:     Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return361752@replies.adknow-net.com
Subject: Rent The Car You've Always Wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb7.201056-0500_est.565614-11098+10334@ams.ftl.affinity.com>
Date:Sat, 7 Feb 2004 20:10:56 -0500



You can't take your car, and why hassle with a cab? Whether you're looking for
something economic or incredibly stylish, find the rental car you're looking
for here.

**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Feb 02 08:30:44 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <253046-13680>; Mon, 2 Feb 2004 04:17:34 -0500
Received: from vm208-27.adknow-net.com ([216.21.208.27]) by
ams.ftl.affinity.com with ESMTP id <326406-1234>; Mon, 2 Feb 2004 00:01:38
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-27.adknow-net.com with SMTP; 01 Feb 2004 23:01:32 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 355849
From: Car Rental Savings <CarRentalSavings@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return355849@replies.adknow-net.com
Subject: Rent The Car You've Always Wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb2.000138-0500_est.326406-1234+1204@ams.ftl.affinity.com>
Date:Mon, 2 Feb 2004 00:01:37 -0500
```



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please

note that the companies listed within this service have not provided
Virtumundo consideration to include their products in this message. Please
mail questions or comments regarding this message to List Member Inquiries,
Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c)
1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Jan 25 17:53:33 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2833507-19902>; Sun, 25 Jan 2004 20:13:13 -0500
Received: from vm208-79.adknow-net.com ([216.21.208.79]) by
ams.ftl.affinity.com with ESMTP id <2839652-19904>; Sun, 25 Jan 2004 20:12:14
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-79.adknow-net.com with SMTP; 25 Jan 2004 19:12:06 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 349811
From: Car Rental Savings <CarRentalSavings@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return349811@replies.adknow-net.com
Subject: Rent The Car You've Always Wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan25.201214-0500_est.2839652-19904+42473@ams.ftl.affinity.com>
Date:Sun, 25 Jan 2004 20:12:13 -0500



        If you would like to refer a friend information regarding this program,
go here. To remove yourself from this program (and stop receiving email messages

from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Jan 24 19:16:03 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <340527-2428>; Sat, 24 Jan
2004 22:01:46 -0500
Received: from vm208-73.adknow-net.com ([216.21.208.73]) by
ams.ftl.affinity.com with ESMTP id <341164-2415>; Sat, 24 Jan 2004 22:00:55
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-73.adknow-net.com with SMTP; 24 Jan 2004 21:00:52 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 349132
From: Car Rental Savings <CarRentalSavings@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return349132@replies.adknow-net.com
Subject: Rent The Car You've Always Wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan24.220055-0500_est.341164-2415+26927@ams.ftl.affinity.com>
Date:Sat, 24 Jan 2004 22:00:55 -0500



If you would like to refer a friend information regarding this program,

go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Jan 24 09:04:00 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <327816-2423>; Sat, 24 Jan 2004 11:17:38 -0500
Received: from vm208-32.adknow-net.com ([216.21.208.32]) by
ams.ftl.affinity.com with ESMTP id <327288-2423>; Sat, 24 Jan 2004 11:16:35
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-32.adknow-net.com with SMTP; 24 Jan 2004 10:16:27 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150046099111109
X-MailingID: 349351
From: Car Rental Savings <CarRentalSavings@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return349351@replies.adknow-net.com
Subject: Rent The Car You've Always Wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan24.111635-0500_est.327288-2423+23752@ams.ftl.affinity.com>
Date:Sat, 24 Jan 2004 11:16:35 -0500



If you would like to refer a friend information regarding this program,
go here. To remove yourself from this program (and stop receiving email messages
from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please

note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Feb 11 18:40:01 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <310628-1594>; Wed, 11 Feb 2004 19:07:10 -0500
Received: from vm208-42.adknow-net.com ([216.21.208.42]) by
ams.ftl.affinity.com with ESMTP id <427649-1598>; Wed, 11 Feb 2004 19:05:52
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-42.adknow-net.com with SMTP; 11 Feb 2004 18:05:50 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 367633
From: Car Rental Savings <CarRentalSavings@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return367633@replies.adknow-net.com
Subject: Rent The Car You've Always Wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb11.190552-0500_est.427649-1598+35851@ams.ftl.affinity.com>
Date:Wed, 11 Feb 2004 19:05:51 -0500
```



You can't take your car, and why hassle with a cab? Whether you're looking for something economic or incredibly stylish, find the rental car you're looking for here.

