From ???@??? Tue Oct 11 18:15:25 2005
X-Persona: <Indi>
Return-Path: <mailcenter330333@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 03 Oct 2005 23:19:45 -0600
From: Career In Nursing <CareerInNursing@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** The nursing industry is hot right now
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.7 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_434210F1.21139A37"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://ogy.cc/imagemagazine/de_hc1_bkg.gif
  URI:http://redirect.virtumundo.com/ct?i'4429&e=indi@jammtomm.com
  URI:http://ogy.cc/imagemagazine/de_hc1_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4429&e=indi@jammtomm.com
  URI:http://ogy.cc/imagemagazine/de_hc1_02.jpg [...]

Content analysis details:   (9.7 points, 7.0 required)

  pts rule name                description
 ---- ---------------------- --------------------------------------------------
  1.0 DATE_MISSING             Missing Date: header
  2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
  0.1 HTML_FONTCOLOR_UNKNOWN   BODY: HTML font color is unknown to us
  0.0 HTML_MESSAGE             BODY: HTML included in message
  1.5 BLANK_LINES_80_90        BODY: Message body has 80-90% blank lines
  0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
  2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
  0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset
  1.3 RCVD_IN_SBL              RBL: Received via a relay in Spamhaus Block List
                       [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 3169 invoked from network); 3 Oct 2005 23:19:45 -0600
Received: from vm-181-213.vm-mail.com (206.82.181.213)
  by rcw19190020.com with SMTP; 3 Oct 2005 23:19:45 -0600
Received: from vm-mail.com (192.168.3.20)

```
  by vm-181-213.vm-mail.com with SMTP; 04 Oct 2005 00:19:45 -0500
X-ClientHost: 1051101001050641060971091091161111091090460991111109
X-MailingID: 330333
From: Career In Nursing <CareerInNursing@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330333@vm-rewards.com>
Subject: The nursing industry is hot right now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM The
nursing indu2.htm"
```

```
From ???@??? Sun Oct 09 18:31:04 2005
X-Persona: <Indi>
Return-Path: <mailcenter330333@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 03 Oct 2005 23:19:45 -0600
From: Career In Nursing <CareerInNursing@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** The nursing industry is hot right now
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.7 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_434210F1.21139A37"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://ogy.cc/imagemagazine/de_hc1_bkg.gif
  URI:http://redirect.virtumundo.com/ct?i'4429&e=indi@jammtomm.com
  URI:http://ogy.cc/imagemagazine/de_hc1_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4429&e=indi@jammtomm.com
  URI:http://ogy.cc/imagemagazine/de_hc1_02.jpg [...]

Content analysis details:   (9.7 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 1.5 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 3169 invoked from network); 3 Oct 2005 23:19:45 -0600
Received: from vm-181-213.vm-mail.com (206.82.181.213)
  by rcw19190020.com with SMTP; 3 Oct 2005 23:19:45 -0600
Received: from vm-mail.com (192.168.3.20)

```
  by vm-181-213.vm-mail.com with SMTP; 04 Oct 2005 00:19:45 -0500
X-ClientHost: 1051101001050641060971091091161111091090460991111109
X-MailingID: 330333
From: Career In Nursing <CareerInNursing@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330333@vm-rewards.com>
Subject: The nursing industry is hot right now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM The
nursing indu1.htm"
```

From ???@??? Sun Oct 09 18:31:04 2005
X-Persona: <Indi>
Return-Path: <mailcenter330333@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 03 Oct 2005 23:19:45 -0600
From: Career In Nursing <CareerInNursing@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** The nursing industry is hot right now
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.7 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_434210F1.21139A37"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://ogy.cc/imagemagazine/de_hc1_bkg.gif
  URI:http://redirect.virtumundo.com/ct?i'4429&e=indi@jammtomm.com
  URI:http://ogy.cc/imagemagazine/de_hc1_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4429&e=indi@jammtomm.com
  URI:http://ogy.cc/imagemagazine/de_hc1_02.jpg [...]

Content analysis details:   (9.7 points, 7.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN   BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 1.5 BLANK_LINES_80_90        BODY: Message body has 80-90% blank lines
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL              RBL: Received via a relay in Spamhaus Block List
                     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 3169 invoked from network); 3 Oct 2005 23:19:45 -0600
Received: from vm-181-213.vm-mail.com (206.82.181.213)
  by rcw19190020.com with SMTP; 3 Oct 2005 23:19:45 -0600
Received: from vm-mail.com (192.168.3.20)

```
  by vm-181-213.vm-mail.com with SMTP; 04 Oct 2005 00:19:45 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330333
From: Career In Nursing <CareerInNursing@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330333@vm-rewards.com>
Subject: The nursing industry is hot right now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM The
nursing indu1.htm"
```

```
From ???@??? Fri Oct 07 10:54:32 2005
X-Persona: <hum>
Return-Path: <mailcenter330333@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 27878 invoked from network); 3 Oct 2005 23:28:05 -0600
Received: from vm-183-247.vm-mail.com (206.82.183.247)
  by anthonycentral.com with SMTP; 3 Oct 2005 23:28:05 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-247.vm-mail.com with SMTP; 04 Oct 2005 00:28:05 -0500
X-ClientHost: 10411710906410110409710411110910104609911109
X-MailingID: 330333
From: Career In Nursing <CareerInNursing@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330333@vm-rewards.com>
Subject: *****SPAM***** The nursing industry is hot right now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.7 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```



Direct-EDU.com, P.O. Box 390520 Mountain View, CA 94039-0520 33487

If you can not see our footer image, please visit here.

```
From ???@??? Sat Sep 17 22:31:30 2005
X-Persona: <Indi>
Return-Path: <mailcenter329704@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 16 Sep 2005 02:21:03 -0600
From: Career In Nursing <CareerInNursing@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** The nursing industry is hot right now
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.7 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_432A806F.3A3A619B"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://ogy.cc/imagemagazine/de_hc1_bkg.gif
  URI:http://redirect.virtumundo.com/ct?i'4163&e=indi@jammtomm.com
  URI:http://ogy.cc/imagemagazine/de_hc1_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4163&e=indi@jammtomm.com
  URI:http://ogy.cc/imagemagazine/de_hc1_02.jpg [...]

Content analysis details:   (9.7 points, 7.0 required)

 pts rule name                description
---- --------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN   BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 1.5 BLANK_LINES_80_90        BODY: Message body has 80-90% blank lines
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL              RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 26755 invoked from network); 16 Sep 2005 02:21:02 -0600
Received: from vm-182-188.vm-mail.com (206.82.182.188)
  by xj4x4.net with SMTP; 16 Sep 2005 02:21:02 -0600
Received: from vm-mail.com (192.168.3.20)

```
  by vm-182-188.vm-mail.com with SMTP; 16 Sep 2005 03:21:01 -0500
X-ClientHost: 1051101001050641060971091091161111091090460099111109
X-MailingID: 329704
From: Career In Nursing <CareerInNursing@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329704@vm-rewards.com>
Subject: The nursing industry is hot right now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM The
nursing indu.htm"
```

```
From ???@??? Mon Oct 31 13:55:59 2005
X-Persona: <hum>
Return-Path: <mailcenter331320@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 14692 invoked from network); 27 Oct 2005 17:30:22 -0600
Received: from vm-183-240.vm-mail.com (206.82.183.240)
   by ehahome.com with SMTP; 27 Oct 2005 17:30:22 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-183-240.vm-mail.com with SMTP; 27 Oct 2005 18:30:13 -0500
X-ClientHost: 10411710906410110409710411110910104609911109
X-MailingID: 331320
From: Career In Nursing <CareerInNursing@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331320@vm-rewards.com>
Subject: *****SPAM***** The nursing industry is hot right now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```





---



**Direct-EDU.com, P.O. Box 390520 Mountain View, CA 94039-0520 33487**

**If you can not see our footer image, please** visit here.

```
From ???@??? Sun Jan 01 19:21:16 2006
X-Persona: <Mila>
Return-Path: <mailcenter333718@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 26785 invoked from network); 28 Dec 2005 00:18:34 -0600
Received: from vm-181-223.vm-mail.com (206.82.181.223)
  by chiefmusician.net with SMTP; 28 Dec 2005 00:18:34 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-223.vm-mail.com with SMTP; 28 Dec 2005 00:18:21 -0600
X-ClientHost: 1091051080970641060971091091116111109109046099111109
X-MailingID: 333718
From: Careers in Criminal Justice <CareersInCriminalJustice@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333718@vm-rewards.com>
Subject: Join Law Enforcement, study part time at home
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



 **Direct-EDU.com, P.O. Box 390520 Mountain View, CA 94039-0520**


**If you can not see our footer image, please** visit here**.**

```
From ???@??? Fri Dec 30 15:41:12 2005
Return-Path: <mailcenter333718@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 5472 invoked from network); 28 Dec 2005 00:20:56 -0600
Received: from vm-177-95.vm-mail.com (206.82.177.95)
  by celiajay.com with SMTP; 28 Dec 2005 00:20:56 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-95.vm-mail.com with SMTP; 28 Dec 2005 00:20:42 -0600
X-ClientHost:
0971101160640971101161041111012109910111011611409710804609911109
X-MailingID: 333718
From: Careers in Criminal Justice <CareersInCriminalJustice@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333718@vm-rewards.com>
Subject: Join Law Enforcement, study part time at home
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**Direct-EDU.com, P.O. Box 390520 Mountain View, CA 94039-0520**

**If you can not see our footer image, please** visit here.

```
From ???@??? Fri Dec 30 15:41:12 2005
Return-Path: <mailcenter333718@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 6084 invoked from network); 28 Dec 2005 00:20:57 -0600
Received: from vm-177-95.vm-mail.com (206.82.177.95)
  by celiajay.com with SMTP; 28 Dec 2005 00:20:57 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-95.vm-mail.com with SMTP; 28 Dec 2005 00:20:42 -0600
X-ClientHost:
0991041170991070640971101161041111012109910111011611409710804609911109
X-MailingID: 333718
From: Careers in Criminal Justice <CareersInCriminalJustice@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333718@vm-rewards.com>
Subject: Join Law Enforcement, study part time at home
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**Direct-EDU.com, P.O. Box 390520 Mountain View, CA 94039-0520**

**If you can not see our footer image, please** visit here.

```
From ???@??? Fri Dec 30 15:41:12 2005
Return-Path: <mailcenter333718@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 6786 invoked from network); 28 Dec 2005 00:20:58 -0600
Received: from vm-177-95.vm-mail.com (206.82.177.95)
  by celiajay.com with SMTP; 28 Dec 2005 00:20:57 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-95.vm-mail.com with SMTP; 28 Dec 2005 00:20:42 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 333718
From: Careers in Criminal Justice <CareersInCriminalJustice@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333718@vm-rewards.com>
Subject: Join Law Enforcement, study part time at home
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



 **Direct-EDU.com, P.O. Box 390520 Mountain View, CA 94039-0520**



**If you can not see our footer image, please** visit here.

```
From ???@??? Fri Dec 30 15:41:12 2005
Return-Path: <mailcenter333718@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 7620 invoked from network); 28 Dec 2005 00:20:59 -0600
Received: from vm-177-95.vm-mail.com (206.82.177.95)
  by celiajay.com with SMTP; 28 Dec 2005 00:20:58 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-95.vm-mail.com with SMTP; 28 Dec 2005 00:20:42 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991 11109
X-MailingID: 333718
From: Careers in Criminal Justice <CareersInCriminalJustice@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333718@vm-rewards.com>
Subject: Join Law Enforcement, study part time at home
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**Direct-EDU.com, P.O. Box 390520 Mountain View, CA 94039-0520**

**If you can not see our footer image, please** visit here.

```
From ???@??? Fri Dec 30 15:41:12 2005
Return-Path: <mailcenter333718@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 8487 invoked from network); 28 Dec 2005 00:20:59 -0600
Received: from vm-177-95.vm-mail.com (206.82.177.95)
  by celiajay.com with SMTP; 28 Dec 2005 00:20:59 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-95.vm-mail.com with SMTP; 28 Dec 2005 00:20:42 -0600
X-ClientHost: 11610606409711011610411111012109910110116114097108046099111109
X-MailingID: 333718
From: Careers in Criminal Justice <CareersInCriminalJustice@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333718@vm-rewards.com>
Subject: Join Law Enforcement, study part time at home
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**Direct-EDU.com, P.O. Box 390520 Mountain View, CA 94039-0520**

**If you can not see our footer image, please** <u>visit here</u>.

```
From ???@??? Thu Dec 29 13:20:05 2005
X-Persona: <Jon>
Return-Path: <mailcenter333718@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 31398 invoked from network); 28 Dec 2005 00:18:40 -0600
Received: from vm-181-222.vm-mail.com (206.82.181.222)
  by xj4x4.net with SMTP; 28 Dec 2005 00:18:40 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-222.vm-mail.com with SMTP; 28 Dec 2005 00:18:27 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 333718
From: Careers in Criminal Justice <CareersInCriminalJustice@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333718@vm-rewards.com>
Subject: Join Law Enforcement, study part time at home
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



 **Direct-EDU.com, P.O. Box 390520 Mountain View, CA 94039-0520**


**If you can not see our footer image, please** visit here**.**

```
From ???@??? Thu Dec 29 13:14:31 2005
X-Persona: <Jay>
Return-Path: <mailcenter333718@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 1216 invoked from network); 28 Dec 2005 00:18:45 -0600
Received: from vm-181-121.vm-mail.com (206.82.181.121)
   by itdidnotendright.com with SMTP; 28 Dec 2005 00:18:43 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-121.vm-mail.com with SMTP; 28 Dec 2005 00:18:27 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 333718
From: Careers in Criminal Justice <CareersInCriminalJustice@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333718@vm-rewards.com>
Subject: Join Law Enforcement, study part time at home
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**Direct-EDU.com, P.O. Box 390520 Mountain View, CA 94039-0520**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Thu Dec 29 13:13:00 2005
X-Persona: <Celia>
Return-Path: <mailcenter333718@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 17442 invoked from network); 28 Dec 2005 00:41:15 -0600
Received: from vm-182-238.vm-mail.com (206.82.182.238)
   by jaycelia.com with SMTP; 28 Dec 2005 00:41:15 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-238.vm-mail.com with SMTP; 28 Dec 2005 00:41:02 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 333718
From: Careers in Criminal Justice <CareersInCriminalJustice@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333718@vm-rewards.com>
Subject: Join Law Enforcement, study part time at home
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**Direct-EDU.com, P.O. Box 390520 Mountain View, CA 94039-0520**

**If you can not see our footer image, please** visit here.

```
From ???@??? Thu Dec 29 13:08:11 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333718@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 24896 invoked from network); 28 Dec 2005 00:17:37 -0600
Received: from vm-181-130.vm-mail.com (206.82.181.130)
  by jammtomm.com with SMTP; 28 Dec 2005 00:17:36 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-130.vm-mail.com with SMTP; 28 Dec 2005 00:17:23 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 333718
From: Careers in Criminal Justice <CareersInCriminalJustice@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333718@vm-rewards.com>
Subject: Join Law Enforcement, study part time at home
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





**Direct-EDU.com, P.O. Box 390520 Mountain View, CA 94039-0520**

**If you can not see our footer image, please** visit here.

