```
From ???@??? Sun Nov 16 20:48:24 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217162-11370>; Sun, 16 Nov 2003 22:12:17 -0500
Received: from vl208-33.vmlocal.com ([216.21.208.33]) by ams.ftl.affinity.com
with ESMTP id <218449-11398>; Sun, 16 Nov 2003 22:11:28 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-33.vmlocal.com with SMTP; 16 Nov 2003 21:11:23 -0600
X-ClientHost: 10209712110106410311111410011110119111114107115046099111109
X-MailingID: 199282
From: Contact Lenses <LocateContactLenses199282@vmlocal.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Contact Lenses <LocateContactLenses199282@vmlocal.com>
Subject: Contact Lenses for your tired eyes.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov16.221128-0500_est.218449-11398+39193@ams.ftl.affinity.com>
Date:Sun, 16 Nov 2003 22:11:28 -0500
```



Dockets.Justia.com

**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 16 17:21:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217222-21279>; Sun, 16 Nov 2003 17:12:58 -0500
Received: from vl208-56.vmlocal.com ([216.21.208.56]) by ams.ftl.affinity.com
with ESMTP id <217316-21278>; Sun, 16 Nov 2003 17:12:05 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-56.vmlocal.com with SMTP; 16 Nov 2003 16:11:56 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 199286
From: Contact Lenses <LocateContactLenses199286@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Contact Lenses <LocateContactLenses199286@vmlocal.com>
Subject: Find contact lenses online.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov16.171205-0500_est.217316-21278+36887@ams.ftl.affinity.com>
Date:Sun, 16 Nov 2003 17:12:04 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Nov 19 15:48:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214537-24921>; Wed, 19 Nov 2003 15:19:35 -0500
Received: from vl208-74.vmlocal.com ([216.21.208.74]) by ams.ftl.affinity.com
with ESMTP id <219226-24917>; Wed, 19 Nov 2003 15:18:50 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-74.vmlocal.com with SMTP; 19 Nov 2003 14:18:41 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 201404
From: Contact Lenses <LocateContactLenses201404@vmlocal.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Contact Lenses <LocateContactLenses201404@vmlocal.com>
Subject: Clearly the Best Way to Get Your Contact Lenses.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov19.151850-0500_est.219226-24917+5099@ams.ftl.affinity.com>
Date:Wed, 19 Nov 2003 15:18:50 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Nov 19 15:48:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <219225-24921>; Wed, 19 Nov
2003 15:19:35 -0500
Received: from vl208-74.vmlocal.com ([216.21.208.74]) by ams.ftl.affinity.com
with ESMTP id <219231-24916>; Wed, 19 Nov 2003 15:18:52 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-74.vmlocal.com with SMTP; 19 Nov 2003 14:18:41 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 201404
From: Contact Lenses <LocateContactLenses201404@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Contact Lenses <LocateContactLenses201404@vmlocal.com>
Subject: Clearly the Best Way to Get Your Contact Lenses.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov19.151852-0500_est.219231-24916+4774@ams.ftl.affinity.com>
Date:Wed, 19 Nov 2003 15:18:51 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Jan 08 14:58:51 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <216693-1120>; Thu, 8 Jan 2004
17:44:42 -0500
Received: from vm217-196.vmlocal.com ([216.21.217.196]) by
ams.ftl.affinity.com with ESMTP id <217735-1121>; Thu, 8 Jan 2004 17:43:36
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm217-196.vmlocal.com with SMTP; 08 Jan 2004 16:43:35 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 238034
From: Contact Lenses <LocateContactLenses@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Contact Lenses <LocateContactLenses238034@vmlocal.com>
Subject: Contact Lenses for your tired eyes.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan8.174336-0500_est.217735-1121+13304@ams.ftl.affinity.com>
Date:Thu, 8 Jan 2004 17:43:36 -0500



Tired of trying to bring your world into focus? For clearer vision there's a
clear choice. Find the contact lenses you need here.

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Jan 08 14:58:51 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214532-1120>; Thu, 8 Jan 2004 17:44:42 -0500
Received: from vm217-196.vmlocal.com ([216.21.217.196]) by
ams.ftl.affinity.com with ESMTP id <217365-1120>; Thu, 8 Jan 2004 17:43:36
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm217-196.vmlocal.com with SMTP; 08 Jan 2004 16:43:35 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 238034
From: Contact Lenses <LocateContactLenses@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Contact Lenses <LocateContactLenses238034@vmlocal.com>
Subject: Contact Lenses for your tired eyes.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan8.174336-0500_est.217365-1120+13999@ams.ftl.affinity.com>
Date:Thu, 8 Jan 2004 17:43:35 -0500
```



**Tired of trying to bring your world into focus? For clearer vision there's a clear choice. Find the contact lenses you need here.**

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Jan 08 13:34:20 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214572-30997>; Thu, 8 Jan 2004 15:40:16 -0500
Received: from vm209-237.vmlocal.com ([216.21.209.237]) by
ams.ftl.affinity.com with ESMTP id <216770-31000>; Thu, 8 Jan 2004 15:39:25
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-237.vmlocal.com with SMTP; 08 Jan 2004 14:39:22 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 238036
From: Contact Lenses <LocateContactLenses@vmlocal.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Contact Lenses <LocateContactLenses238036@vmlocal.com>
Subject: Clearly the Best Way to Get Your Contact Lenses.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan8.153925-0500_est.216770-31000+29997@ams.ftl.affinity.com>
Date:Thu, 8 Jan 2004 15:39:25 -0500



Tired of trying to bring your world into focus? For clearer vision there's a
clear choice. Find the contact lenses you need here.

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Jan 07 16:34:17 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <237252-26929>; Wed, 7 Jan 2004 19:28:52 -0500
Received: from vm209-223.vmlocal.com ([216.21.209.223]) by
ams.ftl.affinity.com with ESMTP id <237208-26931>; Wed, 7 Jan 2004 19:27:59
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-223.vmlocal.com with SMTP; 07 Jan 2004 18:27:58 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 237421
From: Contact Lenses <LocateContactLenses@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Contact Lenses <LocateContactLenses237421@vmlocal.com>
Subject: Clearly the Best Way to Get Your Contact Lenses.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan7.192759-0500_est.237208-26931+15880@ams.ftl.affinity.com>
Date:Wed, 7 Jan 2004 19:27:59 -0500
```



**Tired of trying to bring your world into focus? For clearer vision there's a clear choice. Find the contact lenses you need here.**

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Dec 29 21:17:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <465200-26630>; Mon, 29 Dec 2003 17:42:40 -0500
Received: from vm209-192.vmlocal.com ([216.21.209.192]) by
ams.ftl.affinity.com with ESMTP id <469963-26630>; Mon, 29 Dec 2003 17:33:27
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-192.vmlocal.com with SMTP; 29 Dec 2003 16:33:24 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 231261
From: Contact Lenses <LocateContactLenses@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Contact Lenses <LocateContactLenses231261@vmlocal.com>
Subject: See your way to new Contact Lenses.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec29.173327-0500_est.469963-26630+5662@ams.ftl.affinity.com>
Date:Mon, 29 Dec 2003 17:33:27 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Dec 29 12:31:47 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <3559095-1096>; Mon, 29 Dec 2003 15:12:26 -0500
Received: from vm209-199.vmlocal.com ([216.21.209.199]) by
ams.ftl.affinity.com with ESMTP id <3561142-1099>; Mon, 29 Dec 2003 15:11:42
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-199.vmlocal.com with SMTP; 29 Dec 2003 14:11:39 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 231263
From: Contact Lenses <LocateContactLenses@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Contact Lenses <LocateContactLenses231263@vmlocal.com>
Subject: See your way to new Contact Lenses.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec29.151142-0500_est.3561142-1099+15797@ams.ftl.affinity.com>
Date:Mon, 29 Dec 2003 15:11:41 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Dec 29 12:31:47 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <3558698-1097>; Mon, 29 Dec
2003 15:13:03 -0500
Received: from vm209-199.vmlocal.com ([216.21.209.199]) by
ams.ftl.affinity.com with ESMTP id <3565180-1099>; Mon, 29 Dec 2003 15:11:46
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-199.vmlocal.com with SMTP; 29 Dec 2003 14:11:39 -0600
X-ClientHost:
106111110097116104097110064103111114100111101191111141071150460991111109
X-MailingID: 231263
From: Contact Lenses <LocateContactLenses@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Contact Lenses <LocateContactLenses231263@vmlocal.com>
Subject: See your way to new Contact Lenses.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec29.151146-0500_est.3565180-1099+15798@ams.ftl.affinity.com>
Date:Mon, 29 Dec 2003 15:11:41 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Dec 29 12:31:47 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3557716-1099>; Mon, 29 Dec 2003 15:12:26 -0500
Received: from vm209-199.vmlocal.com ([216.21.209.199]) by
ams.ftl.affinity.com with ESMTP id <3565292-1097>; Mon, 29 Dec 2003 15:11:42
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-199.vmlocal.com with SMTP; 29 Dec 2003 14:11:39 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 231263
From: Contact Lenses <LocateContactLenses@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Contact Lenses <LocateContactLenses231263@vmlocal.com>
Subject: See your way to new Contact Lenses.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec29.151142-0500_est.3565292-1097+15387@ams.ftl.affinity.com>
Date:Mon, 29 Dec 2003 15:11:40 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 28 15:17:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <243757-21657>; Sun, 28 Dec 2003 17:26:04 -0500
Received: from vm209-244.vmlocal.com ([216.21.209.244]) by
ams.ftl.affinity.com with ESMTP id <243978-21659>; Sun, 28 Dec 2003 17:24:46
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-244.vmlocal.com with SMTP; 28 Dec 2003 16:24:44 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 230310
From: Contact Lenses <LocateContactLenses@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Contact Lenses <LocateContactLenses230310@vmlocal.com>
Subject: Need new contact lenses?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec28.172446-0500_est.243978-21659+50891@ams.ftl.affinity.com>
Date:Sun, 28 Dec 2003 17:24:45 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 03 15:58:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217100-16034>; Wed, 3 Dec 2003 17:27:05 -0500
Received: from vl208-45.vmlocal.com ([216.21.208.45]) by ams.ftl.affinity.com
with ESMTP id <220596-16024>; Wed, 3 Dec 2003 16:13:40 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-45.vmlocal.com with SMTP; 03 Dec 2003 15:12:29 -0600
X-ClientHost: 1060971210641031111410011110119111114107115046099111109
X-MailingID: 210959
From: Contact Lenses <LocateContactLenses@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Contact Lenses <LocateContactLenses210959@vmlocal.com>
Subject: Contact Lenses for your tired eyes.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec3.161340-0500_est.220596-16024+15558@ams.ftl.affinity.com>
Date:Wed, 3 Dec 2003 16:12:31 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Dec 01 11:11:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <230753-20479>; Mon, 1 Dec 2003 12:27:43 -0500
Received: from vl208-67.vmlocal.com ([216.21.208.67]) by ams.ftl.affinity.com
with ESMTP id <230690-20480>; Mon, 1 Dec 2003 12:26:08 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-67.vmlocal.com with SMTP; 01 Dec 2003 11:26:03 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 209589
From: Contact Lenses <LocateContactLenses@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Contact Lenses <LocateContactLenses209589@vmlocal.com>
Subject: Need new contact lenses?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec1.122608-0500_est.230690-20480+53235@ams.ftl.affinity.com>
Date:Mon, 1 Dec 2003 12:26:08 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Nov 26 14:29:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <212851-20138>; Wed, 26 Nov 2003 15:57:16 -0500
Received: from vl208-66.vmlocal.com ([216.21.208.66]) by ams.ftl.affinity.com
with ESMTP id <214622-20138>; Wed, 26 Nov 2003 15:56:03 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-66.vmlocal.com with SMTP; 26 Nov 2003 14:56:01 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 206180
From: Contact Lenses <LocateContactLenses@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Contact Lenses <LocateContactLenses206180@vmlocal.com>
Subject: See your way to new Contact Lenses.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.155603-0500_est.214622-20138+1461@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 15:56:02 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Jan 08 20:17:33 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220298-20019>; Thu, 8 Jan 2004 22:49:50 -0500
Received: from vm217-187.vmlocal.com ([216.21.217.187]) by
ams.ftl.affinity.com with ESMTP id <220707-20015>; Thu, 8 Jan 2004 22:49:19
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm217-187.vmlocal.com with SMTP; 08 Jan 2004 21:49:17 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460990111109
X-MailingID: 238032
From: Contact Lenses <LocateContactLenses@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Contact Lenses <LocateContactLenses238032@vmlocal.com>
Subject: Find contact lenses online.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan8.224919-0500_est.220707-20015+22688@ams.ftl.affinity.com>
Date:Thu, 8 Jan 2004 22:49:18 -0500
```



**Tired of trying to bring your world into focus? For clearer vision there's a
clear choice. Find the contact lenses you need here.**

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Feb 15 13:27:03 2006
X-Persona: <Mila>
Return-Path: <mailcenter338210@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 14 Feb 2006 18:17:20 -0600
From: Cooling Specialist <CoolingSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Sears heating & air systems - hot financing offer
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
        HTML_40_50,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
        HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43F27310.D89E262F"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8683&e=mila@jammtomm.com
  visiting this link This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network. [...]

Content analysis details:   (8.4 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD   BODY: List removal information
 1.1 BANG_GUARANTEE         BODY: Something is emphatically guaranteed
 0.5 HTML_40_50             BODY: Message is 40% to 50% HTML
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE            URI: URL of page called "remove"

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 13248 invoked from network); 14 Feb 2006 18:17:17 -0600
Received: from vm-182-52.vm-mail.com (206.82.182.52)

```
  by clrobin.com with SMTP; 14 Feb 2006 18:17:17 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-52.vm-mail.com with SMTP; 14 Feb 2006 18:17:04 -0600
X-ClientHost: 1091051080970641060971091091161111091090460991111109
X-MailingID: 338210
From:  Cooling Specialist <CoolingSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338210@vm-rewards.com>
Subject: Sears heating & air systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
heating & 4.htm"
```

From ???@??? Wed Feb 15 13:18:19 2006
X-Persona: <Indi>
Return-Path: <mailcenter338210@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 12387 invoked from network); 14 Feb 2006 18:17:16 -0600
Received: from vm-182-52.vm-mail.com (206.82.182.52)
   by clrobin.com with SMTP; 14 Feb 2006 18:17:16 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-52.vm-mail.com with SMTP; 14 Feb 2006 18:17:04 -0600
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 338210
From: Cooling Specialist <CoolingSpecialist@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338210@vm-rewards.com>
Subject: Sears heating & air systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=BANG_GUARANTEE,BAYES_50,
      DATE_MISSING,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
      version=2.63


Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



**If it's time to replace your old central air conditioning or
heating system, you can trust Sears to get the job done
right —**

## Satisfaction Guaranteed!^

 Sears can provide the right solution for your central heating
and cooling needs. New systems from Carrier® and
Kenmore® can keep your family comfortable even during the
hottest or coldest days. And a new ENERGY STARtm labeled



This is an advertisement.

* Offer ends March 31, 2006. 0% APR financing for 12 consecutive billing cycles. Discount not valid on prior sales or in combination with any other offer. Not available on countertop only purchases. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One® account excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.65% as of 02/03/06. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.49% as of 02/03/06. Rates may vary. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.65% as of 02/03/06 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply. The following licenses are held by or on behalf of Sears, Roebuck and Co.: AK (Gen. Contr. - Exc. Res. #675); AR (Contr. #0117740403); AZ (ROC013509, ROC079967, ROC080918, ROC092564); CA (Gen. Contr. #25455-B, HVAC #25455-C20); CT (HVAC #308530); FL (HVAC #CAC057299, Gen. Contr. #CBC015949); GA (Reg. CN003489); HI (Classified Spec. #C-4285 C-68LA); KY (HVAC #M03912); LA (Mech./Spec. Contr. #5526); MA (Home Imp. #103493); MD (MHIC #32117 Steven Feldman, HVAC #6528); Nassau County, NY (H1809170000); NV (Contr. #0054530 0005543 - C-1, C-21); OH (#26034); OR (Gen. Contr. #0001051); RI (Gen. Contr. #4667); Rockland County, NY (H-A6-007621-00-00); TX (HVAC Nos. TACLB020401E, 019005E, 002235C, 013523C, 009563C, 009589C); VA (Class A Contr. #2705057009); WA (Gen. Contr. #SEARSR-372NT); WV (Gen. Bldg. Spec. #WV008529). Some services and installation performed by Sears associates. Other services and installation performed by Sears-Authorized licensed contractors; additional Sears license information available upon request. Electrical services not available in NJ. Ask sales associate for details.
‡Subject to applicant creditworthiness.
** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.
*** Ask your Sears representative about written limited warranty details.
^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products

1024 Florida Central Parkway
Longwood, FL 32750-7579





**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**



**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Feb 15 13:18:19 2006
X-Persona: <Indi>
Return-Path: <mailcenter338210@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 12387 invoked from network); 14 Feb 2006 18:17:16 -0600
Received: from vm-182-52.vm-mail.com (206.82.182.52)
  by clrobin.com with SMTP; 14 Feb 2006 18:17:16 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-52.vm-mail.com with SMTP; 14 Feb 2006 18:17:04 -0600
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 338210
From: Cooling Specialist <CoolingSpecialist@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338210@vm-rewards.com>
Subject: Sears heating & air systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=BANG_GUARANTEE,BAYES_50,
        DATE_MISSING,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
        HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
        version=2.63
```

**Images not loading? View this offer by visiting this link**

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



**If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —**

## Satisfaction Guaranteed!^

Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled



This is an advertisement.

