From ???@??? Fri Nov 21 19:08:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <219102-21023>; Fri, 21 Nov 2003 21:19:11 -0500
Received: from vl208-29.vmlocal.com ([216.21.208.29]) by ams.ftl.affinity.com
with ESMTP id <219196-21017>; Fri, 21 Nov 2003 21:18:07 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-29.vmlocal.com with SMTP; 21 Nov 2003 20:18:02 -0600
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 202492
From: Credit Card Help <CreditCardHelpCenters202492@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters202492@vmlocal.com>
Subject: Get help, and get out of debt.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov21.211807-0500_est.219196-21017+20537@ams.ftl.affinity.com>
Date:Fri, 21 Nov 2003 21:18:07 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Nov 21 19:05:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213011-20041>; Fri, 21 Nov
2003 15:50:36 -0500
Received: from vl208-44.vmlocal.com ([216.21.208.44]) by ams.ftl.affinity.com
with ESMTP id <216965-20040>; Fri, 21 Nov 2003 15:49:14 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-44.vmlocal.com with SMTP; 21 Nov 2003 14:49:09 -0600
X-ClientHost:
10611111009711610409711006410311111410011110119111114107115046099111109
X-MailingID: 202496
From: Credit Card Help <CreditCardHelpCenters202496@vmlocal.com>
To:     Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters202496@vmlocal.com>
Subject: Is your debt a big downer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov21.154914-0500_est.216965-20040+16416@ams.ftl.affinity.com>
Date:Fri, 21 Nov 2003 15:49:14 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Jan 29 20:27:25 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <220892-25216>; Thu, 29 Jan 2004 22:37:40 -0500
Received: from vm208-74.adknow-net.com ([216.21.208.74]) by
ams.ftl.affinity.com with ESMTP id <213874-25212>; Thu, 29 Jan 2004 22:36:48
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-74.adknow-net.com with SMTP; 29 Jan 2004 21:36:45 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 353335
From: Credit Card Help <CreditCardHelpCenters@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return353335@replies.adknow-net.com
Subject: Credit card debt got you down?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan29.223648-0500_est.213874-25212+46714@ams.ftl.affinity.com>
Date:Thu, 29 Jan 2004 22:36:48 -0500
```



We can help you overcome any obstacle. Get out of the money pit, and into financial recovery.

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Jan 29 20:27:25 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216658-25216>; Thu, 29 Jan 2004 22:37:40 -0500
Received: from vm208-74.adknow-net.com ([216.21.208.74]) by
ams.ftl.affinity.com with ESMTP id <221083-25212>; Thu, 29 Jan 2004 22:36:48
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-74.adknow-net.com with SMTP; 29 Jan 2004 21:36:45 -0600
X-ClientHost: 1060971210641031111141001111011911111410711504609911109
X-MailingID: 353335
From: Credit Card Help <CreditCardHelpCenters@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return353335@replies.adknow-net.com
Subject: Credit card debt got you down?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan29.223648-0500_est.221083-25212+46715@ams.ftl.affinity.com>
Date:Thu, 29 Jan 2004 22:36:48 -0500
```



We can help you overcome any obstacle. Get out of the money pit, and into
financial recovery.

**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Jan 28 19:24:35 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215068-10071>; Wed, 28 Jan 2004 22:18:46 -0500
Received: from vm208-47.adknow-net.com ([216.21.208.47]) by
ams.ftl.affinity.com with ESMTP id <216336-10066>; Wed, 28 Jan 2004 22:17:55
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-47.adknow-net.com with SMTP; 28 Jan 2004 21:17:47 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 352539
From: Credit Card Help <CreditCardHelpCenters@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return352539@replies.adknow-net.com
Subject: Is your debt a big downer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan28.221755-0500_est.216336-10066+10655@ams.ftl.affinity.com>
Date:Wed, 28 Jan 2004 22:17:54 -0500
```



We can help you overcome any obstacle. Get out of the money pit, and into
financial recovery.

**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Jan 28 11:45:18 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <328648-20620>; Wed, 28 Jan 2004 12:03:58 -0500
Received: from vm208-54.adknow-net.com ([216.21.208.54]) by
ams.ftl.affinity.com with ESMTP id <330033-20621>; Wed, 28 Jan 2004 12:02:40
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-54.adknow-net.com with SMTP; 28 Jan 2004 11:02:33 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 352357
From: Credit Card Help <CreditCardHelpCenters@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return352357@replies.adknow-net.com
Subject: Get help, and get out of debt.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan28.120240-0500_est.330033-20621+2515@ams.ftl.affinity.com>
Date:Wed, 28 Jan 2004 12:02:38 -0500
```



We can help you overcome any obstacle. Get out of the money pit, and into
financial recovery.

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Jan 20 21:44:13 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <220325-29732>; Tue, 20 Jan
2004 23:37:15 -0500
Received: from vm208-10.adknow-net.com ([216.21.208.10]) by
ams.ftl.affinity.com with ESMTP id <225235-29729>; Tue, 20 Jan 2004 23:36:50
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-10.adknow-net.com with SMTP; 20 Jan 2004 22:36:46 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 345477
From: Credit Card Help <CreditCardHelpCenters@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return345477@replies.adknow-net.com
Subject: Is your debt a big downer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan20.233650-0500_est.225235-29729+28946@ams.ftl.affinity.com>
Date:Tue, 20 Jan 2004 23:36:50 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 20 21:44:13 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221361-29732>; Tue, 20 Jan 2004 23:37:15 -0500
Received: from vm208-10.adknow-net.com ([216.21.208.10]) by
ams.ftl.affinity.com with ESMTP id <225142-29727>; Tue, 20 Jan 2004 23:36:50
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-10.adknow-net.com with SMTP; 20 Jan 2004 22:36:46 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 345477
From: Credit Card Help <CreditCardHelpCenters@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return345477@replies.adknow-net.com
Subject: Is your debt a big downer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan20.233650-0500_est.225142-29727+28797@ams.ftl.affinity.com>
Date:Tue, 20 Jan 2004 23:36:50 -0500
```



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Jan 20 17:33:59 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218786-11994>; Tue, 20 Jan 2004 20:02:35 -0500
Received: from vm208-29.adknow-net.com ([216.21.208.29]) by
ams.ftl.affinity.com with ESMTP id <233084-11992>; Tue, 20 Jan 2004 20:01:35
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-29.adknow-net.com with SMTP; 20 Jan 2004 19:01:34 -0600
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 345660
From: Credit Card Help <CreditCardHelpCenters@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return345660@replies.adknow-net.com
Subject: Now's a good time to get out of debt.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan20.200135-0500_est.233084-11992+4249@ams.ftl.affinity.com>
Date:Tue, 20 Jan 2004 20:01:35 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Jan 19 15:13:27 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219154-18668>; Mon, 19 Jan 2004 17:02:05 -0500
Received: from vm208-15.adknow-net.com ([216.21.208.15]) by
ams.ftl.affinity.com with ESMTP id <219155-18674>; Mon, 19 Jan 2004 17:01:12
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-15.adknow-net.com with SMTP; 19 Jan 2004 16:01:06 -0600
X-ClientHost: 106097121064103111141001111011911111410711504609911109
X-MailingID: 344764
From: Credit Card Help <CreditCardHelpCenters@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return344764@replies.adknow-net.com
Subject: Get help, and get out of debt.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan19.170112-0500_est.219155-18674+47438@ams.ftl.affinity.com>
Date:Mon, 19 Jan 2004 17:01:12 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Jan 19 09:24:12 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2373799-1883>; Mon, 19 Jan 2004 12:05:55 -0500
Received: from vm208-21.adknow-net.com ([216.21.208.21]) by
ams.ftl.affinity.com with ESMTP id <2374800-1877>; Mon, 19 Jan 2004 12:04:43
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-21.adknow-net.com with SMTP; 19 Jan 2004 11:04:41 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 344617
From: Credit Card Help <CreditCardHelpCenters@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return344617@replies.adknow-net.com
Subject: Credit card debt got you down?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan19.120443-0500_est.2374800-1877+77747@ams.ftl.affinity.com>
Date:Mon, 19 Jan 2004 12:04:43 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Jan 29 20:27:25 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <221014-25216>; Thu, 29 Jan
2004 22:37:40 -0500
Received: from vm208-74.adknow-net.com ([216.21.208.74]) by
ams.ftl.affinity.com with ESMTP id <215876-25209>; Thu, 29 Jan 2004 22:36:49
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-74.adknow-net.com with SMTP; 29 Jan 2004 21:36:45 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 353335
From: Credit Card Help <CreditCardHelpCenters@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return353335@replies.adknow-net.com
Subject: Credit card debt got you down?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan29.223649-0500_est.215876-25209+46745@ams.ftl.affinity.com>
Date:Thu, 29 Jan 2004 22:36:49 -0500
```



We can help you overcome any obstacle. Get out of the money pit, and into financial recovery.

**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Jan 11 15:14:24 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217409-7146>; Sun, 11 Jan
2004 16:13:34 -0500
Received: from vm217-201.vmlocal.com ([216.21.217.201]) by
ams.ftl.affinity.com with ESMTP id <217456-7161>; Sun, 11 Jan 2004 16:12:45
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm217-201.vmlocal.com with SMTP; 11 Jan 2004 15:12:44 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911110 9
X-MailingID: 239622
From: Credit Card Help <CreditCardHelpCenters@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters239622@vmlocal.com>
Subject: Credit card debt got you down?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan11.161245-0500_est.217456-7161+99917@ams.ftl.affinity.com>
Date:Sun, 11 Jan 2004 16:12:44 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Jan 11 15:14:24 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217223-7147>; Sun, 11 Jan 2004 16:13:34 -0500
Received: from vm217-201.vmlocal.com ([216.21.217.201]) by
ams.ftl.affinity.com with ESMTP id <217453-7142>; Sun, 11 Jan 2004 16:12:44
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm217-201.vmlocal.com with SMTP; 11 Jan 2004 15:12:44 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 239622
From: Credit Card Help <CreditCardHelpCenters@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters239622@vmlocal.com>
Subject: Credit card debt got you down?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan11.161244-0500_est.217453-7142+98913@ams.ftl.affinity.com>
Date:Sun, 11 Jan 2004 16:12:44 -0500



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Jan 11 11:28:24 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <322091-21493>; Sun, 11 Jan 2004 13:43:42 -0500
Received: from vm217-207.vmlocal.com ([216.21.217.207]) by
ams.ftl.affinity.com with ESMTP id <321424-21495>; Sun, 11 Jan 2004 13:43:07
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm217-207.vmlocal.com with SMTP; 11 Jan 2004 12:43:05 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 239629
From: Credit Card Help <CreditCardHelpCenters@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters239629@vmlocal.com>
Subject: Is your debt a big downer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan11.134307-0500_est.321424-21495+21718@ams.ftl.affinity.com>
Date:Sun, 11 Jan 2004 13:43:06 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Jan 08 13:33:47 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216521-1118>; Thu, 8 Jan 2004 15:04:50 -0500
Received: from vm209-211.vmlocal.com ([216.21.209.211]) by
ams.ftl.affinity.com with ESMTP id <216659-1116>; Thu, 8 Jan 2004 15:04:06
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-211.vmlocal.com with SMTP; 08 Jan 2004 14:04:04 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460099111109
X-MailingID: 237792
From: Credit Card Help <CreditCardHelpCenters@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters237792@vmlocal.com>
Subject: Credit card debt got you down?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan8.150406-0500_est.216659-1116+12127@ams.ftl.affinity.com>
Date:Thu, 8 Jan 2004 15:04:05 -0500



