Gordon v. Virtumundo Inc et al                                                    Doc. 64 Att. 1

From ???@??? Sun Oct 05 08:30:36 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <234353-30958>; Sun, 5 Oct 2003 03:31:26 -0400
Received: from vm149.vmadmin.com ([216.64.222.149]) by ams.ftl.affinity.com
with ESMTP id <234790-30953>; Sun, 5 Oct 2003 03:30:52 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm149.vmadmin.com with SMTP; 05 Oct 2003 02:30:12 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 153049
From: Custom Address Labels <CustomAddressLabels153049@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Custom Address Labels
<CustomAddressLabels153049@replies.virtumundo.com>
Subject: New address labels make your mail stand out.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct5.033052-0400_edt.234790-30953+12970@ams.ftl.affinity.com>
Date:Sun, 5 Oct 2003 03:30:51 -0400



You received this email because you signed up at one of Virtumundo's

Dockets.Justia.com

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Feb 06 12:38:13 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <277928-23375>; Fri, 6 Feb 2004 14:11:16 -0500
Received: from vm208-31.adknow-net.com ([216.21.208.31]) by
ams.ftl.affinity.com with ESMTP id <327149-23398>; Fri, 6 Feb 2004 14:10:35
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-31.adknow-net.com with SMTP; 06 Feb 2004 13:10:30 -0600
X-ClientHost: 106097109101115064103111141001111101191111141071150460991111 09
X-MailingID: 360357
From: Custom Garages <CustomGarageIdeas@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return360357@replies.adknow-net.com
Subject: It's your garage. Get what you need for it here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb6.141035-0500_est.327149-23398+61303@ams.ftl.affinity.com>
Date:Fri, 6 Feb 2004 14:10:34 -0500



If you would like to refer a friend information regarding this program,

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to <u>http://www.virtumundo.com/change/</u> or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Nov 24 21:10:14 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215865-1088>; Mon, 24 Nov 2003 22:47:03 -0500
Received: from vm215.vmadmin.com ([216.64.222.215]) by ams.ftl.affinity.com
with ESMTP id <214919-1090>; Mon, 24 Nov 2003 22:46:06 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm215.vmadmin.com with SMTP; 24 Nov 2003 21:45:43 -0600
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 204945
From: Custom Garages <CustomGarageIdeas@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Custom Garages <CustomGarageIdeas204945@replies.virtumundo.com>
Subject: The house is hers. The garage is yours.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov24.224606-0500_est.214919-1090+3291@ams.ftl.affinity.com>
Date:Mon, 24 Nov 2003 22:46:05 -0500
```



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to <u>http://www.virtumundo.com/unsub</u> or <u>go here</u>. To read Virtumundo's privacy policy, go to <u>Privacy Policy</u>. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Dec 21 12:44:05 2005
X-Persona: <Jon>
Return-Path: <mailcenter333372@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 13285 invoked from network); 19 Dec 2005 18:14:33 -0600
Received: from vm-177-85.vm-mail.com (206.82.177.85)
  by anthonycentral.com with SMTP; 19 Dec 2005 18:14:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-85.vm-mail.com with SMTP; 19 Dec 2005 18:14:20 -0600
X-ClientHost: 1061111100641060971211707097121115112120809709910104609911109
X-MailingID: 333372
From: Customized Gifts and Ornaments <CustomizedGifts@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333372@vm-rewards.com>
Subject: *****SPAM***** Design-it-yourself ornaments and gifts for everyone on
your holiday list
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_ONLY_08,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        * 1.0 DATE_MISSING Missing Date: header
        * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        * 0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        * 0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        * 0.0 HTML_MESSAGE BODY: HTML included in message
        * 0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
        * 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset


This offer comes to you as a valued member of Virtumundo's permissioned
network.







This is an advertisement. If you w ould like to no longer receive any further email messages from this advertiser sent by Virtumundo, <u>visit here</u>.

To remove yourself from receiving any further messages from the Virtumundo Rew ards program, go to <u>http://w w w .virtumundo.com/change</u> or <u>visit here</u>.

Please send any questions or concerns about the Virtumundo Rew ards program to:

Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. Thank you.

The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please <u>visit here</u>.

From ???@??? Wed Dec 21 12:43:26 2005
X-Persona: <Jay>
Return-Path: <mailcenter333372@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 13185 invoked from network); 19 Dec 2005 18:14:33 -0600
Received: from vm-177-81.vm-mail.com (206.82.177.81)
  by gnwalpha.org with SMTP; 19 Dec 2005 18:14:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-81.vm-mail.com with SMTP; 19 Dec 2005 18:14:20 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 333372
From: Customized Gifts and Ornaments <CustomizedGifts@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333372@vm-rewards.com>
Subject: *****SPAM***** Design-it-yourself ornaments and gifts for everyone on
your holiday list
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_ONLY_08,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        * 1.0 DATE_MISSING Missing Date: header
        * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        * 0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        * 0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        * 0.0 HTML_MESSAGE BODY: HTML included in message
        * 0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
        * 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset


This offer comes to you as a valued member of Virtumundo's permissioned
network.







This is an advertisement. If you w ould like to no longer receive any further email messages from this advertiser sent by Virtumundo, visit here.

To remove yourself from receiving any further messages from the Virtumundo Rew ards program, go to http://w w w .virtumundo.com/change or visit here.

Please send any questions or concerns about the Virtumundo Rew ards program to:

Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. Thank you.

The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Wed Dec 21 12:41:44 2005
X-Persona: <Celia>
Return-Path: <mailcenter333372@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 1669 invoked from network); 19 Dec 2005 18:52:40 -0600
Received: from vm-182-125.vm-mail.com (206.82.182.125)
  by celiajay.com with SMTP; 19 Dec 2005 18:52:40 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-125.vm-mail.com with SMTP; 19 Dec 2005 18:52:27 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 333372
From: Customized Gifts and Ornaments <CustomizedGifts@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333372@vm-rewards.com>
Subject: *****SPAM***** Design-it-yourself ornaments and gifts for everyone on
your holiday list
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_ONLY_08,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        * 1.0 DATE_MISSING Missing Date: header
        * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        * 0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        * 0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        * 0.0 HTML_MESSAGE BODY: HTML included in message
        * 0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
        * 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset


This offer comes to you as a valued member of Virtumundo's permissioned
network.







This is an advertisement. If you w ould like to no longer receive any further email messages from this advertiser sent by Virtumundo, _visit here_.

To remove yourself from receiving any further messages from the Virtumundo Rew ards program, go to http://w w w .virtumundo.com/change or _visit here_.

Please send any questions or concerns about the Virtumundo Rew ards program to:

Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. Thank you.

The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please _visit here_.

From ???@??? Wed Dec 21 12:41:09 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333372@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 20227 invoked from network); 19 Dec 2005 18:13:54 -0600
Received: from vm-177-96.vm-mail.com (206.82.177.96)
  by clrobin.com with SMTP; 19 Dec 2005 18:13:53 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-96.vm-mail.com with SMTP; 19 Dec 2005 18:13:41 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 333372
From: Customized Gifts and Ornaments <CustomizedGifts@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333372@vm-rewards.com>
Subject: Design-it-yourself ornaments and gifts for everyone on your holiday
list
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


This offer comes to you as a valued member of Virtumundo's permissioned
network.





This is an advertisement. If you w ould like to no longer receive any further email messages from this advertiser sent by Virtumundo, visit here.

To remove yourself from receiving any further messages from the Virtumundo Rew ards program, go to http://w w w .virtumundo.com/change or visit here.

Please send any questions or concerns about the Virtumundo Rew ards program to:

Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. Thank you.

The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Mon Dec 19 20:12:43 2005
X-Persona: <Mila>
Return-Path: <mailcenter333372@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 19 Dec 2005 18:14:31 -0600
From: Customized Gifts and Ornaments <CustomizedGifts@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Design-it-yourself ornaments and gifts for everyone on
your holiday list
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_ONLY_08,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43A74CE7.997BAC19"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  This offer comes to you as a valued member of
  Virtumundo's permissioned network.
  URI:http://redirect.virtumundo.com/ct?i'6131&e=mila@jammtomm.com
  URI:http://ogy.cc/persaornamenaaa_files/1.gif
  URI:http://redirect.virtumundo.com/ct?i'6131&e=mila@jammtomm.com
  URI:http://ogy.cc/persaornamenaaa_files/2.gif [...]

Content analysis details:   (7.5 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.9 HTML_IMAGE_RATIO_04    BODY: HTML has a low ratio of text to image area
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.8 HTML_IMAGE_ONLY_08     BODY: HTML: images with 600-800 bytes of words
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 11747 invoked from network); 19 Dec 2005 18:14:31 -0600
Received: from vm-177-50.vm-mail.com (206.82.177.50)
  by gordonworks.com with SMTP; 19 Dec 2005 18:14:30 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-50.vm-mail.com with SMTP; 19 Dec 2005 18:14:18 -0600
X-ClientHost: 1091051080970641060971091091161111091090460991111109
X-MailingID: 333372
From: Customized Gifts and Ornaments <CustomizedGifts@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333372@vm-rewards.com>
Subject: Design-it-yourself ornaments and gifts for everyone on your holiday
list
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM
Design-it-yourse.htm"
```

```
From ???@??? Mon Jan 30 15:47:12 2006
X-Persona: <RCW>
Return-Path: <mailcenter333372@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 14337 invoked from network); 19 Dec 2005 18:44:45 -0600
Received: from vm-177-70.vm-mail.com (206.82.177.70)
  by jaykaysplace.com with SMTP; 19 Dec 2005 18:44:44 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-70.vm-mail.com with SMTP; 19 Dec 2005 18:44:32 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 333372
From: Customized Gifts and Ornaments <CustomizedGifts@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333372@vm-rewards.com>
Subject: Design-it-yourself ornaments and gifts for everyone on your holiday
list
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

This offer comes to you as a valued member of Virtumundo's permissioned network.





This is an advertisement. If you w ould like to no longer receive any further email messages from this advertiser sent by Virtumundo, visit here.

To remove yourself from receiving any further messages from the Virtumundo Rew ards program, go to http://w w w .virtumundo.com/change or visit here.

Please send any questions or concerns about the Virtumundo Rew ards program to:

Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. Thank you.

The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Mon Sep 12 10:18:22 2005
X-Persona: <Indi>
Return-Path: <mailcenter329485@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sat, 10 Sep 2005 08:48:04 -0600
From: Daily Astrologist <DailyAstrologist@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Get a horoscope sent to your cell phone!
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4322F224.2E2D60A4"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4040&e=indi@jammtomm.com
  URI:http://ogy.cc/horo_spa/horo-640400.jpg
  URI:http://redirect.virtumundo.com/bt?m29485&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.3 points, 7.0 required)

 pts rule name                description
 ---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 HTML_70_80              BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                   [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 3968 invoked from network); 10 Sep 2005 08:48:04 -0600
Received: from vm-183-185.vm-mail.com (206.82.183.185)
  by jaykaysplace.com with SMTP; 10 Sep 2005 08:48:03 -0600
Received: from vm-mail.com (192.168.3.20)

```
  by vm-183-185.vm-mail.com with SMTP; 10 Sep 2005 09:48:03 -0500
X-ClientHost: 10511010010506410609710910911611110910904609911109
X-MailingID: 329485
From: Daily Astrologist <DailyAstrologist@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329485@vm-rewards.com>
Subject: Get a horoscope sent to your cell phone!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get a
horoscope .htm"
```

```
From ???@??? Mon Apr 24 08:45:23 2006
X-Persona: <Jay>
Return-Path: <mailcenter345254@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 11619 invoked from network); 23 Apr 2006 17:55:18 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by jaykaysplace.com with SMTP; 23 Apr 2006 17:55:17 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 23 Apr 2006 18:55:15 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 345254
From: Data Entry Position <DataEntryPosition@vm-mail.com>
To: jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345254@vm-rewards.com>
Subject: Data entry jobs available - easy work, great pay
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
        HTML_IMAGE_ONLY_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

**Data Entry Position - Easy Work - Great Pay\***

We Desperately Need Your Help

**\*$143.50 and up... per day**

---



 Data Entry Position 4040 East 82nd Stree, Suite C #106 Indianapolis, IN 46250

If you can not see our footer image, please visit here.

```
From ???@??? Mon Apr 24 08:44:14 2006
X-Persona: <Jon>
Return-Path: <mailcenter345254@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 14406 invoked from network); 23 Apr 2006 17:55:22 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by anthonycentral.com with SMTP; 23 Apr 2006 17:55:20 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 23 Apr 2006 18:55:17 -0500
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 345254
From: Data Entry Position <DataEntryPosition@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345254@vm-rewards.com>
Subject: *****SPAM***** Data entry jobs available - easy work, great pay
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.7 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

**Data Entry Position - Easy Work - Great Pay\***

We Desperately Need Your Help

**\*$143.50 and up... per day**

---



 Data Entry Position 4040 East 82nd Stree, Suite C #106 Indianapolis, IN 46250



If you can not see our footer image, please visit here.

```
From ???@??? Mon Apr 24 08:41:30 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter345254@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 13669 invoked from network); 23 Apr 2006 17:47:22 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by anthonycentral.com with SMTP; 23 Apr 2006 17:47:22 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 23 Apr 2006 18:47:20 -0500
X-ClientHost:
10610510906410511610010510010111111610111101001141051031041160460991111109
X-MailingID: 345254
From: Data Entry Position <DataEntryPosition@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345254@vm-rewards.com>
Subject: Data entry jobs available - easy work, great pay
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Data Entry Position - Easy Work - Great Pay***

We Desperately Need Your Help

**\*$143.50 and up... per day**

---



 Data Entry Position 4040 East 82nd Stree, Suite C #106 Indianapolis, IN 46250

If you can not see our footer image, please visit here.

From ???@??? Mon Apr 24 08:38:35 2006
X-Persona: <Celia>
Return-Path: <mailcenter345254@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 2465 invoked from network); 23 Apr 2006 15:53:24 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by clrobin.com with SMTP; 23 Apr 2006 15:53:23 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 23 Apr 2006 16:53:21 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460 99111109
X-MailingID: 345254
From: Data Entry Position <DataEntryPosition@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345254@vm-rewards.com>
Subject: *****SPAM***** Data entry jobs available - easy work, great pay
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.7 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]


**Data Entry Position - Easy Work - Great Pay***

We Desperately Need Your Help

**\*$143.50 and up... per day**

---



Data Entry Position 4040 East 82nd Stree, Suite C #106 Indianapolis, IN 46250

If you can not see our footer image, please visit here.

From ???@??? Sun Apr 23 20:29:32 2006
X-Persona: <Mila>
Return-Path: <mailcenter345254@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Sun, 23 Apr 2006 17:55:09 -0600
From: Data Entry Position <DataEntryPosition@vm-mail.com>
To: jamila <mila@jammtomm.com>
Subject: *****SPAM***** Data entry jobs available - easy work, great pay
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.1 required=7.0 tests=BAYES_99,DATE_MISSING,
       HTML_70_80,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
       HTML_IMAGE_ONLY_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_444C13DD.0BA97AD3"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Data Entry Position - Easy Work - Great Pay*
  URI:http://redirect.virtumundo.com/ct?i(3505&e=mila@jammtomm.com We
  [...]

Content analysis details:   (11.1 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 0.9991]
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 1.0 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
                [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 7520 invoked from network); 23 Apr 2006 17:55:06 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by itdidnotendright.com with SMTP; 23 Apr 2006 17:55:04 -0600
Received: from vm-mail.com (10.0.0.42)

```
  by pkc-sb02 with SMTP; 23 Apr 2006 18:54:58 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 345254
From: Data Entry Position <DataEntryPosition@vm-mail.com>
To: jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345254@vm-rewards.com>
Subject: Data entry jobs available - easy work, great pay
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Data entry
jobs .htm"
```

```
From ???@??? Mon Apr 17 17:28:51 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter343818@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 16612 invoked from network); 17 Apr 2006 14:25:56 -0600
Received: from vm-180-213.vm-mail.com (206.82.180.213)
   by jaykaysplace.com with SMTP; 17 Apr 2006 14:25:56 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-213.vm-mail.com with SMTP; 17 Apr 2006 15:25:47 -0500
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 343818
From: Data Entry Position <DataEntryPosition@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343818@vm-rewards.com>
Subject: Data entry jobs available - easy work, great pay
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
```

**Data Entry Position - Easy Work - Great Pay\***

We Desperately Need Your Help

**\*$143.50 and up... per day**

---



 Data Entry Position 4040 East 82nd Stree, Suite C #106 Indianapolis, IN 46250

If you can not see our footer image, please visit here.

```
From ???@??? Tue Apr 25 14:07:27 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter345254@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 14406 invoked from network); 23 Apr 2006 17:55:22 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by anthonycentral.com with SMTP; 23 Apr 2006 17:55:20 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 23 Apr 2006 18:55:17 -0500
X-ClientHost: 1061111100641060971211707971211151121080970991010460991111109
X-MailingID: 345254
From: Data Entry Position <DataEntryPosition@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345254@vm-rewards.com>
Subject: *****SPAM***** Data entry jobs available - easy work, great pay
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.7 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

**Data Entry Position - Easy Work - Great Pay\***

We Desperately Need Your Help

**\*$143.50 and up... per day**

---



Data Entry Position 4040 East 82nd Stree, Suite C #106 Indianapolis, IN 46250

If you can not see our footer image, please visit here.

```
From ???@??? Fri Aug 25 11:44:00 2006
X-Persona: <2nd User>
Return-Path: <mailcenter361092@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 3140 invoked from network); 24 Aug 2006 07:25:46 -0600
Received: from static-vmg-187-46.vm-mail.com (HELO vm-187-46.vm-mail.com)
(206.82.187.46)
  by jaykaysplace.com with SMTP; 24 Aug 2006 07:25:46 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-46.vm-mail.com with SMTP; 24 Aug 2006 08:25:41 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 361092
From: Data Entry Positions <DataEntryPositions@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+361092@vm-rewards.com>
Subject: Can you type?  Get paid for data entry
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=DATE_MISSING,HTML_50_60,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





 If you would like to no longer receive any further email messages from the
advertiser above sent by Virtumundo,
 visit this link

Strategic Financial Publishing, Inc. 10535 E Washington, Suite 310
Indianapolis, IN 46229

 Please send any questions or concerns about the Virtumundo Rewards program
to: Virtumundo, Inc. 8400 West
 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To
remove yourself from receiving
 further email as a subscriber of Virtumundo Rewards, go to
http://www.virtumundo.com/change or visit here. The
 products and/or services advertised in this email are the sole responsibility
of the advertiser, and questions about
 this offer should be directed to the advertiser.

 If you can not see our footer image, please visit here.



```
From ???@??? Wed Aug 09 19:26:06 2006
X-Persona: <2nd User>
Return-Path: <mailcenter358854@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 11264 invoked from network); 7 Aug 2006 07:30:59 -0600
Received: from static-vmg-185-17.vm-mail.com (HELO vm-185-17.vm-mail.com)
(206.82.185.17)
  by greatnorthwest-alpha.org with SMTP; 7 Aug 2006 07:30:53 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-17.vm-mail.com with SMTP; 07 Aug 2006 08:30:52 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 358854
From: Data Entry Positions <DataEntryPositions@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+358854@vm-rewards.com>
Subject: Can you type?  Get paid for data entry
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.3 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





Strategic Financial Publishing, Inc. 10535 E
Washington, Suite 310 Indianapolis, IN 46229

If you can not see our footer image, please visit here.



```
From ???@??? Fri Aug 04 19:34:33 2006
X-Persona: <2nd User>
Return-Path: <mailcenter357726@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 9056 invoked from network); 28 Jul 2006 19:06:48 -0600
Received: from static-vmg-187-29-vm-mail.com (HELO vm-187-29.vm-mail.com)
(206.82.187.29)
   by rcw19190020.com with SMTP; 28 Jul 2006 19:06:47 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-187-29.vm-mail.com with SMTP; 28 Jul 2006 20:06:45 -0500
X-ClientHost: 11611110910912106410609710910911611110910904609911109
X-MailingID: 357726
From: Data Entry Positions <DataEntryPositions@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+357726@vm-rewards.com>
Subject: Can you type?  Get paid for data entry
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.1 required=7.0 tests=DATE_MISSING,HTML_40_50,
       HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Strategic Financial Publishing, Inc. 10535 E Washington, Suite 310
Indianapolis, IN 46229

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Sat Sep 09 13:01:59 2006
X-Persona: <2nd User>
Return-Path: <mailcenter362826@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 26497 invoked from network); 9 Sep 2006 12:36:35 -0600
Received: from static-vmg-185-105.vm-mail.com (HELO vm-185-105.vm-mail.com)
(206.82.185.105)
  by gordonworks.com with SMTP; 9 Sep 2006 12:36:35 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-105.vm-mail.com with SMTP; 09 Sep 2006 13:36:31 -0500
X-ClientHost: 1161111091091210641060971091091161111091090460991111109
X-MailingID: 362826
From: Data Entry Positions <DataEntryPositions@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+362826@vm-rewards.com>
Subject: Can you type?  Get paid for data entry
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=DATE_MISSING,HTML_50_60,
       HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





 If you would like to no longer receive any further email messages from the
advertiser above sent by Virtumundo,
 visit this link

Strategic Financial Publishing, Inc. 10535 E Washington, Suite 310
Indianapolis, IN 46229

 Please send any questions or concerns about the Virtumundo Rewards program
to: Virtumundo, Inc. 8400 West
 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To
remove yourself from receiving
 further email as a subscriber of Virtumundo Rewards, go to
http://www.virtumundo.com/change or visit here. The
 products and/or services advertised in this email are the sole responsibility
of the advertiser, and questions about
 this offer should be directed to the advertiser.

