**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Dockets.Justia.com

```
From ???@??? Wed Nov 19 11:47:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216203-26270>; Wed, 19 Nov 2003 14:11:37 -0500
Received: from vl208-28.vmlocal.com ([216.21.208.28]) by ams.ftl.affinity.com
with ESMTP id <220241-26280>; Wed, 19 Nov 2003 14:10:39 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-28.vmlocal.com with SMTP; 19 Nov 2003 13:10:32 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 201367
From: Debt Consolidation <DebtConsolidation201367@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation201367@vmlocal.com>
Subject: All your bills. One easy payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov19.141039-0500_est.220241-26280+18464@ams.ftl.affinity.com>
Date:Wed, 19 Nov 2003 14:10:39 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Jan 23 09:17:45 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <322867-11787>; Fri, 23 Jan 2004 11:26:36 -0500
Received: from vm208-48.adknow-net.com ([216.21.208.48]) by
ams.ftl.affinity.com with ESMTP id <321669-11781>; Fri, 23 Jan 2004 11:26:03
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-48.adknow-net.com with SMTP; 23 Jan 2004 10:25:59 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 348148
From: Debt Consolidation <DebtConsolidation@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return348148@replies.adknow-net.com
Subject: Consolidate your debt into one easy payment!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.112603-0500_est.321669-11781+13687@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 11:26:03 -0500
```



**From your house to your car. With us, the only thing you'll lose is your worrying.**

---

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Jan 23 17:04:34 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <234193-28947>; Fri, 23 Jan 2004 19:22:00 -0500
Received: from vm208-10.adknow-net.com ([216.21.208.10]) by
ams.ftl.affinity.com with ESMTP id <235237-28950>; Fri, 23 Jan 2004 19:21:16
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-10.adknow-net.com with SMTP; 23 Jan 2004 18:21:13 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 348190
From: Debt Consolidation <DebtConsolidation@adknow-net.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return348190@replies.adknow-net.com
Subject: Put all your debt into one easy payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.192116-0500_est.235237-28950+34406@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 19:21:16 -0500



From your house to your car. With us, the only thing you'll lose is your

**worrying.**

---



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Jan 24 09:52:09 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2778536-19894>; Sat, 24 Jan 2004 12:34:26 -0500
Received: from vm217-211.vmlocal.com ([216.21.217.211]) by
ams.ftl.affinity.com with ESMTP id <2829829-19894>; Sat, 24 Jan 2004 12:33:37
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm217-211.vmlocal.com with SMTP; 24 Jan 2004 11:33:35 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 240733
From: Debt Consolidation <DebtConsolidation@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation240733@vmlocal.com>
Subject: Stop more than your worrying.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan24.123337-0500_est.2829829-19894+29346@ams.ftl.affinity.com>
Date:Sat, 24 Jan 2004 12:33:36 -0500



**From your house to your car. With us, the only thing you'll lose is your worrying.**

---

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Jan 24 09:52:09 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2733747-19903>; Sat, 24 Jan 2004 12:34:26 -0500
Received: from vm217-211.vmlocal.com ([216.21.217.211]) by
ams.ftl.affinity.com with ESMTP id <2829826-19898>; Sat, 24 Jan 2004 12:33:37
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm217-211.vmlocal.com with SMTP; 24 Jan 2004 11:33:35 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 240733
From: Debt Consolidation <DebtConsolidation@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation240733@vmlocal.com>
Subject: Stop more than your worrying.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan24.123337-0500_est.2829826-19898+28766@ams.ftl.affinity.com>
Date:Sat, 24 Jan 2004 12:33:36 -0500



From your house to your car. With us, the only thing you'll lose is your

**worrying.**

---



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Jan 10 19:04:55 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <327737-22087>; Sat, 10 Jan 2004 20:35:26 -0500
Received: from vm217-224.vmlocal.com ([216.21.217.224]) by
ams.ftl.affinity.com with ESMTP id <327833-22087>; Sat, 10 Jan 2004 20:34:33
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm217-224.vmlocal.com with SMTP; 10 Jan 2004 19:34:31 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111 09
X-MailingID: 239230
From: Debt Consolidation <DebtConsolidation@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation239230@vmlocal.com>
Subject: Put all your debt into one easy payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan10.203433-0500_est.327833-22087+38964@ams.ftl.affinity.com>
Date:Sat, 10 Jan 2004 20:34:33 -0500



From your house to your car. With us, the only thing you'll lose is your

**worrying.**

---

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Jan 10 19:04:55 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <327790-22087>; Sat, 10 Jan 2004 20:35:26 -0500
Received: from vm217-224.vmlocal.com ([216.21.217.224]) by
ams.ftl.affinity.com with ESMTP id <327843-22087>; Sat, 10 Jan 2004 20:34:34
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm217-224.vmlocal.com with SMTP; 10 Jan 2004 19:34:31 -0600
X-ClientHost:
1060971091051080970641031111410011111011911111410711504609911109
X-MailingID: 239230
From: Debt Consolidation <DebtConsolidation@vmlocal.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation239230@vmlocal.com>
Subject: Put all your debt into one easy payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan10.203434-0500_est.327843-22087+38965@ams.ftl.affinity.com>
Date:Sat, 10 Jan 2004 20:34:33 -0500
```



**From your house to your car. With us, the only thing you'll lose is your worrying.**

---



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Jan 10 12:43:58 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215298-26931>; Sat, 10 Jan 2004 14:44:00 -0500
Received: from vm217-248.vmlocal.com ([216.21.217.248]) by
ams.ftl.affinity.com with ESMTP id <222182-26929>; Sat, 10 Jan 2004 14:43:40
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm217-248.vmlocal.com with SMTP; 10 Jan 2004 13:43:38 -0600
X-ClientHost: 106097121064103111141001111011911111410711504609911109
X-MailingID: 239232
From: Debt Consolidation <DebtConsolidation@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation239232@vmlocal.com>
Subject: Pay all your bills in one easy payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan10.144340-0500_est.222182-26929+89337@ams.ftl.affinity.com>
Date:Sat, 10 Jan 2004 14:43:40 -0500
```



**From your house to your car. With us, the only thing you'll lose is your**

**worrying.**

---



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Jan 10 12:43:58 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215248-26931>; Sat, 10 Jan
2004 14:44:00 -0500
Received: from vm217-248.vmlocal.com ([216.21.217.248]) by
ams.ftl.affinity.com with ESMTP id <222200-26929>; Sat, 10 Jan 2004 14:43:40
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm217-248.vmlocal.com with SMTP; 10 Jan 2004 13:43:38 -0600
X-ClientHost:
10611111100971161040971100641031111141001111101191111141071150460991111109
X-MailingID: 239232
From: Debt Consolidation <DebtConsolidation@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation239232@vmlocal.com>
Subject: Pay all your bills in one easy payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan10.144340-0500_est.222200-26929+89339@ams.ftl.affinity.com>
Date:Sat, 10 Jan 2004 14:43:40 -0500



**From your house to your car. With us, the only thing you'll lose is your worrying.**

---

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Jan 10 09:26:12 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214792-30980>; Sat, 10 Jan 2004 11:42:23 -0500
Received: from vm217-240.vmlocal.com ([216.21.217.240]) by
ams.ftl.affinity.com with ESMTP id <221332-30988>; Sat, 10 Jan 2004 11:41:14
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm217-240.vmlocal.com with SMTP; 10 Jan 2004 10:41:11 -0600
X-ClientHost: 102097121101064103111141001111011911111410711504609911109
X-MailingID: 239233
From: Debt Consolidation <DebtConsolidation@vmlocal.com>
To:    Faye  <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation239233@vmlocal.com>
Subject: Stop more than your worrying.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan10.114114-0500_est.221332-30988+64574@ams.ftl.affinity.com>
Date:Sat, 10 Jan 2004 11:41:13 -0500
```



**From your house to your car. With us, the only thing you'll lose is your**

**worrying.**

---

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Jan 02 19:52:40 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <274664-30372>; Fri, 2 Jan 2004 22:43:42 -0500
Received: from vm209-203.vmlocal.com ([216.21.209.203]) by
ams.ftl.affinity.com with ESMTP id <274734-30096>; Fri, 2 Jan 2004 22:43:30
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-203.vmlocal.com with SMTP; 02 Jan 2004 21:43:27 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 234137
From: Debt Consolidation <DebtConsolidation@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation234137@vmlocal.com>
Subject: Put all your debt into one easy payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan2.224330-0500_est.274734-30096+64322@ams.ftl.affinity.com>
Date:Fri, 2 Jan 2004 22:43:29 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Jan 01 23:54:23 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <734835-2039>; Fri, 2 Jan 2004 01:41:21 -0500
Received: from vm209-194.vmlocal.com ([216.21.209.194]) by
ams.ftl.affinity.com with ESMTP id <733003-2038>; Fri, 2 Jan 2004 01:40:39
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-194.vmlocal.com with SMTP; 02 Jan 2004 00:40:36 -0600
X-ClientHost: 106097109101115064103111141001111101191111141071150460991111009
X-MailingID: 233465
From: Debt Consolidation <DebtConsolidation@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation233465@vmlocal.com>
Subject: Put all your debt into one easy payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan2.014039-0500_est.733003-2038+27277@ams.ftl.affinity.com>
Date:Fri, 2 Jan 2004 01:40:38 -0500
```



