Gordon v. Virtumundo Inc et al                                                          Doc. 64 Att. 1

```
From ???@??? Wed Aug 09 19:26:07 2006
X-Persona: <2nd User>
Return-Path: <mailcenter358860@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 07 Aug 2006 10:20:23 -0600
From: Fast Friendly Loans <FastFriendlyLoans@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Subject: *****SPAM***** Get the funds you need in 1 hour!
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44D76847.EACB0975"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i)4597&e=tommy@jammtomm.com
  visiting this link URI:http://ogy.cc/faster/bbbbb_01.gif
  URI:http://ogy.cc/faster/bbbbb_02.gif [...]

Content analysis details:   (7.0 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 14885 invoked from network); 7 Aug 2006 10:20:22 -0600
Received: from static-vmg-181-208.vm-mail.com (HELO vm-181-208.vm-mail.com)
(206.82.181.208)
  by itdidnotendright.com with SMTP; 7 Aug 2006 10:20:22 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-208.vm-mail.com with SMTP; 07 Aug 2006 11:20:21 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
```

```
X-MailingID: 358860
From: Fast Friendly Loans <FastFriendlyLoans@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter  <mailcenter+358860@vm-rewards.com>
Subject: Get the funds you need in 1 hour!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get the
funds yo6.htm"
```

From ???@??? Sun Oct 30 16:23:50 2005
X-Persona: <Indi>
Return-Path: <mailcenter331298@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 27 Oct 2005 10:20:29 -0600
From: Direct Funds <DirectFunds@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Tight budget? We have your overnight deposit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4360FE4D.1D2B74FE"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4925&e=indi@jammtomm.com
  URI:http://ogy.cc/906.jpg
  URI:http://redirect.virtumundo.com/bt?m31298&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (7.1 points, 7.0 required)

 pts rule name                description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 HTML_70_80              BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 6424 invoked from network); 27 Oct 2005 10:20:28 -0600
Received: from vm-177-15.vm-mail.com (206.82.177.15)
  by gnwalpha.org with SMTP; 27 Oct 2005 10:20:28 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-15.vm-mail.com with SMTP; 27 Oct 2005 11:20:16 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109

```
X-MailingID: 331298
From: Direct Funds <DirectFunds@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331298@vm-rewards.com>
Subject: Tight budget? We have your overnight deposit
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Tight
budget We.htm"
```

From ???@??? Sun Oct 30 16:23:50 2005
X-Persona: <Indi>
Return-Path: <mailcenter331298@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 27 Oct 2005 10:20:29 -0600
From: Direct Funds <DirectFunds@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Tight budget? We have your overnight deposit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4360FE4D.1D2B74FE"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4925&e=indi@jammtomm.com
  URI:http://ogy.cc/906.jpg
  URI:http://redirect.virtumundo.com/bt?m31298&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (7.1 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 HTML_70_80              BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 6424 invoked from network); 27 Oct 2005 10:20:28 -0600
Received: from vm-177-15.vm-mail.com (206.82.177.15)
  by gnwalpha.org with SMTP; 27 Oct 2005 10:20:28 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-15.vm-mail.com with SMTP; 27 Oct 2005 11:20:16 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109

```
X-MailingID: 331298
From: Direct Funds <DirectFunds@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331298@vm-rewards.com>
Subject: Tight budget? We have your overnight deposit
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Tight
budget We.htm"
```

```
From ???@??? Tue May 04 13:36:58 2004
Return-Path: <mailcenter308337@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 24604 invoked by uid 10003); 4 May 2004 20:13:59 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 24598 invoked from network); 4 May 2004 20:13:59 -0000
Received: from unknown (HELO vm141.vmadmin.com) (216.64.222.141)
  by ns48.webmasters.com with SMTP; 4 May 2004 20:13:59 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm141.vmadmin.com with SMTP; 04 May 2004 15:22:31 -0500
X-ClientHost:
1061111100971161040971100641031111410011111011911111410711504609911109
X-MailingID: 308337
From: Direct Service Contracts <DirectServiceContracts@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Direct Service Contracts
<DirectServiceContracts308337@replies.virtumundo.com>
Subject: Up to 60% off auto extended warranty coverage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





 **Direct Service Contracts, LLC.7641 E. Gray Road A-2, Scottsdale, AZ 85260**

```
From ???@??? Tue May 04 13:36:58 2004
Return-Path: <mailcenter308337@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 24594 invoked by uid 10003); 4 May 2004 20:13:59 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 24591 invoked from network); 4 May 2004 20:13:58 -0000
Received: from unknown (HELO vm141.vmadmin.com) (216.64.222.141)
   by ns48.webmasters.com with SMTP; 4 May 2004 20:13:58 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm141.vmadmin.com with SMTP; 04 May 2004 15:22:31 -0500
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 308337
From: Direct Service Contracts <DirectServiceContracts@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Direct Service Contracts
<DirectServiceContracts308337@replies.virtumundo.com>
Subject: Up to 60% off auto extended warranty coverage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





 **Direct Service Contracts, LLC.7641 E. Gray Road A-2, Scottsdale, AZ 85260**

From ???@??? Tue Feb 10 13:54:00 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <463587-30407>; Tue, 10 Feb 2004 15:42:00 -0500
Received: from vm208-32.adknow-net.com ([216.21.208.32]) by
ams.ftl.affinity.com with ESMTP id <340406-30407>; Tue, 10 Feb 2004 15:41:07
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-32.adknow-net.com with SMTP; 10 Feb 2004 14:41:03 -0600
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 366835
From: Discount Cigarettes <DiscountCigarettes@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return366835@replies.adknow-net.com
Subject: Find cigarettes now.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb10.154107-0500_est.340406-30407+25398@ams.ftl.affinity.com>
Date:Tue, 10 Feb 2004 15:41:07 -0500



**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Feb 10 13:54:00 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <730609-30407>; Tue, 10 Feb
2004 15:42:00 -0500
Received: from vm208-32.adknow-net.com ([216.21.208.32]) by
ams.ftl.affinity.com with ESMTP id <730210-30408>; Tue, 10 Feb 2004 15:41:09
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-32.adknow-net.com with SMTP; 10 Feb 2004 14:41:03 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 366835
From: Discount Cigarettes <DiscountCigarettes@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return366835@replies.adknow-net.com
Subject: Find cigarettes now.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb10.154109-0500_est.730210-30408+26206@ams.ftl.affinity.com>
Date:Tue, 10 Feb 2004 15:41:07 -0500



**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Feb 08 21:14:44 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <720152-10275>; Sun, 8 Feb 2004 21:12:27 -0500
Received: from vm208-46.adknow-net.com ([216.21.208.46]) by
ams.ftl.affinity.com with ESMTP id <720585-10270>; Sun, 8 Feb 2004 21:11:25
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-46.adknow-net.com with SMTP; 08 Feb 2004 20:11:19 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111209
X-MailingID: 362888
From: Discount Cigarettes <DiscountCigarettes@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return362888@replies.adknow-net.com
Subject: Looking for your favorite brand of cigarettes?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb8.211125-0500_est.720585-10270+3429@ams.ftl.affinity.com>
Date:Sun, 8 Feb 2004 21:11:24 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Feb 08 10:11:08 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <373294-1594>; Sun, 8 Feb 2004 12:22:11 -0500
Received: from vm208-52.adknow-net.com ([216.21.208.52]) by
ams.ftl.affinity.com with ESMTP id <369535-1593>; Sun, 8 Feb 2004 12:21:17
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-52.adknow-net.com with SMTP; 08 Feb 2004 11:21:13 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 362804
From: Discount Cigarettes <DiscountCigarettes@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return362804@replies.adknow-net.com
Subject: Find cigarettes now.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb8.122117-0500_est.369535-1593+2828@ams.ftl.affinity.com>
Date:Sun, 8 Feb 2004 12:21:17 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Feb 12 10:13:41 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <324873-1003>; Thu, 12 Feb 2004 12:47:47 -0500
Received: from vm208-23.adknow-net.com ([216.21.208.23]) by
ams.ftl.affinity.com with ESMTP id <425064-1009>; Thu, 12 Feb 2004 12:46:48
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-23.adknow-net.com with SMTP; 12 Feb 2004 11:46:45 -0600
X-ClientHost: 1060971210641031111410011111011911111410711504609911109
X-MailingID: 368915
From: Discount Cigarettes <DiscountCigarettes@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return368915@replies.adknow-net.com
Subject: Have cigarettes delivered to your door!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb12.124648-0500_est.425064-1009+15363@ams.ftl.affinity.com>
Date:Thu, 12 Feb 2004 12:46:48 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Jan 22 12:07:47 2006
Return-Path: <mailcenter335646@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 19585 invoked from network); 19 Jan 2006 09:26:52 -0600
Received: from vm-177-82.vm-mail.com (206.82.177.82)
   by ehahome.com with SMTP; 19 Jan 2006 09:26:52 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-82.vm-mail.com with SMTP; 19 Jan 2006 09:26:38 -0600
X-ClientHost:
099104117099107064097110116104111101210991011101161140971080460991111109
X-MailingID: 335646
From: Discount Health <DiscountHealth@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335646@vm-rewards.com>
Subject: Low cost health coverage for all individuals
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
       version=2.63


Images not loading? View this offer by visiting this link



EFM, 13428 Maxella Ave, Suite 306, Marina del Rey, CA, 90292

If you can not see our footer image, please visit here.

```
From ???@??? Wed Mar 15 01:38:34 2006
X-Persona: <Mila>
Return-Path: <mailcenter340006@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Tue, 14 Mar 2006 11:23:29 -0600
From: Discount Health <DiscountHealth@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Save on health coverage
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ************
X-Spam-Status: Yes, hits=12.3 required=7.0 tests=BAYES_99,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4416FC11.8B76DECC"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9849&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'9849&e=mila@jammtomm.com
  URI:http://ogy.cc/dhq_500x400_notice_110805.jpg [...]

Content analysis details:   (12.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 2.6 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 10657 invoked from network); 14 Mar 2006 11:23:16 -0600
Received: from vm-181-223.vm-mail.com (206.82.181.223)
  by rcw19190020.com with SMTP; 14 Mar 2006 11:23:16 -0600
Received: from vm-mail.com (192.168.3.20)

```
   by vm-181-223.vm-mail.com with SMTP; 14 Mar 2006 11:23:00 -0600
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 340006
From:  Discount Health <DiscountHealth@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter  <mailcenter+340006@vm-rewards.com>
Subject:  Save on health coverage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Save on
health c.htm"
```

```
From ???@??? Wed Jul 06 10:19:12 2005
X-Persona: <Katie>
Return-Path: <mailcenter326708@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 06 Jul 2005 00:06:56 -0600
From: Discount Health Information <DiscountHealth@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Do you have medical coverage?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=3.0 tests=CLICK_BELOW,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_LINK_CLICK_HERE,
      HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42CB7500.BB78EEAC"
```

```
Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2743&e=katie@ehahome.com
  URI:http://ogy.cc/wawawalter/mail_01_01.gif
  URI:http://redirect.virtumundo.com/ct?i'2743&e=katie@ehahome.com
  URI:http://ogy.cc/wawawalter/mail_01_02_new.gif [...]

Content analysis details:   (8.4 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_LINK_CLICK_HERE   BODY: HTML link text says "click here"
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                            [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
 0.0 CLICK_BELOW            Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 25633 invoked from network); 6 Jul 2005 00:06:55 -0600
Received: from vm-182-231.vm-mail.com (206.82.182.231)
```

```
  by jaycelia.com with SMTP; 6 Jul 2005 00:06:54 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-231.vm-mail.com with SMTP; 06 Jul 2005 01:05:49 -0500
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326708
From: Discount Health Information <DiscountHealth@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326708@vm-rewards.com>
Subject: Do you have medical coverage?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Do you have
medi.htm"
```

From ???@??? Wed Jul 06 10:19:12 2005
X-Persona: <Katie>
Return-Path: <mailcenter326708@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 06 Jul 2005 00:06:56 -0600
From: Discount Health Information <DiscountHealth@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Do you have medical coverage?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=3.0 tests=CLICK_BELOW,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_LINK_CLICK_HERE,
      HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42CB7500.BB78EEAC"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2743&e=katie@ehahome.com
  URI:http://ogy.cc/wawawalter/mail_01_01.gif
  URI:http://redirect.virtumundo.com/ct?i'2743&e=katie@ehahome.com
  URI:http://ogy.cc/wawawalter/mail_01_02_new.gif [...]

Content analysis details:   (8.4 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_LINK_CLICK_HERE   BODY: HTML link text says "click here"
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                            [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
 0.0 CLICK_BELOW            Asks you to click below


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 25633 invoked from network); 6 Jul 2005 00:06:55 -0600
Received: from vm-182-231.vm-mail.com (206.82.182.231)

```
   by jaycelia.com with SMTP; 6 Jul 2005 00:06:54 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-231.vm-mail.com with SMTP; 06 Jul 2005 01:05:49 -0500
X-ClientHost: 1070971161051010641011040971041111091010460999111109
X-MailingID: 326708
From: Discount Health Information <DiscountHealth@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326708@vm-rewards.com>
Subject: Do you have medical coverage?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Do you have
medi.htm"
```

```
From ???@??? Mon Jan 30 08:52:11 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter336402@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 17539 invoked from network); 27 Jan 2006 11:18:18 -0600
Received: from vm-180-174.vm-mail.com (206.82.180.174)
  by omniinnovations.com with SMTP; 27 Jan 2006 11:18:17 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-174.vm-mail.com with SMTP; 27 Jan 2006 11:18:15 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 336402
From: Discount Homes <DiscountHomes@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336402@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---

Bargain Network, Inc., 326 Bollay Dr, Goleta, CA 93117

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 08:51:31 2006
X-Persona: <Celia>
Return-Path: <mailcenter336402@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 13535 invoked from network); 27 Jan 2006 11:31:49 -0600
Received: from vm-182-4.vm-mail.com (206.82.182.4)
  by gordonworks.com with SMTP; 27 Jan 2006 11:31:48 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-4.vm-mail.com with SMTP; 27 Jan 2006 11:31:46 -0600
X-ClientHost: 0991011081050970640991011081050971060971121046099111109
X-MailingID: 336402
From: Discount Homes <DiscountHomes@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336402@vm-rewards.com>
Subject: *****SPAM***** Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

Bargain Network, Inc., 326 Bollay Dr, Goleta, CA 93117

If you can not see our footer image, please visit here.

From ???@??? Tue Oct 11 18:17:42 2005
X-Persona: <Indi>
Return-Path: <mailcenter330373@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 05 Oct 2005 04:16:37 -0600
From: Discount Homes <DiscountHomes@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Cheap homes in your area!
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4343A805.FB63820F"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4471&e=indi@jammtomm.com
  URI:http://ogy.cc/burglecut.gif
  URI:http://redirect.virtumundo.com/bt?m30373&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                 [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 7332 invoked from network); 5 Oct 2005 04:16:36 -0600
Received: from vm-183-32.vm-mail.com (206.82.183.32)
  by anthonycentral.com with SMTP; 5 Oct 2005 04:16:36 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-32.vm-mail.com with SMTP; 05 Oct 2005 05:16:36 -0500

```
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330373
From: Discount Homes <DiscountHomes@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330373@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Cheap
homes in y3.htm"
```

```
From ???@??? Sun Oct 09 18:54:12 2005
X-Persona: <Indi>
Return-Path: <mailcenter330373@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 05 Oct 2005 04:16:37 -0600
From: Discount Homes <DiscountHomes@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Cheap homes in your area!
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4343A805.FB63820F"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4471&e=indi@jammtomm.com
  URI:http://ogy.cc/burglecut.gif
  URI:http://redirect.virtumundo.com/bt?m30373&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN   BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL              RBL: Received via a relay in Spamhaus Block List
                   [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 7332 invoked from network); 5 Oct 2005 04:16:36 -0600
Received: from vm-183-32.vm-mail.com (206.82.183.32)
  by anthonycentral.com with SMTP; 5 Oct 2005 04:16:36 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-32.vm-mail.com with SMTP; 05 Oct 2005 05:16:36 -0500

```
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330373
From: Discount Homes <DiscountHomes@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330373@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Cheap
homes in y2.htm"
```

```
From ???@??? Sun Oct 09 18:54:12 2005
X-Persona: <Indi>
Return-Path: <mailcenter330373@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 05 Oct 2005 04:16:37 -0600
From: Discount Homes <DiscountHomes@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Cheap homes in your area!
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4343A805.FB63820F"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam. The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email. If you have any questions, see
the administrator of that system for details.

