**ePower and Profits Free CD Offer 1595 S. Mt. Joy Street Elizabethtown, PA 17022**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Apr 15 09:28:04 2006
Return-Path: <mailcenter343586@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 2112 invoked from network); 14 Apr 2006 14:02:09 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by jaycelia.com with SMTP; 14 Apr 2006 14:02:09 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 14 Apr 2006 15:02:00 -0500
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 343586
From: eBay Workers Needed <eBayWorkersNeeded@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343586@vm-rewards.com>
Subject: Earn between 10k to 25k/month!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
       autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





**ePower and Profits Free CD Offer 1595 S. Mt. Joy Street Elizabethtown, PA 17022**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Apr 15 09:28:04 2006
Return-Path: <mailcenter343586@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 4292 invoked from network); 14 Apr 2006 14:02:15 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaycelia.com with SMTP; 14 Apr 2006 14:02:14 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 14 Apr 2006 15:02:00 -0500
X-ClientHost: 1161060640971101161041111012109910111011611409710804609911109
X-MailingID: 343586
From: eBay Workers Needed <eBayWorkersNeeded@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343586@vm-rewards.com>
Subject: Earn between 10k to 25k/month!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



 **ePower and Profits Free CD Offer 1595 S. Mt. Joy Street Elizabethtown, PA 17022**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Apr 15 09:27:55 2006
Return-Path: <mailcenter343586@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 2787 invoked from network); 14 Apr 2006 14:02:11 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaycelia.com with SMTP; 14 Apr 2006 14:02:10 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 14 Apr 2006 15:02:00 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 343586
From: eBay Workers Needed <eBayWorkersNeeded@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343586@vm-rewards.com>
Subject: Earn between 10k to 25k/month!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





ePower and Profits Free CD Offer 1595 S. Mt. Joy Street Elizabethtown, PA 17022

If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 14 16:07:28 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343586@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 2787 invoked from network); 14 Apr 2006 14:02:11 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaycelia.com with SMTP; 14 Apr 2006 14:02:10 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 14 Apr 2006 15:02:00 -0500
X-ClientHost:
10010111909712111010106409711011610411110121099101110116114097108046099111109
X-MailingID: 343586
From: eBay Workers Needed <eBayWorkersNeeded@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343586@vm-rewards.com>
Subject: Earn between 10k to 25k/month!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





 **ePower and Profits Free CD Offer 1595 S. Mt. Joy Street Elizabethtown, PA 17022**



**If you can not see our footer image, please visit here.**

From ???@??? Fri Apr 14 16:07:28 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343586@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 1635 invoked from network); 14 Apr 2006 14:02:08 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by jaycelia.com with SMTP; 14 Apr 2006 14:02:00 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 14 Apr 2006 15:02:00 -0500
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 343586
From: eBay Workers Needed <eBayWorkersNeeded@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343586@vm-rewards.com>
Subject: Earn between 10k to 25k/month!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63


Images not loading? View this offer by visiting this link





ePower and Profits Free CD Offer 1595 S. Mt. Joy Street Elizabethtown, PA 17022

If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 14 16:07:28 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343586@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 3841 invoked from network); 14 Apr 2006 14:02:13 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaycelia.com with SMTP; 14 Apr 2006 14:02:12 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 14 Apr 2006 15:02:00 -0500
X-ClientHost:
11509711010012106409711011610411111012109910111011611409710804609911109
X-MailingID: 343586
From: eBay Workers Needed <eBayWorkersNeeded@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343586@vm-rewards.com>
Subject: Earn between 10k to 25k/month!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_50,DATE_MISSING,
     HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
     MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
     autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



 **ePower and Profits Free CD Offer 1595 S. Mt. Joy Street Elizabethtown, PA 17022**



**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 14 16:07:28 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343586@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 2112 invoked from network); 14 Apr 2006 14:02:09 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaycelia.com with SMTP; 14 Apr 2006 14:02:09 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 14 Apr 2006 15:02:00 -0500
X-ClientHost:
0991041170991070640971101161041111012109910111011611409710804609911109
X-MailingID: 343586
From: eBay Workers Needed <eBayWorkersNeeded@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343586@vm-rewards.com>
Subject: Earn between 10k to 25k/month!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





**ePower and Profits Free CD Offer 1595 S. Mt. Joy Street Elizabethtown, PA 17022**



**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 14 16:07:28 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343586@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 4292 invoked from network); 14 Apr 2006 14:02:15 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by jaycelia.com with SMTP; 14 Apr 2006 14:02:14 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 14 Apr 2006 15:02:00 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 343586
From: eBay Workers Needed <eBayWorkersNeeded@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343586@vm-rewards.com>
Subject: Earn between 10k to 25k/month!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link




 **ePower and Profits Free CD Offer 1595 S. Mt. Joy Street Elizabethtown, PA 17022**



**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Apr 12 10:33:40 2006
Return-Path: <mailcenter343228@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 7296 invoked from network); 11 Apr 2006 10:18:32 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by gordonworks.com with SMTP; 11 Apr 2006 10:18:28 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 11 Apr 2006 11:18:22 -0500
X-ClientHost:
100101119097121110101064097110116104111101210991011101161140971080460991111109
X-MailingID: 343228
From: eBay Workers Needed <eBayWorkersNeeded@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343228@vm-rewards.com>
Subject: Earn between 10k to 25k per month!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
       autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



 ePower and Profits FREE CD OFFER 1595 S. Mt. Joy Street Elizabethtown, PA 17022

If you can not see our footer image, please visit here.

From ???@??? Wed Apr 12 10:33:40 2006
Return-Path: <mailcenter343228@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 8097 invoked from network); 11 Apr 2006 10:18:33 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
    by gordonworks.com with SMTP; 11 Apr 2006 10:18:33 -0600
Received: from vm-mail.com (10.0.0.42)
    by pkc-sb01 with SMTP; 11 Apr 2006 11:18:22 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 343228
From: eBay Workers Needed <eBayWorkersNeeded@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343228@vm-rewards.com>
Subject: Earn between 10k to 25k per month!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63


Images not loading? View this offer by visiting this link




**ePower and Profits FREE CD OFFER 1595 S. Mt. Joy Street Elizabethtown, PA 17022**

If you can not see our footer image, please visit here.

```
From ???@??? Fri Aug 04 19:35:22 2006
X-Persona: <2nd User>
Return-Path: <mailcenter357878@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 6564 invoked from network); 30 Jul 2006 09:32:29 -0600
Received: from static-vmg-181-6.vm-mail.com (HELO vm-181-6.vm-mail.com)
(206.82.181.6)
  by jammtomm.com with SMTP; 30 Jul 2006 09:32:29 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-6.vm-mail.com with SMTP; 30 Jul 2006 10:32:28 -0500
X-ClientHost: 1161111091091210641060971091091161111091090460991111109
X-MailingID: 357878
From: eBay Workers Needed <eBayWorkersNeeded@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+357878@vm-rewards.com>
Subject: Earn between 10k to 25k/month!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.1 required=7.0 tests=DATE_MISSING,HTML_40_50,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

ePower and Profits Free CD Offer 1595 S. Mt. Joy Street Elizabethtown, PA 17022

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 07 20:43:47 2006
Return-Path: <mailcenter334222@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 27264 invoked from network); 6 Jan 2006 03:59:56 -0600
Received: from vm-177-16.vm-mail.com (206.82.177.16)
  by jaycelia.com with SMTP; 6 Jan 2006 03:59:55 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-16.vm-mail.com with SMTP; 06 Jan 2006 03:59:40 -0600
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710804609911109
X-MailingID: 334222
From: eBayOn60Mins <Ebay60Mins@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334222@vm-rewards.com>
Subject: We can't keep this a secret
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_WEB_BUGS,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

Images not loading? View this offer by visiting this link



 **Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062**


**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Jan 07 20:43:47 2006
Return-Path: <mailcenter334222@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 28194 invoked from network); 6 Jan 2006 03:59:57 -0600
Received: from vm-177-16.vm-mail.com (206.82.177.16)
   by jaycelia.com with SMTP; 6 Jan 2006 03:59:56 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-16.vm-mail.com with SMTP; 06 Jan 2006 03:59:40 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 334222
From: eBayOn60Mins <Ebay60Mins@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334222@vm-rewards.com>
Subject: We can't keep this a secret
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_WEB_BUGS,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



 **Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062**


**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Jan 07 20:43:47 2006
Return-Path: <mailcenter334222@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 29410 invoked from network); 6 Jan 2006 03:59:58 -0600
Received: from vm-177-16.vm-mail.com (206.82.177.16)
  by jaycelia.com with SMTP; 6 Jan 2006 03:59:58 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-16.vm-mail.com with SMTP; 06 Jan 2006 03:59:40 -0600
X-ClientHost: 11610606409711011610411111012109910110116114097108046099111109
X-MailingID: 334222
From: eBayOn60Mins <Ebay60Mins@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334222@vm-rewards.com>
Subject: We can't keep this a secret
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_WEB_BUGS,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

Images not loading? View this offer by visiting this link



Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062

If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 07 20:43:46 2006
Return-Path: <mailcenter334222@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 26400 invoked from network); 6 Jan 2006 03:59:55 -0600
Received: from vm-177-16.vm-mail.com (206.82.177.16)
  by jaycelia.com with SMTP; 6 Jan 2006 03:59:54 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-16.vm-mail.com with SMTP; 06 Jan 2006 03:59:40 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 334222
From: eBayOn60Mins <Ebay60Mins@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334222@vm-rewards.com>
Subject: We can't keep this a secret
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_WEB_BUGS,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



**Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Jan 07 20:43:13 2006
Return-Path: <mailcenter334222@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 25792 invoked from network); 6 Jan 2006 03:59:54 -0600
Received: from vm-177-16.vm-mail.com (206.82.177.16)
   by jaycelia.com with SMTP; 6 Jan 2006 03:59:53 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-16.vm-mail.com with SMTP; 06 Jan 2006 03:59:40 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 334222
From: eBayOn60Mins <Ebay60Mins@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334222@vm-rewards.com>
Subject: We can't keep this a secret
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_WEB_BUGS,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

Images not loading? View this offer by visiting this link



 **Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062**



**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 06 15:28:18 2006
X-Persona: <Jon>
Return-Path: <mailcenter334222@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 29250 invoked from network); 6 Jan 2006 04:00:44 -0600
Received: from vm-182-146.vm-mail.com (206.82.182.146)
  by celiajay.com with SMTP; 6 Jan 2006 04:00:35 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-146.vm-mail.com with SMTP; 06 Jan 2006 04:00:18 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 334222
From: eBayOn60Mins <Ebay60Mins@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334222@vm-rewards.com>
Subject: *****SPAM***** We can't keep this a secret
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_WEB_BUGS,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.6 HTML_WEB_BUGS BODY: Image tag intended to identify you
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



**Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 06 15:28:16 2006
X-Persona: <Celia>
Return-Path: <mailcenter334222@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 25570 invoked from network); 6 Jan 2006 04:24:53 -0600
Received: from vm-180-50.vm-mail.com (206.82.180.50)
   by jaycelia.com with SMTP; 6 Jan 2006 04:24:52 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-50.vm-mail.com with SMTP; 06 Jan 2006 04:24:40 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 334222
From: eBayOn60Mins <Ebay60Mins@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334222@vm-rewards.com>
Subject: *****SPAM***** We can't keep this a secret
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_WEB_BUGS,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.6 HTML_WEB_BUGS BODY: Image tag intended to identify you
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062

If you can not see our footer image, please visit here.

From ???@??? Fri Jan 06 15:27:19 2006
X-Persona: <Jay>
Return-Path: <mailcenter334222@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 26884 invoked from network); 6 Jan 2006 04:00:34 -0600
Received: from vm-182-138.vm-mail.com (206.82.182.138)
  by jaykaysplace.com with SMTP; 6 Jan 2006 04:00:32 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-138.vm-mail.com with SMTP; 06 Jan 2006 04:00:18 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 334222
From: eBayOn60Mins <Ebay60Mins@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334222@vm-rewards.com>
Subject: *****SPAM***** We can't keep this a secret
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_WEB_BUGS,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.6 HTML_WEB_BUGS BODY: Image tag intended to identify you
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset


Images not loading? View this offer by visiting this link



**Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062**

**If you can not see our footer image, please visit here.**

From ???@??? Fri Jan 06 12:15:59 2006
X-Persona: <Mila>
Return-Path: <mailcenter334222@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Fri, 06 Jan 2006 04:00:36 -0600
From: eBayOn60Mins <Ebay60Mins@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** We can't keep this a secret
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_WEB_BUGS,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43BE3FC4.7CCC7A13"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'6537&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'6537&e=mila@jammtomm.com
  URI:http://ogy.cc/EBaySixty/EbaySixty.gif [...]

Content analysis details:   (8.4 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN   BODY: HTML font color is unknown to us
 0.6 HTML_WEB_BUGS            BODY: Image tag intended to identify you
 0.0 HTML_MESSAGE             BODY: HTML included in message
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80        BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 25125 invoked from network); 6 Jan 2006 04:00:30 -0600
Received: from vm-182-15.vm-mail.com (206.82.182.15)
  by ehahome.com with SMTP; 6 Jan 2006 04:00:29 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-15.vm-mail.com with SMTP; 06 Jan 2006 04:00:15 -0600

```
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 334222
From: eBayOn60Mins <Ebay60Mins@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334222@vm-rewards.com>
Subject: We can't keep this a secret
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM We can't
keep th1.htm"
```

```
From ???@??? Mon Jan 30 15:59:20 2006
X-Persona: <RCW>
Return-Path: <mailcenter334222@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 32004 invoked from network); 6 Jan 2006 04:34:37 -0600
Received: from vm-182-215.vm-mail.com (206.82.182.215)
  by clrobin.com with SMTP; 6 Jan 2006 04:34:37 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-215.vm-mail.com with SMTP; 06 Jan 2006 04:34:22 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 334222
From: eBayOn60Mins <Ebay60Mins@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334222@vm-rewards.com>
Subject: We can't keep this a secret
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062

If you can not see our footer image, please visit here.

```
From ???@??? Fri Oct 07 10:57:37 2005
X-Persona: <hum>
Return-Path: <mailcenter330482@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 31169 invoked from network); 7 Oct 2005 10:29:27 -0600
Received: from vm-177-29.vm-mail.com (206.82.177.29)
  by gordonworks.com with SMTP; 7 Oct 2005 10:29:27 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-29.vm-mail.com with SMTP; 07 Oct 2005 16:29:15 +0000
X-ClientHost: 10411710906410110409710411110910104609911109
X-MailingID: 330482
From: Education Careers <EducationCareers@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330482@vm-rewards.com>
Subject: *****SPAM***** Get an advanced degree in education.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *       [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```





**Guide To My Education Customer Service, P.O. Box 390520 Mountain View, CA 94041-0520**



**If you can not see our footer image, please** visit here**.**

```
From ???@??? Thu Jan 26 11:14:21 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter336114@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 27617 invoked from network); 24 Jan 2006 12:07:56 -0600
Received: from vm-182-59.vm-mail.com (206.82.182.59)
  by omniinnovations.com with SMTP; 24 Jan 2006 12:07:56 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-59.vm-mail.com with SMTP; 24 Jan 2006 12:07:44 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 336114
From:  Education Guide <EducationGuide@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336114@vm-rewards.com>
Subject: Advance your career in the new year
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---



**Customer Service, 5205 Prospect Road #135-108, San Jose, CA 95129**

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 16:06:13 2006
X-Persona: <RCW>
Return-Path: <mailcenter336114@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 25445 invoked from network); 24 Jan 2006 12:16:10 -0600
Received: from vm-182-133.vm-mail.com (206.82.182.133)
  by jaykaysplace.com with SMTP; 24 Jan 2006 12:16:05 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-133.vm-mail.com with SMTP; 24 Jan 2006 12:13:38 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460099111109
X-MailingID: 336114
From:  Education Guide <EducationGuide@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336114@vm-rewards.com>
Subject: Advance your career in the new year
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---



Customer Service, 5205 Prospect Road #135-108, San Jose, CA 95129

If you can not see our footer image, please visit here.

```
From ???@??? Wed Sep 24 16:47:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <729497-19522>; Wed, 24 Sep 2003 17:24:12 -0400
Received: from vm094.vmadmin.com ([216.64.222.94]) by ams.ftl.affinity.com
with ESMTP id <728330-19522>; Wed, 24 Sep 2003 17:23:02 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm094.vmadmin.com with SMTP; 24 Sep 2003 16:22:56 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 142830
From: Education Online <OnlineEducation142830@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Education Online <OnlineEducation142830@replies.virtumundo.com>
Subject: Get Your Degree Online
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep24.172302-0400_edt.728330-19522+4813@ams.ftl.affinity.com>
Date:Wed, 24 Sep 2003 17:23:02 -0400
```

If you are unable to view the offer below, please click here to access it in your favorite internet browser.



