**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

Dockets.Justia.com

```
From ???@??? Sat Jan 31 21:09:33 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <230094-10240>; Sun, 1 Feb 2004 00:02:36 -0500
Received: from vm208-12.adknow-net.com ([216.21.208.12]) by
ams.ftl.affinity.com with ESMTP id <230268-10241>; Sun, 1 Feb 2004 00:01:23
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-12.adknow-net.com with SMTP; 31 Jan 2004 23:01:19 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 354852
From: Experience New York <ExperienceNewYork@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return354852@replies.adknow-net.com
Subject: Want to vacation in the Big Apple?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb1.000123-0500_est.230268-10241+58713@ams.ftl.affinity.com>
Date:Sun, 1 Feb 2004 00:01:23 -0500
```



```
If you're hungry for the best tourism, dining, entertainment, and nightlife
America has to offer, then you need to book your trip to New York City now!
            What are you waiting for? The Big Apple awaits!
```

**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Sep 26 12:26:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215279-2946>; Fri, 26 Sep 2003 13:49:13 -0400
Received: from vl208-24.vmlocal.com ([216.21.208.24]) by ams.ftl.affinity.com
with ESMTP id <216084-2947>; Fri, 26 Sep 2003 13:48:32 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-24.vmlocal.com with SMTP; 26 Sep 2003 12:48:25 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 144800
From: Experience Orlando <ExperienceOrlando144800@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Orlando <ExperienceOrlando144800@vmlocal.com>
Subject: Hoping to visit Orlando?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep26.134832-0400_edt.216084-2947+18774@ams.ftl.affinity.com>
Date:Fri, 26 Sep 2003 13:48:31 -0400
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 10 15:08:59 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <335690-11401>; Fri, 10 Oct 2003 16:49:26 -0400
Received: from vl208-26.vmlocal.com ([216.21.208.26]) by ams.ftl.affinity.com
with ESMTP id <338832-11403>; Fri, 10 Oct 2003 16:20:48 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-26.vmlocal.com with SMTP; 10 Oct 2003 15:20:45 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 158518
From: Experience Orlando <ExperienceOrlando158518@vmlocal.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+158518@replies.vmlocal.com>
Subject: Want to go to Orlando?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct10.162048-0400_edt.338832-11403+16231@ams.ftl.affinity.com>
Date:Fri, 10 Oct 2003 16:20:46 -0400
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 10 15:06:05 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <219058-5278>; Fri, 10 Oct 2003 15:07:51 -0400
Received: from vl208-62.vmlocal.com ([216.21.208.62]) by ams.ftl.affinity.com
with ESMTP id <234071-5288>; Fri, 10 Oct 2003 13:34:32 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-62.vmlocal.com with SMTP; 10 Oct 2003 12:33:26 -0500
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 158519
From: Experience Orlando <ExperienceOrlando158519@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+158519@replies.vmlocal.com>
Subject: Want to go to Orlando?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct10.133432-0400_edt.234071-5288+7474@ams.ftl.affinity.com>
Date:Fri, 10 Oct 2003 13:34:31 -0400
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 10 15:06:05 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219404-5283>; Fri, 10 Oct 2003 15:07:51 -0400
Received: from vl208-62.vmlocal.com ([216.21.208.62]) by ams.ftl.affinity.com
with ESMTP id <234099-5259>; Fri, 10 Oct 2003 13:34:32 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-62.vmlocal.com with SMTP; 10 Oct 2003 12:33:26 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 158519
From: Experience Orlando <ExperienceOrlando158519@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+158519@replies.vmlocal.com>
Subject: Want to go to Orlando?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct10.133432-0400_edt.234099-5259+7387@ams.ftl.affinity.com>
Date:Fri, 10 Oct 2003 13:34:32 -0400
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Oct 13 21:38:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2309802-14399>; Mon, 13 Oct
2003 23:38:22 -0400
Received: from vl208-41.vmlocal.com ([216.21.208.41]) by ams.ftl.affinity.com
with ESMTP id <331336-14398>; Mon, 13 Oct 2003 18:55:54 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-41.vmlocal.com with SMTP; 13 Oct 2003 17:48:49 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 162251
From: Experience Orlando <ExperienceOrlando162251@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+162251@replies.vmlocal.com>
Subject: Hoping to visit Orlando?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct13.185554-0400_edt.331336-14398+29376@ams.ftl.affinity.com>
Date:Mon, 13 Oct 2003 18:55:53 -0400





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Oct 20 22:01:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213534-1071>; Mon, 20 Oct 2003 22:51:24 -0400
Received: from vl208-21.vmlocal.com ([216.21.208.21]) by ams.ftl.affinity.com
with ESMTP id <236028-1073>; Mon, 20 Oct 2003 20:48:50 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-21.vmlocal.com with SMTP; 20 Oct 2003 19:48:46 -0500
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 169755
From: Experience Orlando <ExperienceOrlando169755@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Orlando <ExperienceOrlando169755@vmlocal.com>
Subject: Experience Orlando - Get a Lot for a Little.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct20.204850-0400_edt.236028-1073+14330@ams.ftl.affinity.com>
Date:Mon, 20 Oct 2003 20:48:50 -0400





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 20 15:28:42 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <263475-1059>; Mon, 20 Oct 2003 15:28:10 -0400
Received: from vl208-30.vmlocal.com ([216.21.208.30]) by ams.ftl.affinity.com
with ESMTP id <264019-1059>; Mon, 20 Oct 2003 15:27:23 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-30.vmlocal.com with SMTP; 20 Oct 2003 14:27:17 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 169761
From: Experience Orlando <ExperienceOrlando169761@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Orlando <ExperienceOrlando169761@vmlocal.com>
Subject: Experience Orlando - Get a Lot for a Little.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct20.152723-0400_edt.264019-1059+12061@ams.ftl.affinity.com>
Date:Mon, 20 Oct 2003 15:27:20 -0400
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Oct 23 18:32:54 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <214779-9889>; Thu, 23 Oct
2003 18:41:23 -0400
Received: from vl208-58.vmlocal.com ([216.21.208.58]) by ams.ftl.affinity.com
with ESMTP id <214322-9889>; Thu, 23 Oct 2003 18:40:39 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-58.vmlocal.com with SMTP; 23 Oct 2003 17:40:25 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 173434
From: Experience Orlando <ExperienceOrlando173434@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Orlando <ExperienceOrlando173434@vmlocal.com>
Subject: Want to take an Orlando vacation?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct23.184039-0400_edt.214322-9889+2579@ams.ftl.affinity.com>
Date:Thu, 23 Oct 2003 18:40:37 -0400
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Oct 25 08:10:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <255991-1047>; Sat, 25 Oct 2003 03:35:08 -0400
Received: from vm208-1.vm04.com ([216.21.208.1]) by ams.ftl.affinity.com with
ESMTP id <285053-1042>; Sat, 25 Oct 2003 03:34:09 -0400
Received: from vmlocal.com (192.168.3.12)
   by vm208-1.vm04.com with SMTP; 25 Oct 2003 02:33:57 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 174816
From: Experience Orlando <ExperienceOrlando174816@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Orlando <ExperienceOrlando174816@vmlocal.com>
Subject: Ready to visit Orlando?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct25.033409-0400_edt.285053-1042+12696@ams.ftl.affinity.com>
Date:Sat, 25 Oct 2003 03:34:09 -0400
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Oct 30 15:48:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213949-17931>; Thu, 30 Oct 2003 16:57:09 -0500
Received: from vl208-63.vmlocal.com ([216.21.208.63]) by ams.ftl.affinity.com
with ESMTP id <223855-17933>; Thu, 30 Oct 2003 16:55:45 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-63.vmlocal.com with SMTP; 30 Oct 2003 15:55:44 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 183101
From: Experience Orlando <ExperienceOrlando183101@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Orlando <ExperienceOrlando183101@vmlocal.com>
Subject: Experience Orlando - Get a Lot for a Little.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct30.165545-0500_est.223855-17933+41389@ams.ftl.affinity.com>
Date:Thu, 30 Oct 2003 16:55:44 -0500
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent Thu Oct 30 15:55:36 CST 2003

```
From ???@??? Sun Nov 09 14:40:54 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <218606-9107>; Sun, 9 Nov 2003 14:41:20 -0500
Received: from vm208-1.vm06.com ([216.21.208.1]) by ams.ftl.affinity.com with
ESMTP id <219148-9113>; Sun, 9 Nov 2003 14:40:34 -0500
Received: from vmlocal.com (192.168.3.12)
  by vm208-1.vm06.com with SMTP; 09 Nov 2003 13:40:25 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 193850
From: Experience Orlando <ExperienceOrlando193850@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Orlando <ExperienceOrlando193850@vmlocal.com>
Subject: Experience Orlando - Get a Lot for a Little.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov9.144034-0500_est.219148-9113+4454@ams.ftl.affinity.com>
Date:Sun, 9 Nov 2003 14:40:34 -0500
```





---

**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 09 11:11:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217840-26650>; Sun, 9 Nov
2003 11:48:32 -0500
Received: from vl208-38.vmlocal.com ([216.21.208.38]) by ams.ftl.affinity.com
with ESMTP id <218384-26646>; Sun, 9 Nov 2003 11:47:55 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-38.vmlocal.com with SMTP; 09 Nov 2003 10:47:51 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 193851
From: Experience Orlando <ExperienceOrlando193851@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Orlando <ExperienceOrlando193851@vmlocal.com>
Subject: Experience Orlando - Get a Lot for a Little.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov9.114755-0500_est.218384-26646+3239@ams.ftl.affinity.com>
Date:Sun, 9 Nov 2003 11:47:54 -0500
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Jan 16 16:42:12 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <332991-17990>; Fri, 16 Jan 2004 17:51:08 -0500
Received: from vm208-30.adknow-net.com ([216.21.208.30]) by
ams.ftl.affinity.com with ESMTP id <333192-17991>; Fri, 16 Jan 2004 17:50:24
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-30.adknow-net.com with SMTP; 16 Jan 2004 16:50:19 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 341331
From: Experience Orlando <ExperienceOrlando@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return341331@replies.adknow-net.com
Subject: Want to take an Orlando vacation?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan16.175024-0500_est.333192-17991+15944@ams.ftl.affinity.com>
Date:Fri, 16 Jan 2004 17:50:22 -0500
```





**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Jan 14 18:23:05 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <330038-30742>; Wed, 14 Jan 2004 18:56:47 -0500
Received: from vm208-59.adknow-net.com ([216.21.208.59]) by
ams.ftl.affinity.com with ESMTP id <330265-30746>; Wed, 14 Jan 2004 18:55:28
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-59.adknow-net.com with SMTP; 14 Jan 2004 17:55:25 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 341729
From: Experience Orlando <ExperienceOrlando@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return341729@replies.adknow-net.com
Subject: Ready to visit Orlando?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan14.185528-0500_est.330265-30746+1158@ams.ftl.affinity.com>
Date:Wed, 14 Jan 2004 18:55:28 -0500
```





**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 13 11:59:16 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <220865-402>; Tue, 13 Jan 2004
14:37:04 -0500
Received: from vm208-69.adknow-net.com ([216.21.208.69]) by
ams.ftl.affinity.com with ESMTP id <220938-404>; Tue, 13 Jan 2004 14:36:03
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-69.adknow-net.com with SMTP; 13 Jan 2004 13:35:58 -0600
X-ClientHost:
1061111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 340580
From: Experience Orlando <ExperienceOrlando@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return340580@replies.adknow-net.com
Subject: Hoping to visit Orlando?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan13.143603-0500_est.220938-404+16907@ams.ftl.affinity.com>
Date:Tue, 13 Jan 2004 14:36:03 -0500
```





**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 20 17:33:45 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <225274-20662>; Tue, 20 Jan 2004 19:43:34 -0500
Received: from vm208-51.adknow-net.com ([216.21.208.51]) by
ams.ftl.affinity.com with ESMTP id <225281-20657>; Tue, 20 Jan 2004 19:42:16
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-51.adknow-net.com with SMTP; 20 Jan 2004 18:40:55 -0600
X-ClientHost:
1060971091051080970641031111141001111101191111141071150460099111109
X-MailingID: 345574
From: Experience Orlando <ExperienceOrlando@adknow-net.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return345574@replies.adknow-net.com
Subject: Hoping to visit Orlando?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan20.194216-0500_est.225281-20657+44430@ams.ftl.affinity.com>
Date:Tue, 20 Jan 2004 19:42:16 -0500
```





**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Jan 05 10:27:24 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <722361-23658>; Mon, 5 Jan 2004 13:07:16 -0500
Received: from vm209-184.vmlocal.com ([216.21.209.184]) by
ams.ftl.affinity.com with ESMTP id <722460-23658>; Mon, 5 Jan 2004 13:06:08
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-184.vmlocal.com with SMTP; 05 Jan 2004 12:06:06 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 235870
From: Experience Orlando <ExperienceOrlando@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Orlando <ExperienceOrlando235870@vmlocal.com>
Subject: Experience Orlando - Get a Lot for a Little.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan5.130608-0500_est.722460-23658+114253@ams.ftl.affinity.com>
Date:Mon, 5 Jan 2004 13:06:08 -0500





