Gordon v. Virtumundo Inc et al
Doc. 65 Att.



Proflowers.com
5005 Wateridge Vista
Drive
Second Floor
San Diego, CA  92121



Proflowers.com 5005 Wateridge Vista Drive Second Floor San Diego, CA 92121

```
From ???@??? Sat May 01 14:58:41 2004
Return-Path: <mailcenter308309@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 12110 invoked by uid 10003); 1 May 2004 20:47:54 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 12107 invoked from network); 1 May 2004 20:47:54 -0000
Received: from unknown (HELO vm106.vmadmin.com) (216.64.222.106)
  by ns48.webmasters.com with SMTP; 1 May 2004 20:47:54 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm106.vmadmin.com with SMTP; 01 May 2004 15:55:52 -0500
X-ClientHost:
106097109105108097064103111141001111101191111141071150460099111109
X-MailingID: 308309
From: FloristsEverywhere <FloristsEverywhere@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: FloristsEverywhere <FloristsEverywhere308309@replies.virtumundo.com>
Subject: Send Mom Flowers, Mothers Day is May 9th
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```







 **FloristsEverywhere.com, 3535 Pio Nono Ave. Macon, GA 31206**

```
From ???@??? Sat May 01 14:58:41 2004
Return-Path: <mailcenter308309@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 12117 invoked by uid 10003); 1 May 2004 20:47:54 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 12114 invoked from network); 1 May 2004 20:47:54 -0000
Received: from unknown (HELO vm106.vmadmin.com) (216.64.222.106)
  by ns48.webmasters.com with SMTP; 1 May 2004 20:47:54 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm106.vmadmin.com with SMTP; 01 May 2004 15:55:52 -0500
X-ClientHost: 10609712106410311114100111110119111114107115046099111109
X-MailingID: 308309
From: FloristsEverywhere <FloristsEverywhere@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: FloristsEverywhere <FloristsEverywhere308309@replies.virtumundo.com>
Subject: Send Mom Flowers, Mothers Day is May 9th
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





 **FloristsEverywhere.com, 3535 Pio Nono Ave. Macon, GA 31206**

```
From ???@??? Sat May 01 14:58:41 2004
Return-Path: <mailcenter308309@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 12124 invoked by uid 10003); 1 May 2004 20:47:55 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 12121 invoked from network); 1 May 2004 20:47:55 -0000
Received: from unknown (HELO vm106.vmadmin.com) (216.64.222.106)
   by ns48.webmasters.com with SMTP; 1 May 2004 20:47:55 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm106.vmadmin.com with SMTP; 01 May 2004 15:55:52 -0500
X-ClientHost:
106111110097116104097110064103111114100111101191111141071150460991111 09
X-MailingID: 308309
From: FloristsEverywhere <FloristsEverywhere@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: FloristsEverywhere <FloristsEverywhere308309@replies.virtumundo.com>
Subject: Send Mom Flowers, Mothers Day is May 9th
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





 **FloristsEverywhere.com, 3535 Pio Nono Ave. Macon, GA 31206**

```
From ???@??? Sat May 01 14:58:41 2004
Return-Path: <mailcenter308309@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 12103 invoked by uid 10003); 1 May 2004 20:47:54 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 12099 invoked from network); 1 May 2004 20:47:54 -0000
Received: from unknown (HELO vm106.vmadmin.com) (216.64.222.106)
   by ns48.webmasters.com with SMTP; 1 May 2004 20:47:54 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm106.vmadmin.com with SMTP; 01 May 2004 15:55:52 -0500
X-ClientHost: 10609710910111506410311114100111110119111141071150460991111109
X-MailingID: 308309
From: FloristsEverywhere <FloristsEverywhere@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: FloristsEverywhere <FloristsEverywhere308309@replies.virtumundo.com>
Subject: Send Mom Flowers, Mothers Day is May 9th
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





FloristsEverywhere.com, 3535 Pio Nono Ave. Macon, GA 31206

```
From ???@??? Tue Oct 21 18:12:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215975-18613>; Tue, 21 Oct 2003 18:19:41 -0400
Received: from vm136.vmadmin.com ([216.64.222.136]) by ams.ftl.affinity.com
with ESMTP id <216087-18611>; Tue, 21 Oct 2003 17:29:17 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm136.vmadmin.com with SMTP; 21 Oct 2003 16:28:41 -0500
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 171498
From: Football Tickets <ProFootballTickets171498@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Football Tickets <ProFootballTickets171498@replies.virtumundo.com>
Subject: See the big game in person.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct21.172917-0400_edt.216087-18611+128@ams.ftl.affinity.com>
Date:Tue, 21 Oct 2003 17:29:17 -0400
```



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Feb 02 08:34:19 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2770480-25647>; Mon, 2 Feb 2004 11:18:28 -0500
Received: from vm208-19.adknow-net.com ([216.21.208.19]) by
ams.ftl.affinity.com with ESMTP id <2836872-25651>; Mon, 2 Feb 2004 11:17:22
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-19.adknow-net.com with SMTP; 02 Feb 2004 10:16:47 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 356604
From: Fort Lauderdale Vacation <VisitFortLauderdale@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return356604@replies.adknow-net.com
Subject: Take a break, even if it's not spring.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb2.111722-0500_est.2836872-25651+5391@ams.ftl.affinity.com>
Date:Mon, 2 Feb 2004 11:17:22 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Sep 01 10:50:48 2006
X-Persona: <2nd User>
Return-Path: <mailcenter361842@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 29633 invoked from network); 29 Aug 2006 22:28:41 -0600
Received: from static-vmg-187-29.vm-mail.com (HELO vm-187-29.vm-mail.com)
(206.82.187.29)
  by celiajay.com with SMTP; 29 Aug 2006 22:28:36 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-29.vm-mail.com with SMTP; 29 Aug 2006 23:28:27 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 361842
From: Four Ink Jets <FourInkJets@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+361842@vm-rewards.com>
Subject: Quality ink supplies for less!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





EPSON | HP | BROTHER | LEXMARK | CANON | XEROX | SAMSUNG and MORE...

If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo,
visit this link

4InkJets 7725 Somerset Blvd. Paramount, CA 90723

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West
110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving
further email as a subscriber of Virtumundo Rewards, go to
http://www.virtumundo.com/change or visit here. The
products and/or services advertised in this email are the sole responsibility
of the advertiser, and questions about
this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.



```
From ???@??? Wed Oct 01 14:19:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <233014-13994>; Wed, 1 Oct 2003 15:10:27 -0400
Received: from vl208-16.vmlocal.com ([216.21.208.16]) by ams.ftl.affinity.com
with ESMTP id <233875-14004>; Wed, 1 Oct 2003 15:09:43 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-16.vmlocal.com with SMTP; 01 Oct 2003 14:09:35 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 149620
From: Franchise <YourOwnFranchise149620@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Franchise <YourOwnFranchise149620@vmlocal.com>
Subject: Start your own business.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct1.150943-0400_edt.233875-14004+7660@ams.ftl.affinity.com>
Date:Wed, 1 Oct 2003 15:09:42 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Nov 19 11:36:10 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <218160-6080>; Wed, 19 Nov
2003 03:26:04 -0500
Received: from vm104.vmadmin.com ([216.64.222.104]) by ams.ftl.affinity.com
with ESMTP id <215132-6071>; Wed, 19 Nov 2003 03:24:58 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm104.vmadmin.com with SMTP; 19 Nov 2003 02:24:44 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 200927
From: Free Quote <FreeQuoteOnCars200927@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Free Quote <FreeQuoteOnCars200927@replies.virtumundo.com>
Subject: Looking for a Great Price on a new Ford?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov19.032458-0500_est.215132-6071+58164@ams.ftl.affinity.com>
Date:Wed, 19 Nov 2003 03:24:58 -0500
```



FordDirect is a joint venture between Ford Motor Company and Ford
dealers to provide a unique online shopping experience for customers
interested in purchasing Ford vehicles. For more information, please
visit us at **FordDirect.com.**

**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Nov 19 11:36:10 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <215478-6081>; Wed, 19 Nov 2003 03:26:04 -0500
Received: from vm104.vmadmin.com ([216.64.222.104]) by ams.ftl.affinity.com
with ESMTP id <212942-6073>; Wed, 19 Nov 2003 03:24:58 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm104.vmadmin.com with SMTP; 19 Nov 2003 02:24:44 -0600
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 200927
From: Free Quote <FreeQuoteOnCars200927@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Free Quote <FreeQuoteOnCars200927@replies.virtumundo.com>
Subject: Looking for a Great Price on a new Ford?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov19.032458-0500_est.212942-6073+58642@ams.ftl.affinity.com>
Date:Wed, 19 Nov 2003 03:24:57 -0500
```



FordDirect is a joint venture between Ford Motor Company and Ford
dealers to provide a unique online shopping experience for customers
interested in purchasing Ford vehicles. For more information, please
visit us at **FordDirect.com.**

**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Nov 19 11:36:10 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215321-6071>; Wed, 19 Nov 2003 03:26:04 -0500
Received: from vm104.vmadmin.com by ams.ftl.affinity.com
with ESMTP id <218160-6081>; Wed, 19 Nov 2003 03:24:57 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm104.vmadmin.com with SMTP; 19 Nov 2003 02:24:44 -0600
X-ClientHost: 102097121101064103111141001111011911111410711504609911109
X-MailingID: 200927
From: Free Quote <FreeQuoteOnCars200927@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Free Quote <FreeQuoteOnCars200927@replies.virtumundo.com>
Subject: Looking for a Great Price on a new Ford?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov19.032457-0500_est.218160-6081+58634@ams.ftl.affinity.com>
Date:Wed, 19 Nov 2003 03:24:56 -0500
```



FordDirect is a joint venture between Ford Motor Company and Ford
dealers to provide a unique online shopping experience for customers
interested in purchasing Ford vehicles. For more information, please
visit us at **FordDirect.com.**

**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Nov 19 11:36:10 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <212942-6079>; Wed, 19 Nov 2003 03:26:04 -0500
Received: from vm104.vmadmin.com by ams.ftl.affinity.com
with ESMTP id <212754-6071>; Wed, 19 Nov 2003 03:24:58 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm104.vmadmin.com with SMTP; 19 Nov 2003 02:24:44 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991 11109
X-MailingID: 200927
From: Free Quote <FreeQuoteOnCars200927@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Free Quote <FreeQuoteOnCars200927@replies.virtumundo.com>
Subject: Looking for a Great Price on a new Ford?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov19.032458-0500_est.212754-6071+58163@ams.ftl.affinity.com>
Date:Wed, 19 Nov 2003 03:24:58 -0500
```



FordDirect is a joint venture between Ford Motor Company and Ford
dealers to provide a unique online shopping experience for customers
interested in purchasing Ford vehicles. For more information, please
visit us at **FordDirect.com.**

**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Nov 18 08:44:39 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216579-5587>; Tue, 18 Nov 2003 07:07:05 -0500
Received: from vm102.vmadmin.com ([216.64.222.102]) by ams.ftl.affinity.com
with ESMTP id <222227-5590>; Tue, 18 Nov 2003 07:06:24 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm102.vmadmin.com with SMTP; 18 Nov 2003 06:05:59 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 200931
From: Free Quote <FreeQuoteOnCars200931@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Free Quote <FreeQuoteOnCars200931@replies.virtumundo.com>
Subject: Looking for a Great Price on a new Ford?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov18.070624-0500_est.222227-5590+50183@ams.ftl.affinity.com>
Date:Tue, 18 Nov 2003 07:06:24 -0500
```



FordDirect is a joint venture between Ford Motor Company and Ford
dealers to provide a unique online shopping experience for customers
interested in purchasing Ford vehicles. For more information, please
visit us at **FordDirect.com.**

**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Apr 27 07:55:56 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter345338@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 9248 invoked from network); 24 Apr 2006 10:30:06 -0600
Received: from vm-180-165.vm-mail.com (206.82.180.165)
  by jaycelia.com with SMTP; 24 Apr 2006 10:30:04 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-165.vm-mail.com with SMTP; 24 Apr 2006 11:29:58 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 345338
From: Fresh Ringtones and Hot Graphics
<FreshRingtonesandHotGraphics@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345338@vm-rewards.com>
Subject: Get your favorite ringtone and horoscope!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



**Flycell, Inc. 424 W. 33rd Street New York, NY 10001 - 2604**

**If you can not see our footer image, please visit here.**

From ???@??? Mon Sep 26 18:47:22 2005
X-Persona: <Indi>
Return-Path: <mailcenter329995@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 23 Sep 2005 02:13:39 -0600
From: Friends Network <FriendsNetwork@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Be a part of the newest friendship community
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4333B933.89265BD5"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4270&e=indi@jammtomm.com
  URI:http://ogy.cc/yourfriends/fa2_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4270&e=indi@jammtomm.com
  URI:http://ogy.cc/yourfriends/fa2_02.gif [...]

Content analysis details:   (8.3 points, 7.0 required)

 pts rule name               description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                   [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 17411 invoked from network); 23 Sep 2005 02:13:39 -0600
Received: from vm-182-43.vm-mail.com (206.82.182.43)
  by rcw19190020.com with SMTP; 23 Sep 2005 02:13:37 -0600
Received: from vm-mail.com (192.168.3.20)

```
   by vm-182-43.vm-mail.com with SMTP; 23 Sep 2005 03:13:35 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 329995
From: Friends Network <FriendsNetwork@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329995@vm-rewards.com>
Subject: Be a part of the newest friendship community
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Be a part
of the.htm"
```

```
From ???@??? Fri Oct 07 10:55:37 2005
X-Persona: <hum>
Return-Path: <mailcenter330375@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 31716 invoked from network); 5 Oct 2005 07:44:15 -0600
Received: from vm-183-200.vm-mail.com (206.82.183.200)
  by celiajay.com with SMTP; 5 Oct 2005 07:44:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-200.vm-mail.com with SMTP; 05 Oct 2005 08:44:15 -0500
X-ClientHost: 104117109064101104097104111109101046099111109
X-MailingID: 330375
From: Friends Network <FriendsNetwork@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330375@vm-rewards.com>
Subject: *****SPAM***** Be a part of the newest friendship community
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```





  **FriendsAnd, 6700 N Andrews Ave, 2nd Fl, Ft Lauderdale, FL, 33309**

 **If you can not see our footer image, please** visit here.

```
From ???@??? Thu May 11 00:00:34 2006
X-Persona: <Jay>
Return-Path: <mailcenter347810@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 25474 invoked from network); 9 May 2006 03:11:31 -0600
Received: from vm-186-44.vm-mail.com (206.82.186.44)
  by gordonworks.com with SMTP; 9 May 2006 03:11:31 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-44.vm-mail.com with SMTP; 09 May 2006 04:11:27 -0500
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 347810
From: From You Flowers <FromYouFlowers@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347810@vm-rewards.com>
Subject: Mother's Day flowers & gifts - up to 30% savings
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.3 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_ONLY_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_SBL autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This promotion cannot be combined with any other offers. discounts



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**From You Flowers 455 Boston Post Rd 205 Old Saybrook, CT 06475 - 1516**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed May 10 23:58:51 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter347810@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 4803 invoked from network); 9 May 2006 03:08:49 -0600
Received: from vm-186-245.vm-mail.com (206.82.186.245)
  by chiefmusician.net with SMTP; 9 May 2006 03:08:45 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-245.vm-mail.com with SMTP; 09 May 2006 04:08:44 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 347810
From: From You Flowers <FromYouFlowers@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347810@vm-rewards.com>
Subject: Mother's Day flowers & gifts - up to 30% savings
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link





This promotion cannot be combined with any other offers. discounts



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**From You Flowers 455 Boston Post Rd 205 Old Saybrook, CT 06475 - 1516**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed May 10 23:58:45 2006
X-Persona: <Celia>
Return-Path: <mailcenter347810@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 21158 invoked from network); 9 May 2006 03:27:03 -0600
Received: from vm-185-162.vm-mail.com (206.82.185.162)
   by clrobin.com with SMTP; 9 May 2006 03:27:01 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-162.vm-mail.com with SMTP; 09 May 2006 04:27:00 -0500
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 347810
From: From You Flowers <FromYouFlowers@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347810@vm-rewards.com>
Subject: *****SPAM***** Mother's Day flowers & gifts - up to 30% savings
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=DATE_MISSING,HTML_70_80,
       HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_10,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  1.1 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
       *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
       *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
```

Images not loading? View this offer by visiting this link





This promotion cannot be combined with any other offers. discounts



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**From You Flowers 455 Boston Post Rd 205 Old Saybrook, CT 06475 - 1516**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the**

advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Tue May 09 16:28:41 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter347810@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 26817 invoked from network); 9 May 2006 03:11:34 -0600
Received: from vm-186-119.vm-mail.com (206.82.186.119)
  by greatnorthwest-alpha.org with SMTP; 9 May 2006 03:11:33 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-119.vm-mail.com with SMTP; 09 May 2006 04:11:27 -0500
X-ClientHost: 10611111100641060971211070971211151121080970991010460991111109
X-MailingID: 347810
From: From You Flowers <FromYouFlowers@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347810@vm-rewards.com>
Subject: *****SPAM***** Mother's Day flowers & gifts - up to 30% savings
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_10,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 1.1 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
      * 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
```

Images not loading? View this offer by visiting this link





This promotion cannot be combined with any other offers. discounts

This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions
or comments about this advertisement to:

