Gordon v. Virtumundo Inc et al                                                    Doc. 65 Att.

```
From ???@??? Thu Dec 04 15:27:43 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216401-2715>; Thu, 4 Dec 2003 14:42:23 -0500
Received: from vl208-37.vmlocal.com ([216.21.208.37]) by ams.ftl.affinity.com
with ESMTP id <214678-2723>; Thu, 4 Dec 2003 14:41:11 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-37.vmlocal.com with SMTP; 04 Dec 2003 13:34:55 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 211457
From: Home Equity Advantage <HomeEquityAdvantage@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Home Equity Advantage <HomeEquityAdvantage211457@vmlocal.com>
Subject: Work wonders with your home equity!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec4.144111-0500_est.214678-2723+22743@ams.ftl.affinity.com>
Date:Thu, 4 Dec 2003 14:41:11 -0500
```















You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Jun 19 17:13:16 2005
X-Persona: <Katie>
Return-Path: <mailcenter326447@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 17 Jun 2005 23:56:29 -0600
From: Graduate Online <GraduateOnline@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Choose from the top 20 accredited online degrees!
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42B3B78D.A9A9CA9A"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2632&e=katie@ehahome.com
  URI:http://v1.cc/arn.gif
  URI:http://redirect.virtumundo.com/bt?m26447&e=katie@ehahome.com
  URI:http://v1.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 4322 invoked from network); 17 Jun 2005 23:56:28 -0600
Received: from vm-181-98.vm-mail.com (206.82.181.98)
  by jaykaysplace.com with SMTP; 17 Jun 2005 23:56:28 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-98.vm-mail.com with SMTP; 18 Jun 2005 00:56:29 -0500

```
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 326447
From: Graduate Online <GraduateOnline@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326447@vm-rewards.com>
Subject: Choose from the top 20 accredited online degrees!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Choose from the
.htm"
```

From ???@??? Sun Jun 19 17:13:16 2005
X-Persona: <Katie>
Return-Path: <mailcenter326447@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Fri, 17 Jun 2005 23:56:29 -0600
From: Graduate Online <GraduateOnline@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Choose from the top 20 accredited online degrees!
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42B3B78D.A9A9CA9A"

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2632&e=katie@ehahome.com
  URI:http://v1.cc/arn.gif
  URI:http://redirect.virtumundo.com/bt?m26447&e=katie@ehahome.com
  URI:http://v1.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name                description
---- ------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN   BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL              RBL: Received via a relay in Spamhaus Block List
                     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 4322 invoked from network); 17 Jun 2005 23:56:28 -0600
Received: from vm-181-98.vm-mail.com (206.82.181.98)
  by jaykaysplace.com with SMTP; 17 Jun 2005 23:56:28 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-98.vm-mail.com with SMTP; 18 Jun 2005 00:56:29 -0500

```
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326447
From: Graduate Online <GraduateOnline@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326447@vm-rewards.com>
Subject: Choose from the top 20 accredited online degrees!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Choose from the
.htm"
```

```
From ???@??? Sun Oct 26 08:40:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <218469-23171>; Sun, 26 Oct 2003 08:18:31 -0500
Received: from vl208-54.vmlocal.com ([216.21.208.54]) by ams.ftl.affinity.com
with ESMTP id <235311-23273>; Sat, 25 Oct 2003 23:42:08 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-54.vmlocal.com with SMTP; 25 Oct 2003 22:34:58 -0500
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 175715
From: Grand Canyon Experience <GrandCanyonExperience175715@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Grand Canyon Experience <GrandCanyonExperience175715@vmlocal.com>
Subject: It's time to make some BIG vacation plans.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct25.234208-0400_edt.235311-23273+9178@ams.ftl.affinity.com>
Date:Sat, 25 Oct 2003 23:42:07 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Oct 28 23:45:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215054-24144>; Wed, 29 Oct
2003 01:26:14 -0500
Received: from vl208-31.vmlocal.com ([216.21.208.31]) by ams.ftl.affinity.com
with ESMTP id <215298-24149>; Wed, 29 Oct 2003 01:25:23 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-31.vmlocal.com with SMTP; 29 Oct 2003 00:25:22 -0600
X-ClientHost:
1061111100971161040971100641031111141001111101191111141071150460991111009
X-MailingID: 179760
From: Grand Canyon Experience <GrandCanyonExperience179760@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Grand Canyon Experience <GrandCanyonExperience179760@vmlocal.com>
Subject: Grand Canyon vacations that leave you speechless.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.012523-0500_est.215298-24149+8158@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 01:25:23 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**
Message sent Wed Oct 29 00:24:43 CST 2003

```
From ???@??? Wed Jan 28 19:22:44 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <316701-4845>; Wed, 28 Jan
2004 19:05:56 -0500
Received: from vm208-57.adknow-net.com ([216.21.208.57]) by
ams.ftl.affinity.com with ESMTP id <318446-4847>; Wed, 28 Jan 2004 19:05:41
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-57.adknow-net.com with SMTP; 28 Jan 2004 18:05:40 -0600
X-ClientHost:
10611111009711610409711006410311111410011110119111114107115046099111109
X-MailingID: 352496
From: Grand Canyon Experience <GrandCanyonExperience@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return352496@replies.adknow-net.com
Subject: Grand Canyon vacations that leave you speechless.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan28.190541-0500_est.318446-4847+6595@ams.ftl.affinity.com>
Date:Wed, 28 Jan 2004 19:05:41 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Jan 26 13:33:11 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <325136-11002>; Mon, 26 Jan 2004 15:52:03 -0500
Received: from vm208-66.adknow-net.com ([216.21.208.66]) by
ams.ftl.affinity.com with ESMTP id <325893-11004>; Mon, 26 Jan 2004 15:51:14
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-66.adknow-net.com with SMTP; 26 Jan 2004 14:51:11 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 351020
From: Grand Canyon Experience <GrandCanyonExperience@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return351020@replies.adknow-net.com
Subject: A vacation with a view.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan26.155114-0500_est.325893-11004+1286@ams.ftl.affinity.com>
Date:Mon, 26 Jan 2004 15:51:14 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Feb 04 09:08:04 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <234706-5917>; Wed, 4 Feb 2004 11:21:08 -0500
Received: from vm208-39.adknow-net.com ([216.21.208.39]) by
ams.ftl.affinity.com with ESMTP id <266887-5917>; Wed, 4 Feb 2004 11:20:28
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-39.adknow-net.com with SMTP; 04 Feb 2004 10:20:23 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 358385
From: Grand Canyon Experience <GrandCanyonExperience@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return358385@replies.adknow-net.com
Subject: Grand Canyon vacations that leave you speechless.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb4.112028-0500_est.266887-5917+28690@ams.ftl.affinity.com>
Date:Wed, 4 Feb 2004 11:20:28 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 03 18:49:14 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214697-8577>; Fri, 3 Oct 2003 18:33:38 -0400
Received: from vm136.vmadmin.com ([216.64.222.136]) by ams.ftl.affinity.com
with ESMTP id <216630-8591>; Fri, 3 Oct 2003 18:32:11 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm136.vmadmin.com with SMTP; 03 Oct 2003 17:32:08 -0500
X-ClientHost: 102097121101064103111141001111101191111141071150460991111 09
X-MailingID: 151183
From: Grandfather Clocks <GrandfatherClocks151183@vmadmin.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+151183@virtumundo.com>
Subject: Hickory dickory dock, buy a new grandfather clock!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct3.183211-0400_edt.216630-8591+1639@ams.ftl.affinity.com>
Date:Fri, 3 Oct 2003 18:32:10 -0400
```



**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) **or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Oct 04 18:28:56 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <231022-14732>; Sat, 4 Oct 2003 19:30:23 -0400
Received: from vm151.vmadmin.com ([216.64.222.151]) by ams.ftl.affinity.com
with ESMTP id <231457-14730>; Sat, 4 Oct 2003 19:29:36 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm151.vmadmin.com with SMTP; 04 Oct 2003 18:29:20 -0500
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 152103
From: Grandfather Clocks <GrandfatherClocks152103@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+152103@virtumundo.com>
Subject: Hickory dickory dock, buy a new grandfather clock!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct4.192936-0400_edt.231457-14730+3070@ams.ftl.affinity.com>
Date:Sat, 4 Oct 2003 19:29:34 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Oct 04 15:08:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <240578-18169>; Sat, 4 Oct 2003 16:47:15 -0400
Received: from vm150.vmadmin.com ([216.64.222.150]) by ams.ftl.affinity.com
with ESMTP id <242005-18169>; Sat, 4 Oct 2003 16:46:39 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm150.vmadmin.com with SMTP; 04 Oct 2003 15:46:27 -0500
X-ClientHost: 106097109101115064103111114100111101191111141071115046099111109
X-MailingID: 152103
From: Grandfather Clocks <GrandfatherClocks152103@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Grandfather Clocks <GrandfatherClocks152103@replies.virtumundo.com>
Subject: Grandfather clocks for every type of home.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct4.164639-0400_edt.242005-18169+13214@ams.ftl.affinity.com>
Date:Sat, 4 Oct 2003 16:46:38 -0400
```



 **You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Oct 04 18:28:56 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <231040-14729>; Sat, 4 Oct
2003 19:30:23 -0400
Received: from vm151.vmadmin.com ([216.64.222.151]) by ams.ftl.affinity.com
with ESMTP id <231464-14727>; Sat, 4 Oct 2003 19:29:36 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm151.vmadmin.com with SMTP; 04 Oct 2003 18:29:20 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 152103
From: Grandfather Clocks <GrandfatherClocks152103@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+152103@virtumundo.com>
Subject: Hickory dickory dock, buy a new grandfather clock!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct4.192936-0400_edt.231464-14727+2931@ams.ftl.affinity.com>
Date:Sat, 4 Oct 2003 19:29:35 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 17 17:11:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214060-29686>; Fri, 17 Oct 2003 18:41:25 -0400
Received: from v1208-17.vmlocal.com ([216.21.208.17]) by ams.ftl.affinity.com
with ESMTP id <213122-29692>; Fri, 17 Oct 2003 18:41:04 -0400
Received: from vmlocal.com (192.168.3.12)
   by v1208-17.vmlocal.com with SMTP; 17 Oct 2003 17:41:02 -0500
X-ClientHost: 1020971211010641031111411400111110119111114107115046099111109
X-MailingID: 167174
From: Grandfather Clocks <GrandfatherClocks167174@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+167174@replies.vmlocal.com>
Subject: Grandfather clocks for every type of home.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct17.184104-0400_edt.213122-29692+1245@ams.ftl.affinity.com>
Date:Fri, 17 Oct 2003 18:41:04 -0400
```



 **You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Dec 29 08:29:34 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <461258-26629>; Mon, 29 Dec 2003 10:58:13 -0500
Received: from vm209-241.vmlocal.com ([216.21.209.241]) by
ams.ftl.affinity.com with ESMTP id <336332-26634>; Mon, 29 Dec 2003 10:41:11
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-241.vmlocal.com with SMTP; 29 Dec 2003 09:41:07 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 231317
From: Grandfather Clocks <GrandfatherClocks@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Grandfather Clocks <GrandfatherClocks231317@vmlocal.com>
Subject: Grandfather clocks of all types and sizes.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec29.104111-0500_est.336332-26634+275@ams.ftl.affinity.com>
Date:Mon, 29 Dec 2003 10:41:10 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Mar 13 16:23:46 2006
X-Persona: <Jon>
Return-Path: <mailcenter339936@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 28484 invoked from network); 13 Mar 2006 11:45:45 -0600
Received: from vm-180-72.vm-mail.com (206.82.180.72)
  by jammtomm.com with SMTP; 13 Mar 2006 11:45:45 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-72.vm-mail.com with SMTP; 13 Mar 2006 11:45:27 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991101046099111109
X-MailingID: 339936
From: Grandma's Chicken Soup <Grandma'sChickenSoup@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339936@vm-rewards.com>
Subject: *****SPAM***** A delicious alternative to sending flowers
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



Grandma's Chicken Soup, 30 Commerce Way, Woburn, MA 01801

        If you can not see our footer image, please visit here.

```
From ???@??? Mon Mar 13 16:25:26 2006
X-Persona: <Jay>
Return-Path: <mailcenter339936@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 29089 invoked from network); 13 Mar 2006 11:45:46 -0600
Received: from vm-180-135.vm-mail.com (206.82.180.135)
  by jammtomm.com with SMTP; 13 Mar 2006 11:45:46 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-135.vm-mail.com with SMTP; 13 Mar 2006 11:45:27 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 339936
From: Grandma's Chicken Soup <Grandma'sChickenSoup@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339936@vm-rewards.com>
Subject: A delicious alternative to sending flowers
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



---

Grandma's Chicken Soup, 30 Commerce Way, Woburn, MA 01801

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 27 08:02:13 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345406@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 28898 invoked from network); 24 Apr 2006 17:31:03 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by omniinnovations.com with SMTP; 24 Apr 2006 17:31:02 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 24 Apr 2006 18:30:51 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 345406
From: Grants For All <GrantsForAll@vm-mail.com>
To: amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345406@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



---



IIA 1356 S. Main Ste 201 Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 27 08:02:13 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345406@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 31204 invoked from network); 24 Apr 2006 17:31:07 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by omniinnovations.com with SMTP; 24 Apr 2006 17:31:05 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 24 Apr 2006 18:30:51 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 345406
From: Grants For All <GrantsForAll@vm-mail.com>
To: chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345406@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



---

IIA 1356 S. Main Ste 201 Orem, UT 84058

If you can not see our footer image, please visit here.



```
From ???@??? Thu Apr 27 08:02:13 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345406@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 25281 invoked from network); 24 Apr 2006 17:30:55 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by omniinnovations.com with SMTP; 24 Apr 2006 17:30:55 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 24 Apr 2006 18:30:51 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 345406
From: Grants For All <GrantsForAll@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345406@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
       autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---



IIA 1356 S. Main Ste 201 Orem, UT 84058

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 27 08:02:13 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345406@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 2691 invoked from network); 24 Apr 2006 17:31:20 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by omniinnovations.com with SMTP; 24 Apr 2006 17:31:08 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 24 Apr 2006 18:30:51 -0500
X-ClientHost: 11610606409711011610411111012109910111011611409710804609911109
X-MailingID: 345406
From: Grants For All <GrantsForAll@vm-mail.com>
To: tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345406@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---


**IIA 1356 S. Main Ste 201 Orem, UT 84058**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 27 08:01:35 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345406@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 24195 invoked from network); 24 Apr 2006 17:30:53 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by omniinnovations.com with SMTP; 24 Apr 2006 17:30:53 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 24 Apr 2006 18:30:51 -0500
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710804609911109
X-MailingID: 345406
From: Grants For All <GrantsForAll@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345406@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**





IIA 1356 S. Main Ste 201 Orem, UT 84058

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 27 08:01:29 2006
X-Persona: <Jay>
Return-Path: <mailcenter345406@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 1284 invoked from network); 25 Apr 2006 01:30:30 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by xj4x4.net with SMTP; 25 Apr 2006 01:30:28 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 25 Apr 2006 02:30:25 -0500
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 345406
From: Grants For All <GrantsForAll@vm-mail.com>
To: jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345406@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---

 IIA 1356 S. Main Ste 201 Orem, UT 84058

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 27 07:57:18 2006
X-Persona: <Celia>
Return-Path: <mailcenter345406@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 2944 invoked from network); 24 Apr 2006 18:02:27 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaykaysplace.com with SMTP; 24 Apr 2006 18:02:26 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 24 Apr 2006 19:02:22 -0500
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 345406
From: Grants For All <GrantsForAll@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345406@vm-rewards.com>
Subject: *****SPAM***** Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





IIA 1356 S. Main Ste 201 Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 27 07:57:16 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter345406@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 21729 invoked from network); 24 Apr 2006 18:40:25 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by jammtomm.com with SMTP; 24 Apr 2006 18:40:22 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 24 Apr 2006 19:40:20 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 345406
From: Grants For All <GrantsForAll@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345406@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---



IIA 1356 S. Main Ste 201 Orem, UT 84058

**If you can not see our footer image, please visit here.**

From ???@??? Tue Apr 25 20:52:51 2006
X-Persona: <Mila>
Return-Path: <mailcenter345406@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 25 Apr 2006 01:30:13 -0600
From: Grants For All <GrantsForAll@vm-mail.com>
To: jamila <mila@jammtomm.com>
Subject: *****SPAM***** Is a grant available for you?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.1 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_444DD005.E330B9A6"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(3667&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(3667&e=mila@jammtomm.com
  URI:http://ogy.cc/grant/grant.jpg [...]

Content analysis details:   (11.1 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
                [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 22369 invoked from network); 25 Apr 2006 01:30:09 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by gordonworks.com with SMTP; 25 Apr 2006 01:30:08 -0600
Received: from vm-mail.com (10.0.0.42)