**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Dec 21 15:12:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <3560347-31739>; Sun, 21 Dec 2003 15:40:12 -0500
Received: from vm209-207.vmlocal.com ([216.21.209.207]) by
ams.ftl.affinity.com with ESMTP id <3561582-31731>; Sun, 21 Dec 2003 15:39:16
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-207.vmlocal.com with SMTP; 21 Dec 2003 14:39:13 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 223191
From: Car Rental Savings <CarRentalSavings@vmlocal.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Car Rental Savings <CarRentalSavings223191@vmlocal.com>
Subject: Rent The Car You've Always Wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec21.153916-0500_est.3561582-31731+24831@ams.ftl.affinity.com>
Date:Sun, 21 Dec 2003 15:39:14 -0500
```



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Oct 30 16:24:50 2005
X-Persona: <Indi>
Return-Path: <mailcenter331320@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 27 Oct 2005 17:19:49 -0600
From: Career In Nursing <CareerInNursing@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** The nursing industry is hot right now
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43616095.27581F2C"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://ogy.cc/imagemagazine/de_hc1_bkg.gif
  URI:http://redirect.virtumundo.com/ct?i'4933&e=indi@jammtomm.com
  URI:http://ogy.cc/imagemagazine/de_hc1_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4933&e=indi@jammtomm.com
  URI:http://ogy.cc/imagemagazine/de_hc1_02.jpg [...]

Content analysis details:   (8.4 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 1.5 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 22912 invoked from network); 27 Oct 2005 17:19:49 -0600
Received: from vm-182-115.vm-mail.com (206.82.182.115)
  by celiajay.com with SMTP; 27 Oct 2005 17:19:49 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-115.vm-mail.com with SMTP; 27 Oct 2005 18:19:36 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109

```
X-MailingID: 331320
From: Career In Nursing <CareerInNursing@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331320@vm-rewards.com>
Subject: The nursing industry is hot right now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM The
nursing indu3.htm"
```

From ???@??? Sun Oct 30 16:24:50 2005
X-Persona: <Indi>
Return-Path: <mailcenter331320@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 27 Oct 2005 17:19:49 -0600
From: Career In Nursing <CareerInNursing@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** The nursing industry is hot right now
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43616095.27581F2C"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://ogy.cc/imagemagazine/de_hc1_bkg.gif
  URI:http://redirect.virtumundo.com/ct?i'4933&e=indi@jammtomm.com
  URI:http://ogy.cc/imagemagazine/de_hc1_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4933&e=indi@jammtomm.com
  URI:http://ogy.cc/imagemagazine/de_hc1_02.jpg [...]

Content analysis details:   (8.4 points, 7.0 required)

 pts rule name               description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 1.5 BLANK_LINES_80_90       BODY: Message body has 80-90% blank lines
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 22912 invoked from network); 27 Oct 2005 17:19:49 -0600
Received: from vm-182-115.vm-mail.com (206.82.182.115)
  by celiajay.com with SMTP; 27 Oct 2005 17:19:49 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-115.vm-mail.com with SMTP; 27 Oct 2005 18:19:36 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109

```
X-MailingID: 331320
From: Career In Nursing <CareerInNursing@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:   errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331320@vm-rewards.com>
Subject: The nursing industry is hot right now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM The
nursing indu3.htm"
```