```
From ???@??? Mon Jan 30 15:51:22 2006
X-Persona: <RCW>
Return-Path: <mailcenter333718@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 30017 invoked from network); 28 Dec 2005 00:49:25 -0600
Received: from vm-181-203.vm-mail.com (206.82.181.203)
   by jaycelia.com with SMTP; 28 Dec 2005 00:49:25 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-203.vm-mail.com with SMTP; 28 Dec 2005 00:49:14 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 333718
From: Careers in Criminal Justice <CareersInCriminalJustice@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333718@vm-rewards.com>
Subject: Join Law Enforcement, study part time at home
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**Direct-EDU.com, P.O. Box 390520 Mountain View, CA 94039-0520**

If you can not see our footer image, please <u>visit here</u>.

```
From ???@??? Fri Mar 10 10:30:02 2006
X-Persona: <Mila>
Return-Path: <mailcenter339732@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Thu, 09 Mar 2006 11:15:21 -0600
From: Careers in Health <CareersinHealth@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Join the fast-growing healthcare field
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.0 required=7.0 tests=BAYES_99,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,HTML_IMAGE_ONLY_04,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
       version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_441062A9.6C89913F"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9613&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'9613&e=mila@jammtomm.com
  URI:http://ogy.cc/castoffaway/index_01.gif [...]

Content analysis details:   (10.0 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 0.9999]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.6 HTML_FONT_INVISIBLE    BODY: HTML font color is same as background
 1.0 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 15425 invoked from network); 9 Mar 2006 11:15:18 -0600
Received: from vm-180-158.vm-mail.com (206.82.180.158)
  by chiefmusician.net with SMTP; 9 Mar 2006 11:15:18 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-158.vm-mail.com with SMTP; 09 Mar 2006 11:15:03 -0600

```
X-ClientHost: 1091051080970641060971091091161111091090460991111109
X-MailingID: 339732
From: Careers in Health <CareersinHealth@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339732@vm-rewards.com>
Subject: Join the fast-growing healthcare field
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Join the
fast-gr.htm"
```

```
From ???@??? Mon Sep 15 17:38:34 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <728845-5916>; Mon, 15 Sep 2003 17:35:12 -0400
Received: from vt226.vtarget.com ([216.64.222.226]) by ams.ftl.affinity.com
with ESMTP id <729799-5926>; Mon, 15 Sep 2003 17:34:51 -0400
Received: from vtarget.com (192.168.3.10)
  by vt226.vtarget.com with SMTP; 15 Sep 2003 16:34:43 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 135071
From: Caribbean Resorts <PlayInTheCaribbean135071@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: MailCenter <mailcenter+135071@virtumundo.com>
Subject: Find paradise on your next vacation.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep15.173451-0400_edt.729799-5926+2851@ams.ftl.affinity.com>
Date:Mon, 15 Sep 2003 17:34:51 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products**

and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Feb 06 08:42:12 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <432288-1002>; Fri, 6 Feb 2004
10:29:29 -0500
Received: from vm094.vmadmin.com ([216.64.222.94]) by ams.ftl.affinity.com
with ESMTP id <432689-1000>; Fri, 6 Feb 2004 10:27:55 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm094.vmadmin.com with SMTP; 06 Feb 2004 09:27:52 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 241370
From: Carloan Provider <CarLoanProvider@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Carloan Provider <CarLoanProvider241370@replies.virtumundo.com>
Subject: Auto Loan Approvals
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb6.102755-0500_est.432689-1000+2539@ams.ftl.affinity.com>
Date:Fri, 6 Feb 2004 10:27:55 -0500
```



Azoogle Ads 1054 Centre Street Suite 214 Thornhill, ON l4j 8e5

```
From ???@??? Fri Feb 06 08:42:12 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <432272-1002>; Fri, 6 Feb 2004 10:29:29 -0500
Received: from vm094.vmadmin.com ([216.64.222.94]) by ams.ftl.affinity.com
with ESMTP id <432684-998>; Fri, 6 Feb 2004 10:27:54 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm094.vmadmin.com with SMTP; 06 Feb 2004 09:27:52 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 241370
From: Carloan Provider <CarLoanProvider@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Carloan Provider <CarLoanProvider241370@replies.virtumundo.com>
Subject: Auto Loan Approvals
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb6.102754-0500_est.432684-998+2694@ams.ftl.affinity.com>
Date:Fri, 6 Feb 2004 10:27:54 -0500
```



Azoogle Ads 1054 Centre Street Suite 214 Thornhill, ON l4j 8e5

```
From ???@??? Fri Feb 06 08:42:12 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <432265-1002>; Fri, 6 Feb 2004 10:29:29 -0500
Received: from vm094.vmadmin.com ([216.64.222.94]) by ams.ftl.affinity.com
with ESMTP id <432685-1004>; Fri, 6 Feb 2004 10:27:54 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm094.vmadmin.com with SMTP; 06 Feb 2004 09:27:52 -0600
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 241370
From: Carloan Provider <CarLoanProvider@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Carloan Provider <CarLoanProvider241370@replies.virtumundo.com>
Subject: Auto Loan Approvals
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb6.102754-0500_est.432685-1004+2452@ams.ftl.affinity.com>
Date:Fri, 6 Feb 2004 10:27:54 -0500
```





Azoogle Ads 1054 Centre Street Suite 214 Thornhill, ON l4j 8e5

```
From ???@??? Fri Feb 06 08:42:12 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <432330-1002>; Fri, 6 Feb 2004 10:29:29 -0500
Received: from vm094.vmadmin.com ([216.64.222.94]) by ams.ftl.affinity.com
with ESMTP id <432164-1002>; Fri, 6 Feb 2004 10:27:55 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm094.vmadmin.com with SMTP; 06 Feb 2004 09:27:52 -0600
X-ClientHost: 106097121064103111141001111011911111410711504609911109
X-MailingID: 241370
From: Carloan Provider <CarLoanProvider@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Carloan Provider <CarLoanProvider241370@replies.virtumundo.com>
Subject: Auto Loan Approvals
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb6.102755-0500_est.432164-1002+2551@ams.ftl.affinity.com>
Date:Fri, 6 Feb 2004 10:27:55 -0500
```




Azoogle Ads 1054 Centre Street Suite 214 Thornhill, ON l4j 8e5

```
From ???@??? Thu Jan 22 16:24:15 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <333851-14443>; Thu, 22 Jan 2004 19:00:53 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com
with ESMTP id <334012-14445>; Thu, 22 Jan 2004 18:59:18 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 22 Jan 2004 17:59:15 -0600
X-ClientHost:
106097109105108097064103111141001111101191111141071150460991111109
X-MailingID: 240429
From: Carloans <AutomobileLoanNow@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Carloans <AutomobileLoanNow240429@replies.virtumundo.com>
Subject: Low 3.9% Car loans!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan22.185918-0500_est.334012-14445+8740@ams.ftl.affinity.com>
Date:Thu, 22 Jan 2004 18:59:17 -0500
```

ADVERTISMENT



   To unsubscribe click here.
428 River View Plaza
Trenton, New Jersey 08611
Can-spam Act 2003 Compliant



Carloans.com 428 River View Plaza Trenton, New Jersey 08611

```
From ???@??? Thu Jan 22 16:24:15 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <333837-14445>; Thu, 22 Jan 2004 19:00:53 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com
with ESMTP id <334026-14449>; Thu, 22 Jan 2004 18:59:18 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 22 Jan 2004 17:59:15 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 240429
From: Carloans <AutomobileLoanNow@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Carloans <AutomobileLoanNow240429@replies.virtumundo.com>
Subject: Low 3.9% Car loans!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan22.185918-0500_est.334026-14449+8758@ams.ftl.affinity.com>
Date:Thu, 22 Jan 2004 18:59:17 -0500
```

ADVERTISEMENT



  To unsubscribe click here.
428 River View Plaza
Trenton, New Jersey 08611
Can-spam Act 2003 Compliant



Carloans.com 428 River View Plaza Trenton, New Jersey 08611

From ???@??? Thu Jan 22 16:24:15 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <333834-14447>; Thu, 22 Jan
2004 19:00:53 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com
with ESMTP id <328516-14448>; Thu, 22 Jan 2004 18:59:18 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm100.vmadmin.com with SMTP; 22 Jan 2004 17:59:15 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 240429
From: Carloans <AutomobileLoanNow@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Carloans <AutomobileLoanNow240429@replies.virtumundo.com>
Subject: Low 3.9% Car loans!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan22.185918-0500_est.328516-14448+8747@ams.ftl.affinity.com>
Date:Thu, 22 Jan 2004 18:59:17 -0500

ADVERTISEMENT



   To unsubscribe click here.
428 River View Plaza
Trenton, New Jersey 08611
Can-spam Act 2003 Compliant

Carloans.com 428 River View Plaza Trenton, New Jersey 08611

```
From ???@??? Thu Jan 22 16:24:15 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <333825-14447>; Thu, 22 Jan 2004 19:00:53 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com
with ESMTP id <333979-14449>; Thu, 22 Jan 2004 18:59:16 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 22 Jan 2004 17:59:15 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 240429
From: Carloans <AutomobileLoanNow@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Carloans <AutomobileLoanNow240429@replies.virtumundo.com>
Subject: Low 3.9% Car loans!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan22.185916-0500_est.333979-14449+8757@ams.ftl.affinity.com>
Date:Thu, 22 Jan 2004 18:59:16 -0500
```

**ADVERTISEMENT**



  To unsubscribe click here.
428 River View Plaza
Trenton, New Jersey 08611
Can-spam Act 2003 Compliant

---



Carloans.com 428 River View Plaza Trenton, New Jersey 08611

```
From ???@??? Thu Jan 22 16:24:15 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <328516-14447>; Thu, 22 Jan 2004 19:00:53 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com
with ESMTP id <333993-14442>; Thu, 22 Jan 2004 18:59:18 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 22 Jan 2004 17:59:15 -0600
X-ClientHost: 106097109101115064103111141001111011911111410711504609911109
X-MailingID: 240429
From: Carloans <AutomobileLoanNow@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Carloans <AutomobileLoanNow240429@replies.virtumundo.com>
Subject: Low 3.9% Car loans!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan22.185918-0500_est.333993-14442+8851@ams.ftl.affinity.com>
Date:Thu, 22 Jan 2004 18:59:17 -0500
```

**ADVERTISEMENT**



  To unsubscribe click here.
428 River View Plaza
Trenton, New Jersey 08611
Can-spam Act 2003 Compliant



 Carloans.com 428 River View Plaza Trenton, New Jersey 08611

```
From ???@??? Fri Dec 12 07:56:20 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221721-2325>; Fri, 12 Dec 2003 03:21:37 -0500
Received: from vm112.vmadmin.com ([216.64.222.112]) by ams.ftl.affinity.com
with ESMTP id <221557-2331>; Fri, 12 Dec 2003 03:20:35 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm112.vmadmin.com with SMTP; 12 Dec 2003 02:20:34 -0600
X-ClientHost: 106097121064103111114100111101191111114107115046099111109
X-MailingID: 216696
From: Carloans <GetYourCarLoanNow@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Carloans <GetYourCarLoanNow216696@replies.virtumundo.com>
Subject: Low 3.9% Car loans!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.032035-0500_est.221557-2331+6072@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 03:20:35 -0500
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Dec 12 07:56:20 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <221553-2325>; Fri, 12 Dec
2003 03:21:37 -0500
Received: from vm112.vmadmin.com ([216.64.222.112]) by ams.ftl.affinity.com
with ESMTP id <221780-2338>; Fri, 12 Dec 2003 03:20:35 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm112.vmadmin.com with SMTP; 12 Dec 2003 02:20:34 -0600
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 216696
From: Carloans <GetYourCarLoanNow@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Carloans <GetYourCarLoanNow216696@replies.virtumundo.com>
Subject: Low 3.9% Car loans!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.032035-0500_est.221780-2338+6200@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 03:20:35 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Dec 12 07:56:20 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219701-2325>; Fri, 12 Dec 2003 03:21:37 -0500
Received: from vm112.vmadmin.com ([216.64.222.112]) by ams.ftl.affinity.com
with ESMTP id <221723-2328>; Fri, 12 Dec 2003 03:20:34 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm112.vmadmin.com with SMTP; 12 Dec 2003 02:20:33 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 216696
From: Carloans <GetYourCarLoanNow@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Carloans <GetYourCarLoanNow216696@replies.virtumundo.com>
Subject: Low 3.9% Car loans!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.032034-0500_est.221723-2328+6348@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 03:20:34 -0500



        You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Dec 12 07:56:20 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221059-2325>; Fri, 12 Dec 2003 03:21:37 -0500
Received: from vm112.vmadmin.com by ams.ftl.affinity.com
with ESMTP id <221608-2325>; Fri, 12 Dec 2003 03:20:34 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm112.vmadmin.com with SMTP; 12 Dec 2003 02:20:33 -0600
X-ClientHost: 102097121101064103111114100111101191111141071150460990111109
X-MailingID: 216696
From: Carloans <GetYourCarLoanNow@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Carloans <GetYourCarLoanNow216696@replies.virtumundo.com>
Subject: Low 3.9% Car loans!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.032034-0500_est.221608-2325+6336@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 03:20:33 -0500



        You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Dec 03 15:58:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <212901-23417>; Wed, 3 Dec 2003 16:25:49 -0500
Received: from vm109.vmadmin.com ([216.64.222.109]) by ams.ftl.affinity.com
with ESMTP id <218781-23413>; Wed, 3 Dec 2003 16:24:48 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 03 Dec 2003 15:24:44 -0600
X-ClientHost:
106097109105108097064103111141001111101191111141071150460991111109
X-MailingID: 210579
From: Carloans <GetYourCarLoanNow@vmadmin.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Carloans <GetYourCarLoanNow210579@replies.virtumundo.com>
Subject: Low 3.9% Car loans!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec3.162448-0500_est.218781-23413+10103@ams.ftl.affinity.com>
Date:Wed, 3 Dec 2003 16:24:48 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Dec 12 07:56:20 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <221608-2325>; Fri, 12 Dec 2003 03:21:37 -0500
Received: from vm112.vmadmin.com by ams.ftl.affinity.com
with ESMTP id <221778-2326>; Fri, 12 Dec 2003 03:20:35 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm112.vmadmin.com with SMTP; 12 Dec 2003 02:20:34 -0600
X-ClientHost:
1060971091051080970641031111410011110119111141071115046099111109
X-MailingID: 216696
From: Carloans <GetYourCarLoanNow@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Carloans <GetYourCarLoanNow216696@replies.virtumundo.com>
Subject: Low 3.9% Car loans!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.032035-0500_est.221778-2326+6354@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 03:20:35 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Nov 08 08:22:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217743-1808>; Sat, 8 Nov 2003
02:27:51 -0500
Received: from vm107.vmadmin.com ([216.64.222.107]) by ams.ftl.affinity.com
with ESMTP id <217953-1805>; Sat, 8 Nov 2003 02:27:18 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm107.vmadmin.com with SMTP; 08 Nov 2003 01:27:06 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 192387
From: Carpet <FindGreatCarpeting192387@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Carpet <FindGreatCarpeting192387@replies.virtumundo.com>
Subject: Luxurious wall to wall carpeting.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov8.022718-0500_est.217953-1805+17852@ams.ftl.affinity.com>
Date:Sat, 8 Nov 2003 02:27:17 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 08 08:22:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217729-1807>; Sat, 8 Nov 2003 02:27:51 -0500
Received: from vm107.vmadmin.com by ams.ftl.affinity.com
with ESMTP id <217938-1806>; Sat, 8 Nov 2003 02:27:16 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm107.vmadmin.com with SMTP; 08 Nov 2003 01:27:06 -0600
X-ClientHost: 102097121101064103111141001111011911111410711504609911109
X-MailingID: 192387
From: Carpet <FindGreatCarpeting192387@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Carpet <FindGreatCarpeting192387@replies.virtumundo.com>
Subject: Luxurious wall to wall carpeting.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov8.022716-0500_est.217938-1806+17293@ams.ftl.affinity.com>
Date:Sat, 8 Nov 2003 02:27:16 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 08 08:22:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <217591-1802>; Sat, 8 Nov 2003 02:27:51 -0500
Received: from vm107.vmadmin.com ([216.64.222.107]) by ams.ftl.affinity.com
with ESMTP id <217951-1804>; Sat, 8 Nov 2003 02:27:18 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm107.vmadmin.com with SMTP; 08 Nov 2003 01:27:06 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 192387
From: Carpet <FindGreatCarpeting192387@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Carpet <FindGreatCarpeting192387@replies.virtumundo.com>
Subject: Luxurious wall to wall carpeting.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov8.022718-0500_est.217951-1804+18392@ams.ftl.affinity.com>
Date:Sat, 8 Nov 2003 02:27:17 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Apr 01 14:21:42 2004
Return-Path: <mailcenter307907@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 21645 invoked by uid 10003); 1 Apr 2004 21:10:19 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 21642 invoked from network); 1 Apr 2004 21:10:19 -0000
Received: from unknown (HELO vm116.vmadmin.com) (216.64.222.116)
  by ns48.webmasters.com with SMTP; 1 Apr 2004 21:10:19 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm116.vmadmin.com with SMTP; 01 Apr 2004 15:12:20 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 307907
From: CarQuoteProvider <CarQuoteProvider@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: CarQuoteProvider <CarQuoteProvider307907@replies.virtumundo.com>
Subject: Great Prices on a New Car from your local dealer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