* Offer ends March 31, 2006. 0% APR financing for 12 consecutive billing cycles. Discount not valid on prior sales or in combination with any other offer. Not available on countertop only purchases. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One® account excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.65% as of 02/03/06. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.49% as of 02/03/06. Rates may vary. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.65% as of 02/03/06 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply. The following licenses are held by or on behalf of Sears, Roebuck and Co.: AK (Gen. Contr. - Exc. Res. #675); AR (Contr. #0117740403); AZ (ROC013509, ROC079967, ROC080918, ROC092564); CA (Gen. Contr. #25455-B, HVAC #25455-C20); CT (HVAC #308530); FL (HVAC #CAC057299, Gen. Contr. #CBC015949); GA (Reg. CN003489); HI (Classified Spec. #C-4285 C-68LA); KY (HVAC #M03912); LA (Mech./Spec. Contr. #5526); MA (Home Imp. #103493); MD (MHIC #32117 Steven Feldman, HVAC #6528); Nassau County, NY (H1809170000); NV (Contr. #0054530 0005543 - C-1, C-21); OH (#26034); OR (Gen. Contr. #0001051); RI (Gen. Contr. #4667); Rockland County, NY (H-A6-007621-00-00); TX (HVAC Nos. TACLB020401E, 019005E, 002235C, 013523C, 009563C, 009589C); VA (Class A Contr. #2705057009); WA (Gen. Contr. #SEARSR-372NT); WV (Gen. Bldg. Spec. #WV008529). Some services and installation performed by Sears associates. Other services and installation performed by Sears-Authorized licensed contractors; additional Sears license information available upon request. Electrical services not available in NJ. Ask sales associate for details.
‡Subject to applicant creditworthiness.
** ENERGY STAR® estimates that ENERGY STAR® qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.
*** Ask your Sears representative about written limited warranty details.
^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products

1024 Florida Central Parkway
Longwood, FL 32750-7579

---

**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Feb 15 09:27:31 2006
X-Persona: <Jay>
Return-Path: <mailcenter338210@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 20480 invoked from network); 14 Feb 2006 18:17:33 -0600
Received: from vm-182-124.vm-mail.com (206.82.182.124)
  by rcw19190020.com with SMTP; 14 Feb 2006 18:17:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-124.vm-mail.com with SMTP; 14 Feb 2006 18:17:21 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 338210
From: Cooling Specialist <CoolingSpecialist@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338210@vm-rewards.com>
Subject: *****SPAM***** Sears heating & air systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
        HTML_40_50,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
        HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  1.1 BANG_GUARANTEE BODY: Something is emphatically guaranteed
        *  0.5 HTML_40_50 BODY: Message is 40% to 50% HTML
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.8 REMOVE_PAGE URI: URL of page called "remove"
```

**Images not loading? View this offer by visiting this link**

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.





**If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —**

## Satisfaction Guaranteed!^

Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a Sears authorized licensed contractor, can **save 10%-30% on your annual heating and cooling costs**\*\*.

Request your FREE in-home estimate now. You'll get professional installation and service from trained specialists, and exceptional quality and value you have come to expect from Sears.

- Full line of Carrier® and Kenmore® central heating and cooling systems
- Up to 10 year limited warranties on select systems\*\*\*
- A full one year limited warranty on installation\*\*\*
- Convenient financing plans on new systems
- Satisfaction Guaranteed!^

This is an advertisement.

* Offer ends March 31, 2006. 0% APR financing for 12 consecutive billing cycles. Discount not valid on prior sales or in combination with any other offer. Not available on countertop only purchases. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One® account excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.65% as of

02/03/06. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.49% as of 02/03/06. Rates may vary. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.65% as of 02/03/06 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply. The following licenses are held by or on behalf of Sears, Roebuck and Co.: AK (Gen. Contr. - Exc. Res. #675); AR (Contr. #0117740403); AZ (ROC013509, ROC079967, ROC080918, ROC092564); CA (Gen. Contr. #25455-B, HVAC #25455-C20); CT (HVAC #308530); FL (HVAC #CAC057299, Gen. Contr. #CBC015949); GA (Reg. CN003489); HI (Classified Spec. #C-4285 C-68LA); KY (HVAC #M03912); LA (Mech./Spec. Contr. #5526); MA (Home Imp. #103493); MD (MHIC #32117 Steven Feldman, HVAC #6528); Nassau County, NY (H1809170000); NV (Contr. #0054530 0005543 - C-1, C-21); OH (#26034); OR (Gen. Contr. #0001051); RI (Gen. Contr. #4667); Rockland County, NY (H-A6-007621-00-00); TX (HVAC Nos. TACLB020401E, 019005E, 002235C, 013523C, 009563C, 009589C); VA (Class A Contr. #2705057009); WA (Gen. Contr. #SEARSR-372NT); WV (Gen. Bldg. Spec. #WV008529). Some services and installation performed by Sears associates. Other services and installation performed by Sears-Authorized licensed contractors; additional Sears license information available upon request. Electrical services not available in NJ. Ask sales associate for details.
‡Subject to applicant creditworthiness.
** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.
*** Ask your Sears representative about written limited warranty details.
^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

---



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Feb 15 09:11:42 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter338210@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 5665 invoked from network); 14 Feb 2006 20:08:22 -0600
Received: from vm-177-59.vm-mail.com (206.82.177.59)
  by anthonycentral.com with SMTP; 14 Feb 2006 20:08:21 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-59.vm-mail.com with SMTP; 14 Feb 2006 20:08:08 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 338210
From:  Cooling Specialist <CoolingSpecialist@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338210@vm-rewards.com>
Subject: Sears heating & air systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



**If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —**

## Satisfaction Guaranteed!^

Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a Sears authorized licensed contractor, can **save 10%-30% on your annual heating and cooling costs**\*\*.

 Request your FREE in-home estimate now. You'll get professional installation and service from trained specialists,



This is an advertisement.

* Offer ends March 31, 2006. 0% APR financing for 12 consecutive billing cycles. Discount not valid on prior sales or in combination with any other offer. Not available on countertop only purchases. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One® account excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.65% as of 02/03/06. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.49% as of 02/03/06. Rates may vary. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.65% as of 02/03/06 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply. The following licenses are held by or on behalf of Sears, Roebuck and Co.: AK (Gen. Contr. - Exc. Res. #675); AR (Contr. #0117740403); AZ (ROC013509, ROC079967, ROC080918, ROC092564); CA (Gen. Contr. #25455-B, HVAC #25455-C20); CT (HVAC #308530); FL (HVAC #CAC057299, Gen. Contr. #CBC015949); GA (Reg. CN003489); HI (Classified Spec. #C-4285 C-68LA); KY (HVAC #M03912); LA (Mech./Spec. Contr. #5526); MA (Home Imp. #103493); MD (MHIC #32117 Steven Feldman, HVAC #6528); Nassau County, NY (H1809170000); NV (Contr. #0054530 0005543 - C-1, C-21); OH (#26034); OR (Gen. Contr. #0001051); RI (Gen. Contr. #4667); Rockland County, NY (H-A6-007621-00-00); TX (HVAC Nos. TACLB020401E, 019005E, 002235C, 013523C, 009563C, 009589C); VA (Class A Contr. #2705057009); WA (Gen. Contr. #SEARSR-372NT); WV (Gen. Bldg. Spec. #WV008529). Some services and installation performed by Sears associates. Other services and installation performed by Sears-Authorized licensed contractors; additional Sears license information available upon request. Electrical services not available in NJ. Ask sales associate for details.
‡Subject to applicant creditworthiness.
** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.
*** Ask your Sears representative about written limited warranty details.
^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but

still wish to remain a subscriber of the sender's list, go <u>here</u>.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

---



 **Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

 **If you can not see our footer image, please visit here.**

```
From ???@??? Wed Feb 15 09:08:05 2006
X-Persona: <Celia>
Return-Path: <mailcenter338210@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 7524 invoked from network); 14 Feb 2006 19:44:11 -0600
Received: from vm-181-54.vm-mail.com (206.82.181.54)
  by gnwalpha.org with SMTP; 14 Feb 2006 19:44:11 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-54.vm-mail.com with SMTP; 14 Feb 2006 19:43:59 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 338210
From: Cooling Specialist <CoolingSpecialist@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338210@vm-rewards.com>
Subject: *****SPAM***** Sears heating & air systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
        HTML_40_50,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
        HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  1.1 BANG_GUARANTEE BODY: Something is emphatically guaranteed
        *  0.5 HTML_40_50 BODY: Message is 40% to 50% HTML
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.8 REMOVE_PAGE URI: URL of page called "remove"
```

**Images not loading? View this offer by visiting this link**

This Sears offer comes to you as a valued member of Virtumundo's permissioned netw ork.





**If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —**

## Satisfaction Guaranteed!^

Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a Sears authorized licensed contractor, can **save 10%-30% on your annual heating and cooling costs**\*\*.

Request your FREE in-home estimate now. You'll get professional installation and service from trained specialists, and exceptional quality and value you have come to expect from Sears.

- Full line of Carrier® and Kenmore® central heating and cooling systems
- Up to 10 year limited warranties on select systems\*\*\*
- A full one year limited warranty on installation\*\*\*
- Convenient financing plans on new systems
- Satisfaction Guaranteed!^

This is an advertisement.

\* Offer ends March 31, 2006. 0% APR financing for 12 consecutive billing cycles. Discount not valid on prior sales or in combination with any other offer. Not available on countertop only purchases. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One® account excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.65% as of

02/03/06. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.49% as of 02/03/06. Rates may vary. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.65% as of 02/03/06 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply. The following licenses are held by or on behalf of Sears, Roebuck and Co.: AK (Gen. Contr. - Exc. Res. #675); AR (Contr. #0117740403); AZ (ROC013509, ROC079967, ROC080918, ROC092564); CA (Gen. Contr. #25455-B, HVAC #25455-C20); CT (HVAC #308530); FL (HVAC #CAC057299, Gen. Contr. #CBC015949); GA (Reg. CN003489); HI (Classified Spec. #C-4285 C-68LA); KY (HVAC #M03912); LA (Mech./Spec. Contr. #5526); MA (Home Imp. #103493); MD (MHIC #32117 Steven Feldman, HVAC #6528); Nassau County, NY (H1809170000); NV (Contr. #0054530 0005543 - C-1, C-21); OH (#26034); OR (Gen. Contr. #0001051); RI (Gen. Contr. #4667); Rockland County, NY (H-A6-007621-00-00); TX (HVAC Nos. TACLB020401E, 019005E, 002235C, 013523C, 009563C, 009589C); VA (Class A Contr. #2705057009); WA (Gen. Contr. #SEARSR-372NT); WV (Gen. Bldg. Spec. #WV008529). Some services and installation performed by Sears associates. Other services and installation performed by Sears-Authorized licensed contractors; additional Sears license information available upon request. Electrical services not available in NJ. Ask sales associate for details.
‡Subject to applicant creditworthiness.
** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.
*** Ask your Sears representative about written limited warranty details.
^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

---





**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

From ???@??? Tue Feb 14 20:03:50 2006
X-Persona: <RCW>
Return-Path: <mailcenter338210@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 31874 invoked from network); 14 Feb 2006 20:41:33 -0600
Received: from vm-182-95.vm-mail.com (206.82.182.95)
  by rcw19190020.com with SMTP; 14 Feb 2006 20:41:31 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-95.vm-mail.com with SMTP; 14 Feb 2006 20:41:19 -0600
X-ClientHost: 1061051090641140991190490570490570480480850048046099111109
X-MailingID: 338210
From:  Cooling Specialist <CoolingSpecialist@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338210@vm-rewards.com>
Subject: Sears heating & air systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned netw ork.



**If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —**

## Satisfaction Guaranteed!^

Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a Sears authorized licensed contractor, can **save 10%-30% on your annual heating and cooling costs**\*\*.

 Request your FREE in-home estimate now. You'll get professional installation and service from trained specialists, and exceptional quality and value you have come to expect



This is an advertisement.

* Offer ends March 31, 2006. 0% APR financing for 12 consecutive billing cycles. Discount not valid on prior sales or in combination with any other offer. Not available on countertop only purchases. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One® account excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.65% as of 02/03/06. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.49% as of 02/03/06. Rates may vary. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.65% as of 02/03/06 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply. The following licenses are held by or on behalf of Sears, Roebuck and Co.: AK (Gen. Contr. - Exc. Res. #675); AR (Contr. #0117740403); AZ (ROC013509, ROC079967, ROC080918, ROC092564); CA (Gen. Contr. #25455-B, HVAC #25455-C20); CT (HVAC #308530); FL (HVAC #CAC057299, Gen. Contr. #CBC015949); GA (Reg. CN003489); HI (Classified Spec. #C-4285 C-68LA); KY (HVAC #M03912); LA (Mech./Spec. Contr. #5526); MA (Home Imp. #103493); MD (MHIC #32117 Steven Feldman, HVAC #6528); Nassau County, NY (H1809170000); NV (Contr. #0054530 0005543 - C-1, C-21); OH (#26034); OR (Gen. Contr. #0001051); RI (Gen. Contr. #4667); Rockland County, NY (H-A6-007621-00-00); TX (HVAC Nos. TACLB020401E, 019005E, 002235C, 013523C, 009563C, 009589C); VA (Class A Contr. #2705057009); WA (Gen. Contr. #SEARSR-372NT); WV (Gen. Bldg. Spec. #WV008529). Some services and installation performed by Sears associates. Other services and installation performed by Sears-Authorized licensed contractors; additional Sears license information available upon request. Electrical services not available in NJ. Ask sales associate for details.
‡Subject to applicant creditworthiness.
** ENERGY STAR® estimates that ENERGY STAR® qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.
*** Ask your Sears representative about written limited warranty details.
^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

---



 **Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**



**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 14 17:07:49 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter338210@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 21604 invoked from network); 14 Feb 2006 18:17:34 -0600
Received: from vm-182-158.vm-mail.com (206.82.182.158)
   by clrobin.com with SMTP; 14 Feb 2006 18:17:34 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-158.vm-mail.com with SMTP; 14 Feb 2006 18:17:22 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 338210
From: Cooling Specialist <CoolingSpecialist@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338210@vm-rewards.com>
Subject: *****SPAM***** Sears heating & air systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
      HTML_40_50,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  1.1 BANG_GUARANTEE BODY: Something is emphatically guaranteed
      *  0.5 HTML_40_50 BODY: Message is 40% to 50% HTML
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.8 REMOVE_PAGE URI: URL of page called "remove"
```

**Images not loading? View this offer by visiting this link**

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.





**If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —**

### Satisfaction Guaranteed!^

Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a Sears authorized licensed contractor, can **save 10%-30% on your annual heating and cooling costs**\*\*.

Request your FREE in-home estimate now. You'll get professional installation and service from trained specialists, and exceptional quality and value you have come to expect from Sears.

- Full line of Carrier® and Kenmore® central heating and cooling systems
- Up to 10 year limited warranties on select systems\*\*\*
- A full one year limited warranty on installation\*\*\*
- Convenient financing plans on new systems
- Satisfaction Guaranteed!^

This is an advertisement.

\* Offer ends March 31, 2006. 0% APR financing for 12 consecutive billing cycles. Discount not valid on prior sales or in combination with any other offer. Not available on countertop only purchases. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One® account excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.65% as of

02/03/06. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.49% as of 02/03/06. Rates may vary. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.65% as of 02/03/06 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply. The following licenses are held by or on behalf of Sears, Roebuck and Co.: AK (Gen. Contr. - Exc. Res. #675); AR (Contr. #0117740403); AZ (ROC013509, ROC079967, ROC080918, ROC092564); CA (Gen. Contr. #25455-B, HVAC #25455-C20); CT (HVAC #308530); FL (HVAC #CAC057299, Gen. Contr. #CBC015949); GA (Reg. CN003489); HI (Classified Spec. #C-4285 C-68LA); KY (HVAC #M03912); LA (Mech./Spec. Contr. #5526); MA (Home Imp. #103493); MD (MHIC #32117 Steven Feldman, HVAC #6528); Nassau County, NY (H1809170000); NV (Contr. #0054530 0005543 - C-1, C-21); OH (#26034); OR (Gen. Contr. #0001051); RI (Gen. Contr. #4667); Rockland County, NY (H-A6-007621-00-00); TX (HVAC Nos. TACLB020401E, 019005E, 002235C, 013523C, 009563C, 009589C); VA (Class A Contr. #2705057009); WA (Gen. Contr. #SEARSR-372NT); WV (Gen. Bldg. Spec. #WV008529). Some services and installation performed by Sears associates. Other services and installation performed by Sears-Authorized licensed contractors; additional Sears license information available upon request. Electrical services not available in NJ. Ask sales associate for details.
‡Subject to applicant creditworthiness.
** ENERGY STAR® estimates that ENERGY STAR® qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.
*** Ask your Sears representative about written limited warranty details.
^ See contract for details.

If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

---




**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Sep 29 16:09:34 2005
X-Persona: <Indi>
Return-Path: <mailcenter330100@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Mon, 26 Sep 2005 20:19:39 -0600
From: Cooling Specialist <CoolingSpecialist@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Sears Heating & Air Systems - hot financing offer
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.4 required=7.0 tests=DATE_MISSING,GUARANTEED_STUFF,
       HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
       HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
       MIME_HTML_ONLY,RCVD_IN_SBL,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4338AC3B.B2CB3240"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network.
  URI:http://ogy.cc/hvac22/email2_01.gif
  URI:http://ogy.cc/hvac22/email2_02.jpg [...]

Content analysis details:   (9.4 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD   BODY: List removal information
 1.2 GUARANTEED_STUFF       BODY: Guaranteed Stuff
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.2 HTML_50_60             BODY: Message is 50% to 60% HTML
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE            URI: URL of page called "remove"
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 6275 invoked from network); 26 Sep 2005 20:19:38 -0600
Received: from vm-183-233.vm-mail.com (206.82.183.233)
  by ehahome.com with SMTP; 26 Sep 2005 20:19:38 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-233.vm-mail.com with SMTP; 26 Sep 2005 21:19:37 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330100
From: Cooling Specialist <CoolingSpecialist@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330100@vm-rewards.com>
Subject: Sears Heating & Air Systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Heating & .htm"
```

From ???@??? Tue Sep 13 21:37:31 2005
X-Persona: <Indi>
Return-Path: <mailcenter329563@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 13 Sep 2005 02:35:24 -0600
From: Cooling Specialist <CoolingSpecialist@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Sears special offer on new central air systems
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.4 required=7.0 tests=DATE_MISSING,GUARANTEED_STUFF,
        HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
        HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,RCVD_IN_SBL,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43268F4C.D301540A"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network.
  URI:http://ogy.cc/hvac22/email2_01.gif
  URI:http://ogy.cc/hvac22/email2_02.jpg [...]

Content analysis details:   (9.4 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD   BODY: List removal information
 1.2 GUARANTEED_STUFF       BODY: Guaranteed Stuff
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.2 HTML_50_60             BODY: Message is 50% to 60% HTML
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE            URI: URL of page called "remove"
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                   [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 23360 invoked from network); 13 Sep 2005 02:35:23 -0600
Received: from vm-181-181.vm-mail.com (206.82.181.181)
  by rcw19190020.com with SMTP; 13 Sep 2005 02:35:23 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-181.vm-mail.com with SMTP; 13 Sep 2005 03:35:20 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 329563
From: Cooling Specialist <CoolingSpecialist@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329563@vm-rewards.com>
Subject: Sears special offer on new central air systems
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
special of.htm"
```

```
From ???@??? Wed Jul 06 10:19:12 2005
X-Persona: <Katie>
Return-Path: <mailcenter327041@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Tue, 05 Jul 2005 20:53:34 -0600
From: Cooling Specialist <CoolingSpecialist@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Sears special offer on new central air systems
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.4 required=3.0 tests=DATE_MISSING,GUARANTEED_STUFF,
      HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,RCVD_IN_SBL,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42CB47AE.5ACE7064"
```

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network.
  URI:http://ogy.cc/hvac22/email2_01.gif
  URI:http://ogy.cc/hvac22/email2_02.jpg [...]