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Jan 02 09:44:13 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217028-11043>; Fri, 2 Jan
2004 11:57:39 -0500
Received: from vm209-182.vmlocal.com ([216.21.209.182]) by
ams.ftl.affinity.com with ESMTP id <219865-11049>; Fri, 2 Jan 2004 11:56:28
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-182.vmlocal.com with SMTP; 02 Jan 2004 10:56:22 -0600
X-ClientHost:
106111110097116104097110064103111114100111101191111141071150460991111 09
X-MailingID: 233227
From: Credit Card Help <CreditCardHelpCenters@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters233227@vmlocal.com>
Subject: Now's a good time to get out of debt.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan2.115628-0500_est.219865-11049+38139@ams.ftl.affinity.com>
Date:Fri, 2 Jan 2004 11:56:27 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Dec 25 11:16:36 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <3558200-18266>; Thu, 25 Dec 2003 13:49:26 -0500
Received: from vm209-245.vmlocal.com ([216.21.209.245]) by
ams.ftl.affinity.com with ESMTP id <3561706-18267>; Thu, 25 Dec 2003 13:49:03
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-245.vmlocal.com with SMTP; 25 Dec 2003 12:49:02 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 227456
From: Credit Card Help <CreditCardHelpCenters@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters227456@vmlocal.com>
Subject: Credit card debt got you down?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec25.134903-0500_est.3561706-18267+2925@ams.ftl.affinity.com>
Date:Thu, 25 Dec 2003 13:49:02 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 09 10:20:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <224206-2722>; Tue, 9 Dec 2003 13:15:55 -0500
Received: from vl208-21.vmlocal.com ([216.21.208.21]) by ams.ftl.affinity.com
with ESMTP id <224369-17440>; Tue, 9 Dec 2003 13:14:33 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-21.vmlocal.com with SMTP; 09 Dec 2003 12:14:03 -0600
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 214795
From: Credit Card Help <CreditCardHelpCenters@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters214795@vmlocal.com>
Subject: Now's a good time to get out of debt.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec9.131433-0500_est.224369-17440+6130@ams.ftl.affinity.com>
Date:Tue, 9 Dec 2003 13:14:33 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 09 12:10:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2732741-24270>; Tue, 9 Dec 2003 10:50:42 -0500
Received: from vl208-71.vmlocal.com ([216.21.208.71]) by ams.ftl.affinity.com
with ESMTP id <2737367-24267>; Tue, 9 Dec 2003 10:26:00 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-71.vmlocal.com with SMTP; 09 Dec 2003 09:25:56 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 214801
From: Credit Card Help <CreditCardHelpCenters@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters214801@vmlocal.com>
Subject: Control your debt before debt controls you.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec9.102600-0500_est.2737367-24267+5846@ams.ftl.affinity.com>
Date:Tue, 9 Dec 2003 10:25:59 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Dec 08 11:27:27 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <3558394-1625>; Mon, 8 Dec
2003 12:35:47 -0500
Received: from vl208-26.vmlocal.com ([216.21.208.26]) by ams.ftl.affinity.com
with ESMTP id <3559518-1625>; Mon, 8 Dec 2003 12:34:49 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-26.vmlocal.com with SMTP; 08 Dec 2003 11:34:48 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 214065
From: Credit Card Help <CreditCardHelpCenters@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters214065@vmlocal.com>
Subject: Now's a good time to get out of debt.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec8.123449-0500_est.3559518-1625+877@ams.ftl.affinity.com>
Date:Mon, 8 Dec 2003 12:34:49 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Dec 04 15:28:31 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220687-31892>; Thu, 4 Dec 2003 15:57:35 -0500
Received: from vl208-38.vmlocal.com ([216.21.208.38]) by ams.ftl.affinity.com
with ESMTP id <219334-31893>; Thu, 4 Dec 2003 15:56:06 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-38.vmlocal.com with SMTP; 04 Dec 2003 14:56:03 -0600
X-ClientHost: 1060971091011150641031111141001111011911111410711504609911109
X-MailingID: 211365
From: Credit Card Help <CreditCardHelpCenters@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters211365@vmlocal.com>
Subject: Get help, and get out of debt.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec4.155606-0500_est.219334-31893+425@ams.ftl.affinity.com>
Date:Thu, 4 Dec 2003 15:56:05 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 03 15:56:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216882-30348>; Wed, 3 Dec 2003 14:43:14 -0500
Received: from vl208-28.vmlocal.com ([216.21.208.28]) by ams.ftl.affinity.com
with ESMTP id <220268-30348>; Wed, 3 Dec 2003 14:42:15 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-28.vmlocal.com with SMTP; 03 Dec 2003 13:42:11 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460
99111109
X-MailingID: 210681
From: Credit Card Help <CreditCardHelpCenters@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters210681@vmlocal.com>
Subject: Credit card debt got you down?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec3.144215-0500_est.220268-30348+9657@ams.ftl.affinity.com>
Date:Wed, 3 Dec 2003 14:42:13 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 29 08:46:46 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <216362-16373>; Sat, 29 Nov
2003 10:18:57 -0500
Received: from vl208-44.vmlocal.com ([216.21.208.44]) by ams.ftl.affinity.com
with ESMTP id <217700-16371>; Sat, 29 Nov 2003 10:18:25 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-44.vmlocal.com with SMTP; 29 Nov 2003 09:18:24 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 207946
From: Credit Card Help <CreditCardHelpCenters@vmlocal.com>
To:     Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters207946@vmlocal.com>
Subject: Is your debt a big downer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov29.101825-0500_est.217700-16371+21622@ams.ftl.affinity.com>
Date:Sat, 29 Nov 2003 10:18:25 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 29 08:46:46 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <225551-16363>; Sat, 29 Nov 2003 10:18:57 -0500
Received: from vl208-44.vmlocal.com ([216.21.208.44]) by ams.ftl.affinity.com
with ESMTP id <216362-16374>; Sat, 29 Nov 2003 10:18:25 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-44.vmlocal.com with SMTP; 29 Nov 2003 09:18:24 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 207946
From: Credit Card Help <CreditCardHelpCenters@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters207946@vmlocal.com>
Subject: Is your debt a big downer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov29.101825-0500_est.216362-16374+22061@ams.ftl.affinity.com>
Date:Sat, 29 Nov 2003 10:18:24 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Nov 27 17:35:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223338-323>; Thu, 27 Nov 2003 17:06:10 -0500
Received: from vl208-31.vmlocal.com ([216.21.208.31]) by ams.ftl.affinity.com
with ESMTP id <223352-319>; Thu, 27 Nov 2003 17:04:44 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-31.vmlocal.com with SMTP; 27 Nov 2003 16:04:42 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 206581
From: Credit Card Help <CreditCardHelpCenters@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters206581@vmlocal.com>
Subject: Get help, and get out of debt.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov27.170444-0500_est.223352-319+24134@ams.ftl.affinity.com>
Date:Thu, 27 Nov 2003 17:04:43 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Nov 24 16:20:34 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217869-14518>; Mon, 24 Nov 2003 14:51:24 -0500
Received: from vl208-40.vmlocal.com ([216.21.208.40]) by ams.ftl.affinity.com
with ESMTP id <218059-14519>; Mon, 24 Nov 2003 14:50:16 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-40.vmlocal.com with SMTP; 24 Nov 2003 13:50:14 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460999111109
X-MailingID: 204517
From: Credit Card Help <CreditCardHelpCenters@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters204517@vmlocal.com>
Subject: Credit card debt got you down?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov24.145016-0500_est.218059-14519+36161@ams.ftl.affinity.com>
Date:Mon, 24 Nov 2003 14:50:14 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Jan 11 19:18:43 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <335557-9903>; Sun, 11 Jan 2004 22:05:39 -0500
Received: from vm217-225.vmlocal.com ([216.21.217.225]) by
ams.ftl.affinity.com with ESMTP id <335753-9902>; Sun, 11 Jan 2004 22:03:53
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm217-225.vmlocal.com with SMTP; 11 Jan 2004 21:03:50 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 239617
From: Credit Card Help <CreditCardHelpCenters@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters239617@vmlocal.com>
Subject: Control your debt before debt controls you.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan11.220353-0500_est.335753-9902+39175@ams.ftl.affinity.com>
Date:Sun, 11 Jan 2004 22:03:51 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Feb 04 09:57:30 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <225636-21747>; Wed, 4 Feb
2004 12:12:17 -0500
Received: from vm208-24.adknow-net.com ([216.21.208.24]) by
ams.ftl.affinity.com with ESMTP id <264007-21747>; Wed, 4 Feb 2004 12:11:11
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-24.adknow-net.com with SMTP; 04 Feb 2004 11:11:03 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 357948
From: Credit Center <GetCreditReports@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return357948@replies.adknow-net.com
Subject: Do you know your credit score?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb4.121111-0500_est.264007-21747+37653@ams.ftl.affinity.com>
Date:Wed, 4 Feb 2004 12:11:11 -0500
```



Is there something about your credit you should know? Find out. Get a fast,
thorough credit report here.

---

**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Feb 04 09:57:30 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <224737-21745>; Wed, 4 Feb 2004 12:12:17 -0500
Received: from vm208-24.adknow-net.com ([216.21.208.24]) by
ams.ftl.affinity.com with ESMTP id <265692-21748>; Wed, 4 Feb 2004 12:11:10
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-24.adknow-net.com with SMTP; 04 Feb 2004 11:11:03 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 357948
From: Credit Center <GetCreditReports@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return357948@replies.adknow-net.com
Subject: Do you know your credit score?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb4.121110-0500_est.265692-21748+37220@ams.ftl.affinity.com>
Date:Wed, 4 Feb 2004 12:11:10 -0500
```



Is there something about your credit you should know? Find out. Get a fast, thorough credit report here.