 If you can not see our footer image, please visit here.



```
From ???@??? Fri Jan 30 17:45:23 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <362035-16016>; Fri, 30 Jan 2004 19:21:57 -0500
Received: from vm208-61.adknow-net.com ([216.21.208.61]) by
ams.ftl.affinity.com with ESMTP id <361945-16014>; Fri, 30 Jan 2004 19:21:04
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-61.adknow-net.com with SMTP; 30 Jan 2004 18:21:01 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 354020
From: Data Recovery <DoNotLoseYourData@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return354020@replies.adknow-net.com
Subject: We can help get your 'lost' data back!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan30.192104-0500_est.361945-16014+17021@ams.ftl.affinity.com>
Date:Fri, 30 Jan 2004 19:21:04 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Jan 30 15:59:27 2006
X-Persona: <RCW>
Return-Path: <mailcenter334654@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 10951 invoked from network); 10 Jan 2006 14:27:17 -0600
Received: from vm-182-142.vm-mail.com (206.82.182.142)
  by xj4x4.net with SMTP; 10 Jan 2006 14:27:16 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-142.vm-mail.com with SMTP; 10 Jan 2006 14:27:03 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460990111109
X-MailingID: 334654
From: Dates Tonight <DatesTonight@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334654@vm-rewards.com>
Subject: Find your connection with live online chats
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



Chrissy92 writes:
Hey, <Friend>

Chrissy92 writes:
I noticed you're online- want to chat?

Chrissy92 writes:
You should sign up. Takes 5 secs. Visit here.

Woman seeking Man
<>
School Teacher, 27

"I've decided to look outside my social circle for someone who can..."

Mate 1, 210 Catherine Street East, Suite 201, Montreal, Quebec, H2X1L1

If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 21 18:02:03 2006
X-Persona: <Jay>
Return-Path: <mailcenter334932@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 13441 invoked from network); 12 Jan 2006 08:24:00 -0600
Received: from vm-182-88.vm-mail.com (206.82.182.88)
  by jaycelia.com with SMTP; 12 Jan 2006 08:23:57 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-88.vm-mail.com with SMTP; 12 Jan 2006 08:23:45 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 334932
From: Dates Tonight <DatesTonight@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334932@vm-rewards.com>
Subject: Find your connection with live online chats
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_06,
        HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Chrissy92 writes:
Hey, <Jay>

Chrissy92 writes:
I noticed you're online- want to chat?

Chrissy92 writes:
You should sign up. Takes 5 secs. Visit here.

Woman seeking Man
<>
School Teacher, 27

"I've decided to look outside my social circle for someone who can..."



 **Mate 1, 210 Catherine Street East, Suite 201, Montreal, Quebec, H2X1L1**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Jan 21 18:02:03 2006
X-Persona: <Jay>
Return-Path: <mailcenter334932@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 13441 invoked from network); 12 Jan 2006 08:24:00 -0600
Received: from vm-182-88.vm-mail.com (206.82.182.88)
  by jaycelia.com with SMTP; 12 Jan 2006 08:23:57 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-88.vm-mail.com with SMTP; 12 Jan 2006 08:23:45 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 334932
From: Dates Tonight <DatesTonight@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334932@vm-rewards.com>
Subject: Find your connection with live online chats
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_06,
        HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





**Mate 1, 210 Catherine Street East, Suite 201, Montreal, Quebec, H2X1L1**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 14:21:48 2006
Return-Path: <mailcenter334932@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 4706 invoked from network); 12 Jan 2006 08:16:30 -0600
Received: from vm-177-124.vm-mail.com (206.82.177.124)
  by jaycelia.com with SMTP; 12 Jan 2006 08:16:27 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-124.vm-mail.com with SMTP; 12 Jan 2006 08:16:13 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 334932
From: Dates Tonight <DatesTonight@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334932@vm-rewards.com>
Subject: Find your connection with live online chats
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.6 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_ONLY_06,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**Chrissy92 writes:**
Hey,  <Amra>

**Chrissy92 writes:**
I noticed you're online- want to chat?

**Chrissy92 writes:**
You should sign up. Takes 5 secs. Visit here.

Woman seeking Man
<>
School Teacher, 27

"I've decided to look outside my social circle for someone who can..."



 Mate 1, 210 Catherine Street East, Suite 201, Montreal, Quebec, H2X1L1

If you can not see our footer image, please visit here.

```
From ???@??? Fri Jan 13 14:21:48 2006
Return-Path: <mailcenter334932@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 5664 invoked from network); 12 Jan 2006 08:16:32 -0600
Received: from vm-177-124.vm-mail.com (206.82.177.124)
   by jaycelia.com with SMTP; 12 Jan 2006 08:16:31 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-124.vm-mail.com with SMTP; 12 Jan 2006 08:16:13 -0600
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 334932
From: Dates Tonight <DatesTonight@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334932@vm-rewards.com>
Subject: Find your connection with live online chats
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.6 required=7.0 tests=BAYES_44,DATE_MISSING,
       HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
       HTML_IMAGE_ONLY_06,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
       autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Chrissy92 writes:
Hey, <Chuck>

Chrissy92 writes:
I noticed you're online- want to chat?

Chrissy92 writes:
You should sign up. Takes 5 secs. Visit here.

Woman seeking Man
<>
School Teacher, 27

"I've decided to look outside my social circle for someone who can..."



 Mate 1, 210 Catherine Street East, Suite 201, Montreal, Quebec, H2X1L1



If you can not see our footer image, please visit here.

```
From ???@??? Fri Jan 13 14:21:48 2006
Return-Path: <mailcenter334932@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 6724 invoked from network); 12 Jan 2006 08:16:34 -0600
Received: from vm-177-124.vm-mail.com (206.82.177.124)
   by jaycelia.com with SMTP; 12 Jan 2006 08:16:34 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-124.vm-mail.com with SMTP; 12 Jan 2006 08:16:15 -0600
X-ClientHost:
1001011190971211101010640971101161041111012109910111011611409710804609911109
X-MailingID: 334932
From: Dates Tonight <DatesTonight@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334932@vm-rewards.com>
Subject: Find your connection with live online chats
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.6 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_ONLY_06,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





 **Mate 1, 210 Catherine Street East, Suite 201, Montreal, Quebec, H2X1L1**



**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 14:21:48 2006
Return-Path: <mailcenter334932@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 8547 invoked from network); 12 Jan 2006 08:16:36 -0600
Received: from vm-177-124.vm-mail.com (206.82.177.124)
  by jaycelia.com with SMTP; 12 Jan 2006 08:16:35 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-124.vm-mail.com with SMTP; 12 Jan 2006 08:16:15 -0600
X-ClientHost:
11509711010012106409711011610411110121099101110116114097108046099111109
X-MailingID: 334932
From: Dates Tonight <DatesTonight@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334932@vm-rewards.com>
Subject: Find your connection with live online chats
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.6 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_ONLY_06,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
        autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**





  **Mate 1, 210 Catherine Street East, Suite 201, Montreal, Quebec, H2X1L1**



**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 14:21:48 2006
Return-Path: <mailcenter334932@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 10242 invoked from network); 12 Jan 2006 08:16:38 -0600
Received: from vm-177-124.vm-mail.com (206.82.177.124)
  by jaycelia.com with SMTP; 12 Jan 2006 08:16:37 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-124.vm-mail.com with SMTP; 12 Jan 2006 08:16:15 -0600
X-ClientHost: 11610606409711011610411110121099101110116114097108046099111109
X-MailingID: 334932
From: Dates Tonight <DatesTonight@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334932@vm-rewards.com>
Subject: Find your connection with live online chats
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.6 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_ONLY_06,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**Chrissy92 writes:**
Hey,  <Tj>

**Chrissy92 writes:**
I noticed you're online- want to chat?

**Chrissy92 writes:**
You should sign up. Takes 5 secs. Visit here.

Woman seeking Man
<>
School Teacher, 27

"I've decided to look outside my social circle for someone who can..."



 **Mate 1, 210 Catherine Street East, Suite 201, Montreal, Quebec, H2X1L1**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 13:53:45 2006
X-Persona: <Jay>
Return-Path: <mailcenter334932@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 13441 invoked from network); 12 Jan 2006 08:24:00 -0600
Received: from vm-182-88.vm-mail.com (206.82.182.88)
   by jaycelia.com with SMTP; 12 Jan 2006 08:23:57 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-88.vm-mail.com with SMTP; 12 Jan 2006 08:23:45 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 334932
From: Dates Tonight <DatesTonight@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334932@vm-rewards.com>
Subject: Find your connection with live online chats
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_06,
        HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





 **Mate 1, 210 Catherine Street East, Suite 201, Montreal, Quebec, H2X1L1**



**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 13:47:37 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter334932@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 30112 invoked from network); 12 Jan 2006 08:22:05 -0600
Received: from vm-182-46.vm-mail.com (206.82.182.46)
  by xj4x4.net with SMTP; 12 Jan 2006 08:22:04 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-46.vm-mail.com with SMTP; 12 Jan 2006 08:21:51 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 334932
From: Dates Tonight <DatesTonight@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334932@vm-rewards.com>
Subject: Find your connection with live online chats
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



**Chrissy92 writes:**
Hey, <Friend>

**Chrissy92 writes:**
I noticed you're online- want to chat?

**Chrissy92 writes:**
You should sign up. Takes 5 secs. Visit here.

**Woman seeking Man**
<>
School Teacher, 27

"I've decided to look outside my social circle for someone who can..."



 **Mate 1, 210 Catherine Street East, Suite 201, Montreal, Quebec, H2X1L1**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 13:46:07 2006
X-Persona: <Celia>
Return-Path: <mailcenter334932@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 29859 invoked from network); 12 Jan 2006 08:42:57 -0600
Received: from vm-180-243.vm-mail.com (206.82.180.243)
  by clrobin.com with SMTP; 12 Jan 2006 08:42:56 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-243.vm-mail.com with SMTP; 12 Jan 2006 08:42:42 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 334932
From: Dates Tonight <DatesTonight@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334932@vm-rewards.com>
Subject: Find your connection with live online chats
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_06,
        HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**Chrissy92 writes:**
Hey,  <Friend>

**Chrissy92 writes:**
I noticed you're online- want to chat?

**Chrissy92 writes:**
You should sign up. Takes 5 secs. Visit here.

Woman seeking Man
<>
School Teacher, 27

"I've decided to look outside my social circle for someone who can..."



**Mate 1, 210 Catherine Street East, Suite 201, Montreal, Quebec, H2X1L1**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 13:43:59 2006
X-Persona: <Celia>
Return-Path: <mailcenter334654@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 26916 invoked from network); 10 Jan 2006 14:12:18 -0600
Received: from vm-177-27.vm-mail.com (206.82.177.27)
  by rcw19190020.com with SMTP; 10 Jan 2006 14:12:18 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-27.vm-mail.com with SMTP; 10 Jan 2006 14:12:05 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 334654
From: Dates Tonight <DatesTonight@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334654@vm-rewards.com>
Subject: Find your connection with live online chats
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_06,
      HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**Chrissy92 writes:**
Hey,  <Friend>

**Chrissy92 writes:**
I noticed you're online- want to chat?

**Chrissy92 writes:**
You should sign up. Takes 5 secs. Visit here.

Woman seeking Man
<>
School Teacher, 27

"I've decided to look outside my social circle for someone who can..."



 **Mate 1, 210 Catherine Street East, Suite 201, Montreal, Quebec, H2X1L1**

 **If you can not see our footer image, please visit here.**

From ???@??? Fri Jan 13 13:43:56 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter334654@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 12546 invoked from network); 10 Jan 2006 14:09:43 -0600
Received: from vm-182-7.vm-mail.com (206.82.182.7)
  by clrobin.com with SMTP; 10 Jan 2006 14:09:43 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-7.vm-mail.com with SMTP; 10 Jan 2006 14:09:30 -0600
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460991111109
X-MailingID: 334654
From: Dates Tonight <DatesTonight@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334654@vm-rewards.com>
Subject: Find your connection with live online chats
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link





**Mate 1, 210 Catherine Street East, Suite 201, Montreal, Quebec, H2X1L1**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 12:18:23 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter334932@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 17165 invoked from network); 12 Jan 2006 08:24:01 -0600
Received: from vm-182-146.vm-mail.com (206.82.182.146)
  by omniinnovations.com with SMTP; 12 Jan 2006 08:23:58 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-146.vm-mail.com with SMTP; 12 Jan 2006 08:23:45 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 334932
From: Dates Tonight <DatesTonight@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334932@vm-rewards.com>
Subject: Find your connection with live online chats
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_06,
      HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**Chrissy92 writes:**
Hey,  <Friend>

**Chrissy92 writes:**
I noticed you're online- want to chat?

**Chrissy92 writes:**
You should sign up. Takes 5 secs. Visit here.

Woman seeking Man
<>
School Teacher, 27

"I've decided to look outside my social circle for someone who can..."




**Mate 1, 210 Catherine Street East, Suite 201, Montreal, Quebec, H2X1L1**


**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Jan 12 12:36:26 2006
X-Persona: <Mila>
Return-Path: <mailcenter334932@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 11234 invoked from network); 12 Jan 2006 08:23:51 -0600
Received: from vm-182-76.vm-mail.com (206.82.182.76)
  by jaykaysplace.com with SMTP; 12 Jan 2006 08:23:51 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-76.vm-mail.com with SMTP; 12 Jan 2006 08:23:39 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 334932
From: Dates Tonight <DatesTonight@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334932@vm-rewards.com>
Subject: Find your connection with live online chats
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_06,
        HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





Mate 1, 210 Catherine Street East, Suite 201, Montreal, Quebec, H2X1L1

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 10 15:44:08 2006
Return-Path: <mailcenter334654@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 31396 invoked from network); 10 Jan 2006 14:10:07 -0600
Received: from vm-181-63.vm-mail.com (206.82.181.63)
  by gnwalpha.org with SMTP; 10 Jan 2006 14:10:04 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-63.vm-mail.com with SMTP; 10 Jan 2006 14:09:50 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 334654
From: Dates Tonight <DatesTonight@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334654@vm-rewards.com>
Subject: Find your connection with live online chats
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.6 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_ONLY_06,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
        autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



Chrissy92 writes:
Hey, <Amra>

Chrissy92 writes:
I noticed you're online- want to chat?

Chrissy92 writes:
You should sign up. Takes 5 secs. Visit here.

Woman seeking Man
<>
School Teacher, 27

"I've decided to look outside my social circle for someone who can..."



 Mate 1, 210 Catherine Street East, Suite 201, Montreal, Quebec, H2X1L1



If you can not see our footer image, please visit here.

```
From ???@??? Fri Jan 06 12:17:32 2006
X-Persona: <Mila>
Return-Path: <mailcenter334254@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 11746 invoked from network); 6 Jan 2006 11:20:21 -0600
Received: from vm-181-128.vm-mail.com (206.82.181.128)
   by jammtomm.com with SMTP; 6 Jan 2006 11:20:20 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-128.vm-mail.com with SMTP; 06 Jan 2006 11:20:05 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 334254
From: Dates Tonight <DatesTonight@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334254@vm-rewards.com>
Subject: Find your connection with live online chats
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_06,
      HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**Chrissy92 writes:**
Hey, <Jamila>

**Chrissy92 writes:**
I noticed you're online- want to chat?

**Chrissy92 writes:**
You should sign up. Takes 5 secs. Visit here.

Woman seeking Man
<>
School Teacher, 27

"I've decided to look outside my social circle for someone who can..."



 Mate 1, 210 Catherine Street East, Suite 201, Montreal, Quebec, H2X1L1

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 15:59:30 2006
X-Persona: <RCW>
Return-Path: <mailcenter334932@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 14915 invoked from network); 12 Jan 2006 09:20:19 -0600
Received: from vm-182-215.vm-mail.com (206.82.182.215)
  by ehahome.com with SMTP; 12 Jan 2006 09:20:19 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-215.vm-mail.com with SMTP; 12 Jan 2006 09:20:06 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 334932
From: Dates Tonight <DatesTonight@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334932@vm-rewards.com>
Subject: Find your connection with live online chats
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



Chrissy92 writes:
Hey, <Friend>

Chrissy92 writes:
I noticed you're online- want to chat?

Chrissy92 writes:
You should sign up. Takes 5 secs. Visit here.

Woman seeking Man
<>
School Teacher, 27

"I've decided to look outside my social circle for someone who can..."