**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 31 17:26:32 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <3584483-8924>; Wed, 31 Dec
2003 19:55:58 -0500
Received: from vm209-216.vmlocal.com ([216.21.209.216]) by
ams.ftl.affinity.com with ESMTP id <3584494-8916>; Wed, 31 Dec 2003 19:55:05
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-216.vmlocal.com with SMTP; 31 Dec 2003 18:55:05 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 232767
From: Debt Consolidation <DebtConsolidation@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation232767@vmlocal.com>
Subject: One easy payment for all your bills.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec31.195505-0500_est.3584494-8916+9221@ams.ftl.affinity.com>
Date:Wed, 31 Dec 2003 19:55:05 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Dec 31 12:58:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2773151-28353>; Wed, 31 Dec 2003 14:08:00 -0500
Received: from vm209-197.vmlocal.com ([216.21.209.197]) by
ams.ftl.affinity.com with ESMTP id <2773378-28350>; Wed, 31 Dec 2003 14:06:21
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-197.vmlocal.com with SMTP; 31 Dec 2003 13:06:15 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 232768
From: Debt Consolidation <DebtConsolidation@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation232768@vmlocal.com>
Subject: One easy payment for all your bills.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec31.140621-0500_est.2773378-28350+18020@ams.ftl.affinity.com>
Date:Wed, 31 Dec 2003 14:06:19 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 30 13:34:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <316110-1022>; Tue, 30 Dec 2003 14:43:27 -0500
Received: from vm209-218.vmlocal.com ([216.21.209.218]) by
ams.ftl.affinity.com with ESMTP id <316096-1018>; Tue, 30 Dec 2003 14:43:05
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-218.vmlocal.com with SMTP; 30 Dec 2003 13:43:02 -0600
X-ClientHost: 106097121064103111141001111101191111141071115046099111109
X-MailingID: 232045
From: Debt Consolidation <DebtConsolidation@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation232045@vmlocal.com>
Subject: Put all your debt into one easy payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec30.144305-0500_est.316096-1018+2695@ams.ftl.affinity.com>
Date:Tue, 30 Dec 2003 14:43:04 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Dec 23 14:57:47 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2382268-14647>; Tue, 23 Dec 2003 17:39:18 -0500
Received: from vm209-208.vmlocal.com ([216.21.209.208]) by
ams.ftl.affinity.com with ESMTP id <2382442-14647>; Tue, 23 Dec 2003 17:37:57
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-208.vmlocal.com with SMTP; 23 Dec 2003 16:37:52 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 225552
From: Debt Consolidation <DebtConsolidation@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation225552@vmlocal.com>
Subject: Pay all your bills in one easy payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec23.173757-0500_est.2382442-14647+8760@ams.ftl.affinity.com>
Date:Tue, 23 Dec 2003 17:37:57 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 23 12:09:57 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <336716-20485>; Tue, 23 Dec 2003 11:48:54 -0500
Received: from vm209-208.vmlocal.com ([216.21.209.208]) by
ams.ftl.affinity.com with ESMTP id <337731-20501>; Tue, 23 Dec 2003 11:48:07
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-208.vmlocal.com with SMTP; 23 Dec 2003 10:48:02 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 225554
From: Debt Consolidation <DebtConsolidation@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation225554@vmlocal.com>
Subject: Pay all your bills in one easy payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec23.114807-0500_est.337731-20501+8523@ams.ftl.affinity.com>
Date:Tue, 23 Dec 2003 11:48:03 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 21 12:31:14 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2373429-30047>; Sun, 21 Dec
2003 14:15:20 -0500
Received: from vm209-202.vmlocal.com ([216.21.209.202]) by
ams.ftl.affinity.com with ESMTP id <2372030-30046>; Sun, 21 Dec 2003 14:13:52
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-202.vmlocal.com with SMTP; 21 Dec 2003 13:13:49 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 224099
From: Debt Consolidation <DebtConsolidation@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation224099@vmlocal.com>
Subject: One easy payment for all your bills.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec21.141352-0500_est.2372030-30046+2901@ams.ftl.affinity.com>
Date:Sun, 21 Dec 2003 14:13:52 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Dec 21 12:31:14 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2374222-17812>; Sun, 21 Dec 2003 14:15:20 -0500
Received: from vm209-202.vmlocal.com ([216.21.209.202]) by
ams.ftl.affinity.com with ESMTP id <2375200-30046>; Sun, 21 Dec 2003 14:13:52
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-202.vmlocal.com with SMTP; 21 Dec 2003 13:13:49 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111 09
X-MailingID: 224099
From: Debt Consolidation <DebtConsolidation@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation224099@vmlocal.com>
Subject: One easy payment for all your bills.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec21.141352-0500_est.2375200-30046+2900@ams.ftl.affinity.com>
Date:Sun, 21 Dec 2003 14:13:51 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 21 12:31:14 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2373918-18164>; Sun, 21 Dec 2003 14:15:20 -0500
Received: from vm209-202.vmlocal.com ([216.21.209.202]) by
ams.ftl.affinity.com with ESMTP id <2374482-18162>; Sun, 21 Dec 2003 14:13:51
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-202.vmlocal.com with SMTP; 21 Dec 2003 13:13:49 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 224099
From: Debt Consolidation <DebtConsolidation@vmlocal.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation224099@vmlocal.com>
Subject: One easy payment for all your bills.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec21.141351-0500_est.2374482-18162+65722@ams.ftl.affinity.com>
Date:Sun, 21 Dec 2003 14:13:50 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Dec 14 20:46:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215345-3089>; Sun, 14 Dec 2003 23:21:09 -0500
Received: from vm209-194.vmlocal.com ([216.21.209.194]) by
ams.ftl.affinity.com with ESMTP id <214294-3082>; Sun, 14 Dec 2003 23:19:56
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-194.vmlocal.com with SMTP; 14 Dec 2003 22:19:55 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 218911
From: Debt Consolidation <DebtConsolidation@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation218911@vmlocal.com>
Subject: Consolidate your debt into one easy payment!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec14.231956-0500_est.214294-3082+7292@ams.ftl.affinity.com>
Date:Sun, 14 Dec 2003 23:19:56 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Dec 13 19:42:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2723732-18019>; Sat, 13 Dec 2003 21:20:51 -0500
Received: from vm209-190.vmlocal.com ([216.21.209.190]) by
ams.ftl.affinity.com with ESMTP id <2729070-18012>; Sat, 13 Dec 2003 21:19:31
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-190.vmlocal.com with SMTP; 13 Dec 2003 20:19:29 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991 11109
X-MailingID: 218143
From: Debt Consolidation <DebtConsolidation@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation218143@vmlocal.com>
Subject: Consolidate your debt into one easy payment!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec13.211931-0500_est.2729070-18012+20610@ams.ftl.affinity.com>
Date:Sat, 13 Dec 2003 21:19:31 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Dec 13 14:47:07 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <219785-2332>; Sat, 13 Dec
2003 15:30:45 -0500
Received: from vm209-208.vmlocal.com ([216.21.209.208]) by
ams.ftl.affinity.com with ESMTP id <219002-2325>; Sat, 13 Dec 2003 15:29:39
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-208.vmlocal.com with SMTP; 13 Dec 2003 14:29:34 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 218145
From: Debt Consolidation <DebtConsolidation@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation218145@vmlocal.com>
Subject: Put all your debt into one easy payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec13.152939-0500_est.219002-2325+36300@ams.ftl.affinity.com>
Date:Sat, 13 Dec 2003 15:29:39 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Dec 13 14:47:07 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <219745-2332>; Sat, 13 Dec 2003 15:30:44 -0500
Received: from vm209-208.vmlocal.com ([216.21.209.208]) by
ams.ftl.affinity.com with ESMTP id <219250-2336>; Sat, 13 Dec 2003 15:29:39
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-208.vmlocal.com with SMTP; 13 Dec 2003 14:29:34 -0600
X-ClientHost:
1060971091051080970641031111410011111011911111410711504609911109
X-MailingID: 218145
From: Debt Consolidation <DebtConsolidation@vmlocal.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation218145@vmlocal.com>
Subject: Put all your debt into one easy payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec13.152939-0500_est.219250-2336+35794@ams.ftl.affinity.com>
Date:Sat, 13 Dec 2003 15:29:38 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Dec 13 14:47:07 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219780-2332>; Sat, 13 Dec 2003 15:30:44 -0500
Received: from vm209-208.vmlocal.com ([216.21.209.208]) by
ams.ftl.affinity.com with ESMTP id <219643-2336>; Sat, 13 Dec 2003 15:29:39
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-208.vmlocal.com with SMTP; 13 Dec 2003 14:29:34 -0600
X-ClientHost: 1060971210641031111410011110119111114107115046099111109
X-MailingID: 218145
From: Debt Consolidation <DebtConsolidation@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation218145@vmlocal.com>
Subject: Put all your debt into one easy payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec13.152939-0500_est.219643-2336+35795@ams.ftl.affinity.com>
Date:Sat, 13 Dec 2003 15:29:38 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Dec 05 23:02:11 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213445-16034>; Fri, 5 Dec 2003 21:27:21 -0500
Received: from vl208-36.vmlocal.com ([216.21.208.36]) by ams.ftl.affinity.com
with ESMTP id <215190-16034>; Fri, 5 Dec 2003 21:25:53 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-36.vmlocal.com with SMTP; 05 Dec 2003 20:25:49 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 212205
From: Debt Consolidation <DebtConsolidation@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation212205@vmlocal.com>
Subject: Consolidate your debt into one easy payment!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec5.212553-0500_est.215190-16034+126128@ams.ftl.affinity.com>
Date:Fri, 5 Dec 2003 21:25:53 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Dec 05 23:02:11 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215749-16034>; Fri, 5 Dec
2003 21:27:21 -0500
Received: from vl208-36.vmlocal.com ([216.21.208.36]) by ams.ftl.affinity.com
with ESMTP id <213445-16027>; Fri, 5 Dec 2003 21:25:54 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-36.vmlocal.com with SMTP; 05 Dec 2003 20:25:49 -0600
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 212205
From: Debt Consolidation <DebtConsolidation@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation212205@vmlocal.com>
Subject: Consolidate your debt into one easy payment!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec5.212554-0500_est.213445-16027+127176@ams.ftl.affinity.com>
Date:Fri, 5 Dec 2003 21:25:53 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Dec 05 23:02:11 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <215073-16034>; Fri, 5 Dec 2003 21:27:21 -0500
Received: from vl208-36.vmlocal.com ([216.21.208.36]) by ams.ftl.affinity.com
with ESMTP id <219968-16034>; Fri, 5 Dec 2003 21:25:53 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-36.vmlocal.com with SMTP; 05 Dec 2003 20:25:49 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 212205
From: Debt Consolidation <DebtConsolidation@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation212205@vmlocal.com>
Subject: Consolidate your debt into one easy payment!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec5.212553-0500_est.219968-16034+126126@ams.ftl.affinity.com>
Date:Fri, 5 Dec 2003 21:25:52 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Dec 05 23:02:11 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213198-16034>; Fri, 5 Dec 2003 21:27:21 -0500
Received: from vl208-36.vmlocal.com ([216.21.208.36]) by ams.ftl.affinity.com
with ESMTP id <219965-16027>; Fri, 5 Dec 2003 21:25:50 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-36.vmlocal.com with SMTP; 05 Dec 2003 20:25:49 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 212205
From: Debt Consolidation <DebtConsolidation@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation212205@vmlocal.com>
Subject: Consolidate your debt into one easy payment!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec5.212550-0500_est.219965-16027+127174@ams.ftl.affinity.com>
Date:Fri, 5 Dec 2003 21:25:50 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Nov 28 18:51:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219595-14777>; Fri, 28 Nov 2003 19:58:03 -0500
Received: from vl208-74.vmlocal.com ([216.21.208.74]) by ams.ftl.affinity.com
with ESMTP id <219935-14773>; Fri, 28 Nov 2003 19:56:45 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-74.vmlocal.com with SMTP; 28 Nov 2003 18:56:43 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 207515
From: Debt Consolidation <DebtConsolidation@vmlocal.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation207515@vmlocal.com>
Subject: Pay all your bills in one easy payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov28.195645-0500_est.219935-14773+5072@ams.ftl.affinity.com>
Date:Fri, 28 Nov 2003 19:56:44 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Nov 27 22:07:43 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <221367-17827>; Fri, 28 Nov
2003 00:04:56 -0500
Received: from vl208-26.vmlocal.com ([216.21.208.26]) by ams.ftl.affinity.com
with ESMTP id <221425-17816>; Fri, 28 Nov 2003 00:04:20 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-26.vmlocal.com with SMTP; 27 Nov 2003 23:04:18 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 206832
From: Debt Consolidation <DebtConsolidation@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation206832@vmlocal.com>
Subject: All your bills. One easy payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov28.000420-0500_est.221425-17816+25424@ams.ftl.affinity.com>
Date:Fri, 28 Nov 2003 00:04:19 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Nov 26 18:59:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214232-317>; Wed, 26 Nov 2003 19:49:21 -0500
Received: from vl208-64.vmlocal.com ([216.21.208.64]) by ams.ftl.affinity.com
with ESMTP id <218201-322>; Wed, 26 Nov 2003 19:48:27 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-64.vmlocal.com with SMTP; 26 Nov 2003 18:48:26 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 206151
From: Debt Consolidation <DebtConsolidation@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation206151@vmlocal.com>
Subject: Consolidate your debt into one easy payment!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.194827-0500_est.218201-322+10152@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 19:48:26 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Nov 26 12:09:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <217316-16323>; Wed, 26 Nov 2003 13:50:41 -0500
Received: from vl208-62.vmlocal.com ([216.21.208.62]) by ams.ftl.affinity.com
with ESMTP id <216609-16330>; Wed, 26 Nov 2003 13:49:25 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-62.vmlocal.com with SMTP; 26 Nov 2003 12:49:25 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 206153
From: Debt Consolidation <DebtConsolidation@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation206153@vmlocal.com>
Subject: Consolidate your debt into one easy payment!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.134925-0500_est.216609-16330+4541@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 13:49:25 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Nov 26 08:59:19 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214602-21813>; Wed, 26 Nov 2003 10:49:05 -0500
Received: from vl208-57.vmlocal.com ([216.21.208.57]) by ams.ftl.affinity.com
with ESMTP id <215480-21819>; Wed, 26 Nov 2003 10:48:07 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-57.vmlocal.com with SMTP; 26 Nov 2003 09:48:06 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 206155
From: Debt Consolidation <DebtConsolidation@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation206155@vmlocal.com>
Subject: Put all your debt into one easy payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.104807-0500_est.215480-21819+4443@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 10:48:07 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Jan 24 13:16:20 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <238016-9518>; Sat, 24 Jan
2004 15:26:50 -0500
Received: from vm217-239.vmlocal.com ([216.21.217.239]) by
ams.ftl.affinity.com with ESMTP id <238262-9522>; Sat, 24 Jan 2004 15:26:07
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm217-239.vmlocal.com with SMTP; 24 Jan 2004 14:26:04 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 240732
From: Debt Consolidation <DebtConsolidation@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation240732@vmlocal.com>
Subject: Put all your debt into one easy payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan24.152607-0500_est.238262-9522+30487@ams.ftl.affinity.com>
Date:Sat, 24 Jan 2004 15:26:05 -0500
```



**From your house to your car. With us, the only thing you'll lose is your worrying.**

---

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Dec 02 16:04:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3573233-12424>; Tue, 2 Dec 2003 17:51:51 -0500
Received: from vm120.vmadmin.com ([216.64.222.120]) by ams.ftl.affinity.com
with ESMTP id <3573439-12419>; Tue, 2 Dec 2003 17:39:46 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm120.vmadmin.com with SMTP; 02 Dec 2003 16:38:02 -0600
X-ClientHost: 1020971211010641031111410011110119111114107115046099111109
X-MailingID: 209897
From: Debt Free <PutTheDebtAway@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Debt Free <PutTheDebtAway209897@replies.virtumundo.com>
Subject: Easy, Fast, & Free Help
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec2.173946-0500_est.3573439-12419+6618@ams.ftl.affinity.com>
Date:Tue, 2 Dec 2003 17:39:46 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Feb 06 21:54:36 2006
X-Persona: <Mila>
Return-Path: <mailcenter337336@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 7521 invoked from network); 6 Feb 2006 11:10:45 -0600
Received: from vm-177-8.vm-mail.com (206.82.177.8)
  by chiefmusician.net with SMTP; 6 Feb 2006 11:10:45 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-8.vm-mail.com with SMTP; 06 Feb 2006 11:10:33 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 337336
From: Debt Help <DebtHelp@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337336@vm-rewards.com>
Subject: What credit card companies don't want you to know
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**

 **PMB, 770 Sycamore Ave, Suite J, Vista, CA, 92081**



**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 06 09:33:12 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter337336@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 5440 invoked from network); 6 Feb 2006 11:10:43 -0600
Received: from vm-177-106.vm-mail.com (206.82.177.106)
  by gordonworks.com with SMTP; 6 Feb 2006 11:10:39 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-106.vm-mail.com with SMTP; 06 Feb 2006 11:10:26 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 337336
From: Debt Help <DebtHelp@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337336@vm-rewards.com>
Subject: What credit card companies don't want you to know
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**

          

 **PMB, 770 Sycamore Ave, Suite J, Vista, CA, 92081**



**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 06 09:31:21 2006
X-Persona: <Celia>
Return-Path: <mailcenter337336@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 19715 invoked from network); 6 Feb 2006 11:19:12 -0600
Received: from vm-182-176.vm-mail.com (206.82.182.176)
  by chiefmusician.net with SMTP; 6 Feb 2006 11:19:11 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-176.vm-mail.com with SMTP; 06 Feb 2006 11:18:57 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 337336
From: Debt Help <DebtHelp@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337336@vm-rewards.com>
Subject: What credit card companies don't want you to know
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link

 **PMB, 770 Sycamore Ave, Suite J, Vista, CA, 92081**



**If you can not see our footer image, please visit here.**

From ???@??? Wed Jul 06 10:19:12 2005
X-Persona: <Katie>
Return-Path: <mailcenter326406@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 06 Jul 2005 00:05:04 -0600
From: Debt Help <DebtHelp@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Advice on debt reduction
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=3.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42CB7490.2E0F069A"

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2605&e=katie@ehahome.com
  URI:http://ogy.cc/wonda/e_mail_01_01.gif
  URI:http://redirect.virtumundo.com/ct?i'2605&e=katie@ehahome.com
  URI:http://ogy.cc/wonda/e_mail_01_02.gif [...]

Content analysis details:   (8.3 points, 3.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY   BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 9121 invoked from network); 6 Jul 2005 00:05:04 -0600
Received: from vm-182-105.vm-mail.com (206.82.182.105)
  by xj4x4.net with SMTP; 6 Jul 2005 00:05:03 -0600
Received: from vm-mail.com (192.168.3.20)