Content preview: URI:http://redirect.virtumundo.com/ct?i'
4471&e=indi@jammtomm.com
  URI:http://ogy.cc/burglecut.gif
  URI:http://redirect.virtumundo.com/bt?m30373&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                       [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam. If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 7332 invoked from network); 5 Oct 2005 04:16:36 -0600
Received: from vm-183-32.vm-mail.com (206.82.183.32)
  by anthonycentral.com with SMTP; 5 Oct 2005 04:16:36 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-32.vm-mail.com with SMTP; 05 Oct 2005 05:16:36 -0500
```

```
X-ClientHost: 1051101001050641060971091091161111091090460991111109
X-MailingID: 330373
From: Discount Homes <DiscountHomes@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330373@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Cheap
homes in y2.htm"
```

```
From ???@??? Fri Oct 07 10:55:30 2005
X-Persona: <hum>
Return-Path: <mailcenter330373@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 23651 invoked from network); 5 Oct 2005 04:25:46 -0600
Received: from vm-181-107.vm-mail.com (206.82.181.107)
   by gordonworks.com with SMTP; 5 Oct 2005 04:25:46 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-107.vm-mail.com with SMTP; 05 Oct 2005 05:25:45 -0500
X-ClientHost: 104117109064101104097104111109101046099111109
X-MailingID: 330373
From: Discount Homes <DiscountHomes@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330373@vm-rewards.com>
Subject: *****SPAM***** Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```



**Bargain Network, Inc., 326 Bollay Dr, Goleta, CA 93117**

**If you can not see our footer image, please** visit here**.**

From ???@??? Thu Sep 29 16:19:01 2005
X-Persona: <Indi>
Return-Path: <mailcenter330119@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 27 Sep 2005 10:27:13 -0600
From: Discount Homes <DiscountHomes@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Cheap homes in your area!
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433972E1.320486A0"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4322&e=indi@jammtomm.com
  URI:http://ogy.cc/burglecut.gif
  URI:http://redirect.virtumundo.com/bt?m30119&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 29440 invoked from network); 27 Sep 2005 10:27:13 -0600
Received: from vm-182-175.vm-mail.com (206.82.182.175)
  by ehahome.com with SMTP; 27 Sep 2005 10:27:10 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-175.vm-mail.com with SMTP; 27 Sep 2005 11:27:07 -0500

```
X-ClientHost: 1051101001050641060971091091161111091090460991111109
X-MailingID: 330119
From: Discount Homes <DiscountHomes@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330119@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Cheap
homes in y1.htm"
```

```
From ???@??? Mon Sep 26 18:46:23 2005
X-Persona: <Indi>
Return-Path: <mailcenter329993@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 22 Sep 2005 20:45:44 -0600
From: Discount Homes <DiscountHomes@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Cheap homes in your area!
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43336C58.5141A9BE"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4268&e=indi@jammtomm.com
  URI:http://ogy.cc/carlislo.gif
  URI:http://redirect.virtumundo.com/bt?m29993&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 801 invoked from network); 22 Sep 2005 20:45:44 -0600
Received: from vm-183-25.vm-mail.com (206.82.183.25)
  by rcw19190020.com with SMTP; 22 Sep 2005 20:45:43 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-25.vm-mail.com with SMTP; 22 Sep 2005 21:45:44 -0500
```

```
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 329993
From: Discount Homes <DiscountHomes@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329993@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Cheap
homes in y.htm"
```

```
From ???@??? Tue Feb 07 16:48:47 2006
Return-Path: <mailcenter336402@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 19397 invoked from network); 27 Jan 2006 11:19:41 -0600
Received: from vm-177-97.vm-mail.com (206.82.177.97)
  by gordonworks.com with SMTP; 27 Jan 2006 11:19:40 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-97.vm-mail.com with SMTP; 27 Jan 2006 11:19:37 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 336402
From: Discount Homes <DiscountHomes@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336402@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



---

Bargain Network, Inc., 326 Bollay Dr, Goleta, CA 93117

If you can not see our footer image, please visit here.

```
From ???@??? Wed Nov 05 21:02:14 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <227798-1067>; Wed, 5 Nov 2003 22:57:59 -0500
Received: from vm128.vmadmin.com ([216.64.222.128]) by ams.ftl.affinity.com
with ESMTP id <227918-1074>; Wed, 5 Nov 2003 22:44:53 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm128.vmadmin.com with SMTP; 05 Nov 2003 21:43:51 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 189912
From: Discount Hotels Info <DiscountHotelsInfo189912@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Discount Hotels Info
<DiscountHotelsInfo189912@replies.virtumundo.com>
Subject: Discount hotels. More money for the souvenirs.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov5.224453-0500_est.227918-1074+10681@ams.ftl.affinity.com>
Date:Wed, 5 Nov 2003 22:44:52 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Nov 05 21:02:14 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <227070-1076>; Wed, 5 Nov 2003 22:57:59 -0500
Received: from vm128.vmadmin.com ([216.64.222.128]) by ams.ftl.affinity.com
with ESMTP id <227676-1074>; Wed, 5 Nov 2003 22:44:51 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm128.vmadmin.com with SMTP; 05 Nov 2003 21:43:51 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 189912
From: Discount Hotels Info <DiscountHotelsInfo189912@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Discount Hotels Info
<DiscountHotelsInfo189912@replies.virtumundo.com>
Subject: Discount hotels. More money for the souvenirs.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov5.224451-0500_est.227676-1074+10679@ams.ftl.affinity.com>
Date:Wed, 5 Nov 2003 22:44:50 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Nov 05 21:02:14 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <227037-1072>; Wed, 5 Nov 2003 22:57:59 -0500
Received: from vm128.vmadmin.com ([216.64.222.128]) by ams.ftl.affinity.com
with ESMTP id <227589-1075>; Wed, 5 Nov 2003 22:44:47 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm128.vmadmin.com with SMTP; 05 Nov 2003 21:43:51 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 189912
From: Discount Hotels Info <DiscountHotelsInfo189912@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Discount Hotels Info
<DiscountHotelsInfo189912@replies.virtumundo.com>
Subject: Discount hotels. More money for the souvenirs.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov5.224447-0500_est.227589-1075+10921@ams.ftl.affinity.com>
Date:Wed, 5 Nov 2003 22:44:47 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Nov 05 21:02:14 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <227052-1074>; Wed, 5 Nov 2003 22:57:59 -0500
Received: from vm128.vmadmin.com ([216.64.222.128]) by ams.ftl.affinity.com
with ESMTP id <225072-1077>; Wed, 5 Nov 2003 22:44:32 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm128.vmadmin.com with SMTP; 05 Nov 2003 21:43:51 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 189912
From: Discount Hotels Info <DiscountHotelsInfo189912@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Discount Hotels Info
<DiscountHotelsInfo189912@replies.virtumundo.com>
Subject: Discount hotels. More money for the souvenirs.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov5.224432-0500_est.225072-1077+10693@ams.ftl.affinity.com>
Date:Wed, 5 Nov 2003 22:44:32 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Nov 06 06:54:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <427435-1218>; Thu, 6 Nov 2003
03:19:56 -0500
Received: from vm216.vmadmin.com ([216.64.222.216]) by ams.ftl.affinity.com
with ESMTP id <598993-1218>; Thu, 6 Nov 2003 00:54:01 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm216.vmadmin.com with SMTP; 05 Nov 2003 21:44:30 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 189912
From: Discount Hotels Info <DiscountHotelsInfo189912@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Discount Hotels Info
<DiscountHotelsInfo189912@replies.virtumundo.com>
Subject: More money for the souvenirs.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov6.005401-0500_est.598993-1218+55481@ams.ftl.affinity.com>
Date:Wed, 5 Nov 2003 22:45:23 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Feb 08 10:11:08 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <429311-25475>; Sun, 8 Feb
2004 12:16:40 -0500
Received: from vm208-52.adknow-net.com ([216.21.208.52]) by
ams.ftl.affinity.com with ESMTP id <431929-25478>; Sun, 8 Feb 2004 12:16:00
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-52.adknow-net.com with SMTP; 08 Feb 2004 11:15:54 -0600
X-ClientHost:
1061111100971161040971100641031111141001111101191111141071115046099111109
X-MailingID: 363762
From: Discount Hotels Info <DiscountHotelsInfo@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return363762@replies.adknow-net.com
Subject: Discount hotels. More money for the souvenirs.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb8.121600-0500_est.431929-25478+2168@ams.ftl.affinity.com>
Date:Sun, 8 Feb 2004 12:15:59 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Feb 05 22:28:46 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <220101-17051>; Thu, 5 Feb 2004 23:56:05 -0500
Received: from vm208-42.adknow-net.com ([216.21.208.42]) by
ams.ftl.affinity.com with ESMTP id <220657-17054>; Thu, 5 Feb 2004 23:55:14
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-42.adknow-net.com with SMTP; 05 Feb 2004 22:54:52 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 358588
From: Discount Hotels Info <DiscountHotelsInfo@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return358588@replies.adknow-net.com
Subject: Discount hotels. More money for the souvenirs.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb5.235514-0500_est.220657-17054+42694@ams.ftl.affinity.com>
Date:Thu, 5 Feb 2004 23:55:14 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Feb 09 09:00:10 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <342196-29057>; Mon, 9 Feb 2004 11:32:21 -0500
Received: from vm208-41.adknow-net.com ([216.21.208.41]) by
ams.ftl.affinity.com with ESMTP id <336848-29061>; Mon, 9 Feb 2004 11:31:11
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-41.adknow-net.com with SMTP; 09 Feb 2004 10:31:06 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 365314
From: Discount Hotels Info <DiscountHotelsInfo@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return365314@replies.adknow-net.com
Subject: Discount hotels. More money for the souvenirs.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb9.113111-0500_est.336848-29061+20135@ams.ftl.affinity.com>
Date:Mon, 9 Feb 2004 11:31:10 -0500
```





**If you would like to refer a friend information regarding this program,**

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to <u>http://www.virtumundo.com/change/</u> or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Apr 20 12:27:42 2006
X-Persona: <Jay>
Return-Path: <mailcenter343954@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 29314 invoked from network); 18 Apr 2006 08:16:37 -0600
Received: from vm-180-104.vm-mail.com (206.82.180.104)
  by jaykaysplace.com with SMTP; 18 Apr 2006 08:16:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-104.vm-mail.com with SMTP; 18 Apr 2006 09:16:31 -0500
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 343954
From: Discount Office Supplies <DiscountOfficeSupplies@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343954@vm-rewards.com>
Subject: Exclusive 15% offer at Discount Office Supplies
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.7 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_RED,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_06,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





*Coupon code: VIRT46 must be entered in all capital letters at checkout to qualify for the 15% off discount. This coupon cannot be combined with any other discounts, is limited to one use per customer, and is not valid on prior purchases. Your exclusive promotion is only available for one week. Quantities limited while supplies last.

---



**Discount Office Supplies 1 Environmental Way Broomfield, CO 80021**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 20 12:39:20 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343954@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 5921 invoked from network); 18 Apr 2006 08:21:23 -0600
Received: from vm-181-171.vm-mail.com (206.82.181.171)
  by gordonworks.com with SMTP; 18 Apr 2006 08:21:22 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-171.vm-mail.com with SMTP; 18 Apr 2006 09:21:16 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 343954
From: Discount Office Supplies <DiscountOfficeSupplies@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343954@vm-rewards.com>
Subject: Exclusive 15% offer at Discount Office Supplies
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.7 required=7.0 tests=DATE_MISSING,HTML_70_80,
       HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
       HTML_IMAGE_ONLY_06,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
       autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





*Coupon code: VIRT46 must be entered in all capital letters at checkout to qualify for the 15% off discount. This coupon cannot be combined with any other discounts, is limited to one use per customer, and is not valid on prior purchases. Your exclusive promotion is only available for one week. Quantities limited while supplies last.



Discount Office Supplies 1 Environmental Way Broomfield, CO 80021

If you can not see our footer image, please visit here.

```
From ???@??? Sun Jan 01 19:05:44 2006
X-Persona: <Mila>
Return-Path: <mailcenter333625@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 16994 invoked from network); 23 Dec 2005 12:26:04 -0600
Received: from vm-182-48.vm-mail.com (206.82.182.48)
  by anthonycentral.com with SMTP; 23 Dec 2005 12:26:02 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-48.vm-mail.com with SMTP; 23 Dec 2005 12:25:47 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 333625
From: Discounted Homes <DiscountedHomes@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333625@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**Bargain Network, Inc., 326 Bollay Drive, Goleta, CA 93117**

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 14:12:29 2005
Return-Path: <mailcenter333625@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 17840 invoked from network); 23 Dec 2005 12:22:59 -0600
Received: from vm-181-69.vm-mail.com (206.82.181.69)
   by ehahome.com with SMTP; 23 Dec 2005 12:22:59 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-69.vm-mail.com with SMTP; 23 Dec 2005 12:22:45 -0600
X-ClientHost:
09910411709910706409711011610411111012109910110116114097108046099111109
X-MailingID: 333625
From: Discounted Homes <DiscountedHomes@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333625@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**Bargain Network, Inc., 326 Bollay Drive, Goleta, CA 93117**

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 14:12:29 2005
Return-Path: <mailcenter333625@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 16390 invoked from network); 23 Dec 2005 12:22:58 -0600
Received: from vm-181-69.vm-mail.com (206.82.181.69)
   by ehahome.com with SMTP; 23 Dec 2005 12:22:58 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-69.vm-mail.com with SMTP; 23 Dec 2005 12:22:45 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 333625
From: Discounted Homes <DiscountedHomes@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333625@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**Bargain Network, Inc., 326 Bollay Drive, Goleta, CA 93117**

**If you can not see our footer image, please** visit here.

```
From ???@??? Fri Dec 30 14:12:29 2005
Return-Path: <mailcenter333625@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 18560 invoked from network); 23 Dec 2005 12:23:01 -0600
Received: from vm-181-69.vm-mail.com (206.82.181.69)
  by ehahome.com with SMTP; 23 Dec 2005 12:23:00 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-69.vm-mail.com with SMTP; 23 Dec 2005 12:22:45 -0600
X-ClientHost:
1001011190971211101010640971101161041111012109910111011611409710804609911109
X-MailingID: 333625
From: Discounted Homes <DiscountedHomes@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333625@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**Bargain Network, Inc., 326 Bollay Drive, Goleta, CA 93117**

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 14:12:29 2005
Return-Path: <mailcenter333625@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 20256 invoked from network); 23 Dec 2005 12:23:03 -0600
Received: from vm-181-69.vm-mail.com (206.82.181.69)
   by ehahome.com with SMTP; 23 Dec 2005 12:23:02 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-69.vm-mail.com with SMTP; 23 Dec 2005 12:22:45 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 333625
From: Discounted Homes <DiscountedHomes@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333625@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**Bargain Network, Inc., 326 Bollay Drive, Goleta, CA 93117**

**If you can not see our footer image, please** visit here.

```
From ???@??? Fri Dec 30 14:12:29 2005
Return-Path: <mailcenter333625@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 22210 invoked from network); 23 Dec 2005 12:23:05 -0600
Received: from vm-181-69.vm-mail.com (206.82.181.69)
   by ehahome.com with SMTP; 23 Dec 2005 12:23:04 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-69.vm-mail.com with SMTP; 23 Dec 2005 12:22:45 -0600
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 333625
From: Discounted Homes <DiscountedHomes@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333625@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



Bargain Network, Inc., 326 Bollay Drive, Goleta, CA 93117

If you can not see our footer image, please visit here.

```
From ???@??? Mon Dec 26 14:34:14 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333625@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 25859 invoked from network); 23 Dec 2005 12:24:14 -0600
Received: from vm-182-230.vm-mail.com (206.82.182.230)
   by anthonycentral.com with SMTP; 23 Dec 2005 12:24:13 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-230.vm-mail.com with SMTP; 23 Dec 2005 12:24:00 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 333625
From: Discounted Homes <DiscountedHomes@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333625@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---



**Bargain Network, Inc., 326 Bollay Drive, Goleta, CA 93117**

If you can not see our footer image, please visit here.

```
From ???@??? Sat Dec 24 20:04:32 2005
X-Persona: <Jay>
Return-Path: <mailcenter333625@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 17846 invoked from network); 23 Dec 2005 12:26:07 -0600
Received: from vm-182-16.vm-mail.com (206.82.182.16)
  by chiefmusician.net with SMTP; 23 Dec 2005 12:26:07 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-16.vm-mail.com with SMTP; 23 Dec 2005 12:25:54 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 333625
From: Discounted Homes <DiscountedHomes@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333625@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**Bargain Network, Inc., 326 Bollay Drive, Goleta, CA 93117**

If you can not see our footer image, please visit here.

```
From ???@??? Sat Dec 24 20:04:03 2005
X-Persona: <Jon>
Return-Path: <mailcenter333625@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 19362 invoked from network); 23 Dec 2005 12:26:10 -0600
Received: from vm-182-99.vm-mail.com (206.82.182.99)
  by chiefmusician.net with SMTP; 23 Dec 2005 12:26:09 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-99.vm-mail.com with SMTP; 23 Dec 2005 12:25:55 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 333625
From: Discounted Homes <DiscountedHomes@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333625@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**Bargain Network, Inc., 326 Bollay Drive, Goleta, CA 93117**

**If you can not see our footer image, please** visit here.