Let American InterContinental University Online help you upgrade your career fast! We offer accelerated online degree programs in some of the most in-demand fields that can be completed in months.

AIU Online students are taught real-world skills that they can apply on the job. And, AIU Online graduates have been hired by many companies ranging from small businesses to top Fortune 500 corporations.

Studies by the U.S. Department of Labor show that people with college degrees will make more money over their lifetimes than people without them.

It's never a bad time to upgrade! Enroll today and you could have your degree and possibly a better job around this time next year!





AIU Online • 5550 Prairie Stone Parkway, Suite 400 • Hoffman Estates, IL
60192**0**

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at
http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from
the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy
Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer
should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue May 16 15:14:40 2006
X-Persona: <Jay>
Return-Path: <mailcenter348908@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 23489 invoked from network); 16 May 2006 10:48:34 -0600
Received: from vm-180-43.vm-mail.com (206.82.180.43)
  by jaykaysplace.com with SMTP; 16 May 2006 10:48:34 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-43.vm-mail.com with SMTP; 16 May 2006 11:48:31 -0500
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 348908
From: eLearners <eLearners@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348908@vm-rewards.com>
Subject: Don't let time pass you by - earn a degree today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.3 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL autolearn=no
        version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions
or comments about this advertisement to:

eLearners.com 33-41 Newark St, Suite 4b Hoboken, NJ 07030 - 5620

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products
and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Tue May 16 15:14:36 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348898@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 19200 invoked from network); 16 May 2006 10:56:32 -0600
Received: from vm-180-129.vm-mail.com (206.82.180.129)
  by rcw19190020.com with SMTP; 16 May 2006 10:56:31 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-129.vm-mail.com with SMTP; 16 May 2006 11:56:29 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 348898
From: eLearners <eLearners@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348898@vm-rewards.com>
Subject: *****SPAM***** Fast track your career with a degree online
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.0 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
        RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *      [206.82.180.129 listed in dnsbl.sorbs.net]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *      [206.82.180.129 listed in dnsbl.sorbs.net]


Images not loading? View this offer by visiting this link







This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions

or comments about this advertisement to:

eLearners.com 33-41 Newark St, Suite 4b Hoboken, NJ 07030 - 5620

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products
and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Tue May 16 15:13:44 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348900@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 12293 invoked from network); 16 May 2006 10:44:31 -0600
Received: from vm-180-56.vm-mail.com (206.82.180.56)
  by jaycelia.com with SMTP; 16 May 2006 10:44:29 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-56.vm-mail.com with SMTP; 16 May 2006 11:44:21 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 348900
From: eLearners <eLearners@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348900@vm-rewards.com>
Subject: *****SPAM***** Moms - advance your career with a degree.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
        RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5001]
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *      [206.82.180.56 listed in dnsbl.sorbs.net]
        *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *      [206.82.180.56 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link



This is an advertisement. If you would like to no longer receive any further

email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

eLearners.com 33-41 Newark St, Suite 4b Hoboken, NJ 07030 - 5620

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

From ???@??? Tue May 16 15:11:38 2006
X-Persona: <Jon>
Return-Path: <mailcenter348900@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 29248 invoked from network); 16 May 2006 11:11:35 -0600
Received: from vm-180-95.vm-mail.com (206.82.180.95)
  by jaycelia.com with SMTP; 16 May 2006 11:11:29 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-95.vm-mail.com with SMTP; 16 May 2006 12:11:26 -0500
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 348900
From: eLearners <eLearners@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348900@vm-rewards.com>
Subject: *****SPAM***** Moms - advance your career with a degree.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_40_50,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_ONLY_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.5 HTML_40_50 BODY: Message is 40% to 50% HTML
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]


Images not loading? View this offer by visiting this link







This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

eLearners.com 33-41 Newark St, Suite 4b Hoboken, NJ 07030 - 5620

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Tue May 16 15:10:31 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter348906@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 22912 invoked from network); 16 May 2006 10:47:38 -0600
Received: from vm-180-230.vm-mail.com (206.82.180.230)
  by greatnorthwest-alpha.org with SMTP; 16 May 2006 10:47:38 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-230.vm-mail.com with SMTP; 16 May 2006 11:47:34 -0500
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460991111109
X-MailingID: 348906
From: eLearners <eLearners@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348906@vm-rewards.com>
Subject: Energize your career with a degree
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

eLearners.com 33-41 Newark St, Suite 4b Hoboken, NJ 07030 - 5620

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Tue May 16 15:08:47 2006
X-Persona: <Celia>
Return-Path: <mailcenter348898@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 16449 invoked from network); 16 May 2006 11:28:14 -0600
Received: from vm-181-19.vm-mail.com (206.82.181.19)
  by anthonycentral.com with SMTP; 16 May 2006 11:28:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-19.vm-mail.com with SMTP; 16 May 2006 12:28:11 -0500
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 348898
From: eLearners <eLearners@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348898@vm-rewards.com>
Subject: *****SPAM***** Fast track your career with a degree online
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_40_50,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_ONLY_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_DYNABLOCK,RCVD_IN_SBL,RCVD_IN_SORBS,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.5 HTML_40_50 BODY: Message is 40% to 50% HTML
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  2.5 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *      [206.82.181.19 listed in dnsbl.sorbs.net]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *      [206.82.181.19 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link



 

This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

eLearners.com 33-41 Newark St, Suite 4b Hoboken, NJ 07030 - 5620

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Wed Apr 05 22:42:44 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter342446@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 27559 invoked from network); 5 Apr 2006 07:19:25 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by gordonworks.com with SMTP; 5 Apr 2006 07:19:23 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 05 Apr 2006 08:19:21 -0500
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 342446
From: eLearners <eLearners@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342446@vm-rewards.com>
Subject: *****SPAM***** Register  to win a custom home campus
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





**eLearners.com 33-41 Newark St, Suite 4b Hoboken, NJ 07030 - 5620**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu May 18 09:49:49 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter348900@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 29248 invoked from network); 16 May 2006 11:11:35 -0600
Received: from vm-180-95.vm-mail.com (206.82.180.95)
   by jaycelia.com with SMTP; 16 May 2006 11:11:29 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-95.vm-mail.com with SMTP; 16 May 2006 12:11:26 -0500
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 348900
From: eLearners <eLearners@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348900@vm-rewards.com>
Subject: *****SPAM***** Moms - advance your career with a degree.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_40_50,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
       HTML_IMAGE_ONLY_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.5 HTML_40_50 BODY: Message is 40% to 50% HTML
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
       *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
       *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
       *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

eLearners.com 33-41 Newark St, Suite 4b Hoboken, NJ 07030 - 5620

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products
and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Sun Jan 18 21:14:45 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219979-18557>; Sun, 18 Jan 2004 22:16:25 -0500
Received: from vm208-37.adknow-net.com ([216.21.208.37]) by
ams.ftl.affinity.com with ESMTP id <213617-18561>; Sun, 18 Jan 2004 22:15:25
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-37.adknow-net.com with SMTP; 18 Jan 2004 21:14:57 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 344295
From: Electric Blanket <GreatWayToKeepWarm@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return344295@replies.adknow-net.com
Subject: Snuggle up with an electric blanket.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan18.221525-0500_est.213617-18561+53673@ams.ftl.affinity.com>
Date:Sun, 18 Jan 2004 22:15:25 -0500



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Sep 21 14:26:43 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <466144-11989>; Sun, 21 Sep 2003 15:31:40 -0400
Received: from vl208-32.vmlocal.com ([216.21.208.32]) by ams.ftl.affinity.com
with ESMTP id <468400-11979>; Sun, 21 Sep 2003 15:31:15 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-32.vmlocal.com with SMTP; 21 Sep 2003 14:31:11 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 140333
From: Email to Fax <TurnEmailIntoFax140333@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Email to Fax <TurnEmailIntoFax140333@vmlocal.com>
Subject: Turn the email on your screen into a fax in their hand.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep21.153115-0400_edt.468400-11979+4063@ams.ftl.affinity.com>
Date:Sun, 21 Sep 2003 15:31:14 -0400
```



You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) **or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go
here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 15 23:51:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214282-4079>; Sat, 15 Nov 2003 23:33:21 -0500
Received: from vl208-48.vmlocal.com ([216.21.208.48]) by ams.ftl.affinity.com
with ESMTP id <220172-4090>; Sat, 15 Nov 2003 23:32:25 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-48.vmlocal.com with SMTP; 15 Nov 2003 22:32:23 -0600
X-ClientHost: 102097121101064103111141001111011911111410711504609911109
X-MailingID: 198269
From: Email to Fax <TurnEmailIntoFax198269@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Email to Fax <TurnEmailIntoFax198269@vmlocal.com>
Subject: Turn the email on your screen into a fax in their hand.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov15.233225-0500_est.220172-4090+16017@ams.ftl.affinity.com>
Date:Sat, 15 Nov 2003 23:32:24 -0500
```



You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Jun 29 16:37:54 2005
X-Persona: <Katie>
Return-Path: <mailcenter326557@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Tue, 21 Jun 2005 11:20:45 -0600
From: Emortgage Finders <EmortgageFinders@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Don't miss this chance before the rates go up
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42B84C6D.3AA62314"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2672&e=katie@ehahome.com
  URI:http://www.forwardlight.com/img_morlead/ad3.jpg
  URI:http://redirect.virtumundo.com/bt?m26557&e=katie@ehahome.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                 [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 29091 invoked from network); 21 Jun 2005 11:20:45 -0600
Received: from vm-183-53.vm-mail.com (206.82.183.53)
  by greatnorthwest-alpha.org with SMTP; 21 Jun 2005 11:20:45 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-53.vm-mail.com with SMTP; 21 Jun 2005 12:20:46 -0500

```
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 326557
From: Emortgage Finders <EmortgageFinders@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326557@vm-rewards.com>
Subject: Don't miss this chance before the rates go up
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Don't miss this
.htm"
```

From ???@??? Wed Jun 29 16:37:54 2005
X-Persona: <Katie>
Return-Path: <mailcenter326557@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Tue, 21 Jun 2005 11:20:45 -0600
From: Emortgage Finders <EmortgageFinders@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Don't miss this chance before the rates go up
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42B84C6D.3AA62314"

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2672&e=katie@ehahome.com
  URI:http://www.forwardlight.com/img_morlead/ad3.jpg
  URI:http://redirect.virtumundo.com/bt?m26557&e=katie@ehahome.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                  [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 29091 invoked from network); 21 Jun 2005 11:20:45 -0600
Received: from vm-183-53.vm-mail.com (206.82.183.53)
  by greatnorthwest-alpha.org with SMTP; 21 Jun 2005 11:20:45 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-53.vm-mail.com with SMTP; 21 Jun 2005 12:20:46 -0500

```
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326557
From: Emortgage Finders <EmortgageFinders@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326557@vm-rewards.com>
Subject: Don't miss this chance before the rates go up
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Don't miss this
.htm"
```

From ???@??? Sat Nov 01 23:49:54 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218637-17942>; Sun, 2 Nov 2003 00:48:59 -0500
Received: from vl208-59.vmlocal.com ([216.21.208.59]) by ams.ftl.affinity.com
with ESMTP id <217984-17931>; Sun, 2 Nov 2003 00:47:43 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-59.vmlocal.com with SMTP; 01 Nov 2003 23:47:38 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 186133
From: Engagement Rings <EngagementRings186133@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Engagement Rings <EngagementRings186133@vmlocal.com>
Subject: Time to pop the question?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov2.004743-0500_est.217984-17931+81515@ams.ftl.affinity.com>
Date:Sun, 2 Nov 2003 00:47:42 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Jan 29 09:18:56 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <224833-10066>; Thu, 29 Jan 2004 11:08:15 -0500
Received: from vm208-73.adknow-net.com ([216.21.208.73]) by
ams.ftl.affinity.com with ESMTP id <226358-10068>; Thu, 29 Jan 2004 11:07:17
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-73.adknow-net.com with SMTP; 29 Jan 2004 10:05:48 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 353291
From: Engagement Rings <EngagementRings@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return353291@replies.adknow-net.com
Subject: Looking to buy an engagement ring?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan29.110717-0500_est.226358-10068+27485@ams.ftl.affinity.com>
Date:Thu, 29 Jan 2004 11:07:17 -0500
```





**If you would like to refer a friend information regarding this program, go here.** To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go **here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Jan 28 21:11:23 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216523-3163>; Wed, 28 Jan 2004 22:47:50 -0500
Received: from vm208-12.adknow-net.com ([216.21.208.12]) by
ams.ftl.affinity.com with ESMTP id <217249-3163>; Wed, 28 Jan 2004 22:46:47
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-12.adknow-net.com with SMTP; 28 Jan 2004 21:46:41 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 352281
From: Engagement Rings <EngagementRings@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return352281@replies.adknow-net.com
Subject: Ready to get an engagement ring?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan28.224647-0500_est.217249-3163+16597@ams.ftl.affinity.com>
Date:Wed, 28 Jan 2004 22:46:47 -0500
```



**If you would like to refer a friend information regarding this program, go here.** To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go **here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Jan 31 10:05:03 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <225552-25212>; Sat, 31 Jan
2004 12:42:23 -0500
Received: from vm208-57.adknow-net.com ([216.21.208.57]) by
ams.ftl.affinity.com with ESMTP id <225889-25213>; Sat, 31 Jan 2004 12:42:04
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-57.adknow-net.com with SMTP; 31 Jan 2004 11:41:01 -0600
X-ClientHost:
10611111009711610409711006410311111410011110119111114107115046099111109
X-MailingID: 355033
From: Engagement Rings <EngagementRings@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return355033@replies.adknow-net.com
Subject: Ready to get an engagement ring?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan31.124204-0500_est.225889-25213+88880@ams.ftl.affinity.com>
Date:Sat, 31 Jan 2004 12:42:04 -0500
```



For love. For marriage. Forever. Give her the engagement ring that sweeps her
off her feet as much as you do. Find the perfect ring here.

**If you would like to refer a friend information regarding this program, go here.** To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go **here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Jan 14 19:32:55 2006
X-Persona: <Mila>
Return-Path: <mailcenter334974@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
     with SpamAssassin (2.63 2004-01-11);
     Thu, 12 Jan 2006 15:36:53 -0600
From: Entertainment Book <EntertainmentBook@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Get a copy of the 2006 Entertainment Book
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
     HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
     HTML_IMAGE_ONLY_12,HTML_IMAGE_RATIO_06,HTML_MESSAGE,
     HTML_TAG_BALANCE_BODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVE_UP_TO,
     WHY_WAIT,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43C6CBF5.63F8446F"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7087&e=mila@jammtomm.com
  visiting this link URI:http://ogy.cc/img_ploikjy/px.gif
  URI:http://ogy.cc/img_ploikjy/px.gif [...]

Content analysis details:   (7.1 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.5 WHY_WAIT               BODY: What are you waiting for
 0.1 SAVE_UP_TO             BODY: Save Up To
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.3 HTML_IMAGE_RATIO_06    BODY: HTML has a low ratio of text to image area
 1.0 HTML_IMAGE_ONLY_12     BODY: HTML: images with 1000-1200 bytes of words
 0.3 HTML_TAG_BALANCE_BODY  BODY: HTML has unbalanced "body" tags
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.0 CLICK_BELOW            Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 12220 invoked from network); 12 Jan 2006 15:36:43 -0600
Received: from vm-177-28.vm-mail.com (206.82.177.28)
  by xj4x4.net with SMTP; 12 Jan 2006 15:36:43 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-28.vm-mail.com with SMTP; 12 Jan 2006 15:36:31 -0600
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 334974
From: Entertainment Book <EntertainmentBook@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334974@vm-rewards.com>
Subject:  Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get a copy
of th.htm"
```