**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Jan 03 07:46:42 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2722943-2366>; Sat, 3 Jan
2004 10:27:30 -0500
Received: from vm209-240.vmlocal.com ([216.21.209.240]) by
ams.ftl.affinity.com with ESMTP id <2746778-2367>; Sat, 3 Jan 2004 10:26:49
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-240.vmlocal.com with SMTP; 03 Jan 2004 09:26:48 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 234557
From: Experience Orlando <ExperienceOrlando@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Orlando <ExperienceOrlando234557@vmlocal.com>
Subject: Experience Orlando - Get a Lot for a Little.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan3.102649-0500_est.2746778-2367+490@ams.ftl.affinity.com>
Date:Sat, 3 Jan 2004 10:26:48 -0500
```





**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Jan 02 15:09:23 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2834802-28345>; Fri, 2 Jan 2004 15:35:25 -0500
Received: from vm209-192.vmlocal.com ([216.21.209.192]) by
ams.ftl.affinity.com with ESMTP id <2771706-28345>; Fri, 2 Jan 2004 15:34:26
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-192.vmlocal.com with SMTP; 02 Jan 2004 14:34:24 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 233886
From: Experience Orlando <ExperienceOrlando@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Orlando <ExperienceOrlando233886@vmlocal.com>
Subject: Want to go to Orlando?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan2.153426-0500_est.2771706-28345+44966@ams.ftl.affinity.com>
Date:Fri, 2 Jan 2004 15:34:25 -0500





**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Dec 25 07:52:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213196-18213>; Thu, 25 Dec 2003 10:13:52 -0500
Received: from vm209-226.vmlocal.com ([216.21.209.226]) by
ams.ftl.affinity.com with ESMTP id <214381-18209>; Thu, 25 Dec 2003 10:13:39
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-226.vmlocal.com with SMTP; 25 Dec 2003 09:13:37 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 227435
From: Experience Orlando <ExperienceOrlando@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Orlando <ExperienceOrlando227435@vmlocal.com>
Subject: Ready to visit Orlando?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec25.101339-0500_est.214381-18209+1122@ams.ftl.affinity.com>
Date:Thu, 25 Dec 2003 10:13:38 -0500





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 21 10:09:34 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <215024-6184>; Sun, 21 Dec 2003 11:20:03 -0500
Received: from vm209-186.vmlocal.com ([216.21.209.186]) by
ams.ftl.affinity.com with ESMTP id <224171-6186>; Sun, 21 Dec 2003 11:19:04
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-186.vmlocal.com with SMTP; 21 Dec 2003 10:19:04 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 223840
From: Experience Orlando <ExperienceOrlando@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Orlando <ExperienceOrlando223840@vmlocal.com>
Subject: Want to take an Orlando vacation?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec21.111904-0500_est.224171-6186+24212@ams.ftl.affinity.com>
Date:Sun, 21 Dec 2003 11:19:04 -0500





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Dec 15 13:27:40 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <220773-3082>; Mon, 15 Dec
2003 11:50:31 -0500
Received: from vm209-183.vmlocal.com ([216.21.209.183]) by
ams.ftl.affinity.com with ESMTP id <220279-3085>; Mon, 15 Dec 2003 11:49:24
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-183.vmlocal.com with SMTP; 15 Dec 2003 10:49:22 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 219419
From: Experience Orlando <ExperienceOrlando@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Orlando <ExperienceOrlando219419@vmlocal.com>
Subject: Hoping to visit Orlando?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec15.114924-0500_est.220279-3085+14437@ams.ftl.affinity.com>
Date:Mon, 15 Dec 2003 11:49:24 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 14 13:52:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <333900-1928>; Sun, 14 Dec 2003 16:16:04 -0500
Received: from vm209-247.vmlocal.com ([216.21.209.247]) by
ams.ftl.affinity.com with ESMTP id <333934-1639>; Sun, 14 Dec 2003 16:14:47
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-247.vmlocal.com with SMTP; 14 Dec 2003 15:14:44 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 218614
From: Experience Orlando <ExperienceOrlando@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Orlando <ExperienceOrlando218614@vmlocal.com>
Subject: Experience Orlando - Get a Lot for a Little.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec14.161447-0500_est.333934-1639+1576@ams.ftl.affinity.com>
Date:Sun, 14 Dec 2003 16:14:46 -0500





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Dec 11 22:55:56 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <220424-24618>; Thu, 11 Dec 2003 23:35:50 -0500
Received: from vm209-247.vmlocal.com ([216.21.209.247]) by
ams.ftl.affinity.com with ESMTP id <229196-24620>; Thu, 11 Dec 2003 23:35:00
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-247.vmlocal.com with SMTP; 11 Dec 2003 22:34:57 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 216317
From: Experience Orlando <ExperienceOrlando@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Orlando <ExperienceOrlando216317@vmlocal.com>
Subject: Want to take an Orlando vacation?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec11.233500-0500_est.229196-24620+2831@ams.ftl.affinity.com>
Date:Thu, 11 Dec 2003 23:35:00 -0500
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Dec 10 15:48:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220252-22387>; Wed, 10 Dec 2003 16:48:25 -0500
Received: from vm208-3.vm06.com ([216.21.208.3]) by ams.ftl.affinity.com with
ESMTP id <215856-22382>; Wed, 10 Dec 2003 16:39:33 -0500
Received: from vmlocal.com (192.168.3.16)
  by vm208-3.vm06.com with SMTP; 10 Dec 2003 15:33:27 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 215538
From: Experience Orlando <ExperienceOrlando@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Orlando <ExperienceOrlando215538@vmlocal.com>
Subject: Experience Orlando - Get a Lot for a Little.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec10.163933-0500_est.215856-22382+63289@ams.ftl.affinity.com>
Date:Wed, 10 Dec 2003 16:39:32 -0500





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 10 12:50:36 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213475-22384>; Wed, 10 Dec 2003 13:58:41 -0500
Received: from vm208-1.vm06.com ([216.21.208.1]) by ams.ftl.affinity.com with
ESMTP id <213562-22381>; Wed, 10 Dec 2003 13:57:18 -0500
Received: from vmlocal.com (192.168.3.12)
  by vm208-1.vm06.com with SMTP; 10 Dec 2003 12:57:16 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 215541
From: Experience Orlando <ExperienceOrlando@vmlocal.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Orlando <ExperienceOrlando215541@vmlocal.com>
Subject: Want to go to Orlando?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec10.135718-0500_est.213562-22381+59220@ams.ftl.affinity.com>
Date:Wed, 10 Dec 2003 13:57:17 -0500
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Dec 05 08:21:45 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216499-16075>; Fri, 5 Dec 2003 10:12:13 -0500
Received: from vl208-35.vmlocal.com ([216.21.208.35]) by ams.ftl.affinity.com
with ESMTP id <216121-16079>; Fri, 5 Dec 2003 10:07:05 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-35.vmlocal.com with SMTP; 05 Dec 2003 09:03:47 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 211970
From: Experience Orlando <ExperienceOrlando@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Orlando <ExperienceOrlando211970@vmlocal.com>
Subject: Want to take an Orlando vacation?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec5.100705-0500_est.216121-16079+53122@ams.ftl.affinity.com>
Date:Fri, 5 Dec 2003 10:05:24 -0500





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Dec 04 18:48:34 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213970-16027>; Thu, 4 Dec
2003 21:25:53 -0500
Received: from vl208-45.vmlocal.com ([216.21.208.45]) by ams.ftl.affinity.com
with ESMTP id <216495-16027>; Thu, 4 Dec 2003 21:24:44 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-45.vmlocal.com with SMTP; 04 Dec 2003 20:24:40 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 211353
From: Experience Orlando <ExperienceOrlando@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Orlando <ExperienceOrlando211353@vmlocal.com>
Subject: Experience Orlando - Get a Lot for a Little.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec4.212444-0500_est.216495-16027+73927@ams.ftl.affinity.com>
Date:Thu, 4 Dec 2003 21:24:43 -0500
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 02 14:09:44 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <225636-12266>; Tue, 2 Dec 2003 15:05:36 -0500
Received: from vl208-75.vmlocal.com ([216.21.208.75]) by ams.ftl.affinity.com
with ESMTP id <226793-12264>; Tue, 2 Dec 2003 15:04:24 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-75.vmlocal.com with SMTP; 02 Dec 2003 14:04:22 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 209993
From: Experience Orlando <ExperienceOrlando@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Orlando <ExperienceOrlando209993@vmlocal.com>
Subject: Want to take an Orlando vacation?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec2.150424-0500_est.226793-12264+8665@ams.ftl.affinity.com>
Date:Tue, 2 Dec 2003 15:04:24 -0500
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Jan 11 11:28:24 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <322309-21499>; Sun, 11 Jan 2004 13:22:03 -0500
Received: from vm217-220.vmlocal.com ([216.21.217.220]) by
ams.ftl.affinity.com with ESMTP id <322163-21499>; Sun, 11 Jan 2004 13:20:33
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm217-220.vmlocal.com with SMTP; 11 Jan 2004 12:20:32 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 239614
From: Experience Orlando <ExperienceOrlando@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Orlando <ExperienceOrlando239614@vmlocal.com>
Subject: Ready to visit Orlando?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan11.132033-0500_est.322163-21499+21709@ams.ftl.affinity.com>
Date:Sun, 11 Jan 2004 13:20:32 -0500





If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Oct 13 13:11:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <472559-1156>; Mon, 13 Oct 2003 14:14:20 -0400
Received: from vl208-42.vmlocal.com ([216.21.208.42]) by ams.ftl.affinity.com
with ESMTP id <293769-1141>; Mon, 13 Oct 2003 13:57:14 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-42.vmlocal.com with SMTP; 13 Oct 2003 12:55:09 -0500
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 162652
From: Experience Paris <ExperienceParisNow162652@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+162652@replies.vmlocal.com>
Subject: Visitez Paris, aujourd'hui! (Visit Paris Today!)
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct13.135714-0400_edt.293769-1141+9638@ams.ftl.affinity.com>
Date:Mon, 13 Oct 2003 13:57:13 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Oct 18 12:44:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217652-10194>; Sat, 18 Oct
2003 14:48:36 -0400
Received: from vl208-70.vmlocal.com ([216.21.208.70]) by ams.ftl.affinity.com
with ESMTP id <217839-10203>; Sat, 18 Oct 2003 14:48:20 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-70.vmlocal.com with SMTP; 18 Oct 2003 13:48:18 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 168466
From: Experience Paris <ExperienceParisNow168466@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Paris <ExperienceParisNow168466@vmlocal.com>
Subject: Learn French--in Paris.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct18.144820-0400_edt.217839-10203+11573@ams.ftl.affinity.com>
Date:Sat, 18 Oct 2003 14:48:19 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Oct 28 17:24:56 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <216972-17931>; Tue, 28 Oct 2003 19:04:05 -0500
Received: from vl208-52.vmlocal.com ([216.21.208.52]) by ams.ftl.affinity.com
with ESMTP id <220088-17933>; Tue, 28 Oct 2003 19:03:08 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-52.vmlocal.com with SMTP; 28 Oct 2003 18:03:04 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 180682
From: Experience Paris <ExperienceParisNow180682@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Paris <ExperienceParisNow180682@vmlocal.com>
Subject: Visitez Paris, aujourd'hui! (Visit Paris Today!)
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct28.190308-0500_est.220088-17933+6785@ams.ftl.affinity.com>
Date:Tue, 28 Oct 2003 19:03:07 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent Tue Oct 28 18:02:43 CST 2003

From ???@??? Sun Oct 19 15:53:59 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <234704-1077>; Sun, 19 Oct 2003 16:46:32 -0400
Received: from vl208-40.vmlocal.com ([216.21.208.40]) by ams.ftl.affinity.com
with ESMTP id <222175-1078>; Sun, 19 Oct 2003 16:45:48 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-40.vmlocal.com with SMTP; 19 Oct 2003 15:45:44 -0500
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 169034
From: Experience Resorts <ExperienceResorts169034@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Resorts <ExperienceResorts169034@vmlocal.com>
Subject: Find a Resort Online.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct19.164548-0400_edt.222175-1078+5372@ams.ftl.affinity.com>
Date:Sun, 19 Oct 2003 16:45:47 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Oct 19 15:53:59 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <222175-1079>; Sun, 19 Oct
2003 16:46:32 -0400
Received: from vl208-40.vmlocal.com ([216.21.208.40]) by ams.ftl.affinity.com
with ESMTP id <235008-1080>; Sun, 19 Oct 2003 16:45:49 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-40.vmlocal.com with SMTP; 19 Oct 2003 15:45:44 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 169034
From: Experience Resorts <ExperienceResorts169034@vmlocal.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Resorts <ExperienceResorts169034@vmlocal.com>
Subject: Find a Resort Online.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct19.164549-0400_edt.235008-1080+5397@ams.ftl.affinity.com>
Date:Sun, 19 Oct 2003 16:45:49 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser. (c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Oct 22 19:10:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <275461-20514>; Wed, 22 Oct 2003 19:19:25 -0400
Received: from vl208-29.vmlocal.com ([216.21.208.29]) by ams.ftl.affinity.com
with ESMTP id <274994-20523>; Wed, 22 Oct 2003 19:18:40 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-29.vmlocal.com with SMTP; 22 Oct 2003 18:18:37 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 172094
From: Experience Resorts <ExperienceResorts172094@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Resorts <ExperienceResorts172094@vmlocal.com>
Subject: Resorts--Get Away from Rest Of the World.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct22.191840-0400_edt.274994-20523+8489@ams.ftl.affinity.com>
Date:Wed, 22 Oct 2003 19:18:40 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** **http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Jan 29 10:51:00 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <314824-20620>; Thu, 29 Jan 2004 12:22:10 -0500
Received: from vm208-53.adknow-net.com ([216.21.208.53]) by
ams.ftl.affinity.com with ESMTP id <323494-20619>; Thu, 29 Jan 2004 12:21:03
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-53.adknow-net.com with SMTP; 29 Jan 2004 11:20:59 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 353123
From: Experience Resorts <ExperienceResorts@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return353123@replies.adknow-net.com
Subject: Take a few days stay in Paradise.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan29.122103-0500_est.323494-20619+17523@ams.ftl.affinity.com>
Date:Thu, 29 Jan 2004 12:21:02 -0500
```



**If you would like to refer a friend information regarding this program, go here.** To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go **here.** Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Jan 21 14:58:24 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2377782-1883>; Wed, 21 Jan 2004 15:36:39 -0500
Received: from vm208-47.adknow-net.com ([216.21.208.47]) by
ams.ftl.affinity.com with ESMTP id <2381064-1881>; Wed, 21 Jan 2004 15:35:41
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-47.adknow-net.com with SMTP; 21 Jan 2004 14:35:38 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 346008
From: Experience Resorts <ExperienceResorts@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return346008@replies.adknow-net.com
Subject: Take a few days stay in Paradise.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan21.153541-0500_est.2381064-1881+121413@ams.ftl.affinity.com>
Date:Wed, 21 Jan 2004 15:35:40 -0500
```



**If you would like to refer a friend information regarding this program, go here.** To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go **here.** Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Jan 21 10:46:37 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <231814-18670>; Wed, 21 Jan
2004 12:46:19 -0500
Received: from vm208-46.adknow-net.com ([216.21.208.46]) by
ams.ftl.affinity.com with ESMTP id <215577-18669>; Wed, 21 Jan 2004 12:45:34
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-46.adknow-net.com with SMTP; 21 Jan 2004 11:45:32 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 346052
From: Experience Resorts <ExperienceResorts@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return346052@replies.adknow-net.com
Subject: Take a few days stay in Paradise.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan21.124534-0500_est.215577-18669+67521@ams.ftl.affinity.com>
Date:Wed, 21 Jan 2004 12:45:33 -0500
```