From You Flowers 455 Boston Post Rd 205 Old Saybrook, CT 06475 - 1516

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products
and/or services advertised in this email are the sole responsibility of the

advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Fri May 12 22:34:37 2006
X-Persona: <Mila>
Return-Path: <mailcenter347810@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 16513 invoked from network); 9 May 2006 03:11:13 -0600
Received: from vm-186-173.vm-mail.com (206.82.186.173)
  by rcw19190020.com with SMTP; 9 May 2006 03:11:12 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-173.vm-mail.com with SMTP; 09 May 2006 04:11:10 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 347810
From: From You Flowers <FromYouFlowers@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347810@vm-rewards.com>
Subject: Mother's Day flowers & gifts - up to 30% savings
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_90,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_ONLY_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_SBL autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This promotion cannot be combined with any other offers. discounts



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**From You Flowers 455 Boston Post Rd 205 Old Saybrook, CT 06475 - 1516**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Feb 12 06:51:05 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <334137-19833>; Thu, 12 Feb 2004 02:29:43 -0500
Received: from vm109.vmadmin.com ([216.64.222.109]) by ams.ftl.affinity.com
with ESMTP id <468731-19841>; Thu, 12 Feb 2004 02:29:03 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm109.vmadmin.com with SMTP; 12 Feb 2004 01:29:00 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 241650
From: Full Time Income <FullTimeIncome@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Full Time Income <FullTimeIncome241650@replies.virtumundo.com>
Subject: Part-time hours, full-time income
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb12.022903-0500_est.468731-19841+279@ams.ftl.affinity.com>
Date:Thu, 12 Feb 2004 02:29:02 -0500
```



LSM 625 W. 3500 S, Suite A-500 Salt Lake City, UT 84123

```
From ???@??? Thu Feb 12 06:51:05 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213729-19833>; Thu, 12 Feb 2004 02:29:43 -0500
Received: from vm109.vmadmin.com ([216.64.222.109]) by ams.ftl.affinity.com
with ESMTP id <334137-19831>; Thu, 12 Feb 2004 02:29:03 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm109.vmadmin.com with SMTP; 12 Feb 2004 01:29:00 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 241650
From: Full Time Income <FullTimeIncome@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Full Time Income <FullTimeIncome241650@replies.virtumundo.com>
Subject: Part-time hours, full-time income
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb12.022903-0500_est.334137-19831+242@ams.ftl.affinity.com>
Date:Thu, 12 Feb 2004 02:29:02 -0500
```



LSM 625 W. 3500 S, Suite A-500 Salt Lake City, UT 84123

```
From ???@??? Thu Feb 12 06:51:05 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <462963-19833>; Thu, 12 Feb 2004 02:29:43 -0500
Received: from vm109.vmadmin.com ([216.64.222.109]) by ams.ftl.affinity.com
with ESMTP id <213729-19836>; Thu, 12 Feb 2004 02:29:03 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 12 Feb 2004 01:29:00 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 241650
From: Full Time Income <FullTimeIncome@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Full Time Income <FullTimeIncome241650@replies.virtumundo.com>
Subject: Part-time hours, full-time income
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb12.022903-0500_est.213729-19836+178@ams.ftl.affinity.com>
Date:Thu, 12 Feb 2004 02:29:01 -0500
```



LSM 625 W. 3500 S, Suite A-500 Salt Lake City, UT 84123

```
From ???@??? Wed Feb 04 09:02:40 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <224741-23379>; Wed, 4 Feb
2004 02:24:58 -0500
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com
with ESMTP id <228249-23384>; Wed, 4 Feb 2004 02:23:41 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm115.vmadmin.com with SMTP; 04 Feb 2004 01:23:37 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 241191
From: Full Time Income <FullTimeIncome@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Full Time Income <FullTimeIncome241191@replies.virtumundo.com>
Subject: Success Story
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb4.022341-0500_est.228249-23384+11863@ams.ftl.affinity.com>
Date:Wed, 4 Feb 2004 02:23:41 -0500
```



LSM 625 W 3500 S, Suite A-500 Salt Lake City, UT

```
From ???@??? Wed Feb 04 09:02:40 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217066-23379>; Wed, 4 Feb 2004 02:24:58 -0500
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com
with ESMTP id <228222-23379>; Wed, 4 Feb 2004 02:23:40 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm115.vmadmin.com with SMTP; 04 Feb 2004 01:23:37 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 241191
From: Full Time Income <FullTimeIncome@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Full Time Income <FullTimeIncome241191@replies.virtumundo.com>
Subject: Success Story
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb4.022340-0500_est.228222-23379+12032@ams.ftl.affinity.com>
Date:Wed, 4 Feb 2004 02:23:40 -0500
```



LSM 625 W 3500 S, Suite A-500 Salt Lake City, UT

```
From ???@??? Wed Feb 04 09:02:40 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <219497-23379>; Wed, 4 Feb 2004 02:24:58 -0500
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com
with ESMTP id <228244-23386>; Wed, 4 Feb 2004 02:23:40 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm115.vmadmin.com with SMTP; 04 Feb 2004 01:23:37 -0600
X-ClientHost:
106097109105108097064103111141001111101191111141071150460991111109
X-MailingID: 241191
From: Full Time Income <FullTimeIncome@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Full Time Income <FullTimeIncome241191@replies.virtumundo.com>
Subject: Success Story
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb4.022340-0500_est.228244-23386+11891@ams.ftl.affinity.com>
Date:Wed, 4 Feb 2004 02:23:40 -0500
```



LSM 625 W 3500 S, Suite A-500 Salt Lake City, UT

```
From ???@??? Wed Feb 04 09:02:40 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223111-23379>; Wed, 4 Feb 2004 02:24:58 -0500
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com
with ESMTP id <219497-23377>; Wed, 4 Feb 2004 02:23:41 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm115.vmadmin.com with SMTP; 04 Feb 2004 01:23:37 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 241191
From: Full Time Income <FullTimeIncome@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Full Time Income <FullTimeIncome241191@replies.virtumundo.com>
Subject: Success Story
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb4.022341-0500_est.219497-23377+11682@ams.ftl.affinity.com>
Date:Wed, 4 Feb 2004 02:23:40 -0500
```



LSM 625 W 3500 S, Suite A-500 Salt Lake City, UT

```
From ???@??? Sat Jan 31 23:52:18 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <329896-24933>; Sun, 1 Feb 2004 02:22:58 -0500
Received: from vm102.vmadmin.com ([216.64.222.102]) by ams.ftl.affinity.com
with ESMTP id <331919-5690>; Sun, 1 Feb 2004 02:22:33 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm102.vmadmin.com with SMTP; 01 Feb 2004 01:22:32 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 241130
From: Full Time Income <FullTimeIncome@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Full Time Income <FullTimeIncome241130@replies.virtumundo.com>
Subject: Part-time hours, full-time income
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb1.022233-0500_est.331919-5690+3201@ams.ftl.affinity.com>
Date:Sun, 1 Feb 2004 02:22:33 -0500
```



LSM 625 W. 3500 S, Suite A-500 Salt Lake City, UT 84123

```
From ???@??? Sat Jan 31 23:52:18 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <329253-24933>; Sun, 1 Feb 2004 02:22:58 -0500
Received: from vm102.vmadmin.com ([216.64.222.102]) by ams.ftl.affinity.com
with ESMTP id <331957-5699>; Sun, 1 Feb 2004 02:22:33 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm102.vmadmin.com with SMTP; 01 Feb 2004 01:22:32 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 241130
From: Full Time Income <FullTimeIncome@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Full Time Income <FullTimeIncome241130@replies.virtumundo.com>
Subject: Part-time hours, full-time income
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb1.022233-0500_est.331957-5699+3087@ams.ftl.affinity.com>
Date:Sun, 1 Feb 2004 02:22:33 -0500
```



LSM 625 W. 3500 S, Suite A-500 Salt Lake City, UT 84123

```
From ???@??? Sat Jan 31 23:52:18 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <329620-24933>; Sun, 1 Feb
2004 02:22:58 -0500
Received: from vm102.vmadmin.com ([216.64.222.102]) by ams.ftl.affinity.com
with ESMTP id <331964-5696>; Sun, 1 Feb 2004 02:22:33 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm102.vmadmin.com with SMTP; 01 Feb 2004 01:22:32 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 241130
From: Full Time Income <FullTimeIncome@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Full Time Income <FullTimeIncome241130@replies.virtumundo.com>
Subject: Part-time hours, full-time income
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb1.022233-0500_est.331964-5696+3167@ams.ftl.affinity.com>
Date:Sun, 1 Feb 2004 02:22:33 -0500
```



LSM 625 W. 3500 S, Suite A-500 Salt Lake City, UT 84123

```
From ???@??? Sat Jan 31 23:52:18 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <329215-24933>; Sun, 1 Feb 2004 02:22:58 -0500
Received: from vm102.vmadmin.com ([216.64.222.102]) by ams.ftl.affinity.com
with ESMTP id <331839-24936>; Sun, 1 Feb 2004 02:22:32 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm102.vmadmin.com with SMTP; 01 Feb 2004 01:22:32 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 241130
From: Full Time Income <FullTimeIncome@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Full Time Income <FullTimeIncome241130@replies.virtumundo.com>
Subject: Part-time hours, full-time income
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb1.022232-0500_est.331839-24936+48234@ams.ftl.affinity.com>
Date:Sun, 1 Feb 2004 02:22:32 -0500
```



LSM 625 W. 3500 S, Suite A-500 Salt Lake City, UT 84123

```
From ???@??? Sat Jan 24 09:02:56 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <3610964-26207>; Sat, 24 Jan
2004 08:10:10 -0500
Received: from vm121.vmadmin.com ([216.64.222.121]) by ams.ftl.affinity.com
with ESMTP id <3611017-26198>; Sat, 24 Jan 2004 08:09:40 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm121.vmadmin.com with SMTP; 24 Jan 2004 07:09:37 -0600
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 240687
From: Full Time Income <FullTimeIncome@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Full Time Income <FullTimeIncome240687@replies.virtumundo.com>
Subject: Part-time hours, full-time income
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan24.080940-0500_est.3611017-26198+40768@ams.ftl.affinity.com>
Date:Sat, 24 Jan 2004 08:09:40 -0500
```



LSM 625 W. 3500 S, Suite A-500 Salt Lake City, UT

From ???@??? Sat Jan 24 09:02:56 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3610941-26206>; Sat, 24 Jan 2004 08:10:10 -0500
Received: from vm121.vmadmin.com ([216.64.222.121]) by ams.ftl.affinity.com
with ESMTP id <3610977-26204>; Sat, 24 Jan 2004 08:09:40 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm121.vmadmin.com with SMTP; 24 Jan 2004 07:09:37 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 240687
From: Full Time Income <FullTimeIncome@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Full Time Income <FullTimeIncome240687@replies.virtumundo.com>
Subject: Part-time hours, full-time income
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan24.080940-0500_est.3610977-26204+41487@ams.ftl.affinity.com>
Date:Sat, 24 Jan 2004 08:09:39 -0500



LSM 625 W. 3500 S, Suite A-500 Salt Lake City, UT

```
From ???@??? Sat Jan 24 09:02:56 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <3610960-26205>; Sat, 24 Jan 2004 08:10:10 -0500
Received: from vm121.vmadmin.com ([216.64.222.121]) by ams.ftl.affinity.com
with ESMTP id <3610999-26198>; Sat, 24 Jan 2004 08:09:40 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm121.vmadmin.com with SMTP; 24 Jan 2004 07:09:37 -0600
X-ClientHost:
106097109105108097064103111114100111101191111141071150460991111109
X-MailingID: 240687
From: Full Time Income <FullTimeIncome@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Full Time Income <FullTimeIncome240687@replies.virtumundo.com>
Subject: Part-time hours, full-time income
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan24.080940-0500_est.3610999-26198+40767@ams.ftl.affinity.com>
Date:Sat, 24 Jan 2004 08:09:39 -0500
```



LSM 625 W. 3500 S, Suite A-500 Salt Lake City, UT

```
From ???@??? Sat Jan 24 09:02:56 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3610831-26198>; Sat, 24 Jan 2004 08:10:10 -0500
Received: from vm121.vmadmin.com ([216.64.222.121]) by ams.ftl.affinity.com
with ESMTP id <3611010-26207>; Sat, 24 Jan 2004 08:09:40 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm121.vmadmin.com with SMTP; 24 Jan 2004 07:09:37 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 240687
From: Full Time Income <FullTimeIncome@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Full Time Income <FullTimeIncome240687@replies.virtumundo.com>
Subject: Part-time hours, full-time income
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan24.080940-0500_est.3611010-26207+41507@ams.ftl.affinity.com>
Date:Sat, 24 Jan 2004 08:09:39 -0500
```



LSM 625 W. 3500 S, Suite A-500 Salt Lake City, UT

```
From ???@??? Sat Jan 24 09:02:56 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3610199-26198>; Sat, 24 Jan 2004 08:10:10 -0500
Received: from vm121.vmadmin.com ([216.64.222.121]) by ams.ftl.affinity.com
with ESMTP id <3610964-26192>; Sat, 24 Jan 2004 08:09:40 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm121.vmadmin.com with SMTP; 24 Jan 2004 07:09:37 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 240687
From: Full Time Income <FullTimeIncome@vmadmin.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Full Time Income <FullTimeIncome240687@replies.virtumundo.com>
Subject: Part-time hours, full-time income
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan24.080940-0500_est.3610964-26192+41200@ams.ftl.affinity.com>
Date:Sat, 24 Jan 2004 08:09:38 -0500
```



LSM 625 W. 3500 S, Suite A-500 Salt Lake City, UT

From ???@??? Thu Feb 12 06:51:05 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <468731-19833>; Thu, 12 Feb
2004 02:29:43 -0500
Received: from vm109.vmadmin.com ([216.64.222.109]) by ams.ftl.affinity.com
with ESMTP id <335164-19831>; Thu, 12 Feb 2004 02:29:03 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm109.vmadmin.com with SMTP; 12 Feb 2004 01:29:00 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 241650
From: Full Time Income <FullTimeIncome@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Full Time Income <FullTimeIncome241650@replies.virtumundo.com>
Subject: Part-time hours, full-time income
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb12.022903-0500_est.335164-19831+243@ams.ftl.affinity.com>
Date:Thu, 12 Feb 2004 02:29:03 -0500



LSM 625 W. 3500 S, Suite A-500 Salt Lake City, UT 84123

```
From ???@??? Mon Mar 27 20:23:26 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340710@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 13312 invoked from network); 24 Mar 2006 20:36:11 -0600
Received: from vm-180-126.vm-mail.com (206.82.180.126)
  by clrobin.com with SMTP; 24 Mar 2006 20:36:09 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-126.vm-mail.com with SMTP; 24 Mar 2006 20:35:45 -0600
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 340710
From: Fun Play Bingo <FunPlayBIngo@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340710@vm-rewards.com>
Subject: Play bingo without a credit card
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.3 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_50_60,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



DFS Corp Direct Services, Edificio Trilogia Escazu, Costa Rica

If you can not see our footer image, please visit here.

```
From ???@??? Mon Mar 27 20:23:26 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340710@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 14658 invoked from network); 24 Mar 2006 20:36:13 -0600
Received: from vm-180-126.vm-mail.com (206.82.180.126)
   by clrobin.com with SMTP; 24 Mar 2006 20:36:11 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-126.vm-mail.com with SMTP; 24 Mar 2006 20:35:45 -0600
X-ClientHost: 11610606409711011610411111012109910111011611409710804609911109
X-MailingID: 340710
From: Fun Play Bingo <FunPlayBIngo@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340710@vm-rewards.com>
Subject: Play bingo without a credit card
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.3 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_50_60,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**DFS Corp Direct Services, Edificio Trilogia Escazu, Costa Rica**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Mar 27 20:23:25 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340710@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 12037 invoked from network); 24 Mar 2006 20:36:08 -0600
Received: from vm-180-126.vm-mail.com (206.82.180.126)
  by clrobin.com with SMTP; 24 Mar 2006 20:36:06 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-126.vm-mail.com with SMTP; 24 Mar 2006 20:35:45 -0600
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710804609911109
X-MailingID: 340710
From: Fun Play Bingo <FunPlayBIngo@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340710@vm-rewards.com>
Subject: Play bingo without a credit card
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.3 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_50_60,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



DFS Corp Direct Services, Edificio Trilogia Escazu, Costa Rica

If you can not see our footer image, please visit here.