```
  by pkc-sb03 with SMTP; 25 Apr 2006 02:30:02 -0500
X-ClientHost: 1091051080970641060971091091161111091090460990111109
X-MailingID: 345406
From: Grants For All <GrantsForAll@vm-mail.com>
To: jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345406@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Is a grant
avail8.htm"
```

```
From ???@??? Tue Apr 25 14:08:53 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter345406@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 2245 invoked from network); 25 Apr 2006 01:30:35 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by rcw19190020.com with SMTP; 25 Apr 2006 01:30:31 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 25 Apr 2006 02:30:25 -0500
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 345406
From: Grants For All <GrantsForAll@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345406@vm-rewards.com>
Subject: *****SPAM***** Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link



---


IIA 1356 S. Main Ste 201 Orem, UT 84058

        If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 16 12:16:52 2006
X-Persona: <Celia>
Return-Path: <mailcenter343512@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 17665 invoked from network); 14 Apr 2006 20:58:58 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by itdidnotendright.com with SMTP; 14 Apr 2006 20:58:57 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 14 Apr 2006 21:58:41 -0500
X-ClientHost: 0991011081050970640991011081050971060971212046099111109
X-MailingID: 343512
From: Grants For All <GrantsForAll@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343512@vm-rewards.com>
Subject: *****SPAM***** Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

**Images not loading? View this offer by visiting this link**





**IIA, 1356 S. Main Ste. 201, Orem, UT 84058**

**If you can not see our footer image, please visit here.**

From ???@??? Sun Apr 16 11:06:45 2006
X-Persona: <Mila>
Return-Path: <mailcenter343512@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Fri, 14 Apr 2006 01:48:31 -0600
From: Grants For All <GrantsForAll@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Is a grant available for you?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.1 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_443F53CF.EACC2AC3"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(2219&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(2219&e=mila@jammtomm.com
  URI:http://ogy.cc/lamarospalsl/692.gif [...]

Content analysis details:   (11.1 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
               [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 2690 invoked from network); 14 Apr 2006 01:48:21 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by rcw19190020.com with SMTP; 14 Apr 2006 01:48:20 -0600
Received: from vm-mail.com (10.0.0.42)

```
  by pkc-sb01 with SMTP; 14 Apr 2006 02:48:19 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 343512
From: Grants For All <GrantsForAll@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343512@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Is a grant
avail5.htm"
```

```
From ???@??? Sat Apr 15 09:26:05 2006
Return-Path: <mailcenter343512@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 4838 invoked from network); 14 Apr 2006 08:11:25 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 14 Apr 2006 08:11:01 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 14 Apr 2006 07:28:56 -0500
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 343512
From: Grants For All <GrantsForAll@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343512@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Sat Apr 15 09:26:05 2006
Return-Path: <mailcenter343512@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 17020 invoked from network); 14 Apr 2006 08:10:21 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 14 Apr 2006 08:09:49 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 14 Apr 2006 07:28:56 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 343512
From: Grants For All <GrantsForAll@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343512@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Sat Apr 15 09:26:05 2006
Return-Path: <mailcenter343512@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 29472 invoked from network); 14 Apr 2006 08:10:57 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 14 Apr 2006 08:10:44 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 14 Apr 2006 07:28:56 -0500
X-ClientHost:
10010111909712111010106409711011610411111012109910110116114097108046099111109
X-MailingID: 343512
From: Grants For All <GrantsForAll@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343512@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Sat Apr 15 09:26:05 2006
Return-Path: <mailcenter343512@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 22979 invoked from network); 14 Apr 2006 08:10:39 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 14 Apr 2006 08:10:26 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 14 Apr 2006 07:28:56 -0500
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 343512
From: Grants For All <GrantsForAll@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343512@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**IIA, 1356 S. Main Ste. 201, Orem, UT 84058**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Apr 15 09:26:05 2006
Return-Path: <mailcenter343512@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 9634 invoked from network); 14 Apr 2006 08:11:46 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by rcw19190020.com with SMTP; 14 Apr 2006 08:11:32 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 14 Apr 2006 07:28:56 -0500
X-ClientHost: 116106064097110116104111101210991011101161140971080460991111109
X-MailingID: 343512
From: Grants For All <GrantsForAll@vm-mail.com>
To: tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343512@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 14 21:52:27 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter343512@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 7393 invoked from network); 14 Apr 2006 01:48:31 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by anthonycentral.com with SMTP; 14 Apr 2006 01:48:31 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 14 Apr 2006 02:48:27 -0500
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 343512
From: Grants For All <GrantsForAll@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343512@vm-rewards.com>
Subject: *****SPAM***** Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





 IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 14 16:04:39 2006
X-Persona: <Jay>
Return-Path: <mailcenter343512@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 7108 invoked from network); 14 Apr 2006 01:48:31 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by xj4x4.net with SMTP; 14 Apr 2006 01:48:30 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 14 Apr 2006 02:48:27 -0500
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 343512
From: Grants For All <GrantsForAll@vm-mail.com>
To: jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343512@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_56,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 14 16:04:32 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343512@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 22979 invoked from network); 14 Apr 2006 08:10:39 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 14 Apr 2006 08:10:26 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 14 Apr 2006 07:28:56 -0500
X-ClientHost:
09910411709910706409711011610411111012109910111011611409710804609911109
X-MailingID: 343512
From: Grants For All <GrantsForAll@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343512@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
       autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 14 16:04:32 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343512@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 9634 invoked from network); 14 Apr 2006 08:11:46 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 14 Apr 2006 08:11:32 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 14 Apr 2006 07:28:56 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 343512
From: Grants For All <GrantsForAll@vm-mail.com>
To: tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343512@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

From ???@??? Fri Apr 14 16:04:31 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343512@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 4838 invoked from network); 14 Apr 2006 08:11:25 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 14 Apr 2006 08:11:01 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 14 Apr 2006 07:28:56 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 343512
From: Grants For All <GrantsForAll@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343512@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63

Images not loading? View this offer by visiting this link



IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 14 16:04:31 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343512@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 17020 invoked from network); 14 Apr 2006 08:10:21 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 14 Apr 2006 08:09:49 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 14 Apr 2006 07:28:56 -0500
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 343512
From: Grants For All <GrantsForAll@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343512@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 14 16:04:31 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343512@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 29472 invoked from network); 14 Apr 2006 08:10:57 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 14 Apr 2006 08:10:44 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 14 Apr 2006 07:28:56 -0500
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710804609911109
X-MailingID: 343512
From: Grants For All <GrantsForAll@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343512@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 14 16:03:16 2006
X-Persona: <Jon>
Return-Path: <mailcenter343512@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 7393 invoked from network); 14 Apr 2006 01:48:31 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by anthonycentral.com with SMTP; 14 Apr 2006 01:48:31 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 14 Apr 2006 02:48:27 -0500
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 343512
From: Grants For All <GrantsForAll@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343512@vm-rewards.com>
Subject: *****SPAM***** Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=9.3 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

**Images not loading? View this offer by visiting this link**





 IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

From ???@??? Sat Mar 18 21:34:49 2006
X-Persona: <Mila>
Return-Path: <mailcenter340156@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sat, 18 Mar 2006 11:42:38 -0600
From: Grants For All <GrantsForAll@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Is a grant available for you?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.6 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_441C468E.0035AE57"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9959&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'9959&e=mila@jammtomm.com
  URI:http://ogy.cc/lamarospalsl/692.gif [...]

Content analysis details:   (9.6 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 17890 invoked from network); 18 Mar 2006 11:42:36 -0600
Received: from vm-181-232.vm-mail.com (206.82.181.232)
  by omniinnovations.com with SMTP; 18 Mar 2006 11:42:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-232.vm-mail.com with SMTP; 17 Mar 2006 18:11:43 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 340156

From: Grants For All <GrantsForAll@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340156@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Is a grant
avail4.htm"

```
From ???@??? Sat Mar 18 13:07:16 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340156@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 31429 invoked from network); 18 Mar 2006 11:14:51 -0600
Received: from vm-180-38.vm-mail.com (206.82.180.38)
   by itdidnotendright.com with SMTP; 18 Mar 2006 11:14:48 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-38.vm-mail.com with SMTP; 17 Mar 2006 18:13:13 -0600
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 340156
From: Grants For All <GrantsForAll@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340156@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_60,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

From ???@??? Sat Mar 18 13:07:16 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340156@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 1316 invoked from network); 18 Mar 2006 11:14:54 -0600
Received: from vm-180-38.vm-mail.com (206.82.180.38)
   by itdidnotendright.com with SMTP; 18 Mar 2006 11:14:53 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-38.vm-mail.com with SMTP; 17 Mar 2006 18:13:13 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 340156
From: Grants For All <GrantsForAll@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340156@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_60,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63

Images not loading? View this offer by visiting this link



IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Sat Mar 18 13:07:16 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340156@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 3332 invoked from network); 18 Mar 2006 11:14:57 -0600
Received: from vm-180-38.vm-mail.com (206.82.180.38)
   by itdidnotendright.com with SMTP; 18 Mar 2006 11:14:56 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-38.vm-mail.com with SMTP; 17 Mar 2006 18:13:13 -0600
X-ClientHost:
10010111909712111010106409711011610411110121099101110116114097108046099111109
X-MailingID: 340156
From: Grants For All <GrantsForAll@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340156@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_60,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Sat Mar 18 13:07:16 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340156@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 9441 invoked from network); 18 Mar 2006 11:15:00 -0600
Received: from vm-180-38.vm-mail.com (206.82.180.38)
   by itdidnotendright.com with SMTP; 18 Mar 2006 11:14:59 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-38.vm-mail.com with SMTP; 17 Mar 2006 18:13:13 -0600
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 340156
From: Grants For All <GrantsForAll@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340156@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_60,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Sat Mar 18 13:07:16 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340156@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 13026 invoked from network); 18 Mar 2006 11:15:04 -0600
Received: from vm-180-38.vm-mail.com (206.82.180.38)
   by itdidnotendright.com with SMTP; 18 Mar 2006 11:15:03 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-38.vm-mail.com with SMTP; 17 Mar 2006 18:13:13 -0600
X-ClientHost: 11610606409711011610411110121099101110116114097108046099111109
X-MailingID: 340156
From: Grants For All <GrantsForAll@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340156@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_60,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Sat Mar 18 12:53:23 2006
X-Persona: <Jay>
Return-Path: <mailcenter340156@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 20960 invoked from network); 18 Mar 2006 11:21:56 -0600
Received: from vm-181-207.vm-mail.com (206.82.181.207)
   by anthonycentral.com with SMTP; 18 Mar 2006 11:21:53 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-207.vm-mail.com with SMTP; 17 Mar 2006 18:11:44 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 340156
From: Grants For All <GrantsForAll@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340156@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_60,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Sat Mar 18 12:49:21 2006
X-Persona: <Jon>
Return-Path: <mailcenter340156@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 3168 invoked from network); 18 Mar 2006 11:17:48 -0600
Received: from vm-181-18.vm-mail.com (206.82.181.18)
  by jaykaysplace.com with SMTP; 18 Mar 2006 11:17:43 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-18.vm-mail.com with SMTP; 17 Mar 2006 18:11:44 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991101046099111109
X-MailingID: 340156
From: Grants For All <GrantsForAll@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340156@vm-rewards.com>
Subject: *****SPAM***** Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





 IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Sat Mar 18 12:49:08 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter340156@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 7904 invoked from network); 18 Mar 2006 11:24:13 -0600
Received: from vm-181-153.vm-mail.com (206.82.181.153)
  by jaykaysplace.com with SMTP; 18 Mar 2006 11:24:11 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-153.vm-mail.com with SMTP; 17 Mar 2006 18:10:49 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 340156
From: Grants For All <GrantsForAll@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340156@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Sat Mar 18 12:47:23 2006
X-Persona: <Celia>
Return-Path: <mailcenter340156@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 25191 invoked from network); 18 Mar 2006 11:27:45 -0600
Received: from vm-181-191.vm-mail.com (206.82.181.191)
   by clrobin.com with SMTP; 18 Mar 2006 11:27:43 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-191.vm-mail.com with SMTP; 17 Mar 2006 18:21:29 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 340156
From: Grants For All <GrantsForAll@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340156@vm-rewards.com>
Subject: *****SPAM***** Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





 IIA, 1356 S. Main Ste. 201, Orem, UT 84058



If you can not see our footer image, please visit here.

```
From ???@??? Sat Mar 18 10:46:34 2006
X-Persona: <RCW>
Return-Path: <mailcenter340156@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 2945 invoked from network); 18 Mar 2006 11:43:16 -0600
Received: from vm-181-91.vm-mail.com (206.82.181.91)
  by clrobin.com with SMTP; 18 Mar 2006 11:43:14 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-91.vm-mail.com with SMTP; 17 Mar 2006 18:26:55 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 340156
From: Grants For All <GrantsForAll@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340156@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



IIA, 1356 S. Main Ste. 201, Orem, UT 84058

**If you can not see our footer image, please visit here.**

From ???@??? Sat Feb 18 17:05:45 2006
X-Persona: <Mila>
Return-Path: <mailcenter338304@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Thu, 16 Feb 2006 10:19:53 -0600
From: Grants For All <GrantsForAll@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Is a grant available for you?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43F4A629.A49EA4DD"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8729&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'8729&e=mila@jammtomm.com
  URI:http://ogy.cc/lamarospalsl/692.gif [...]

Content analysis details:   (7.9 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 3392 invoked from network); 16 Feb 2006 10:19:50 -0600
Received: from vm-180-251.vm-mail.com (206.82.180.251)
  by jaycelia.com with SMTP; 16 Feb 2006 10:19:49 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-251.vm-mail.com with SMTP; 16 Feb 2006 10:18:56 -0600

```
X-ClientHost: 10910510809706410609710910911611111091090460991111109
X-MailingID: 338304
From: Grants For All <GrantsForAll@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338304@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Is a grant
avail2.htm"
```

From ???@??? Sat Feb 18 16:55:47 2006
X-Persona: <Indi>
Return-Path: <mailcenter338304@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 16 Feb 2006 10:19:51 -0600
From: Grants For All <GrantsForAll@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Is a grant available for you?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.8 required=7.0 tests=BAYES_99,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43F4A627.A44DD858"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8729&e=indi@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'8729&e=indi@jammtomm.com
  URI:http://ogy.cc/lamarospalsl/692.gif [...]

Content analysis details:   (11.8 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 1858 invoked from network); 16 Feb 2006 10:19:47 -0600
Received: from vm-180-251.vm-mail.com (206.82.180.251)
  by jaycelia.com with SMTP; 16 Feb 2006 10:19:46 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-251.vm-mail.com with SMTP; 16 Feb 2006 10:18:56 -0600
X-ClientHost: 105110100105064106097109109116111109109046099111109

```
X-MailingID: 338304
From: Grants For All <GrantsForAll@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338304@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Is a grant
avail1.htm"
```

From ???@??? Sat Feb 18 16:55:47 2006
X-Persona: <Indi>
Return-Path: <mailcenter338304@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 16 Feb 2006 10:19:51 -0600
From: Grants For All <GrantsForAll@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Is a grant available for you?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=11.8 required=7.0 tests=BAYES_99,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43F4A627.A44DD858"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
   URI:http://redirect.virtumundo.com/ct?i'8729&e=indi@jammtomm.com
   visiting this link
   URI:http://redirect.virtumundo.com/ct?i'8729&e=indi@jammtomm.com
   URI:http://ogy.cc/lamarospalsl/692.gif [...]

Content analysis details:   (11.8 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 1858 invoked from network); 16 Feb 2006 10:19:47 -0600
Received: from vm-180-251.vm-mail.com (206.82.180.251)
  by jaycelia.com with SMTP; 16 Feb 2006 10:19:46 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-251.vm-mail.com with SMTP; 16 Feb 2006 10:18:56 -0600
X-ClientHost: 105110100105064106097109109116111109109046099111109