AzoogleAds, 1054 Centre St. Suite 214 Thornhill, ON l4j 8e5

```
From ???@??? Fri Nov 07 20:36:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214138-1069>; Fri, 7 Nov 2003 21:25:46 -0500
Received: from vl208-30.vmlocal.com ([216.21.208.30]) by ams.ftl.affinity.com
with ESMTP id <214718-1075>; Fri, 7 Nov 2003 21:24:39 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-30.vmlocal.com with SMTP; 07 Nov 2003 20:24:33 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 191733
From: Cash Advance <TheCashYouNeedNow191733@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow191733@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov7.212439-0500_est.214718-1075+5167@ams.ftl.affinity.com>
Date:Fri, 7 Nov 2003 21:24:39 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 09 08:17:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214633-15290>; Sun, 9 Nov 2003 03:35:17 -0500
Received: from vl208-69.vmlocal.com ([216.21.208.69]) by ams.ftl.affinity.com
with ESMTP id <214284-7244>; Sat, 8 Nov 2003 23:12:30 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-69.vmlocal.com with SMTP; 08 Nov 2003 20:05:08 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 193106
From: Cash Advance <TheCashYouNeedNow193106@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow193106@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov8.231230-0500_est.214284-7244+3551@ams.ftl.affinity.com>
Date:Sat, 8 Nov 2003 23:12:28 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 09 19:29:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <218058-13811>; Sun, 9 Nov
2003 20:33:25 -0500
Received: from vl208-63.vmlocal.com ([216.21.208.63]) by ams.ftl.affinity.com
with ESMTP id <218536-13818>; Sun, 9 Nov 2003 20:32:19 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-63.vmlocal.com with SMTP; 09 Nov 2003 19:31:35 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 193825
From: Cash Advance <TheCashYouNeedNow193825@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow193825@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov9.203219-0500_est.218536-13818+7956@ams.ftl.affinity.com>
Date:Sun, 9 Nov 2003 20:32:19 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 09 19:29:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218536-13821>; Sun, 9 Nov 2003 20:33:25 -0500
Received: from vl208-63.vmlocal.com ([216.21.208.63]) by ams.ftl.affinity.com
with ESMTP id <212584-13818>; Sun, 9 Nov 2003 20:32:19 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-63.vmlocal.com with SMTP; 09 Nov 2003 19:31:35 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460999111109
X-MailingID: 193825
From: Cash Advance <TheCashYouNeedNow193825@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow193825@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov9.203219-0500_est.212584-13818+7957@ams.ftl.affinity.com>
Date:Sun, 9 Nov 2003 20:32:19 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 09 11:10:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <217745-9110>; Sun, 9 Nov 2003 11:33:08 -0500
Received: from vl208-66.vmlocal.com ([216.21.208.66]) by ams.ftl.affinity.com
with ESMTP id <217737-9109>; Sun, 9 Nov 2003 11:32:37 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-66.vmlocal.com with SMTP; 09 Nov 2003 10:32:33 -0600
X-ClientHost:
106097109105108097064103111141001111101191111141071150460991111 09
X-MailingID: 193831
From: Cash Advance <TheCashYouNeedNow193831@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow193831@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov9.113237-0500_est.217737-9109+3076@ams.ftl.affinity.com>
Date:Sun, 9 Nov 2003 11:32:37 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 15 12:05:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213644-20821>; Sat, 15 Nov 2003 13:56:24 -0500
Received: from vl208-31.vmlocal.com ([216.21.208.31]) by ams.ftl.affinity.com
with ESMTP id <214625-20818>; Sat, 15 Nov 2003 13:56:10 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-31.vmlocal.com with SMTP; 15 Nov 2003 12:56:03 -0600
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 198273
From: Cash Advance <TheCashYouNeedNow198273@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow198273@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov15.135610-0500_est.214625-20818+11471@ams.ftl.affinity.com>
Date:Sat, 15 Nov 2003 13:56:09 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Nov 17 21:02:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217726-11381>; Mon, 17 Nov 2003 20:37:15 -0500
Received: from vm222-196.vm05.com ([216.64.222.196]) by ams.ftl.affinity.com
with ESMTP id <218264-11379>; Mon, 17 Nov 2003 20:36:48 -0500
Received: from vmlocal.com (192.168.3.12)
   by vm222-196.vm05.com with SMTP; 17 Nov 2003 19:36:23 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 199673
From: Cash Advance <TheCashYouNeedNow199673@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow199673@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov17.203648-0500_est.218264-11379+5758@ams.ftl.affinity.com>
Date:Mon, 17 Nov 2003 20:36:48 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Nov 17 21:02:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217722-11379>; Mon, 17 Nov 2003 20:37:15 -0500
Received: from vm222-196.vm05.com ([216.64.222.196]) by ams.ftl.affinity.com
with ESMTP id <218248-11370>; Mon, 17 Nov 2003 20:36:48 -0500
Received: from vmlocal.com (192.168.3.12)
  by vm222-196.vm05.com with SMTP; 17 Nov 2003 19:36:23 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 199673
From: Cash Advance <TheCashYouNeedNow199673@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow199673@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov17.203648-0500_est.218248-11370+5877@ams.ftl.affinity.com>
Date:Mon, 17 Nov 2003 20:36:47 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Nov 17 21:02:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217737-11381>; Mon, 17 Nov
2003 20:37:15 -0500
Received: from vm222-196.vm05.com ([216.64.222.196]) by ams.ftl.affinity.com
with ESMTP id <218282-11380>; Mon, 17 Nov 2003 20:36:49 -0500
Received: from vmlocal.com (192.168.3.12)
  by vm222-196.vm05.com with SMTP; 17 Nov 2003 19:36:23 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 199673
From: Cash Advance <TheCashYouNeedNow199673@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow199673@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov17.203649-0500_est.218282-11380+5624@ams.ftl.affinity.com>
Date:Mon, 17 Nov 2003 20:36:49 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 13 14:24:49 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <221372-10222>; Tue, 13 Jan 2004 16:42:11 -0500
Received: from vm208-57.adknow-net.com ([216.21.208.57]) by
ams.ftl.affinity.com with ESMTP id <221308-10219>; Tue, 13 Jan 2004 16:41:18
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-57.adknow-net.com with SMTP; 13 Jan 2004 15:41:14 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 340526
From: Cash Advance <TheCashYouNeedNow@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return340526@replies.adknow-net.com
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan13.164118-0500_est.221308-10219+12308@ams.ftl.affinity.com>
Date:Tue, 13 Jan 2004 16:41:17 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Jan 07 19:31:05 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <331456-30614>; Wed, 7 Jan 2004 21:31:23 -0500
Received: from vm209-226.vmlocal.com ([216.21.209.226]) by
ams.ftl.affinity.com with ESMTP id <331467-30609>; Wed, 7 Jan 2004 21:30:55
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-226.vmlocal.com with SMTP; 07 Jan 2004 20:30:51 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 237136
From: Cash Advance <TheCashYouNeedNow@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow237136@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan7.213055-0500_est.331467-30609+12062@ams.ftl.affinity.com>
Date:Wed, 7 Jan 2004 21:30:53 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Jan 06 20:04:09 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <218693-29078>; Tue, 6 Jan
2004 21:58:41 -0500
Received: from vm209-208.vmlocal.com ([216.21.209.208]) by
ams.ftl.affinity.com with ESMTP id <224030-29075>; Tue, 6 Jan 2004 21:57:27
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-208.vmlocal.com with SMTP; 06 Jan 2004 20:57:24 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 236511
From: Cash Advance <TheCashYouNeedNow@vmlocal.com>
To:     Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow236511@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan6.215727-0500_est.224030-29075+4202@ams.ftl.affinity.com>
Date:Tue, 6 Jan 2004 21:57:27 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 06 20:04:09 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <224765-29069>; Tue, 6 Jan 2004 21:58:41 -0500
Received: from vm209-208.vmlocal.com ([216.21.209.208]) by
ams.ftl.affinity.com with ESMTP id <218693-29071>; Tue, 6 Jan 2004 21:57:27
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-208.vmlocal.com with SMTP; 06 Jan 2004 20:57:24 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 236511
From: Cash Advance <TheCashYouNeedNow@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow236511@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan6.215727-0500_est.218693-29071+4117@ams.ftl.affinity.com>
Date:Tue, 6 Jan 2004 21:57:26 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 06 20:04:09 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221928-29076>; Tue, 6 Jan 2004 21:58:41 -0500
Received: from vm209-208.vmlocal.com ([216.21.209.208]) by
ams.ftl.affinity.com with ESMTP id <224982-29079>; Tue, 6 Jan 2004 21:57:27
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-208.vmlocal.com with SMTP; 06 Jan 2004 20:57:24 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 236511
From: Cash Advance <TheCashYouNeedNow@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow236511@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan6.215727-0500_est.224982-29079+4202@ams.ftl.affinity.com>
Date:Tue, 6 Jan 2004 21:57:25 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Jan 04 20:13:44 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <333275-4990>; Sun, 4 Jan 2004 21:30:22 -0500
Received: from vm209-237.vmlocal.com ([216.21.209.237]) by
ams.ftl.affinity.com with ESMTP id <333603-4978>; Sun, 4 Jan 2004 21:29:21
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-237.vmlocal.com with SMTP; 04 Jan 2004 20:29:18 -0600
X-ClientHost:
10609710910510809706410311111410011111101191111141071150460991111109
X-MailingID: 235195
From: Cash Advance <TheCashYouNeedNow@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow235195@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan4.212921-0500_est.333603-4978+95107@ams.ftl.affinity.com>
Date:Sun, 4 Jan 2004 21:29:21 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Dec 29 16:50:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <1260210-2119>; Mon, 29 Dec
2003 19:07:24 -0500
Received: from vm209-212.vmlocal.com ([216.21.209.212]) by
ams.ftl.affinity.com with ESMTP id <1259233-2118>; Mon, 29 Dec 2003 19:04:47
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-212.vmlocal.com with SMTP; 29 Dec 2003 18:04:46 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911110 9
X-MailingID: 230833
From: Cash Advance <TheCashYouNeedNow@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow230833@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec29.190447-0500_est.1259233-2118+1009@ams.ftl.affinity.com>
Date:Mon, 29 Dec 2003 19:04:46 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Dec 29 06:12:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2738186-10330>; Mon, 29 Dec 2003 07:05:22 -0500
Received: from vm209-205.vmlocal.com ([216.21.209.205]) by
ams.ftl.affinity.com with ESMTP id <2715731-10328>; Mon, 29 Dec 2003 07:04:21
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-205.vmlocal.com with SMTP; 29 Dec 2003 06:04:19 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 230835
From: Cash Advance <TheCashYouNeedNow@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow230835@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec29.070421-0500_est.2715731-10328+1748@ams.ftl.affinity.com>
Date:Mon, 29 Dec 2003 07:04:21 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Dec 28 20:59:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3577148-1097>; Sun, 28 Dec 2003 23:28:59 -0500
Received: from vm209-200.vmlocal.com ([216.21.209.200]) by
ams.ftl.affinity.com with ESMTP id <3587440-1096>; Sun, 28 Dec 2003 23:27:56
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-200.vmlocal.com with SMTP; 28 Dec 2003 22:26:32 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 229881
From: Cash Advance <TheCashYouNeedNow@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow229881@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec28.232756-0500_est.3587440-1096+632@ams.ftl.affinity.com>
Date:Sun, 28 Dec 2003 23:27:55 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 28 10:41:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3584074-18257>; Sun, 28 Dec 2003 12:43:11 -0500
Received: from vm209-180.vmlocal.com ([216.21.209.180]) by
ams.ftl.affinity.com with ESMTP id <3557051-18262>; Sun, 28 Dec 2003 12:42:06
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-180.vmlocal.com with SMTP; 28 Dec 2003 11:42:03 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 229886
From: Cash Advance <TheCashYouNeedNow@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow229886@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec28.124206-0500_est.3557051-18262+52210@ams.ftl.affinity.com>
Date:Sun, 28 Dec 2003 12:42:05 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Dec 26 17:32:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <219445-21662>; Fri, 26 Dec 2003 19:36:02 -0500
Received: from vm209-235.vmlocal.com ([216.21.209.235]) by
ams.ftl.affinity.com with ESMTP id <222017-21662>; Fri, 26 Dec 2003 19:34:59
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-235.vmlocal.com with SMTP; 26 Dec 2003 18:34:56 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 227998
From: Cash Advance <TheCashYouNeedNow@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow227998@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec26.193459-0500_est.222017-21662+21940@ams.ftl.affinity.com>
Date:Fri, 26 Dec 2003 19:34:58 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Dec 20 20:20:57 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <220713-17794>; Sat, 20 Dec
2003 19:56:08 -0500
Received: from vm209-226.vmlocal.com ([216.21.209.226]) by
ams.ftl.affinity.com with ESMTP id <220884-17780>; Sat, 20 Dec 2003 19:55:29
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-226.vmlocal.com with SMTP; 20 Dec 2003 18:55:24 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 223120
From: Cash Advance <TheCashYouNeedNow@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow223120@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec20.195529-0500_est.220884-17780+70131@ams.ftl.affinity.com>
Date:Sat, 20 Dec 2003 19:55:28 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Dec 20 20:20:57 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214787-17794>; Sat, 20 Dec 2003 19:56:08 -0500
Received: from vm209-226.vmlocal.com ([216.21.209.226]) by
ams.ftl.affinity.com with ESMTP id <218964-17792>; Sat, 20 Dec 2003 19:55:27
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-226.vmlocal.com with SMTP; 20 Dec 2003 18:55:24 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 223120
From: Cash Advance <TheCashYouNeedNow@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow223120@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec20.195527-0500_est.218964-17792+69663@ams.ftl.affinity.com>
Date:Sat, 20 Dec 2003 19:55:27 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Dec 20 20:20:57 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220466-17794>; Sat, 20 Dec 2003 19:56:08 -0500
Received: from vm209-226.vmlocal.com ([216.21.209.226]) by
ams.ftl.affinity.com with ESMTP id <221074-17792>; Sat, 20 Dec 2003 19:55:27
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-226.vmlocal.com with SMTP; 20 Dec 2003 18:55:24 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 223120
From: Cash Advance <TheCashYouNeedNow@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow223120@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec20.195527-0500_est.221074-17792+69660@ams.ftl.affinity.com>
Date:Sat, 20 Dec 2003 19:55:27 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Dec 19 19:13:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216313-22187>; Fri, 19 Dec 2003 21:23:12 -0500
Received: from vm209-195.vmlocal.com ([216.21.209.195]) by
ams.ftl.affinity.com with ESMTP id <214403-22190>; Fri, 19 Dec 2003 21:21:45
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-195.vmlocal.com with SMTP; 19 Dec 2003 20:21:45 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991 11109
X-MailingID: 222450
From: Cash Advance <TheCashYouNeedNow@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow222450@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec19.212145-0500_est.214403-22190+5057@ams.ftl.affinity.com>
Date:Fri, 19 Dec 2003 21:21:45 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Dec 18 16:21:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <227623-9174>; Thu, 18 Dec 2003 19:14:36 -0500
Received: from vm209-226.vmlocal.com ([216.21.209.226]) by
ams.ftl.affinity.com with ESMTP id <215348-9179>; Thu, 18 Dec 2003 19:13:24
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-226.vmlocal.com with SMTP; 18 Dec 2003 18:13:23 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 221717
From: Cash Advance <TheCashYouNeedNow@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow221717@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec18.191324-0500_est.215348-9179+35344@ams.ftl.affinity.com>
Date:Thu, 18 Dec 2003 19:13:24 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Dec 12 21:41:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3571981-22487>; Fri, 12 Dec 2003 23:05:35 -0500
Received: from vm209-212.vmlocal.com ([216.21.209.212]) by
ams.ftl.affinity.com with ESMTP id <3572704-22493>; Fri, 12 Dec 2003 23:04:37
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-212.vmlocal.com with SMTP; 12 Dec 2003 22:04:36 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 217091
From: Cash Advance <TheCashYouNeedNow@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow217091@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.230437-0500_est.3572704-22493+8470@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 23:04:37 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Dec 12 21:41:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <3572100-22494>; Fri, 12 Dec
2003 23:05:39 -0500
Received: from vm209-212.vmlocal.com ([216.21.209.212]) by
ams.ftl.affinity.com with ESMTP id <3572718-22487>; Fri, 12 Dec 2003 23:04:38
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-212.vmlocal.com with SMTP; 12 Dec 2003 22:04:36 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 217091
From: Cash Advance <TheCashYouNeedNow@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow217091@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.230438-0500_est.3572718-22487+8121@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 23:04:37 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Dec 12 21:41:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3571755-22492>; Fri, 12 Dec 2003 23:05:39 -0500
Received: from vm209-212.vmlocal.com ([216.21.209.212]) by
ams.ftl.affinity.com with ESMTP id <3572669-22493>; Fri, 12 Dec 2003 23:04:37
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-212.vmlocal.com with SMTP; 12 Dec 2003 22:04:36 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 217091
From: Cash Advance <TheCashYouNeedNow@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow217091@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.230437-0500_est.3572669-22493+8469@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 23:04:36 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Dec 11 22:55:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222266-14262>; Thu, 11 Dec 2003 23:07:32 -0500
Received: from vm209-237.vmlocal.com ([216.21.209.237]) by
ams.ftl.affinity.com with ESMTP id <213136-14272>; Thu, 11 Dec 2003 23:06:15
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-237.vmlocal.com with SMTP; 11 Dec 2003 22:04:38 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 216289
From: Cash Advance <TheCashYouNeedNow@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow216289@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec11.230615-0500_est.213136-14272+2055@ams.ftl.affinity.com>
Date:Thu, 11 Dec 2003 23:04:38 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 10 21:06:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213452-24897>; Wed, 10 Dec 2003 22:08:08 -0500
Received: from vl208-32.vmlocal.com ([216.21.208.32]) by ams.ftl.affinity.com
with ESMTP id <227569-24895>; Wed, 10 Dec 2003 22:07:00 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-32.vmlocal.com with SMTP; 10 Dec 2003 21:06:31 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 215512
From: Cash Advance <TheCashYouNeedNow@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow215512@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec10.220700-0500_est.227569-24895+7975@ams.ftl.affinity.com>
Date:Wed, 10 Dec 2003 22:07:00 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 03 18:07:32 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213188-7063>; Wed, 3 Dec 2003 20:12:06 -0500
Received: from vl208-44.vmlocal.com ([216.21.208.44]) by ams.ftl.affinity.com
with ESMTP id <216084-7063>; Wed, 3 Dec 2003 20:10:58 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-44.vmlocal.com with SMTP; 03 Dec 2003 19:10:58 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 210646
From: Cash Advance <TheCashYouNeedNow@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow210646@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec3.201058-0500_est.216084-7063+41488@ams.ftl.affinity.com>
Date:Wed, 3 Dec 2003 20:10:58 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Dec 03 18:07:32 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <212759-7071>; Wed, 3 Dec 2003 20:12:06 -0500
Received: from vl208-44.vmlocal.com ([216.21.208.44]) by ams.ftl.affinity.com
with ESMTP id <213453-7069>; Wed, 3 Dec 2003 20:10:57 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-44.vmlocal.com with SMTP; 03 Dec 2003 19:10:57 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 210646
From: Cash Advance <TheCashYouNeedNow@vmlocal.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow210646@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec3.201057-0500_est.213453-7069+41476@ams.ftl.affinity.com>
Date:Wed, 3 Dec 2003 20:10:57 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 03 15:56:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <216056-12259>; Wed, 3 Dec
2003 14:29:27 -0500
Received: from vl208-18.vmlocal.com ([216.21.208.18]) by ams.ftl.affinity.com
with ESMTP id <217394-12256>; Wed, 3 Dec 2003 14:28:00 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-18.vmlocal.com with SMTP; 03 Dec 2003 13:27:55 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 210650
From: Cash Advance <TheCashYouNeedNow@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow210650@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec3.142800-0500_est.217394-12256+22961@ams.ftl.affinity.com>
Date:Wed, 3 Dec 2003 14:27:59 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 02 14:08:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223454-11098>; Tue, 2 Dec 2003 14:12:16 -0500
Received: from vl208-18.vmlocal.com ([216.21.208.18]) by ams.ftl.affinity.com
with ESMTP id <224685-11103>; Tue, 2 Dec 2003 14:11:01 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-18.vmlocal.com with SMTP; 02 Dec 2003 13:10:59 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 209971
From: Cash Advance <TheCashYouNeedNow@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow209971@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec2.141101-0500_est.224685-11103+9205@ams.ftl.affinity.com>
Date:Tue, 2 Dec 2003 14:11:00 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Dec 01 11:12:36 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213223-18278>; Mon, 1 Dec 2003 13:12:18 -0500
Received: from vl208-51.vmlocal.com ([216.21.208.51]) by ams.ftl.affinity.com
with ESMTP id <213651-18269>; Mon, 1 Dec 2003 13:10:59 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-51.vmlocal.com with SMTP; 01 Dec 2003 12:10:59 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 209284
From: Cash Advance <TheCashYouNeedNow@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow209284@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec1.131059-0500_est.213651-18269+7956@ams.ftl.affinity.com>
Date:Mon, 1 Dec 2003 13:10:59 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Nov 25 20:30:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <3557194-10333>; Tue, 25 Nov
2003 21:41:58 -0500
Received: from vl208-20.vmlocal.com ([216.21.208.20]) by ams.ftl.affinity.com
with ESMTP id <3562800-10333>; Tue, 25 Nov 2003 21:41:30 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-20.vmlocal.com with SMTP; 25 Nov 2003 20:41:27 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 205181
From: Cash Advance <TheCashYouNeedNow@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow205181@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov25.214130-0500_est.3562800-10333+3190@ams.ftl.affinity.com>
Date:Tue, 25 Nov 2003 21:41:30 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Nov 25 20:30:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3558638-10333>; Tue, 25 Nov 2003 21:41:58 -0500
Received: from vl208-20.vmlocal.com ([216.21.208.20]) by ams.ftl.affinity.com
with ESMTP id <3563023-10333>; Tue, 25 Nov 2003 21:41:30 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-20.vmlocal.com with SMTP; 25 Nov 2003 20:41:27 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 205181
From: Cash Advance <TheCashYouNeedNow@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow205181@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov25.214130-0500_est.3563023-10333+3189@ams.ftl.affinity.com>
Date:Tue, 25 Nov 2003 21:41:29 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Nov 25 20:30:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3562722-10334>; Tue, 25 Nov 2003 21:41:59 -0500
Received: from vl208-20.vmlocal.com ([216.21.208.20]) by ams.ftl.affinity.com
with ESMTP id <3562930-10318>; Tue, 25 Nov 2003 21:41:30 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-20.vmlocal.com with SMTP; 25 Nov 2003 20:41:27 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 205181
From: Cash Advance <TheCashYouNeedNow@vmlocal.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow205181@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov25.214130-0500_est.3562930-10318+3087@ams.ftl.affinity.com>
Date:Tue, 25 Nov 2003 21:41:29 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 23 13:23:40 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214911-18555>; Sun, 23 Nov 2003 14:05:32 -0500
Received: from vl208-34.vmlocal.com ([216.21.208.34]) by ams.ftl.affinity.com
with ESMTP id <217800-18552>; Sun, 23 Nov 2003 14:04:47 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-34.vmlocal.com with SMTP; 23 Nov 2003 13:04:38 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 203798
From: Cash Advance <TheCashYouNeedNow@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow203798@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov23.140447-0500_est.217800-18552+24803@ams.ftl.affinity.com>
Date:Sun, 23 Nov 2003 14:04:47 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 23 00:13:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2721313-16671>; Sat, 22 Nov 2003 20:42:00 -0500
Received: from vl208-41.vmlocal.com ([216.21.208.41]) by ams.ftl.affinity.com
with ESMTP id <2728820-16664>; Sat, 22 Nov 2003 20:40:41 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-41.vmlocal.com with SMTP; 22 Nov 2003 19:40:33 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 203122
From: Cash Advance <TheCashYouNeedNow@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow203122@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov22.204041-0500_est.2728820-16664+10874@ams.ftl.affinity.com>
Date:Sat, 22 Nov 2003 20:40:41 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Jan 24 13:15:40 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <228212-17273>; Sat, 24 Jan 2004 14:50:59 -0500
Received: from vm217-194.vmlocal.com ([216.21.217.194]) by
ams.ftl.affinity.com with ESMTP id <232908-17277>; Sat, 24 Jan 2004 14:50:10
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm217-194.vmlocal.com with SMTP; 24 Jan 2004 13:50:08 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991 11109
X-MailingID: 240507
From: Cash Advance <TheCashYouNeedNow@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow240507@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan24.145010-0500_est.232908-17277+70993@ams.ftl.affinity.com>
Date:Sat, 24 Jan 2004 14:50:09 -0500
```