Content analysis details:   (9.4 points, 3.0 required)

```
 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD   BODY: List removal information
 1.2 GUARANTEED_STUFF       BODY: Guaranteed Stuff
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.2 HTML_50_60             BODY: Message is 50% to 60% HTML
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE            URI: URL of page called "remove"
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                  [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 20358 invoked from network); 5 Jul 2005 20:53:34 -0600
Received: from vm-183-35.vm-mail.com (206.82.183.35)
  by jaykaysplace.com with SMTP; 5 Jul 2005 20:53:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-35.vm-mail.com with SMTP; 05 Jul 2005 21:53:33 -0500
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 327041
From: Cooling Specialist <CoolingSpecialist@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+327041@vm-rewards.com>
Subject: Sears special offer on new central air systems
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Sears special
of1.htm"
```

```
From ???@??? Wed Jul 06 10:19:12 2005
X-Persona: <Katie>
Return-Path: <mailcenter327041@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
       with SpamAssassin (2.63 2004-01-11);
       Tue, 05 Jul 2005 20:53:34 -0600
From: Cooling Specialist <CoolingSpecialist@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Sears special offer on new central air systems
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.4 required=3.0 tests=DATE_MISSING,GUARANTEED_STUFF,
       HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
       HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
       MIME_HTML_ONLY,RCVD_IN_SBL,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42CB47AE.5ACE7064"
```

```
Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network.
  URI:http://ogy.cc/hvac22/email2_01.gif
  URI:http://ogy.cc/hvac22/email2_02.jpg [...]

Content analysis details:   (9.4 points, 3.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD    BODY: List removal information
 1.2 GUARANTEED_STUFF        BODY: Guaranteed Stuff
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE   BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 0.2 HTML_50_60              BODY: Message is 50% to 60% HTML
 0.1 HTML_FONTCOLOR_RED      BODY: HTML font color is red
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE             URI: URL of page called "remove"
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.
```

```
Received: (qmail 20358 invoked from network); 5 Jul 2005 20:53:34 -0600
Received: from vm-183-35.vm-mail.com (206.82.183.35)
  by jaykaysplace.com with SMTP; 5 Jul 2005 20:53:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-35.vm-mail.com with SMTP; 05 Jul 2005 21:53:33 -0500
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 327041
From: Cooling Specialist <CoolingSpecialist@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+327041@vm-rewards.com>
Subject: Sears special offer on new central air systems
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Sears special
of1.htm"
```

```
From ???@??? Sun Jun 19 17:12:26 2005
X-Persona: <Katie>
Return-Path: <mailcenter326414@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
     with SpamAssassin (2.63 2004-01-11);
     Fri, 17 Jun 2005 00:25:37 -0600
From: Cooling Specialist <CoolingSpecialist@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Sears special offer on new central air systems
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.4 required=3.0 tests=DATE_MISSING,GUARANTEED_STUFF,
     HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
     HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
     MIME_HTML_ONLY,RCVD_IN_SBL,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
     X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42B26CE1.D37FC116"
```

```
Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network.
  URI:http://ogy.cc/hvac22/email2_01.gif
  URI:http://ogy.cc/hvac22/email2_02.jpg [...]

Content analysis details:   (9.4 points, 3.0 required)

 pts rule name               description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD    BODY: List removal information
 1.2 GUARANTEED_STUFF        BODY: Guaranteed Stuff
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE   BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 0.2 HTML_50_60              BODY: Message is 50% to 60% HTML
 0.1 HTML_FONTCOLOR_RED      BODY: HTML font color is red
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE             URI: URL of page called "remove"
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                 [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.
```

```
Received: (qmail 9666 invoked from network); 17 Jun 2005 00:25:34 -0600
Received: from vm-180-42.vm-mail.com (206.82.180.42)
  by greatnorthwest-alpha.org with SMTP; 17 Jun 2005 00:25:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-42.vm-mail.com with SMTP; 17 Jun 2005 01:25:32 -0500
X-ClientHost: 1070971161051010641011040971041111091010460991111109
X-MailingID: 326414
From: Cooling Specialist <CoolingSpecialist@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter  <mailcenter+326414@vm-rewards.com>
Subject: Sears special offer on new central air systems
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Sears special
of.htm"
```

```
From ???@??? Sun Jun 19 17:12:26 2005
X-Persona: <Katie>
Return-Path: <mailcenter326414@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 17 Jun 2005 00:25:37 -0600
From: Cooling Specialist <CoolingSpecialist@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Sears special offer on new central air systems
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.4 required=3.0 tests=DATE_MISSING,GUARANTEED_STUFF,
      HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,RCVD_IN_SBL,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42B26CE1.D37FC116"
```

```
Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network.
  URI:http://ogy.cc/hvac22/email2_01.gif
  URI:http://ogy.cc/hvac22/email2_02.jpg [...]

Content analysis details:   (9.4 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD   BODY: List removal information
 1.2 GUARANTEED_STUFF       BODY: Guaranteed Stuff
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.2 HTML_50_60             BODY: Message is 50% to 60% HTML
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE            URI: URL of page called "remove"
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.
```

```
Received: (qmail 9666 invoked from network); 17 Jun 2005 00:25:34 -0600
Received: from vm-180-42.vm-mail.com (206.82.180.42)
  by greatnorthwest-alpha.org with SMTP; 17 Jun 2005 00:25:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-42.vm-mail.com with SMTP; 17 Jun 2005 01:25:32 -0500
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 326414
From: Cooling Specialist <CoolingSpecialist@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter  <mailcenter+326414@vm-rewards.com>
Subject: Sears special offer on new central air systems
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Sears special
of.htm"
```

```
From ???@??? Thu Feb 16 19:51:00 2006
X-Persona: <hum>
Return-Path: <mailcenter338210@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 12353 invoked from network); 14 Feb 2006 18:53:42 -0600
Received: from vm-177-70.vm-mail.com (206.82.177.70)
  by celiajay.com with SMTP; 14 Feb 2006 18:53:41 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-70.vm-mail.com with SMTP; 14 Feb 2006 18:53:26 -0600
X-ClientHost: 10411710906410110409710411110910104609911109
X-MailingID: 338210
From: Cooling Specialist <CoolingSpecialist@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338210@vm-rewards.com>
Subject: *****SPAM***** Sears heating & air systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
        HTML_40_50,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
        HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  1.1 BANG_GUARANTEE BODY: Something is emphatically guaranteed
        *  0.5 HTML_40_50 BODY: Message is 40% to 50% HTML
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.8 REMOVE_PAGE URI: URL of page called "remove"
```

**Images not loading? View this offer by visiting this link**

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.





**If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —**

## Satisfaction Guaranteed!^

Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a Sears authorized licensed contractor, can **save 10%-30% on your annual heating and cooling costs**\*\*.

Request your FREE in-home estimate now. You'll get professional installation and service from trained specialists, and exceptional quality and value you have come to expect from Sears.

- Full line of Carrier® and Kenmore® central heating and cooling systems
- Up to 10 year limited warranties on select systems\*\*\*
- A full one year limited warranty on installation\*\*\*
- Convenient financing plans on new systems
- Satisfaction Guaranteed!^



This is an advertisement.

* Offer ends March 31, 2006. 0% APR financing for 12 consecutive billing cycles. Discount not valid on prior sales or in combination with any other offer. Not available on countertop only purchases. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One® account excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.65% as of

02/03/06. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.49% as of 02/03/06. Rates may vary. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.65% as of 02/03/06 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply. The following licenses are held by or on behalf of Sears, Roebuck and Co.: AK (Gen. Contr. - Exc. Res. #675); AR (Contr. #0117740403); AZ (ROC013509, ROC079967, ROC080918, ROC092564); CA (Gen. Contr. #25455-B, HVAC #25455-C20); CT (HVAC #308530); FL (HVAC #CAC057299, Gen. Contr. #CBC015949); GA (Reg. CN003489); HI (Classified Spec. #C-4285 C-68LA); KY (HVAC #M03912); LA (Mech./Spec. Contr. #5526); MA (Home Imp. #103493); MD (MHIC #32117 Steven Feldman, HVAC #6528); Nassau County, NY (H1809170000); NV (Contr. #0054530 0005543 - C-1, C-21); OH (#26034); OR (Gen. Contr. #0001051); RI (Gen. Contr. #4667); Rockland County, NY (H-A6-007621-00-00); TX (HVAC Nos. TACLB020401E, 019005E, 002235C, 013523C, 009563C, 009589C); VA (Class A Contr. #2705057009); WA (Gen. Contr. #SEARSR-372NT); WV (Gen. Bldg. Spec. #WV008529). Some services and installation performed by Sears associates. Other services and installation performed by Sears-Authorized licensed contractors; additional Sears license information available upon request. Electrical services not available in NJ. Ask sales associate for details.
‡Subject to applicant creditworthiness.
** ENERGY STAR® estimates that ENERGY STAR® qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.
*** Ask your Sears representative about written limited warranty details.
^ See contract for details.


 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.


 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

---



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Oct 09 20:56:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <338816-11397>; Thu, 9 Oct 2003 21:06:44 -0400
Received: from vm135.vmadmin.com ([216.64.222.135]) by ams.ftl.affinity.com
with ESMTP id <459756-11391>; Thu, 9 Oct 2003 19:35:55 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm135.vmadmin.com with SMTP; 09 Oct 2003 18:35:50 -0500
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 157658
From: Coral Calcium <TryCoralCalciumNow157658@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+157658@virtumundo.com>
Subject: Get all the calcium you need with coral calcium.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct9.193555-0400_edt.459756-11391+9839@ams.ftl.affinity.com>
Date:Thu, 9 Oct 2003 19:35:55 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Oct 09 20:59:59 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <338811-11391>; Thu, 9 Oct 2003 21:06:44 -0400
Received: from vm135.vmadmin.com ([216.64.222.135]) by ams.ftl.affinity.com
with ESMTP id <459809-11391>; Thu, 9 Oct 2003 19:35:55 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm135.vmadmin.com with SMTP; 09 Oct 2003 18:35:50 -0500
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 157658
From: Coral Calcium <TryCoralCalciumNow157658@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+157658@virtumundo.com>
Subject: Get all the calcium you need with coral calcium.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct9.193555-0400_edt.459809-11391+9840@ams.ftl.affinity.com>
Date:Thu, 9 Oct 2003 19:35:55 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Oct 09 20:59:59 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <338808-11399>; Thu, 9 Oct 2003 21:06:44 -0400
Received: from vm135.vmadmin.com ([216.64.222.135]) by ams.ftl.affinity.com
with ESMTP id <459366-11393>; Thu, 9 Oct 2003 19:35:54 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm135.vmadmin.com with SMTP; 09 Oct 2003 18:35:50 -0500
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 157658
From: Coral Calcium <TryCoralCalciumNow157658@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+157658@virtumundo.com>
Subject: Get all the calcium you need with coral calcium.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct9.193554-0400_edt.459366-11393+10522@ams.ftl.affinity.com>
Date:Thu, 9 Oct 2003 19:35:54 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Oct 09 20:56:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <338828-11398>; Thu, 9 Oct
2003 21:06:44 -0400
Received: from vm135.vmadmin.com ([216.64.222.135]) by ams.ftl.affinity.com
with ESMTP id <267091-11402>; Thu, 9 Oct 2003 19:35:56 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm135.vmadmin.com with SMTP; 09 Oct 2003 18:35:50 -0500
X-ClientHost:
1061111100971161040971100641031111141001111101191111141071150460991111 09
X-MailingID: 157658
From: Coral Calcium <TryCoralCalciumNow157658@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+157658@virtumundo.com>
Subject: Get all the calcium you need with coral calcium.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct9.193556-0400_edt.267091-11402+10290@ams.ftl.affinity.com>
Date:Thu, 9 Oct 2003 19:35:56 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Aug 25 11:44:24 2006
X-Persona: <2nd User>
Return-Path: <mailcenter361230@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 2112 invoked from network); 24 Aug 2006 15:07:26 -0600
Received: from static-vmg-185-209.vm-mail.com (HELO vm-185-209.vm-mail.com)
(206.82.185.209)
  by ewaterdragon.com with SMTP; 24 Aug 2006 15:07:26 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-209.vm-mail.com with SMTP; 24 Aug 2006 16:07:24 -0500
X-ClientHost: 11611110910912106410609710910911611110910904609911109
X-MailingID: 361230
From: Costa Rica Land Sales <CostaRicaLandSales@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+361230@vm-rewards.com>
Subject: Costa Rica land - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo,
visit this link

Costa Property Estates 21250 Hawthorne Blvd, Suite 500 Torrance, CA 90503

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West
110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving
further email as a subscriber of Virtumundo Rewards, go to
http://www.virtumundo.com/change or visit here. The
products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about
this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.



```
From ???@??? Sat Sep 09 12:53:13 2006
X-Persona: <2nd User>
Return-Path: <mailcenter362264@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 23968 invoked from network); 3 Sep 2006 08:29:32 -0600
Received: from static-vmg-181-116.vm-mail.com (HELO vm-181-116.vm-mail.com)
(206.82.181.116)
  by jaykaysplace.com with SMTP; 3 Sep 2006 08:29:32 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-116.vm-mail.com with SMTP; 03 Sep 2006 09:29:31 -0500
X-ClientHost: 1161111091091210641060971091091161111091090460991111109
X-MailingID: 362264
From: Costa Rica Land Sales <CostaRicaLandSales@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+362264@vm-rewards.com>
Subject: Costa Rica land - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





If you would like to no longer receive any further email messages from the
advertiser above sent by Virtumundo,
visit this link

Costa Property Estates 21250 Hawthorne Blvd, Suite 500 Torrance, CA 90503

Please send any questions or concerns about the Virtumundo Rewards program
to: Virtumundo, Inc. 8400 West
110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To
remove yourself from receiving
further email as a subscriber of Virtumundo Rewards, go to
http://www.virtumundo.com/change or visit here. The
products and/or services advertised in this email are the sole responsibility
of the advertiser, and questions about
this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.



```
From ???@??? Fri Aug 04 19:38:50 2006
X-Persona: <2nd User>
Return-Path: <mailcenter358228@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 23488 invoked from network); 2 Aug 2006 09:47:27 -0600
Received: from static-vmg-180-127.vm-mail.com (HELO vm-180-127.vm-mail.com)
(206.82.180.127)
  by clrobin.com with SMTP; 2 Aug 2006 09:47:27 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-127.vm-mail.com with SMTP; 02 Aug 2006 10:47:23 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 358228
From: Costa Rican Land Sales <CostaRicanLandSales@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+358228@vm-rewards.com>
Subject: Own land in Costa Rica for only 25K
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.8 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,SUBJ_FOR_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here.

**Please mail questions**

**or comments about this advertisement to:**

**RSBO 1700 S Ridgewood Ave South Daytona, FL 32119**

**Please send any questions or concerns about the Virtumundo Rewards program to:**
**Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at**
**913.660.1300. To remove yourself from receiving further email as a subscriber**
**of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.**
**The products**
**and/or services advertised in this email are the sole responsibility of the**
**advertiser, and questions about this offer should be directed to the**
**advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Aug 20 23:56:14 2006
X-Persona: <2nd User>
Return-Path: <mailcenter359830@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 19714 invoked from network); 13 Aug 2006 15:46:23 -0600
Received: from static-vmg-186-181.vm-mail.com (HELO vm-186-181.vm-mail.com)
(206.82.186.181)
  by anthonycentral.com with SMTP; 13 Aug 2006 15:46:23 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-181.vm-mail.com with SMTP; 13 Aug 2006 16:46:12 -0500
X-ClientHost: 11611110910912106410609710910911611110910904609911109
X-MailingID: 359830
From: Costa Rican Land Sales <CostaRicanLandSales@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+359830@vm-rewards.com>
Subject: Own land in Costa Rica for only 25K
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.8 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,SUBJ_FOR_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link







This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here.

Please mail questions
or comments about this advertisement to:

RSBO 1700 S Ridgewood Ave South Daytona, FL 32119

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Fri May 19 12:57:32 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter349406@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 20672 invoked from network); 19 May 2006 02:16:24 -0600
Received: from vm-185-152.vm-mail.com (206.82.185.152)
   by celiajay.com with SMTP; 19 May 2006 02:16:14 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-152.vm-mail.com with SMTP; 19 May 2006 03:16:12 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 349406
From: Coupon Book <CouponBook@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+349406@vm-rewards.com>
Subject: Reduced pricing on all 2006 Entertainment Books
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



The Entertainment® Book

You'll be smiling all spring when you use the Entertainment® Book to get great savings on your spring activities including attractions, sporting events, travel and more. Save up to 50% almost everywhere including:

- Movie Theaters
- Local Restaurants
- Sporting Events
- Grocery Stores
- Car Rentals
- And much, much more

Not valid with any other offer.



This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Entertainment Publications Operating Company 1414 E. Maple Road Troy, MI 48083

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Fri May 19 12:57:06 2006
X-Persona: <Celia>
Return-Path: <mailcenter349406@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 2211 invoked from network); 19 May 2006 10:49:13 -0600
Received: from vm-187-58.vm-mail.com (206.82.187.58)
  by jaykaysplace.com with SMTP; 19 May 2006 10:49:05 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-58.vm-mail.com with SMTP; 19 May 2006 02:33:59 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 349406
From: Coupon Book <CouponBook@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+349406@vm-rewards.com>
Subject: *****SPAM***** Reduced pricing on all 2006 Entertainment Books
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.3 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_12,
        HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_DYNABLOCK,RCVD_IN_SBL,RCVD_IN_SORBS,SAVE_UP_TO,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 SAVE_UP_TO BODY: Save Up To
        *  1.0 HTML_IMAGE_ONLY_12 BODY: HTML: images with 1000-1200 bytes of
words
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.4 HTML_IMAGE_RATIO_08 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  2.5 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *      [206.82.187.58 listed in dnsbl.sorbs.net]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *      [206.82.187.58 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link



### The Entertainment® Book

You'll be smiling all spring when you use the Entertainment® Book to get great savings on your spring activities including attractions, sporting events, travel and more. Save up to 50% almost everywhere including:



- **Movie Theaters**
- **Local Restaurants**
- **Sporting Events**
- **Grocery Stores**
- **Car Rentals**
- **And much, much more**





Not valid with any other offer.



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**Entertainment Publications Operating Company 1414 E. Maple Road Troy, MI 48083**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri May 19 12:53:42 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter349064@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 2114 invoked from network); 17 May 2006 09:18:03 -0600
Received: from vm-180-220.vm-mail.com (206.82.180.220)
   by anthonycentral.com with SMTP; 17 May 2006 09:18:03 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-220.vm-mail.com with SMTP; 17 May 2006 10:18:01 -0500
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 349064
From: Coupon Book <CouponBook@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+349064@vm-rewards.com>
Subject: Reduced pricing on all 2006 Entertainment Books
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



The Entertainment® Book

You'll be smiling all spring when you use the Entertainment® Book to get great savings on your spring activities including attractions, sporting events, travel and more. Save up to 50% almost everywhere including:

- Movie Theaters
- Local Restaurants
- Sporting Events
- Grocery Stores
- Car Rentals
- And much, much more

Not valid with any other offer.