---

**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Jan 25 21:35:09 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <337262-18813>; Sun, 25 Jan 2004 22:14:09 -0500
Received: from vm208-35.adknow-net.com ([216.21.208.35]) by
ams.ftl.affinity.com with ESMTP id <338456-18814>; Sun, 25 Jan 2004 22:12:37
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-35.adknow-net.com with SMTP; 25 Jan 2004 21:12:29 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 349689
From: Credit Center <GetCreditReports@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return349689@replies.adknow-net.com
Subject: Ready to know your credit score?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan25.221237-0500_est.338456-18814+41623@ams.ftl.affinity.com>
Date:Sun, 25 Jan 2004 22:12:37 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Jan 25 21:35:09 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <331162-29470>; Sun, 25 Jan 2004 22:13:48 -0500
Received: from vm208-76.adknow-net.com ([216.21.208.76]) by
ams.ftl.affinity.com with ESMTP id <331153-29459>; Sun, 25 Jan 2004 22:12:30
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-76.adknow-net.com with SMTP; 25 Jan 2004 21:12:20 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 349689
From: Credit Center <GetCreditReports@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return349689@replies.adknow-net.com
Subject: You CAN Know Your Credit Score.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan25.221230-0500_est.331153-29459+73750@ams.ftl.affinity.com>
Date:Sun, 25 Jan 2004 22:12:29 -0500
```



**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Jan 25 21:35:09 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <331304-29470>; Sun, 25 Jan 2004 22:13:48 -0500
Received: from vm208-76.adknow-net.com ([216.21.208.76]) by
ams.ftl.affinity.com with ESMTP id <331162-29462>; Sun, 25 Jan 2004 22:12:30
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-76.adknow-net.com with SMTP; 25 Jan 2004 21:12:20 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 349689
From: Credit Center <GetCreditReports@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return349689@replies.adknow-net.com
Subject: You CAN Know Your Credit Score.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan25.221230-0500_est.331162-29462+72790@ams.ftl.affinity.com>
Date:Sun, 25 Jan 2004 22:12:29 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Jan 25 12:01:59 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <234443-25553>; Sun, 25 Jan 2004 13:52:51 -0500
Received: from vm208-45.adknow-net.com ([216.21.208.45]) by
ams.ftl.affinity.com with ESMTP id <239680-25553>; Sun, 25 Jan 2004 13:51:52
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-45.adknow-net.com with SMTP; 25 Jan 2004 12:51:50 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 349952
From: Credit Center <GetCreditReports@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return349952@replies.adknow-net.com
Subject: Do you know your credit score?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan25.135152-0500_est.239680-25553+62263@ams.ftl.affinity.com>
Date:Sun, 25 Jan 2004 13:51:52 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Jan 24 09:04:51 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <226295-10592>; Sat, 24 Jan
2004 11:52:12 -0500
Received: from vm208-75.adknow-net.com ([216.21.208.75]) by
ams.ftl.affinity.com with ESMTP id <228449-10590>; Sat, 24 Jan 2004 11:51:37
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-75.adknow-net.com with SMTP; 24 Jan 2004 10:51:31 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 349184
From: Credit Center <GetCreditReports@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return349184@replies.adknow-net.com
Subject: You CAN Know Your Credit Score.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan24.115137-0500_est.228449-10590+5049@ams.ftl.affinity.com>
Date:Sat, 24 Jan 2004 11:51:36 -0500
```



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Feb 04 14:00:36 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <3562151-17903>; Wed, 4 Feb 2004 15:57:16 -0500
Received: from vm208-36.adknow-net.com ([216.21.208.36]) by
ams.ftl.affinity.com with ESMTP id <3565426-17900>; Wed, 4 Feb 2004 15:56:24
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-36.adknow-net.com with SMTP; 04 Feb 2004 14:56:17 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 358070
From: Credit Center <GetCreditReports@adknow-net.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return358070@replies.adknow-net.com
Subject: Do you know your credit score?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb4.155624-0500_est.3565426-17900+47969@ams.ftl.affinity.com>
Date:Wed, 4 Feb 2004 15:56:23 -0500
```



Is there something about your credit you should know? Find out. Get a fast, thorough credit report here.

---

**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Feb 05 14:59:18 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <338069-12315>; Thu, 5 Feb
2004 17:08:43 -0500
Received: from vm112.vmadmin.com ([216.64.222.112]) by ams.ftl.affinity.com
with ESMTP id <342184-12315>; Thu, 5 Feb 2004 17:07:25 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm112.vmadmin.com with SMTP; 05 Feb 2004 16:07:23 -0600
X-ClientHost:
10611111009711610409711006410311111410011111019111114107115046099111109
X-MailingID: 241342
From: Credit Professionals <CreditProfessional@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Credit Professionals
<CreditProfessional241342@replies.virtumundo.com>
Subject: Want low rates? Repair your report
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb5.170725-0500_est.342184-12315+1330@ams.ftl.affinity.com>
Date:Thu, 5 Feb 2004 17:07:24 -0500





---



Consumer Credit Solutions, 533 West 2600 South, Suite 350, Bountiful, UT
84010

```
From ???@??? Thu Feb 05 14:59:18 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <321840-12319>; Thu, 5 Feb 2004 17:08:41 -0500
Received: from vm112.vmadmin.com ([216.64.222.112]) by ams.ftl.affinity.com
with ESMTP id <342177-12314>; Thu, 5 Feb 2004 17:07:24 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm112.vmadmin.com with SMTP; 05 Feb 2004 16:07:23 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 241342
From: Credit Professionals <CreditProfessional@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Credit Professionals
<CreditProfessional241342@replies.virtumundo.com>
Subject: Want low rates? Repair your report
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb5.170724-0500_est.342177-12314+1397@ams.ftl.affinity.com>
Date:Thu, 5 Feb 2004 17:07:24 -0500
```



---

 **Consumer Credit Solutions, 533 West 2600 South, Suite 350, Bountiful, UT
84010**

```
From ???@??? Sat Sep 20 21:19:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3786416-6343>; Sat, 20 Sep 2003 23:41:45 -0400
Received: from vl208-48.vmlocal.com ([216.21.208.48]) by ams.ftl.affinity.com
with ESMTP id <3791524-6343>; Sat, 20 Sep 2003 23:40:50 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-48.vmlocal.com with SMTP; 20 Sep 2003 22:40:45 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 139985
From: Credit Repair Centers <CreditRepairCenters139985@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Repair Centers <CreditRepairCenters139985@vmlocal.com>
Subject: Fix your credit rating!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep20.234050-0400_edt.3791524-6343+4640@ams.ftl.affinity.com>
Date:Sat, 20 Sep 2003 23:40:50 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Sep 30 10:14:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2553302-18170>; Tue, 30 Sep 2003 11:11:14 -0400
Received: from vl208-45.vmlocal.com ([216.21.208.45]) by ams.ftl.affinity.com
with ESMTP id <2551737-18063>; Tue, 30 Sep 2003 11:09:46 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-45.vmlocal.com with SMTP; 30 Sep 2003 10:09:38 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911110 9
X-MailingID: 149114
From: Credit Repair Centers <CreditRepairCenters149114@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Repair Centers <CreditRepairCenters149114@vmlocal.com>
Subject: Looking to repair your credit?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep30.110946-0400_edt.2551737-18063+22485@ams.ftl.affinity.com>
Date:Tue, 30 Sep 2003 11:09:45 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 10 15:06:24 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <218906-5267>; Fri, 10 Oct 2003 15:07:51 -0400
Received: from vl208-39.vmlocal.com ([216.21.208.39]) by ams.ftl.affinity.com
with ESMTP id <233273-5280>; Fri, 10 Oct 2003 13:18:20 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-39.vmlocal.com with SMTP; 10 Oct 2003 12:17:18 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 159077
From: Credit Repair Centers <CreditRepairCenters159077@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+159077@replies.vmlocal.com>
Subject: Looking to repair your credit?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct10.131820-0400_edt.233273-5280+7155@ams.ftl.affinity.com>
Date:Fri, 10 Oct 2003 13:18:20 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 10 15:06:24 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218885-5283>; Fri, 10 Oct 2003 15:07:51 -0400
Received: from vl208-39.vmlocal.com ([216.21.208.39]) by ams.ftl.affinity.com
with ESMTP id <233281-5266>; Fri, 10 Oct 2003 13:18:21 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-39.vmlocal.com with SMTP; 10 Oct 2003 12:17:18 -0500
X-ClientHost: 106097121064103111141001111101191111141071150460999111109
X-MailingID: 159077
From: Credit Repair Centers <CreditRepairCenters159077@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+159077@replies.vmlocal.com>
Subject: Looking to repair your credit?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct10.131821-0400_edt.233281-5266+7406@ams.ftl.affinity.com>
Date:Fri, 10 Oct 2003 13:18:20 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 10 15:06:24 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218914-5279>; Fri, 10 Oct 2003 15:07:51 -0400
Received: from vl208-48.vmlocal.com ([216.21.208.48]) by ams.ftl.affinity.com
with ESMTP id <233660-5262>; Fri, 10 Oct 2003 13:18:50 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-48.vmlocal.com with SMTP; 10 Oct 2003 12:18:48 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 159077
From: Credit Repair Centers <CreditRepairCenters159077@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Repair Centers <CreditRepairCenters159077@vmlocal.com>
Subject: Repair your credit with these links!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct10.131850-0400_edt.233660-5262+7485@ams.ftl.affinity.com>
Date:Fri, 10 Oct 2003 13:18:50 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Oct 10 08:43:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <239052-22179>; Fri, 10 Oct 2003 10:18:09 -0400
Received: from vl208-54.vmlocal.com ([216.21.208.54]) by ams.ftl.affinity.com
with ESMTP id <233440-22177>; Fri, 10 Oct 2003 10:17:24 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-54.vmlocal.com with SMTP; 10 Oct 2003 09:17:21 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 159081
From: Credit Repair Centers <CreditRepairCenters159081@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+159081@replies.vmlocal.com>
Subject: Fix your credit rating!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct10.101724-0400_edt.233440-22177+12799@ams.ftl.affinity.com>
Date:Fri, 10 Oct 2003 10:17:23 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Oct 12 18:58:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <4396100-1142>; Sun, 12 Oct
2003 20:34:13 -0400
Received: from vl208-55.vmlocal.com ([216.21.208.55]) by ams.ftl.affinity.com
with ESMTP id <3683700-1155>; Sun, 12 Oct 2003 20:33:56 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-55.vmlocal.com with SMTP; 12 Oct 2003 19:33:53 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 161333
From: Credit Repair Centers <CreditRepairCenters161333@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+161333@replies.vmlocal.com>
Subject: Fix your credit rating!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct12.203356-0400_edt.3683700-1155+3639@ams.ftl.affinity.com>
Date:Sun, 12 Oct 2003 20:33:55 -0400