Mate 1, 210 Catherine Street East, Suite 201, Montreal, Quebec, H2X1L1

If you can not see our footer image, please visit here.

```
From ???@??? Fri Mar 24 17:55:50 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340588@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 5763 invoked from network); 23 Mar 2006 18:36:32 -0600
Received: from vm-180-6.vm-mail.com (206.82.180.6)
   by jaycelia.com with SMTP; 23 Mar 2006 18:36:32 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-6.vm-mail.com with SMTP; 23 Mar 2006 18:36:17 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 340588
From: Dating Advice <Dating Advice@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340588@vm-rewards.com>
Subject: The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=7.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_FONT_BIG,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        NO_OBLIGATION autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**

---

A Special Letter For Women Only…

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It…*"

**Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them… read more**

## Mistake #1: Betting Your Love Life On His "Potential"

## Mistake #2: Assuming You

**"Get" Men ?**

**Mistake #3: Pretending To Be Something For A Man**

**Mistake #4: Sharing How You "Feel" Too Early With Him**

**Mistake #5: Misreading The Important "Signals" That Men Send**

**Mistake #6: Relying On Your Natural Ability To Judge A Man's Character**

**Mistake #7: Expecting A Relationship To Make You Happy**

**Mistake #8: Trying To "Convince" Him To Like You Or Love You**

**Mistake #9: Not Knowing What To Do In Each Type Of Situation**

**Mistake #10: Not Getting Help**

**I Now Have A FREE Email Newsletter...**

But the really great news is... after several years, helping woman after woman, I now publish a free email newsletter that teaches Any woman how to Dramatically increase her success with men and dating.

I'd like to invite you to sign up.

It's free, there's no obligation, I'll never share you're email address with Anyone, and you can easily remove yourself with no hassles. (And no, I'll never pull Any of those tricks where I send you a bunch of unwanted junkmail when you try to remove yourself.)

Of course, it even get's better than that...

In addition to my free email newsletter, I also have an amazing downloadable eBook that you can download right now and be reading in literally MINUTES.

It's Jam Packed with dozens and dozens of specific strategies for overcoming your fears, meeting men, great ideas around first dates, cheat-proofing your relationships, and how to take things to a closer "emotional" and "physical" level smoothly and easily.

To sign up for my free newsletter AND download your copy of this online eBook, just go here:

[Free Dating Advice Newsletter And Download eBook](#)

**Oh, I Almost Forgot...**
In this day and age of "instant gratification", I realize this might just sound like another late-night info-mercial promising to make you wealthy and retired by next week.

Well, that's not the case.

I've spent a lot of time, effort, and energy studying, observing and understanding this area of life.

I wanted to design and create a book that Any woman could easily understand.

Something you could start using Immediately to meet, attract, date, and get close with a great guy.

I want to help you create an amazing relationship with the right man... without having to deal with all the wrong men, be "manipulated" or experience the pain and loss I've helped other women avoid.

I now believe that Any woman can be more successful with men and dating, and I get emails every day with success stories from women. They've taken what they've learned and found great guys and are growing meaningful relationships.

I know, I know... a book that can teach a regular girl how to be more successful in the dating world?

No way.

Well believe me, this will Dramatically increase your success, comfort and happiness when it comes to men, dating and relationships... I absolutely guarantee it 100%.

If you'd like to take your success with men and dating to the next level, and find how to create the foundation for the relationship that you've always

wanted, then go here:

[Free Dating Advice Newsletter And Download eBook](#)
And I'll talk to you again soon.

Your Friend,

Christian Carter

**P.S.** Do one of your girlfriends a favor and forward this article to them. It might be one of the best gifts you ever give them - a "new lease" on their love life!

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission.

---



 **Catch Him, Inc. 3960 Howard Hughes Pkwy, 5th Floor Las Vegas, NV 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Mar 24 17:55:50 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340588@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 7714 invoked from network); 23 Mar 2006 18:36:35 -0600
Received: from vm-180-6.vm-mail.com (206.82.180.6)
  by jaycelia.com with SMTP; 23 Mar 2006 18:36:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-6.vm-mail.com with SMTP; 23 Mar 2006 18:36:17 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 340588
From: Dating Advice <Dating Advice@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340588@vm-rewards.com>
Subject: The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=7.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_FONT_BIG,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      NO_OBLIGATION autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link

A Special Letter For Women Only...

# "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It...*"

**Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them...** read more

## Mistake #1: Betting Your Love Life On His "Potential"

## Mistake #2: Assuming You

**"Get" Men ?**

**Mistake #3: Pretending To Be Something For A Man**

**Mistake #4: Sharing How You "Feel" Too Early With Him**

**Mistake #5: Misreading The Important "Signals" That Men Send**

**Mistake #6: Relying On Your Natural Ability To Judge A Man's Character**

**Mistake #7: Expecting A Relationship To Make You Happy**

**Mistake #8: Trying To "Convince" Him To Like You Or Love You**

**Mistake #9: Not Knowing What To Do In Each Type Of Situation**

**Mistake #10: Not Getting Help**

**I Now Have A FREE Email Newsletter...**

But the really great news is... after several years, helping woman after woman, I now publish a free email newsletter that teaches Any woman how to Dramatically increase her success with men and dating.

I'd like to invite you to sign up.

It's free, there's no obligation, I'll never share you're email address with Anyone, and you can easily remove yourself with no hassles. (And no, I'll never pull Any of those tricks where I send you a bunch of unwanted junkmail when you try to remove yourself.)

Of course, it even get's better than that...

In addition to my free email newsletter, I also have an amazing downloadable eBook that you can download right now and be reading in literally MINUTES.

It's Jam Packed with dozens and dozens of specific strategies for overcoming your fears, meeting men, great ideas around first dates, cheat-proofing your relationships, and how to take things to a closer "emotional" and "physical" level smoothly and easily.

To sign up for my free newsletter AND download your copy of this online eBook, just go here:

Free Dating Advice Newsletter And Download eBook

**Oh, I Almost Forgot...**
In this day and age of "instant gratification", I realize this might just sound like another late-night info-mercial promising to make you wealthy and retired by next week.

Well, that's not the case.

I've spent a lot of time, effort, and energy studying, observing and understanding this area of life.

I wanted to design and create a book that Any woman could easily understand.

Something you could start using Immediately to meet, attract, date, and get close with a great guy.

I want to help you create an amazing relationship with the right man... without having to deal with all the wrong men, be "manipulated" or experience the pain and loss I've helped other women avoid.

I now believe that Any woman can be more successful with men and dating, and I get emails every day with success stories from women. They've taken what they've learned and found great guys and are growing meaningful relationships.

I know, I know... a book that can teach a regular girl how to be more successful in the dating world?

No way.

Well believe me, this will Dramatically increase your success, comfort and happiness when it comes to men, dating and relationships... I absolutely guarantee it 100%.

If you'd like to take your success with men and dating to the next level, and find how to create the foundation for the relationship that you've always

wanted, then go here:

[Free Dating Advice Newsletter And Download eBook](#)
And I'll talk to you again soon.


Your Friend,

Christian Carter

**P.S.** Do one of your girlfriends a favor and forward this article to them. It might be one of the best gifts you ever give them - a "new lease" on their love life!


©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission.

---



 **Catch Him, Inc. 3960 Howard Hughes Pkwy, 5th Floor Las Vegas, NV 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Mar 24 17:55:50 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340588@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 9571 invoked from network); 23 Mar 2006 18:36:36 -0600
Received: from vm-180-6.vm-mail.com (206.82.180.6)
  by jaycelia.com with SMTP; 23 Mar 2006 18:36:36 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-6.vm-mail.com with SMTP; 23 Mar 2006 18:36:17 -0600
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 340588
From: Dating Advice <Dating Advice@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340588@vm-rewards.com>
Subject: The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=7.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_FONT_BIG,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        NO_OBLIGATION autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link

A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It...*"

Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them... read more

### Mistake #1: Betting Your Love Life On His "Potential"

### Mistake #2: Assuming You

**"Get" Men ?**

**Mistake #3: Pretending To Be Something For A Man**

**Mistake #4: Sharing How You "Feel" Too Early With Him**

**Mistake #5: Misreading The Important "Signals" That Men Send**

**Mistake #6: Relying On Your Natural Ability To Judge A Man's Character**

**Mistake #7: Expecting A Relationship To Make You Happy**

**Mistake #8: Trying To "Convince" Him To Like You Or Love You**

**Mistake #9: Not Knowing What To Do In Each Type Of Situation**

**Mistake #10: Not Getting Help**

**I Now Have A FREE Email Newsletter...**

But the really great news is... after several years, helping woman after woman, I now publish a free email newsletter that teaches Any woman how to Dramatically increase her success with men and dating.

I'd like to invite you to sign up.

It's free, there's no obligation, I'll never share you're email address with Anyone, and you can easily remove yourself with no hassles. (And no, I'll never pull Any of those tricks where I send you a bunch of unwanted junkmail when you try to remove yourself.)

Of course, it even get's better than that...

In addition to my free email newsletter, I also have an amazing downloadable eBook that you can download right now and be reading in literally MINUTES.

It's Jam Packed with dozens and dozens of specific strategies for overcoming your fears, meeting men, great ideas around first dates, cheat-proofing your relationships, and how to take things to a closer "emotional" and "physical" level smoothly and easily.

To sign up for my free newsletter AND download your copy of this online eBook, just go here:

[Free Dating Advice Newsletter And Download eBook](Free Dating Advice Newsletter And Download eBook)

**Oh, I Almost Forgot...**
In this day and age of "instant gratification", I realize this might just sound like another late-night info-mercial promising to make you wealthy and retired by next week.

Well, that's not the case.

I've spent a lot of time, effort, and energy studying, observing and understanding this area of life.

I wanted to design and create a book that Any woman could easily understand.

Something you could start using Immediately to meet, attract, date, and get close with a great guy.

I want to help you create an amazing relationship with the right man... without having to deal with all the wrong men, be "manipulated" or experience the pain and loss I've helped other women avoid.

I now believe that Any woman can be more successful with men and dating, and I get emails every day with success stories from women. They've taken what they've learned and found great guys and are growing meaningful relationships.

I know, I know... a book that can teach a regular girl how to be more successful in the dating world?

No way.

Well believe me, this will Dramatically increase your success, comfort and happiness when it comes to men, dating and relationships... I absolutely guarantee it 100%.

If you'd like to take your success with men and dating to the next level, and find how to create the foundation for the relationship that you've always

wanted, then go here:


Free Dating Advice Newsletter And Download eBook
And I'll talk to you again soon.


Your Friend,

Christian Carter

**P.S.** Do one of your girlfriends a favor and forward this article to them. It might be one of the best gifts you ever give them - a "new lease" on their love life!

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission.




**Catch Him, Inc. 3960 Howard Hughes Pkwy, 5th Floor Las Vegas, NV 89109**


**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Mar 24 17:55:50 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340588@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 11552 invoked from network); 23 Mar 2006 18:36:38 -0600
Received: from vm-180-6.vm-mail.com (206.82.180.6)
  by jaycelia.com with SMTP; 23 Mar 2006 18:36:37 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-6.vm-mail.com with SMTP; 23 Mar 2006 18:36:17 -0600
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 340588
From: Dating Advice <Dating Advice@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340588@vm-rewards.com>
Subject: The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=7.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
    DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
    HTML_FONT_BIG,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
    NO_OBLIGATION autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**

---

A Special Letter For Women Only…

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It…*"

**Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them…** read more

### Mistake #1: Betting Your Love Life On His "Potential"

### Mistake #2: Assuming You "Get" Men ?

### Mistake #3: Pretending To Be Something For A Man

### Mistake #4: Sharing How You "Feel" Too Early With Him

### Mistake #5: Misreading The Important "Signals" That Men Send

### Mistake #6: Relying On Your Natural Ability To Judge A Man's Character

### Mistake #7: Expecting A Relationship To Make You Happy

### Mistake #8: Trying To "Convince" Him To Like You Or Love You

### Mistake #9: Not Knowing What To Do In Each Type Of Situation

### Mistake #10: Not Getting Help

**I Now Have A FREE Email Newsletter...**

But the really great news is... after several years, helping woman after woman, I now publish a free email newsletter that teaches Any woman how to Dramatically increase her success with men and dating.

I'd like to invite you to sign up.

It's free, there's no obligation, I'll never share you're email address with Anyone, and you can easily remove yourself with no hassles. (And no, I'll never pull Any of those tricks where I send you a bunch of unwanted junkmail when you try to remove yourself.)

Of course, it even get's better than that...

In addition to my free email newsletter, I also have

an amazing downloadable eBook that you can download right now and be reading in literally MINUTES.

It's Jam Packed with dozens and dozens of specific strategies for overcoming your fears, meeting men, great ideas around first dates, cheat-proofing your relationships, and how to take things to a closer "emotional" and "physical" level smoothly and easily.

To sign up for my free newsletter AND download your copy of this online eBook, just go here:

[Free Dating Advice Newsletter And Download eBook](#)

### Oh, I Almost Forgot...

In this day and age of "instant gratification", I realize this might just sound like another late-night info-mercial promising to make you wealthy and retired by next week.

Well, that's not the case.

I've spent a lot of time, effort, and energy studying, observing and understanding this area of life.

I wanted to design and create a book that Any woman could easily understand.

Something you could start using Immediately to meet, attract, date, and get close with a great guy.

I want to help you create an amazing relationship with the right man... without having to deal with all the wrong men, be "manipulated" or experience the pain and loss I've helped other women avoid.

I now believe that Any woman can be more successful with men and dating, and I get emails every day with success stories from women. They've taken what they've learned and found great guys and are growing meaningful relationships.

I know, I know... a book that can teach a regular girl how to be more successful in the dating world?

No way.

Well believe me, this will Dramatically increase your success, comfort and happiness when it comes to men, dating and relationships... I absolutely guarantee it 100%.

If you'd like to take your success with men and dating to the next level, and find how to create the foundation for the relationship that you've always wanted, then go here:

[Free Dating Advice Newsletter And Download eBook](#)
And I'll talk to you again soon.


Your Friend,


Christian Carter

**P.S.** Do one of your girlfriends a favor and forward this
article to them. It might be one of the best gifts you ever
give them - a "new lease" on their love life!

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission.

---




**Catch Him, Inc. 3960 Howard Hughes Pkwy, 5th Floor Las Vegas, NV 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Mar 24 17:53:23 2006
X-Persona: <Jay>
Return-Path: <mailcenter340588@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 11779 invoked from network); 23 Mar 2006 18:16:08 -0600
Received: from vm-181-172.vm-mail.com (206.82.181.172)
  by gnwalpha.org with SMTP; 23 Mar 2006 18:16:08 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-172.vm-mail.com with SMTP; 23 Mar 2006 18:15:55 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 340588
From: Dating Advice <Dating Advice@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340588@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ************
X-Spam-Status: Yes, hits=12.4 required=7.0 tests=BAYES_99,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_FONT_BIG,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      NO_OBLIGATION autolearn=no version=2.63
X-Spam-Report:
      * 1.9 DATE_MISSING Missing Date: header
      * 1.5 NO_OBLIGATION BODY: There is no obligation
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.1 HTML_MESSAGE BODY: HTML included in message
      * 0.3 HTML_FONT_BIG BODY: HTML has a big font
      * 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      * 5.4 BAYES_99 BODY: Bayesian spam probability is 99 to 100%
      *     [score: 1.0000]
      * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link

A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It...*"

### Here Are The Top Ten Reasons Why

**Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them...** read more

### Mistake #1: Betting Your Love Life On His "Potential"

### Mistake #2: Assuming You "Get" Men ?

### Mistake #3: Pretending To Be Something For A Man

### Mistake #4: Sharing How You "Feel" Too Early With Him

### Mistake #5: Misreading The Important "Signals" That Men Send

### Mistake #6: Relying On Your Natural Ability To Judge A Man's Character

### Mistake #7: Expecting A Relationship To Make You Happy

### Mistake #8: Trying To "Convince" Him To Like You Or Love You

### Mistake #9: Not Knowing What To Do In Each Type Of Situation

### Mistake #10: Not Getting Help

**I Now Have A FREE Email Newsletter...**
But the really great news is... after several years, helping woman after woman, I now publish a free email

newsletter that teaches Any woman how to Dramatically increase her success with men and dating.

I'd like to invite you to sign up.

It's free, there's no obligation, I'll never share you're email address with Anyone, and you can easily remove yourself with no hassles. (And no, I'll never pull Any of those tricks where I send you a bunch of unwanted junkmail when you try to remove yourself.)

Of course, it even get's better than that...

In addition to my free email newsletter, I also have an amazing downloadable eBook that you can download right now and be reading in literally MINUTES.

It's Jam Packed with dozens and dozens of specific strategies for overcoming your fears, meeting men, great ideas around first dates, cheat-proofing your relationships, and how to take things to a closer "emotional" and "physical" level smoothly and easily.

To sign up for my free newsletter AND download your copy of this online eBook, just go here:

Free Dating Advice Newsletter And Download eBook

**Oh, I Almost Forgot...**

In this day and age of "instant gratification", I realize this might just sound like another late-night info-mercial promising to make you wealthy and retired by next week.

Well, that's not the case.

I've spent a lot of time, effort, and energy studying, observing and understanding this area of life.

I wanted to design and create a book that Any woman could easily understand.

Something you could start using Immediately to meet, attract, date, and get close with a great guy.

I want to help you create an amazing relationship with the right man... without having to deal with all the wrong men, be "manipulated" or experience the pain and loss I've helped other women avoid.

I now believe that Any woman can be more successful with men and dating, and I get emails every day with success stories from women. They've taken what they've learned and found great guys and are growing meaningful relationships.

I know, I know... a book that can teach a regular girl how to be more successful in the dating world?

No way.

Well believe me, this will Dramatically increase your success, comfort and happiness when it comes to men, dating and relationships... I absolutely guarantee it 100%.

If you'd like to take your success with men and dating to the next level, and find how to create the foundation for the relationship that you've always wanted, then go here:

[Free Dating Advice Newsletter And Download eBook](#)
And I'll talk to you again soon.


Your Friend,

Christian Carter

**P.S.** Do one of your girlfriends a favor and forward this article to them. It might be one of the best gifts you ever give them - a "new lease" on their love life!

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission.

---




**Catch Him, Inc. 3960 Howard Hughes Pkwy, 5th Floor Las Vegas, NV 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Mar 24 17:52:31 2006
X-Persona: <Jon>
Return-Path: <mailcenter340588@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 10435 invoked from network); 23 Mar 2006 18:16:07 -0600
Received: from vm-181-100.vm-mail.com (206.82.181.100)
  by jammtomm.com with SMTP; 23 Mar 2006 18:16:07 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-100.vm-mail.com with SMTP; 23 Mar 2006 18:15:55 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 340588
From: Dating Advice <Dating Advice@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340588@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.6 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_40_50,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_FONT_BIG,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,NO_OBLIGATION,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.3 NO_OBLIGATION BODY: There is no obligation
        *  0.5 HTML_40_50 BODY: Message is 40% to 50% HTML
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONT_BIG BODY: HTML has a big font
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link

A Special Letter For Women Only...

# "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It...*"

**Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them...** read more

**Mistake #1: Betting Your Love Life On His "Potential"**

**Mistake #2: Assuming You "Get" Men ?**

**Mistake #3: Pretending To Be Something For A Man**

**Mistake #4: Sharing How You "Feel" Too Early With Him**

**Mistake #5: Misreading The Important "Signals" That Men Send**

**Mistake #6: Relying On Your Natural Ability To Judge A Man's Character**

**Mistake #7: Expecting A Relationship To Make You Happy**

**Mistake #8: Trying To "Convince" Him To Like You Or Love You**

**Mistake #9: Not Knowing What To Do In Each Type Of Situation**

**Mistake #10: Not Getting Help**

**I Now Have A FREE Email Newsletter...**

But the really great news is... after several years, helping woman after woman, I now publish a free email newsletter that teaches Any woman how to Dramatically increase her success with men and dating.

I'd like to invite you to sign up.

It's free, there's no obligation, I'll never share you're email address with Anyone, and you can easily remove yourself with no hassles. (And no, I'll never pull Any of those tricks where I send you a bunch of unwanted junkmail when you try to remove yourself.)

Of course, it even get's better than that...

In addition to my free email newsletter, I also have an amazing downloadable eBook that you can download right now and be reading in literally MINUTES.

It's Jam Packed with dozens and dozens of specific strategies for overcoming your fears, meeting men, great ideas around first dates, cheat-proofing your relationships, and how to take things to a closer "emotional" and "physical" level smoothly and easily.

To sign up for my free newsletter AND download your copy of this online eBook, just go here:

[Free Dating Advice Newsletter And Download eBook](#)

**Oh, I Almost Forgot...**
In this day and age of "instant gratification", I realize this might just sound like another late-night info-mercial promising to make you wealthy and retired by next week.

Well, that's not the case.

I've spent a lot of time, effort, and energy studying, observing and understanding this area of life.

I wanted to design and create a book that Any woman could easily understand.

Something you could start using Immediately to meet, attract, date, and get close with a great guy.

I want to help you create an amazing relationship with the right man... without having to deal with all the wrong men, be "manipulated" or experience the pain and loss I've helped other women avoid.

I now believe that Any woman can be more successful with men and dating, and I get emails every day with success stories from women. They've taken what they've learned and found great guys and are

growing meaningful relationships.

I know, I know... a book that can teach a regular girl how to be more successful in the dating world?

No way.

Well believe me, this will Dramatically increase your success, comfort and happiness when it comes to men, dating and relationships... I absolutely guarantee it 100%.

If you'd like to take your success with men and dating to the next level, and find how to create the foundation for the relationship that you've always wanted, then go here:

Free Dating Advice Newsletter And Download eBook
        And I'll talk to you again soon.


        Your Friend,

        Christian Carter

**P.S.** Do one of your girlfriends a favor and forward this article to them. It might be one of the best gifts you ever give them - a "new lease" on their love life!

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission.




**Catch Him, Inc. 3960 Howard Hughes Pkwy, 5th Floor Las Vegas, NV 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Mar 24 17:50:09 2006
X-Persona: <Celia>
Return-Path: <mailcenter340588@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 17089 invoked from network); 23 Mar 2006 19:23:53 -0600
Received: from vm-181-53.vm-mail.com (206.82.181.53)
   by jammtomm.com with SMTP; 23 Mar 2006 19:23:53 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-53.vm-mail.com with SMTP; 23 Mar 2006 19:23:40 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 340588
From: Dating Advice <Dating Advice@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340588@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.6 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_40_50,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
       HTML_FONT_BIG,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
       MIME_HTML_ONLY,NO_OBLIGATION,X_MAIL_ID_PRESENT autolearn=no
       version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  1.3 NO_OBLIGATION BODY: There is no obligation
       *  0.5 HTML_40_50 BODY: Message is 40% to 50% HTML
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 HTML_FONT_BIG BODY: HTML has a big font
       *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
       *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link

A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It...*"

**Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them…** read more

**Mistake #1: Betting Your Love Life On His "Potential"**

**Mistake #2: Assuming You "Get" Men ?**

**Mistake #3: Pretending To Be Something For A Man**

**Mistake #4: Sharing How You "Feel" Too Early With Him**

**Mistake #5: Misreading The Important "Signals" That Men Send**

**Mistake #6: Relying On Your Natural Ability To Judge A Man's Character**

**Mistake #7: Expecting A Relationship To Make You Happy**

**Mistake #8: Trying To "Convince" Him To Like You Or Love You**

**Mistake #9: Not Knowing What To Do In Each Type Of Situation**

**Mistake #10: Not Getting Help**

**I Now Have A FREE Email Newsletter…**

But the really great news is... after several years, helping woman after woman, I now publish a free email newsletter that teaches Any woman how to Dramatically increase her success with men and dating.

I'd like to invite you to sign up.

It's free, there's no obligation, I'll never share you're email address with Anyone, and you can easily remove yourself with no hassles. (And no, I'll never pull Any of those tricks where I send you a bunch of unwanted junkmail when you try to remove yourself.)

Of course, it even get's better than that...

In addition to my free email newsletter, I also have an amazing downloadable eBook that you can download right now and be reading in literally MINUTES.

It's Jam Packed with dozens and dozens of specific strategies for overcoming your fears, meeting men, great ideas around first dates, cheat-proofing your relationships, and how to take things to a closer "emotional" and "physical" level smoothly and easily.

To sign up for my free newsletter AND download your copy of this online eBook, just go here:

[Free Dating Advice Newsletter And Download eBook](#)

**Oh, I Almost Forgot...**

In this day and age of "instant gratification", I realize this might just sound like another late-night info-mercial promising to make you wealthy and retired by next week.

Well, that's not the case.

I've spent a lot of time, effort, and energy studying, observing and understanding this area of life.

I wanted to design and create a book that Any woman could easily understand.

Something you could start using Immediately to meet, attract, date, and get close with a great guy.

I want to help you create an amazing relationship with the right man... without having to deal with all the wrong men, be "manipulated" or experience the pain and loss I've helped other women avoid.

I now believe that Any woman can be more successful with men and dating, and I get emails every day with success stories from women. They've taken what they've learned and found great guys and are

growing meaningful relationships.

I know, I know... a book that can teach a regular girl how to be more successful in the dating world?

No way.

Well believe me, this will Dramatically increase your success, comfort and happiness when it comes to men, dating and relationships... I absolutely guarantee it 100%.

If you'd like to take your success with men and dating to the next level, and find how to create the foundation for the relationship that you've always wanted, then go here:

[Free Dating Advice Newsletter And Download eBook](#)
                    And I'll talk to you again soon.


              Your Friend,

              Christian Carter

**P.S.** Do one of your girlfriends a favor and forward this article to them. It might be one of the best gifts you ever give them - a "new lease" on their love life!

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission.




From ???@??? Fri Mar 24 17:50:05 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter340588@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 802 invoked from network); 23 Mar 2006 18:14:42 -0600
Received: from vm-181-154.vm-mail.com (206.82.181.154)
  by omniinnovations.com with SMTP; 23 Mar 2006 18:14:39 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-154.vm-mail.com with SMTP; 23 Mar 2006 18:14:28 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 340588
From: Dating Advice <Dating Advice@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340588@vm-rewards.com>
Subject: The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link

A Special Letter For Women Only…

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It…*"

**Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them…** read more

### Mistake #1: Betting Your Love Life On His "Potential"

### Mistake #2: Assuming You "Get" Men ?

### Mistake #3: Pretending To Be Something For A Man

## Mistake #4: Sharing How You "Feel" Too Early With Him

## Mistake #5: Misreading The Important "Signals" That Men Send

## Mistake #6: Relying On Your Natural Ability To Judge A Man's Character

## Mistake #7: Expecting A Relationship To Make You Happy

## Mistake #8: Trying To "Convince" Him To Like You Or Love You

## Mistake #9: Not Knowing What To Do In Each Type Of Situation

## Mistake #10: Not Getting Help

**I Now Have A FREE Email Newsletter...**

But the really great news is... after several years, helping woman after woman, I now publish a free email newsletter that teaches Any woman how to Dramatically increase her success with men and dating.

I'd like to invite you to sign up.

It's free, there's no obligation, I'll never share you're email address with Anyone, and you can easily remove yourself with no hassles. (And no, I'll never pull Any of those tricks where I send you a bunch of unwanted junkmail when you try to remove yourself.)

Of course, it even get's better than that...

In addition to my free email newsletter, I also have an amazing downloadable eBook that you can download right now and be reading in literally MINUTES.

It's Jam Packed with dozens and dozens of specific strategies for overcoming your fears, meeting men, great

ideas around first dates, cheat-proofing your relationships, and how to take things to a closer "emotional" and "physical" level smoothly and easily.

To sign up for my free newsletter AND download your copy of this online eBook, just go here:

Free Dating Advice Newsletter And Download eBook

**Oh, I Almost Forgot...**
In this day and age of "instant gratification", I realize this might just sound like another late-night info-mercial promising to make you wealthy and retired by next week.

Well, that's not the case.

I've spent a lot of time, effort, and energy studying, observing and understanding this area of life.

I wanted to design and create a book that Any woman could easily understand.

Something you could start using Immediately to meet, attract, date, and get close with a great guy.

I want to help you create an amazing relationship with the right man... without having to deal with all the wrong men, be "manipulated" or experience the pain and loss I've helped other women avoid.

I now believe that Any woman can be more successful with men and dating, and I get emails every day with success stories from women. They've taken what they've learned and found great guys and are growing meaningful relationships.

I know, I know... a book that can teach a regular girl how to be more successful in the dating world?

No way.

Well believe me, this will Dramatically increase your success, comfort and happiness when it comes to men, dating and relationships... I absolutely guarantee it 100%.

If you'd like to take your success with men and dating to the next level, and find how to create the foundation for the relationship that you've always wanted, then go here:

Free Dating Advice Newsletter And Download eBook
And I'll talk to you again soon.

Your Friend,

Christian Carter

**P.S.** Do one of your girlfriends a favor and forward this article to them. It might be one of the best gifts you ever give them - a "new lease" on their love life!

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission.



**Catch Him, Inc. 3960 Howard Hughes Pkwy, 5th Floor Las Vegas, NV 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Mar 24 13:31:32 2006
Return-Path: <mailcenter340588@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 26626 invoked from network); 23 Mar 2006 19:42:43 -0600
Received: from vm-181-99.vm-mail.com (206.82.181.99)
  by gnwalpha.org with SMTP; 23 Mar 2006 19:42:43 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-99.vm-mail.com with SMTP; 23 Mar 2006 19:42:31 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111 09
X-MailingID: 340588
From: Dating Advice <Dating Advice@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340588@vm-rewards.com>
Subject: The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link

---

A Special Letter For Women Only…

## "The Ten Most Dangerous Mistakes You Probably Make With Men—
## *And What To Do About It...*"

**Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them…** read more

**Mistake #1: Betting Your Love Life On His "Potential"**

**Mistake #2: Assuming You "Get" Men ?**

**Mistake #3: Pretending To Be Something For A Man**

**Mistake #4: Sharing How You**

**"Feel" Too Early With Him**

## Mistake #5: Misreading The Important "Signals" That Men Send

## Mistake #6: Relying On Your Natural Ability To Judge A Man's Character

## Mistake #7: Expecting A Relationship To Make You Happy

## Mistake #8: Trying To "Convince" Him To Like You Or Love You

## Mistake #9: Not Knowing What To Do In Each Type Of Situation

## Mistake #10: Not Getting Help

**I Now Have A FREE Email Newsletter...**

But the really great news is... after several years, helping woman after woman, I now publish a free email newsletter that teaches Any woman how to Dramatically increase her success with men and dating.

I'd like to invite you to sign up.

It's free, there's no obligation, I'll never share you're email address with Anyone, and you can easily remove yourself with no hassles. (And no, I'll never pull Any of those tricks where I send you a bunch of unwanted junkmail when you try to remove yourself.)

Of course, it even get's better than that...

In addition to my free email newsletter, I also have an amazing downloadable eBook that you can download right now and be reading in literally MINUTES.

It's Jam Packed with dozens and dozens of specific strategies for overcoming your fears, meeting men, great ideas around first dates, cheat-proofing your relationships, and how to take things to a closer "emotional" and "physical" level smoothly and easily.

To sign up for my free newsletter AND download your copy of this online eBook, just go here:

[Free Dating Advice Newsletter And Download eBook](#)

**Oh, I Almost Forgot...**

In this day and age of "instant gratification", I realize this might just sound like another late-night info-mercial promising to make you wealthy and retired by next week.

Well, that's not the case.

I've spent a lot of time, effort, and energy studying, observing and understanding this area of life.

I wanted to design and create a book that Any woman could easily understand.

Something you could start using Immediately to meet, attract, date, and get close with a great guy.

I want to help you create an amazing relationship with the right man... without having to deal with all the wrong men, be "manipulated" or experience the pain and loss I've helped other women avoid.

I now believe that Any woman can be more successful with men and dating, and I get emails every day with success stories from women. They've taken what they've learned and found great guys and are growing meaningful relationships.

I know, I know... a book that can teach a regular girl how to be more successful in the dating world?

No way.

Well believe me, this will Dramatically increase your success, comfort and happiness when it comes to men, dating and relationships... I absolutely guarantee it 100%.

If you'd like to take your success with men and dating to the next level, and find how to create the foundation for the relationship that you've always wanted, then go here:

[Free Dating Advice Newsletter And Download eBook](#)

And I'll talk to you again soon.

Your Friend,

Christian Carter

**P.S.** Do one of your girlfriends a favor and forward this article to them. It might be one of the best gifts you ever give them - a "new lease" on their love life!

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission.



**Catch Him, Inc. 3960 Howard Hughes Pkwy, 5th Floor Las Vegas, NV 89109**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Mar 23 23:50:24 2006
X-Persona: <Mila>
Return-Path: <mailcenter340588@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 23 Mar 2006 18:16:08 -0600
From: Dating Advice <Dating Advice@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ************
X-Spam-Status: Yes, hits=12.4 required=7.0 tests=BAYES_99,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_FONT_BIG,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        NO_OBLIGATION autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44233A48.7EA422A9"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(0091&e=mila@jammtomm.com
  visiting this link A Special Letter For Women Only... "The Ten Most
  Dangerous [...]

Content analysis details:   (12.4 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 1.5 NO_OBLIGATION          BODY: There is no obligation
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.3 HTML_FONT_BIG          BODY: HTML has a big font
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 6980 invoked from network); 23 Mar 2006 18:16:03 -0600
Received: from vm-181-142.vm-mail.com (206.82.181.142)
  by rcw19190020.com with SMTP; 23 Mar 2006 18:15:58 -0600
Received: from vm-mail.com (192.168.3.20)

```
   by vm-181-142.vm-mail.com with SMTP; 23 Mar 2006 18:15:46 -0600
X-ClientHost: 1091051080970641060971091091161111091090 46099111109
X-MailingID: 340588
From: Dating Advice <Dating Advice@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340588@vm-rewards.com>
Subject: The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM The 10
mistakes 7.htm"
```

```
From ???@??? Fri Mar 24 17:55:50 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340588@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 4167 invoked from network); 23 Mar 2006 18:36:31 -0600
Received: from vm-180-6.vm-mail.com (206.82.180.6)
  by jaycelia.com with SMTP; 23 Mar 2006 18:36:30 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-6.vm-mail.com with SMTP; 23 Mar 2006 18:36:17 -0600
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 340588
From: Dating Advice <Dating Advice@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340588@vm-rewards.com>
Subject: The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=7.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
       HTML_FONT_BIG,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       NO_OBLIGATION autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link

A Special Letter For Women Only…

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It…*"

**Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them… read more**

### Mistake #1: Betting Your Love Life On His "Potential"

### Mistake #2: Assuming You

### "Get" Men ?

### Mistake #3: Pretending To Be Something For A Man

### Mistake #4: Sharing How You "Feel" Too Early With Him

### Mistake #5: Misreading The Important "Signals" That Men Send

### Mistake #6: Relying On Your Natural Ability To Judge A Man's Character

### Mistake #7: Expecting A Relationship To Make You Happy

### Mistake #8: Trying To "Convince" Him To Like You Or Love You

### Mistake #9: Not Knowing What To Do In Each Type Of Situation

### Mistake #10: Not Getting Help

**I Now Have A FREE Email Newsletter...**
But the really great news is... after several years, helping woman after woman, I now publish a free email newsletter that teaches Any woman how to Dramatically increase her success with men and dating.