```
   by vm-182-105.vm-mail.com with SMTP; 06 Jul 2005 01:04:07 -0500
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326406
From: Debt Help <DebtHelp@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326406@vm-rewards.com>
Subject: Advice on debt reduction
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Advice on debt
r.htm"
```

From ???@??? Wed Jul 06 10:19:12 2005
X-Persona: <Katie>
Return-Path: <mailcenter326406@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 06 Jul 2005 00:05:04 -0600
From: Debt Help <DebtHelp@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Advice on debt reduction
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=3.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42CB7490.2E0F069A"

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2605&e=katie@ehahome.com
  URI:http://ogy.cc/wonda/e_mail_01_01.gif
  URI:http://redirect.virtumundo.com/ct?i'2605&e=katie@ehahome.com
  URI:http://ogy.cc/wonda/e_mail_01_02.gif [...]

Content analysis details:   (8.3 points, 3.0 required)

 pts rule name                description
 ---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY   BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 9121 invoked from network); 6 Jul 2005 00:05:04 -0600
Received: from vm-182-105.vm-mail.com (206.82.182.105)
  by xj4x4.net with SMTP; 6 Jul 2005 00:05:03 -0600
Received: from vm-mail.com (192.168.3.20)

```
   by vm-182-105.vm-mail.com with SMTP; 06 Jul 2005 01:04:07 -0500
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326406
From: Debt Help <DebtHelp@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326406@vm-rewards.com>
Subject: Advice on debt reduction
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Advice on debt
r.htm"
```

```
From ???@??? Mon Feb 06 21:57:53 2006
X-Persona: <Mila>
Return-Path: <mailcenter337336@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 7521 invoked from network); 6 Feb 2006 11:10:45 -0600
Received: from vm-177-8.vm-mail.com (206.82.177.8)
   by chiefmusician.net with SMTP; 6 Feb 2006 11:10:45 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-8.vm-mail.com with SMTP; 06 Feb 2006 11:10:33 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 337336
From: Debt Help <DebtHelp@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337336@vm-rewards.com>
Subject: What credit card companies don't want you to know
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**

 **PMB, 770 Sycamore Ave, Suite J, Vista, CA, 92081**



**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Oct 24 11:22:48 2005
X-Persona: <hum>
Return-Path: <mailcenter331143@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 30049 invoked from network); 24 Oct 2005 10:19:08 -0600
Received: from vm-180-57.vm-mail.com (206.82.180.57)
  by itdidnotendright.com with SMTP; 24 Oct 2005 10:19:07 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-57.vm-mail.com with SMTP; 24 Oct 2005 11:18:55 -0500
X-ClientHost: 104117109064101104097104111109101046099111109
X-MailingID: 331143
From: Debt Reduction Professionals <DebtReductionProfessionals@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331143@vm-rewards.com>
Subject: *****SPAM***** Lessen your financial burden safely and legally
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.2 required=7.0 tests=CONSOLIDATE_DEBT,
    DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
    HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
    autolearn=no version=2.63
X-Spam-Report:
    *  1.0 DATE_MISSING Missing Date: header
    *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
    *  4.3 CONSOLIDATE_DEBT BODY: Consolidate debt, credit, or bills
    *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
    *  0.0 HTML_MESSAGE BODY: HTML included in message
    *  1.1 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
    *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
    *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
    *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Say bye-bye to bankruptcy!



A Division of Intermark Media.

On October 17, 2005, President Bush's Bankruptcy Abuse Prevention ?

Start your debt consolidation process today and take control of your life. **Free Debt Consolidation** will help you get started on the path to manage your finances. Our debt management program is an easy, secure way to become debt-free.

It starts with a simple **click** for a free evaluation.



**Visit here** for a free debt analysis from
FreeDebtConsolidation.

FreeDebtConsolidation is a division of Intermark Media. 2005 Intermark
Media, Inc. All Rights Reserved

Intermark Media, 6851 Jericho Turnpike, Syosset, NY, 11791

If you can not see our footer image, please visit here.

```
From ???@??? Wed Apr 12 10:42:36 2006
Return-Path: <mailcenter343306@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 14016 invoked from network); 12 Apr 2006 07:32:33 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
    by greatnorthwest-alpha.org with SMTP; 12 Apr 2006 07:32:32 -0600
Received: from vm-mail.com (10.0.0.42)
    by pkc-sb03 with SMTP; 12 Apr 2006 08:32:22 -0500
X-ClientHost: 11610606409711011610411111012109910110116114097108046099111109
X-MailingID: 343306
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343306@vm-rewards.com>
Subject: Arrange one affordable monthly payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





 **Debt Settlement USA 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254**

**If you can not see our footer image, please visit here.**

From ???@??? Wed Apr 12 10:42:35 2006
Return-Path: <mailcenter343306@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 11016 invoked from network); 12 Apr 2006 07:32:27 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by greatnorthwest-alpha.org with SMTP; 12 Apr 2006 07:32:24 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 12 Apr 2006 08:32:22 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 343306
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343306@vm-rewards.com>
Subject: Arrange one affordable monthly payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63


Images not loading? View this offer by visiting this link





 **Debt Settlement USA 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Apr 12 10:42:35 2006
Return-Path: <mailcenter343306@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 11905 invoked from network); 12 Apr 2006 07:32:28 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by greatnorthwest-alpha.org with SMTP; 12 Apr 2006 07:32:27 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 12 Apr 2006 08:32:22 -0500
X-ClientHost:
0991041170991070640971101161041111012109910111011611409710804609911109
X-MailingID: 343306
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343306@vm-rewards.com>
Subject: Arrange one affordable monthly payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





**Debt Settlement USA 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Apr 12 10:42:35 2006
Return-Path: <mailcenter343306@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 12609 invoked from network); 12 Apr 2006 07:32:29 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by greatnorthwest-alpha.org with SMTP; 12 Apr 2006 07:32:29 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 12 Apr 2006 08:32:22 -0500
X-ClientHost:
10010111909712111010106409711011610411110121099101110116114097108046099111109
X-MailingID: 343306
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343306@vm-rewards.com>
Subject: Arrange one affordable monthly payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





**Debt Settlement USA 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Apr 12 10:42:35 2006
Return-Path: <mailcenter343306@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 12989 invoked from network); 12 Apr 2006 07:32:32 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by greatnorthwest-alpha.org with SMTP; 12 Apr 2006 07:32:30 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 12 Apr 2006 08:32:22 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 343306
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343306@vm-rewards.com>
Subject: Arrange one affordable monthly payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**





 **Debt Settlement USA 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254**

**If you can not see our footer image, please visit here.**

From ???@??? Wed Apr 12 07:42:29 2006
X-Persona: <Mila>
Return-Path: <mailcenter343306@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 12 Apr 2006 07:14:00 -0600
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Arrange one affordable monthly payment.
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.6 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_443CFD18.77155D1C"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(2105&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(2105&e=mila@jammtomm.com
  URI:http://ogy.cc/assess/spacer.gif [...]

Content analysis details:   (9.6 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 15235 invoked from network); 12 Apr 2006 07:13:57 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by chiefmusician.net with SMTP; 12 Apr 2006 07:13:57 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 12 Apr 2006 08:13:56 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 343306

```
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343306@vm-rewards.com>
Subject: Arrange one affordable monthly payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Arrange
one affo5.htm"
```

```
From ???@??? Fri Apr 07 12:04:48 2006
Return-Path: <mailcenter341216@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 3713 invoked from network); 31 Mar 2006 04:33:05 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by celiajay.com with SMTP; 31 Mar 2006 04:33:05 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 31 Mar 2006 04:32:50 -0600
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 341216
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341216@vm-rewards.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *     [score: 0.5160]
        * 2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

**Images not loading? View this offer by visiting this link**



---



 **Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254**



       **If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 12:04:48 2006
Return-Path: <mailcenter341216@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 5280 invoked from network); 31 Mar 2006 04:33:10 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by celiajay.com with SMTP; 31 Mar 2006 04:33:09 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 31 Mar 2006 04:32:50 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991 11109
X-MailingID: 341216
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341216@vm-rewards.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
      * 1.9 DATE_MISSING Missing Date: header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.1 HTML_MESSAGE BODY: HTML included in message
      * 0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
      *     [score: 0.5160]
      * 2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      * 0.3 HTML_MIME_ONLY BODY: Message only has text/html MIME parts
      * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

**Images not loading? View this offer by visiting this link**



---

 **Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254**



**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 12:04:48 2006
Return-Path: <mailcenter341216@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 4480 invoked from network); 31 Mar 2006 04:33:08 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by celiajay.com with SMTP; 31 Mar 2006 04:33:06 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 31 Mar 2006 04:32:50 -0600
X-ClientHost:
100101119097121110101064097110116104111101210991011101161140971080460991111109
X-MailingID: 341216
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341216@vm-rewards.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5160]
        *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

**Images not loading? View this offer by visiting this link**



---



 **Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254**



         **If you can not see our footer image, please visit here.**

From ???@??? Fri Apr 07 12:04:48 2006
Return-Path: <mailcenter341216@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 6185 invoked from network); 31 Mar 2006 04:33:11 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by celiajay.com with SMTP; 31 Mar 2006 04:33:10 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 31 Mar 2006 04:32:50 -0600
X-ClientHost: 11610606409711011610411111012109910110101611409710804609911109
X-MailingID: 341216
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341216@vm-rewards.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5160]
        *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]


Images not loading? View this offer by visiting this link




_____

 Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254



        If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 07 12:04:48 2006
Return-Path: <mailcenter341216@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 2725 invoked from network); 31 Mar 2006 04:33:04 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by celiajay.com with SMTP; 31 Mar 2006 04:32:59 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 31 Mar 2006 04:32:50 -0600
X-ClientHost:
097110116064097110116104111101210991011101161140971080460991111109
X-MailingID: 341216
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341216@vm-rewards.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5160]
        *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 HTML_IMAGE_ONLY_02 BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

**Images not loading? View this offer by visiting this link**



---

 **Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254**



**If you can not see our footer image, please visit here.**

From ???@??? Sun Apr 02 17:17:10 2006
X-Persona: <Jay>
Return-Path: <mailcenter341216@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 15264 invoked from network); 31 Mar 2006 08:35:35 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by rcw19190020.com with SMTP; 31 Mar 2006 08:35:31 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 31 Mar 2006 08:34:49 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 341216
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341216@vm-rewards.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.1 required=7.0 tests=BAYES_80,BLANK_LINES_80_90,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
       * 1.9 DATE_MISSING Missing Date: header
       * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       * 0.1 HTML_MESSAGE BODY: HTML included in message
       * 1.7 BAYES_80 BODY: Bayesian spam probability is 80 to 90%
       *     [score: 0.8249]
       * 2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
       * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]


Images not loading? View this offer by visiting this link



---



 Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254



       If you can not see our footer image, please visit here.

```
From ???@??? Sat Apr 01 08:52:48 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter341216@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 16196 invoked from network); 31 Mar 2006 08:35:37 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by celiajay.com with SMTP; 31 Mar 2006 08:35:35 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 31 Mar 2006 08:34:54 -0600
X-ClientHost: 10611111006410609712110709712111511211208097099101046099111109
X-MailingID: 341216
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341216@vm-rewards.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.8 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *       [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link



---

 Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254



If you can not see our footer image, please visit here.

```
From ???@??? Fri Mar 31 15:22:15 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter341216@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 21089 invoked from network); 31 Mar 2006 08:28:04 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by xj4x4.net with SMTP; 31 Mar 2006 08:27:57 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 31 Mar 2006 08:27:54 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 341216
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341216@vm-rewards.com>
Subject: Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---



Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254

If you can not see our footer image, please visit here.

```
From ???@??? Fri Mar 31 15:19:52 2006
X-Persona: <Celia>
Return-Path: <mailcenter341216@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 20672 invoked from network); 31 Mar 2006 05:19:03 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by celiajay.com with SMTP; 31 Mar 2006 05:18:21 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 31 Mar 2006 05:16:49 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460099111109
X-MailingID: 341216
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341216@vm-rewards.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.8 required=7.0 tests=BLANK_LINES_80_90,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link



---

 **Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254**



        If you can not see our footer image, please visit here.

```
From ???@??? Fri Mar 31 09:46:44 2006
X-Persona: <Mila>
Return-Path: <mailcenter341216@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 31 Mar 2006 08:39:05 -0600
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *************
X-Spam-Status: Yes, hits=13.8 required=7.0 tests=BAYES_99,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_442D3F09.C002D7BB"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(0637&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(0637&e=mila@jammtomm.com
  URI:http://clickboc.com/ds/20/dontgiveup.gif [...]

Content analysis details:   (13.8 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 2.6 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
                  [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 17313 invoked from network); 31 Mar 2006 08:34:51 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)

```
   by ehahome.com with SMTP; 31 Mar 2006 08:34:45 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 31 Mar 2006 08:34:14 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 341216
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter  <mailcenter+341216@vm-rewards.com>
Subject: Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Arrange
one affo4.htm"
```

From ???@??? Mon Mar 27 20:31:41 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340730@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 23237 invoked from network); 25 Mar 2006 08:36:53 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by anthonycentral.com with SMTP; 25 Mar 2006 08:36:53 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 25 Mar 2006 08:36:38 -0600
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 340730
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340730@vm-rewards.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
       *  1.9 DATE_MISSING Missing Date: header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.1 HTML_MESSAGE BODY: HTML included in message
       *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
       *      [score: 0.5122]
       *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]


Images not loading? View this offer by visiting this link



---

Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254

       If you can not see our footer image, please visit here.

From ???@??? Mon Mar 27 20:31:41 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340730@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 22656 invoked from network); 25 Mar 2006 08:36:52 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by anthonycentral.com with SMTP; 25 Mar 2006 08:36:52 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 25 Mar 2006 08:36:38 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 340730
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340730@vm-rewards.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5122]
        *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]


Images not loading? View this offer by visiting this link



---

Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254

        If you can not see our footer image, please visit here.

From ???@??? Mon Mar 27 20:31:41 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340730@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 23874 invoked from network); 25 Mar 2006 08:36:55 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by anthonycentral.com with SMTP; 25 Mar 2006 08:36:53 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 25 Mar 2006 08:36:38 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 340730
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340730@vm-rewards.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5122]
        *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]


Images not loading? View this offer by visiting this link



---

Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254

        If you can not see our footer image, please visit here.

```
From ???@??? Mon Mar 27 20:31:41 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340730@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 25924 invoked from network); 25 Mar 2006 08:36:59 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by anthonycentral.com with SMTP; 25 Mar 2006 08:36:55 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 25 Mar 2006 08:36:38 -0600
X-ClientHost:
11509711010021064097110116104111110121099101110116114097108046099111109
X-MailingID: 340730
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340730@vm-rewards.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5122]
        *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link



---

Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254

        If you can not see our footer image, please visit here.