```
From ???@??? Sat Dec 24 20:01:26 2005
X-Persona: <Celia>
Return-Path: <mailcenter333625@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 803 invoked from network); 23 Dec 2005 12:35:29 -0600
Received: from vm-180-90.vm-mail.com (206.82.180.90)
   by rcw19190020.com with SMTP; 23 Dec 2005 12:35:28 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-90.vm-mail.com with SMTP; 23 Dec 2005 12:35:12 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 333625
From: Discounted Homes <DiscountedHomes@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333625@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**Bargain Network, Inc., 326 Bollay Drive, Goleta, CA 93117**

**If you can not see our footer image, please** visit here.

```
From ???@??? Mon Jan 30 15:49:27 2006
X-Persona: <RCW>
Return-Path: <mailcenter333625@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 17763 invoked from network); 23 Dec 2005 13:10:07 -0600
Received: from vm-182-182.vm-mail.com (206.82.182.182)
   by xj4x4.net with SMTP; 23 Dec 2005 13:10:05 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-182.vm-mail.com with SMTP; 23 Dec 2005 13:09:52 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 333625
From: Discounted Homes <DiscountedHomes@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333625@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

 Bargain Network, Inc., 326 Bollay Drive, Goleta, CA 93117

If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 07 20:38:24 2006
Return-Path: <mailcenter334195@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 18501 invoked from network); 5 Jan 2006 21:20:57 -0600
Received: from vm-177-85.vm-mail.com (206.82.177.85)
  by anthonycentral.com with SMTP; 5 Jan 2006 21:20:55 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-85.vm-mail.com with SMTP; 05 Jan 2006 21:20:37 -0600
X-ClientHost:
1001011190971211101010640971101161041111012109910111011611409710804609911109
X-MailingID: 334195
From: Discounted Houses <DiscountedHouses@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334195@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**Bargain Network, Inc., 326 Bollay Dr, Goleta, CA 93117**

**If you can not see our footer image, please** visit here.

```
From ???@??? Sat Jan 07 20:38:24 2006
Return-Path: <mailcenter334195@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 20192 invoked from network); 5 Jan 2006 21:20:59 -0600
Received: from vm-177-85.vm-mail.com (206.82.177.85)
  by anthonycentral.com with SMTP; 5 Jan 2006 21:20:58 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-85.vm-mail.com with SMTP; 05 Jan 2006 21:20:37 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460990111109
X-MailingID: 334195
From: Discounted Houses <DiscountedHouses@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334195@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**Bargain Network, Inc., 326 Bollay Dr, Goleta, CA 93117**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Sat Jan 07 20:38:24 2006
Return-Path: <mailcenter334195@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 23368 invoked from network); 5 Jan 2006 21:21:02 -0600
Received: from vm-177-85.vm-mail.com (206.82.177.85)
   by anthonycentral.com with SMTP; 5 Jan 2006 21:21:00 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-85.vm-mail.com with SMTP; 05 Jan 2006 21:20:37 -0600
X-ClientHost: 11610606409711011610411111012109910110116114097108046099111109
X-MailingID: 334195
From: Discounted Houses <DiscountedHouses@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334195@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



Bargain Network, Inc., 326 Bollay Dr, Goleta, CA 93117

If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 07 20:38:23 2006
Return-Path: <mailcenter334195@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 15716 invoked from network); 5 Jan 2006 21:20:53 -0600
Received: from vm-177-85.vm-mail.com (206.82.177.85)
   by anthonycentral.com with SMTP; 5 Jan 2006 21:20:51 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-85.vm-mail.com with SMTP; 05 Jan 2006 21:20:37 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 334195
From: Discounted Houses <DiscountedHouses@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334195@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**Bargain Network, Inc., 326 Bollay Dr, Goleta, CA 93117**

If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 07 20:38:23 2006
Return-Path: <mailcenter334195@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 16742 invoked from network); 5 Jan 2006 21:20:55 -0600
Received: from vm-177-85.vm-mail.com (206.82.177.85)
  by anthonycentral.com with SMTP; 5 Jan 2006 21:20:54 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-85.vm-mail.com with SMTP; 05 Jan 2006 21:20:37 -0600
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 334195
From: Discounted Houses <DiscountedHouses@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334195@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**Bargain Network, Inc., 326 Bollay Dr, Goleta, CA 93117**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Fri Jan 06 15:28:16 2006
X-Persona: <Celia>
Return-Path: <mailcenter334195@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 14048 invoked from network); 5 Jan 2006 21:47:59 -0600
Received: from vm-181-72.vm-mail.com (206.82.181.72)
  by chiefmusician.net with SMTP; 5 Jan 2006 21:47:59 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-72.vm-mail.com with SMTP; 05 Jan 2006 21:47:47 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 334195
From: Discounted Houses <DiscountedHouses@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334195@vm-rewards.com>
Subject: *****SPAM***** Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        * 1.0 DATE_MISSING Missing Date: header
        * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.0 HTML_MESSAGE BODY: HTML included in message
        * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



**Bargain Network, Inc., 326 Bollay Dr, Goleta, CA 93117**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Fri Jan 06 15:27:34 2006
X-Persona: <Jon>
Return-Path: <mailcenter334195@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 15750 invoked from network); 5 Jan 2006 21:30:34 -0600
Received: from vm-180-190.vm-mail.com (206.82.180.190)
  by omniinnovations.com with SMTP; 5 Jan 2006 21:30:32 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-190.vm-mail.com with SMTP; 05 Jan 2006 21:30:00 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010 46099111109
X-MailingID: 334195
From: Discounted Houses <DiscountedHouses@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334195@vm-rewards.com>
Subject: *****SPAM***** Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



 **Bargain Network, Inc., 326 Bollay Dr, Goleta, CA 93117**

 **If you can not see our footer image, please** visit here**.**

```
From ???@??? Fri Jan 06 15:27:18 2006
X-Persona: <Jay>
Return-Path: <mailcenter334195@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 15523 invoked from network); 5 Jan 2006 21:30:33 -0600
Received: from vm-180-189.vm-mail.com (206.82.180.189)
   by itdidnotendright.com with SMTP; 5 Jan 2006 21:30:32 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-189.vm-mail.com with SMTP; 05 Jan 2006 21:29:58 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 334195
From: Discounted Houses <DiscountedHouses@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334195@vm-rewards.com>
Subject: *****SPAM***** Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



 **Bargain Network, Inc., 326 Bollay Dr, Goleta, CA 93117**

 **If you can not see our footer image, please** visit here.

```
From ???@??? Fri Jan 06 15:26:17 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter334195@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 29219 invoked from network); 5 Jan 2006 21:28:12 -0600
Received: from vm-180-95.vm-mail.com (206.82.180.95)
  by jammtomm.com with SMTP; 5 Jan 2006 21:28:12 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-95.vm-mail.com with SMTP; 05 Jan 2006 21:27:58 -0600
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460991111109
X-MailingID: 334195
From: Discounted Houses <DiscountedHouses@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334195@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

 **Bargain Network, Inc., 326 Bollay Dr, Goleta, CA 93117**

        **If you can not see our footer image, please** visit here.

```
From ???@??? Thu Jan 05 21:28:19 2006
X-Persona: <Mila>
Return-Path: <mailcenter334195@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 05 Jan 2006 21:30:19 -0600
From: Discounted Houses <DiscountedHouses@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Cheap homes in your area!
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43BDE44B.0701D68E"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
6534&e=mila@jammtomm.com
  URI:http://ogy.cc/burglecut.gif
  URI:http://redirect.virtumundo.com/bt?m34195&e=mila@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (7.8 points, 7.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN   BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80        BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 6337 invoked from network); 5 Jan 2006 21:30:13 -0600
Received: from vm-180-114.vm-mail.com (206.82.180.114)
  by jaykaysplace.com with SMTP; 5 Jan 2006 21:30:10 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-114.vm-mail.com with SMTP; 05 Jan 2006 21:29:51 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109

```
X-MailingID: 334195
From: Discounted Houses <DiscountedHouses@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334195@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Cheap
homes in y4.htm"
```

```
From ???@??? Mon Jan 30 15:59:19 2006
X-Persona: <RCW>
Return-Path: <mailcenter334195@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 14914 invoked from network); 5 Jan 2006 22:23:12 -0600
Received: from vm-180-108.vm-mail.com (206.82.180.108)
   by clrobin.com with SMTP; 5 Jan 2006 22:23:11 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-108.vm-mail.com with SMTP; 05 Jan 2006 22:23:00 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 334195
From: Discounted Houses <DiscountedHouses@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334195@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**Bargain Network, Inc., 326 Bollay Dr, Goleta, CA 93117**

If you can not see our footer image, please *visit here*.

```
From ???@??? Fri Oct 17 00:08:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <269433-22435>; Fri, 17 Oct 2003 02:58:23 -0400
Received: from vm147.vmadmin.com ([216.64.222.147]) by ams.ftl.affinity.com
with ESMTP id <4393611-22461>; Thu, 16 Oct 2003 17:06:35 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm147.vmadmin.com with SMTP; 16 Oct 2003 16:05:53 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 165600
From: Display Case <FindDisplayCases165600@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Display Case <FindDisplayCases165600@replies.virtumundo.com>
Subject: Looking for display cases?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct16.170635-0400_edt.4393611-22461+610@ams.ftl.affinity.com>
Date:Thu, 16 Oct 2003 17:06:35 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Nov 19 21:57:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221962-26268>; Wed, 19 Nov 2003 21:17:37 -0500
Received: from vm156.vmadmin.com ([216.64.222.156]) by ams.ftl.affinity.com
with ESMTP id <222594-26272>; Wed, 19 Nov 2003 21:16:27 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm156.vmadmin.com with SMTP; 19 Nov 2003 20:15:31 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 201099
From: Disposable Camera <DisposableCamera201099@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Disposable Camera <DisposableCamera201099@replies.virtumundo.com>
Subject: The cameras are disposable. The pictures are not.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov19.211627-0500_est.222594-26272+22262@ams.ftl.affinity.com>
Date:Wed, 19 Nov 2003 21:16:24 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 20 17:47:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213626-1081>; Mon, 20 Oct 2003 19:16:49 -0400
Received: from vm220.vmadmin.com ([216.64.222.220]) by ams.ftl.affinity.com
with ESMTP id <338315-1078>; Mon, 20 Oct 2003 18:05:10 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm220.vmadmin.com with SMTP; 20 Oct 2003 17:03:22 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 170551
From: DNA Testing Resources <DNATestingResources170551@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: DNA Testing Resources
<DNATestingResources170551@replies.virtumundo.com>
Subject: DNA tests tell everything.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct20.180510-0400_edt.338315-1078+15107@ams.ftl.affinity.com>
Date:Mon, 20 Oct 2003 18:05:09 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Jan 31 10:04:43 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <226030-3171>; Sat, 31 Jan 2004 12:07:39 -0500
Received: from vm208-52.adknow-net.com ([216.21.208.52]) by
ams.ftl.affinity.com with ESMTP id <227305-3171>; Sat, 31 Jan 2004 12:06:37
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-52.adknow-net.com with SMTP; 31 Jan 2004 11:06:35 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 354859
From: Dog Owner Resources <DogOwnerResources@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return354859@replies.adknow-net.com
Subject: A happy dog means a happy family.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan31.120637-0500_est.227305-3171+113146@ams.ftl.affinity.com>
Date:Sat, 31 Jan 2004 12:06:35 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Jan 01 19:31:10 2006
X-Persona: <Mila>
Return-Path: <mailcenter333871@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Fri, 30 Dec 2005 09:27:54 -0600
From: Dollar Shop <DollarShop@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Own your own dollar store
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.1 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,HTML_WEB_BUGS,
       LOTS_OF_STUFF,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,NORMAL_HTTP_TO_IP,
       SUBJ_YOUR_OWN,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43B551FA.9EE80123"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
6415&e=mila@jammtomm.com
  URI:http://64.78.192.239/images/mdsf/reality1.gif
  URI:http://redirect.virtumundo.com/ct?i'6415&e=mila@jammtomm.com [...]

Content analysis details:   (10.1 points, 7.0 required)

 pts rule name               description
---- ---------------------- --------------------------------------------------
 2.1 SUBJ_YOUR_OWN           Subject contains "Your Own"
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.3 LOTS_OF_STUFF           BODY: Thousands or millions of pics/movies/etc
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.6 HTML_WEB_BUGS           BODY: Image tag intended to identify you
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 0.2 NORMAL_HTTP_TO_IP       URI: Uses a dotted-decimal IP address in URL

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 23264 invoked from network); 30 Dec 2005 09:27:51 -0600
Received: from vm-180-161.vm-mail.com (206.82.180.161)
  by celiajay.com with SMTP; 30 Dec 2005 09:27:50 -0600
Received: from vm-mail.com (192.168.3.20)

```
   by vm-180-161.vm-mail.com with SMTP; 30 Dec 2005 09:27:36 -0600
X-ClientHost: 1091051080970641060971091091161111091090046099111109
X-MailingID: 333871
From: Dollar Shop <DollarShop@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333871@vm-rewards.com>
Subject: Own your own dollar store
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Own your
own dol10.htm"
```

```
From ???@??? Fri Dec 30 16:35:38 2005
Return-Path: <mailcenter333871@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 9763 invoked from network); 30 Dec 2005 09:16:23 -0600
Received: from vm-177-4.vm-mail.com (206.82.177.4)
  by rcw19190020.com with SMTP; 30 Dec 2005 09:16:23 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-4.vm-mail.com with SMTP; 30 Dec 2005 09:16:10 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 333871
From: Dollar Shop <DollarShop@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333871@vm-rewards.com>
Subject: Own your own dollar store
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=7.0 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,HTML_WEB_BUGS,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,NORMAL_HTTP_TO_IP,SUBJ_YOUR_OWN
      autolearn=no version=2.63
```



**Free Dollar Shop, 437 E. 1000 S. Pleasant Grove, UT 84062**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Fri Dec 30 16:35:38 2005
Return-Path: <mailcenter333871@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 10852 invoked from network); 30 Dec 2005 09:16:24 -0600
Received: from vm-177-4.vm-mail.com (206.82.177.4)
  by rcw19190020.com with SMTP; 30 Dec 2005 09:16:24 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-4.vm-mail.com with SMTP; 30 Dec 2005 09:16:10 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 333871
From: Dollar Shop <DollarShop@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333871@vm-rewards.com>
Subject: Own your own dollar store
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=7.0 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,HTML_WEB_BUGS,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,NORMAL_HTTP_TO_IP,SUBJ_YOUR_OWN
      autolearn=no version=2.63
```



**Free Dollar Shop, 437 E. 1000 S. Pleasant Grove, UT 84062**

**If you can not see our footer image, please** visit here.

```
From ???@??? Fri Dec 30 16:35:38 2005
Return-Path: <mailcenter333871@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 12481 invoked from network); 30 Dec 2005 09:16:32 -0600
Received: from vm-177-4.vm-mail.com (206.82.177.4)
  by rcw19190020.com with SMTP; 30 Dec 2005 09:16:25 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-4.vm-mail.com with SMTP; 30 Dec 2005 09:16:10 -0600
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710 8046099111109
X-MailingID: 333871
From: Dollar Shop <DollarShop@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333871@vm-rewards.com>
Subject: Own your own dollar store
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=7.0 required=7.0 tests=BAYES_44,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,HTML_WEB_BUGS,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,NORMAL_HTTP_TO_IP,SUBJ_YOUR_OWN
       autolearn=no version=2.63
```



**Free Dollar Shop, 437 E. 1000 S. Pleasant Grove, UT 84062**

**If you can not see our footer image, please** visit here.

```
From ???@??? Fri Dec 30 16:35:38 2005
Return-Path: <mailcenter333871@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 13346 invoked from network); 30 Dec 2005 09:16:33 -0600
Received: from vm-177-4.vm-mail.com (206.82.177.4)
  by rcw19190020.com with SMTP; 30 Dec 2005 09:16:32 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-4.vm-mail.com with SMTP; 30 Dec 2005 09:16:10 -0600
X-ClientHost:
1150971101001210640971101161041111012109910111011611409710804609911109
X-MailingID: 333871
From: Dollar Shop <DollarShop@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333871@vm-rewards.com>
Subject: Own your own dollar store
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=7.0 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,HTML_WEB_BUGS,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,NORMAL_HTTP_TO_IP,SUBJ_YOUR_OWN
      autolearn=no version=2.63
```



**Free Dollar Shop, 437 E. 1000 S. Pleasant Grove, UT 84062**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Fri Dec 30 16:35:38 2005
Return-Path: <mailcenter333871@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 14339 invoked from network); 30 Dec 2005 09:16:37 -0600
Received: from vm-177-4.vm-mail.com (206.82.177.4)
  by rcw19190020.com with SMTP; 30 Dec 2005 09:16:34 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-4.vm-mail.com with SMTP; 30 Dec 2005 09:16:10 -0600
X-ClientHost: 11610606409711011610411111012109910110101611409710804609911109
X-MailingID: 333871
From: Dollar Shop <DollarShop@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333871@vm-rewards.com>
Subject: Own your own dollar store
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=7.0 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,HTML_WEB_BUGS,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,NORMAL_HTTP_TO_IP,SUBJ_YOUR_OWN
        autolearn=no version=2.63
```



**Free Dollar Shop, 437 E. 1000 S. Pleasant Grove, UT 84062**

**If you can not see our footer image, please** visit here.