From ???@??? Wed Jun 29 16:37:19 2005
X-Persona: <Katie>
Return-Path: <mailcenter326473@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 20 Jun 2005 10:30:45 -0600
From: ePro Auction <eProAuction@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Make a regular income from online auction sites
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42B6EF35.9094FC49"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2645&e=katie@ehahome.com
  URI:http://www.epromoinc.com/images2/creative_three.gif
  URI:http://redirect.virtumundo.com/bt?m26473&e=katie@ehahome.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name               description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                   [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 24193 invoked from network); 20 Jun 2005 10:30:45 -0600
Received: from vm-183-229.vm-mail.com (206.82.183.229)
  by chiefmusician.net with SMTP; 20 Jun 2005 10:30:44 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-229.vm-mail.com with SMTP; 20 Jun 2005 11:30:43 -0500

```
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326473
From: ePro Auction <eProAuction@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326473@vm-rewards.com>
Subject: Make a regular income from online auction sites
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Make a regular
i.htm"
```

From ???@??? Wed Jun 29 16:37:19 2005
X-Persona: <Katie>
Return-Path: <mailcenter326473@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 20 Jun 2005 10:30:45 -0600
From: ePro Auction <eProAuction@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Make a regular income from online auction sites
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42B6EF35.9094FC49"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2645&e=katie@ehahome.com
  URI:http://www.epromoinc.com/images2/creative_three.gif
  URI:http://redirect.virtumundo.com/bt?m26473&e=katie@ehahome.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                  [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 24193 invoked from network); 20 Jun 2005 10:30:45 -0600
Received: from vm-183-229.vm-mail.com (206.82.183.229)
  by chiefmusician.net with SMTP; 20 Jun 2005 10:30:44 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-229.vm-mail.com with SMTP; 20 Jun 2005 11:30:43 -0500

```
X-ClientHost: 1070971161051010641011040971041111091010460
99111109
X-MailingID: 326473
From: ePro Auction <eProAuction@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326473@vm-rewards.com>
Subject: Make a regular income from online auction sites
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Make a regular
i.htm"
```

```
From ???@??? Sat Sep 20 08:06:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <465679-32156>; Sat, 20 Sep 2003 10:02:32 -0400
Received: from vt02.vtarget.com ([216.64.222.2]) by ams.ftl.affinity.com with
ESMTP id <465690-32159>; Sat, 20 Sep 2003 10:02:10 -0400
Received: from vtarget.com (192.168.3.10)
  by vt02.vtarget.com with SMTP; 20 Sep 2003 09:02:04 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 139637
From: Equity Line of Credit <EquityLineOfCredit139637@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: Equity Line of Credit <EquityLineOfCredit139637@replies.vtarget.com>
Subject: Want an equity line of credit?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep20.100210-0400_edt.465690-32159+2580@ams.ftl.affinity.com>
Date:Sat, 20 Sep 2003 10:02:09 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Oct 02 22:04:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <1251785-6498>; Thu, 2 Oct 2003 23:10:37 -0400
Received: from vl208-27.vmlocal.com ([216.21.208.27]) by ams.ftl.affinity.com
with ESMTP id <1255778-6502>; Thu, 2 Oct 2003 23:09:39 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-27.vmlocal.com with SMTP; 02 Oct 2003 22:09:38 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 150460
From: Equity Line of Credit <EquityLineOfCredit150460@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Line of Credit <EquityLineOfCredit150460@vmlocal.com>
Subject: Get money for a rainy day.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct2.230939-0400_edt.1255778-6502+44@ams.ftl.affinity.com>
Date:Thu, 2 Oct 2003 23:09:39 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Oct 11 17:23:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <268051-3493>; Sat, 11 Oct 2003 19:25:41 -0400
Received: from vl208-31.vmlocal.com ([216.21.208.31]) by ams.ftl.affinity.com
with ESMTP id <267501-3492>; Sat, 11 Oct 2003 19:24:31 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-31.vmlocal.com with SMTP; 11 Oct 2003 18:24:30 -0500
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 159804
From: Equity Line of Credit <EquityLineOfCredit159804@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+159804@replies.vmlocal.com>
Subject: Get money when you need it most with an equity line of credit.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct11.192431-0400_edt.267501-3492+65719@ams.ftl.affinity.com>
Date:Sat, 11 Oct 2003 19:24:31 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Oct 11 17:23:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <731986-11905>; Sat, 11 Oct 2003 19:27:48 -0400
Received: from vl208-32.vmlocal.com ([216.21.208.32]) by ams.ftl.affinity.com
with ESMTP id <731162-11904>; Sat, 11 Oct 2003 19:26:53 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-32.vmlocal.com with SMTP; 11 Oct 2003 18:24:53 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 159804
From: Equity Line of Credit <EquityLineOfCredit159804@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Line of Credit <EquityLineOfCredit159804@vmlocal.com>
Subject: Want an equity line of credit?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct11.192653-0400_edt.731162-11904+42653@ams.ftl.affinity.com>
Date:Sat, 11 Oct 2003 19:26:53 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Oct 11 11:15:27 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <271253-14407>; Sat, 11 Oct
2003 13:34:33 -0400
Received: from vl208-43.vmlocal.com ([216.21.208.43]) by ams.ftl.affinity.com
with ESMTP id <274165-14399>; Sat, 11 Oct 2003 13:33:24 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-43.vmlocal.com with SMTP; 11 Oct 2003 12:33:18 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 159808
From: Equity Line of Credit <EquityLineOfCredit159808@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+159808@replies.vmlocal.com>
Subject: Get money for a rainy day.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct11.133324-0400_edt.274165-14399+9107@ams.ftl.affinity.com>
Date:Sat, 11 Oct 2003 13:33:22 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 13 19:36:11 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <271805-14266>; Mon, 13 Oct 2003 18:43:11 -0400
Received: from vl208-59.vmlocal.com ([216.21.208.59]) by ams.ftl.affinity.com
with ESMTP id <341559-14318>; Mon, 13 Oct 2003 16:12:42 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-59.vmlocal.com with SMTP; 13 Oct 2003 15:12:33 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 161857
From: Equity Line of Credit <EquityLineOfCredit161857@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+161857@replies.vmlocal.com>
Subject: Want an equity line of credit?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct13.161242-0400_edt.341559-14318+8500@ams.ftl.affinity.com>
Date:Mon, 13 Oct 2003 16:12:41 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 17 23:48:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2291737-9327>; Sat, 18 Oct 2003 00:11:28 -0400
Received: from vl208-49.vmlocal.com ([216.21.208.49]) by ams.ftl.affinity.com
with ESMTP id <283694-9326>; Fri, 17 Oct 2003 13:14:33 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-49.vmlocal.com with SMTP; 17 Oct 2003 12:04:38 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 166835
From: Equity Line of Credit <EquityLineOfCredit166835@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+166835@replies.vmlocal.com>
Subject: Get money for a rainy day.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct17.131433-0400_edt.283694-9326+1594@ams.ftl.affinity.com>
Date:Fri, 17 Oct 2003 13:14:29 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 20 22:02:37 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216460-1083>; Tue, 21 Oct 2003 00:19:32 -0400
Received: from vl208-26.vmlocal.com ([216.21.208.26]) by ams.ftl.affinity.com
with ESMTP id <329046-1080>; Mon, 20 Oct 2003 19:40:35 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-26.vmlocal.com with SMTP; 20 Oct 2003 18:40:30 -0500
X-ClientHost: 1020971211010641031111141001111101191111141071150460990111109
X-MailingID: 169892
From: Equity Line of Credit <EquityLineOfCredit169892@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Line of Credit <EquityLineOfCredit169892@vmlocal.com>
Subject: Get money when you need it most with an equity line of credit.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct20.194035-0400_edt.329046-1080+13771@ams.ftl.affinity.com>
Date:Mon, 20 Oct 2003 19:40:34 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Oct 21 07:03:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <723146-20384>; Tue, 21 Oct 2003 03:50:43 -0400
Received: from vl208-30.vmlocal.com ([216.21.208.30]) by ams.ftl.affinity.com
with ESMTP id <325769-25000>; Mon, 20 Oct 2003 13:58:11 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-30.vmlocal.com with SMTP; 20 Oct 2003 12:58:10 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 169897
From: Equity Line of Credit <EquityLineOfCredit169897@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Line of Credit <EquityLineOfCredit169897@vmlocal.com>
Subject: Get money for a rainy day.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct20.135811-0400_edt.325769-25000+11181@ams.ftl.affinity.com>
Date:Mon, 20 Oct 2003 13:58:11 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Oct 21 12:06:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <412521-25228>; Tue, 21 Oct
2003 13:20:59 -0400
Received: from vl208-74.vmlocal.com ([216.21.208.74]) by ams.ftl.affinity.com
with ESMTP id <413759-25228>; Tue, 21 Oct 2003 13:19:03 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-74.vmlocal.com with SMTP; 21 Oct 2003 12:19:02 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 170919
From: Equity Line of Credit <EquityLineOfCredit170919@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Line of Credit <EquityLineOfCredit170919@vmlocal.com>
Subject: Money when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct21.131903-0400_edt.413759-25228+2069@ams.ftl.affinity.com>
Date:Tue, 21 Oct 2003 13:19:03 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Oct 29 17:02:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <212671-5220>; Wed, 29 Oct 2003 19:05:32 -0500
Received: from vl208-44.vmlocal.com ([216.21.208.44]) by ams.ftl.affinity.com
with ESMTP id <221791-5213>; Wed, 29 Oct 2003 19:04:48 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-44.vmlocal.com with SMTP; 29 Oct 2003 18:04:45 -0600
X-ClientHost:
106097109105108097064103111141001111101191111141071150460991111 09
X-MailingID: 181170
From: Equity Line of Credit <EquityLineOfCredit181170@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Line of Credit <EquityLineOfCredit181170@vmlocal.com>
Subject: An equity line of credit can be yours today!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.190448-0500_est.221791-5213+4605@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 19:04:47 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**
Message sent Wed Oct 29 18:03:19 CST 2003

```
From ???@??? Wed Oct 29 17:02:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218871-5213>; Wed, 29 Oct 2003 19:05:32 -0500
Received: from vl208-44.vmlocal.com ([216.21.208.44]) by ams.ftl.affinity.com
with ESMTP id <221787-5213>; Wed, 29 Oct 2003 19:04:48 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-44.vmlocal.com with SMTP; 29 Oct 2003 18:04:45 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 181170
From: Equity Line of Credit <EquityLineOfCredit181170@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Line of Credit <EquityLineOfCredit181170@vmlocal.com>
Subject: An equity line of credit can be yours today!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.190448-0500_est.221787-5213+4607@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 19:04:48 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**
Message sent Wed Oct 29 18:03:19 CST 2003