**If you would like to refer a friend information regarding this program, go here.** To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go **here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Jan 30 09:32:25 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2771035-13366>; Fri, 30 Jan
2004 11:10:51 -0500
Received: from vm208-65.adknow-net.com ([216.21.208.65]) by
ams.ftl.affinity.com with ESMTP id <2770961-13357>; Fri, 30 Jan 2004 11:01:41
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-65.adknow-net.com with SMTP; 30 Jan 2004 10:01:04 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 353959
From: Experience Resorts <ExperienceResorts@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return353959@replies.adknow-net.com
Subject: Resorts--Get Away from Rest Of the World.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan30.110141-0500_est.2770961-13357+9274@ams.ftl.affinity.com>
Date:Fri, 30 Jan 2004 11:01:38 -0500
```



**If you would like to refer a friend information regarding this program, go here.** To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go **here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Dec 26 07:41:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2730488-9593>; Fri, 26 Dec
2003 05:19:05 -0500
Received: from vm209-241.vmlocal.com ([216.21.209.241]) by
ams.ftl.affinity.com with ESMTP id <2728729-9601>; Fri, 26 Dec 2003 05:18:18
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-241.vmlocal.com with SMTP; 26 Dec 2003 04:18:16 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911111109
X-MailingID: 228228
From: Experience Resorts <ExperienceResorts@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Resorts <ExperienceResorts228228@vmlocal.com>
Subject: Need a vacation? Head to a Resort!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec26.051818-0500_est.2728729-9601+14299@ams.ftl.affinity.com>
Date:Fri, 26 Dec 2003 05:18:18 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser. (c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Dec 26 07:41:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2730439-9602>; Fri, 26 Dec 2003 05:19:05 -0500
Received: from vm209-241.vmlocal.com ([216.21.209.241]) by
ams.ftl.affinity.com with ESMTP id <2730448-9603>; Fri, 26 Dec 2003 05:18:18
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-241.vmlocal.com with SMTP; 26 Dec 2003 04:18:16 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 228228
From: Experience Resorts <ExperienceResorts@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Resorts <ExperienceResorts228228@vmlocal.com>
Subject: Need a vacation? Head to a Resort!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec26.051818-0500_est.2730448-9603+13544@ams.ftl.affinity.com>
Date:Fri, 26 Dec 2003 05:18:18 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser. (c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Jan 30 09:16:31 2006
X-Persona: <Jay>
Return-Path: <mailcenter336002@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 9058 invoked from network); 23 Jan 2006 21:36:45 -0600
Received: from vm-181-55.vm-mail.com (206.82.181.55)
  by xj4x4.net with SMTP; 23 Jan 2006 21:36:45 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-55.vm-mail.com with SMTP; 23 Jan 2006 21:36:27 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 336002
From: Expert Dating Advice <ExpertDatingAdvice@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336002@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  1.7 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_FONT_BIG BODY: HTML has a big font
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link

A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men—
### *And What To Do About It...*"

### Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them... read more

Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission



**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 30 08:58:19 2006
X-Persona: <Jay>
Return-Path: <mailcenter336002@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 9058 invoked from network); 23 Jan 2006 21:36:45 -0600
Received: from vm-181-55.vm-mail.com (206.82.181.55)
   by xj4x4.net with SMTP; 23 Jan 2006 21:36:45 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-55.vm-mail.com with SMTP; 23 Jan 2006 21:36:27 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 336002
From: Expert Dating Advice <ExpertDatingAdvice@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336002@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  1.7 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_FONT_BIG BODY: HTML has a big font
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link

A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It...*"

### Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them... read more

 Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission



**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Jan 26 11:13:19 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter336002@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 28164 invoked from network); 23 Jan 2006 21:32:14 -0600
Received: from vm-181-193.vm-mail.com (206.82.181.193)
   by celiajay.com with SMTP; 23 Jan 2006 21:32:13 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-193.vm-mail.com with SMTP; 23 Jan 2006 21:32:01 -0600
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460 99111109
X-MailingID: 336002
From: Expert Dating Advice <ExpertDatingAdvice@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336002@vm-rewards.com>
Subject: The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link

A Special Letter For Women Only…

## "The Ten Most Dangerous Mistakes You Probably Make With Men—
## *And What To Do About It…*"

**Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them…** read more

Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission

Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109

If you can not see our footer image, please visit here.

From ???@??? Thu Jan 26 11:11:42 2006
X-Persona: <Celia>
Return-Path: <mailcenter336002@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 19489 invoked from network); 23 Jan 2006 21:39:13 -0600
Received: from vm-177-81.vm-mail.com (206.82.177.81)
   by jaykaysplace.com with SMTP; 23 Jan 2006 21:39:13 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-81.vm-mail.com with SMTP; 23 Jan 2006 21:39:00 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 336002
From: Expert Dating Advice <ExpertDatingAdvice@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336002@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  1.7 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_FONT_BIG BODY: HTML has a big font
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset


Images not loading? View this offer by visiting this link

A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It...*"

## Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them... read more

Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission



**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Jan 25 17:20:24 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter336002@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 5698 invoked from network); 23 Jan 2006 21:36:43 -0600
Received: from vm-181-204.vm-mail.com (206.82.181.204)
  by gordonworks.com with SMTP; 23 Jan 2006 21:36:42 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-204.vm-mail.com with SMTP; 23 Jan 2006 21:36:27 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 336002
From: Expert Dating Advice <ExpertDatingAdvice@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336002@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_70_80,
     DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
     HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
     MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
     version=2.63
X-Spam-Report:
     *  1.0 DATE_MISSING Missing Date: header
     *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
     *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
     *  1.7 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
     *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
     *  0.0 HTML_MESSAGE BODY: HTML included in message
     *  0.1 HTML_FONT_BIG BODY: HTML has a big font
     *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
     *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
     *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
     *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
     *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link

---

A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It...*"

## Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them... read more

Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission



**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Jan 24 21:31:36 2006
Return-Path: <mailcenter336002@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 31682 invoked from network); 23 Jan 2006 21:25:19 -0600
Received: from vm-180-198.vm-mail.com (206.82.180.198)
  by omniinnovations.com with SMTP; 23 Jan 2006 21:25:19 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-198.vm-mail.com with SMTP; 23 Jan 2006 21:25:08 -0600
X-ClientHost:
09711011606409711011610411110121099101110116114097108046099111109
X-MailingID: 336002
From: Expert Dating Advice <ExpertDatingAdvice@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336002@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=BAYES_56,BLANK_LINES_70_80,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  1.4 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.0 BAYES_56 BODY: Bayesian spam probability is 56 to 60%
        *      [score: 0.5795]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.3 HTML_FONT_BIG BODY: HTML has a big font
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link

A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It...*"

### Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them... read more

 Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission



**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

**If you can not see our footer image, please visit here.**

From ???@??? Tue Jan 24 21:31:36 2006
Return-Path: <mailcenter336002@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 32719 invoked from network); 23 Jan 2006 21:25:25 -0600
Received: from vm-180-198.vm-mail.com (206.82.180.198)
   by omniinnovations.com with SMTP; 23 Jan 2006 21:25:24 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-198.vm-mail.com with SMTP; 23 Jan 2006 21:25:08 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 336002
From: Expert Dating Advice <ExpertDatingAdvice@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336002@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=BAYES_56,BLANK_LINES_70_80,
       DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
       HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
       MIME_HTML_ONLY autolearn=no version=2.63
X-Spam-Report:
       * 1.9 DATE_MISSING Missing Date: header
       * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       * 1.4 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
       * 0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
       * 0.0 BAYES_56 BODY: Bayesian spam probability is 56 to 60%
       *     [score: 0.5795]
       * 0.1 HTML_MESSAGE BODY: HTML included in message
       * 0.3 HTML_FONT_BIG BODY: HTML has a big font
       * 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
       * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset

Images not loading? View this offer by visiting this link

A Special Letter For Wom en Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It...*"

## Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them... read more

Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission

---



**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Jan 24 21:31:36 2006
Return-Path: <mailcenter336002@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 1184 invoked from network); 23 Jan 2006 21:25:26 -0600
Received: from vm-180-198.vm-mail.com (206.82.180.198)
  by omniinnovations.com with SMTP; 23 Jan 2006 21:25:25 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-198.vm-mail.com with SMTP; 23 Jan 2006 21:25:08 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 336002
From: Expert Dating Advice <ExpertDatingAdvice@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336002@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=BAYES_56,BLANK_LINES_70_80,
      DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY autolearn=no version=2.63
X-Spam-Report:
      * 1.9 DATE_MISSING Missing Date: header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 1.4 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
      * 0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      * 0.0 BAYES_56 BODY: Bayesian spam probability is 56 to 60%
      *     [score: 0.5795]
      * 0.1 HTML_MESSAGE BODY: HTML included in message
      * 0.3 HTML_FONT_BIG BODY: HTML has a big font
      * 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

**Images not loading? View this offer by visiting this link**

A Special Letter For Women Only…

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It…*"

## Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them... read more

 Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission



**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Jan 24 21:31:36 2006
Return-Path: <mailcenter336002@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 2404 invoked from network); 23 Jan 2006 21:25:28 -0600
Received: from vm-180-198.vm-mail.com (206.82.180.198)
  by omniinnovations.com with SMTP; 23 Jan 2006 21:25:27 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-198.vm-mail.com with SMTP; 23 Jan 2006 21:25:08 -0600
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 336002
From: Expert Dating Advice <ExpertDatingAdvice@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336002@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=BAYES_56,BLANK_LINES_70_80,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  1.4 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.0 BAYES_56 BODY: Bayesian spam probability is 56 to 60%
        *      [score: 0.5795]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.3 HTML_FONT_BIG BODY: HTML has a big font
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

**Images not loading? View this offer by visiting this link**

A Special Letter For Women Only...

# "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It...*"

**Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them...** read more

Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission



**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Jan 24 21:31:36 2006
Return-Path: <mailcenter336002@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 2944 invoked from network); 23 Jan 2006 21:25:29 -0600
Received: from vm-180-198.vm-mail.com (206.82.180.198)
  by omniinnovations.com with SMTP; 23 Jan 2006 21:25:28 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-198.vm-mail.com with SMTP; 23 Jan 2006 21:25:08 -0600
X-ClientHost: 11610606409711011610411110121099101110116114097108046099111109
X-MailingID: 336002
From: Expert Dating Advice <ExpertDatingAdvice@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336002@vm-rewards.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=BAYES_56,BLANK_LINES_70_80,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  1.4 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.0 BAYES_56 BODY: Bayesian spam probability is 56 to 60%
        *      [score: 0.5795]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.3 HTML_FONT_BIG BODY: HTML has a big font
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link

A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It...*"

### Here Are The Top Ten Reasons Why

## Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them... read more

Free Dating Advice Newsletter And Download eBook

©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission

Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109

If you can not see our footer image, please visit here.

From ???@??? Tue Jan 24 18:12:55 2006
X-Persona: <Mila>
Return-Path: <mailcenter336002@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 23 Jan 2006 21:36:30 -0600
From: Expert Dating Advice <ExpertDatingAdvice@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** The 10 mistakes most women make with men
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_FONT_BIG,HTML_IMAGE_ONLY_06,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43D5A0BE.54D48DA1"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7569&e=mila@jammtomm.com
  visiting this link A Special Letter For Women Only... "The Ten Most
  Dangerous [...]

Content analysis details:   (7.7 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 1.7 HTML_IMAGE_ONLY_06     BODY: HTML: images with 400-600 bytes of words
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONT_BIG          BODY: HTML has a big font
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 27970 invoked from network); 23 Jan 2006 21:36:26 -0600
Received: from vm-181-238.vm-mail.com (206.82.181.238)

```
  by anthonycentral.com with SMTP; 23 Jan 2006 21:36:26 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-238.vm-mail.com with SMTP; 23 Jan 2006 21:36:11 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 336002
From: Expert Dating Advice <ExpertDatingAdvice@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336002@vm-rewards.com>
Subject: The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM The 10
mistakes 4.htm"
```

```
From ???@??? Mon Jan 30 16:05:50 2006
X-Persona: <RCW>
Return-Path: <mailcenter336002@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 32610 invoked from network); 23 Jan 2006 22:40:19 -0600
Received: from vm-181-233.vm-mail.com (206.82.181.233)
   by chiefmusician.net with SMTP; 23 Jan 2006 22:40:19 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-233.vm-mail.com with SMTP; 23 Jan 2006 22:40:02 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 336002
From: Expert Dating Advice <ExpertDatingAdvice@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336002@vm-rewards.com>
Subject: The 10 mistakes most women make with men
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**

A Special Letter For Women Only...

## "The Ten Most Dangerous Mistakes You Probably Make With Men— *And What To Do About It...*"

**Here Are The Top Ten Reasons Why Women Keep Themselves From Living The Love Life Of They're Dreams— And How To Make Sure You Avoid Every One Of Them...** read more

 Free Dating Advice Newsletter And Download eBook
©Copyright 2005, Catch Him Inc. All Rights Reserverd.
Copyright materials used by permission



**Catch Him, Inc., 3960 Howard Hughes Pkwy, 5th Floor, Las Vegas, NV, 89109**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Oct 03 12:10:39 2005
X-Persona: <hum>
Return-Path: <mailcenter330291@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 3554 invoked from network); 2 Oct 2005 16:27:33 -0600
Received: from vm-182-44.vm-mail.com (206.82.182.44)
  by rcw19190020.com with SMTP; 2 Oct 2005 16:27:32 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-44.vm-mail.com with SMTP; 02 Oct 2005 17:27:31 -0500
X-ClientHost: 10411710906410110409710411110910104609911109
X-MailingID: 330291
From: Expert Debt Solutions <DebtSolutions@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330291@vm-rewards.com>
Subject: *****SPAM***** Use federal law to eliminate your bills.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,SUBJ_YOUR_DEBT,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  0.7 SUBJ_YOUR_DEBT Subject contains "Your Bills" or similar
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```





**E.D.R., 1805 North Carson Street, Suite #17, Carson City, NV, 89701**

**If you can not see our footer image, please** _visit here_.

```
From ???@??? Thu Mar 16 15:17:31 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340040@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 10691 invoked from network); 15 Mar 2006 11:28:12 -0600
Received: from vm-181-89.vm-mail.com (206.82.181.89)
  by xj4x4.net with SMTP; 15 Mar 2006 11:28:12 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-89.vm-mail.com with SMTP; 15 Mar 2006 11:27:56 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 340040
From: Express Business Funding <ExpressBusinessFunding@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340040@vm-rewards.com>
Subject: Find out how to qualify
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
    DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
    HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
    version=2.63
```

Images not loading? View this offer by visiting this link



---

EZ-Net Biz, P.O. Box 490, St. George, UT 84770

If you can not see our footer image, please visit here.

From ???@??? Thu Sep 18 07:28:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <1256986-3198>; Thu, 18 Sep 2003 08:40:16 -0400
Received: from vt16.vtarget.com ([216.64.222.16]) by ams.ftl.affinity.com with
ESMTP id <1257369-3206>; Thu, 18 Sep 2003 08:39:35 -0400
Received: from vtarget.com (192.168.3.10)
  by vt16.vtarget.com with SMTP; 18 Sep 2003 07:39:31 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 138177
From: Express Cash <ExpressCashOnline138177@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: Express Cash <ExpressCashOnline138177@replies.vtarget.com>
Subject: Bills to pay? Get $500 today.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep18.083935-0400_edt.1257369-3206+1792@ams.ftl.affinity.com>
Date:Thu, 18 Sep 2003 08:39:34 -0400



        You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Apr 02 12:43:28 2004
Return-Path: <mailcenter307917@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 9528 invoked by uid 10003); 2 Apr 2004 15:38:05 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 9525 invoked from network); 2 Apr 2004 15:38:05 -0000
Received: from unknown (HELO vm102.vmadmin.com) (216.64.222.102)
  by ns48.webmasters.com with SMTP; 2 Apr 2004 15:38:05 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm102.vmadmin.com with SMTP; 02 Apr 2004 09:40:18 -0600
X-ClientHost: 106097109101115064103111141001111101191111141071150460991111109
X-MailingID: 307917
From: Extended Warranty Provider <ExtendedWarranty@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Extended Warranty Provider
<ExtendedWarranty307917@replies.virtumundo.com>
Subject: Do you need extended auto warranty coverage?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

 **AzoogleAds 1054 Centre St. Suite 214 Thornhill, ON l4j 8e5**

```
From ???@??? Fri Apr 02 12:43:28 2004
Return-Path: <mailcenter307917@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 9535 invoked by uid 10003); 2 Apr 2004 15:38:05 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 9532 invoked from network); 2 Apr 2004 15:38:05 -0000
Received: from unknown (HELO vm102.vmadmin.com) (216.64.222.102)
  by ns48.webmasters.com with SMTP; 2 Apr 2004 15:38:05 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm102.vmadmin.com with SMTP; 02 Apr 2004 09:40:18 -0600
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 307917
From: Extended Warranty Provider <ExtendedWarranty@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Extended Warranty Provider
<ExtendedWarranty307917@replies.virtumundo.com>
Subject: Do you need extended auto warranty coverage?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



AzoogleAds 1054 Centre St. Suite 214 Thornhill, ON l4j 8e5

```
From ???@??? Fri Apr 02 12:43:28 2004
Return-Path: <mailcenter307917@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 9542 invoked by uid 10003); 2 Apr 2004 15:38:06 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 9539 invoked from network); 2 Apr 2004 15:38:06 -0000
Received: from unknown (HELO vm102.vmadmin.com) (216.64.222.102)
  by ns48.webmasters.com with SMTP; 2 Apr 2004 15:38:06 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm102.vmadmin.com with SMTP; 02 Apr 2004 09:40:18 -0600
X-ClientHost: 10609712106410311114100111110119111114107115046099111109
X-MailingID: 307917
From: Extended Warranty Provider <ExtendedWarranty@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Extended Warranty Provider
<ExtendedWarranty307917@replies.virtumundo.com>
Subject: Do you need extended auto warranty coverage?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



AzoogleAds 1054 Centre St. Suite 214 Thornhill, ON l4j 8e5

```
From ???@??? Fri Apr 02 12:43:39 2004
Return-Path: <mailcenter307917@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 9549 invoked by uid 10003); 2 Apr 2004 15:38:06 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 9546 invoked from network); 2 Apr 2004 15:38:06 -0000
Received: from unknown (HELO vm102.vmadmin.com) (216.64.222.102)
  by ns48.webmasters.com with SMTP; 2 Apr 2004 15:38:06 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm102.vmadmin.com with SMTP; 02 Apr 2004 09:40:18 -0600
X-ClientHost:
10611111009711610409711006410311111410011110119111114107115046099111109
X-MailingID: 307917
From: Extended Warranty Provider <ExtendedWarranty@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To:   errors@vmadmin.com
Reply-To: Extended Warranty Provider
<ExtendedWarranty307917@replies.virtumundo.com>
Subject: Do you need extended auto warranty coverage?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**AzoogleAds 1054 Centre St. Suite 214 Thornhill, ON l4j 8e5**

```
From ???@??? Wed Jun 29 16:38:26 2005
X-Persona: <Katie>
Return-Path: <mailcenter326607@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
     with SpamAssassin (2.63 2004-01-11);
     Wed, 22 Jun 2005 06:20:00 -0600
From: Exterior Specialist <ExteriorSpecialist@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Sears Siding: No more Summer painting!
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.6 required=3.0 tests=CLICK_BELOW,DATE_MISSING,
     GUARANTEED_STUFF,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,
     HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
     RCVD_IN_SBL,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT
     autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42B95770.E3682F68"
```

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  SEARS - Vinyl Siding, Eaves and Overhangs This Sears
  offer comes to you as a valued member of Virtumundo's permissioned
  network. SEARS - Vinyl Siding, Eaves and Overhangs
  URI:http://v1.cc/searsiding/topSears.gif [...]

Content analysis details:   (9.6 points, 3.0 required)

```
 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD   BODY: List removal information
 1.2 GUARANTEED_STUFF       BODY: Guaranteed Stuff
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.4 HTML_IMAGE_RATIO_08    BODY: HTML has a low ratio of text to image area
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE            URI: URL of page called "remove"
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                            [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
 0.0 CLICK_BELOW            Asks you to click below
```

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 27843 invoked from network); 22 Jun 2005 06:19:58 -0600
Received: from vm-180-218.vm-mail.com (206.82.180.218)
  by ehahome.com with SMTP; 22 Jun 2005 06:19:58 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-218.vm-mail.com with SMTP; 22 Jun 2005 07:19:58 -0500
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326607
From: Exterior Specialist <ExteriorSpecialist@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326607@vm-rewards.com>
Subject: Sears Siding: No more Summer painting!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Sears Siding
No.htm"
```

From ???@??? Wed Jun 29 16:38:26 2005
X-Persona: <Katie>
Return-Path: <mailcenter326607@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 22 Jun 2005 06:20:00 -0600
From: Exterior Specialist <ExteriorSpecialist@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Sears Siding: No more Summer painting!
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.6 required=3.0 tests=CLICK_BELOW,DATE_MISSING,
        GUARANTEED_STUFF,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,
        HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_SBL,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42B95770.E3682F68"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  SEARS - Vinyl Siding, Eaves and Overhangs This Sears
  offer comes to you as a valued member of Virtumundo's permissioned
  network. SEARS - Vinyl Siding, Eaves and Overhangs
  URI:http://v1.cc/searsiding/topSears.gif [...]