```
From ???@??? Mon Mar 27 20:22:57 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340710@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 10724 invoked from network); 24 Mar 2006 20:36:01 -0600
Received: from vm-180-126.vm-mail.com (206.82.180.126)
  by clrobin.com with SMTP; 24 Mar 2006 20:35:57 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-126.vm-mail.com with SMTP; 24 Mar 2006 20:35:45 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 340710
From: Fun Play Bingo <FunPlayBIngo@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340710@vm-rewards.com>
Subject: Play bingo without a credit card
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.3 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_50_60,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



DFS Corp Direct Services, Edificio Trilogia Escazu, Costa Rica

If you can not see our footer image, please visit here.

```
From ???@??? Mon Mar 27 20:22:57 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340710@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 11885 invoked from network); 24 Mar 2006 20:36:05 -0600
Received: from vm-180-126.vm-mail.com (206.82.180.126)
  by clrobin.com with SMTP; 24 Mar 2006 20:36:04 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-126.vm-mail.com with SMTP; 24 Mar 2006 20:35:45 -0600
X-ClientHost:
0991041170991070640971101161041111101210991011101161140971080460991111109
X-MailingID: 340710
From: Fun Play Bingo <FunPlayBIngo@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340710@vm-rewards.com>
Subject: Play bingo without a credit card
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.3 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_50_60,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**DFS Corp Direct Services, Edificio Trilogia Escazu, Costa Rica**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Mar 27 20:22:08 2006
X-Persona: <Celia>
Return-Path: <mailcenter340710@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 27649 invoked from network); 24 Mar 2006 21:20:06 -0600
Received: from vm-181-26.vm-mail.com (206.82.181.26)
  by gnwalpha.org with SMTP; 24 Mar 2006 21:20:01 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-26.vm-mail.com with SMTP; 24 Mar 2006 21:19:50 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 340710
From: Fun Play Bingo <FunPlayBIngo@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340710@vm-rewards.com>
Subject: *****SPAM***** Play bingo without a credit card
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_BALANCE_BODY,HTML_TAG_BALANCE_HTML,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.3 HTML_TAG_BALANCE_BODY BODY: HTML has unbalanced "body" tags
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.4 HTML_TAG_BALANCE_HTML BODY: HTML has unbalanced "html" tags
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





 **DFS Corp Direct Services, Edificio Trilogia Escazu, Costa Rica**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Mar 27 20:22:06 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter340710@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 7496 invoked from network); 24 Mar 2006 20:13:43 -0600
Received: from vm-181-37.vm-mail.com (206.82.181.37)
  by rcw19190020.com with SMTP; 24 Mar 2006 20:13:42 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-37.vm-mail.com with SMTP; 24 Mar 2006 20:13:30 -0600
X-ClientHost:
10610510906410511610010510010111111610111010011410510310411604609911109
X-MailingID: 340710
From: Fun Play Bingo <FunPlayBIngo@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340710@vm-rewards.com>
Subject: Play bingo without a credit card
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



**DFS Corp Direct Services, Edificio Trilogia Escazu, Costa Rica**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Mar 26 17:56:58 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter340710@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 9089 invoked from network); 24 Mar 2006 20:15:10 -0600
Received: from vm-181-141.vm-mail.com (206.82.181.141)
  by itdidnotendright.com with SMTP; 24 Mar 2006 20:15:08 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-141.vm-mail.com with SMTP; 24 Mar 2006 20:14:56 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 340710
From: Fun Play Bingo <FunPlayBIngo@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340710@vm-rewards.com>
Subject: *****SPAM***** Play bingo without a credit card
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_BALANCE_BODY,HTML_TAG_BALANCE_HTML,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.3 HTML_TAG_BALANCE_BODY BODY: HTML has unbalanced "body" tags
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.4 HTML_TAG_BALANCE_HTML BODY: HTML has unbalanced "html" tags
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





 **DFS Corp Direct Services, Edificio Trilogia Escazu, Costa Rica**

**If you can not see our footer image, please visit here.**

From ???@??? Sat Mar 25 19:22:50 2006
X-Persona: <Mila>
Return-Path: <mailcenter340710@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
     with SpamAssassin (2.63 2004-01-11);
     Fri, 24 Mar 2006 20:15:01 -0600
From: Fun Play Bingo <FunPlayBIngo@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Play bingo without a credit card
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.7 required=7.0 tests=BAYES_99,DATE_MISSING,
     HTML_50_60,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
     MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4424A7A5.8B6461A3"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(0225&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(0225&e=mila@jammtomm.com
  URI:http://ogy.cc/bobiskts/ftbv2_01.gif [...]

Content analysis details:   (9.7 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_50_60             BODY: Message is 50% to 60% HTML
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 1184 invoked from network); 24 Mar 2006 20:14:56 -0600
Received: from vm-181-118.vm-mail.com (206.82.181.118)
  by anthonycentral.com with SMTP; 24 Mar 2006 20:14:56 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-118.vm-mail.com with SMTP; 24 Mar 2006 20:14:44 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109

```
X-MailingID: 340710
From: Fun Play Bingo <FunPlayBIngo@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340710@vm-rewards.com>
Subject: Play bingo without a credit card
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Play bingo
witho.htm"
```

```
From ???@??? Mon Mar 27 20:27:26 2006
X-Persona: <Jay>
Return-Path: <mailcenter340710@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 8802 invoked from network); 24 Mar 2006 20:15:09 -0600
Received: from vm-181-99.vm-mail.com (206.82.181.99)
  by celiajay.com with SMTP; 24 Mar 2006 20:15:07 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-99.vm-mail.com with SMTP; 24 Mar 2006 20:14:55 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 340710
From: Fun Play Bingo <FunPlayBIngo@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340710@vm-rewards.com>
Subject: Play bingo without a credit card
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.9 required=7.0 tests=BAYES_60,DATE_MISSING,
        HTML_50_60,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



DFS Corp Direct Services, Edificio Trilogia Escazu, Costa Rica

If you can not see our footer image, please visit here.

```
From ???@??? Mon May 08 12:48:35 2006
X-Persona: <Jay>
Return-Path: <mailcenter347404@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 23777 invoked from network); 5 May 2006 14:10:52 -0600
Received: from vm-185-44.vm-mail.com (206.82.185.44)
  by omniinnovations.com with SMTP; 5 May 2006 14:10:48 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-44.vm-mail.com with SMTP; 05 May 2006 15:09:41 -0500
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 347404
From: Fun Player Bingo <FunPlayerBingo@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347404@vm-rewards.com>
Subject: Play Bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

DFS Corp Direct Services 1601 NW 97th Ave. Miami, FL 33102

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Mon May 08 12:45:47 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter347404@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 9316 invoked from network); 5 May 2006 14:07:15 -0600
Received: from vm-185-180.vm-mail.com (206.82.185.180)
  by rcw19190020.com with SMTP; 5 May 2006 14:07:14 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-180.vm-mail.com with SMTP; 05 May 2006 15:07:12 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 347404
From: Fun Player Bingo <FunPlayerBingo@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347404@vm-rewards.com>
Subject: Play Bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

DFS Corp Direct Services 1601 NW 97th Ave. Miami, FL 33102

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Mon May 08 12:43:54 2006
X-Persona: <Celia>
Return-Path: <mailcenter347404@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 8052 invoked from network); 5 May 2006 14:18:31 -0600
Received: from vm-187-236.vm-mail.com (206.82.187.236)
   by omniinnovations.com with SMTP; 5 May 2006 14:18:30 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-187-236.vm-mail.com with SMTP; 05 May 2006 15:18:05 -0500
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 347404
From: Fun Player Bingo <FunPlayerBingo@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347404@vm-rewards.com>
Subject: Play Bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

DFS Corp Direct Services 1601 NW 97th Ave. Miami, FL 33102

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Fri May 05 22:41:52 2006
X-Persona: <Mila>
Return-Path: <mailcenter347404@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 22337 invoked from network); 5 May 2006 14:10:47 -0600
Received: from vm-185-238.vm-mail.com (206.82.185.238)
   by rcw19190020.com with SMTP; 5 May 2006 14:10:45 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-238.vm-mail.com with SMTP; 05 May 2006 15:09:26 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 347404
From: Fun Player Bingo <FunPlayerBingo@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347404@vm-rewards.com>
Subject: Play Bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.3 required=7.0 tests=BAYES_90,DATE_MISSING,
       HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

DFS Corp Direct Services 1601 NW 97th Ave. Miami, FL 33102

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Fri May 05 22:41:26 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter347404@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 8328 invoked from network); 5 May 2006 14:11:32 -0600
Received: from vm-185-43.vm-mail.com (206.82.185.43)
   by gordonworks.com with SMTP; 5 May 2006 14:11:29 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-43.vm-mail.com with SMTP; 05 May 2006 15:09:42 -0500
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 347404
From: Fun Player Bingo <FunPlayerBingo@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347404@vm-rewards.com>
Subject: Play Bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=DATE_MISSING,HTML_50_60,
       HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

DFS Corp Direct Services 1601 NW 97th Ave. Miami, FL 33102

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 09 09:48:38 2006
X-Persona: <Jay>
Return-Path: <mailcenter342522@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 738 invoked from network); 5 Apr 2006 23:23:43 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by chiefmusician.net with SMTP; 5 Apr 2006 23:23:42 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 06 Apr 2006 00:23:35 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 342522
From: Fun Player Bingo <FunPlayerBingo@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342522@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_56,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



DFS Corp Direct Services 1601 NW 97th Ave. Miami, FL 33102

If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 09 09:43:23 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter342522@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 4650 invoked from network); 5 Apr 2006 23:01:28 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by chiefmusician.net with SMTP; 5 Apr 2006 23:01:22 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 06 Apr 2006 00:01:02 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 342522
From: Fun Player Bingo <FunPlayerBingo@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342522@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



DFS Corp Direct Services 1601 NW 97th Ave. Miami, FL 33102

If you can not see our footer image, please visit here.

From ???@??? Sun Apr 09 09:42:38 2006
X-Persona: <Celia>
Return-Path: <mailcenter342522@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 28997 invoked from network); 5 Apr 2006 14:20:37 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by jammtomm.com with SMTP; 5 Apr 2006 14:20:35 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 05 Apr 2006 15:20:15 -0500
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 342522
From: Fun Player Bingo <FunPlayerBingo@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342522@vm-rewards.com>
Subject: *****SPAM***** Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]


Images not loading? View this offer by visiting this link





DFS Corp Direct Services 1601 NW 97th Ave. Miami, FL 33102

If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 07 13:04:24 2006
Return-Path: <mailcenter342522@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 27843 invoked from network); 5 Apr 2006 13:38:18 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by omniinnovations.com with SMTP; 5 Apr 2006 13:38:16 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 05 Apr 2006 14:38:06 -0500
X-ClientHost:
099104117099107064097110116104111101210991011101161140971080460991111109
X-MailingID: 342522
From: Fun Player Bingo <FunPlayerBingo@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342522@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



DFS Corp Direct Services 1601 NW 97th Ave. Miami, FL 33102

If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 07 13:04:24 2006
Return-Path: <mailcenter342522@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 24997 invoked from network); 5 Apr 2006 13:38:13 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by omniinnovations.com with SMTP; 5 Apr 2006 13:38:09 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 05 Apr 2006 14:38:06 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911111 09
X-MailingID: 342522
From: Fun Player Bingo <FunPlayerBingo@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342522@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



DFS Corp Direct Services 1601 NW 97th Ave. Miami, FL 33102

If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 07 13:04:24 2006
Return-Path: <mailcenter342522@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 30528 invoked from network); 5 Apr 2006 13:38:23 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by omniinnovations.com with SMTP; 5 Apr 2006 13:38:18 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 05 Apr 2006 14:38:06 -0500
X-ClientHost:
100101119097121110101064097110116104111101210991011101161140971080460991
11109
X-MailingID: 342522
From: Fun Player Bingo <FunPlayerBingo@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342522@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



DFS Corp Direct Services 1601 NW 97th Ave. Miami, FL 33102

If you can not see our footer image, please visit here.

From ???@??? Fri Apr 07 13:04:24 2006
Return-Path: <mailcenter342522@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 1090 invoked from network); 5 Apr 2006 13:38:28 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by omniinnovations.com with SMTP; 5 Apr 2006 13:38:23 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 05 Apr 2006 14:38:06 -0500
X-ClientHost:
11509711010012106409711011610411110121099101110116114097108046099111109
X-MailingID: 342522
From: Fun Player Bingo <FunPlayerBingo@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342522@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63


Images not loading? View this offer by visiting this link



DFS Corp Direct Services 1601 NW 97th Ave. Miami, FL 33102

If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 07 13:04:24 2006
Return-Path: <mailcenter342522@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 1895 invoked from network); 5 Apr 2006 13:38:29 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by omniinnovations.com with SMTP; 5 Apr 2006 13:38:28 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 05 Apr 2006 14:38:06 -0500
X-ClientHost: 11610606409711011610411110121099101110116114097108046099111109
X-MailingID: 342522
From: Fun Player Bingo <FunPlayerBingo@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342522@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
       autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



DFS Corp Direct Services 1601 NW 97th Ave. Miami, FL 33102

If you can not see our footer image, please visit here.

From ???@??? Thu Apr 06 22:20:26 2006
X-Persona: <Mila>
Return-Path: <mailcenter342522@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 05 Apr 2006 23:22:24 -0600
From: Fun Player Bingo <FunPlayerBingo@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Play bingo just for the fun of it
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.1 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4434A590.23DC7C1D"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(1455&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(1455&e=mila@jammtomm.com
  URI:http://ogy.cc/bobiskts/ftbv2_01.gif [...]

Content analysis details:   (11.1 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
            [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 6786 invoked from network); 5 Apr 2006 23:22:20 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by celiajay.com with SMTP; 5 Apr 2006 23:22:19 -0600
Received: from vm-mail.com (10.0.0.42)

```
  by pkc-sb02 with SMTP; 06 Apr 2006 00:22:15 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 342522
From: Fun Player Bingo <FunPlayerBingo@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342522@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Play bingo
just 8.htm"
```

```
From ???@??? Wed Apr 05 22:43:17 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter342522@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 32569 invoked from network); 5 Apr 2006 23:23:39 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by anthonycentral.com with SMTP; 5 Apr 2006 23:23:38 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 06 Apr 2006 00:23:35 -0500
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 342522
From: Fun Player Bingo <FunPlayerBingo@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342522@vm-rewards.com>
Subject: *****SPAM***** Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link





 DFS Corp Direct Services 1601 NW 97th Ave. Miami, FL 33102



If you can not see our footer image, please visit here.

From ???@??? Tue Mar 07 19:16:13 2006
X-Persona: <Mila>
Return-Path: <mailcenter339588@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 07 Mar 2006 11:20:34 -0600
From: Fun Player Bingo <FunPlayerBingo@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Play Bingo just for the fun of it without risk
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.8 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,HTML_TAG_BALANCE_BODY,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_440DC0E2.502B62D3"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9531&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'9531&e=mila@jammtomm.com
  URI:http://ogy.cc/ftb_balls_man.jpg [...]

Content analysis details:   (8.8 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.3 HTML_TAG_BALANCE_BODY  BODY: HTML has unbalanced "body" tags
 0.0 HTML_MESSAGE           BODY: HTML included in message
 1.5 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 27682 invoked from network); 7 Mar 2006 11:20:31 -0600
Received: from vm-180-224.vm-mail.com (206.82.180.224)
  by jaycelia.com with SMTP; 7 Mar 2006 11:20:31 -0600
Received: from vm-mail.com (192.168.3.20)

```
   by vm-180-224.vm-mail.com with SMTP; 07 Mar 2006 11:20:13 -0600
X-ClientHost: 1091051080970641060971091091161111091090460991111109
X-MailingID: 339588
From: Fun Player Bingo <FunPlayerBingo@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339588@vm-rewards.com>
Subject: Play Bingo just for the fun of it without risk
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Play Bingo
just 5.htm"
```

```
From ???@??? Tue Mar 07 16:07:43 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter339588@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 11969 invoked from network); 7 Mar 2006 11:19:12 -0600
Received: from vm-180-246.vm-mail.com (206.82.180.246)
  by gnwalpha.org with SMTP; 7 Mar 2006 11:19:10 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-246.vm-mail.com with SMTP; 07 Mar 2006 11:18:51 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 339588
From: Fun Player Bingo <FunPlayerBingo@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339588@vm-rewards.com>
Subject: Play Bingo just for the fun of it without risk
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---



**Fun Player Bingo, 1601 NW 97th Ave Miami, FL 33102**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Mar 07 16:06:16 2006
X-Persona: <Celia>
Return-Path: <mailcenter339588@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 10304 invoked from network); 7 Mar 2006 12:15:21 -0600
Received: from vm-180-133.vm-mail.com (206.82.180.133)
  by omniinnovations.com with SMTP; 7 Mar 2006 12:15:21 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-133.vm-mail.com with SMTP; 07 Mar 2006 12:15:04 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460099111109
X-MailingID: 339588
From: Fun Player Bingo <FunPlayerBingo@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339588@vm-rewards.com>
Subject: *****SPAM***** Play Bingo just for the fun of it without risk
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.8 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,HTML_TAG_BALANCE_BODY,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.3 HTML_TAG_BALANCE_BODY BODY: HTML has unbalanced "body" tags
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



Fun Player Bingo, 1601 NW 97th Ave Miami, FL 33102

If you can not see our footer image, please visit here.