```
X-MailingID: 338304
From: Grants For All <GrantsForAll@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338304@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Is a grant
avail1.htm"
```

```
From ???@??? Fri Feb 17 09:11:41 2006
X-Persona: <Jay>
Return-Path: <mailcenter338304@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 29634 invoked from network); 16 Feb 2006 10:29:12 -0600
Received: from vm-180-60.vm-mail.com (206.82.180.60)
   by anthonycentral.com with SMTP; 16 Feb 2006 10:29:11 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-60.vm-mail.com with SMTP; 16 Feb 2006 10:28:31 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 338304
From: Grants For All <GrantsForAll@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338304@vm-rewards.com>
Subject: *****SPAM***** Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





 IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Fri Feb 17 09:11:29 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter338304@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 15683 invoked from network); 17 Feb 2006 10:23:45 -0600
Received: from vm-181-177.vm-mail.com (206.82.181.177)
  by gordonworks.com with SMTP; 17 Feb 2006 10:23:44 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-177.vm-mail.com with SMTP; 16 Feb 2006 10:01:53 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 338304
From: Grants For All <GrantsForAll@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338304@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---

IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Fri Feb 17 09:10:54 2006
X-Persona: <Celia>
Return-Path: <mailcenter338304@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 1795 invoked from network); 16 Feb 2006 09:05:44 -0600
Received: from vm-182-12.vm-mail.com (206.82.182.12)
  by gordonworks.com with SMTP; 16 Feb 2006 09:05:44 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-12.vm-mail.com with SMTP; 16 Feb 2006 09:05:31 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 338304
From: Grants For All <GrantsForAll@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338304@vm-rewards.com>
Subject: *****SPAM***** Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Fri Feb 17 08:35:07 2006
X-Persona: <RCW>
Return-Path: <mailcenter338304@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 24642 invoked from network); 17 Feb 2006 01:32:13 -0600
Received: from vm-180-164.vm-mail.com (206.82.180.164)
  by itdidnotendright.com with SMTP; 17 Feb 2006 01:32:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-164.vm-mail.com with SMTP; 17 Feb 2006 01:31:55 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 338304
From: Grants For All <GrantsForAll@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338304@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---

IIA, 1356 S. Main Ste. 201, Orem, UT 84058

      If you can not see our footer image, please visit here.

```
From ???@??? Thu Feb 16 19:53:27 2006
X-Persona: <hum>
Return-Path: <mailcenter338304@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 482 invoked from network); 16 Feb 2006 08:38:44 -0600
Received: from vm-181-199.vm-mail.com (206.82.181.199)
  by itdidnotendright.com with SMTP; 16 Feb 2006 08:38:44 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-199.vm-mail.com with SMTP; 16 Feb 2006 08:38:32 -0600
X-ClientHost: 104117109064101104097104111109101046099111109
X-MailingID: 338304
From: Grants For All <GrantsForAll@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338304@vm-rewards.com>
Subject: *****SPAM***** Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Thu Feb 16 08:59:16 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter338304@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 21381 invoked from network); 16 Feb 2006 10:29:56 -0600
Received: from vm-180-12.vm-mail.com (206.82.180.12)
   by xj4x4.net with SMTP; 16 Feb 2006 10:29:55 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-12.vm-mail.com with SMTP; 16 Feb 2006 10:29:20 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 338304
From: Grants For All <GrantsForAll@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338304@vm-rewards.com>
Subject: *****SPAM***** Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





 IIA, 1356 S. Main Ste. 201, Orem, UT 84058



If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 18:52:43 2006
Return-Path: <mailcenter337330@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 16353 invoked from network); 6 Feb 2006 08:16:55 -0600
Received: from vm-181-111.vm-mail.com (206.82.181.111)
  by xj4x4.net with SMTP; 6 Feb 2006 08:16:55 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-111.vm-mail.com with SMTP; 06 Feb 2006 08:16:42 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 337330
From: Grants For All <GrantsForAll@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337330@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 18:52:43 2006
Return-Path: <mailcenter337330@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 17120 invoked from network); 6 Feb 2006 08:16:56 -0600
Received: from vm-181-111.vm-mail.com (206.82.181.111)
   by xj4x4.net with SMTP; 6 Feb 2006 08:16:55 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-111.vm-mail.com with SMTP; 06 Feb 2006 08:16:42 -0600
X-ClientHost:
0991041170991070640971101161041111012109910111011611409710804609911109
X-MailingID: 337330
From: Grants For All <GrantsForAll@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337330@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 18:52:43 2006
Return-Path: <mailcenter337330@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 993 invoked from network); 6 Feb 2006 08:17:57 -0600
Received: from vm-181-111.vm-mail.com (206.82.181.111)
   by xj4x4.net with SMTP; 6 Feb 2006 08:17:05 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-111.vm-mail.com with SMTP; 06 Feb 2006 08:16:42 -0600
X-ClientHost:
10010111909712111010106409711011610411110121099101110116114097108046099111109
X-MailingID: 337330
From: Grants For All <GrantsForAll@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337330@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 18:52:43 2006
Return-Path: <mailcenter337330@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 4706 invoked from network); 6 Feb 2006 08:18:20 -0600
Received: from vm-181-111.vm-mail.com (206.82.181.111)
   by xj4x4.net with SMTP; 6 Feb 2006 08:18:09 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-111.vm-mail.com with SMTP; 06 Feb 2006 08:16:42 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 337330
From: Grants For All <GrantsForAll@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337330@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 18:52:43 2006
Return-Path: <mailcenter337330@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 9984 invoked from network); 6 Feb 2006 08:18:29 -0600
Received: from vm-181-111.vm-mail.com (206.82.181.111)
  by xj4x4.net with SMTP; 6 Feb 2006 08:18:24 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-111.vm-mail.com with SMTP; 06 Feb 2006 08:16:42 -0600
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 337330
From: Grants For All <GrantsForAll@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337330@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Mon Feb 06 11:01:47 2006
X-Persona: <Jay>
Return-Path: <mailcenter337330@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 3521 invoked from network); 6 Feb 2006 08:10:37 -0600
Received: from vm-182-130.vm-mail.com (206.82.182.130)
   by jammtomm.com with SMTP; 6 Feb 2006 08:10:37 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-130.vm-mail.com with SMTP; 06 Feb 2006 08:10:25 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 337330
From: Grants For All <GrantsForAll@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337330@vm-rewards.com>
Subject: *****SPAM***** Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Mon Feb 06 10:40:05 2006
X-Persona: <RCW>
Return-Path: <mailcenter337330@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 27865 invoked from network); 6 Feb 2006 08:57:14 -0600
Received: from vm-182-167.vm-mail.com (206.82.182.167)
   by celiajay.com with SMTP; 6 Feb 2006 08:57:14 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-167.vm-mail.com with SMTP; 06 Feb 2006 08:57:03 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 337330
From: Grants For All <GrantsForAll@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337330@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



IIA, 1356 S. Main Ste. 201, Orem, UT 84058

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 06 09:40:07 2006
X-Persona: <Jon>
Return-Path: <mailcenter337330@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 3619 invoked from network); 6 Feb 2006 08:10:37 -0600
Received: from vm-182-154.vm-mail.com (206.82.182.154)
  by ehahome.com with SMTP; 6 Feb 2006 08:10:37 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-154.vm-mail.com with SMTP; 06 Feb 2006 08:10:25 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 337330
From: Grants For All <GrantsForAll@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337330@vm-rewards.com>
Subject: *****SPAM***** Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





 IIA, 1356 S. Main Ste. 201, Orem, UT 84058



If you can not see our footer image, please visit here.

```
From ???@??? Mon Feb 06 09:33:10 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter337330@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 20674 invoked from network); 6 Feb 2006 08:10:09 -0600
Received: from vm-182-10.vm-mail.com (206.82.182.10)
  by omniinnovations.com with SMTP; 6 Feb 2006 08:10:08 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-10.vm-mail.com with SMTP; 06 Feb 2006 08:09:55 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 337330
From: Grants For All <GrantsForAll@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337330@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Mon Feb 06 09:31:21 2006
X-Persona: <Celia>
Return-Path: <mailcenter337330@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 6883 invoked from network); 6 Feb 2006 08:26:55 -0600
Received: from vm-180-85.vm-mail.com (206.82.180.85)
   by itdidnotendright.com with SMTP; 6 Feb 2006 08:26:54 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-85.vm-mail.com with SMTP; 06 Feb 2006 08:26:43 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 337330
From: Grants For All <GrantsForAll@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337330@vm-rewards.com>
Subject: *****SPAM***** Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





IIA, 1356 S. Main Ste. 201, Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Mon Feb 06 07:27:57 2006
X-Persona: <Mila>
Return-Path: <mailcenter337330@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 06 Feb 2006 08:10:36 -0600
From: Grants For All <GrantsForAll@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Is a grant available for you?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43E758DC.413D1106"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8219&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'8219&e=mila@jammtomm.com
  URI:http://ogy.cc/lamarospalsl/692.gif [...]

Content analysis details:   (7.9 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 1314 invoked from network); 6 Feb 2006 08:10:34 -0600
Received: from vm-182-149.vm-mail.com (206.82.182.149)
  by itdidnotendright.com with SMTP; 6 Feb 2006 08:10:34 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-149.vm-mail.com with SMTP; 06 Feb 2006 08:10:22 -0600
```

```
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 337330
From: Grants For All <GrantsForAll@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337330@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Is a grant
avail4.htm"
```

From ???@??? Fri Aug 04 19:34:35 2006
X-Persona: <2nd User>
Return-Path: <mailcenter357798@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sat, 29 Jul 2006 14:11:11 -0600
From: Grants For All <GrantsForAll@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Subject: *****SPAM***** Is a grant available for you?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44CBC0DF.CA602FE6"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i)3681&e=tommy@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i)3681&e=tommy@jammtomm.com
  URI:http://ogy.cc/lamarospalsl/692.gif [...]

Content analysis details:   (7.0 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 6240 invoked from network); 29 Jul 2006 14:11:10 -0600
Received: from static-vmg-187-76.vm-mail.com (HELO vm-187-76.vm-mail.com)
(206.82.187.76)
  by jaycelia.com with SMTP; 29 Jul 2006 14:11:10 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-76.vm-mail.com with SMTP; 29 Jul 2006 15:11:09 -0500