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Jan 30 15:51:20 2006
X-Persona: <RCW>
Return-Path: <mailcenter333679@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 20611 invoked from network); 26 Dec 2005 20:39:40 -0600
Received: from vm-182-99.vm-mail.com (206.82.182.99)
  by jaycelia.com with SMTP; 26 Dec 2005 20:39:40 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-99.vm-mail.com with SMTP; 26 Dec 2005 20:39:25 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460099111109
X-MailingID: 333679
From: Cash Flow Business <CashFlowBusiness@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333679@vm-rewards.com>
Subject: How to increase your income
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

If you can not see this message, view it here.







 Winning in the Cash Flow Business, 7233 Church Ranch Blvd Westminster, CO 80021

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 15:44:41 2006
X-Persona: <RCW>
Return-Path: <mailcenter333204@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 11392 invoked from network); 15 Dec 2005 05:33:18 -0600
Received: from vm-181-63.vm-mail.com (206.82.181.63)
   by clrobin.com with SMTP; 15 Dec 2005 05:33:14 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-63.vm-mail.com with SMTP; 15 Dec 2005 05:33:02 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480046099111109
X-MailingID: 333204
From: Cash Flow Business <CashFlowBusiness@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333204@vm-rewards.com>
Subject: How to increase your income
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

If you can not see this message, view it here.







Winning in the Cash Flow Business, 7233 Church Ranch Blvd Westminster, CO 80021



If you can not see our footer image, please visit here.

From ???@??? Tue Jan 03 19:01:26 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter333951@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 28996 invoked from network); 31 Dec 2005 05:04:57 -0600
Received: from vm-180-118.vm-mail.com (206.82.180.118)
   by chiefmusician.net with SMTP; 31 Dec 2005 05:04:56 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-118.vm-mail.com with SMTP; 31 Dec 2005 05:04:44 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 333951
From: Cash Flow Business <CashFlowBusiness@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333951@vm-rewards.com>
Subject: How to increase your income
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

If you can not see this message, view it here.





 Winning in the Cash Flow Business, 7233 Church Ranch Blvd Westminster, CO 80021

 If you can not see our footer image, please visit here.

From ???@??? Sun Jan 01 19:52:43 2006
X-Persona: <Mila>
Return-Path: <mailcenter333951@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sat, 31 Dec 2005 05:05:45 -0600
From: Cash Flow Business <CashFlowBusiness@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** How to increase your income
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT,YOUR_INCOME
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43B66609.6E381359"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  If you can not see this message, view it
  URI:http://redirect.virtumundo.com/ct?i'6427&e=mila@jammtomm.com here.
  URI:http://redirect.virtumundo.com/ct?i'6427&e=mila@jammtomm.com
  Winning In The Cash Flow Business
  URI:http://ogy.cc/saveitwitch_files/1.jpg [...]

Content analysis details:   (7.3 points, 7.0 required)

 pts rule name               description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 1.0 YOUR_INCOME             BODY: Doing something with my income
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 HTML_70_80              BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 1.5 HTML_IMAGE_ONLY_04      BODY: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 5443 invoked from network); 31 Dec 2005 05:05:37 -0600
Received: from vm-180-10.vm-mail.com (206.82.180.10)
  by ehahome.com with SMTP; 31 Dec 2005 05:05:37 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-10.vm-mail.com with SMTP; 31 Dec 2005 05:05:25 -0600

```
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 333951
From: Cash Flow Business <CashFlowBusiness@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333951@vm-rewards.com>
Subject: How to increase your income
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM How to
increase 2.htm"
```

```
From ???@??? Sun Jan 01 19:16:52 2006
X-Persona: <Mila>
Return-Path: <mailcenter333679@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 26 Dec 2005 15:49:44 -0600
From: Cash Flow Business <CashFlowBusiness@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** How to increase your income
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT,YOUR_INCOME
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43B06578.BD1FFF76"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  If you can not see this message, view it
  URI:http://redirect.virtumundo.com/ct?i'6300&e=mila@jammtomm.com here.
  URI:http://redirect.virtumundo.com/ct?i'6300&e=mila@jammtomm.com
  Winning In The Cash Flow Business
  URI:http://ogy.cc/saveitwitch_files/1.jpg [...]

Content analysis details:   (7.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.0 YOUR_INCOME            BODY: Doing something with my income
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.5 HTML_IMAGE_ONLY_04     BODY: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 28002 invoked from network); 26 Dec 2005 15:49:42 -0600
Received: from vm-182-7.vm-mail.com (206.82.182.7)
  by jaykaysplace.com with SMTP; 26 Dec 2005 15:49:42 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-7.vm-mail.com with SMTP; 26 Dec 2005 15:49:22 -0600
```

```
X-ClientHost: 1091051080970641060971091091161111091090460991111109
X-MailingID: 333679
From: Cash Flow Business <CashFlowBusiness@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333679@vm-rewards.com>
Subject: How to increase your income
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM How to
increase 1.htm"
```

From ???@??? Tue Dec 27 21:21:23 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333679@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 1474 invoked from network); 26 Dec 2005 15:39:54 -0600
Received: from vm-182-217.vm-mail.com (206.82.182.217)
   by gnwalpha.org with SMTP; 26 Dec 2005 15:39:54 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-217.vm-mail.com with SMTP; 26 Dec 2005 15:39:39 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 333679
From: Cash Flow Business <CashFlowBusiness@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333679@vm-rewards.com>
Subject: How to increase your income
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

If you can not see this message, view it here.





 Winning in the Cash Flow Business, 7233 Church Ranch Blvd Westminster, CO 80021

      If you can not see our footer image, please visit here.

```
From ???@??? Mon Dec 19 01:50:54 2005
X-Persona: <Mila>
Return-Path: <mailcenter333204@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 15 Dec 2005 05:00:32 -0600
From: Cash Flow Business <CashFlowBusiness@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** How to increase your income
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT,YOUR_INCOME
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43A14CD0.9E8CBD87"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  If you can not see this message, view it
  URI:http://redirect.virtumundo.com/ct?i'6045&e=mila@jammtomm.com here.
  URI:http://redirect.virtumundo.com/ct?i'6045&e=mila@jammtomm.com
  Winning In The Cash Flow Business
  URI:http://ogy.cc/saveitwitch_files/1.jpg [...]

Content analysis details:   (7.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.0 YOUR_INCOME            BODY: Doing something with my income
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.5 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 2753 invoked from network); 15 Dec 2005 05:00:30 -0600
Received: from vm-181-89.vm-mail.com (206.82.181.89)
  by jaykaysplace.com with SMTP; 15 Dec 2005 05:00:29 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-89.vm-mail.com with SMTP; 15 Dec 2005 05:00:18 -0600

```
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 333204
From: Cash Flow Business <CashFlowBusiness@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333204@vm-rewards.com>
Subject: How to increase your income
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM How to
increase .htm"
```

```
From ???@??? Thu Dec 15 09:56:59 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333204@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 10564 invoked from network); 15 Dec 2005 04:59:57 -0600
Received: from vm-181-172.vm-mail.com (206.82.181.172)
   by xj4x4.net with SMTP; 15 Dec 2005 04:59:57 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-172.vm-mail.com with SMTP; 15 Dec 2005 04:59:45 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 333204
From: Cash Flow Business <CashFlowBusiness@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333204@vm-rewards.com>
Subject: How to increase your income
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

If you can not see this message, view it here.





 Winning in the Cash Flow Business, 7233 Church Ranch Blvd Westminster, CO 80021

 If you can not see our footer image, please visit here.

From ???@??? Mon Jan 30 15:53:15 2006
X-Persona: <RCW>
Return-Path: <mailcenter333951@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 8040 invoked from network); 31 Dec 2005 05:28:51 -0600
Received: from vm-180-202.vm-mail.com (206.82.180.202)
  by ehahome.com with SMTP; 31 Dec 2005 05:28:51 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-202.vm-mail.com with SMTP; 31 Dec 2005 05:28:38 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 333951
From: Cash Flow Business <CashFlowBusiness@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333951@vm-rewards.com>
Subject: How to increase your income
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

If you can not see this message, view it here.







 Winning in the Cash Flow Business, 7233 Church Ranch Blvd Westminster, CO 80021

If you can not see our footer image, please visit here.

From ???@??? Mon Sep 26 18:50:55 2005
X-Persona: <Indi>
Return-Path: <mailcenter330027@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Fri, 23 Sep 2005 23:16:42 -0600
From: Cash Tomorrow <CashAdvance@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Need an overnight deposit?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4334E13A.EB756779"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4287&e=indi@jammtomm.com
  URI:http://ogy.cc/qca/QuickCash_snap_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4287&e=indi@jammtomm.com
  URI:http://ogy.cc/qca/QuickCash_snap_02.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 13828 invoked from network); 23 Sep 2005 23:16:41 -0600
Received: from vm-182-45.vm-mail.com (206.82.182.45)
  by anthonycentral.com with SMTP; 23 Sep 2005 23:16:41 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-45.vm-mail.com with SMTP; 24 Sep 2005 00:16:40 -0500

```
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330027
From: Cash Tomorrow <CashAdvance@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330027@vm-rewards.com>
Subject: Need an overnight deposit?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Need an
overnigh.htm"
```

```
From ???@??? Tue Jan 27 17:32:57 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <329874-2346>; Tue, 27 Jan
2004 16:56:43 -0500
Received: from vm123.vmadmin.com ([216.64.222.123]) by ams.ftl.affinity.com
with ESMTP id <330986-2347>; Tue, 27 Jan 2004 16:56:09 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm123.vmadmin.com with SMTP; 27 Jan 2004 15:56:04 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 241046
From: Cashflow Center <CashFlowCenter@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Cashflow Center <CashFlowCenter241046@replies.virtumundo.com>
Subject: About selling your stuff... here's how to make it pay
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan27.165609-0500_est.330986-2347+490@ams.ftl.affinity.com>
Date:Tue, 27 Jan 2004 16:56:08 -0500
```



---

Cashflowcenter.com 777 N Palm Canyon Drive, Suite 209 Palm Springs, CA 92226

From ???@??? Tue Jan 27 17:32:57 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <326701-2353>; Tue, 27 Jan 2004 16:56:43 -0500
Received: from vm123.vmadmin.com ([216.64.222.123]) by ams.ftl.affinity.com
with ESMTP id <315313-2361>; Tue, 27 Jan 2004 16:56:08 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm123.vmadmin.com with SMTP; 27 Jan 2004 15:56:04 -0600
X-ClientHost: 106097109101115064103111114100111101191111141071150460991111109
X-MailingID: 241046
From: Cashflow Center <CashFlowCenter@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Cashflow Center <CashFlowCenter241046@replies.virtumundo.com>
Subject: About selling your stuff... here's how to make it pay
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan27.165608-0500_est.315313-2361+382@ams.ftl.affinity.com>
Date:Tue, 27 Jan 2004 16:56:07 -0500



---

**Cashflowcenter.com 777 N Palm Canyon Drive, Suite 209 Palm Springs, CA 92226**

```
From ???@??? Tue Jan 27 17:32:57 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <315313-2361>; Tue, 27 Jan 2004 16:56:43 -0500
Received: from vm123.vmadmin.com ([216.64.222.123]) by ams.ftl.affinity.com
with ESMTP id <330907-2360>; Tue, 27 Jan 2004 16:56:07 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm123.vmadmin.com with SMTP; 27 Jan 2004 15:56:04 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 241046
From: Cashflow Center <CashFlowCenter@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Cashflow Center <CashFlowCenter241046@replies.virtumundo.com>
Subject: About selling your stuff... here's how to make it pay
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan27.165607-0500_est.330907-2360+533@ams.ftl.affinity.com>
Date:Tue, 27 Jan 2004 16:56:07 -0500
```



---

Cashflowcenter.com 777 N Palm Canyon Drive, Suite 209 Palm Springs, CA 92226

```
From ???@??? Tue Jan 27 17:32:57 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <321944-2361>; Tue, 27 Jan 2004 16:56:43 -0500
Received: from vm123.vmadmin.com ([216.64.222.123]) by ams.ftl.affinity.com
with ESMTP id <330969-2361>; Tue, 27 Jan 2004 16:56:08 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm123.vmadmin.com with SMTP; 27 Jan 2004 15:56:04 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 241046
From: Cashflow Center <CashFlowCenter@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Cashflow Center <CashFlowCenter241046@replies.virtumundo.com>
Subject: About selling your stuff... here's how to make it pay
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan27.165608-0500_est.330969-2361+383@ams.ftl.affinity.com>
Date:Tue, 27 Jan 2004 16:56:08 -0500
```



---

Cashflowcenter.com 777 N Palm Canyon Drive, Suite 209 Palm Springs, CA 92226

```
From ???@??? Wed Jul 06 10:19:21 2005
X-Persona: <Katie>
Return-Path: <mailcenter327020@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 06 Jul 2005 03:53:04 -0600
From: CashTomorrow <CashTomorrow@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Need an overnight deposit?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42CBAA00.CE24BB01"
```