This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Entertainment Publications Operating Company 1414 E. Maple Road Troy, MI 48083

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Fri May 19 10:20:59 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter349406@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 4352 invoked from network); 19 May 2006 02:19:17 -0600
Received: from vm-185-184.vm-mail.com (206.82.185.184)
  by xj4x4.net with SMTP; 19 May 2006 02:19:14 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-184.vm-mail.com with SMTP; 19 May 2006 03:18:11 -0500
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 349406
From: Coupon Book <CouponBook@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+349406@vm-rewards.com>
Subject: *****SPAM***** Reduced pricing on all 2006 Entertainment Books
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=DATE_MISSING,HTML_70_80,
       HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_12,
       HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_SBL,SAVE_UP_TO,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 SAVE_UP_TO BODY: Save Up To
       *  1.0 HTML_IMAGE_ONLY_12 BODY: HTML: images with 1000-1200 bytes of
words
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.4 HTML_IMAGE_RATIO_08 BODY: HTML has a low ratio of text to image
area
       *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
       *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
```

Images not loading? View this offer by visiting this link



**The Entertainment® Book**

You'll be smiling all spring when you use the Entertainment® Book to get great savings on your spring activities including attractions, sporting events, travel and more. Save up to 50% almost everywhere including:



- **Movie Theaters**
- **Local Restaurants**
- **Sporting Events**
- **Grocery Stores**
- **Car Rentals**
- **And much, much more**



Not valid with any other offer.





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Entertainment Publications Operating Company 1414 E. Maple Road Troy, MI 48083

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 27 07:57:20 2006
X-Persona: <Celia>
Return-Path: <mailcenter345440@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 24678 invoked from network); 25 Apr 2006 08:56:13 -0600
Received: from vm-180-221.vm-mail.com (206.82.180.221)
   by chiefmusician.net with SMTP; 25 Apr 2006 08:56:09 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-221.vm-mail.com with SMTP; 25 Apr 2006 09:56:04 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 345440
From: Coupon Book <CouponBook@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345440@vm-rewards.com>
Subject: The 2006 Entertainment Coupon Book - half off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=7.0 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,HTML_TAG_BALANCE_BODY,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVE_UP_TO,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



The Entertainment® Book
Spring is here, time to save. Use the Entertainment® Book to dine at top restaurants, travel, shop ?

• Movie Theaters
• Local Restaurants
• Sporting Events
• Grocery Stores
• Car Rentals
• And much, much more



Not valid with any other offer.
Entertainment Publications Operating Company, Inc.
1414 E. Maple Road
Troy, MI 48083
Tel: 888-231-SAVE

---



**Entertainment Publications Operating Company 1414 E. Maple Road Troy, MI 48083**



**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 09 09:51:15 2006
X-Persona: <Jay>
Return-Path: <mailcenter342898@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 24548 invoked from network); 6 Apr 2006 22:07:40 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by jaycelia.com with SMTP; 6 Apr 2006 22:07:39 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 06 Apr 2006 23:07:20 -0500
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 342898
From: Coupon Book <CouponBook@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342898@vm-rewards.com>
Subject: The 2006 Entertainment Coupon Book - half off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_04,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



The Entertainment® Book
Spring is here, time to save. Use the
Entertainment® Book to dine at top
restaurants, travel, shop ?

• Movie          • Grocery Stores
Theaters         • Car Rentals
• Local          • And much, much
Restaurants      more
• Sporting
Events



Not valid with any other offer.
Entertainment Publications Operating Company, Inc.
1414 E. Maple Road
Troy, MI 48083
Tel: 888-231-SAVE

---



 **Entertainment Publications Operating Company 1414 E. Maple Road Troy, MI 48083**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 09 09:45:48 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter342898@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 4321 invoked from network); 6 Apr 2006 21:53:34 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by greatnorthwest-alpha.org with SMTP; 6 Apr 2006 21:53:32 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 06 Apr 2006 22:53:26 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 342898
From: Coupon Book <CouponBook@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342898@vm-rewards.com>
Subject: The 2006 Entertainment Coupon Book - half off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



The Entertainment® Book

Spring is here, time to save. Use the Entertainment® Book to dine at top restaurants, travel, shop ?

• Movie Theaters
• Local Restaurants
• Sporting Events
• Grocery Stores
• Car Rentals
• And much, much more

Not valid with any other offer.

Entertainment Publications Operating Company, Inc.
1414 E. Maple Road
Troy, MI 48083
Tel: 888-231-SAVE

---



 **Entertainment Publications Operating Company 1414 E. Maple Road Troy, MI 48083**

**If you can not see our footer image, please visit here.**

From ???@??? Sun Apr 09 09:43:42 2006
X-Persona: <Celia>
Return-Path: <mailcenter342898@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 8721 invoked from network); 6 Apr 2006 15:55:47 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by ehahome.com with SMTP; 6 Apr 2006 15:55:38 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 06 Apr 2006 16:55:37 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 342898
From: Coupon Book <CouponBook@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342898@vm-rewards.com>
Subject: *****SPAM***** The 2006 Entertainment Coupon Book - half off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,HTML_TAG_BALANCE_BODY,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,SAVE_UP_TO,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 SAVE_UP_TO BODY: Save Up To
        *  0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.3 HTML_TAG_BALANCE_BODY BODY: HTML has unbalanced "body" tags
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]

Images not loading? View this offer by visiting this link





[The Entertainment® Book](#)

Spring is here, time to save. Use the Entertainment® Book to dine at top restaurants, travel, shop ?

• Movie Theaters

• Local Restaurants

• Sporting Events

• Grocery Stores

• Car Rentals

• And much, much more



Not valid with any other offer.

Entertainment Publications Operating Company, Inc.

1414 E. Maple Road

Troy, MI 48083

Tel: 888-231-SAVE

---



**Entertainment Publications Operating Company 1414 E. Maple Road Troy, MI 48083**

**If you can not see our footer image, please visit here.**

From ???@??? Fri Apr 07 22:12:36 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter342898@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 22211 invoked from network); 6 Apr 2006 22:07:32 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by celiajay.com with SMTP; 6 Apr 2006 22:07:28 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 06 Apr 2006 23:07:23 -0500
X-ClientHost: 10611111006410609712110709712111511212108097099101046099111109
X-MailingID: 342898
From: Coupon Book <CouponBook@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342898@vm-rewards.com>
Subject: *****SPAM***** The 2006 Entertainment Coupon Book - half off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,HTML_TAG_BALANCE_BODY,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,SAVE_UP_TO,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 SAVE_UP_TO BODY: Save Up To
        *  0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.3 HTML_TAG_BALANCE_BODY BODY: HTML has unbalanced "body" tags
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]


Images not loading? View this offer by visiting this link





**The Entertainment® Book**

Spring is here, time to save. Use the Entertainment® Book to dine at top restaurants, travel, shop ?

• Movie Theaters

• Local Restaurants

• Sporting Events

• Grocery Stores

• Car Rentals

• And much, much more



Not valid with any other offer.
Entertainment Publications Operating Company, Inc.
1414 E. Maple Road
Troy, MI 48083
Tel: 888-231-SAVE

---



**Entertainment Publications Operating Company 1414 E. Maple Road Troy, MI 48083**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 13:17:59 2006
Return-Path: <mailcenter342898@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 8707 invoked from network); 6 Apr 2006 15:29:19 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by rcw19190020.com with SMTP; 6 Apr 2006 15:29:18 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 06 Apr 2006 16:29:11 -0500
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 342898
From: Coupon Book <CouponBook@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342898@vm-rewards.com>
Subject: The 2006 Entertainment Coupon Book - half off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.1 required=7.0 tests=BAYES_01,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



The Entertainment® Book
Spring is here, time to save. Use the Entertainment® Book to dine at top restaurants, travel, shop ?

• Movie Theaters
• Local Restaurants
• Sporting Events
• Grocery Stores
• Car Rentals
• And much, much more



Not valid with any other offer.
Entertainment Publications Operating Company, Inc.
1414 E. Maple Road
Troy, MI 48083
Tel: 888-231-SAVE

---



 **Entertainment Publications Operating Company 1414 E. Maple Road Troy, MI 48083**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 13:17:59 2006
Return-Path: <mailcenter342898@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 12519 invoked from network); 6 Apr 2006 15:29:27 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by rcw19190020.com with SMTP; 6 Apr 2006 15:29:25 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 06 Apr 2006 16:29:11 -0500
X-ClientHost: 116106064097110116104111101210991011101161140971080460991111097
X-MailingID: 342898
From: Coupon Book <CouponBook@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342898@vm-rewards.com>
Subject: The 2006 Entertainment Coupon Book - half off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_01,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



The Entertainment® Book

Spring is here, time to save. Use the Entertainment® Book to dine at top restaurants, travel, shop ?

• Movie Theaters
• Local Restaurants
• Sporting Events
• Grocery Stores
• Car Rentals
• And much, much more



Not valid with any other offer.
Entertainment Publications Operating Company, Inc.
1414 E. Maple Road
Troy, MI 48083
Tel: 888-231-SAVE

---



**Entertainment Publications Operating Company 1414 E. Maple Road Troy, MI 48083**



**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 13:17:59 2006
Return-Path: <mailcenter342898@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 10912 invoked from network); 6 Apr 2006 15:29:24 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by rcw19190020.com with SMTP; 6 Apr 2006 15:29:23 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 06 Apr 2006 16:29:11 -0500
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 342898
From: Coupon Book <CouponBook@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342898@vm-rewards.com>
Subject: The 2006 Entertainment Coupon Book - half off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.1 required=7.0 tests=BAYES_01,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**





Not valid with any other offer.
Entertainment Publications Operating Company, Inc.
1414 E. Maple Road
Troy, MI 48083
Tel: 888-231-SAVE

---



**Entertainment Publications Operating Company 1414 E. Maple Road Troy, MI 48083**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 13:17:48 2006
Return-Path: <mailcenter342898@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 7810 invoked from network); 6 Apr 2006 15:29:18 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by rcw19190020.com with SMTP; 6 Apr 2006 15:29:17 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 06 Apr 2006 16:29:11 -0500
X-ClientHost:
097110116064097110116104111101210991011101161140971080460991111109
X-MailingID: 342898
From: Coupon Book <CouponBook@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342898@vm-rewards.com>
Subject: The 2006 Entertainment Coupon Book - half off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_01,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



The Entertainment® Book

Spring is here, time to save. Use the Entertainment® Book to dine at top restaurants, travel, shop ?

• Movie Theaters
• Local Restaurants
• Sporting Events
• Grocery Stores
• Car Rentals
• And much, much more



Not valid with any other offer.
Entertainment Publications Operating Company, Inc.
1414 E. Maple Road
Troy, MI 48083
Tel: 888-231-SAVE

---



**Entertainment Publications Operating Company 1414 E. Maple Road Troy, MI 48083**



**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 13:17:48 2006
Return-Path: <mailcenter342898@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 9570 invoked from network); 6 Apr 2006 15:29:22 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by rcw19190020.com with SMTP; 6 Apr 2006 15:29:19 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 06 Apr 2006 16:29:11 -0500
X-ClientHost:
1001011190971211010106409711011610411110121099101110116114097108046099111109
X-MailingID: 342898
From: Coupon Book <CouponBook@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342898@vm-rewards.com>
Subject: The 2006 Entertainment Coupon Book - half off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.1 required=7.0 tests=BAYES_01,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_04,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



The Entertainment® Book
Spring is here, time to save. Use the
Entertainment® Book to dine at top
restaurants, travel, shop ?

• Movie          • Grocery Stores
Theaters         • Car Rentals
• Local          • And much, much
Restaurants      more
• Sporting
Events



Not valid with any other offer.
Entertainment Publications Operating Company, Inc.
1414 E. Maple Road
Troy, MI 48083
Tel: 888-231-SAVE



**Entertainment Publications Operating Company 1414 E. Maple Road Troy, MI 48083**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Apr 06 22:23:02 2006
X-Persona: <Mila>
Return-Path: <mailcenter342898@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 16973 invoked from network); 6 Apr 2006 22:07:01 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by xj4x4.net with SMTP; 6 Apr 2006 22:06:56 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 06 Apr 2006 23:06:50 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 342898
From: Coupon Book <CouponBook@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342898@vm-rewards.com>
Subject: The 2006 Entertainment Coupon Book - half off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63

Images not loading? View this offer by visiting this link



The Entertainment® Book
Spring is here, time to save. Use the
Entertainment® Book to dine at top
restaurants, travel, shop ?

• Movie          • Grocery Stores
Theaters        • Car Rentals
• Local          • And much, much
Restaurants      more
• Sporting
Events



Not valid with any other offer.
Entertainment Publications Operating Company, Inc.
1414 E. Maple Road
Troy, MI 48083
Tel: 888-231-SAVE



**Entertainment Publications Operating Company 1414 E. Maple Road Troy, MI 48083**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 06 21:16:18 2006
X-Persona: <Anthony>
Return-Path: <mailcenter342898@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 10912 invoked from network); 6 Apr 2006 15:29:24 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by rcw19190020.com with SMTP; 6 Apr 2006 15:29:23 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 06 Apr 2006 16:29:11 -0500
X-ClientHost:
11509711010012106409711011610411110121099101110116114097108046099111109
X-MailingID: 342898
From: Coupon Book <CouponBook@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342898@vm-rewards.com>
Subject: The 2006 Entertainment Coupon Book - half off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.1 required=7.0 tests=BAYES_01,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



The Entertainment® Book
Spring is here, time to save. Use the
Entertainment® Book to dine at top
restaurants, travel, shop ?

• Movie        • Grocery Stores
Theaters       • Car Rentals
• Local        • And much, much
Restaurants    more
• Sporting
Events



Not valid with any other offer.
Entertainment Publications Operating Company, Inc.
1414 E. Maple Road
Troy, MI 48083
Tel: 888-231-SAVE



**Entertainment Publications Operating Company 1414 E. Maple Road Troy, MI 48083**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 06 21:16:17 2006
X-Persona: <Anthony>
Return-Path: <mailcenter342898@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 12519 invoked from network); 6 Apr 2006 15:29:27 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by rcw19190020.com with SMTP; 6 Apr 2006 15:29:25 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 06 Apr 2006 16:29:11 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 342898
From: Coupon Book <CouponBook@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342898@vm-rewards.com>
Subject: The 2006 Entertainment Coupon Book - half off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_01,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



The Entertainment® Book
Spring is here, time to save. Use the Entertainment® Book to dine at top restaurants, travel, shop ?

• Movie Theaters
• Local Restaurants
• Sporting Events
• Grocery Stores
• Car Rentals
• And much, much more



Not valid with any other offer.
Entertainment Publications Operating Company, Inc.
1414 E. Maple Road
Troy, MI 48083
Tel: 888-231-SAVE



**Entertainment Publications Operating Company 1414 E. Maple Road Troy, MI 48083**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 06 21:15:28 2006
X-Persona: <Anthony>
Return-Path: <mailcenter342898@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 7810 invoked from network); 6 Apr 2006 15:29:18 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by rcw19190020.com with SMTP; 6 Apr 2006 15:29:17 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 06 Apr 2006 16:29:11 -0500
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 342898
From: Coupon Book <CouponBook@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342898@vm-rewards.com>
Subject: The 2006 Entertainment Coupon Book - half off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_01,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



The Entertainment® Book
Spring is here, time to save. Use the Entertainment® Book to dine at top restaurants, travel, shop ?

• Movie Theaters
• Local Restaurants
• Sporting Events
• Grocery Stores
• Car Rentals
• And much, much more



Not valid with any other offer.
Entertainment Publications Operating Company, Inc.
1414 E. Maple Road
Troy, MI 48083
Tel: 888-231-SAVE

---



**Entertainment Publications Operating Company 1414 E. Maple Road Troy, MI 48083**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 06 21:15:28 2006
X-Persona: <Anthony>
Return-Path: <mailcenter342898@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 9570 invoked from network); 6 Apr 2006 15:29:22 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by rcw19190020.com with SMTP; 6 Apr 2006 15:29:19 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 06 Apr 2006 16:29:11 -0500
X-ClientHost:
10010111909712111010106409711011610411110121099101110116114097108046099111109
X-MailingID: 342898
From: Coupon Book <CouponBook@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342898@vm-rewards.com>
Subject: The 2006 Entertainment Coupon Book - half off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.1 required=7.0 tests=BAYES_01,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



The Entertainment® Book
Spring is here, time to save. Use the Entertainment® Book to dine at top restaurants, travel, shop ?

• Movie Theaters
• Local Restaurants
• Sporting Events
• Grocery Stores
• Car Rentals
• And much, much more



Not valid with any other offer.
Entertainment Publications Operating Company, Inc.
1414 E. Maple Road
Troy, MI 48083
Tel: 888-231-SAVE

---



**Entertainment Publications Operating Company 1414 E. Maple Road Troy, MI 48083**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 06 21:15:28 2006
X-Persona: <Anthony>
Return-Path: <mailcenter342898@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 8707 invoked from network); 6 Apr 2006 15:29:19 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by rcw19190020.com with SMTP; 6 Apr 2006 15:29:18 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 06 Apr 2006 16:29:11 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 342898
From: Coupon Book <CouponBook@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342898@vm-rewards.com>
Subject: The 2006 Entertainment Coupon Book - half off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.1 required=7.0 tests=BAYES_01,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



The Entertainment® Book
Spring is here, time to save. Use the
Entertainment® Book to dine at top
restaurants, travel, shop ?

• Movie        • Grocery Stores
Theaters       • Car Rentals
• Local        • And much, much
Restaurants    more
• Sporting
Events



Not valid with any other offer.
Entertainment Publications Operating Company, Inc.
1414 E. Maple Road
Troy, MI 48083
Tel: 888-231-SAVE

---



**Entertainment Publications Operating Company 1414 E. Maple Road Troy, MI 48083**



**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Mar 18 21:31:44 2006
X-Persona: <Mila>
Return-Path: <mailcenter340136@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 29676 invoked from network); 17 Mar 2006 13:25:54 -0600
Received: from vm-181-55.vm-mail.com (206.82.181.55)
  by omniinnovations.com with SMTP; 17 Mar 2006 13:25:50 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-55.vm-mail.com with SMTP; 17 Mar 2006 13:25:31 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 340136
From: Coupon Book <CouponBook@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340136@vm-rewards.com>
Subject: The 2006 Entertainment Coupon Book - half off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.6 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_06,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





Not valid with any other offer.

© 2006 Entertainment Publications, Inc.



**Entertainment Publications Operating Company, 1414 E. Maple Road, Troy, MI 48083**



**If you can not see our footer image, please visit here.**

From ???@??? Sat Mar 18 12:59:38 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340136@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 16416 invoked from network); 17 Mar 2006 13:47:00 -0600
Received: from vm-180-63.vm-mail.com (206.82.180.63)
  by jaykaysplace.com with SMTP; 17 Mar 2006 13:47:00 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-63.vm-mail.com with SMTP; 17 Mar 2006 13:46:44 -0600
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 340136
From: Coupon Book <CouponBook@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340136@vm-rewards.com>
Subject: The 2006 Entertainment Coupon Book - half off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.7 required=7.0 tests=BAYES_30,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_06,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
        autolearn=no version=2.63


Images not loading? View this offer by visiting this link





Not valid with any other offer.
© 2006 Entertainment Publications, Inc.

---



**Entertainment Publications Operating Company, 1414 E. Maple Road, Troy, MI 48083**



**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Mar 18 12:59:38 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340136@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 18178 invoked from network); 17 Mar 2006 13:47:02 -0600
Received: from vm-180-63.vm-mail.com (206.82.180.63)
  by jaykaysplace.com with SMTP; 17 Mar 2006 13:47:01 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-63.vm-mail.com with SMTP; 17 Mar 2006 13:46:44 -0600
X-ClientHost:
0991041170991070640971101161041111101210991011101161140971080460991111109
X-MailingID: 340136
From: Coupon Book <CouponBook@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340136@vm-rewards.com>
Subject: The 2006 Entertainment Coupon Book - half off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.7 required=7.0 tests=BAYES_30,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_06,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





Not valid with any other offer.

© 2006 Entertainment Publications, Inc.



**Entertainment Publications Operating Company, 1414 E. Maple Road, Troy, MI 48083**



**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Mar 18 12:59:38 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340136@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 19457 invoked from network); 17 Mar 2006 13:47:04 -0600
Received: from vm-180-63.vm-mail.com (206.82.180.63)
   by jaykaysplace.com with SMTP; 17 Mar 2006 13:47:03 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-63.vm-mail.com with SMTP; 17 Mar 2006 13:46:44 -0600
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710804609911109
X-MailingID: 340136
From: Coupon Book <CouponBook@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340136@vm-rewards.com>
Subject: The 2006 Entertainment Coupon Book - half off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.7 required=7.0 tests=BAYES_30,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_06,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





Not valid with any other offer.
© 2006 Entertainment Publications, Inc.

---



**Entertainment Publications Operating Company, 1414 E. Maple Road, Troy, MI 48083**



**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Mar 18 12:59:38 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340136@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 22817 invoked from network); 17 Mar 2006 13:47:15 -0600
Received: from vm-180-63.vm-mail.com (206.82.180.63)
  by jaykaysplace.com with SMTP; 17 Mar 2006 13:47:06 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-63.vm-mail.com with SMTP; 17 Mar 2006 13:46:44 -0600
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 340136
From: Coupon Book <CouponBook@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340136@vm-rewards.com>
Subject: The 2006 Entertainment Coupon Book - half off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.7 required=7.0 tests=BAYES_30,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_06,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





Not valid with any other offer.

© 2006 Entertainment Publications, Inc.



**Entertainment Publications Operating Company, 1414 E. Maple Road, Troy, MI 48083**



**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Mar 18 12:59:38 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340136@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 25152 invoked from network); 17 Mar 2006 13:47:17 -0600
Received: from vm-180-63.vm-mail.com (206.82.180.63)
  by jaykaysplace.com with SMTP; 17 Mar 2006 13:47:16 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-63.vm-mail.com with SMTP; 17 Mar 2006 13:46:44 -0600
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 340136
From: Coupon Book <CouponBook@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340136@vm-rewards.com>
Subject: The 2006 Entertainment Coupon Book - half off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.7 required=7.0 tests=BAYES_30,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_06,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



We want to save you more green this March! Use the Entertainment® Book to dine at top restaurants, travel, shop ?

- Grocery Stores
- Car Rentals
- And much, much more
- Movie Theaters
- Local Restaurants
- Sporting Events



Not valid with any other offer.
© 2006 Entertainment Publications, Inc.

---



 **Entertainment Publications Operating Company, 1414 E. Maple Road, Troy, MI 48083**

**If you can not see our footer image, please visit here.**

From ???@??? Sat Mar 18 12:49:49 2006
X-Persona: <Jay>
Return-Path: <mailcenter340136@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 17955 invoked from network); 17 Mar 2006 13:26:42 -0600
Received: from vm-181-199.vm-mail.com (206.82.181.199)
  by omniinnovations.com with SMTP; 17 Mar 2006 13:26:38 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-199.vm-mail.com with SMTP; 17 Mar 2006 13:26:21 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 340136
From: Coupon Book <CouponBook@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340136@vm-rewards.com>
Subject: The 2006 Entertainment Coupon Book - half off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.6 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_06,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
      autolearn=no version=2.63

Images not loading? View this offer by visiting this link





Not valid with any other offer.
© 2006 Entertainment Publications, Inc.

---



**Entertainment Publications Operating Company, 1414 E. Maple Road, Troy, MI 48083**



**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Mar 18 12:47:23 2006
X-Persona: <Celia>
Return-Path: <mailcenter340136@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 20486 invoked from network); 18 Mar 2006 11:27:37 -0600
Received: from vm-181-191.vm-mail.com (206.82.181.191)
  by clrobin.com with SMTP; 18 Mar 2006 11:27:35 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-191.vm-mail.com with SMTP; 17 Mar 2006 15:39:55 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 340136
From: Coupon Book <CouponBook@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340136@vm-rewards.com>
Subject: *****SPAM***** The 2006 Entertainment Coupon Book - half off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_06,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,HTML_TAG_BALANCE_BODY,
      MIME_HTML_ONLY,SAVE_UP_TO,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 SAVE_UP_TO BODY: Save Up To
      *  0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  1.7 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
      *  0.3 HTML_TAG_BALANCE_BODY BODY: HTML has unbalanced "body" tags
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

**Images not loading? View this offer by visiting this link**





We want to save you more green this March!
Use the Entertainment® Book to dine at top
restaurants, travel, shop ?

• Grocery Stores    • Movie
• Car Rentals        Theaters
• And much, much    • Local
more                 Restaurants
                     • Sporting
                     Events

Not valid with any other offer.
© 2006 Entertainment Publications, Inc.

---



**Entertainment Publications Operating Company, 1414 E. Maple Road, Troy, MI 48083**



**If you can not see our footer image, please visit here.**

From ???@??? Sat Mar 18 12:46:34 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter340136@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 12961 invoked from network); 17 Mar 2006 13:16:32 -0600
Received: from vm-181-62.vm-mail.com (206.82.181.62)
  by ehahome.com with SMTP; 17 Mar 2006 13:16:30 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-62.vm-mail.com with SMTP; 17 Mar 2006 13:16:12 -0600
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460099111109
X-MailingID: 340136
From: Coupon Book <CouponBook@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340136@vm-rewards.com>
Subject:  The 2006 Entertainment Coupon Book - half off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



Not valid with any other offer.
© 2006 Entertainment Publications, Inc.



**Entertainment Publications Operating Company, 1414 E. Maple Road, Troy, MI 48083**

If you can not see our footer image, please visit here.