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Oct 21 00:10:47 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <272279-1041>; Tue, 21 Oct 2003 01:12:10 -0400
Received: from vl208-62.vmlocal.com ([216.21.208.62]) by ams.ftl.affinity.com
with ESMTP id <342074-1041>; Tue, 21 Oct 2003 01:11:30 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-62.vmlocal.com with SMTP; 21 Oct 2003 00:11:08 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 170296
From: Credit Repair Centers <CreditRepairCenters170296@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Repair Centers <CreditRepairCenters170296@vmlocal.com>
Subject: Fix your credit rating!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct21.011130-0400_edt.342074-1041+13828@ams.ftl.affinity.com>
Date:Tue, 21 Oct 2003 01:11:16 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Oct 21 00:10:47 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <267670-1042>; Tue, 21 Oct 2003 01:13:37 -0400
Received: from vl208-62.vmlocal.com ([216.21.208.62]) by ams.ftl.affinity.com
with ESMTP id <233274-1036>; Tue, 21 Oct 2003 01:11:30 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-62.vmlocal.com with SMTP; 21 Oct 2003 00:11:08 -0500
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 170296
From: Credit Repair Centers <CreditRepairCenters170296@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Repair Centers <CreditRepairCenters170296@vmlocal.com>
Subject: Fix your credit rating!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct21.011130-0400_edt.233274-1036+13946@ams.ftl.affinity.com>
Date:Tue, 21 Oct 2003 01:11:29 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 20 22:04:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <556557-1080>; Tue, 21 Oct 2003 00:29:35 -0400
Received: from vl208-48.vmlocal.com ([216.21.208.48]) by ams.ftl.affinity.com
with ESMTP id <227715-1074>; Mon, 20 Oct 2003 17:48:40 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-48.vmlocal.com with SMTP; 20 Oct 2003 16:48:35 -0500
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 170302
From: Credit Repair Centers <CreditRepairCenters170302@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Repair Centers <CreditRepairCenters170302@vmlocal.com>
Subject: Heal your credit.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct20.174840-0400_edt.227715-1074+8950@ams.ftl.affinity.com>
Date:Mon, 20 Oct 2003 17:48:39 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 20 17:46:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <221398-1062>; Mon, 20 Oct 2003 18:45:26 -0400
Received: from vl208-18.vmlocal.com ([216.21.208.18]) by ams.ftl.affinity.com
with ESMTP id <331394-1062>; Mon, 20 Oct 2003 17:49:42 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-18.vmlocal.com with SMTP; 20 Oct 2003 16:48:35 -0500
X-ClientHost:
106097109105108097064103111141001111101191111141071150460991111 09
X-MailingID: 170302
From: Credit Repair Centers <CreditRepairCenters170302@vmlocal.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Repair Centers <CreditRepairCenters170302@vmlocal.com>
Subject: Heal your credit.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct20.174942-0400_edt.331394-1062+13807@ams.ftl.affinity.com>
Date:Mon, 20 Oct 2003 17:49:42 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Oct 22 19:10:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <214046-31717>; Wed, 22 Oct
2003 19:27:07 -0400
Received: from vm208-1.vm04.com ([216.21.208.1]) by ams.ftl.affinity.com with
ESMTP id <215876-31707>; Wed, 22 Oct 2003 19:26:47 -0400
Received: from vmlocal.com (192.168.3.12)
  by vm208-1.vm04.com with SMTP; 22 Oct 2003 18:26:42 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 172390
From: Credit Repair Centers <CreditRepairCenters172390@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Repair Centers <CreditRepairCenters172390@vmlocal.com>
Subject: Looking to repair your credit?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct22.192647-0400_edt.215876-31707+10464@ams.ftl.affinity.com>
Date:Wed, 22 Oct 2003 19:26:47 -0400
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Oct 30 21:25:36 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223226-18464>; Thu, 30 Oct 2003 21:32:51 -0500
Received: from vl208-50.vmlocal.com ([216.21.208.50]) by ams.ftl.affinity.com
with ESMTP id <223753-18467>; Thu, 30 Oct 2003 21:31:44 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-50.vmlocal.com with SMTP; 30 Oct 2003 20:31:43 -0600
X-ClientHost: 1060971210641031111410011111011911111410711504609911109
X-MailingID: 183462
From: Credit Repair Centers <CreditRepairCenters183462@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Repair Centers <CreditRepairCenters183462@vmlocal.com>
Subject: Fix your credit rating!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct30.213144-0500_est.223753-18467+15051@ams.ftl.affinity.com>
Date:Thu, 30 Oct 2003 21:31:44 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or go here. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Oct 30 09:46:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219462-8221>; Thu, 30 Oct 2003 12:41:35 -0500
Received: from vl208-49.vmlocal.com ([216.21.208.49]) by ams.ftl.affinity.com
with ESMTP id <224201-8219>; Thu, 30 Oct 2003 12:40:23 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-49.vmlocal.com with SMTP; 30 Oct 2003 11:40:19 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 183464
From: Credit Repair Centers <CreditRepairCenters183464@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Repair Centers <CreditRepairCenters183464@vmlocal.com>
Subject: Repair your credit with these links!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct30.124023-0500_est.224201-8219+30768@ams.ftl.affinity.com>
Date:Thu, 30 Oct 2003 12:40:21 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent Thu Oct 30 11:39:16 CST 2003

From ???@??? Fri Oct 31 00:22:08 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223008-14139>; Fri, 31 Oct 2003 00:34:10 -0500
Received: from vl208-54.vmlocal.com ([216.21.208.54]) by ams.ftl.affinity.com
with ESMTP id <227721-14139>; Fri, 31 Oct 2003 00:33:32 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-54.vmlocal.com with SMTP; 30 Oct 2003 23:33:29 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 183465
From: Credit Repair Centers <CreditRepairCenters183465@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Repair Centers <CreditRepairCenters183465@vmlocal.com>
Subject: Heal your credit.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct31.003332-0500_est.227721-14139+37328@ams.ftl.affinity.com>
Date:Fri, 31 Oct 2003 00:33:31 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 31 00:22:08 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <227442-14139>; Fri, 31 Oct 2003 00:34:10 -0500
Received: from vl208-54.vmlocal.com ([216.21.208.54]) by ams.ftl.affinity.com
with ESMTP id <227724-14143>; Fri, 31 Oct 2003 00:33:32 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-54.vmlocal.com with SMTP; 30 Oct 2003 23:33:29 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 183465
From: Credit Repair Centers <CreditRepairCenters183465@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Repair Centers <CreditRepairCenters183465@vmlocal.com>
Subject: Heal your credit.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct31.003332-0500_est.227724-14143+37680@ams.ftl.affinity.com>
Date:Fri, 31 Oct 2003 00:33:31 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 02 18:51:59 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215062-14701>; Sun, 2 Nov
2003 20:49:08 -0500
Received: from vl208-72.vmlocal.com ([216.21.208.72]) by ams.ftl.affinity.com
with ESMTP id <216729-14704>; Sun, 2 Nov 2003 20:47:58 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-72.vmlocal.com with SMTP; 02 Nov 2003 19:46:54 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 187302
From: Credit Repair Centers <CreditRepairCenters187302@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Repair Centers <CreditRepairCenters187302@vmlocal.com>
Subject: Fix your credit rating!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov2.204758-0500_est.216729-14704+3920@ams.ftl.affinity.com>
Date:Sun, 2 Nov 2003 20:47:57 -0500
```





**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go
here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Nov 07 18:23:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213034-31252>; Fri, 7 Nov 2003 17:43:39 -0500
Received: from vl208-17.vmlocal.com ([216.21.208.17]) by ams.ftl.affinity.com
with ESMTP id <215214-31258>; Fri, 7 Nov 2003 17:40:49 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-17.vmlocal.com with SMTP; 07 Nov 2003 16:40:45 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 192186
From: Credit Repair Centers <CreditRepairCenters192186@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Repair Centers <CreditRepairCenters192186@vmlocal.com>
Subject: Fix your credit rating!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov7.174049-0500_est.215214-31258+10215@ams.ftl.affinity.com>
Date:Fri, 7 Nov 2003 17:40:49 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 08 21:27:12 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213027-7246>; Sat, 8 Nov 2003 23:19:52 -0500
Received: from vl208-69.vmlocal.com ([216.21.208.69]) by ams.ftl.affinity.com
with ESMTP id <214293-7244>; Sat, 8 Nov 2003 23:12:30 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-69.vmlocal.com with SMTP; 08 Nov 2003 21:21:37 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150046099111109
X-MailingID: 193555
From: Credit Repair Centers <CreditRepairCenters193555@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Repair Centers <CreditRepairCenters193555@vmlocal.com>
Subject: Fix your credit rating!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov8.231230-0500_est.214293-7244+3553@ams.ftl.affinity.com>
Date:Sat, 8 Nov 2003 23:12:29 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Nov 08 15:24:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <212891-1073>; Sat, 8 Nov 2003 17:09:01 -0500
Received: from vl208-63.vmlocal.com ([216.21.208.63]) by ams.ftl.affinity.com
with ESMTP id <214771-1062>; Sat, 8 Nov 2003 17:08:45 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-63.vmlocal.com with SMTP; 08 Nov 2003 16:08:38 -0600
X-ClientHost:
10609710910510809706410311111410011111019111114107115046099111109
X-MailingID: 193557
From: Credit Repair Centers <CreditRepairCenters193557@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Repair Centers <CreditRepairCenters193557@vmlocal.com>
Subject: Fix your credit rating!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov8.170845-0500_est.214771-1062+13361@ams.ftl.affinity.com>
Date:Sat, 8 Nov 2003 17:08:44 -0500



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Nov 11 12:34:12 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <225760-6767>; Tue, 11 Nov
2003 13:26:26 -0500
Received: from vl208-34.vmlocal.com ([216.21.208.34]) by ams.ftl.affinity.com
with ESMTP id <225770-6758>; Tue, 11 Nov 2003 13:25:30 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-34.vmlocal.com with SMTP; 11 Nov 2003 12:25:21 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 196030
From: Credit Repair Centers <CreditRepairCenters196030@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Repair Centers <CreditRepairCenters196030@vmlocal.com>
Subject: Fix your credit rating!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov11.132530-0500_est.225770-6758+24734@ams.ftl.affinity.com>
Date:Tue, 11 Nov 2003 13:25:29 -0500





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Nov 11 09:34:44 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <233537-1717>; Tue, 11 Nov 2003 10:25:21 -0500
Received: from vl208-46.vmlocal.com ([216.21.208.46]) by ams.ftl.affinity.com
with ESMTP id <233645-1712>; Tue, 11 Nov 2003 10:24:45 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-46.vmlocal.com with SMTP; 11 Nov 2003 09:24:39 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 196033
From: Credit Repair Centers <CreditRepairCenters196033@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Repair Centers <CreditRepairCenters196033@vmlocal.com>
Subject: Looking to repair your credit?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov11.102445-0500_est.233645-1712+22323@ams.ftl.affinity.com>
Date:Tue, 11 Nov 2003 10:24:44 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Nov 17 11:07:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2715381-17962>; Mon, 17 Nov 2003 13:42:21 -0500
Received: from vl208-66.vmlocal.com ([216.21.208.66]) by ams.ftl.affinity.com
with ESMTP id <2717208-17969>; Mon, 17 Nov 2003 13:41:15 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-66.vmlocal.com with SMTP; 17 Nov 2003 12:41:05 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 200093
From: Credit Repair Centers <CreditRepairCenters200093@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Repair Centers <CreditRepairCenters200093@vmlocal.com>
Subject: Fix your credit rating!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov17.134115-0500_est.2717208-17969+62111@ams.ftl.affinity.com>
Date:Mon, 17 Nov 2003 13:41:15 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Nov 21 12:29:05 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216396-24924>; Fri, 21 Nov 2003 14:07:04 -0500
Received: from vl208-55.vmlocal.com ([216.21.208.55]) by ams.ftl.affinity.com
with ESMTP id <217449-24924>; Fri, 21 Nov 2003 14:06:20 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-55.vmlocal.com with SMTP; 21 Nov 2003 13:06:09 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 202866
From: Credit Repair Centers <CreditRepairCenters202866@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Repair Centers <CreditRepairCenters202866@vmlocal.com>
Subject: Looking to repair your credit?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov21.140620-0500_est.217449-24924+54605@ams.ftl.affinity.com>
Date:Fri, 21 Nov 2003 14:06:19 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Nov 21 12:29:05 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213652-24914>; Fri, 21 Nov 2003 14:07:04 -0500
Received: from vl208-55.vmlocal.com ([216.21.208.55]) by ams.ftl.affinity.com
with ESMTP id <217348-24924>; Fri, 21 Nov 2003 14:06:20 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-55.vmlocal.com with SMTP; 21 Nov 2003 13:06:09 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 202866
From: Credit Repair Centers <CreditRepairCenters202866@vmlocal.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Repair Centers <CreditRepairCenters202866@vmlocal.com>
Subject: Looking to repair your credit?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov21.140620-0500_est.217348-24924+54604@ams.ftl.affinity.com>
Date:Fri, 21 Nov 2003 14:06:18 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Nov 21 12:29:05 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216215-24921>; Fri, 21 Nov 2003 14:07:04 -0500
Received: from vl208-55.vmlocal.com ([216.21.208.55]) by ams.ftl.affinity.com
with ESMTP id <217559-24921>; Fri, 21 Nov 2003 14:06:20 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-55.vmlocal.com with SMTP; 21 Nov 2003 13:06:09 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 202866
From: Credit Repair Centers <CreditRepairCenters202866@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Repair Centers <CreditRepairCenters202866@vmlocal.com>
Subject: Looking to repair your credit?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov21.140620-0500_est.217559-24921+55457@ams.ftl.affinity.com>
Date:Fri, 21 Nov 2003 14:06:19 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Jan 21 17:02:32 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <359540-2420>; Wed, 21 Jan 2004 19:42:16 -0500
Received: from vm208-73.adknow-net.com ([216.21.208.73]) by
ams.ftl.affinity.com with ESMTP id <359371-2422>; Wed, 21 Jan 2004 19:40:53
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-73.adknow-net.com with SMTP; 21 Jan 2004 18:40:52 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 346359
From: Credit Repair Centers <CreditRepairCenters@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return346359@replies.adknow-net.com
Subject: Looking to repair your credit?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan21.194053-0500_est.359371-2422+653@ams.ftl.affinity.com>
Date:Wed, 21 Jan 2004 19:40:53 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Jan 21 17:02:32 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <337495-2424>; Wed, 21 Jan
2004 19:42:12 -0500
Received: from vm208-73.adknow-net.com ([216.21.208.73]) by
ams.ftl.affinity.com with ESMTP id <335007-2418>; Wed, 21 Jan 2004 19:40:53
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-73.adknow-net.com with SMTP; 21 Jan 2004 18:40:52 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 346359
From: Credit Repair Centers <CreditRepairCenters@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return346359@replies.adknow-net.com
Subject: Looking to repair your credit?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan21.194053-0500_est.335007-2418+627@ams.ftl.affinity.com>
Date:Wed, 21 Jan 2004 19:40:53 -0500
```