I'd like to invite you to sign up.

It's free, there's no obligation, I'll never share you're email address with Anyone, and you can easily remove yourself with no hassles. (And no, I'll never pull Any of those tricks where I send you a bunch of unwanted junkmail when you try to remove yourself.)

Of course, it even get's better than that...

In addition to my free email newsletter, I also have an amazing downloadable eBook that you can download right now and be reading in literally MINUTES.

It's Jam Packed with dozens and dozens of specific strategies for overcoming your fears, meeting men, great ideas around first dates, cheat-proofing your relationships, and how to take things to a closer "emotional" and "physical" level smoothly and easily.

To sign up for my free newsletter AND download your copy of this online eBook, just go here:

[Free Dating Advice Newsletter And Download eBook](#)

### Oh, I Almost Forgot...
In this day and age of "instant gratification", I realize this might just sound like another late-night info-mercial promising to make you wealthy and retired by next week.

Well, that's not the case.

I've spent a lot of time, effort, and energy studying, observing and understanding this area of life.

I wanted to design and create a book that Any woman could easily understand.

Something you could start using Immediately to meet, attract, date, and get close with a great guy.

I want to help you create an amazing relationship with the right man... without having to deal with all the wrong men, be "manipulated" or experience the pain and loss I've helped other women avoid.

I now believe that Any woman can be more successful with men and dating, and I get emails every day with success stories from women. They've taken what they've learned and found great guys and are growing meaningful relationships.

I know, I know... a book that can teach a regular girl how to be more successful in the dating world?

No way.

Well believe me, this will Dramatically increase your success, comfort and happiness when it comes to men, dating and relationships... I absolutely guarantee it 100%.

If you'd like to take your success with men and dating to the next level, and find how to create the foundation for the relationship that you've always

wanted, then go here:


Free Dating Advice Newsletter And Download eBook
And I'll talk to you again soon.


Your Friend,

Christian Carter

**P.S.** Do one of your girlfriends a favor and forward this article to them. It might be one of the best gifts you ever give them - a "new lease" on their love life!


©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission.

---





**Catch Him, Inc. 3960 Howard Hughes Pkwy, 5th Floor Las Vegas, NV 89109**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Mar 09 11:21:12 2006
X-Persona: <Jay>
Return-Path: <mailcenter339726@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 1056 invoked from network); 9 Mar 2006 09:07:20 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by celiajay.com with SMTP; 9 Mar 2006 09:07:20 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 09 Mar 2006 09:07:04 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 339726
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339726@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  1.7 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONT_BIG BODY: HTML has a big font
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]


Images not loading? View this offer by visiting this link

A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably

## Make With Men—
## *And What To Do About It...*"

**Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them... read more**

Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission



**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Mar 09 11:18:00 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter339726@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 3522 invoked from network); 9 Mar 2006 09:03:27 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by clrobin.com with SMTP; 9 Mar 2006 09:03:27 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 09 Mar 2006 09:03:15 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 339726
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339726@vm-rewards.com>
Subject: The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**

A Special Letter For Wom en Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men—
## *And What To Do About It...*"

**Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them...** read more

 Free Dating Advice Newsletter And Download eBook
©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission



**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

If you can not see our footer image, please visit here.

```
From ???@??? Thu Mar 09 11:16:25 2006
X-Persona: <Celia>
Return-Path: <mailcenter339726@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 17473 invoked from network); 9 Mar 2006 09:09:10 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by itdidnotendright.com with SMTP; 9 Mar 2006 09:09:08 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 09 Mar 2006 09:08:55 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 339726
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339726@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.9 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  1.7 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_FONT_BIG BODY: HTML has a big font
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link

A Special Letter For Women Only...

# "The Ten Most Dangerous Mistakes You Probably

## Make With Men—
### *And What To Do About It..."*

**Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them...** read more

Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission




**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Mar 09 10:38:46 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter339726@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 32227 invoked from network); 9 Mar 2006 09:07:18 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by anthonycentral.com with SMTP; 9 Mar 2006 09:07:17 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 09 Mar 2006 09:07:05 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 339726
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339726@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.9 required=7.0 tests=BLANK_LINES_70_80,
    DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
    HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
    MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
    X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
    *  1.0 DATE_MISSING Missing Date: header
    *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
    *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
    *  1.7 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
    *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
    *  0.0 HTML_MESSAGE BODY: HTML included in message
    *  0.1 HTML_FONT_BIG BODY: HTML has a big font
    *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
    *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
    *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
    *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
    *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
    *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
    *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link

A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably

## Make With Men—
## *And What To Do About It...*"

**Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them...** read more

Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission



**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Mar 09 06:56:55 2006
X-Persona: <RCW>
Return-Path: <mailcenter339726@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 16835 invoked from network); 9 Mar 2006 08:25:15 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by ehahome.com with SMTP; 9 Mar 2006 08:25:14 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 09 Mar 2006 08:25:03 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 339726
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339726@vm-rewards.com>
Subject: The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**

A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It..."*

**Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them...** read more

Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission

**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 28 17:34:22 2006
X-Persona: <Mila>
Return-Path: <mailcenter338832@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 23 Feb 2006 19:38:41 -0600
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43FE63A1.5039AC1C"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9051&e=mila@jammtomm.com
  visiting this link A Special Letter For Women Only... "The Ten Most
  Dangerous [...]

Content analysis details:   (7.7 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 1.7 HTML_IMAGE_ONLY_06     BODY: HTML: images with 400-600 bytes of words
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONT_BIG          BODY: HTML has a big font
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 19138 invoked from network); 23 Feb 2006 19:38:38 -0600
Received: from vm-181-206.vm-mail.com (206.82.181.206)

```
  by celiajay.com with SMTP; 23 Feb 2006 19:38:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-206.vm-mail.com with SMTP; 23 Feb 2006 19:38:21 -0600
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 338832
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338832@vm-rewards.com>
Subject: The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM The 10
mistakes 5.htm"
```

From ???@??? Sun Feb 26 09:19:10 2006
X-Persona: <Celia>
Return-Path: <mailcenter338832@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 8896 invoked from network); 24 Feb 2006 02:49:01 -0600
Received: from vm-181-52.vm-mail.com (206.82.181.52)
  by gnwalpha.org with SMTP; 24 Feb 2006 02:48:58 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-52.vm-mail.com with SMTP; 24 Feb 2006 02:48:36 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 338832
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338832@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  1.7 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_FONT_BIG BODY: HTML has a big font
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset

Images not loading? View this offer by visiting this link

A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It...*"

### Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them... read more

Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission





Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109

If you can not see our footer image, please visit here.

```
From ???@??? Fri Feb 24 08:33:46 2006
X-Persona: <RCW>
Return-Path: <mailcenter338832@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 8896 invoked from network); 24 Feb 2006 07:49:45 -0600
Received: from vm-181-73.vm-mail.com (206.82.181.73)
  by jaykaysplace.com with SMTP; 24 Feb 2006 07:49:42 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-73.vm-mail.com with SMTP; 24 Feb 2006 07:49:18 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 338832
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338832@vm-rewards.com>
Subject: The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**

A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It...*"

**Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them...** read more

Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission



**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Feb 23 18:00:24 2006
X-Persona: <Jay>
Return-Path: <mailcenter338832@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 21341 invoked from network); 23 Feb 2006 19:38:48 -0600
Received: from vm-181-201.vm-mail.com (206.82.181.201)
  by gordonworks.com with SMTP; 23 Feb 2006 19:38:47 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-201.vm-mail.com with SMTP; 23 Feb 2006 19:38:34 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 338832
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338832@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  1.7 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONT_BIG BODY: HTML has a big font
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link

A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men—
### *And What To Do About It...*"

**Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them...** read more

Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission



Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109

If you can not see our footer image, please visit here.

```
From ???@??? Thu Feb 23 17:57:32 2006
X-Persona: <Jon>
Return-Path: <mailcenter338832@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 21538 invoked from network); 23 Feb 2006 19:38:48 -0600
Received: from vm-181-5.vm-mail.com (206.82.181.5)
  by anthonycentral.com with SMTP; 23 Feb 2006 19:38:48 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-5.vm-mail.com with SMTP; 23 Feb 2006 19:38:36 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 338832
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338832@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_70_80,
    DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
    HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
    MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
    version=2.63
X-Spam-Report:
    * 1.0 DATE_MISSING Missing Date: header
    * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
    * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
    * 1.7 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
    * 0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
    * 0.0 HTML_MESSAGE BODY: HTML included in message
    * 0.1 HTML_FONT_BIG BODY: HTML has a big font
    * 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
    * 0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
    * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
    * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
    * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link

A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It...*"

**Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them...** read more

Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission





**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Feb 23 17:57:29 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter338832@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 25028 invoked from network); 23 Feb 2006 19:35:58 -0600
Received: from vm-181-91.vm-mail.com (206.82.181.91)
  by rcw19190020.com with SMTP; 23 Feb 2006 19:35:57 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-91.vm-mail.com with SMTP; 23 Feb 2006 19:35:44 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 338832
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338832@vm-rewards.com>
Subject: The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link

A Special Letter For Women Only…

## "The Ten Most Dangerous Mistakes You Probably Make With Men— And What To Do About It…"

### Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them… read more

 Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission



Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109

If you can not see our footer image, please visit here.

```
From ???@??? Thu Feb 16 19:51:33 2006
X-Persona: <hum>
Return-Path: <mailcenter338248@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 5600 invoked from network); 15 Feb 2006 04:15:03 -0600
Received: from vm-180-58.vm-mail.com (206.82.180.58)
  by gnwalpha.org with SMTP; 15 Feb 2006 04:15:01 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-58.vm-mail.com with SMTP; 15 Feb 2006 04:14:50 -0600
X-ClientHost: 1041171090641011040971041111091010460099111109
X-MailingID: 338248
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338248@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  1.7 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONT_BIG BODY: HTML has a big font
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link

A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It...*"

### Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them... read more

Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission



**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Feb 15 13:28:05 2006
X-Persona: <Mila>
Return-Path: <mailcenter338248@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 15 Feb 2006 04:06:44 -0600
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43F2FD34.BF224750"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8687&e=mila@jammtomm.com
  visiting this link A Special Letter For Women Only... "The Ten Most
  Dangerous [...]

Content analysis details:   (7.7 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 1.7 HTML_IMAGE_ONLY_06     BODY: HTML: images with 400-600 bytes of words
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONT_BIG          BODY: HTML has a big font
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 23300 invoked from network); 15 Feb 2006 04:06:41 -0600
Received: from vm-182-215.vm-mail.com (206.82.182.215)
```

```
  by xj4x4.net with SMTP; 15 Feb 2006 04:06:40 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-215.vm-mail.com with SMTP; 15 Feb 2006 04:06:18 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 338248
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338248@vm-rewards.com>
Subject: The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM The 10
mistakes 4.htm"
```

From ???@??? Wed Feb 15 13:19:17 2006
X-Persona: <Indi>
Return-Path: <mailcenter338248@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 15 Feb 2006 04:06:43 -0600
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ************
X-Spam-Status: Yes, hits=12.4 required=7.0 tests=BAYES_99,BLANK_LINES_70_80,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43F2FD33.0510C2CA"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8687&e=indi@jammtomm.com
  visiting this link A Special Letter For Women Only... "The Ten Most
  Dangerous [...]

Content analysis details:   (12.4 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 1.4 HTML_IMAGE_ONLY_06     BODY: HTML: images with 400-600 bytes of words
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.3 HTML_FONT_BIG          BODY: HTML has a big font
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 22144 invoked from network); 15 Feb 2006 04:06:40 -0600
Received: from vm-182-215.vm-mail.com (206.82.182.215)
  by xj4x4.net with SMTP; 15 Feb 2006 04:06:40 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-182-215.vm-mail.com with SMTP; 15 Feb 2006 04:06:18 -0600
X-ClientHost: 10511010010506410609710910911611110910904609911109
X-MailingID: 338248
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338248@vm-rewards.com>
Subject: The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM The 10
mistakes 3.htm"
```

From ???@??? Wed Feb 15 13:19:17 2006
X-Persona: <Indi>
Return-Path: <mailcenter338248@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 15 Feb 2006 04:06:43 -0600
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *************
X-Spam-Status: Yes, hits=12.4 required=7.0 tests=BAYES_99,BLANK_LINES_70_80,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43F2FD33.0510C2CA"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8687&e=indi@jammtomm.com
  visiting this link A Special Letter For Women Only... "The Ten Most
  Dangerous [...]

Content analysis details:   (12.4 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 1.4 HTML_IMAGE_ONLY_06     BODY: HTML: images with 400-600 bytes of words
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.3 HTML_FONT_BIG          BODY: HTML has a big font
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 22144 invoked from network); 15 Feb 2006 04:06:40 -0600
Received: from vm-182-215.vm-mail.com (206.82.182.215)
  by xj4x4.net with SMTP; 15 Feb 2006 04:06:40 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-182-215.vm-mail.com with SMTP; 15 Feb 2006 04:06:18 -0600
X-ClientHost: 10511010010506410609710910911611110910904609911109
X-MailingID: 338248
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338248@vm-rewards.com>
Subject: The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM The 10
mistakes 3.htm"
```

```
From ???@??? Wed Feb 15 09:37:29 2006
X-Persona: <RCW>
Return-Path: <mailcenter338248@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 9539 invoked from network); 15 Feb 2006 05:35:39 -0600
Received: from vm-182-230.vm-mail.com (206.82.182.230)
  by clrobin.com with SMTP; 15 Feb 2006 05:35:38 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-230.vm-mail.com with SMTP; 15 Feb 2006 05:35:26 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 338248
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338248@vm-rewards.com>
Subject: The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**

A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It...*"

**Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them...** read more

Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission



**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Feb 15 09:28:15 2006
X-Persona: <Jay>
Return-Path: <mailcenter338248@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 23588 invoked from network); 15 Feb 2006 04:06:41 -0600
Received: from vm-182-90.vm-mail.com (206.82.182.90)
  by jammtomm.com with SMTP; 15 Feb 2006 04:06:41 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-90.vm-mail.com with SMTP; 15 Feb 2006 04:06:25 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 338248
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338248@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_70_80,
    DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
    HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
    MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
    version=2.63
X-Spam-Report:
    *  1.0 DATE_MISSING Missing Date: header
    *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
    *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
    *  1.7 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
    *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
    *  0.0 HTML_MESSAGE BODY: HTML included in message
    *  0.1 HTML_FONT_BIG BODY: HTML has a big font
    *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
    *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
    *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
    *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
    *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link

A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It...*"

**Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them...** read more

 Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd. Copyright materials used by permission





Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109

If you can not see our footer image, please visit here.

```
From ???@??? Wed Feb 15 09:12:46 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter338248@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 4225 invoked from network); 15 Feb 2006 04:39:43 -0600
Received: from vm-180-81.vm-mail.com (206.82.180.81)
  by jaykaysplace.com with SMTP; 15 Feb 2006 04:39:42 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-81.vm-mail.com with SMTP; 15 Feb 2006 04:39:31 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 338248
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338248@vm-rewards.com>
Subject: The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**

---

A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It...*"

### Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them... read more

Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission

---



**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

If you can not see our footer image, please visit here.

```
From ???@??? Wed Feb 15 09:08:34 2006
X-Persona: <Celia>
Return-Path: <mailcenter338248@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 21187 invoked from network); 15 Feb 2006 04:50:06 -0600
Received: from vm-181-152.vm-mail.com (206.82.181.152)
  by itdidnotendright.com with SMTP; 15 Feb 2006 04:50:05 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-152.vm-mail.com with SMTP; 15 Feb 2006 04:49:53 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 338248
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338248@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  1.7 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_FONT_BIG BODY: HTML has a big font
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It..."*

**Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them... read more**

Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission



**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

**If you can not see our footer image, please visit here.**

From ???@??? Wed Feb 15 09:06:21 2006
X-Persona: <Jon>
Return-Path: <mailcenter338248@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 22245 invoked from network); 15 Feb 2006 04:06:40 -0600
Received: from vm-182-89.vm-mail.com (206.82.182.89)
   by ehahome.com with SMTP; 15 Feb 2006 04:06:40 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-89.vm-mail.com with SMTP; 15 Feb 2006 04:06:25 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 338248
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338248@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  1.7 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONT_BIG BODY: HTML has a big font
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset


Images not loading? View this offer by visiting this link

A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It...*"

### Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them... read more

Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission



**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Feb 15 09:04:03 2006
X-Persona: <Jay>
Return-Path: <mailcenter337352@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 32034 invoked from network); 6 Feb 2006 21:30:49 -0600
Received: from vm-177-33.vm-mail.com (206.82.177.33)
   by xj4x4.net with SMTP; 6 Feb 2006 21:30:49 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-33.vm-mail.com with SMTP; 06 Feb 2006 21:30:37 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 337352
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337352@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 1.7 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
      * 0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 0.1 HTML_FONT_BIG BODY: HTML has a big font
      * 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      * 0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link

A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It...*"

**Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them...** read more

Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission



**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Feb 11 11:04:00 2006
X-Persona: <Celia>
Return-Path: <mailcenter337352@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 27041 invoked from network); 6 Feb 2006 22:19:14 -0600
Received: from vm-180-69.vm-mail.com (206.82.180.69)
  by clrobin.com with SMTP; 6 Feb 2006 22:19:09 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-69.vm-mail.com with SMTP; 06 Feb 2006 22:18:56 -0600
X-ClientHost: 0991011081050970640991011081050971060097121046099111109
X-MailingID: 337352
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337352@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        * 1.0 DATE_MISSING Missing Date: header
        * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 1.7 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
        * 0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        * 0.0 HTML_MESSAGE BODY: HTML included in message
        * 0.1 HTML_FONT_BIG BODY: HTML has a big font
        * 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        * 0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
        * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link

A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It...*"

## Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them... read more

Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission



**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Feb 11 10:49:37 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter337352@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 8481 invoked from network); 6 Feb 2006 21:30:07 -0600
Received: from vm-177-84.vm-mail.com (206.82.177.84)
  by rcw19190020.com with SMTP; 6 Feb 2006 21:30:03 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-84.vm-mail.com with SMTP; 06 Feb 2006 21:29:50 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 337352
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337352@vm-rewards.com>
Subject: The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**

A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men—
## *And What To Do About It...*"

### Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them... read more

Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission



**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 11:39:00 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter337352@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 801 invoked from network); 6 Feb 2006 21:30:51 -0600
Received: from vm-177-80.vm-mail.com (206.82.177.80)
  by jaykaysplace.com with SMTP; 6 Feb 2006 21:30:51 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-80.vm-mail.com with SMTP; 06 Feb 2006 21:30:37 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 337352
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337352@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  1.7 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONT_BIG BODY: HTML has a big font
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link

A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It...*"

**Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them...** read more

Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission



**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 06 23:10:29 2006
X-Persona: <RCW>
Return-Path: <mailcenter337352@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 17088 invoked from network); 6 Feb 2006 22:12:28 -0600
Received: from vm-177-117.vm-mail.com (206.82.177.117)
  by jammtomm.com with SMTP; 6 Feb 2006 22:12:28 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-117.vm-mail.com with SMTP; 06 Feb 2006 22:12:16 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 337352
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337352@vm-rewards.com>
Subject: The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**

A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men—
### *And What To Do About It...*"

**Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them... read more**

Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission



**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 06 21:59:44 2006
X-Persona: <Mila>
Return-Path: <mailcenter337352@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 06 Feb 2006 21:30:48 -0600
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43E81468.1BF4117C"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8235&e=mila@jammtomm.com
  visiting this link A Special Letter For Women Only... "The Ten Most
  Dangerous [...]