```
From ???@??? Mon Mar 27 20:31:41 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340730@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 27971 invoked from network); 25 Mar 2006 08:37:03 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by anthonycentral.com with SMTP; 25 Mar 2006 08:37:01 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 25 Mar 2006 08:36:38 -0600
X-ClientHost: 11610606409711011610411110121099101110116114097108046099111109
X-MailingID: 340730
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340730@vm-rewards.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
      * 1.9 DATE_MISSING Missing Date: header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.1 HTML_MESSAGE BODY: HTML included in message
      * 0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
      *     [score: 0.5122]
      * 2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

**Images not loading? View this offer by visiting this link**



---



 **Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254**



**If you can not see our footer image, please visit here.**

From ???@??? Mon Mar 27 20:28:46 2006
X-Persona: <Jay>
Return-Path: <mailcenter340730@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 9281 invoked from network); 25 Mar 2006 09:23:35 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by xj4x4.net with SMTP; 25 Mar 2006 09:23:35 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 25 Mar 2006 09:23:22 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 340730
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340730@vm-rewards.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.1 required=7.0 tests=BAYES_80,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 1.7 BAYES_80 BODY: Bayesian spam probability is 80 to 90%
        *     [score: 0.8265]
        * 2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        * 0.3 HTML_IMAGE_ONLY BODY: Message only has text/html MIME parts
        * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]


Images not loading? View this offer by visiting this link



---

Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254

        If you can not see our footer image, please visit here.

```
From ???@??? Mon Mar 27 20:23:37 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter340730@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 3362 invoked from network); 25 Mar 2006 09:21:58 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by celiajay.com with SMTP; 25 Mar 2006 09:21:58 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 25 Mar 2006 09:21:44 -0600
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460
99111109
X-MailingID: 340730
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340730@vm-rewards.com>
Subject: Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---



**Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Mar 27 20:22:48 2006
X-Persona: <Celia>
Return-Path: <mailcenter340730@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 27137 invoked from network); 25 Mar 2006 09:27:07 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by gordonworks.com with SMTP; 25 Mar 2006 09:27:07 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 25 Mar 2006 09:26:54 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460 99111109
X-MailingID: 340730
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340730@vm-rewards.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.8 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link



---

 Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254



        If you can not see our footer image, please visit here.

```
From ???@??? Sun Mar 26 17:57:11 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter340730@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 9315 invoked from network); 25 Mar 2006 09:23:35 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by anthonycentral.com with SMTP; 25 Mar 2006 09:23:35 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 25 Mar 2006 09:23:22 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 340730
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340730@vm-rewards.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.8 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link



---

 Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254



    If you can not see our footer image, please visit here.

From ???@??? Sat Mar 25 19:23:54 2006
X-Persona: <Mila>
Return-Path: <mailcenter340730@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sat, 25 Mar 2006 09:23:24 -0600
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *************
X-Spam-Status: Yes, hits=13.8 required=7.0 tests=BAYES_99,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4425606C.F195CA11"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(0259&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(0259&e=mila@jammtomm.com
  URI:http://clickboc.com/ds/20/dontgiveup.gif [...]

Content analysis details:   (13.8 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 2.6 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
                [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 3776 invoked from network); 25 Mar 2006 09:23:22 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)

```
  by xj4x4.net with SMTP; 25 Mar 2006 09:23:22 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 25 Mar 2006 09:23:10 -0600
X-ClientHost: 1091051080970641060971091091161111091090460991111109
X-MailingID: 340730
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340730@vm-rewards.com>
Subject: Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Arrange
one affo3.htm"
```

From ???@??? Sat Mar 18 21:27:19 2006
X-Persona: <Mila>
Return-Path: <mailcenter340076@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 16 Mar 2006 03:57:29 -0600
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *************
X-Spam-Status: Yes, hits=13.8 required=7.0 tests=BAYES_99,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44193689.F849917D"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9897&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'9897&e=mila@jammtomm.com
  URI:http://clickboc.com/ds/20/dontgiveup.gif [...]

Content analysis details:   (13.8 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 2.6 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
                            [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 32579 invoked from network); 16 Mar 2006 03:57:27 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)

```
  by itdidnotendright.com with SMTP; 16 Mar 2006 03:57:25 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 16 Mar 2006 03:57:12 -0600
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 340076
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340076@vm-rewards.com>
Subject: Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Arrange
one affo2.htm"
```

From ???@??? Thu Mar 16 15:26:07 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340076@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 7335 invoked from network); 16 Mar 2006 03:39:23 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by omniinnovations.com with SMTP; 16 Mar 2006 03:39:23 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 16 Mar 2006 03:39:01 -0600
X-ClientHost: 11610606409711011610411111012109910111011611409710804609911109
X-MailingID: 340076
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340076@vm-rewards.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5204]
        *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]


Images not loading? View this offer by visiting this link



_____



 Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254



        If you can not see our footer image, please visit here.

From ???@??? Thu Mar 16 15:26:07 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340076@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 3587 invoked from network); 16 Mar 2006 03:39:15 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by omniinnovations.com with SMTP; 16 Mar 2006 03:39:14 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 16 Mar 2006 03:39:00 -0600
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 340076
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340076@vm-rewards.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
      *      [score: 0.5204]
      *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]


Images not loading? View this offer by visiting this link



---

 Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254



      If you can not see our footer image, please visit here.

```
From ???@??? Thu Mar 16 15:26:07 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340076@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 4676 invoked from network); 16 Mar 2006 03:39:16 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by omniinnovations.com with SMTP; 16 Mar 2006 03:39:15 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 16 Mar 2006 03:39:00 -0600
X-ClientHost:
0991041170991070640971101161041111101210991011101161140971080460991111109
X-MailingID: 340076
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340076@vm-rewards.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
      *      [score: 0.5204]
      *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link



---

Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254

      If you can not see our footer image, please visit here.

From ???@??? Thu Mar 16 15:26:07 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340076@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 5344 invoked from network); 16 Mar 2006 03:39:17 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by omniinnovations.com with SMTP; 16 Mar 2006 03:39:16 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 16 Mar 2006 03:39:01 -0600
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710804609911109
X-MailingID: 340076
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340076@vm-rewards.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5204]
        *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]


Images not loading? View this offer by visiting this link



---


Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254


        If you can not see our footer image, please visit here.

```
From ???@??? Thu Mar 16 15:26:07 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340076@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 6531 invoked from network); 16 Mar 2006 03:39:22 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by omniinnovations.com with SMTP; 16 Mar 2006 03:39:17 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 16 Mar 2006 03:39:01 -0600
X-ClientHost:
1150971101001210640971101161041111101210991011101161140971080460991111109
X-MailingID: 340076
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340076@vm-rewards.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
      *      [score: 0.5204]
      *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link



---



Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254



        If you can not see our footer image, please visit here.

From ???@??? Thu Mar 16 15:10:23 2006
X-Persona: <Jay>
Return-Path: <mailcenter340076@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 12609 invoked from network); 16 Mar 2006 03:57:45 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by rcw19190020.com with SMTP; 16 Mar 2006 03:57:45 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 16 Mar 2006 03:57:28 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 340076
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340076@vm-rewards.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.1 required=7.0 tests=BAYES_80,BLANK_LINES_80_90,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
       * 1.9 DATE_MISSING Missing Date: header
       * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       * 0.1 HTML_MESSAGE BODY: HTML included in message
       * 1.7 BAYES_80 BODY: Bayesian spam probability is 80 to 90%
       *     [score: 0.8637]
       * 2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
       * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       * 0.3 HTML_IMAGE_ONLY_02 BODY: Message only has text/html MIME parts
       * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]


Images not loading? View this offer by visiting this link



---

Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254

       If you can not see our footer image, please visit here.

From ???@??? Thu Mar 16 15:02:51 2006
X-Persona: <Celia>
Return-Path: <mailcenter340076@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 24386 invoked from network); 16 Mar 2006 04:16:48 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaykaysplace.com with SMTP; 16 Mar 2006 04:16:48 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 16 Mar 2006 04:16:36 -0600
X-ClientHost: 0991011081050970640991011081050971060971211046099111109
X-MailingID: 340076
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340076@vm-rewards.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.8 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]


Images not loading? View this offer by visiting this link



---

Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254

      If you can not see our footer image, please visit here.

```
From ???@??? Thu Mar 16 15:02:45 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter340076@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 16832 invoked from network); 16 Mar 2006 03:54:53 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by omniinnovations.com with SMTP; 16 Mar 2006 03:54:49 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 16 Mar 2006 03:54:36 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 340076
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340076@vm-rewards.com>
Subject: Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---



**Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254**

If you can not see our footer image, please visit here.

```
From ???@??? Thu Mar 16 10:23:40 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter340076@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 12193 invoked from network); 16 Mar 2006 03:57:45 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by clrobin.com with SMTP; 16 Mar 2006 03:57:43 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 16 Mar 2006 03:57:30 -0600
X-ClientHost: 10611111006410609712110709712111511211208097099101046099111109
X-MailingID: 340076
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340076@vm-rewards.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.8 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link



---

Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254

If you can not see our footer image, please visit here.

From ???@??? Fri Mar 10 10:28:37 2006
X-Persona: <Mila>
Return-Path: <mailcenter339714@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 08 Mar 2006 21:49:44 -0600
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ************
X-Spam-Status: Yes, hits=12.3 required=7.0 tests=BAYES_99,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_440FA5D8.6F7795DD"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9597&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'9597&e=mila@jammtomm.com
  URI:http://clickboc.com/ds/20/dontgiveup.gif [...]

Content analysis details:   (12.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 2.6 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 10694 invoked from network); 8 Mar 2006 21:49:40 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by jaykaysplace.com with SMTP; 8 Mar 2006 21:49:39 -0600
Received: from vm-mail.com (10.0.0.42)

```
  by pkc-sb03 with SMTP; 08 Mar 2006 21:49:27 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 339714
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339714@vm-rewards.com>
Subject: Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Arrange
one affo1.htm"
```

```
From ???@??? Thu Mar 09 11:19:35 2006
X-Persona: <Jay>
Return-Path: <mailcenter339714@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 9635 invoked from network); 8 Mar 2006 21:49:52 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by omniinnovations.com with SMTP; 8 Mar 2006 21:49:51 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 08 Mar 2006 21:49:34 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 339714
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339714@vm-rewards.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254

      If you can not see our footer image, please visit here.

```
From ???@??? Thu Mar 09 11:17:08 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter339714@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 5928 invoked from network); 8 Mar 2006 21:48:30 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by ehahome.com with SMTP; 8 Mar 2006 21:48:29 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 08 Mar 2006 21:48:17 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 339714
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339714@vm-rewards.com>
Subject: Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---



**Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254**

If you can not see our footer image, please visit here.

```
From ???@??? Thu Mar 09 11:15:46 2006
X-Persona: <Celia>
Return-Path: <mailcenter339714@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 5345 invoked from network); 8 Mar 2006 22:08:12 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by gordonworks.com with SMTP; 8 Mar 2006 22:08:12 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 08 Mar 2006 22:07:56 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 339714
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339714@vm-rewards.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.8 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link



---

 Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254



If you can not see our footer image, please visit here.

```
From ???@??? Thu Mar 09 10:38:35 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter339714@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 3650 invoked from network); 8 Mar 2006 21:49:47 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by clrobin.com with SMTP; 8 Mar 2006 21:49:47 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 08 Mar 2006 21:49:34 -0600
X-ClientHost: 10611111006410609712110709712115112108097099101046099111109
X-MailingID: 339714
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339714@vm-rewards.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



 Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254



        If you can not see our footer image, please visit here.

```
From ???@??? Wed Mar 08 22:41:57 2006
X-Persona: <RCW>
Return-Path: <mailcenter339714@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 17987 invoked from network); 8 Mar 2006 21:30:49 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by ehahome.com with SMTP; 8 Mar 2006 21:30:44 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 08 Mar 2006 21:30:31 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 339714
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339714@vm-rewards.com>
Subject: Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---



Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254

If you can not see our footer image, please visit here.

From ???@??? Sun Mar 05 12:04:25 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter339402@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 30406 invoked from network); 3 Mar 2006 18:41:09 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by itdidnotendright.com with SMTP; 3 Mar 2006 18:41:04 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 03 Mar 2006 18:40:49 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 339402
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339402@vm-rewards.com>
Subject: Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link



---



Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254

        If you can not see our footer image, please visit here.

From ???@??? Sun Mar 05 12:02:50 2006
X-Persona: <Jay>
Return-Path: <mailcenter339402@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 19014 invoked from network); 3 Mar 2006 18:43:13 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by anthonycentral.com with SMTP; 3 Mar 2006 18:43:11 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 03 Mar 2006 18:42:49 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 339402
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339402@vm-rewards.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset


Images not loading? View this offer by visiting this link



---

Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254

        If you can not see our footer image, please visit here.

From ???@??? Sun Mar 05 12:02:40 2006
X-Persona: <Celia>
Return-Path: <mailcenter339402@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 9377 invoked from network); 3 Mar 2006 18:07:20 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by gordonworks.com with SMTP; 3 Mar 2006 18:07:19 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 03 Mar 2006 18:07:08 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 339402
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339402@vm-rewards.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.8 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]


Images not loading? View this offer by visiting this link



---

Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254

        If you can not see our footer image, please visit here.