```
From ???@??? Fri Dec 30 13:15:14 2005
X-Persona: <Jay>
Return-Path: <mailcenter333871@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 28037 invoked from network); 30 Dec 2005 09:27:57 -0600
Received: from vm-180-96.vm-mail.com (206.82.180.96)
  by jaycelia.com with SMTP; 30 Dec 2005 09:27:56 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-96.vm-mail.com with SMTP; 30 Dec 2005 09:27:44 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 333871
From: Dollar Shop <DollarShop@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333871@vm-rewards.com>
Subject: *****SPAM***** Own your own dollar store
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.1 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,HTML_WEB_BUGS,
      LOTS_OF_STUFF,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,NORMAL_HTTP_TO_IP,
      SUBJ_YOUR_OWN,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      * 2.1 SUBJ_YOUR_OWN Subject contains "Your Own"
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 0.3 LOTS_OF_STUFF BODY: Thousands or millions of pics/movies/etc
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.6 HTML_WEB_BUGS BODY: Image tag intended to identify you
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 0.2 NORMAL_HTTP_TO_IP URI: Uses a dotted-decimal IP address in URL
```






 **Free Dollar Shop, 437 E. 1000 S. Pleasant Grove, UT 84062**


**If you can not see our footer image, please <u>visit here</u>.**

```
From ???@??? Fri Dec 30 13:06:45 2005
X-Persona: <Celia>
Return-Path: <mailcenter333871@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 20833 invoked from network); 30 Dec 2005 10:47:24 -0600
Received: from vm-181-3.vm-mail.com (206.82.181.3)
  by jaycelia.com with SMTP; 30 Dec 2005 10:47:24 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-3.vm-mail.com with SMTP; 30 Dec 2005 10:47:02 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 333871
From: Dollar Shop <DollarShop@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333871@vm-rewards.com>
Subject: *****SPAM***** Own your own dollar store
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.1 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,HTML_WEB_BUGS,
        LOTS_OF_STUFF,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,NORMAL_HTTP_TO_IP,
        SUBJ_YOUR_OWN,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  2.1 SUBJ_YOUR_OWN Subject contains "Your Own"
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.3 LOTS_OF_STUFF BODY: Thousands or millions of pics/movies/etc
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.6 HTML_WEB_BUGS BODY: Image tag intended to identify you
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.2 NORMAL_HTTP_TO_IP URI: Uses a dotted-decimal IP address in URL
```






 **Free Dollar Shop, 437 E. 1000 S. Pleasant Grove, UT 84062**


**If you can not see our footer image, please** <u>visit here</u>.

```
From ???@??? Fri Dec 30 13:06:41 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333871@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 12481 invoked from network); 30 Dec 2005 09:26:12 -0600
Received: from vm-180-20.vm-mail.com (206.82.180.20)
  by gnwalpha.org with SMTP; 30 Dec 2005 09:26:11 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-20.vm-mail.com with SMTP; 30 Dec 2005 09:25:58 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 333871
From: Dollar Shop <DollarShop@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333871@vm-rewards.com>
Subject: Own your own dollar store
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

 **Free Dollar Shop, 437 E. 1000 S. Pleasant Grove, UT 84062**

       **If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 30 15:52:46 2006
X-Persona: <RCW>
Return-Path: <mailcenter333871@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 26502 invoked from network); 30 Dec 2005 10:13:32 -0600
Received: from vm-180-169.vm-mail.com (206.82.180.169)
   by omniinnovations.com with SMTP; 30 Dec 2005 10:13:32 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-169.vm-mail.com with SMTP; 30 Dec 2005 10:13:20 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 333871
From: Dollar Shop <DollarShop@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333871@vm-rewards.com>
Subject: Own your own dollar store
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Free Dollar Shop, 437 E. 1000 S. Pleasant Grove, UT 84062

If you can not see our footer image, please visit here.

```
From ???@??? Thu Jan 22 13:24:23 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2388726-15194>; Thu, 22 Jan 2004 14:03:09 -0500
Received: from vm208-67.adknow-net.com ([216.21.208.67]) by
ams.ftl.affinity.com with ESMTP id <2388416-15183>; Thu, 22 Jan 2004 14:02:06
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-67.adknow-net.com with SMTP; 22 Jan 2004 13:01:54 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 347168
From: Dollar Store Opportunities <DollarStoreOpportunities@adknow-net.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return347168@replies.adknow-net.com
Subject: Make a buck with your own franchise!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan22.140206-0500_est.2388416-15183+12839@ams.ftl.affinity.com>
Date:Thu, 22 Jan 2004 14:02:05 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Jan 22 13:24:23 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2388162-15191>; Thu, 22 Jan 2004 14:03:08 -0500
Received: from vm208-67.adknow-net.com ([216.21.208.67]) by
ams.ftl.affinity.com with ESMTP id <2388726-15191>; Thu, 22 Jan 2004 14:02:05
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-67.adknow-net.com with SMTP; 22 Jan 2004 13:01:54 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 347168
From: Dollar Store Opportunities <DollarStoreOpportunities@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return347168@replies.adknow-net.com
Subject: Make a buck with your own franchise!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan22.140205-0500_est.2388726-15191+12405@ams.ftl.affinity.com>
Date:Thu, 22 Jan 2004 14:02:04 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Jan 22 13:24:23 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2388693-15194>; Thu, 22 Jan
2004 14:03:09 -0500
Received: from vm208-67.adknow-net.com ([216.21.208.67]) by
ams.ftl.affinity.com with ESMTP id <2388748-15193>; Thu, 22 Jan 2004 14:02:07
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-67.adknow-net.com with SMTP; 22 Jan 2004 13:01:54 -0600
X-ClientHost:
106111110097116104097110064103111114100111101191111141071150460099111109
X-MailingID: 347168
From: Dollar Store Opportunities <DollarStoreOpportunities@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return347168@replies.adknow-net.com
Subject: Make a buck with your own franchise!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan22.140207-0500_est.2388748-15193+12641@ams.ftl.affinity.com>
Date:Thu, 22 Jan 2004 14:02:06 -0500



**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Sep 16 10:11:57 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <732067-13109>; Tue, 16 Sep 2003 11:10:21 -0400
Received: from vt28.vtarget.com ([216.64.222.28]) by ams.ftl.affinity.com with
ESMTP id <733003-13108>; Tue, 16 Sep 2003 11:08:52 -0400
Received: from vtarget.com (192.168.3.10)
  by vt28.vtarget.com with SMTP; 16 Sep 2003 10:08:50 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 135771
From: Domain Name Search <DomainNameSearch135771@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: Domain Name Search <DomainNameSearch135771@replies.vtarget.com>
Subject: Claim your domain name now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep16.110852-0400_edt.733003-13108+2455@ams.ftl.affinity.com>
Date:Tue, 16 Sep 2003 11:08:51 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Sep 30 15:30:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <276897-8660>; Tue, 30 Sep 2003 17:53:03 -0400
Received: from vl208-55.vmlocal.com ([216.21.208.55]) by ams.ftl.affinity.com
with ESMTP id <272957-8660>; Tue, 30 Sep 2003 17:52:20 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-55.vmlocal.com with SMTP; 30 Sep 2003 16:51:14 -0500
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 148462
From: Domain Name Search <DomainNameSearch148462@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Domain Name Search <DomainNameSearch148462@vmlocal.com>
Subject: Ready to register your domain name?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep30.175220-0400_edt.272957-8660+19553@ams.ftl.affinity.com>
Date:Tue, 30 Sep 2003 17:52:18 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Oct 08 17:26:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <336770-22724>; Wed, 8 Oct 2003 19:57:27 -0400
Received: from vl208-28.vmlocal.com ([216.21.208.28]) by ams.ftl.affinity.com
with ESMTP id <336736-6934>; Wed, 8 Oct 2003 19:56:39 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-28.vmlocal.com with SMTP; 08 Oct 2003 18:55:33 -0500
X-ClientHost: 1020971211010641031111141001111011911111410711504609911109
X-MailingID: 156634
From: Domain Name Search <DomainNameSearch156634@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+156634@replies.vmlocal.com>
Subject: Claim your domain name now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct8.195639-0400_edt.336736-6934+543@ams.ftl.affinity.com>
Date:Wed, 8 Oct 2003 19:56:39 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Oct 08 17:26:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <336691-22860>; Wed, 8 Oct 2003 19:57:28 -0400
Received: from vl208-28.vmlocal.com ([216.21.208.28]) by ams.ftl.affinity.com
with ESMTP id <336770-22861>; Wed, 8 Oct 2003 19:56:40 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-28.vmlocal.com with SMTP; 08 Oct 2003 18:55:33 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 156634
From: Domain Name Search <DomainNameSearch156634@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+156634@replies.vmlocal.com>
Subject: Claim your domain name now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct8.195640-0400_edt.336770-22861+13269@ams.ftl.affinity.com>
Date:Wed, 8 Oct 2003 19:56:39 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Oct 08 17:24:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221712-5259>; Wed, 8 Oct 2003 17:22:54 -0400
Received: from vl208-36.vmlocal.com ([216.21.208.36]) by ams.ftl.affinity.com
with ESMTP id <222146-5267>; Wed, 8 Oct 2003 17:21:46 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-36.vmlocal.com with SMTP; 08 Oct 2003 16:21:45 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 156637
From: Domain Name Search <DomainNameSearch156637@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+156637@replies.vmlocal.com>
Subject: Claim your domain name now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct8.172146-0400_edt.222146-5267+237@ams.ftl.affinity.com>
Date:Wed, 8 Oct 2003 17:21:46 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Oct 11 13:26:39 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <264904-3492>; Sat, 11 Oct 2003 15:36:44 -0400
Received: from vl208-74.vmlocal.com ([216.21.208.74]) by ams.ftl.affinity.com
with ESMTP id <268029-3493>; Sat, 11 Oct 2003 15:35:36 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-74.vmlocal.com with SMTP; 11 Oct 2003 14:33:34 -0500
X-ClientHost: 10609710910111506410311111410011111019111111410711504609911109
X-MailingID: 159569
From: Domain Name Search <DomainNameSearch159569@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Domain Name Search <DomainNameSearch159569@vmlocal.com>
Subject: Register your domain name before it¹s too late.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct11.153536-0400_edt.268029-3493+60506@ams.ftl.affinity.com>
Date:Sat, 11 Oct 2003 15:35:36 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Oct 13 23:31:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <1246200-1139>; Tue, 14 Oct
2003 02:10:51 -0400
Received: from vl208-41.vmlocal.com ([216.21.208.41]) by ams.ftl.affinity.com
with ESMTP id <2302516-1156>; Tue, 14 Oct 2003 02:09:29 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-41.vmlocal.com with SMTP; 13 Oct 2003 23:16:34 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 162199
From: Domain Name Search <DomainNameSearch162199@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+162199@replies.vmlocal.com>
Subject: Grab your domain name and get on your way. Register Today!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct14.020929-0400_edt.2302516-1156+17129@ams.ftl.affinity.com>
Date:Tue, 14 Oct 2003 02:09:24 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Oct 18 19:50:14 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218608-5288>; Sat, 18 Oct 2003 22:27:36 -0400
Received: from vl208-17.vmlocal.com ([216.21.208.17]) by ams.ftl.affinity.com
with ESMTP id <220777-23095>; Sat, 18 Oct 2003 22:26:40 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-17.vmlocal.com with SMTP; 18 Oct 2003 21:26:37 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 167664
From: Domain Name Search <DomainNameSearch167664@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+167664@replies.vmlocal.com>
Subject: Claim your domain name now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct18.222640-0400_edt.220777-23095+7812@ams.ftl.affinity.com>
Date:Sat, 18 Oct 2003 22:26:39 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Oct 18 09:04:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219335-28331>; Sat, 18 Oct 2003 10:10:45 -0400
Received: from vl208-70.vmlocal.com ([216.21.208.70]) by ams.ftl.affinity.com
with ESMTP id <219373-28326>; Sat, 18 Oct 2003 10:09:57 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-70.vmlocal.com with SMTP; 18 Oct 2003 09:09:56 -0500
X-ClientHost: 102097121101064103111114100111101191111141071115046099111109
X-MailingID: 167671
From: Domain Name Search <DomainNameSearch167671@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Domain Name Search <DomainNameSearch167671@vmlocal.com>
Subject: Claim your domain name now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct18.100957-0400_edt.219373-28326+8169@ams.ftl.affinity.com>
Date:Sat, 18 Oct 2003 10:09:57 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Oct 18 09:04:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <218530-28331>; Sat, 18 Oct 2003 10:10:45 -0400
Received: from vl208-70.vmlocal.com ([216.21.208.70]) by ams.ftl.affinity.com
with ESMTP id <219375-28329>; Sat, 18 Oct 2003 10:09:57 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-70.vmlocal.com with SMTP; 18 Oct 2003 09:09:56 -0500
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 167671
From: Domain Name Search <DomainNameSearch167671@vmlocal.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Domain Name Search <DomainNameSearch167671@vmlocal.com>
Subject: Claim your domain name now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct18.100957-0400_edt.219375-28329+8062@ams.ftl.affinity.com>
Date:Sat, 18 Oct 2003 10:09:57 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Oct 21 12:07:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213305-4873>; Tue, 21 Oct 2003 14:28:11 -0400
Received: from vl208-63.vmlocal.com ([216.21.208.63]) by ams.ftl.affinity.com
with ESMTP id <215277-4887>; Tue, 21 Oct 2003 14:26:04 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-63.vmlocal.com with SMTP; 21 Oct 2003 13:26:03 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 170674
From: Domain Name Search <DomainNameSearch170674@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Domain Name Search <DomainNameSearch170674@vmlocal.com>
Subject: Grab your domain name and get on your way. Register Today!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct21.142604-0400_edt.215277-4887+2781@ams.ftl.affinity.com>
Date:Tue, 21 Oct 2003 14:26:03 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Oct 29 19:08:10 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <225240-2359>; Wed, 29 Oct
2003 20:10:58 -0500
Received: from vl208-44.vmlocal.com ([216.21.208.44]) by ams.ftl.affinity.com
with ESMTP id <229604-2351>; Wed, 29 Oct 2003 20:09:56 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-44.vmlocal.com with SMTP; 29 Oct 2003 19:09:55 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 181593
From: Domain Name Search <DomainNameSearch181593@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Domain Name Search <DomainNameSearch181593@vmlocal.com>
Subject: Register your domain name before it¹s too late.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.200956-0500_est.229604-2351+24893@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 20:09:55 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2003 Virtumundo, Inc. All rights reserved.**
Message sent Wed Oct 29 19:09:30 CST 2003

From ???@??? Wed Oct 29 08:41:11 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222332-2359>; Wed, 29 Oct 2003 11:29:01 -0500
Received: from vl208-18.vmlocal.com ([216.21.208.18]) by ams.ftl.affinity.com
with ESMTP id <213947-2359>; Wed, 29 Oct 2003 11:26:56 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-18.vmlocal.com with SMTP; 29 Oct 2003 10:26:55 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 181599
From: Domain Name Search <DomainNameSearch181599@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Domain Name Search <DomainNameSearch181599@vmlocal.com>
Subject: Register your domain name before it¹s too late.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.112656-0500_est.213947-2359+15742@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 11:26:55 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

Message sent Wed Oct 29 10:26:21 CST 2003

From ???@??? Sun Nov 02 18:51:59 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213868-14701>; Sun, 2 Nov 2003 20:51:55 -0500
Received: from vl208-27.vmlocal.com ([216.21.208.27]) by ams.ftl.affinity.com
with ESMTP id <216769-14706>; Sun, 2 Nov 2003 20:51:20 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-27.vmlocal.com with SMTP; 02 Nov 2003 19:51:19 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 184368
From: Domain Name Search <DomainNameSearch184368@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Domain Name Search <DomainNameSearch184368@vmlocal.com>
Subject: Claim your domain name now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov2.205120-0500_est.216769-14706+3711@ams.ftl.affinity.com>
Date:Sun, 2 Nov 2003 20:51:20 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Nov 03 11:55:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217273-18169>; Mon, 3 Nov 2003 14:34:35 -0500
Received: from vm208-1.vm06.com ([216.21.208.1]) by ams.ftl.affinity.com with
ESMTP id <217254-18170>; Mon, 3 Nov 2003 14:34:29 -0500
Received: from vmlocal.com (192.168.3.12)
  by vm208-1.vm06.com with SMTP; 03 Nov 2003 13:34:26 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111009
X-MailingID: 188096
From: Domain Name Search <DomainNameSearch188096@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Domain Name Search <DomainNameSearch188096@vmlocal.com>
Subject: Register your domain name before it¹s too late.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov3.143429-0500_est.217254-18170+3294@ams.ftl.affinity.com>
Date:Mon, 3 Nov 2003 14:34:29 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Jan 21 14:58:25 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222446-3228>; Wed, 21 Jan 2004 15:52:30 -0500
Received: from vm208-18.adknow-net.com ([216.21.208.18]) by
ams.ftl.affinity.com with ESMTP id <240331-3220>; Wed, 21 Jan 2004 15:51:18
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-18.adknow-net.com with SMTP; 21 Jan 2004 14:51:11 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 346773
From: Domain Name Search <DomainNameSearch@adknow-net.com>
To:    Faye  <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return346773@replies.adknow-net.com
Subject: Grab your domain name and get on your way. Register!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan21.155118-0500_est.240331-3220+34039@ams.ftl.affinity.com>
Date:Wed, 21 Jan 2004 15:51:15 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Jan 21 08:41:41 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <230715-11998>; Wed, 21 Jan 2004 11:16:54 -0500
Received: from vm208-48.adknow-net.com ([216.21.208.48]) by
ams.ftl.affinity.com with ESMTP id <234598-11997>; Wed, 21 Jan 2004 11:15:34
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-48.adknow-net.com with SMTP; 21 Jan 2004 10:15:30 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 346215
From: Domain Name Search <DomainNameSearch@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return346215@replies.adknow-net.com
Subject: Claim your domain name now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan21.111534-0500_est.234598-11997+10654@ams.ftl.affinity.com>
Date:Wed, 21 Jan 2004 11:15:33 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Jan 23 23:21:01 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2394796-15184>; Fri, 23 Jan 2004 22:47:12 -0500
Received: from vm208-48.adknow-net.com ([216.21.208.48]) by
ams.ftl.affinity.com with ESMTP id <2390272-15184>; Fri, 23 Jan 2004 22:46:03
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-48.adknow-net.com with SMTP; 23 Jan 2004 21:45:57 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 347952
From: Domain Name Search <DomainNameSearch@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return347952@replies.adknow-net.com
Subject: Register your domain name before it¹s too late.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.224603-0500_est.2390272-15184+32801@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 22:46:02 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Oct 28 12:48:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <503030-28269>; Tue, 28 Oct 2003 13:56:14 -0500
Received: from vl208-42.vmlocal.com ([216.21.208.42]) by ams.ftl.affinity.com
with ESMTP id <503394-28269>; Tue, 28 Oct 2003 13:55:49 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-42.vmlocal.com with SMTP; 28 Oct 2003 12:55:45 -0600
X-ClientHost: 106097109101115064103111114100111101191111114107115046099111109
X-MailingID: 179529
From: Download Music <DownloadMusicNow179529@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Download Music <DownloadMusicNow179529@vmlocal.com>
Subject: All the songs you love are here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct28.135549-0500_est.503394-28269+4057@ams.ftl.affinity.com>
Date:Tue, 28 Oct 2003 13:55:49 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the

**advertiser, and questions about this offer should be directed to the**
**advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**
Message sent Tue Oct 28 12:55:05 CST 2003

From ???@??? Sun Nov 02 21:00:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213557-5223>; Sun, 2 Nov 2003 23:18:58 -0500
Received: from vl208-25.vmlocal.com ([216.21.208.25]) by ams.ftl.affinity.com
with ESMTP id <215603-5217>; Sun, 2 Nov 2003 23:18:03 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-25.vmlocal.com with SMTP; 02 Nov 2003 22:18:01 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111 09
X-MailingID: 186347
From: Download Music <DownloadMusicNow186347@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Download Music <DownloadMusicNow186347@vmlocal.com>
Subject: Music to your ears.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov2.231803-0500_est.215603-5217+50288@ams.ftl.affinity.com>
Date:Sun, 2 Nov 2003 23:18:02 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the

advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Feb 01 22:34:09 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <424572-15796>; Sun, 1 Feb 2004 23:42:37 -0500
Received: from vm208-52.adknow-net.com ([216.21.208.52]) by
ams.ftl.affinity.com with ESMTP id <424761-16016>; Sun, 1 Feb 2004 23:41:52
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-52.adknow-net.com with SMTP; 01 Feb 2004 22:41:49 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 355751
From: Download Music <DownloadMusicNow@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return355751@replies.adknow-net.com
Subject: Get the songs you love.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb1.234152-0500_est.424761-16016+30003@ams.ftl.affinity.com>
Date:Sun, 1 Feb 2004 23:41:52 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please**

mail questions or comments regarding this message to List Member Inquiries,
Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c)
1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Jan 26 17:49:24 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <262481-17277>; Mon, 26 Jan 2004 19:32:35 -0500
Received: from vm208-77.adknow-net.com ([216.21.208.77]) by
ams.ftl.affinity.com with ESMTP id <262532-17265>; Mon, 26 Jan 2004 19:30:54
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-77.adknow-net.com with SMTP; 26 Jan 2004 18:30:46 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 350452
From: Download Music <DownloadMusicNow@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return350452@replies.adknow-net.com
Subject: Find the soundtrack to your life.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan26.193054-0500_est.262532-17265+150745@ams.ftl.affinity.com>
Date:Mon, 26 Jan 2004 19:30:54 -0500



If you would like to refer a friend information regarding this program,
go here. To remove yourself from this program (and stop receiving email messages
from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please
note that the companies listed within this service have not provided
Virtumundo consideration to include their products in this message. Please

mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Jan 24 09:04:51 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <329878-11781>; Sat, 24 Jan 2004 11:43:37 -0500
Received: from vm208-15.adknow-net.com ([216.21.208.15]) by
ams.ftl.affinity.com with ESMTP id <330636-11780>; Sat, 24 Jan 2004 11:42:29
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-15.adknow-net.com with SMTP; 24 Jan 2004 10:42:22 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 348862
From: Download Music <DownloadMusicNow@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return348862@replies.adknow-net.com
Subject: Music to your ears.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan24.114229-0500_est.330636-11780+21853@ams.ftl.affinity.com>
Date:Sat, 24 Jan 2004 11:42:29 -0500
```