From ???@??? Fri Oct 31 00:22:09 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223995-17942>; Fri, 31 Oct 2003 01:19:30 -0500
Received: from vl208-73.vmlocal.com ([216.21.208.73]) by ams.ftl.affinity.com
with ESMTP id <225353-17942>; Fri, 31 Oct 2003 01:18:34 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-73.vmlocal.com with SMTP; 31 Oct 2003 00:18:32 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 182595
From: Equity Line of Credit <EquityLineOfCredit182595@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Line of Credit <EquityLineOfCredit182595@vmlocal.com>
Subject: Money when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct31.011834-0500_est.225353-17942+48985@ams.ftl.affinity.com>
Date:Fri, 31 Oct 2003 01:18:33 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 31 08:49:27 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219941-8220>; Fri, 31 Oct 2003 04:41:38 -0500
Received: from vl208-40.vmlocal.com ([216.21.208.40]) by ams.ftl.affinity.com
with ESMTP id <213927-8201>; Fri, 31 Oct 2003 04:40:17 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-40.vmlocal.com with SMTP; 31 Oct 2003 03:40:14 -0600
X-ClientHost: 106097109101115064103111141001111101191111141071150460991111109
X-MailingID: 182601
From: Equity Line of Credit <EquityLineOfCredit182601@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Line of Credit <EquityLineOfCredit182601@vmlocal.com>
Subject: Get money for a rainy day.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct31.044017-0500_est.213927-8201+38472@ams.ftl.affinity.com>
Date:Fri, 31 Oct 2003 04:40:16 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Nov 06 21:05:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <223416-12072>; Thu, 6 Nov 2003 22:30:34 -0500
Received: from vl208-51.vmlocal.com ([216.21.208.51]) by ams.ftl.affinity.com
with ESMTP id <219136-12072>; Thu, 6 Nov 2003 22:29:33 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-51.vmlocal.com with SMTP; 06 Nov 2003 21:29:22 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 190845
From: Equity Line of Credit <EquityLineOfCredit190845@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Line of Credit <EquityLineOfCredit190845@vmlocal.com>
Subject: Get money when you need it most with an equity line of credit.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov6.222933-0500_est.219136-12072+4788@ams.ftl.affinity.com>
Date:Thu, 6 Nov 2003 22:29:32 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Nov 06 21:05:14 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223690-12066>; Thu, 6 Nov 2003 22:30:34 -0500
Received: from vl208-51.vmlocal.com ([216.21.208.51]) by ams.ftl.affinity.com
with ESMTP id <225732-12068>; Thu, 6 Nov 2003 22:29:33 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-51.vmlocal.com with SMTP; 06 Nov 2003 21:29:22 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 190845
From: Equity Line of Credit <EquityLineOfCredit190845@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Line of Credit <EquityLineOfCredit190845@vmlocal.com>
Subject: Get money when you need it most with an equity line of credit.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov6.222933-0500_est.225732-12068+4557@ams.ftl.affinity.com>
Date:Thu, 6 Nov 2003 22:29:33 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Nov 07 20:36:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216197-15383>; Fri, 7 Nov 2003 21:41:08 -0500
Received: from vl208-64.vmlocal.com ([216.21.208.64]) by ams.ftl.affinity.com
with ESMTP id <217628-15382>; Fri, 7 Nov 2003 21:39:44 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-64.vmlocal.com with SMTP; 07 Nov 2003 20:39:36 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 191855
From: Equity Line of Credit <EquityLineOfCredit191855@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Line of Credit <EquityLineOfCredit191855@vmlocal.com>
Subject: Get money when you need it most with an equity line of credit.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov7.213944-0500_est.217628-15382+15764@ams.ftl.affinity.com>
Date:Fri, 7 Nov 2003 21:39:44 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Nov 07 20:36:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <216822-15379>; Fri, 7 Nov
2003 21:41:08 -0500
Received: from vl208-64.vmlocal.com ([216.21.208.64]) by ams.ftl.affinity.com
with ESMTP id <214884-15379>; Fri, 7 Nov 2003 21:39:46 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-64.vmlocal.com with SMTP; 07 Nov 2003 20:39:36 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 191855
From: Equity Line of Credit <EquityLineOfCredit191855@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Line of Credit <EquityLineOfCredit191855@vmlocal.com>
Subject: Get money when you need it most with an equity line of credit.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov7.213946-0500_est.214884-15379+15408@ams.ftl.affinity.com>
Date:Fri, 7 Nov 2003 21:39:44 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Nov 07 14:21:39 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214271-1076>; Fri, 7 Nov 2003 15:53:17 -0500
Received: from vl208-37.vmlocal.com ([216.21.208.37]) by ams.ftl.affinity.com
with ESMTP id <217117-1082>; Fri, 7 Nov 2003 15:52:43 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-37.vmlocal.com with SMTP; 07 Nov 2003 14:51:37 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 191859
From: Equity Line of Credit <EquityLineOfCredit191859@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Line of Credit <EquityLineOfCredit191859@vmlocal.com>
Subject: Get money when you need it most with an equity line of credit.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov7.155243-0500_est.217117-1082+2648@ams.ftl.affinity.com>
Date:Fri, 7 Nov 2003 15:52:42 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Nov 14 13:04:45 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213976-2346>; Fri, 14 Nov 2003 14:06:31 -0500
Received: from vl208-61.vmlocal.com ([216.21.208.61]) by ams.ftl.affinity.com
with ESMTP id <214635-2345>; Fri, 14 Nov 2003 14:05:20 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-61.vmlocal.com with SMTP; 14 Nov 2003 13:05:04 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 197721
From: Equity Line of Credit <EquityLineOfCredit197721@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Line of Credit <EquityLineOfCredit197721@vmlocal.com>
Subject: Money when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov14.140520-0500_est.214635-2345+9118@ams.ftl.affinity.com>
Date:Fri, 14 Nov 2003 14:05:20 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Nov 14 10:38:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <736714-26133>; Fri, 14 Nov 2003 11:11:14 -0500
Received: from vl208-68.vmlocal.com ([216.21.208.68]) by ams.ftl.affinity.com
with ESMTP id <1245430-26136>; Fri, 14 Nov 2003 11:10:36 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-68.vmlocal.com with SMTP; 14 Nov 2003 10:10:31 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 197724
From: Equity Line of Credit <EquityLineOfCredit197724@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Line of Credit <EquityLineOfCredit197724@vmlocal.com>
Subject: Money when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov14.111036-0500_est.1245430-26136+6079@ams.ftl.affinity.com>
Date:Fri, 14 Nov 2003 11:10:36 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Nov 15 16:06:36 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218830-4087>; Sat, 15 Nov 2003 16:41:04 -0500
Received: from vl208-28.vmlocal.com ([216.21.208.28]) by ams.ftl.affinity.com
with ESMTP id <218847-4079>; Sat, 15 Nov 2003 16:40:04 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-28.vmlocal.com with SMTP; 15 Nov 2003 15:40:00 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 198391
From: Equity Line of Credit <EquityLineOfCredit198391@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Line of Credit <EquityLineOfCredit198391@vmlocal.com>
Subject: Get money when you need it most with an equity line of credit.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov15.164004-0500_est.218847-4079+12685@ams.ftl.affinity.com>
Date:Sat, 15 Nov 2003 16:40:03 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 15 12:05:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <220984-32704>; Sat, 15 Nov
2003 13:41:39 -0500
Received: from vl208-44.vmlocal.com ([216.21.208.44]) by ams.ftl.affinity.com
with ESMTP id <218369-32706>; Sat, 15 Nov 2003 13:40:50 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-44.vmlocal.com with SMTP; 15 Nov 2003 12:40:44 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 198394
From: Equity Line of Credit <EquityLineOfCredit198394@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Line of Credit <EquityLineOfCredit198394@vmlocal.com>
Subject: Get money when you need it most with an equity line of credit.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov15.134050-0500_est.218369-32706+21826@ams.ftl.affinity.com>
Date:Sat, 15 Nov 2003 13:40:50 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Nov 18 11:39:23 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218011-32707>; Tue, 18 Nov 2003 14:27:14 -0500
Received: from vl208-62.vmlocal.com ([216.21.208.62]) by ams.ftl.affinity.com
with ESMTP id <224126-32707>; Tue, 18 Nov 2003 14:26:03 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-62.vmlocal.com with SMTP; 18 Nov 2003 13:25:54 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 200496
From: Equity Line of Credit <EquityLineOfCredit200496@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Line of Credit <EquityLineOfCredit200496@vmlocal.com>
Subject: Get money when you need it most with an equity line of credit.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov18.142603-0500_est.224126-32707+64945@ams.ftl.affinity.com>
Date:Tue, 18 Nov 2003 14:26:03 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Jan 21 14:57:39 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <337132-2168>; Wed, 21 Jan
2004 14:47:01 -0500
Received: from vm208-34.adknow-net.com ([216.21.208.34]) by
ams.ftl.affinity.com with ESMTP id <360205-2164>; Wed, 21 Jan 2004 14:45:54
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-34.adknow-net.com with SMTP; 21 Jan 2004 13:45:52 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 346514
From: Equity Line of Credit <EquityLineOfCredit@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return346514@replies.adknow-net.com
Subject: Money when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan21.144554-0500_est.360205-2164+1790@ams.ftl.affinity.com>
Date:Wed, 21 Jan 2004 14:45:53 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Jan 21 09:25:37 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214757-3221>; Wed, 21 Jan 2004 12:22:40 -0500
Received: from vm208-15.adknow-net.com ([216.21.208.15]) by
ams.ftl.affinity.com with ESMTP id <238228-3230>; Wed, 21 Jan 2004 12:21:01
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-15.adknow-net.com with SMTP; 21 Jan 2004 11:20:56 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 346608
From: Equity Line of Credit <EquityLineOfCredit@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return346608@replies.adknow-net.com
Subject: Want an equity line of credit?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan21.122101-0500_est.238228-3230+31501@ams.ftl.affinity.com>
Date:Wed, 21 Jan 2004 12:20:59 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Jan 18 11:12:33 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216720-14931>; Sun, 18 Jan 2004 13:22:21 -0500
Received: from vm208-41.adknow-net.com ([216.21.208.41]) by
ams.ftl.affinity.com with ESMTP id <217345-14923>; Sun, 18 Jan 2004 13:21:52
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-41.adknow-net.com with SMTP; 18 Jan 2004 12:21:45 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 344117
From: Equity Line of Credit <EquityLineOfCredit@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return344117@replies.adknow-net.com
Subject: Get money for a rainy day.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan18.132152-0500_est.217345-14923+53236@ams.ftl.affinity.com>
Date:Sun, 18 Jan 2004 13:21:51 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Jan 15 15:51:54 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <324560-17992>; Thu, 15 Jan 2004 14:38:18 -0500
Received: from vm208-47.adknow-net.com ([216.21.208.47]) by
ams.ftl.affinity.com with ESMTP id <318947-17990>; Thu, 15 Jan 2004 14:37:16
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-47.adknow-net.com with SMTP; 15 Jan 2004 13:37:11 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 342262
From: Equity Line of Credit <EquityLineOfCredit@adknow-net.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return342262@replies.adknow-net.com
Subject: Get money for a rainy day.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan15.143716-0500_est.318947-17990+5205@ams.ftl.affinity.com>
Date:Thu, 15 Jan 2004 14:37:16 -0500



**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Jan 13 23:38:39 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223138-29675>; Tue, 13 Jan 2004 20:58:14 -0500
Received: from vm208-32.adknow-net.com ([216.21.208.32]) by
ams.ftl.affinity.com with ESMTP id <223812-29696>; Tue, 13 Jan 2004 20:57:06
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-32.adknow-net.com with SMTP; 13 Jan 2004 19:57:02 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 340782
From: Equity Line of Credit <EquityLineOfCredit@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return340782@replies.adknow-net.com
Subject: Want an equity line of credit?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan13.205706-0500_est.223812-29696+28471@ams.ftl.affinity.com>
Date:Tue, 13 Jan 2004 20:57:04 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Jan 21 20:18:08 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <219411-17951>; Wed, 21 Jan 2004 22:31:48 -0500
Received: from vm208-68.adknow-net.com ([216.21.208.68]) by
ams.ftl.affinity.com with ESMTP id <226343-17952>; Wed, 21 Jan 2004 22:30:45
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-68.adknow-net.com with SMTP; 21 Jan 2004 21:30:42 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 346306
From: Equity Line of Credit <EquityLineOfCredit@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return346306@replies.adknow-net.com
Subject: Get money for a rainy day.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan21.223045-0500_est.226343-17952+3912@ams.ftl.affinity.com>
Date:Wed, 21 Jan 2004 22:30:44 -0500



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Dec 27 12:42:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <234150-26548>; Sat, 27 Dec 2003 14:35:47 -0500
Received: from vm209-244.vmlocal.com ([216.21.209.244]) by
ams.ftl.affinity.com with ESMTP id <236406-26553>; Sat, 27 Dec 2003 14:34:39
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-244.vmlocal.com with SMTP; 27 Dec 2003 13:34:38 -0600
X-ClientHost: 10209712110106410311114100111110119111114107115046099111109
X-MailingID: 229083
From: Equity Line of Credit <EquityLineOfCredit@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Line of Credit <EquityLineOfCredit229083@vmlocal.com>
Subject: Want an equity line of credit?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec27.143439-0500_est.236406-26553+46984@ams.ftl.affinity.com>
Date:Sat, 27 Dec 2003 14:34:39 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 24 09:53:23 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2375726-14643>; Wed, 24 Dec 2003 11:36:40 -0500
Received: from vm209-197.vmlocal.com ([216.21.209.197]) by
ams.ftl.affinity.com with ESMTP id <2375875-14642>; Wed, 24 Dec 2003 11:35:11
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-197.vmlocal.com with SMTP; 24 Dec 2003 10:35:02 -0600
X-ClientHost:
10609710910510809706410311111410011111101191111141071150 46099111109
X-MailingID: 226166
From: Equity Line of Credit <EquityLineOfCredit@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Line of Credit <EquityLineOfCredit226166@vmlocal.com>
Subject: Want an equity line of credit?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec24.113511-0500_est.2375875-14642+25351@ams.ftl.affinity.com>
Date:Wed, 24 Dec 2003 11:35:10 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Dec 24 09:53:23 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2372526-14640>; Wed, 24 Dec 2003 11:36:40 -0500
Received: from vm209-197.vmlocal.com ([216.21.209.197]) by
ams.ftl.affinity.com with ESMTP id <2373521-14641>; Wed, 24 Dec 2003 11:35:09
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-197.vmlocal.com with SMTP; 24 Dec 2003 10:35:02 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 226166
From: Equity Line of Credit <EquityLineOfCredit@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Line of Credit <EquityLineOfCredit226166@vmlocal.com>
Subject: Want an equity line of credit?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec24.113509-0500_est.2373521-14641+25078@ams.ftl.affinity.com>
Date:Wed, 24 Dec 2003 11:35:08 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Dec 24 06:41:23 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3558680-1084>; Wed, 24 Dec 2003 08:27:50 -0500
Received: from vm209-228.vmlocal.com ([216.21.209.228]) by
ams.ftl.affinity.com with ESMTP id <3560521-1088>; Wed, 24 Dec 2003 08:26:30
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-228.vmlocal.com with SMTP; 24 Dec 2003 07:26:29 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 226160
From: Equity Line of Credit <EquityLineOfCredit@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Line of Credit <EquityLineOfCredit226160@vmlocal.com>
Subject: Get money for a rainy day.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec24.082630-0500_est.3560521-1088+36042@ams.ftl.affinity.com>
Date:Wed, 24 Dec 2003 08:26:30 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Dec 19 17:31:05 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221049-12487>; Fri, 19 Dec 2003 19:22:42 -0500
Received: from vm209-219.vmlocal.com ([216.21.209.219]) by
ams.ftl.affinity.com with ESMTP id <217026-12487>; Fri, 19 Dec 2003 19:21:09
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-219.vmlocal.com with SMTP; 19 Dec 2003 18:21:07 -0600
X-ClientHost: 10209712110106410311114100111110119111114107115046099111109
X-MailingID: 222556
From: Equity Line of Credit <EquityLineOfCredit@vmlocal.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Line of Credit <EquityLineOfCredit222556@vmlocal.com>
Subject: Get money for a rainy day.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec19.192109-0500_est.217026-12487+23317@ams.ftl.affinity.com>
Date:Fri, 19 Dec 2003 19:21:08 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Dec 11 22:56:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <230834-24613>; Fri, 12 Dec 2003 00:26:10 -0500
Received: from vm209-229.vmlocal.com ([216.21.209.229]) by
ams.ftl.affinity.com with ESMTP id <231126-24620>; Fri, 12 Dec 2003 00:25:16
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-229.vmlocal.com with SMTP; 11 Dec 2003 23:25:13 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911110 9
X-MailingID: 216429
From: Equity Line of Credit <EquityLineOfCredit@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Line of Credit <EquityLineOfCredit216429@vmlocal.com>
Subject: Get money for a rainy day.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.002516-0500_est.231126-24620+3680@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 00:25:16 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 10 10:01:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2715558-27826>; Wed, 10 Dec 2003 11:34:28 -0500
Received: from vl208-51.vmlocal.com ([216.21.208.51]) by ams.ftl.affinity.com
with ESMTP id <2718975-27819>; Wed, 10 Dec 2003 11:33:48 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-51.vmlocal.com with SMTP; 10 Dec 2003 10:33:44 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 215643
From: Equity Line of Credit <EquityLineOfCredit@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Line of Credit <EquityLineOfCredit215643@vmlocal.com>
Subject: An equity line of credit can be yours today!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec10.113348-0500_est.2718975-27819+4243@ams.ftl.affinity.com>
Date:Wed, 10 Dec 2003 11:33:48 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 02 14:09:44 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <212997-12256>; Tue, 2 Dec 2003 15:29:18 -0500
Received: from vl208-47.vmlocal.com ([216.21.208.47]) by ams.ftl.affinity.com
with ESMTP id <226507-12264>; Tue, 2 Dec 2003 15:28:04 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-47.vmlocal.com with SMTP; 02 Dec 2003 14:28:01 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 210068
From: Equity Line of Credit <EquityLineOfCredit@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Line of Credit <EquityLineOfCredit210068@vmlocal.com>
Subject: An equity line of credit can be yours today!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec2.152804-0500_est.226507-12264+8879@ams.ftl.affinity.com>
Date:Tue, 2 Dec 2003 15:28:03 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 30 08:37:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <224627-28115>; Sun, 30 Nov
2003 10:04:38 -0500
Received: from vl208-72.vmlocal.com ([216.21.208.72]) by ams.ftl.affinity.com
with ESMTP id <217317-28125>; Sun, 30 Nov 2003 10:03:57 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-72.vmlocal.com with SMTP; 30 Nov 2003 09:03:55 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 208712
From: Equity Line of Credit <EquityLineOfCredit@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Line of Credit <EquityLineOfCredit208712@vmlocal.com>
Subject: Money when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov30.100357-0500_est.217317-28125+40524@ams.ftl.affinity.com>
Date:Sun, 30 Nov 2003 10:03:56 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 23 13:23:24 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217135-18877>; Sun, 23 Nov 2003 13:42:22 -0500
Received: from vl208-33.vmlocal.com ([216.21.208.33]) by ams.ftl.affinity.com
with ESMTP id <220078-18876>; Sun, 23 Nov 2003 13:41:42 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-33.vmlocal.com with SMTP; 23 Nov 2003 12:41:36 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 203907
From: Equity Line of Credit <EquityLineOfCredit@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Line of Credit <EquityLineOfCredit203907@vmlocal.com>
Subject: Money when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov23.134142-0500_est.220078-18876+24941@ams.ftl.affinity.com>
Date:Sun, 23 Nov 2003 13:41:40 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 23 00:07:08 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219358-795>; Sat, 22 Nov 2003 12:56:13 -0500
Received: from vl208-70.vmlocal.com ([216.21.208.70]) by ams.ftl.affinity.com
with ESMTP id <218200-783>; Sat, 22 Nov 2003 12:55:08 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-70.vmlocal.com with SMTP; 22 Nov 2003 11:55:05 -0600
X-ClientHost: 1060971210641031111410011111011911111410711504609911109
X-MailingID: 203238
From: Equity Line of Credit <EquityLineOfCredit@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Line of Credit <EquityLineOfCredit203238@vmlocal.com>
Subject: Money when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov22.125508-0500_est.218200-783+3902@ams.ftl.affinity.com>
Date:Sat, 22 Nov 2003 12:55:07 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Jan 05 19:03:05 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3562774-16204>; Mon, 5 Jan 2004 21:03:36 -0500
Received: from vm209-204.vmlocal.com ([216.21.209.204]) by
ams.ftl.affinity.com with ESMTP id <3564063-16208>; Mon, 5 Jan 2004 21:02:42
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-204.vmlocal.com with SMTP; 05 Jan 2004 19:55:39 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 235950
From: Equity Line of Credit <EquityLineOfCredit@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Line of Credit <EquityLineOfCredit235950@vmlocal.com>
Subject: Get money when you need it most with an equity line of credit.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan5.210242-0500_est.3564063-16208+1977@ams.ftl.affinity.com>
Date:Mon, 5 Jan 2004 21:02:42 -0500