Content analysis details:   (9.6 points, 3.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD    BODY: List removal information
 1.2 GUARANTEED_STUFF        BODY: Guaranteed Stuff
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.1 HTML_60_70              BODY: Message is 60% to 70% HTML
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.4 HTML_IMAGE_RATIO_08     BODY: HTML has a low ratio of text to image area
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE             URI: URL of page called "remove"
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                             [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
 0.0 CLICK_BELOW             Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 27843 invoked from network); 22 Jun 2005 06:19:58 -0600
Received: from vm-180-218.vm-mail.com (206.82.180.218)
  by ehahome.com with SMTP; 22 Jun 2005 06:19:58 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-218.vm-mail.com with SMTP; 22 Jun 2005 07:19:58 -0500
X-ClientHost: 1070971161051010641011040971041111091010460991111109
X-MailingID: 326607
From: Exterior Specialist <ExteriorSpecialist@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter  <mailcenter+326607@vm-rewards.com>
Subject: Sears Siding: No more Summer painting!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Sears Siding
No.htm"
```

```
From ???@??? Thu Sep 22 09:47:38 2005
X-Persona: <Indi>
Return-Path: <mailcenter329941@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 21 Sep 2005 20:21:17 -0600
From: Exterior Specialist <ExteriorSpecialist@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
      GUARANTEED_STUFF,HTML_50_60,HTML_FONTCOLOR_BLUE,
      HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,RCVD_IN_SBL,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4332151D.C185A111"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  This Sears offer comes to you as a valued member of
  Virtumondo's permissioned network. Sears: Premium Vinyl Siding, Eaves
  and Overhangs URI:http://ogy.cc/8bitz/sidingemail_0305_01.gif
  URI:http://ogy.cc/8bitz/spacer.gif [...]

Content analysis details:   (9.3 points, 7.0 required)

```
 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD   BODY: List removal information
 1.2 GUARANTEED_STUFF       BODY: Guaranteed Stuff
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_FONTCOLOR_BLUE    BODY: HTML font color is blue
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.2 HTML_50_60             BODY: Message is 50% to 60% HTML
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE            URI: URL of page called "remove"
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                            [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
 0.0 CLICK_BELOW            Asks you to click below
```

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 20838 invoked from network); 21 Sep 2005 20:21:17 -0600
Received: from vm-182-133.vm-mail.com (206.82.182.133)
  by gordonworks.com with SMTP; 21 Sep 2005 20:21:16 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-133.vm-mail.com with SMTP; 21 Sep 2005 21:21:15 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 329941
From: Exterior Specialist <ExteriorSpecialist@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329941@vm-rewards.com>
Subject: Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Siding - m.htm"
```

From ???@??? Tue Oct 14 08:50:36 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <288075-27003>; Tue, 14 Oct 2003 11:21:44 -0400
Received: from vm220.vmadmin.com ([216.64.222.220]) by ams.ftl.affinity.com
with ESMTP id <249384-26993>; Tue, 14 Oct 2003 11:20:07 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm220.vmadmin.com with SMTP; 14 Oct 2003 10:20:03 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 163067
From: Fall Wireless Special <FallWirelessPhoneSpecial163067@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+163067@virtumundo.com>
Subject: Best Offer Yet! 2 FREE Color Screen Nokia phone plus you make $100s
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct14.112007-0400_edt.249384-26993+1727@ams.ftl.affinity.com>
Date:Tue, 14 Oct 2003 11:20:07 -0400



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Oct 14 08:50:36 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <3789959-1079>; Tue, 14 Oct 2003 11:21:44 -0400
Received: from vm220.vmadmin.com ([216.64.222.220]) by ams.ftl.affinity.com
with ESMTP id <3788764-19927>; Tue, 14 Oct 2003 11:20:06 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm220.vmadmin.com with SMTP; 14 Oct 2003 10:20:03 -0500
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 163067
From: Fall Wireless Special <FallWirelessPhoneSpecial163067@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+163067@virtumundo.com>
Subject: Best Offer Yet! 2 FREE Color Screen Nokia phone plus you make $100s
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct14.112006-0400_edt.3788764-19927+1792@ams.ftl.affinity.com>
Date:Tue, 14 Oct 2003 11:20:06 -0400
```



11828      two3595

tmo332

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at
`http://privacy.virtumundo.com/properties.html`) or you signed up with a party that has contracted with
Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or `go here`. To read
Virtumundo's privacy policy, go to `Privacy Policy`. The products and/or services advertised in this email are the sole
responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Oct 14 08:50:36 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <313825-19924>; Tue, 14 Oct 2003 11:21:44 -0400
Received: from vm220.vmadmin.com ([216.64.222.220]) by ams.ftl.affinity.com
with ESMTP id <3789959-27000>; Tue, 14 Oct 2003 11:20:05 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm220.vmadmin.com with SMTP; 14 Oct 2003 10:20:03 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 163067
From: Fall Wireless Special <FallWirelessPhoneSpecial163067@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+163067@virtumundo.com>
Subject: Best Offer Yet! 2 FREE Color Screen Nokia phone plus you make $100s
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct14.112005-0400_edt.3789959-27000+1669@ams.ftl.affinity.com>
Date:Tue, 14 Oct 2003 11:20:05 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Oct 14 08:49:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <296070-1139>; Tue, 14 Oct 2003 09:47:30 -0400
Received: from vm146.vmadmin.com ([216.64.222.146]) by ams.ftl.affinity.com
with ESMTP id <296124-1142>; Tue, 14 Oct 2003 09:46:51 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm146.vmadmin.com with SMTP; 14 Oct 2003 08:46:49 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 163067
From: Fall Wireless Special <FallWirelessPhoneSpecial163067@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Fall Wireless Special
<FallWirelessPhoneSpecial163067@replies.virtumundo.com>
Subject: Best Offer Yet! 2 FREE Color Screen Nokia phone plus you make $100s
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct14.094651-0400_edt.296124-1142+20731@ams.ftl.affinity.com>
Date:Tue, 14 Oct 2003 09:46:51 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Oct 14 08:50:36 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <3788764-1079>; Tue, 14 Oct
2003 11:21:44 -0400
Received: from vm220.vmadmin.com ([216.64.222.220]) by ams.ftl.affinity.com
with ESMTP id <316088-19931>; Tue, 14 Oct 2003 11:20:10 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm220.vmadmin.com with SMTP; 14 Oct 2003 10:20:03 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 163067
From: Fall Wireless Special <FallWirelessPhoneSpecial163067@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+163067@virtumundo.com>
Subject: Best Offer Yet! 2 FREE Color Screen Nokia phone plus you make $100s
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct14.112010-0400_edt.316088-19931+1709@ams.ftl.affinity.com>
Date:Tue, 14 Oct 2003 11:20:08 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Jun 19 17:11:16 2005
X-Persona: <Katie>
Return-Path: <mailcenter326310@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 15 Jun 2005 18:30:34 -0600
From: Family Health Plan  <FamilyHealthPlan@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Family health coverage for as low as $50/month
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42B0C82A.D7D895F7"
```

```
Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2577&e=katie@ehahome.com
  URI:http://ogy.cc/fhp/hsa_creativegif_r1_c1.jpg
  URI:http://redirect.virtumundo.com/ct?i'2577&e=katie@ehahome.com
  URI:http://ogy.cc/fhp/hsa_creativegif_r1_c2.jpg [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                   [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 25541 invoked from network); 15 Jun 2005 18:30:34 -0600
Received: from vm-180-200.vm-mail.com (206.82.180.200)
  by itdidnotendright.com with SMTP; 15 Jun 2005 18:30:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-200.vm-mail.com with SMTP; 15 Jun 2005 19:30:31 -0500
```

```
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 326310
From: Family Health Plan  <FamilyHealthPlan@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter  <mailcenter+326310@vm-rewards.com>
Subject: Family health coverage for as low as $50/month
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Family health
co.htm"
```

```
From ???@??? Sun Jun 19 17:11:16 2005
X-Persona: <Katie>
Return-Path: <mailcenter326310@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 15 Jun 2005 18:30:34 -0600
From: Family Health Plan  <FamilyHealthPlan@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Family health coverage for as low as $50/month
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42B0C82A.D7D895F7"
```

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2577&e=katie@ehahome.com
  URI:http://ogy.cc/fhp/hsa_creativegif_r1_c1.jpg
  URI:http://redirect.virtumundo.com/ct?i'2577&e=katie@ehahome.com
  URI:http://ogy.cc/fhp/hsa_creativegif_r1_c2.jpg [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name              description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                  [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 25541 invoked from network); 15 Jun 2005 18:30:34 -0600
Received: from vm-180-200.vm-mail.com (206.82.180.200)
  by itdidnotendright.com with SMTP; 15 Jun 2005 18:30:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-200.vm-mail.com with SMTP; 15 Jun 2005 19:30:31 -0500

```
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326310
From: Family Health Plan  <FamilyHealthPlan@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326310@vm-rewards.com>
Subject: Family health coverage for as low as $50/month
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Family health
co.htm"
```

```
From ???@??? Thu Jun 03 20:44:53 2004
Return-Path: <mailcenter308795@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 4173 invoked by uid 10003); 4 Jun 2004 02:20:11 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 4169 invoked from network); 4 Jun 2004 02:20:11 -0000
Received: from unknown (HELO vm091.vmadmin.com) (216.64.222.91)
  by ns48.webmasters.com with SMTP; 4 Jun 2004 02:20:11 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm091.vmadmin.com with SMTP; 03 Jun 2004 21:20:09 -0500
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 308795
From: Family Health Plan <FamilyHealthPlan@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Family Health Plan <FamilyHealthPlan308795@replies.virtumundo.com>
Subject: Health insurance - as low as $70/month
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Epromo, LLC. 3549 North University Ave., Provo, UT 84604

```
From ???@??? Thu Jun 03 20:44:53 2004
Return-Path: <mailcenter308795@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 4181 invoked by uid 10003); 4 Jun 2004 02:20:12 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 4178 invoked from network); 4 Jun 2004 02:20:11 -0000
Received: from unknown (HELO vm091.vmadmin.com) (216.64.222.91)
  by ns48.webmasters.com with SMTP; 4 Jun 2004 02:20:11 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm091.vmadmin.com with SMTP; 03 Jun 2004 21:20:09 -0500
X-ClientHost: 10609712106410311111410011110191111141071150460991111109
X-MailingID: 308795
From: Family Health Plan <FamilyHealthPlan@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Family Health Plan <FamilyHealthPlan308795@replies.virtumundo.com>
Subject: Health insurance - as low as $70/month
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Epromo, LLC. 3549 North University Ave., Provo, UT 84604

```
From ???@??? Thu Jun 03 20:44:53 2004
Return-Path: <mailcenter308795@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 4189 invoked by uid 10003); 4 Jun 2004 02:20:12 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 4186 invoked from network); 4 Jun 2004 02:20:12 -0000
Received: from unknown (HELO vm091.vmadmin.com) (216.64.222.91)
  by ns48.webmasters.com with SMTP; 4 Jun 2004 02:20:12 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm091.vmadmin.com with SMTP; 03 Jun 2004 21:20:09 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 308795
From: Family Health Plan <FamilyHealthPlan@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Family Health Plan <FamilyHealthPlan308795@replies.virtumundo.com>
Subject: Health insurance - as low as $70/month
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Epromo, LLC. 3549 North University Ave., Provo, UT 84604

```
From ???@??? Sun May 16 17:32:17 2004
Return-Path: <mailcenter308514@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 9980 invoked by uid 10003); 16 May 2004 22:35:13 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 9976 invoked from network); 16 May 2004 22:35:13 -0000
Received: from unknown (HELO vm116.vmadmin.com) (216.64.222.116)
  by ns48.webmasters.com with SMTP; 16 May 2004 22:35:13 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm116.vmadmin.com with SMTP; 16 May 2004 17:46:11 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911 1109
X-MailingID: 308514
From: Family Health Plan <FamilyHealthPlan@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Family Health Plan <FamilyHealthPlan308514@replies.virtumundo.com>
Subject: Health insurance - as low as $70/month
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Epromo, LLC. 3549 North University Ave., Provo, UT 84604

```
From ???@??? Sun May 16 17:32:16 2004
Return-Path: <mailcenter308514@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 9963 invoked by uid 10003); 16 May 2004 22:35:12 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 9960 invoked from network); 16 May 2004 22:35:12 -0000
Received: from unknown (HELO vm116.vmadmin.com) (216.64.222.116)
  by ns48.webmasters.com with SMTP; 16 May 2004 22:35:12 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm116.vmadmin.com with SMTP; 16 May 2004 17:46:11 -0500
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111 09
X-MailingID: 308514
From: Family Health Plan <FamilyHealthPlan@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Family Health Plan <FamilyHealthPlan308514@replies.virtumundo.com>
Subject: Health insurance - as low as $70/month
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





Epromo, LLC. 3549 North University Ave., Provo, UT 84604

```
From ???@??? Sun May 16 17:32:16 2004
Return-Path: <mailcenter308514@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 9971 invoked by uid 10003); 16 May 2004 22:35:13 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 9968 invoked from network); 16 May 2004 22:35:13 -0000
Received: from unknown (HELO vm116.vmadmin.com) (216.64.222.116)
  by ns48.webmasters.com with SMTP; 16 May 2004 22:35:13 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm116.vmadmin.com with SMTP; 16 May 2004 17:46:11 -0500
X-ClientHost: 10609712106410311114100111110191111141071150460991111109
X-MailingID: 308514
From: Family Health Plan <FamilyHealthPlan@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Family Health Plan <FamilyHealthPlan308514@replies.virtumundo.com>
Subject: Health insurance - as low as $70/month
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

Epromo, LLC. 3549 North University Ave., Provo, UT 84604