```
From ???@??? Tue Mar 07 11:06:12 2006
X-Persona: <RCW>
Return-Path: <mailcenter339590@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 20096 invoked from network); 7 Mar 2006 12:20:08 -0600
Received: from vm-180-61.vm-mail.com (206.82.180.61)
  by gnwalpha.org with SMTP; 7 Mar 2006 12:20:05 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-61.vm-mail.com with SMTP; 07 Mar 2006 12:19:47 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 339590
From: Fun Player Bingo <FunPlayerBingo@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339590@vm-rewards.com>
Subject: Play Bingo just for the fun of it without risk
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---


**Fun Player Bingo, 1601 NW 97th Ave Miami, FL 33102**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Aug 04 19:34:32 2006
X-Persona: <2nd User>
Return-Path: <mailcenter357588@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 21121 invoked from network); 28 Jul 2006 04:03:12 -0600
Received: from static-vmg-187-149.vm-mail.com (HELO vm-187-149.vm-mail.com)
(206.82.187.149)
  by gordonworks.com with SMTP; 28 Jul 2006 04:03:11 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-149.vm-mail.com with SMTP; 28 Jul 2006 05:03:08 -0500
X-ClientHost: 11611110910912106410609710910911611110910904609911109
X-MailingID: 357588
From: Fun Player Bingo <FunPlayerBingo@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+357588@vm-rewards.com>
Subject: Play Bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=DATE_MISSING,HTML_50_60,
       HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

DFS Corp Direct Services 1601 NW 97th Ave. Miami, FL 33102

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Tue Sep 30 21:45:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <230258-27393>; Tue, 30 Sep 2003 22:19:09 -0400
Received: from vm127.vmadmin.com ([216.64.222.127]) by ams.ftl.affinity.com
with ESMTP id <228881-27397>; Tue, 30 Sep 2003 22:16:09 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm127.vmadmin.com with SMTP; 30 Sep 2003 21:15:52 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 148762
From: Futon Covers <FunNewFutonCovers148762@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Futon Covers <FunNewFutonCovers148762@replies.virtumundo.com>
Subject: It's fun to futon.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep30.221609-0400_edt.228881-27397+44587@ams.ftl.affinity.com>
Date:Tue, 30 Sep 2003 22:16:09 -0400



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products

and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Nov 15 23:51:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217251-21275>; Sat, 15 Nov
2003 23:37:05 -0500
Received: from vm152.vmadmin.com ([216.64.222.152]) by ams.ftl.affinity.com
with ESMTP id <217665-21268>; Sat, 15 Nov 2003 23:36:42 -0500
Received: from vmadmin.com (192.168.3.11)
    by vm152.vmadmin.com with SMTP; 15 Nov 2003 22:25:15 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 198339
From: Garage Door Opener <GarageDoorOpener198339@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Garage Door Opener <GarageDoorOpener198339@replies.virtumundo.com>
Subject: Stop lifting your garage by hand.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov15.233642-0500_est.217665-21268+25246@ams.ftl.affinity.com>
Date:Sat, 15 Nov 2003 23:36:42 -0500







**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe**

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Nov 15 23:51:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <218048-21273>; Sat, 15 Nov 2003 23:37:05 -0500
Received: from vm152.vmadmin.com ([216.64.222.152]) by ams.ftl.affinity.com
with ESMTP id <215004-21268>; Sat, 15 Nov 2003 23:36:42 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm152.vmadmin.com with SMTP; 15 Nov 2003 22:25:15 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 198339
From: Garage Door Opener <GarageDoorOpener198339@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Garage Door Opener <GarageDoorOpener198339@replies.virtumundo.com>
Subject: Stop lifting your garage by hand.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov15.233642-0500_est.215004-21268+25242@ams.ftl.affinity.com>
Date:Sat, 15 Nov 2003 23:36:41 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Nov 15 23:51:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217946-21278>; Sat, 15 Nov 2003 23:37:05 -0500
Received: from vm152.vmadmin.com ([216.64.222.152]) by ams.ftl.affinity.com
with ESMTP id <213772-21268>; Sat, 15 Nov 2003 23:36:42 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm152.vmadmin.com with SMTP; 15 Nov 2003 22:25:15 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 198339
From: Garage Door Opener <GarageDoorOpener198339@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Garage Door Opener <GarageDoorOpener198339@replies.virtumundo.com>
Subject: Stop lifting your garage by hand.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov15.233642-0500_est.213772-21268+25240@ams.ftl.affinity.com>
Date:Sat, 15 Nov 2003 23:36:41 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products

and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Nov 15 23:51:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217342-21276>; Sat, 15 Nov 2003 23:37:05 -0500
Received: from vm152.vmadmin.com ([216.64.222.152]) by ams.ftl.affinity.com
with ESMTP id <220065-21268>; Sat, 15 Nov 2003 23:36:42 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm152.vmadmin.com with SMTP; 15 Nov 2003 22:25:15 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 198339
From: Garage Door Opener <GarageDoorOpener198339@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Garage Door Opener <GarageDoorOpener198339@replies.virtumundo.com>
Subject: Stop lifting your garage by hand.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov15.233642-0500_est.220065-21268+25245@ams.ftl.affinity.com>
Date:Sat, 15 Nov 2003 23:36:42 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products

and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Dec 29 13:20:32 2005
X-Persona: <Jon>
Return-Path: <mailcenter333728@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 28737 invoked from network); 28 Dec 2005 11:32:11 -0600
Received: from vm-181-95.vm-mail.com (206.82.181.95)
  by itdidnotendright.com with SMTP; 28 Dec 2005 11:32:10 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-95.vm-mail.com with SMTP; 28 Dec 2005 11:31:55 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 333728
From: Gas Price Alert <GasPriceAlert@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333728@vm-rewards.com>
Subject: Gas Price Alert saves you money at the pump daily
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
```



Intrigue Learning Services, 011-246 Stewart Green SW, Calgary, Alberta Canada T3H 3C8

If you can not see our footer image, please visit here.

```
From ???@??? Thu Dec 29 13:14:32 2005
X-Persona: <Jay>
Return-Path: <mailcenter333728@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 31398 invoked from network); 28 Dec 2005 11:32:14 -0600
Received: from vm-181-45.vm-mail.com (206.82.181.45)
  by jaycelia.com with SMTP; 28 Dec 2005 11:32:14 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-45.vm-mail.com with SMTP; 28 Dec 2005 11:31:55 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 333728
From: Gas Price Alert <GasPriceAlert@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333728@vm-rewards.com>
Subject: Gas Price Alert saves you money at the pump daily
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**Intrigue Learning Services, 011-246 Stewart Green SW, Calgary, Alberta Canada T3H 3C8**

If you can not see our footer image, please visit here.

From ???@??? Thu Dec 15 10:01:21 2005
X-Persona: <Jay>
Return-Path: <mailcenter333211@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 27171 invoked from network); 15 Dec 2005 11:38:15 -0600
Received: from vm-182-153.vm-mail.com (206.82.182.153)
  by omniinnovations.com with SMTP; 15 Dec 2005 11:38:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-153.vm-mail.com with SMTP; 15 Dec 2005 11:37:57 -0600
X-ClientHost: 1060971210641060971210991011081050970460099111109
X-MailingID: 333211
From: Gas Price Alert <GasPriceAlert@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333211@vm-rewards.com>
Subject: *****SPAM***** Get lowest gas prices in your area emailed daily
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.2 required=7.0 tests=BANG_MONEY,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_LINK_CLICK_HERE,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.9 BANG_MONEY BODY: Talks about money with an exclamation!
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_LINK_CLICK_HERE BODY: HTML link text says "click here"
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset


If you can't see this email correctly, click here.





**Discover lowest Gas Prices in YOUR area!**

**Conveniently emailed to you daily, weekly or monthly!**

**Used by Professional Drivers across the US!**

**Simple way to save your hard-earned money!**

Intrigue Learning Services Inc, 1011 - 246 Stewart Green SW Calgary, Alberta, Canada T3H 3C8

If you can not see our footer image, please visit here.

```
From ???@??? Thu Dec 15 10:00:59 2005
X-Persona: <Jon>
Return-Path: <mailcenter333211@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 27202 invoked from network); 15 Dec 2005 11:38:15 -0600
Received: from vm-182-165.vm-mail.com (206.82.182.165)
   by xj4x4.net with SMTP; 15 Dec 2005 11:38:15 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-165.vm-mail.com with SMTP; 15 Dec 2005 11:37:57 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 333211
From: Gas Price Alert <GasPriceAlert@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333211@vm-rewards.com>
Subject: *****SPAM***** Get lowest gas prices in your area emailed daily
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.2 required=7.0 tests=BANG_MONEY,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_LINK_CLICK_HERE,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.9 BANG_MONEY BODY: Talks about money with an exclamation!
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.1 HTML_LINK_CLICK_HERE BODY: HTML link text says "click here"
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

If you can't see this email correctly, click here.





**Discover lowest Gas Prices in YOUR area!**

**Conveniently emailed to you daily, weekly or monthly!**

**Used by Professional Drivers across the US!**

**Simple way to save your hard-earned money!**

Intrigue Learning Services Inc, 1011 - 246 Stewart Green SW Calgary, Alberta, Canada T3H 3C8

If you can not see our footer image, please visit here.

```
From ???@??? Thu Dec 15 09:56:30 2005
X-Persona: <Celia>
Return-Path: <mailcenter333212@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 6499 invoked from network); 15 Dec 2005 11:36:48 -0600
Received: from vm-177-113.vm-mail.com (206.82.177.113)
  by jaykaysplace.com with SMTP; 15 Dec 2005 11:36:48 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-113.vm-mail.com with SMTP; 15 Dec 2005 11:36:34 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 333212
From: Gas Price Alert <GasPriceAlert@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333212@vm-rewards.com>
Subject: *****SPAM***** Get lowest gas prices in your area emailed daily
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.2 required=7.0 tests=BANG_MONEY,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_LINK_CLICK_HERE,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.9 BANG_MONEY BODY: Talks about money with an exclamation!
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_LINK_CLICK_HERE BODY: HTML link text says "click here"
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

If you can't see this email correctly, click here.





**Discover lowest Gas Prices in YOUR area!**

**Conveniently emailed to you daily, weekly or monthly!**

**Used by Professional Drivers across the US!**

**Simple way to save your hard-earned money!**

Intrigue Learning Services Inc, 1011 - 246 Stewart Green SW Calgary, Alberta, Canada T3H 3C8

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 15:50:29 2005
Return-Path: <mailcenter333728@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 29634 invoked from network); 28 Dec 2005 11:25:03 -0600
Received: from vm-182-252.vm-mail.com (206.82.182.252)
  by clrobin.com with SMTP; 28 Dec 2005 11:25:02 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-252.vm-mail.com with SMTP; 28 Dec 2005 11:24:47 -0600
X-ClientHost:
0991041170991070640971101161041111012109910111011611409710804609911109
X-MailingID: 333728
From: Gas Price Alert <GasPriceAlert@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333728@vm-rewards.com>
Subject: Gas Price Alert saves you money at the pump daily
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```





 Intrigue Learning Services, 011-246 Stewart Green SW, Calgary, Alberta Canada T3H 3C8



If you can not see our footer image, please visit here.

From ???@??? Sun Oct 12 18:57:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <266738-14309>; Sun, 12 Oct 2003 19:18:46 -0400
Received: from vl208-64.vmlocal.com ([216.21.208.64]) by ams.ftl.affinity.com
with ESMTP id <272463-14310>; Sun, 12 Oct 2003 19:18:37 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-64.vmlocal.com with SMTP; 12 Oct 2003 18:18:32 -0500
X-ClientHost: 10609710910111506410311111400111110119111114107115046099111109
X-MailingID: 161561
From: Gazebo <GreatGazeboSources161561@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Gazebo <GreatGazeboSources161561@vmlocal.com>
Subject: Outside, only better.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct12.191837-0400_edt.272463-14310+2312@ams.ftl.affinity.com>
Date:Sun, 12 Oct 2003 19:18:36 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Oct 26 15:32:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218136-23725>; Sun, 26 Oct 2003 16:34:47 -0500
Received: from vl208-44.vmlocal.com ([216.21.208.44]) by ams.ftl.affinity.com
with ESMTP id <218325-23735>; Sun, 26 Oct 2003 16:33:58 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-44.vmlocal.com with SMTP; 26 Oct 2003 15:32:53 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911110 9
X-MailingID: 177403
From: Gazebo <GreatGazeboSources177403@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Gazebo <GreatGazeboSources177403@vmlocal.com>
Subject: Outside, only better.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct26.163358-0500_est.218325-23735+5819@ams.ftl.affinity.com>
Date:Sun, 26 Oct 2003 16:33:58 -0500



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Nov 06 19:13:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213409-29715>; Thu, 6 Nov 2003 20:41:52 -0500
Received: from vl208-30.vmlocal.com ([216.21.208.30]) by ams.ftl.affinity.com
with ESMTP id <217480-29724>; Thu, 6 Nov 2003 20:41:16 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-30.vmlocal.com with SMTP; 06 Nov 2003 19:41:14 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 191345
From: Gazebo <GreatGazeboSources191345@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Gazebo <GreatGazeboSources191345@vmlocal.com>
Subject: Outside, only better.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov6.204116-0500_est.217480-29724+3748@ams.ftl.affinity.com>
Date:Thu, 6 Nov 2003 20:41:15 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Nov 14 23:13:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2717328-17967>; Fri, 14 Nov 2003 23:10:00 -0500
Received: from vl208-32.vmlocal.com ([216.21.208.32]) by ams.ftl.affinity.com
with ESMTP id <2717511-17957>; Fri, 14 Nov 2003 23:09:30 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-32.vmlocal.com with SMTP; 14 Nov 2003 22:09:26 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 198158
From: Gazebo <GreatGazeboSources198158@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Gazebo <GreatGazeboSources198158@vmlocal.com>
Subject: Outside, only better.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov14.230930-0500_est.2717511-17957+12278@ams.ftl.affinity.com>
Date:Fri, 14 Nov 2003 23:09:30 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Jan 14 18:23:56 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3556430-29377>; Wed, 14 Jan 2004 19:46:22 -0500
Received: from vm208-23.adknow-net.com ([216.21.208.23]) by
ams.ftl.affinity.com with ESMTP id <3561741-29385>; Wed, 14 Jan 2004 19:46:01
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-23.adknow-net.com with SMTP; 14 Jan 2004 18:45:59 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 341438
From: Gazebo <GreatGazeboSources@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return341438@replies.adknow-net.com
Subject: Relax outside in your gazebo.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan14.194601-0500_est.3561741-29385+11260@ams.ftl.affinity.com>
Date:Wed, 14 Jan 2004 19:46:00 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 23 13:23:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217205-12002>; Sun, 23 Nov 2003 14:12:37 -0500
Received: from vl208-37.vmlocal.com ([216.21.208.37]) by ams.ftl.affinity.com
with ESMTP id <218348-12005>; Sun, 23 Nov 2003 14:11:24 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-37.vmlocal.com with SMTP; 23 Nov 2003 13:11:09 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 204357
From: Gazebo <GreatGazeboSources@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Gazebo <GreatGazeboSources204357@vmlocal.com>
Subject: Outside, only better.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov23.141124-0500_est.218348-12005+25323@ams.ftl.affinity.com>
Date:Sun, 23 Nov 2003 14:11:24 -0500



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Dec 02 18:10:56 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <263437-11098>; Tue, 2 Dec 2003 19:15:15 -0500
Received: from vl208-20.vmlocal.com ([216.21.208.20]) by ams.ftl.affinity.com
with ESMTP id <265058-11099>; Tue, 2 Dec 2003 19:14:11 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-20.vmlocal.com with SMTP; 02 Dec 2003 18:12:05 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 210507
From: Gazebo <GreatGazeboSources@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Gazebo <GreatGazeboSources210507@vmlocal.com>
Subject: Shelter, rain or shine.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec2.191411-0500_est.265058-11099+13823@ams.ftl.affinity.com>
Date:Tue, 2 Dec 2003 19:14:09 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html) **or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Mar 01 18:27:41 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter339086@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 20576 invoked from network); 28 Feb 2006 07:01:19 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by jaykaysplace.com with SMTP; 28 Feb 2006 07:01:19 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 28 Feb 2006 07:01:07 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 339086
From: Get A Grant <GetAGrant@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339086@vm-rewards.com>
Subject:  Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---

IIA, 1356 S. Main Ste. 201, Orem, UT 84058

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 28 18:31:10 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter339086@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 891 invoked from network); 28 Feb 2006 07:05:49 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by clrobin.com with SMTP; 28 Feb 2006 07:05:49 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 28 Feb 2006 07:05:35 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 339086
From: Get A Grant <GetAGrant@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339086@vm-rewards.com>
Subject: *****SPAM***** Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link





 IIA, 1356 S. Main Ste. 201, Orem, UT 84058



If you can not see our footer image, please visit here.

From ???@??? Tue Feb 28 17:44:33 2006
X-Persona: <Mila>
Return-Path: <mailcenter339086@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 28 Feb 2006 07:05:25 -0600
From: Get A Grant <GetAGrant@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Is a grant available for you?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44044A95.BA3EFAA7"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9199&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'9199&e=mila@jammtomm.com
  URI:http://ogy.cc/lamarospalsl/692.gif [...]

Content analysis details:   (9.3 points, 7.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING         Missing Date: header
 2.8 X_MAIL_ID_PRESENT    Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE         BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY       BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02   BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
 2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
              [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 24708 invoked from network); 28 Feb 2006 07:05:24 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by clrobin.com with SMTP; 28 Feb 2006 07:05:23 -0600
Received: from vm-mail.com (10.0.0.42)

```
  by pkc-sb02 with SMTP; 28 Feb 2006 07:05:06 -0600
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 339086
From: Get A Grant <GetAGrant@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339086@vm-rewards.com>
Subject:  Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Is a grant
avail3.htm"
```

From ???@??? Tue Feb 28 08:32:47 2006
X-Persona: <RCW>
Return-Path: <mailcenter339086@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 32421 invoked from network); 28 Feb 2006 05:18:57 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by anthonycentral.com with SMTP; 28 Feb 2006 05:18:12 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 28 Feb 2006 05:14:04 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 339086
From: Get A Grant <GetAGrant@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339086@vm-rewards.com>
Subject:  Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Mon Feb 27 23:20:07 2006
X-Persona: <Celia>
Return-Path: <mailcenter339086@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 30435 invoked from network); 27 Feb 2006 20:58:31 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by gordonworks.com with SMTP; 27 Feb 2006 20:58:31 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 27 Feb 2006 20:58:20 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 339086
From: Get A Grant <GetAGrant@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339086@vm-rewards.com>
Subject: *****SPAM***** Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link





 IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 16:08:48 2006
Return-Path: <mailcenter336208@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 28577 invoked from network); 25 Jan 2006 09:41:14 -0600
Received: from vm-180-241.vm-mail.com (206.82.180.241)
   by itdidnotendright.com with SMTP; 25 Jan 2006 09:41:13 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-241.vm-mail.com with SMTP; 25 Jan 2006 09:41:08 -0600
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 336208
From: Get A Grant <GetAGrant@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336208@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 16:08:47 2006
Return-Path: <mailcenter336208@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 26153 invoked from network); 25 Jan 2006 09:41:09 -0600
Received: from vm-180-241.vm-mail.com (206.82.180.241)
   by itdidnotendright.com with SMTP; 25 Jan 2006 09:41:09 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-241.vm-mail.com with SMTP; 25 Jan 2006 09:41:08 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 336208
From: Get A Grant <GetAGrant@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336208@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 16:08:47 2006
Return-Path: <mailcenter336208@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 26173 invoked from network); 25 Jan 2006 09:41:10 -0600
Received: from vm-180-241.vm-mail.com (206.82.180.241)
  by itdidnotendright.com with SMTP; 25 Jan 2006 09:41:10 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-241.vm-mail.com with SMTP; 25 Jan 2006 09:41:08 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 336208
From: Get A Grant <GetAGrant@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336208@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 16:08:47 2006
Return-Path: <mailcenter336208@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 26723 invoked from network); 25 Jan 2006 09:41:12 -0600
Received: from vm-180-241.vm-mail.com (206.82.180.241)
   by itdidnotendright.com with SMTP; 25 Jan 2006 09:41:11 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-241.vm-mail.com with SMTP; 25 Jan 2006 09:41:08 -0600
X-ClientHost:
1001011190971211101010640971101161041111012109910111011611409710804609911109
X-MailingID: 336208
From: Get A Grant <GetAGrant@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336208@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

From ???@??? Tue Feb 07 16:08:47 2006
Return-Path: <mailcenter336208@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 27490 invoked from network); 25 Jan 2006 09:41:13 -0600
Received: from vm-180-241.vm-mail.com (206.82.180.241)
   by itdidnotendright.com with SMTP; 25 Jan 2006 09:41:12 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-241.vm-mail.com with SMTP; 25 Jan 2006 09:41:08 -0600
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 336208
From: Get A Grant <GetAGrant@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336208@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63


Images not loading? View this offer by visiting this link



IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Mon Feb 06 07:00:46 2006
X-Persona: <Mila>
Return-Path: <mailcenter336208@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 25 Jan 2006 09:25:30 -0600
From: Get A Grant <GetAGrant@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Is a grant available for you?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43D7986A.02C06DBE"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7603&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7603&e=mila@jammtomm.com
  URI:http://ogy.cc/lamarospalsl/692.gif [...]