```
X-ClientHost: 1161111091091210641060971091091161111091090460991111109
X-MailingID: 357798
From: Grants For All <GrantsForAll@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+357798@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Is a grant
avail4.htm"
```

From ???@??? Fri May 19 12:55:19 2006
X-Persona: <Anthony>
Return-Path: <mailcenter349422@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 23201 invoked from network); 19 May 2006 04:48:18 -0600
Received: from vm-180-215.vm-mail.com (206.82.180.215)
  by greatnorthwest-alpha.org with SMTP; 19 May 2006 04:48:17 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-215.vm-mail.com with SMTP; 19 May 2006 05:48:12 -0500
X-ClientHost:
11509711010012106409711011610411111012109910111011611409710804609911109
X-MailingID: 349422
From: Grants Online <GrantsOnline@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+349422@vm-rewards.com>
Subject: Credit problems holding you back from your dreams?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
       RCVD_IN_SORBS autolearn=no version=2.63


Images not loading? View this offer by visiting this link






This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

GovGrantAdvisor.com P.O. Box 490 St. George, UT 84770

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

From ???@??? Fri May 19 12:55:19 2006
X-Persona: <Anthony>
Return-Path: <mailcenter349422@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 22656 invoked from network); 19 May 2006 04:48:17 -0600
Received: from vm-180-215.vm-mail.com (206.82.180.215)
  by greatnorthwest-alpha.org with SMTP; 19 May 2006 04:48:16 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-215.vm-mail.com with SMTP; 19 May 2006 05:48:12 -0500
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710804609911109
X-MailingID: 349422
From: Grants Online <GrantsOnline@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+349422@vm-rewards.com>
Subject: Credit problems holding you back from your dreams?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
      RCVD_IN_SORBS autolearn=no version=2.63


Images not loading? View this offer by visiting this link






This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

GovGrantAdvisor.com P.O. Box 490 St. George, UT 84770

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 06 21:12:08 2006
X-Persona: <Anthony>
Return-Path: <mailcenter342732@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 5475 invoked from network); 6 Apr 2006 10:19:28 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by anthonycentral.com with SMTP; 6 Apr 2006 10:19:27 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 06 Apr 2006 11:19:21 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 342732
From: GrantsForAll <GrantsForAll@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342732@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---



**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 13:14:56 2006
Return-Path: <mailcenter342732@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 5475 invoked from network); 6 Apr 2006 10:19:28 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by anthonycentral.com with SMTP; 6 Apr 2006 10:19:27 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 06 Apr 2006 11:19:21 -0500
X-ClientHost:
100101119097121110101064097110116104111101210991011101161140971080460991111109
X-MailingID: 342732
From: GrantsForAll <GrantsForAll@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342732@vm-rewards.com>
Subject: Is a grant available for you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**





IIA 1356 S. Main Ste 201 Orem, UT 84058

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 13 14:54:42 2006
Return-Path: <mailcenter343450@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 12519 invoked from network); 13 Apr 2006 15:20:42 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by anthonycentral.com with SMTP; 13 Apr 2006 15:20:41 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 13 Apr 2006 16:20:35 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 343450
From: GrantsOnline <GrantsOnline@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343450@vm-rewards.com>
Subject: Get out of debt with a government grant
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**





**GovGrantAdvisor.com P.O. Box 490 St. George, UT 84770**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Sep 09 12:51:23 2006
X-Persona: <2nd User>
Return-Path: <mailcenter362196@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 2917 invoked from network); 1 Sep 2006 18:34:57 -0600
Received: from static-vmg-181-190.vm-mail.com (HELO vm-181-190.vm-mail.com)
(206.82.181.190)
  by anthonycentral.com with SMTP; 1 Sep 2006 18:34:57 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-190.vm-mail.com with SMTP; 01 Sep 2006 19:34:56 -0500
X-ClientHost: 11611110910912106410609710910911611110910904609911109
X-MailingID: 362196
From: Graphic Design Schools <GraphicDesignSchools@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+362196@vm-rewards.com>
Subject: Train for a graphic design career
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_FONT_INVISIBLE,
      HTML_IMAGE_ONLY_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





Find The Right Design School

This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

QuinStreet, Inc 1051 E. Hillsdale Blvd Foster City, CA 94404

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Sat Oct 18 16:00:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <230058-32010>; Sat, 18 Oct
2003 16:53:31 -0400
Received: from vm148.vmadmin.com ([216.64.222.148]) by ams.ftl.affinity.com
with ESMTP id <230095-1276>; Sat, 18 Oct 2003 16:52:54 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm148.vmadmin.com with SMTP; 18 Oct 2003 15:51:28 -0500
X-ClientHost:
10611111009711610409711006410311111410011111019111114107115046099111109
X-MailingID: 167990
From: GRE Preparation <GREPreparationNow167990@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: GRE Preparation <GREPreparationNow167990@replies.virtumundo.com>
Subject: Don¹t just do well. Do GREat.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct18.165254-0400_edt.230095-1276+1768@ams.ftl.affinity.com>
Date:Sat, 18 Oct 2003 16:52:54 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Oct 18 16:00:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <221170-7943>; Sat, 18 Oct 2003 16:53:33 -0400
Received: from vm148.vmadmin.com ([216.64.222.148]) by ams.ftl.affinity.com
with ESMTP id <230003-29000>; Sat, 18 Oct 2003 16:52:54 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm148.vmadmin.com with SMTP; 18 Oct 2003 15:51:28 -0500
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 167990
From: GRE Preparation <GREPreparationNow167990@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: GRE Preparation <GREPreparationNow167990@replies.virtumundo.com>
Subject: Don¹t just do well. Do GREat.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct18.165254-0400_edt.230003-29000+1631@ams.ftl.affinity.com>
Date:Sat, 18 Oct 2003 16:52:53 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Oct 18 16:00:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <229835-29002>; Sat, 18 Oct 2003 16:53:31 -0400
Received: from vm148.vmadmin.com ([216.64.222.148]) by ams.ftl.affinity.com
with ESMTP id <229937-29000>; Sat, 18 Oct 2003 16:52:52 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm148.vmadmin.com with SMTP; 18 Oct 2003 15:51:28 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 167990
From: GRE Preparation <GREPreparationNow167990@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: GRE Preparation <GREPreparationNow167990@replies.virtumundo.com>
Subject: Don¹t just do well. Do GREat.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct18.165252-0400_edt.229937-29000+1630@ams.ftl.affinity.com>
Date:Sat, 18 Oct 2003 16:52:51 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Oct 18 16:01:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220437-29691>; Sat, 18 Oct 2003 17:34:25 -0400
Received: from vm112.vmadmin.com ([216.64.222.112]) by ams.ftl.affinity.com
with ESMTP id <220528-29688>; Sat, 18 Oct 2003 17:34:05 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm112.vmadmin.com with SMTP; 18 Oct 2003 16:33:23 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 167990
From: GRE Preparation <GREPreparationNow167990@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+167990@virtumundo.com>
Subject: Greatness can be achieved on your GRE.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct18.173405-0400_edt.220528-29688+9394@ams.ftl.affinity.com>
Date:Sat, 18 Oct 2003 17:34:04 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri May 05 07:14:42 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347070@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 5280 invoked from network); 3 May 2006 11:03:35 -0600
Received: from vm-180-231.vm-mail.com (206.82.180.231)
   by jammtomm.com with SMTP; 3 May 2006 11:03:34 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-231.vm-mail.com with SMTP; 03 May 2006 12:03:26 -0500
X-ClientHost: 11610606409711011610411111012109910111011611409710804609911109
X-MailingID: 347070
From: Great Clubs <GreatClubs@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347070@vm-rewards.com>
Subject: Unique Mother's Day gifts
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.1 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Clubs of America, Inc. 426 Scotland Rd. Lakemoor, IL 60051

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Thu May 04 10:07:53 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter347070@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 4482 invoked from network); 3 May 2006 12:20:33 -0600
Received: from vm-180-78.vm-mail.com (206.82.180.78)
   by anthonycentral.com with SMTP; 3 May 2006 12:20:32 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-78.vm-mail.com with SMTP; 03 May 2006 13:20:24 -0500
X-ClientHost: 10611111006410609712110709712111511212108097099101046099111109
X-MailingID: 347070
From: Great Clubs <GreatClubs@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347070@vm-rewards.com>
Subject: Unique Mother's Day gifts
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.1 required=7.0 tests=DATE_MISSING,HTML_40_50,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Clubs of America, Inc. 426 Scotland Rd. Lakemoor, IL 60051

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

From ???@??? Fri May 05 07:14:42 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347070@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 4193 invoked from network); 3 May 2006 11:03:33 -0600
Received: from vm-180-231.vm-mail.com (206.82.180.231)
   by jammtomm.com with SMTP; 3 May 2006 11:03:32 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-231.vm-mail.com with SMTP; 03 May 2006 12:03:26 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 347070
From: Great Clubs <GreatClubs@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347070@vm-rewards.com>
Subject: Unique Mother's Day gifts
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.1 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63


Images not loading? View this offer by visiting this link







This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Clubs of America, Inc. 426 Scotland Rd. Lakemoor, IL 60051

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Fri May 05 07:25:58 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347226@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 16388 invoked from network); 4 May 2006 11:03:30 -0600
Received: from vm-181-130.vm-mail.com (206.82.181.130)
  by rcw19190020.com with SMTP; 4 May 2006 11:03:30 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-130.vm-mail.com with SMTP; 04 May 2006 12:03:21 -0500
X-ClientHost:
09711011606409711011610411111012109910110110116114097108046099111109
X-MailingID: 347226
From: Great Health For Life <GreatHealthForLife@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347226@vm-rewards.com>
Subject: Video program helps your body feel young again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.1 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Functional Fitness, Inc. 2245 E Colorado Blvd, Suite 202 Pasadena, CA 91107

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

From ???@??? Thu May 11 00:02:15 2006
X-Persona: <Jay>
Return-Path: <mailcenter347892@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 23682 invoked from network); 9 May 2006 18:15:54 -0600
Received: from vm-186-128.vm-mail.com (206.82.186.128)
   by jaykaysplace.com with SMTP; 9 May 2006 18:15:52 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-128.vm-mail.com with SMTP; 09 May 2006 19:15:52 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 347892
From: Great Home Loan Finder <GreatHomeLoanFinder@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347892@vm-rewards.com>
Subject: Get the best possible home loan rates this spring
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=7.0 required=7.0 tests=BAYES_80,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL autolearn=no
      version=2.63


Images not loading? View this offer by visiting this link



**VentureDirect Worldwide, Inc 60 Madison Ave New York, NY 10010**

**If you can not see our footer image, please visit here.**

From ???@??? Thu May 11 00:00:30 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter347892@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 2210 invoked from network); 9 May 2006 18:10:41 -0600
Received: from vm-186-7.vm-mail.com (206.82.186.7)
   by greatnorthwest-alpha.org with SMTP; 9 May 2006 18:10:38 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-7.vm-mail.com with SMTP; 09 May 2006 19:10:34 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 347892
From: Great Home Loan Finder <GreatHomeLoanFinder@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347892@vm-rewards.com>
Subject: Get the best possible home loan rates this spring
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link



---

VentureDirect Worldwide, Inc 60 Madison Ave New York, NY 10010

If you can not see our footer image, please visit here.

From ???@??? Wed May 10 23:59:00 2006
X-Persona: <Celia>
Return-Path: <mailcenter347892@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 15425 invoked from network); 9 May 2006 15:17:20 -0600
Received: from vm-185-101.vm-mail.com (206.82.185.101)
  by greatnorthwest-alpha.org with SMTP; 9 May 2006 15:17:20 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-101.vm-mail.com with SMTP; 09 May 2006 16:17:19 -0500
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 347892
From: Great Home Loan Finder <GreatHomeLoanFinder@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347892@vm-rewards.com>
Subject: *****SPAM***** Get the best possible home loan rates this spring
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]


Images not loading? View this offer by visiting this link



**VentureDirect Worldwide, Inc 60 Madison Ave New York, NY 10010**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed May 10 08:14:12 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter347892@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 26241 invoked from network); 9 May 2006 18:15:58 -0600
Received: from vm-186-247.vm-mail.com (206.82.186.247)
   by gordonworks.com with SMTP; 9 May 2006 18:15:57 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-247.vm-mail.com with SMTP; 09 May 2006 19:15:54 -0500
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 347892
From: Great Home Loan Finder <GreatHomeLoanFinder@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347892@vm-rewards.com>
Subject: *****SPAM***** Get the best possible home loan rates this spring
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
```

Images not loading? View this offer by visiting this link



**VentureDirect Worldwide, Inc 60 Madison Ave New York, NY 10010**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue May 02 20:37:31 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter346324@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 7971 invoked from network); 28 Apr 2006 16:03:18 -0600
Received: from vm-187-19.vm-mail.com (206.82.187.19)
  by clrobin.com with SMTP; 28 Apr 2006 16:03:17 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-19.vm-mail.com with SMTP; 28 Apr 2006 17:03:14 -0500
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 346324
From: Great Home Loan Finder <GreatHomeLoanFinder@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346324@vm-rewards.com>
Subject: *****SPAM***** Get the best possible home loan rates this spring
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.19>]
```

Images not loading? View this offer by visiting this link



 **VentureDirect Worldwide, Inc 60 Madison Ave New York, NY 10010**



**If you can not see our footer image, please visit here.**

From ???@??? Sun Apr 30 14:04:54 2006
X-Persona: <Jon>
Return-Path: <mailcenter346324@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 7971 invoked from network); 28 Apr 2006 16:03:18 -0600
Received: from vm-187-19.vm-mail.com (206.82.187.19)
   by clrobin.com with SMTP; 28 Apr 2006 16:03:17 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-187-19.vm-mail.com with SMTP; 28 Apr 2006 17:03:14 -0500
X-ClientHost: 1061111106410609712110709712111511210809709910104609911109
X-MailingID: 346324
From: Great Home Loan Finder <GreatHomeLoanFinder@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346324@vm-rewards.com>
Subject: *****SPAM***** Get the best possible home loan rates this spring
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.19>]


Images not loading? View this offer by visiting this link



**VentureDirect Worldwide, Inc 60 Madison Ave New York, NY 10010**

**If you can not see our footer image, please visit here.**

From ???@??? Sun Apr 30 14:04:50 2006
X-Persona: <Jay>
Return-Path: <mailcenter346324@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 11040 invoked from network); 28 Apr 2006 16:03:31 -0600
Received: from vm-187-157.vm-mail.com (206.82.187.157)
   by greatnorthwest-alpha.org with SMTP; 28 Apr 2006 16:03:20 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-187-157.vm-mail.com with SMTP; 28 Apr 2006 17:03:10 -0500
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 346324
From: Great Home Loan Finder <GreatHomeLoanFinder@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346324@vm-rewards.com>
Subject: Get the best possible home loan rates this spring
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.3 required=7.0 tests=BAYES_90,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63

Images not loading? View this offer by visiting this link



**VentureDirect Worldwide, Inc 60 Madison Ave New York, NY 10010**

**If you can not see our footer image, please visit here.**

From ???@??? Sun Apr 30 14:00:51 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter346324@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 2788 invoked from network); 28 Apr 2006 16:01:44 -0600
Received: from vm-187-35.vm-mail.com (206.82.187.35)
  by gordonworks.com with SMTP; 28 Apr 2006 16:01:44 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-35.vm-mail.com with SMTP; 28 Apr 2006 17:01:26 -0500
X-ClientHost:
10610510906410511610010510010101111611601110100114105103104116046099111109
X-MailingID: 346324
From: Great Home Loan Finder <GreatHomeLoanFinder@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346324@vm-rewards.com>
Subject: Get the best possible home loan rates this spring
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



VentureDirect Worldwide, Inc 60 Madison Ave New York, NY 10010

If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 30 13:59:44 2006
X-Persona: <Celia>
Return-Path: <mailcenter346324@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 8294 invoked from network); 28 Apr 2006 14:07:53 -0600
Received: from vm-186-55.vm-mail.com (206.82.186.55)
   by itdidnotendright.com with SMTP; 28 Apr 2006 14:07:52 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-55.vm-mail.com with SMTP; 28 Apr 2006 15:07:50 -0500
X-ClientHost: 0991011081050970640991011081050971060971121046099111109
X-MailingID: 346324
From: Great Home Loan Finder <GreatHomeLoanFinder@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346324@vm-rewards.com>
Subject: Get the best possible home loan rates this spring
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



**VentureDirect Worldwide, Inc 60 Madison Ave New York, NY 10010**

**If you can not see our footer image, please visit here.**

From ???@??? Fri May 12 22:36:15 2006
X-Persona: <Mila>
Return-Path: <mailcenter347892@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 09 May 2006 18:15:34 -0600
From: Great Home Loan Finder <GreatHomeLoanFinder@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Get the best possible home loan rates this spring
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.7 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL autolearn=no
        version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_446130A6.BB2BF827"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(5651&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(5651&e=mila@jammtomm.com
  URI:http://ogy.cc/refi/M_511009_2_01.jpg [...]

Content analysis details:   (10.7 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.1 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 13475 invoked from network); 9 May 2006 18:15:32 -0600
Received: from vm-186-52.vm-mail.com (206.82.186.52)
  by rcw19190020.com with SMTP; 9 May 2006 18:15:28 -0600
Received: from vm-mail.com (10.0.0.42)

```
   by vm-186-52.vm-mail.com with SMTP; 09 May 2006 19:15:25 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 347892
From: Great Home Loan Finder <GreatHomeLoanFinder@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347892@vm-rewards.com>
Subject: Get the best possible home loan rates this spring
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get the
best pos.htm"
```

```
From ???@??? Fri Aug 25 11:45:41 2006
X-Persona: <2nd User>
Return-Path: <mailcenter361318@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 10114 invoked from network); 25 Aug 2006 09:30:07 -0600
Received: from static-vmg-180-121.vm-mail.com (HELO vm-180-121.vm-mail.com)
(206.82.180.121)
  by anthonycentral.com with SMTP; 25 Aug 2006 09:30:07 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-121.vm-mail.com with SMTP; 25 Aug 2006 10:30:01 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 361318
From: Great Ringtones <GreatRingtones@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+361318@vm-rewards.com>
Subject: Ringtones, Christian tones, Bible quotes & more!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_IMAGE_RATIO_06,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit this link

DadaMobile, Inc. 350 Fifth Avenue, Suite 4114 New York, NY 10118

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.



```
From ???@??? Fri Feb 06 12:38:14 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222717-25089>; Fri, 6 Feb 2004 15:32:56 -0500
Received: from vm208-46.adknow-net.com ([216.21.208.46]) by
ams.ftl.affinity.com with ESMTP id <337204-25087>; Fri, 6 Feb 2004 15:31:58
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-46.adknow-net.com with SMTP; 06 Feb 2004 14:31:54 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 361348
From: Greencard <GreencardResources@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return361348@replies.adknow-net.com
Subject: Make the dream of citizenship a reality.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb6.153158-0500_est.337204-25087+4240@ams.ftl.affinity.com>
Date:Fri, 6 Feb 2004 15:31:57 -0500
```