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2922&e=katie@ehahome.com
  URI:http://ogy.cc/qca//QuickCash_snap_01.gif
  URI:http://redirect.virtumundo.com/ct?i'2922&e=katie@ehahome.com
  URI:http://ogy.cc/qca//QuickCash_snap_02.gif [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 19844 invoked from network); 6 Jul 2005 03:53:04 -0600
Received: from vm-182-209.vm-mail.com (206.82.182.209)
  by omniinnovations.com with SMTP; 6 Jul 2005 03:53:02 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-209.vm-mail.com with SMTP; 06 Jul 2005 04:51:46 -0500

```
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 327020
From: CashTomorrow <CashTomorrow@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+327020@vm-rewards.com>
Subject: Need an overnight deposit?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Need an
overnigh.htm"
```

From ???@??? Wed Jul 06 10:19:21 2005
X-Persona: <Katie>
Return-Path: <mailcenter327020@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 06 Jul 2005 03:53:04 -0600
From: CashTomorrow <CashTomorrow@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Need an overnight deposit?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42CBAA00.CE24BB01"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2922&e=katie@ehahome.com
  URI:http://ogy.cc/qca//QuickCash_snap_01.gif
  URI:http://redirect.virtumundo.com/ct?i'2922&e=katie@ehahome.com
  URI:http://ogy.cc/qca//QuickCash_snap_02.gif [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                  [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 19844 invoked from network); 6 Jul 2005 03:53:04 -0600
Received: from vm-182-209.vm-mail.com (206.82.182.209)
  by omniinnovations.com with SMTP; 6 Jul 2005 03:53:02 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-209.vm-mail.com with SMTP; 06 Jul 2005 04:51:46 -0500

```
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 327020
From: CashTomorrow <CashTomorrow@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+327020@vm-rewards.com>
Subject: Need an overnight deposit?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Need an
overnigh.htm"
```

```
From ???@??? Mon Dec 19 01:58:38 2005
X-Persona: <Mila>
Return-Path: <mailcenter333305@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sat, 17 Dec 2005 12:59:11 -0600
From: Casino Jackpot Strategies <CasinoJackpotStrategies@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Win big on the slots! We'll tell you how
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43A45FFF.CBA1BB9D"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
6104&e=mila@jammtomm.com
  URI:http://ogy.cc/slamogbyj/02_01.jpg
  URI:http://redirect.virtumundo.com/ct?i'6104&e=mila@jammtomm.com
  URI:http://ogy.cc/slamogbyj/02_02.jpg [...]

Content analysis details:   (7.0 points, 7.0 required)

 pts rule name                description
---- ------------------------ --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN   BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY    BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 4480 invoked from network); 17 Dec 2005 12:59:09 -0600
Received: from vm-181-137.vm-mail.com (206.82.181.137)
  by clrobin.com with SMTP; 17 Dec 2005 12:59:09 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-137.vm-mail.com with SMTP; 17 Dec 2005 12:58:58 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109

```
X-MailingID: 333305
From: Casino Jackpot Strategies <CasinoJackpotStrategies@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333305@vm-rewards.com>
Subject: Win big on the slots! We'll tell you how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Win big on
the s2.htm"
```

```
From ???@??? Sun Dec 18 17:52:49 2005
X-Persona: <Jay>
Return-Path: <mailcenter333305@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 5635 invoked from network); 17 Dec 2005 12:59:12 -0600
Received: from vm-181-62.vm-mail.com (206.82.181.62)
  by jaykaysplace.com with SMTP; 17 Dec 2005 12:59:12 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-62.vm-mail.com with SMTP; 17 Dec 2005 12:59:01 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 333305
From: Casino Jackpot Strategies <CasinoJackpotStrategies@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333305@vm-rewards.com>
Subject: *****SPAM***** Win big on the slots! We'll tell you how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



**Postfach, 218, A-1070, Vienna, Austria**

If you can not see our footer image, please visit here.

```
From ???@??? Sun Dec 18 17:49:17 2005
X-Persona: <Celia>
Return-Path: <mailcenter333305@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 29632 invoked from network); 17 Dec 2005 13:12:53 -0600
Received: from vm-182-164.vm-mail.com (206.82.182.164)
  by gordonworks.com with SMTP; 17 Dec 2005 13:12:53 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-164.vm-mail.com with SMTP; 17 Dec 2005 13:12:41 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 333305
From: Casino Jackpot Strategies <CasinoJackpotStrategies@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333305@vm-rewards.com>
Subject: *****SPAM***** Win big on the slots! We'll tell you how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

**Postfach, 218, A-1070, Vienna, Austria**

If you can not see our footer image, please visit here.

```
From ???@??? Sun Dec 18 17:49:07 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333305@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 19266 invoked from network); 17 Dec 2005 12:58:38 -0600
Received: from vm-181-146.vm-mail.com (206.82.181.146)
  by omniinnovations.com with SMTP; 17 Dec 2005 12:58:38 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-146.vm-mail.com with SMTP; 17 Dec 2005 12:58:27 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 333305
From: Casino Jackpot Strategies <CasinoJackpotStrategies@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333305@vm-rewards.com>
Subject: Win big on the slots! We'll tell you how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Postfach, 218, A-1070, Vienna, Austria

If you can not see our footer image, please visit here.

```
From ???@??? Sat Dec 17 11:36:14 2005
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter333305@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 5568 invoked from network); 17 Dec 2005 12:59:12 -0600
Received: from vm-181-63.vm-mail.com (206.82.181.63)
  by omniinnovations.com with SMTP; 17 Dec 2005 12:59:12 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-63.vm-mail.com with SMTP; 17 Dec 2005 12:59:01 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 333305
From: Casino Jackpot Strategies <CasinoJackpotStrategies@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333305@vm-rewards.com>
Subject: *****SPAM***** Win big on the slots! We'll tell you how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



**Postfach, 218, A-1070, Vienna, Austria**

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 15:46:26 2006
X-Persona: <RCW>
Return-Path: <mailcenter333305@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 27693 invoked from network); 17 Dec 2005 13:30:10 -0600
Received: from vm-181-98.vm-mail.com (206.82.181.98)
  by jammtomm.com with SMTP; 17 Dec 2005 13:30:09 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-98.vm-mail.com with SMTP; 17 Dec 2005 13:29:57 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 333305
From: Casino Jackpot Strategies <CasinoJackpotStrategies@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333305@vm-rewards.com>
Subject: Win big on the slots! We'll tell you how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Postfach, 218, A-1070, Vienna, Austria

If you can not see our footer image, please *visit here*.

```
From ???@??? Sat Apr 22 09:09:21 2006
X-Persona: <Celia>
Return-Path: <mailcenter344658@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 929 invoked from network); 21 Apr 2006 09:12:53 -0600
Received: from vm-181-56.vm-mail.com (206.82.181.56)
   by jammtomm.com with SMTP; 21 Apr 2006 09:12:52 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-56.vm-mail.com with SMTP; 21 Apr 2006 10:12:36 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 344658
From: Casino Secrets <CasinoSecrets@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344658@vm-rewards.com>
Subject: *****SPAM***** ${First Name}$,do you play the slots?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

Platinum Success, Inc. Zieglergasse 38/8 Vienna Austria, A - 1070

If you can not see our footer image, please visit here.

```
From ???@??? Sun Oct 30 16:22:47 2005
X-Persona: <Indi>
Return-Path: <mailcenter331293@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 27 Oct 2005 05:31:01 -0600
From: Casino Strategies <CasinoStrategies@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Win big on the slots! We'll tell you how
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4360BA75.B8AFB8CC"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4917&e=indi@jammtomm.com
  URI:http://ogy.cc/slamogbyj/02_01.jpg
  URI:http://redirect.virtumundo.com/ct?i'4917&e=indi@jammtomm.com
  URI:http://ogy.cc/slamogbyj/02_02.jpg [...]

Content analysis details:   (7.0 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY   BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 19904 invoked from network); 27 Oct 2005 05:30:59 -0600
Received: from vm-180-51.vm-mail.com (206.82.180.51)
  by xj4x4.net with SMTP; 27 Oct 2005 05:30:56 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-51.vm-mail.com with SMTP; 27 Oct 2005 06:30:43 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109

```
X-MailingID: 331293
From: Casino Strategies <CasinoStrategies@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331293@vm-rewards.com>
Subject: Win big on the slots! We'll tell you how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Win big on
the s1.htm"
```

```
From ???@??? Thu Oct 27 12:33:12 2005
X-Persona: <hum>
Return-Path: <mailcenter331293@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 23077 invoked from network); 27 Oct 2005 05:42:24 -0600
Received: from vm-183-176.vm-mail.com (206.82.183.176)
  by clrobin.com with SMTP; 27 Oct 2005 05:42:23 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-176.vm-mail.com with SMTP; 27 Oct 2005 06:42:11 -0500
X-ClientHost: 1041171090641011040971041111091010146099111109
X-MailingID: 331293
From: Casino Strategies <CasinoStrategies@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331293@vm-rewards.com>
Subject: *****SPAM***** Win big on the slots! We'll tell you how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       * 1.0 DATE_MISSING Missing Date: header
       * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       * 0.0 HTML_MESSAGE BODY: HTML included in message
       * 0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
       * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



**Postfach, 218, A-1070, Vienna, Austria**

If you can not see our footer image, please visit here.

```
From ???@??? Sun Oct 30 16:22:47 2005
X-Persona: <Indi>
Return-Path: <mailcenter331293@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 27 Oct 2005 05:31:01 -0600
From: Casino Strategies <CasinoStrategies@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Win big on the slots! We'll tell you how
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4360BA75.B8AFB8CC"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4917&e=indi@jammtomm.com
  URI:http://ogy.cc/slamogbyj/02_01.jpg
  URI:http://redirect.virtumundo.com/ct?i'4917&e=indi@jammtomm.com
  URI:http://ogy.cc/slamogbyj/02_02.jpg [...]

Content analysis details:   (7.0 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 19904 invoked from network); 27 Oct 2005 05:30:59 -0600
Received: from vm-180-51.vm-mail.com (206.82.180.51)
  by xj4x4.net with SMTP; 27 Oct 2005 05:30:56 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-51.vm-mail.com with SMTP; 27 Oct 2005 06:30:43 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109

```
X-MailingID: 331293
From: Casino Strategies <CasinoStrategies@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331293@vm-rewards.com>
Subject: Win big on the slots! We'll tell you how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Win big on
the s1.htm"
```

```
From ???@??? Tue Sep 27 23:15:54 2005
X-Persona: <hum>
Return-Path: <mailcenter330112@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 20454 invoked from network); 27 Sep 2005 08:24:33 -0600
Received: from vm-177-32.vm-mail.com (206.82.177.32)
  by anthonycentral.com with SMTP; 27 Sep 2005 08:24:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-32.vm-mail.com with SMTP; 27 Sep 2005 14:24:31 +0000
X-ClientHost: 10411710906410110409710411110910104609911109
X-MailingID: 330112
From: CasinoStrategies <CasinoStrategies@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330112@vm-rewards.com>
Subject: *****SPAM***** Win big on the slots!  We'll tell you how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```





 **Postfach, 218, A-1070, Vienna, Austria**



**If you can not see our footer image, please** visit here.

From ???@??? Sun May 14 12:26:00 2006
X-Persona: <Mila>
Return-Path: <mailcenter348530@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sat, 13 May 2006 16:49:20 -0600
From: Catch Las Vegas <CatchLasVegas@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Two night Vegas vacation - $49
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.7 required=7.0 tests=BAYES_80,DATE_MISSING,
        HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
        RCVD_IN_SORBS autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44666270.30450364"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(6123&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(6123&e=mila@jammtomm.com
  URI:http://ogy.cc/la_scmelga/1329.gif
  URI:http://ogy.cc/la_scmelga/1330.gif
  URI:http://ogy.cc/la_scmelga/1331.gif
  URI:http://ogy.cc/la_scmelga/1332.jpg
  URI:http://ogy.cc/la_scmelga/1333.jpg [...]

Content analysis details:   (8.7 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_MESSAGE           BODY: HTML included in message
 1.7 BAYES_80               BODY: Bayesian spam probability is 80 to 90%
                            [score: 0.8928]
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_50_60             BODY: Message is 50% to 60% HTML
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.1 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
 2.6 RCVD_IN_DYNABLOCK      RBL: Sent directly from dynamic IP address
                            [206.82.187.83 listed in dnsbl.sorbs.net]
 0.1 RCVD_IN_SORBS          RBL: SORBS: sender is listed in SORBS
                            [206.82.187.83 listed in dnsbl.sorbs.net]


The original message was not completely plain text, and may be unsafe to

open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 26854 invoked from network); 13 May 2006 16:49:16 -0600
Received: from vm-187-83.vm-mail.com (206.82.187.83)
  by celiajay.com with SMTP; 13 May 2006 16:49:16 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-83.vm-mail.com with SMTP; 13 May 2006 17:49:11 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 348530
From: Catch Las Vegas <CatchLasVegas@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348530@vm-rewards.com>
Subject: Two night Vegas vacation - $49
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Two night
Vegas .htm"

From ???@??? Sun May 14 09:07:29 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348530@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 24708 invoked from network); 13 May 2006 16:24:20 -0600
Received: from vm-185-96.vm-mail.com (206.82.185.96)
  by xj4x4.net with SMTP; 13 May 2006 16:24:19 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-96.vm-mail.com with SMTP; 13 May 2006 17:24:18 -0500
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 348530
From: Catch Las Vegas <CatchLasVegas@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348530@vm-rewards.com>
Subject: *****SPAM***** Two night Vegas vacation - $49
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,HTML_50_60,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
        RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *      [206.82.185.96 listed in dnsbl.sorbs.net]
        *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *      [206.82.185.96 listed in dnsbl.sorbs.net]


Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions
or comments about this advertisement to:

Catch Las Vegas 848 N Rainbow, Suite 101 Las Vegas, NV 89107

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products
and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Sun May 14 09:07:29 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348530@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 25282 invoked from network); 13 May 2006 16:24:22 -0600
Received: from vm-185-96.vm-mail.com (206.82.185.96)
  by xj4x4.net with SMTP; 13 May 2006 16:24:21 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-96.vm-mail.com with SMTP; 13 May 2006 17:24:18 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 348530
From: Catch Las Vegas <CatchLasVegas@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348530@vm-rewards.com>
Subject: *****SPAM***** Two night Vegas vacation - $49
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,HTML_50_60,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
        RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *      [206.82.185.96 listed in dnsbl.sorbs.net]
        *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *      [206.82.185.96 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Catch Las Vegas 848 N Rainbow, Suite 101 Las Vegas, NV 89107

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Sun May 14 09:07:29 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348530@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 26496 invoked from network); 13 May 2006 16:24:24 -0600
Received: from vm-185-96.vm-mail.com (206.82.185.96)
   by xj4x4.net with SMTP; 13 May 2006 16:24:23 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-96.vm-mail.com with SMTP; 13 May 2006 17:24:18 -0500
X-ClientHost:
11509711010012106409711011610411110121099101110116114097108046099111109
X-MailingID: 348530
From: Catch Las Vegas <CatchLasVegas@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348530@vm-rewards.com>
Subject: *****SPAM***** Two night Vegas vacation - $49
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,HTML_50_60,
       HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
       RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
       *  1.9 DATE_MISSING Missing Date: header
       *  0.1 HTML_MESSAGE BODY: HTML included in message
       *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
       *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
       *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
       *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
       *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
       *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
       *      [206.82.185.96 listed in dnsbl.sorbs.net]
       *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
       *      [206.82.185.96 listed in dnsbl.sorbs.net]


Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions
or comments about this advertisement to:

Catch Las Vegas 848 N Rainbow, Suite 101 Las Vegas, NV 89107

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products
and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Sun May 14 09:00:33 2006
X-Persona: <Jon>
Return-Path: <mailcenter348530@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 1856 invoked from network); 13 May 2006 16:49:36 -0600
Received: from vm-187-245.vm-mail.com (206.82.187.245)
   by jaycelia.com with SMTP; 13 May 2006 16:49:25 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-187-245.vm-mail.com with SMTP; 13 May 2006 17:49:24 -0500
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 348530
From: Catch Las Vegas <CatchLasVegas@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348530@vm-rewards.com>
Subject: *****SPAM***** Two night Vegas vacation - $49
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.8 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,RCVD_IN_SORBS,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.5 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
      *      [206.82.187.245 listed in dnsbl.sorbs.net]
      *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
      *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
      *      [206.82.187.245 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions
or comments about this advertisement to:

Catch Las Vegas 848 N Rainbow, Suite 101 Las Vegas, NV 89107

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products
and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Sun May 14 08:58:33 2006
X-Persona: <Celia>
Return-Path: <mailcenter348530@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 22821 invoked from network); 13 May 2006 16:43:51 -0600
Received: from vm-185-163.vm-mail.com (206.82.185.163)
  by ehahome.com with SMTP; 13 May 2006 16:43:51 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-163.vm-mail.com with SMTP; 13 May 2006 17:43:50 -0500
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 348530
From: Catch Las Vegas <CatchLasVegas@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348530@vm-rewards.com>
Subject: *****SPAM***** Two night Vegas vacation - $49
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.8 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,RCVD_IN_SORBS,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
      *  2.5 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
      *      [206.82.185.163 listed in dnsbl.sorbs.net]
      *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
      *      [206.82.185.163 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Catch Las Vegas 848 N Rainbow, Suite 101 Las Vegas, NV 89107

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Sat Apr 22 09:16:29 2006
X-Persona: <Anthony>
Return-Path: <mailcenter344668@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 31616 invoked from network); 21 Apr 2006 08:18:11 -0600
Received: from vm-180-246.vm-mail.com (206.82.180.246)
   by jammtomm.com with SMTP; 21 Apr 2006 08:18:00 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-246.vm-mail.com with SMTP; 21 Apr 2006 09:17:41 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 344668
From: Catch Las Vegas <CatchLasVegas@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344668@vm-rewards.com>
Subject: 2 nights Vegas vacation - $49
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Catch Las Vegas 848 N Rainbow, Suite 101 Las Vegas, NV 89107