```
From ???@??? Sat Mar 18 10:46:34 2006
X-Persona: <RCW>
Return-Path: <mailcenter340136@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 32545 invoked from network); 18 Mar 2006 11:43:08 -0600
Received: from vm-181-91.vm-mail.com (206.82.181.91)
  by clrobin.com with SMTP; 18 Mar 2006 11:43:06 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-91.vm-mail.com with SMTP; 17 Mar 2006 15:45:30 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 340136
From: Coupon Book <CouponBook@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340136@vm-rewards.com>
Subject:  The 2006 Entertainment Coupon Book - half off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



Not valid with any other offer.
© 2006 Entertainment Publications, Inc.



 **Entertainment Publications Operating Company, 1414 E. Maple Road, Troy, MI 48083**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Mar 17 22:02:41 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter340136@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 22080 invoked from network); 17 Mar 2006 13:26:55 -0600
Received: from vm-181-205.vm-mail.com (206.82.181.205)
  by gnwalpha.org with SMTP; 17 Mar 2006 13:26:40 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-205.vm-mail.com with SMTP; 17 Mar 2006 13:26:21 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 340136
From: Coupon Book <CouponBook@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340136@vm-rewards.com>
Subject: *****SPAM***** The 2006 Entertainment Coupon Book - half off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_06,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,HTML_TAG_BALANCE_BODY,
      MIME_HTML_ONLY,SAVE_UP_TO,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 SAVE_UP_TO BODY: Save Up To
      *  0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  1.7 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
      *  0.3 HTML_TAG_BALANCE_BODY BODY: HTML has unbalanced "body" tags
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





We want to save you more green this March!
Use the Entertainment® Book to dine at top restaurants, travel, shop ?

• Grocery Stores    • Movie Theaters
• Car Rentals       • Local Restaurants
• And much, much more  • Sporting Events

Not valid with any other offer.
© 2006 Entertainment Publications, Inc.



**Entertainment Publications Operating Company, 1414 E. Maple Road, Troy, MI 48083**



**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Mar 10 12:44:19 2006
X-Persona: <Jay>
Return-Path: <mailcenter339784@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 3301 invoked from network); 10 Mar 2006 09:08:23 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by gnwalpha.org with SMTP; 10 Mar 2006 09:08:14 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 10 Mar 2006 09:08:01 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 339784
From: Coupon Book <CouponBook@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339784@vm-rewards.com>
Subject: *****SPAM***** The 2006 Entertainment Coupon Book - half off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=10.0 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_06,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,HTML_TAG_BALANCE_BODY,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,SAVE_UP_TO,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 SAVE_UP_TO BODY: Save Up To
        *  0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  1.7 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
        *  0.3 HTML_TAG_BALANCE_BODY BODY: HTML has unbalanced "body" tags
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link





We want to save you more green this March!
Use the Entertainment® Book to dine at top
restaurants, travel, shop ?

• Grocery Stores        • Movie
• Car Rentals             Theaters
• And much, much        • Local
more                       Restaurants
                          • Sporting
                          Events

Not valid with any other offer.
© 2006 Entertainment Publications, Inc.

 **Entertainment Publications Operating Company, 1414 E. Maple Road, Troy, MI 48083**

 **If you can not see our footer image, please visit here.**

```
From ???@??? Fri Mar 10 12:42:13 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter339784@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 8576 invoked from network); 10 Mar 2006 09:04:26 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by ehahome.com with SMTP; 10 Mar 2006 09:04:24 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 10 Mar 2006 09:04:07 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 339784
From: Coupon Book <CouponBook@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339784@vm-rewards.com>
Subject:  The 2006 Entertainment Coupon Book - half off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



Not valid with any other offer.
© 2006 Entertainment Publications, Inc.



Entertainment Publications Operating Company, 1414 E. Maple Road, Troy, MI 48083



If you can not see our footer image, please visit here.

```
From ???@??? Fri Mar 10 12:41:12 2006
X-Persona: <Celia>
Return-Path: <mailcenter339784@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 32001 invoked from network); 10 Mar 2006 09:27:57 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaycelia.com with SMTP; 10 Mar 2006 09:27:57 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 10 Mar 2006 09:27:44 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 339784
From: Coupon Book <CouponBook@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339784@vm-rewards.com>
Subject: *****SPAM***** The 2006 Entertainment Coupon Book - half off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=10.0 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_06,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,HTML_TAG_BALANCE_BODY,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,SAVE_UP_TO,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 SAVE_UP_TO BODY: Save Up To
        *  0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  1.7 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
        *  0.3 HTML_TAG_BALANCE_BODY BODY: HTML has unbalanced "body" tags
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





We want to save you more green this March!
Use the Entertainment® Book to dine at top restaurants, travel, shop ?

- Grocery Stores
- Car Rentals
- And much, much more

- Movie Theaters
- Local Restaurants
- Sporting Events

Not valid with any other offer.
© 2006 Entertainment Publications, Inc.

---



**Entertainment Publications Operating Company, 1414 E. Maple Road, Troy, MI 48083**



**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Mar 10 10:32:25 2006
X-Persona: <Mila>
Return-Path: <mailcenter339784@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 10 Mar 2006 09:08:10 -0600
From: Coupon Book <CouponBook@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** The 2006 Entertainment Coupon Book - half off
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_06,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4411965A.FE9388F3"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9639&e=mila@jammtomm.com
  visiting this link URI:http://ogy.cc/enterimglas/px.gif
  URI:http://ogy.cc/enterimglas/px.gif [...]

Content analysis details:   (7.1 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 1.1 HTML_IMAGE_RATIO_04    BODY: HTML has a low ratio of text to image area
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 1.4 HTML_IMAGE_ONLY_06     BODY: HTML: images with 400-600 bytes of words
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.0 BAYES_50               BODY: Bayesian spam probability is 50 to 56%
                            [score: 0.5072]
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
              [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 29376 invoked from network); 10 Mar 2006 09:08:08 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by anthonycentral.com with SMTP; 10 Mar 2006 09:08:04 -0600
```

```
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 10 Mar 2006 09:07:42 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 339784
From: Coupon Book <CouponBook@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339784@vm-rewards.com>
Subject:  The 2006 Entertainment Coupon Book - half off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM The 2006
Enterta.htm"
```

```
From ???@??? Fri Mar 10 09:06:46 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter339784@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 1092 invoked from network); 10 Mar 2006 09:08:19 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by chiefmusician.net with SMTP; 10 Mar 2006 09:08:14 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 10 Mar 2006 09:08:02 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 339784
From: Coupon Book <CouponBook@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339784@vm-rewards.com>
Subject: *****SPAM***** The 2006 Entertainment Coupon Book - half off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.0 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_06,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,HTML_TAG_BALANCE_BODY,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,SAVE_UP_TO,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 SAVE_UP_TO BODY: Save Up To
        *  0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  1.7 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
        *  0.3 HTML_TAG_BALANCE_BODY BODY: HTML has unbalanced "body" tags
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link





We want to save you more green this March!
Use the Entertainment® Book to dine at top restaurants, travel, shop ?

- Grocery Stores
- Car Rentals
- And much, much more
- Movie Theaters
- Local Restaurants
- Sporting Events

Not valid with any other offer.
© 2006 Entertainment Publications, Inc.

---



**Entertainment Publications Operating Company, 1414 E. Maple Road, Troy, MI 48083**



**If you can not see our footer image, please visit here.**

From ???@??? Fri Mar 10 07:13:27 2006
X-Persona: <RCW>
Return-Path: <mailcenter339784@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 25703 invoked from network); 10 Mar 2006 08:25:08 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by itdidnotendright.com with SMTP; 10 Mar 2006 08:24:53 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 10 Mar 2006 08:24:24 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460099111109
X-MailingID: 339784
From: Coupon Book <CouponBook@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339784@vm-rewards.com>
Subject:  The 2006 Entertainment Coupon Book - half off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

**Images not loading? View this offer by visiting this link**



Not valid with any other offer.
© 2006 Entertainment Publications, Inc.



 **Entertainment Publications Operating Company, 1414 E. Maple Road, Troy, MI 48083**

**If you can not see our footer image, please visit here.**

From ???@??? Tue Oct 14 17:40:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219141-30999>; Tue, 14 Oct 2003 19:36:13 -0400
Received: from vm125.vmadmin.com ([216.64.222.125]) by ams.ftl.affinity.com
with ESMTP id <332467-30960>; Tue, 14 Oct 2003 17:58:01 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm125.vmadmin.com with SMTP; 14 Oct 2003 16:57:50 -0500
X-ClientHost: 10609710910111150641031111141001111011911111410711504609911109
X-MailingID: 162857
From: Coupons and Free Samples <CouponsAndSamples162857@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Coupons and Free Samples
<CouponsAndSamples162857@replies.virtumundo.com>
Subject: Save Up to $28 This Week On Coupons > From Borden (R)
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct14.175801-0400_edt.332467-30960+29731@ams.ftl.affinity.com>
Date:Tue, 14 Oct 2003 17:57:59 -0400





Terms and Conditions: Terms and Conditions: Offer valid for US Residents Only.
Coupons&FreeSamples is a Valuable Partner of the SmartSource Online Savings Network. Coup
provided by the Smartsource network and subject to availability. Printer required to get
coupons. Transportation, meals, hotel taxes and gratuities are traveler's responsibility.
One Travel offer per household. Must submit reservation 60 days prior to desired travel
date. Must be a major credit card holder at least 21 years of age. Other terms and
conditions may apply.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at
http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from
the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy
Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer
should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Dec 19 01:52:21 2005
X-Persona: <Mila>
Return-Path: <mailcenter333214@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 6689 invoked from network); 15 Dec 2005 15:33:30 -0600
Received: from vm-182-212.vm-mail.com (206.82.182.212)
   by chiefmusician.net with SMTP; 15 Dec 2005 15:33:29 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-212.vm-mail.com with SMTP; 15 Dec 2005 15:33:16 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 333214
From: Crazy About Bingo <BingoCrazy@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333214@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



---

 **FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**



**If you can not see our footer image, please** visit here.

```
From ???@??? Thu Dec 15 21:39:17 2005
X-Persona: <Jon>
Return-Path: <mailcenter333214@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 11526 invoked from network); 15 Dec 2005 15:33:36 -0600
Received: from vm-182-173.vm-mail.com (206.82.182.173)
  by jaykaysplace.com with SMTP; 15 Dec 2005 15:33:36 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-173.vm-mail.com with SMTP; 15 Dec 2005 15:33:24 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010046099111109
X-MailingID: 333214
From: Crazy About Bingo <BingoCrazy@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333214@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



---

 **FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**



**If you can not see our footer image, please** visit here.

```
From ???@??? Thu Dec 15 21:39:12 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333214@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 24836 invoked from network); 15 Dec 2005 15:31:18 -0600
Received: from vm-182-245.vm-mail.com (206.82.182.245)
  by chiefmusician.net with SMTP; 15 Dec 2005 15:31:18 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-245.vm-mail.com with SMTP; 15 Dec 2005 15:31:05 -0600
X-ClientHost:
10610510906410511610010510011011111610111010010114105103104116046099111109
X-MailingID: 333214
From: Crazy About Bingo <BingoCrazy@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333214@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

**FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**

If you can not see our footer image, please visit here.

```
From ???@??? Thu Dec 15 21:38:11 2005
X-Persona: <Jay>
Return-Path: <mailcenter333214@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 12577 invoked from network); 15 Dec 2005 15:33:37 -0600
Received: from vm-182-212.vm-mail.com (206.82.182.212)
  by celiajay.com with SMTP; 15 Dec 2005 15:33:37 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-212.vm-mail.com with SMTP; 15 Dec 2005 15:33:24 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 333214
From: Crazy About Bingo <BingoCrazy@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333214@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



---

 **FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**



**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Dec 15 21:37:27 2005
X-Persona: <Celia>
Return-Path: <mailcenter333214@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 20294 invoked from network); 15 Dec 2005 15:47:14 -0600
Received: from vm-180-191.vm-mail.com (206.82.180.191)
  by anthonycentral.com with SMTP; 15 Dec 2005 15:47:14 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-191.vm-mail.com with SMTP; 15 Dec 2005 15:47:01 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 333214
From: Crazy About Bingo <BingoCrazy@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333214@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
```



---

 **FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**



**If you can not see our footer image, please** visit here**.**

```
From ???@??? Mon Jan 30 15:44:52 2006
X-Persona: <RCW>
Return-Path: <mailcenter333214@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 24577 invoked from network); 15 Dec 2005 16:09:28 -0600
Received: from vm-182-41.vm-mail.com (206.82.182.41)
  by rcw19190020.com with SMTP; 15 Dec 2005 16:09:28 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-41.vm-mail.com with SMTP; 15 Dec 2005 16:09:15 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 333214
From: Crazy About Bingo <BingoCrazy@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333214@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



 **FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**



**If you can not see our footer image, please** visit here.