**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** **http://www.virtumundo.com/change/** **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Jan 21 17:02:32 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <359371-2421>; Wed, 21 Jan 2004 19:42:15 -0500
Received: from vm208-73.adknow-net.com ([216.21.208.73]) by
ams.ftl.affinity.com with ESMTP id <338159-2423>; Wed, 21 Jan 2004 19:40:53
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-73.adknow-net.com with SMTP; 21 Jan 2004 18:40:52 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 346359
From: Credit Repair Centers <CreditRepairCenters@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return346359@replies.adknow-net.com
Subject: Looking to repair your credit?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan21.194053-0500_est.338159-2423+760@ams.ftl.affinity.com>
Date:Wed, 21 Jan 2004 19:40:53 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Jan 19 09:24:11 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2718117-882>; Mon, 19 Jan 2004 11:45:23 -0500
Received: from vm208-70.adknow-net.com ([216.21.208.70]) by
ams.ftl.affinity.com with ESMTP id <2718899-876>; Mon, 19 Jan 2004 11:44:32
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-70.adknow-net.com with SMTP; 19 Jan 2004 10:44:27 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 344699
From: Credit Repair Centers <CreditRepairCenters@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return344699@replies.adknow-net.com
Subject: Heal your credit.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan19.114432-0500_est.2718899-876+40455@ams.ftl.affinity.com>
Date:Mon, 19 Jan 2004 11:44:30 -0500



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Jan 14 10:31:48 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2718166-31882>; Wed, 14 Jan 2004 13:10:33 -0500
Received: from vm208-44.adknow-net.com ([216.21.208.44]) by
ams.ftl.affinity.com with ESMTP id <2718746-31880>; Wed, 14 Jan 2004 13:10:05
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-44.adknow-net.com with SMTP; 14 Jan 2004 12:10:00 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 341695
From: Credit Repair Centers <CreditRepairCenters@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return341695@replies.adknow-net.com
Subject: Repair your credit with these links!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan14.131005-0500_est.2718746-31880+19684@ams.ftl.affinity.com>
Date:Wed, 14 Jan 2004 13:10:05 -0500





**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Feb 02 22:05:08 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <319358-15796>; Mon, 2 Feb
2004 23:01:48 -0500
Received: from vm208-60.adknow-net.com ([216.21.208.60]) by
ams.ftl.affinity.com with ESMTP id <326984-15785>; Mon, 2 Feb 2004 23:01:43
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-60.adknow-net.com with SMTP; 02 Feb 2004 22:01:35 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 356620
From: Credit Repair Centers <CreditRepairCenters@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return356620@replies.adknow-net.com
Subject: Fix your rating!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb2.230143-0500_est.326984-15785+36274@ams.ftl.affinity.com>
Date:Mon, 2 Feb 2004 23:01:43 -0500





**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 10 10:01:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214913-32445>; Wed, 10 Dec 2003 11:27:44 -0500
Received: from vl208-67.vmlocal.com ([216.21.208.67]) by ams.ftl.affinity.com
with ESMTP id <218511-32448>; Wed, 10 Dec 2003 11:26:29 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-67.vmlocal.com with SMTP; 10 Dec 2003 10:26:28 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 215980
From: Credit Repair Centers <CreditRepairCenters@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Repair Centers <CreditRepairCenters215980@vmlocal.com>
Subject: Heal your credit.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec10.112629-0500_est.218511-32448+40478@ams.ftl.affinity.com>
Date:Wed, 10 Dec 2003 11:26:29 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Dec 08 16:10:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215666-31247>; Mon, 8 Dec
2003 17:49:09 -0500
Received: from vl208-40.vmlocal.com ([216.21.208.40]) by ams.ftl.affinity.com
with ESMTP id <217802-31235>; Mon, 8 Dec 2003 17:47:54 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-40.vmlocal.com with SMTP; 08 Dec 2003 16:47:51 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 214458
From: Credit Repair Centers <CreditRepairCenters@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Repair Centers <CreditRepairCenters214458@vmlocal.com>
Subject: Repair your credit with these links!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec8.174754-0500_est.217802-31235+14037@ams.ftl.affinity.com>
Date:Mon, 8 Dec 2003 17:47:53 -0500





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Dec 08 16:07:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <215865-2724>; Mon, 8 Dec 2003 15:28:16 -0500
Received: from vl208-68.vmlocal.com ([216.21.208.68]) by ams.ftl.affinity.com
with ESMTP id <216948-17858>; Mon, 8 Dec 2003 15:26:58 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-68.vmlocal.com with SMTP; 08 Dec 2003 14:04:51 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 214460
From: Credit Repair Centers <CreditRepairCenters@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Repair Centers <CreditRepairCenters214460@vmlocal.com>
Subject: Repair your credit with these links!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec8.152658-0500_est.216948-17858+51@ams.ftl.affinity.com>
Date:Mon, 8 Dec 2003 15:26:57 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 30 11:20:07 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213303-28118>; Sun, 30 Nov 2003 13:44:47 -0500
Received: from vl208-64.vmlocal.com ([216.21.208.64]) by ams.ftl.affinity.com
with ESMTP id <226523-28119>; Sun, 30 Nov 2003 13:43:37 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-64.vmlocal.com with SMTP; 30 Nov 2003 12:43:36 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 209028
From: Credit Repair Centers <CreditRepairCenters@vmlocal.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Repair Centers <CreditRepairCenters209028@vmlocal.com>
Subject: Looking to repair your credit?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov30.134337-0500_est.226523-28119+43003@ams.ftl.affinity.com>
Date:Sun, 30 Nov 2003 13:43:37 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Nov 24 16:20:34 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2715230-29470>; Mon, 24 Nov
2003 14:39:57 -0500
Received: from vl208-19.vmlocal.com ([216.21.208.19]) by ams.ftl.affinity.com
with ESMTP id <2715759-29473>; Mon, 24 Nov 2003 14:35:14 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-19.vmlocal.com with SMTP; 24 Nov 2003 13:35:11 -0600
X-ClientHost:
1061111100971161040971100641031111141001111101191111141071150460991111109
X-MailingID: 204895
From: Credit Repair Centers <CreditRepairCenters@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Repair Centers <CreditRepairCenters204895@vmlocal.com>
Subject: Fix your credit rating!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov24.143514-0500_est.2715759-29473+684@ams.ftl.affinity.com>
Date:Mon, 24 Nov 2003 14:35:14 -0500





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Dec 11 15:31:12 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221310-24884>; Thu, 11 Dec 2003 14:59:55 -0500
Received: from vl208-52.vmlocal.com ([216.21.208.52]) by ams.ftl.affinity.com
with ESMTP id <230969-24889>; Thu, 11 Dec 2003 14:58:37 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-52.vmlocal.com with SMTP; 11 Dec 2003 13:58:33 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 216783
From: Credit Repair Centers <CreditRepairCenters@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Repair Centers <CreditRepairCenters216783@vmlocal.com>
Subject: Fix your credit rating!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec11.145837-0500_est.230969-24889+21637@ams.ftl.affinity.com>
Date:Thu, 11 Dec 2003 14:58:35 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed May 03 09:39:29 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346534@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 17412 invoked from network); 1 May 2006 08:30:14 -0600
Received: from vm-180-200.vm-mail.com (206.82.180.200)
  by ehahome.com with SMTP; 1 May 2006 08:30:14 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-200.vm-mail.com with SMTP; 01 May 2006 09:30:06 -0500
X-ClientHost:
09910411709910706409711011610411111012109910110116114097108046099111109
X-MailingID: 346534
From: Credit solutions <Creditsolutions@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346534@vm-rewards.com>
Subject: Apply now and you can improve your credit score
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=DATE_MISSING,
     HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
     MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SORBS,
     SUBJ_YOUR_DEBT autolearn=no version=2.63


Images not loading? View this offer by visiting this link






This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Web Chex International inc. Las Vegas Drive # 977 Las Vegas, NV 89108

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Wed May 03 21:10:33 2006
X-Persona: <Mila>
Return-Path: <mailcenter346430@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 5216 invoked from network); 30 Apr 2006 07:59:59 -0600
Received: from vm-185-8.vm-mail.com (206.82.185.8)
   by itdidnotendright.com with SMTP; 30 Apr 2006 07:59:58 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-8.vm-mail.com with SMTP; 30 Apr 2006 08:59:58 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 346430
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346430@vm-rewards.com>
Subject: Do you want to be an officer or join the FBI? Start here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.2 required=7.0 tests=BAYES_90,DATE_MISSING,
       HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ 85018

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

From ???@??? Wed May 03 09:32:34 2006
X-Persona: <Jay>
Return-Path: <mailcenter346444@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 4836 invoked from network); 30 Apr 2006 18:03:31 -0600
Received: from vm-187-252.vm-mail.com (206.82.187.252)
   by jammtomm.com with SMTP; 30 Apr 2006 18:03:31 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-187-252.vm-mail.com with SMTP; 30 Apr 2006 19:03:31 -0500
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 346444
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346444@vm-rewards.com>
Subject: Be a cop
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_60,DATE_MISSING,
       HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
       HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
       autolearn=no version=2.63


Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions
or comments about this advertisement to:

Classes USA 2401 Colorado Ave suite A-120 Santa Monica, CA 90404

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products
and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Wed May 03 09:30:39 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346444@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 11808 invoked from network); 30 Apr 2006 17:42:08 -0600
Received: from vm-185-241.vm-mail.com (206.82.185.241)
   by ehahome.com with SMTP; 30 Apr 2006 17:42:08 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-241.vm-mail.com with SMTP; 30 Apr 2006 18:42:05 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 346444
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346444@vm-rewards.com>
Subject: Be a cop
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Classes USA 2401 Colorado Ave suite A-120 Santa Monica, CA 90404

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Wed May 03 09:30:39 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346444@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 10786 invoked from network); 30 Apr 2006 17:42:07 -0600
Received: from vm-185-241.vm-mail.com (206.82.185.241)
  by ehahome.com with SMTP; 30 Apr 2006 17:42:07 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-241.vm-mail.com with SMTP; 30 Apr 2006 18:42:05 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 346444
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346444@vm-rewards.com>
Subject: Be a cop
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions
or comments about this advertisement to:

Classes USA 2401 Colorado Ave suite A-120 Santa Monica, CA 90404

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products
and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Wed May 03 09:30:39 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346444@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 9985 invoked from network); 30 Apr 2006 17:42:06 -0600
Received: from vm-185-241.vm-mail.com (206.82.185.241)
  by ehahome.com with SMTP; 30 Apr 2006 17:42:06 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-241.vm-mail.com with SMTP; 30 Apr 2006 18:42:05 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 346444
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346444@vm-rewards.com>
Subject: Be a cop
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=DATE_MISSING,HTML_50_60,
     HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_04,
     HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
     version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Classes USA 2401 Colorado Ave suite A-120 Santa Monica, CA 90404

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Wed May 03 09:30:39 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346444@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 10275 invoked from network); 30 Apr 2006 17:42:07 -0600
Received: from vm-185-241.vm-mail.com (206.82.185.241)
   by ehahome.com with SMTP; 30 Apr 2006 17:42:07 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-241.vm-mail.com with SMTP; 30 Apr 2006 18:42:05 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 346444
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346444@vm-rewards.com>
Subject: Be a cop
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Classes USA 2401 Colorado Ave suite A-120 Santa Monica, CA 90404

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Wed May 03 09:30:39 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346444@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 11297 invoked from network); 30 Apr 2006 17:42:08 -0600
Received: from vm-185-241.vm-mail.com (206.82.185.241)
   by ehahome.com with SMTP; 30 Apr 2006 17:42:08 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-241.vm-mail.com with SMTP; 30 Apr 2006 18:42:05 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 346444
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346444@vm-rewards.com>
Subject: Be a cop
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Classes USA 2401 Colorado Ave suite A-120 Santa Monica, CA 90404

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Wed May 03 09:28:33 2006
X-Persona: <Celia>
Return-Path: <mailcenter346444@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 29696 invoked from network); 30 Apr 2006 18:19:08 -0600
Received: from vm-185-171.vm-mail.com (206.82.185.171)
  by jaykaysplace.com with SMTP; 30 Apr 2006 18:19:07 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-171.vm-mail.com with SMTP; 30 Apr 2006 19:19:06 -0500
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 346444
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346444@vm-rewards.com>
Subject: Be a cop
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=DATE_MISSING,HTML_50_60,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Classes USA 2401 Colorado Ave suite A-120 Santa Monica, CA 90404

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Wed May 03 09:28:19 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter346444@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 20200 invoked from network); 30 Apr 2006 18:01:37 -0600
Received: from vm-187-67.vm-mail.com (206.82.187.67)
  by jaycelia.com with SMTP; 30 Apr 2006 18:01:34 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-67.vm-mail.com with SMTP; 30 Apr 2006 19:01:30 -0500
X-ClientHost:
10610510906410511610010510010111111610111010010114105103104116046099111109
X-MailingID: 346444
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346444@vm-rewards.com>
Subject: Be a cop
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Classes USA 2401 Colorado Ave suite A-120 Santa Monica, CA 90404

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Tue May 02 20:38:57 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter346444@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 6185 invoked from network); 30 Apr 2006 18:03:32 -0600
Received: from vm-187-206.vm-mail.com (206.82.187.206)
   by greatnorthwest-alpha.org with SMTP; 30 Apr 2006 18:03:31 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-187-206.vm-mail.com with SMTP; 30 Apr 2006 19:03:31 -0500
X-ClientHost: 10611111006410609712110709712111511212080970991010406099111109
X-MailingID: 346444
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346444@vm-rewards.com>
Subject: Be a cop
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=DATE_MISSING,HTML_50_60,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Classes USA 2401 Colorado Ave suite A-120 Santa Monica, CA 90404

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Tue May 02 20:38:31 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter346430@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 18720 invoked from network); 30 Apr 2006 08:00:07 -0600
Received: from vm-185-152.vm-mail.com (206.82.185.152)
  by omniinnovations.com with SMTP; 30 Apr 2006 08:00:07 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-152.vm-mail.com with SMTP; 30 Apr 2006 09:00:06 -0500
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 346430
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346430@vm-rewards.com>
Subject: Do you want to be an officer or join the FBI? Start here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.1 required=7.0 tests=DATE_MISSING,HTML_40_50,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions
or comments about this advertisement to:

Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ 85018

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products
and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 30 14:08:28 2006
X-Persona: <Jon>
Return-Path: <mailcenter346430@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 18720 invoked from network); 30 Apr 2006 08:00:07 -0600
Received: from vm-185-152.vm-mail.com (206.82.185.152)
  by omniinnovations.com with SMTP; 30 Apr 2006 08:00:07 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-152.vm-mail.com with SMTP; 30 Apr 2006 09:00:06 -0500
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 346430
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346430@vm-rewards.com>
Subject: Do you want to be an officer or join the FBI? Start here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.1 required=7.0 tests=DATE_MISSING,HTML_40_50,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ 85018

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 30 14:08:21 2006
X-Persona: <Jay>
Return-Path: <mailcenter346430@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 18146 invoked from network); 30 Apr 2006 08:00:07 -0600
Received: from vm-185-206.vm-mail.com (206.82.185.206)
  by gordonworks.com with SMTP; 30 Apr 2006 08:00:06 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-206.vm-mail.com with SMTP; 30 Apr 2006 09:00:06 -0500
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 346430
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346430@vm-rewards.com>
Subject: Do you want to be an officer or join the FBI? Start here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.1 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ 85018

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Sun Apr 30 14:03:33 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter346430@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 24004 invoked from network); 30 Apr 2006 07:58:29 -0600
Received: from vm-185-245.vm-mail.com (206.82.185.245)
  by rcw19190020.com with SMTP; 30 Apr 2006 07:58:28 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-245.vm-mail.com with SMTP; 30 Apr 2006 08:58:27 -0500
X-ClientHost:
10610510906410511610010510010110111116101110100114105103104116046099111109
X-MailingID: 346430
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346430@vm-rewards.com>
Subject: Do you want to be an officer or join the FBI? Start here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link






This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ 85018

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

From ???@??? Sun Apr 30 14:02:17 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346430@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 28646 invoked from network); 30 Apr 2006 07:50:13 -0600
Received: from vm-186-40.vm-mail.com (206.82.186.40)
  by jammtomm.com with SMTP; 30 Apr 2006 07:50:12 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-40.vm-mail.com with SMTP; 30 Apr 2006 08:50:00 -0500
X-ClientHost:
0991041170991070640971101161041111101210991011101161140971080460991111109
X-MailingID: 346430
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346430@vm-rewards.com>
Subject: Do you want to be an officer or join the FBI? Start here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.1 required=7.0 tests=DATE_MISSING,
    HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
    MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63


Images not loading? View this offer by visiting this link




This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ 85018

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 30 14:02:17 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346430@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 30752 invoked from network); 30 Apr 2006 07:50:14 -0600
Received: from vm-186-40.vm-mail.com (206.82.186.40)
   by jammtomm.com with SMTP; 30 Apr 2006 07:50:13 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-40.vm-mail.com with SMTP; 30 Apr 2006 08:50:00 -0500
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710804609911110 9
X-MailingID: 346430
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346430@vm-rewards.com>
Subject: Do you want to be an officer or join the FBI? Start here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.1 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ 85018

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

From ???@??? Sun Apr 30 14:02:17 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346430@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 31297 invoked from network); 30 Apr 2006 07:50:15 -0600
Received: from vm-186-40.vm-mail.com (206.82.186.40)
   by jammtomm.com with SMTP; 30 Apr 2006 07:50:15 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-40.vm-mail.com with SMTP; 30 Apr 2006 08:50:00 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 346430
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346430@vm-rewards.com>
Subject: Do you want to be an officer or join the FBI? Start here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.1 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63


Images not loading? View this offer by visiting this link



This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ 85018

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

From ???@??? Sun Apr 30 14:02:17 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346430@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 32129 invoked from network); 30 Apr 2006 07:50:16 -0600
Received: from vm-186-40.vm-mail.com (206.82.186.40)
   by jammtomm.com with SMTP; 30 Apr 2006 07:50:16 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-40.vm-mail.com with SMTP; 30 Apr 2006 08:50:00 -0500
X-ClientHost: 116106064097110116104111101210991011101161140971080460991111 09
X-MailingID: 346430
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346430@vm-rewards.com>
Subject: Do you want to be an officer or join the FBI? Start here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.1 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63


Images not loading? View this offer by visiting this link






This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ 85018

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

From ???@??? Sun Apr 30 14:02:16 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346430@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 26882 invoked from network); 30 Apr 2006 07:50:11 -0600
Received: from vm-186-40.vm-mail.com (206.82.186.40)
   by jammtomm.com with SMTP; 30 Apr 2006 07:50:11 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-40.vm-mail.com with SMTP; 30 Apr 2006 08:50:00 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 346430
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346430@vm-rewards.com>
Subject: Do you want to be an officer or join the FBI? Start here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.1 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63


Images not loading? View this offer by visiting this link




This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ 85018

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

From ???@??? Sun Apr 30 14:01:31 2006
X-Persona: <Celia>
Return-Path: <mailcenter346430@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 354 invoked from network); 30 Apr 2006 08:36:49 -0600
Received: from vm-186-149.vm-mail.com (206.82.186.149)
   by greatnorthwest-alpha.org with SMTP; 30 Apr 2006 08:36:49 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-149.vm-mail.com with SMTP; 30 Apr 2006 09:36:48 -0500
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 346430
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346430@vm-rewards.com>
Subject: Do you want to be an officer or join the FBI? Start here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.1 required=7.0 tests=DATE_MISSING,HTML_40_50,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63


Images not loading? View this offer by visiting this link






This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ 85018

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 27 08:03:26 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345422@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 995 invoked from network); 24 Apr 2006 20:32:49 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 24 Apr 2006 20:32:48 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 24 Apr 2006 21:32:31 -0500
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 345422
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345422@vm-rewards.com>
Subject: Do you want to be an officer or join the FBI? Start here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.6 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---



**Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ
85018**



**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 27 08:03:26 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345422@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 3809 invoked from network); 24 Apr 2006 20:32:51 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 24 Apr 2006 20:32:51 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 24 Apr 2006 21:32:31 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 345422
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345422@vm-rewards.com>
Subject: Do you want to be an officer or join the FBI? Start here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.6 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---


**Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ
85018**



**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 27 08:03:26 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345422@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 7556 invoked from network); 24 Apr 2006 20:32:56 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 24 Apr 2006 20:32:52 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 24 Apr 2006 21:32:31 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 345422
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345422@vm-rewards.com>
Subject: Do you want to be an officer or join the FBI? Start here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.6 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



---

 Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ
85018



If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 27 08:03:26 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345422@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 8802 invoked from network); 24 Apr 2006 20:32:58 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 24 Apr 2006 20:32:57 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 24 Apr 2006 21:32:31 -0500
X-ClientHost:
11509711010012106409711011610411111012109910111011611409710804609911109
X-MailingID: 345422
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345422@vm-rewards.com>
Subject: Do you want to be an officer or join the FBI? Start here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.6 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---



**Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ
85018**



**If you can not see our footer image, please visit here.**

From ???@??? Thu Apr 27 08:03:26 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345422@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 11842 invoked from network); 24 Apr 2006 20:33:05 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 24 Apr 2006 20:32:59 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 24 Apr 2006 21:32:31 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 345422
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345422@vm-rewards.com>
Subject: Do you want to be an officer or join the FBI? Start here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.6 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63


Images not loading? View this offer by visiting this link




---


Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ
85018

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 27 08:00:46 2006
X-Persona: <Jay>
Return-Path: <mailcenter345422@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 4292 invoked from network); 24 Apr 2006 20:13:44 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by jaycelia.com with SMTP; 24 Apr 2006 20:13:44 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 24 Apr 2006 21:13:43 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 345422
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345422@vm-rewards.com>
Subject: Do you want to be an officer or join the FBI? Start here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.6 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
       autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



---


Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ
85018

     If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 27 07:57:18 2006
X-Persona: <Celia>
Return-Path: <mailcenter345422@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 3908 invoked from network); 24 Apr 2006 22:27:05 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by clrobin.com with SMTP; 24 Apr 2006 22:27:04 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 24 Apr 2006 23:27:00 -0500
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 345422
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345422@vm-rewards.com>
Subject: *****SPAM***** Do you want to be an officer or join the FBI? Start
here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.6 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link



Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ
85018

        If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 27 07:57:16 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter345422@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 27557 invoked from network); 24 Apr 2006 20:12:11 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by anthonycentral.com with SMTP; 24 Apr 2006 20:12:11 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 24 Apr 2006 21:12:09 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 345422
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345422@vm-rewards.com>
Subject: Do you want to be an officer or join the FBI? Start here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---



Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ 85018



If you can not see our footer image, please visit here.