Content analysis details:   (7.7 points, 7.0 required)

 pts rule name               description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 1.7 HTML_IMAGE_ONLY_06     BODY: HTML: images with 400-600 bytes of words
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONT_BIG          BODY: HTML has a big font
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 30369 invoked from network); 6 Feb 2006 21:30:47 -0600
Received: from vm-177-54.vm-mail.com (206.82.177.54)

```
  by gordonworks.com with SMTP; 6 Feb 2006 21:30:46 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-54.vm-mail.com with SMTP; 06 Feb 2006 21:30:33 -0600
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 337352
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337352@vm-rewards.com>
Subject: The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM The 10
mistakes 5.htm"
```

```
From ???@??? Mon Jan 30 15:59:32 2006
X-Persona: <RCW>
Return-Path: <mailcenter335012@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 7621 invoked from network); 13 Jan 2006 10:23:44 -0600
Received: from vm-182-236.vm-mail.com (206.82.182.236)
   by jaycelia.com with SMTP; 13 Jan 2006 10:23:43 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-236.vm-mail.com with SMTP; 13 Jan 2006 10:23:30 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 335012
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335012@vm-rewards.com>
Subject: The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link

A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It...*"

**Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them...** read more

Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission



**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 21 18:02:03 2006
X-Persona: <Jay>
Return-Path: <mailcenter335012@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 897 invoked from network); 13 Jan 2006 09:30:04 -0600
Received: from vm-182-151.vm-mail.com (206.82.182.151)
  by celiajay.com with SMTP; 13 Jan 2006 09:30:00 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-151.vm-mail.com with SMTP; 13 Jan 2006 09:29:48 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 335012
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335012@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  1.7 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONT_BIG BODY: HTML has a big font
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link

A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It...*"

## Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them... read more

 Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission



**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

**If you can not see our footer image, please visit here.**

From ???@??? Sat Jan 14 19:35:23 2006
X-Persona: <Mila>
Return-Path: <mailcenter335012@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Fri, 13 Jan 2006 09:29:58 -0600
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43C7C776.8B2F40F5"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7101&e=mila@jammtomm.com
  visiting this link A Special Letter For Women Only... "The Ten Most
  Dangerous [...]

Content analysis details:   (7.7 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 1.7 HTML_IMAGE_ONLY_06     BODY: HTML: images with 400-600 bytes of words
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONT_BIG          BODY: HTML has a big font
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 13349 invoked from network); 13 Jan 2006 09:29:54 -0600
Received: from vm-182-133.vm-mail.com (206.82.182.133)

```
  by clrobin.com with SMTP; 13 Jan 2006 09:29:54 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-133.vm-mail.com with SMTP; 13 Jan 2006 09:29:42 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 335012
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335012@vm-rewards.com>
Subject: The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM The 10
mistakes 3.htm"
```

```
From ???@??? Fri Jan 13 14:31:57 2006
Return-Path: <mailcenter335012@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 14117 invoked from network); 13 Jan 2006 09:24:02 -0600
Received: from vm-180-149.vm-mail.com (206.82.180.149)
  by jammtomm.com with SMTP; 13 Jan 2006 09:23:58 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-149.vm-mail.com with SMTP; 13 Jan 2006 09:23:42 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 335012
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335012@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=BAYES_56,BLANK_LINES_70_80,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 1.4 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
        * 0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        * 0.0 BAYES_56 BODY: Bayesian spam probability is 56 to 60%
        *     [score: 0.5629]
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.3 HTML_FONT_BIG BODY: HTML has a big font
        * 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

**Images not loading? View this offer by visiting this link**

A Special Letter For Women Only…

# "The Ten Most Dangerous Mistakes You Probably Make With Men—
# *And What To Do About It...*"

**Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them...** read more

 Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission



**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 14:31:57 2006
Return-Path: <mailcenter335012@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 14432 invoked from network); 13 Jan 2006 09:24:03 -0600
Received: from vm-180-149.vm-mail.com (206.82.180.149)
   by jammtomm.com with SMTP; 13 Jan 2006 09:24:02 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-149.vm-mail.com with SMTP; 13 Jan 2006 09:23:42 -0600
X-ClientHost:
0991041170991070640971101161041111012109910111011611409710804609911109
X-MailingID: 335012
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335012@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=BAYES_56,BLANK_LINES_70_80,
      DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  1.4 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  0.0 BAYES_56 BODY: Bayesian spam probability is 56 to 60%
      *      [score: 0.5629]
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.3 HTML_FONT_BIG BODY: HTML has a big font
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

**Images not loading? View this offer by visiting this link**

A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It...*"

**Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them... read more**

 Free Dating Advice Newsletter And Download eBook
©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission



**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 14:31:57 2006
Return-Path: <mailcenter335012@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 15233 invoked from network); 13 Jan 2006 09:24:05 -0600
Received: from vm-180-149.vm-mail.com (206.82.180.149)
  by jammtomm.com with SMTP; 13 Jan 2006 09:24:04 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-149.vm-mail.com with SMTP; 13 Jan 2006 09:23:42 -0600
X-ClientHost:
10010111909712110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 335012
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335012@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=BAYES_56,BLANK_LINES_70_80,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  1.4 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.0 BAYES_56 BODY: Bayesian spam probability is 56 to 60%
        *      [score: 0.5629]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.3 HTML_FONT_BIG BODY: HTML has a big font
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link

A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It...*"

**Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them...** read more

Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission



**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 14:31:57 2006
Return-Path: <mailcenter335012@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 15970 invoked from network); 13 Jan 2006 09:24:07 -0600
Received: from vm-180-149.vm-mail.com (206.82.180.149)
  by jammtomm.com with SMTP; 13 Jan 2006 09:24:06 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-149.vm-mail.com with SMTP; 13 Jan 2006 09:23:42 -0600
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 335012
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335012@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=BAYES_56,BLANK_LINES_70_80,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 1.4 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
        * 0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        * 0.0 BAYES_56 BODY: Bayesian spam probability is 56 to 60%
        *     [score: 0.5629]
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.3 HTML_FONT_BIG BODY: HTML has a big font
        * 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

**Images not loading? View this offer by visiting this link**

A Special Letter For Women Only…

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It...*"

### Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them... read more

Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission



**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 14:31:57 2006
Return-Path: <mailcenter335012@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 16833 invoked from network); 13 Jan 2006 09:24:08 -0600
Received: from vm-180-149.vm-mail.com (206.82.180.149)
  by jammtomm.com with SMTP; 13 Jan 2006 09:24:08 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-149.vm-mail.com with SMTP; 13 Jan 2006 09:23:42 -0600
X-ClientHost: 1161060640971101161041111012109910110116114097108046099111109
X-MailingID: 335012
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335012@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=BAYES_56,BLANK_LINES_70_80,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 1.4 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
        * 0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        * 0.0 BAYES_56 BODY: Bayesian spam probability is 56 to 60%
        *     [score: 0.5629]
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.3 HTML_FONT_BIG BODY: HTML has a big font
        * 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link

A Special Letter For Women Only…

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It…*"

### Here Are The Top Ten Reasons Why

## Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them... read more

 Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission

Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109

If you can not see our footer image, please visit here.

```
From ???@??? Fri Jan 13 13:49:53 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter335012@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 9056 invoked from network); 13 Jan 2006 09:28:30 -0600
Received: from vm-182-217.vm-mail.com (206.82.182.217)
   by omniinnovations.com with SMTP; 13 Jan 2006 09:28:26 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-217.vm-mail.com with SMTP; 13 Jan 2006 09:28:14 -0600
X-ClientHost:
10610510906410511610010510010111116101110100114105103104116046099111109
X-MailingID: 335012
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335012@vm-rewards.com>
Subject: The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link

A Special Letter For Wom en Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men—
## *And What To Do About It...*"

### Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them... read more

Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission



Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109

If you can not see our footer image, please visit here.

```
From ???@??? Fri Jan 13 13:47:08 2006
X-Persona: <Celia>
Return-Path: <mailcenter335012@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 24739 invoked from network); 13 Jan 2006 09:37:17 -0600
Received: from vm-177-31.vm-mail.com (206.82.177.31)
  by itdidnotendright.com with SMTP; 13 Jan 2006 09:37:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-31.vm-mail.com with SMTP; 13 Jan 2006 09:37:00 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460 99111109
X-MailingID: 335012
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335012@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  1.7 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONT_BIG BODY: HTML has a big font
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

**Images not loading? View this offer by visiting this link**

A Special Letter For Wom en Only…

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It...*"

## Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them... read more

Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission



**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 12:19:28 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter335012@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 1060 invoked from network); 13 Jan 2006 09:30:04 -0600
Received: from vm-182-193.vm-mail.com (206.82.182.193)
  by gordonworks.com with SMTP; 13 Jan 2006 09:30:01 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-193.vm-mail.com with SMTP; 13 Jan 2006 09:29:49 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911110 9
X-MailingID: 335012
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335012@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  1.7 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_FONT_BIG BODY: HTML has a big font
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link

A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It...*"

**Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them...** read more

Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission



**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Jan 10 15:43:51 2006
Return-Path: <mailcenter334650@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 16992 invoked from network); 10 Jan 2006 13:40:34 -0600
Received: from vm-182-190.vm-mail.com (206.82.182.190)
   by itdidnotendright.com with SMTP; 10 Jan 2006 13:40:31 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-190.vm-mail.com with SMTP; 10 Jan 2006 13:40:18 -0600
X-ClientHost:
100101119097121101010640971101161041111012109910111011611409710804609911109
X-MailingID: 334650
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334650@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=BAYES_56,BLANK_LINES_70_80,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 1.4 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
        * 0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        * 0.0 BAYES_56 BODY: Bayesian spam probability is 56 to 60%
        *     [score: 0.5628]
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.3 HTML_FONT_BIG BODY: HTML has a big font
        * 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

**Images not loading? View this offer by visiting this link**

A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It...*"

**Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them...** read more

Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission

---



**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Mar 10 10:29:39 2006
X-Persona: <Mila>
Return-Path: <mailcenter339726@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 09 Mar 2006 09:07:06 -0600
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *************
X-Spam-Status: Yes, hits=13.9 required=7.0 tests=BAYES_99,BLANK_LINES_70_80,
      DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4410449A.27612D44"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9611&e=mila@jammtomm.com
  visiting this link A Special Letter For Women Only... "The Ten Most
  Dangerous [...]

Content analysis details:   (13.9 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 1.4 HTML_IMAGE_ONLY_06     BODY: HTML: images with 400-600 bytes of words
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.3 HTML_FONT_BIG          BODY: HTML has a big font
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
             [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 25440 invoked from network); 9 Mar 2006 09:07:04 -0600
```

```
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by xj4x4.net with SMTP; 9 Mar 2006 09:07:01 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 09 Mar 2006 09:06:49 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 339726
From: Dating Advice <DatingAdvice@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339726@vm-rewards.com>
Subject: The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM The 10
mistakes 6.htm"
```

```
From ???@??? Sun Jan 01 19:22:56 2006
X-Persona: <Mila>
Return-Path: <mailcenter333722@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 26274 invoked from network); 28 Dec 2005 09:10:10 -0600
Received: from vm-177-77.vm-mail.com (206.82.177.77)
   by omniinnovations.com with SMTP; 28 Dec 2005 09:10:10 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-77.vm-mail.com with SMTP; 28 Dec 2005 09:09:54 -0600
X-ClientHost: 1091051080970641060971091091161111091090046099111109
X-MailingID: 333722
From: Dating Site for Black Singles <DatingSiteforBlackSingles@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333722@vm-rewards.com>
Subject: Find your match on Black Singles Connection
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63
```



**Black Singles Connection, 3210 N. Canyon Rd, Suite 200, Provo, Utah 84604**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Fri Dec 30 15:48:17 2005
Return-Path: <mailcenter333722@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 6880 invoked from network); 28 Dec 2005 09:11:36 -0600
Received: from vm-182-35.vm-mail.com (206.82.182.35)
   by ehahome.com with SMTP; 28 Dec 2005 09:11:36 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-35.vm-mail.com with SMTP; 28 Dec 2005 09:11:19 -0600
X-ClientHost:
100101119097121110101064097110116104111101210991011101161140971080460991111 09
X-MailingID: 333722
From: Dating Site for Black Singles <DatingSiteforBlackSingles@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333722@vm-rewards.com>
Subject: Find your match on Black Singles Connection
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**Black Singles Connection, 3210 N. Canyon Rd, Suite 200, Provo, Utah 84604**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Fri Dec 30 15:48:17 2005
Return-Path: <mailcenter333722@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 8133 invoked from network); 28 Dec 2005 09:11:37 -0600
Received: from vm-182-35.vm-mail.com (206.82.182.35)
  by ehahome.com with SMTP; 28 Dec 2005 09:11:36 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-35.vm-mail.com with SMTP; 28 Dec 2005 09:11:19 -0600
X-ClientHost:
11509711010012106409711011610411111012109910111011611409710804609911109
X-MailingID: 333722
From: Dating Site for Black Singles <DatingSiteforBlackSingles@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333722@vm-rewards.com>
Subject: Find your match on Black Singles Connection
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**Black Singles Connection, 3210 N. Canyon Rd, Suite 200, Provo, Utah 84604**

**If you can not see our footer image, please** visit here.

```
From ???@??? Fri Dec 30 15:48:17 2005
Return-Path: <mailcenter333722@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 9922 invoked from network); 28 Dec 2005 09:11:38 -0600
Received: from vm-182-35.vm-mail.com (206.82.182.35)
  by ehahome.com with SMTP; 28 Dec 2005 09:11:38 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-35.vm-mail.com with SMTP; 28 Dec 2005 09:11:19 -0600
X-ClientHost: 11610606409711011610411110121099101110116114097108046099111109
X-MailingID: 333722
From: Dating Site for Black Singles <DatingSiteforBlackSingles@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333722@vm-rewards.com>
Subject: Find your match on Black Singles Connection
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**Black Singles Connection, 3210 N. Canyon Rd, Suite 200, Provo, Utah 84604**

**If you can not see our footer image, please** visit here.

```
From ???@??? Fri Dec 30 15:48:16 2005
Return-Path: <mailcenter333722@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 4674 invoked from network); 28 Dec 2005 09:11:31 -0600
Received: from vm-182-35.vm-mail.com (206.82.182.35)
  by ehahome.com with SMTP; 28 Dec 2005 09:11:31 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-35.vm-mail.com with SMTP; 28 Dec 2005 09:11:19 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 333722
From: Dating Site for Black Singles <DatingSiteforBlackSingles@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333722@vm-rewards.com>
Subject: Find your match on Black Singles Connection
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**Black Singles Connection, 3210 N. Canyon Rd, Suite 200, Provo, Utah 84604**

**If you can not see our footer image, please** visit here.

```
From ???@??? Fri Dec 30 15:48:16 2005
Return-Path: <mailcenter333722@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 6018 invoked from network); 28 Dec 2005 09:11:35 -0600
Received: from vm-182-35.vm-mail.com (206.82.182.35)
  by ehahome.com with SMTP; 28 Dec 2005 09:11:35 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-35.vm-mail.com with SMTP; 28 Dec 2005 09:11:19 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 333722
From: Dating Site for Black Singles <DatingSiteforBlackSingles@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333722@vm-rewards.com>
Subject: Find your match on Black Singles Connection
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**Black Singles Connection, 3210 N. Canyon Rd, Suite 200, Provo, Utah 84604**

**If you can not see our footer image, please** visit here.

```
From ???@??? Thu Dec 29 13:20:31 2005
X-Persona: <Jon>
Return-Path: <mailcenter333722@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 25282 invoked from network); 28 Dec 2005 09:10:09 -0600
Received: from vm-177-104.vm-mail.com (206.82.177.104)
  by jaycelia.com with SMTP; 28 Dec 2005 09:10:09 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-104.vm-mail.com with SMTP; 28 Dec 2005 09:09:56 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 333722
From: Dating Site for Black Singles <DatingSiteforBlackSingles@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333722@vm-rewards.com>
Subject: Find your match on Black Singles Connection
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**Black Singles Connection, 3210 N. Canyon Rd, Suite 200, Provo, Utah 84604**

**If you can not see our footer image, please** visit here.

From ???@??? Thu Dec 29 13:14:32 2005
X-Persona: <Jay>
Return-Path: <mailcenter333722@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 25250 invoked from network); 28 Dec 2005 09:10:09 -0600
Received: from vm-177-99.vm-mail.com (206.82.177.99)
   by clrobin.com with SMTP; 28 Dec 2005 09:10:09 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-99.vm-mail.com with SMTP; 28 Dec 2005 09:09:56 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 333722
From: Dating Site for Black Singles <DatingSiteforBlackSingles@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333722@vm-rewards.com>
Subject: Find your match on Black Singles Connection
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63



**Black Singles Connection, 3210 N. Canyon Rd, Suite 200, Provo, Utah 84604**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Thu Dec 29 13:13:01 2005
X-Persona: <Celia>
Return-Path: <mailcenter333722@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 23237 invoked from network); 28 Dec 2005 09:31:04 -0600
Received: from vm-180-120.vm-mail.com (206.82.180.120)
  by gordonworks.com with SMTP; 28 Dec 2005 09:31:04 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-120.vm-mail.com with SMTP; 28 Dec 2005 09:30:51 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 333722
From: Dating Site for Black Singles <DatingSiteforBlackSingles@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333722@vm-rewards.com>
Subject: Find your match on Black Singles Connection
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**Black Singles Connection, 3210 N. Canyon Rd, Suite 200, Provo, Utah 84604**

**If you can not see our footer image, please** visit here.

```
From ???@??? Thu Dec 29 13:08:12 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333722@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 1216 invoked from network); 28 Dec 2005 09:09:40 -0600
Received: from vm-177-10.vm-mail.com (206.82.177.10)
   by jammtomm.com with SMTP; 28 Dec 2005 09:09:40 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-10.vm-mail.com with SMTP; 28 Dec 2005 09:09:27 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 333722
From: Dating Site for Black Singles <DatingSiteforBlackSingles@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333722@vm-rewards.com>
Subject: Find your match on Black Singles Connection
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

 **Black Singles Connection, 3210 N. Canyon Rd, Suite 200, Provo, Utah 84604**

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 15:51:35 2006
X-Persona: <RCW>
Return-Path: <mailcenter333722@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 20192 invoked from network); 28 Dec 2005 09:31:00 -0600
Received: from vm-177-44.vm-mail.com (206.82.177.44)
   by gnwalpha.org with SMTP; 28 Dec 2005 09:31:00 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-44.vm-mail.com with SMTP; 28 Dec 2005 09:30:46 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 333722
From: Dating Site for Black Singles <DatingSiteforBlackSingles@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333722@vm-rewards.com>
Subject: Find your match on Black Singles Connection
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Black Singles Connection, 3210 N. Canyon Rd, Suite 200, Provo, Utah 84604

If you can not see our footer image, please visit here.

From ???@??? Tue Sep 13 21:35:39 2005
X-Persona: <Indi>
Return-Path: <mailcenter329519@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 12 Sep 2005 14:34:24 -0600
From: Dating Solution <DatingSolution@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Spice up your social life
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4325E650.726F4FA6"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4059&e=indi@jammtomm.com
  URI:http://ogy.cc/tradmat/index_01.jpg
  URI:http://redirect.virtumundo.com/ct?i'4059&e=indi@jammtomm.com [...]

Content analysis details:   (8.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 23046 invoked from network); 12 Sep 2005 14:34:24 -0600
Received: from vm-183-184.vm-mail.com (206.82.183.184)
  by jaycelia.com with SMTP; 12 Sep 2005 14:34:19 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-184.vm-mail.com with SMTP; 12 Sep 2005 15:34:17 -0500

```
X-ClientHost: 1051101001050641060971091091161111091090460099111109
X-MailingID: 329519
From: Dating Solution <DatingSolution@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter  <mailcenter+329519@vm-rewards.com>
Subject: Spice up your social life
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Spice up
your so.htm"
```

```
From ???@??? Sun Jan 01 19:17:26 2006
X-Persona: <Mila>
Return-Path: <mailcenter333686@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 26 Dec 2005 19:15:35 -0600
From: Dealer Guide <DealerGuide@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Looking for a new car?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43B095B7.A61BC1D0"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
6304&e=mila@jammtomm.com
  URI:http://ogy.cc/masouds/index_01.gif
  URI:http://redirect.virtumundo.com/ct?i'6304&e=mila@jammtomm.com
  URI:http://ogy.cc/masouds/spacer.gif [...]

Content analysis details:   (7.8 points, 7.0 required)

 pts rule name                description
---- ------------------------ --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN   BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80        BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 15906 invoked from network); 26 Dec 2005 19:15:33 -0600
Received: from vm-177-46.vm-mail.com (206.82.177.46)
  by ehahome.com with SMTP; 26 Dec 2005 19:15:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-46.vm-mail.com with SMTP; 26 Dec 2005 19:15:18 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109

```
X-MailingID: 333686
From: Dealer Guide <DealerGuide@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333686@vm-rewards.com>
Subject: Looking for a new car?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Looking
for a ne1.htm"
```

```
From ???@??? Fri Dec 30 15:14:30 2005
Return-Path: <mailcenter333686@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 1668 invoked from network); 26 Dec 2005 19:17:27 -0600
Received: from vm-181-98.vm-mail.com (206.82.181.98)
  by jaycelia.com with SMTP; 26 Dec 2005 19:17:26 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-98.vm-mail.com with SMTP; 26 Dec 2005 19:17:14 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 333686
From: Dealer Guide <DealerGuide@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333686@vm-rewards.com>
Subject: Looking for a new car?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



RCQ, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 15:14:30 2005
Return-Path: <mailcenter333686@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 2209 invoked from network); 26 Dec 2005 19:17:27 -0600
Received: from vm-181-98.vm-mail.com (206.82.181.98)
  by jaycelia.com with SMTP; 26 Dec 2005 19:17:27 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-98.vm-mail.com with SMTP; 26 Dec 2005 19:17:14 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 333686
From: Dealer Guide <DealerGuide@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333686@vm-rewards.com>
Subject: Looking for a new car?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



RCQ, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 15:14:30 2005
Return-Path: <mailcenter333686@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 3264 invoked from network); 26 Dec 2005 19:17:28 -0600
Received: from vm-181-98.vm-mail.com (206.82.181.98)
  by jaycelia.com with SMTP; 26 Dec 2005 19:17:28 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-98.vm-mail.com with SMTP; 26 Dec 2005 19:17:14 -0600
X-ClientHost:
100101119097121110101064097110116104111101210991011101161140971080460991111109
X-MailingID: 333686
From: Dealer Guide <DealerGuide@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333686@vm-rewards.com>
Subject: Looking for a new car?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



RCQ, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 15:14:30 2005
Return-Path: <mailcenter333686@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 4035 invoked from network); 26 Dec 2005 19:17:30 -0600
Received: from vm-181-98.vm-mail.com (206.82.181.98)
  by jaycelia.com with SMTP; 26 Dec 2005 19:17:29 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-98.vm-mail.com with SMTP; 26 Dec 2005 19:17:14 -0600
X-ClientHost:
11509711010012106409711011610411110121099101110116114097108046099111109
X-MailingID: 333686
From: Dealer Guide <DealerGuide@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333686@vm-rewards.com>
Subject: Looking for a new car?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



RCQ, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 15:14:30 2005
Return-Path: <mailcenter333686@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 4866 invoked from network); 26 Dec 2005 19:17:31 -0600
Received: from vm-181-98.vm-mail.com (206.82.181.98)
  by jaycelia.com with SMTP; 26 Dec 2005 19:17:30 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-98.vm-mail.com with SMTP; 26 Dec 2005 19:17:14 -0600
X-ClientHost: 11610606409711011610411110121099101110116114097108046099111109
X-MailingID: 333686
From: Dealer Guide <DealerGuide@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333686@vm-rewards.com>
Subject: Looking for a new car?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



RCQ, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

From ???@??? Tue Dec 27 21:21:24 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333686@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 24420 invoked from network); 26 Dec 2005 19:12:14 -0600
Received: from vm-177-77.vm-mail.com (206.82.177.77)
  by gordonworks.com with SMTP; 26 Dec 2005 19:12:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-77.vm-mail.com with SMTP; 26 Dec 2005 19:12:01 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 333686
From: Dealer Guide <DealerGuide@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333686@vm-rewards.com>
Subject: Looking for a new car?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