```
From ???@??? Sun Mar 05 09:29:03 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter339402@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 28259 invoked from network); 4 Mar 2006 19:04:01 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 4 Mar 2006 19:04:01 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 03 Mar 2006 18:42:15 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010 46099111109
X-MailingID: 339402
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339402@vm-rewards.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.8 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link



---

Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254

        If you can not see our footer image, please visit here.

```
From ???@??? Sat Mar 04 14:42:11 2006
X-Persona: <Mila>
Return-Path: <mailcenter339402@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Fri, 03 Mar 2006 18:43:09 -0600
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Arrange one affordable monthly payment
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4408E29D.93624DE3"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9467&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'9467&e=mila@jammtomm.com
  URI:http://clickboc.com/ds/20/dontgiveup.gif [...]

Content analysis details:   (8.5 points, 7.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING         Missing Date: header
 2.8 X_MAIL_ID_PRESENT    Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE         BODY: HTML included in message
 1.5 BLANK_LINES_80_90    BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80           BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY       BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02   BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 15813 invoked from network); 3 Mar 2006 18:43:01 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by gordonworks.com with SMTP; 3 Mar 2006 18:43:00 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 03 Mar 2006 18:42:37 -0600

```
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 339402
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339402@vm-rewards.com>
Subject: Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Arrange
one affo.htm"
```

From ???@??? Sat Mar 04 14:37:57 2006
X-Persona: <Mila>
Return-Path: <mailcenter339232@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 01 Mar 2006 11:29:10 -0600
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Don't miss out on your chance to get a grant
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4405D9E6.807CD914"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9273&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'9273&e=mila@jammtomm.com
  URI:http://clickboc.com/gsa/10/gsa_freecd_2_updated.gif [...]

Content analysis details:   (8.5 points, 7.0 required)

 pts rule name              description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 1.5 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 15234 invoked from network); 1 Mar 2006 11:29:07 -0600
Received: from vm-181-155.vm-mail.com (206.82.181.155)
  by rcw19190020.com with SMTP; 1 Mar 2006 11:29:07 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-155.vm-mail.com with SMTP; 01 Mar 2006 11:28:51 -0600

```
X-ClientHost: 10910510809706410609710910911611111091090460991111109
X-MailingID: 339232
From:  Debt Settlement <DebtSettlement@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339232@vm-rewards.com>
Subject: Don't miss out on your chance to get a grant
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Don't miss
out o.htm"
```

From ???@??? Fri Mar 03 17:36:04 2006
X-Persona: <RCW>
Return-Path: <mailcenter339402@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 5893 invoked from network); 3 Mar 2006 18:08:34 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by xj4x4.net with SMTP; 3 Mar 2006 18:08:34 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 03 Mar 2006 18:08:21 -0600
X-ClientHost: 1061051090641140991190490570490570480480480480480480480480480460099111109
X-MailingID: 339402
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339402@vm-rewards.com>
Subject: Arrange one affordable monthly payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link



---



Debt Settlement USA, 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254

If you can not see our footer image, please visit here.

```
From ???@??? Wed Apr 12 12:07:27 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter343306@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 21856 invoked from network); 12 Apr 2006 07:14:12 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by clrobin.com with SMTP; 12 Apr 2006 07:14:10 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 12 Apr 2006 08:14:09 -0500
X-ClientHost: 10611111006410609712110709712111511212108097099101046099111109
X-MailingID: 343306
From: Debt Settlement <DebtSettlement@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343306@vm-rewards.com>
Subject: Arrange one affordable monthly payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**





 **Debt Settlement USA 7047 E. Greenway Pkwy #240 Scottsdale, AZ 85254**

**If you can not see our footer image, please visit here.**

From ???@??? Fri Oct 31 20:58:39 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216844-5221>; Fri, 31 Oct 2003 22:10:25 -0500
Received: from vl208-40.vmlocal.com ([216.21.208.40]) by ams.ftl.affinity.com
with ESMTP id <216848-5213>; Fri, 31 Oct 2003 22:09:51 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-40.vmlocal.com with SMTP; 31 Oct 2003 21:09:49 -0600
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 183968
From: Deck <QualityDeckCenters183968@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Deck <QualityDeckCenters183968@vmlocal.com>
Subject: Make your deck stand out.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct31.220951-0500_est.216848-5213+29541@ams.ftl.affinity.com>
Date:Fri, 31 Oct 2003 22:09:51 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Feb 12 14:20:54 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <3671960-16737>; Thu, 12 Feb 2004 16:42:54 -0500
Received: from vm208-36.adknow-net.com ([216.21.208.36]) by
ams.ftl.affinity.com with ESMTP id <3672846-22525>; Thu, 12 Feb 2004 16:42:16
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-36.adknow-net.com with SMTP; 12 Feb 2004 15:42:09 -0600
X-ClientHost:
1060971091051080970641031111141001111101191111141071150460991111109
X-MailingID: 369743
From: Deck <QualityDeckCenters@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return369743@replies.adknow-net.com
Subject: Make your deck stand out.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb12.164216-0500_est.3672846-22525+941@ams.ftl.affinity.com>
Date:Thu, 12 Feb 2004 16:42:16 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Jan 25 15:18:15 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <330406-19009>; Sun, 25 Jan 2004 15:36:53 -0500
Received: from vm208-57.adknow-net.com by
ams.ftl.affinity.com with ESMTP id <330917-19015>; Sun, 25 Jan 2004 15:35:59
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-57.adknow-net.com with SMTP; 25 Jan 2004 14:35:53 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 349929
From: Deck <QualityDeckCenters@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return349929@replies.adknow-net.com
Subject: Get all decked out.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan25.153559-0500_est.330917-19015+30157@ams.ftl.affinity.com>
Date:Sun, 25 Jan 2004 15:35:59 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Feb 12 20:59:40 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <724706-1836>; Thu, 12 Feb 2004 23:32:20 -0500
Received: from vm208-77.adknow-net.com ([216.21.208.77]) by
ams.ftl.affinity.com with ESMTP id <1249233-1833>; Thu, 12 Feb 2004 23:31:09
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-77.adknow-net.com with SMTP; 12 Feb 2004 22:31:01 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 368879
From: Deck <QualityDeckCenters@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return368879@replies.adknow-net.com
Subject: Improve your deck now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb12.233109-0500_est.1249233-1833+12132@ams.ftl.affinity.com>
Date:Thu, 12 Feb 2004 23:31:08 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Nov 26 14:29:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <220402-16322>; Wed, 26 Nov
2003 16:21:08 -0500
Received: from vm103.vmadmin.com ([216.64.222.103]) by ams.ftl.affinity.com
with ESMTP id <217027-16322>; Wed, 26 Nov 2003 16:19:32 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm103.vmadmin.com with SMTP; 26 Nov 2003 15:19:26 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 205810
From: Defender Security <ProtectYourHome@vmadmin.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Defender Security <ProtectYourHome205810@replies.virtumundo.com>
Subject: Protection from crime, fire, & medical emergencies
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.161932-0500_est.217027-16322+5922@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 16:19:31 -0500



## A burglar breaks into a home every 14 seconds.*

Sound scary? It's even scarier when you think it often happens when people are **home.**

Home security systems help deter burglars who look for a quick and easy break-in. Help keep your family safe and help protect your home from theft with one of America's leading installers of home security systems.

### Act now and receive:



* Source: FBI Crime in the U.S., 2001
**$99.00 Customer Installation Charge. 36-Month Monitoring Agreement required at $32.99 per month ($1,187.64). Form of payment must be by credit card or electronic charge to your checking or savings account. Offer applies to homeowners only. Local permit fees may be required. Satisfactory credit history required. Certain restrictions may apply. Offer valid for new customers only. Other rate plans available. Cannot be combined with any other offer. Systems may be installed by affiliates of Defender SecurityTM.

License Information: AL 02-715, 02-460, 02-716; AR E-97-007; AZ ROC136244; CA ACO5567, 3100 OAK Road suite 380 Walnut Creek CA 94597; CT Registered with the State of Connecticut E1-188143; DE 02-54127-95; FL EFA00112, 20000325, G-0000163; GA LA-205022; IL 128000104, 128000169; IN 45969; LA BF-1059, BF-537; MA A17155; MD 107-602; MI BA1310 32985 Hamilton Court Suite 202 Farmington Hills MI 48334; MN CC01251; MO C-1421; NC 624CSA, BNP-004515P6; NM 61675; NV 0047903, 3167 W. Tompkins Ave. Las Vegas NV 89103; NY 12000168650, 2213198, 12000258005 Licensed by NYS Dept. of State; OH 50-315, 2213198; OK 576; OR 37-836CEP; PA 2213198; RI 2292569; SC BA-5046; TN C-760, C-589; TX B-8720 3838 NW 36th Oklahoma City OK 73112; VA 11-2366, 388559; WA GAYLOII55JG; WV 2213198

---

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Oct 09 18:54:13 2005
X-Persona: <Indi>
Return-Path: <mailcenter330370@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 04 Oct 2005 23:21:39 -0600
From: Degree Choices <DegreeChoices@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** We found the best online colleges
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.8 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
        HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_434362E3.38C7BB48"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://v1.cc/virt_2005/header1.gif
  URI:http://v1.cc/virt_2005/header2.gif
  URI:http://v1.cc/virt_2005/index_03.gif
  URI:http://redirect.virtumundo.com/ct?i'4470&e=indi@jammtomm.com
  URI:http://v1.cc/virt_2005/index_04.jpg [...]

Content analysis details:   (8.8 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.4 HTML_FONT_INVISIBLE    BODY: HTML font color is same as background
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 23304 invoked from network); 4 Oct 2005 23:21:38 -0600
Received: from vm-183-188.vm-mail.com (206.82.183.188)
  by gordonworks.com with SMTP; 4 Oct 2005 23:21:38 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-183-188.vm-mail.com with SMTP; 05 Oct 2005 00:21:38 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330370
From: Degree Choices <DegreeChoices@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330370@vm-rewards.com>
Subject: We found the best online colleges
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM We found
the bes2.htm"
```

From ???@??? Sun Oct 09 18:54:13 2005
X-Persona: <Indi>
Return-Path: <mailcenter330370@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 04 Oct 2005 23:21:39 -0600
From: Degree Choices <DegreeChoices@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** We found the best online colleges
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.8 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
        HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_434362E3.38C7BB48"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://v1.cc/virt_2005/header1.gif
  URI:http://v1.cc/virt_2005/header2.gif
  URI:http://v1.cc/virt_2005/index_03.gif
  URI:http://redirect.virtumundo.com/ct?i'4470&e=indi@jammtomm.com
  URI:http://v1.cc/virt_2005/index_04.jpg [...]

Content analysis details:   (8.8 points, 7.0 required)

 pts rule name               description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 0.4 HTML_FONT_INVISIBLE     BODY: HTML font color is same as background
 0.1 HTML_FONTCOLOR_RED      BODY: HTML font color is red
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 23304 invoked from network); 4 Oct 2005 23:21:38 -0600
Received: from vm-183-188.vm-mail.com (206.82.183.188)
  by gordonworks.com with SMTP; 4 Oct 2005 23:21:38 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-183-188.vm-mail.com with SMTP; 05 Oct 2005 00:21:38 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330370
From: Degree Choices <DegreeChoices@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330370@vm-rewards.com>
Subject: We found the best online colleges
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM We found
the bes2.htm"
```

```
From ???@??? Fri Oct 07 10:55:22 2005
X-Persona: <hum>
Return-Path: <mailcenter330370@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 28195 invoked from network); 4 Oct 2005 23:25:40 -0600
Received: from vm-182-55.vm-mail.com (206.82.182.55)
  by anthonycentral.com with SMTP; 4 Oct 2005 23:25:40 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-55.vm-mail.com with SMTP; 05 Oct 2005 00:25:38 -0500
X-ClientHost: 10411710906410110409710411110910104609911109
X-MailingID: 330370
From: Degree Choices <DegreeChoices@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330370@vm-rewards.com>
Subject: *****SPAM***** We found the best online colleges
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.8 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
      HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.4 HTML_FONT_INVISIBLE BODY: HTML font color is same as background
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```





If you want a quality online degree from a respected college, you have two choices.

QuinStreet, Inc. 1051 E. Hillsdale Avenue Foster City, CA 94404

```
From ???@??? Tue Sep 20 16:43:49 2005
X-Persona: <Indi>
Return-Path: <mailcenter329825@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Mon, 19 Sep 2005 20:15:44 -0600
From: Degree Choices <DegreeChoices@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** We found the best online colleges
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.8 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
       HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_432F70D0.1DBF0071"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://v1.cc/virt_2005/header1.gif
  URI:http://v1.cc/virt_2005/header2.gif
  URI:http://v1.cc/virt_2005/index_03.gif
  URI:http://redirect.virtumundo.com/ct?i'4204&e=indi@jammtomm.com
  URI:http://v1.cc/virt_2005/index_04.jpg [...]

Content analysis details:   (8.8 points, 7.0 required)

 pts rule name                description
---- --------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN   BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 0.4 HTML_FONT_INVISIBLE      BODY: HTML font color is same as background
 0.1 HTML_FONTCOLOR_RED       BODY: HTML font color is red
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL              RBL: Received via a relay in Spamhaus Block List
                      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 29030 invoked from network); 19 Sep 2005 20:15:44 -0600
Received: from vm-182-160.vm-mail.com (206.82.182.160)
  by anthonycentral.com with SMTP; 19 Sep 2005 20:15:44 -0600
```

```
Received: from vm-mail.com (192.168.3.20)
  by vm-182-160.vm-mail.com with SMTP; 19 Sep 2005 21:15:41 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 329825
From: Degree Choices <DegreeChoices@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329825@vm-rewards.com>
Subject: We found the best online colleges
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM We found
the bes1.htm"
```

```
From ???@??? Mon Sep 12 10:19:57 2005
X-Persona: <Indi>
Return-Path: <mailcenter329487@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
     with SpamAssassin (2.63 2004-01-11);
     Sat, 10 Sep 2005 17:02:55 -0600
From: Degree Choices <DegreeChoices@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** We found the best online colleges
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.8 required=7.0 tests=DATE_MISSING,
     HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
     HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
     RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4323661F.CC014E7F"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://v1.cc/virt_2005/header1.gif
  URI:http://v1.cc/virt_2005/header2.gif
  URI:http://v1.cc/virt_2005/index_03.gif
  URI:http://redirect.virtumundo.com/ct?i'4042&e=indi@jammtomm.com
  URI:http://v1.cc/virt_2005/index_04.jpg [...]