**If you would like to refer a friend information regarding this program,
go here. To remove yourself from this program (and stop receiving email messages
from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please
note that the companies listed within this service have not provided
Virtumundo consideration to include their products in this message. Please**

mail questions or comments regarding this message to List Member Inquiries,
Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c)
1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Feb 04 09:57:31 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <229611-23380>; Wed, 4 Feb 2004 12:21:52 -0500
Received: from vm208-44.adknow-net.com ([216.21.208.44]) by
ams.ftl.affinity.com with ESMTP id <234337-23386>; Wed, 4 Feb 2004 12:20:46
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-44.adknow-net.com with SMTP; 04 Feb 2004 11:20:40 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 357534
From: Download Music <DownloadMusicNow@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return357534@replies.adknow-net.com
Subject: Find the soundtrack to your life.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb4.122046-0500_est.234337-23386+19355@ams.ftl.affinity.com>
Date:Wed, 4 Feb 2004 12:20:43 -0500
```



**If you would like to refer a friend information regarding this program,
go** here**. To remove yourself from this program (and stop receiving email messages
from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please
note that the companies listed within this service have not provided
Virtumundo consideration to include their products in this message. Please**

mail questions or comments regarding this message to List Member Inquiries,
Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c)
1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Dec 31 21:09:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2380273-23122>; Wed, 31 Dec 2003 23:26:06 -0500
Received: from vm209-238.vmlocal.com ([216.21.209.238]) by
ams.ftl.affinity.com with ESMTP id <2498364-23112>; Wed, 31 Dec 2003 23:25:15
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-238.vmlocal.com with SMTP; 31 Dec 2003 22:25:12 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 232604
From: Drug Rehab <DrugRehabOptions@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Drug Rehab <DrugRehabOptions232604@vmlocal.com>
Subject: Rehabilitation is just around the corner.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec31.232515-0500_est.2498364-23112+45655@ams.ftl.affinity.com>
Date:Wed, 31 Dec 2003 23:25:13 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Dec 07 23:01:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222415-24811>; Sun, 7 Dec 2003 22:14:07 -0500
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <222453-24818>; Sun, 7 Dec 2003 22:13:03 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 07 Dec 2003 21:12:55 -0600
X-ClientHost: 1060971091011150641031111410011110119111114107115046099111109
X-MailingID: 213612
From: Dry Erase Boards <GetADryEraseBoard@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Dry Erase Boards <GetADryEraseBoard213612@replies.virtumundo.com>
Subject: Wipe the slate clean.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec7.221303-0500_est.222453-24818+7782@ams.ftl.affinity.com>
Date:Sun, 7 Dec 2003 22:13:02 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Oct 24 18:26:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216466-1081>; Fri, 24 Oct 2003 19:51:58 -0400
Received: from vl208-27.vmlocal.com ([216.21.208.27]) by ams.ftl.affinity.com
with ESMTP id <224207-1081>; Fri, 24 Oct 2003 19:50:54 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-27.vmlocal.com with SMTP; 24 Oct 2003 18:50:41 -0500
X-ClientHost: 10609710910111506410311114100111110119111114107115046099111109
X-MailingID: 174222
From: DSL Internet Service <FastInternetWithDSL174222@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DSL Internet Service <FastInternetWithDSL174222@vmlocal.com>
Subject: See and surf faster with DSL service!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct24.195054-0400_edt.224207-1081+11436@ams.ftl.affinity.com>
Date:Fri, 24 Oct 2003 19:50:51 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Oct 25 18:04:12 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <289229-12894>; Sat, 25 Oct 2003 19:06:16 -0400
Received: from vl208-67.vmlocal.com ([216.21.208.67]) by ams.ftl.affinity.com
with ESMTP id <302318-12895>; Sat, 25 Oct 2003 19:04:31 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-67.vmlocal.com with SMTP; 25 Oct 2003 18:04:25 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 175534
From: DSL Internet Service <FastInternetWithDSL175534@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DSL Internet Service <FastInternetWithDSL175534@vmlocal.com>
Subject: Go Faster with DSL Service!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct25.190431-0400_edt.302318-12895+25293@ams.ftl.affinity.com>
Date:Sat, 25 Oct 2003 19:04:31 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Oct 25 18:04:12 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2309207-12898>; Sat, 25 Oct 2003 19:06:16 -0400
Received: from vl208-67.vmlocal.com ([216.21.208.67]) by ams.ftl.affinity.com
with ESMTP id <286033-12900>; Sat, 25 Oct 2003 19:04:32 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-67.vmlocal.com with SMTP; 25 Oct 2003 18:04:25 -0500
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 175534
From: DSL Internet Service <FastInternetWithDSL175534@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DSL Internet Service <FastInternetWithDSL175534@vmlocal.com>
Subject: Go Faster with DSL Service!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct25.190432-0400_edt.286033-12900+25392@ams.ftl.affinity.com>
Date:Sat, 25 Oct 2003 19:04:31 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Oct 25 08:15:53 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213436-1086>; Sat, 25 Oct 2003 10:04:44 -0400
Received: from vl208-51.vmlocal.com ([216.21.208.51]) by ams.ftl.affinity.com
with ESMTP id <213309-1081>; Sat, 25 Oct 2003 10:03:12 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-51.vmlocal.com with SMTP; 25 Oct 2003 09:03:11 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 175540
From: DSL Internet Service <FastInternetWithDSL175540@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DSL Internet Service <FastInternetWithDSL175540@vmlocal.com>
Subject: DSL service will make you go faster!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct25.100312-0400_edt.213309-1081+21350@ams.ftl.affinity.com>
Date:Sat, 25 Oct 2003 10:03:12 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Oct 25 19:55:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215828-1085>; Sat, 25 Oct
2003 22:33:15 -0400
Received: from vl208-27.vmlocal.com ([216.21.208.27]) by ams.ftl.affinity.com
with ESMTP id <220528-1079>; Sat, 25 Oct 2003 22:17:32 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-27.vmlocal.com with SMTP; 25 Oct 2003 21:10:25 -0500
X-ClientHost:
1061111100971161040971100641031111141001111101191111141071150460099111109
X-MailingID: 175544
From: DSL Internet Service <FastInternetWithDSL175544@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DSL Internet Service <FastInternetWithDSL175544@vmlocal.com>
Subject: DSL service will make you go faster!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct25.221732-0400_edt.220528-1079+27592@ams.ftl.affinity.com>
Date:Sat, 25 Oct 2003 22:17:32 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Nov 05 18:25:20 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <654528-28258>; Wed, 5 Nov 2003 19:19:01 -0500
Received: from vl208-74.vmlocal.com ([216.21.208.74]) by ams.ftl.affinity.com
with ESMTP id <352490-28268>; Wed, 5 Nov 2003 19:17:54 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-74.vmlocal.com with SMTP; 05 Nov 2003 18:17:49 -0600
X-ClientHost:
10609710910510809706410311111410011111019111114107115046099111109
X-MailingID: 189816
From: DSL Internet Service <FastInternetWithDSL189816@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DSL Internet Service <FastInternetWithDSL189816@vmlocal.com>
Subject: Want to go faster? Get DSL.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov5.191754-0500_est.352490-28268+31149@ams.ftl.affinity.com>
Date:Wed, 5 Nov 2003 19:17:54 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Nov 05 18:25:20 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <654530-32383>; Wed, 5 Nov 2003 19:19:00 -0500
Received: from vl208-74.vmlocal.com ([216.21.208.74]) by ams.ftl.affinity.com
with ESMTP id <653822-28268>; Wed, 5 Nov 2003 19:17:52 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-74.vmlocal.com with SMTP; 05 Nov 2003 18:17:49 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 189816
From: DSL Internet Service <FastInternetWithDSL189816@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DSL Internet Service <FastInternetWithDSL189816@vmlocal.com>
Subject: Want to go faster? Get DSL.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov5.191752-0500_est.653822-28268+31148@ams.ftl.affinity.com>
Date:Wed, 5 Nov 2003 19:17:52 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Nov 05 18:25:20 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <652971-32368>; Wed, 5 Nov 2003 19:18:58 -0500
Received: from vl208-74.vmlocal.com ([216.21.208.74]) by ams.ftl.affinity.com
with ESMTP id <632950-28267>; Wed, 5 Nov 2003 19:17:51 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-74.vmlocal.com with SMTP; 05 Nov 2003 18:17:49 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 189816
From: DSL Internet Service <FastInternetWithDSL189816@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DSL Internet Service <FastInternetWithDSL189816@vmlocal.com>
Subject: Want to go faster? Get DSL.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov5.191751-0500_est.632950-28267+31142@ams.ftl.affinity.com>
Date:Wed, 5 Nov 2003 19:17:50 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Nov 05 18:25:20 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <647387-32379>; Wed, 5 Nov
2003 19:19:02 -0500
Received: from vl208-74.vmlocal.com ([216.21.208.74]) by ams.ftl.affinity.com
with ESMTP id <654058-28268>; Wed, 5 Nov 2003 19:17:57 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-74.vmlocal.com with SMTP; 05 Nov 2003 18:17:49 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 189816
From: DSL Internet Service <FastInternetWithDSL189816@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DSL Internet Service <FastInternetWithDSL189816@vmlocal.com>
Subject: Want to go faster? Get DSL.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov5.191757-0500_est.654058-28268+31150@ams.ftl.affinity.com>
Date:Wed, 5 Nov 2003 19:17:57 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Nov 19 21:57:19 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <212655-11363>; Thu, 20 Nov 2003 00:24:39 -0500
Received: from vl208-61.vmlocal.com ([216.21.208.61]) by ams.ftl.affinity.com
with ESMTP id <213917-11379>; Thu, 20 Nov 2003 00:24:09 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-61.vmlocal.com with SMTP; 19 Nov 2003 23:24:01 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 201097
From: DSL Internet Service <FastInternetWithDSL201097@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DSL Internet Service <FastInternetWithDSL201097@vmlocal.com>
Subject: DSL service will make you go faster.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov20.002409-0500_est.213917-11379+58700@ams.ftl.affinity.com>
Date:Thu, 20 Nov 2003 00:24:09 -0500



You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Nov 20 17:54:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222117-21013>; Thu, 20 Nov 2003 20:05:01 -0500
Received: from vl208-37.vmlocal.com ([216.21.208.37]) by ams.ftl.affinity.com
with ESMTP id <231252-20036>; Thu, 20 Nov 2003 20:03:32 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-37.vmlocal.com with SMTP; 20 Nov 2003 19:03:25 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 201795
From: DSL Internet Service <FastInternetWithDSL201795@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DSL Internet Service <FastInternetWithDSL201795@vmlocal.com>
Subject: Go Faster with DSL Service.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov20.200332-0500_est.231252-20036+10253@ams.ftl.affinity.com>
Date:Thu, 20 Nov 2003 20:03:32 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Nov 20 17:54:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <228043-21023>; Thu, 20 Nov 2003 20:05:42 -0500
Received: from vl208-37.vmlocal.com ([216.21.208.37]) by ams.ftl.affinity.com
with ESMTP id <224885-20035>; Thu, 20 Nov 2003 20:03:33 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-37.vmlocal.com with SMTP; 20 Nov 2003 19:03:25 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 201795
From: DSL Internet Service <FastInternetWithDSL201795@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DSL Internet Service <FastInternetWithDSL201795@vmlocal.com>
Subject: Go Faster with DSL Service.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov20.200333-0500_est.224885-20035+9983@ams.ftl.affinity.com>
Date:Thu, 20 Nov 2003 20:03:32 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Nov 20 17:54:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <226528-21023>; Thu, 20 Nov 2003 20:05:01 -0500
Received: from vl208-37.vmlocal.com ([216.21.208.37]) by ams.ftl.affinity.com
with ESMTP id <233521-21022>; Thu, 20 Nov 2003 20:03:32 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-37.vmlocal.com with SMTP; 20 Nov 2003 19:03:25 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 201795
From: DSL Internet Service <FastInternetWithDSL201795@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DSL Internet Service <FastInternetWithDSL201795@vmlocal.com>
Subject: Go Faster with DSL Service.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov20.200332-0500_est.233521-21022+10170@ams.ftl.affinity.com>
Date:Thu, 20 Nov 2003 20:03:32 -0500



You received this email because you signed up at one of Virtumundo's

**websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Nov 20 17:54:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <224885-21023>; Thu, 20 Nov
2003 20:05:42 -0500
Received: from vl208-37.vmlocal.com ([216.21.208.37]) by ams.ftl.affinity.com
with ESMTP id <231464-20042>; Thu, 20 Nov 2003 20:03:35 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-37.vmlocal.com with SMTP; 20 Nov 2003 19:03:25 -0600
X-ClientHost:
10611111009711610409711006410311111410011111101191111141071150460991110109
X-MailingID: 201795
From: DSL Internet Service <FastInternetWithDSL201795@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DSL Internet Service <FastInternetWithDSL201795@vmlocal.com>
Subject: Go Faster with DSL Service.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov20.200335-0500_est.231464-20042+9782@ams.ftl.affinity.com>
Date:Thu, 20 Nov 2003 20:03:33 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Jan 09 19:18:03 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <219557-26929>; Fri, 9 Jan
2004 21:22:33 -0500
Received: from vm217-211.vmlocal.com ([216.21.217.211]) by
ams.ftl.affinity.com with ESMTP id <218028-26929>; Fri, 9 Jan 2004 21:21:59
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm217-211.vmlocal.com with SMTP; 09 Jan 2004 20:21:57 -0600
X-ClientHost:
1061111100971161040971100641031111141001111101191111141071115046099111109
X-MailingID: 238391
From: DSL Internet Service <FastInternetWithDSL@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DSL Internet Service <FastInternetWithDSL238391@vmlocal.com>
Subject: Want to go faster? Get DSL.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan9.212159-0500_est.218028-26929+63747@ams.ftl.affinity.com>
Date:Fri, 9 Jan 2004 21:21:59 -0500



Is your internet running in slow motion? Get faster connections and faster
downloads. Speed things up with DSL.

If you would like to refer a friend information regarding this program, go <u>here</u>. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to <u>http://www.virtumundo.com/change/</u> or go <u>here</u>. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Jan 09 19:18:03 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <219542-26929>; Fri, 9 Jan 2004 21:22:33 -0500
Received: from vm217-211.vmlocal.com ([216.21.217.211]) by
ams.ftl.affinity.com with ESMTP id <219566-26929>; Fri, 9 Jan 2004 21:21:59
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm217-211.vmlocal.com with SMTP; 09 Jan 2004 20:21:57 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 238391
From: DSL Internet Service <FastInternetWithDSL@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DSL Internet Service <FastInternetWithDSL238391@vmlocal.com>
Subject: Want to go faster? Get DSL.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan9.212159-0500_est.219566-26929+63738@ams.ftl.affinity.com>
Date:Fri, 9 Jan 2004 21:21:58 -0500
```