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Sep 22 10:59:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <474793-17098>; Mon, 22 Sep 2003 11:32:08 -0400
Received: from vl208-73.vmlocal.com ([216.21.208.73]) by ams.ftl.affinity.com
with ESMTP id <474083-17100>; Mon, 22 Sep 2003 11:31:36 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-73.vmlocal.com with SMTP; 22 Sep 2003 10:31:34 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 141482
From: Equity Loan Center <EquityLoanCenter141482@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Loan Center <EquityLoanCenter141482@vmlocal.com>
Subject:  Welcome home to the best mortgage, refinance and home equity offers!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep22.113136-0400_edt.474083-17100+2804@ams.ftl.affinity.com>
Date:Mon, 22 Sep 2003 11:31:35 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2002 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Oct 05 00:04:45 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <464986-5322>; Sun, 5 Oct 2003 01:35:22 -0400
Received: from vl208-34.vmlocal.com ([216.21.208.34]) by ams.ftl.affinity.com
with ESMTP id <466294-22867>; Sun, 5 Oct 2003 01:35:14 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-34.vmlocal.com with SMTP; 05 Oct 2003 00:34:09 -0500
X-ClientHost: 106097109101115064103111141001111101191111141071150460991111109
X-MailingID: 152479
From: Equity Loan Center <EquityLoanCenter152479@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Loan Center <EquityLoanCenter152479@vmlocal.com>
Subject:  Welcome home to the best mortgage, refinance and home equity offers!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct5.013514-0400_edt.466294-22867+4640@ams.ftl.affinity.com>
Date:Sun, 5 Oct 2003 01:35:13 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2002 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Oct 07 14:43:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <262580-3499>; Tue, 7 Oct 2003 16:45:21 -0400
Received: from vl208-50.vmlocal.com ([216.21.208.50]) by ams.ftl.affinity.com
with ESMTP id <327404-3494>; Tue, 7 Oct 2003 15:48:13 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-50.vmlocal.com with SMTP; 07 Oct 2003 14:48:07 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 155410
From: Equity Loan Center <EquityLoanCenter155410@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+155410@replies.vmlocal.com>
Subject: One roof houses all the best mortgage, refinance and home equity
offers!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct7.154813-0400_edt.327404-3494+18112@ams.ftl.affinity.com>
Date:Tue, 7 Oct 2003 15:48:13 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2002 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Oct 09 23:26:53 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214026-28610>; Fri, 10 Oct 2003 01:17:34 -0400
Received: from vl208-73.vmlocal.com ([216.21.208.73]) by ams.ftl.affinity.com
with ESMTP id <329216-28606>; Fri, 10 Oct 2003 01:17:07 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-73.vmlocal.com with SMTP; 10 Oct 2003 00:17:04 -0500
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 157424
From: Equity Loan Center <EquityLoanCenter157424@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+157424@replies.vmlocal.com>
Subject: One roof houses all the best mortgage, refinance and home equity
offers!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct10.011707-0400_edt.329216-28606+27374@ams.ftl.affinity.com>
Date:Fri, 10 Oct 2003 01:17:05 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2002 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Oct 11 21:24:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <339500-11395>; Sat, 11 Oct 2003 23:25:55 -0400
Received: from vl208-42.vmlocal.com ([216.21.208.42]) by ams.ftl.affinity.com
with ESMTP id <458988-11403>; Sat, 11 Oct 2003 23:24:59 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-42.vmlocal.com with SMTP; 11 Oct 2003 22:24:56 -0500
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 159965
From: Equity Loan Center <EquityLoanCenter159965@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+159965@replies.vmlocal.com>
Subject: Feel at home with the best mortgage, refinance and home equity
offers!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct11.232459-0400_edt.458988-11403+32338@ams.ftl.affinity.com>
Date:Sat, 11 Oct 2003 23:24:59 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2002 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Oct 15 16:30:31 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <352465-1080>; Wed, 15 Oct 2003 19:23:52 -0400
Received: from vl208-43.vmlocal.com ([216.21.208.43]) by ams.ftl.affinity.com
with ESMTP id <216512-19926>; Wed, 15 Oct 2003 17:11:58 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-43.vmlocal.com with SMTP; 15 Oct 2003 16:11:57 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 164653
From: Equity Loan Center <EquityLoanCenter164653@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Loan Center <EquityLoanCenter164653@vmlocal.com>
Subject: One roof houses all the best mortgage, refinance and home equity
offers!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct15.171158-0400_edt.216512-19926+4990@ams.ftl.affinity.com>
Date:Wed, 15 Oct 2003 17:11:57 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2002 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Oct 18 19:45:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <219675-23103>; Sat, 18 Oct 2003 19:04:08 -0400
Received: from vl208-64.vmlocal.com ([216.21.208.64]) by ams.ftl.affinity.com
with ESMTP id <220978-23096>; Sat, 18 Oct 2003 19:03:59 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-64.vmlocal.com with SMTP; 18 Oct 2003 18:03:55 -0500
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 168081
From: Equity Loan Center <EquityLoanCenter168081@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Loan Center <EquityLoanCenter168081@vmlocal.com>
Subject: The Best Mortgage, Refinance, and Equity Offers Under One Roof!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct18.190359-0400_edt.220978-23096+7108@ams.ftl.affinity.com>
Date:Sat, 18 Oct 2003 19:03:58 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2002 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Oct 18 19:45:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <219707-5259>; Sat, 18 Oct
2003 19:04:08 -0400
Received: from vl208-64.vmlocal.com ([216.21.208.64]) by ams.ftl.affinity.com
with ESMTP id <220987-5259>; Sat, 18 Oct 2003 19:03:59 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-64.vmlocal.com with SMTP; 18 Oct 2003 18:03:55 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 168081
From: Equity Loan Center <EquityLoanCenter168081@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Loan Center <EquityLoanCenter168081@vmlocal.com>
Subject: The Best Mortgage, Refinance, and Equity Offers Under One Roof!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct18.190359-0400_edt.220987-5259+31462@ams.ftl.affinity.com>
Date:Sat, 18 Oct 2003 19:03:59 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2002 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Oct 18 12:43:20 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <274316-8354>; Sat, 18 Oct 2003 13:05:47 -0400
Received: from vl208-17.vmlocal.com ([216.21.208.17]) by ams.ftl.affinity.com
with ESMTP id <276065-11043>; Sat, 18 Oct 2003 13:04:55 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-17.vmlocal.com with SMTP; 18 Oct 2003 12:04:51 -0500
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 168086
From: Equity Loan Center <EquityLoanCenter168086@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Loan Center <EquityLoanCenter168086@vmlocal.com>
Subject: Feel at home with the best mortgage, refinance and home equity
offers!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct18.130455-0400_edt.276065-11043+2396@ams.ftl.affinity.com>
Date:Sat, 18 Oct 2003 13:04:55 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2002 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Oct 22 12:19:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217307-12058>; Wed, 22 Oct 2003 12:56:37 -0400
Received: from vl208-40.vmlocal.com ([216.21.208.40]) by ams.ftl.affinity.com
with ESMTP id <217349-12051>; Wed, 22 Oct 2003 12:56:13 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-40.vmlocal.com with SMTP; 22 Oct 2003 11:56:05 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 172157
From: Equity Loan Center <EquityLoanCenter172157@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Loan Center <EquityLoanCenter172157@vmlocal.com>
Subject: The Best Mortgage, Refinance, and Equity Offers Under One Roof!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct22.125613-0400_edt.217349-12051+7032@ams.ftl.affinity.com>
Date:Wed, 22 Oct 2003 12:56:11 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2002 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Oct 30 18:22:56 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216184-24148>; Thu, 30 Oct 2003 19:12:27 -0500
Received: from vl208-20.vmlocal.com ([216.21.208.20]) by ams.ftl.affinity.com
with ESMTP id <272896-24147>; Thu, 30 Oct 2003 19:10:56 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-20.vmlocal.com with SMTP; 30 Oct 2003 18:10:55 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 182685
From: Equity Loan Center <EquityLoanCenter182685@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Loan Center <EquityLoanCenter182685@vmlocal.com>
Subject: Feel at home with the best mortgage, refinance and home equity
offers!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct30.191056-0500_est.272896-24147+25560@ams.ftl.affinity.com>
Date:Thu, 30 Oct 2003 19:10:56 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2002 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 31 17:36:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <212922-5221>; Fri, 31 Oct 2003 19:17:54 -0500
Received: from vl208-58.vmlocal.com ([216.21.208.58]) by ams.ftl.affinity.com
with ESMTP id <215327-5221>; Fri, 31 Oct 2003 19:17:00 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-58.vmlocal.com with SMTP; 31 Oct 2003 18:16:58 -0600
X-ClientHost: 1020971211010641031111141001111011911111410711504609911109
X-MailingID: 184017
From: Equity Loan Center <EquityLoanCenter184017@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Loan Center <EquityLoanCenter184017@vmlocal.com>
Subject:  Welcome home to the best mortgage, refinance and home equity offers!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct31.191700-0500_est.215327-5221+28751@ams.ftl.affinity.com>
Date:Fri, 31 Oct 2003 19:16:59 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2002 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 02 15:57:53 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215880-5389>; Sun, 2 Nov 2003
18:22:13 -0500
Received: from vl208-22.vmlocal.com ([216.21.208.22]) by ams.ftl.affinity.com
with ESMTP id <217627-5390>; Sun, 2 Nov 2003 18:21:02 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-22.vmlocal.com with SMTP; 02 Nov 2003 17:20:59 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 184018
From: Equity Loan Center <EquityLoanCenter184018@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Loan Center <EquityLoanCenter184018@vmlocal.com>
Subject: The Best Mortgage, Refinance, and Equity Offers Under One Roof!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov2.182102-0500_est.217627-5390+3610@ams.ftl.affinity.com>
Date:Sun, 2 Nov 2003 18:21:01 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2002 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 02 15:57:53 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214447-5392>; Sun, 2 Nov 2003 18:22:13 -0500
Received: from vl208-22.vmlocal.com ([216.21.208.22]) by ams.ftl.affinity.com
with ESMTP id <217613-5400>; Sun, 2 Nov 2003 18:21:01 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-22.vmlocal.com with SMTP; 02 Nov 2003 17:20:59 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 184018
From: Equity Loan Center <EquityLoanCenter184018@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Loan Center <EquityLoanCenter184018@vmlocal.com>
Subject: The Best Mortgage, Refinance, and Equity Offers Under One Roof!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov2.182101-0500_est.217613-5400+3783@ams.ftl.affinity.com>
Date:Sun, 2 Nov 2003 18:21:01 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2002 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Nov 03 11:55:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215137-10543>; Mon, 3 Nov 2003 14:05:42 -0500
Received: from vl208-16.vmlocal.com ([216.21.208.16]) by ams.ftl.affinity.com
with ESMTP id <215978-10541>; Mon, 3 Nov 2003 14:04:41 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-16.vmlocal.com with SMTP; 03 Nov 2003 13:04:39 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 187782
From: Equity Loan Center <EquityLoanCenter187782@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Loan Center <EquityLoanCenter187782@vmlocal.com>
Subject: The Best Mortgage, Refinance, and Equity Offers Under One Roof!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov3.140441-0500_est.215978-10541+4289@ams.ftl.affinity.com>
Date:Mon, 3 Nov 2003 14:04:41 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2002 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 09 08:22:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213898-9110>; Sun, 9 Nov 2003 10:26:01 -0500
Received: from vl208-43.vmlocal.com ([216.21.208.43]) by ams.ftl.affinity.com
with ESMTP id <215084-9106>; Sun, 9 Nov 2003 10:25:26 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-43.vmlocal.com with SMTP; 09 Nov 2003 09:25:12 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 194054
From: Equity Loan Center <EquityLoanCenter194054@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Loan Center <EquityLoanCenter194054@vmlocal.com>
Subject: The Best Mortgage, Refinance, and Equity Offers Under One Roof!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov9.102526-0500_est.215084-9106+2811@ams.ftl.affinity.com>
Date:Sun, 9 Nov 2003 10:25:26 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2002 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Nov 12 19:45:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <236529-13822>; Wed, 12 Nov 2003 20:25:57 -0500
Received: from vl208-64.vmlocal.com ([216.21.208.64]) by ams.ftl.affinity.com
with ESMTP id <236697-13822>; Wed, 12 Nov 2003 20:24:58 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-64.vmlocal.com with SMTP; 12 Nov 2003 19:24:54 -0600
X-ClientHost: 1060971210641031111410011111011911111410711504609911109
X-MailingID: 196492
From: Equity Loan Center <EquityLoanCenter196492@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Loan Center <EquityLoanCenter196492@vmlocal.com>
Subject: The Best Mortgage, Refinance, and Equity Offers Under One Roof!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov12.202458-0500_est.236697-13822+52225@ams.ftl.affinity.com>
Date:Wed, 12 Nov 2003 20:24:57 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2002 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Nov 12 19:45:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <236559-13822>; Wed, 12 Nov 2003 20:25:57 -0500
Received: from vl208-64.vmlocal.com ([216.21.208.64]) by ams.ftl.affinity.com
with ESMTP id <236629-13818>; Wed, 12 Nov 2003 20:24:57 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-64.vmlocal.com with SMTP; 12 Nov 2003 19:24:54 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 196492
From: Equity Loan Center <EquityLoanCenter196492@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Loan Center <EquityLoanCenter196492@vmlocal.com>
Subject: The Best Mortgage, Refinance, and Equity Offers Under One Roof!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov12.202457-0500_est.236629-13818+52623@ams.ftl.affinity.com>
Date:Wed, 12 Nov 2003 20:24:57 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2002 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Nov 12 16:43:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <263460-4535>; Wed, 12 Nov
2003 17:59:11 -0500
Received: from vl208-46.vmlocal.com ([216.21.208.46]) by ams.ftl.affinity.com
with ESMTP id <267549-4534>; Wed, 12 Nov 2003 15:33:14 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-46.vmlocal.com with SMTP; 12 Nov 2003 14:33:10 -0600
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 196495
From: Equity Loan Center <EquityLoanCenter196495@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Loan Center <EquityLoanCenter196495@vmlocal.com>
Subject: One roof houses all the best mortgage, refinance and home equity
offers!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov12.153314-0500_est.267549-4534+35384@ams.ftl.affinity.com>
Date:Wed, 12 Nov 2003 15:33:13 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2002 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Nov 12 10:22:56 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214943-4761>; Wed, 12 Nov 2003 12:42:30 -0500
Received: from vl208-51.vmlocal.com ([216.21.208.51]) by ams.ftl.affinity.com
with ESMTP id <226414-4768>; Wed, 12 Nov 2003 12:41:19 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-51.vmlocal.com with SMTP; 12 Nov 2003 11:41:05 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 196498
From: Equity Loan Center <EquityLoanCenter196498@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Loan Center <EquityLoanCenter196498@vmlocal.com>
Subject: One roof houses all the best mortgage, refinance and home equity
offers!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov12.124119-0500_est.226414-4768+3193@ams.ftl.affinity.com>
Date:Wed, 12 Nov 2003 12:41:18 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2002 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Nov 18 08:47:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216900-21273>; Tue, 18 Nov 2003 10:04:34 -0500
Received: from vl208-72.vmlocal.com ([216.21.208.72]) by ams.ftl.affinity.com
with ESMTP id <214067-21268>; Tue, 18 Nov 2003 10:03:26 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-72.vmlocal.com with SMTP; 18 Nov 2003 09:03:06 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 200599
From: Equity Loan Center <EquityLoanCenter200599@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Loan Center <EquityLoanCenter200599@vmlocal.com>
Subject: The Best Mortgage, Refinance, and Equity Offers Under One Roof!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov18.100326-0500_est.214067-21268+59610@ams.ftl.affinity.com>
Date:Tue, 18 Nov 2003 10:03:26 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2002 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Nov 20 11:42:53 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222783-24914>; Thu, 20 Nov 2003 12:27:18 -0500
Received: from vl208-19.vmlocal.com ([216.21.208.19]) by ams.ftl.affinity.com
with ESMTP id <222640-24920>; Thu, 20 Nov 2003 12:26:20 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-19.vmlocal.com with SMTP; 20 Nov 2003 11:26:14 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 202000
From: Equity Loan Center <EquityLoanCenter202000@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Loan Center <EquityLoanCenter202000@vmlocal.com>
Subject:  Welcome home to the best mortgage, refinance and home equity offers!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov20.122620-0500_est.222640-24920+18158@ams.ftl.affinity.com>
Date:Thu, 20 Nov 2003 12:26:20 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2002 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Feb 11 23:16:10 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <435291-17167>; Thu, 12 Feb 2004 00:22:44 -0500
Received: from vm208-61.adknow-net.com ([216.21.208.61]) by
ams.ftl.affinity.com with ESMTP id <435266-9192>; Thu, 12 Feb 2004 00:21:39
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-61.adknow-net.com with SMTP; 11 Feb 2004 23:21:32 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 368683
From: Equity Loan Center <EquityLoanCenter@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return368683@replies.adknow-net.com
Subject:  Welcome home to the best mortgage, refinance and home equity offers!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb12.002139-0500_est.435266-9192+21445@ams.ftl.affinity.com>
Date:Thu, 12 Feb 2004 00:21:38 -0500
```



Have you taken a look at home mortgage rates lately. Look again, and see if
home mortgage rates are right for you. You'll find yourself at home in no

time.

---

**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Feb 11 18:40:02 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <333204-1592>; Wed, 11 Feb
2004 20:53:19 -0500
Received: from vm208-64.adknow-net.com ([216.21.208.64]) by
ams.ftl.affinity.com with ESMTP id <319162-1591>; Wed, 11 Feb 2004 20:51:49
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-64.adknow-net.com with SMTP; 11 Feb 2004 19:51:45 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 368307
From: Equity Loan Center <EquityLoanCenter@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return368307@replies.adknow-net.com
Subject:  The best mortgage, refinance and home equity offers in one place.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb11.205149-0500_est.319162-1591+35131@ams.ftl.affinity.com>
Date:Wed, 11 Feb 2004 20:51:48 -0500



Have you taken a look at home mortgage rates lately. Look again, and see if

home mortgage rates are right for you. You'll find yourself at home in no time.

---



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Feb 08 21:13:43 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2629822-19646>; Sun, 8 Feb 2004 20:32:41 -0500
Received: from vm208-70.adknow-net.com ([216.21.208.70]) by
ams.ftl.affinity.com with ESMTP id <2630776-19647>; Sun, 8 Feb 2004 20:31:36
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-70.adknow-net.com with SMTP; 08 Feb 2004 19:31:33 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 363729
From: Equity Loan Center <EquityLoanCenter@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return363729@replies.adknow-net.com
Subject: The Best Mortgage, Refinance, and Equity Offers Under One Roof!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb8.203136-0500_est.2630776-19647+14418@ams.ftl.affinity.com>
Date:Sun, 8 Feb 2004 20:31:36 -0500
```