```
From ???@??? Thu May 13 15:33:07 2004
Return-Path: <mailcenter308438@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 30253 invoked by uid 10003); 13 May 2004 21:33:53 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 30250 invoked from network); 13 May 2004 21:33:53 -0000
Received: from unknown (HELO vm112.vmadmin.com) (216.64.222.112)
   by ns48.webmasters.com with SMTP; 13 May 2004 21:33:53 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm112.vmadmin.com with SMTP; 13 May 2004 16:44:15 -0500
X-ClientHost:
106097109105108097064103111114100111101191111141071150460991111109
X-MailingID: 308438
From: Family Health Plan <FamilyHealthPlan@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Family Health Plan <FamilyHealthPlan308438@replies.virtumundo.com>
Subject: Health insurance - as low as $70/month
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Epromo, LLC. 3549 North University Ave., Provo, UT 84604

```
From ???@??? Thu Jun 03 20:44:53 2004
Return-Path: <mailcenter308795@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 4164 invoked by uid 10003); 4 Jun 2004 02:20:11 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 4159 invoked from network); 4 Jun 2004 02:20:11 -0000
Received: from unknown (HELO vm091.vmadmin.com) (216.64.222.91)
  by ns48.webmasters.com with SMTP; 4 Jun 2004 02:20:11 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm091.vmadmin.com with SMTP; 03 Jun 2004 21:20:09 -0500
X-ClientHost: 10609710910111506410311111410011111101191111141071150460991111109
X-MailingID: 308795
From: Family Health Plan <FamilyHealthPlan@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Family Health Plan <FamilyHealthPlan308795@replies.virtumundo.com>
Subject: Health insurance - as low as $70/month
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Epromo, LLC. 3549 North University Ave., Provo, UT 84604

From ???@??? Sat Jul 09 10:29:50 2005
X-Persona: <Katie>
Return-Path: <mailcenter327177@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 08 Jul 2005 21:33:41 -0600
From: Family Health Plan <FamilyHealthPlan@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Health insurance - as low as $50/month
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=3.0 tests=DATE_MISSING,HTML_90_100,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42CF4595.70B5A7F3"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2997&e=katie@ehahome.com

URI:http://www.26redmarketing.com/emails/responder/http://v1.cc/fph_pl_files/s
pacer.gif
  URI:http://redirect.virtumundo.com/ct?i'2997&e=katie@ehahome.com

URI:http://www.26redmarketing.com/emails/responder/http://v1.cc/fph_pl_files/s
pacer.gif
  [...]

Content analysis details:   (9.3 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.1 HTML_90_100            BODY: Message is 90% to 100% HTML
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                 [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 17127 invoked from network); 8 Jul 2005 21:33:40 -0600
Received: from vm-181-240.vm-mail.com (206.82.181.240)
  by itdidnotendright.com with SMTP; 8 Jul 2005 21:33:40 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-240.vm-mail.com with SMTP; 08 Jul 2005 22:33:38 -0500
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 327177
From: Family Health Plan <FamilyHealthPlan@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+327177@vm-rewards.com>
Subject: Health insurance – as low as $50/month
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Health
insurance1.htm"
```

From ???@??? Wed Jul 06 10:19:12 2005
X-Persona: <Katie>
Return-Path: <mailcenter326893@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 05 Jul 2005 21:42:37 -0600
From: Family Health Plan <FamilyHealthPlan@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Health insurance – as low as $50/month
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=3.0 tests=DATE_MISSING,HTML_90_100,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42CB532D.5C5C6B00"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2846&e=katie@ehahome.com

URI:http://www.26redmarketing.com/emails/responder/http://v1.cc/fph_pl_files/s
pacer.gif
  URI:http://redirect.virtumundo.com/ct?i'2846&e=katie@ehahome.com

URI:http://www.26redmarketing.com/emails/responder/http://v1.cc/fph_pl_files/s
pacer.gif
  [...]

Content analysis details:   (9.3 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.1 HTML_90_100            BODY: Message is 90% to 100% HTML
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 24611 invoked from network); 5 Jul 2005 21:42:36 -0600
Received: from vm-182-12.vm-mail.com (206.82.182.12)
  by gordonworks.com with SMTP; 5 Jul 2005 21:42:35 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-12.vm-mail.com with SMTP; 05 Jul 2005 22:41:34 -0500
X-ClientHost: 1070971161051010641011040971041111109101046099111109
X-MailingID: 326893
From: Family Health Plan <FamilyHealthPlan@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326893@vm-rewards.com>
Subject: Health insurance – as low as $50/month
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Health
insurance.htm"
```

```
From ???@??? Wed Jul 06 10:19:12 2005
X-Persona: <Katie>
Return-Path: <mailcenter326893@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
     with SpamAssassin (2.63 2004-01-11);
     Tue, 05 Jul 2005 21:42:37 -0600
From: Family Health Plan <FamilyHealthPlan@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Health insurance - as low as $50/month
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=3.0 tests=DATE_MISSING,HTML_90_100,
     HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
     MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
     autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42CB532D.5C5C6B00"
```

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2846&e=katie@ehahome.com

URI:http://www.26redmarketing.com/emails/responder/http://v1.cc/fph_pl_files/s
pacer.gif
   URI:http://redirect.virtumundo.com/ct?i'2846&e=katie@ehahome.com

URI:http://www.26redmarketing.com/emails/responder/http://v1.cc/fph_pl_files/s
pacer.gif
   [...]

Content analysis details:   (9.3 points, 3.0 required)

 pts rule name               description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 1.1 HTML_90_100             BODY: Message is 90% to 100% HTML
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                  [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 24611 invoked from network); 5 Jul 2005 21:42:36 -0600
Received: from vm-182-12.vm-mail.com (206.82.182.12)
  by gordonworks.com with SMTP; 5 Jul 2005 21:42:35 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-12.vm-mail.com with SMTP; 05 Jul 2005 22:41:34 -0500
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 326893
From: Family Health Plan <FamilyHealthPlan@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326893@vm-rewards.com>
Subject: Health insurance – as low as $50/month
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Health
insurance.htm"
```

From ???@??? Sat Jul 09 10:29:50 2005
X-Persona: <Katie>
Return-Path: <mailcenter327177@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Fri, 08 Jul 2005 21:33:41 -0600
From: Family Health Plan <FamilyHealthPlan@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Health insurance - as low as $50/month
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=3.0 tests=DATE_MISSING,HTML_90_100,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42CF4595.70B5A7F3"

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2997&e=katie@ehahome.com

URI:http://www.26redmarketing.com/emails/responder/http://v1.cc/fph_pl_files/s
pacer.gif
   URI:http://redirect.virtumundo.com/ct?i'2997&e=katie@ehahome.com

URI:http://www.26redmarketing.com/emails/responder/http://v1.cc/fph_pl_files/s
pacer.gif
   [...]

Content analysis details:   (9.3 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.1 HTML_90_100            BODY: Message is 90% to 100% HTML
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 17127 invoked from network); 8 Jul 2005 21:33:40 -0600
Received: from vm-181-240.vm-mail.com (206.82.181.240)
  by itdidnotendright.com with SMTP; 8 Jul 2005 21:33:40 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-240.vm-mail.com with SMTP; 08 Jul 2005 22:33:38 -0500
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 327177
From: Family Health Plan <FamilyHealthPlan@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+327177@vm-rewards.com>
Subject: Health insurance – as low as $50/month
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Health
insurance1.htm"
```

```
From ???@??? Tue Oct 28 23:45:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <217229-31082>; Wed, 29 Oct 2003 01:11:26 -0500
Received: from vl208-39.vmlocal.com ([216.21.208.39]) by ams.ftl.affinity.com
with ESMTP id <218705-31090>; Wed, 29 Oct 2003 01:11:03 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-39.vmlocal.com with SMTP; 29 Oct 2003 00:11:00 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 180693
From: Family Vacations <FamilyVacations180693@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Family Vacations <FamilyVacations180693@vmlocal.com>
Subject: Save Your Sanity with these Family Vacation Links
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.011103-0500_est.218705-31090+13192@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 01:11:02 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**
Message sent Wed Oct 29 00:10:04 CST 2003

```
From ???@??? Wed Jan 28 11:45:17 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <331860-15793>; Wed, 28 Jan
2004 12:02:43 -0500
Received: from vm208-55.adknow-net.com ([216.21.208.55]) by
ams.ftl.affinity.com with ESMTP id <332059-16014>; Wed, 28 Jan 2004 12:01:25
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-55.adknow-net.com with SMTP; 28 Jan 2004 11:01:16 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 352363
From: Family Vacations <FamilyVacations@adknow-net.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return352363@replies.adknow-net.com
Subject: Save Your Sanity with these Family Vacation Links
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan28.120125-0500_est.332059-16014+1197@ams.ftl.affinity.com>
Date:Wed, 28 Jan 2004 12:01:25 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Jan 28 11:45:17 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <331858-16023>; Wed, 28 Jan 2004 12:02:43 -0500
Received: from vm208-55.adknow-net.com ([216.21.208.55]) by
ams.ftl.affinity.com with ESMTP id <332053-16025>; Wed, 28 Jan 2004 12:01:24
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-55.adknow-net.com with SMTP; 28 Jan 2004 11:01:16 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 352363
From: Family Vacations <FamilyVacations@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return352363@replies.adknow-net.com
Subject: Save Your Sanity with these Family Vacation Links
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan28.120124-0500_est.332053-16025+1106@ams.ftl.affinity.com>
Date:Wed, 28 Jan 2004 12:01:24 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Jan 28 19:22:45 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <317400-24927>; Wed, 28 Jan 2004 20:42:06 -0500
Received: from vm208-67.adknow-net.com ([216.21.208.67]) by
ams.ftl.affinity.com with ESMTP id <319132-24935>; Wed, 28 Jan 2004 20:40:35
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-67.adknow-net.com with SMTP; 28 Jan 2004 19:40:35 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 352895
From: Family Vacations <FamilyVacations@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return352895@replies.adknow-net.com
Subject: Save Your Sanity with these Family Vacation Links
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan28.204035-0500_est.319132-24935+7779@ams.ftl.affinity.com>
Date:Wed, 28 Jan 2004 20:40:35 -0500
```



**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Feb 07 18:45:01 2006
Return-Path: <mailcenter337250@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 32323 invoked from network); 5 Feb 2006 13:33:11 -0600
Received: from vm-182-75.vm-mail.com (206.82.182.75)
  by omniinnovations.com with SMTP; 5 Feb 2006 13:33:10 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-75.vm-mail.com with SMTP; 05 Feb 2006 13:32:54 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 337250
From: Fashion Design & Marketing
<ProfessionalFashionDesignerMarketing@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337250@vm-rewards.com>
Subject: Do you really want to be a fashion designer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Tue Feb 07 18:45:01 2006
Return-Path: <mailcenter337250@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 993 invoked from network); 5 Feb 2006 13:33:12 -0600
Received: from vm-182-75.vm-mail.com (206.82.182.75)
  by omniinnovations.com with SMTP; 5 Feb 2006 13:33:11 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-75.vm-mail.com with SMTP; 05 Feb 2006 13:32:54 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 337250
From: Fashion Design & Marketing
<ProfessionalFashionDesignerMarketing@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337250@vm-rewards.com>
Subject: Do you really want to be a fashion designer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404**

**If you can not see our footer image, please** visit here.

```
From ???@??? Tue Feb 07 18:45:01 2006
Return-Path: <mailcenter337250@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 2339 invoked from network); 5 Feb 2006 13:33:13 -0600
Received: from vm-182-75.vm-mail.com (206.82.182.75)
  by omniinnovations.com with SMTP; 5 Feb 2006 13:33:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-75.vm-mail.com with SMTP; 05 Feb 2006 13:32:54 -0600
X-ClientHost: 1161060640971101161041111012109910110116114097108046099111109
X-MailingID: 337250
From: Fashion Design & Marketing
<ProfessionalFashionDesignerMarketing@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337250@vm-rewards.com>
Subject: Do you really want to be a fashion designer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Tue Feb 07 18:45:00 2006
Return-Path: <mailcenter337250@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 30882 invoked from network); 5 Feb 2006 13:33:09 -0600
Received: from vm-182-75.vm-mail.com (206.82.182.75)
   by omniinnovations.com with SMTP; 5 Feb 2006 13:33:07 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-75.vm-mail.com with SMTP; 05 Feb 2006 13:32:54 -0600
X-ClientHost:
0971101160640971101161041111012109910111011611409710804609911109
X-MailingID: 337250
From: Fashion Design & Marketing
<ProfessionalFashionDesignerMarketing@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337250@vm-rewards.com>
Subject: Do you really want to be a fashion designer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Mon Feb 06 11:00:31 2006
X-Persona: <Jay>
Return-Path: <mailcenter337250@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 11108 invoked from network); 5 Feb 2006 13:22:07 -0600
Received: from vm-177-108.vm-mail.com (206.82.177.108)
  by gordonworks.com with SMTP; 5 Feb 2006 13:22:07 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-108.vm-mail.com with SMTP; 05 Feb 2006 13:21:55 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 337250
From: Fashion Design & Marketing
<ProfessionalFashionDesignerMarketing@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337250@vm-rewards.com>
Subject: Do you really want to be a fashion designer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404**

**If you can not see our footer image, please** visit here.

```
From ???@??? Mon Feb 06 09:39:26 2006
X-Persona: <Jon>
Return-Path: <mailcenter337250@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 11270 invoked from network); 5 Feb 2006 13:22:07 -0600
Received: from vm-177-20.vm-mail.com (206.82.177.20)
  by gnwalpha.org with SMTP; 5 Feb 2006 13:22:07 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-20.vm-mail.com with SMTP; 05 Feb 2006 13:21:55 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 337250
From: Fashion Design & Marketing
<ProfessionalFashionDesignerMarketing@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337250@vm-rewards.com>
Subject: Do you really want to be a fashion designer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Mon Feb 06 09:31:56 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter337250@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 24321 invoked from network); 5 Feb 2006 13:21:38 -0600
Received: from vm-177-71.vm-mail.com (206.82.177.71)
  by omniinnovations.com with SMTP; 5 Feb 2006 13:21:37 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-71.vm-mail.com with SMTP; 05 Feb 2006 13:21:26 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 337250
From: Fashion Design & Marketing
<ProfessionalFashionDesignerMarketing@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337250@vm-rewards.com>
Subject: Do you really want to be a fashion designer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





**Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404**

If you can not see our footer image, please visit here.

```
From ???@??? Mon Feb 06 09:30:33 2006
X-Persona: <Celia>
Return-Path: <mailcenter337250@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 21312 invoked from network); 5 Feb 2006 13:40:36 -0600
Received: from vm-180-170.vm-mail.com (206.82.180.170)
  by jaycelia.com with SMTP; 5 Feb 2006 13:40:36 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-170.vm-mail.com with SMTP; 05 Feb 2006 13:40:24 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 337250
From: Fashion Design & Marketing
<ProfessionalFashionDesignerMarketing@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337250@vm-rewards.com>
Subject: Do you really want to be a fashion designer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63
```



**Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Mon Feb 06 07:26:31 2006
X-Persona: <Mila>
Return-Path: <mailcenter337250@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 8229 invoked from network); 5 Feb 2006 13:22:04 -0600
Received: from vm-177-111.vm-mail.com (206.82.177.111)
   by jammtomm.com with SMTP; 5 Feb 2006 13:22:04 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-111.vm-mail.com with SMTP; 05 Feb 2006 13:21:52 -0600
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 337250
From: Fashion Design & Marketing
<ProfessionalFashionDesignerMarketing@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337250@vm-rewards.com>
Subject: Do you really want to be a fashion designer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404

If you can not see our footer image, please visit here.

From ???@??? Sun Feb 05 12:12:05 2006
X-Persona: <RCW>
Return-Path: <mailcenter337250@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 16992 invoked from network); 5 Feb 2006 13:45:27 -0600
Received: from vm-177-69.vm-mail.com (206.82.177.69)
  by omniinnovations.com with SMTP; 5 Feb 2006 13:45:27 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-69.vm-mail.com with SMTP; 05 Feb 2006 13:45:15 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 337250
From: Fashion Design & Marketing
<ProfessionalFashionDesignerMarketing@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337250@vm-rewards.com>
Subject: Do you really want to be a fashion designer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit





---

 Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404

If you can not see our footer image, please visit here.