Content analysis details:   (7.9 points, 7.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN   BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY    BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80        BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 30948 invoked from network); 25 Jan 2006 09:25:27 -0600
Received: from vm-177-66.vm-mail.com (206.82.177.66)
  by itdidnotendright.com with SMTP; 25 Jan 2006 09:25:23 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-66.vm-mail.com with SMTP; 25 Jan 2006 09:25:19 -0600

```
X-ClientHost: 1091051080970641060971091091161111091090460991111109
X-MailingID: 336208
From: Get A Grant <GetAGrant@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336208@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Is a grant
avail3.htm"
```

From ???@??? Mon Feb 06 06:49:49 2006
X-Persona: <Mila>
Return-Path: <mailcenter336208@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 25 Jan 2006 09:25:30 -0600
From: Get A Grant <GetAGrant@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Is a grant available for you?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43D7986A.02C06DBE"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7603&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7603&e=mila@jammtomm.com
  URI:http://ogy.cc/lamarospalsl/692.gif [...]

Content analysis details:   (7.9 points, 7.0 required)

 pts rule name                description
---- --------------------- --------------------------------------------------
 1.0 DATE_MISSING          Missing Date: header
 2.8 X_MAIL_ID_PRESENT     Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE          BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY        BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02    BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80     BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET  RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 30948 invoked from network); 25 Jan 2006 09:25:27 -0600
Received: from vm-177-66.vm-mail.com (206.82.177.66)
  by itdidnotendright.com with SMTP; 25 Jan 2006 09:25:23 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-66.vm-mail.com with SMTP; 25 Jan 2006 09:25:19 -0600

```
X-ClientHost: 1091051080970641060971091091161111091090460999111109
X-MailingID: 336208
From: Get A Grant <GetAGrant@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336208@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Is a grant
avail2.htm"
```

```
From ???@??? Sun Feb 05 21:02:00 2006
X-Persona: <Mila>
Return-Path: <mailcenter336208@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 25 Jan 2006 09:25:30 -0600
From: Get A Grant <GetAGrant@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Is a grant available for you?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43D7986A.02C06DBE"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7603&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7603&e=mila@jammtomm.com
  URI:http://ogy.cc/lamarospalsl/692.gif [...]

Content analysis details:   (7.9 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 30948 invoked from network); 25 Jan 2006 09:25:27 -0600
Received: from vm-177-66.vm-mail.com (206.82.177.66)
  by itdidnotendright.com with SMTP; 25 Jan 2006 09:25:23 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-66.vm-mail.com with SMTP; 25 Jan 2006 09:25:19 -0600

```
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 336208
From: Get A Grant <GetAGrant@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336208@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Is a grant
avail.htm"
```

```
From ???@??? Mon Jan 30 16:06:49 2006
X-Persona: <RCW>
Return-Path: <mailcenter336208@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 32261 invoked from network); 25 Jan 2006 09:56:38 -0600
Received: from vm-177-65.vm-mail.com (206.82.177.65)
  by gnwalpha.org with SMTP; 25 Jan 2006 09:56:38 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-65.vm-mail.com with SMTP; 25 Jan 2006 09:56:36 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 336208
From: Get A Grant <GetAGrant@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336208@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---

IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 09:18:59 2006
X-Persona: <Jay>
Return-Path: <mailcenter336208@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 31234 invoked from network); 25 Jan 2006 09:25:27 -0600
Received: from vm-177-96.vm-mail.com (206.82.177.96)
  by itdidnotendright.com with SMTP; 25 Jan 2006 09:25:23 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-96.vm-mail.com with SMTP; 25 Jan 2006 09:25:22 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 336208
From: Get A Grant <GetAGrant@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336208@vm-rewards.com>
Subject: *****SPAM***** Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





**IIA, 1356 S. Main Ste. 201, Orem, UT 84058**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 30 09:01:20 2006
X-Persona: <Jay>
Return-Path: <mailcenter336208@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 31234 invoked from network); 25 Jan 2006 09:25:27 -0600
Received: from vm-177-96.vm-mail.com (206.82.177.96)
  by itdidnotendright.com with SMTP; 25 Jan 2006 09:25:23 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-96.vm-mail.com with SMTP; 25 Jan 2006 09:25:22 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 336208
From: Get A Grant <GetAGrant@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336208@vm-rewards.com>
Subject: *****SPAM***** Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link







 IIA, 1356 S. Main Ste. 201, Orem, UT 84058



If you can not see our footer image, please visit here.

```
From ???@??? Thu Jan 26 11:15:42 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter336208@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 736 invoked from network); 25 Jan 2006 09:24:45 -0600
Received: from vm-177-59.vm-mail.com (206.82.177.59)
   by itdidnotendright.com with SMTP; 25 Jan 2006 09:24:45 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-59.vm-mail.com with SMTP; 25 Jan 2006 09:24:45 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 336208
From: Get A Grant <GetAGrant@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336208@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---

 IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Thu Jan 26 11:12:38 2006
X-Persona: <Celia>
Return-Path: <mailcenter336208@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 3372 invoked from network); 25 Jan 2006 09:42:28 -0600
Received: from vm-182-94.vm-mail.com (206.82.182.94)
  by celiajay.com with SMTP; 25 Jan 2006 09:42:27 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-94.vm-mail.com with SMTP; 25 Jan 2006 09:42:27 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 336208
From: Get A Grant <GetAGrant@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336208@vm-rewards.com>
Subject: *****SPAM***** Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





 IIA, 1356 S. Main Ste. 201, Orem, UT 84058



If you can not see our footer image, please visit here.

```
From ???@??? Wed Jan 25 17:21:52 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter336208@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 31264 invoked from network); 25 Jan 2006 09:25:27 -0600
Received: from vm-177-27.vm-mail.com (206.82.177.27)
  by celiajay.com with SMTP; 25 Jan 2006 09:25:24 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-27.vm-mail.com with SMTP; 25 Jan 2006 09:25:23 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 336208
From: Get A Grant <GetAGrant@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336208@vm-rewards.com>
Subject: *****SPAM***** Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





 IIA, 1356 S. Main Ste. 201, Orem, UT 84058

 If you can not see our footer image, please visit here.

```
From ???@??? Wed Mar 01 18:28:32 2006
X-Persona: <Jay>
Return-Path: <mailcenter339086@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 895 invoked from network); 28 Feb 2006 07:05:49 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by jammtomm.com with SMTP; 28 Feb 2006 07:05:49 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 28 Feb 2006 07:05:35 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 339086
From: Get A Grant <GetAGrant@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339086@vm-rewards.com>
Subject: *****SPAM***** Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link





From ???@??? Mon Jan 26 23:28:23 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <317414-13742>; Tue, 27 Jan 2004 02:21:10 -0500
Received: from vm103.vmadmin.com ([216.64.222.103]) by ams.ftl.affinity.com
with ESMTP id <311784-13729>; Tue, 27 Jan 2004 02:20:19 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm103.vmadmin.com with SMTP; 27 Jan 2004 01:20:17 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 241041
From: Get Business Cards <GetBusinessCards@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Get Business Cards <GetBusinessCards241041@replies.virtumundo.com>
Subject: Color Business Cards at No Charge
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan27.022019-0500_est.311784-13729+2395@ams.ftl.affinity.com>
Date:Tue, 27 Jan 2004 02:20:18 -0500



PPP=19892

**Vistaprint Limited, Canon's Court * 22 Victoria St. * Hamilton HM 12 * Bermuda**

From ???@??? Mon Jan 26 23:28:23 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <317368-13742>; Tue, 27 Jan
2004 02:21:10 -0500
Received: from vm103.vmadmin.com ([216.64.222.103]) by ams.ftl.affinity.com
with ESMTP id <317422-13729>; Tue, 27 Jan 2004 02:20:19 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm103.vmadmin.com with SMTP; 27 Jan 2004 01:20:17 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 241041
From: Get Business Cards <GetBusinessCards@vmadmin.com>
To:     Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Get Business Cards <GetBusinessCards241041@replies.virtumundo.com>
Subject: Color Business Cards at No Charge
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan27.022019-0500_est.317422-13729+2396@ams.ftl.affinity.com>
Date:Tue, 27 Jan 2004 02:20:18 -0500



PPP=19892

---



**Vistaprint Limited, Canon's Court * 22 Victoria St. * Hamilton HM 12 * Bermuda**

```
From ???@??? Mon Jan 26 23:28:23 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <317245-13742>; Tue, 27 Jan 2004 02:21:10 -0500
Received: from vm103.vmadmin.com ([216.64.222.103]) by ams.ftl.affinity.com
with ESMTP id <317325-13727>; Tue, 27 Jan 2004 02:20:17 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm103.vmadmin.com with SMTP; 27 Jan 2004 01:20:17 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 241041
From: Get Business Cards <GetBusinessCards@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Get Business Cards <GetBusinessCards241041@replies.virtumundo.com>
Subject: Color Business Cards at No Charge
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan27.022017-0500_est.317325-13727+2360@ams.ftl.affinity.com>
Date:Tue, 27 Jan 2004 02:20:17 -0500
```



PPP=19892

**Vistaprint Limited, Canon's Court * 22 Victoria St. * Hamilton HM 12 * Bermuda**

From ???@??? Mon Jan 26 23:28:23 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <313638-13742>; Tue, 27 Jan 2004 02:21:10 -0500
Received: from vm103.vmadmin.com ([216.64.222.103]) by ams.ftl.affinity.com
with ESMTP id <317245-13733>; Tue, 27 Jan 2004 02:20:17 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm103.vmadmin.com with SMTP; 27 Jan 2004 01:20:17 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 241041
From: Get Business Cards <GetBusinessCards@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Get Business Cards <GetBusinessCards241041@replies.virtumundo.com>
Subject: Color Business Cards at No Charge
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan27.022017-0500_est.317245-13733+2391@ams.ftl.affinity.com>
Date:Tue, 27 Jan 2004 02:20:17 -0500



PPP=19892

**Vistaprint Limited, Canon's Court * 22 Victoria St. * Hamilton HM 12 * Bermuda**

```
From ???@??? Mon Jan 12 07:40:44 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213674-1120>; Mon, 12 Jan 2004 08:32:58 -0500
Received: from vm109.vmadmin.com ([216.64.222.109]) by ams.ftl.affinity.com
with ESMTP id <213987-1116>; Mon, 12 Jan 2004 08:32:19 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm109.vmadmin.com with SMTP; 12 Jan 2004 07:32:19 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 240154
From: Get Business Cards <GetBusinessCards@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Get Business Cards <GetBusinessCards240154@replies.virtumundo.com>
Subject: Color Business Cards at No Charge
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan12.083219-0500_est.213987-1116+52678@ams.ftl.affinity.com>
Date:Mon, 12 Jan 2004 08:32:19 -0500
```



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**.  Please mail questions or comments regarding this message to the client, Vistaprint Limited, Canon's Court * 22 Victoria St. * Hamilton HM 12 * Bermuda.**

```
From ???@??? Mon Jan 12 07:40:44 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213671-1114>; Mon, 12 Jan 2004 08:32:58 -0500
Received: from vm109.vmadmin.com ([216.64.222.109]) by ams.ftl.affinity.com
with ESMTP id <213992-1118>; Mon, 12 Jan 2004 08:32:19 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm109.vmadmin.com with SMTP; 12 Jan 2004 07:32:19 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 240154
From: Get Business Cards <GetBusinessCards@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Get Business Cards <GetBusinessCards240154@replies.virtumundo.com>
Subject: Color Business Cards at No Charge
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan12.083219-0500_est.213992-1118+52892@ams.ftl.affinity.com>
Date:Mon, 12 Jan 2004 08:32:19 -0500
```



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**. Please mail questions or comments regarding this message to the client, Vistaprint Limited, Canon's Court * 22 Victoria St. * Hamilton HM 12 * Bermuda.**

```
From ???@??? Mon Jan 12 07:40:44 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213659-1114>; Mon, 12 Jan 2004 08:32:58 -0500
Received: from vm109.vmadmin.com ([216.64.222.109]) by ams.ftl.affinity.com
with ESMTP id <213993-1114>; Mon, 12 Jan 2004 08:32:19 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm109.vmadmin.com with SMTP; 12 Jan 2004 07:32:19 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 240154
From: Get Business Cards <GetBusinessCards@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Get Business Cards <GetBusinessCards240154@replies.virtumundo.com>
Subject: Color Business Cards at No Charge
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan12.083219-0500_est.213993-1114+52077@ams.ftl.affinity.com>
Date:Mon, 12 Jan 2004 08:32:19 -0500
```



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**. Please mail questions or comments regarding this message to the client, Vistaprint Limited, Canon's Court * 22 Victoria St. * Hamilton HM 12 * Bermuda.**

```
From ???@??? Mon Jan 12 07:40:44 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213663-1121>; Mon, 12 Jan
2004 08:32:58 -0500
Received: from vm109.vmadmin.com ([216.64.222.109]) by ams.ftl.affinity.com
with ESMTP id <213998-1121>; Mon, 12 Jan 2004 08:32:20 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm109.vmadmin.com with SMTP; 12 Jan 2004 07:32:19 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 240154
From: Get Business Cards <GetBusinessCards@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Get Business Cards <GetBusinessCards240154@replies.virtumundo.com>
Subject: Color Business Cards at No Charge
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan12.083220-0500_est.213998-1121+52013@ams.ftl.affinity.com>
Date:Mon, 12 Jan 2004 08:32:19 -0500
```



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**.  Please mail questions or comments regarding this message to the client, Vistaprint Limited, Canon's Court * 22 Victoria St. * Hamilton HM 12 * Bermuda.**

```
From ???@??? Mon Jan 12 07:40:44 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213645-1114>; Mon, 12 Jan 2004 08:32:58 -0500
Received: from vm109.vmadmin.com ([216.64.222.109]) by ams.ftl.affinity.com
with ESMTP id <213985-1118>; Mon, 12 Jan 2004 08:32:19 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm109.vmadmin.com with SMTP; 12 Jan 2004 07:32:19 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 240154
From: Get Business Cards <GetBusinessCards@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Get Business Cards <GetBusinessCards240154@replies.virtumundo.com>
Subject: Color Business Cards at No Charge
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan12.083219-0500_est.213985-1118+52891@ams.ftl.affinity.com>
Date:Mon, 12 Jan 2004 08:32:18 -0500
```



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**. Please mail questions or comments regarding this message to the client, Vistaprint Limited, Canon's Court * 22 Victoria St. * Hamilton HM 12 * Bermuda.**

```
From ???@??? Mon Jan 26 23:28:23 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <317325-13742>; Tue, 27 Jan 2004 02:21:10 -0500
Received: from vm103.vmadmin.com ([216.64.222.103]) by ams.ftl.affinity.com
with ESMTP id <317414-13732>; Tue, 27 Jan 2004 02:20:18 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm103.vmadmin.com with SMTP; 27 Jan 2004 01:20:17 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 241041
From: Get Business Cards <GetBusinessCards@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Get Business Cards <GetBusinessCards241041@replies.virtumundo.com>
Subject: Color Business Cards at No Charge
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan27.022018-0500_est.317414-13732+2358@ams.ftl.affinity.com>
Date:Tue, 27 Jan 2004 02:20:18 -0500
```



PPP=19892



**Vistaprint Limited, Canon's Court * 22 Victoria St. * Hamilton HM 12 * Bermuda**

```
From ???@??? Sat Jan 21 10:15:09 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter335866@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 21472 invoked from network); 20 Jan 2006 11:27:19 -0600
Received: from vm-180-86.vm-mail.com (206.82.180.86)
  by chiefmusician.net with SMTP; 20 Jan 2006 11:27:16 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-86.vm-mail.com with SMTP; 20 Jan 2006 11:27:03 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 335866
From: GetAGrant <GetAGrant@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335866@vm-rewards.com>
Subject: *****SPAM***** Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





 IIA, 1356 S. Main Ste. 201, Orem, UT 84058

 If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 21 18:02:19 2006
X-Persona: <Jay>
Return-Path: <mailcenter335866@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 19075 invoked from network); 20 Jan 2006 11:27:14 -0600
Received: from vm-180-249.vm-mail.com (206.82.180.249)
  by rcw19190020.com with SMTP; 20 Jan 2006 11:27:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-249.vm-mail.com with SMTP; 20 Jan 2006 11:27:00 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 335866
From: GetAGrant <GetAGrant@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335866@vm-rewards.com>
Subject: *****SPAM***** Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        * 1.0 DATE_MISSING Missing Date: header
        * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.0 HTML_MESSAGE BODY: HTML included in message
        * 0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
        * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

From ???@??? Wed May 03 21:20:02 2006
X-Persona: <Mila>
Return-Path: <mailcenter347036@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 03 May 2006 02:11:03 -0600
From: Gifts For Mom <GiftsForMom@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Give her a gift she'll really love
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.6 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44586597.D391CCF4"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(4881&e=mila@jammtomm.com
  visiting this link [...]