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Dec 07 23:01:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214186-8432>; Sun, 7 Dec 2003 22:36:27 -0500
Received: from vm107.vmadmin.com ([216.64.222.107]) by ams.ftl.affinity.com
with ESMTP id <214948-8437>; Sun, 7 Dec 2003 22:36:00 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm107.vmadmin.com with SMTP; 07 Dec 2003 21:35:43 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 213462
From: Greencard <GreencardResources@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Greencard <GreencardResources213462@replies.virtumundo.com>
Subject: Get a green card and become a citizen!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec7.223600-0500_est.214948-8437+27248@ams.ftl.affinity.com>
Date:Sun, 7 Dec 2003 22:36:00 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Dec 07 23:01:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214183-8432>; Sun, 7 Dec 2003 22:36:27 -0500
Received: from vm107.vmadmin.com ([216.64.222.107]) by ams.ftl.affinity.com
with ESMTP id <214937-8436>; Sun, 7 Dec 2003 22:35:59 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm107.vmadmin.com with SMTP; 07 Dec 2003 21:35:43 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 213462
From: Greencard <GreencardResources@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Greencard <GreencardResources213462@replies.virtumundo.com>
Subject: Get a green card and become a citizen!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec7.223559-0500_est.214937-8436+26690@ams.ftl.affinity.com>
Date:Sun, 7 Dec 2003 22:35:59 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Dec 07 23:01:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214182-8437>; Sun, 7 Dec 2003 22:36:27 -0500
Received: from vm107.vmadmin.com ([216.64.222.107]) by ams.ftl.affinity.com
with ESMTP id <214906-8437>; Sun, 7 Dec 2003 22:35:58 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm107.vmadmin.com with SMTP; 07 Dec 2003 21:35:43 -0600
X-ClientHost: 10209712110106410311114100111110119111114107115046099111109
X-MailingID: 213462
From: Greencard <GreencardResources@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Greencard <GreencardResources213462@replies.virtumundo.com>
Subject: Get a green card and become a citizen!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec7.223558-0500_est.214906-8437+27247@ams.ftl.affinity.com>
Date:Sun, 7 Dec 2003 22:35:58 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Dec 06 22:49:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218983-1080>; Sat, 6 Dec 2003 22:40:54 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com
with ESMTP id <223953-1081>; Sat, 6 Dec 2003 22:39:34 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 06 Dec 2003 21:39:19 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 212770
From: Greencard <GreencardResources@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Greencard <GreencardResources212770@replies.virtumundo.com>
Subject: Get a green card and become a citizen!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.223934-0500_est.223953-1081+45946@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 22:39:34 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Dec 07 23:01:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <214190-8432>; Sun, 7 Dec 2003
22:36:27 -0500
Received: from vm107.vmadmin.com ([216.64.222.107]) by ams.ftl.affinity.com
with ESMTP id <214968-8428>; Sun, 7 Dec 2003 22:36:01 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm107.vmadmin.com with SMTP; 07 Dec 2003 21:35:43 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 213462
From: Greencard <GreencardResources@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Greencard <GreencardResources213462@replies.virtumundo.com>
Subject: Get a green card and become a citizen!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec7.223601-0500_est.214968-8428+27985@ams.ftl.affinity.com>
Date:Sun, 7 Dec 2003 22:36:01 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Oct 08 22:09:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <218990-22201>; Thu, 9 Oct 2003 00:57:34 -0400
Received: from vm213.vmadmin.com ([216.64.222.213]) by ams.ftl.affinity.com
with ESMTP id <219136-22199>; Thu, 9 Oct 2003 00:56:05 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm213.vmadmin.com with SMTP; 08 Oct 2003 23:56:02 -0500
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 156617
From: Guaranteed Issue <AffordableHealthInsurance156617@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+156617@virtumundo.com>
Subject: Real Insurance Benefits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct9.005605-0400_edt.219136-22199+4150@ams.ftl.affinity.com>
Date:Thu, 9 Oct 2003 00:56:04 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Oct 08 22:09:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219140-22199>; Thu, 9 Oct 2003 00:57:34 -0400
Received: from vm213.vmadmin.com ([216.64.222.213]) by ams.ftl.affinity.com
with ESMTP id <219092-22174>; Thu, 9 Oct 2003 00:56:04 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm213.vmadmin.com with SMTP; 08 Oct 2003 23:56:02 -0500
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 156617
From: Guaranteed Issue <AffordableHealthInsurance156617@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+156617@virtumundo.com>
Subject: Real Insurance Benefits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct9.005604-0400_edt.219092-22174+4093@ams.ftl.affinity.com>
Date:Thu, 9 Oct 2003 00:56:04 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Oct 08 22:09:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <219136-22199>; Thu, 9 Oct
2003 00:57:34 -0400
Received: from vm213.vmadmin.com ([216.64.222.213]) by ams.ftl.affinity.com
with ESMTP id <218991-22199>; Thu, 9 Oct 2003 00:56:05 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm213.vmadmin.com with SMTP; 08 Oct 2003 23:56:02 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 156617
From: Guaranteed Issue <AffordableHealthInsurance156617@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+156617@virtumundo.com>
Subject: Real Insurance Benefits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct9.005605-0400_edt.218991-22199+4151@ams.ftl.affinity.com>
Date:Thu, 9 Oct 2003 00:56:05 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Oct 08 17:20:12 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <230949-22173>; Wed, 8 Oct 2003 14:54:40 -0400
Received: from vm131.vmadmin.com ([216.64.222.131]) by ams.ftl.affinity.com
with ESMTP id <463347-30544>; Wed, 8 Oct 2003 13:15:50 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm131.vmadmin.com with SMTP; 08 Oct 2003 12:15:47 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 156618
From: Guaranteed Issue <AffordableHealthInsurance156618@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Guaranteed Issue
<AffordableHealthInsurance156618@replies.virtumundo.com>
Subject: Real Insurance Benefits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct8.131550-0400_edt.463347-30544+2548@ams.ftl.affinity.com>
Date:Wed, 8 Oct 2003 13:15:50 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Oct 08 17:19:40 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3684283-28616>; Wed, 8 Oct 2003 14:22:30 -0400
Received: from vm217.vmadmin.com ([216.64.222.217]) by ams.ftl.affinity.com
with ESMTP id <3685948-28613>; Wed, 8 Oct 2003 14:21:20 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm217.vmadmin.com with SMTP; 08 Oct 2003 13:21:20 -0500
X-ClientHost: 1060971210641031111141001111101191111141071115046099111109
X-MailingID: 156618
From: Guaranteed Issue <AffordableHealthInsurance156618@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+156618@virtumundo.com>
Subject: Real Insurance Benefits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct8.142120-0400_edt.3685948-28613+16408@ams.ftl.affinity.com>
Date:Wed, 8 Oct 2003 14:21:20 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 16 13:44:43 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215726-31712>; Sun, 16 Nov 2003 16:11:41 -0500
Received: from vm097.vmadmin.com ([216.64.222.97]) by ams.ftl.affinity.com
with ESMTP id <215710-31716>; Sun, 16 Nov 2003 16:10:49 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm097.vmadmin.com with SMTP; 16 Nov 2003 15:10:44 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 198896
From: Guaranteed Issue <GetInsuranceHere198896@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Guaranteed Issue <GetInsuranceHere198896@replies.virtumundo.com>
Subject: Real Insurance Benefits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov16.161049-0500_est.215710-31716+45409@ams.ftl.affinity.com>
Date:Sun, 16 Nov 2003 16:10:48 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at
http://privacy.virtumundo.com/properties.html) or you signed up with a party
that has contracted with Virtumundo. To unsubscribe from the Virtumundo
Rewards List, go to http://www.virtumundo.com/unsub or go here. To read
Virtumundo's privacy policy, go to Privacy Policy. The products and/or services

advertised in this email are the sole responsibility of the advertiser, and
questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Nov 16 13:44:43 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215956-31724>; Sun, 16 Nov
2003 16:11:40 -0500
Received: from vm097.vmadmin.com ([216.64.222.97]) by ams.ftl.affinity.com
with ESMTP id <215726-31716>; Sun, 16 Nov 2003 16:10:49 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm097.vmadmin.com with SMTP; 16 Nov 2003 15:10:44 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 198896
From: Guaranteed Issue <GetInsuranceHere198896@vmadmin.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Guaranteed Issue <GetInsuranceHere198896@replies.virtumundo.com>
Subject: Real Insurance Benefits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov16.161049-0500_est.215726-31716+45410@ams.ftl.affinity.com>
Date:Sun, 16 Nov 2003 16:10:48 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at
http://privacy.virtumundo.com/properties.html) or you signed up with a party
that has contracted with Virtumundo. To unsubscribe from the Virtumundo

Rewards List, go to http://www.virtumundo.com/unsub or go here. To read
Virtumundo's privacy policy, go to Privacy Policy. The products and/or services
advertised in this email are the sole responsibility of the advertiser, and
questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Nov 16 13:44:43 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <215104-31723>; Sun, 16 Nov 2003 16:11:14 -0500
Received: from vm097.vmadmin.com ([216.64.222.97]) by ams.ftl.affinity.com
with ESMTP id <215704-31719>; Sun, 16 Nov 2003 16:10:48 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm097.vmadmin.com with SMTP; 16 Nov 2003 15:10:44 -0600
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 198896
From: Guaranteed Issue <GetInsuranceHere198896@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Guaranteed Issue <GetInsuranceHere198896@replies.virtumundo.com>
Subject: Real Insurance Benefits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov16.161048-0500_est.215704-31719+44931@ams.ftl.affinity.com>
Date:Sun, 16 Nov 2003 16:10:48 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html)** or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read

Virtumundo's privacy policy, go to **Privacy Policy**. The products and/or services
advertised in this email are the sole responsibility of the advertiser, and
questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Nov 06 14:54:37 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215511-5962>; Thu, 6 Nov 2003
16:36:17 -0500
Received: from vm137.vmadmin.com ([216.64.222.137]) by ams.ftl.affinity.com
with ESMTP id <215028-5956>; Thu, 6 Nov 2003 16:35:57 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm137.vmadmin.com with SMTP; 06 Nov 2003 15:35:46 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 190655
From: Guaranteed Issue <HealthInsuranceNow190655@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Guaranteed Issue <HealthInsuranceNow190655@replies.virtumundo.com>
Subject: Real Insurance Benefits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov6.163557-0500_est.215028-5956+2486@ams.ftl.affinity.com>
Date:Thu, 6 Nov 2003 16:35:56 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Nov 06 14:54:37 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <215478-5962>; Thu, 6 Nov 2003 16:36:17 -0500
Received: from vm137.vmadmin.com ([216.64.222.137]) by ams.ftl.affinity.com
with ESMTP id <215902-5955>; Thu, 6 Nov 2003 16:35:56 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm137.vmadmin.com with SMTP; 06 Nov 2003 15:35:46 -0600
X-ClientHost:
1060971091051080970641031111141001111101191111141071150460991111109
X-MailingID: 190655
From: Guaranteed Issue <HealthInsuranceNow190655@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Guaranteed Issue <HealthInsuranceNow190655@replies.virtumundo.com>
Subject: Real Insurance Benefits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov6.163556-0500_est.215902-5955+2518@ams.ftl.affinity.com>
Date:Thu, 6 Nov 2003 16:35:55 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Nov 06 14:54:37 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214428-5956>; Thu, 6 Nov 2003 16:36:15 -0500
Received: from vm137.vmadmin.com ([216.64.222.137]) by ams.ftl.affinity.com
with ESMTP id <214466-5964>; Thu, 6 Nov 2003 16:35:55 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm137.vmadmin.com with SMTP; 06 Nov 2003 15:35:46 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 190655
From: Guaranteed Issue <HealthInsuranceNow190655@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Guaranteed Issue <HealthInsuranceNow190655@replies.virtumundo.com>
Subject: Real Insurance Benefits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov6.163555-0500_est.214466-5964+2413@ams.ftl.affinity.com>
Date:Thu, 6 Nov 2003 16:35:54 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Nov 06 14:54:37 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213159-5956>; Thu, 6 Nov 2003 16:36:15 -0500
Received: from vm137.vmadmin.com ([216.64.222.137]) by ams.ftl.affinity.com
with ESMTP id <216116-5959>; Thu, 6 Nov 2003 16:35:56 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm137.vmadmin.com with SMTP; 06 Nov 2003 15:35:46 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 190655
From: Guaranteed Issue <HealthInsuranceNow190655@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Guaranteed Issue <HealthInsuranceNow190655@replies.virtumundo.com>
Subject: Real Insurance Benefits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov6.163556-0500_est.216116-5959+2207@ams.ftl.affinity.com>
Date:Thu, 6 Nov 2003 16:35:56 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Jan 22 12:20:38 2006
Return-Path: <mailcenter335862@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 27331 invoked from network); 20 Jan 2006 11:21:20 -0600
Received: from vm-182-132.vm-mail.com (206.82.182.132)
  by gnwalpha.org with SMTP; 20 Jan 2006 11:21:20 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-132.vm-mail.com with SMTP; 20 Jan 2006 11:21:04 -0600
X-ClientHost: 11610606409711011610411111012109901110110161140971080460991111109
X-MailingID: 335862
From: Guaranteed Matches <GuaranteedMatches@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335862@vm-rewards.com>
Subject: Tired of desperate daters? Let us introduce you.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.6 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_06,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





 **TraditionalMatchMaking.com, 3325 Griffin Road, Suite 260, Fort Lauderdale, FL 33312-5500**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Jan 22 12:20:38 2006
Return-Path: <mailcenter335862@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 26816 invoked from network); 20 Jan 2006 11:21:19 -0600
Received: from vm-182-132.vm-mail.com (206.82.182.132)
   by gnwalpha.org with SMTP; 20 Jan 2006 11:21:18 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-132.vm-mail.com with SMTP; 20 Jan 2006 11:21:04 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 335862
From: Guaranteed Matches <GuaranteedMatches@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335862@vm-rewards.com>
Subject: Tired of desperate daters? Let us introduce you.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.6 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_06,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
      autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



Amra, 30% Of Online Dating Profiles...
Are Married, Fake or Just Looking!

Not On Our Site We Guarantee It!

That's Why TraditionalMatchMaking Works!

We Ask The Right Questions To Understand You,

We Thoroughly Screen Members...

So You Can Feel Safe About Who You Are Meeting.



 **TraditionalMatchMaking.com, 3325 Griffin Road, Suite 260, Fort Lauderdale, FL 33312-5500**

**If you can not see our footer image, please visit here.**

From ???@??? Sat Jan 21 18:02:22 2006
X-Persona: <Jay>
Return-Path: <mailcenter335008@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 13218 invoked from network); 13 Jan 2006 03:59:21 -0600
Received: from vm-177-21.vm-mail.com (206.82.177.21)
  by gnwalpha.org with SMTP; 13 Jan 2006 03:59:20 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-21.vm-mail.com with SMTP; 13 Jan 2006 03:58:54 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 335008
From: Guide to Debt Options <GuidetoDebtOptions@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335008@vm-rewards.com>
Subject: Lift the burden of debt today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_LINK_CLICK_HERE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63


Images not loading? View this offer by visiting this link





This is an advertisement. If you would prefer to not receive future marketing messages from us, click here

QuinStreet, Inc. 1051 E. Hillsdale Avenue Foster City, CA 94404

---

QuinStreet, Inc., 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 14 19:34:33 2006
X-Persona: <Mila>
Return-Path: <mailcenter335008@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 4416 invoked from network); 13 Jan 2006 03:59:05 -0600
Received: from vm-177-21.vm-mail.com (206.82.177.21)
  by clrobin.com with SMTP; 13 Jan 2006 03:59:02 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-21.vm-mail.com with SMTP; 13 Jan 2006 03:58:50 -0600
X-ClientHost: 1091051080970641060971091091161111091090460991111109
X-MailingID: 335008
From: Guide to Debt Options <GuidetoDebtOptions@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335008@vm-rewards.com>
Subject: Lift the burden of debt today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_LINK_CLICK_HERE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**





This is an advertisement. If you would prefer to not receive future marketing messages from us, click here

QuinStreet, Inc. 1051 E. Hillsdale Avenue Foster City, CA 94404

---

QuinStreet, Inc., 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Fri Jan 13 14:30:21 2006
Return-Path: <mailcenter335008@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 9698 invoked from network); 13 Jan 2006 04:02:46 -0600
Received: from vm-182-197.vm-mail.com (206.82.182.197)
  by jaycelia.com with SMTP; 13 Jan 2006 04:02:44 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-197.vm-mail.com with SMTP; 13 Jan 2006 04:02:11 -0600
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 335008
From: Guide to Debt Options <GuidetoDebtOptions@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335008@vm-rewards.com>
Subject: Lift the burden of debt today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.3 required=7.0 tests=BAYES_56,CLICK_BELOW,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_LINK_CLICK_HERE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would prefer to not receive future marketing messages from us, click here

QuinStreet, Inc. 1051 E. Hillsdale Avenue Foster City, CA 94404 ☒

---

☒
☒ **QuinStreet, Inc., 1051 E. Hillsdale Avenue, Foster City, CA 94404**
☒
    **If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 14:30:20 2006
Return-Path: <mailcenter335008@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 7906 invoked from network); 13 Jan 2006 04:02:43 -0600
Received: from vm-182-197.vm-mail.com (206.82.182.197)
  by jaycelia.com with SMTP; 13 Jan 2006 04:02:42 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-197.vm-mail.com with SMTP; 13 Jan 2006 04:02:11 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 335008
From: Guide to Debt Options <GuidetoDebtOptions@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335008@vm-rewards.com>
Subject: Lift the burden of debt today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.3 required=7.0 tests=BAYES_56,CLICK_BELOW,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
      HTML_LINK_CLICK_HERE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would prefer to not receive future marketing messages from us, click here

QuinStreet, Inc. 1051 E. Hillsdale Avenue Foster City, CA 94404

---

QuinStreet, Inc., 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Fri Jan 13 14:30:20 2006
Return-Path: <mailcenter335008@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 4898 invoked from network); 13 Jan 2006 04:02:38 -0600
Received: from vm-182-197.vm-mail.com (206.82.182.197)
  by jaycelia.com with SMTP; 13 Jan 2006 04:02:34 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-197.vm-mail.com with SMTP; 13 Jan 2006 04:02:11 -0600
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 335008
From: Guide to Debt Options <GuidetoDebtOptions@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335008@vm-rewards.com>
Subject: Lift the burden of debt today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.3 required=7.0 tests=BAYES_56,CLICK_BELOW,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_LINK_CLICK_HERE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would prefer to not receive future marketing messages from us, click here