If you can not see our footer image, please visit here.

```
From ???@??? Mon May 15 08:30:55 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter348530@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 1856 invoked from network); 13 May 2006 16:49:36 -0600
Received: from vm-187-245.vm-mail.com (206.82.187.245)
  by jaycelia.com with SMTP; 13 May 2006 16:49:25 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-245.vm-mail.com with SMTP; 13 May 2006 17:49:24 -0500
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 348530
From: Catch Las Vegas <CatchLasVegas@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348530@vm-rewards.com>
Subject: *****SPAM***** Two night Vegas vacation - $49
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.8 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,RCVD_IN_SORBS,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.5 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
      *      [206.82.187.245 listed in dnsbl.sorbs.net]
      *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
      *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
      *      [206.82.187.245 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Catch Las Vegas 848 N Rainbow, Suite 101 Las Vegas, NV 89107

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 19 20:44:29 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <337408-20700>; Mon, 19 Jan 2004 22:14:47 -0500
Received: from vm208-15.adknow-net.com ([216.21.208.15]) by
ams.ftl.affinity.com with ESMTP id <337752-20692>; Mon, 19 Jan 2004 22:14:28
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-15.adknow-net.com with SMTP; 19 Jan 2004 21:14:07 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 345011
From: Caviar <HighQualityCaviar@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return345011@replies.adknow-net.com
Subject: More sophisticated than peanut butter on crackers.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan19.221428-0500_est.337752-20692+37214@ams.ftl.affinity.com>
Date:Mon, 19 Jan 2004 22:14:27 -0500
```





**If you would like to refer a friend information regarding this program,**

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to <u>http://www.virtumundo.com/change/</u> or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Jan 19 20:44:29 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <335446-20697>; Mon, 19 Jan 2004 22:14:47 -0500
Received: from vm208-15.adknow-net.com ([216.21.208.15]) by
ams.ftl.affinity.com with ESMTP id <337729-20698>; Mon, 19 Jan 2004 22:14:26
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-15.adknow-net.com with SMTP; 19 Jan 2004 21:14:07 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609111109
X-MailingID: 345011
From: Caviar <HighQualityCaviar@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return345011@replies.adknow-net.com
Subject: More sophisticated than peanut butter on crackers.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan19.221426-0500_est.337729-20698+36124@ams.ftl.affinity.com>
Date:Mon, 19 Jan 2004 22:14:26 -0500
```



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Jan 19 20:44:29 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <337245-20695>; Mon, 19 Jan 2004 22:14:47 -0500
Received: from vm208-15.adknow-net.com ([216.21.208.15]) by
ams.ftl.affinity.com with ESMTP id <337620-20695>; Mon, 19 Jan 2004 22:14:25
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-15.adknow-net.com with SMTP; 19 Jan 2004 21:14:07 -0600
X-ClientHost: 10209712110106410311111410011111101191111114107115046099111109
X-MailingID: 345011
From: Caviar <HighQualityCaviar@adknow-net.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return345011@replies.adknow-net.com
Subject: More sophisticated than peanut butter on crackers.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan19.221425-0500_est.337620-20695+36142@ams.ftl.affinity.com>
Date:Mon, 19 Jan 2004 22:14:25 -0500





If you would like to refer a friend information regarding this program,

go here. **To remove yourself from this program (and stop receiving email messages
from Virtumundo), go to <u>http://www.virtumundo.com/change/</u> or go** here. **Please
note that the companies listed within this service have not provided
Virtumundo consideration to include their products in this message. Please
mail questions or comments regarding this message to List Member Inquiries,
Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c)
1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Jan 19 20:44:29 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <337386-20695>; Mon, 19 Jan
2004 22:14:47 -0500
Received: from vm208-15.adknow-net.com ([216.21.208.15]) by
ams.ftl.affinity.com with ESMTP id <337756-20692>; Mon, 19 Jan 2004 22:14:28
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-15.adknow-net.com with SMTP; 19 Jan 2004 21:14:07 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 345011
From: Caviar <HighQualityCaviar@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return345011@replies.adknow-net.com
Subject: More sophisticated than peanut butter on crackers.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan19.221428-0500_est.337756-20692+37215@ams.ftl.affinity.com>
Date:Mon, 19 Jan 2004 22:14:28 -0500



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Oct 01 18:13:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <242700-27399>; Wed, 1 Oct 2003 20:49:50 -0400
Received: from vl208-37.vmlocal.com ([216.21.208.37]) by ams.ftl.affinity.com
with ESMTP id <213515-27399>; Wed, 1 Oct 2003 20:46:22 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-37.vmlocal.com with SMTP; 01 Oct 2003 19:46:19 -0500
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 149615
From: Ceiling Fans <CeilingFansForYourHome149615@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Ceiling Fans <CeilingFansForYourHome149615@vmlocal.com>
Subject: Ceiling fans for comfort and decoration.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct1.204622-0400_edt.213515-27399+54341@ams.ftl.affinity.com>
Date:Wed, 1 Oct 2003 20:46:22 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Oct 22 19:12:23 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <458817-12848>; Wed, 22 Oct 2003 20:56:10 -0400
Received: from vl208-63.vmlocal.com ([216.21.208.63]) by ams.ftl.affinity.com
with ESMTP id <462757-12843>; Wed, 22 Oct 2003 20:55:12 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-63.vmlocal.com with SMTP; 22 Oct 2003 19:55:04 -0500
X-ClientHost: 106097109101115064103111141001111101191111141071150460991111109
X-MailingID: 172013
From: Ceiling Fans <CeilingFansForYourHome172013@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Ceiling Fans <CeilingFansForYourHome172013@vmlocal.com>
Subject: Perfect gift for the fan of ceiling fans.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct22.205512-0400_edt.462757-12843+16817@ams.ftl.affinity.com>
Date:Wed, 22 Oct 2003 20:55:12 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Nov 01 18:41:23 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213043-17933>; Sat, 1 Nov 2003 20:48:42 -0500
Received: from vl208-18.vmlocal.com ([216.21.208.18]) by ams.ftl.affinity.com
with ESMTP id <213107-17936>; Sat, 1 Nov 2003 20:47:47 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-18.vmlocal.com with SMTP; 01 Nov 2003 19:47:45 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 185811
From: Ceiling Fans <CeilingFansForYourHome185811@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Ceiling Fans <CeilingFansForYourHome185811@vmlocal.com>
Subject: A different spin on cool.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov1.204747-0500_est.213107-17936+79830@ams.ftl.affinity.com>
Date:Sat, 1 Nov 2003 20:47:46 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Nov 01 13:51:05 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222336-23874>; Sat, 1 Nov 2003 15:05:44 -0500
Received: from vl208-30.vmlocal.com ([216.21.208.30]) by ams.ftl.affinity.com
with ESMTP id <222330-23885>; Sat, 1 Nov 2003 15:04:40 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-30.vmlocal.com with SMTP; 01 Nov 2003 14:04:34 -0600
X-ClientHost: 10609712106410311111410011110119111114107115046099111109
X-MailingID: 185816
From: Ceiling Fans <CeilingFansForYourHome185816@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Ceiling Fans <CeilingFansForYourHome185816@vmlocal.com>
Subject: Ceiling fans for comfort and decoration.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov1.150440-0500_est.222330-23885+22223@ams.ftl.affinity.com>
Date:Sat, 1 Nov 2003 15:04:39 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 01 13:49:36 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215261-23882>; Sat, 1 Nov 2003 12:03:04 -0500
Received: from vl208-59.vmlocal.com ([216.21.208.59]) by ams.ftl.affinity.com
with ESMTP id <218670-23874>; Sat, 1 Nov 2003 12:02:46 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-59.vmlocal.com with SMTP; 01 Nov 2003 11:02:45 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 185819
From: Ceiling Fans <CeilingFansForYourHome185819@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Ceiling Fans <CeilingFansForYourHome185819@vmlocal.com>
Subject: Keep cool with a new ceiling fan.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov1.120246-0500_est.218670-23874+20591@ams.ftl.affinity.com>
Date:Sat, 1 Nov 2003 12:02:46 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 01 23:49:54 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214278-5216>; Sun, 2 Nov 2003 00:20:29 -0500
Received: from vl208-50.vmlocal.com ([216.21.208.50]) by ams.ftl.affinity.com
with ESMTP id <214725-5223>; Sun, 2 Nov 2003 00:19:35 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-50.vmlocal.com with SMTP; 01 Nov 2003 23:18:31 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 185821
From: Ceiling Fans <CeilingFansForYourHome185821@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Ceiling Fans <CeilingFansForYourHome185821@vmlocal.com>
Subject: Keep cool with a new ceiling fan.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov2.001935-0500_est.214725-5223+41032@ams.ftl.affinity.com>
Date:Sun, 2 Nov 2003 00:19:35 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 09 14:40:54 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223797-6357>; Sun, 9 Nov 2003 14:18:21 -0500
Received: from vl208-16.vmlocal.com ([216.21.208.16]) by ams.ftl.affinity.com
with ESMTP id <224052-6355>; Sun, 9 Nov 2003 14:17:54 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-16.vmlocal.com with SMTP; 09 Nov 2003 13:17:41 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911111109
X-MailingID: 193953
From: Ceiling Fans <CeilingFansForYourHome193953@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Ceiling Fans <CeilingFansForYourHome193953@vmlocal.com>
Subject: Ceiling fans for comfort and decoration.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov9.141754-0500_est.224052-6355+3949@ams.ftl.affinity.com>
Date:Sun, 9 Nov 2003 14:17:53 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Jan 18 17:11:21 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <334294-17986>; Sun, 18 Jan 2004 19:31:56 -0500
Received: from vm208-24.adknow-net.com ([216.21.208.24]) by
ams.ftl.affinity.com with ESMTP id <334674-17992>; Sun, 18 Jan 2004 19:30:54
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-24.adknow-net.com with SMTP; 18 Jan 2004 18:30:50 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 344142
From: Ceiling Fans <CeilingFansForYourHome@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return344142@replies.adknow-net.com
Subject: A different spin on cool.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan18.193054-0500_est.334674-17992+37093@ams.ftl.affinity.com>
Date:Sun, 18 Jan 2004 19:30:53 -0500



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Dec 25 12:56:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215224-12463>; Thu, 25 Dec 2003 14:50:19 -0500
Received: from vm209-204.vmlocal.com ([216.21.209.204]) by
ams.ftl.affinity.com with ESMTP id <214617-12464>; Thu, 25 Dec 2003 14:49:26
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-204.vmlocal.com with SMTP; 25 Dec 2003 13:49:24 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 227507
From: Ceiling Fans <CeilingFansForYourHome@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Ceiling Fans <CeilingFansForYourHome227507@vmlocal.com>
Subject: A different spin on cool.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec25.144926-0500_est.214617-12464+5209@ams.ftl.affinity.com>
Date:Thu, 25 Dec 2003 14:49:25 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Dec 02 18:11:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223912-5074>; Tue, 2 Dec 2003 19:42:37 -0500
Received: from vl208-42.vmlocal.com ([216.21.208.42]) by ams.ftl.affinity.com
with ESMTP id <216122-5071>; Tue, 2 Dec 2003 19:41:09 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-42.vmlocal.com with SMTP; 02 Dec 2003 18:41:03 -0600
X-ClientHost: 10609710910111506410311111400111110119111114107115046099111109
X-MailingID: 210070
From: Ceiling Fans <CeilingFansForYourHome@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Ceiling Fans <CeilingFansForYourHome210070@vmlocal.com>
Subject: Buy a ceiling fan today.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec2.194109-0500_est.216122-5071+1138@ams.ftl.affinity.com>
Date:Tue, 2 Dec 2003 19:41:08 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Dec 27 08:48:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2722570-9595>; Sat, 27 Dec 2003 08:33:34 -0500
Received: from vm209-208.vmlocal.com ([216.21.209.208]) by
ams.ftl.affinity.com with ESMTP id <2723426-9602>; Sat, 27 Dec 2003 08:32:38
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-208.vmlocal.com with SMTP; 27 Dec 2003 07:32:35 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 229092
From: Ceiling Fans <CeilingFansForYourHome@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Ceiling Fans <CeilingFansForYourHome229092@vmlocal.com>
Subject: A different spin on cool.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec27.083238-0500_est.2723426-9602+29756@ams.ftl.affinity.com>
Date:Sat, 27 Dec 2003 08:32:38 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Nov 21 12:29:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218834-32008>; Fri, 21 Nov 2003 13:04:11 -0500
Received: from vl208-33.vmlocal.com by ams.ftl.affinity.com
with ESMTP id <219945-32022>; Fri, 21 Nov 2003 13:03:14 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-33.vmlocal.com with SMTP; 21 Nov 2003 12:02:25 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 202579
From: Cell Accessories <CellAccessories202579@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cell Accessories <CellAccessories202579@vmlocal.com>
Subject: Get cool cell phone accessories now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov21.130314-0500_est.219945-32022+17515@ams.ftl.affinity.com>
Date:Fri, 21 Nov 2003 13:02:29 -0500



 You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Feb 07 10:41:09 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <231659-23899>; Sat, 7 Feb 2004 11:16:33 -0500
Received: from vm208-53.adknow-net.com ([216.21.208.53]) by
ams.ftl.affinity.com with ESMTP id <235827-23887>; Sat, 7 Feb 2004 11:15:58
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-53.adknow-net.com with SMTP; 07 Feb 2004 10:15:52 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 361905
From: Cell Accessories <CellAccessories@adknow-net.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return361905@replies.adknow-net.com
Subject: Get cool cell phone accessories now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb7.111558-0500_est.235827-23887+51341@ams.ftl.affinity.com>
Date:Sat, 7 Feb 2004 11:15:58 -0500
```



Headsets, face plates, bells and whistles. Get all the gizmos, gadgets and
accessories you need to soup up your cell phone. Find them all here.

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Jan 26 11:11:52 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2395528-15190>; Mon, 26 Jan 2004 12:42:28 -0500
Received: from vm208-55.adknow-net.com ([216.21.208.55]) by
ams.ftl.affinity.com with ESMTP id <2396024-15189>; Mon, 26 Jan 2004 12:41:17
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-55.adknow-net.com with SMTP; 26 Jan 2004 11:41:11 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 350897
From: Cell Accessories <CellAccessories@adknow-net.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return350897@replies.adknow-net.com
Subject: Your cell phone needs cool accessories!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan26.124117-0500_est.2396024-15189+76097@ams.ftl.affinity.com>
Date:Mon, 26 Jan 2004 12:41:17 -0500



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Feb 07 13:52:02 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2723353-3602>; Sat, 7 Feb 2004 14:56:51 -0500
Received: from vm208-12.adknow-net.com ([216.21.208.12]) by
ams.ftl.affinity.com with ESMTP id <2725730-3597>; Sat, 7 Feb 2004 14:56:10
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-12.adknow-net.com with SMTP; 07 Feb 2004 13:56:06 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 362418
From: Cell Accessories <CellAccessories@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return362418@replies.adknow-net.com
Subject: Get cool cell phone accessories now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb7.145610-0500_est.2725730-3597+63732@ams.ftl.affinity.com>
Date:Sat, 7 Feb 2004 14:56:10 -0500



Headsets, face plates, bells and whistles. Get all the gizmos, gadgets and
accessories you need to soup up your cell phone. Find them all here.