```
From ???@??? Sat Dec 06 15:17:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <219128-30956>; Sat, 6 Dec 2003 16:47:54 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com
with ESMTP id <217925-30964>; Sat, 6 Dec 2003 16:46:56 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm106.vmadmin.com with SMTP; 06 Dec 2003 15:44:52 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 212566
From: Credit Advice Group <CreditAdviceGroup@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Credit Advice Group <CreditAdviceGroup212566@replies.virtumundo.com>
Subject: Try Privacy Plus(R) for 30 days
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.164656-0500_est.217925-30964+54534@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 16:46:55 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Dec 06 15:17:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221009-15023>; Sat, 6 Dec 2003 16:47:55 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com
with ESMTP id <218042-15027>; Sat, 6 Dec 2003 16:46:56 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm106.vmadmin.com with SMTP; 06 Dec 2003 15:44:52 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 212566
From: Credit Advice Group <CreditAdviceGroup@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Credit Advice Group <CreditAdviceGroup212566@replies.virtumundo.com>
Subject: Try Privacy Plus(R) for 30 days
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.164656-0500_est.218042-15027+6782@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 16:46:55 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Dec 06 15:17:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217925-15030>; Sat, 6 Dec 2003 16:47:55 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com
with ESMTP id <217888-30964>; Sat, 6 Dec 2003 16:46:56 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm106.vmadmin.com with SMTP; 06 Dec 2003 15:44:52 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 212566
From: Credit Advice Group <CreditAdviceGroup@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Credit Advice Group <CreditAdviceGroup212566@replies.virtumundo.com>
Subject: Try Privacy Plus(R) for 30 days
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.164656-0500_est.217888-30964+54532@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 16:46:55 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Dec 06 15:17:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221007-15030>; Sat, 6 Dec 2003 16:47:54 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com
with ESMTP id <218715-15030>; Sat, 6 Dec 2003 16:46:55 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm106.vmadmin.com with SMTP; 06 Dec 2003 15:44:52 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 212566
From: Credit Advice Group <CreditAdviceGroup@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Credit Advice Group <CreditAdviceGroup212566@replies.virtumundo.com>
Subject: Try Privacy Plus(R) for 30 days
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.164655-0500_est.218715-15030+6718@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 16:46:54 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Dec 06 15:17:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <218715-15030>; Sat, 6 Dec
2003 16:47:54 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com
with ESMTP id <218396-15023>; Sat, 6 Dec 2003 16:46:56 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm106.vmadmin.com with SMTP; 06 Dec 2003 15:44:52 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 212566
From: Credit Advice Group <CreditAdviceGroup@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Credit Advice Group <CreditAdviceGroup212566@replies.virtumundo.com>
Subject: Try Privacy Plus(R) for 30 days
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.164656-0500_est.218396-15023+6680@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 16:46:56 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Oct 09 18:32:01 2005
X-Persona: <Indi>
Return-Path: <mailcenter330348@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 04 Oct 2005 10:16:11 -0600
From: Credit Boost <CreditBoost@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Improve your credit rating quickly and legally
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.9 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,SUBJ_YOUR_DEBT,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4342AACB.C0B01A2C"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4440&e=indi@jammtomm.com
  URI:http://ogy.cc/changkichek/index_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4440&e=indi@jammtomm.com [...]

Content analysis details:   (8.9 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 0.7 SUBJ_YOUR_DEBT         Subject contains "Your Bills" or similar
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                  [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 22144 invoked from network); 4 Oct 2005 10:16:08 -0600
Received: from vm-182-244.vm-mail.com (206.82.182.244)
  by jaykaysplace.com with SMTP; 4 Oct 2005 10:16:07 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-244.vm-mail.com with SMTP; 04 Oct 2005 11:16:06 -0500

```
X-ClientHost: 1051101001050641060971091091161111091090460991111109
X-MailingID: 330348
From: Credit Boost <CreditBoost@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330348@vm-rewards.com>
Subject: Improve your credit rating quickly and legally
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Improve
your cre1.htm"
```

```
From ???@??? Sun Oct 09 18:32:01 2005
X-Persona: <Indi>
Return-Path: <mailcenter330348@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Tue, 04 Oct 2005 10:16:11 -0600
From: Credit Boost <CreditBoost@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Improve your credit rating quickly and legally
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,SUBJ_YOUR_DEBT,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4342AACB.C0B01A2C"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4440&e=indi@jammtomm.com
  URI:http://ogy.cc/changkichek/index_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4440&e=indi@jammtomm.com [...]

Content analysis details:   (8.9 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 0.7 SUBJ_YOUR_DEBT         Subject contains "Your Bills" or similar
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 22144 invoked from network); 4 Oct 2005 10:16:08 -0600
Received: from vm-182-244.vm-mail.com (206.82.182.244)
  by jaykaysplace.com with SMTP; 4 Oct 2005 10:16:07 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-244.vm-mail.com with SMTP; 04 Oct 2005 11:16:06 -0500

```
X-ClientHost: 1051101001050641060971091091161111091090460991111109
X-MailingID: 330348
From: Credit Boost <CreditBoost@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330348@vm-rewards.com>
Subject: Improve your credit rating quickly and legally
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Improve
your cre1.htm"
```

From ???@??? Tue Oct 11 18:16:13 2005
X-Persona: <Indi>
Return-Path: <mailcenter330348@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 04 Oct 2005 10:16:11 -0600
From: Credit Boost <CreditBoost@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Improve your credit rating quickly and legally
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.9 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,SUBJ_YOUR_DEBT,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4342AACB.C0B01A2C"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4440&e=indi@jammtomm.com
  URI:http://ogy.cc/changkichek/index_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4440&e=indi@jammtomm.com [...]

Content analysis details:   (8.9 points, 7.0 required)

 pts rule name               description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 0.7 SUBJ_YOUR_DEBT          Subject contains "Your Bills" or similar
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                        [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 22144 invoked from network); 4 Oct 2005 10:16:08 -0600
Received: from vm-182-244.vm-mail.com (206.82.182.244)
  by jaykaysplace.com with SMTP; 4 Oct 2005 10:16:07 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-244.vm-mail.com with SMTP; 04 Oct 2005 11:16:06 -0500

```
X-ClientHost: 10511010010506410609710910911611111091090460991111109
X-MailingID: 330348
From: Credit Boost <CreditBoost@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330348@vm-rewards.com>
Subject: Improve your credit rating quickly and legally
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Improve
your cre2.htm"
```

```
From ???@??? Thu Sep 18 16:16:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <409909-18934>; Thu, 18 Sep 2003 17:40:36 -0400
Received: from vt09.vtarget.com ([216.64.222.9]) by ams.ftl.affinity.com with
ESMTP id <401449-18937>; Thu, 18 Sep 2003 17:39:31 -0400
Received: from vtarget.com (192.168.3.10)
  by vt09.vtarget.com with SMTP; 18 Sep 2003 16:39:24 -0500
X-ClientHost: 1060971091011150641031111141001111011911111410711504609911109
X-MailingID: 138090
From: Credit Card Center <TheCreditCardCenter138090@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: Credit Card Center <TheCreditCardCenter138090@replies.vtarget.com>
Subject: Low interest credit cards can put you back on solid ground.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep18.173931-0400_edt.401449-18937+2676@ams.ftl.affinity.com>
Date:Thu, 18 Sep 2003 17:39:31 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Sep 29 19:53:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <229708-27389>; Mon, 29 Sep 2003 22:40:23 -0400
Received: from vl208-36.vmlocal.com ([216.21.208.36]) by ams.ftl.affinity.com
with ESMTP id <269879-27399>; Mon, 29 Sep 2003 22:39:31 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-36.vmlocal.com with SMTP; 29 Sep 2003 21:39:27 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 148034
From: Credit Card Center <TheCreditCardCenter148034@vmlocal.com>
To:   James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter148034@vmlocal.com>
Subject: Help yourself with low interest credit cards.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep29.223931-0400_edt.269879-27399+34259@ams.ftl.affinity.com>
Date:Mon, 29 Sep 2003 22:39:30 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Oct 09 18:04:12 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <266762-7624>; Thu, 9 Oct 2003 19:09:40 -0400
Received: from vl208-63.vmlocal.com ([216.21.208.63]) by ams.ftl.affinity.com
with ESMTP id <269828-7624>; Thu, 9 Oct 2003 18:20:34 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-63.vmlocal.com with SMTP; 09 Oct 2003 17:20:32 -0500
X-ClientHost: 1060971091011150641031111410011111011911111410711504609911109
X-MailingID: 157975
From: Credit Card Center <TheCreditCardCenter157975@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter157975@vmlocal.com>
Subject: Help yourself with low interest credit cards.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct9.182034-0400_edt.269828-7624+8707@ams.ftl.affinity.com>
Date:Thu, 9 Oct 2003 18:20:33 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 13 15:29:54 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <252692-11395>; Mon, 13 Oct 2003 17:05:12 -0400
Received: from vl208-44.vmlocal.com ([216.21.208.44]) by ams.ftl.affinity.com
with ESMTP id <2555039-11401>; Mon, 13 Oct 2003 14:41:18 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-44.vmlocal.com with SMTP; 13 Oct 2003 13:41:11 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 162494
From: Credit Card Center <TheCreditCardCenter162494@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+162494@replies.vmlocal.com>
Subject: Low interest credit cards can put you back on solid ground.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct13.144118-0400_edt.2555039-11401+47932@ams.ftl.affinity.com>
Date:Mon, 13 Oct 2003 14:41:18 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Oct 19 20:34:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <224809-1070>; Sun, 19 Oct 2003 23:26:52 -0400
Received: from vl208-46.vmlocal.com ([216.21.208.46]) by ams.ftl.affinity.com
with ESMTP id <221736-1083>; Sun, 19 Oct 2003 23:26:07 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-46.vmlocal.com with SMTP; 19 Oct 2003 22:26:06 -0500
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 169200
From: Credit Card Center <TheCreditCardCenter169200@vmlocal.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter169200@vmlocal.com>
Subject: Low interest credit cards to get you back on your feet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct19.232607-0400_edt.221736-1083+8280@ams.ftl.affinity.com>
Date:Sun, 19 Oct 2003 23:26:07 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Oct 28 08:23:11 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213136-17931>; Tue, 28 Oct 2003 05:56:44 -0500
Received: from vl208-47.vmlocal.com ([216.21.208.47]) by ams.ftl.affinity.com
with ESMTP id <214306-17934>; Tue, 28 Oct 2003 05:56:10 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-47.vmlocal.com with SMTP; 28 Oct 2003 04:56:08 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911110 9
X-MailingID: 179136
From: Credit Card Center <TheCreditCardCenter179136@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter179136@vmlocal.com>
Subject: Help yourself with low interest credit cards.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct28.055610-0500_est.214306-17934+507@ams.ftl.affinity.com>
Date:Tue, 28 Oct 2003 05:56:10 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**
Message sent

From ???@??? Tue Oct 28 08:23:11 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214496-17941>; Tue, 28 Oct 2003 05:56:45 -0500
Received: from vl208-47.vmlocal.com ([216.21.208.47]) by ams.ftl.affinity.com
with ESMTP id <214669-17941>; Tue, 28 Oct 2003 05:56:10 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-47.vmlocal.com with SMTP; 28 Oct 2003 04:56:08 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 179136
From: Credit Card Center <TheCreditCardCenter179136@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter179136@vmlocal.com>
Subject: Help yourself with low interest credit cards.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct28.055610-0500_est.214669-17941+601@ams.ftl.affinity.com>
Date:Tue, 28 Oct 2003 05:56:10 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent

From ???@??? Tue Oct 28 08:23:11 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214423-17933>; Tue, 28 Oct 2003 05:56:44 -0500
Received: from vl208-47.vmlocal.com ([216.21.208.47]) by ams.ftl.affinity.com
with ESMTP id <215135-17942>; Tue, 28 Oct 2003 05:56:10 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-47.vmlocal.com with SMTP; 28 Oct 2003 04:56:08 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 179136
From: Credit Card Center <TheCreditCardCenter179136@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter179136@vmlocal.com>
Subject: Help yourself with low interest credit cards.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct28.055610-0500_est.215135-17942+453@ams.ftl.affinity.com>
Date:Tue, 28 Oct 2003 05:56:10 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent

From ???@??? Wed Oct 29 23:22:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <224202-8219>; Thu, 30 Oct 2003 00:57:59 -0500
Received: from vl208-35.vmlocal.com ([216.21.208.35]) by ams.ftl.affinity.com
with ESMTP id <225387-8204>; Thu, 30 Oct 2003 00:57:00 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-35.vmlocal.com with SMTP; 29 Oct 2003 23:56:57 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 181934
From: Credit Card Center <TheCreditCardCenter181934@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter181934@vmlocal.com>
Subject: Do more with low interest credit cards.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct30.005700-0500_est.225387-8204+26373@ams.ftl.affinity.com>
Date:Thu, 30 Oct 2003 00:56:59 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent Wed Oct 29 23:55:37 CST 2003

```
From ???@??? Sat Nov 01 08:07:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215305-17941>; Sat, 1 Nov
2003 04:18:27 -0500
Received: from vl208-52.vmlocal.com ([216.21.208.52]) by ams.ftl.affinity.com
with ESMTP id <214997-17933>; Sat, 1 Nov 2003 04:17:39 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-52.vmlocal.com with SMTP; 01 Nov 2003 03:17:35 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 184701
From: Credit Card Center <TheCreditCardCenter184701@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter184701@vmlocal.com>
Subject: Low interest credit cards to get you back on your feet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov1.041739-0500_est.214997-17933+68684@ams.ftl.affinity.com>
Date:Sat, 1 Nov 2003 04:17:38 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Nov 05 13:15:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215448-1072>; Wed, 5 Nov 2003 13:34:48 -0500
Received: from vl208-27.vmlocal.com ([216.21.208.27]) by ams.ftl.affinity.com
with ESMTP id <214484-1072>; Wed, 5 Nov 2003 13:34:07 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-27.vmlocal.com with SMTP; 05 Nov 2003 12:34:04 -0600
X-ClientHost: 1020971211010641031111141001111011911111410711504609911109
X-MailingID: 190162
From: Credit Card Center <TheCreditCardCenter190162@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter190162@vmlocal.com>
Subject: Low interest credit cards to get you back on your feet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov5.133407-0500_est.214484-1072+7421@ams.ftl.affinity.com>
Date:Wed, 5 Nov 2003 13:34:06 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Nov 07 20:37:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <212677-1067>; Fri, 7 Nov 2003 23:10:53 -0500
Received: from vl208-25.vmlocal.com ([216.21.208.25]) by ams.ftl.affinity.com
with ESMTP id <216664-1069>; Fri, 7 Nov 2003 23:10:41 -0500
Received: from vmlocal.com (192.168.3.12)
    by vl208-25.vmlocal.com with SMTP; 07 Nov 2003 22:10:33 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 192066
From: Credit Card Center <TheCreditCardCenter192066@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter192066@vmlocal.com>
Subject: Low interest credit cards to get you back on your feet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov7.231041-0500_est.216664-1069+5694@ams.ftl.affinity.com>
Date:Fri, 7 Nov 2003 23:10:40 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Nov 07 18:23:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <215212-933>; Fri, 7 Nov 2003 17:34:11 -0500
Received: from vl208-28.vmlocal.com ([216.21.208.28]) by ams.ftl.affinity.com
with ESMTP id <213974-940>; Fri, 7 Nov 2003 17:32:46 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-28.vmlocal.com with SMTP; 07 Nov 2003 16:32:37 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 192071
From: Credit Card Center <TheCreditCardCenter192071@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter192071@vmlocal.com>
Subject: Low interest credit cards to get you back on your feet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov7.173246-0500_est.213974-940+12986@ams.ftl.affinity.com>
Date:Fri, 7 Nov 2003 17:32:46 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Nov 07 14:21:08 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214968-1081>; Fri, 7 Nov 2003 14:49:46 -0500
Received: from vl208-53.vmlocal.com ([216.21.208.53]) by ams.ftl.affinity.com
with ESMTP id <216153-1081>; Fri, 7 Nov 2003 14:48:21 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-53.vmlocal.com with SMTP; 07 Nov 2003 13:48:04 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 192073
From: Credit Card Center <TheCreditCardCenter192073@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter192073@vmlocal.com>
Subject: Low interest credit cards to get you back on your feet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov7.144821-0500_est.216153-1081+2148@ams.ftl.affinity.com>
Date:Fri, 7 Nov 2003 14:48:21 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 09 14:41:59 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213577-26651>; Sun, 9 Nov
2003 16:55:04 -0500
Received: from vl208-43.vmlocal.com ([216.21.208.43]) by ams.ftl.affinity.com
with ESMTP id <218811-26649>; Sun, 9 Nov 2003 16:54:42 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-43.vmlocal.com with SMTP; 09 Nov 2003 15:54:40 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 194147
From: Credit Card Center <TheCreditCardCenter194147@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter194147@vmlocal.com>
Subject: Low interest credit cards to get you back on your feet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov9.165442-0500_est.218811-26649+4815@ams.ftl.affinity.com>
Date:Sun, 9 Nov 2003 16:54:41 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Nov 13 07:44:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214465-15293>; Thu, 13 Nov 2003 10:03:57 -0500
Received: from vl208-28.vmlocal.com ([216.21.208.28]) by ams.ftl.affinity.com
with ESMTP id <215684-15293>; Thu, 13 Nov 2003 10:02:53 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-28.vmlocal.com with SMTP; 13 Nov 2003 09:02:47 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 197244
From: Credit Card Center <TheCreditCardCenter197244@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter197244@vmlocal.com>
Subject: Low interest credit cards to get you back on your feet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov13.100253-0500_est.215684-15293+73879@ams.ftl.affinity.com>
Date:Thu, 13 Nov 2003 10:02:53 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Nov 15 16:02:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <212689-25139>; Sat, 15 Nov 2003 15:05:03 -0500
Received: from vl208-60.vmlocal.com ([216.21.208.60]) by ams.ftl.affinity.com
with ESMTP id <214635-25134>; Sat, 15 Nov 2003 15:04:27 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-60.vmlocal.com with SMTP; 15 Nov 2003 14:04:04 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 198580
From: Credit Card Center <TheCreditCardCenter198580@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter198580@vmlocal.com>
Subject: Do more with low interest credit cards.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov15.150427-0500_est.214635-25134+15108@ams.ftl.affinity.com>
Date:Sat, 15 Nov 2003 15:04:26 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Nov 17 21:02:14 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214100-20825>; Mon, 17 Nov 2003 21:48:50 -0500
Received: from vm222-199.vm05.com ([216.64.222.199]) by ams.ftl.affinity.com
with ESMTP id <221650-20824>; Mon, 17 Nov 2003 21:48:25 -0500
Received: from vmlocal.com (192.168.3.12)
   by vm222-199.vm05.com with SMTP; 17 Nov 2003 20:48:04 -0600
X-ClientHost:
106097109105108097064103111141001111101191111141071150460991111109
X-MailingID: 199977
From: Credit Card Center <TheCreditCardCenter199977@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter199977@vmlocal.com>
Subject: Low interest credit cards to get you back on your feet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov17.214825-0500_est.221650-20824+46574@ams.ftl.affinity.com>
Date:Mon, 17 Nov 2003 21:48:25 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Nov 19 15:50:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <218597-18305>; Wed, 19 Nov
2003 17:49:13 -0500
Received: from vl208-17.vmlocal.com ([216.21.208.17]) by ams.ftl.affinity.com
with ESMTP id <220234-18309>; Wed, 19 Nov 2003 17:47:35 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-17.vmlocal.com with SMTP; 19 Nov 2003 16:47:22 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 201392
From: Credit Card Center <TheCreditCardCenter201392@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter201392@vmlocal.com>
Subject: Low interest credit cards to get you back on your feet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov19.174735-0500_est.220234-18309+5906@ams.ftl.affinity.com>
Date:Wed, 19 Nov 2003 17:47:34 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Feb 08 13:07:12 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <465842-12439>; Sun, 8 Feb
2004 14:31:46 -0500
Received: from vm208-63.adknow-net.com ([216.21.208.63]) by
ams.ftl.affinity.com with ESMTP id <465386-12444>; Sun, 8 Feb 2004 14:30:49
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-63.adknow-net.com with SMTP; 08 Feb 2004 13:30:45 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 363094
From: Credit Card Center <TheCreditCardCenter@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return363094@replies.adknow-net.com
Subject: Help yourself with low interest credit cards.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb8.143049-0500_est.465386-12444+34142@ams.ftl.affinity.com>
Date:Sun, 8 Feb 2004 14:30:49 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Feb 08 13:07:12 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <465607-12439>; Sun, 8 Feb 2004 14:31:46 -0500
Received: from vm208-63.adknow-net.com ([216.21.208.63]) by
ams.ftl.affinity.com with ESMTP id <465842-12449>; Sun, 8 Feb 2004 14:30:48
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-63.adknow-net.com with SMTP; 08 Feb 2004 13:30:45 -0600
X-ClientHost:
10609710910510809706410311111410011111101191111141071150460991111109
X-MailingID: 363094
From: Credit Card Center <TheCreditCardCenter@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return363094@replies.adknow-net.com
Subject: Help yourself with low interest credit cards.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb8.143048-0500_est.465842-12449+34626@ams.ftl.affinity.com>
Date:Sun, 8 Feb 2004 14:30:48 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Jan 19 15:11:26 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <327398-23448>; Mon, 19 Jan 2004 16:20:08 -0500
Received: from vm208-51.adknow-net.com ([216.21.208.51]) by
ams.ftl.affinity.com with ESMTP id <327259-23441>; Mon, 19 Jan 2004 16:19:40
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-51.adknow-net.com with SMTP; 19 Jan 2004 15:19:36 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 344496
From: Credit Card Center <TheCreditCardCenter@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return344496@replies.adknow-net.com
Subject: Low interest credit cards can put you back on solid ground.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan19.161940-0500_est.327259-23441+19763@ams.ftl.affinity.com>
Date:Mon, 19 Jan 2004 16:19:39 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Jan 19 09:24:10 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <318859-8824>; Mon, 19 Jan 2004 11:20:04 -0500
Received: from vm208-35.adknow-net.com ([216.21.208.35]) by
ams.ftl.affinity.com with ESMTP id <318954-8829>; Mon, 19 Jan 2004 11:18:52
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-35.adknow-net.com with SMTP; 19 Jan 2004 10:18:48 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 344440
From: Credit Card Center <TheCreditCardCenter@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return344440@replies.adknow-net.com
Subject: Low interest credit cards can put you back on solid ground.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan19.111852-0500_est.318954-8829+34987@ams.ftl.affinity.com>
Date:Mon, 19 Jan 2004 11:18:52 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Jan 18 11:12:33 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222596-31931>; Sun, 18 Jan 2004 13:27:59 -0500
Received: from vm208-78.adknow-net.com ([216.21.208.78]) by
ams.ftl.affinity.com with ESMTP id <219592-31931>; Sun, 18 Jan 2004 13:26:43
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-78.adknow-net.com with SMTP; 18 Jan 2004 12:26:39 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 343851
From: Credit Card Center <TheCreditCardCenter@adknow-net.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return343851@replies.adknow-net.com
Subject: Low interest credit cards can put you back on solid ground.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan18.132643-0500_est.219592-31931+58033@ams.ftl.affinity.com>
Date:Sun, 18 Jan 2004 13:26:42 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Jan 15 15:54:49 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <321422-18485>; Thu, 15 Jan
2004 17:33:49 -0500
Received: from vm208-65.adknow-net.com ([216.21.208.65]) by
ams.ftl.affinity.com with ESMTP id <326251-18485>; Thu, 15 Jan 2004 17:32:48
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-65.adknow-net.com with SMTP; 15 Jan 2004 16:31:15 -0600
X-ClientHost:
106111110097116104097110064103111114100111101191111141071150460 99111109
X-MailingID: 340809
From: Credit Card Center <TheCreditCardCenter@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return340809@replies.adknow-net.com
Subject: Low interest credit cards to get you back on your feet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan15.173248-0500_est.326251-18485+12699@ams.ftl.affinity.com>
Date:Thu, 15 Jan 2004 17:31:20 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Feb 11 13:52:16 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <1255801-10277>; Wed, 11 Feb 2004 14:26:28 -0500
Received: from vm208-71.adknow-net.com ([216.21.208.71]) by
ams.ftl.affinity.com with ESMTP id <1256015-10269>; Wed, 11 Feb 2004 14:25:43
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-71.adknow-net.com with SMTP; 11 Feb 2004 13:25:36 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 367733
From: Credit Card Center <TheCreditCardCenter@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return367733@replies.adknow-net.com
Subject: Low interest credit cards can put you back on solid ground.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb11.142543-0500_est.1256015-10269+42552@ams.ftl.affinity.com>
Date:Wed, 11 Feb 2004 14:25:43 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Jan 09 10:37:54 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <363954-18938>; Fri, 9 Jan 2004 13:11:36 -0500
Received: from vm217-222.vmlocal.com ([216.21.217.222]) by
ams.ftl.affinity.com with ESMTP id <364312-18948>; Fri, 9 Jan 2004 13:10:47
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm217-222.vmlocal.com with SMTP; 09 Jan 2004 12:10:44 -0600
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 238657
From: Credit Card Center <TheCreditCardCenter@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter238657@vmlocal.com>
Subject: Low interest credit cards can put you back on solid ground.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan9.131047-0500_est.364312-18948+9340@ams.ftl.affinity.com>
Date:Fri, 9 Jan 2004 13:10:47 -0500



**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Jan 07 08:12:46 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <322823-17594>; Wed, 7 Jan 2004 10:26:37 -0500
Received: from vm209-195.vmlocal.com ([216.21.209.195]) by
ams.ftl.affinity.com with ESMTP id <332540-17588>; Wed, 7 Jan 2004 10:25:10
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-195.vmlocal.com with SMTP; 07 Jan 2004 09:25:08 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460 99111109
X-MailingID: 237420
From: Credit Card Center <TheCreditCardCenter@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter237420@vmlocal.com>
Subject: Low interest credit cards can help you do so much.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan7.102510-0500_est.332540-17588+978@ams.ftl.affinity.com>
Date:Wed, 7 Jan 2004 10:25:10 -0500



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 06 16:22:07 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <229834-26918>; Tue, 6 Jan 2004 17:12:41 -0500
Received: from vm209-187.vmlocal.com ([216.21.209.187]) by
ams.ftl.affinity.com with ESMTP id <230302-26930>; Tue, 6 Jan 2004 17:11:49
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-187.vmlocal.com with SMTP; 06 Jan 2004 16:11:47 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 236789
From: Credit Card Center <TheCreditCardCenter@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter236789@vmlocal.com>
Subject: Low interest credit cards can put you back on solid ground.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan6.171149-0500_est.230302-26930+1242@ams.ftl.affinity.com>
Date:Tue, 6 Jan 2004 17:11:48 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Jan 04 11:42:04 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <329329-17637>; Sun, 4 Jan
2004 13:58:15 -0500
Received: from vm209-195.vmlocal.com ([216.21.209.195]) by
ams.ftl.affinity.com with ESMTP id <336123-17634>; Sun, 4 Jan 2004 13:56:26
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-195.vmlocal.com with SMTP; 04 Jan 2004 12:56:24 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 235492
From: Credit Card Center <TheCreditCardCenter@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter235492@vmlocal.com>
Subject: Low interest credit cards can help you do so much.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan4.135626-0500_est.336123-17634+15298@ams.ftl.affinity.com>
Date:Sun, 4 Jan 2004 13:56:25 -0500



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Jan 01 17:59:28 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2303310-12563>; Thu, 1 Jan 2004 20:21:08 -0500
Received: from vm209-216.vmlocal.com ([216.21.209.216]) by
ams.ftl.affinity.com with ESMTP id <2303364-5446>; Thu, 1 Jan 2004 20:19:38
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-216.vmlocal.com with SMTP; 01 Jan 2004 19:19:34 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 233491
From: Credit Card Center <TheCreditCardCenter@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter233491@vmlocal.com>
Subject: Low interest credit cards can help you do so much.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan1.201938-0500_est.2303364-5446+19308@ams.ftl.affinity.com>
Date:Thu, 1 Jan 2004 20:19:37 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 31 19:16:08 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <337192-1026>; Wed, 31 Dec 2003 20:25:42 -0500
Received: from vm209-210.vmlocal.com ([216.21.209.210]) by
ams.ftl.affinity.com with ESMTP id <337918-1020>; Wed, 31 Dec 2003 20:24:42
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-210.vmlocal.com with SMTP; 31 Dec 2003 19:24:40 -0600
X-ClientHost:
1060971091051080970641031111410011111011911111410711504609911109
X-MailingID: 232796
From: Credit Card Center <TheCreditCardCenter@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter232796@vmlocal.com>
Subject: Low interest credit cards can help you do so much.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec31.202442-0500_est.337918-1020+12514@ams.ftl.affinity.com>
Date:Wed, 31 Dec 2003 20:24:41 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 28 15:17:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <230721-3769>; Sun, 28 Dec 2003 17:05:24 -0500
Received: from vm209-202.vmlocal.com ([216.21.209.202]) by
ams.ftl.affinity.com with ESMTP id <230217-3779>; Sun, 28 Dec 2003 17:04:09
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-202.vmlocal.com with SMTP; 28 Dec 2003 16:04:07 -0600
X-ClientHost: 1060971210641031111410011110119111114107115046099111109
X-MailingID: 230304
From: Credit Card Center <TheCreditCardCenter@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter230304@vmlocal.com>
Subject: Low interest credit cards can put you back on solid ground.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec28.170409-0500_est.230217-3779+31222@ams.ftl.affinity.com>
Date:Sun, 28 Dec 2003 17:04:08 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 28 15:17:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <230580-3772>; Sun, 28 Dec 2003 17:05:24 -0500
Received: from vm209-202.vmlocal.com ([216.21.209.202]) by
ams.ftl.affinity.com with ESMTP id <230816-3771>; Sun, 28 Dec 2003 17:04:09
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-202.vmlocal.com with SMTP; 28 Dec 2003 16:04:07 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 230304
From: Credit Card Center <TheCreditCardCenter@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter230304@vmlocal.com>
Subject: Low interest credit cards can put you back on solid ground.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec28.170409-0500_est.230816-3771+31264@ams.ftl.affinity.com>
Date:Sun, 28 Dec 2003 17:04:08 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Dec 27 08:48:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217091-26545>; Sat, 27 Dec
2003 08:38:45 -0500
Received: from vm209-195.vmlocal.com ([216.21.209.195]) by
ams.ftl.affinity.com with ESMTP id <226759-26551>; Fri, 26 Dec 2003 23:03:21
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-195.vmlocal.com with SMTP; 26 Dec 2003 22:03:18 -0600
X-ClientHost:
10611111009711610409711006410311111410011110119111114107115046099111109
X-MailingID: 228402
From: Credit Card Center <TheCreditCardCenter@vmlocal.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter228402@vmlocal.com>
Subject: Low interest credit cards can put you back on solid ground.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec26.230321-0500_est.226759-26551+34360@ams.ftl.affinity.com>
Date:Fri, 26 Dec 2003 23:03:19 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 21 19:55:57 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2374773-18163>; Sun, 21 Dec 2003 22:19:49 -0500
Received: from vm209-233.vmlocal.com ([216.21.209.233]) by
ams.ftl.affinity.com with ESMTP id <2376916-30047>; Sun, 21 Dec 2003 22:18:43
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-233.vmlocal.com with SMTP; 21 Dec 2003 21:18:29 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 224127
From: Credit Card Center <TheCreditCardCenter@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter224127@vmlocal.com>
Subject: Help yourself with low interest credit cards.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec21.221843-0500_est.2376916-30047+6335@ams.ftl.affinity.com>
Date:Sun, 21 Dec 2003 22:18:42 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Dec 19 19:12:10 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221649-22453>; Fri, 19 Dec 2003 20:28:37 -0500
Received: from vm209-184.vmlocal.com ([216.21.209.184]) by
ams.ftl.affinity.com with ESMTP id <221463-22454>; Fri, 19 Dec 2003 20:27:41
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-184.vmlocal.com with SMTP; 19 Dec 2003 19:27:35 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 222741
From: Credit Card Center <TheCreditCardCenter@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter222741@vmlocal.com>
Subject: Low interest credit cards to get you back on your feet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec19.202741-0500_est.221463-22454+13058@ams.ftl.affinity.com>
Date:Fri, 19 Dec 2003 20:27:39 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Dec 19 13:29:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219362-29444>; Fri, 19 Dec 2003 14:43:24 -0500
Received: from vm209-245.vmlocal.com ([216.21.209.245]) by
ams.ftl.affinity.com with ESMTP id <216437-29451>; Fri, 19 Dec 2003 14:36:12
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-245.vmlocal.com with SMTP; 19 Dec 2003 13:36:10 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 222745
From: Credit Card Center <TheCreditCardCenter@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter222745@vmlocal.com>
Subject: Do more with low interest credit cards.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec19.143612-0500_est.216437-29451+5614@ams.ftl.affinity.com>
Date:Fri, 19 Dec 2003 14:36:11 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 17 11:24:08 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <3571589-10626>; Wed, 17 Dec
2003 12:18:47 -0500
Received: from vm209-213.vmlocal.com ([216.21.209.213]) by
ams.ftl.affinity.com with ESMTP id <3580704-19395>; Wed, 17 Dec 2003 10:54:46
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-213.vmlocal.com with SMTP; 17 Dec 2003 09:48:46 -0600
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 221282
From: Credit Card Center <TheCreditCardCenter@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter221282@vmlocal.com>
Subject: Do more with low interest credit cards.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec17.105446-0500_est.3580704-19395+1947@ams.ftl.affinity.com>
Date:Wed, 17 Dec 2003 10:54:46 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Dec 14 13:52:20 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <219512-14272>; Sun, 14 Dec 2003 15:38:17 -0500
Received: from vm209-224.vmlocal.com ([216.21.209.224]) by
ams.ftl.affinity.com with ESMTP id <219927-14264>; Sun, 14 Dec 2003 15:37:31
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-224.vmlocal.com with SMTP; 14 Dec 2003 14:37:24 -0600
X-ClientHost:
10609710910510809706410311111410011111101191111141071150460991111 09
X-MailingID: 218942
From: Credit Card Center <TheCreditCardCenter@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter218942@vmlocal.com>
Subject: Help yourself with low interest credit cards.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec14.153731-0500_est.219927-14264+53450@ams.ftl.affinity.com>
Date:Sun, 14 Dec 2003 15:37:30 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Dec 11 19:25:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <226533-6228>; Thu, 11 Dec 2003 20:06:52 -0500