From ???@??? Tue Apr 25 20:51:56 2006
X-Persona: <Mila>
Return-Path: <mailcenter345422@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 24 Apr 2006 20:13:33 -0600
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Do you want to be an officer or join the FBI? Start
here
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=11.0 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_444D85CD.22EC866A"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
   URI:http://redirect.virtumundo.com/ct?eds_69&e=mila@jammtomm.com
   visiting this link
   URI:http://redirect.virtumundo.com/ct?i(3673&e=mila@jammtomm.com
   URI:http://ogy.cc/CAD_Email_BeA_CJ_041306.jpg [...]

Content analysis details:   (11.0 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING            Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE            BODY: HTML included in message
 5.4 BAYES_99                BODY: Bayesian spam probability is 99 to 100%
                             [score: 1.0000]
 0.1 HTML_70_80              BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 1.0 HTML_IMAGE_ONLY_04      BODY: HTML: images with 200-400 bytes of words
 0.6 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET  RBL: Received via a relay in bl.spamcop.net
              [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 31266 invoked from network); 24 Apr 2006 20:13:32 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)

```
  by itdidnotendright.com with SMTP; 24 Apr 2006 20:13:32 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 24 Apr 2006 21:13:31 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 345422
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345422@vm-rewards.com>
Subject: Do you want to be an officer or join the FBI? Start here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Do you
want to b1.htm"
```

From ???@??? Tue Apr 25 14:08:42 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter345422@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 4645 invoked from network); 24 Apr 2006 20:13:45 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by xj4x4.net with SMTP; 24 Apr 2006 20:13:44 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 24 Apr 2006 21:13:43 -0500
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 345422
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345422@vm-rewards.com>
Subject: *****SPAM***** Do you want to be an officer or join the FBI? Start
here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.6 required=7.0 tests=DATE_MISSING,HTML_70_80,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]


Images not loading? View this offer by visiting this link





Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ
85018

       If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 16 12:21:57 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343700@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 1798 invoked from network); 15 Apr 2006 20:39:06 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 15 Apr 2006 20:39:06 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 15 Apr 2006 21:38:42 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 343700
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343700@vm-rewards.com>
Subject: Do you want to be an officer or join the FBI? Start here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.6 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---



**Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ
85018**



**If you can not see our footer image, please visit here.**

From ???@??? Sun Apr 16 12:21:57 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343700@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 965 invoked from network); 15 Apr 2006 20:39:05 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 15 Apr 2006 20:39:04 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 15 Apr 2006 21:38:42 -0500
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 343700
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343700@vm-rewards.com>
Subject: Do you want to be an officer or join the FBI? Start here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.6 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
       autolearn=no version=2.63

Images not loading? View this offer by visiting this link



---


Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ
85018



    If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 16 12:21:57 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343700@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 1818 invoked from network); 15 Apr 2006 20:39:07 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 15 Apr 2006 20:39:07 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 15 Apr 2006 21:38:42 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 343700
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343700@vm-rewards.com>
Subject: Do you want to be an officer or join the FBI? Start here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.6 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---


**Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ
85018**



          **If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 16 12:21:57 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343700@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 2464 invoked from network); 15 Apr 2006 20:39:08 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 15 Apr 2006 20:39:08 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 15 Apr 2006 21:38:42 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 343700
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343700@vm-rewards.com>
Subject: Do you want to be an officer or join the FBI? Start here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.6 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---

Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ 85018

If you can not see our footer image, please visit here.

From ???@??? Sun Apr 16 12:21:57 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343700@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 6820 invoked from network); 15 Apr 2006 20:39:23 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 15 Apr 2006 20:39:15 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 15 Apr 2006 21:38:42 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 343700
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343700@vm-rewards.com>
Subject: Do you want to be an officer or join the FBI? Start here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.6 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63


Images not loading? View this offer by visiting this link



---


Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ
85018

    If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 16 12:21:45 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter343700@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 1603 invoked from network); 16 Apr 2006 07:35:25 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by celiajay.com with SMTP; 16 Apr 2006 07:35:23 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 16 Apr 2006 08:35:08 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 343700
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343700@vm-rewards.com>
Subject: Do you want to be an officer or join the FBI? Start here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---



**Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ 85018**



**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 16 12:19:11 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343618@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 9794 invoked from network); 15 Apr 2006 12:30:24 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by itdidnotendright.com with SMTP; 15 Apr 2006 12:30:23 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 15 Apr 2006 13:30:17 -0500
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 343618
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343618@vm-rewards.com>
Subject: Do you want to be an officer or join the FBI? Start here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.6 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---


**Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ 85018**



**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 16 12:19:11 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343618@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 11808 invoked from network); 15 Apr 2006 12:30:29 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by itdidnotendright.com with SMTP; 15 Apr 2006 12:30:27 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 15 Apr 2006 13:30:17 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 343618
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343618@vm-rewards.com>
Subject: Do you want to be an officer or join the FBI? Start here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.6 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
       autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---


**Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ
85018**



    **If you can not see our footer image, please visit here.**

From ???@??? Sun Apr 16 12:19:11 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343618@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 13636 invoked from network); 15 Apr 2006 12:30:31 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by itdidnotendright.com with SMTP; 15 Apr 2006 12:30:31 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 15 Apr 2006 13:30:17 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 343618
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343618@vm-rewards.com>
Subject: Do you want to be an officer or join the FBI? Start here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.6 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63


Images not loading? View this offer by visiting this link



---


Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ
85018

If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 16 12:19:11 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343618@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 14240 invoked from network); 15 Apr 2006 12:30:32 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by itdidnotendright.com with SMTP; 15 Apr 2006 12:30:32 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 15 Apr 2006 13:30:17 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 343618
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343618@vm-rewards.com>
Subject: Do you want to be an officer or join the FBI? Start here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.6 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---

 **Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ 85018**



   **If you can not see our footer image, please visit here.**

From ???@??? Sun Apr 16 12:19:06 2006
X-Persona: <Jay>
Return-Path: <mailcenter343700@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 9827 invoked from network); 16 Apr 2006 07:57:35 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by celiajay.com with SMTP; 16 Apr 2006 07:57:35 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 16 Apr 2006 08:56:34 -0500
X-ClientHost: 1060971210641060971210991011081050970460099111109
X-MailingID: 343700
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343700@vm-rewards.com>
Subject: Do you want to be an officer or join the FBI? Start here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.6 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63


Images not loading? View this offer by visiting this link



---


Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ
85018

        If you can not see our footer image, please visit here.

From ???@??? Sun Apr 16 12:17:10 2006
X-Persona: <Celia>
Return-Path: <mailcenter343700@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 22499 invoked from network); 16 Apr 2006 05:52:16 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by greatnorthwest-alpha.org with SMTP; 16 Apr 2006 05:52:16 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 16 Apr 2006 06:52:10 -0500
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 343700
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343700@vm-rewards.com>
Subject: *****SPAM***** Do you want to be an officer or join the FBI? Start
here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.6 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]


Images not loading? View this offer by visiting this link



---

Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ
85018

        If you can not see our footer image, please visit here.

From ???@??? Sun Apr 16 11:15:43 2006
X-Persona: <Mila>
Return-Path: <mailcenter343700@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
     with SpamAssassin (2.63 2004-01-11);
     Sun, 16 Apr 2006 07:55:32 -0600
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Do you want to be an officer or join the FBI? Start
here
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=11.0 required=7.0 tests=BAYES_99,DATE_MISSING,
     HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
     MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
     autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44424CD4.0927EE68"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
    URI:http://redirect.virtumundo.com/ct?eds_69&e=mila@jammtomm.com
    visiting this link
    URI:http://redirect.virtumundo.com/ct?i(2389&e=mila@jammtomm.com
    URI:http://ogy.cc/CAD_Email_BeA_CJ_041306.jpg [...]

Content analysis details:   (11.0 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.0 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
                [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 8738 invoked from network); 16 Apr 2006 07:55:32 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)

```
  by jaycelia.com with SMTP; 16 Apr 2006 07:55:31 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 16 Apr 2006 08:55:29 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 343700
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343700@vm-rewards.com>
Subject: Do you want to be an officer or join the FBI? Start here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Do you
want to b.htm"
```

From ???@??? Sun Apr 16 09:22:30 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter343700@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 9858 invoked from network); 16 Apr 2006 07:57:35 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by jammtomm.com with SMTP; 16 Apr 2006 07:57:35 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 16 Apr 2006 08:57:19 -0500
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 343700
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343700@vm-rewards.com>
Subject: *****SPAM***** Do you want to be an officer or join the FBI? Start
here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.6 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]


Images not loading? View this offer by visiting this link





Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ
85018

        If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 15:51:20 2006
X-Persona: <RCW>
Return-Path: <mailcenter333685@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 31909 invoked from network); 26 Dec 2005 22:57:26 -0600
Received: from vm-182-69.vm-mail.com (206.82.182.69)
  by anthonycentral.com with SMTP; 26 Dec 2005 22:57:23 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-69.vm-mail.com with SMTP; 26 Dec 2005 22:57:11 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 333685
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333685@vm-rewards.com>
Subject: Be a cop.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

ChooseADegree, LLC,, 250 Newport Center Drive #102, Newport Beach, CA 92660

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 15:46:25 2006
X-Persona: <RCW>
Return-Path: <mailcenter333275@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 16258 invoked from network); 16 Dec 2005 18:39:19 -0600
Received: from vm-181-70.vm-mail.com (206.82.181.70)
  by jaykaysplace.com with SMTP; 16 Dec 2005 18:39:16 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-70.vm-mail.com with SMTP; 16 Dec 2005 18:39:01 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 333275
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333275@vm-rewards.com>
Subject: Be a cop.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

**ChooseADegree, LLC,, 250 Newport Center Drive #102, Newport Beach, CA 92660**

If you can not see our footer image, please visit here.

```
From ???@??? Sun Jan 01 19:17:26 2006
X-Persona: <Mila>
Return-Path: <mailcenter333685@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 2913 invoked from network); 26 Dec 2005 19:41:17 -0600
Received: from vm-182-221.vm-mail.com (206.82.182.221)
  by anthonycentral.com with SMTP; 26 Dec 2005 19:41:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-221.vm-mail.com with SMTP; 26 Dec 2005 19:41:00 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 333685
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333685@vm-rewards.com>
Subject: Be a cop.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
```