RCQ, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Tue Dec 27 21:20:25 2005
X-Persona: <Celia>
Return-Path: <mailcenter333686@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 5248 invoked from network); 26 Dec 2005 22:13:49 -0600
Received: from vm-182-27.vm-mail.com (206.82.182.27)
  by jaykaysplace.com with SMTP; 26 Dec 2005 22:13:48 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-27.vm-mail.com with SMTP; 26 Dec 2005 22:13:34 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 333686
From: Dealer Guide <DealerGuide@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333686@vm-rewards.com>
Subject: *****SPAM***** Looking for a new car?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



RCQ, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Tue Dec 27 21:18:52 2005
X-Persona: <Jay>
Return-Path: <mailcenter333686@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 19649 invoked from network); 26 Dec 2005 19:15:40 -0600
Received: from vm-177-103.vm-mail.com (206.82.177.103)
  by gnwalpha.org with SMTP; 26 Dec 2005 19:15:40 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-103.vm-mail.com with SMTP; 26 Dec 2005 19:15:27 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 333686
From: Dealer Guide <DealerGuide@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333686@vm-rewards.com>
Subject: *****SPAM***** Looking for a new car?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



RCQ, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Tue Dec 27 21:18:16 2005
X-Persona: <Jon>
Return-Path: <mailcenter333686@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 19714 invoked from network); 26 Dec 2005 19:15:40 -0600
Received: from vm-177-105.vm-mail.com (206.82.177.105)
   by anthonycentral.com with SMTP; 26 Dec 2005 19:15:40 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-105.vm-mail.com with SMTP; 26 Dec 2005 19:15:27 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 333686
From: Dealer Guide <DealerGuide@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333686@vm-rewards.com>
Subject: *****SPAM***** Looking for a new car?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63
X-Spam-Report:
       * 1.0 DATE_MISSING Missing Date: header
       * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       * 0.0 HTML_MESSAGE BODY: HTML included in message
       * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



RCQ, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Fri Sep 30 12:51:13 2005
X-Persona: <hum>
Return-Path: <mailcenter330180@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 19201 invoked from network); 28 Sep 2005 20:32:05 -0600
Received: from vm-180-220.vm-mail.com (206.82.180.220)
  by itdidnotendright.com with SMTP; 28 Sep 2005 20:32:04 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-220.vm-mail.com with SMTP; 28 Sep 2005 21:32:02 -0500
X-ClientHost: 10411710906410110409710411110910104609911109
X-MailingID: 330180
From: Dealer Guide <DealerGuide@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330180@vm-rewards.com>
Subject: *****SPAM***** Looking for a new car?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```





RCQ, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

From ???@??? Thu Sep 29 16:39:55 2005
X-Persona: <Indi>
Return-Path: <mailcenter330180@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Wed, 28 Sep 2005 20:23:07 -0600
From: Dealer Guide <DealerGuide@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Looking for a new car?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433B500B.C4D6347A"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4346&e=indi@jammtomm.com
  URI:http://ogy.cc/masouds/index_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4346&e=indi@jammtomm.com
  URI:http://ogy.cc/masouds/spacer.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                  [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 4929 invoked from network); 28 Sep 2005 20:23:06 -0600
Received: from vm-183-214.vm-mail.com (206.82.183.214)
  by xj4x4.net with SMTP; 28 Sep 2005 20:23:06 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-214.vm-mail.com with SMTP; 28 Sep 2005 21:23:05 -0500

```
X-ClientHost: 10511010010506410609710910911611111091090460991111109
X-MailingID: 330180
From: Dealer Guide <DealerGuide@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330180@vm-rewards.com>
Subject: Looking for a new car?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Looking
for a ne.htm"
```

```
From ???@??? Mon Jan 30 15:51:20 2006
X-Persona: <RCW>
Return-Path: <mailcenter333686@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 26977 invoked from network); 26 Dec 2005 20:38:33 -0600
Received: from vm-177-13.vm-mail.com (206.82.177.13)
   by chiefmusician.net with SMTP; 26 Dec 2005 20:38:33 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-13.vm-mail.com with SMTP; 26 Dec 2005 20:38:18 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 333686
From: Dealer Guide <DealerGuide@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333686@vm-rewards.com>
Subject: Looking for a new car?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



RCQ, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Fri Jun 11 22:33:28 2004
Return-Path: <mailcenter308961@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 3086 invoked by uid 10003); 12 Jun 2004 03:37:22 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 3083 invoked from network); 12 Jun 2004 03:37:22 -0000
Received: from unknown (HELO vm098.vmadmin.com) (216.64.222.98)
  by ns48.webmasters.com with SMTP; 12 Jun 2004 03:37:22 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm098.vmadmin.com with SMTP; 11 Jun 2004 22:37:20 -0500
X-ClientHost:
106097109105108097064103111114100111101191111141071150460991111109
X-MailingID: 308961
From: Dealer Hub <TheCarDealerHub@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Dealer Hub <TheCarDealerHub308961@replies.virtumundo.com>
Subject: Ready for a new car?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



CAR 268 Bush St., #4329, San Francisco, CA 94104

```
From ???@??? Fri Jun 11 22:33:28 2004
Return-Path: <mailcenter308961@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 3094 invoked by uid 10003); 12 Jun 2004 03:37:22 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 3091 invoked from network); 12 Jun 2004 03:37:22 -0000
Received: from unknown (HELO vm098.vmadmin.com) (216.64.222.98)
  by ns48.webmasters.com with SMTP; 12 Jun 2004 03:37:22 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm098.vmadmin.com with SMTP; 11 Jun 2004 22:37:20 -0500
X-ClientHost: 1060971210641031111410011111011911111410711504609911109
X-MailingID: 308961
From: Dealer Hub <TheCarDealerHub@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Dealer Hub <TheCarDealerHub308961@replies.virtumundo.com>
Subject: Ready for a new car?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

CAR 268 Bush St., #4329, San Francisco, CA 94104

```
From ???@??? Fri Jun 11 22:33:28 2004
Return-Path: <mailcenter308961@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 3102 invoked by uid 10003); 12 Jun 2004 03:37:22 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 3099 invoked from network); 12 Jun 2004 03:37:22 -0000
Received: from unknown (HELO vm098.vmadmin.com) (216.64.222.98)
  by ns48.webmasters.com with SMTP; 12 Jun 2004 03:37:22 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm098.vmadmin.com with SMTP; 11 Jun 2004 22:37:20 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 308961
From: Dealer Hub <TheCarDealerHub@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Dealer Hub <TheCarDealerHub308961@replies.virtumundo.com>
Subject: Ready for a new car?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



CAR 268 Bush St., #4329, San Francisco, CA 94104

```
From ???@??? Fri Jun 11 07:48:02 2004
Return-Path: <mailcenter308943@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 18962 invoked by uid 10003); 11 Jun 2004 13:15:36 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 18959 invoked from network); 11 Jun 2004 13:15:36 -0000
Received: from unknown (HELO vm101.vmadmin.com) (216.64.222.101)
   by ns48.webmasters.com with SMTP; 11 Jun 2004 13:15:36 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm101.vmadmin.com with SMTP; 11 Jun 2004 08:15:34 -0500
X-ClientHost: 10609710910111506410311114100111110119111114107115046099111109
X-MailingID: 308943
From: Dealer Hub <TheCarDealerHub@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Dealer Hub <TheCarDealerHub308943@replies.virtumundo.com>
Subject: Ready for a new car?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



 CAR 268 Bush St., #4329, San Francisco, CA 94104

```
From ???@??? Fri Jun 11 07:48:02 2004
Return-Path: <mailcenter308943@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 18970 invoked by uid 10003); 11 Jun 2004 13:15:36 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 18967 invoked from network); 11 Jun 2004 13:15:36 -0000
Received: from unknown (HELO vm101.vmadmin.com) (216.64.222.101)
  by ns48.webmasters.com with SMTP; 11 Jun 2004 13:15:36 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm101.vmadmin.com with SMTP; 11 Jun 2004 08:15:34 -0500
X-ClientHost:
1060971091051080970641031111410011110119111141071115046099111109
X-MailingID: 308943
From: Dealer Hub <TheCarDealerHub@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Dealer Hub <TheCarDealerHub308943@replies.virtumundo.com>
Subject: Ready for a new car?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



CAR 268 Bush St., #4329, San Francisco, CA 94104

```
From ???@??? Fri Jun 11 07:48:02 2004
Return-Path: <mailcenter308943@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 18988 invoked by uid 10003); 11 Jun 2004 13:15:36 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 18985 invoked from network); 11 Jun 2004 13:15:36 -0000
Received: from unknown (HELO vm101.vmadmin.com) (216.64.222.101)
   by ns48.webmasters.com with SMTP; 11 Jun 2004 13:15:36 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm101.vmadmin.com with SMTP; 11 Jun 2004 08:15:34 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 308943
From: Dealer Hub <TheCarDealerHub@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Dealer Hub <TheCarDealerHub308943@replies.virtumundo.com>
Subject: Ready for a new car?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



CAR 268 Bush St., #4329, San Francisco, CA 94104

```
From ???@??? Fri Jun 11 07:48:02 2004
Return-Path: <mailcenter308943@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 18996 invoked by uid 10003); 11 Jun 2004 13:15:37 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 18993 invoked from network); 11 Jun 2004 13:15:37 -0000
Received: from unknown (HELO vm101.vmadmin.com) (216.64.222.101)
  by ns48.webmasters.com with SMTP; 11 Jun 2004 13:15:37 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm101.vmadmin.com with SMTP; 11 Jun 2004 08:15:34 -0500
X-ClientHost:
1061111009711610409711006410311114100111101191111141071150460991111109
X-MailingID: 308943
From: Dealer Hub <TheCarDealerHub@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Dealer Hub <TheCarDealerHub308943@replies.virtumundo.com>
Subject: Ready for a new car?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



CAR 268 Bush St., #4329, San Francisco, CA 94104

```
From ???@??? Mon May 31 15:22:18 2004
Return-Path: <mailcenter308749@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 3334 invoked by uid 10003); 31 May 2004 20:16:16 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 3329 invoked from network); 31 May 2004 20:16:14 -0000
Received: from unknown (HELO vm108.vmadmin.com) (216.64.222.108)
  by ns48.webmasters.com with SMTP; 31 May 2004 20:16:14 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm108.vmadmin.com with SMTP; 31 May 2004 15:16:12 -0500
X-ClientHost: 10609710910111506410311114100111110119111114107115046099111109
X-MailingID: 308749
From: Dealer Hub <TheCarDealerHub@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Dealer Hub <TheCarDealerHub308749@replies.virtumundo.com>
Subject: Ready for a new car?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

 CAR 268 Bush St., #4329, San Francisco, CA 94104

```
From ???@??? Mon May 31 15:22:18 2004
Return-Path: <mailcenter308749@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 3347 invoked by uid 10003); 31 May 2004 20:16:17 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 3339 invoked from network); 31 May 2004 20:16:17 -0000
Received: from unknown (HELO vm108.vmadmin.com) (216.64.222.108)
  by ns48.webmasters.com with SMTP; 31 May 2004 20:16:17 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm108.vmadmin.com with SMTP; 31 May 2004 15:16:12 -0500
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 308749
From: Dealer Hub <TheCarDealerHub@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Dealer Hub <TheCarDealerHub308749@replies.virtumundo.com>
Subject: Ready for a new car?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



CAR 268 Bush St., #4329, San Francisco, CA 94104

```
From ???@??? Mon May 31 15:22:18 2004
Return-Path: <mailcenter308749@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 3355 invoked by uid 10003); 31 May 2004 20:16:17 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 3352 invoked from network); 31 May 2004 20:16:17 -0000
Received: from unknown (HELO vm108.vmadmin.com) (216.64.222.108)
  by ns48.webmasters.com with SMTP; 31 May 2004 20:16:17 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm108.vmadmin.com with SMTP; 31 May 2004 15:16:12 -0500
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 308749
From: Dealer Hub <TheCarDealerHub@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Dealer Hub <TheCarDealerHub308749@replies.virtumundo.com>
Subject: Ready for a new car?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





CAR 268 Bush St., #4329, San Francisco, CA 94104

```
From ???@??? Mon May 31 15:22:18 2004
Return-Path: <mailcenter308749@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 3364 invoked by uid 10003); 31 May 2004 20:16:17 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 3361 invoked from network); 31 May 2004 20:16:17 -0000
Received: from unknown (HELO vm108.vmadmin.com) (216.64.222.108)
  by ns48.webmasters.com with SMTP; 31 May 2004 20:16:17 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm108.vmadmin.com with SMTP; 31 May 2004 15:16:12 -0500
X-ClientHost:
10611111009711610409711006410311111410011110119111114107115046099111109
X-MailingID: 308749
From: Dealer Hub <TheCarDealerHub@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Dealer Hub <TheCarDealerHub308749@replies.virtumundo.com>
Subject: Ready for a new car?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



CAR 268 Bush St., #4329, San Francisco, CA 94104

```
From ???@??? Sat May 22 20:01:04 2004
Return-Path: <mailcenter308620@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 7062 invoked by uid 10003); 22 May 2004 22:03:20 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 7059 invoked from network); 22 May 2004 22:03:19 -0000
Received: from unknown (HELO vm110.vmadmin.com) (216.64.222.110)
  by ns48.webmasters.com with SMTP; 22 May 2004 22:03:19 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm110.vmadmin.com with SMTP; 22 May 2004 17:03:18 -0500
X-ClientHost: 10609710910111506410311114100111110119111114107115046099111109
X-MailingID: 308620
From: Dealer Hub <TheCarDealerHub@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Dealer Hub <TheCarDealerHub308620@replies.virtumundo.com>
Subject: Ready for a new car?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

 CAR 268 Bush St., #4329, San Francisco, CA 94104

```
From ???@??? Sat May 22 20:01:04 2004
Return-Path: <mailcenter308620@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 7073 invoked by uid 10003); 22 May 2004 22:03:20 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 7070 invoked from network); 22 May 2004 22:03:20 -0000
Received: from unknown (HELO vm110.vmadmin.com) (216.64.222.110)
  by ns48.webmasters.com with SMTP; 22 May 2004 22:03:20 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm110.vmadmin.com with SMTP; 22 May 2004 17:03:19 -0500
X-ClientHost:
106097109105108097064103111114100111101191111141071150460991111109
X-MailingID: 308620
From: Dealer Hub <TheCarDealerHub@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Dealer Hub <TheCarDealerHub308620@replies.virtumundo.com>
Subject: Ready for a new car?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



CAR 268 Bush St., #4329, San Francisco, CA 94104

```
From ???@??? Sat May 22 20:01:04 2004
Return-Path: <mailcenter308620@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 7094 invoked by uid 10003); 22 May 2004 22:03:21 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 7082 invoked from network); 22 May 2004 22:03:20 -0000
Received: from unknown (HELO vm110.vmadmin.com) (216.64.222.110)
  by ns48.webmasters.com with SMTP; 22 May 2004 22:03:20 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm110.vmadmin.com with SMTP; 22 May 2004 17:03:19 -0500
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 308620
From: Dealer Hub <TheCarDealerHub@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Dealer Hub <TheCarDealerHub308620@replies.virtumundo.com>
Subject: Ready for a new car?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



CAR 268 Bush St., #4329, San Francisco, CA 94104

```
From ???@??? Sat May 22 20:01:04 2004
Return-Path: <mailcenter308620@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 7114 invoked by uid 10003); 22 May 2004 22:03:24 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 7100 invoked from network); 22 May 2004 22:03:21 -0000
Received: from unknown (HELO vm110.vmadmin.com) (216.64.222.110)
  by ns48.webmasters.com with SMTP; 22 May 2004 22:03:21 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm110.vmadmin.com with SMTP; 22 May 2004 17:03:19 -0500
X-ClientHost:
10611111009711610409711006410311111410011110119111114107115046099111109
X-MailingID: 308620
From: Dealer Hub <TheCarDealerHub@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Dealer Hub <TheCarDealerHub308620@replies.virtumundo.com>
Subject: Ready for a new car?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



CAR 268 Bush St., #4329, San Francisco, CA 94104

```
From ???@??? Tue May 18 16:26:49 2004
Return-Path: <mailcenter308530@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 10804 invoked by uid 10003); 18 May 2004 22:21:19 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 10801 invoked from network); 18 May 2004 22:21:19 -0000
Received: from unknown (HELO vm124.vmadmin.com) (216.64.222.124)
  by ns48.webmasters.com with SMTP; 18 May 2004 22:21:19 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm124.vmadmin.com with SMTP; 18 May 2004 17:32:41 -0500
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 308530
From: Dealer Hub <TheCarDealerHub@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Dealer Hub <TheCarDealerHub308530@replies.virtumundo.com>
Subject: Ready for a new car?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



CAR 268 Bush St., #4329, San Francisco, CA 94104

```
From ???@??? Fri Jun 11 22:33:28 2004
Return-Path: <mailcenter308961@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 3075 invoked by uid 10003); 12 Jun 2004 03:37:22 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 3070 invoked from network); 12 Jun 2004 03:37:22 -0000
Received: from unknown (HELO vm098.vmadmin.com) (216.64.222.98)
  by ns48.webmasters.com with SMTP; 12 Jun 2004 03:37:22 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm098.vmadmin.com with SMTP; 11 Jun 2004 22:37:20 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 308961
From: Dealer Hub <TheCarDealerHub@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Dealer Hub <TheCarDealerHub308961@replies.virtumundo.com>
Subject: Ready for a new car?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



CAR 268 Bush St., #4329, San Francisco, CA 94104

From ???@??? Sat Feb 25 11:31:40 2006
X-Persona: <RCW>
Return-Path: <mailcenter338962@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 13569 invoked from network); 25 Feb 2006 13:02:22 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by clrobin.com with SMTP; 25 Feb 2006 13:02:21 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 25 Feb 2006 11:56:13 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 338962
From: Dealer Network <DealerNetwork@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338962@vm-rewards.com>
Subject: New 2007 models have arrived
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



```
From ???@??? Tue Oct 11 18:14:43 2005
X-Persona: <Indi>
Return-Path: <mailcenter330317@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
     with SpamAssassin (2.63 2004-01-11);
     Mon, 03 Oct 2005 17:13:52 -0600
From: Dealer Network <DealerNetwork@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** New 2006 models have arrived
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=DATE_MISSING,
     HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
     HTML_TAG_BALANCE_TABLE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
     RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4341BB30.B1BEFCD4"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4427&e=indi@jammtomm.com
  URI:http://ogy.cc/jaloppy/test_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4427&e=indi@jammtomm.com
  URI:http://ogy.cc/jaloppy/test_02.gif [...]

Content analysis details:   (7.7 points, 7.0 required)

 pts rule name                description
 ---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING               Missing Date: header
 2.8 X_MAIL_ID_PRESENT          Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE               BODY: HTML included in message
 0.2 HTML_TAG_BALANCE_TABLE BODY: HTML is missing "table" close tags
 0.1 MIME_HTML_ONLY             BODY: Message only has text/html MIME parts
 1.5 HTML_IMAGE_ONLY_04         BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET       RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL                RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 19490 invoked from network); 3 Oct 2005 17:13:51 -0600
Received: from vm-183-159.vm-mail.com (206.82.183.159)
  by jaykaysplace.com with SMTP; 3 Oct 2005 17:13:51 -0600
Received: from vm-mail.com (192.168.3.20)

```
  by vm-183-159.vm-mail.com with SMTP; 03 Oct 2005 18:13:43 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330317
From: Dealer Network <DealerNetwork@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330317@vm-rewards.com>
Subject: New 2006 models have arrived
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM New 2006
models 2.htm"
```

```
From ???@??? Sun Oct 09 18:30:06 2005
X-Persona: <Indi>
Return-Path: <mailcenter330317@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 03 Oct 2005 17:13:52 -0600
From: Dealer Network <DealerNetwork@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** New 2006 models have arrived
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      HTML_TAG_BALANCE_TABLE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4341BB30.B1BEFCD4"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4427&e=indi@jammtomm.com
  URI:http://ogy.cc/jaloppy/test_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4427&e=indi@jammtomm.com
  URI:http://ogy.cc/jaloppy/test_02.gif [...]

Content analysis details:   (7.7 points, 7.0 required)

 pts rule name                  description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING               Missing Date: header
 2.8 X_MAIL_ID_PRESENT          Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN     BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE               BODY: HTML included in message
 0.2 HTML_TAG_BALANCE_TABLE     BODY: HTML is missing "table" close tags
 0.1 MIME_HTML_ONLY             BODY: Message only has text/html MIME parts
 1.5 HTML_IMAGE_ONLY_04         BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET       RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL                RBL: Received via a relay in Spamhaus Block List
                     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 19490 invoked from network); 3 Oct 2005 17:13:51 -0600
Received: from vm-183-159.vm-mail.com (206.82.183.159)
  by jaykaysplace.com with SMTP; 3 Oct 2005 17:13:51 -0600
Received: from vm-mail.com (192.168.3.20)

```
  by vm-183-159.vm-mail.com with SMTP; 03 Oct 2005 18:13:43 -0500
X-ClientHost: 1051101001050641060971091091161111091090460991111109
X-MailingID: 330317
From: Dealer Network <DealerNetwork@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330317@vm-rewards.com>
Subject: New 2006 models have arrived
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM New 2006
models 1.htm"
```

```
From ???@??? Sun Oct 09 18:30:06 2005
X-Persona: <Indi>
Return-Path: <mailcenter330317@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 03 Oct 2005 17:13:52 -0600
From: Dealer Network <DealerNetwork@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** New 2006 models have arrived
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        HTML_TAG_BALANCE_TABLE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4341BB30.B1BEFCD4"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4427&e=indi@jammtomm.com
  URI:http://ogy.cc/jaloppy/test_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4427&e=indi@jammtomm.com
  URI:http://ogy.cc/jaloppy/test_02.gif [...]

Content analysis details:   (7.7 points, 7.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN   BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 0.2 HTML_TAG_BALANCE_TABLE   BODY: HTML is missing "table" close tags
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 1.5 HTML_IMAGE_ONLY_04       BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL              RBL: Received via a relay in Spamhaus Block List
                     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 19490 invoked from network); 3 Oct 2005 17:13:51 -0600
Received: from vm-183-159.vm-mail.com (206.82.183.159)
  by jaykaysplace.com with SMTP; 3 Oct 2005 17:13:51 -0600
Received: from vm-mail.com (192.168.3.20)

```
  by vm-183-159.vm-mail.com with SMTP; 03 Oct 2005 18:13:43 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330317
From: Dealer Network <DealerNetwork@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330317@vm-rewards.com>
Subject: New 2006 models have arrived
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM New 2006
models 1.htm"
```

From ???@??? Tue Sep 20 16:42:07 2005
X-Persona: <Indi>
Return-Path: <mailcenter329794@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 19 Sep 2005 08:17:41 -0600
From: Dealer Network <DealerNetwork@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** New 2006 models have arrived
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        HTML_TAG_BALANCE_TABLE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_432EC885.91E26DFE"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4196&e=indi@jammtomm.com
  URI:http://ogy.cc/jaloppy/test_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4196&e=indi@jammtomm.com
  URI:http://ogy.cc/jaloppy/test_02.gif [...]