Content analysis details:   (8.8 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 0.4 HTML_FONT_INVISIBLE     BODY: HTML font color is same as background
 0.1 HTML_FONTCOLOR_RED      BODY: HTML font color is red
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 31298 invoked from network); 10 Sep 2005 17:02:54 -0600
Received: from vm-180-242.vm-mail.com (206.82.180.242)
  by celiajay.com with SMTP; 10 Sep 2005 17:02:52 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-180-242.vm-mail.com with SMTP; 10 Sep 2005 18:02:50 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 329487
From: Degree Choices <DegreeChoices@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329487@vm-rewards.com>
Subject: We found the best online colleges
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM We found
the bes.htm"
```

```
From ???@??? Wed Jul 06 10:17:19 2005
X-Persona: <Katie>
Return-Path: <mailcenter327006@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
       with SpamAssassin (2.63 2004-01-11);
       Sat, 02 Jul 2005 04:45:07 -0600
From: Degree Choices <DegreeChoices@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** We found the best online colleges
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.8 required=3.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
       HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42C67033.65E2FD02"
```

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://v1.cc/virt_2005/header1.gif
  URI:http://v1.cc/virt_2005/header2.gif
  URI:http://v1.cc/virt_2005/index_03.gif
  URI:http://redirect.virtumundo.com/ct?i'2905&e=katie@ehahome.com
  URI:http://v1.cc/virt_2005/index_04.jpg [...]

Content analysis details:   (8.8 points, 3.0 required)

 pts rule name                description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 0.4 HTML_FONT_INVISIBLE     BODY: HTML font color is same as background
 0.1 HTML_FONTCOLOR_RED      BODY: HTML font color is red
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 8032 invoked from network); 2 Jul 2005 04:45:07 -0600
Received: from vm-177-19.vm-mail.com (206.82.177.19)
  by celiajay.com with SMTP; 2 Jul 2005 04:45:06 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-177-19.vm-mail.com with SMTP; 02 Jul 2005 10:45:04 +0000
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 327006
From: Degree Choices <DegreeChoices@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+327006@vm-rewards.com>
Subject: We found the best online colleges
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM We found the
bes1.htm"
```

From ???@??? Wed Jul 06 10:17:19 2005
X-Persona: <Katie>
Return-Path: <mailcenter327006@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Sat, 02 Jul 2005 04:45:07 -0600
From: Degree Choices <DegreeChoices@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** We found the best online colleges
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.8 required=3.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
      HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42C67033.65E2FD02"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://v1.cc/virt_2005/header1.gif
  URI:http://v1.cc/virt_2005/header2.gif
  URI:http://v1.cc/virt_2005/index_03.gif
  URI:http://redirect.virtumundo.com/ct?i'2905&e=katie@ehahome.com
  URI:http://v1.cc/virt_2005/index_04.jpg [...]

Content analysis details:   (8.8 points, 3.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 0.4 HTML_FONT_INVISIBLE     BODY: HTML font color is same as background
 0.1 HTML_FONTCOLOR_RED      BODY: HTML font color is red
 2.2 HTML_IMAGE_ONLY_02      BODY: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 8032 invoked from network); 2 Jul 2005 04:45:07 -0600
Received: from vm-177-19.vm-mail.com (206.82.177.19)
  by celiajay.com with SMTP; 2 Jul 2005 04:45:06 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-177-19.vm-mail.com with SMTP; 02 Jul 2005 10:45:04 +0000
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 327006
From: Degree Choices <DegreeChoices@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+327006@vm-rewards.com>
Subject: We found the best online colleges
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM We found the
bes1.htm"
```

From ???@??? Wed Jun 29 16:43:34 2005
X-Persona: <Katie>
Return-Path: <mailcenter326732@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 29 Jun 2005 07:52:35 -0600
From: Degree Choices <DegreeChoices@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** We found the best online colleges
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.8 required=3.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
        HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42C2A7A3.C9079C64"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://v1.cc/virt_2005/header1.gif
  URI:http://v1.cc/virt_2005/header2.gif
  URI:http://v1.cc/virt_2005/index_03.gif
  URI:http://redirect.virtumundo.com/ct?i'2752&e=katie@ehahome.com
  URI:http://v1.cc/virt_2005/index_04.jpg [...]

Content analysis details:   (8.8 points, 3.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 0.4 HTML_FONT_INVISIBLE     BODY: HTML font color is same as background
 0.1 HTML_FONTCOLOR_RED      BODY: HTML font color is red
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 23268 invoked from network); 29 Jun 2005 07:52:35 -0600
Received: from vm-182-77.vm-mail.com (206.82.182.77)
  by ehahome.com with SMTP; 29 Jun 2005 07:52:34 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-182-77.vm-mail.com with SMTP; 29 Jun 2005 08:51:41 -0500
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326732
From: Degree Choices <DegreeChoices@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326732@vm-rewards.com>
Subject: We found the best online colleges
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM We found the
bes.htm"
```

From ???@??? Wed Jun 29 16:43:34 2005
X-Persona: <Katie>
Return-Path: <mailcenter326732@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 29 Jun 2005 07:52:35 -0600
From: Degree Choices <DegreeChoices@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** We found the best online colleges
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.8 required=3.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
        HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42C2A7A3.C9079C64"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://v1.cc/virt_2005/header1.gif
  URI:http://v1.cc/virt_2005/header2.gif
  URI:http://v1.cc/virt_2005/index_03.gif
  URI:http://redirect.virtumundo.com/ct?i'2752&e=katie@ehahome.com
  URI:http://v1.cc/virt_2005/index_04.jpg [...]

Content analysis details:   (8.8 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.4 HTML_FONT_INVISIBLE    BODY: HTML font color is same as background
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 23268 invoked from network); 29 Jun 2005 07:52:35 -0600
Received: from vm-182-77.vm-mail.com (206.82.182.77)
  by ehahome.com with SMTP; 29 Jun 2005 07:52:34 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-182-77.vm-mail.com with SMTP; 29 Jun 2005 08:51:41 -0500
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326732
From: Degree Choices <DegreeChoices@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326732@vm-rewards.com>
Subject: We found the best online colleges
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM We found the
bes.htm"
```

```
From ???@??? Tue Oct 11 18:17:41 2005
X-Persona: <Indi>
Return-Path: <mailcenter330370@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Tue, 04 Oct 2005 23:21:39 -0600
From: Degree Choices <DegreeChoices@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** We found the best online colleges
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.8 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
      HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_434362E3.38C7BB48"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://v1.cc/virt_2005/header1.gif
  URI:http://v1.cc/virt_2005/header2.gif
  URI:http://v1.cc/virt_2005/index_03.gif
  URI:http://redirect.virtumundo.com/ct?i'4470&e=indi@jammtomm.com
  URI:http://v1.cc/virt_2005/index_04.jpg [...]

Content analysis details:   (8.8 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.4 HTML_FONT_INVISIBLE    BODY: HTML font color is same as background
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                  [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 23304 invoked from network); 4 Oct 2005 23:21:38 -0600
Received: from vm-183-188.vm-mail.com (206.82.183.188)
  by gordonworks.com with SMTP; 4 Oct 2005 23:21:38 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-183-188.vm-mail.com with SMTP; 05 Oct 2005 00:21:38 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330370
From: Degree Choices <DegreeChoices@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330370@vm-rewards.com>
Subject: We found the best online colleges
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM We found
the bes3.htm"
```

```
From ???@??? Fri Apr 07 22:07:37 2006
X-Persona: <Mila>
Return-Path: <mailcenter342980@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Fri, 07 Apr 2006 10:50:45 -0600
From: Degree Links <DegreeLinks@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** A higher education means a brighter future
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.1 required=7.0 tests=BAYES_99,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
       autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44369865.9FA2C1D4"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(1797&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(1797&e=mila@jammtomm.com
  URI:http://ogy.cc/degree/474.jpg [...]

Content analysis details:   (11.1 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
            [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 13281 invoked from network); 7 Apr 2006 10:31:16 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by anthonycentral.com with SMTP; 7 Apr 2006 10:31:13 -0600
Received: from vm-mail.com (10.0.0.42)
```

```
  by pkc-sb01 with SMTP; 07 Apr 2006 11:30:59 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 342980
From: Degree Links <DegreeLinks@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342980@vm-rewards.com>
Subject: A higher education means a brighter future
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM A higher
educati.htm"
```

```
From ???@??? Tue Jan 06 00:00:54 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223814-28810>; Tue, 6 Jan 2004 02:09:53 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com
with ESMTP id <224363-28817>; Tue, 6 Jan 2004 02:08:53 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm106.vmadmin.com with SMTP; 06 Jan 2004 01:08:49 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 235820
From: Degrees for Professionals <DegreesForProfessionals@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Degrees for Professionals
<DegreesForProfessionals235820@replies.virtumundo.com>
Subject: More than 6 million adults are going back to school
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan6.020853-0500_est.224363-28817+3468@ams.ftl.affinity.com>
Date:Tue, 6 Jan 2004 02:08:53 -0500
```



**Don't get left behind**…More than six million adults are going back to school to further their careers. They already know what you should, too: a degree can make all the difference if you want to make more money, get a new job, or advance your career to new heights.



**Two ways to go:
online or
on-campus**
Online programs
give you the
ultimate in
flexibility:
learn on your own
schedule, from
home, or on the
road. On-campus
programs give you
the most in
personal
attention from
instructors, and
interaction with
other students.
The choice is
yours.



If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click here. To remove yourself from this program, go to http://www.virtumundo.com/change or go here.  Please mail questions or comments regarding this message to the client, Quinstreet 2750 el camino real red wood city, CA 94061.

From ???@??? Tue Jan 06 00:00:54 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <224363-28809>; Tue, 6 Jan
2004 02:09:53 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com
with ESMTP id <220525-28803>; Tue, 6 Jan 2004 02:08:55 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm106.vmadmin.com with SMTP; 06 Jan 2004 01:08:49 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 235820
From: Degrees for Professionals <DegreesForProfessionals@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Degrees for Professionals
<DegreesForProfessionals235820@replies.virtumundo.com>
Subject: More than 6 million adults are going back to school
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan6.020855-0500_est.220525-28803+3250@ams.ftl.affinity.com>
Date:Tue, 6 Jan 2004 02:08:53 -0500



**Don't get left behind**...More than six million adults are going back to school to further their careers. They already know what you should, too: a degree can make all the difference if you want to make more money, get a new job, or advance your career to new heights.





**Two ways to go:
online or
on-campus**
Online programs
give you the
ultimate in
flexibility:
learn on your own
schedule, from
home, or on the
road. On-campus
programs give you
the most in
personal
attention from
instructors, and
interaction with
other students.
The choice is
yours.



If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click here. To remove yourself from this program, go to http://www.virtumundo.com/change or go here. Please mail questions or comments regarding this message to the client, Quinstreet 2750 el camino real red wood city, CA 94061.

From ???@??? Tue Jan 06 00:00:54 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223844-28797>; Tue, 6 Jan 2004 02:09:53 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com
with ESMTP id <224338-28803>; Tue, 6 Jan 2004 02:08:52 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm106.vmadmin.com with SMTP; 06 Jan 2004 01:08:49 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 235820
From: Degrees for Professionals <DegreesForProfessionals@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Degrees for Professionals
<DegreesForProfessionals235820@replies.virtumundo.com>
Subject: More than 6 million adults are going back to school
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan6.020852-0500_est.224338-28803+3249@ams.ftl.affinity.com>
Date:Tue, 6 Jan 2004 02:08:52 -0500



**Don't get left behind**…More than six million adults are going back to school to further their careers. They already know what you should, too: a degree can make all the difference if you want to make more money, get a new job, or advance your career to new heights.



**Two ways to go:
online or
on-campus**
Online programs
give you the
ultimate in
flexibility:
learn on your own
schedule, from
home, or on the
road. On-campus
programs give you
the most in
personal
attention from
instructors, and
interaction with
other students.
The choice is
yours.



If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click here. To remove yourself from this program, go to http://www.virtumundo.com/change or go here.  Please mail questions or comments regarding this message to the client, Quinstreet 2750 el camino real red wood city, CA 94061.

From ???@??? Tue Jan 06 00:00:54 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <224338-28809>; Tue, 6 Jan 2004 02:09:53 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com
with ESMTP id <223814-28797>; Tue, 6 Jan 2004 02:08:52 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm106.vmadmin.com with SMTP; 06 Jan 2004 01:08:49 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 235820
From: Degrees for Professionals <DegreesForProfessionals@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Degrees for Professionals
<DegreesForProfessionals235820@replies.virtumundo.com>
Subject: More than 6 million adults are going back to school
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan6.020852-0500_est.223814-28797+3200@ams.ftl.affinity.com>
Date:Tue, 6 Jan 2004 02:08:52 -0500



**Don't get left behind**...More than six million adults are going back to school to further their careers. They already know what you should, too: a degree can make all the difference if you want to make more money, get a new job, or advance your career to new heights.



**Two ways to go: online or on-campus**

Online programs give you the ultimate in flexibility: learn on your own schedule, from home, or on the road. On-campus programs give you the most in personal attention from instructors, and interaction with other students. The choice is yours.



If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click here. To remove yourself from this program, go to http://www.virtumundo.com/change or go here.  Please mail questions or comments regarding this message to the client, Quinstreet 2750 el camino real red wood city, CA 94061.

```
From ???@??? Tue Jan 06 00:00:54 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <220525-28797>; Tue, 6 Jan 2004 02:09:53 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com
with ESMTP id <224355-28817>; Tue, 6 Jan 2004 02:08:53 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm106.vmadmin.com with SMTP; 06 Jan 2004 01:08:49 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 235820
From: Degrees for Professionals <DegreesForProfessionals@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Degrees for Professionals
<DegreesForProfessionals235820@replies.virtumundo.com>
Subject: More than 6 million adults are going back to school
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan6.020853-0500_est.224355-28817+3466@ams.ftl.affinity.com>
Date:Tue, 6 Jan 2004 02:08:53 -0500
```



**Don't get left behind**…More than six million adults are going back to school to further their careers. They already know what you should, too: a degree can make all the difference if you want to make more money, get a new job, or advance your career to new heights.



**Two ways to go:
online or
on-campus**
Online programs
give you the
ultimate in
flexibility:
learn on your own
schedule, from
home, or on the
road. On-campus
programs give you
the most in
personal
attention from
instructors, and
interaction with
other students.
The choice is
yours.



If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click here. To remove yourself from this program, go to http://www.virtumundo.com/change or go here.  Please mail questions or comments regarding this message to the client, Quinstreet 2750 el camino real red wood city, CA 94061.