**Is your internet running in slow motion? Get faster connections and faster downloads. Speed things up with DSL.**

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Jan 09 19:18:03 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219282-26929>; Fri, 9 Jan 2004 21:22:33 -0500
Received: from vm217-211.vmlocal.com ([216.21.217.211]) by
ams.ftl.affinity.com with ESMTP id <219393-26931>; Fri, 9 Jan 2004 21:21:58
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm217-211.vmlocal.com with SMTP; 09 Jan 2004 20:21:57 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 238391
From: DSL Internet Service <FastInternetWithDSL@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DSL Internet Service <FastInternetWithDSL238391@vmlocal.com>
Subject: Want to go faster? Get DSL.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan9.212158-0500_est.219393-26931+62984@ams.ftl.affinity.com>
Date:Fri, 9 Jan 2004 21:21:57 -0500
```



**Is your internet running in slow motion? Get faster connections and faster downloads. Speed things up with DSL.**

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Jan 08 20:17:31 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <337990-18669>; Thu, 8 Jan 2004 21:37:00 -0500
Received: from vm217-241.vmlocal.com ([216.21.217.241]) by
ams.ftl.affinity.com with ESMTP id <338049-22087>; Thu, 8 Jan 2004 21:35:25
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm217-241.vmlocal.com with SMTP; 08 Jan 2004 20:35:14 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 237762
From: DSL Internet Service <FastInternetWithDSL@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DSL Internet Service <FastInternetWithDSL237762@vmlocal.com>
Subject: Want to go faster? Get DSL.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan8.213525-0500_est.338049-22087+11339@ams.ftl.affinity.com>
Date:Thu, 8 Jan 2004 21:35:16 -0500



Is your internet running in slow motion? Get faster connections and faster
downloads. Speed things up with DSL.

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Dec 30 19:07:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <474735-2035>; Tue, 30 Dec 2003 21:52:00 -0500
Received: from vm209-194.vmlocal.com ([216.21.209.194]) by
ams.ftl.affinity.com with ESMTP id <474564-2035>; Tue, 30 Dec 2003 21:50:50
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-194.vmlocal.com with SMTP; 30 Dec 2003 20:50:47 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 231765
From: DSL Internet Service <FastInternetWithDSL@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DSL Internet Service <FastInternetWithDSL231765@vmlocal.com>
Subject: Want to go faster? Get DSL.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec30.215050-0500_est.474564-2035+4430@ams.ftl.affinity.com>
Date:Tue, 30 Dec 2003 21:50:50 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 30 19:07:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <474739-2035>; Tue, 30 Dec
2003 21:52:01 -0500
Received: from vm209-194.vmlocal.com ([216.21.209.194]) by
ams.ftl.affinity.com with ESMTP id <474545-2035>; Tue, 30 Dec 2003 21:50:50
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-194.vmlocal.com with SMTP; 30 Dec 2003 20:50:47 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 231765
From: DSL Internet Service <FastInternetWithDSL@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DSL Internet Service <FastInternetWithDSL231765@vmlocal.com>
Subject: Want to go faster? Get DSL.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec30.215050-0500_est.474545-2035+4431@ams.ftl.affinity.com>
Date:Tue, 30 Dec 2003 21:50:50 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 30 19:07:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <474734-2035>; Tue, 30 Dec 2003 21:52:00 -0500
Received: from vm209-194.vmlocal.com ([216.21.209.194]) by
ams.ftl.affinity.com with ESMTP id <474767-2036>; Tue, 30 Dec 2003 21:50:49
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-194.vmlocal.com with SMTP; 30 Dec 2003 20:50:47 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 231765
From: DSL Internet Service <FastInternetWithDSL@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DSL Internet Service <FastInternetWithDSL231765@vmlocal.com>
Subject: Want to go faster? Get DSL.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec30.215049-0500_est.474767-2036+4514@ams.ftl.affinity.com>
Date:Tue, 30 Dec 2003 21:50:49 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Dec 29 16:50:14 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2430728-9270>; Mon, 29 Dec 2003 19:21:20 -0500
Received: from vm209-205.vmlocal.com ([216.21.209.205]) by
ams.ftl.affinity.com with ESMTP id <2430785-9270>; Mon, 29 Dec 2003 19:20:11
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-205.vmlocal.com with SMTP; 29 Dec 2003 18:20:10 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 230843
From: DSL Internet Service <FastInternetWithDSL@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DSL Internet Service <FastInternetWithDSL230843@vmlocal.com>
Subject: See and surf faster with DSL service.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec29.192011-0500_est.2430785-9270+17350@ams.ftl.affinity.com>
Date:Mon, 29 Dec 2003 19:20:10 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 28 08:17:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216743-21656>; Sun, 28 Dec 2003 09:20:52 -0500
Received: from vm209-180.vmlocal.com ([216.21.209.180]) by
ams.ftl.affinity.com with ESMTP id <230453-21657>; Sun, 28 Dec 2003 09:20:20
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-180.vmlocal.com with SMTP; 28 Dec 2003 08:20:17 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 229893
From: DSL Internet Service <FastInternetWithDSL@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DSL Internet Service <FastInternetWithDSL229893@vmlocal.com>
Subject: Tired of slow connections? DSL is here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec28.092020-0500_est.230453-21657+45837@ams.ftl.affinity.com>
Date:Sun, 28 Dec 2003 09:20:19 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 16 10:19:23 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215939-412>; Tue, 16 Dec 2003 12:50:32 -0500
Received: from vm209-240.vmlocal.com ([216.21.209.240]) by
ams.ftl.affinity.com with ESMTP id <217406-412>; Tue, 16 Dec 2003 12:48:54
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-240.vmlocal.com with SMTP; 16 Dec 2003 11:48:49 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 220219
From: DSL Internet Service <FastInternetWithDSL@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DSL Internet Service <FastInternetWithDSL220219@vmlocal.com>
Subject: Tired of slow connections? DSL is here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec16.124854-0500_est.217406-412+145380@ams.ftl.affinity.com>
Date:Tue, 16 Dec 2003 12:48:52 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Dec 16 10:19:23 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217250-412>; Tue, 16 Dec 2003
12:50:33 -0500
Received: from vm209-240.vmlocal.com ([216.21.209.240]) by
ams.ftl.affinity.com with ESMTP id <214327-412>; Tue, 16 Dec 2003 12:48:54
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-240.vmlocal.com with SMTP; 16 Dec 2003 11:48:49 -0600
X-ClientHost:
1061111100971161040971100641031111410011110119111141071150460991111109
X-MailingID: 220219
From: DSL Internet Service <FastInternetWithDSL@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DSL Internet Service <FastInternetWithDSL220219@vmlocal.com>
Subject: Tired of slow connections? DSL is here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec16.124854-0500_est.214327-412+145381@ams.ftl.affinity.com>
Date:Tue, 16 Dec 2003 12:48:52 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 14 13:49:59 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215892-14272>; Sun, 14 Dec 2003 13:22:12 -0500
Received: from vm209-210.vmlocal.com ([216.21.209.210]) by
ams.ftl.affinity.com with ESMTP id <215632-14265>; Sun, 14 Dec 2003 13:21:12
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-210.vmlocal.com with SMTP; 14 Dec 2003 12:21:07 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 218604
From: DSL Internet Service <FastInternetWithDSL@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DSL Internet Service <FastInternetWithDSL218604@vmlocal.com>
Subject: Want to go faster? Get DSL.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec14.132112-0500_est.215632-14265+53048@ams.ftl.affinity.com>
Date:Sun, 14 Dec 2003 13:21:12 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 29 19:24:05 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <230585-1086>; Sat, 29 Nov 2003 21:17:26 -0500
Received: from vl208-55.vmlocal.com ([216.21.208.55]) by ams.ftl.affinity.com
with ESMTP id <232726-1084>; Sat, 29 Nov 2003 20:51:26 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-55.vmlocal.com with SMTP; 29 Nov 2003 19:51:25 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 207910
From: DSL Internet Service <FastInternetWithDSL@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DSL Internet Service <FastInternetWithDSL207910@vmlocal.com>
Subject: Go Faster with DSL Service.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov29.205126-0500_est.232726-1084+34126@ams.ftl.affinity.com>
Date:Sat, 29 Nov 2003 20:51:26 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Jan 09 19:18:03 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219559-26931>; Fri, 9 Jan 2004 21:22:33 -0500
Received: from vm217-211.vmlocal.com ([216.21.217.211]) by
ams.ftl.affinity.com with ESMTP id <219574-26929>; Fri, 9 Jan 2004 21:21:59
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm217-211.vmlocal.com with SMTP; 09 Jan 2004 20:21:57 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 238391
From: DSL Internet Service <FastInternetWithDSL@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DSL Internet Service <FastInternetWithDSL238391@vmlocal.com>
Subject: Want to go faster? Get DSL.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan9.212159-0500_est.219574-26929+63743@ams.ftl.affinity.com>
Date:Fri, 9 Jan 2004 21:21:59 -0500
```



**Is your internet running in slow motion? Get faster connections and faster downloads. Speed things up with DSL.**

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Oct 07 04:52:43 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <212856-8588>; Tue, 7 Oct 2003 02:01:02 -0400
Received: from vl208-26.vmlocal.com ([216.21.208.26]) by ams.ftl.affinity.com
with ESMTP id <219616-8586>; Tue, 7 Oct 2003 01:59:54 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-26.vmlocal.com with SMTP; 07 Oct 2003 00:59:46 -0500
X-ClientHost: 106097109101115064103111141001111101191111141071150 46099111109
X-MailingID: 154809
From: DVD Copiers <DVDCopierNetwork154809@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DVD Copiers <DVDCopierNetwork154809@vmlocal.com>
Subject: Make copies of your DVDs!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct7.015954-0400_edt.219616-8586+23449@ams.ftl.affinity.com>
Date:Tue, 7 Oct 2003 01:59:51 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Oct 13 19:36:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <271363-14312>; Mon, 13 Oct 2003 18:43:10 -0400
Received: from vl208-66.vmlocal.com ([216.21.208.66]) by ams.ftl.affinity.com
with ESMTP id <327068-14255>; Mon, 13 Oct 2003 14:48:28 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-66.vmlocal.com with SMTP; 13 Oct 2003 13:48:28 -0500
X-ClientHost: 102097121101064103111141001111011911111410711504609911109
X-MailingID: 162108
From: DVD Copiers <DVDCopierNetwork162108@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+162108@replies.vmlocal.com>
Subject: Want to make copies of your DVDs?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct13.144828-0400_edt.327068-14255+8027@ams.ftl.affinity.com>
Date:Mon, 13 Oct 2003 14:48:28 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 20 18:27:21 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219099-19110>; Tue, 20 Jan 2004 20:32:05 -0500
Received: from vm208-22.adknow-net.com ([216.21.208.22]) by
ams.ftl.affinity.com with ESMTP id <226874-19108>; Tue, 20 Jan 2004 20:30:57
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-22.adknow-net.com with SMTP; 20 Jan 2004 19:30:51 -0600
X-ClientHost: 102097121101064103111141001111101191111141071115046099111109
X-MailingID: 345468
From: DVD Copiers <DVDCopierNetwork@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return345468@replies.adknow-net.com
Subject: Ready to copy your DVDs?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan20.203057-0500_est.226874-19108+8267@ams.ftl.affinity.com>
Date:Tue, 20 Jan 2004 20:30:56 -0500
```



**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Jan 28 19:22:44 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <310379-18308>; Wed, 28 Jan 2004 19:11:41 -0500
Received: from vm208-74.adknow-net.com ([216.21.208.74]) by
ams.ftl.affinity.com with ESMTP id <321415-18309>; Wed, 28 Jan 2004 19:10:56
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-74.adknow-net.com with SMTP; 28 Jan 2004 18:10:49 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 352528
From: DVD Copiers <DVDCopierNetwork@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return352528@replies.adknow-net.com
Subject: Want to make copies of your DVDs?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan28.191056-0500_est.321415-18309+7320@ams.ftl.affinity.com>
Date:Wed, 28 Jan 2004 19:10:56 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 24 09:53:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223555-4870>; Wed, 24 Dec 2003 12:00:31 -0500
Received: from vm209-247.vmlocal.com ([216.21.209.247]) by
ams.ftl.affinity.com with ESMTP id <223565-4878>; Wed, 24 Dec 2003 11:59:31
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-247.vmlocal.com with SMTP; 24 Dec 2003 10:59:29 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 226665
From: DVD Copiers <DVDCopierNetwork@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DVD Copiers <DVDCopierNetwork226665@vmlocal.com>
Subject: Make copies of your DVDs!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec24.115931-0500_est.223565-4878+29929@ams.ftl.affinity.com>
Date:Wed, 24 Dec 2003 11:59:30 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Dec 09 15:26:42 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <231627-15023>; Tue, 9 Dec 2003 18:10:19 -0500
Received: from vl208-25.vmlocal.com ([216.21.208.25]) by ams.ftl.affinity.com
with ESMTP id <233547-15023>; Tue, 9 Dec 2003 18:08:32 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-25.vmlocal.com with SMTP; 09 Dec 2003 17:02:24 -0600
X-ClientHost: 102097121101064103111141001111011911111410711504609911109
X-MailingID: 215267
From: DVD Copiers <DVDCopierNetwork@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DVD Copiers <DVDCopierNetwork215267@vmlocal.com>
Subject: Want to make copies of your DVDs?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec9.180832-0500_est.233547-15023+47591@ams.ftl.affinity.com>
Date:Tue, 9 Dec 2003 18:02:25 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Dec 01 21:03:42 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213441-20670>; Mon, 1 Dec 2003 23:18:18 -0500
Received: from vl208-49.vmlocal.com ([216.21.208.49]) by ams.ftl.affinity.com
with ESMTP id <213219-20668>; Mon, 1 Dec 2003 23:17:13 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-49.vmlocal.com with SMTP; 01 Dec 2003 22:17:12 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 209749
From: DVD Copiers <DVDCopierNetwork@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DVD Copiers <DVDCopierNetwork209749@vmlocal.com>
Subject: Make copies of your DVDs!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec1.231713-0500_est.213219-20668+352@ams.ftl.affinity.com>
Date:Mon, 1 Dec 2003 23:17:12 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Jan 11 09:12:05 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3557059-10815>; Sun, 11 Jan 2004 11:05:16 -0500
Received: from vm217-181.vmlocal.com ([216.21.217.181]) by
ams.ftl.affinity.com with ESMTP id <3558517-10815>; Sun, 11 Jan 2004 11:03:58
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm217-181.vmlocal.com with SMTP; 11 Jan 2004 10:03:55 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 240033
From: DVD Copiers <DVDCopierNetwork@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DVD Copiers <DVDCopierNetwork240033@vmlocal.com>
Subject: Make copies of your DVDs!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan11.110358-0500_est.3558517-10815+94321@ams.ftl.affinity.com>
Date:Sun, 11 Jan 2004 11:03:57 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 27 11:42:38 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <272150-17275>; Tue, 27 Jan 2004 14:02:57 -0500
Received: from vm208-70.adknow-net.com ([216.21.208.70]) by
ams.ftl.affinity.com with ESMTP id <272318-17277>; Tue, 27 Jan 2004 14:01:54
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-70.adknow-net.com with SMTP; 27 Jan 2004 13:01:45 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460099111109
X-MailingID: 351992
From: DVD Storage <OrganizeDVDsNow@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return351992@replies.adknow-net.com
Subject: Could your DVD's use a little reorganization?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan27.140154-0500_est.272318-17277+181428@ams.ftl.affinity.com>
Date:Tue, 27 Jan 2004 14:01:53 -0500
```