Have you taken a look at home mortgage rates lately. Look again, and see if
home mortgage rates are right for you. You'll find yourself at home in no
time.

**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Feb 08 00:19:45 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <375221-11097>; Sun, 8 Feb 2004 00:01:37 -0500
Received: from vm208-17.adknow-net.com ([216.21.208.17]) by
ams.ftl.affinity.com with ESMTP id <567951-11089>; Sun, 8 Feb 2004 00:01:05
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-17.adknow-net.com with SMTP; 07 Feb 2004 23:01:00 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460 99111109
X-MailingID: 362593
From: Equity Loan Center <EquityLoanCenter@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return362593@replies.adknow-net.com
Subject: The Best Mortgage, Refinance, and Equity Offers Under One Roof!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb8.000105-0500_est.567951-11089+11713@ams.ftl.affinity.com>
Date:Sun, 8 Feb 2004 00:01:05 -0500
```



Have you taken a look at home mortgage rates lately. Look again, and see if
home mortgage rates are right for you. You'll find yourself at home in no
time.

**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Feb 01 22:33:00 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2392739-25487>; Sun, 1 Feb 2004 22:42:14 -0500
Received: from vm208-62.adknow-net.com ([216.21.208.62]) by
ams.ftl.affinity.com with ESMTP id <2392126-25489>; Sun, 1 Feb 2004 22:41:10
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-62.adknow-net.com with SMTP; 01 Feb 2004 21:41:04 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 356104
From: Equity Loan Center <EquityLoanCenter@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return356104@replies.adknow-net.com
Subject:  The best mortgage, refinance and home equity offers in one place.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb1.224110-0500_est.2392126-25489+41200@ams.ftl.affinity.com>
Date:Sun, 1 Feb 2004 22:41:10 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Jan 30 09:32:26 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <317461-4855>; Fri, 30 Jan 2004 11:27:14 -0500
Received: from vm208-64.adknow-net.com ([216.21.208.64]) by
ams.ftl.affinity.com with ESMTP id <327718-4846>; Fri, 30 Jan 2004 11:25:51
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-64.adknow-net.com with SMTP; 30 Jan 2004 10:25:49 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 354264
From: Equity Loan Center <EquityLoanCenter@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return354264@replies.adknow-net.com
Subject: The Best Mortgage, Refinance, and Equity Offers Under One Roof!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan30.112551-0500_est.327718-4846+28114@ams.ftl.affinity.com>
Date:Fri, 30 Jan 2004 11:25:51 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Jan 29 16:49:53 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214325-25216>; Thu, 29 Jan 2004 19:12:00 -0500
Received: from vm208-24.adknow-net.com ([216.21.208.24]) by
ams.ftl.affinity.com with ESMTP id <220389-25205>; Thu, 29 Jan 2004 19:11:18
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-24.adknow-net.com with SMTP; 29 Jan 2004 18:11:11 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 353122
From: Equity Loan Center <EquityLoanCenter@adknow-net.com>
To:     James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return353122@replies.adknow-net.com
Subject:  The best mortgage, refinance and home equity offers in one place.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan29.191118-0500_est.220389-25205+43280@ams.ftl.affinity.com>
Date:Thu, 29 Jan 2004 19:11:17 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Jan 25 17:53:17 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <333807-2417>; Sun, 25 Jan 2004 20:03:04 -0500
Received: from vm208-30.adknow-net.com ([216.21.208.30]) by
ams.ftl.affinity.com with ESMTP id <333628-2418>; Sun, 25 Jan 2004 20:02:15
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-30.adknow-net.com with SMTP; 25 Jan 2004 19:02:06 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 349740
From: Equity Loan Center <EquityLoanCenter@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return349740@replies.adknow-net.com
Subject: The Best Mortgage, Refinance, and Equity Offers Under One Roof!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan25.200215-0500_est.333628-2418+35321@ams.ftl.affinity.com>
Date:Sun, 25 Jan 2004 20:02:14 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Jan 25 09:37:41 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <274793-29461>; Sun, 25 Jan
2004 12:17:39 -0500
Received: from vm208-29.adknow-net.com ([216.21.208.29]) by
ams.ftl.affinity.com with ESMTP id <274813-29463>; Sun, 25 Jan 2004 12:16:38
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-29.adknow-net.com with SMTP; 25 Jan 2004 11:16:30 -0600
X-ClientHost:
1061111100971161040971100641031111410011110119111141071150460099111109
X-MailingID: 350041
From: Equity Loan Center <EquityLoanCenter@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return350041@replies.adknow-net.com
Subject:  The best mortgage, refinance and home equity offers in one place.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan25.121638-0500_est.274813-29463+64033@ams.ftl.affinity.com>
Date:Sun, 25 Jan 2004 12:16:38 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Jan 21 20:18:08 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2714842-19886>; Wed, 21 Jan 2004 22:47:12 -0500
Received: from vm208-77.adknow-net.com ([216.21.208.77]) by
ams.ftl.affinity.com with ESMTP id <2719329-19905>; Wed, 21 Jan 2004 22:45:45
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-77.adknow-net.com with SMTP; 21 Jan 2004 21:45:41 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 346525
From: Equity Loan Center <EquityLoanCenter@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return346525@replies.adknow-net.com
Subject: Feel at home with the best mortgage, refinance and home equity
offers!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan21.224545-0500_est.2719329-19905+2098@ams.ftl.affinity.com>
Date:Wed, 21 Jan 2004 22:45:44 -0500



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Jan 21 14:57:40 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217841-18668>; Wed, 21 Jan 2004 15:06:23 -0500
Received: from vm208-39.adknow-net.com ([216.21.208.39]) by
ams.ftl.affinity.com with ESMTP id <218700-18669>; Wed, 21 Jan 2004 15:05:41
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-39.adknow-net.com with SMTP; 21 Jan 2004 14:05:38 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 346442
From: Equity Loan Center <EquityLoanCenter@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return346442@replies.adknow-net.com
Subject: Feel at home with the best mortgage, refinance and home equity
offers!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan21.150541-0500_est.218700-18669+68460@ams.ftl.affinity.com>
Date:Wed, 21 Jan 2004 15:05:40 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Jan 16 12:05:11 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214770-30928>; Fri, 16 Jan 2004 14:39:52 -0500
Received: from vm208-42.adknow-net.com ([216.21.208.42]) by
ams.ftl.affinity.com with ESMTP id <218274-30929>; Fri, 16 Jan 2004 14:38:57
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-42.adknow-net.com with SMTP; 16 Jan 2004 13:38:55 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 343037
From: Equity Loan Center <EquityLoanCenter@adknow-net.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return343037@replies.adknow-net.com
Subject: One roof houses all the best mortgage, refinance and home equity
offers!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan16.143857-0500_est.218274-30929+18599@ams.ftl.affinity.com>
Date:Fri, 16 Jan 2004 14:38:56 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Feb 12 13:38:43 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <558001-1004>; Thu, 12 Feb 2004 15:01:51 -0500
Received: from vm208-60.adknow-net.com ([216.21.208.60]) by
ams.ftl.affinity.com with ESMTP id <562658-1006>; Thu, 12 Feb 2004 15:01:18
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-60.adknow-net.com with SMTP; 12 Feb 2004 14:01:13 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 369853
From: Equity Loan Center <EquityLoanCenter@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return369853@replies.adknow-net.com
Subject:  The best mortgage, refinance and home equity offers in one place.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb12.150118-0500_est.562658-1006+15736@ams.ftl.affinity.com>
Date:Thu, 12 Feb 2004 15:01:17 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 30 21:16:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <323473-1021>; Tue, 30 Dec 2003 22:09:41 -0500
Received: from vm209-220.vmlocal.com ([216.21.209.220]) by
ams.ftl.affinity.com with ESMTP id <323531-1019>; Tue, 30 Dec 2003 22:09:26
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-220.vmlocal.com with SMTP; 30 Dec 2003 21:09:24 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 231977
From: Equity Loan Center <EquityLoanCenter@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Loan Center <EquityLoanCenter231977@vmlocal.com>
Subject:  Welcome home to the best mortgage, refinance and home equity offers!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec30.220926-0500_est.323531-1019+5486@ams.ftl.affinity.com>
Date:Tue, 30 Dec 2003 22:09:25 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2002 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 21 15:12:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218351-6183>; Sun, 21 Dec 2003 15:37:22 -0500
Received: from vm209-208.vmlocal.com ([216.21.209.208]) by
ams.ftl.affinity.com with ESMTP id <217500-6190>; Sun, 21 Dec 2003 15:35:56
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-208.vmlocal.com with SMTP; 21 Dec 2003 14:35:53 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 224039
From: Equity Loan Center <EquityLoanCenter@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Loan Center <EquityLoanCenter224039@vmlocal.com>
Subject:  The best mortgage, refinance and home equity offers in one place.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec21.153556-0500_est.217500-6190+27692@ams.ftl.affinity.com>
Date:Sun, 21 Dec 2003 15:35:54 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2002 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Dec 13 14:47:07 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222968-418>; Sat, 13 Dec 2003 15:38:33 -0500
Received: from vm209-181.vmlocal.com ([216.21.209.181]) by
ams.ftl.affinity.com with ESMTP id <223766-416>; Sat, 13 Dec 2003 15:37:37
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-181.vmlocal.com with SMTP; 13 Dec 2003 14:37:33 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 218083
From: Equity Loan Center <EquityLoanCenter@vmlocal.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Loan Center <EquityLoanCenter218083@vmlocal.com>
Subject: The Best Mortgage, Refinance, and Equity Offers Under One Roof!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec13.153737-0500_est.223766-416+26641@ams.ftl.affinity.com>
Date:Sat, 13 Dec 2003 15:37:37 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2002 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Dec 04 15:27:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213949-16079>; Thu, 4 Dec 2003 14:08:02 -0500
Received: from vl208-27.vmlocal.com ([216.21.208.27]) by ams.ftl.affinity.com
with ESMTP id <220442-16076>; Thu, 4 Dec 2003 14:06:54 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-27.vmlocal.com with SMTP; 04 Dec 2003 13:06:52 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 211522
From: Equity Loan Center <EquityLoanCenter@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Loan Center <EquityLoanCenter211522@vmlocal.com>
Subject:  The best mortgage, refinance and home equity offers in one place.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec4.140654-0500_est.220442-16076+25899@ams.ftl.affinity.com>
Date:Thu, 4 Dec 2003 14:06:53 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2002 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Jan 07 09:42:42 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <334401-17592>; Wed, 7 Jan 2004 12:05:00 -0500
Received: from vm209-192.vmlocal.com ([216.21.209.192]) by
ams.ftl.affinity.com with ESMTP id <335861-17594>; Wed, 7 Jan 2004 12:04:29
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-192.vmlocal.com with SMTP; 07 Jan 2004 11:04:26 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 237337
From: Equity Loan Center <EquityLoanCenter@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Loan Center <EquityLoanCenter237337@vmlocal.com>
Subject: One roof houses all the best mortgage, refinance and home equity
offers!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan7.120429-0500_est.335861-17594+1364@ams.ftl.affinity.com>
Date:Wed, 7 Jan 2004 12:04:28 -0500



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu May 13 14:10:37 2004
Return-Path: <mailcenter308436@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 17936 invoked by uid 10003); 13 May 2004 20:21:36 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 17933 invoked from network); 13 May 2004 20:21:36 -0000
Received: from unknown (HELO vm116.vmadmin.com) (216.64.222.116)
  by ns48.webmasters.com with SMTP; 13 May 2004 20:21:36 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm116.vmadmin.com with SMTP; 13 May 2004 15:31:58 -0500
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 308436
From: Equity One Auto <VisitEquityOneAuto@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Equity One Auto <VisitEquityOneAuto308436@replies.virtumundo.com>
Subject: New Car-Equity Loans, Borrow up to $2,500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



EquityOneAuto.com, 2533 N. Carson St., Suite 5314, Carson City, NV 89706-0147