From ???@??? Mon Jan 30 15:54:37 2006
X-Persona: <RCW>
Return-Path: <mailcenter334067@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 9793 invoked from network); 3 Jan 2006 16:42:20 -0600
Received: from vm-181-35.vm-mail.com (206.82.181.35)
  by itdidnotendright.com with SMTP; 3 Jan 2006 16:42:20 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-35.vm-mail.com with SMTP; 03 Jan 2006 16:42:08 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 334067
From: Fashion Design & Marketing
<ProfessionalFashionDesignerMarketing@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334067@vm-rewards.com>
Subject: Do you really want to be a fashion designer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit





Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404



If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 20:13:49 2006
X-Persona: <Jay>
Return-Path: <mailcenter334067@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 28163 invoked from network); 3 Jan 2006 16:12:02 -0600
Received: from vm-181-225.vm-mail.com (206.82.181.225)
   by rcw19190020.com with SMTP; 3 Jan 2006 16:11:59 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-225.vm-mail.com with SMTP; 03 Jan 2006 16:11:48 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 334067
From: Fashion Design & Marketing
<ProfessionalFashionDesignerMarketing@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334067@vm-rewards.com>
Subject: Do you really want to be a fashion designer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63
```



**Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404**

**If you can not see our footer image, please** <u>visit here</u>.

```
From ???@??? Tue Jan 03 20:08:09 2006
X-Persona: <Jon>
Return-Path: <mailcenter334067@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 28130 invoked from network); 3 Jan 2006 16:12:02 -0600
Received: from vm-181-11.vm-mail.com (206.82.181.11)
  by ehahome.com with SMTP; 3 Jan 2006 16:11:59 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-11.vm-mail.com with SMTP; 03 Jan 2006 16:11:49 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 334067
From: Fashion Design & Marketing
<ProfessionalFashionDesignerMarketing@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334067@vm-rewards.com>
Subject: Do you really want to be a fashion designer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 19:57:06 2006
X-Persona: <Mila>
Return-Path: <mailcenter334067@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 20834 invoked from network); 3 Jan 2006 16:11:56 -0600
Received: from vm-181-137.vm-mail.com (206.82.181.137)
  by jaykaysplace.com with SMTP; 3 Jan 2006 16:11:56 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-137.vm-mail.com with SMTP; 03 Jan 2006 16:11:44 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 334067
From: Fashion Design & Marketing
<ProfessionalFashionDesignerMarketing@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334067@vm-rewards.com>
Subject: Do you really want to be a fashion designer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 19:52:37 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter334067@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 20003 invoked from network); 3 Jan 2006 16:11:00 -0600
Received: from vm-181-54.vm-mail.com (206.82.181.54)
  by chiefmusician.net with SMTP; 3 Jan 2006 16:10:58 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-54.vm-mail.com with SMTP; 03 Jan 2006 16:10:45 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 334067
From: Fashion Design & Marketing
<ProfessionalFashionDesignerMarketing@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334067@vm-rewards.com>
Subject: Do you really want to be a fashion designer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





 Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 19:16:40 2006
Return-Path: <mailcenter334067@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 31362 invoked from network); 3 Jan 2006 16:04:46 -0600
Received: from vm-177-26.vm-mail.com (206.82.177.26)
   by itdidnotendright.com with SMTP; 3 Jan 2006 16:04:45 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-26.vm-mail.com with SMTP; 03 Jan 2006 16:04:30 -0600
X-ClientHost:
1001011190971211101010640971101161041111012109910110116114097108046099111109
X-MailingID: 334067
From: Fashion Design & Marketing
<ProfessionalFashionDesignerMarketing@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334067@vm-rewards.com>
Subject: Do you really want to be a fashion designer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 19:16:40 2006
Return-Path: <mailcenter334067@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 30722 invoked from network); 3 Jan 2006 16:04:45 -0600
Received: from vm-177-26.vm-mail.com (206.82.177.26)
  by itdidnotendright.com with SMTP; 3 Jan 2006 16:04:45 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-26.vm-mail.com with SMTP; 03 Jan 2006 16:04:30 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 334067
From: Fashion Design & Marketing
<ProfessionalFashionDesignerMarketing@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334067@vm-rewards.com>
Subject: Do you really want to be a fashion designer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 19:16:40 2006
Return-Path: <mailcenter334067@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 30209 invoked from network); 3 Jan 2006 16:04:44 -0600
Received: from vm-177-26.vm-mail.com (206.82.177.26)
   by itdidnotendright.com with SMTP; 3 Jan 2006 16:04:44 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-26.vm-mail.com with SMTP; 03 Jan 2006 16:04:30 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 334067
From: Fashion Design & Marketing
<ProfessionalFashionDesignerMarketing@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334067@vm-rewards.com>
Subject: Do you really want to be a fashion designer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 19:16:40 2006
Return-Path: <mailcenter334067@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 31879 invoked from network); 3 Jan 2006 16:04:47 -0600
Received: from vm-177-26.vm-mail.com (206.82.177.26)
  by itdidnotendright.com with SMTP; 3 Jan 2006 16:04:46 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-26.vm-mail.com with SMTP; 03 Jan 2006 16:04:30 -0600
X-ClientHost:
11509711010012106409711011610411110121099101110116114097108046099111109
X-MailingID: 334067
From: Fashion Design & Marketing
<ProfessionalFashionDesignerMarketing@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334067@vm-rewards.com>
Subject: Do you really want to be a fashion designer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Tue Jan 03 19:16:40 2006
Return-Path: <mailcenter334067@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 1122 invoked from network); 3 Jan 2006 16:04:48 -0600
Received: from vm-177-26.vm-mail.com (206.82.177.26)
   by itdidnotendright.com with SMTP; 3 Jan 2006 16:04:47 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-26.vm-mail.com with SMTP; 03 Jan 2006 16:04:30 -0600
X-ClientHost: 1161060640971101161041111012109910110116114097108046099111109
X-MailingID: 334067
From: Fashion Design & Marketing
<ProfessionalFashionDesignerMarketing@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334067@vm-rewards.com>
Subject: Do you really want to be a fashion designer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 19:03:02 2006
X-Persona: <Celia>
Return-Path: <mailcenter334067@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 14051 invoked from network); 3 Jan 2006 16:25:28 -0600
Received: from vm-180-152.vm-mail.com (206.82.180.152)
  by gnwalpha.org with SMTP; 3 Jan 2006 16:25:27 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-152.vm-mail.com with SMTP; 03 Jan 2006 16:25:16 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 334067
From: Fashion Design & Marketing
<ProfessionalFashionDesignerMarketing@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334067@vm-rewards.com>
Subject: Do you really want to be a fashion designer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 18:45:01 2006
Return-Path: <mailcenter337250@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 31457 invoked from network); 5 Feb 2006 13:33:10 -0600
Received: from vm-182-75.vm-mail.com (206.82.182.75)
   by omniinnovations.com with SMTP; 5 Feb 2006 13:33:09 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-75.vm-mail.com with SMTP; 05 Feb 2006 13:32:54 -0600
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 337250
From: Fashion Design & Marketing
<ProfessionalFashionDesignerMarketing@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337250@vm-rewards.com>
Subject: Do you really want to be a fashion designer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404

If you can not see our footer image, please visit here.

From ???@??? Fri May 12 22:32:15 2006
X-Persona: <Mila>
Return-Path: <mailcenter347652@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 30048 invoked from network); 8 May 2006 06:53:13 -0600
Received: from vm-187-220.vm-mail.com (206.82.187.220)
  by clrobin.com with SMTP; 8 May 2006 06:53:13 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-220.vm-mail.com with SMTP; 08 May 2006 07:53:13 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 347652
From: Fashion Design School <FashionDesignSchool@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347652@vm-rewards.com>
Subject: Put your fashion career center stage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=BAYES_90,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63


Images not loading? View this offer by visiting this link



Prepare for a career with style 

---

QuinStreet, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Mon May 08 13:07:14 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347652@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 27297 invoked from network); 8 May 2006 06:49:44 -0600
Received: from vm-185-21.vm-mail.com (206.82.185.21)
  by omniinnovations.com with SMTP; 8 May 2006 06:49:44 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-21.vm-mail.com with SMTP; 08 May 2006 07:49:43 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 347652
From: Fashion Design School <FashionDesignSchool@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347652@vm-rewards.com>
Subject: Put your fashion career center stage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.6 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link





Prepare for a career with style 

---

QuinStreet, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

From ???@??? Mon May 08 13:07:14 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347652@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 28192 invoked from network); 8 May 2006 06:49:45 -0600
Received: from vm-185-21.vm-mail.com (206.82.185.21)
  by omniinnovations.com with SMTP; 8 May 2006 06:49:45 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-21.vm-mail.com with SMTP; 08 May 2006 07:49:43 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 347652
From: Fashion Design School <FashionDesignSchool@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347652@vm-rewards.com>
Subject: Put your fashion career center stage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.6 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,HTML_IMAGE_ONLY_04,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
       version=2.63

Images not loading? View this offer by visiting this link





Prepare for a career with style

QuinStreet, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Mon May 08 13:07:14 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347652@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 28972 invoked from network); 8 May 2006 06:49:46 -0600
Received: from vm-185-21.vm-mail.com (206.82.185.21)
  by omniinnovations.com with SMTP; 8 May 2006 06:49:46 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-21.vm-mail.com with SMTP; 08 May 2006 07:49:43 -0500
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710804609911109
X-MailingID: 347652
From: Fashion Design School <FashionDesignSchool@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347652@vm-rewards.com>
Subject: Put your fashion career center stage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.6 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link





Prepare for a career with style

---

 **QuinStreet, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please visit here.**

From ???@??? Mon May 08 13:07:14 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347652@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 29696 invoked from network); 8 May 2006 06:49:47 -0600
Received: from vm-185-21.vm-mail.com (206.82.185.21)
  by omniinnovations.com with SMTP; 8 May 2006 06:49:47 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-21.vm-mail.com with SMTP; 08 May 2006 07:49:43 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 347652
From: Fashion Design School <FashionDesignSchool@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347652@vm-rewards.com>
Subject: Put your fashion career center stage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.6 required=7.0 tests=DATE_MISSING,
    HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,HTML_IMAGE_ONLY_04,
    HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
    version=2.63

Images not loading? View this offer by visiting this link





Prepare for a career with style

---

QuinStreet, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

From ???@??? Mon May 08 13:07:14 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347652@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 30469 invoked from network); 8 May 2006 06:49:48 -0600
Received: from vm-185-21.vm-mail.com (206.82.185.21)
  by omniinnovations.com with SMTP; 8 May 2006 06:49:48 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-21.vm-mail.com with SMTP; 08 May 2006 07:49:43 -0500
X-ClientHost: 1161060640971101161041111012109910111011611409710804609911109
X-MailingID: 347652
From: Fashion Design School <FashionDesignSchool@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347652@vm-rewards.com>
Subject: Put your fashion career center stage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.6 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63


Images not loading? View this offer by visiting this link



Prepare for a career with style 

 QuinStreet, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Mon May 08 12:54:26 2006
X-Persona: <Jay>
Return-Path: <mailcenter347652@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 9665 invoked from network); 8 May 2006 06:53:36 -0600
Received: from vm-187-111.vm-mail.com (206.82.187.111)
   by jaykaysplace.com with SMTP; 8 May 2006 06:53:28 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-187-111.vm-mail.com with SMTP; 08 May 2006 07:53:25 -0500
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 347652
From: Fashion Design School <FashionDesignSchool@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347652@vm-rewards.com>
Subject: Put your fashion career center stage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.6 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



Prepare for a career with style

QuinStreet, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Mon May 08 12:50:15 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter347652@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 14786 invoked from network); 8 May 2006 06:51:24 -0600
Received: from vm-187-186.vm-mail.com (206.82.187.186)
  by anthonycentral.com with SMTP; 8 May 2006 06:51:24 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-186.vm-mail.com with SMTP; 08 May 2006 07:51:23 -0500
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 347652
From: Fashion Design School <FashionDesignSchool@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347652@vm-rewards.com>
Subject: Put your fashion career center stage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



Prepare for a career with style

QuinStreet, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Mon May 08 12:46:39 2006
X-Persona: <Celia>
Return-Path: <mailcenter347652@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 28674 invoked from network); 8 May 2006 07:29:20 -0600
Received: from vm-185-77.vm-mail.com (206.82.185.77)
  by itdidnotendright.com with SMTP; 8 May 2006 07:29:18 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-77.vm-mail.com with SMTP; 08 May 2006 08:29:17 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 347652
From: Fashion Design School <FashionDesignSchool@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347652@vm-rewards.com>
Subject: Put your fashion career center stage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,HTML_IMAGE_ONLY_04,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Prepare for a career with style

QuinStreet, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Mon May 08 08:03:00 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter347652@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 7777 invoked from network); 8 May 2006 06:53:34 -0600
Received: from vm-187-79.vm-mail.com (206.82.187.79)
  by anthonycentral.com with SMTP; 8 May 2006 06:53:33 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-79.vm-mail.com with SMTP; 08 May 2006 07:53:25 -0500
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 347652
From: Fashion Design School <FashionDesignSchool@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347652@vm-rewards.com>
Subject: Put your fashion career center stage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Prepare for a career with style

---

**QuinStreet, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Apr 27 13:05:19 2006
X-Persona: <Mila>
Return-Path: <mailcenter346120@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 14624 invoked from network); 27 Apr 2006 07:20:04 -0600
Received: from vm-185-140.vm-mail.com (206.82.185.140)
   by chiefmusician.net with SMTP; 27 Apr 2006 07:20:03 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-140.vm-mail.com with SMTP; 27 Apr 2006 08:20:02 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 346120
From: Fashion Design School <FashionDesignSchool@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346120@vm-rewards.com>
Subject: Put your fashion career center stage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=BAYES_90,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63


Images not loading? View this offer by visiting this link



Prepare for a career with style 

---

QuinStreet, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

From ???@??? Thu Apr 27 08:27:55 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346120@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 21184 invoked from network); 27 Apr 2006 07:06:42 -0600
Received: from vm-186-212.vm-mail.com (206.82.186.212)
  by jaycelia.com with SMTP; 27 Apr 2006 07:06:40 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-212.vm-mail.com with SMTP; 27 Apr 2006 08:06:40 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 346120
From: Fashion Design School <FashionDesignSchool@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346120@vm-rewards.com>
Subject: Put your fashion career center stage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.6 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63


Images not loading? View this offer by visiting this link





Prepare for a career with style

---

QuinStreet, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

From ???@??? Thu Apr 27 08:27:55 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346120@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 22753 invoked from network); 27 Apr 2006 07:06:43 -0600
Received: from vm-186-212.vm-mail.com (206.82.186.212)
  by jaycelia.com with SMTP; 27 Apr 2006 07:06:43 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-212.vm-mail.com with SMTP; 27 Apr 2006 08:06:40 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 346120
From: Fashion Design School <FashionDesignSchool@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346120@vm-rewards.com>
Subject: Put your fashion career center stage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.6 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63

Images not loading? View this offer by visiting this link





Prepare for a career with style

---

QuinStreet, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

From ???@??? Thu Apr 27 08:27:55 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346120@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 21890 invoked from network); 27 Apr 2006 07:06:43 -0600
Received: from vm-186-212.vm-mail.com (206.82.186.212)
  by jaycelia.com with SMTP; 27 Apr 2006 07:06:42 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-212.vm-mail.com with SMTP; 27 Apr 2006 08:06:40 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 346120
From: Fashion Design School <FashionDesignSchool@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346120@vm-rewards.com>
Subject: Put your fashion career center stage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.6 required=7.0 tests=DATE_MISSING,
    HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,HTML_IMAGE_ONLY_04,
    HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
    version=2.63


Images not loading? View this offer by visiting this link





Prepare for a career with style

---

QuinStreet, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

From ???@??? Thu Apr 27 08:27:55 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346120@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 26211 invoked from network); 27 Apr 2006 07:06:48 -0600
Received: from vm-186-212.vm-mail.com (206.82.186.212)
  by jaycelia.com with SMTP; 27 Apr 2006 07:06:47 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-212.vm-mail.com with SMTP; 27 Apr 2006 08:06:40 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 346120
From: Fashion Design School <FashionDesignSchool@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346120@vm-rewards.com>
Subject: Put your fashion career center stage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.6 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63