Content analysis details:   (8.6 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 0.9992]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 20834 invoked from network); 3 May 2006 02:10:59 -0600
Received: from vm-185-103.vm-mail.com (206.82.185.103)
  by greatnorthwest-alpha.org with SMTP; 3 May 2006 02:10:58 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-103.vm-mail.com with SMTP; 03 May 2006 03:10:57 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 347036
From: Gifts For Mom <GiftsForMom@vm-mail.com>

```
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347036@vm-rewards.com>
Subject: Give her a gift she'll really love
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Give her a
gift .htm"
```

From ???@??? Wed May 03 09:56:49 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347036@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 22048 invoked from network); 3 May 2006 01:37:48 -0600
Received: from vm-186-109.vm-mail.com (206.82.186.109)
   by omniinnovations.com with SMTP; 3 May 2006 01:37:48 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-109.vm-mail.com with SMTP; 03 May 2006 02:37:45 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 347036
From: Gifts For Mom <GiftsForMom@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347036@vm-rewards.com>
Subject: Give her a gift she'll really love
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63

Images not loading? View this offer by visiting this link







This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions
or comments about this advertisement to:

Vermont Teddy Bear Company 6655 Shelburne Road Shelburne, VT 05482

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products
and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Wed May 03 09:56:49 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347036@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 21314 invoked from network); 3 May 2006 01:37:47 -0600
Received: from vm-186-109.vm-mail.com (206.82.186.109)
  by omniinnovations.com with SMTP; 3 May 2006 01:37:46 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-109.vm-mail.com with SMTP; 03 May 2006 02:37:45 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 347036
From: Gifts For Mom <GiftsForMom@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347036@vm-rewards.com>
Subject: Give her a gift she'll really love
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link







This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions
or comments about this advertisement to:

Vermont Teddy Bear Company 6655 Shelburne Road Shelburne, VT 05482

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products
and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Wed May 03 09:56:49 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347036@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 28898 invoked from network); 3 May 2006 01:38:00 -0600
Received: from vm-186-109.vm-mail.com (206.82.186.109)
  by omniinnovations.com with SMTP; 3 May 2006 01:37:50 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-109.vm-mail.com with SMTP; 03 May 2006 02:37:45 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 347036
From: Gifts For Mom <GiftsForMom@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347036@vm-rewards.com>
Subject: Give her a gift she'll really love
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63

Images not loading? View this offer by visiting this link







This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions
or comments about this advertisement to:

Vermont Teddy Bear Company 6655 Shelburne Road Shelburne, VT 05482

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products
and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Wed May 03 09:56:49 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347036@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 32450 invoked from network); 3 May 2006 01:38:05 -0600
Received: from vm-186-109.vm-mail.com (206.82.186.109)
  by omniinnovations.com with SMTP; 3 May 2006 01:38:01 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-109.vm-mail.com with SMTP; 03 May 2006 02:37:45 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 347036
From: Gifts For Mom <GiftsForMom@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347036@vm-rewards.com>
Subject: Give her a gift she'll really love
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**







This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions
or comments about this advertisement to:

Vermont Teddy Bear Company 6655 Shelburne Road Shelburne, VT 05482

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products
and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Wed May 03 09:56:49 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347036@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 3748 invoked from network); 3 May 2006 01:38:10 -0600
Received: from vm-186-109.vm-mail.com (206.82.186.109)
   by omniinnovations.com with SMTP; 3 May 2006 01:38:10 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-109.vm-mail.com with SMTP; 03 May 2006 02:37:45 -0500
X-ClientHost: 1161060640971101161041111012109910111011611409710804609911109
X-MailingID: 347036
From: Gifts For Mom <GiftsForMom@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347036@vm-rewards.com>
Subject: Give her a gift she'll really love
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63


Images not loading? View this offer by visiting this link







This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Vermont Teddy Bear Company 6655 Shelburne Road Shelburne, VT 05482

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Wed May 03 09:37:59 2006
X-Persona: <Jay>
Return-Path: <mailcenter347036@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 30117 invoked from network); 3 May 2006 02:11:12 -0600
Received: from vm-185-6.vm-mail.com (206.82.185.6)
   by gordonworks.com with SMTP; 3 May 2006 02:11:12 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-6.vm-mail.com with SMTP; 03 May 2006 03:11:11 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 347036
From: Gifts For Mom <GiftsForMom@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347036@vm-rewards.com>
Subject: Give her a gift she'll really love
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.8 required=7.0 tests=BAYES_60,DATE_MISSING,
       HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link







This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Vermont Teddy Bear Company 6655 Shelburne Road Shelburne, VT 05482

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Wed May 03 09:34:08 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter347036@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 6754 invoked from network); 3 May 2006 02:09:14 -0600
Received: from vm-185-136.vm-mail.com (206.82.185.136)
  by xj4x4.net with SMTP; 3 May 2006 02:09:13 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-136.vm-mail.com with SMTP; 03 May 2006 03:09:11 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 347036
From: Gifts For Mom <GiftsForMom@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347036@vm-rewards.com>
Subject: Give her a gift she'll really love
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link







This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions
or comments about this advertisement to:

Vermont Teddy Bear Company 6655 Shelburne Road Shelburne, VT 05482

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products
and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Wed May 03 09:32:37 2006
X-Persona: <Jon>
Return-Path: <mailcenter347036@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 32516 invoked from network); 3 May 2006 02:11:20 -0600
Received: from vm-185-128.vm-mail.com (206.82.185.128)
   by chiefmusician.net with SMTP; 3 May 2006 02:11:14 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-128.vm-mail.com with SMTP; 03 May 2006 03:11:12 -0500
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 347036
From: Gifts For Mom <GiftsForMom@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347036@vm-rewards.com>
Subject: Give her a gift she'll really love
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63


Images not loading? View this offer by visiting this link







This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Vermont Teddy Bear Company 6655 Shelburne Road Shelburne, VT 05482

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Wed May 03 09:30:49 2006
X-Persona: <Celia>
Return-Path: <mailcenter347036@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 13635 invoked from network); 3 May 2006 02:14:05 -0600
Received: from vm-186-83.vm-mail.com (206.82.186.83)
  by celiajay.com with SMTP; 3 May 2006 02:14:02 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-83.vm-mail.com with SMTP; 03 May 2006 03:14:02 -0500
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 347036
From: Gifts For Mom <GiftsForMom@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347036@vm-rewards.com>
Subject: Give her a gift she'll really love
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link







This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions
or comments about this advertisement to:

Vermont Teddy Bear Company 6655 Shelburne Road Shelburne, VT 05482

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products
and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Thu May 04 10:07:28 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter347036@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 32516 invoked from network); 3 May 2006 02:11:20 -0600
Received: from vm-185-128.vm-mail.com (206.82.185.128)
  by chiefmusician.net with SMTP; 3 May 2006 02:11:14 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-128.vm-mail.com with SMTP; 03 May 2006 03:11:12 -0500
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 347036
From: Gifts For Mom <GiftsForMom@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347036@vm-rewards.com>
Subject: Give her a gift she'll really love
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
        HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63

Images not loading? View this offer by visiting this link







This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions
or comments about this advertisement to:

Vermont Teddy Bear Company 6655 Shelburne Road Shelburne, VT 05482

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products
and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Fri Sep 01 10:52:27 2006
X-Persona: <2nd User>
Return-Path: <mailcenter361922@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 30179 invoked from network); 30 Aug 2006 10:24:44 -0600
Received: from static-vmg-180-12.vm-mail.com (HELO vm-180-12.vm-mail.com)
(206.82.180.12)
  by jaycelia.com with SMTP; 30 Aug 2006 10:24:44 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-12.vm-mail.com with SMTP; 30 Aug 2006 11:24:26 -0500
X-ClientHost: 11611110910912106410609710910911611110910904609911109
X-MailingID: 361922
From: Global Fitness <GlobalFitness@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+361922@vm-rewards.com>
Subject: Tommy, shape up and slim down
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=DATE_MISSING,HTML_50_60,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





 If you would like to no longer receive any further email messages from the
advertiser above sent by Virtumundo,
 visit this link

GHF, Inc 10195 SE Terra Linda Ct. Portland, OR 97266

 Please send any questions or concerns about the Virtumundo Rewards program
to: Virtumundo, Inc. 8400 West
 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To
remove yourself from receiving
 further email as a subscriber of Virtumundo Rewards, go to
http://www.virtumundo.com/change or visit here. The
 products and/or services advertised in this email are the sole responsibility
of the advertiser, and questions about
 this offer should be directed to the advertiser.

 If you can not see our footer image, please visit here.



```
From ???@??? Tue Jan 27 11:40:58 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <219953-29461>; Tue, 27 Jan 2004 12:12:01 -0500
Received: from vm208-15.adknow-net.com ([216.21.208.15]) by
ams.ftl.affinity.com with ESMTP id <336478-29461>; Tue, 27 Jan 2004 12:10:45
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-15.adknow-net.com with SMTP; 27 Jan 2004 11:10:39 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 351474
From: Global Positioning System <GlobalPositioning@adknow-net.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return351474@replies.adknow-net.com
Subject: Never be lost again.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan27.121045-0500_est.336478-29461+99026@ams.ftl.affinity.com>
Date:Tue, 27 Jan 2004 12:10:42 -0500
```



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Jan 25 21:35:09 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3573027-26204>; Sun, 25 Jan 2004 22:06:49 -0500
Received: from vm208-67.adknow-net.com ([216.21.208.67]) by
ams.ftl.affinity.com with ESMTP id <3672595-26205>; Sun, 25 Jan 2004 22:05:59
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-67.adknow-net.com with SMTP; 25 Jan 2004 21:05:50 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 350058
From: Global Positioning System <GlobalPositioning@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return350058@replies.adknow-net.com
Subject: Get a GPS receiver now.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan25.220559-0500_est.3672595-26205+67796@ams.ftl.affinity.com>
Date:Sun, 25 Jan 2004 22:05:59 -0500
```



**If you would like to refer a friend information regarding this program,**

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to <u>http://www.virtumundo.com/change/</u> or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Feb 04 12:40:58 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <229170-10774>; Wed, 4 Feb 2004 14:22:00 -0500
Received: from vm208-15.adknow-net.com ([216.21.208.15]) by
ams.ftl.affinity.com with ESMTP id <266009-10773>; Wed, 4 Feb 2004 14:20:53
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-15.adknow-net.com with SMTP; 04 Feb 2004 13:20:44 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 358223
From: Global Positioning System <GlobalPositioning@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return358223@replies.adknow-net.com
Subject: Never be lost again.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb4.142053-0500_est.266009-10773+8106@ams.ftl.affinity.com>
Date:Wed, 4 Feb 2004 14:20:52 -0500



If you would like to refer a friend information regarding this program,

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to <u>http://www.virtumundo.com/change/</u> or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Aug 09 19:24:09 2006
X-Persona: <2nd User>
Return-Path: <mailcenter358752@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sat, 05 Aug 2006 14:50:47 -0600
From: Global Travel <GlobalTravel@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Subject: *****SPAM***** Become a home-based travel agent in just one week
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44D504A7.72FA93A1"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i)4549&e=tommy@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i)4549&e=tommy@jammtomm.com
  URI:http://ogy.cc/saveitasllals_files/jjjjjjjjj_01.gif [...]

Content analysis details:   (7.0 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 11828 invoked from network); 5 Aug 2006 14:50:47 -0600
Received: from static-vmg-187-154.vm-mail.com (HELO vm-187-154.vm-mail.com)
(206.82.187.154)
  by rcw19190020.com with SMTP; 5 Aug 2006 14:50:47 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-154.vm-mail.com with SMTP; 05 Aug 2006 15:50:41 -0500
```

```
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 358752
From: Global Travel <GlobalTravel@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+358752@vm-rewards.com>
Subject: Become a home-based travel agent in just one week
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Become a
home-ba.htm"
```

```
From ???@??? Fri Mar 10 16:33:19 2006
X-Persona: <RCW>
Return-Path: <mailcenter339832@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 27971 invoked from network); 10 Mar 2006 16:43:56 -0600
Received: from vm-181-245.vm-mail.com (206.82.181.245)
  by clrobin.com with SMTP; 10 Mar 2006 16:43:55 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-245.vm-mail.com with SMTP; 10 Mar 2006 16:43:43 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 339832
From: Gold Key Resorts <GoldKeyResorts@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339832@vm-rewards.com>
Subject: Virginia Beach family pack
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**





---


**RoomsVB.com, 1081 19th Street Virginia Beach, VA 23451**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 30 15:48:12 2006
X-Persona: <RCW>
Return-Path: <mailcenter333478@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 16608 invoked from network); 21 Dec 2005 09:34:44 -0600
Received: from vm-181-209.vm-mail.com (206.82.181.209)
   by gnwalpha.org with SMTP; 21 Dec 2005 09:34:43 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-209.vm-mail.com with SMTP; 21 Dec 2005 09:34:31 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 333478
From: Gold Mastercard <GoldMastercard@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333478@vm-rewards.com>
Subject: Good as gold
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**Congratulations! You have been pre-approved\* for your very own unsecured First PREMIER Bank Gold MasterCard.**

**As a First PREMIER Bank customer you will enjoy great benefits such as:**

- **Low APR on purchases**
- **Gold Card Prestige**
- **24/7 account access by phone**
- **On-line access to credit education**

**Visit our site to begin the pre-approval process. This is a special opportunity, so don't delay - apply now!**

\*Pre-approved means this offer will be approved if you meet selected credit criteria. See terms of the offer for pre-approval conditions.

First Premier Bank, 900 W. Delaware St., Sioux Falls, SD 57104

If you can not see our footer image, please visit here.

From ???@??? Wed Dec 21 12:43:31 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333478@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 1570 invoked from network); 21 Dec 2005 08:57:56 -0600
Received: from vm-181-124.vm-mail.com (206.82.181.124)
   by ehahome.com with SMTP; 21 Dec 2005 08:57:55 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-124.vm-mail.com with SMTP; 21 Dec 2005 08:57:44 -0600
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460991111 09
X-MailingID: 333478
From: Gold Mastercard <GoldMastercard@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333478@vm-rewards.com>
Subject: Good as gold
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



Congratulations! You have been pre-approved* for your very own unsecured First PREMIER Bank Gold MasterCard.

As a First PREMIER Bank customer you will enjoy great benefits such as:

Low APR on purchases

Gold Card Prestige

24/7 account access by phone

On-line access to credit education

Visit our site to begin the pre-approval process. This is a special opportunity, so don't delay - apply now!

*Pre-approved means this offer w ill be approved if you meet selected credit criteria. See terms of the offer for pre-approval conditions.



 First Premier Bank, 900 W. Delaware St., Sioux Falls, SD 57104

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 15:55:29 2006
X-Persona: <RCW>
Return-Path: <mailcenter334162@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 14243 invoked from network); 5 Jan 2006 05:21:33 -0600
Received: from vm-180-25.vm-mail.com (206.82.180.25)
   by xj4x4.net with SMTP; 5 Jan 2006 05:21:29 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-25.vm-mail.com with SMTP; 05 Jan 2006 05:21:17 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 334162
From: Gold Mastercard <GoldMastercard@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334162@vm-rewards.com>
Subject: You've struck gold
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**Congratulations! You have been pre-approved\* for your very own unsecured First PREMIER Bank Gold MasterCard.**

**As a First PREMIER Bank customer you will enjoy great benefits such as:**

- **Low APR on purchases**
- **Gold Card Prestige**
- **24/7 account access by phone**
- **On-line access to credit education**

**Visit our site to begin the pre-approval process. This is a special opportunity, so don't delay - apply now!**

\*Pre-approved means this offer w ill be approved if you meet selected credit criteria. See terms of the offer for pre-approval conditions.

First Premier Bank, 900 W. Delaware Street Sioux Falls, SD 57104

If you can not see our footer image, please visit here.

```
From ???@??? Wed Feb 15 12:15:45 2006
X-Persona: <RCW>
Return-Path: <mailcenter338266@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 8160 invoked from network); 15 Feb 2006 11:48:44 -0600
Received: from vm-181-211.vm-mail.com (206.82.181.211)
   by ehahome.com with SMTP; 15 Feb 2006 11:48:44 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-211.vm-mail.com with SMTP; 15 Feb 2006 11:48:31 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460099111109
X-MailingID: 338266
From: Golden Tan <GoldenTan@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338266@vm-rewards.com>
Subject: Look healthy with a tan, even in winter
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---



**1800Patches Inc, 4505 South Wasatch Blvd, Salt Lake City, UT 84124**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Apr 27 08:10:53 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345434@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 17248 invoked from network); 25 Apr 2006 09:58:00 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by omniinnovations.com with SMTP; 25 Apr 2006 09:57:59 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 25 Apr 2006 10:57:45 -0500
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 345434
From: Golf Invitation <GolfInvitation@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345434@vm-rewards.com>
Subject: *****SPAM***** Test and keep custom made golf equipment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.4 required=7.0 tests=BLANK_LINES_70_80,CLICK_BELOW,
      DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_BIG,
      HTML_MESSAGE,HTML_WEB_BUGS,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  0.3 HTML_WEB_BUGS BODY: Image tag intended to identify you
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.3 HTML_FONT_BIG BODY: HTML has a big font
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
      *  0.1 CLICK_BELOW Asks you to click below


Images not loading? View this offer by visiting this link



Freegolfgift.net Update



## Get a Free* Set of 3 Custom Built Wedges - We Need Your Feedback

Our records indicate you are an amateur recreational golfer.
Get a free 52° Gap, 56° Sand and a 60° Lob Wedge custom made
to your exact specifications ($200 value) just like the pros.
Discover how custom made golf clubs maximize
your accuracy, distance and control. A major manufacturer needs
hands on customer evaluations on their new technology for 2006 before
the golf season starts. Simply click on the link below and follow the instructions.
**MSRP $199.95**. Yours free. We just want your honest feedback.