QuinStreet, Inc. 1051 E. Hillsdale Avenue Foster City, CA 94404

---

**QuinStreet, Inc., 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 14:30:02 2006
Return-Path: <mailcenter335008@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 6661 invoked from network); 13 Jan 2006 04:02:42 -0600
Received: from vm-182-197.vm-mail.com (206.82.182.197)
   by jaycelia.com with SMTP; 13 Jan 2006 04:02:39 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-197.vm-mail.com with SMTP; 13 Jan 2006 04:02:11 -0600
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 335008
From: Guide to Debt Options <GuidetoDebtOptions@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335008@vm-rewards.com>
Subject: Lift the burden of debt today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.3 required=7.0 tests=BAYES_56,CLICK_BELOW,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
       HTML_LINK_CLICK_HERE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
       autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would prefer to not receive future marketing messages from us, click here

QuinStreet, Inc. 1051 E. Hillsdale Avenue Foster City, CA 94404

---

**QuinStreet, Inc., 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 14:30:02 2006
Return-Path: <mailcenter335008@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 10851 invoked from network); 13 Jan 2006 04:02:48 -0600
Received: from vm-182-197.vm-mail.com (206.82.182.197)
  by jaycelia.com with SMTP; 13 Jan 2006 04:02:47 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-197.vm-mail.com with SMTP; 13 Jan 2006 04:02:12 -0600
X-ClientHost: 116106064097110116104111101210991011101161140971080460991111109
X-MailingID: 335008
From: Guide to Debt Options <GuidetoDebtOptions@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335008@vm-rewards.com>
Subject: Lift the burden of debt today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.3 required=7.0 tests=BAYES_56,CLICK_BELOW,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_LINK_CLICK_HERE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would prefer to not receive future marketing messages from us, click here

QuinStreet, Inc. 1051 E. Hillsdale Avenue Foster City, CA 94404

---

**QuinStreet, Inc., 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 13:53:47 2006
X-Persona: <Jay>
Return-Path: <mailcenter335008@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 13218 invoked from network); 13 Jan 2006 03:59:21 -0600
Received: from vm-177-21.vm-mail.com (206.82.177.21)
  by gnwalpha.org with SMTP; 13 Jan 2006 03:59:20 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-21.vm-mail.com with SMTP; 13 Jan 2006 03:58:54 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 335008
From: Guide to Debt Options <GuidetoDebtOptions@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335008@vm-rewards.com>
Subject: Lift the burden of debt today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_LINK_CLICK_HERE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**





This is an advertisement. If you would prefer to not receive future marketing messages from us, click here

QuinStreet, Inc. 1051 E. Hillsdale Avenue Foster City, CA 94404

**QuinStreet, Inc., 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 13:49:32 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter335008@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 15556 invoked from network); 13 Jan 2006 03:58:07 -0600
Received: from vm-177-101.vm-mail.com (206.82.177.101)
   by jammtomm.com with SMTP; 13 Jan 2006 03:58:03 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-101.vm-mail.com with SMTP; 13 Jan 2006 03:57:50 -0600
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460991111109
X-MailingID: 335008
From: Guide to Debt Options <GuidetoDebtOptions@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335008@vm-rewards.com>
Subject: Lift the burden of debt today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would prefer to not receive future marketing messages from us, click here

QuinStreet, Inc. 1051 E. Hillsdale Avenue Foster City, CA 94404

---

**QuinStreet, Inc., 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 13:47:07 2006
X-Persona: <Celia>
Return-Path: <mailcenter335008@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 17858 invoked from network); 13 Jan 2006 04:23:07 -0600
Received: from vm-181-200.vm-mail.com (206.82.181.200)
  by rcw19190020.com with SMTP; 13 Jan 2006 04:23:05 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-200.vm-mail.com with SMTP; 13 Jan 2006 04:22:52 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 335008
From: Guide to Debt Options <GuidetoDebtOptions@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335008@vm-rewards.com>
Subject: Lift the burden of debt today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_LINK_CLICK_HERE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would prefer to not receive future marketing messages from us, click here

QuinStreet, Inc. 1051 E. Hillsdale Avenue Foster City, CA 94404 

---

  **QuinStreet, Inc., 1051 E. Hillsdale Avenue, Foster City, CA 94404**

 **If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 12:19:17 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter335008@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 7649 invoked from network); 13 Jan 2006 03:59:10 -0600
Received: from vm-177-17.vm-mail.com (206.82.177.17)
   by jammtomm.com with SMTP; 13 Jan 2006 03:59:08 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-17.vm-mail.com with SMTP; 13 Jan 2006 03:58:54 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 335008
From: Guide to Debt Options <GuidetoDebtOptions@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335008@vm-rewards.com>
Subject: Lift the burden of debt today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
      HTML_LINK_CLICK_HERE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would prefer to not receive future marketing messages from us, click here

QuinStreet, Inc. 1051 E. Hillsdale Avenue Foster City, CA 94404

---

**QuinStreet, Inc., 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Jan 11 13:23:25 2006
Return-Path: <mailcenter334656@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 12260 invoked from network); 11 Jan 2006 14:33:05 -0600
Received: from vm-180-245.vm-mail.com (206.82.180.245)
  by gnwalpha.org with SMTP; 11 Jan 2006 14:33:04 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-245.vm-mail.com with SMTP; 10 Jan 2006 14:11:06 -0600
X-ClientHost:
11509711010012106409711011610411111012109910111011611409710804609911109
X-MailingID: 334656
From: Guide to Debt Options <GuidetoDebtOptions@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334656@vm-rewards.com>
Subject: Lift the burden of debt today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.9 required=7.0 tests=BAYES_60,CLICK_BELOW,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_LINK_CLICK_HERE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
        autolearn=no version=2.63
```





**This is an advertisement. If you would prefer to not receive future marketing messages from us,** click here

**QuinStreet, Inc. 1051 E. Hillsdale Avenue Foster City, CA 94404**



QuinStreet, Inc., 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 15:59:31 2006
X-Persona: <RCW>
Return-Path: <mailcenter335008@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 26375 invoked from network); 13 Jan 2006 04:34:59 -0600
Received: from vm-177-44.vm-mail.com (206.82.177.44)
  by jammtomm.com with SMTP; 13 Jan 2006 04:34:49 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-44.vm-mail.com with SMTP; 13 Jan 2006 04:34:37 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 335008
From: Guide to Debt Options <GuidetoDebtOptions@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335008@vm-rewards.com>
Subject: Lift the burden of debt today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would prefer to not receive future marketing messages from us, click here

QuinStreet, Inc. 1051 E. Hillsdale Avenue Foster City, CA 94404

**QuinStreet, Inc., 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Feb 10 12:15:10 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter337900@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 30112 invoked from network); 10 Feb 2006 11:32:30 -0600
Received: from vm-180-214.vm-mail.com (206.82.180.214)
  by anthonycentral.com with SMTP; 10 Feb 2006 11:32:27 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-214.vm-mail.com with SMTP; 10 Feb 2006 11:32:10 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 337900
From: Guide to Home Security <GuidetoHomeSecurity@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337900@vm-rewards.com>
Subject: Feel safe and secure in your home
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link







 **Quinstreet Inc., 1051 E. Hillsdale Avenue, Foster City, CA 94404**

 **If you can not see our footer image, please visit here.**

From ???@??? Wed Feb 15 09:15:15 2006
X-Persona: <Jay>
Return-Path: <mailcenter337900@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 30148 invoked from network); 10 Feb 2006 11:32:30 -0600
Received: from vm-180-210.vm-mail.com (206.82.180.210)
    by ehahome.com with SMTP; 10 Feb 2006 11:32:27 -0600
Received: from vm-mail.com (192.168.3.20)
    by vm-180-210.vm-mail.com with SMTP; 10 Feb 2006 11:32:10 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 337900
From: Guide to Home Security <GuidetoHomeSecurity@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337900@vm-rewards.com>
Subject: Feel safe and secure in your home
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63


Images not loading? View this offer by visiting this link





Quinstreet Inc., 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Sat Feb 11 10:52:46 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter337576@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 27395 invoked from network); 8 Feb 2006 11:16:25 -0600
Received: from vm-177-6.vm-mail.com (206.82.177.6)
   by jaykaysplace.com with SMTP; 8 Feb 2006 11:16:25 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-6.vm-mail.com with SMTP; 08 Feb 2006 11:16:12 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 337576
From: Guide to Lenders <GuidetoLenders@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337576@vm-rewards.com>
Subject: Take advantage of today's low rates while they last
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link





---

**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please visit here.**

From ???@??? Sat Feb 11 11:05:33 2006
X-Persona: <Celia>
Return-Path: <mailcenter337576@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 9861 invoked from network); 8 Feb 2006 11:51:10 -0600
Received: from vm-182-3.vm-mail.com (206.82.182.3)
   by itdidnotendright.com with SMTP; 8 Feb 2006 11:51:09 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-3.vm-mail.com with SMTP; 08 Feb 2006 11:50:54 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 337576
From: Guide to Lenders <GuidetoLenders@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337576@vm-rewards.com>
Subject: Take advantage of today's low rates while they last
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63


Images not loading? View this offer by visiting this link





 **QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**



**If you can not see our footer image, please visit here.**

```
From ???@??? Tue May 16 15:07:27 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter348640@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 16097 invoked from network); 15 May 2006 08:10:48 -0600
Received: from vm-181-47.vm-mail.com (206.82.181.47)
  by gordonworks.com with SMTP; 15 May 2006 08:10:48 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-47.vm-mail.com with SMTP; 15 May 2006 09:10:46 -0500
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 348640
From: Guide to Pest Control <GuidetoPestControl@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348640@vm-rewards.com>
Subject: Get rid of rats, termites, roaches, ants
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link





**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**QuinStreet, Inc 1051 E. Hillsdale Blvd Foster City, CA 94404**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed May 10 23:58:45 2006
X-Persona: <Celia>
Return-Path: <mailcenter347800@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 2080 invoked from network); 9 May 2006 00:05:18 -0600
Received: from vm-180-154.vm-mail.com (206.82.180.154)
  by clrobin.com with SMTP; 9 May 2006 00:05:17 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-154.vm-mail.com with SMTP; 09 May 2006 01:05:17 -0500
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 347800
From: Guide to Siding <GuidetoSiding@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347800@vm-rewards.com>
Subject: *****SPAM***** Find a contractor to install siding on your home
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_ONLY_12,HTML_LINK_CLICK_HERE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,NO_OBLIGATION,RCVD_IN_SBL,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.3 NO_OBLIGATION BODY: There is no obligation
        *  0.1 HTML_LINK_CLICK_HERE BODY: HTML link text says "click here"
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  1.0 HTML_IMAGE_ONLY_12 BODY: HTML: images with 1000-1200 bytes of
words
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  0.0 CLICK_BELOW Asks you to click below
```

Images not loading? View this offer by visiting this link





Use our national network of pre-screened vinyl siding companies to find the perfect match for your home, design ideas and budget.

**How does it work?**

Simply click here to get started. After you answer a few easy questions, we'll show you the one company near you that most closely matches your criteria. Then, you can request a free estimate right online. It's fast, free, and there is no obligation.

**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**QuinStreet, Inc 1051 E. Hillsdale Blvd Foster City, CA 94404**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu May 11 00:00:34 2006
X-Persona: <Jay>
Return-Path: <mailcenter347800@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 26309 invoked from network); 9 May 2006 00:12:51 -0600
Received: from vm-181-53.vm-mail.com (206.82.181.53)
  by anthonycentral.com with SMTP; 9 May 2006 00:12:51 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-53.vm-mail.com with SMTP; 09 May 2006 01:12:49 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 347800
From: Guide to Siding <GuidetoSiding@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347800@vm-rewards.com>
Subject: Find a contractor to install siding on your home
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=6.0 required=7.0 tests=BAYES_50,CLICK_BELOW,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
        HTML_LINK_CLICK_HERE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        NO_OBLIGATION,RCVD_IN_SBL autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



Use our national network of pre-screened vinyl siding companies to find the perfect match for your home, design ideas and budget.

How does it work?

Simply click here to get started. After you answer a few easy questions, we'll show you the one company near you that most closely matches your criteria. Then, you can request a free estimate right online. It's fast, free, and there is no obligation.



This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

QuinStreet, Inc 1051 E. Hillsdale Blvd Foster City, CA 94404

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Sat Mar 04 14:39:13 2006
X-Persona: <Mila>
Return-Path: <mailcenter339348@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 02 Mar 2006 18:14:58 -0600
From: Guide to Window Replacements    <GuidetoWindowReplacements@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** The windows you want at the right price
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
        HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44078A82.95C3F27F"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9431&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'9431&e=mila@jammtomm.com
  URI:http://ogy.cc/email_windows_flowe/index_01.gif [...]

Content analysis details:   (8.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.4 HTML_FONT_INVISIBLE    BODY: HTML font color is same as background
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 18949 invoked from network); 2 Mar 2006 18:14:56 -0600
Received: from vm-180-244.vm-mail.com (206.82.180.244)
  by itdidnotendright.com with SMTP; 2 Mar 2006 18:14:56 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-244.vm-mail.com with SMTP; 02 Mar 2006 18:14:42 -0600

```
X-ClientHost: 1091051080970641060971091091161111109109046099111109
X-MailingID: 339348
From: Guide to Window Replacements  <GuidetoWindowReplacements@vm-mail.com>
To: Jamila  <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter  <mailcenter+339348@vm-rewards.com>
Subject: The windows you want at the right price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM The
windows you 1.htm"
```

```
From ???@??? Fri Mar 03 14:23:48 2006
X-Persona: <Celia>
Return-Path: <mailcenter339348@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 15844 invoked from network); 2 Mar 2006 20:52:15 -0600
Received: from vm-180-44.vm-mail.com (206.82.180.44)
  by clrobin.com with SMTP; 2 Mar 2006 20:52:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-44.vm-mail.com with SMTP; 02 Mar 2006 20:52:01 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 339348
From: Guide to Window Replacements  <GuidetoWindowReplacements@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339348@vm-rewards.com>
Subject: *****SPAM***** The windows you want at the right price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
      HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 0.4 HTML_FONT_INVISIBLE BODY: HTML font color is same as background
      * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





Guide To Windows



Quinstreet Inc. 1051 E. Hillsdale Blvd Foster City, CA 94404

If you can not see our footer image, please visit here.

From ???@??? Fri Mar 03 14:23:03 2006
X-Persona: <Jay>
Return-Path: <mailcenter339348@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 5408 invoked from network); 2 Mar 2006 18:15:19 -0600
Received: from vm-180-148.vm-mail.com (206.82.180.148)
  by gordonworks.com with SMTP; 2 Mar 2006 18:15:19 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-148.vm-mail.com with SMTP; 02 Mar 2006 18:15:06 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 339348
From: Guide to Window Replacements  <GuidetoWindowReplacements@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339348@vm-rewards.com>
Subject: *****SPAM***** The windows you want at the right price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
        HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.4 HTML_FONT_INVISIBLE BODY: HTML font color is same as background
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset

Images not loading? View this offer by visiting this link





Guide To Windows



Quinstreet Inc. 1051 E. Hillsdale Blvd Foster City, CA 94404

If you can not see our footer image, please visit here.