**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Nov 28 18:49:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2720989-30728>; Fri, 28 Nov 2003 17:49:38 -0500
Received: from vl208-68.vmlocal.com ([216.21.208.68]) by ams.ftl.affinity.com
with ESMTP id <2723188-30725>; Fri, 28 Nov 2003 17:48:36 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-68.vmlocal.com with SMTP; 28 Nov 2003 16:48:32 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 207350
From: Cell Accessories <CellAccessories@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cell Accessories <CellAccessories207350@vmlocal.com>
Subject: Put cool accessories on your cell phone.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov28.174836-0500_est.2723188-30725+7176@ams.ftl.affinity.com>
Date:Fri, 28 Nov 2003 17:48:35 -0500



You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Nov 29 17:15:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223824-8560>; Sat, 29 Nov 2003 15:21:08 -0500
Received: from vl208-75.vmlocal.com ([216.21.208.75]) by ams.ftl.affinity.com
with ESMTP id <219117-8560>; Sat, 29 Nov 2003 10:47:42 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-75.vmlocal.com with SMTP; 29 Nov 2003 09:47:42 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 208022
From: Cell Accessories <CellAccessories@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cell Accessories <CellAccessories208022@vmlocal.com>
Subject: Accessorize your cell phone.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov29.104742-0500_est.219117-8560+46635@ams.ftl.affinity.com>
Date:Sat, 29 Nov 2003 10:47:42 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Dec 24 06:37:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <220407-5221>; Wed, 24 Dec
2003 02:54:27 -0500
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <221447-5221>; Wed, 24 Dec 2003 02:53:43 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 24 Dec 2003 01:53:41 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 225649
From: Cell Phone <ComplimentaryCellPhone@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Cell Phone <ComplimentaryCellPhone225649@replies.virtumundo.com>
Subject: Complimentary Cell Phone for Jonathan
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec24.025343-0500_est.221447-5221+22783@ams.ftl.affinity.com>
Date:Wed, 24 Dec 2003 02:53:43 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 24 06:37:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220202-5219>; Wed, 24 Dec 2003 02:54:27 -0500
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <221428-5223>; Wed, 24 Dec 2003 02:53:42 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 24 Dec 2003 01:53:41 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 225649
From: Cell Phone <ComplimentaryCellPhone@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Cell Phone <ComplimentaryCellPhone225649@replies.virtumundo.com>
Subject: Complimentary Cell Phone for Faye
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec24.025342-0500_est.221428-5223+22839@ams.ftl.affinity.com>
Date:Wed, 24 Dec 2003 02:53:42 -0500
```



**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you**

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 24 06:37:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220229-5219>; Wed, 24 Dec 2003 02:54:27 -0500
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <221433-5224>; Wed, 24 Dec 2003 02:53:42 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm092.vmadmin.com with SMTP; 24 Dec 2003 01:53:41 -0600
X-ClientHost: 106097109101115064103111114100111101191111141071150460991111109
X-MailingID: 225649
From: Cell Phone <ComplimentaryCellPhone@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Cell Phone <ComplimentaryCellPhone225649@replies.virtumundo.com>
Subject: Complimentary Cell Phone for James
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec24.025342-0500_est.221433-5224+22395@ams.ftl.affinity.com>
Date:Wed, 24 Dec 2003 02:53:42 -0500
```



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 24 06:37:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <220323-5219>; Wed, 24 Dec 2003 02:54:27 -0500
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <216630-5225>; Wed, 24 Dec 2003 02:53:43 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm092.vmadmin.com with SMTP; 24 Dec 2003 01:53:41 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 225649
From: Cell Phone <ComplimentaryCellPhone@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Cell Phone <ComplimentaryCellPhone225649@replies.virtumundo.com>
Subject: Complimentary Cell Phone for Jamila
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec24.025343-0500_est.216630-5225+22660@ams.ftl.affinity.com>
Date:Wed, 24 Dec 2003 02:53:42 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 24 06:37:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216630-5228>; Wed, 24 Dec 2003 02:54:27 -0500
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <221445-5226>; Wed, 24 Dec 2003 02:53:43 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 24 Dec 2003 01:53:41 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 225649
From: Cell Phone <ComplimentaryCellPhone@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Cell Phone <ComplimentaryCellPhone225649@replies.virtumundo.com>
Subject: Complimentary Cell Phone for Jay
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec24.025343-0500_est.221445-5226+22462@ams.ftl.affinity.com>
Date:Wed, 24 Dec 2003 02:53:43 -0500
```



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Jan 26 17:49:25 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <329217-7460>; Mon, 26 Jan 2004 20:02:31 -0500
Received: from vm208-21.adknow-net.com ([216.21.208.21]) by
ams.ftl.affinity.com with ESMTP id <332584-7456>; Mon, 26 Jan 2004 20:00:53
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-21.adknow-net.com with SMTP; 26 Jan 2004 19:00:50 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 351320
From: Cell Phone Accessories <CellPhonesYourWay@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return351320@replies.adknow-net.com
Subject: Accessorize your cell phone.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan26.200053-0500_est.332584-7456+3546@ams.ftl.affinity.com>
Date:Mon, 26 Jan 2004 20:00:53 -0500
```



 **If you would like to refer a friend information regarding this program,**

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to <u>http://www.virtumundo.com/change/</u> or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 09 23:07:20 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214992-4540>; Sun, 9 Nov 2003 23:10:29 -0500
Received: from vl208-53.vmlocal.com ([216.21.208.53]) by ams.ftl.affinity.com
with ESMTP id <216191-4536>; Sun, 9 Nov 2003 23:10:07 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-53.vmlocal.com with SMTP; 09 Nov 2003 22:09:53 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 194182
From: Cell Phone Giveaway <CellPhoneGiveaway194182@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cell Phone Giveaway <CellPhoneGiveaway194182@vmlocal.com>
Subject: Click today for a Free Cell Phone.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov9.231007-0500_est.216191-4536+7486@ams.ftl.affinity.com>
Date:Sun, 9 Nov 2003 23:10:05 -0500
```



**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you**

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Nov 09 14:42:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219570-26649>; Sun, 9 Nov 2003 17:33:19 -0500
Received: from vl208-59.vmlocal.com ([216.21.208.59]) by ams.ftl.affinity.com
with ESMTP id <219674-26635>; Sun, 9 Nov 2003 17:32:19 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-59.vmlocal.com with SMTP; 09 Nov 2003 16:32:14 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 194183
From: Cell Phone Giveaway <CellPhoneGiveaway194183@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cell Phone Giveaway <CellPhoneGiveaway194183@vmlocal.com>
Subject: Click today for a Free Cell Phone.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov9.173219-0500_est.219674-26635+5161@ams.ftl.affinity.com>
Date:Sun, 9 Nov 2003 17:32:18 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Jan 17 09:19:04 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <327507-23442>; Sat, 17 Jan 2004 11:37:06 -0500
Received: from vm208-35.adknow-net.com ([216.21.208.35]) by
ams.ftl.affinity.com with ESMTP id <327521-23447>; Sat, 17 Jan 2004 11:36:35
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-35.adknow-net.com with SMTP; 17 Jan 2004 10:36:32 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 343485
From: Cell Phone Giveaway <CellPhoneGiveaway@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return343485@replies.adknow-net.com
Subject: Stop wanting. Get your free cell phone today.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan17.113635-0500_est.327521-23447+2599@ams.ftl.affinity.com>
Date:Sat, 17 Jan 2004 11:36:35 -0500



If you would like to refer a friend information regarding this program,

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Jan 14 10:07:53 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2716620-31878>; Wed, 14 Jan 2004 11:46:37 -0500
Received: from vm208-10.adknow-net.com ([216.21.208.10]) by
ams.ftl.affinity.com with ESMTP id <2718267-31880>; Wed, 14 Jan 2004 11:45:52
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-10.adknow-net.com with SMTP; 14 Jan 2004 10:45:46 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 341633
From: Cell Phone Giveaway <CellPhoneGiveaway@adknow-net.com>
To:     Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return341633@replies.adknow-net.com
Subject: It goes where you go, and it's free.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan14.114552-0500_est.2718267-31880+19030@ams.ftl.affinity.com>
Date:Wed, 14 Jan 2004 11:45:52 -0500
```





**If you would like to refer a friend information regarding this program,**

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Jan 23 17:04:34 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3607141-26198>; Fri, 23 Jan 2004 20:01:30 -0500
Received: from vm208-25.adknow-net.com ([216.21.208.25]) by
ams.ftl.affinity.com with ESMTP id <3607522-26199>; Fri, 23 Jan 2004 20:00:45
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-25.adknow-net.com with SMTP; 23 Jan 2004 19:00:40 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 348315
From: Cell Phone Giveaway <CellPhoneGiveaway@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return348315@replies.adknow-net.com
Subject: Stop wanting. Get your free cell phone today.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.200045-0500_est.3607522-26199+32477@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 20:00:42 -0500
```



 **If you would like to refer a friend information regarding this program,**

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to <u>http://www.virtumundo.com/change/</u> or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Apr 22 09:05:51 2006
X-Persona: <Anthony>
Return-Path: <mailcenter344544@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 7584 invoked from network); 20 Apr 2006 14:33:26 -0600
Received: from vm-181-190.vm-mail.com (206.82.181.190)
  by chiefmusician.net with SMTP; 20 Apr 2006 14:33:26 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-190.vm-mail.com with SMTP; 20 Apr 2006 15:33:25 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 344544
From: Cellular Blowout <CellularBlowout@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344544@vm-rewards.com>
Subject: Hot new unlocked phones, cool accessories & more!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.4 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,HTML_WEB_BUGS,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,NORMAL_HTTP_TO_IP autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link





Wildcat Communications Group 29399 Agoura Rd, Suite 103 Agoura Hills, CA 91301

If you can not see our footer image, please visit here.

From ???@??? Fri Sep 01 10:50:47 2006
X-Persona: <2nd User>
Return-Path: <mailcenter361778@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 7331 invoked from network); 29 Aug 2006 09:55:32 -0600
Received: from static-vmg-181-45.vm-mail.com (HELO vm-181-45.vm-mail.com)
(206.82.181.45)
  by clrobin.com with SMTP; 29 Aug 2006 09:55:14 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-45.vm-mail.com with SMTP; 29 Aug 2006 10:55:09 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 361778
From: Cellular Blowout <CellularBlowout@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+361778@vm-rewards.com>
Subject: Get your limited edition gold D&G Motorazr
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=DATE_MISSING,HTML_50_60,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
        HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63


Images not loading? View this offer by visiting this link





If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo,
visit this link

Wildcat Communications Group 29399 Agoura Rd, Suite 103 Agoura Hills, CA 91301

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West
110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving
further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The
products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about
this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.



```
From ???@??? Tue May 11 06:39:10 2004
Return-Path: <mailcenter308401@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 26324 invoked by uid 10003); 11 May 2004 06:10:21 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 26314 invoked from network); 11 May 2004 06:10:20 -0000
Received: from unknown (HELO vm211.vmadmin.com) (216.64.222.211)
   by ns48.webmasters.com with SMTP; 11 May 2004 06:10:20 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm211.vmadmin.com with SMTP; 11 May 2004 01:20:09 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911 1109
X-MailingID: 308401
From: Centennial <CentennialGold@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Centennial <CentennialGold308401@replies.virtumundo.com>
Subject: Your Centennial Gold MasterCard Application
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Dear {$FirstName}$





 **First Premier Bank 900 W. Delaware St., Sioux Falls, SD 57104**

```
From ???@??? Tue May 11 06:39:09 2004
Return-Path: <mailcenter308401@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 26301 invoked by uid 10003); 11 May 2004 06:10:19 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 26298 invoked from network); 11 May 2004 06:10:19 -0000
Received: from unknown (HELO vm211.vmadmin.com) (216.64.222.211)
   by ns48.webmasters.com with SMTP; 11 May 2004 06:10:19 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm211.vmadmin.com with SMTP; 11 May 2004 01:20:09 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 308401
From: Centennial <CentennialGold@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Centennial <CentennialGold308401@replies.virtumundo.com>
Subject: Your Centennial Gold MasterCard Application
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Dear {$FirstName}$







**First Premier Bank 900 W. Delaware St., Sioux Falls, SD 57104**

```
From ???@??? Tue May 11 06:39:09 2004
Return-Path: <mailcenter308401@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 26308 invoked by uid 10003); 11 May 2004 06:10:19 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 26302 invoked from network); 11 May 2004 06:10:19 -0000
Received: from unknown (HELO vm211.vmadmin.com) (216.64.222.211)
   by ns48.webmasters.com with SMTP; 11 May 2004 06:10:19 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm211.vmadmin.com with SMTP; 11 May 2004 01:20:09 -0500
X-ClientHost:
106097109105108097064103111114100111101191111141071150460991111109
X-MailingID: 308401
From: Centennial <CentennialGold@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Centennial <CentennialGold308401@replies.virtumundo.com>
Subject: Your Centennial Gold MasterCard Application
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Dear {$FirstName}$





 **First Premier Bank 900 W. Delaware St., Sioux Falls, SD 57104**

```
From ???@??? Tue May 11 06:39:10 2004
Return-Path: <mailcenter308401@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 26318 invoked by uid 10003); 11 May 2004 06:10:20 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 26309 invoked from network); 11 May 2004 06:10:20 -0000
Received: from unknown (HELO vm211.vmadmin.com) (216.64.222.211)
   by ns48.webmasters.com with SMTP; 11 May 2004 06:10:20 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm211.vmadmin.com with SMTP; 11 May 2004 01:20:09 -0500
X-ClientHost: 1060971210641031111410011111011911111410711504609911109
X-MailingID: 308401
From: Centennial <CentennialGold@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Centennial <CentennialGold308401@replies.virtumundo.com>
Subject: Your Centennial Gold MasterCard Application
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Dear {$FirstName}$





---


 **First Premier Bank 900 W. Delaware St., Sioux Falls, SD 57104**

```
From ???@??? Sun Apr 18 23:03:34 2004
Return-Path: <mailcenter308132@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 10522 invoked by uid 10003); 19 Apr 2004 04:33:10 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 10519 invoked from network); 19 Apr 2004 04:33:10 -0000
Received: from unknown (HELO vm125.vmadmin.com) (216.64.222.125)
   by ns48.webmasters.com with SMTP; 19 Apr 2004 04:33:10 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm125.vmadmin.com with SMTP; 18 Apr 2004 23:38:35 -0500
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 308132
From: Centennial Credit Department  <CentennialCredit@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Centennial Credit Department
<CentennialCredit308132@replies.virtumundo.com>
Subject: Rebuild the Credit You Deserve!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



First Premier Bank, 900 W. Delaware St., Sioux Falls, SD 57104

```
From ???@??? Sun Apr 18 23:03:34 2004
Return-Path: <mailcenter308132@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 10529 invoked by uid 10003); 19 Apr 2004 04:33:11 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 10526 invoked from network); 19 Apr 2004 04:33:10 -0000
Received: from unknown (HELO vm125.vmadmin.com) (216.64.222.125)
  by ns48.webmasters.com with SMTP; 19 Apr 2004 04:33:10 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm125.vmadmin.com with SMTP; 18 Apr 2004 23:38:35 -0500
X-ClientHost: 10609712106410311114100111110119111114107115046099111109
X-MailingID: 308132
From: Centennial Credit Department  <CentennialCredit@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Centennial Credit Department
<CentennialCredit308132@replies.virtumundo.com>
Subject: Rebuild the Credit You Deserve!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



 **First Premier Bank, 900 W. Delaware St., Sioux Falls, SD 57104**

```
From ???@??? Sun Apr 18 23:03:34 2004
Return-Path: <mailcenter308132@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 10536 invoked by uid 10003); 19 Apr 2004 04:33:11 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 10533 invoked from network); 19 Apr 2004 04:33:11 -0000
Received: from unknown (HELO vm125.vmadmin.com) (216.64.222.125)
  by ns48.webmasters.com with SMTP; 19 Apr 2004 04:33:11 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm125.vmadmin.com with SMTP; 18 Apr 2004 23:38:35 -0500
X-ClientHost:
106111110097116104097110064103111114100111101191111141071150460991 11109
X-MailingID: 308132
From: Centennial Credit Department  <CentennialCredit@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Centennial Credit Department
<CentennialCredit308132@replies.virtumundo.com>
Subject: Rebuild the Credit You Deserve!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

First Premier Bank, 900 W. Delaware St., Sioux Falls, SD 57104

```
From ???@??? Sun Apr 18 23:03:34 2004
Return-Path: <mailcenter308132@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 10515 invoked by uid 10003); 19 Apr 2004 04:33:10 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 10512 invoked from network); 19 Apr 2004 04:33:10 -0000
Received: from unknown (HELO vm125.vmadmin.com) (216.64.222.125)
   by ns48.webmasters.com with SMTP; 19 Apr 2004 04:33:10 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm125.vmadmin.com with SMTP; 18 Apr 2004 23:38:35 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 308132
From: Centennial Credit Department <CentennialCredit@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Centennial Credit Department
<CentennialCredit308132@replies.virtumundo.com>
Subject: Rebuild the Credit You Deserve!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



 First Premier Bank, 900 W. Delaware St., Sioux Falls, SD 57104

```
From ???@??? Sun Mar 19 11:33:46 2006
X-Persona: <RCW>
Return-Path: <mailcenter340182@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 8516 invoked from network); 19 Mar 2006 10:39:26 -0600
Received: from vm-180-165.vm-mail.com (206.82.180.165)
   by xj4x4.net with SMTP; 19 Mar 2006 10:39:25 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-165.vm-mail.com with SMTP; 19 Mar 2006 10:39:13 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 340182
From:  Cheap Cars <CheapCars@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340182@vm-rewards.com>
Subject: Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---

 **Bargain Network, Inc., 326 Bollary Dr, Goleta, CA 93117**

     **If you can not see our footer image, please visit here.**

```
From ???@??? Sun Mar 19 09:33:34 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340182@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 8611 invoked from network); 19 Mar 2006 09:31:09 -0600
Received: from vm-181-10.vm-mail.com (206.82.181.10)
   by omniinnovations.com with SMTP; 19 Mar 2006 09:31:09 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-10.vm-mail.com with SMTP; 19 Mar 2006 09:30:54 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 340182
From: Cheap Cars <CheapCars@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340182@vm-rewards.com>
Subject: Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.3 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**Bargain Network, Inc., 326 Bollary Dr, Goleta, CA 93117**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Mar 19 09:33:34 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340182@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 9760 invoked from network); 19 Mar 2006 09:31:10 -0600
Received: from vm-181-10.vm-mail.com (206.82.181.10)
  by omniinnovations.com with SMTP; 19 Mar 2006 09:31:09 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-10.vm-mail.com with SMTP; 19 Mar 2006 09:30:54 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 340182
From: Cheap Cars <CheapCars@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340182@vm-rewards.com>
Subject: Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.3 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**Bargain Network, Inc., 326 Bollary Dr, Goleta, CA 93117**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Mar 19 09:33:34 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340182@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 10500 invoked from network); 19 Mar 2006 09:31:11 -0600
Received: from vm-181-10.vm-mail.com (206.82.181.10)
  by omniinnovations.com with SMTP; 19 Mar 2006 09:31:10 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-10.vm-mail.com with SMTP; 19 Mar 2006 09:30:55 -0600
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710804609911109
X-MailingID: 340182
From: Cheap Cars <CheapCars@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340182@vm-rewards.com>
Subject: Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.3 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



**Bargain Network, Inc., 326 Bollary Dr, Goleta, CA 93117**

If you can not see our footer image, please visit here.