Received: from vm209-216.vmlocal.com ([216.21.209.216]) by
ams.ftl.affinity.com with ESMTP id <226756-6227>; Thu, 11 Dec 2003 20:06:02
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-216.vmlocal.com with SMTP; 11 Dec 2003 19:05:00 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 216649
From: Credit Card Center <TheCreditCardCenter@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter216649@vmlocal.com>
Subject: Low interest credit cards can help you do so much.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec11.200602-0500_est.226756-6227+20331@ams.ftl.affinity.com>
Date:Thu, 11 Dec 2003 20:06:01 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 09 12:08:45 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219514-7145>; Tue, 9 Dec 2003 13:31:10 -0500
Received: from vl208-67.vmlocal.com ([216.21.208.67]) by ams.ftl.affinity.com
with ESMTP id <222157-7193>; Tue, 9 Dec 2003 13:29:38 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-67.vmlocal.com with SMTP; 09 Dec 2003 12:29:32 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 215068
From: Credit Card Center <TheCreditCardCenter@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter215068@vmlocal.com>
Subject: Low interest credit cards can help you do so much.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec9.132938-0500_est.222157-7193+16223@ams.ftl.affinity.com>
Date:Tue, 9 Dec 2003 13:29:37 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Dec 06 22:49:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <219180-2722>; Sat, 6 Dec 2003
23:25:19 -0500
Received: from vl208-17.vmlocal.com ([216.21.208.17]) by ams.ftl.affinity.com
with ESMTP id <218393-8433>; Sat, 6 Dec 2003 23:24:32 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-17.vmlocal.com with SMTP; 06 Dec 2003 22:13:02 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 212885
From: Credit Card Center <TheCreditCardCenter@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter212885@vmlocal.com>
Subject: Low interest credit cards can put you back on solid ground.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.232432-0500_est.218393-8433+12011@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 23:24:31 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Dec 06 22:49:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <223972-8433>; Sat, 6 Dec 2003 23:24:13 -0500
Received: from vl208-17.vmlocal.com ([216.21.208.17]) by ams.ftl.affinity.com
with ESMTP id <225378-8428>; Sat, 6 Dec 2003 23:23:25 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-17.vmlocal.com with SMTP; 06 Dec 2003 22:13:02 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 212885
From: Credit Card Center <TheCreditCardCenter@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter212885@vmlocal.com>
Subject: Low interest credit cards can put you back on solid ground.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.232325-0500_est.225378-8428+12273@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 23:23:24 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Dec 06 22:49:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <223972-8433>; Sat, 6 Dec 2003 23:24:13 -0500
Received: from vl208-17.vmlocal.com ([216.21.208.17]) by ams.ftl.affinity.com
with ESMTP id <225378-8428>; Sat, 6 Dec 2003 23:23:25 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-17.vmlocal.com with SMTP; 06 Dec 2003 22:13:02 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 212885
From: Credit Card Center <TheCreditCardCenter@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter212885@vmlocal.com>
Subject: Low interest credit cards can put you back on solid ground.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.232325-0500_est.225378-8428+12273@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 23:23:24 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Dec 05 17:15:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214406-16034>; Fri, 5 Dec 2003 16:16:49 -0500
Received: from vl208-64.vmlocal.com ([216.21.208.64]) by ams.ftl.affinity.com
with ESMTP id <215214-16024>; Fri, 5 Dec 2003 16:15:36 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-64.vmlocal.com with SMTP; 05 Dec 2003 15:14:49 -0600
X-ClientHost: 1060971210641031111141001111101191111141071115046099111109
X-MailingID: 212226
From: Credit Card Center <TheCreditCardCenter@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter212226@vmlocal.com>
Subject: Low interest credit cards to get you back on your feet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec5.161536-0500_est.215214-16024+113666@ams.ftl.affinity.com>
Date:Fri, 5 Dec 2003 16:15:33 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Dec 02 18:10:56 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <265320-31316>; Tue, 2 Dec 2003 19:09:19 -0500
Received: from vl208-20.vmlocal.com ([216.21.208.20]) by ams.ftl.affinity.com
with ESMTP id <265341-31314>; Tue, 2 Dec 2003 19:07:06 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-20.vmlocal.com with SMTP; 02 Dec 2003 16:26:09 -0600
X-ClientHost: 1020971211010641031111141001111011911111410711504609911109
X-MailingID: 210248
From: Credit Card Center <TheCreditCardCenter@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter210248@vmlocal.com>
Subject: Do more with low interest credit cards.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec2.190706-0500_est.265341-31314+68@ams.ftl.affinity.com>
Date:Tue, 2 Dec 2003 17:26:16 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Nov 27 11:32:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <3557835-1091>; Thu, 27 Nov 2003 13:15:33 -0500
Received: from vl208-52.vmlocal.com ([216.21.208.52]) by ams.ftl.affinity.com
with ESMTP id <3561017-1093>; Thu, 27 Nov 2003 13:13:13 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-52.vmlocal.com with SMTP; 27 Nov 2003 12:13:10 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 206855
From: Credit Card Center <TheCreditCardCenter@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter206855@vmlocal.com>
Subject: Low interest credit cards can put you back on solid ground.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov27.131313-0500_est.3561017-1093+5277@ams.ftl.affinity.com>
Date:Thu, 27 Nov 2003 13:13:13 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Nov 27 09:22:54 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <218513-1075>; Thu, 27 Nov
2003 10:11:50 -0500
Received: from vl208-25.vmlocal.com ([216.21.208.25]) by ams.ftl.affinity.com
with ESMTP id <218820-1085>; Thu, 27 Nov 2003 10:10:56 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-25.vmlocal.com with SMTP; 27 Nov 2003 09:10:54 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 206856
From: Credit Card Center <TheCreditCardCenter@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter206856@vmlocal.com>
Subject: Low interest credit cards can put you back on solid ground.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov27.101056-0500_est.218820-1085+5959@ams.ftl.affinity.com>
Date:Thu, 27 Nov 2003 10:10:55 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 23 13:24:10 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216845-4611>; Sun, 23 Nov 2003 14:51:30 -0500
Received: from vl208-71.vmlocal.com ([216.21.208.71]) by ams.ftl.affinity.com
with ESMTP id <219714-4603>; Sun, 23 Nov 2003 14:50:38 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-71.vmlocal.com with SMTP; 23 Nov 2003 13:50:20 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 204103
From: Credit Card Center <TheCreditCardCenter@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter204103@vmlocal.com>
Subject: Low interest credit cards to get you back on your feet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov23.145038-0500_est.219714-4603+23281@ams.ftl.affinity.com>
Date:Sun, 23 Nov 2003 14:50:37 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 23 09:30:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216111-20036>; Sun, 23 Nov 2003 11:35:56 -0500
Received: from vl208-74.vmlocal.com ([216.21.208.74]) by ams.ftl.affinity.com
with ESMTP id <214257-793>; Sun, 23 Nov 2003 11:34:30 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-74.vmlocal.com with SMTP; 23 Nov 2003 10:34:05 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 204105
From: Credit Card Center <TheCreditCardCenter@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter204105@vmlocal.com>
Subject: Low interest credit cards to get you back on your feet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov23.113430-0500_est.214257-793+14365@ams.ftl.affinity.com>
Date:Sun, 23 Nov 2003 11:34:30 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Jan 11 15:14:25 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <219716-22264>; Sun, 11 Jan 2004 16:33:52 -0500
Received: from vm217-215.vmlocal.com ([216.21.217.215]) by
ams.ftl.affinity.com with ESMTP id <216368-22265>; Sun, 11 Jan 2004 16:33:01
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm217-215.vmlocal.com with SMTP; 11 Jan 2004 15:32:59 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 239868
From: Credit Card Center <TheCreditCardCenter@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Center <TheCreditCardCenter239868@vmlocal.com>
Subject: Low interest credit cards to get you back on your feet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan11.163301-0500_est.216368-22265+72463@ams.ftl.affinity.com>
Date:Sun, 11 Jan 2004 16:33:00 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Sep 21 21:01:31 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <1259334-26836>; Sun, 21 Sep 2003 21:32:32 -0400
Received: from vl208-53.vmlocal.com ([216.21.208.53]) by ams.ftl.affinity.com
with ESMTP id <3794614-26830>; Sun, 21 Sep 2003 21:31:42 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-53.vmlocal.com with SMTP; 21 Sep 2003 20:31:38 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 140362
From: Credit Card Help <CreditCardHelpCenters140362@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters140362@vmlocal.com>
Subject: Is your debt a big downer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep21.213142-0400_edt.3794614-26830+4364@ams.ftl.affinity.com>
Date:Sun, 21 Sep 2003 21:31:42 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 03 00:07:12 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <329444-19922>; Fri, 3 Oct 2003 01:26:46 -0400
Received: from vl208-37.vmlocal.com ([216.21.208.37]) by ams.ftl.affinity.com
with ESMTP id <1252060-27397>; Thu, 2 Oct 2003 14:11:57 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-37.vmlocal.com with SMTP; 02 Oct 2003 13:11:55 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 150347
From: Credit Card Help <CreditCardHelpCenters150347@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters150347@vmlocal.com>
Subject: Control your debt before debt controls you.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct2.141157-0400_edt.1252060-27397+63086@ams.ftl.affinity.com>
Date:Thu, 2 Oct 2003 14:11:56 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Oct 12 23:08:54 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <263733-14266>; Sun, 12 Oct 2003 22:33:21 -0400
Received: from vl208-61.vmlocal.com ([216.21.208.61]) by ams.ftl.affinity.com
with ESMTP id <273333-14318>; Sun, 12 Oct 2003 22:32:08 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-61.vmlocal.com with SMTP; 12 Oct 2003 21:32:05 -0500
X-ClientHost: 106097109101115064103111114100111101191111114107115046099111109
X-MailingID: 160764
From: Credit Card Help <CreditCardHelpCenters160764@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters160764@vmlocal.com>
Subject: Get help, and get out of debt.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct12.223208-0400_edt.273333-14318+3142@ams.ftl.affinity.com>
Date:Sun, 12 Oct 2003 22:32:08 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Oct 13 15:29:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <315059-16479>; Mon, 13 Oct 2003 16:14:33 -0400
Received: from vl208-68.vmlocal.com ([216.21.208.68]) by ams.ftl.affinity.com
with ESMTP id <305878-16493>; Mon, 13 Oct 2003 15:58:01 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-68.vmlocal.com with SMTP; 13 Oct 2003 14:55:52 -0500
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 162276
From: Credit Card Help <CreditCardHelpCenters162276@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+162276@replies.vmlocal.com>
Subject: Now's a good time to get out of debt.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct13.155801-0400_edt.305878-16493+8257@ams.ftl.affinity.com>
Date:Mon, 13 Oct 2003 15:58:01 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 17 08:16:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220027-28224>; Fri, 17 Oct 2003 05:46:02 -0400
Received: from vl208-51.vmlocal.com ([216.21.208.51]) by ams.ftl.affinity.com
with ESMTP id <238650-28221>; Thu, 16 Oct 2003 22:37:56 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-51.vmlocal.com with SMTP; 16 Oct 2003 18:24:46 -0500
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 165924
From: Credit Card Help <CreditCardHelpCenters165924@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+165924@replies.vmlocal.com>
Subject: Get help, and get out of debt.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct16.223756-0400_edt.238650-28221+8397@ams.ftl.affinity.com>
Date:Thu, 16 Oct 2003 22:37:55 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Oct 19 15:53:59 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <214427-1076>; Sun, 19 Oct
2003 17:21:54 -0400
Received: from vl208-63.vmlocal.com ([216.21.208.63]) by ams.ftl.affinity.com
with ESMTP id <214908-1078>; Sun, 19 Oct 2003 17:21:17 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-63.vmlocal.com with SMTP; 19 Oct 2003 16:21:14 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 168829
From: Credit Card Help <CreditCardHelpCenters168829@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters168829@vmlocal.com>
Subject: Now's a good time to get out of debt.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct19.172117-0400_edt.214908-1078+8897@ams.ftl.affinity.com>
Date:Sun, 19 Oct 2003 17:21:15 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Oct 21 23:53:43 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213517-12056>; Wed, 22 Oct 2003 01:35:38 -0400
Received: from vl208-63.vmlocal.com ([216.21.208.63]) by ams.ftl.affinity.com
with ESMTP id <215870-12058>; Wed, 22 Oct 2003 01:34:47 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-63.vmlocal.com with SMTP; 22 Oct 2003 00:34:43 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 170794
From: Credit Card Help <CreditCardHelpCenters170794@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters170794@vmlocal.com>
Subject: Is your debt a big downer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct22.013447-0400_edt.215870-12058+3447@ams.ftl.affinity.com>
Date:Wed, 22 Oct 2003 01:34:47 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Oct 23 18:32:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220022-1080>; Thu, 23 Oct 2003 19:52:38 -0400
Received: from vl208-58.vmlocal.com ([216.21.208.58]) by ams.ftl.affinity.com
with ESMTP id <219563-1074>; Thu, 23 Oct 2003 19:41:42 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-58.vmlocal.com with SMTP; 23 Oct 2003 18:41:29 -0500
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 173452
From: Credit Card Help <CreditCardHelpCenters173452@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters173452@vmlocal.com>
Subject: Now's a good time to get out of debt.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct23.194142-0400_edt.219563-1074+6357@ams.ftl.affinity.com>
Date:Thu, 23 Oct 2003 19:41:41 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Oct 23 18:32:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <219563-1074>; Thu, 23 Oct 2003 19:52:38 -0400
Received: from vl208-58.vmlocal.com ([216.21.208.58]) by ams.ftl.affinity.com
with ESMTP id <219145-1074>; Thu, 23 Oct 2003 19:41:42 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-58.vmlocal.com with SMTP; 23 Oct 2003 18:41:29 -0500
X-ClientHost:
106097109105108097064103111141001111101191111141071150460991111109
X-MailingID: 173452
From: Credit Card Help <CreditCardHelpCenters173452@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters173452@vmlocal.com>
Subject: Now's a good time to get out of debt.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct23.194142-0400_edt.219145-1074+6358@ams.ftl.affinity.com>
Date:Thu, 23 Oct 2003 19:41:42 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Oct 26 18:25:44 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <555942-2714>; Sun, 26 Oct 2003 21:04:56 -0500
Received: from vl208-32.vmlocal.com ([216.21.208.32]) by ams.ftl.affinity.com
with ESMTP id <530268-2710>; Sun, 26 Oct 2003 21:04:01 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-32.vmlocal.com with SMTP; 26 Oct 2003 19:56:58 -0600
X-ClientHost: 106097121064103111141001111101191111141071115046099111109
X-MailingID: 177544
From: Credit Card Help <CreditCardHelpCenters177544@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters177544@vmlocal.com>
Subject: Now's a good time to get out of debt.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct26.210401-0500_est.530268-2710+19140@ams.ftl.affinity.com>
Date:Sun, 26 Oct 2003 21:04:01 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Oct 30 15:45:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <227262-377>; Thu, 30 Oct 2003
15:19:56 -0500
Received: from vl208-46.vmlocal.com ([216.21.208.46]) by ams.ftl.affinity.com
with ESMTP id <229804-370>; Thu, 30 Oct 2003 15:19:02 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-46.vmlocal.com with SMTP; 30 Oct 2003 14:19:00 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 183125
From: Credit Card Help <CreditCardHelpCenters183125@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters183125@vmlocal.com>
Subject: Now's a good time to get out of debt.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct30.151902-0500_est.229804-370+49859@ams.ftl.affinity.com>
Date:Thu, 30 Oct 2003 15:19:01 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent Thu Oct 30 14:17:22 CST 2003

From ???@??? Fri Oct 31 23:23:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <265984-1073>; Sat, 1 Nov 2003 01:29:04 -0500
Received: from vl208-56.vmlocal.com ([216.21.208.56]) by ams.ftl.affinity.com
with ESMTP id <269143-1069>; Sat, 1 Nov 2003 01:28:24 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-56.vmlocal.com with SMTP; 01 Nov 2003 00:28:23 -0600
X-ClientHost: 106097109101115064103111141001111011911111410711504609911109
X-MailingID: 184467
From: Credit Card Help <CreditCardHelpCenters184467@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters184467@vmlocal.com>
Subject: Is your debt a big downer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov1.012824-0500_est.269143-1069+20944@ams.ftl.affinity.com>
Date:Sat, 1 Nov 2003 01:28:24 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 02 15:57:53 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <304264-1067>; Sun, 2 Nov 2003 18:25:49 -0500
Received: from vl208-58.vmlocal.com ([216.21.208.58]) by ams.ftl.affinity.com
with ESMTP id <310840-1067>; Sun, 2 Nov 2003 18:25:04 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-58.vmlocal.com with SMTP; 02 Nov 2003 17:25:04 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 186975
From: Credit Card Help <CreditCardHelpCenters186975@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters186975@vmlocal.com>
Subject: Get help, and get out of debt.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov2.182504-0500_est.310840-1067+37883@ams.ftl.affinity.com>
Date:Sun, 2 Nov 2003 18:25:04 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Nov 04 07:51:12 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <387043-32383>; Tue, 4 Nov 2003 05:18:38 -0500
Received: from vl208-70.vmlocal.com ([216.21.208.70]) by ams.ftl.affinity.com
with ESMTP id <388091-32368>; Tue, 4 Nov 2003 05:18:08 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-70.vmlocal.com with SMTP; 04 Nov 2003 04:18:06 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 188199
From: Credit Card Help <CreditCardHelpCenters188199@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters188199@vmlocal.com>
Subject: Is your debt a big downer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov4.051808-0500_est.388091-32368+26185@ams.ftl.affinity.com>
Date:Tue, 4 Nov 2003 05:18:06 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Nov 05 13:15:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <229853-9261>; Wed, 5 Nov 2003 14:13:14 -0500
Received: from vl208-45.vmlocal.com ([216.21.208.45]) by ams.ftl.affinity.com
with ESMTP id <228866-9259>; Wed, 5 Nov 2003 14:11:55 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-45.vmlocal.com with SMTP; 05 Nov 2003 13:11:52 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 189847
From: Credit Card Help <CreditCardHelpCenters189847@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters189847@vmlocal.com>
Subject: Now's a good time to get out of debt.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov5.141155-0500_est.228866-9259+6047@ams.ftl.affinity.com>
Date:Wed, 5 Nov 2003 14:11:54 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 09 19:30:05 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <224929-6350>; Sun, 9 Nov 2003 20:48:19 -0500
Received: from vl208-42.vmlocal.com ([216.21.208.42]) by ams.ftl.affinity.com
with ESMTP id <225068-6355>; Sun, 9 Nov 2003 20:48:00 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-42.vmlocal.com with SMTP; 09 Nov 2003 19:47:55 -0600
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 193860
From: Credit Card Help <CreditCardHelpCenters193860@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters193860@vmlocal.com>
Subject: Is your debt a big downer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov9.204800-0500_est.225068-6355+6426@ams.ftl.affinity.com>
Date:Sun, 9 Nov 2003 20:48:00 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Nov 11 21:43:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213127-26648>; Tue, 11 Nov
2003 23:11:57 -0500
Received: from vl208-44.vmlocal.com ([216.21.208.44]) by ams.ftl.affinity.com
with ESMTP id <237411-26651>; Tue, 11 Nov 2003 23:10:58 -0500
Received: from vmlocal.com (192.168.3.12)
    by vl208-44.vmlocal.com with SMTP; 11 Nov 2003 22:10:53 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 195628
From: Credit Card Help <CreditCardHelpCenters195628@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters195628@vmlocal.com>
Subject: Get help, and get out of debt.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov11.231058-0500_est.237411-26651+26126@ams.ftl.affinity.com>
Date:Tue, 11 Nov 2003 23:10:58 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Nov 11 12:34:11 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <226168-4532>; Tue, 11 Nov 2003 12:33:16 -0500
Received: from vl208-61.vmlocal.com ([216.21.208.61]) by ams.ftl.affinity.com
with ESMTP id <221549-4533>; Tue, 11 Nov 2003 12:32:31 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-61.vmlocal.com with SMTP; 11 Nov 2003 11:32:23 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 195640
From: Credit Card Help <CreditCardHelpCenters195640@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters195640@vmlocal.com>
Subject: Get help, and get out of debt.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov11.123231-0500_est.221549-4533+23481@ams.ftl.affinity.com>
Date:Tue, 11 Nov 2003 12:32:30 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Nov 13 12:40:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216034-4542>; Thu, 13 Nov 2003 14:58:18 -0500
Received: from vl208-71.vmlocal.com ([216.21.208.71]) by ams.ftl.affinity.com
with ESMTP id <240273-4536>; Thu, 13 Nov 2003 14:57:14 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-71.vmlocal.com with SMTP; 13 Nov 2003 13:57:01 -0600
X-ClientHost: 1060971210641031111410011110119111114107115046099111109
X-MailingID: 196978
From: Credit Card Help <CreditCardHelpCenters196978@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters196978@vmlocal.com>
Subject: Get help, and get out of debt.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov13.145714-0500_est.240273-4536+45551@ams.ftl.affinity.com>
Date:Thu, 13 Nov 2003 14:57:13 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Nov 14 10:40:24 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2719703-17958>; Fri, 14 Nov 2003 13:05:49 -0500
Received: from vl208-42.vmlocal.com ([216.21.208.42]) by ams.ftl.affinity.com
with ESMTP id <2719713-17957>; Fri, 14 Nov 2003 13:04:39 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-42.vmlocal.com with SMTP; 14 Nov 2003 12:04:29 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 197643
From: Credit Card Help <CreditCardHelpCenters197643@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters197643@vmlocal.com>
Subject: Now's a good time to get out of debt.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov14.130439-0500_est.2719713-17957+5733@ams.ftl.affinity.com>
Date:Fri, 14 Nov 2003 13:04:39 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Nov 17 11:06:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217027-21278>; Mon, 17 Nov 2003 13:12:38 -0500
Received: from vl208-59.vmlocal.com ([216.21.208.59]) by ams.ftl.affinity.com
with ESMTP id <217065-21274>; Mon, 17 Nov 2003 13:11:15 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-59.vmlocal.com with SMTP; 17 Nov 2003 12:11:05 -0600
X-ClientHost: 106097109101115064103111141001111101191111141071150460991111109
X-MailingID: 199719
From: Credit Card Help <CreditCardHelpCenters199719@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters199719@vmlocal.com>
Subject: Get help, and get out of debt.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov17.131115-0500_est.217065-21274+49902@ams.ftl.affinity.com>
Date:Mon, 17 Nov 2003 13:11:13 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**