---

**ChooseADegree, LLC,, 250 Newport Center Drive #102, Newport Beach, CA 92660**

**If you can not see our footer image, please** visit here.

```
From ???@??? Fri Dec 30 15:13:11 2005
Return-Path: <mailcenter333685@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 5154 invoked from network); 26 Dec 2005 17:50:50 -0600
Received: from vm-180-180.vm-mail.com (206.82.180.180)
   by jaycelia.com with SMTP; 26 Dec 2005 17:50:50 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-180.vm-mail.com with SMTP; 26 Dec 2005 17:50:37 -0600
X-ClientHost:
09910411709910706409711011610411111012109911011011611409710804609911109
X-MailingID: 333685
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333685@vm-rewards.com>
Subject: Be a cop.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---



**ChooseADegree, LLC,, 250 Newport Center Drive #102, Newport Beach, CA 92660**

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 15:13:11 2005
Return-Path: <mailcenter333685@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 4261 invoked from network); 26 Dec 2005 17:50:50 -0600
Received: from vm-180-180.vm-mail.com (206.82.180.180)
   by jaycelia.com with SMTP; 26 Dec 2005 17:50:49 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-180.vm-mail.com with SMTP; 26 Dec 2005 17:50:37 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 333685
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333685@vm-rewards.com>
Subject: Be a cop.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---

**ChooseADegree, LLC,, 250 Newport Center Drive #102, Newport Beach, CA 92660**

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 15:13:11 2005
Return-Path: <mailcenter333685@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 6083 invoked from network); 26 Dec 2005 17:50:52 -0600
Received: from vm-180-180.vm-mail.com (206.82.180.180)
  by jaycelia.com with SMTP; 26 Dec 2005 17:50:51 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-180.vm-mail.com with SMTP; 26 Dec 2005 17:50:37 -0600
X-ClientHost:
100101119097121110101064097110116104111101210991011101161140971080046099111109
X-MailingID: 333685
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333685@vm-rewards.com>
Subject: Be a cop.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---

ChooseADegree, LLC,, 250 Newport Center Drive #102, Newport Beach, CA 92660

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 15:13:11 2005
Return-Path: <mailcenter333685@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 7105 invoked from network); 26 Dec 2005 17:50:53 -0600
Received: from vm-180-180.vm-mail.com (206.82.180.180)
   by jaycelia.com with SMTP; 26 Dec 2005 17:50:52 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-180.vm-mail.com with SMTP; 26 Dec 2005 17:50:37 -0600
X-ClientHost:
11509711010012106409711011610411111012109910111011611409710804609911109
X-MailingID: 333685
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333685@vm-rewards.com>
Subject: Be a cop.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```





ChooseADegree, LLC,, 250 Newport Center Drive #102, Newport Beach, CA 92660

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 15:13:11 2005
Return-Path: <mailcenter333685@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 8609 invoked from network); 26 Dec 2005 17:50:59 -0600
Received: from vm-180-180.vm-mail.com (206.82.180.180)
  by jaycelia.com with SMTP; 26 Dec 2005 17:50:58 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-180.vm-mail.com with SMTP; 26 Dec 2005 17:50:37 -0600
X-ClientHost: 1161060640971101161041111012109910110116114097108046099111109
X-MailingID: 333685
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333685@vm-rewards.com>
Subject: Be a cop.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---

ChooseADegree, LLC,, 250 Newport Center Drive #102, Newport Beach, CA 92660

If you can not see our footer image, please visit here.

```
From ???@??? Tue Dec 27 21:21:24 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333685@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 23303 invoked from network); 26 Dec 2005 19:33:06 -0600
Received: from vm-182-239.vm-mail.com (206.82.182.239)
  by gordonworks.com with SMTP; 26 Dec 2005 19:33:06 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-239.vm-mail.com with SMTP; 26 Dec 2005 19:32:52 -0600
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460999111109
X-MailingID: 333685
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333685@vm-rewards.com>
Subject: Be a cop.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---



**ChooseADegree, LLC,, 250 Newport Center Drive #102, Newport Beach, CA 92660**

If you can not see our footer image, please visit here.

```
From ???@??? Tue Dec 27 21:20:12 2005
X-Persona: <Celia>
Return-Path: <mailcenter333685@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 12033 invoked from network); 26 Dec 2005 18:41:17 -0600
Received: from vm-181-104.vm-mail.com (206.82.181.104)
   by xj4x4.net with SMTP; 26 Dec 2005 18:41:17 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-104.vm-mail.com with SMTP; 26 Dec 2005 18:41:05 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 333685
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333685@vm-rewards.com>
Subject: Be a cop.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



---

ChooseADegree, LLC,, 250 Newport Center Drive #102, Newport Beach, CA 92660

If you can not see our footer image, please visit here.

```
From ???@??? Tue Dec 27 21:18:52 2005
X-Persona: <Jay>
Return-Path: <mailcenter333685@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 21090 invoked from network); 26 Dec 2005 19:41:42 -0600
Received: from vm-182-81.vm-mail.com (206.82.182.81)
   by jaykaysplace.com with SMTP; 26 Dec 2005 19:41:41 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-81.vm-mail.com with SMTP; 26 Dec 2005 19:41:26 -0600
X-ClientHost: 1060971210641060971210991011081050970460099111109
X-MailingID: 333685
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333685@vm-rewards.com>
Subject: Be a cop.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63
```



---

**ChooseADegree, LLC,, 250 Newport Center Drive #102, Newport Beach, CA 92660**

**If you can not see our footer image, please** visit here.

```
From ???@??? Tue Dec 27 21:18:16 2005
X-Persona: <Jon>
Return-Path: <mailcenter333685@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 26849 invoked from network); 26 Dec 2005 19:41:51 -0600
Received: from vm-182-88.vm-mail.com (206.82.182.88)
  by rcw19190020.com with SMTP; 26 Dec 2005 19:41:50 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-88.vm-mail.com with SMTP; 26 Dec 2005 19:41:26 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460099111109
X-MailingID: 333685
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333685@vm-rewards.com>
Subject: Be a cop.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
```



---

**ChooseADegree, LLC,, 250 Newport Center Drive #102, Newport Beach, CA 92660**

**If you can not see our footer image, please** visit here.

```
From ???@??? Mon Dec 19 01:56:16 2005
X-Persona: <Mila>
Return-Path: <mailcenter333275@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 1668 invoked from network); 16 Dec 2005 18:04:24 -0600
Received: from vm-181-111.vm-mail.com (206.82.181.111)
   by jaycelia.com with SMTP; 16 Dec 2005 18:04:20 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-111.vm-mail.com with SMTP; 16 Dec 2005 18:04:05 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 333275
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333275@vm-rewards.com>
Subject: Be a cop.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
```



---

**ChooseADegree, LLC,, 250 Newport Center Drive #102, Newport Beach, CA 92660**

**If you can not see our footer image, please** visit here.

```
From ???@??? Sun Dec 18 17:51:58 2005
X-Persona: <Jay>
Return-Path: <mailcenter333275@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 1700 invoked from network); 16 Dec 2005 18:04:24 -0600
Received: from vm-181-210.vm-mail.com (206.82.181.210)
  by clrobin.com with SMTP; 16 Dec 2005 18:04:22 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-210.vm-mail.com with SMTP; 16 Dec 2005 18:04:08 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 333275
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333275@vm-rewards.com>
Subject: Be a cop.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
```



---

**ChooseADegree, LLC,, 250 Newport Center Drive #102, Newport Beach, CA 92660**

**If you can not see our footer image, please** visit here.

```
From ???@??? Sun Dec 18 17:48:50 2005
X-Persona: <Celia>
Return-Path: <mailcenter333275@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 26309 invoked from network); 16 Dec 2005 18:19:43 -0600
Received: from vm-182-4.vm-mail.com (206.82.182.4)
  by gordonworks.com with SMTP; 16 Dec 2005 18:19:42 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-4.vm-mail.com with SMTP; 16 Dec 2005 18:19:30 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 333275
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333275@vm-rewards.com>
Subject: Be a cop.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
```



---

ChooseADegree, LLC,, 250 Newport Center Drive #102, Newport Beach, CA 92660

If you can not see our footer image, please visit here.

```
From ???@??? Sun Dec 18 17:48:50 2005
X-Persona: <Celia>
Return-Path: <mailcenter333275@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 26309 invoked from network); 16 Dec 2005 18:19:43 -0600
Received: from vm-182-4.vm-mail.com (206.82.182.4)
  by gordonworks.com with SMTP; 16 Dec 2005 18:19:42 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-4.vm-mail.com with SMTP; 16 Dec 2005 18:19:30 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460099111109
X-MailingID: 333275
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333275@vm-rewards.com>
Subject: Be a cop.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
```



---

**ChooseADegree, LLC,, 250 Newport Center Drive #102, Newport Beach, CA 92660**

**If you can not see our footer image, please** visit here.

```
From ???@??? Sun Dec 18 17:48:50 2005
X-Persona: <Celia>
Return-Path: <mailcenter333275@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 26309 invoked from network); 16 Dec 2005 18:19:43 -0600
Received: from vm-182-4.vm-mail.com (206.82.182.4)
   by gordonworks.com with SMTP; 16 Dec 2005 18:19:42 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-4.vm-mail.com with SMTP; 16 Dec 2005 18:19:30 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 333275
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333275@vm-rewards.com>
Subject: Be a cop.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



---

**ChooseADegree, LLC,, 250 Newport Center Drive #102, Newport Beach, CA 92660**

**If you can not see our footer image, please** visit here.

```
From ???@??? Sun Dec 18 17:48:25 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333275@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 2948 invoked from network); 16 Dec 2005 18:03:41 -0600
Received: from vm-181-233.vm-mail.com (206.82.181.233)
   by jaycelia.com with SMTP; 16 Dec 2005 18:03:41 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-233.vm-mail.com with SMTP; 16 Dec 2005 18:03:30 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 333275
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333275@vm-rewards.com>
Subject: Be a cop.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

ChooseADegree, LLC,, 250 Newport Center Drive #102, Newport Beach, CA 92660

If you can not see our footer image, please visit here.

```
From ???@??? Wed May 03 21:12:25 2006
X-Persona: <Mila>
Return-Path: <mailcenter346444@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sun, 30 Apr 2006 18:03:26 -0600
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Be a cop
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.6 required=7.0 tests=BAYES_99,DATE_MISSING,
      HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4455504E.077A4AAB"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(4361&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(4361&e=mila@jammtomm.com
  Discover the Best Criminal Justice Programs!
  URI:http://ogy.cc/classer/CJ_schools_email1.jpg [...]

Content analysis details:   (9.6 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 1.1 HTML_IMAGE_RATIO_04    BODY: HTML has a low ratio of text to image area
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 0.9989]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_50_60             BODY: Message is 50% to 60% HTML
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 1820 invoked from network); 30 Apr 2006 18:03:24 -0600
Received: from vm-187-183.vm-mail.com (206.82.187.183)
  by celiajay.com with SMTP; 30 Apr 2006 18:03:23 -0600
```

```
Received: from vm-mail.com (10.0.0.42)
  by vm-187-183.vm-mail.com with SMTP; 30 Apr 2006 19:03:19 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 346444
From: Criminal Justice <CriminalJustice@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346444@vm-rewards.com>
Subject: Be a cop
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Be a
cop.htm"
```