Content analysis details:   (7.7 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.2 HTML_TAG_BALANCE_TABLE BODY: HTML is missing "table" close tags
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.5 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 22472 invoked from network); 19 Sep 2005 08:17:39 -0600
Received: from vm-177-47.vm-mail.com (206.82.177.47)
  by greatnorthwest-alpha.org with SMTP; 19 Sep 2005 08:17:39 -0600
Received: from vm-mail.com (192.168.3.20)

```
    by vm-177-47.vm-mail.com with SMTP; 19 Sep 2005 14:17:32 +0000
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 329794
From: Dealer Network <DealerNetwork@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329794@vm-rewards.com>
Subject: New 2006 models have arrived
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM New 2006
models .htm"
```

```
From ???@??? Thu Jul 07 22:22:36 2005
X-Persona: <Katie>
Return-Path: <mailcenter326935@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 07 Jul 2005 06:53:02 -0600
From: Dealer Network <DealerNetwork@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** New 2005 models have arrived
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=3.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42CD25AE.6DE5814B"
```

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2889&e=katie@ehahome.com
  URI:http://v1.cc/jaloppy/test_01.gif
  URI:http://redirect.virtumundo.com/ct?i'2889&e=katie@ehahome.com
  URI:http://v1.cc/jaloppy/test_02.gif [...]

Content analysis details:   (7.5 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.5 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 7846 invoked from network); 7 Jul 2005 06:53:02 -0600
Received: from vm-182-226.vm-mail.com (206.82.182.226)
  by xj4x4.net with SMTP; 7 Jul 2005 06:53:01 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-226.vm-mail.com with SMTP; 07 Jul 2005 07:52:19 -0500

```
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 326935
From: Dealer Network <DealerNetwork@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326935@vm-rewards.com>
Subject: New 2005 models have arrived
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM New 2005 models
.htm"
```

```
From ???@??? Thu Jul 07 22:22:36 2005
X-Persona: <Katie>
Return-Path: <mailcenter326935@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
       with SpamAssassin (2.63 2004-01-11);
       Thu, 07 Jul 2005 06:53:02 -0600
From: Dealer Network <DealerNetwork@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** New 2005 models have arrived
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=3.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42CD25AE.6DE5814B"
```

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2889&e=katie@ehahome.com
  URI:http://v1.cc/jaloppy/test_01.gif
  URI:http://redirect.virtumundo.com/ct?i'2889&e=katie@ehahome.com
  URI:http://v1.cc/jaloppy/test_02.gif [...]

Content analysis details:   (7.5 points, 3.0 required)

 pts rule name               description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 1.5 HTML_IMAGE_ONLY_04      BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 7846 invoked from network); 7 Jul 2005 06:53:02 -0600
Received: from vm-182-226.vm-mail.com (206.82.182.226)
  by xj4x4.net with SMTP; 7 Jul 2005 06:53:01 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-226.vm-mail.com with SMTP; 07 Jul 2005 07:52:19 -0500
```

```
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 326935
From: Dealer Network <DealerNetwork@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326935@vm-rewards.com>
Subject: New 2005 models have arrived
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM New 2005 models
.htm"
```

From ???@??? Sun May 14 08:57:41 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter348482@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 17024 invoked from network); 13 May 2006 02:25:43 -0600
Received: from vm-186-31.vm-mail.com (206.82.186.31)
  by anthonycentral.com with SMTP; 13 May 2006 02:25:39 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-31.vm-mail.com with SMTP; 13 May 2006 03:25:36 -0500
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460991111109
X-MailingID: 348482
From: Debt Calculation Plan <DebtCalcluationPlan@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348482@vm-rewards.com>
Subject: Get out of debt secrets revealed
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


**Images not loading? View this offer by visiting this link**

HOME > LOCAL

The Best-Kept Secret about Debt
by Annette Sanchez, D.S.W. | November 7, 2005

You hear a lot of companies offering to help you out of debt, but how do you know which of them to work with? And how do you know when it's actually time for help?

In truth, they all can help get you out of debt. The real question is which of them can get you out of debt faster, while saving you the most money. They won't always tell you that, but you can find out.

See your personalized debt assessment.

You have a right to use the same "secret" formulas they use to figure out how to manage your money. And you have a right to know that those "secret" formulas are as easy as the click of a button.

At DebtSolutionWizard.com, you can enter the same information they do online. You probably know most or all of the names and numbers already. The difference is that this time you get to see what the computer says - with your own eyes.

Yes, the DebtSolutionWizard.com tool will suggest service providers. And, yes, revenue from those providers

helps bring you the tool. But
the goal is simply to help you find
the right solution for you.
Debt can get the best of us, but it
doesn't have to. <u>Learn more</u>
about your options.



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**DebtSolutionWizard.com 100 Springdale Road, A3 #253 Cherry Hill, NJ 08003**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to <u>http://www.virtumundo.com/change</u> or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

From ???@??? Wed May 03 21:06:37 2006
X-Persona: <Mila>
Return-Path: <mailcenter346400@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 17152 invoked from network); 29 Apr 2006 13:51:19 -0600
Received: from vm-186-152.vm-mail.com (206.82.186.152)
  by jaycelia.com with SMTP; 29 Apr 2006 13:51:16 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-152.vm-mail.com with SMTP; 29 Apr 2006 14:50:05 -0500
X-ClientHost: 1091051080970641060971091091161111091090460991111109
X-MailingID: 346400
From: Debt Calculation Plan <DebtCalcuationPlan@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346400@vm-rewards.com>
Subject: Get out of debt secrets revealed
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63


Images not loading? View this offer by visiting this link

HOME > LOCAL
The Best-Kept Secret about Debt
by Annette Sanchez, D.S.W. | November 7, 2005
You hear a lot of companies offering to help you out of debt, but how do you know which of them to work with? And how do you know when it's actually time for help?
In truth, they all can help get you out of debt. The real question is which of them can get you out of debt faster, while saving you the most money. They won't always tell you that, but you can find out.
See your personalized debt assessment.
You have a right to use the same "secret" formulas they use to figure out how to manage your money. And you have a right to know that those "secret" formulas are as easy as the click of a button.
At DebtSolutionWizard.com, you can enter the same information they do online. You probably know most or all of the names and numbers already. The difference is that this time you get to see what the computer says - with your own

eyes.
Yes, the DebtSolutionWizard.com tool
will suggest service providers.
And, yes, revenue from those providers
helps bring you the tool. But
the goal is simply to help you find
the right solution for you.
Debt can get the best of us, but it
doesn't have to. [Learn more]
about your options.



This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

DebtSolutionWizard.com 100 Springdale Road, A3 #253 Cherry Hill, NJ 08003

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

From ???@??? Tue May 02 20:38:07 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter346400@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 20193 invoked from network); 29 Apr 2006 13:50:20 -0600
Received: from vm-186-248.vm-mail.com (206.82.186.248)
   by jaykaysplace.com with SMTP; 29 Apr 2006 13:50:20 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-248.vm-mail.com with SMTP; 29 Apr 2006 14:50:16 -0500
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 346400
From: Debt Calculation Plan <DebtCalcluationPlan@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346400@vm-rewards.com>
Subject: Get out of debt secrets revealed
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.1 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63


Images not loading? View this offer by visiting this link

HOME > LOCAL
The Best-Kept Secret about Debt
by Annette Sanchez, D.S.W. | November
7, 2005
You hear a lot of companies offering
to help you out of debt,
but how do you know which of them to
work with? And how do
you know when it's actually time for
help?
In truth, they all can help get you
out of debt. The real question is
which of them can get you out of debt
faster, while saving you the
most money. They won't always tell you
that, but you can find out.
See your personalized debt assessment.
You have a right to use the same
"secret" formulas they use to figure
out how to manage your money. And you
have a right to know that
those "secret" formulas are as easy as
the click of a button.
At DebtSolutionWizard.com, you can
enter the same information
they do online. You probably know most
or all of the names and
numbers already. The difference is
that this time you get to see what

the computer says - with your own
eyes.
Yes, the DebtSolutionWizard.com tool
will suggest service providers.
And, yes, revenue from those providers
helps bring you the tool. But
the goal is simply to help you find
the right solution for you.
Debt can get the best of us, but it
doesn't have to. Learn more
about your options.



This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

DebtSolutionWizard.com 100 Springdale Road, A3 #253 Cherry Hill, NJ 08003

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

From ???@??? Sun Apr 30 14:04:56 2006
X-Persona: <Jon>
Return-Path: <mailcenter346400@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 20193 invoked from network); 29 Apr 2006 13:50:20 -0600
Received: from vm-186-248.vm-mail.com (206.82.186.248)
  by jaykaysplace.com with SMTP; 29 Apr 2006 13:50:20 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-248.vm-mail.com with SMTP; 29 Apr 2006 14:50:16 -0500
X-ClientHost: 10611111006410609712110709712111511210809709910104609111109
X-MailingID: 346400
From: Debt Calculation Plan <DebtCalcluationPlan@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346400@vm-rewards.com>
Subject: Get out of debt secrets revealed
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.1 required=7.0 tests=DATE_MISSING,HTML_50_60,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63


Images not loading? View this offer by visiting this link

HOME > LOCAL
The Best-Kept Secret about Debt
by Annette Sanchez, D.S.W. | November 7, 2005
You hear a lot of companies offering to help you out of debt, but how do you know which of them to work with? And how do you know when it's actually time for help?
In truth, they all can help get you out of debt. The real question is which of them can get you out of debt faster, while saving you the most money. They won't always tell you that, but you can find out.
See your personalized debt assessment.
You have a right to use the same "secret" formulas they use to figure out how to manage your money. And you have a right to know that those "secret" formulas are as easy as the click of a button.
At DebtSolutionWizard.com, you can enter the same information they do online. You probably know most or all of the names and numbers already. The difference is that this time you get to see what

the computer says - with your own
eyes.
Yes, the DebtSolutionWizard.com tool
will suggest service providers.
And, yes, revenue from those providers
helps bring you the tool. But
the goal is simply to help you find
the right solution for you.
Debt can get the best of us, but it
doesn't have to. Learn more
about your options.



**This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:**

**DebtSolutionWizard.com 100 Springdale Road, A3 #253 Cherry Hill, NJ 08003**

**Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 30 14:02:20 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter346400@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 24224 invoked from network); 29 Apr 2006 13:48:23 -0600
Received: from vm-186-135.vm-mail.com (206.82.186.135)
  by gordonworks.com with SMTP; 29 Apr 2006 13:48:18 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-135.vm-mail.com with SMTP; 29 Apr 2006 14:48:13 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 346400
From: Debt Calculation Plan <DebtCalcluationPlan@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346400@vm-rewards.com>
Subject: Get out of debt secrets revealed
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**

HOME > LOCAL

The Best-Kept Secret about Debt
by Annette Sanchez, D.S.W. | November
7, 2005

You hear a lot of companies offering
to help you out of debt,
but how do you know which of them to
work with? And how do
you know when it's actually time for
help?

In truth, they all can help get you
out of debt. The real question is
which of them can get you out of debt
faster, while saving you the
most money. They won't always tell you
that, but you can find out.

See your personalized debt assessment.

You have a right to use the same
"secret" formulas they use to figure
out how to manage your money. And you
have a right to know that
those "secret" formulas are as easy as
the click of a button.

At DebtSolutionWizard.com, you can
enter the same information
they do online. You probably know most
or all of the names and
numbers already. The difference is
that this time you get to see what
the computer says - with your own
eyes.

Yes, the DebtSolutionWizard.com tool
will suggest service providers.
And, yes, revenue from those providers

helps bring you the tool. But
the goal is simply to help you find
the right solution for you.
Debt can get the best of us, but it
doesn't have to. <u>Learn more</u>
about your options.



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**DebtSolutionWizard.com 100 Springdale Road, A3 #253 Cherry Hill, NJ 08003**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to <u>http://www.virtumundo.com/change</u> or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 20 13:20:29 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter344232@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 17152 invoked from network); 20 Apr 2006 11:13:08 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by jaycelia.com with SMTP; 20 Apr 2006 11:12:45 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 20 Apr 2006 12:12:32 -0500
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 344232
From: Debt Calculation Plan <DebtCalcualationPlan@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344232@vm-rewards.com>
Subject: *****SPAM***** Get out of debt secrets revealed
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_12,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  1.0 HTML_IMAGE_ONLY_12 BODY: HTML: images with 1000-1200 bytes of
words
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *       [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link

HOME > LOCAL

The Best-Kept Secret about Debt
by Annette Sanchez, D.S.W. | November
7, 2005
You hear a lot of companies offering
to help you out of debt,
but how do you know which of them to
work with? And how do
you know when it's actually time for
help?
In truth, they all can help get you
out of debt. The real question is
which of them can get you out of debt
faster, while saving you the

most money. They won't always tell you
that, but you can find out.
See your personalized debt assessment.
You have a right to use the same
"secret" formulas they use to figure
out how to manage your money. And you
have a right to know that
those "secret" formulas are as easy as
the click of a button.
At DebtSolutionWizard.com, you can
enter the same information
they do online. You probably know most
or all of the names and
numbers already. The difference is
that this time you get to see what
the computer says - with your own
eyes.
Yes, the DebtSolutionWizard.com tool
will suggest service providers.
And, yes, revenue from those providers
helps bring you the tool. But
the goal is simply to help you find
the right solution for you.
Debt can get the best of us, but it
doesn't have to. Learn more
about your options.

---



**DebtSolutionWizard.com 100 Springdale Road, A3 #253 Cherry Hill, NJ 08003**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Apr 20 12:51:23 2006
X-Persona: <Anthony>
Return-Path: <mailcenter344232@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 7809 invoked from network); 19 Apr 2006 15:30:40 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by omniinnovations.com with SMTP; 19 Apr 2006 15:30:38 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 19 Apr 2006 16:30:36 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 344232
From: Debt Calculation Plan <DebtCalcluationPlan@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344232@vm-rewards.com>
Subject: Get out of debt secrets revealed
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
       HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
       MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63

Images not loading? View this offer by visiting this link

HOME > LOCAL

The Best-Kept Secret about Debt
by Annette Sanchez, D.S.W. | November
7, 2005
You hear a lot of companies offering
to help you out of debt,
but how do you know which of them to
work with? And how do
you know when it's actually time for
help?
In truth, they all can help get you
out of debt. The real question is
which of them can get you out of debt
faster, while saving you the
most money. They won't always tell you
that, but you can find out.
See your personalized debt assessment.
You have a right to use the same
"secret" formulas they use to figure
out how to manage your money. And you
have a right to know that
those "secret" formulas are as easy as
the click of a button.
At DebtSolutionWizard.com, you can
enter the same information
they do online. You probably know most
or all of the names and
numbers already. The difference is
that this time you get to see what

the computer says - with your own
eyes.
Yes, the DebtSolutionWizard.com tool
will suggest service providers.
And, yes, revenue from those providers
helps bring you the tool. But
the goal is simply to help you find
the right solution for you.
Debt can get the best of us, but it
doesn't have to. Learn more
about your options.

---



**DebtSolutionWizard.com 100 Springdale Road, A3 #253 Cherry Hill, NJ 08003**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 20 12:51:23 2006
X-Persona: <Anthony>
Return-Path: <mailcenter344232@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 10724 invoked from network); 19 Apr 2006 15:30:44 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by omniinnovations.com with SMTP; 19 Apr 2006 15:30:42 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 19 Apr 2006 16:30:36 -0500
X-ClientHost:
0991041170991070640971101161041111012109910110116114097108046099111109
X-MailingID: 344232
From: Debt Calculation Plan <DebtCalcluationPlan@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344232@vm-rewards.com>
Subject: Get out of debt secrets revealed
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
       HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
       MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**

HOME > LOCAL

The Best-Kept Secret about Debt
by Annette Sanchez, D.S.W. | November 7, 2005

You hear a lot of companies offering to help you out of debt, but how do you know which of them to work with? And how do you know when it's actually time for help?

In truth, they all can help get you out of debt. The real question is which of them can get you out of debt faster, while saving you the most money. They won't always tell you that, but you can find out.

See your personalized debt assessment.

You have a right to use the same "secret" formulas they use to figure out how to manage your money. And you have a right to know that those "secret" formulas are as easy as the click of a button.

At DebtSolutionWizard.com, you can enter the same information they do online. You probably know most or all of the names and numbers already. The difference is that this time you get to see what

the computer says - with your own
eyes.
Yes, the DebtSolutionWizard.com tool
will suggest service providers.
And, yes, revenue from those providers
helps bring you the tool. But
the goal is simply to help you find
the right solution for you.
Debt can get the best of us, but it
doesn't have to. Learn more
about your options.

---



**DebtSolutionWizard.com 100 Springdale Road, A3 #253 Cherry Hill, NJ 08003**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Apr 20 12:51:23 2006
X-Persona: <Anthony>
Return-Path: <mailcenter344232@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 13060 invoked from network); 19 Apr 2006 15:30:47 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by omniinnovations.com with SMTP; 19 Apr 2006 15:30:45 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 19 Apr 2006 16:30:36 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 344232
From: Debt Calculation Plan <DebtCalcluationPlan@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344232@vm-rewards.com>
Subject: Get out of debt secrets revealed
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
       HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
       MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63


**Images not loading? View this offer by visiting this link**

HOME > LOCAL

The Best-Kept Secret about Debt
by Annette Sanchez, D.S.W. | November 7, 2005

You hear a lot of companies offering to help you out of debt, but how do you know which of them to work with? And how do you know when it's actually time for help?

In truth, they all can help get you out of debt. The real question is which of them can get you out of debt faster, while saving you the most money. They won't always tell you that, but you can find out.

See your personalized debt assessment.

You have a right to use the same "secret" formulas they use to figure out how to manage your money. And you have a right to know that those "secret" formulas are as easy as the click of a button.

At DebtSolutionWizard.com, you can enter the same information they do online. You probably know most or all of the names and numbers already. The difference is that this time you get to see what

the computer says - with your own
eyes.
Yes, the DebtSolutionWizard.com tool
will suggest service providers.
And, yes, revenue from those providers
helps bring you the tool. But
the goal is simply to help you find
the right solution for you.
Debt can get the best of us, but it
doesn't have to. Learn more
about your options.

---

 **DebtSolutionWizard.com 100 Springdale Road, A3 #253 Cherry Hill, NJ 08003**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 20 12:51:23 2006
X-Persona: <Anthony>
Return-Path: <mailcenter344232@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 14594 invoked from network); 19 Apr 2006 15:30:49 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by omniinnovations.com with SMTP; 19 Apr 2006 15:30:47 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 19 Apr 2006 16:30:36 -0500
X-ClientHost:
11509711010012106409711011610411111012109910110110161140971080460991111 09
X-MailingID: 344232
From: Debt Calculation Plan <DebtCalcluationPlan@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344232@vm-rewards.com>
Subject: Get out of debt secrets revealed
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**

HOME > LOCAL

The Best-Kept Secret about Debt
by Annette Sanchez, D.S.W. | November
7, 2005

You hear a lot of companies offering
to help you out of debt,
but how do you know which of them to
work with? And how do
you know when it's actually time for
help?
In truth, they all can help get you
out of debt. The real question is
which of them can get you out of debt
faster, while saving you the
most money. They won't always tell you
that, but you can find out.

See your personalized debt assessment.

You have a right to use the same
"secret" formulas they use to figure
out how to manage your money. And you
have a right to know that
those "secret" formulas are as easy as
the click of a button.
At DebtSolutionWizard.com, you can
enter the same information
they do online. You probably know most
or all of the names and
numbers already. The difference is
that this time you get to see what

the computer says - with your own
eyes.
Yes, the DebtSolutionWizard.com tool
will suggest service providers.
And, yes, revenue from those providers
helps bring you the tool. But
the goal is simply to help you find
the right solution for you.
Debt can get the best of us, but it
doesn't have to. [Learn more]
about your options.

---



**DebtSolutionWizard.com 100 Springdale Road, A3 #253 Cherry Hill, NJ 08003**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Apr 20 12:51:23 2006
X-Persona: <Anthony>
Return-Path: <mailcenter344232@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 16260 invoked from network); 19 Apr 2006 15:30:57 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by omniinnovations.com with SMTP; 19 Apr 2006 15:30:56 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 19 Apr 2006 16:30:36 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 344232
From: Debt Calculation Plan <DebtCalcuationPlan@vm-mail.com>
To: tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344232@vm-rewards.com>
Subject: Get out of debt secrets revealed
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63

Images not loading? View this offer by visiting this link

HOME > LOCAL
The Best-Kept Secret about Debt
by Annette Sanchez, D.S.W. | November 7, 2005
You hear a lot of companies offering to help you out of debt, but how do you know which of them to work with? And how do you know when it's actually time for help?
In truth, they all can help get you out of debt. The real question is which of them can get you out of debt faster, while saving you the most money. They won't always tell you that, but you can find out.
See your personalized debt assessment.
You have a right to use the same "secret" formulas they use to figure out how to manage your money. And you have a right to know that those "secret" formulas are as easy as the click of a button.
At DebtSolutionWizard.com, you can enter the same information they do online. You probably know most or all of the names and numbers already. The difference is that this time you get to see what the computer says - with your own

eyes.
Yes, the DebtSolutionWizard.com tool
will suggest service providers.
And, yes, revenue from those providers
helps bring you the tool. But
the goal is simply to help you find
the right solution for you.
Debt can get the best of us, but it
doesn't have to. [Learn more]
about your options.

---



**DebtSolutionWizard.com 100 Springdale Road, A3 #253 Cherry Hill, NJ 08003**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Apr 20 12:45:38 2006
X-Persona: <Mila>
Return-Path: <mailcenter344232@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 18178 invoked from network); 20 Apr 2006 11:10:39 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by clrobin.com with SMTP; 20 Apr 2006 11:10:35 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 20 Apr 2006 12:08:58 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 344232
From: Debt Calculation Plan <DebtCalcuationPlan@vm-mail.com>
To: jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344232@vm-rewards.com>
Subject: Get out of debt secrets revealed
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_70,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63

Images not loading? View this offer by visiting this link

HOME > LOCAL
The Best-Kept Secret about Debt
by Annette Sanchez, D.S.W. | November 7, 2005
You hear a lot of companies offering to help you out of debt, but how do you know which of them to work with? And how do you know when it's actually time for help?
In truth, they all can help get you out of debt. The real question is which of them can get you out of debt faster, while saving you the most money. They won't always tell you that, but you can find out.
See your personalized debt assessment.
You have a right to use the same "secret" formulas they use to figure out how to manage your money. And you have a right to know that those "secret" formulas are as easy as the click of a button.
At DebtSolutionWizard.com, you can enter the same information they do online. You probably know most or all of the names and numbers already. The difference is that this time you get to see what the computer says - with your own

eyes.
Yes, the DebtSolutionWizard.com tool
will suggest service providers.
And, yes, revenue from those providers
helps bring you the tool. But
the goal is simply to help you find
the right solution for you.
Debt can get the best of us, but it
doesn't have to. Learn more
about your options.

---



**DebtSolutionWizard.com 100 Springdale Road, A3 #253 Cherry Hill, NJ 08003**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 20 12:32:52 2006
X-Persona: <Jay>
Return-Path: <mailcenter344232@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 10593 invoked from network); 20 Apr 2006 11:12:47 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by greatnorthwest-alpha.org with SMTP; 20 Apr 2006 11:12:45 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 20 Apr 2006 12:12:32 -0500
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 344232
From: Debt Calculation Plan <DebtCalcluationPlan@vm-mail.com>
To: jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344232@vm-rewards.com>
Subject: Get out of debt secrets revealed
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.6 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
       MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**

HOME > LOCAL

The Best-Kept Secret about Debt
by Annette Sanchez, D.S.W. | November 7, 2005

You hear a lot of companies offering to help you out of debt, but how do you know which of them to work with? And how do you know when it's actually time for help?

In truth, they all can help get you out of debt. The real question is which of them can get you out of debt faster, while saving you the most money. They won't always tell you that, but you can find out.

See your personalized debt assessment.

You have a right to use the same "secret" formulas they use to figure out how to manage your money. And you have a right to know that those "secret" formulas are as easy as the click of a button.

At DebtSolutionWizard.com, you can enter the same information they do online. You probably know most or all of the names and numbers already. The difference is that this time you get to see what the computer says - with your own

eyes.
Yes, the DebtSolutionWizard.com tool
will suggest service providers.
And, yes, revenue from those providers
helps bring you the tool. But
the goal is simply to help you find
the right solution for you.
Debt can get the best of us, but it
doesn't have to. Learn more
about your options.

---



**DebtSolutionWizard.com 100 Springdale Road, A3 #253 Cherry Hill, NJ 08003**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 20 12:25:18 2006
X-Persona: <Jon>
Return-Path: <mailcenter344232@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 17152 invoked from network); 20 Apr 2006 11:13:08 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by jaycelia.com with SMTP; 20 Apr 2006 11:12:45 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 20 Apr 2006 12:12:32 -0500
X-ClientHost: 1061111106410609712110709712111511212080970991010460991111109
X-MailingID: 344232
From: Debt Calculation Plan <DebtCalcluationPlan@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344232@vm-rewards.com>
Subject: *****SPAM***** Get out of debt secrets revealed
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_12,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  1.0 HTML_IMAGE_ONLY_12 BODY: HTML: images with 1000-1200 bytes of
words
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

**Images not loading? View this offer by visiting this link**

HOME > LOCAL
The Best-Kept Secret about Debt
by Annette Sanchez, D.S.W. | November
7, 2005
You hear a lot of companies offering
to help you out of debt,
but how do you know which of them to
work with? And how do
you know when it's actually time for
help?
In truth, they all can help get you
out of debt. The real question is
which of them can get you out of debt
faster, while saving you the

most money. They won't always tell you
that, but you can find out.
See your personalized debt assessment.
You have a right to use the same
"secret" formulas they use to figure
out how to manage your money. And you
have a right to know that
those "secret" formulas are as easy as
the click of a button.
At DebtSolutionWizard.com, you can
enter the same information
they do online. You probably know most
or all of the names and
numbers already. The difference is
that this time you get to see what
the computer says - with your own
eyes.
Yes, the DebtSolutionWizard.com tool
will suggest service providers.
And, yes, revenue from those providers
helps bring you the tool. But
the goal is simply to help you find
the right solution for you.
Debt can get the best of us, but it
doesn't have to. Learn more
about your options.

---


**DebtSolutionWizard.com 100 Springdale Road, A3 #253 Cherry Hill, NJ 08003**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Apr 20 12:24:24 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter344232@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 19554 invoked from network); 20 Apr 2006 10:32:07 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by itdidnotendright.com with SMTP; 20 Apr 2006 10:32:05 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 20 Apr 2006 11:31:50 -0500
X-ClientHost:
10610510906410511610010510010110111116101110100114105103104116046099111109
X-MailingID: 344232
From: Debt Calculation Plan <DebtCalcluationPlan@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344232@vm-rewards.com>
Subject: Get out of debt secrets revealed
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link

HOME > LOCAL
The Best-Kept Secret about Debt
by Annette Sanchez, D.S.W. | November
7, 2005
You hear a lot of companies offering
to help you out of debt,
but how do you know which of them to
work with? And how do
you know when it's actually time for
help?
In truth, they all can help get you
out of debt. The real question is
which of them can get you out of debt
faster, while saving you the
most money. They won't always tell you
that, but you can find out.
See your personalized debt assessment.
You have a right to use the same
"secret" formulas they use to figure
out how to manage your money. And you
have a right to know that
those "secret" formulas are as easy as
the click of a button.
At DebtSolutionWizard.com, you can
enter the same information
they do online. You probably know most
or all of the names and
numbers already. The difference is
that this time you get to see what
the computer says - with your own
eyes.
Yes, the DebtSolutionWizard.com tool
will suggest service providers.
And, yes, revenue from those providers

helps bring you the tool. But
the goal is simply to help you find
the right solution for you.
Debt can get the best of us, but it
doesn't have to. Learn more
about your options.

---



**DebtSolutionWizard.com 100 Springdale Road, A3 #253 Cherry Hill, NJ 08003**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Apr 20 12:23:08 2006
X-Persona: <Celia>
Return-Path: <mailcenter344232@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 3105 invoked from network); 19 Apr 2006 18:56:55 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by xj4x4.net with SMTP; 19 Apr 2006 18:56:51 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 19 Apr 2006 19:56:47 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460 99111109
X-MailingID: 344232
From: Debt Calculation Plan <DebtCalculationPlan@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344232@vm-rewards.com>
Subject: *****SPAM***** Get out of debt secrets revealed
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_12,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  1.0 HTML_IMAGE_ONLY_12 BODY: HTML: images with 1000-1200 bytes of
words
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]

Images not loading? View this offer by visiting this link

HOME > LOCAL
The Best-Kept Secret about Debt
by Annette Sanchez, D.S.W. | November
7, 2005
You hear a lot of companies offering
to help you out of debt,
but how do you know which of them to
work with? And how do
you know when it's actually time for
help?
In truth, they all can help get you
out of debt. The real question is
which of them can get you out of debt
faster, while saving you the

most money. They won't always tell you
that, but you can find out.
See your personalized debt assessment.
You have a right to use the same
"secret" formulas they use to figure
out how to manage your money. And you
have a right to know that
those "secret" formulas are as easy as
the click of a button.
At DebtSolutionWizard.com, you can
enter the same information
they do online. You probably know most
or all of the names and
numbers already. The difference is
that this time you get to see what
the computer says - with your own
eyes.
Yes, the DebtSolutionWizard.com tool
will suggest service providers.
And, yes, revenue from those providers
helps bring you the tool. But
the goal is simply to help you find
the right solution for you.
Debt can get the best of us, but it
doesn't have to. Learn more
about your options.

---



**DebtSolutionWizard.com 100 Springdale Road, A3 #253 Cherry Hill, NJ 08003**

**If you can not see our footer image, please visit here.**

From ???@??? Sun May 14 12:24:28 2006
X-Persona: <Mila>
Return-Path: <mailcenter348482@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
    with SpamAssassin (2.63 2004-01-11);
    Sat, 13 May 2006 02:28:07 -0600
From: Debt Calculation Plan <DebtCalcluationPlan@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Get out of debt secrets revealed
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=BAYES_50,DATE_MISSING,
    HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
    MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
    RCVD_IN_SORBS autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44659897.6422B0FE"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(6081&e=mila@jammtomm.com
  visiting this link URI:http://ogy.cc/oz/left1.gif
  URI:http://redirect.virtumundo.com/ct?i(6081&e=mila@jammtomm.com HOME
  [...]

Content analysis details:   (7.0 points, 7.0 required)

  pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.0 BAYES_50               BODY: Bayesian spam probability is 50 to 56%
                        [score: 0.5154]
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_50_60             BODY: Message is 50% to 60% HTML
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.1 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
              [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
 2.6 RCVD_IN_DYNABLOCK      RBL: Sent directly from dynamic IP address
              [206.82.186.77 listed in dnsbl.sorbs.net]
 0.1 RCVD_IN_SORBS          RBL: SORBS: sender is listed in SORBS
              [206.82.186.77 listed in dnsbl.sorbs.net]


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 24579 invoked from network); 13 May 2006 02:28:03 -0600
Received: from vm-186-77.vm-mail.com (206.82.186.77)
  by chiefmusician.net with SMTP; 13 May 2006 02:27:56 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-77.vm-mail.com with SMTP; 13 May 2006 03:27:54 -0500
X-ClientHost: 1091051080970641060971091091161111091090460991111109
X-MailingID: 348482
From: Debt Calculation Plan <DebtCalcuationPlan@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348482@vm-rewards.com>
Subject: Get out of debt secrets revealed
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get out of
debt .htm"
```

```
From ???@??? Fri Oct 03 18:51:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <240874-28326>; Fri, 3 Oct 2003 19:21:42 -0400
Received: from vl208-31.vmlocal.com ([216.21.208.31]) by ams.ftl.affinity.com
with ESMTP id <332884-28323>; Fri, 3 Oct 2003 15:57:32 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-31.vmlocal.com with SMTP; 03 Oct 2003 14:57:30 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 151638
From: Debt Consolidation <DebtConsolidation151638@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation151638@vmlocal.com>
Subject: Get the help you need and consolidate your debt today.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct3.155732-0400_edt.332884-28323+568@ams.ftl.affinity.com>
Date:Fri, 3 Oct 2003 15:57:31 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Oct 12 18:58:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <330571-22775>; Sun, 12 Oct 2003 20:18:27 -0400
Received: from vl208-19.vmlocal.com ([216.21.208.19]) by ams.ftl.affinity.com
with ESMTP id <335228-22772>; Sun, 12 Oct 2003 20:17:34 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-19.vmlocal.com with SMTP; 12 Oct 2003 19:17:28 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 161154
From: Debt Consolidation <DebtConsolidation161154@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+161154@replies.vmlocal.com>
Subject: Get the help you need and consolidate your debt today.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct12.201734-0400_edt.335228-22772+13701@ams.ftl.affinity.com>
Date:Sun, 12 Oct 2003 20:17:34 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Oct 13 21:43:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <342930-22776>; Tue, 14 Oct 2003 00:26:26 -0400
Received: from vl208-71.vmlocal.com ([216.21.208.71]) by ams.ftl.affinity.com
with ESMTP id <723371-22772>; Mon, 13 Oct 2003 21:56:44 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-71.vmlocal.com with SMTP; 13 Oct 2003 20:56:43 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 161984
From: Debt Consolidation <DebtConsolidation161984@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation161984@vmlocal.com>
Subject: Get the help you need and consolidate your debt today.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct13.215644-0400_edt.723371-22772+24921@ams.ftl.affinity.com>
Date:Mon, 13 Oct 2003 21:56:44 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Oct 14 17:41:54 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <236736-1166>; Tue, 14 Oct 2003 20:27:30 -0400
Received: from vl208-34.vmlocal.com ([216.21.208.34]) by ams.ftl.affinity.com
with ESMTP id <567756-1173>; Tue, 14 Oct 2003 14:17:49 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-34.vmlocal.com with SMTP; 14 Oct 2003 13:17:36 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 163167
From: Debt Consolidation <DebtConsolidation163167@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+163167@replies.vmlocal.com>
Subject: Get the help you need and consolidate your debt today.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct14.141749-0400_edt.567756-1173+22108@ams.ftl.affinity.com>
Date:Tue, 14 Oct 2003 14:17:47 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Oct 17 21:02:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <328721-26152>; Fri, 17 Oct
2003 21:58:11 -0400
Received: from vl208-48.vmlocal.com ([216.21.208.48]) by ams.ftl.affinity.com
with ESMTP id <466725-26146>; Fri, 17 Oct 2003 19:47:20 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-48.vmlocal.com with SMTP; 17 Oct 2003 18:47:18 -0500
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 167086
From: Debt Consolidation <DebtConsolidation167086@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation167086@vmlocal.com>
Subject: Get the help you need and consolidate your debt today.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct17.194720-0400_edt.466725-26146+496@ams.ftl.affinity.com>
Date:Fri, 17 Oct 2003 19:47:20 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Oct 21 21:53:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216796-814>; Tue, 21 Oct 2003 22:07:46 -0400
Received: from vl208-44.vmlocal.com ([216.21.208.44]) by ams.ftl.affinity.com
with ESMTP id <216279-809>; Tue, 21 Oct 2003 22:06:29 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-44.vmlocal.com with SMTP; 21 Oct 2003 21:03:58 -0500
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 171160
From: Debt Consolidation <DebtConsolidation171160@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation171160@vmlocal.com>
Subject: Get the help you need and consolidate your debt today.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct21.220629-0400_edt.216279-809+1942@ams.ftl.affinity.com>
Date:Tue, 21 Oct 2003 22:05:02 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Oct 22 16:20:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <293449-12842>; Wed, 22 Oct 2003 17:39:30 -0400
Received: from vl208-28.vmlocal.com ([216.21.208.28]) by ams.ftl.affinity.com
with ESMTP id <316702-12842>; Wed, 22 Oct 2003 17:32:19 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-28.vmlocal.com with SMTP; 22 Oct 2003 16:32:13 -0500
X-ClientHost: 1060971091011150641031111410011110119111114107115046099111109
X-MailingID: 172236
From: Debt Consolidation <DebtConsolidation172236@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation172236@vmlocal.com>
Subject: Get the help you need and consolidate your debt today.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct22.173219-0400_edt.316702-12842+14806@ams.ftl.affinity.com>
Date:Wed, 22 Oct 2003 17:32:18 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Oct 24 18:26:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218726-1080>; Fri, 24 Oct 2003 19:43:32 -0400
Received: from vl208-57.vmlocal.com ([216.21.208.57]) by ams.ftl.affinity.com
with ESMTP id <226619-1077>; Fri, 24 Oct 2003 19:35:47 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-57.vmlocal.com with SMTP; 24 Oct 2003 18:35:34 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 174473
From: Debt Consolidation <DebtConsolidation174473@vmlocal.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation174473@vmlocal.com>
Subject: Get the help you need and consolidate your debt today.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct24.193547-0400_edt.226619-1077+11599@ams.ftl.affinity.com>
Date:Fri, 24 Oct 2003 19:35:46 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 24 12:49:31 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <217045-1082>; Fri, 24 Oct 2003 13:57:42 -0400
Received: from vl208-67.vmlocal.com ([216.21.208.67]) by ams.ftl.affinity.com
with ESMTP id <217555-1077>; Fri, 24 Oct 2003 13:56:26 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-67.vmlocal.com with SMTP; 24 Oct 2003 12:56:13 -0500
X-ClientHost:
106097109105108097064103111141001111101191111141071150460 99111109
X-MailingID: 174474
From: Debt Consolidation <DebtConsolidation174474@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation174474@vmlocal.com>
Subject: Get the help you need and consolidate your debt today.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct24.135626-0400_edt.217555-1077+13613@ams.ftl.affinity.com>
Date:Fri, 24 Oct 2003 13:56:24 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Oct 27 18:43:46 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <586051-2708>; Mon, 27 Oct
2003 19:26:53 -0500
Received: from vl208-50.vmlocal.com ([216.21.208.50]) by ams.ftl.affinity.com
with ESMTP id <586909-2714>; Mon, 27 Oct 2003 19:26:07 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-50.vmlocal.com with SMTP; 27 Oct 2003 18:26:01 -0600
X-ClientHost:
10611111009711610409711100641031111141001111101191111141071150460991111109
X-MailingID: 178481
From: Debt Consolidation <DebtConsolidation178481@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation178481@vmlocal.com>
Subject: Get the help you need and consolidate your debt today.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct27.192607-0500_est.586909-2714+28525@ams.ftl.affinity.com>
Date:Mon, 27 Oct 2003 19:26:06 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**
Message sent