```
From ???@??? Mon Dec 22 21:09:23 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2382286-18167>; Mon, 22 Dec
2003 22:36:34 -0500
Received: from vm112.vmadmin.com ([216.64.222.112]) by ams.ftl.affinity.com
with ESMTP id <2377876-16028>; Mon, 22 Dec 2003 22:35:36 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm112.vmadmin.com with SMTP; 22 Dec 2003 21:35:34 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 224871
From: Dehumidifiers <DehumidifyYourHome@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Dehumidifiers <DehumidifyYourHome224871@replies.virtumundo.com>
Subject: Is your house too humid?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec22.223536-0500_est.2377876-16028+6817@ams.ftl.affinity.com>
Date:Mon, 22 Dec 2003 22:35:35 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Dec 22 21:09:23 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2381723-16024>; Mon, 22 Dec 2003 22:36:34 -0500
Received: from vm112.vmadmin.com ([216.64.222.112]) by ams.ftl.affinity.com
with ESMTP id <2382192-18162>; Mon, 22 Dec 2003 22:35:35 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm112.vmadmin.com with SMTP; 22 Dec 2003 21:35:32 -0600
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 224871
From: Dehumidifiers <DehumidifyYourHome@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Dehumidifiers <DehumidifyYourHome224871@replies.virtumundo.com>
Subject: Dehumidify your whole house.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec22.223535-0500_est.2382192-18162+80466@ams.ftl.affinity.com>
Date:Mon, 22 Dec 2003 22:35:34 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Dec 22 21:09:23 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2382196-18167>; Mon, 22 Dec 2003 22:36:34 -0500
Received: from vm112.vmadmin.com; Mon, 22 Dec 2003 22:35:35 -0500
with ESMTP id <2381887-18164>; Mon, 22 Dec 2003 22:35:35 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm112.vmadmin.com with SMTP; 22 Dec 2003 21:35:32 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 224871
From: Dehumidifiers <DehumidifyYourHome@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Dehumidifiers <DehumidifyYourHome224871@replies.virtumundo.com>
Subject: Dehumidify your whole house.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec22.223535-0500_est.2381887-18164+79800@ams.ftl.affinity.com>
Date:Mon, 22 Dec 2003 22:35:34 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Dec 22 21:09:23 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2381888-16027>; Mon, 22 Dec 2003 22:36:36 -0500
Received: from vm112.vmadmin.com ([216.64.222.112]) by ams.ftl.affinity.com
with ESMTP id <2374514-16024>; Mon, 22 Dec 2003 22:35:35 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm112.vmadmin.com with SMTP; 22 Dec 2003 21:35:34 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 224871
From: Dehumidifiers <DehumidifyYourHome@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Dehumidifiers <DehumidifyYourHome224871@replies.virtumundo.com>
Subject: Is your house too humid?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec22.223535-0500_est.2374514-16024+7007@ams.ftl.affinity.com>
Date:Mon, 22 Dec 2003 22:35:35 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Sep 22 14:11:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <473835-9975>; Mon, 22 Sep 2003 16:34:11 -0400
Received: from vm153.vmadmin.com ([216.64.222.153]) by ams.ftl.affinity.com
with ESMTP id <474328-9982>; Mon, 22 Sep 2003 16:32:59 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm153.vmadmin.com with SMTP; 22 Sep 2003 15:32:44 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 141160
From: Delicious Noni Juice <DeliciousNoniJuice141160@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Delicious Noni Juice
<DeliciousNoniJuice141160@replies.virtumundo.com>
Subject: Nutritious and delicious noni juice.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep22.163259-0400_edt.474328-9982+4287@ams.ftl.affinity.com>
Date:Mon, 22 Sep 2003 16:32:59 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Nov 01 18:41:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219361-18463>; Sat, 1 Nov 2003 20:01:10 -0500
Received: from vm149.vmadmin.com ([216.64.222.149]) by ams.ftl.affinity.com
with ESMTP id <226992-18461>; Sat, 1 Nov 2003 18:37:15 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm149.vmadmin.com with SMTP; 01 Nov 2003 17:37:10 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 185546
From: Dental Plans <DentalCoverages185546@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Dental Plans <DentalCoverages185546@replies.virtumundo.com>
Subject: Dental Coverage you can Sink your Teeth into.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov1.183715-0500_est.226992-18461+26907@ams.ftl.affinity.com>
Date:Sat, 1 Nov 2003 18:37:14 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 01 18:41:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <219362-18417>; Sat, 1 Nov
2003 20:01:10 -0500
Received: from vm149.vmadmin.com ([216.64.222.149]) by ams.ftl.affinity.com
with ESMTP id <227000-18467>; Sat, 1 Nov 2003 18:37:15 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm149.vmadmin.com with SMTP; 01 Nov 2003 17:37:10 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 185546
From: Dental Plans <DentalCoverages185546@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Dental Plans <DentalCoverages185546@replies.virtumundo.com>
Subject: Dental Coverage you can Sink your Teeth into.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov1.183715-0500_est.227000-18467+27902@ams.ftl.affinity.com>
Date:Sat, 1 Nov 2003 18:37:14 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 01 18:41:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219352-18464>; Sat, 1 Nov 2003 20:01:10 -0500
Received: from vm149.vmadmin.com ([216.64.222.149]) by ams.ftl.affinity.com
with ESMTP id <226985-18464>; Sat, 1 Nov 2003 18:37:14 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm149.vmadmin.com with SMTP; 01 Nov 2003 17:37:10 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 185546
From: Dental Plans <DentalCoverages185546@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Dental Plans <DentalCoverages185546@replies.virtumundo.com>
Subject: Dental Coverage you can Sink your Teeth into.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov1.183714-0500_est.226985-18464+26603@ams.ftl.affinity.com>
Date:Sat, 1 Nov 2003 18:37:13 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 01 18:41:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219351-18467>; Sat, 1 Nov 2003 20:01:10 -0500
Received: from vm149.vmadmin.com ([216.64.222.149]) by ams.ftl.affinity.com
with ESMTP id <226987-18464>; Sat, 1 Nov 2003 18:37:14 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm149.vmadmin.com with SMTP; 01 Nov 2003 17:37:10 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 185546
From: Dental Plans <DentalCoverages185546@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Dental Plans <DentalCoverages185546@replies.virtumundo.com>
Subject: Dental Coverage you can Sink your Teeth into.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov1.183714-0500_est.226987-18464+26602@ams.ftl.affinity.com>
Date:Sat, 1 Nov 2003 18:37:13 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Nov 01 18:41:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <219363-18461>; Sat, 1 Nov 2003 20:01:10 -0500
Received: from vm149.vmadmin.com ([216.64.222.149]) by ams.ftl.affinity.com
with ESMTP id <226994-18417>; Sat, 1 Nov 2003 18:37:14 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm149.vmadmin.com with SMTP; 01 Nov 2003 17:37:10 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 185546
From: Dental Plans <DentalCoverages185546@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Dental Plans <DentalCoverages185546@replies.virtumundo.com>
Subject: Dental Coverage you can Sink your Teeth into.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov1.183714-0500_est.226994-18417+27055@ams.ftl.affinity.com>
Date:Sat, 1 Nov 2003 18:37:14 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Dec 25 07:47:19 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <225857-1836>; Thu, 25 Dec
2003 03:22:50 -0500
Received: from vm212.vmadmin.com ([216.64.222.212]) by ams.ftl.affinity.com
with ESMTP id <226546-1846>; Thu, 25 Dec 2003 03:22:37 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm212.vmadmin.com with SMTP; 25 Dec 2003 02:22:34 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 226617
From: Dental Plans <DentalCoverages@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Dental Plans <DentalCoverages226617@replies.virtumundo.com>
Subject: Dental Coverage you can Sink your Teeth into.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec25.032237-0500_est.226546-1846+44985@ams.ftl.affinity.com>
Date:Thu, 25 Dec 2003 03:22:36 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Dec 25 07:47:19 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <225684-1843>; Thu, 25 Dec 2003 03:22:50 -0500
Received: from vm212.vmadmin.com ([216.64.222.212]) by ams.ftl.affinity.com
with ESMTP id <226628-1846>; Thu, 25 Dec 2003 03:22:37 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm212.vmadmin.com with SMTP; 25 Dec 2003 02:22:34 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 226617
From: Dental Plans <DentalCoverages@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Dental Plans <DentalCoverages226617@replies.virtumundo.com>
Subject: Dental Coverage you can Sink your Teeth into.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec25.032237-0500_est.226628-1846+44984@ams.ftl.affinity.com>
Date:Thu, 25 Dec 2003 03:22:35 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Dec 25 07:47:19 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <225691-1840>; Thu, 25 Dec 2003 03:22:50 -0500
Received: from vm212.vmadmin.com ([216.64.222.212]) by ams.ftl.affinity.com
with ESMTP id <226610-1841>; Thu, 25 Dec 2003 03:22:35 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm212.vmadmin.com with SMTP; 25 Dec 2003 02:22:34 -0600
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 226617
From: Dental Plans <DentalCoverages@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Dental Plans <DentalCoverages226617@replies.virtumundo.com>
Subject: Dental Coverage you can Sink your Teeth into.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec25.032235-0500_est.226610-1841+44103@ams.ftl.affinity.com>
Date:Thu, 25 Dec 2003 03:22:35 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Dec 25 07:47:19 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <225804-1840>; Thu, 25 Dec 2003 03:22:50 -0500
Received: from vm212.vmadmin.com ([216.64.222.212]) by ams.ftl.affinity.com
with ESMTP id <226611-1843>; Thu, 25 Dec 2003 03:22:35 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm212.vmadmin.com with SMTP; 25 Dec 2003 02:22:34 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 226617
From: Dental Plans <DentalCoverages@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Dental Plans <DentalCoverages226617@replies.virtumundo.com>
Subject: Dental Coverage you can Sink your Teeth into.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec25.032235-0500_est.226611-1843+44432@ams.ftl.affinity.com>
Date:Thu, 25 Dec 2003 03:22:35 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Dec 25 07:47:20 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <225846-1845>; Thu, 25 Dec 2003 03:22:50 -0500
Received: from vm212.vmadmin.com by ams.ftl.affinity.com
with ESMTP id <226633-1838>; Thu, 25 Dec 2003 03:22:37 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm212.vmadmin.com with SMTP; 25 Dec 2003 02:22:34 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 226617
From: Dental Plans <DentalCoverages@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Dental Plans <DentalCoverages226617@replies.virtumundo.com>
Subject: Dental Coverage you can Sink your Teeth into.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec25.032237-0500_est.226633-1838+45041@ams.ftl.affinity.com>
Date:Thu, 25 Dec 2003 03:22:36 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Jun 29 16:41:37 2005
X-Persona: <Katie>
Return-Path: <mailcenter326752@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Sun, 26 Jun 2005 16:06:38 -0600
From: Dental Plans <DentalPlans@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Discount dental plans
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=3.0 tests=CLICK_BELOW,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_LINK_CLICK_HERE,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42BF26EE.CB90FFC6"
```

```
Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2762&e=katie@ehahome.com
  URI:http://v1.cc/may/dp/news_01.jpg
  URI:http://redirect.virtumundo.com/ct?i'2762&e=katie@ehahome.com
  URI:http://v1.cc/may/dp/news_02.gif [...]

Content analysis details:   (8.3 points, 3.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.1 HTML_LINK_CLICK_HERE    BODY: HTML link text says "click here"
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                             [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
 0.0 CLICK_BELOW             Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 11169 invoked from network); 26 Jun 2005 16:06:37 -0600
Received: from vm-180-153.vm-mail.com (206.82.180.153)
  by greatnorthwest-alpha.org with SMTP; 26 Jun 2005 16:06:37 -0600
```

```
Received: from vm-mail.com (192.168.3.20)
  by vm-180-153.vm-mail.com with SMTP; 26 Jun 2005 17:06:36 -0500
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326752
From: Dental Plans <DentalPlans@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326752@vm-rewards.com>
Subject: Discount dental plans
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Discount dental
.htm"
```

```
From ???@??? Wed Jun 29 16:41:37 2005
X-Persona: <Katie>
Return-Path: <mailcenter326752@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Sun, 26 Jun 2005 16:06:38 -0600
From: Dental Plans <DentalPlans@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Discount dental plans
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=3.0 tests=CLICK_BELOW,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_LINK_CLICK_HERE,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42BF26EE.CB90FFC6"
```

```
Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2762&e=katie@ehahome.com
  URI:http://v1.cc/may/dp/news_01.jpg
  URI:http://redirect.virtumundo.com/ct?i'2762&e=katie@ehahome.com
  URI:http://v1.cc/may/dp/news_02.gif [...]

Content analysis details:   (8.3 points, 3.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.1 HTML_LINK_CLICK_HERE    BODY: HTML link text says "click here"
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                             [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
 0.0 CLICK_BELOW             Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 11169 invoked from network); 26 Jun 2005 16:06:37 -0600
Received: from vm-180-153.vm-mail.com (206.82.180.153)
  by greatnorthwest-alpha.org with SMTP; 26 Jun 2005 16:06:37 -0600
```

```
Received: from vm-mail.com (192.168.3.20)
  by vm-180-153.vm-mail.com with SMTP; 26 Jun 2005 17:06:36 -0500
X-ClientHost: 1070971161051010641011040971041111091010460991111109
X-MailingID: 326752
From: Dental Plans <DentalPlans@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326752@vm-rewards.com>
Subject: Discount dental plans
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Discount dental
.htm"
```

```
From ???@??? Sat Dec 13 23:05:32 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3579810-22491>; Sat, 13 Dec 2003 23:36:16 -0500
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com
with ESMTP id <3579982-22483>; Sat, 13 Dec 2003 23:35:02 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm115.vmadmin.com with SMTP; 13 Dec 2003 22:34:50 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 218011
From: Denver Colorado Vacations <DenverColoradoVacations@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Denver Colorado Vacations
<DenverColoradoVacations218011@replies.virtumundo.com>
Subject: Visit Denver. It's a mile above the ordinary.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec13.233502-0500_est.3579982-22483+23038@ams.ftl.affinity.com>
Date:Sat, 13 Dec 2003 23:35:01 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Sep 14 15:51:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <286563-20388>; Sun, 14 Sep 2003 16:06:49 -0400
Received: from vt20.vtarget.com ([216.64.222.20]) by ams.ftl.affinity.com with
ESMTP id <286467-20394>; Sun, 14 Sep 2003 16:06:18 -0400
Received: from vtarget.com (192.168.3.10)
   by vt20.vtarget.com with SMTP; 14 Sep 2003 15:06:17 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 134024
From: Deodorant <NeedToSmellNiceNow134024@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: MailCenter <mailcenter+134024@virtumundo.com>
Subject: Smell like you finished a shower, not a workout.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep14.160618-0400_edt.286467-20394+1824@ams.ftl.affinity.com>
Date:Sun, 14 Sep 2003 16:06:18 -0400