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages

from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Jan 27 11:42:38 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <272137-17275>; Tue, 27 Jan 2004 14:02:57 -0500
Received: from vm208-70.adknow-net.com ([216.21.208.70]) by
ams.ftl.affinity.com with ESMTP id <272082-17277>; Tue, 27 Jan 2004 14:01:54
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-70.adknow-net.com with SMTP; 27 Jan 2004 13:01:45 -0600
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 351992
From: DVD Storage <OrganizeDVDsNow@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return351992@replies.adknow-net.com
Subject: Could your DVD's use a little reorganization?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan27.140154-0500_est.272082-17277+181426@ams.ftl.affinity.com>
Date:Tue, 27 Jan 2004 14:01:52 -0500



If you would like to refer a friend information regarding this program,

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to <u>http://www.virtumundo.com/change/</u> or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 27 11:42:38 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <272082-17275>; Tue, 27 Jan
2004 14:02:57 -0500
Received: from vm208-70.adknow-net.com ([216.21.208.70]) by
ams.ftl.affinity.com with ESMTP id <272355-17275>; Tue, 27 Jan 2004 14:01:54
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-70.adknow-net.com with SMTP; 27 Jan 2004 13:01:45 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 351992
From: DVD Storage <OrganizeDVDsNow@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return351992@replies.adknow-net.com
Subject: Could your DVD's use a little reorganization?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan27.140154-0500_est.272355-17275+181107@ams.ftl.affinity.com>
Date:Tue, 27 Jan 2004 14:01:54 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Apr 10 19:14:43 2006
Return-Path: <mailcenter343154@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 20546 invoked from network); 10 Apr 2006 10:14:51 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by jaykaysplace.com with SMTP; 10 Apr 2006 10:14:45 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 10 Apr 2006 11:14:42 -0500
X-ClientHost:
0991041170991070640971101161041111012109910111011611409710804609911109
X-MailingID: 343154
From: Easter Gifts <EasterGifts@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343154@vm-rewards.com>
Subject: Personalized gifts for Easter
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        ORDER_NOW,RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





Celebrate Easter with unique personalized gifts from Personalization Mall.com. We have great gift ideas for Easter celebrations including photo frames, apparel, chocolates, keepsakes, home decor and more. Easter is a special time to celebrate your faith. Create lasting memories of Easter with Personalization Mall.com. Order today to take advantage of special sale prices. PersonalizationMall.com offers all types of unique personalized gifts for life's celebrations.



This is an advertisement. If you w ould like to no longer receive any further email messages from this advertiser sent by Virtumundo, visit here.

To remove yourself from receiving any further messages from the Virtumundo Rew ards program, go to http://w w w .virtumundo.com/change or visit here.

Please send any questions or concerns about the Virtumundo Rew ards program to:

Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. Thank you.

The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Wed Mar 29 13:25:35 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter340982@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 9600 invoked from network); 28 Mar 2006 11:10:55 -0600
Received: from vm-180-114.vm-mail.com (206.82.180.114)
  by jaykaysplace.com with SMTP; 28 Mar 2006 11:10:49 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-114.vm-mail.com with SMTP; 28 Mar 2006 11:10:36 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 340982
From: Easter Gifts <EasterGifts@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340982@vm-rewards.com>
Subject: Eggstraordinary gifts your loved one will remember
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link





Celebrate Easter with unique personalized gifts from Personalization Mall.com. We have great gift ideas for Easter celebrations including photo frames, apparel, chocolates, keepsakes, home decor and more. Easter is a special time to celebrate your faith. Create lasting memories of Easter with Personalization Mall.com. Order today to take advantage of special sale prices. PersonalizationMall.com offers all types of unique personalized gifts for life's celebrations.



This is an advertisement. If you w ould like to no longer receive any further email messages from this advertiser sent by Virtumundo, visit here.

To remove yourself from receiving any further messages from the Virtumundo Rew ards program, go to http://w w w .virtumundo.com/change or visit here.

Please send any questions or concerns about the Virtumundo Rew ards program to:

Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. Thank you.

The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Wed Mar 29 13:25:24 2006
X-Persona: <Celia>
Return-Path: <mailcenter340982@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 28928 invoked from network); 28 Mar 2006 11:43:34 -0600
Received: from vm-180-96.vm-mail.com (206.82.180.96)
   by gordonworks.com with SMTP; 28 Mar 2006 11:43:32 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-96.vm-mail.com with SMTP; 28 Mar 2006 11:43:19 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460099111109
X-MailingID: 340982
From: Easter Gifts <EasterGifts@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340982@vm-rewards.com>
Subject: *****SPAM***** Eggstraordinary gifts your loved one will remember
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_ONLY_12,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
        HTML_TAG_BALANCE_BODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,ORDER_NOW,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.3 ORDER_NOW BODY: Encourages you to waste no time in ordering
        *  0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  1.0 HTML_IMAGE_ONLY_12 BODY: HTML: images with 1000-1200 bytes of
words
        *  0.3 HTML_TAG_BALANCE_BODY BODY: HTML has unbalanced "body" tags
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset


Images not loading? View this offer by visiting this link





Celebrate Easter with unique personalized gifts from Personalization Mall.com. We have great gift ideas for Easter celebrations including photo frames, apparel, chocolates, keepsakes, home decor and more. Easter is a special time to celebrate your faith. Create lasting memories of Easter with Personalization Mall.com. Order today to take advantage of special sale prices. PersonalizationMall.com offers all types of unique personalized gifts for life's celebrations.



This is an advertisement. If you w ould like to no longer receive any further email messages from this advertiser sent by Virtumundo, visit here.

To remove yourself from receiving any further messages from the Virtumundo Rew ards program, go to http://w w w .virtumundo.com/change or visit here.

Please send any questions or concerns about the Virtumundo Rew ards program to:

Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. Thank you.

The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Tue Mar 28 19:26:07 2006
Return-Path: <mailcenter340982@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 32673 invoked from network); 28 Mar 2006 11:25:04 -0600
Received: from vm-181-36.vm-mail.com (206.82.181.36)
  by jammtomm.com with SMTP; 28 Mar 2006 11:25:02 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-36.vm-mail.com with SMTP; 28 Mar 2006 11:24:47 -0600
X-ClientHost:
11509711010012106409711011610411111012109910111011611409710804609911109
X-MailingID: 340982
From: Easter Gifts <EasterGifts@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340982@vm-rewards.com>
Subject: Eggstraordinary gifts your loved one will remember
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.7 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        ORDER_NOW autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





Celebrate Easter with unique personalized gifts from Personalization Mall.com. We have great gift ideas for Easter celebrations including photo frames, apparel, chocolates, keepsakes, home decor and more. Easter is a special time to celebrate your faith. Create lasting memories of Easter with Personalization Mall.com. Order today to take advantage of special sale prices. PersonalizationMall.com offers all types of unique personalized gifts for life's celebrations.



This is an advertisement. If you w ould like to no longer receive any further email messages from this advertiser sent by Virtumundo, visit here.

To remove yourself from receiving any further messages from the Virtumundo Rew ards program, go to http://w w w .virtumundo.com/change or visit here.

Please send any questions or concerns about the Virtumundo Rew ards program to:

Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. Thank you.

The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Mon Apr 10 19:14:43 2006
Return-Path: <mailcenter343154@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 16968 invoked from network); 10 Apr 2006 10:14:44 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by jaykaysplace.com with SMTP; 10 Apr 2006 10:14:43 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 10 Apr 2006 11:14:39 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911111109
X-MailingID: 343154
From: Easter Gifts <EasterGifts@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343154@vm-rewards.com>
Subject: Personalized gifts for Easter
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        ORDER_NOW,RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





Celebrate Easter with unique personalized gifts from Personalization Mall.com. We have great gift ideas for Easter celebrations including photo frames, apparel, chocolates, keepsakes, home decor and more. Easter is a special time to celebrate your faith. Create lasting memories of Easter with Personalization Mall.com. Order today to take advantage of special sale prices. PersonalizationMall.com offers all types of unique personalized gifts for life's celebrations.



This is an advertisement. If you w ould like to no longer receive any further email messages from this advertiser sent by Virtumundo, visit here.

To remove yourself from receiving any further messages from the Virtumundo Rew ards program, go to http://w w w .virtumundo.com/change or visit here.

Please send any questions or concerns about the Virtumundo Rew ards program to:

Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. Thank you.

The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Tue Mar 21 12:00:31 2006
X-Persona: <RCW>
Return-Path: <mailcenter340272@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 7682 invoked from network); 21 Mar 2006 13:13:01 -0600
Received: from vm-181-182.vm-mail.com (206.82.181.182)
   by xj4x4.net with SMTP; 21 Mar 2006 13:12:58 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-182.vm-mail.com with SMTP; 21 Mar 2006 13:12:45 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 340272
From: Easy Solutions <EasySolutions@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340272@vm-rewards.com>
Subject:  Quickest way to restore your rating
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



ECR, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

From ???@??? Tue Mar 21 13:33:08 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340272@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 3168 invoked from network); 21 Mar 2006 13:09:02 -0600
Received: from vm-180-127.vm-mail.com (206.82.180.127)
   by gordonworks.com with SMTP; 21 Mar 2006 13:09:00 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-127.vm-mail.com with SMTP; 21 Mar 2006 13:08:48 -0600
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 340272
From: Easy Solutions <EasySolutions@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340272@vm-rewards.com>
Subject: Quickest way to restore your rating
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63

Images not loading? View this offer by visiting this link



ECR, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 16 20:41:21 2006
Return-Path: <mailcenter335282@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 18308 invoked from network); 16 Jan 2006 15:08:53 -0600
Received: from vm-182-165.vm-mail.com (206.82.182.165)
  by gnwalpha.org with SMTP; 16 Jan 2006 15:08:47 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-165.vm-mail.com with SMTP; 16 Jan 2006 15:08:35 -0600
X-ClientHost:
1001011190971211101010640971101161041111012109910111011611409710804609911109
X-MailingID: 335282
From: eBay60Minutes <eBay60Minutes@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335282@vm-rewards.com>
Subject: The original auction success kit
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062

If you can not see our footer image, please visit here.

From ???@??? Sun Jun 19 17:08:03 2005
X-Persona: <Katie>
Return-Path: <mailcenter326182@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Sat, 11 Jun 2005 17:00:10 -0600
From: eBay 60 Minutes <eBaySecretsOnline@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** We can't keep this a secret
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42AB6CFA.29FA0978"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2489&e=katie@ehahome.com
  URI:http://v1.cc/original.gif
  URI:http://redirect.virtumundo.com/bt?m26182&e=katie@ehahome.com
  URI:http://v1.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name                 description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN   BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL              RBL: Received via a relay in Spamhaus Block List
                   [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 11203 invoked from network); 11 Jun 2005 17:00:10 -0600
Received: from vm-177-88.vm-mail.com (206.82.177.88)
  by omniinnovations.com with SMTP; 11 Jun 2005 17:00:09 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-88.vm-mail.com with SMTP; 11 Jun 2005 23:00:08 +0000

```
X-ClientHost: 1070971161051010641011040971041111091010460099111109
X-MailingID: 326182
From: eBay 60 Minutes <eBaySecretsOnline@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326182@vm-rewards.com>
Subject: We can't keep this a secret
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM We can't keep
th.htm"
```