```
From ???@??? Sun Oct 19 15:53:59 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <238090-1059>; Sun, 19 Oct 2003 16:57:46 -0400
Received: from vm143.vmadmin.com ([216.64.222.143]) by ams.ftl.affinity.com
with ESMTP id <239820-1071>; Sun, 19 Oct 2003 16:57:19 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm143.vmadmin.com with SMTP; 19 Oct 2003 15:56:56 -0500
X-ClientHost: 106097109101115064103111141001111011911111410711504609911109
X-MailingID: 168901
From: Essential Oils <GetEssentialOils168901@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Essential Oils <GetEssentialOils168901@replies.virtumundo.com>
Subject: Make every breath count with essential oils.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct19.165719-0400_edt.239820-1071+5043@ams.ftl.affinity.com>
Date:Sun, 19 Oct 2003 16:57:17 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat May 22 08:51:35 2004
Return-Path: <mailcenter308626@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 10566 invoked by uid 10003); 22 May 2004 14:54:32 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 10562 invoked from network); 22 May 2004 14:54:31 -0000
Received: from unknown (HELO vm113.vmadmin.com) (216.64.222.113)
  by ns48.webmasters.com with SMTP; 22 May 2004 14:54:31 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm113.vmadmin.com with SMTP; 22 May 2004 09:54:31 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 308626
From: European Tanning <EuropeanTanning@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: European Tanning <EuropeanTanning308626@replies.virtumundo.com>
Subject: Spray tanning hits America!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**Bronze Velvet, 527 Julia St, New Orleans, LA 70103**

```
From ???@??? Sat May 22 08:51:35 2004
Return-Path: <mailcenter308626@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 10576 invoked by uid 10003); 22 May 2004 14:54:32 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 10572 invoked from network); 22 May 2004 14:54:32 -0000
Received: from unknown (HELO vm113.vmadmin.com) (216.64.222.113)
  by ns48.webmasters.com with SMTP; 22 May 2004 14:54:32 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm113.vmadmin.com with SMTP; 22 May 2004 09:54:31 -0500
X-ClientHost: 1060971210641031111141001111101191111141071150460099111109
X-MailingID: 308626
From: European Tanning <EuropeanTanning@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: European Tanning <EuropeanTanning308626@replies.virtumundo.com>
Subject: Spray tanning hits America!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Bronze Velvet, 527 Julia St, New Orleans, LA 70103

```
From ???@??? Sat May 22 08:51:35 2004
Return-Path: <mailcenter308626@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 10585 invoked by uid 10003); 22 May 2004 14:54:32 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 10581 invoked from network); 22 May 2004 14:54:32 -0000
Received: from unknown (HELO vm113.vmadmin.com) (216.64.222.113)
  by ns48.webmasters.com with SMTP; 22 May 2004 14:54:32 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm113.vmadmin.com with SMTP; 22 May 2004 09:54:31 -0500
X-ClientHost:
1061111100971161040971100641031111141001111011911111410711504609911109
X-MailingID: 308626
From: European Tanning <EuropeanTanning@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: European Tanning <EuropeanTanning308626@replies.virtumundo.com>
Subject: Spray tanning hits America!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





**Bronze Velvet, 527 Julia St, New Orleans, LA 70103**

```
From ???@??? Sat May 22 08:51:35 2004
Return-Path: <mailcenter308626@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 10557 invoked by uid 10003); 22 May 2004 14:54:31 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 10554 invoked from network); 22 May 2004 14:54:31 -0000
Received: from unknown (HELO vm113.vmadmin.com) (216.64.222.113)
  by ns48.webmasters.com with SMTP; 22 May 2004 14:54:31 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm113.vmadmin.com with SMTP; 22 May 2004 09:54:31 -0500
X-ClientHost: 10609710910111506410311111410011111101191111141071150460991111109
X-MailingID: 308626
From: European Tanning <EuropeanTanning@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: European Tanning <EuropeanTanning308626@replies.virtumundo.com>
Subject: Spray tanning hits America!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Bronze Velvet, 527 Julia St, New Orleans, LA 70103

From ???@??? Sun Oct 23 19:34:57 2005
X-Persona: <Indi>
Return-Path: <mailcenter331132@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sun, 23 Oct 2005 04:18:51 -0600
From: Exclusive Introductions <ExclusiveIntroductions@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Indi, let us introduce you to someone special
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.4 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_06,HTML_IMAGE_RATIO_04,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_435B638B.7A6B9F6B"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  eds_couplea
  URI:http://redirect.virtumundo.com/ct?i'4837&e=indi@jammtomm.com
  URI:http://ogy.cc/SingleGuaranteed/index_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4837&e=indi@jammtomm.com
  URI:http://ogy.cc/SingleGuaranteed/index_02.gif [...]

Content analysis details:   (7.4 points, 7.0 required)

 pts rule name               description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.9 HTML_IMAGE_RATIO_04    BODY: HTML has a low ratio of text to image area
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 1.7 HTML_IMAGE_ONLY_06     BODY: HTML: images with 400-600 bytes of words
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 12643 invoked from network); 23 Oct 2005 04:18:51 -0600
Received: from vm-177-5.vm-mail.com (206.82.177.5)
  by gordonworks.com with SMTP; 23 Oct 2005 04:18:51 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-5.vm-mail.com with SMTP; 23 Oct 2005 05:18:38 -0500

```
X-ClientHost: 10511010010506410609710910911611111091090460991111109
X-MailingID: 331132
From: Exclusive Introductions <ExclusiveIntroductions@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331132@vm-rewards.com>
Subject: Indi, let us introduce you to someone special
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Indi, let
us int.htm"
```

```
From ???@??? Mon Oct 24 11:21:56 2005
X-Persona: <hum>
Return-Path: <mailcenter331132@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 4608 invoked from network); 23 Oct 2005 04:31:21 -0600
Received: from vm-182-56.vm-mail.com (206.82.182.56)
  by xj4x4.net with SMTP; 23 Oct 2005 04:31:21 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-56.vm-mail.com with SMTP; 23 Oct 2005 05:31:08 -0500
X-ClientHost: 104117109064101104097104111109101046099111109
X-MailingID: 331132
From: Exclusive Introductions <ExclusiveIntroductions@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331132@vm-rewards.com>
Subject: *****SPAM***** Emily, let us introduce you to someone special
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.4 required=7.0 tests=DATE_MISSING,HTML_70_80,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_06,HTML_IMAGE_RATIO_04,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
X-Spam-Report:
       * 1.0 DATE_MISSING Missing Date: header
       * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       * 0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
       * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       * 1.7 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
       * 0.0 HTML_MESSAGE BODY: HTML included in message
       * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



Emily, What is your happiness really worth?

Finding the right person who compliments your life is priceless.

Don't leave your future to chance online.

Avoid the online masses and be introduced to a higher quality companion.

Meet the quality person your heart



desires not the quantity of desperate people online.

Choose choice not chance

Let us introduce you to someone special.

**Speak with an Introduction Expert For**

---



**eDatingSolution.com, 3325 Griffin Road, Suite 260, Fort Lauderdale, FL 33312-5500**

**If you can not see our footer image, please** visit here.

From ???@??? Tue Feb 10 13:54:01 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3578288-29398>; Tue, 10 Feb 2004 16:17:07 -0500
Received: from vm208-66.adknow-net.com ([216.21.208.66]) by
ams.ftl.affinity.com with ESMTP id <3607421-29405>; Tue, 10 Feb 2004 16:16:18
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-66.adknow-net.com with SMTP; 10 Feb 2004 15:16:09 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 367326
From: Exercise Bike Sources <ExerciseBikeSources@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return367326@replies.adknow-net.com
Subject: Great exercise bikes are right here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb10.161618-0500_est.3607421-29405+17140@ams.ftl.affinity.com>
Date:Tue, 10 Feb 2004 16:16:17 -0500



Nothing goes anywhere except the extra pounds, they go away. Start spinning today. Find an exercise bike that's just right.