Images not loading? View this offer by visiting this link





Prepare for a career with style

QuinStreet, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

From ???@??? Thu Apr 27 08:27:55 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346120@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 27682 invoked from network); 27 Apr 2006 07:06:52 -0600
Received: from vm-186-212.vm-mail.com (206.82.186.212)
  by jaycelia.com with SMTP; 27 Apr 2006 07:06:51 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-212.vm-mail.com with SMTP; 27 Apr 2006 08:06:40 -0500
X-ClientHost: 11610606409711011610411111012109910111011611409710804609911109
X-MailingID: 346120
From: Fashion Design School <FashionDesignSchool@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346120@vm-rewards.com>
Subject: Put your fashion career center stage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.6 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63


Images not loading? View this offer by visiting this link



Prepare for a career with style 

---

QuinStreet, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 27 08:21:30 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter346120@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 20707 invoked from network); 27 Apr 2006 07:20:14 -0600
Received: from vm-185-43.vm-mail.com (206.82.185.43)
   by itdidnotendright.com with SMTP; 27 Apr 2006 07:20:14 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-43.vm-mail.com with SMTP; 27 Apr 2006 08:20:13 -0500
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 346120
From: Fashion Design School <FashionDesignSchool@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346120@vm-rewards.com>
Subject: Put your fashion career center stage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Prepare for a career with style 

---

QuinStreet, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

From ???@??? Thu Apr 27 08:06:57 2006
X-Persona: <Jay>
Return-Path: <mailcenter346120@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 19776 invoked from network); 27 Apr 2006 07:20:13 -0600
Received: from vm-185-120.vm-mail.com (206.82.185.120)
  by clrobin.com with SMTP; 27 Apr 2006 07:20:13 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-120.vm-mail.com with SMTP; 27 Apr 2006 08:20:12 -0500
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 346120
From: Fashion Design School <FashionDesignSchool@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346120@vm-rewards.com>
Subject: Put your fashion career center stage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.6 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,HTML_IMAGE_ONLY_04,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63


Images not loading? View this offer by visiting this link



Prepare for a career with style 

---

QuinStreet, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

From ???@??? Thu Apr 27 08:02:16 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter346120@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 24677 invoked from network); 27 Apr 2006 07:18:00 -0600
Received: from vm-185-120.vm-mail.com (206.82.185.120)
  by anthonycentral.com with SMTP; 27 Apr 2006 07:17:59 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-120.vm-mail.com with SMTP; 27 Apr 2006 08:17:58 -0500
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460991111109
X-MailingID: 346120
From: Fashion Design School <FashionDesignSchool@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346120@vm-rewards.com>
Subject: Put your fashion career center stage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



Prepare for a career with style

QuinStreet, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 27 08:01:31 2006
X-Persona: <Jon>
Return-Path: <mailcenter346120@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 20707 invoked from network); 27 Apr 2006 07:20:14 -0600
Received: from vm-185-43.vm-mail.com (206.82.185.43)
  by itdidnotendright.com with SMTP; 27 Apr 2006 07:20:14 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-43.vm-mail.com with SMTP; 27 Apr 2006 08:20:13 -0500
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 346120
From: Fashion Design School <FashionDesignSchool@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346120@vm-rewards.com>
Subject: Put your fashion career center stage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Prepare for a career with style 

---

QuinStreet, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 27 07:58:50 2006
X-Persona: <Celia>
Return-Path: <mailcenter346120@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 8193 invoked from network); 27 Apr 2006 08:31:30 -0600
Received: from vm-186-221.vm-mail.com (206.82.186.221)
  by omniinnovations.com with SMTP; 27 Apr 2006 08:31:27 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-221.vm-mail.com with SMTP; 27 Apr 2006 09:31:09 -0500
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 346120
From: Fashion Design School <FashionDesignSchool@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346120@vm-rewards.com>
Subject: Put your fashion career center stage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Prepare for a career with style 

---

QuinStreet, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

From ???@??? Tue Mar 07 19:15:16 2006
X-Persona: <Mila>
Return-Path: <mailcenter339562@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 5542 invoked from network); 7 Mar 2006 03:03:34 -0600
Received: from vm-180-114.vm-mail.com (206.82.180.114)
  by anthonycentral.com with SMTP; 7 Mar 2006 03:03:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-114.vm-mail.com with SMTP; 07 Mar 2006 03:03:22 -0600
X-ClientHost: 1091051080970641060971091091161111091090460991111 09
X-MailingID: 339562
From: Fashion Design School <FashionDesignSchool@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339562@vm-rewards.com>
Subject: Put your fashion career center stage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63


Images not loading? View this offer by visiting this link



Prepare for a career with style 

---

QuinStreet, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Tue Mar 07 16:08:04 2006
X-Persona: <Jay>
Return-Path: <mailcenter339562@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 11523 invoked from network); 7 Mar 2006 03:03:43 -0600
Received: from vm-180-41.vm-mail.com (206.82.180.41)
  by ehahome.com with SMTP; 7 Mar 2006 03:03:42 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-41.vm-mail.com with SMTP; 07 Mar 2006 03:03:29 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 339562
From: Fashion Design School <FashionDesignSchool@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339562@vm-rewards.com>
Subject: Put your fashion career center stage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Prepare for a career with style 

---

QuinStreet, 1051 E. Hillsdale Avenue, Foster City, CA 94404

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Mar 07 16:06:14 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter339562@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 12521 invoked from network); 7 Mar 2006 03:02:55 -0600
Received: from vm-180-236.vm-mail.com (206.82.180.236)
  by jaycelia.com with SMTP; 7 Mar 2006 03:02:53 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-236.vm-mail.com with SMTP; 07 Mar 2006 03:02:27 -0600
X-ClientHost:
10610510906410511610010510010111111610111010011410510310411604609911109
X-MailingID: 339562
From: Fashion Design School <FashionDesignSchool@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339562@vm-rewards.com>
Subject:  Put your fashion career center stage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



Prepare for a career with style

**QuinStreet, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Mar 07 16:05:17 2006
X-Persona: <Celia>
Return-Path: <mailcenter339562@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 24546 invoked from network); 7 Mar 2006 04:13:39 -0600
Received: from vm-180-165.vm-mail.com (206.82.180.165)
   by ehahome.com with SMTP; 7 Mar 2006 04:13:39 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-165.vm-mail.com with SMTP; 07 Mar 2006 04:13:27 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 339562
From: Fashion Design School <FashionDesignSchool@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339562@vm-rewards.com>
Subject: Put your fashion career center stage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Prepare for a career with style 

---

QuinStreet, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Tue Mar 07 08:05:15 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter339562@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 10816 invoked from network); 7 Mar 2006 03:03:42 -0600
Received: from vm-180-227.vm-mail.com (206.82.180.227)
  by anthonycentral.com with SMTP; 7 Mar 2006 03:03:41 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-227.vm-mail.com with SMTP; 07 Mar 2006 03:03:29 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 339562
From: Fashion Design School <FashionDesignSchool@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339562@vm-rewards.com>
Subject: Put your fashion career center stage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Prepare for a career with style 

---

QuinStreet, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Tue Mar 07 07:50:58 2006
X-Persona: <RCW>
Return-Path: <mailcenter339562@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 2018 invoked from network); 7 Mar 2006 04:15:35 -0600
Received: from vm-180-222.vm-mail.com (206.82.180.222)
  by gnwalpha.org with SMTP; 7 Mar 2006 04:15:34 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-222.vm-mail.com with SMTP; 07 Mar 2006 04:15:23 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480046099111109
X-MailingID: 339562
From: Fashion Design School <FashionDesignSchool@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339562@vm-rewards.com>
Subject:  Put your fashion career center stage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



Prepare for a career with style

QuinStreet, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Thu Mar 02 14:13:33 2006
X-Persona: <Jay>
Return-Path: <mailcenter339324@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 31492 invoked from network); 2 Mar 2006 11:13:31 -0600
Received: from vm-180-92.vm-mail.com (206.82.180.92)
   by ehahome.com with SMTP; 2 Mar 2006 11:13:31 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-92.vm-mail.com with SMTP; 02 Mar 2006 11:13:15 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 339324
From: Fashion Design School <FashionDesignSchool@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339324@vm-rewards.com>
Subject: Put your fashion career center stage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Prepare for a career with style 

---

 QuinStreet, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Thu Mar 02 11:18:10 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter339324@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 30659 invoked from network); 2 Mar 2006 11:13:31 -0600
Received: from vm-180-60.vm-mail.com (206.82.180.60)
   by xj4x4.net with SMTP; 2 Mar 2006 11:13:30 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-60.vm-mail.com with SMTP; 02 Mar 2006 11:13:15 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 339324
From: Fashion Design School <FashionDesignSchool@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339324@vm-rewards.com>
Subject: Put your fashion career center stage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Prepare for a career with style 

---

QuinStreet, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

From ???@??? Fri May 19 13:02:13 2006
X-Persona: <Jay>
Return-Path: <mailcenter349430@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 12704 invoked from network); 19 May 2006 05:18:41 -0600
Received: from vm-180-231.vm-mail.com (206.82.180.231)
  by rcw19190020.com with SMTP; 19 May 2006 05:18:27 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-231.vm-mail.com with SMTP; 19 May 2006 06:16:27 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 349430
From: Fashion Design School <FashionDesignSchool@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+349430@vm-rewards.com>
Subject: *****SPAM***** Put your fashion career center stage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,
      RCVD_IN_SBL,RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
      *      [score: 0.5074]
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.6 HTML_FONT_INVISIBLE BODY: HTML font color is same as background
      *  1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
      *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
      *      [206.82.180.231 listed in dnsbl.sorbs.net]
      *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
      *      [206.82.180.231 listed in dnsbl.sorbs.net]


Images not loading? View this offer by visiting this link





Prepare for a career with style 

---

QuinStreet, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Sun Oct 30 16:21:11 2005
X-Persona: <Indi>
Return-Path: <mailcenter331275@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 1319 invoked from network); 26 Oct 2005 17:18:50 -0600
Received: from vm-181-212.vm-mail.com (206.82.181.212)
  by jaycelia.com with SMTP; 26 Oct 2005 17:18:50 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-212.vm-mail.com with SMTP; 26 Oct 2005 18:18:39 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 331275
From: Fashion Design Schools <FashionDesign@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331275@vm-rewards.com>
Subject: Do you really want to be a fashion designer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Thu Oct 27 12:32:55 2005
X-Persona: <hum>
Return-Path: <mailcenter331275@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 30752 invoked from network); 26 Oct 2005 17:31:00 -0600
Received: from vm-183-12.vm-mail.com (206.82.183.12)
  by gordonworks.com with SMTP; 26 Oct 2005 17:30:58 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-12.vm-mail.com with SMTP; 26 Oct 2005 18:30:48 -0500
X-ClientHost: 10411710906410110409710411110910104609111109
X-MailingID: 331275
From: Fashion Design Schools <FashionDesign@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331275@vm-rewards.com>
Subject: Do you really want to be a fashion designer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Mon Oct 03 12:10:45 2005
X-Persona: <hum>
Return-Path: <mailcenter330276@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 13828 invoked from network); 1 Oct 2005 08:24:35 -0600
Received: from vm-183-19.vm-mail.com (206.82.183.19)
  by jaykaysplace.com with SMTP; 1 Oct 2005 08:24:34 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-19.vm-mail.com with SMTP; 01 Oct 2005 09:24:34 -0500
X-ClientHost: 104117109064101104097104111109101046099111109
X-MailingID: 330276
From: Fashion Design Schools <FashionDesign@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330276@vm-rewards.com>
Subject: *****SPAM***** Do you really want to be a fashion designer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```





**Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404**

**If you can not see our footer image, please** <u>visit here</u>.

```
From ???@??? Sun Oct 30 16:21:11 2005
X-Persona: <Indi>
Return-Path: <mailcenter331275@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 1319 invoked from network); 26 Oct 2005 17:18:50 -0600
Received: from vm-181-212.vm-mail.com (206.82.181.212)
   by jaycelia.com with SMTP; 26 Oct 2005 17:18:50 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-212.vm-mail.com with SMTP; 26 Oct 2005 18:18:39 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 331275
From: Fashion Design Schools <FashionDesign@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331275@vm-rewards.com>
Subject: Do you really want to be a fashion designer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404

If you can not see our footer image, please visit here.

From ???@??? Sun Sep 21 08:54:32 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2307211-26835>; Sun, 21 Sep 2003 09:00:34 -0400
Received: from vm117.vmadmin.com ([216.64.222.117]) by ams.ftl.affinity.com
with ESMTP id <2308251-26831>; Sun, 21 Sep 2003 08:59:47 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm117.vmadmin.com with SMTP; 21 Sep 2003 07:59:45 -0500
X-ClientHost: 10609710910111506410311111410011111019111111410711504609911109
X-MailingID: 140912
From: Fashion Design Schools <FashionDesignSchools140912@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Fashion Design Schools
<FashionDesignSchools140912@replies.virtumundo.com>
Subject: Learn what it takes to get into fashion design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep21.085947-0400_edt.2308251-26831+1508@ams.ftl.affinity.com>
Date:Sun, 21 Sep 2003 08:59:46 -0400



We're not kidding. If you've ever dreamed of taking over the fashion world, it's time to do something about it.

 Transforming your unique visions into fashion reality is going to take skill, as well as a degree or certificate from a highly respected school. We've identified the very best ones below.

Choose the school of your dreams:
International Academy of Design & Technology Chicago, IL
Brooks College - Long Beach, CA
American InterContinental University - Atlanta, GA
International Academy of Design & Technology Tampa, FL
Katharine Gibbs School - New York, NY
American InterContinental University - Los Angeles, CA
International Academy of Design & Technology Montreal, QC
American InterContinental University - London, UK



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Oct 30 15:48:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <230644-9019>; Thu, 30 Oct 2003 16:56:27 -0500
Received: from vm128.vmadmin.com ([216.64.222.128]) by ams.ftl.affinity.com
with ESMTP id <229884-9014>; Thu, 30 Oct 2003 16:55:31 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm128.vmadmin.com with SMTP; 30 Oct 2003 15:55:27 -0600
X-ClientHost: 106097121064103111114100111101191111141071150460991111109
X-MailingID: 183008
From: Fashion Design Schools <FashionDesignSchools183008@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Fashion Design Schools
<FashionDesignSchools183008@replies.virtumundo.com>
Subject: Learn what it takes to get into fashion design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct30.165531-0500_est.229884-9014+25761@ams.ftl.affinity.com>
Date:Thu, 30 Oct 2003 16:55:31 -0500



We're not kidding. If you've ever dreamed
of taking over the fashion world, it's time
to do something about it.

 Transforming your unique visions into
fashion reality is going to take skill, as
well as a degree or certificate from a
highly respected school. We've identified
the very best ones below.

Choose the school of your dreams:
American InterContinental University - Atlanta, GA
American InterContinental University - Los Angeles,
CA
American InterContinental University - London, UK
Brooks College - Long Beach, CA
International Academy of Design & Technology
Detroit, MI
International Academy of Design & Technology
Tampa, FL
Katharine Gibbs School - New York, NY

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.
Message sent Thu Oct 30 15:21:50 CST 2003

From ???@??? Thu Oct 30 15:48:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <221615-9019>; Thu, 30 Oct
2003 16:56:27 -0500
Received: from vm128.vmadmin.com ([216.64.222.128]) by ams.ftl.affinity.com
with ESMTP id <230791-9009>; Thu, 30 Oct 2003 16:55:31 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm128.vmadmin.com with SMTP; 30 Oct 2003 15:55:27 -0600
X-ClientHost:
106111110097116104097110064103111114100111101191111114107115046099111109
X-MailingID: 183008
From: Fashion Design Schools <FashionDesignSchools183008@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Fashion Design Schools
<FashionDesignSchools183008@replies.virtumundo.com>
Subject: Learn what it takes to get into fashion design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct30.165531-0500_est.230791-9009+25827@ams.ftl.affinity.com>
Date:Thu, 30 Oct 2003 16:55:31 -0500



We're not kidding. If you've ever dreamed of taking over the fashion world, it's time to do something about it.

 Transforming your unique visions into fashion reality is going to take skill, as well as a degree or certificate from a highly respected school. We've identified the very best ones below.

Choose the school of your dreams:
American InterContinental University - Atlanta, GA
American InterContinental University - Los Angeles, CA
American InterContinental University - London, UK
Brooks College - Long Beach, CA
International Academy of Design & Technology Detroit, MI
International Academy of Design & Technology Tampa, FL
Katharine Gibbs School - New York, NY



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.
Message sent Thu Oct 30 15:21:50 CST 2003

From ???@??? Thu Oct 30 15:48:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <232206-9019>; Thu, 30 Oct 2003 16:56:27 -0500
Received: from vm128.vmadmin.com ([216.64.222.128]) by ams.ftl.affinity.com
with ESMTP id <230644-9014>; Thu, 30 Oct 2003 16:55:31 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm128.vmadmin.com with SMTP; 30 Oct 2003 15:55:27 -0600
X-ClientHost:
106097109105108097064103111141001111019111114107115046099111109
X-MailingID: 183008
From: Fashion Design Schools <FashionDesignSchools183008@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Fashion Design Schools
<FashionDesignSchools183008@replies.virtumundo.com>
Subject: Learn what it takes to get into fashion design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct30.165531-0500_est.230644-9014+25760@ams.ftl.affinity.com>
Date:Thu, 30 Oct 2003 16:55:31 -0500



We're not kidding. If you've ever dreamed of taking over the fashion world, it's time to do something about it.

Transforming your unique visions into fashion reality is going to take skill, as well as a degree or certificate from a highly respected school. We've identified the very best ones below.

Choose the school of your dreams:
American InterContinental University - Atlanta, GA
American InterContinental University - Los Angeles, CA
American InterContinental University - London, UK
Brooks College - Long Beach, CA
International Academy of Design & Technology Detroit, MI
International Academy of Design & Technology Tampa, FL
Katharine Gibbs School - New York, NY

    You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.
Message sent Thu Oct 30 15:21:50 CST 2003

From ???@??? Tue Nov 11 06:36:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <224089-26145>; Tue, 11 Nov 2003 02:55:57 -0500
Received: from vm095.vmadmin.com ([216.64.222.95]) by ams.ftl.affinity.com
with ESMTP id <213469-26139>; Mon, 10 Nov 2003 22:57:21 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm095.vmadmin.com with SMTP; 10 Nov 2003 21:57:16 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 195512
From: Fashion Design Schools <FashionDesignSchools195512@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Fashion Design Schools
<FashionDesignSchools195512@replies.virtumundo.com>
Subject: Learn what it takes to get into fashion design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov10.225721-0500_est.213469-26139+22085@ams.ftl.affinity.com>
Date:Mon, 10 Nov 2003 22:57:20 -0500



We're not kidding. If you've ever dreamed
of taking over the fashion world, it's time
to do something about it.

 Transforming your unique visions into
fashion reality is going to take skill, as
well as a degree or certificate from a
highly respected school. We've identified
the very best ones below.

Choose the school of your dreams:
American InterContinental University - Atlanta, GA
American InterContinental University - Los Angeles,
CA
American InterContinental University - London, UK
Brooks College - Long Beach, CA
International Academy of Design & Technology
Detroit, MI
International Academy of Design & Technology
Tampa, FL
Katharine Gibbs School - New York, NY

---

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Nov 11 06:41:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <225890-26148>; Tue, 11 Nov 2003 09:05:56 -0500
Received: from vm095.vmadmin.com ([216.64.222.95]) by ams.ftl.affinity.com
with ESMTP id <213482-26139>; Mon, 10 Nov 2003 22:57:21 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm095.vmadmin.com with SMTP; 10 Nov 2003 21:57:16 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 195512
From: Fashion Design Schools <FashionDesignSchools195512@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Fashion Design Schools
<FashionDesignSchools195512@replies.virtumundo.com>
Subject: Learn what it takes to get into fashion design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov10.225721-0500_est.213482-26139+22086@ams.ftl.affinity.com>
Date:Mon, 10 Nov 2003 22:57:20 -0500



We're not kidding. If you've ever dreamed of taking over the fashion world, it's time to do something about it.

 Transforming your unique visions into fashion reality is going to take skill, as well as a degree or certificate from a highly respected school. We've identified the very best ones below.

Choose the school of your dreams:
American InterContinental University - Atlanta, GA
American InterContinental University - Los Angeles, CA
American InterContinental University - London, UK
Brooks College - Long Beach, CA
International Academy of Design & Technology Detroit, MI
International Academy of Design & Technology Tampa, FL
Katharine Gibbs School - New York, NY



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Jun 10 15:50:22 2004
Return-Path: <mailcenter308927@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 15858 invoked by uid 10003); 10 Jun 2004 20:46:50 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 15855 invoked from network); 10 Jun 2004 20:46:49 -0000
Received: from unknown (HELO vm212.vmadmin.com) (216.64.222.212)
  by ns48.webmasters.com with SMTP; 10 Jun 2004 20:46:49 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm212.vmadmin.com with SMTP; 10 Jun 2004 15:46:46 -0500
X-ClientHost:
1060971091051080970641031111410011110119111141071150460991111109
X-MailingID: 308927
From: Fashion Design Schools <FashionDesignSchools@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Fashion Design Schools
<FashionDesignSchools308927@replies.virtumundo.com>
Subject: Careers for fashion divas
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Quinstreet, Inc., 1051 E. Hillsdale Avenue Foster City, CA 94404

```
From ???@??? Fri Jan 09 23:15:46 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <219229-32466>; Sat, 10 Jan 2004 02:03:00 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <219235-32473>; Sat, 10 Jan 2004 02:02:18 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm105.vmadmin.com with SMTP; 10 Jan 2004 01:02:16 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 238440
From: Fast Cash <CashAClickAway@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Fast Cash <CashAClickAway238440@replies.virtumundo.com>
Subject: Get $500 Today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan10.020218-0500_est.219235-32473+8564@ams.ftl.affinity.com>
Date:Sat, 10 Jan 2004 02:02:18 -0500
```



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**.  Please mail questions or comments regarding this message to the client, eMarketMakers, 15260 Ventura Blvd, Suite 2000 Sherman Oaks, CA 91403.**

From ???@??? Fri Jan 09 23:15:46 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219235-32478>; Sat, 10 Jan 2004 02:03:00 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <219237-32476>; Sat, 10 Jan 2004 02:02:19 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm105.vmadmin.com with SMTP; 10 Jan 2004 01:02:16 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 238440
From: Fast Cash <CashAClickAway@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Fast Cash <CashAClickAway238440@replies.virtumundo.com>
Subject: Get $500 Today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan10.020219-0500_est.219237-32476+8988@ams.ftl.affinity.com>
Date:Sat, 10 Jan 2004 02:02:18 -0500



If you would like to unsubscribe from any further email advertisements

from the advertiser promoted in this message, click here. To remove yourself
from this program, go to **http://www.virtumundo.com/change** or go here.  Please
mail questions or comments regarding this message to the client,
eMarketMakers, 15260 Ventura Blvd, Suite 2000 Sherman Oaks, CA 91403.

```
From ???@??? Fri Jan 09 23:15:46 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <219107-32476>; Sat, 10 Jan
2004 02:03:00 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <219238-32476>; Sat, 10 Jan 2004 02:02:19 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm105.vmadmin.com with SMTP; 10 Jan 2004 01:02:16 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 238440
From: Fast Cash <CashAClickAway@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Fast Cash <CashAClickAway238440@replies.virtumundo.com>
Subject: Get $500 Today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan10.020219-0500_est.219238-32476+8989@ams.ftl.affinity.com>
Date:Sat, 10 Jan 2004 02:02:18 -0500
```



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**.  Please mail questions or comments regarding this message to the client, eMarketMakers, 15260 Ventura Blvd, Suite 2000 Sherman Oaks, CA 91403.**

```
From ???@??? Fri Jan 09 23:15:46 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219216-32472>; Sat, 10 Jan 2004 02:03:00 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <219215-32470>; Sat, 10 Jan 2004 02:02:17 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm105.vmadmin.com with SMTP; 10 Jan 2004 01:02:16 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 238440
From: Fast Cash <CashAClickAway@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Fast Cash <CashAClickAway238440@replies.virtumundo.com>
Subject: Get $500 Today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan10.020217-0500_est.219215-32470+8762@ams.ftl.affinity.com>
Date:Sat, 10 Jan 2004 02:02:17 -0500
```



If you would like to unsubscribe from any further email advertisements

from the advertiser promoted in this message, click here. To remove yourself from this program, go to **http://www.virtumundo.com/change** or go here.  Please mail questions or comments regarding this message to the client, eMarketMakers, 15260 Ventura Blvd, Suite 2000 Sherman Oaks, CA 91403.

From ???@??? Fri Jan 09 23:15:46 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219215-32465>; Sat, 10 Jan 2004 02:03:00 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <219107-32472>; Sat, 10 Jan 2004 02:02:18 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm105.vmadmin.com with SMTP; 10 Jan 2004 01:02:16 -0600
X-ClientHost: 106097109101115064103111141001111011911111410711504609911109
X-MailingID: 238440
From: Fast Cash <CashAClickAway@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Fast Cash <CashAClickAway238440@replies.virtumundo.com>
Subject: Get $500 Today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan10.020218-0500_est.219107-32472+8893@ams.ftl.affinity.com>
Date:Sat, 10 Jan 2004 02:02:18 -0500



If you would like to unsubscribe from any further email advertisements

from the advertiser promoted in this message, click here. To remove yourself from this program, go to http://www.virtumundo.com/change or go here.  Please mail questions or comments regarding this message to the client, eMarketMakers, 15260 Ventura Blvd, Suite 2000 Sherman Oaks, CA 91403.

From ???@??? Sun Jun 19 17:11:27 2005
X-Persona: <Katie>
Return-Path: <mailcenter326342@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 16 Jun 2005 00:23:27 -0600
From: Fast Cash <FastCash@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Payday advance! Get funds by tomorrow, apply now
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42B11ADF.41B9ACDA"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2580&e=katie@ehahome.com
  URI:http://v1.cc/34556/email_r1_c1.jpg
  URI:http://v1.cc/34556/email_r1_c2.gif
  URI:http://v1.cc/34556/email_r2_c1.jpg
  URI:http://v1.cc/34556/email_r2_c2.gif [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 25888 invoked from network); 16 Jun 2005 00:23:23 -0600
Received: from vm-181-219.vm-mail.com (206.82.181.219)
  by jammtomm.com with SMTP; 16 Jun 2005 00:23:23 -0600
Received: from vm-mail.com (192.168.3.20)

```
   by vm-181-219.vm-mail.com with SMTP; 16 Jun 2005 01:23:22 -0500
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326342
From: Fast Cash <FastCash@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326342@vm-rewards.com>
Subject: Payday advance! Get funds by tomorrow, apply now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Payday advance!
.htm"
```

```
From ???@??? Sun Jun 19 17:11:27 2005
X-Persona: <Katie>
Return-Path: <mailcenter326342@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 16 Jun 2005 00:23:27 -0600
From: Fast Cash <FastCash@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Payday advance! Get funds by tomorrow, apply now
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42B11ADF.41B9ACDA"
```

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2580&e=katie@ehahome.com
  URI:http://v1.cc/34556/email_r1_c1.jpg
  URI:http://v1.cc/34556/email_r1_c2.gif
  URI:http://v1.cc/34556/email_r2_c1.jpg
  URI:http://v1.cc/34556/email_r2_c2.gif [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name               description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 25888 invoked from network); 16 Jun 2005 00:23:23 -0600
Received: from vm-181-219.vm-mail.com (206.82.181.219)
  by jammtomm.com with SMTP; 16 Jun 2005 00:23:23 -0600
Received: from vm-mail.com (192.168.3.20)

```
  by vm-181-219.vm-mail.com with SMTP; 16 Jun 2005 01:23:22 -0500
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326342
From: Fast Cash <FastCash@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326342@vm-rewards.com>
Subject: Payday advance! Get funds by tomorrow, apply now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Payday advance!
.htm"
```

```
From ???@??? Wed Apr 12 10:43:57 2006
Return-Path: <mailcenter343318@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 19485 invoked from network); 12 Apr 2006 10:17:56 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by itdidnotendright.com with SMTP; 12 Apr 2006 10:17:49 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 12 Apr 2006 11:17:46 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 343318
From: Fast Cash in Foreclosures <FastCashinForeclosures@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343318@vm-rewards.com>
Subject: Make maximum money in minimum time.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link







**Fast Cash in Foreclosures 92 Bell Street, Orange, NJ 07050**



**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 16 10:56:53 2006
X-Persona: <Mila>
Return-Path: <mailcenter343318@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 12 Apr 2006 11:19:52 -0600
From: Fast Cash in Foreclosures <FastCashinForeclosures@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Make maximum money in minimum time.
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.1 required=7.0 tests=BAYES_99,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_443D36B8.8B035505"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(2107&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(2107&e=mila@jammtomm.com
  URI:http://ogy.cc/flash/dream_01.jpg [...]

Content analysis details:   (11.1 points, 7.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.9 DATE_MISSING             Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE             BODY: HTML included in message
 5.4 BAYES_99                 BODY: Bayesian spam probability is 99 to 100%
                              [score: 0.9999]
 0.3 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET   RBL: Received via a relay in bl.spamcop.net
                [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 27809 invoked from network); 12 Apr 2006 11:19:50 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by omniinnovations.com with SMTP; 12 Apr 2006 11:19:49 -0600
Received: from vm-mail.com (10.0.0.42)

```
  by pkc-sb03 with SMTP; 12 Apr 2006 12:19:38 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 343318
From: Fast Cash in Foreclosures <FastCashinForeclosures@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343318@vm-rewards.com>
Subject: Make maximum money in minimum time.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Make
maximum mon.htm"
```

From ???@??? Tue Apr 25 20:54:57 2006
X-Persona: <Mila>
Return-Path: <mailcenter345542@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 25 Apr 2006 12:34:15 -0600
From: Fast Cash Now <FastCashNow@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Need to borrow 1500 dollars by tomorrow?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=10.9 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_444E6BA7.CBC007C4"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
   URI:http://redirect.virtumundo.com/ct?i(3709&e=mila@jammtomm.com
   visiting this link
   URI:http://redirect.virtumundo.com/ct?i(3709&e=mila@jammtomm.com
   URI:http://ogy.cc/fcn/v1_mp_r1_c1.jpg [...]

Content analysis details:   (10.9 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.0 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
                 [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 9058 invoked from network); 25 Apr 2006 12:34:14 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by gordonworks.com with SMTP; 25 Apr 2006 12:34:14 -0600
Received: from vm-mail.com (10.0.0.42)

```
  by pkc-sb03 with SMTP; 25 Apr 2006 13:33:37 -0500
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 345542
From: Fast Cash Now <FastCashNow@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345542@vm-rewards.com>
Subject: Need to borrow 1500 dollars by tomorrow?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Need to
borrow 12.htm"
```

```
From ???@??? Thu Jun 10 15:50:23 2004
Return-Path: <mailcenter308924@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 24358 invoked by uid 10003); 10 Jun 2004 20:58:39 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 24355 invoked from network); 10 Jun 2004 20:58:39 -0000
Received: from unknown (HELO vm114.vmadmin.com) (216.64.222.114)
  by ns48.webmasters.com with SMTP; 10 Jun 2004 20:58:39 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm114.vmadmin.com with SMTP; 10 Jun 2004 15:58:36 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 308924
From: Father's Day Gifts <FathersDayGifts@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Father's Day Gifts <FathersDayGifts308924@replies.virtumundo.com>
Subject: Personalized Father's Day Gifts
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



To unsubscribe, simply visit us here. You may also send your unsubscribe request by mail to: PersonalizationMall.com, 8102 Lemont Rd., Ste. 1700, Woodridge, IL 60517 ATTN: EMAIL UNSUBSCRIBE or call 630-910-6000 to make your unsubscribe request by phone.You will then no longer be informed about preferred customer offers and savings on unique Personalized Gifts from any of the Mall Stores. Thank you!

PersonalizationMall.com, 8102 Lemont Rd., #1700, Woodridge IL 60517