* s/h not incl

## Get Your Free Wedge by Clicking Here!

Free Golf Gift
15 Mason
Irvine, CA 92618
http://w w w .freegolfgift.net

**Free Golf Gift, 15 Mason, Irvine, CA, 92618**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 27 08:10:53 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345434@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 18849 invoked from network); 25 Apr 2006 09:58:02 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by omniinnovations.com with SMTP; 25 Apr 2006 09:58:01 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 25 Apr 2006 10:57:45 -0500
X-ClientHost:
1001011190971211101010640971101161041111101210991011101161140971080460991111109
X-MailingID: 345434
From: Golf Invitation <GolfInvitation@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345434@vm-rewards.com>
Subject: *****SPAM***** Test and keep custom made golf equipment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.4 required=7.0 tests=BLANK_LINES_70_80,CLICK_BELOW,
      DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_BIG,
      HTML_MESSAGE,HTML_WEB_BUGS,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  0.3 HTML_WEB_BUGS BODY: Image tag intended to identify you
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.3 HTML_FONT_BIG BODY: HTML has a big font
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
      *  0.1 CLICK_BELOW Asks you to click below
```

Images not loading? View this offer by visiting this link



Freegolfgift.net Update



## Get a Free* Set of 3 Custom Built Wedges - We Need Your Feedback

Our records indicate you are an amateur recreational golfer.
Get a free 52° Gap, 56° Sand and a 60° Lob Wedge custom made
to your exact specifications ($200 value) just like the pros.
Discover how custom made golf clubs maximize
your accuracy, distance and control. A major manufacturer needs
hands on customer evaluations on their new technology for 2006 before
the golf season starts. Simply click on the link below and follow the instructions.
**MSRP $199.95**. Yours free. We just want your honest feedback.

\* s/h not incl

## Get Your Free Wedge by Clicking Here!

Free Golf Gift
15 Mason
Irvine, CA 92618
http://w w w .freegolfgift.net

Free Golf Gift, 15 Mason, Irvine, CA, 92618

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 27 08:10:53 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345434@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 19808 invoked from network); 25 Apr 2006 09:58:04 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by omniinnovations.com with SMTP; 25 Apr 2006 09:58:04 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 25 Apr 2006 10:57:45 -0500
X-ClientHost:
1150971101001210640971101161041111012109910110116114097108046099111109
X-MailingID: 345434
From: Golf Invitation <GolfInvitation@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345434@vm-rewards.com>
Subject: *****SPAM***** Test and keep custom made golf equipment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.4 required=7.0 tests=BLANK_LINES_70_80,CLICK_BELOW,
      DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_BIG,
      HTML_MESSAGE,HTML_WEB_BUGS,HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  0.3 HTML_WEB_BUGS BODY: Image tag intended to identify you
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.3 HTML_FONT_BIG BODY: HTML has a big font
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
      *  0.1 CLICK_BELOW Asks you to click below
```

Images not loading? View this offer by visiting this link



Freegolfgift.net Update



## Get a Free* Set of 3 Custom Built Wedges - We Need Your Feedback

Our records indicate you are an amateur recreational golfer.
Get a free 52° Gap, 56° Sand and a 60° Lob Wedge custom made
to your exact specifications ($200 value) just like the pros.
Discover how custom made golf clubs maximize
your accuracy, distance and control. A major manufacturer needs
hands on customer evaluations on their new technology for 2006 before
the golf season starts. Simply click on the link below and follow the instructions.
**MSRP $199.95**. Yours free. We just want your honest feedback.

* s/h not incl

## Get Your Free Wedge by Clicking Here!

Free Golf Gift
15 Mason
Irvine, CA 92618
http://w w w .freegolfgift.net

**Free Golf Gift, 15 Mason, Irvine, CA, 92618**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Apr 27 08:10:53 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345434@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 20706 invoked from network); 25 Apr 2006 09:58:08 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by omniinnovations.com with SMTP; 25 Apr 2006 09:58:06 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 25 Apr 2006 10:57:45 -0500
X-ClientHost: 1161060640971101161041111012109910111011611409710804609911109
X-MailingID: 345434
From: Golf Invitation <GolfInvitation@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345434@vm-rewards.com>
Subject: *****SPAM***** Test and keep custom made golf equipment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.4 required=7.0 tests=BLANK_LINES_70_80,CLICK_BELOW,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_BIG,
        HTML_MESSAGE,HTML_WEB_BUGS,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        * 0.3 HTML_WEB_BUGS BODY: Image tag intended to identify you
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.3 HTML_FONT_BIG BODY: HTML has a big font
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
        * 0.1 CLICK_BELOW Asks you to click below


Images not loading? View this offer by visiting this link



Freegolfgift.net Update



## Get a Free* Set of 3 Custom Built Wedges - We Need Your Feedback

Our records indicate you are an amateur recreational golfer.
Get a free 52° Gap, 56° Sand and a 60° Lob Wedge custom made
to your exact specifications ($200 value) just like the pros.
Discover how custom made golf clubs maximize
your accuracy, distance and control. A major manufacturer needs
hands on customer evaluations on their new technology for 2006 before
the golf season starts. Simply click on the link below and follow the instructions.
**MSRP $199.95**. Yours free. We just want your honest feedback.

\* s/h not incl

## Get Your Free Wedge by Clicking Here!

Free Golf Gift
15 Mason
Irvine, CA 92618
http://w w w .freegolfgift.net

**Free Golf Gift, 15 Mason, Irvine, CA, 92618**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 27 08:02:20 2006
X-Persona: <Jay>
Return-Path: <mailcenter345434@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 23456 invoked from network); 25 Apr 2006 08:02:32 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by itdidnotendright.com with SMTP; 25 Apr 2006 08:02:30 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 25 Apr 2006 09:02:28 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 345434
From: Golf Invitation <GolfInvitation@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345434@vm-rewards.com>
Subject: *****SPAM***** Test and keep custom made golf equipment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      CLICK_BELOW,DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,
      HTML_FONT_BIG,HTML_MESSAGE,HTML_WEB_BUGS,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
      * 1.9 DATE_MISSING Missing Date: header
      * 0.1 HTML_FONTCOLOR_UNKNOWN: HTML font color is unknown to us
      * 0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      * 0.3 HTML_WEB_BUGS BODY: Image tag intended to identify you
      * 0.1 HTML_MESSAGE BODY: HTML included in message
      * 0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
      *     [score: 0.5022]
      * 0.3 HTML_FONT_BIG BODY: HTML has a big font
      * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
      * 0.1 CLICK_BELOW Asks you to click below
```

Images not loading? View this offer by visiting this link



Freegolfgift.net Update



## Get a Free* Set of 3 Custom Built Wedges - We Need Your Feedback

Our records indicate you are an amateur recreational golfer.
Get a free 52° Gap, 56° Sand and a 60° Lob Wedge custom made
to your exact specifications ($200 value) just like the pros.
Discover how custom made golf clubs maximize
your accuracy, distance and control. A major manufacturer needs
hands on customer evaluations on their new technology for 2006 before
the golf season starts. Simply click on the link below and follow the instructions.
**MSRP $199.95**. Yours free. We just want your honest feedback.

* s/h not incl

## Get Your Free Wedge by Clicking Here!

Free Golf Gift
15 Mason
Irvine, CA 92618
http://w w w .freegolfgift.net

**Free Golf Gift, 15 Mason, Irvine, CA, 92618**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Apr 27 07:58:43 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter345434@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 5664 invoked from network); 25 Apr 2006 07:09:14 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by ehahome.com with SMTP; 25 Apr 2006 07:09:13 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 25 Apr 2006 08:09:11 -0500
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460991 11109
X-MailingID: 345434
From: Golf Invitation <GolfInvitation@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345434@vm-rewards.com>
Subject: Test and keep custom made golf equipment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



Freegolfgift.net Update



## Get a Free* Set of 3 Custom Built Wedges - We Need Your Feedback

Our records indicate you are an amateur recreational golfer.
Get a free 52° Gap, 56° Sand and a 60° Lob Wedge custom made
to your exact specifications ($200 value) just like the pros.
Discover how custom made golf clubs maximize
your accuracy, distance and control. A major manufacturer needs
hands on customer evaluations on their new technology for 2006 before
the golf season starts. Simply click on the link below and follow the instructions.
**MSRP $199.95**. Yours free. We just want your honest feedback.

* s/h not incl

## Get Your Free Wedge by Clicking Here!



Free Golf Gift
15 Mason
Irvine, CA 92618
http://www.freegolfgift.net





 **Free Golf Gift, 15 Mason, Irvine, CA, 92618**

If you can not see our footer image, please visit here.

From ???@??? Thu Apr 27 07:57:33 2006
X-Persona: <Celia>
Return-Path: <mailcenter345434@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 17024 invoked from network); 25 Apr 2006 15:13:56 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by itdidnotendright.com with SMTP; 25 Apr 2006 15:13:51 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 25 Apr 2006 16:13:49 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 345434
From: Golf Invitation <GolfInvitation@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345434@vm-rewards.com>
Subject: *****SPAM***** Test and keep custom made golf equipment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.8 required=7.0 tests=BLANK_LINES_70_80,CLICK_BELOW,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_BIG,
        HTML_IMAGE_ONLY_08,HTML_IMAGE_RATIO_06,HTML_MESSAGE,HTML_WEB_BUGS,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.3 HTML_IMAGE_RATIO_06 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.6 HTML_WEB_BUGS BODY: Image tag intended to identify you
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
        *  0.1 HTML_FONT_BIG BODY: HTML has a big font
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
        *  0.0 CLICK_BELOW Asks you to click below


Images not loading? View this offer by visiting this link





Freegolfgift.net Update

## Get a Free* Set of 3 Custom Built Wedges - We Need Your Feedback

Our records indicate you are an amateur recreational golfer.
Get a free 52° Gap, 56° Sand and a 60° Lob Wedge custom made
to your exact specifications ($200 value) just like the pros.
Discover how custom made golf clubs maximize
your accuracy, distance and control. A major manufacturer needs
hands on customer evaluations on their new technology for 2006 before
the golf season starts. Simply click on the link below and follow the instructions.
**MSRP $199.95**. Yours free. We just want your honest feedback.

* s/h not incl

## Get Your Free Wedge by Clicking Here!

Free Golf Gift
15 Mason
Irvine, CA 92618
http://www.freegolfgift.net

**Free Golf Gift, 15 Mason, Irvine, CA, 92618**

**If you can not see our footer image, please visit here.**

From ???@??? Tue Apr 25 20:53:22 2006
X-Persona: <Mila>
Return-Path: <mailcenter345434@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 25 Apr 2006 08:02:23 -0600
From: Golf Invitation <GolfInvitation@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Test and keep custom made golf equipment
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.7 required=7.0 tests=BAYES_70,BLANK_LINES_70_80,
        CLICK_BELOW,DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,
        HTML_FONT_BIG,HTML_MESSAGE,HTML_WEB_BUGS,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_444E2BEF.FDF3DAE5"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(3677&e=mila@jammtomm.com
  visiting this link
  URI:http://www.freegolfgift.net/tracking/views.php?ls=virtumundo
  URI:http://ogy.cc/golfyhtml_files/logo2.gif [...]

Content analysis details:   (9.7 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.3 HTML_WEB_BUGS          BODY: Image tag intended to identify you
 2.3 BAYES_70               BODY: Bayesian spam probability is 70 to 80%
                            [score: 0.7549]
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.3 HTML_FONT_BIG          BODY: HTML has a big font
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
                    [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
 0.1 CLICK_BELOW            Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 18977 invoked from network); 25 Apr 2006 08:02:21 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by anthonycentral.com with SMTP; 25 Apr 2006 08:02:20 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 25 Apr 2006 09:02:18 -0500
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 345434
From: Golf Invitation <GolfInvitation@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345434@vm-rewards.com>
Subject: Test and keep custom made golf equipment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Test and
keep cu4.htm"
```

From ???@??? Tue Apr 25 14:09:06 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter345434@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 25824 invoked from network); 25 Apr 2006 08:02:37 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by greatnorthwest-alpha.org with SMTP; 25 Apr 2006 08:02:33 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 25 Apr 2006 09:02:29 -0500
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 345434
From: Golf Invitation <GolfInvitation@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345434@vm-rewards.com>
Subject: *****SPAM***** Test and keep custom made golf equipment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.8 required=7.0 tests=BLANK_LINES_70_80,CLICK_BELOW,
      DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_BIG,
      HTML_IMAGE_ONLY_08,HTML_IMAGE_RATIO_06,HTML_MESSAGE,HTML_WEB_BUGS,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.3 HTML_IMAGE_RATIO_06 BODY: HTML has a low ratio of text to image
area
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  0.6 HTML_WEB_BUGS BODY: Image tag intended to identify you
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
      *  0.1 HTML_FONT_BIG BODY: HTML has a big font
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
      *  0.0 CLICK_BELOW Asks you to click below


Images not loading? View this offer by visiting this link





## Get a Free* Set of 3 Custom Built Wedges - We Need Your Feedback

Our records indicate you are an amateur recreational golfer.
Get a free 52° Gap, 56° Sand and a 60° Lob Wedge custom made
to your exact specifications ($200 value) just like the pros.
Discover how custom made golf clubs maximize
your accuracy, distance and control. A major manufacturer needs
hands on customer evaluations on their new technology for 2006 before
the golf season starts. Simply click on the link below and follow the instructions.
**MSRP $199.95**. Yours free. We just want your honest feedback.

\* s/h not incl

## Get Your Free Wedge by Clicking Here!

Free Golf Gift
15 Mason
Irvine, CA 92618
http://www.freegolfgift.net

**Free Golf Gift, 15 Mason, Irvine, CA, 92618**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 20 12:38:34 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343948@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 26529 invoked from network); 18 Apr 2006 07:39:53 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jammtomm.com with SMTP; 18 Apr 2006 07:39:53 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 18 Apr 2006 08:39:50 -0500
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 343948
From: Golf Invitation <GolfInvitation@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343948@vm-rewards.com>
Subject: *****SPAM***** Call today for your set of custom golf clubs
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.4 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_BIG,
        HTML_IMAGE_ONLY_10,HTML_MESSAGE,LIMITED_TIME_ONLY,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,MONEY_BACK,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.2 LIMITED_TIME_ONLY BODY: Offers a limited time offer
        *  2.1 MONEY_BACK BODY: Money back guarantee
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
        *      [score: 0.4998]
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
        *  0.3 HTML_FONT_BIG BODY: HTML has a big font
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```



**You are pre-qualified to receive a set of Warrior Golf Clubs <u>Custom Built</u> for you.**

## Special Offer

Warrior's Fairway Woods are your new weapon of choice from the tee or anywhere on the fairway!



What this means bottom line is, if you are willing to provide us a complete performance evaluation of our new custom clubs, you will receive a set of Warrior Golf Clubs custom built for you! This is a limited time offer only available directly from Warrior. Call today for details and start experiencing the difference custom clubs, built by one of the nations leading custom club builders, will have on your game.



We think you'll agree, our Warrior's New TCP Irons are the easiest irons you'll ever hit!





### Your player ID # is DR534

s&h (not included)
* 45 day money back guarantee



**Warrior Custom Golf**

Warrior Custom Golf
15 Mason
Irvine, CA 92618
800.600.5113

©Copyright 2006, Warriorcustomgolf.com, All rights reserved.©



Warrior Custom Golf, 15 Mason, Irvine CA, 92618

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 20 12:38:34 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343948@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 27266 invoked from network); 18 Apr 2006 07:39:54 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jammtomm.com with SMTP; 18 Apr 2006 07:39:54 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 18 Apr 2006 08:39:50 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 343948
From: Golf Invitation <GolfInvitation@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343948@vm-rewards.com>
Subject: *****SPAM***** Call today for your set of custom golf clubs
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.4 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_BIG,
        HTML_IMAGE_ONLY_10,HTML_MESSAGE,LIMITED_TIME_ONLY,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,MONEY_BACK,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 0.2 LIMITED_TIME_ONLY BODY: Offers a limited time offer
        * 2.1 MONEY_BACK BODY: Money back guarantee
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
        *      [score: 0.4998]
        * 0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.0 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
        * 0.3 HTML_FONT_BIG BODY: HTML has a big font
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```



**You are pre-qualified to receive a set of Warrior Golf Clubs <u>Custom Built</u> for you.**

## Special Offer

Warrior's Fairway Woods are your new weapon of choice from the tee or anywhere on the fairway!



What this means bottom line is, if you are willing to provide us a complete performance evaluation of our new custom clubs, you will receive a set of Warrior Golf Clubs custom built for you! This is a limited time offer only available directly from Warrior. Call today for details and start experiencing the difference custom clubs, built by one of the nations leading custom club builders, will have on your game.



We think you'll agree, our Warrior's New TCP Irons are the easiest irons you'll ever hit!