From ???@??? Fri Mar 03 14:23:03 2006
X-Persona: <Jay>
Return-Path: <mailcenter339348@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 5408 invoked from network); 2 Mar 2006 18:15:19 -0600
Received: from vm-180-148.vm-mail.com (206.82.180.148)
  by gordonworks.com with SMTP; 2 Mar 2006 18:15:19 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-148.vm-mail.com with SMTP; 02 Mar 2006 18:15:06 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 339348
From: Guide to Window Replacements  <GuidetoWindowReplacements@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339348@vm-rewards.com>
Subject: *****SPAM***** The windows you want at the right price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
        HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.4 HTML_FONT_INVISIBLE BODY: HTML font color is same as background
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset

Images not loading? View this offer by visiting this link







Guide To Windows

---

Quinstreet Inc. 1051 E. Hillsdale Blvd Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Thu Mar 02 21:13:17 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter339348@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 5443 invoked from network); 2 Mar 2006 18:15:19 -0600
Received: from vm-180-147.vm-mail.com (206.82.180.147)
  by chiefmusician.net with SMTP; 2 Mar 2006 18:15:19 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-147.vm-mail.com with SMTP; 02 Mar 2006 18:15:06 -0600
X-ClientHost: 10611111006410609712110709712111511211080970991010460991111109
X-MailingID: 339348
From: Guide to Window Replacements  <GuidetoWindowReplacements@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339348@vm-rewards.com>
Subject: *****SPAM***** The windows you want at the right price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
      HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.4 HTML_FONT_INVISIBLE BODY: HTML font color is same as background
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





Guide To Windows



Quinstreet Inc. 1051 E. Hillsdale Blvd Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Thu Mar 02 19:01:59 2006
X-Persona: <RCW>
Return-Path: <mailcenter339348@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 9477 invoked from network); 2 Mar 2006 20:59:36 -0600
Received: from vm-180-172.vm-mail.com (206.82.180.172)
   by celiajay.com with SMTP; 2 Mar 2006 20:59:35 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-172.vm-mail.com with SMTP; 02 Mar 2006 20:59:22 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 339348
From: Guide to Window Replacements  <GuidetoWindowReplacements@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339348@vm-rewards.com>
Subject: The windows you want at the right price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



Guide To Windows

---



 **Quinstreet Inc. 1051 E. Hillsdale Blvd Foster City, CA 94404**



**If you can not see our footer image, please visit here.**

From ???@??? Tue Feb 21 18:34:35 2006
X-Persona: <Mila>
Return-Path: <mailcenter338470@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 20 Feb 2006 03:05:49 -0600
From: Guide to Window Replacements   <GuidetoWindowReplacements@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** The windows you want at the right price
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
        HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43F9866D.282D09C3"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8835&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'8835&e=mila@jammtomm.com
  URI:http://ogy.cc/email_windows_flowe/index_01.gif [...]

Content analysis details:   (8.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.4 HTML_FONT_INVISIBLE    BODY: HTML font color is same as background
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 22144 invoked from network); 20 Feb 2006 03:05:44 -0600
Received: from vm-177-50.vm-mail.com (206.82.177.50)
  by celiajay.com with SMTP; 20 Feb 2006 03:05:44 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-50.vm-mail.com with SMTP; 20 Feb 2006 03:05:32 -0600

```
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 338470
From: Guide to Window Replacements  <GuidetoWindowReplacements@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter  <mailcenter+338470@vm-rewards.com>
Subject: The windows you want at the right price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM The
windows you .htm"
```

```
From ???@??? Mon Feb 20 12:13:08 2006
X-Persona: <Jon>
Return-Path: <mailcenter338470@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 25408 invoked from network); 20 Feb 2006 03:05:51 -0600
Received: from vm-177-86.vm-mail.com (206.82.177.86)
  by rcw19190020.com with SMTP; 20 Feb 2006 03:05:50 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-86.vm-mail.com with SMTP; 20 Feb 2006 03:05:36 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 338470
From: Guide to Window Replacements  <GuidetoWindowReplacements@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338470@vm-rewards.com>
Subject: *****SPAM***** The windows you want at the right price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
        HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        * 1.0 DATE_MISSING Missing Date: header
        * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.0 HTML_MESSAGE BODY: HTML included in message
        * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 0.4 HTML_FONT_INVISIBLE BODY: HTML font color is same as background
        * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





Guide To Windows



**Quinstreet Inc. 1051 E. Hillsdale Blvd Foster City, CA 94404**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 20 11:26:45 2006
X-Persona: <Jay>
Return-Path: <mailcenter338470@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 24801 invoked from network); 20 Feb 2006 03:05:50 -0600
Received: from vm-177-91.vm-mail.com (206.82.177.91)
  by gnwalpha.org with SMTP; 20 Feb 2006 03:05:49 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-91.vm-mail.com with SMTP; 20 Feb 2006 03:05:36 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 338470
From: Guide to Window Replacements  <GuidetoWindowReplacements@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338470@vm-rewards.com>
Subject: *****SPAM***** The windows you want at the right price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
      HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.4 HTML_FONT_INVISIBLE BODY: HTML font color is same as background
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





Guide To Windows



**Quinstreet Inc. 1051 E. Hillsdale Blvd Foster City, CA 94404**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 20 11:22:27 2006
X-Persona: <Celia>
Return-Path: <mailcenter338470@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 23427 invoked from network); 20 Feb 2006 03:30:56 -0600
Received: from vm-180-91.vm-mail.com (206.82.180.91)
  by omniinnovations.com with SMTP; 20 Feb 2006 03:30:56 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-91.vm-mail.com with SMTP; 20 Feb 2006 03:30:43 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 338470
From: Guide to Window Replacements  <GuidetoWindowReplacements@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338470@vm-rewards.com>
Subject: *****SPAM***** The windows you want at the right price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
      HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.4 HTML_FONT_INVISIBLE BODY: HTML font color is same as background
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





Guide To Windows



**Quinstreet Inc. 1051 E. Hillsdale Blvd Foster City, CA 94404**

**If you can not see our footer image, please visit here.**

From ???@??? Mon Feb 20 11:22:19 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter338470@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 5986 invoked from network); 20 Feb 2006 03:05:09 -0600
Received: from vm-177-77.vm-mail.com (206.82.177.77)
  by celiajay.com with SMTP; 20 Feb 2006 03:05:05 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-77.vm-mail.com with SMTP; 20 Feb 2006 03:04:52 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 338470
From: Guide to Window Replacements  <GuidetoWindowReplacements@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338470@vm-rewards.com>
Subject: The windows you want at the right price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link





Guide To Windows

 Quinstreet Inc. 1051 E. Hillsdale Blvd Foster City, CA 94404

 If you can not see our footer image, please visit here.

From ???@??? Mon Feb 20 08:22:02 2006
X-Persona: <RCW>
Return-Path: <mailcenter338470@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 32325 invoked from network); 20 Feb 2006 03:44:07 -0600
Received: from vm-177-121.vm-mail.com (206.82.177.121)
   by ehahome.com with SMTP; 20 Feb 2006 03:44:05 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-121.vm-mail.com with SMTP; 20 Feb 2006 03:43:50 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609111109
X-MailingID: 338470
From: Guide to Window Replacements   <GuidetoWindowReplacements@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338470@vm-rewards.com>
Subject: The windows you want at the right price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



Guide To Windows

---

Quinstreet Inc. 1051 E. Hillsdale Blvd Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Wed Feb 15 09:20:08 2006
X-Persona: <Jay>
Return-Path: <mailcenter337986@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 32673 invoked from network); 12 Feb 2006 04:08:25 -0600
Received: from vm-181-129.vm-mail.com (206.82.181.129)
  by xj4x4.net with SMTP; 12 Feb 2006 04:08:24 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-129.vm-mail.com with SMTP; 12 Feb 2006 04:08:13 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 337986
From: Guide to Window Replacements  <GuidetoWindowReplacements@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337986@vm-rewards.com>
Subject: *****SPAM***** The windows you want at the right price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
        HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.4 HTML_FONT_INVISIBLE BODY: HTML font color is same as background
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link







Guide To Windows

---



**Quinstreet Inc. 1051 E. Hillsdale Blvd Foster City, CA 94404**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Feb 15 09:03:25 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter337986@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 31282 invoked from network); 12 Feb 2006 04:07:18 -0600
Received: from vm-181-115.vm-mail.com (206.82.181.115)
   by itdidnotendright.com with SMTP; 12 Feb 2006 04:07:18 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-115.vm-mail.com with SMTP; 12 Feb 2006 04:07:06 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 337986
From: Guide to Window Replacements  <GuidetoWindowReplacements@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337986@vm-rewards.com>
Subject: The windows you want at the right price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link





Guide To Windows

---

**Quinstreet Inc. 1051 E. Hillsdale Blvd Foster City, CA 94404**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Feb 15 09:02:29 2006
X-Persona: <Celia>
Return-Path: <mailcenter337986@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 18342 invoked from network); 12 Feb 2006 04:31:59 -0600
Received: from vm-180-5.vm-mail.com (206.82.180.5)
  by rcw19190020.com with SMTP; 12 Feb 2006 04:31:58 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-5.vm-mail.com with SMTP; 12 Feb 2006 04:31:46 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 337986
From: Guide to Window Replacements  <GuidetoWindowReplacements@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337986@vm-rewards.com>
Subject: *****SPAM***** The windows you want at the right price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
        HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.4 HTML_FONT_INVISIBLE BODY: HTML font color is same as background
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





Guide To Windows

---



**Quinstreet Inc. 1051 E. Hillsdale Blvd Foster City, CA 94404**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Feb 12 17:16:03 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter337986@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 352 invoked from network); 12 Feb 2006 04:08:25 -0600
Received: from vm-181-154.vm-mail.com (206.82.181.154)
   by ehahome.com with SMTP; 12 Feb 2006 04:08:25 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-154.vm-mail.com with SMTP; 12 Feb 2006 04:08:14 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 337986
From: Guide to Window Replacements  <GuidetoWindowReplacements@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337986@vm-rewards.com>
Subject: *****SPAM***** The windows you want at the right price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
      HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.4 HTML_FONT_INVISIBLE BODY: HTML font color is same as background
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





Guide To Windows



**Quinstreet Inc. 1051 E. Hillsdale Blvd Foster City, CA 94404**

**If you can not see our footer image, please visit here.**

From ???@??? Sun Feb 12 11:37:26 2006
X-Persona: <Mila>
Return-Path: <mailcenter337986@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sun, 12 Feb 2006 04:08:30 -0600
From: Guide to Window Replacements    <GuidetoWindowReplacements@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** The windows you want at the right price
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
      HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43EF091E.5C64F1EA"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8589&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'8589&e=mila@jammtomm.com
  URI:http://ogy.cc/email_windows_flowe/index_01.gif [...]

Content analysis details:   (8.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.4 HTML_FONT_INVISIBLE    BODY: HTML font color is same as background
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 32708 invoked from network); 12 Feb 2006 04:08:25 -0600
Received: from vm-181-102.vm-mail.com (206.82.181.102)
  by rcw19190020.com with SMTP; 12 Feb 2006 04:08:19 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-102.vm-mail.com with SMTP; 12 Feb 2006 04:08:07 -0600

```
X-ClientHost: 10910510809706410609710910911611111091090460099111109
X-MailingID: 337986
From: Guide to Window Replacements  <GuidetoWindowReplacements@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter  <mailcenter+337986@vm-rewards.com>
Subject: The windows you want at the right price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM The
windows you 1.htm"
```

```
From ???@??? Sun Feb 12 10:34:13 2006
X-Persona: <RCW>
Return-Path: <mailcenter337986@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 22626 invoked from network); 12 Feb 2006 04:56:21 -0600
Received: from vm-181-51.vm-mail.com (206.82.181.51)
  by omniinnovations.com with SMTP; 12 Feb 2006 04:56:21 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-51.vm-mail.com with SMTP; 12 Feb 2006 04:56:08 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 337986
From: Guide to Window Replacements  <GuidetoWindowReplacements@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337986@vm-rewards.com>
Subject: The windows you want at the right price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



Guide To Windows

---



**Quinstreet Inc. 1051 E. Hillsdale Blvd Foster City, CA 94404**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 18:16:45 2006
Return-Path: <mailcenter337028@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 897 invoked from network); 3 Feb 2006 04:20:50 -0600
Received: from vm-180-253.vm-mail.com (206.82.180.253)
  by gnwalpha.org with SMTP; 3 Feb 2006 04:20:49 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-253.vm-mail.com with SMTP; 03 Feb 2006 04:20:31 -0600
X-ClientHost: 11610606409711011610411111012109910110116114097108046099111109
X-MailingID: 337028
From: Guide to Window Replacements  <GuidetoWindowReplacements@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337028@vm-rewards.com>
Subject: The windows you want at the right price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=7.0 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
      HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





Guide To Windows

Quinstreet Inc. 1051 E. Hillsdale Blvd Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 18:16:44 2006
Return-Path: <mailcenter337028@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 29569 invoked from network); 3 Feb 2006 04:20:44 -0600
Received: from vm-180-253.vm-mail.com (206.82.180.253)
   by gnwalpha.org with SMTP; 3 Feb 2006 04:20:44 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-253.vm-mail.com with SMTP; 03 Feb 2006 04:20:31 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 337028
From: Guide to Window Replacements  <GuidetoWindowReplacements@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337028@vm-rewards.com>
Subject: The windows you want at the right price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=7.0 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
      HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





Guide To Windows

---



  **Quinstreet Inc. 1051 E. Hillsdale Blvd Foster City, CA 94404**



**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 18:16:44 2006
Return-Path: <mailcenter337028@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 30346 invoked from network); 3 Feb 2006 04:20:46 -0600
Received: from vm-180-253.vm-mail.com (206.82.180.253)
   by gnwalpha.org with SMTP; 3 Feb 2006 04:20:45 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-253.vm-mail.com with SMTP; 03 Feb 2006 04:20:31 -0600
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 337028
From: Guide to Window Replacements  <GuidetoWindowReplacements@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337028@vm-rewards.com>
Subject: The windows you want at the right price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=7.0 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
       HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
       autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





Guide To Windows

---

Quinstreet Inc. 1051 E. Hillsdale Blvd Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 18:16:44 2006
Return-Path: <mailcenter337028@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 30779 invoked from network); 3 Feb 2006 04:20:47 -0600
Received: from vm-180-253.vm-mail.com (206.82.180.253)
   by gnwalpha.org with SMTP; 3 Feb 2006 04:20:47 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-253.vm-mail.com with SMTP; 03 Feb 2006 04:20:31 -0600
X-ClientHost:
1001011190971211101010640971101161041111012109910110116114097108046099111109
X-MailingID: 337028
From: Guide to Window Replacements  <GuidetoWindowReplacements@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337028@vm-rewards.com>
Subject: The windows you want at the right price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=7.0 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
      HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





Guide To Windows

---



**Quinstreet Inc. 1051 E. Hillsdale Blvd Foster City, CA 94404**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 18:16:44 2006
Return-Path: <mailcenter337028@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 31907 invoked from network); 3 Feb 2006 04:20:48 -0600
Received: from vm-180-253.vm-mail.com (206.82.180.253)
  by gnwalpha.org with SMTP; 3 Feb 2006 04:20:48 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-253.vm-mail.com with SMTP; 03 Feb 2006 04:20:31 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 337028
From: Guide to Window Replacements  <GuidetoWindowReplacements@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337028@vm-rewards.com>
Subject: The windows you want at the right price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=7.0 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
        HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





Guide To Windows

---



**Quinstreet Inc. 1051 E. Hillsdale Blvd Foster City, CA 94404**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 06 10:57:00 2006
X-Persona: <Jay>
Return-Path: <mailcenter337028@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 27745 invoked from network); 3 Feb 2006 04:13:51 -0600
Received: from vm-181-236.vm-mail.com (206.82.181.236)
   by jammtomm.com with SMTP; 3 Feb 2006 04:13:51 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-236.vm-mail.com with SMTP; 03 Feb 2006 04:13:37 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 337028
From: Guide to Window Replacements  <GuidetoWindowReplacements@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337028@vm-rewards.com>
Subject: *****SPAM***** The windows you want at the right price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
        HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.4 HTML_FONT_INVISIBLE BODY: HTML font color is same as background
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





Guide To Windows



Quinstreet Inc. 1051 E. Hillsdale Blvd Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Mon Feb 06 10:54:51 2006
X-Persona: <Jay>
Return-Path: <mailcenter337028@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 27745 invoked from network); 3 Feb 2006 04:13:51 -0600
Received: from vm-181-236.vm-mail.com (206.82.181.236)
  by jammtomm.com with SMTP; 3 Feb 2006 04:13:51 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-236.vm-mail.com with SMTP; 03 Feb 2006 04:13:37 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 337028
From: Guide to Window Replacements  <GuidetoWindowReplacements@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337028@vm-rewards.com>
Subject: *****SPAM***** The windows you want at the right price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
        HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.4 HTML_FONT_INVISIBLE BODY: HTML font color is same as background
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





Guide To Windows



**Quinstreet Inc. 1051 E. Hillsdale Blvd Foster City, CA 94404**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 06 09:34:42 2006
X-Persona: <Jay>
Return-Path: <mailcenter337028@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 27745 invoked from network); 3 Feb 2006 04:13:51 -0600
Received: from vm-181-236.vm-mail.com (206.82.181.236)
  by jammtomm.com with SMTP; 3 Feb 2006 04:13:51 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-236.vm-mail.com with SMTP; 03 Feb 2006 04:13:37 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 337028
From: Guide to Window Replacements  <GuidetoWindowReplacements@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337028@vm-rewards.com>
Subject: *****SPAM***** The windows you want at the right price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
      HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.4 HTML_FONT_INVISIBLE BODY: HTML font color is same as background
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





Guide To Windows



**Quinstreet Inc. 1051 E. Hillsdale Blvd Foster City, CA 94404**

**If you can not see our footer image, please visit here.**

From ???@??? Mon Feb 06 09:28:08 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter337028@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 31585 invoked from network); 3 Feb 2006 04:12:43 -0600
Received: from vm-181-183.vm-mail.com (206.82.181.183)
  by celiajay.com with SMTP; 3 Feb 2006 04:12:39 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-183.vm-mail.com with SMTP; 03 Feb 2006 04:12:28 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 337028
From: Guide to Window Replacements  <GuidetoWindowReplacements@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337028@vm-rewards.com>
Subject: The windows you want at the right price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link





Guide To Windows

---



**Quinstreet Inc. 1051 E. Hillsdale Blvd Foster City, CA 94404**



**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 06 09:27:55 2006
X-Persona: <Celia>
Return-Path: <mailcenter337028@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 9987 invoked from network); 3 Feb 2006 04:59:30 -0600
Received: from vm-182-178.vm-mail.com (206.82.182.178)
   by gnwalpha.org with SMTP; 3 Feb 2006 04:59:30 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-178.vm-mail.com with SMTP; 03 Feb 2006 04:37:15 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 337028
From: Guide to Window Replacements  <GuidetoWindowReplacements@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337028@vm-rewards.com>
Subject: *****SPAM***** The windows you want at the right price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
      HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.4 HTML_FONT_INVISIBLE BODY: HTML font color is same as background
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





Guide To Windows



**Quinstreet Inc. 1051 E. Hillsdale Blvd Foster City, CA 94404**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 06 07:23:23 2006
X-Persona: <Mila>
Return-Path: <mailcenter337028@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sat, 04 Feb 2006 04:34:34 -0600
From: Guide to Window Replacements    <GuidetoWindowReplacements@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** The windows you want at the right price
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
      HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43E4833A.5A0D24F2"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7987&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7987&e=mila@jammtomm.com
  URI:http://ogy.cc/email_windows_flowe/index_01.gif [...]