```
From ???@??? Sun Mar 19 09:33:34 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340182@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 11490 invoked from network); 19 Mar 2006 09:31:13 -0600
Received: from vm-181-10.vm-mail.com (206.82.181.10)
  by omniinnovations.com with SMTP; 19 Mar 2006 09:31:12 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-10.vm-mail.com with SMTP; 19 Mar 2006 09:30:55 -0600
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 340182
From: Cheap Cars <CheapCars@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340182@vm-rewards.com>
Subject: Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.3 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**Bargain Network, Inc., 326 Bollary Dr, Goleta, CA 93117**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Mar 19 09:33:34 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340182@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 12580 invoked from network); 19 Mar 2006 09:31:14 -0600
Received: from vm-181-10.vm-mail.com (206.82.181.10)
  by omniinnovations.com with SMTP; 19 Mar 2006 09:31:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-10.vm-mail.com with SMTP; 19 Mar 2006 09:30:55 -0600
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 340182
From: Cheap Cars <CheapCars@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340182@vm-rewards.com>
Subject: Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.3 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**Bargain Network, Inc., 326 Bollary Dr, Goleta, CA 93117**

**If you can not see our footer image, please visit here.**

From ???@??? Sun Mar 19 09:27:44 2006
X-Persona: <Jay>
Return-Path: <mailcenter340182@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 11460 invoked from network); 19 Mar 2006 09:22:51 -0600
Received: from vm-180-251.vm-mail.com (206.82.180.251)
  by omniinnovations.com with SMTP; 19 Mar 2006 09:22:50 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-251.vm-mail.com with SMTP; 19 Mar 2006 09:22:39 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 340182
From: Cheap Cars <CheapCars@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340182@vm-rewards.com>
Subject: Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.3 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63


Images not loading? View this offer by visiting this link



**Bargain Network, Inc., 326 Bollary Dr, Goleta, CA 93117**

If you can not see our footer image, please visit here.

```
From ???@??? Sun Mar 19 09:26:14 2006
X-Persona: <Jon>
Return-Path: <mailcenter340182@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 11490 invoked from network); 19 Mar 2006 09:22:51 -0600
Received: from vm-180-2.vm-mail.com (206.82.180.2)
   by gordonworks.com with SMTP; 19 Mar 2006 09:22:50 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-2.vm-mail.com with SMTP; 19 Mar 2006 09:22:39 -0600
X-ClientHost: 10611111006410609712110709712115112108097099101046099111109
X-MailingID: 340182
From: Cheap Cars <CheapCars@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340182@vm-rewards.com>
Subject: *****SPAM***** Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link




 **Bargain Network, Inc., 326 Bollary Dr, Goleta, CA 93117**


       **If you can not see our footer image, please visit here.**

```
From ???@??? Sun Mar 19 09:24:35 2006
X-Persona: <Celia>
Return-Path: <mailcenter340182@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 15264 invoked from network); 19 Mar 2006 10:14:53 -0600
Received: from vm-180-79.vm-mail.com (206.82.180.79)
   by celiajay.com with SMTP; 19 Mar 2006 10:14:53 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-79.vm-mail.com with SMTP; 19 Mar 2006 10:14:42 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 340182
From: Cheap Cars <CheapCars@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340182@vm-rewards.com>
Subject: *****SPAM***** Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset


Images not loading? View this offer by visiting this link
```



 **Bargain Network, Inc., 326 Bollary Dr, Goleta, CA 93117**

 **If you can not see our footer image, please visit here.**

```
From ???@??? Sun Mar 19 09:24:31 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter340182@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 8992 invoked from network); 19 Mar 2006 09:21:28 -0600
Received: from vm-180-103.vm-mail.com (206.82.180.103)
   by jaycelia.com with SMTP; 19 Mar 2006 09:21:25 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-103.vm-mail.com with SMTP; 19 Mar 2006 09:21:13 -0600
X-ClientHost:
10610510906410511610010510010110111161011101001141051031041160460
99111109
X-MailingID: 340182
From:  Cheap Cars <CheapCars@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340182@vm-rewards.com>
Subject: Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---

 **Bargain Network, Inc., 326 Bollary Dr, Goleta, CA 93117**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Mar 18 12:57:43 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340132@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 576 invoked from network); 17 Mar 2006 11:30:03 -0600
Received: from vm-180-126.vm-mail.com (206.82.180.126)
  by jaykaysplace.com with SMTP; 17 Mar 2006 11:30:01 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-126.vm-mail.com with SMTP; 17 Mar 2006 11:29:40 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 340132
From: Cheap Cars <CheapCars@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340132@vm-rewards.com>
Subject: Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



---



Bargain Network, Inc., 326 Bollay Drive, Goleta, CA 93117

If you can not see our footer image, please visit here.

```
From ???@??? Sat Mar 18 12:57:43 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340132@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 3106 invoked from network); 17 Mar 2006 11:30:08 -0600
Received: from vm-180-126.vm-mail.com (206.82.180.126)
  by jaykaysplace.com with SMTP; 17 Mar 2006 11:30:07 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-126.vm-mail.com with SMTP; 17 Mar 2006 11:29:40 -0600
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 340132
From: Cheap Cars <CheapCars@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340132@vm-rewards.com>
Subject: Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

**Images not loading? View this offer by visiting this link**



---

Bargain Network, Inc., 326 Bollay Drive, Goleta, CA 93117

If you can not see our footer image, please visit here.

From ???@??? Sun Mar 12 19:54:13 2006
X-Persona: <Mila>
Return-Path: <mailcenter339858@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sat, 11 Mar 2006 10:51:59 -0600
From: Cheap Cars <CheapCars@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Find cars from $500
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.2 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4413002F.9A18D18B"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9667&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'9667&e=mila@jammtomm.com
  URI:http://ogy.cc/vapoas/bn_motors_500x400_02.gif [...]

Content analysis details:   (11.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
              [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 10210 invoked from network); 11 Mar 2006 10:51:52 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by chiefmusician.net with SMTP; 11 Mar 2006 10:51:50 -0600

```
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 11 Mar 2006 10:51:27 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 339858
From:  Cheap Cars <CheapCars@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339858@vm-rewards.com>
Subject: Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Find cars
from $3.htm"
```

```
From ???@??? Sun Mar 12 11:44:21 2006
X-Persona: <Jay>
Return-Path: <mailcenter339858@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 20643 invoked from network); 11 Mar 2006 10:52:14 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by jaycelia.com with SMTP; 11 Mar 2006 10:52:11 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 11 Mar 2006 10:51:42 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 339858
From: Cheap Cars <CheapCars@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339858@vm-rewards.com>
Subject: *****SPAM***** Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]


Images not loading? View this offer by visiting this link
```




 **Bargain Network, Inc., 326 Bollary Dr, Goleta, CA 93117**


**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Mar 12 11:44:08 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter339858@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 29796 invoked from network); 11 Mar 2006 10:47:26 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by anthonycentral.com with SMTP; 11 Mar 2006 10:47:25 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 11 Mar 2006 10:47:13 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 339858
From:  Cheap Cars <CheapCars@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339858@vm-rewards.com>
Subject: Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---



Bargain Network, Inc., 326 Bollary Dr, Goleta, CA 93117

If you can not see our footer image, please visit here.

```
From ???@??? Sun Mar 12 11:41:47 2006
X-Persona: <Celia>
Return-Path: <mailcenter339858@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 22787 invoked from network); 11 Mar 2006 09:14:55 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by ehahome.com with SMTP; 11 Mar 2006 09:14:52 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 11 Mar 2006 09:14:21 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 339858
From: Cheap Cars <CheapCars@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339858@vm-rewards.com>
Subject: *****SPAM***** Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link




**Bargain Network, Inc., 326 Bollary Dr, Goleta, CA 93117**


**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Mar 11 22:46:27 2006
X-Persona: <RCW>
Return-Path: <mailcenter339858@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 3809 invoked from network); 11 Mar 2006 08:30:10 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by clrobin.com with SMTP; 11 Mar 2006 08:30:08 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 11 Mar 2006 08:29:53 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 339858
From:  Cheap Cars <CheapCars@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339858@vm-rewards.com>
Subject: Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---

Bargain Network, Inc., 326 Bollary Dr, Goleta, CA 93117

If you can not see our footer image, please visit here.

```
From ???@??? Sat Mar 11 17:00:05 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter339858@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 18464 invoked from network); 11 Mar 2006 10:52:07 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by xj4x4.net with SMTP; 11 Mar 2006 10:52:05 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 11 Mar 2006 10:51:43 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010046099111109
X-MailingID: 339858
From: Cheap Cars <CheapCars@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339858@vm-rewards.com>
Subject: *****SPAM***** Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link



 **Bargain Network, Inc., 326 Bollary Dr, Goleta, CA 93117**

 **If you can not see our footer image, please visit here.**

```
From ???@??? Sun Mar 05 12:03:07 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter339372@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 4164 invoked from network); 3 Mar 2006 03:57:37 -0600
Received: from vm-180-192.vm-mail.com (206.82.180.192)
  by gordonworks.com with SMTP; 3 Mar 2006 03:57:37 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-192.vm-mail.com with SMTP; 03 Mar 2006 03:57:25 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 339372
From:  Cheap Cars <CheapCars@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339372@vm-rewards.com>
Subject: Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---

 Bargain Network, Inc., 326 Bollary Dr, Goleta, CA 93117

If you can not see our footer image, please visit here.

From ???@??? Sat Mar 04 14:40:18 2006
X-Persona: <Mila>
Return-Path: <mailcenter339372@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 03 Mar 2006 04:07:08 -0600
From: Cheap Cars <CheapCars@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Find cars from $500
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4408154C.6AB92398"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9447&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'9447&e=mila@jammtomm.com
  URI:http://ogy.cc/vapoas/bn_motors_500x400_02.gif [...]

Content analysis details:   (7.1 points, 7.0 required)

 pts rule name                description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 HTML_70_80              BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 18689 invoked from network); 3 Mar 2006 03:58:11 -0600
Received: from vm-180-160.vm-mail.com (206.82.180.160)
  by gordonworks.com with SMTP; 3 Mar 2006 03:58:10 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-160.vm-mail.com with SMTP; 03 Mar 2006 03:57:58 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109

```
X-MailingID: 339372
From:  Cheap Cars <CheapCars@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339372@vm-rewards.com>
Subject: Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

```
Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Find cars
from $2.htm"
```

```
From ???@??? Fri Mar 03 14:23:48 2006
X-Persona: <Celia>
Return-Path: <mailcenter339372@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 13216 invoked from network); 3 Mar 2006 05:22:19 -0600
Received: from vm-180-75.vm-mail.com (206.82.180.75)
   by gnwalpha.org with SMTP; 3 Mar 2006 05:22:04 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-75.vm-mail.com with SMTP; 03 Mar 2006 05:21:49 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 339372
From: Cheap Cars <CheapCars@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339372@vm-rewards.com>
Subject: *****SPAM***** Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

**Images not loading? View this offer by visiting this link**



**Bargain Network, Inc., 326 Bollary Dr, Goleta, CA 93117**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Mar 03 14:23:46 2006
X-Persona: <Jay>
Return-Path: <mailcenter339372@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 22240 invoked from network); 3 Mar 2006 03:58:21 -0600
Received: from vm-180-90.vm-mail.com (206.82.180.90)
  by clrobin.com with SMTP; 3 Mar 2006 03:58:20 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-90.vm-mail.com with SMTP; 03 Mar 2006 03:58:02 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 339372
From: Cheap Cars <CheapCars@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339372@vm-rewards.com>
Subject: *****SPAM***** Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset


Images not loading? View this offer by visiting this link
```



 **Bargain Network, Inc., 326 Bollary Dr, Goleta, CA 93117**

 **If you can not see our footer image, please visit here.**

```
From ???@??? Fri Mar 03 14:22:02 2006
X-Persona: <Jon>
Return-Path: <mailcenter339372@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 22466 invoked from network); 3 Mar 2006 03:58:21 -0600
Received: from vm-180-91.vm-mail.com (206.82.180.91)
  by xj4x4.net with SMTP; 3 Mar 2006 03:58:21 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-91.vm-mail.com with SMTP; 03 Mar 2006 03:58:02 -0600
X-ClientHost: 10611111006410609712110709712115112108097099101046099111109
X-MailingID: 339372
From: Cheap Cars <CheapCars@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339372@vm-rewards.com>
Subject: *****SPAM***** Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset


Images not loading? View this offer by visiting this link
```



**Bargain Network, Inc., 326 Bollary Dr, Goleta, CA 93117**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Mar 03 08:25:19 2006
X-Persona: <RCW>
Return-Path: <mailcenter339372@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 20612 invoked from network); 3 Mar 2006 05:21:18 -0600
Received: from vm-180-223.vm-mail.com (206.82.180.223)
   by gnwalpha.org with SMTP; 3 Mar 2006 05:21:09 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-223.vm-mail.com with SMTP; 03 Mar 2006 05:19:46 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 339372
From:  Cheap Cars <CheapCars@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339372@vm-rewards.com>
Subject: Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---

**Bargain Network, Inc., 326 Bollary Dr, Goleta, CA 93117**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 28 17:34:22 2006
X-Persona: <Mila>
Return-Path: <mailcenter338808@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 23 Feb 2006 18:35:30 -0600
From: Cheap Cars <CheapCars@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Find cars from $500
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43FE54D2.2ED390D3"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9041&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'9041&e=mila@jammtomm.com
  URI:http://ogy.cc/vapoas/bn_motors_500x400_02.gif [...]

Content analysis details:   (7.1 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 HTML_70_80              BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 25952 invoked from network); 23 Feb 2006 18:35:23 -0600
Received: from vm-180-21.vm-mail.com (206.82.180.21)
  by omniinnovations.com with SMTP; 23 Feb 2006 18:35:23 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-21.vm-mail.com with SMTP; 23 Feb 2006 18:35:06 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109

```
X-MailingID: 338808
From:  Cheap Cars <CheapCars@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338808@vm-rewards.com>
Subject: Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Find cars
from $1.htm"
```

```
From ???@??? Sun Feb 26 09:19:10 2006
X-Persona: <Celia>
Return-Path: <mailcenter338808@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 14081 invoked from network); 24 Feb 2006 04:56:49 -0600
Received: from vm-180-80.vm-mail.com (206.82.180.80)
  by gordonworks.com with SMTP; 24 Feb 2006 04:56:46 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-80.vm-mail.com with SMTP; 24 Feb 2006 04:56:22 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 338808
From: Cheap Cars <CheapCars@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338808@vm-rewards.com>
Subject: *****SPAM***** Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        * 1.0 DATE_MISSING Missing Date: header
        * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.0 HTML_MESSAGE BODY: HTML included in message
        * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset


Images not loading? View this offer by visiting this link
```



 **Bargain Network, Inc., 326 Bollary Dr, Goleta, CA 93117**

 **If you can not see our footer image, please visit here.**

From ???@??? Sun Feb 26 09:19:00 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter338808@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 17698 invoked from network); 23 Feb 2006 23:02:29 -0600
Received: from vm-180-13.vm-mail.com (206.82.180.13)
  by chiefmusician.net with SMTP; 23 Feb 2006 23:02:28 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-13.vm-mail.com with SMTP; 23 Feb 2006 18:05:43 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 338808
From:  Cheap Cars <CheapCars@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338808@vm-rewards.com>
Subject: Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



---



**Bargain Network, Inc., 326 Bollary Dr, Goleta, CA 93117**

If you can not see our footer image, please visit here.

From ???@??? Fri Feb 24 08:33:46 2006
X-Persona: <RCW>
Return-Path: <mailcenter338808@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 16576 invoked from network); 24 Feb 2006 08:22:41 -0600
Received: from vm-180-98.vm-mail.com (206.82.180.98)
   by jaykaysplace.com with SMTP; 24 Feb 2006 08:22:35 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-98.vm-mail.com with SMTP; 24 Feb 2006 08:21:59 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 338808
From:  Cheap Cars <CheapCars@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338808@vm-rewards.com>
Subject: Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



---

Bargain Network, Inc., 326 Bollary Dr, Goleta, CA 93117

If you can not see our footer image, please visit here.

```
From ???@??? Thu Feb 23 18:00:24 2006
X-Persona: <Jay>
Return-Path: <mailcenter338808@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 31648 invoked from network); 23 Feb 2006 18:36:21 -0600
Received: from vm-180-34.vm-mail.com (206.82.180.34)
  by jaykaysplace.com with SMTP; 23 Feb 2006 18:36:21 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-34.vm-mail.com with SMTP; 23 Feb 2006 18:35:54 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 338808
From: Cheap Cars <CheapCars@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338808@vm-rewards.com>
Subject: *****SPAM***** Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset


Images not loading? View this offer by visiting this link
```




**Bargain Network, Inc., 326 Bollary Dr, Goleta, CA 93117**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Feb 23 17:57:24 2006
X-Persona: <Jon>
Return-Path: <mailcenter338808@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 8896 invoked from network); 23 Feb 2006 18:36:39 -0600
Received: from vm-180-143.vm-mail.com (206.82.180.143)
  by omniinnovations.com with SMTP; 23 Feb 2006 18:36:37 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-143.vm-mail.com with SMTP; 23 Feb 2006 18:36:09 -0600
X-ClientHost: 10611111006410609712110709712115112108097099101046099111109
X-MailingID: 338808
From: Cheap Cars <CheapCars@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338808@vm-rewards.com>
Subject: *****SPAM***** Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



**Bargain Network, Inc., 326 Bollary Dr, Goleta, CA 93117**

**If you can not see our footer image, please visit here.**

From ???@??? Mon Mar 20 19:32:53 2006
X-Persona: <Mila>
Return-Path: <mailcenter340182@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sun, 19 Mar 2006 09:22:44 -0600
From: Cheap Cars <CheapCars@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Find cars from $500
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.7 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_441D7744.67438A56"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9973&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'9973&e=mila@jammtomm.com
  URI:http://ogy.cc/vapoas/bn_motors_500x400_02.gif [...]

Content analysis details:   (9.7 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 9186 invoked from network); 19 Mar 2006 09:22:42 -0600
Received: from vm-180-110.vm-mail.com (206.82.180.110)
  by celiajay.com with SMTP; 19 Mar 2006 09:22:42 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-110.vm-mail.com with SMTP; 19 Mar 2006 09:22:29 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109

```
X-MailingID: 340182
From:  Cheap Cars <CheapCars@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340182@vm-rewards.com>
Subject: Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Find cars
from $4.htm"
```