```
From ???@??? Sun Nov 02 12:26:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214143-14711>; Sun, 2 Nov 2003 13:51:53 -0500
Received: from vl208-23.vmlocal.com ([216.21.208.23]) by ams.ftl.affinity.com
with ESMTP id <214355-14708>; Sun, 2 Nov 2003 13:51:01 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-23.vmlocal.com with SMTP; 02 Nov 2003 12:50:59 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 184084
From: Debt Consolidation <DebtConsolidation184084@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation184084@vmlocal.com>
Subject: Put all your debt into one easy payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov2.135101-0500_est.214355-14708+513@ams.ftl.affinity.com>
Date:Sun, 2 Nov 2003 13:51:01 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Nov 01 13:51:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220850-23876>; Sat, 1 Nov 2003 14:27:44 -0500
Received: from vl208-74.vmlocal.com ([216.21.208.74]) by ams.ftl.affinity.com
with ESMTP id <221610-23877>; Sat, 1 Nov 2003 14:27:17 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-74.vmlocal.com with SMTP; 01 Nov 2003 13:27:15 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 185408
From: Debt Consolidation <DebtConsolidation185408@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation185408@vmlocal.com>
Subject: One easy payment for all your bills.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov1.142717-0500_est.221610-23877+21457@ams.ftl.affinity.com>
Date:Sat, 1 Nov 2003 14:27:17 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Nov 03 21:27:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216118-18177>; Mon, 3 Nov 2003 22:30:59 -0500
Received: from vm208-1.vm06.com ([216.21.208.1]) by ams.ftl.affinity.com with
ESMTP id <218351-18179>; Mon, 3 Nov 2003 22:30:22 -0500
Received: from vmlocal.com (192.168.3.12)
   by vm208-1.vm06.com with SMTP; 03 Nov 2003 21:30:21 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 187840
From: Debt Consolidation <DebtConsolidation187840@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation187840@vmlocal.com>
Subject: All your bills. One easy payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov3.223022-0500_est.218351-18179+6410@ams.ftl.affinity.com>
Date:Mon, 3 Nov 2003 22:30:22 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Nov 10 21:59:24 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213245-15299>; Mon, 10 Nov 2003 23:18:40 -0500
Received: from vl208-33.vmlocal.com ([216.21.208.33]) by ams.ftl.affinity.com
with ESMTP id <214252-15290>; Mon, 10 Nov 2003 23:17:36 -0500
Received: from vmlocal.com (192.168.3.12)
    by vl208-33.vmlocal.com with SMTP; 10 Nov 2003 22:17:31 -0600
X-ClientHost:
1060971091051080970641031111141001111101191111141071150460991111109
X-MailingID: 195168
From: Debt Consolidation <DebtConsolidation195168@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation195168@vmlocal.com>
Subject: One easy payment for all your bills.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov10.231736-0500_est.214252-15290+17879@ams.ftl.affinity.com>
Date:Mon, 10 Nov 2003 23:17:36 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Nov 10 15:12:27 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <219197-4539>; Mon, 10 Nov
2003 17:33:38 -0500
Received: from vl208-47.vmlocal.com ([216.21.208.47]) by ams.ftl.affinity.com
with ESMTP id <214403-4537>; Mon, 10 Nov 2003 17:33:13 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-47.vmlocal.com with SMTP; 10 Nov 2003 16:33:07 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 195169
From: Debt Consolidation <DebtConsolidation195169@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation195169@vmlocal.com>
Subject: All your bills. One easy payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov10.173313-0500_est.214403-4537+15033@ams.ftl.affinity.com>
Date:Mon, 10 Nov 2003 17:33:13 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Nov 10 15:12:27 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221514-4533>; Mon, 10 Nov 2003 17:33:38 -0500
Received: from vl208-47.vmlocal.com ([216.21.208.47]) by ams.ftl.affinity.com
with ESMTP id <219197-4542>; Mon, 10 Nov 2003 17:33:13 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-47.vmlocal.com with SMTP; 10 Nov 2003 16:33:07 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 195169
From: Debt Consolidation <DebtConsolidation195169@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation195169@vmlocal.com>
Subject: All your bills. One easy payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov10.173313-0500_est.219197-4542+15322@ams.ftl.affinity.com>
Date:Mon, 10 Nov 2003 17:33:12 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Nov 10 15:12:27 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221536-4542>; Mon, 10 Nov 2003 17:33:38 -0500
Received: from vl208-47.vmlocal.com ([216.21.208.47]) by ams.ftl.affinity.com
with ESMTP id <222446-4534>; Mon, 10 Nov 2003 17:33:13 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-47.vmlocal.com with SMTP; 10 Nov 2003 16:33:07 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 195169
From: Debt Consolidation <DebtConsolidation195169@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation195169@vmlocal.com>
Subject: All your bills. One easy payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov10.173313-0500_est.222446-4534+15270@ams.ftl.affinity.com>
Date:Mon, 10 Nov 2003 17:33:13 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Nov 10 09:36:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220811-29017>; Mon, 10 Nov 2003 11:40:47 -0500
Received: from vl208-26.vmlocal.com ([216.21.208.26]) by ams.ftl.affinity.com
with ESMTP id <220748-29017>; Mon, 10 Nov 2003 11:40:18 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-26.vmlocal.com with SMTP; 10 Nov 2003 10:40:08 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 195171
From: Debt Consolidation <DebtConsolidation195171@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation195171@vmlocal.com>
Subject: All your bills. One easy payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov10.114018-0500_est.220748-29017+14837@ams.ftl.affinity.com>
Date:Mon, 10 Nov 2003 11:40:18 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Nov 18 14:48:23 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2727413-17969>; Tue, 18 Nov 2003 15:04:13 -0500
Received: from vl208-43.vmlocal.com ([216.21.208.43]) by ams.ftl.affinity.com
with ESMTP id <2727941-17961>; Tue, 18 Nov 2003 14:56:51 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-43.vmlocal.com with SMTP; 18 Nov 2003 13:56:23 -0600
X-ClientHost: 106097109101115064103111141001111101191111141071150460991111109
X-MailingID: 200657
From: Debt Consolidation <DebtConsolidation200657@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation200657@vmlocal.com>
Subject: All your bills. One easy payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov18.145651-0500_est.2727941-17961+82029@ams.ftl.affinity.com>
Date:Tue, 18 Nov 2003 14:56:37 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Nov 18 11:36:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213711-6080>; Tue, 18 Nov 2003 11:56:28 -0500
Received: from vl208-74.vmlocal.com ([216.21.208.74]) by ams.ftl.affinity.com
with ESMTP id <214227-6079>; Tue, 18 Nov 2003 11:55:24 -0500
Received: from vmlocal.com (192.168.3.12)
    by vl208-74.vmlocal.com with SMTP; 18 Nov 2003 10:55:17 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 200659
From: Debt Consolidation <DebtConsolidation200659@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation200659@vmlocal.com>
Subject: All your bills. One easy payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov18.115524-0500_est.214227-6079+50907@ams.ftl.affinity.com>
Date:Tue, 18 Nov 2003 11:55:24 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Nov 18 11:36:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214227-6071>; Tue, 18 Nov 2003 11:56:28 -0500
Received: from vl208-74.vmlocal.com ([216.21.208.74]) by ams.ftl.affinity.com
with ESMTP id <214509-6083>; Tue, 18 Nov 2003 11:55:25 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-74.vmlocal.com with SMTP; 18 Nov 2003 10:55:17 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 200659
From: Debt Consolidation <DebtConsolidation200659@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation200659@vmlocal.com>
Subject: All your bills. One easy payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov18.115525-0500_est.214509-6083+50089@ams.ftl.affinity.com>
Date:Tue, 18 Nov 2003 11:55:25 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Nov 19 23:35:42 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <214629-4079>; Thu, 20 Nov
2003 01:01:09 -0500
Received: from vl208-59.vmlocal.com ([216.21.208.59]) by ams.ftl.affinity.com
with ESMTP id <217685-1136>; Thu, 20 Nov 2003 01:00:52 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-59.vmlocal.com with SMTP; 20 Nov 2003 00:00:46 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 201363
From: Debt Consolidation <DebtConsolidation201363@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation201363@vmlocal.com>
Subject: One easy payment for all your bills.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov20.010052-0500_est.217685-1136+75158@ams.ftl.affinity.com>
Date:Thu, 20 Nov 2003 01:00:52 -0500