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Sep 10 14:28:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <327863-29991>; Wed, 10 Sep 2003 16:13:59 -0400
Received: from vt28.vtarget.com ([216.64.222.28]) by ams.ftl.affinity.com with
ESMTP id <329533-30001>; Wed, 10 Sep 2003 16:13:46 -0400
Received: from vtarget.com (192.168.3.10)
  by vt28.vtarget.com with SMTP; 10 Sep 2003 15:13:44 -0500
X-ClientHost: 1060971091011150641031111141001111011911111410711504609911109
X-MailingID: 130346
From: Depression Help <GetDepressionHelp130346@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: MailCenter <mailcenter+130346@virtumundo.com>
Subject: The #1 way to battle depression.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep10.161346-0400_edt.329533-30001+3962@ams.ftl.affinity.com>
Date:Wed, 10 Sep 2003 16:13:45 -0400



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Sep 11 14:29:53 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <473440-26414>; Thu, 11 Sep 2003 17:20:36 -0400
Received: from vt21.vtarget.com ([216.64.222.21]) by ams.ftl.affinity.com with
ESMTP id <723207-26407>; Thu, 11 Sep 2003 17:19:29 -0400
Received: from vtarget.com (192.168.3.10)
  by vt21.vtarget.com with SMTP; 11 Sep 2003 16:19:19 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 131829
From: Detect Toxic Mold <ToxicMoldDetection131829@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: MailCenter <mailcenter+131829@virtumundo.com>
Subject: Home safe home.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep11.171929-0400_edt.723207-26407+5192@ams.ftl.affinity.com>
Date:Thu, 11 Sep 2003 17:19:28 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Oct 22 21:12:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <219539-12056>; Wed, 22 Oct
2003 23:20:59 -0400
Received: from vm220.vmadmin.com ([216.64.222.220]) by ams.ftl.affinity.com
with ESMTP id <220207-12056>; Wed, 22 Oct 2003 23:20:04 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm220.vmadmin.com with SMTP; 22 Oct 2003 22:19:09 -0500
X-ClientHost:
106111110097116104097110064103111114100111101191111141071150460099111109
X-MailingID: 172530
From: Digital TV <DigitalTVOfferOnline172530@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Digital TV <DigitalTVOfferOnline172530@replies.virtumundo.com>
Subject: Free 5-Room DirecTV System plus 3 months of HBO and Free DVD Player
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct22.232004-0400_edt.220207-12056+10498@ams.ftl.affinity.com>
Date:Wed, 22 Oct 2003 23:20:03 -0400



**You must use promo code LAVM40 to receive this special promotion!
QUESTIONS? Call us now at 1-800-431-1221. Hurry, Limited Time
Only!**

---



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Oct 22 21:12:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <219482-12047>; Wed, 22 Oct 2003 23:20:59 -0400
Received: from vm220.vmadmin.com ([216.64.222.220]) by ams.ftl.affinity.com
with ESMTP id <220151-12052>; Wed, 22 Oct 2003 23:20:02 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm220.vmadmin.com with SMTP; 22 Oct 2003 22:19:09 -0500
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 172530
From: Digital TV <DigitalTVOfferOnline172530@vmadmin.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Digital TV <DigitalTVOfferOnline172530@replies.virtumundo.com>
Subject: Free 5-Room DirecTV System plus 3 months of HBO and Free DVD Player
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct22.232002-0400_edt.220151-12052+10751@ams.ftl.affinity.com>
Date:Wed, 22 Oct 2003 23:20:02 -0400
```



**You must use promo code LAVM40 to receive this special promotion!
QUESTIONS? Call us now at 1-800-431-1221. Hurry, Limited Time
Only!**



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at
http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from
the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy
Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer
should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Oct 22 21:12:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215496-12056>; Wed, 22 Oct 2003 23:20:59 -0400
Received: from vm220.vmadmin.com ([216.64.222.220]) by ams.ftl.affinity.com
with ESMTP id <220146-12050>; Wed, 22 Oct 2003 23:20:02 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm220.vmadmin.com with SMTP; 22 Oct 2003 22:19:09 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 172530
From: Digital TV <DigitalTVOfferOnline172530@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Digital TV <DigitalTVOfferOnline172530@replies.virtumundo.com>
Subject: Free 5-Room DirecTV System plus 3 months of HBO and Free DVD Player
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct22.232002-0400_edt.220146-12050+10821@ams.ftl.affinity.com>
Date:Wed, 22 Oct 2003 23:20:01 -0400



**You must use promo code LAVM40 to receive this special promotion!**
**QUESTIONS? Call us now at 1-800-431-1221. Hurry, Limited Time**
**Only!**



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Oct 22 21:12:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215424-12056>; Wed, 22 Oct 2003 23:20:59 -0400
Received: from vm220.vmadmin.com ([216.64.222.220]) by ams.ftl.affinity.com
with ESMTP id <220105-12056>; Wed, 22 Oct 2003 23:20:01 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm220.vmadmin.com with SMTP; 22 Oct 2003 22:19:09 -0500
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 172530
From: Digital TV <DigitalTVOfferOnline172530@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Digital TV <DigitalTVOfferOnline172530@replies.virtumundo.com>
Subject: Free 5-Room DirecTV System plus 3 months of HBO and Free DVD Player
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct22.232001-0400_edt.220105-12056+10496@ams.ftl.affinity.com>
Date:Wed, 22 Oct 2003 23:20:00 -0400



**You must use promo code LAVM40 to receive this special promotion!
QUESTIONS? Call us now at 1-800-431-1221. Hurry, Limited Time
Only!**

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Oct 22 21:12:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219578-12056>; Wed, 22 Oct 2003 23:20:59 -0400
Received: from vm220.vmadmin.com ([216.64.222.220]) by ams.ftl.affinity.com
with ESMTP id <220199-12051>; Wed, 22 Oct 2003 23:20:04 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm220.vmadmin.com with SMTP; 22 Oct 2003 22:19:09 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 172530
From: Digital TV <DigitalTVOfferOnline172530@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Digital TV <DigitalTVOfferOnline172530@replies.virtumundo.com>
Subject: Free 5-Room DirecTV System plus 3 months of HBO and Free DVD Player
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct22.232004-0400_edt.220199-12051+10701@ams.ftl.affinity.com>
Date:Wed, 22 Oct 2003 23:20:03 -0400



**You must use promo code LAVM40 to receive this special promotion!
QUESTIONS? Call us now at 1-800-431-1221. Hurry, Limited Time
Only!**

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 17 06:57:40 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <229449-1068>; Wed, 17 Dec
2003 03:14:59 -0500
Received: from vm122.vmadmin.com ([216.64.222.122]) by ams.ftl.affinity.com
with ESMTP id <229943-1066>; Wed, 17 Dec 2003 03:13:44 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm122.vmadmin.com with SMTP; 17 Dec 2003 02:13:42 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 220460
From: Digital TV <DigitalTVOfferOnline@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Digital TV <DigitalTVOfferOnline220460@replies.virtumundo.com>
Subject: Holiday Special: 5-Room DirecTV System & DVD Player
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec17.031344-0500_est.229943-1066+9381@ams.ftl.affinity.com>
Date:Wed, 17 Dec 2003 03:13:44 -0500
```



You must use promo code **LAVM44** to receive this special promotion!
QUESTIONS? Call us now at 1-800-431-1221. Hurry, Limited Time Only!

---

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 17 06:57:40 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <229328-1068>; Wed, 17 Dec 2003 03:14:59 -0500
Received: from vm122.vmadmin.com ([216.64.222.122]) by ams.ftl.affinity.com
with ESMTP id <229940-1069>; Wed, 17 Dec 2003 03:13:43 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm122.vmadmin.com with SMTP; 17 Dec 2003 02:13:42 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 220460
From: Digital TV <DigitalTVOfferOnline@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Digital TV <DigitalTVOfferOnline220460@replies.virtumundo.com>
Subject: Holiday Special: 5-Room DirecTV System & DVD Player
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec17.031343-0500_est.229940-1069+10011@ams.ftl.affinity.com>
Date:Wed, 17 Dec 2003 03:13:43 -0500
```



You must use promo code **LAVM44** to receive this special promotion!
QUESTIONS? Call us now at 1-800-431-1221. Hurry, Limited Time Only!

---

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 17 06:57:40 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <229316-1068>; Wed, 17 Dec 2003 03:14:59 -0500
Received: from vm122.vmadmin.com by ams.ftl.affinity.com
with ESMTP id <229939-1068>; Wed, 17 Dec 2003 03:13:43 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm122.vmadmin.com with SMTP; 17 Dec 2003 02:13:42 -0600
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 220460
From: Digital TV <DigitalTVOfferOnline@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Digital TV <DigitalTVOfferOnline220460@replies.virtumundo.com>
Subject: Holiday Special: 5-Room DirecTV System & DVD Player
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec17.031343-0500_est.229939-1068+10041@ams.ftl.affinity.com>
Date:Wed, 17 Dec 2003 03:13:43 -0500
```



You must use promo code **LAVM44** to receive this
special promotion!
QUESTIONS? Call us now at 1-800-431-1221. Hurry,
Limited Time Only!

---

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 17 06:57:40 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <229278-1068>; Wed, 17 Dec 2003 03:14:59 -0500
Received: from vm122.vmadmin.com ([216.64.222.122]) by ams.ftl.affinity.com
with ESMTP id <229925-1071>; Wed, 17 Dec 2003 03:13:43 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm122.vmadmin.com with SMTP; 17 Dec 2003 02:13:41 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 220460
From: Digital TV <DigitalTVOfferOnline@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Digital TV <DigitalTVOfferOnline220460@replies.virtumundo.com>
Subject: Holiday Special: 5-Room DirecTV System & DVD Player
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec17.031343-0500_est.229925-1071+9748@ams.ftl.affinity.com>
Date:Wed, 17 Dec 2003 03:13:42 -0500
```



You must use promo code **LAVM44** to receive this
special promotion!
QUESTIONS? Call us now at 1-800-431-1221. Hurry,
Limited Time Only!



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Nov 24 16:21:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217391-1081>; Mon, 24 Nov
2003 18:25:10 -0500
Received: from vm093.vmadmin.com ([216.64.222.93]) by ams.ftl.affinity.com
with ESMTP id <217381-1067>; Mon, 24 Nov 2003 18:24:04 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm093.vmadmin.com with SMTP; 24 Nov 2003 17:24:02 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 204436
From: Digital TV <DigitalTVOfferOnline@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Digital TV <DigitalTVOfferOnline204436@replies.virtumundo.com>
Subject: DirecTV System plus 3 months of HBO and Free DVD Player
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov24.182404-0500_est.217381-1067+957@ams.ftl.affinity.com>
Date:Mon, 24 Nov 2003 18:24:04 -0500



You must use promo code **LAVM43** to receive this special promotion!
QUESTIONS? Call us now at 1-800-431-1221. Hurry, Limited Time Only!

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Nov 24 16:21:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <217516-1077>; Mon, 24 Nov 2003 18:25:10 -0500
Received: from vm093.vmadmin.com ([216.64.222.93]) by ams.ftl.affinity.com
with ESMTP id <217361-1081>; Mon, 24 Nov 2003 18:24:04 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm093.vmadmin.com with SMTP; 24 Nov 2003 17:24:02 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 204436
From: Digital TV <DigitalTVOfferOnline@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Digital TV <DigitalTVOfferOnline204436@replies.virtumundo.com>
Subject:  DirecTV System plus 3 months of HBO and Free DVD Player
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov24.182404-0500_est.217361-1081+810@ams.ftl.affinity.com>
Date:Mon, 24 Nov 2003 18:24:03 -0500
```



You must use promo code **LAVM43** to receive this special promotion!
QUESTIONS? Call us now at 1-800-431-1221. Hurry, Limited Time Only!

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Nov 24 16:21:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214447-1075>; Mon, 24 Nov 2003 18:25:10 -0500
Received: from vm093.vmadmin.com ([216.64.222.93]) by ams.ftl.affinity.com
with ESMTP id <217373-1076>; Mon, 24 Nov 2003 18:24:04 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm093.vmadmin.com with SMTP; 24 Nov 2003 17:24:02 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 204436
From: Digital TV <DigitalTVOfferOnline@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Digital TV <DigitalTVOfferOnline204436@replies.virtumundo.com>
Subject:  DirecTV System plus 3 months of HBO and Free DVD Player
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov24.182404-0500_est.217373-1076+815@ams.ftl.affinity.com>
Date:Mon, 24 Nov 2003 18:24:03 -0500



You must use promo code **LAVM43** to receive this special promotion!
QUESTIONS? Call us now at 1-800-431-1221. Hurry, Limited Time Only!

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Nov 24 16:21:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217383-1077>; Mon, 24 Nov 2003 18:25:10 -0500
Received: from vm093.vmadmin.com ([216.64.222.93]) by ams.ftl.affinity.com
with ESMTP id <217352-1080>; Mon, 24 Nov 2003 18:24:04 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm093.vmadmin.com with SMTP; 24 Nov 2003 17:24:02 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 204436
From: Digital TV <DigitalTVOfferOnline@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Digital TV <DigitalTVOfferOnline204436@replies.virtumundo.com>
Subject:  DirecTV System plus 3 months of HBO and Free DVD Player
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov24.182404-0500_est.217352-1080+1095@ams.ftl.affinity.com>
Date:Mon, 24 Nov 2003 18:24:03 -0500



You must use promo code **LAVM43** to receive this special promotion!
QUESTIONS? Call us now at 1-800-431-1221. Hurry, Limited Time Only!

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 17 06:57:40 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <229458-1068>; Wed, 17 Dec 2003 03:14:59 -0500
Received: from vm122.vmadmin.com ([216.64.222.122]) by ams.ftl.affinity.com
with ESMTP id <229942-1070>; Wed, 17 Dec 2003 03:13:44 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm122.vmadmin.com with SMTP; 17 Dec 2003 02:13:42 -0600
X-ClientHost: 106097121064103111114100111101191111141071150460991111109
X-MailingID: 220460
From: Digital TV <DigitalTVOfferOnline@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Digital TV <DigitalTVOfferOnline220460@replies.virtumundo.com>
Subject: Holiday Special: 5-Room DirecTV System & DVD Player
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec17.031344-0500_est.229942-1070+9854@ams.ftl.affinity.com>
Date:Wed, 17 Dec 2003 03:13:44 -0500
```



*You must use promo code* **LAVM44** *to receive this special promotion!*
*QUESTIONS? Call us now at 1-800-431-1221. Hurry, Limited Time Only!*

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.