From ???@??? Sun Jun 19 17:08:03 2005
X-Persona: <Katie>
Return-Path: <mailcenter326182@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Sat, 11 Jun 2005 17:00:10 -0600
From: eBay 60 Minutes <eBaySecretsOnline@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** We can't keep this a secret
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42AB6CFA.29FA0978"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2489&e=katie@ehahome.com
  URI:http://v1.cc/original.gif
  URI:http://redirect.virtumundo.com/bt?m26182&e=katie@ehahome.com
  URI:http://v1.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name                  description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 11203 invoked from network); 11 Jun 2005 17:00:10 -0600
Received: from vm-177-88.vm-mail.com (206.82.177.88)
  by omniinnovations.com with SMTP; 11 Jun 2005 17:00:09 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-88.vm-mail.com with SMTP; 11 Jun 2005 23:00:08 +0000

```
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326182
From: eBay 60 Minutes <eBaySecretsOnline@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326182@vm-rewards.com>
Subject: We can't keep this a secret
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM We can't keep
th.htm"
```

```
From ???@??? Sat Sep 13 00:20:37 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <245209-23777>; Sat, 13 Sep 2003 02:36:47 -0400
Received: from vt06.vtarget.com ([216.64.222.6]) by ams.ftl.affinity.com with
ESMTP id <262604-23778>; Sat, 13 Sep 2003 02:36:33 -0400
Received: from vtarget.com (192.168.3.10)
  by vt06.vtarget.com with SMTP; 13 Sep 2003 01:36:31 -0500
X-ClientHost: 1060971091011150641031111141001111011911111410711504609911109
X-MailingID: 132224
From: Ebay Home Business <EbayHomeBusiness132224@vtarget.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: MailCenter <mailcenter+132224@virtumundo.com>
Subject: Ebay Home Business Proven to Work
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep13.023633-0400_edt.262604-23778+640@ams.ftl.affinity.com>
Date:Sat, 13 Sep 2003 02:36:33 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Oct 18 09:05:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <269310-8343>; Sat, 18 Oct 2003 11:02:28 -0400
Received: from vm148.vmadmin.com ([216.64.222.148]) by ams.ftl.affinity.com
with ESMTP id <235064-8353>; Sat, 18 Oct 2003 11:01:43 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm148.vmadmin.com with SMTP; 18 Oct 2003 10:00:22 -0500
X-ClientHost:
106097109105108097064103111114100111101191111141071150460991111 09
X-MailingID: 167649
From: Ebay Home Business <EbayHomeBusiness167649@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Ebay Home Business <EbayHomeBusiness167649@replies.virtumundo.com>
Subject: Ebay Home Business Proven to Work
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct18.110143-0400_edt.235064-8353+3220@ams.ftl.affinity.com>
Date:Sat, 18 Oct 2003 11:01:42 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Oct 18 09:05:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <269274-11024>; Sat, 18 Oct 2003 11:02:28 -0400
Received: from vm148.vmadmin.com ([216.64.222.148]) by ams.ftl.affinity.com
with ESMTP id <270123-4575>; Sat, 18 Oct 2003 11:01:43 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm148.vmadmin.com with SMTP; 18 Oct 2003 10:00:22 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 167649
From: Ebay Home Business <EbayHomeBusiness167649@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Ebay Home Business <EbayHomeBusiness167649@replies.virtumundo.com>
Subject: Ebay Home Business Proven to Work
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct18.110143-0400_edt.270123-4575+2297@ams.ftl.affinity.com>
Date:Sat, 18 Oct 2003 11:01:42 -0400



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Oct 18 09:05:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <269217-11028>; Sat, 18 Oct 2003 11:02:28 -0400
Received: from vm148.vmadmin.com ([216.64.222.148]) by ams.ftl.affinity.com
with ESMTP id <270855-4582>; Sat, 18 Oct 2003 11:01:43 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm148.vmadmin.com with SMTP; 18 Oct 2003 10:00:22 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 167649
From: Ebay Home Business <EbayHomeBusiness167649@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Ebay Home Business <EbayHomeBusiness167649@replies.virtumundo.com>
Subject: Ebay Home Business Proven to Work
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct18.110143-0400_edt.270855-4582+2141@ams.ftl.affinity.com>
Date:Sat, 18 Oct 2003 11:01:41 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Oct 18 09:04:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219852-23101>; Sat, 18 Oct 2003 09:23:07 -0400
Received: from vm107.vmadmin.com ([216.64.222.107]) by ams.ftl.affinity.com
with ESMTP id <220780-23095>; Sat, 18 Oct 2003 09:22:28 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm107.vmadmin.com with SMTP; 18 Oct 2003 08:22:24 -0500
X-ClientHost: 1060971210641031111410011111011911111410711504609911109
X-MailingID: 167649
From: Ebay Home Business <EbayHomeBusiness167649@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+167649@virtumundo.com>
Subject: Ebay Home Business Proven to Work
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct18.092228-0400_edt.220780-23095+5329@ams.ftl.affinity.com>
Date:Sat, 18 Oct 2003 09:22:28 -0400



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Oct 18 09:05:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <235064-11031>; Sat, 18 Oct
2003 11:02:28 -0400
Received: from vm148.vmadmin.com ([216.64.222.148]) by ams.ftl.affinity.com
with ESMTP id <232307-8353>; Sat, 18 Oct 2003 11:01:43 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm148.vmadmin.com with SMTP; 18 Oct 2003 10:00:22 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 167649
From: Ebay Home Business <EbayHomeBusiness167649@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Ebay Home Business <EbayHomeBusiness167649@replies.virtumundo.com>
Subject: Ebay Home Business Proven to Work
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct18.110143-0400_edt.232307-8353+3221@ams.ftl.affinity.com>
Date:Sat, 18 Oct 2003 11:01:43 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Nov 08 19:46:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214453-7015>; Sat, 8 Nov 2003 18:28:25 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <215781-7018>; Sat, 8 Nov 2003 18:27:29 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm101.vmadmin.com with SMTP; 08 Nov 2003 17:26:57 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 193041
From: Ebay Home Business <EbayHomeBusiness193041@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Ebay Home Business <EbayHomeBusiness193041@replies.virtumundo.com>
Subject: Ebay Home Business Proven to Work
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov8.182729-0500_est.215781-7018+21130@ams.ftl.affinity.com>
Date:Sat, 8 Nov 2003 18:27:29 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Nov 08 19:46:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214428-7015>; Sat, 8 Nov 2003 18:28:25 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <214597-7009>; Sat, 8 Nov 2003 18:27:29 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm101.vmadmin.com with SMTP; 08 Nov 2003 17:26:57 -0600
X-ClientHost: 1060971210641031111141001111101191111141071115046099111109
X-MailingID: 193041
From: Ebay Home Business <EbayHomeBusiness193041@vmadmin.com>
To:     Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Ebay Home Business <EbayHomeBusiness193041@replies.virtumundo.com>
Subject: Ebay Home Business Proven to Work
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov8.182729-0500_est.214597-7009+21536@ams.ftl.affinity.com>
Date:Sat, 8 Nov 2003 18:27:29 -0500



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Nov 08 19:46:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214241-7015>; Sat, 8 Nov 2003 18:28:25 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <214453-7010>; Sat, 8 Nov 2003 18:27:28 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm101.vmadmin.com with SMTP; 08 Nov 2003 17:26:57 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 193041
From: Ebay Home Business <EbayHomeBusiness193041@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Ebay Home Business <EbayHomeBusiness193041@replies.virtumundo.com>
Subject: Ebay Home Business Proven to Work
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov8.182728-0500_est.214453-7010+20667@ams.ftl.affinity.com>
Date:Sat, 8 Nov 2003 18:27:28 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Nov 08 19:46:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213470-7015>; Sat, 8 Nov 2003 18:28:25 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <214569-7015>; Sat, 8 Nov 2003 18:27:25 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm101.vmadmin.com with SMTP; 08 Nov 2003 17:26:57 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 193041
From: Ebay Home Business <EbayHomeBusiness193041@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Ebay Home Business <EbayHomeBusiness193041@replies.virtumundo.com>
Subject: Ebay Home Business Proven to Work
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov8.182725-0500_est.214569-7015+21328@ams.ftl.affinity.com>
Date:Sat, 8 Nov 2003 18:27:25 -0500



Make A Living From Home On Ebay -Click Here Now

Need To Make Extra Money From Home?

New EBAY Training Program Guarantees You Money -Or They'll Pay You Out Of Their Own Pocket

"How Real People Make Real Money On Ebay"

Click Here Now For This Special Report!

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Nov 08 19:46:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <214499-7015>; Sat, 8 Nov 2003
18:28:25 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <214894-7010>; Sat, 8 Nov 2003 18:27:30 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm101.vmadmin.com with SMTP; 08 Nov 2003 17:26:57 -0600
X-ClientHost:
10611111009711610409711006410311111410011110119111114107115046099111109
X-MailingID: 193041
From: Ebay Home Business <EbayHomeBusiness193041@vmadmin.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Ebay Home Business <EbayHomeBusiness193041@replies.virtumundo.com>
Subject: Ebay Home Business Proven to Work
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov8.182730-0500_est.214894-7010+20669@ams.ftl.affinity.com>
Date:Sat, 8 Nov 2003 18:27:30 -0500



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Nov 30 15:39:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <230721-25823>; Sun, 30 Nov 2003 16:23:51 -0500
Received: from vm141.vmadmin.com ([216.64.222.141]) by ams.ftl.affinity.com
with ESMTP id <241682-25812>; Sun, 30 Nov 2003 16:22:44 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm141.vmadmin.com with SMTP; 30 Nov 2003 15:22:42 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 208535
From: Ebay Home Business <EbayHomeBusiness@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Ebay Home Business <EbayHomeBusiness208535@replies.virtumundo.com>
Subject: Ebay Home Business Proven to Work
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov30.162244-0500_est.241682-25812+41260@ams.ftl.affinity.com>
Date:Sun, 30 Nov 2003 16:22:44 -0500



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Nov 30 15:39:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <241320-25816>; Sun, 30 Nov
2003 16:23:51 -0500
Received: from vm141.vmadmin.com ([216.64.222.141]) by ams.ftl.affinity.com
with ESMTP id <233362-25822>; Sun, 30 Nov 2003 16:22:46 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm141.vmadmin.com with SMTP; 30 Nov 2003 15:22:42 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 208535
From: Ebay Home Business <EbayHomeBusiness@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Ebay Home Business <EbayHomeBusiness208535@replies.virtumundo.com>
Subject: Ebay Home Business Proven to Work
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov30.162246-0500_est.233362-25822+40049@ams.ftl.affinity.com>
Date:Sun, 30 Nov 2003 16:22:44 -0500



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Nov 30 15:39:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <233491-25812>; Sun, 30 Nov 2003 16:23:51 -0500
Received: from vm141.vmadmin.com ([216.64.222.141]) by ams.ftl.affinity.com
with ESMTP id <241643-25824>; Sun, 30 Nov 2003 16:22:44 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm141.vmadmin.com with SMTP; 30 Nov 2003 15:22:42 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 208535
From: Ebay Home Business <EbayHomeBusiness@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Ebay Home Business <EbayHomeBusiness208535@replies.virtumundo.com>
Subject: Ebay Home Business Proven to Work
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov30.162244-0500_est.241643-25824+40212@ams.ftl.affinity.com>
Date:Sun, 30 Nov 2003 16:22:43 -0500



Make A Living From Home On Ebay -Click Here Now

**Need To Make Extra Money From Home?**

**New EBAY Training Program <u>Guarantees</u> You Money -Or They'll Pay You Out Of Their Own Pocket**

# "How Real People Make Real Money On Ebay"

**Click Here Now For This Special Report!**

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Nov 30 15:39:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <241235-25824>; Sun, 30 Nov 2003 16:23:51 -0500
Received: from vm141.vmadmin.com ([216.64.222.141]) by ams.ftl.affinity.com
with ESMTP id <241675-25816>; Sun, 30 Nov 2003 16:22:44 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm141.vmadmin.com with SMTP; 30 Nov 2003 15:22:42 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 208535
From: Ebay Home Business <EbayHomeBusiness@vmadmin.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Ebay Home Business <EbayHomeBusiness208535@replies.virtumundo.com>
Subject: Ebay Home Business Proven to Work
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov30.162244-0500_est.241675-25816+39711@ams.ftl.affinity.com>
Date:Sun, 30 Nov 2003 16:22:44 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Oct 30 16:34:04 2005
X-Persona: <Indi>
Return-Path: <mailcenter331361@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sun, 30 Oct 2005 09:15:29 -0600
From: Ebay on 60minutes <EbayOn60minutes@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** We can't keep this a secret
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,HTML_WEB_BUGS,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4364E391.0D3A215C"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4957&e=indi@jammtomm.com
  URI:http://ogy.cc/EBaySixty/EbaySixty.gif
  URI:http://www3.secureinternetstores.com/offers/pixel.php?c=s0sc1esm&s=2&v!
  URI:http://redirect.virtumundo.com/bt?m31361&e=indi@jammtomm.com [...]

Content analysis details:   (7.5 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.6 HTML_WEB_BUGS          BODY: Image tag intended to identify you
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 27369 invoked from network); 30 Oct 2005 09:15:26 -0600
Received: from vm-177-110.vm-mail.com (206.82.177.110)
  by gnwalpha.org with SMTP; 30 Oct 2005 09:15:26 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-110.vm-mail.com with SMTP; 30 Oct 2005 09:15:13 -0600
X-ClientHost: 105110100105064106097109109116111109109046099111109
```

```
X-MailingID: 331361
From: Ebay on 60minutes <EbayOn60minutes@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331361@vm-rewards.com>
Subject: We can't keep this a secret
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM We can't
keep th.htm"
```

```
From ???@??? Mon Jan 30 16:03:46 2006
X-Persona: <RCW>
Return-Path: <mailcenter335642@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 6469 invoked from network); 19 Jan 2006 10:00:46 -0600
Received: from vm-181-120.vm-mail.com (206.82.181.120)
   by jaycelia.com with SMTP; 19 Jan 2006 10:00:45 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-120.vm-mail.com with SMTP; 19 Jan 2006 10:00:29 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 335642
From: eBay PowerSeller <eBayPowerSeller@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335642@vm-rewards.com>
Subject: Who is this guy who just made 300k?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---


Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062

If you can not see our footer image, please visit here.

```
From ???@??? Sun Oct 30 16:26:07 2005
X-Persona: <Indi>
Return-Path: <mailcenter331341@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 20953 invoked from network); 28 Oct 2005 05:39:32 -0600
Received: from vm-182-226.vm-mail.com (206.82.182.226)
  by ehahome.com with SMTP; 28 Oct 2005 05:39:32 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-226.vm-mail.com with SMTP; 28 Oct 2005 06:39:20 -0500
X-ClientHost: 1051101001050641060971091091161111091090460991111109
X-MailingID: 331341
From: eBay Report <eBayReport@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331341@vm-rewards.com>
Subject: Learn the in's and out's of eBay
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



---

 26 Red Marketing, LLC, 3549 North University Provo, UT 84604



If you can not see our footer image, please visit here.

From ???@??? Sun Oct 30 16:26:07 2005
X-Persona: <Indi>
Return-Path: <mailcenter331341@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 20953 invoked from network); 28 Oct 2005 05:39:32 -0600
Received: from vm-182-226.vm-mail.com (206.82.182.226)
  by ehahome.com with SMTP; 28 Oct 2005 05:39:32 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-226.vm-mail.com with SMTP; 28 Oct 2005 06:39:20 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 331341
From: eBay Report <eBayReport@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331341@vm-rewards.com>
Subject: Learn the in's and out's of eBay
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63



---

 26 Red Marketing, LLC, 3549 North University Provo, UT 84604



If you can not see our footer image, please visit here.

```
From ???@??? Mon Oct 31 13:56:35 2005
X-Persona: <hum>
Return-Path: <mailcenter331341@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 12642 invoked from network); 28 Oct 2005 05:49:58 -0600
Received: from vm-181-4.vm-mail.com (206.82.181.4)
   by xj4x4.net with SMTP; 28 Oct 2005 05:49:58 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-4.vm-mail.com with SMTP; 28 Oct 2005 06:49:46 -0500
X-ClientHost: 104117109064101104097104111109101046099111109
X-MailingID: 331341
From: eBay Report <eBayReport@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331341@vm-rewards.com>
Subject: Learn the in's and out's of eBay
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
```



---

 26 Red Marketing, LLC, 3549 North University Provo, UT 84604



If you can not see our footer image, please visit here.

From ???@??? Wed Jul 06 10:17:21 2005
X-Persona: <Katie>
Return-Path: <mailcenter327009@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Sat, 02 Jul 2005 16:52:07 -0600
From: eBay Sixty Minutes <SixtyMinutes@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** We can't keep this a secret
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42C71A97.B82B78FE"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2908&e=katie@ehahome.com
  URI:http://v1.cc/original.gif
  URI:http://redirect.virtumundo.com/bt?m27009&e=katie@ehahome.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                            [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 4357 invoked from network); 2 Jul 2005 16:52:06 -0600
Received: from vm-183-163.vm-mail.com (206.82.183.163)
  by jammtomm.com with SMTP; 2 Jul 2005 16:52:06 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-163.vm-mail.com with SMTP; 02 Jul 2005 17:52:06 -0500

```
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 327009
From: eBay Sixty Minutes <SixtyMinutes@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter  <mailcenter+327009@vm-rewards.com>
Subject: We can't keep this a secret
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM We can't keep
th1.htm"
```

```
From ???@??? Wed Jul 06 10:17:21 2005
X-Persona: <Katie>
Return-Path: <mailcenter327009@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
       with SpamAssassin (2.63 2004-01-11);
       Sat, 02 Jul 2005 16:52:07 -0600
From: eBay Sixty Minutes <SixtyMinutes@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** We can't keep this a secret
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42C71A97.B82B78FE"
```

```
Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2908&e=katie@ehahome.com
  URI:http://v1.cc/original.gif
  URI:http://redirect.virtumundo.com/bt?m27009&e=katie@ehahome.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name                description
---- -------------------------- --------------------------------------------------
 1.0 DATE_MISSING              Missing Date: header
 2.8 X_MAIL_ID_PRESENT         Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN    BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE              BODY: HTML included in message
 0.1 MIME_HTML_ONLY            BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02        BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET      RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL               RBL: Received via a relay in Spamhaus Block
                               List
                     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 4357 invoked from network); 2 Jul 2005 16:52:06 -0600
Received: from vm-183-163.vm-mail.com (206.82.183.163)
  by jammtomm.com with SMTP; 2 Jul 2005 16:52:06 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-163.vm-mail.com with SMTP; 02 Jul 2005 17:52:06 -0500
```

```
X-ClientHost: 1070971161051010641011040971041111091010460 99111109
X-MailingID: 327009
From: eBay Sixty Minutes <SixtyMinutes@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+327009@vm-rewards.com>
Subject: We can't keep this a secret
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM We can't keep
th1.htm"
```

```
From ???@??? Sun Apr 16 12:20:33 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter343586@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 26147 invoked from network); 15 Apr 2006 08:39:26 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by xj4x4.net with SMTP; 15 Apr 2006 08:39:26 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 15 Apr 2006 09:39:22 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 343586
From: eBay Workers Needed <eBayWorkersNeeded@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343586@vm-rewards.com>
Subject: Earn between 10k to 25k/month!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



 **ePower and Profits Free CD Offer 1595 S. Mt. Joy Street Elizabethtown, PA 17022**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 16 12:17:12 2006
X-Persona: <Jay>
Return-Path: <mailcenter343586@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 20576 invoked from network); 15 Apr 2006 09:01:05 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by celiajay.com with SMTP; 15 Apr 2006 09:01:05 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 15 Apr 2006 10:01:02 -0500
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 343586
From: eBay Workers Needed <eBayWorkersNeeded@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343586@vm-rewards.com>
Subject: *****SPAM***** Earn between 10k to 25k/month!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.1 required=7.0 tests=BAYES_70,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  2.3 BAYES_70 BODY: Bayesian spam probability is 70 to 80%
        *      [score: 0.7426]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link



 **ePower and Profits Free CD Offer 1595 S. Mt. Joy Street Elizabethtown, PA 17022**

**If you can not see our footer image, please visit here.**

From ???@??? Sun Apr 16 11:12:39 2006
X-Persona: <Mila>
Return-Path: <mailcenter343586@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sat, 15 Apr 2006 08:59:47 -0600
From: eBay Workers Needed <eBayWorkersNeeded@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Earn between 10k to 25k/month!
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.2 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44410A63.346BF9E3"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(2277&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(2277&e=mila@jammtomm.com
  URI:http://ogy.cc/power/html2.gif [...]

Content analysis details:   (11.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
              [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 30596 invoked from network); 15 Apr 2006 08:59:45 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 15 Apr 2006 08:59:42 -0600

```
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 15 Apr 2006 09:59:37 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 343586
From: eBay Workers Needed <eBayWorkersNeeded@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343586@vm-rewards.com>
Subject: Earn between 10k to 25k/month!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Earn
between 10k.htm"
```

```
From ???@??? Sat Apr 15 16:20:15 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter343586@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 22437 invoked from network); 15 Apr 2006 09:01:11 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by jaycelia.com with SMTP; 15 Apr 2006 09:01:09 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 15 Apr 2006 10:01:07 -0500
X-ClientHost: 1061111100641060971211070971211151121080970991010460099111109
X-MailingID: 343586
From: eBay Workers Needed <eBayWorkersNeeded@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343586@vm-rewards.com>
Subject: *****SPAM***** Earn between 10k to 25k/month!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]



Images not loading? View this offer by visiting this link
```



 **ePower and Profits Free CD Offer 1595 S. Mt. Joy Street Elizabethtown, PA 17022**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Apr 15 09:28:04 2006
Return-Path: <mailcenter343586@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 1635 invoked from network); 14 Apr 2006 14:02:08 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by jaycelia.com with SMTP; 14 Apr 2006 14:02:00 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 14 Apr 2006 15:02:00 -0500
X-ClientHost:
09711011606409711011610411111012109910111101161140971080460991111109
X-MailingID: 343586
From: eBay Workers Needed <eBayWorkersNeeded@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343586@vm-rewards.com>
Subject: Earn between 10k to 25k/month!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
       autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





 ePower and Profits Free CD Offer 1595 S. Mt. Joy Street Elizabethtown, PA 17022



If you can not see our footer image, please visit here.

```
From ???@??? Sat Apr 15 09:28:04 2006
Return-Path: <mailcenter343586@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 3841 invoked from network); 14 Apr 2006 14:02:13 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaycelia.com with SMTP; 14 Apr 2006 14:02:12 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 14 Apr 2006 15:02:00 -0500
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 343586
From: eBay Workers Needed <eBayWorkersNeeded@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343586@vm-rewards.com>
Subject: Earn between 10k to 25k/month!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link