**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 27 08:34:43 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <265106-27789>; Tue, 27 Jan 2004 11:16:17 -0500
Received: from vm208-77.adknow-net.com ([216.21.208.77]) by
ams.ftl.affinity.com with ESMTP id <265198-27791>; Tue, 27 Jan 2004 11:15:27
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-77.adknow-net.com with SMTP; 27 Jan 2004 10:15:24 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 351795
From: Exercise Bike Sources <ExerciseBikeSources@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return351795@replies.adknow-net.com
Subject: Looking for an exercise bike?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan27.111527-0500_est.265198-27791+32121@ams.ftl.affinity.com>
Date:Tue, 27 Jan 2004 11:15:26 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Feb 10 20:56:39 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <4403954-1091>; Tue, 10 Feb 2004 22:11:58 -0500
Received: from vm208-63.adknow-net.com ([216.21.208.63]) by
ams.ftl.affinity.com with ESMTP id <4403811-1095>; Tue, 10 Feb 2004 22:10:43
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-63.adknow-net.com with SMTP; 10 Feb 2004 21:10:38 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 366221
From: Exercise Bike Sources <ExerciseBikeSources@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return366221@replies.adknow-net.com
Subject: Great exercise bikes are right here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb10.221043-0500_est.4403811-1095+2472@ams.ftl.affinity.com>
Date:Tue, 10 Feb 2004 22:10:43 -0500
```



Nothing goes anywhere except the extra pounds, they go away. Start spinning
today. Find an exercise bike that's just right.

**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Dec 04 22:21:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222159-7075>; Thu, 4 Dec 2003 22:46:48 -0500
Received: from vm212.vmadmin.com ([216.64.222.212]) by ams.ftl.affinity.com
with ESMTP id <215174-7069>; Thu, 4 Dec 2003 22:45:45 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm212.vmadmin.com with SMTP; 04 Dec 2003 21:45:28 -0600
X-ClientHost: 1060971091011150641031111141001111011911111410711504609911109
X-MailingID: 211596
From: Experience Atlanta <ExperienceAtlanta@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Experience Atlanta <ExperienceAtlanta211596@replies.virtumundo.com>
Subject: See all Atlanta has to offer!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec4.224545-0500_est.215174-7069+81593@ams.ftl.affinity.com>
Date:Thu, 4 Dec 2003 22:45:44 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Oct 24 08:44:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213225-1067>; Fri, 24 Oct 2003 04:48:34 -0400
Received: from vl208-66.vmlocal.com ([216.21.208.66]) by ams.ftl.affinity.com
with ESMTP id <213595-1069>; Fri, 24 Oct 2003 04:47:48 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-66.vmlocal.com with SMTP; 24 Oct 2003 03:47:33 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 173888
From: Experience Cancun <ExperienceCancun173888@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Cancun <ExperienceCancun173888@vmlocal.com>
Subject: Want to go to Cancun?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct24.044748-0400_edt.213595-1069+4746@ams.ftl.affinity.com>
Date:Fri, 24 Oct 2003 04:47:48 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Oct 27 14:43:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <579817-2715>; Mon, 27 Oct 2003 17:13:38 -0500
Received: from vl208-31.vmlocal.com ([216.21.208.31]) by ams.ftl.affinity.com
with ESMTP id <579727-2707>; Mon, 27 Oct 2003 17:12:21 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-31.vmlocal.com with SMTP; 27 Oct 2003 16:12:16 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 179341
From: Experience Cancun <ExperienceCancun179341@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Cancun <ExperienceCancun179341@vmlocal.com>
Subject: Want to go to Cancun?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct27.171221-0500_est.579727-2707+28511@ams.ftl.affinity.com>
Date:Mon, 27 Oct 2003 17:12:21 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Oct 27 14:43:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <579943-2715>; Mon, 27 Oct
2003 17:13:38 -0500
Received: from vl208-31.vmlocal.com ([216.21.208.31]) by ams.ftl.affinity.com
with ESMTP id <580319-2708>; Mon, 27 Oct 2003 17:12:23 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-31.vmlocal.com with SMTP; 27 Oct 2003 16:12:16 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 179341
From: Experience Cancun <ExperienceCancun179341@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Cancun <ExperienceCancun179341@vmlocal.com>
Subject: Want to go to Cancun?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct27.171223-0500_est.580319-2708+28005@ams.ftl.affinity.com>
Date:Mon, 27 Oct 2003 17:12:22 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Nov 05 13:16:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <627722-28258>; Wed, 5 Nov
2003 15:27:57 -0500
Received: from vl208-71.vmlocal.com ([216.21.208.71]) by ams.ftl.affinity.com
with ESMTP id <627253-28258>; Wed, 5 Nov 2003 15:26:13 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-71.vmlocal.com with SMTP; 05 Nov 2003 14:26:08 -0600
X-ClientHost:
1061111100971161040971100641031111410011111011911111410711504609911109
X-MailingID: 190395
From: Experience Cancun <ExperienceCancun190395@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Cancun <ExperienceCancun190395@vmlocal.com>
Subject: Can you hear Cancun calling you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov5.152613-0500_est.627253-28258+30173@ams.ftl.affinity.com>
Date:Wed, 5 Nov 2003 15:26:13 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Nov 14 23:13:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <216632-25139>; Fri, 14 Nov
2003 23:18:22 -0500
Received: from vl208-65.vmlocal.com ([216.21.208.65]) by ams.ftl.affinity.com
with ESMTP id <216913-25134>; Fri, 14 Nov 2003 23:17:19 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-65.vmlocal.com with SMTP; 14 Nov 2003 22:17:15 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 198102
From: Experience Cancun <ExperienceCancun198102@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Cancun <ExperienceCancun198102@vmlocal.com>
Subject: Ready to visit Cancun?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov14.231719-0500_est.216913-25134+3179@ams.ftl.affinity.com>
Date:Fri, 14 Nov 2003 23:17:18 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Jan 23 17:04:34 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2393321-15182>; Fri, 23 Jan
2004 19:36:30 -0500
Received: from vm208-37.adknow-net.com ([216.21.208.37]) by
ams.ftl.affinity.com with ESMTP id <2393564-15190>; Fri, 23 Jan 2004 19:35:36
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-37.adknow-net.com with SMTP; 23 Jan 2004 18:35:32 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 348220
From: Experience Cancun <ExperienceCancun@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return348220@replies.adknow-net.com
Subject: Want to go to Cancun?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.193536-0500_est.2393564-15190+31106@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 19:35:35 -0500



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Jan 17 09:18:10 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216510-10362>; Sat, 17 Jan 2004 10:41:17 -0500
Received: from vm208-42.adknow-net.com ([216.21.208.42]) by
ams.ftl.affinity.com with ESMTP id <217375-10361>; Sat, 17 Jan 2004 10:41:03
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-42.adknow-net.com with SMTP; 17 Jan 2004 09:40:58 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 343700
From: Experience Cancun <ExperienceCancun@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return343700@replies.adknow-net.com
Subject: Is Cancun calling you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan17.104103-0500_est.217375-10361+34428@ams.ftl.affinity.com>
Date:Sat, 17 Jan 2004 10:41:03 -0500



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 13 23:38:39 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <337674-30275>; Tue, 13 Jan 2004 21:28:48 -0500
Received: from vm208-27.adknow-net.com ([216.21.208.27]) by
ams.ftl.affinity.com with ESMTP id <338447-30275>; Tue, 13 Jan 2004 21:27:38
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-27.adknow-net.com with SMTP; 13 Jan 2004 20:27:34 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 341249
From: Experience Cancun <ExperienceCancun@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return341249@replies.adknow-net.com
Subject: Ready to visit Cancun?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan13.212738-0500_est.338447-30275+77031@ams.ftl.affinity.com>
Date:Tue, 13 Jan 2004 21:27:37 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 13 23:38:39 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <337906-30279>; Tue, 13 Jan
2004 21:28:48 -0500
Received: from vm208-27.adknow-net.com ([216.21.208.27]) by
ams.ftl.affinity.com with ESMTP id <338455-30278>; Tue, 13 Jan 2004 21:27:38
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-27.adknow-net.com with SMTP; 13 Jan 2004 20:27:34 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 341249
From: Experience Cancun <ExperienceCancun@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return341249@replies.adknow-net.com
Subject: Ready to visit Cancun?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan13.212738-0500_est.338455-30278+78416@ams.ftl.affinity.com>
Date:Tue, 13 Jan 2004 21:27:37 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Jan 23 17:04:34 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2384436-15188>; Fri, 23 Jan 2004 19:36:30 -0500
Received: from vm208-37.adknow-net.com ([216.21.208.37]) by
ams.ftl.affinity.com with ESMTP id <2393507-15195>; Fri, 23 Jan 2004 19:35:35
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-37.adknow-net.com with SMTP; 23 Jan 2004 18:35:32 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 348220
From: Experience Cancun <ExperienceCancun@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return348220@replies.adknow-net.com
Subject: Want to go to Cancun?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.193535-0500_est.2393507-15195+29904@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 19:35:35 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Jan 04 15:45:06 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <461706-7070>; Sun, 4 Jan 2004 17:42:21 -0500
Received: from vm209-202.vmlocal.com ([216.21.209.202]) by
ams.ftl.affinity.com with ESMTP id <461193-7072>; Sun, 4 Jan 2004 17:41:18
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-202.vmlocal.com with SMTP; 04 Jan 2004 16:41:16 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 235683
From: Experience Cancun <ExperienceCancun@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Cancun <ExperienceCancun235683@vmlocal.com>
Subject: Ready to visit Cancun?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan4.174118-0500_est.461193-7072+65754@ams.ftl.affinity.com>
Date:Sun, 4 Jan 2004 17:41:17 -0500



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Dec 27 10:49:59 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <235522-17834>; Sat, 27 Dec
2003 12:34:28 -0500
Received: from vm209-189.vmlocal.com ([216.21.209.189]) by
ams.ftl.affinity.com with ESMTP id <235773-17746>; Sat, 27 Dec 2003 12:33:41
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-189.vmlocal.com with SMTP; 27 Dec 2003 11:33:40 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 229633
From: Experience Cancun <ExperienceCancun@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Cancun <ExperienceCancun229633@vmlocal.com>
Subject: Can you hear Cancun calling you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec27.123341-0500_est.235773-17746+43060@ams.ftl.affinity.com>
Date:Sat, 27 Dec 2003 12:33:41 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Dec 26 09:27:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <218577-496>; Fri, 26 Dec 2003 11:27:57 -0500
Received: from vm209-217.vmlocal.com ([216.21.209.217]) by
ams.ftl.affinity.com with ESMTP id <219060-498>; Fri, 26 Dec 2003 11:26:58
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-217.vmlocal.com with SMTP; 26 Dec 2003 10:26:54 -0600
X-ClientHost:
1060971091051080970641031111410011111011911111410711504609911109
X-MailingID: 228692
From: Experience Cancun <ExperienceCancun@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Cancun <ExperienceCancun228692@vmlocal.com>
Subject: Want to go to Cancun?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec26.112658-0500_est.219060-498+14895@ams.ftl.affinity.com>
Date:Fri, 26 Dec 2003 11:26:58 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Dec 26 09:27:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218621-494>; Fri, 26 Dec 2003 11:27:57 -0500
Received: from vm209-217.vmlocal.com ([216.21.209.217]) by
ams.ftl.affinity.com with ESMTP id <219066-496>; Fri, 26 Dec 2003 11:26:59
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-217.vmlocal.com with SMTP; 26 Dec 2003 10:26:54 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 228692
From: Experience Cancun <ExperienceCancun@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Cancun <ExperienceCancun228692@vmlocal.com>
Subject: Want to go to Cancun?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec26.112659-0500_est.219066-496+15721@ams.ftl.affinity.com>
Date:Fri, 26 Dec 2003 11:26:58 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Dec 18 11:51:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <3564525-16269>; Thu, 18 Dec
2003 14:42:54 -0500
Received: from vm209-202.vmlocal.com ([216.21.209.202]) by
ams.ftl.affinity.com with ESMTP id <3565469-16271>; Thu, 18 Dec 2003 14:41:48
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-202.vmlocal.com with SMTP; 18 Dec 2003 13:41:46 -0600
X-ClientHost:
1061111100971161040971100641031111141001111101191111141071150460991 11109
X-MailingID: 222268
From: Experience Cancun <ExperienceCancun@vmlocal.com>
To:     Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Cancun <ExperienceCancun222268@vmlocal.com>
Subject: Can you hear Cancun calling you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec18.144148-0500_est.3565469-16271+3122@ams.ftl.affinity.com>
Date:Thu, 18 Dec 2003 14:41:48 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 17 11:24:08 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <224768-9176>; Wed, 17 Dec 2003 12:35:31 -0500
Received: from vm209-234.vmlocal.com ([216.21.209.234]) by
ams.ftl.affinity.com with ESMTP id <225835-9174>; Wed, 17 Dec 2003 12:33:01
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-234.vmlocal.com with SMTP; 17 Dec 2003 11:32:45 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 221508
From: Experience Cancun <ExperienceCancun@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Cancun <ExperienceCancun221508@vmlocal.com>
Subject: Ready to visit Cancun?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec17.123301-0500_est.225835-9174+78@ams.ftl.affinity.com>
Date:Wed, 17 Dec 2003 12:32:58 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 10 15:48:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <220082-24885>; Wed, 10 Dec
2003 17:41:32 -0500
Received: from vl208-29.vmlocal.com ([216.21.208.29]) by ams.ftl.affinity.com
with ESMTP id <221640-24891>; Wed, 10 Dec 2003 17:40:21 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-29.vmlocal.com with SMTP; 10 Dec 2003 16:40:20 -0600
X-ClientHost:
1061111100971161040971106410311111410011110119111114107115046099111109
X-MailingID: 216091
From: Experience Cancun <ExperienceCancun@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Cancun <ExperienceCancun216091@vmlocal.com>
Subject: Can you hear Cancun calling you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec10.174021-0500_est.221640-24891+3881@ams.ftl.affinity.com>
Date:Wed, 10 Dec 2003 17:40:21 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Dec 08 11:26:27 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221389-17320>; Mon, 8 Dec 2003 11:28:31 -0500
Received: from vl208-21.vmlocal.com ([216.21.208.21]) by ams.ftl.affinity.com
with ESMTP id <222761-17317>; Mon, 8 Dec 2003 11:27:19 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-21.vmlocal.com with SMTP; 08 Dec 2003 10:25:15 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 214571
From: Experience Cancun <ExperienceCancun@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Cancun <ExperienceCancun214571@vmlocal.com>
Subject: Ready to visit Cancun?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec8.112719-0500_est.222761-17317+10543@ams.ftl.affinity.com>
Date:Mon, 8 Dec 2003 11:27:18 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Dec 07 22:59:10 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <221699-15026>; Sun, 7 Dec 2003 19:57:59 -0500
Received: from vl208-71.vmlocal.com ([216.21.208.71]) by ams.ftl.affinity.com
with ESMTP id <223918-15025>; Sun, 7 Dec 2003 19:57:09 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-71.vmlocal.com with SMTP; 07 Dec 2003 14:03:22 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 213826
From: Experience Cancun <ExperienceCancun@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Cancun <ExperienceCancun213826@vmlocal.com>
Subject: Can you hear Cancun calling you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec7.195709-0500_est.223918-15025+23727@ams.ftl.affinity.com>
Date:Sun, 7 Dec 2003 19:57:09 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Dec 01 11:12:53 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <231082-13854>; Mon, 1 Dec
2003 13:27:42 -0500
Received: from vl208-25.vmlocal.com ([216.21.208.25]) by ams.ftl.affinity.com
with ESMTP id <233065-13846>; Mon, 1 Dec 2003 13:26:20 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-25.vmlocal.com with SMTP; 01 Dec 2003 12:26:18 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 209787
From: Experience Cancun <ExperienceCancun@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Cancun <ExperienceCancun209787@vmlocal.com>
Subject: Ready to visit Cancun?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec1.132620-0500_est.233065-13846+20366@ams.ftl.affinity.com>
Date:Mon, 1 Dec 2003 13:26:20 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Nov 28 07:35:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213978-24767>; Fri, 28 Nov 2003 10:04:14 -0500
Received: from vl208-66.vmlocal.com ([216.21.208.66]) by ams.ftl.affinity.com
with ESMTP id <213672-24773>; Fri, 28 Nov 2003 10:03:11 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-66.vmlocal.com with SMTP; 28 Nov 2003 09:03:09 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 207737
From: Experience Cancun <ExperienceCancun@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Cancun <ExperienceCancun207737@vmlocal.com>
Subject: Want to go to Cancun?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov28.100311-0500_est.213672-24773+5249@ams.ftl.affinity.com>
Date:Fri, 28 Nov 2003 10:03:10 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 23 00:07:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <218041-12003>; Sat, 22 Nov
2003 13:48:08 -0500
Received: from vl208-24.vmlocal.com ([216.21.208.24]) by ams.ftl.affinity.com
with ESMTP id <219864-11993>; Sat, 22 Nov 2003 13:47:50 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-24.vmlocal.com with SMTP; 22 Nov 2003 12:47:40 -0600
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 203606
From: Experience Cancun <ExperienceCancun@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Cancun <ExperienceCancun203606@vmlocal.com>
Subject: There is Only One Cancun. We'll Get You There For Less!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov22.134750-0500_est.219864-11993+7659@ams.ftl.affinity.com>
Date:Sat, 22 Nov 2003 13:47:50 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Jan 05 21:14:25 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <313339-9742>; Mon, 5 Jan 2004
23:54:11 -0500
Received: from vm209-182.vmlocal.com ([216.21.209.182]) by
ams.ftl.affinity.com with ESMTP id <325410-9746>; Mon, 5 Jan 2004 23:53:39
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-182.vmlocal.com with SMTP; 05 Jan 2004 22:47:34 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911110 9
X-MailingID: 236340
From: Experience Cancun <ExperienceCancun@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Cancun <ExperienceCancun236340@vmlocal.com>
Subject: Can you hear Cancun calling you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan5.235339-0500_est.325410-9746+726@ams.ftl.affinity.com>
Date:Mon, 5 Jan 2004 23:53:36 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Jan 26 11:11:52 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <311288-6557>; Mon, 26 Jan
2004 12:56:55 -0500
Received: from vm208-15.adknow-net.com ([216.21.208.15]) by
ams.ftl.affinity.com with ESMTP id <310426-6544>; Mon, 26 Jan 2004 12:55:54
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-15.adknow-net.com with SMTP; 26 Jan 2004 11:55:51 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 350960
From: Experience New England <ExperienceNewEngland@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return350960@replies.adknow-net.com
Subject: It's the perfect time to visit New England.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan26.125554-0500_est.310426-6544+116@ams.ftl.affinity.com>
Date:Mon, 26 Jan 2004 12:55:53 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Jan 26 17:49:25 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2962222-19903>; Mon, 26 Jan 2004 20:32:20 -0500
Received: from vm208-54.adknow-net.com ([216.21.208.54]) by
ams.ftl.affinity.com with ESMTP id <2963251-19894>; Mon, 26 Jan 2004 20:31:07
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-54.adknow-net.com with SMTP; 26 Jan 2004 19:30:47 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 351302
From: Experience New England <ExperienceNewEngland@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return351302@replies.adknow-net.com
Subject: Fall in love with New England.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan26.203107-0500_est.2963251-19894+54931@ams.ftl.affinity.com>
Date:Mon, 26 Jan 2004 20:31:07 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Oct 26 15:36:40 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <219063-6701>; Sun, 26 Oct 2003 17:41:59 -0500
Received: from vl208-62.vmlocal.com ([216.21.208.62]) by ams.ftl.affinity.com
with ESMTP id <213182-16946>; Sun, 26 Oct 2003 17:40:37 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-62.vmlocal.com with SMTP; 26 Oct 2003 16:40:30 -0600
X-ClientHost:
106097109105108097064103111141001111101191111141071150460991 11109
X-MailingID: 177116
From: Experience New York <ExperienceNewYork177116@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience New York <ExperienceNewYork177116@vmlocal.com>
Subject: Ready to visit the Big Apple?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct26.174037-0500_est.213182-16946+1025@ams.ftl.affinity.com>
Date:Sun, 26 Oct 2003 17:40:36 -0500
```





You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Oct 26 15:36:40 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213182-16946>; Sun, 26 Oct
2003 17:41:59 -0500
Received: from vl208-62.vmlocal.com ([216.21.208.62]) by ams.ftl.affinity.com
with ESMTP id <219297-6707>; Sun, 26 Oct 2003 17:40:37 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-62.vmlocal.com with SMTP; 26 Oct 2003 16:40:30 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 177116
From: Experience New York <ExperienceNewYork177116@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience New York <ExperienceNewYork177116@vmlocal.com>
Subject: Ready to visit the Big Apple?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct26.174037-0500_est.219297-6707+8947@ams.ftl.affinity.com>
Date:Sun, 26 Oct 2003 17:40:37 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Oct 27 07:53:20 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218425-29382>; Mon, 27 Oct 2003 03:14:32 -0500
Received: from vl208-28.vmlocal.com ([216.21.208.28]) by ams.ftl.affinity.com
with ESMTP id <222576-29382>; Mon, 27 Oct 2003 02:48:22 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-28.vmlocal.com with SMTP; 27 Oct 2003 01:48:19 -0600
X-ClientHost: 10609712106410311111410011110119111114107115046099111109
X-MailingID: 177120
From: Experience New York <ExperienceNewYork177120@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience New York <ExperienceNewYork177120@vmlocal.com>
Subject: Want to vacation in the Big Apple?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct27.024822-0500_est.222576-29382+2649@ams.ftl.affinity.com>
Date:Mon, 27 Oct 2003 02:48:21 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Nov 09 08:17:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <225691-1434>; Sun, 9 Nov 2003 03:00:26 -0500
Received: from vl208-57.vmlocal.com ([216.21.208.57]) by ams.ftl.affinity.com
with ESMTP id <225692-1431>; Sun, 9 Nov 2003 03:00:04 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-57.vmlocal.com with SMTP; 09 Nov 2003 01:59:01 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 193356
From: Experience New York <ExperienceNewYork193356@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience New York <ExperienceNewYork193356@vmlocal.com>
Subject: Have the time of your life in New York City!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov9.030004-0500_est.225692-1431+20649@ams.ftl.affinity.com>
Date:Sun, 9 Nov 2003 03:00:03 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Jan 31 21:09:33 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <230268-10247>; Sun, 1 Feb 2004 00:02:36 -0500
Received: from vm208-12.adknow-net.com ([216.21.208.12]) by
ams.ftl.affinity.com with ESMTP id <215795-10250>; Sun, 1 Feb 2004 00:01:25
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-12.adknow-net.com with SMTP; 31 Jan 2004 23:01:19 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 354852
From: Experience New York <ExperienceNewYork@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return354852@replies.adknow-net.com
Subject: Want to vacation in the Big Apple?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb1.000125-0500_est.215795-10250+58425@ams.ftl.affinity.com>
Date:Sun, 1 Feb 2004 00:01:23 -0500



If you're hungry for the best tourism, dining, entertainment, and nightlife
America has to offer, then you need to book your trip to New York City now!
What are you waiting for? The Big Apple awaits!

**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Jan 31 16:29:55 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <362596-21667>; Sat, 31 Jan
2004 19:07:46 -0500
Received: from vm208-58.adknow-net.com ([216.21.208.58]) by
ams.ftl.affinity.com with ESMTP id <363240-21664>; Sat, 31 Jan 2004 19:06:07
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-58.adknow-net.com with SMTP; 31 Jan 2004 18:06:03 -0600
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 355405
From: Experience New York <ExperienceNewYork@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return355405@replies.adknow-net.com
Subject: Ready to visit the Big Apple?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan31.190607-0500_est.363240-21664+16752@ams.ftl.affinity.com>
Date:Sat, 31 Jan 2004 19:06:07 -0500
```



```
If you're hungry for the best tourism, dining, entertainment, and nightlife
America has to offer, then you need to book your trip to New York City now!
          What are you waiting for? The Big Apple awaits!
```

**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Jan 31 16:29:55 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <363027-21674>; Sat, 31 Jan 2004 19:07:46 -0500
Received: from vm208-58.adknow-net.com ([216.21.208.58]) by
ams.ftl.affinity.com with ESMTP id <362596-21664>; Sat, 31 Jan 2004 19:06:07
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-58.adknow-net.com with SMTP; 31 Jan 2004 18:06:03 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 355405
From: Experience New York <ExperienceNewYork@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return355405@replies.adknow-net.com
Subject: Ready to visit the Big Apple?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan31.190607-0500_est.362596-21664+16749@ams.ftl.affinity.com>
Date:Sat, 31 Jan 2004 19:06:06 -0500



If you're hungry for the best tourism, dining, entertainment, and nightlife
America has to offer, then you need to book your trip to New York City now!
What are you waiting for? The Big Apple awaits!