### Your player ID # is DR534

s&h (not included)
* 45 day money back guarantee



**Warrior Custom Golf**

Warrior Custom Golf
15 Mason
Irvine, CA 92618
800.600.5113

©Copyright 2006, Warriorcustomgolf.com, All rights reserved.©



Warrior Custom Golf, 15 Mason, Irvine CA, 92618

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 20 12:38:34 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343948@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 27872 invoked from network); 18 Apr 2006 07:39:55 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jammtomm.com with SMTP; 18 Apr 2006 07:39:54 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 18 Apr 2006 08:39:50 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 343948
From: Golf Invitation <GolfInvitation@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343948@vm-rewards.com>
Subject: *****SPAM***** Call today for your set of custom golf clubs
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.4 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_BIG,
        HTML_IMAGE_ONLY_10,HTML_MESSAGE,LIMITED_TIME_ONLY,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,MONEY_BACK,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 0.2 LIMITED_TIME_ONLY BODY: Offers a limited time offer
        * 2.1 MONEY_BACK BODY: Money back guarantee
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
        *      [score: 0.4998]
        * 0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.0 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
        * 0.3 HTML_FONT_BIG BODY: HTML has a big font
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```



**You are pre-qualified to receive a set of Warrior Golf Clubs <u>Custom Built</u> for you.**

## Special Offer

Warrior's Fairway Woods are your new weapon of choice from the tee or anywhere on the fairway!



What this means bottom line is, if you are willing to provide us a complete performance evaluation of our new custom clubs, you will receive a set of Warrior Golf Clubs custom built for you! This is a limited time offer only available directly from Warrior. Call today for details and start experiencing the difference custom clubs, built by one of the nations leading custom club builders, will have on your game.



We think you'll agree, our Warrior's New TCP Irons are the easiest irons you'll ever hit!





### Your player ID # is DR534

s&h (not included)
* 45 day money back guarantee



**Warrior Custom Golf**

Warrior Custom Golf
15 Mason
Irvine, CA 92618
800.600.5113

©Copyright 2006, Warriorcustomgolf.com, All rights reserved.©

Warrior Custom Golf, 15 Mason, Irvine CA, 92618

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 20 12:38:34 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343948@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 28770 invoked from network); 18 Apr 2006 07:39:56 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jammtomm.com with SMTP; 18 Apr 2006 07:39:55 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 18 Apr 2006 08:39:50 -0500
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 343948
From: Golf Invitation <GolfInvitation@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343948@vm-rewards.com>
Subject: *****SPAM***** Call today for your set of custom golf clubs
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.4 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_BIG,
      HTML_IMAGE_ONLY_10,HTML_MESSAGE,LIMITED_TIME_ONLY,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,MONEY_BACK,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
X-Spam-Report:
      * 1.9 DATE_MISSING Missing Date: header
      * 0.2 LIMITED_TIME_ONLY BODY: Offers a limited time offer
      * 2.1 MONEY_BACK BODY: Money back guarantee
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
      *      [score: 0.4998]
      * 0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      * 0.1 HTML_MESSAGE BODY: HTML included in message
      * 0.0 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
      * 0.3 HTML_FONT_BIG BODY: HTML has a big font
      * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```



**You are pre-qualified to receive a set of Warrior Golf Clubs <u>Custom Built</u> for you.**

## Special Offer

Warrior's Fairway Woods are your new weapon of choice from the tee or anywhere on the fairway!



What this means bottom line is, if you are willing to provide us a complete performance evaluation of our new custom clubs, you will receive a set of Warrior Golf Clubs custom built for you! This is a limited time offer only available directly from Warrior. Call today for details and start experiencing the difference custom clubs, built by one of the nations leading custom club builders, will have on your game.



We think you'll agree, our Warrior's New TCP Irons are the easiest irons you'll ever hit!





### Your player ID # is DR534

s&h (not included)
* 45 day money back guarantee



**Warrior Custom Golf**

Warrior Custom Golf
15 Mason
Irvine, CA 92618
800.600.5113

©Copyright 2006, Warriorcustomgolf.com, All rights reserved.©



Warrior Custom Golf, 15 Mason, Irvine CA, 92618

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 20 12:38:34 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343948@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 29824 invoked from network); 18 Apr 2006 07:39:57 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jammtomm.com with SMTP; 18 Apr 2006 07:39:56 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 18 Apr 2006 08:39:50 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 343948
From: Golf Invitation <GolfInvitation@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343948@vm-rewards.com>
Subject: *****SPAM***** Call today for your set of custom golf clubs
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.4 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_BIG,
        HTML_IMAGE_ONLY_10,HTML_MESSAGE,LIMITED_TIME_ONLY,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,MONEY_BACK,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.2 LIMITED_TIME_ONLY BODY: Offers a limited time offer
        *  2.1 MONEY_BACK BODY: Money back guarantee
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
        *      [score: 0.4998]
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
        *  0.3 HTML_FONT_BIG BODY: HTML has a big font
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```



**You are pre-qualified to receive a set of Warrior Golf Clubs <u>Custom Built</u> for you.**

## Special Offer

Warrior's Fairway Woods are your new weapon of choice from the tee or anywhere on the fairway!



What this means bottom line is, if you are willing to provide us a complete performance evaluation of our new custom clubs, you will receive a set of Warrior Golf Clubs custom built for you! This is a limited time offer only available directly from Warrior. Call today for details and start experiencing the difference custom clubs, built by one of the nations leading custom club builders, will have on your game.



We think you'll agree, our Warrior's New TCP Irons are the easiest irons you'll ever hit!





### Your player ID # is DR534

s&h (not included)
* 45 day money back guarantee



**Warrior Custom Golf**

Warrior Custom Golf
15 Mason
Irvine, CA 92618
800.600.5113

©Copyright 2006, Warriorcustomgolf.com, All rights reserved.©



Warrior Custom Golf, 15 Mason, Irvine CA, 92618

If you can not see our footer image, please <u>visit here</u>.

From ???@??? Thu Apr 20 12:29:32 2006
X-Persona: <Jay>
Return-Path: <mailcenter343948@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 16579 invoked from network); 18 Apr 2006 23:49:44 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by jaycelia.com with SMTP; 18 Apr 2006 23:49:37 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 19 Apr 2006 00:49:30 -0500
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 343948
From: Golf Invitation <GolfInvitation@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343948@vm-rewards.com>
Subject: *****SPAM***** Call today for your set of custom golf clubs
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.6 required=7.0 tests=BAYES_70,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_BIG,
      HTML_IMAGE_ONLY_10,HTML_MESSAGE,LIMITED_TIME_ONLY,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,MONEY_BACK,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.2 LIMITED_TIME_ONLY BODY: Offers a limited time offer
      *  2.1 MONEY_BACK BODY: Money back guarantee
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  2.3 BAYES_70 BODY: Bayesian spam probability is 70 to 80%
      *      [score: 0.7754]
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
      *  0.3 HTML_FONT_BIG BODY: HTML has a big font
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]



**You are pre-qualified to receive a set of Warrior Golf Clubs <u>Custom Built</u> for you.**

## Special Offer

Warrior's Fairway Woods are your new weapon of choice from the tee or anywhere on the fairway!



What this means bottom line is, if you are willing to provide us a complete performance evaluation of our new custom clubs, you will receive a set of Warrior Golf Clubs custom built for you! This is a limited time offer only available directly from Warrior. Call today for details and start experiencing the difference custom clubs, built by one of the nations leading custom club builders, will have on your game.



We think you'll agree, our Warrior's New TCP Irons are the easiest irons you'll ever hit!





## Your player ID # is DR534

s&h (not included)
* 45 day money back guarantee



**Warrior Custom Golf**

Warrior Custom Golf
15 Mason
Irvine, CA 92618
800.600.5113

©Copyright 2006, Warriorcustomgolf.com, All rights reserved.©



Warrior Custom Golf, 15 Mason, Irvine CA, 92618

If you can not see our footer image, please <u>visit here</u>.

```
From ???@??? Thu Apr 20 12:22:59 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter343948@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 22374 invoked from network); 18 Apr 2006 23:12:00 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by gordonworks.com with SMTP; 18 Apr 2006 23:11:54 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 19 Apr 2006 00:11:31 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 343948
From: Golf Invitation <GolfInvitation@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343948@vm-rewards.com>
Subject: Call today for your set of custom golf clubs
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**You are pre-qualified to receive a set of Warrior Golf Clubs Custom Built for you.**

## Special Offer

Warrior's Fairway Woods are your new weapon of choice from the tee or anywhere on the fairway!

What this means bottom line is, if you are willing to provide us a complete performance evaluation of our new custom clubs, you will receive a set of Warrior Golf Clubs custom built for you! This is a limited time offer only available directly from Warrior. Call today for details and start experiencing the difference custom clubs, built by one of the nations leading custom club builders, will have on your game.





We think you'll agree, our
Warrior's New TCP Irons are the
easiest irons you'll ever hit!



**Your player ID # is DR534**

s&h (not included)
* 45 day money back guarantee

**Warrior Custom Golf**

Warrior Custom Golf
15 Mason
Irvine, CA 92618
800.600.5113

©Copyright 2006, Warriorcustomgolf.com, All rights reserved.©

Warrior Custom Golf, 15 Mason, Irvine CA, 92618

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 20 12:18:43 2006
X-Persona: <Celia>
Return-Path: <mailcenter343948@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 23745 invoked from network); 18 Apr 2006 08:25:12 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by greatnorthwest-alpha.org with SMTP; 18 Apr 2006 08:25:10 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 18 Apr 2006 09:25:07 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 343948
From: Golf Invitation <GolfInvitation@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343948@vm-rewards.com>
Subject: *****SPAM***** Call today for your set of custom golf clubs
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ************
X-Spam-Status: Yes, hits=12.8 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_BIG,
        HTML_IMAGE_ONLY_10,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
        LIMITED_TIME_ONLY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,MONEY_BACK,
        RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=spam version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.0 LIMITED_TIME_ONLY BODY: Offers a limited time offer
        *  4.3 MONEY_BACK BODY: Money back guarantee
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.1 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
        *  0.1 HTML_FONT_BIG BODY: HTML has a big font
        *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```



**You are pre-qualified to receive a set of Warrior Golf Clubs <u>Custom Built</u> for you.**

## Special Offer

Warrior's Fairway Woods are your new weapon of choice from the tee or anywhere on the fairway!



We think you'll agree, our Warrior's New TCP Irons are the easiest irons you'll ever hit!



## Your player ID # is DR534

s&h (not included)
* 45 day money back guarantee

What this means bottom line is, if you are willing to provide us a complete performance evaluation of our new custom clubs, you will receive a set of Warrior Golf Clubs custom built for you! This is a limited time offer only available directly from Warrior. Call today for details and start experiencing the difference custom clubs, built by one of the nations leading custom club builders, will have on your game.







**Warrior Custom Golf**

Warrior Custom Golf
15 Mason
Irvine, CA 92618
800.600.5113

©Copyright 2006, Warriorcustomgolf.com, All rights reserved.©



Warrior Custom Golf, 15 Mason, Irvine CA, 92618

If you can not see our footer image, please visit here.

```
From ???@??? Wed Apr 19 09:15:02 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter343948@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 19872 invoked from network); 18 Apr 2006 23:49:49 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by rcw19190020.com with SMTP; 18 Apr 2006 23:49:47 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 19 Apr 2006 00:49:37 -0500
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 343948
From: Golf Invitation <GolfInvitation@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343948@vm-rewards.com>
Subject: *****SPAM***** Call today for your set of custom golf clubs
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ************
X-Spam-Status: Yes, hits=12.8 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_BIG,
        HTML_IMAGE_ONLY_10,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
        LIMITED_TIME_ONLY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,MONEY_BACK,
        RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=spam version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.0 LIMITED_TIME_ONLY BODY: Offers a limited time offer
        *  4.3 MONEY_BACK BODY: Money back guarantee
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.1 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
        *  0.1 HTML_FONT_BIG BODY: HTML has a big font
        *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```



**You are pre-qualified to receive a set of Warrior Golf Clubs <u>Custom Built</u> for you.**

## Special Offer

Warrior's Fairway Woods are your new weapon of choice from the tee or anywhere on the fairway!



What this means bottom line is, if you are willing to provide us a complete performance evaluation of our new custom clubs, you will receive a set of Warrior Golf Clubs custom built for you! This is a limited time offer only available directly from Warrior. Call today for details and start experiencing the difference custom clubs, built by one of the nations leading custom club builders, will have on your game.



We think you'll agree, our Warrior's New TCP Irons are the easiest irons you'll ever hit!





## Your player ID # is DR534

s&h (not included)
* 45 day money back guarantee



**Warrior Custom Golf**

Warrior Custom Golf
15 Mason
Irvine, CA 92618
800.600.5113

©Copyright 2006, Warriorcustomgolf.com, All rights reserved.©



Warrior Custom Golf, 15 Mason, Irvine CA, 92618

If you can not see our footer image, please <u>visit here</u>.

```
From ???@??? Wed Apr 12 07:38:16 2006
X-Persona: <Mila>
Return-Path: <mailcenter343198@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Tue, 11 Apr 2006 04:01:59 -0600
From: Golf Invitation <GolfInvitation@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Test and keep custom made golf equipment
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.1 required=7.0 tests=BAYES_80,BLANK_LINES_70_80,
      CLICK_BELOW,DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,
      HTML_FONT_BIG,HTML_MESSAGE,HTML_WEB_BUGS,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_443B7E97.D5C3FDB6"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(1969&e=mila@jammtomm.com
  visiting this link
  URI:http://www.freegolfgift.net/tracking/views.php?ls=virtumundo
  URI:http://ogy.cc/golfyhtml_files/logo2.gif [...]

Content analysis details:   (9.1 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.3 HTML_WEB_BUGS          BODY: Image tag intended to identify you
 0.1 HTML_MESSAGE           BODY: HTML included in message
 1.7 BAYES_80               BODY: Bayesian spam probability is 80 to 90%
                            [score: 0.8712]
 0.3 HTML_FONT_BIG          BODY: HTML has a big font
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
            [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
 0.1 CLICK_BELOW            Asks you to click below
```

```
The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.
```

```
Received: (qmail 26022 invoked from network); 11 Apr 2006 04:01:58 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by jaycelia.com with SMTP; 11 Apr 2006 04:01:57 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 11 Apr 2006 05:01:57 -0500
X-ClientHost: 1091051080970641060971091091161111091090460990111109
X-MailingID: 343198
From: Golf Invitation <GolfInvitation@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343198@vm-rewards.com>
Subject: Test and keep custom made golf equipment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Test and
keep cu3.htm"
```

```
From ???@??? Tue Apr 11 08:47:49 2006
Return-Path: <mailcenter343198@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 994 invoked from network); 11 Apr 2006 02:34:52 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by celiajay.com with SMTP; 11 Apr 2006 02:34:52 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 11 Apr 2006 03:34:50 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 343198
From: Golf Invitation <GolfInvitation@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343198@vm-rewards.com>
Subject: *****SPAM***** Test and keep custom made golf equipment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.4 required=7.0 tests=BLANK_LINES_70_80,CLICK_BELOW,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_BIG,
        HTML_MESSAGE,HTML_WEB_BUGS,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.3 HTML_WEB_BUGS BODY: Image tag intended to identify you
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.3 HTML_FONT_BIG BODY: HTML has a big font
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
        *  0.1 CLICK_BELOW Asks you to click below
```

**Images not loading? View this offer by visiting this link**



Freegolfgift.net Update



## Get a Free* Set of 3 Custom Built Wedges - We Need Your Feedback

Our records indicate you are an amateur recreational golfer.
Get a free 52° Gap, 56° Sand and a 60° Lob Wedge custom made
to your exact specifications ($200 value) just like the pros.
Discover how custom made golf clubs maximize
your accuracy, distance and control. A major manufacturer needs
hands on customer evaluations on their new technology for 2006 before
the golf season starts. Simply click on the link below and follow the instructions.
**MSRP $199.95**. Yours free. We just want your honest feedback.

* s/h not incl

## Get Your Free Wedge by Clicking Here!

Free Golf Gift
15 Mason
Irvine, CA 92618
http://w w w .freegolfgift.net

**Free Golf Gift, 15 Mason, Irvine, CA, 92618**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Apr 11 08:47:49 2006
Return-Path: <mailcenter343198@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 1665 invoked from network); 11 Apr 2006 02:34:53 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by celiajay.com with SMTP; 11 Apr 2006 02:34:52 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 11 Apr 2006 03:34:50 -0500
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 343198
From: Golf Invitation <GolfInvitation@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343198@vm-rewards.com>
Subject: *****SPAM***** Test and keep custom made golf equipment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.4 required=7.0 tests=BLANK_LINES_70_80,CLICK_BELOW,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_BIG,
        HTML_MESSAGE,HTML_WEB_BUGS,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.3 HTML_WEB_BUGS BODY: Image tag intended to identify you
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.3 HTML_FONT_BIG BODY: HTML has a big font
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
        *  0.1 CLICK_BELOW Asks you to click below
```

**Images not loading? View this offer by visiting this link**



Freegolfgift.net Update



## Get a Free* Set of 3 Custom Built Wedges - We Need Your Feedback

Our records indicate you are an amateur recreational golfer.
Get a free 52° Gap, 56° Sand and a 60° Lob Wedge custom made
to your exact specifications ($200 value) just like the pros.
Discover how custom made golf clubs maximize
your accuracy, distance and control. A major manufacturer needs
hands on customer evaluations on their new technology for 2006 before
the golf season starts. Simply click on the link below and follow the instructions.
**MSRP $199.95**. Yours free. We just want your honest feedback.

* s/h not incl

## Get Your Free Wedge by Clicking Here!

Free Golf Gift
15 Mason
Irvine, CA 92618
http://w w w .freegolfgift.net

Free Golf Gift, 15 Mason, Irvine, CA, 92618

If you can not see our footer image, please visit here.