Content analysis details:   (8.3 points, 7.0 required)

 pts rule name                description
 ---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING              Missing Date: header
 2.8 X_MAIL_ID_PRESENT         Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE              BODY: HTML included in message
 0.1 MIME_HTML_ONLY            BODY: Message only has text/html MIME parts
 0.4 HTML_FONT_INVISIBLE       BODY: HTML font color is same as background
 2.2 HTML_IMAGE_ONLY_02        BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80         BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET      RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 30466 invoked from network); 4 Feb 2006 04:34:33 -0600
Received: from vm-181-62.vm-mail.com (206.82.181.62)
  by anthonycentral.com with SMTP; 4 Feb 2006 04:34:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-62.vm-mail.com with SMTP; 03 Feb 2006 04:12:42 -0600
```

```
X-ClientHost: 1091051080970641060971091091161111091090046099111109
X-MailingID: 337028
From: Guide to Window Replacements  <GuidetoWindowReplacements@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337028@vm-rewards.com>
Subject: The windows you want at the right price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM The
windows you .htm"
```

```
From ???@??? Fri Feb 03 10:26:42 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter337028@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 27778 invoked from network); 3 Feb 2006 04:13:51 -0600
Received: from vm-181-238.vm-mail.com (206.82.181.238)
   by omniinnovations.com with SMTP; 3 Feb 2006 04:13:51 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-238.vm-mail.com with SMTP; 03 Feb 2006 04:13:37 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 337028
From: Guide to Window Replacements  <GuidetoWindowReplacements@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337028@vm-rewards.com>
Subject: *****SPAM***** The windows you want at the right price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,
       HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  0.4 HTML_FONT_INVISIBLE BODY: HTML font color is same as background
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





Guide To Windows



**Quinstreet Inc. 1051 E. Hillsdale Blvd Foster City, CA 94404**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Feb 03 09:22:59 2006
X-Persona: <RCW>
Return-Path: <mailcenter337028@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 17794 invoked from network); 3 Feb 2006 04:55:08 -0600
Received: from vm-181-79.vm-mail.com (206.82.181.79)
  by gordonworks.com with SMTP; 3 Feb 2006 04:55:07 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-79.vm-mail.com with SMTP; 03 Feb 2006 04:54:53 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 337028
From: Guide to Window Replacements  <GuidetoWindowReplacements@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337028@vm-rewards.com>
Subject: The windows you want at the right price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



Guide To Windows

---

Quinstreet Inc. 1051 E. Hillsdale Blvd Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Sun Mar 05 12:02:38 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter339348@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 26532 invoked from network); 2 Mar 2006 18:12:01 -0600
Received: from vm-180-106.vm-mail.com (206.82.180.106)
  by chiefmusician.net with SMTP; 2 Mar 2006 18:12:01 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-106.vm-mail.com with SMTP; 02 Mar 2006 18:11:48 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 339348
From: Guide to Window Replacements  <GuidetoWindowReplacements@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339348@vm-rewards.com>
Subject: The windows you want at the right price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link





Guide To Windows



  **Quinstreet Inc. 1051 E. Hillsdale Blvd Foster City, CA 94404**

  **If you can not see our footer image, please visit here.**

```
From ???@??? Mon May 08 12:50:47 2006
X-Persona: <Jay>
Return-Path: <mailcenter347482@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 7296 invoked from network); 6 May 2006 12:09:53 -0600
Received: from vm-186-243.vm-mail.com (206.82.186.243)
  by clrobin.com with SMTP; 6 May 2006 12:09:51 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-243.vm-mail.com with SMTP; 06 May 2006 13:09:50 -0500
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 347482
From: Hair Loss Solution <HairLossSolution@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347482@vm-rewards.com>
Subject: Regrow your hair, regain your confidence
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=DATE_MISSING,HAIR_LOSS,
        HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Losing your hair?

# Sign up for your FREE DVD Package and find out more about hair transplantation.

See first hand how **Medical Hair Restoration** can help you find your fountain of youth.

Your Free Educational DVD Guide on Hair Transplantation will include:

- What Causes Hair Loss
- What is Hair Transplantation
- Patient Profiles
- Five Commonly Asked Questions About Hair

Transplantation

# [Signup NOW!](#)



This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions
or comments about this advertisement to:

Medical Hair Restoration 2600 Lake Lucien Drive, Suite 180 Maitland, FL 32751

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Mon May 08 12:46:16 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter347482@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 26723 invoked from network); 6 May 2006 12:07:11 -0600
Received: from vm-186-204.vm-mail.com (206.82.186.204)
  by rcw19190020.com with SMTP; 6 May 2006 12:07:09 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-204.vm-mail.com with SMTP; 06 May 2006 13:07:08 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 347482
From: Hair Loss Solution <HairLossSolution@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347482@vm-rewards.com>
Subject: Regrow your hair, regain your confidence
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



Losing your hair?

# Sign up for your FREE DVD Package and find out more about hair transplantation.

See first hand how **Medical Hair Restoration** can help you find your fountain of youth.

Your Free Educational DVD Guide on Hair Transplantation will include:
- What Causes Hair Loss
- What is Hair Transplantation
- Patient Profiles
- Five Commonly Asked Questions About Hair Transplantation





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Medical Hair Restoration 2600 Lake Lucien Drive, Suite 180 Maitland, FL 32751

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Mon May 08 12:45:56 2006
X-Persona: <Celia>
Return-Path: <mailcenter347482@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 19937 invoked from network); 6 May 2006 12:14:22 -0600
Received: from vm-187-88.vm-mail.com (206.82.187.88)
  by anthonycentral.com with SMTP; 6 May 2006 12:14:15 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-88.vm-mail.com with SMTP; 06 May 2006 13:14:10 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 347482
From: Hair Loss Solution <HairLossSolution@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347482@vm-rewards.com>
Subject: Regrow your hair, regain your confidence
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=DATE_MISSING,HAIR_LOSS,
      HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_ONLY_12,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



Losing your hair?

## Sign up for your FREE DVD Package and find out more about hair transplantation.

See first hand how **Medical Hair Restoration** can help you find your fountain of youth.

Your Free Educational DVD Guide on Hair Transplantation will include:

- What Causes Hair Loss
- What is Hair Transplantation
- Patient Profiles
- Five Commonly Asked



Questions About Hair
Transplantation

# Signup NOW!



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**Medical Hair Restoration 2600 Lake Lucien Drive, Suite 180 Maitland, FL 32751**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon May 08 12:45:35 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347482@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 8481 invoked from network); 6 May 2006 11:40:32 -0600
Received: from vm-187-40.vm-mail.com (206.82.187.40)
  by rcw19190020.com with SMTP; 6 May 2006 11:40:31 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-40.vm-mail.com with SMTP; 06 May 2006 12:40:16 -0500
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 347482
From: Hair Loss Solution <HairLossSolution@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347482@vm-rewards.com>
Subject: Regrow your hair, regain your confidence
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=BAYES_44,DATE_MISSING,
        HAIR_LOSS,HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

Images not loading? View this offer by visiting this link



Losing your hair?

# Sign up for your FREE DVD Package and find out more about hair transplantation.

See first hand how **Medical Hair Restoration** can help you find your fountain of youth.

Your Free Educational DVD Guide on Hair Transplantation will include:

- ☐ What Causes Hair Loss
- ☐ What is Hair Transplantation
- ☐ Patient Profiles



☐ Five Commonly Asked
Questions About Hair
Transplantation

# Signup

# NOW!



This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Medical Hair Restoration 2600 Lake Lucien Drive, Suite 180 Maitland, FL 32751

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Mon May 08 12:45:35 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347482@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 9955 invoked from network); 6 May 2006 11:40:34 -0600
Received: from vm-187-40.vm-mail.com (206.82.187.40)
  by rcw19190020.com with SMTP; 6 May 2006 11:40:34 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-40.vm-mail.com with SMTP; 06 May 2006 12:40:16 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 347482
From: Hair Loss Solution <HairLossSolution@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347482@vm-rewards.com>
Subject: Regrow your hair, regain your confidence
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=BAYES_44,DATE_MISSING,
      HAIR_LOSS,HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



Losing your hair?

# Sign up for your FREE DVD Package and find out more about hair transplantation.

See first hand how **Medical Hair Restoration** can help you find your fountain of youth.

Your Free Educational DVD Guide on Hair Transplantation will include:

☐   What Causes Hair Loss
☐   What is Hair Transplantation
☐   Patient Profiles



☐   Five Commonly Asked
    Questions About Hair
    Transplantation

# Signup
# NOW!



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**Medical Hair Restoration 2600 Lake Lucien Drive, Suite 180 Maitland, FL 32751**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon May 08 12:45:35 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347482@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 14598 invoked from network); 6 May 2006 11:40:42 -0600
Received: from vm-187-40.vm-mail.com (206.82.187.40)
  by rcw19190020.com with SMTP; 6 May 2006 11:40:39 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-40.vm-mail.com with SMTP; 06 May 2006 12:40:16 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 347482
From: Hair Loss Solution <HairLossSolution@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347482@vm-rewards.com>
Subject: Regrow your hair, regain your confidence
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=BAYES_44,DATE_MISSING,
      HAIR_LOSS,HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



Losing your hair?

# Sign up for your FREE DVD Package and find out more about hair transplantation.

See first hand how **Medical Hair Restoration** can help you find your fountain of youth.

Your Free Educational DVD Guide on Hair Transplantation will include:

- ☐  What Causes Hair Loss
- ☐  What is Hair Transplantation
- ☐  Patient Profiles



☐  Five Commonly Asked
   Questions About Hair
   Transplantation

# Signup
# NOW!



This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions
or comments about this advertisement to:

Medical Hair Restoration 2600 Lake Lucien Drive, Suite 180 Maitland, FL 32751

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products
and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Mon May 08 12:45:35 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347482@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 14829 invoked from network); 6 May 2006 11:40:43 -0600
Received: from vm-187-40.vm-mail.com (206.82.187.40)
  by rcw19190020.com with SMTP; 6 May 2006 11:40:43 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-40.vm-mail.com with SMTP; 06 May 2006 12:40:16 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 347482
From: Hair Loss Solution <HairLossSolution@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347482@vm-rewards.com>
Subject: Regrow your hair, regain your confidence
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=BAYES_44,DATE_MISSING,
       HAIR_LOSS,HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
       version=2.63
```

Images not loading? View this offer by visiting this link



Losing your hair?

# Sign up for your FREE DVD Package and find out more about hair transplantation.

See first hand how **Medical Hair Restoration** can help you find your fountain of youth.

Your Free Educational DVD Guide on Hair Transplantation will include:
- ☐  What Causes Hair Loss
- ☐  What is Hair Transplantation
- ☐  Patient Profiles



Five Commonly Asked
Questions About Hair
Transplantation

# Signup
# NOW!



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**Medical Hair Restoration 2600 Lake Lucien Drive, Suite 180 Maitland, FL 32751**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon May 08 12:45:35 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347482@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 15714 invoked from network); 6 May 2006 11:40:45 -0600
Received: from vm-187-40.vm-mail.com (206.82.187.40)
  by rcw19190020.com with SMTP; 6 May 2006 11:40:43 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-40.vm-mail.com with SMTP; 06 May 2006 12:40:16 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 347482
From: Hair Loss Solution <HairLossSolution@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347482@vm-rewards.com>
Subject: Regrow your hair, regain your confidence
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=BAYES_44,DATE_MISSING,
    HAIR_LOSS,HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
    HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
    version=2.63
```

**Images not loading? View this offer by visiting this link**



Losing your hair?

## Sign up for your FREE DVD Package and find out more about hair transplantation.

See first hand how **Medical Hair Restoration** can help you find your fountain of youth.

Your Free Educational DVD Guide on Hair Transplantation will include:

- What Causes Hair Loss
- What is Hair Transplantation
- Patient Profiles
- Five Commonly Asked



Questions About Hair
Transplantation

# [Signup NOW!](#)



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**Medical Hair Restoration 2600 Lake Lucien Drive, Suite 180 Maitland, FL 32751**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat May 06 20:01:29 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter347482@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 6754 invoked from network); 6 May 2006 12:09:52 -0600
Received: from vm-186-198.vm-mail.com (206.82.186.198)
   by xj4x4.net with SMTP; 6 May 2006 12:09:51 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-198.vm-mail.com with SMTP; 06 May 2006 13:09:51 -0500
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 347482
From: Hair Loss Solution <HairLossSolution@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347482@vm-rewards.com>
Subject: Regrow your hair, regain your confidence
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=DATE_MISSING,HAIR_LOSS,
      HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_ONLY_12,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



Losing your hair?

## Sign up for your FREE DVD Package and find out more about hair transplantation.

See first hand how **Medical Hair Restoration** can help you find your fountain of youth.

Your Free Educational DVD Guide on Hair Transplantation will include:

- What Causes Hair Loss
- What is Hair Transplantation
- Patient Profiles
- Five Commonly Asked



Questions About Hair Transplantation

# Signup NOW!



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**Medical Hair Restoration 2600 Lake Lucien Drive, Suite 180 Maitland, FL 32751**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Apr 13 14:54:52 2006
Return-Path: <mailcenter343448@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 32067 invoked from network); 13 Apr 2006 15:54:08 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by celiajay.com with SMTP; 13 Apr 2006 15:54:07 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 13 Apr 2006 16:53:47 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 343448
From: Hair Loss Solution <HairLossSolution@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343448@vm-rewards.com>
Subject: *****SPAM***** Regrow your hair, regain your confidence
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=7.0 tests=BAYES_44,DATE_MISSING,
        HAIR_LOSS,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_06,
        HTML_IMAGE_RATIO_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 3.0 HAIR_LOSS BODY: Cures Baldness
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 1.4 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
        * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
        *      [score: 0.4995]
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.3 HTML_IMAGE_RATIO_10 BODY: HTML has a low ratio of text to image
area
        * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]

Images not loading? View this offer by visiting this link



Losing your hair?

**Sign up for your FREE
DVD Package and find**