Gordon v. Virtumundo Inc et al

Doc. 65 Att.

**out more about hair transplantation.**

See first hand how **Medical Hair Restoration** can help you find your

Dockets.Justia.com

fountain of youth.

Your Free Educational DVD Guide
on Hair Transplantation will
include:

☐    What Causes Hair Loss

- What is Hair Transplantation
- Patient Profiles
- Five Commonly Asked Questions About Hair Transplantation

# Signup



---

 **Medical Hair Restoration 2600 Lake Lucien Drive, Suite 180 Maitland, FL 32751**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri May 12 22:27:31 2006
X-Persona: <Mila>
Return-Path: <mailcenter347482@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 31875 invoked from network); 6 May 2006 12:09:39 -0600
Received: from vm-186-27.vm-mail.com (206.82.186.27)
  by omniinnovations.com with SMTP; 6 May 2006 12:09:36 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-27.vm-mail.com with SMTP; 06 May 2006 13:09:35 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 347482
From: Hair Loss Solution <HairLossSolution@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347482@vm-rewards.com>
Subject: Regrow your hair, regain your confidence
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=BAYES_56,DATE_MISSING,
      HAIR_LOSS,HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



Losing your hair?

# Sign up for your FREE DVD Package and find out more about hair transplantation.

See first hand how **Medical Hair Restoration** can help you find your fountain of youth.

Your Free Educational DVD Guide on Hair Transplantation will include:

- What Causes Hair Loss
- What is Hair Transplantation
- Patient Profiles
- Five Commonly Asked

Questions About Hair Transplantation



# Signup NOW!



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**Medical Hair Restoration 2600 Lake Lucien Drive, Suite 180 Maitland, FL 32751**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Mar 27 20:28:08 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340718@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 18624 invoked from network); 25 Mar 2006 03:30:30 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaykaysplace.com with SMTP; 25 Mar 2006 03:30:29 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 25 Mar 2006 03:30:17 -0600
X-ClientHost:
0971101160640971101161041111101210991011101161140971080460991111109
X-MailingID: 340718
From: Hair Restoration  <HairRestoration@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340718@vm-rewards.com>
Subject: World's most experienced hair restoration experts
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.8 required=7.0 tests=BLANK_LINES_70_80,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



The confidentiality of all Bosley patients is strictly protected. The patients featured on this Web site are volunteers who have given Bosley their permission to appear. Testimonial statements and photographs of Bosley patients do not constitute a warranty or prediction of the outcome of your individual hair restoration. Not all patients can achieve the results depicted herein. Ask your Bosley doctor about your individual case. Professional services provided by the licensed medical doctors of Bosley Medical Group.

 In some states in the USA (e.g., in Illinois, New York and Texas) testimonial advertising is not allowed in medicine, regardless of the truth or accuracy of the testimony. In those states this testimonial section is void. If you live in a jurisdiction which does not allow testimonial advertising in medicine, please skip this section.

---

**Bosley Medical Group 9100 Wilshire Blvd. Beverly Hills, CA 90212**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Mar 27 20:28:08 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340718@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 19268 invoked from network); 25 Mar 2006 03:30:30 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by jaykaysplace.com with SMTP; 25 Mar 2006 03:30:30 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 25 Mar 2006 03:30:17 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 340718
From: Hair Restoration  <HairRestoration@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340718@vm-rewards.com>
Subject: World's most experienced hair restoration experts
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.8 required=7.0 tests=BLANK_LINES_70_80,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



The confidentiality of all Bosley patients is strictly protected. The patients featured on this Web site are volunteers who have given Bosley their permission to appear. Testimonial statements and photographs of Bosley patients do not constitute a warranty or prediction of the outcome of your individual hair restoration. Not all patients can achieve the results depicted herein. Ask your Bosley doctor about your individual case. Professional services provided by the licensed medical doctors of Bosley Medical Group.

 In some states in the USA (e.g., in Illinois, New York and Texas) testimonial advertising is not allowed in medicine, regardless of the truth or accuracy of the testimony. In those states this testimonial section is void. If you live in a jurisdiction which does not allow testimonial advertising in medicine, please skip this section.

---

**Bosley Medical Group 9100 Wilshire Blvd. Beverly Hills, CA 90212**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Mar 27 20:28:08 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340718@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 20196 invoked from network); 25 Mar 2006 03:30:31 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaykaysplace.com with SMTP; 25 Mar 2006 03:30:31 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 25 Mar 2006 03:30:17 -0600
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710804609911109
X-MailingID: 340718
From: Hair Restoration  <HairRestoration@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340718@vm-rewards.com>
Subject: World's most experienced hair restoration experts
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.8 required=7.0 tests=BLANK_LINES_70_80,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



The confidentiality of all Bosley patients is strictly protected. The patients featured on this Web site are volunteers who have given Bosley their permission to appear. Testimonial statements and photographs of Bosley patients do not constitute a warranty or prediction of the outcome of your individual hair restoration. Not all patients can achieve the results depicted herein. Ask your Bosley doctor about your individual case. Professional services provided by the licensed medical doctors of Bosley Medical Group.

 In some states in the USA (e.g., in Illinois, New York and Texas) testimonial advertising is not allowed in medicine, regardless of the truth or accuracy of the testimony. In those states this testimonial section is void. If you live in a jurisdiction which does not allow testimonial advertising in medicine, please skip this section.

---



**Bosley Medical Group 9100 Wilshire Blvd. Beverly Hills, CA 90212**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Mar 27 20:28:08 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340718@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 21280 invoked from network); 25 Mar 2006 03:30:33 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaykaysplace.com with SMTP; 25 Mar 2006 03:30:32 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 25 Mar 2006 03:30:17 -0600
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 340718
From: Hair Restoration  <HairRestoration@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340718@vm-rewards.com>
Subject: World's most experienced hair restoration experts
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.8 required=7.0 tests=BLANK_LINES_70_80,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



The confidentiality of all Bosley patients is strictly protected. The patients featured on this Web site are volunteers who have given Bosley their permission to appear. Testimonial statements and photographs of Bosley patients do not constitute a warranty or prediction of the outcome of your individual hair restoration. Not all patients can achieve the results depicted herein. Ask your Bosley doctor about your individual case. Professional services provided by the licensed medical doctors of Bosley Medical Group.

 In some states in the USA (e.g., in Illinois, New York and Texas) testimonial advertising is not allowed in medicine, regardless of the truth or accuracy of the testimony. In those states this testimonial section is void. If you live in a jurisdiction which does not allow testimonial advertising in medicine, please skip this section.

---



**Bosley Medical Group 9100 Wilshire Blvd. Beverly Hills, CA 90212**



**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Mar 27 20:28:08 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340718@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 22626 invoked from network); 25 Mar 2006 03:30:35 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaykaysplace.com with SMTP; 25 Mar 2006 03:30:34 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 25 Mar 2006 03:30:17 -0600
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 340718
From: Hair Restoration  <HairRestoration@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340718@vm-rewards.com>
Subject: World's most experienced hair restoration experts
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.8 required=7.0 tests=BLANK_LINES_70_80,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



The confidentiality of all Bosley patients is strictly protected.

The patients featured on this Web site are volunteers who have given Bosley their permission to appear. Testimonial statements and photographs of Bosley patients do not constitute a warranty or prediction of the outcome of your individual hair restoration. Not all patients can achieve the results depicted herein. Ask your Bosley doctor about your individual case. Professional services provided by the licensed medical doctors of Bosley Medical Group.

In some states in the USA (e.g., in Illinois, New York and Texas) testimonial advertising is not allowed in medicine, regardless of the truth or accuracy of the testimony. In those states this testimonial section is void. If you live in a jurisdiction which does not allow testimonial advertising in medicine, please skip this section.

---

 **Bosley Medical Group 9100 Wilshire Blvd. Beverly Hills, CA 90212**

**If you can not see our footer image, please visit here.**

From ???@??? Mon Mar 27 20:23:00 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter340718@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 22177 invoked from network); 25 Mar 2006 04:12:40 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by xj4x4.net with SMTP; 25 Mar 2006 04:12:39 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 25 Mar 2006 04:12:13 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 340718
From: Hair Restoration  <HairRestoration@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340718@vm-rewards.com>
Subject: World's most experienced hair restoration experts
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



The confidentiality of all Bosley patients is strictly protected.
The patients featured on this Web site are volunteers who have given
Bosley their permission to appear. Testimonial statements and
photographs of Bosley patients do not constitute a warranty or
prediction of the outcome of your individual hair restoration. Not
all patients can achieve the results depicted herein. Ask your

Bosley doctor about your individual case. Professional services provided by the licensed medical doctors of Bosley Medical Group.

In some states in the USA (e.g., in Illinois, New York and Texas) testimonial advertising is not allowed in medicine, regardless of the truth or accuracy of the testimony. In those states this testimonial section is void. If you live in a jurisdiction which does not allow testimonial advertising in medicine, please skip this section.

---



**Bosley Medical Group 9100 Wilshire Blvd. Beverly Hills, CA 90212**



**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Mar 27 20:22:09 2006
X-Persona: <Celia>
Return-Path: <mailcenter340718@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 1218 invoked from network); 25 Mar 2006 04:04:00 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by celiajay.com with SMTP; 25 Mar 2006 04:03:53 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 25 Mar 2006 04:03:41 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 340718
From: Hair Restoration  <HairRestoration@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340718@vm-rewards.com>
Subject: *****SPAM***** World's most experienced hair restoration experts
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.4 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
        HTML_IMAGE_RATIO_06,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.3 HTML_IMAGE_RATIO_06 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.1 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





The confidentiality of all Bosley patients is strictly protected. The patients featured on this Web site are volunteers who have given Bosley their permission to appear. Testimonial statements and photographs of Bosley patients do not constitute a warranty or prediction of the outcome of your individual hair restoration. Not all patients can achieve the results depicted herein. Ask your Bosley doctor about your individual case. Professional services provided by the licensed medical doctors of Bosley Medical Group.

 In some states in the USA (e.g., in Illinois, New York and Texas) testimonial advertising is not allowed in medicine, regardless of the truth or accuracy of the testimony. In those states this testimonial section is void. If you live in a jurisdiction which does not allow testimonial advertising in medicine, please skip this section.

---



**Bosley Medical Group 9100 Wilshire Blvd. Beverly Hills, CA 90212**



**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Mar 26 17:56:59 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter340718@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 14658 invoked from network); 25 Mar 2006 04:13:46 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by omniinnovations.com with SMTP; 25 Mar 2006 04:13:45 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 25 Mar 2006 04:13:34 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460099111109
X-MailingID: 340718
From: Hair Restoration  <HairRestoration@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340718@vm-rewards.com>
Subject: *****SPAM***** World's most experienced hair restoration experts
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_IMAGE_RATIO_06,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.3 HTML_IMAGE_RATIO_06 BODY: HTML has a low ratio of text to image
area
      * 0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 1.1 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





The confidentiality of all Bosley patients is strictly protected. The patients featured on this Web site are volunteers who have given Bosley their permission to appear. Testimonial statements and photographs of Bosley patients do not constitute a warranty or prediction of the outcome of your individual hair restoration. Not all patients can achieve the results depicted herein. Ask your Bosley doctor about your individual case. Professional services provided by the licensed medical doctors of Bosley Medical Group.

 In some states in the USA (e.g., in Illinois, New York and Texas) testimonial advertising is not allowed in medicine, regardless of the truth or accuracy of the testimony. In those states this testimonial section is void. If you live in a jurisdiction which does not allow testimonial advertising in medicine, please skip this section.

**Bosley Medical Group 9100 Wilshire Blvd. Beverly Hills, CA 90212**

**If you can not see our footer image, please visit here.**

From ???@??? Sat Mar 25 19:23:37 2006
X-Persona: <Mila>
Return-Path: <mailcenter340718@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sat, 25 Mar 2006 04:13:42 -0600
From: Hair Restoration  <HairRestoration@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** World's most experienced hair restoration experts
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.7 required=7.0 tests=BAYES_99,BLANK_LINES_70_80,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_442517D6.CE4E8B86"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(0227&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(0227&e=mila@jammtomm.com
  URI:http://ogy.cc/archnemssis/email5_01.gif [...]

Content analysis details:   (10.7 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.0 HTML_IMAGE_ONLY_10     BODY: HTML: images with 800-1000 bytes of words
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 12002 invoked from network); 25 Mar 2006 04:13:38 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by omniinnovations.com with SMTP; 25 Mar 2006 04:13:36 -0600
Received: from vm-mail.com (10.0.0.42)

```
   by pkc-sb02 with SMTP; 25 Mar 2006 04:13:25 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 340718
From: Hair Restoration  <HairRestoration@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340718@vm-rewards.com>
Subject: World's most experienced hair restoration experts
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM World's
most exp.htm"
```

```
From ???@??? Fri Mar 24 17:49:52 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340568@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 10724 invoked from network); 23 Mar 2006 11:20:16 -0600
Received: from vm-180-86.vm-mail.com (206.82.180.86)
  by chiefmusician.net with SMTP; 23 Mar 2006 11:20:10 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-86.vm-mail.com with SMTP; 23 Mar 2006 11:19:53 -0600
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 340568
From: Hair Restoration  <HairRestoration@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340568@vm-rewards.com>
Subject: Balding?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=DATE_MISSING,HTML_60_70,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,HTML_IMAGE_RATIO_04,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
       version=2.63
```

Images not loading? View this offer by visiting this link



The confidentiality of all Boslev patients is strictly protected.

The patients featured on this Web site are volunteers who have given Bosley their permission to appear. Testimonial statements and photographs of Bosley patients do not constitute a warranty or prediction of the outcome of your individual hair restoration. Not all patients can achieve the results depicted herein. Ask your Bosley doctor about your individual case. Professional services provided by the licensed medical doctors of Bosley Medical Group.

 In some states in the USA (e.g., in Illinois, New York and Texas) testimonial advertising is not allowed in medicine, regardless of the truth or accuracy of the testimony. In those states this testimonial section is void. If you live in a jurisdiction which does not allow testimonial advertising in medicine, please skip this section.



**Bosley Medical Group, 9100 Wilshire Blvd., Beverly Hills, CA 90212**

**If you can not see our footer image, please visit here.**

From ???@??? Mon Mar 27 20:28:13 2006
X-Persona: <Jay>
Return-Path: <mailcenter340718@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 15010 invoked from network); 25 Mar 2006 04:13:48 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by gnwalpha.org with SMTP; 25 Mar 2006 04:13:45 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 25 Mar 2006 04:13:34 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 340718
From: Hair Restoration  <HairRestoration@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340718@vm-rewards.com>
Subject: World's most experienced hair restoration experts
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.3 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63

Images not loading? View this offer by visiting this link



The confidentiality of all Bosley patients is strictly protected.

The patients featured on this Web site are volunteers who have given Bosley their permission to appear. Testimonial statements and photographs of Bosley patients do not constitute a warranty or prediction of the outcome of your individual hair restoration. Not all patients can achieve the results depicted herein. Ask your Bosley doctor about your individual case. Professional services provided by the licensed medical doctors of Bosley Medical Group.

In some states in the USA (e.g., in Illinois, New York and Texas) testimonial advertising is not allowed in medicine, regardless of the truth or accuracy of the testimony. In those states this testimonial section is void. If you live in a jurisdiction which does not allow testimonial advertising in medicine, please skip this section.

---



**Bosley Medical Group 9100 Wilshire Blvd. Beverly Hills, CA 90212**



**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Jan 21 18:02:20 2006
X-Persona: <Jay>
Return-Path: <mailcenter334972@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 30531 invoked from network); 12 Jan 2006 17:20:18 -0600
Received: from vm-182-143.vm-mail.com (206.82.182.143)
  by xj4x4.net with SMTP; 12 Jan 2006 17:20:17 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-143.vm-mail.com with SMTP; 12 Jan 2006 17:20:02 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 334972
From: Hair Restoration <HairRestoration@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334972@vm-rewards.com>
Subject: *****SPAM***** Regrow your hair - find out how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        * 1.0 DATE_MISSING Missing Date: header
        * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.0 HTML_MESSAGE BODY: HTML included in message
        * 1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link







**Visit here to find out more.**

---

 **Medical Hair Restoration, 2600 Lake Lucien Drive, Suite 180, Maitland, FL, 32751**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Jan 21 18:02:06 2006
X-Persona: <Jay>
Return-Path: <mailcenter334648@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 9984 invoked from network); 10 Jan 2006 13:40:21 -0600
Received: from vm-180-122.vm-mail.com (206.82.180.122)
   by ehahome.com with SMTP; 10 Jan 2006 13:40:21 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-122.vm-mail.com with SMTP; 10 Jan 2006 13:40:07 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 334648
From: Hair Restoration <HairRestoration@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334648@vm-rewards.com>
Subject: Regrow your hair - find out how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link





**Visit here to find out more.**

---

 **Medical Hair Restoration, 2600 Lake Lucien Drive, Suite 180, Maitland, FL, 32751**

**If you can not see our footer image, please visit here.**

From ???@??? Sat Jan 14 19:33:30 2006
X-Persona: <Mila>
Return-Path: <mailcenter334972@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 12 Jan 2006 17:20:41 -0600
From: Hair Restoration <HairRestoration@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Regrow your hair - find out how
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43C6E449.7075746E"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7085&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7085&e=mila@jammtomm.com
  URI:http://ogy.cc/hairlostsloas_files/head.jpg [...]

Content analysis details:   (7.7 points, 7.0 required)

 pts rule name                  description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING               Missing Date: header
 2.8 X_MAIL_ID_PRESENT          Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE               BODY: HTML included in message
 1.5 BLANK_LINES_80_90          BODY: Message body has 80-90% blank lines
 0.1 MIME_HTML_ONLY             BODY: Message only has text/html MIME parts
 1.5 HTML_IMAGE_ONLY_04         BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET       RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 25125 invoked from network); 12 Jan 2006 17:20:11 -0600
Received: from vm-182-173.vm-mail.com (206.82.182.173)
  by jaycelia.com with SMTP; 12 Jan 2006 17:20:10 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-173.vm-mail.com with SMTP; 12 Jan 2006 17:19:56 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109

```
X-MailingID: 334972
From: Hair Restoration <HairRestoration@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334972@vm-rewards.com>
Subject: Regrow your hair - find out how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Regrow
your hair.htm"
```

```
From ???@??? Fri Jan 13 14:26:07 2006
Return-Path: <mailcenter334972@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 23460 invoked from network); 12 Jan 2006 17:18:28 -0600
Received: from vm-180-164.vm-mail.com (206.82.180.164)
  by xj4x4.net with SMTP; 12 Jan 2006 17:18:28 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-164.vm-mail.com with SMTP; 12 Jan 2006 17:18:16 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 334972
From: Hair Restoration <HairRestoration@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334972@vm-rewards.com>
Subject: Regrow your hair - find out how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





**Visit here to find out more.**

---

 **Medical Hair Restoration, 2600 Lake Lucien Drive, Suite 180, Maitland, FL, 32751**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 14:26:07 2006
Return-Path: <mailcenter334972@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 24039 invoked from network); 12 Jan 2006 17:18:30 -0600
Received: from vm-180-164.vm-mail.com (206.82.180.164)
  by xj4x4.net with SMTP; 12 Jan 2006 17:18:29 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-164.vm-mail.com with SMTP; 12 Jan 2006 17:18:16 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 334972
From: Hair Restoration <HairRestoration@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334972@vm-rewards.com>
Subject: Regrow your hair - find out how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





**Visit here to find out more.**

---

 **Medical Hair Restoration, 2600 Lake Lucien Drive, Suite 180, Maitland, FL, 32751**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 14:26:07 2006
Return-Path: <mailcenter334972@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 25251 invoked from network); 12 Jan 2006 17:18:30 -0600
Received: from vm-180-164.vm-mail.com (206.82.180.164)
  by xj4x4.net with SMTP; 12 Jan 2006 17:18:30 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-164.vm-mail.com with SMTP; 12 Jan 2006 17:18:16 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 334972
From: Hair Restoration <HairRestoration@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334972@vm-rewards.com>
Subject: Regrow your hair - find out how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





**Visit here to find out more.**



**Medical Hair Restoration, 2600 Lake Lucien Drive, Suite 180, Maitland, FL, 32751**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 14:26:07 2006
Return-Path: <mailcenter334972@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 26978 invoked from network); 12 Jan 2006 17:18:32 -0600
Received: from vm-180-164.vm-mail.com (206.82.180.164)
  by xj4x4.net with SMTP; 12 Jan 2006 17:18:31 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-164.vm-mail.com with SMTP; 12 Jan 2006 17:18:16 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 334972
From: Hair Restoration <HairRestoration@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334972@vm-rewards.com>
Subject: Regrow your hair - find out how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





**Visit here to find out more.**

---



**Medical Hair Restoration, 2600 Lake Lucien Drive, Suite 180, Maitland, FL, 32751**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 14:26:07 2006
Return-Path: <mailcenter334972@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 30499 invoked from network); 12 Jan 2006 17:18:33 -0600
Received: from vm-180-164.vm-mail.com (206.82.180.164)
  by xj4x4.net with SMTP; 12 Jan 2006 17:18:32 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-164.vm-mail.com with SMTP; 12 Jan 2006 17:18:16 -0600
X-ClientHost: 11610606409711011610411111012109910110116114097108046099111109
X-MailingID: 334972
From: Hair Restoration <HairRestoration@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334972@vm-rewards.com>
Subject: Regrow your hair - find out how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





**Visit here to find out more.**

 **Medical Hair Restoration, 2600 Lake Lucien Drive, Suite 180, Maitland, FL, 32751**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 13:53:46 2006
X-Persona: <Jay>
Return-Path: <mailcenter334972@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 30531 invoked from network); 12 Jan 2006 17:20:18 -0600
Received: from vm-182-143.vm-mail.com (206.82.182.143)
  by xj4x4.net with SMTP; 12 Jan 2006 17:20:17 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-143.vm-mail.com with SMTP; 12 Jan 2006 17:20:02 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 334972
From: Hair Restoration <HairRestoration@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334972@vm-rewards.com>
Subject: *****SPAM***** Regrow your hair - find out how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link







**Visit here to find out more.**

---

 **Medical Hair Restoration, 2600 Lake Lucien Drive, Suite 180, Maitland, FL, 32751**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 13:48:51 2006
X-Persona: <Jay>
Return-Path: <mailcenter334648@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 9984 invoked from network); 10 Jan 2006 13:40:21 -0600
Received: from vm-180-122.vm-mail.com (206.82.180.122)
   by ehahome.com with SMTP; 10 Jan 2006 13:40:21 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-122.vm-mail.com with SMTP; 10 Jan 2006 13:40:07 -0600
X-ClientHost: 10609712106410609712109910110810509704609111109
X-MailingID: 334648
From: Hair Restoration <HairRestoration@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334648@vm-rewards.com>
Subject: Regrow your hair - find out how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link





**Visit here to find out more.**

---



**Medical Hair Restoration, 2600 Lake Lucien Drive, Suite 180, Maitland, FL, 32751**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 13:48:48 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter334972@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 23398 invoked from network); 12 Jan 2006 17:18:46 -0600
Received: from vm-182-231.vm-mail.com (206.82.182.231)
   by itdidnotendright.com with SMTP; 12 Jan 2006 17:18:45 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-231.vm-mail.com with SMTP; 12 Jan 2006 17:18:32 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 334972
From: Hair Restoration <HairRestoration@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334972@vm-rewards.com>
Subject: Regrow your hair - find out how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



**Visit here to find out more.**

---



**Medical Hair Restoration, 2600 Lake Lucien Drive, Suite 180, Maitland, FL, 32751**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 13:46:07 2006
X-Persona: <Celia>
Return-Path: <mailcenter334972@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 18369 invoked from network); 12 Jan 2006 17:29:51 -0600
Received: from vm-177-85.vm-mail.com (206.82.177.85)
   by jaykaysplace.com with SMTP; 12 Jan 2006 17:29:48 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-85.vm-mail.com with SMTP; 12 Jan 2006 17:29:36 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 334972
From: Hair Restoration <HairRestoration@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334972@vm-rewards.com>
Subject: *****SPAM***** Regrow your hair - find out how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link







**Visit here to find out more.**

---



**Medical Hair Restoration, 2600 Lake Lucien Drive, Suite 180, Maitland, FL, 32751**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 12:18:50 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter334972@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 27808 invoked from network); 12 Jan 2006 17:20:16 -0600
Received: from vm-182-125.vm-mail.com (206.82.182.125)
  by omniinnovations.com with SMTP; 12 Jan 2006 17:20:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-125.vm-mail.com with SMTP; 12 Jan 2006 17:20:02 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 334972
From: Hair Restoration <HairRestoration@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334972@vm-rewards.com>
Subject: *****SPAM***** Regrow your hair - find out how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_80_90,
    DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
    MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
    version=2.63
X-Spam-Report:
    * 1.0 DATE_MISSING Missing Date: header
    * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
    * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
    * 0.0 HTML_MESSAGE BODY: HTML included in message
    * 1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
    * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
    * 1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
    * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link







**Visit here to find out more.**

---

 **Medical Hair Restoration, 2600 Lake Lucien Drive, Suite 180, Maitland, FL, 32751**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 12:16:50 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter334648@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 9634 invoked from network); 10 Jan 2006 13:40:21 -0600
Received: from vm-180-116.vm-mail.com (206.82.180.116)
  by chiefmusician.net with SMTP; 10 Jan 2006 13:40:21 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-116.vm-mail.com with SMTP; 10 Jan 2006 13:40:07 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 334648
From: Hair Restoration <HairRestoration@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334648@vm-rewards.com>
Subject: Regrow your hair - find out how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link





**Visit here to find out more.**

 **Medical Hair Restoration, 2600 Lake Lucien Drive, Suite 180, Maitland, FL, 32751**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 30 15:59:31 2006
X-Persona: <RCW>
Return-Path: <mailcenter334972@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 30501 invoked from network); 12 Jan 2006 18:09:04 -0600
Received: from vm-182-120.vm-mail.com (206.82.182.120)
   by ehahome.com with SMTP; 12 Jan 2006 18:09:00 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-120.vm-mail.com with SMTP; 12 Jan 2006 18:08:47 -0600
X-ClientHost: 1061051090641140991190490570490570480480480480480460991111109
X-MailingID: 334972
From: Hair Restoration <HairRestoration@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334972@vm-rewards.com>
Subject: Regrow your hair - find out how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



**Visit here to find out more.**

---



Medical Hair Restoration, 2600 Lake Lucien Drive, Suite 180, Maitland, FL, 32751

If you can not see our footer image, please visit here.

```
From ???@??? Mon Nov 24 21:10:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214595-1090>; Mon, 24 Nov 2003 23:07:57 -0500
Received: from vm118.vmadmin.com ([216.64.222.118]) by ams.ftl.affinity.com
with ESMTP id <218149-1088>; Mon, 24 Nov 2003 23:06:31 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm118.vmadmin.com with SMTP; 24 Nov 2003 22:06:12 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 204965
From: Handbags <ThePerfectHandbag@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Handbags <ThePerfectHandbag204965@replies.virtumundo.com>
Subject: Hundreds of handbags for every style.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov24.230631-0500_est.218149-1088+3451@ams.ftl.affinity.com>
Date:Mon, 24 Nov 2003 23:06:31 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Nov 24 21:10:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <216945-1087>; Mon, 24 Nov 2003 23:07:57 -0500
Received: from vm118.vmadmin.com by ams.ftl.affinity.com
with ESMTP id <214595-1081>; Mon, 24 Nov 2003 23:06:30 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm118.vmadmin.com with SMTP; 24 Nov 2003 22:06:12 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 204965
From: Handbags <ThePerfectHandbag@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Handbags <ThePerfectHandbag204965@replies.virtumundo.com>
Subject: Hundreds of handbags for every style.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov24.230630-0500_est.214595-1081+3593@ams.ftl.affinity.com>
Date:Mon, 24 Nov 2003 23:06:30 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Nov 24 21:10:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216701-1091>; Mon, 24 Nov 2003 23:07:57 -0500
Received: from vm118.vmadmin.com ([216.64.222.118]) by ams.ftl.affinity.com
with ESMTP id <219363-1088>; Mon, 24 Nov 2003 23:06:29 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm118.vmadmin.com with SMTP; 24 Nov 2003 22:06:12 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 204965
From: Handbags <ThePerfectHandbag@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Handbags <ThePerfectHandbag204965@replies.virtumundo.com>
Subject: Hundreds of handbags for every style.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov24.230629-0500_est.219363-1088+3449@ams.ftl.affinity.com>
Date:Mon, 24 Nov 2003 23:06:28 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Nov 24 21:10:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <218149-1085>; Mon, 24 Nov
2003 23:07:57 -0500
Received: from vm118.vmadmin.com ([216.64.222.118]) by ams.ftl.affinity.com
with ESMTP id <218457-1089>; Mon, 24 Nov 2003 23:06:33 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm118.vmadmin.com with SMTP; 24 Nov 2003 22:06:12 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 204965
From: Handbags <ThePerfectHandbag@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Handbags <ThePerfectHandbag204965@replies.virtumundo.com>
Subject: Hundreds of handbags for every style.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov24.230633-0500_est.218457-1089+3689@ams.ftl.affinity.com>
Date:Mon, 24 Nov 2003 23:06:33 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Jan 05 13:43:51 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <333258-22348>; Mon, 5 Jan 2004 13:34:47 -0500
Received: from vm209-186.vmlocal.com ([216.21.209.186]) by
ams.ftl.affinity.com with ESMTP id <331902-22342>; Mon, 5 Jan 2004 13:34:15
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-186.vmlocal.com with SMTP; 05 Jan 2004 12:34:07 -0600
X-ClientHost: 1060971210641031111410011110119111114107115046099111109
X-MailingID: 236256
From: Handbags and Accessories <HandbagsAndAccessories@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Handbags and Accessories <HandbagsAndAccessories236256@vmlocal.com>
Subject: Get used to getting compliments.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan5.133415-0500_est.331902-22342+13993@ams.ftl.affinity.com>
Date:Mon, 5 Jan 2004 13:34:14 -0500
```



**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Oct 23 18:32:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221156-1079>; Thu, 23 Oct 2003 20:34:13 -0400
Received: from vl208-24.vmlocal.com ([216.21.208.24]) by ams.ftl.affinity.com
with ESMTP id <221147-1080>; Thu, 23 Oct 2003 20:33:17 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-24.vmlocal.com with SMTP; 23 Oct 2003 19:32:05 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 173590
From: Hardwood Floors <WantHardwoodFloors173590@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hardwood Floors <WantHardwoodFloors173590@vmlocal.com>
Subject: Custom design your flooring
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct23.203317-0400_edt.221147-1080+6849@ams.ftl.affinity.com>
Date:Thu, 23 Oct 2003 20:33:16 -0400



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 31 23:23:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <240689-24147>; Sat, 1 Nov 2003 02:04:52 -0500
Received: from vl208-49.vmlocal.com ([216.21.208.49]) by ams.ftl.affinity.com
with ESMTP id <243927-24143>; Sat, 1 Nov 2003 02:04:03 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-49.vmlocal.com with SMTP; 01 Nov 2003 01:04:02 -0600
X-ClientHost: 1060971210641031111410011111011911111410711504609911109
X-MailingID: 184614
From: Hardwood Floors <WantHardwoodFloors184614@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hardwood Floors <WantHardwoodFloors184614@vmlocal.com>
Subject: Casual and elegant flooring
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov1.020403-0500_est.243927-24143+49288@ams.ftl.affinity.com>
Date:Sat, 1 Nov 2003 02:04:03 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Nov 04 07:51:12 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <258933-1207>; Tue, 4 Nov 2003 05:18:23 -0500
Received: from vl208-75.vmlocal.com ([216.21.208.75]) by ams.ftl.affinity.com
with ESMTP id <310282-1218>; Tue, 4 Nov 2003 05:17:56 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-75.vmlocal.com with SMTP; 04 Nov 2003 04:17:49 -0600
X-ClientHost: 106097109101115064103111114100111101191111114107115046099111109
X-MailingID: 188338
From: Hardwood Floors <WantHardwoodFloors188338@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hardwood Floors <WantHardwoodFloors188338@vmlocal.com>
Subject: Looking for hardwood floors?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov4.051756-0500_est.310282-1218+8872@ams.ftl.affinity.com>
Date:Tue, 4 Nov 2003 05:17:54 -0500
```



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Nov 13 12:40:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215160-15300>; Thu, 13 Nov 2003 12:48:14 -0500
Received: from vl208-61.vmlocal.com ([216.21.208.61]) by ams.ftl.affinity.com
with ESMTP id <220521-15299>; Thu, 13 Nov 2003 12:47:10 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-61.vmlocal.com with SMTP; 13 Nov 2003 11:47:08 -0600
X-ClientHost: 1060971091011150641031111141001111011911111410711504609911109
X-MailingID: 197139
From: Hardwood Floors <WantHardwoodFloors197139@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hardwood Floors <WantHardwoodFloors197139@vmlocal.com>
Subject: Looking for hardwood floors?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov13.124710-0500_est.220521-15299+76950@ams.ftl.affinity.com>
Date:Thu, 13 Nov 2003 12:47:09 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Nov 21 19:05:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213307-26274>; Fri, 21 Nov 2003 16:05:50 -0500
Received: from vl208-20.vmlocal.com ([216.21.208.20]) by ams.ftl.affinity.com
with ESMTP id <215089-26273>; Fri, 21 Nov 2003 16:04:37 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-20.vmlocal.com with SMTP; 21 Nov 2003 15:04:30 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 202649
From: Hardwood Floors <WantHardwoodFloors202649@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hardwood Floors <WantHardwoodFloors202649@vmlocal.com>
Subject: Looking for hardwood floors?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov21.160437-0500_est.215089-26273+50546@ams.ftl.affinity.com>
Date:Fri, 21 Nov 2003 16:04:36 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Jan 03 21:29:52 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <342813-18410>; Sat, 3 Jan 2004 22:48:58 -0500
Received: from vm209-237.vmlocal.com ([216.21.209.237]) by
ams.ftl.affinity.com with ESMTP id <342949-18407>; Sat, 3 Jan 2004 22:48:39
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-237.vmlocal.com with SMTP; 03 Jan 2004 21:48:37 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 234717
From: Hardwood Floors <WantHardwoodFloors@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hardwood Floors <WantHardwoodFloors234717@vmlocal.com>
Subject: Looking for hardwood floors?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan3.224839-0500_est.342949-18407+78534@ams.ftl.affinity.com>
Date:Sat, 3 Jan 2004 22:48:39 -0500
```



**If you would like to refer a friend information regarding this program,
go** here. **To remove yourself from this program (and stop receiving email messages
from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please**

note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 31 14:46:45 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3556665-21056>; Wed, 31 Dec 2003 16:14:08 -0500
Received: from vm209-246.vmlocal.com ([216.21.209.246]) by
ams.ftl.affinity.com with ESMTP id <3581559-8919>; Wed, 31 Dec 2003 16:13:07
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-246.vmlocal.com with SMTP; 31 Dec 2003 15:13:05 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 232677
From: Hardwood Floors <WantHardwoodFloors@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hardwood Floors <WantHardwoodFloors232677@vmlocal.com>
Subject: Custom design your flooring
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec31.161307-0500_est.3581559-8919+8284@ams.ftl.affinity.com>
Date:Wed, 31 Dec 2003 16:13:07 -0500
```



**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe**

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Dec 28 10:41:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <3619854-18265>; Sun, 28 Dec
2003 11:45:25 -0500
Received: from vm209-188.vmlocal.com ([216.21.209.188]) by
ams.ftl.affinity.com with ESMTP id <3620475-18261>; Sun, 28 Dec 2003 11:43:58
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-188.vmlocal.com with SMTP; 28 Dec 2003 10:43:58 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 230149
From: Hardwood Floors <WantHardwoodFloors@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hardwood Floors <WantHardwoodFloors230149@vmlocal.com>
Subject: Casual and elegant flooring
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec28.114358-0500_est.3620475-18261+50770@ams.ftl.affinity.com>
Date:Sun, 28 Dec 2003 11:43:58 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) **or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go
here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Dec 27 20:31:24 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <240248-17746>; Sat, 27 Dec 2003 23:04:55 -0500
Received: from vm209-244.vmlocal.com ([216.21.209.244]) by
ams.ftl.affinity.com with ESMTP id <241121-17828>; Sat, 27 Dec 2003 23:03:47
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-244.vmlocal.com with SMTP; 27 Dec 2003 22:03:45 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460 99111109
X-MailingID: 229196
From: Hardwood Floors <WantHardwoodFloors@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hardwood Floors <WantHardwoodFloors229196@vmlocal.com>
Subject: Make your floors have something to say
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec27.230347-0500_est.241121-17828+51093@ams.ftl.affinity.com>
Date:Sat, 27 Dec 2003 23:03:47 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Dec 18 15:12:11 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <229838-18486>; Thu, 18 Dec 2003 17:41:49 -0500
Received: from vm209-194.vmlocal.com ([216.21.209.194]) by
ams.ftl.affinity.com with ESMTP id <223366-18474>; Thu, 18 Dec 2003 17:40:47
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-194.vmlocal.com with SMTP; 18 Dec 2003 16:40:45 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 221931
From: Hardwood Floors <WantHardwoodFloors@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hardwood Floors <WantHardwoodFloors221931@vmlocal.com>
Subject: Casual and elegant flooring
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec18.174047-0500_est.223366-18474+27035@ams.ftl.affinity.com>
Date:Thu, 18 Dec 2003 17:40:46 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Dec 09 12:09:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3557469-1083>; Tue, 9 Dec 2003 13:57:15 -0500
Received: from vl208-61.vmlocal.com ([216.21.208.61]) by ams.ftl.affinity.com
with ESMTP id <3572493-1086>; Tue, 9 Dec 2003 13:56:07 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-61.vmlocal.com with SMTP; 09 Dec 2003 12:56:04 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 214959
From: Hardwood Floors <WantHardwoodFloors@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hardwood Floors <WantHardwoodFloors214959@vmlocal.com>
Subject: Custom design your flooring
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec9.135607-0500_est.3572493-1086+14500@ams.ftl.affinity.com>
Date:Tue, 9 Dec 2003 13:56:07 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Nov 29 11:12:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216510-9875>; Sat, 29 Nov 2003 12:18:52 -0500
Received: from vl208-42.vmlocal.com ([216.21.208.42]) by ams.ftl.affinity.com
with ESMTP id <218400-9868>; Sat, 29 Nov 2003 12:17:35 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-42.vmlocal.com with SMTP; 29 Nov 2003 11:17:33 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 208098
From: Hardwood Floors <WantHardwoodFloors@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hardwood Floors <WantHardwoodFloors208098@vmlocal.com>
Subject: Looking for hardwood floors?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov29.121735-0500_est.218400-9868+18919@ams.ftl.affinity.com>
Date:Sat, 29 Nov 2003 12:17:35 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Jan 06 16:22:08 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <425962-19017>; Tue, 6 Jan 2004 17:25:32 -0500
Received: from vm209-219.vmlocal.com ([216.21.209.219]) by
ams.ftl.affinity.com with ESMTP id <559313-19017>; Tue, 6 Jan 2004 15:12:00
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-219.vmlocal.com with SMTP; 06 Jan 2004 13:27:32 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 236689
From: Hardwood Floors <WantHardwoodFloors@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hardwood Floors <WantHardwoodFloors236689@vmlocal.com>
Subject: Casual and elegant flooring
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan6.151200-0500_est.559313-19017+231@ams.ftl.affinity.com>
Date:Tue, 6 Jan 2004 14:27:36 -0500



If you would like to refer a friend information regarding this program,
go here. To remove yourself from this program (and stop receiving email messages
from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please

note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Oct 12 15:38:31 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <4388943-16495>; Sun, 12 Oct 2003 16:51:15 -0400
Received: from vl208-49.vmlocal.com ([216.21.208.49]) by ams.ftl.affinity.com
with ESMTP id <4396874-16486>; Sun, 12 Oct 2003 16:50:57 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-49.vmlocal.com with SMTP; 12 Oct 2003 15:50:53 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 161590
From: Hawaii <VacationInHawaii161590@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+161590@replies.vmlocal.com>
Subject: Take a vacation to Hawaii!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct12.165057-0400_edt.4396874-16486+506@ams.ftl.affinity.com>
Date:Sun, 12 Oct 2003 16:50:56 -0400
```



You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Oct 17 21:02:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <461180-1079>; Fri, 17 Oct
2003 21:58:06 -0400
Received: from vl208-25.vmlocal.com ([216.21.208.25]) by ams.ftl.affinity.com
with ESMTP id <231022-26149>; Fri, 17 Oct 2003 17:42:33 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-25.vmlocal.com with SMTP; 17 Oct 2003 16:42:31 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 167511
From: Hawaii <VacationInHawaii167511@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hawaii <VacationInHawaii167511@vmlocal.com>
Subject: Take a vacation to Hawaii!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct17.174233-0400_edt.231022-26149+425@ams.ftl.affinity.com>
Date:Fri, 17 Oct 2003 17:42:33 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Oct 22 16:20:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <215972-849>; Wed, 22 Oct 2003 15:49:59 -0400
Received: from vl208-54.vmlocal.com ([216.21.208.54]) by ams.ftl.affinity.com
with ESMTP id <216791-848>; Wed, 22 Oct 2003 15:48:41 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-54.vmlocal.com with SMTP; 22 Oct 2003 14:48:32 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 172613
From: Hawaii <VacationInHawaii172613@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hawaii <VacationInHawaii172613@vmlocal.com>
Subject: Planning a trip to Hawaii?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct22.154841-0400_edt.216791-848+9015@ams.ftl.affinity.com>
Date:Wed, 22 Oct 2003 15:48:39 -0400
```



You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Oct 28 17:25:27 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213254-14139>; Tue, 28 Oct
2003 19:50:03 -0500
Received: from vl208-50.vmlocal.com ([216.21.208.50]) by ams.ftl.affinity.com
with ESMTP id <221164-14151>; Tue, 28 Oct 2003 19:49:04 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-50.vmlocal.com with SMTP; 28 Oct 2003 18:48:01 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 180784
From: Hawaii <VacationInHawaii180784@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hawaii <VacationInHawaii180784@vmlocal.com>
Subject: Planning a trip to Hawaii?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct28.194904-0500_est.221164-14151+6836@ams.ftl.affinity.com>
Date:Tue, 28 Oct 2003 19:49:03 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent Tue Oct 28 18:47:16 CST 2003

```
From ???@??? Tue Oct 28 12:48:56 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222070-2357>; Tue, 28 Oct 2003 14:50:01 -0500
Received: from vl208-66.vmlocal.com ([216.21.208.66]) by ams.ftl.affinity.com
with ESMTP id <224590-2352>; Tue, 28 Oct 2003 14:48:56 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-66.vmlocal.com with SMTP; 28 Oct 2003 13:48:55 -0600
X-ClientHost: 10209712110106410311111410011110119111114107115046099111109
X-MailingID: 180788
From: Hawaii <VacationInHawaii180788@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hawaii <VacationInHawaii180788@vmlocal.com>
Subject: Visit Hawaii!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct28.144856-0500_est.224590-2352+3708@ams.ftl.affinity.com>
Date:Tue, 28 Oct 2003 14:48:56 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.
Message sent Tue Oct 28 13:47:46 CST 2003

```
From ???@??? Fri Oct 31 08:47:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <234603-9019>; Fri, 31 Oct 2003 03:19:20 -0500
Received: from vl208-16.vmlocal.com ([216.21.208.16]) by ams.ftl.affinity.com
with ESMTP id <234667-9011>; Fri, 31 Oct 2003 03:18:30 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-16.vmlocal.com with SMTP; 31 Oct 2003 02:18:29 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 183653
From: Hawaii <VacationInHawaii183653@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hawaii <VacationInHawaii183653@vmlocal.com>
Subject: Ready to go to Hawaii?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct31.031830-0500_est.234667-9011+30217@ams.ftl.affinity.com>
Date:Fri, 31 Oct 2003 03:18:29 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Nov 02 15:57:36 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214356-1073>; Sun, 2 Nov 2003 17:49:21 -0500
Received: from vl208-17.vmlocal.com ([216.21.208.17]) by ams.ftl.affinity.com
with ESMTP id <228953-1069>; Sun, 2 Nov 2003 17:48:23 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-17.vmlocal.com with SMTP; 02 Nov 2003 16:48:17 -0600
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 187477
From: Hawaii <VacationInHawaii187477@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hawaii <VacationInHawaii187477@vmlocal.com>
Subject: Planning a trip to Hawaii?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov2.174823-0500_est.228953-1069+37713@ams.ftl.affinity.com>
Date:Sun, 2 Nov 2003 17:48:23 -0500
```



You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Nov 06 14:51:45 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213956-4780>; Thu, 6 Nov 2003
16:19:24 -0500
Received: from vl208-17.vmlocal.com ([216.21.208.17]) by ams.ftl.affinity.com
with ESMTP id <216305-4785>; Thu, 6 Nov 2003 16:18:58 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-17.vmlocal.com with SMTP; 06 Nov 2003 15:18:56 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 191376
From: Hawaii <VacationInHawaii191376@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hawaii <VacationInHawaii191376@vmlocal.com>
Subject: Ready to go to Hawaii?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov6.161858-0500_est.216305-4785+2240@ams.ftl.affinity.com>
Date:Thu, 6 Nov 2003 16:18:56 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Jan 31 19:03:51 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <332938-18309>; Sat, 31 Jan 2004 19:36:34 -0500
Received: from vm208-66.adknow-net.com ([216.21.208.66]) by
ams.ftl.affinity.com with ESMTP id <370204-18303>; Sat, 31 Jan 2004 19:36:04
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-66.adknow-net.com with SMTP; 31 Jan 2004 18:36:00 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 355327
From: Hawaii <VacationInHawaii@adknow-net.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return355327@replies.adknow-net.com
Subject: Hawaii is beckoning you.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan31.193604-0500_est.370204-18303+50015@ams.ftl.affinity.com>
Date:Sat, 31 Jan 2004 19:36:04 -0500



There's only one Hawaii. Discover your own piece of paradise now!

**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Jan 30 21:33:38 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215958-14175>; Fri, 30 Jan 2004 23:57:33 -0500
Received: from vm208-75.adknow-net.com ([216.21.208.75]) by
ams.ftl.affinity.com with ESMTP id <224849-5576>; Fri, 30 Jan 2004 23:56:36
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-75.adknow-net.com with SMTP; 30 Jan 2004 22:56:33 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 353862
From: Hawaii <VacationInHawaii@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return353862@replies.adknow-net.com
Subject: Ready to go to Hawaii?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan30.235636-0500_est.224849-5576+46870@ams.ftl.affinity.com>
Date:Fri, 30 Jan 2004 23:56:36 -0500
```



If you would like to refer a friend information regarding this program,

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Jan 30 17:45:25 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <332835-21667>; Fri, 30 Jan
2004 20:12:34 -0500
Received: from vm208-30.adknow-net.com ([216.21.208.30]) by
ams.ftl.affinity.com with ESMTP id <311948-21667>; Fri, 30 Jan 2004 20:11:22
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-30.adknow-net.com with SMTP; 30 Jan 2004 19:11:18 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 354419
From: Hawaii <VacationInHawaii@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return354419@replies.adknow-net.com
Subject: Planning a trip to Hawaii?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan30.201122-0500_est.311948-21667+1351@ams.ftl.affinity.com>
Date:Fri, 30 Jan 2004 20:11:21 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Jan 23 23:21:01 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2391001-15195>; Fri, 23 Jan 2004 23:01:58 -0500
Received: from vm208-78.adknow-net.com ([216.21.208.78]) by
ams.ftl.affinity.com with ESMTP id <2394842-15183>; Fri, 23 Jan 2004 23:00:40
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-78.adknow-net.com with SMTP; 23 Jan 2004 22:00:35 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 347991
From: Hawaii <VacationInHawaii@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return347991@replies.adknow-net.com
Subject: Take a vacation to Hawaii!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.230040-0500_est.2394842-15183+33470@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 23:00:38 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Jan 17 09:18:10 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217125-18552>; Sat, 17 Jan
2004 10:41:43 -0500
Received: from vm208-13.adknow-net.com ([216.21.208.13]) by
ams.ftl.affinity.com with ESMTP id <218542-18552>; Sat, 17 Jan 2004 10:40:56
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-13.adknow-net.com with SMTP; 17 Jan 2004 09:40:49 -0600
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 343703
From: Hawaii <VacationInHawaii@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return343703@replies.adknow-net.com
Subject: Visit Hawaii!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan17.104056-0500_est.218542-18552+34226@ams.ftl.affinity.com>
Date:Sat, 17 Jan 2004 10:40:55 -0500
```



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Jan 16 07:17:33 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <3556481-2125>; Fri, 16 Jan 2004 09:25:11 -0500
Received: from vm208-33.adknow-net.com ([216.21.208.33]) by
ams.ftl.affinity.com with ESMTP id <3557001-2125>; Fri, 16 Jan 2004 09:23:47
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-33.adknow-net.com with SMTP; 16 Jan 2004 08:23:45 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 342430
From: Hawaii <VacationInHawaii@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return342430@replies.adknow-net.com
Subject: Ready to go to Hawaii?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan16.092347-0500_est.3557001-2125+16344@ams.ftl.affinity.com>
Date:Fri, 16 Jan 2004 09:23:46 -0500
```



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Jan 31 21:09:33 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <276731-10073>; Sat, 31 Jan 2004 23:37:13 -0500
Received: from vm208-51.adknow-net.com ([216.21.208.51]) by
ams.ftl.affinity.com with ESMTP id <327382-10065>; Sat, 31 Jan 2004 23:36:32
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-51.adknow-net.com with SMTP; 31 Jan 2004 22:36:29 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 354742
From: Hawaii <VacationInHawaii@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return354742@replies.adknow-net.com
Subject: Visit Hawaii!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan31.233632-0500_est.327382-10065+106649@ams.ftl.affinity.com>
Date:Sat, 31 Jan 2004 23:36:32 -0500
```



There's only one Hawaii. Discover your own piece of paradise now!

**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Jan 02 21:33:33 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <230162-18407>; Fri, 2 Jan 2004 22:56:14 -0500
Received: from vm209-189.vmlocal.com ([216.21.209.189]) by
ams.ftl.affinity.com with ESMTP id <270968-18409>; Fri, 2 Jan 2004 22:55:58
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-189.vmlocal.com with SMTP; 02 Jan 2004 21:55:55 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 234442
From: Hawaii <VacationInHawaii@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hawaii <VacationInHawaii234442@vmlocal.com>
Subject: Planning a trip to Hawaii?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan2.225558-0500_est.270968-18409+61089@ams.ftl.affinity.com>
Date:Fri, 2 Jan 2004 22:55:56 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 24 17:22:31 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2378462-14638>; Wed, 24 Dec 2003 19:33:48 -0500
Received: from vm209-226.vmlocal.com ([216.21.209.226]) by
ams.ftl.affinity.com with ESMTP id <2375902-14640>; Wed, 24 Dec 2003 19:32:18
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-226.vmlocal.com with SMTP; 24 Dec 2003 18:32:14 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609111109
X-MailingID: 226839
From: Hawaii <VacationInHawaii@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hawaii <VacationInHawaii226839@vmlocal.com>
Subject: Planning a trip to Hawaii?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec24.193218-0500_est.2375902-14640+33606@ams.ftl.affinity.com>
Date:Wed, 24 Dec 2003 19:32:17 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 24 09:53:07 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <216971-19932>; Wed, 24 Dec
2003 10:46:15 -0500
Received: from vm209-190.vmlocal.com ([216.21.209.190]) by
ams.ftl.affinity.com with ESMTP id <217191-19928>; Wed, 24 Dec 2003 10:45:16
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-190.vmlocal.com with SMTP; 24 Dec 2003 09:45:13 -0600
X-ClientHost:
1061111100971161040971100641031111410011111011911111410711504609911109
X-MailingID: 226843
From: Hawaii <VacationInHawaii@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hawaii <VacationInHawaii226843@vmlocal.com>
Subject: Hawaii is beckoning you.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec24.104516-0500_est.217191-19928+23001@ams.ftl.affinity.com>
Date:Wed, 24 Dec 2003 10:45:15 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Dec 04 10:57:47 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <3557019-4692>; Thu, 4 Dec 2003 12:22:40 -0500
Received: from vl208-30.vmlocal.com ([216.21.208.30]) by ams.ftl.affinity.com
with ESMTP id <3566793-4697>; Thu, 4 Dec 2003 12:21:32 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-30.vmlocal.com with SMTP; 04 Dec 2003 10:17:25 -0600
X-ClientHost:
10609710910510809706410310111141001111101191111141071150460099111109
X-MailingID: 211859
From: Hawaii <VacationInHawaii@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hawaii <VacationInHawaii211859@vmlocal.com>
Subject: Hawaii is beckoning you.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec4.122132-0500_est.3566793-4697+14798@ams.ftl.affinity.com>
Date:Thu, 4 Dec 2003 12:21:32 -0500
```



You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Nov 28 12:12:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <223737-9875>; Fri, 28 Nov
2003 14:50:38 -0500
Received: from vl208-49.vmlocal.com ([216.21.208.49]) by ams.ftl.affinity.com
with ESMTP id <224409-9876>; Fri, 28 Nov 2003 14:49:24 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-49.vmlocal.com with SMTP; 28 Nov 2003 13:49:21 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 207812
From: Hawaii <VacationInHawaii@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hawaii <VacationInHawaii207812@vmlocal.com>
Subject: Ready to go to Hawaii?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov28.144924-0500_est.224409-9876+5840@ams.ftl.affinity.com>
Date:Fri, 28 Nov 2003 14:49:24 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Jan 03 15:46:13 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <3574039-8919>; Sat, 3 Jan
2004 16:25:24 -0500
Received: from vm209-213.vmlocal.com ([216.21.209.213]) by
ams.ftl.affinity.com with ESMTP id <3676499-21050>; Sat, 3 Jan 2004 16:25:03
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-213.vmlocal.com with SMTP; 03 Jan 2004 15:25:00 -0600
X-ClientHost:
1061111100971161040971100641031111410011111011911111410711504609911111109
X-MailingID: 235105
From: Hawaii <VacationInHawaii@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hawaii <VacationInHawaii235105@vmlocal.com>
Subject: Visit Hawaii!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan3.162503-0500_est.3676499-21050+25391@ams.ftl.affinity.com>
Date:Sat, 3 Jan 2004 16:25:01 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Feb 12 13:44:32 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <336105-29726>; Thu, 12 Feb 2004 16:21:16 -0500
Received: from vm121.vmadmin.com ([216.64.222.121]) by ams.ftl.affinity.com
with ESMTP id <336542-29731>; Thu, 12 Feb 2004 16:20:24 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm121.vmadmin.com with SMTP; 12 Feb 2004 15:20:21 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 241671
From: HDTV Offer <SwitchToSatelliteTV@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: HDTV Offer <SwitchToSatelliteTV241671@replies.virtumundo.com>
Subject: Complimentary DirecTV system! Includes installation
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb12.162024-0500_est.336542-29731+6525@ams.ftl.affinity.com>
Date:Thu, 12 Feb 2004 16:20:23 -0500
```



To unsubscribe from future idealHDTV.com mailings visit us here.

1048 Irvine Ave #345, Newport Beach, CA 92660-4602

Ideal Satellite, 1048 Irvine Ave #345, Newport Beach, CA 92660-4602

From ???@??? Sat Jan 31 11:31:28 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <360435-20617>; Sat, 31 Jan 2004 14:25:09 -0500
Received: from vm208-45.adknow-net.com ([216.21.208.45]) by
ams.ftl.affinity.com with ESMTP id <361981-20613>; Sat, 31 Jan 2004 14:23:45
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-45.adknow-net.com with SMTP; 31 Jan 2004 13:23:07 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 354978
From: Headset <FreeYourHandsToday@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return354978@replies.adknow-net.com
Subject: Look ma, no hands. Find new headsets here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan31.142345-0500_est.361981-20613+50727@ams.ftl.affinity.com>
Date:Sat, 31 Jan 2004 14:23:44 -0500



If you would like to refer a friend information regarding this program,

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Jun 06 11:13:17 2004
Return-Path: <mailcenter308835@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 25957 invoked by uid 10003); 6 Jun 2004 14:45:21 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 25954 invoked from network); 6 Jun 2004 14:45:20 -0000
Received: from unknown (HELO vm109.vmadmin.com) (216.64.222.109)
   by ns48.webmasters.com with SMTP; 6 Jun 2004 14:45:20 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm109.vmadmin.com with SMTP; 06 Jun 2004 09:45:20 -0500
X-ClientHost:
1061111100971161040971100641031111141001111101191111141071150460991111109
X-MailingID: 308835
From: Health Insurance Services <HealthInsurance@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Health Insurance Services
<HealthInsurance308835@replies.virtumundo.com>
Subject: Are You In The 50% of Americans Without Insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



ESI Offers, 5072 North, 300 West, Provo, UT 84604

```
From ???@??? Sun Jun 06 11:12:53 2004
Return-Path: <mailcenter308835@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 25933 invoked by uid 10003); 6 Jun 2004 14:45:20 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 25930 invoked from network); 6 Jun 2004 14:45:20 -0000
Received: from unknown (HELO vm109.vmadmin.com) (216.64.222.109)
   by ns48.webmasters.com with SMTP; 6 Jun 2004 14:45:20 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm109.vmadmin.com with SMTP; 06 Jun 2004 09:45:20 -0500
X-ClientHost: 106097109101115064103111141001111101191111141071115046099111109
X-MailingID: 308835
From: Health Insurance Services <HealthInsurance@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Health Insurance Services
<HealthInsurance308835@replies.virtumundo.com>
Subject: Are You In The 50% of Americans Without Insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



ESI Offers, 5072 North, 300 West, Provo, UT 84604

```
From ???@??? Sun Jun 06 11:12:53 2004
Return-Path: <mailcenter308835@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 25941 invoked by uid 10003); 6 Jun 2004 14:45:20 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 25938 invoked from network); 6 Jun 2004 14:45:20 -0000
Received: from unknown (HELO vm109.vmadmin.com) (216.64.222.109)
   by ns48.webmasters.com with SMTP; 6 Jun 2004 14:45:20 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm109.vmadmin.com with SMTP; 06 Jun 2004 09:45:20 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 308835
From: Health Insurance Services <HealthInsurance@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Health Insurance Services
<HealthInsurance308835@replies.virtumundo.com>
Subject: Are You In The 50% of Americans Without Insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



ESI Offers, 5072 North, 300 West, Provo, UT 84604

```
From ???@??? Sun Jun 06 11:13:17 2004
Return-Path: <mailcenter308835@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 25949 invoked by uid 10003); 6 Jun 2004 14:45:20 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 25946 invoked from network); 6 Jun 2004 14:45:20 -0000
Received: from unknown (HELO vm109.vmadmin.com) (216.64.222.109)
   by ns48.webmasters.com with SMTP; 6 Jun 2004 14:45:20 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm109.vmadmin.com with SMTP; 06 Jun 2004 09:45:20 -0500
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 308835
From: Health Insurance Services <HealthInsurance@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Health Insurance Services
<HealthInsurance308835@replies.virtumundo.com>
Subject: Are You In The 50% of Americans Without Insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



ESI Offers, 5072 North, 300 West, Provo, UT 84604

```
From ???@??? Sat Nov 01 18:41:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <219319-18461>; Sat, 1 Nov 2003 20:01:10 -0500
Received: from vl208-58.vmlocal.com ([216.21.208.58]) by ams.ftl.affinity.com
with ESMTP id <235389-18464>; Sat, 1 Nov 2003 16:17:45 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-58.vmlocal.com with SMTP; 01 Nov 2003 15:17:43 -0600
X-ClientHost:
106097109105108097064103111141001111101191111141071150460991111109
X-MailingID: 186032
From: Health Insurance Solutions <HealthInsuranceSolutions186032@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Health Insurance Solutions
<HealthInsuranceSolutions186032@vmlocal.com>
Subject: Health and Happiness Go Hand in Hand.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov1.161745-0500_est.235389-18464+25490@ams.ftl.affinity.com>
Date:Sat, 1 Nov 2003 16:17:45 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2002 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Feb 07 18:08:54 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <3557591-7623>; Sat, 7 Feb 2004 19:22:30 -0500
Received: from vm208-70.adknow-net.com ([216.21.208.70]) by
ams.ftl.affinity.com with ESMTP id <3571725-7612>; Sat, 7 Feb 2004 19:21:57
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-70.adknow-net.com with SMTP; 07 Feb 2004 18:21:52 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 362323
From: Health Insurance Solutions <HealthInsuranceSolutions@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return362323@replies.adknow-net.com
Subject: Health insurance made easy.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb7.192157-0500_est.3571725-7612+24333@ams.ftl.affinity.com>
Date:Sat, 7 Feb 2004 19:21:57 -0500
```



If you're sick and tired of being without viable health insurance, then help
is here. Enjoy the assurance that comes with these health insurance links!

**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Jan 28 21:11:23 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <3561932-1096>; Wed, 28 Jan 2004 23:36:48 -0500
Received: from vm208-19.adknow-net.com ([216.21.208.19]) by
ams.ftl.affinity.com with ESMTP id <3563147-1095>; Wed, 28 Jan 2004 23:36:06
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-19.adknow-net.com with SMTP; 28 Jan 2004 22:36:00 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 352776
From: Health Insurance Solutions <HealthInsuranceSolutions@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return352776@replies.adknow-net.com
Subject: Great offers on health insurance.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan28.233606-0500_est.3563147-1095+9871@ams.ftl.affinity.com>
Date:Wed, 28 Jan 2004 23:36:06 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Jan 21 18:36:20 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2739217-19897>; Wed, 21 Jan 2004 20:47:10 -0500
Received: from vm208-65.adknow-net.com ([216.21.208.65]) by
ams.ftl.affinity.com with ESMTP id <2718080-19903>; Wed, 21 Jan 2004 20:45:58
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-65.adknow-net.com with SMTP; 21 Jan 2004 19:45:51 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 346079
From: Health Insurance Solutions <HealthInsuranceSolutions@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return346079@replies.adknow-net.com
Subject: Great offers on health insurance.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan21.204558-0500_est.2718080-19903+1308@ams.ftl.affinity.com>
Date:Wed, 21 Jan 2004 20:45:56 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 13 08:33:49 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <330482-9903>; Tue, 13 Jan 2004 10:55:32 -0500
Received: from vm208-55.adknow-net.com ([216.21.208.55]) by
ams.ftl.affinity.com with ESMTP id <325340-9905>; Tue, 13 Jan 2004 10:53:25
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-55.adknow-net.com with SMTP; 13 Jan 2004 09:53:23 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 340287
From: Health Insurance Solutions <HealthInsuranceSolutions@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return340287@replies.adknow-net.com
Subject: Great offers on health insurance.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan13.105325-0500_est.325340-9905+52231@ams.ftl.affinity.com>
Date:Tue, 13 Jan 2004 10:53:24 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Feb 12 13:44:32 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2301096-19835>; Thu, 12 Feb
2004 16:22:31 -0500
Received: from vm208-47.adknow-net.com ([216.21.208.47]) by
ams.ftl.affinity.com with ESMTP id <2301544-19833>; Thu, 12 Feb 2004 16:21:18
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-47.adknow-net.com with SMTP; 12 Feb 2004 15:21:10 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 368967
From: Health Insurance Solutions <HealthInsuranceSolutions@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return368967@replies.adknow-net.com
Subject: Great offers on health insurance.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb12.162118-0500_est.2301544-19833+11121@ams.ftl.affinity.com>
Date:Thu, 12 Feb 2004 16:21:17 -0500
```



**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Dec 25 07:52:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <3558848-18262>; Thu, 25 Dec 2003 09:42:20 -0500
Received: from vm209-209.vmlocal.com ([216.21.209.209]) by
ams.ftl.affinity.com with ESMTP id <3559049-18265>; Thu, 25 Dec 2003 09:41:36
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-209.vmlocal.com with SMTP; 25 Dec 2003 08:41:34 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 227704
From: Health Insurance Solutions <HealthInsuranceSolutions@vmlocal.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Health Insurance Solutions
<HealthInsuranceSolutions227704@vmlocal.com>
Subject: Great offers on health insurance.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec25.094136-0500_est.3559049-18265+921@ams.ftl.affinity.com>
Date:Thu, 25 Dec 2003 09:41:35 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2002 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 16 10:17:27 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <216131-11930>; Tue, 16 Dec 2003 12:04:23 -0500
Received: from vm209-195.vmlocal.com ([216.21.209.195]) by
ams.ftl.affinity.com with ESMTP id <215445-11936>; Tue, 16 Dec 2003 12:02:51
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-195.vmlocal.com with SMTP; 16 Dec 2003 11:02:47 -0600
X-ClientHost:
1060971091051080970641031111410011111011911111410711504609911109
X-MailingID: 220605
From: Health Insurance Solutions <HealthInsuranceSolutions@vmlocal.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Health Insurance Solutions
<HealthInsuranceSolutions220605@vmlocal.com>
Subject: Health insurance made easy.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec16.120251-0500_est.215445-11936+21340@ams.ftl.affinity.com>
Date:Tue, 16 Dec 2003 12:02:50 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2002 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Dec 08 16:10:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2715504-404>; Mon, 8 Dec 2003 17:40:14 -0500
Received: from vl208-44.vmlocal.com ([216.21.208.44]) by ams.ftl.affinity.com
with ESMTP id <2742259-403>; Mon, 8 Dec 2003 17:03:24 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-44.vmlocal.com with SMTP; 08 Dec 2003 16:02:47 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 214419
From: Health Insurance Solutions <HealthInsuranceSolutions@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Health Insurance Solutions
<HealthInsuranceSolutions214419@vmlocal.com>
Subject: Health insurance made easy.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec8.170324-0500_est.2742259-403+992@ams.ftl.affinity.com>
Date:Mon, 8 Dec 2003 17:03:21 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2002 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 29 17:16:47 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <225642-9871>; Sat, 29 Nov 2003 17:52:09 -0500
Received: from vl208-47.vmlocal.com ([216.21.208.47]) by ams.ftl.affinity.com
with ESMTP id <213119-9873>; Sat, 29 Nov 2003 17:51:19 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-47.vmlocal.com with SMTP; 29 Nov 2003 16:51:13 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 208278
From: Health Insurance Solutions <HealthInsuranceSolutions@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Health Insurance Solutions
<HealthInsuranceSolutions208278@vmlocal.com>
Subject: Health insurance made easy.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov29.175119-0500_est.213119-9873+23499@ams.ftl.affinity.com>
Date:Sat, 29 Nov 2003 17:51:17 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2002 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Jan 03 15:46:43 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <462608-23661>; Sat, 3 Jan 2004 17:33:43 -0500
Received: from vm209-222.vmlocal.com ([216.21.209.222]) by
ams.ftl.affinity.com with ESMTP id <462717-23668>; Sat, 3 Jan 2004 17:32:50
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-222.vmlocal.com with SMTP; 03 Jan 2004 16:32:47 -0600
X-ClientHost:
1060971091051080970641031111410011111011911111410711504609911109
X-MailingID: 234900
From: Health Insurance Solutions <HealthInsuranceSolutions@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Health Insurance Solutions
<HealthInsuranceSolutions234900@vmlocal.com>
Subject: Great offers on health insurance.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan3.173250-0500_est.462717-23668+79262@ams.ftl.affinity.com>
Date:Sat, 3 Jan 2004 17:32:50 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Sep 11 23:55:37 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <724383-29191>; Fri, 12 Sep 2003 02:49:54 -0400
Received: from vt04.vtarget.com ([216.64.222.4]) by ams.ftl.affinity.com with
ESMTP id <724244-29197>; Fri, 12 Sep 2003 02:48:44 -0400
Received: from vtarget.com (192.168.3.10)
  by vt04.vtarget.com with SMTP; 12 Sep 2003 01:48:42 -0500
X-ClientHost: 106097109101115064103111114100111101191111141071150460991111109
X-MailingID: 131668
From: Health Plans <HealthPlansFreeQuotes131668@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: MailCenter <mailcenter+131668@virtumundo.com>
Subject: Get Your Free Health Coverage Quotes. No Obligation.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep12.024844-0400_edt.724244-29197+788@ams.ftl.affinity.com>
Date:Fri, 12 Sep 2003 02:48:43 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

(c) 2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Nov 18 08:47:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221585-6080>; Tue, 18 Nov 2003 10:15:53 -0500
Received: from vm098.vmadmin.com ([216.64.222.98]) by ams.ftl.affinity.com
with ESMTP id <221715-6074>; Tue, 18 Nov 2003 10:14:41 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm098.vmadmin.com with SMTP; 18 Nov 2003 09:14:10 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 200800
From: Health Plans <HealthPlansFreeQuotes200800@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Health Plans <HealthPlansFreeQuotes200800@replies.virtumundo.com>
Subject: Get Your Free Health Coverage Quotes. No Obligation.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov18.101441-0500_est.221715-6074+48911@ams.ftl.affinity.com>
Date:Tue, 18 Nov 2003 10:14:40 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Nov 18 08:47:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221616-6079>; Tue, 18 Nov 2003 10:15:53 -0500
Received: from vm098.vmadmin.com ([216.64.222.98]) by ams.ftl.affinity.com
with ESMTP id <214885-6070>; Tue, 18 Nov 2003 10:14:41 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm098.vmadmin.com with SMTP; 18 Nov 2003 09:14:10 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071115046099111109
X-MailingID: 200800
From: Health Plans <HealthPlansFreeQuotes200800@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Health Plans <HealthPlansFreeQuotes200800@replies.virtumundo.com>
Subject: Get Your Free Health Coverage Quotes. No Obligation.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov18.101441-0500_est.214885-6070+48684@ams.ftl.affinity.com>
Date:Tue, 18 Nov 2003 10:14:39 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

(c) 2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Nov 18 08:47:07 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <214670-6073>; Tue, 18 Nov
2003 10:15:53 -0500
Received: from vm098.vmadmin.com ([216.64.222.98]) by ams.ftl.affinity.com
with ESMTP id <221803-6070>; Tue, 18 Nov 2003 10:14:41 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm098.vmadmin.com with SMTP; 18 Nov 2003 09:14:10 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 200800
From: Health Plans <HealthPlansFreeQuotes200800@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Health Plans <HealthPlansFreeQuotes200800@replies.virtumundo.com>
Subject: Get Your Free Health Coverage Quotes. No Obligation.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov18.101441-0500_est.221803-6070+48685@ams.ftl.affinity.com>
Date:Tue, 18 Nov 2003 10:14:41 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the

advertiser, and questions about this offer should be directed to the
advertiser.
(c) 2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Sep 20 16:41:28 2005
X-Persona: <Indi>
Return-Path: <mailcenter329791@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 19 Sep 2005 04:12:04 -0600
From: Healthcare Savings <HealthcareSavings@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Find health insurance you can afford
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_BALANCE_TABLE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_432E8EF4.FE82023A"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4194&e=indi@jammtomm.com
  URI:http://ogy.cc/quote_html_mailer3/1.gif
  URI:http://redirect.virtumundo.com/ct?i'4194&e=indi@jammtomm.com
  URI:http://ogy.cc/quote_html_mailer3/2.jpg [...]

Content analysis details:   (8.5 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.2 HTML_TAG_BALANCE_TABLE BODY: HTML is missing "table" close tags
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 2656 invoked from network); 19 Sep 2005 04:12:04 -0600
Received: from vm-183-141.vm-mail.com (206.82.183.141)
  by chiefmusician.net with SMTP; 19 Sep 2005 04:12:04 -0600
```

```
Received: from vm-mail.com (192.168.3.20)
  by vm-183-141.vm-mail.com with SMTP; 19 Sep 2005 05:12:03 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 329791
From: Healthcare Savings <HealthcareSavings@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329791@vm-rewards.com>
Subject: Find health insurance you can afford
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Find
health insu.htm"
```

```
From ???@??? Fri Dec 30 13:30:18 2005
Return-Path: <mailcenter333480@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 10048 invoked from network); 21 Dec 2005 11:12:18 -0600
Received: from vm-177-19.vm-mail.com (206.82.177.19)
  by jaycelia.com with SMTP; 21 Dec 2005 11:12:17 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-19.vm-mail.com with SMTP; 21 Dec 2005 11:12:04 -0600
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 333480
From: HealthCareEducation <HealthCareEducation@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333480@vm-rewards.com>
Subject: Find the degree in healthcare that's right for you
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```



**Healthcare Now Schools, #210-852 Fort Street, Victoria, BC, V8W1H8**

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 13:30:18 2005
Return-Path: <mailcenter333480@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 9378 invoked from network); 21 Dec 2005 11:12:17 -0600
Received: from vm-177-19.vm-mail.com (206.82.177.19)
  by jaycelia.com with SMTP; 21 Dec 2005 11:12:17 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-19.vm-mail.com with SMTP; 21 Dec 2005 11:12:04 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 333480
From: HealthCareEducation <HealthCareEducation@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333480@vm-rewards.com>
Subject: Find the degree in healthcare that's right for you
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```



**Healthcare Now Schools, #210-852 Fort Street, Victoria, BC, V8W1H8**

If you can not see our footer image, please visit here.

From ???@??? Sun Oct 30 16:25:48 2005
X-Persona: <Indi>
Return-Path: <mailcenter331337@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 27 Oct 2005 23:18:27 -0600
From: Heating Specialist <HeatingSpecialist@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Sears Heating & Air Systems - hot financing offer
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,GUARANTEED_STUFF,
        HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
        HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4361B4A3.4CD5C7AA"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network.
  URI:http://ogy.cc/hvac22/email2_01.gif
  URI:http://ogy.cc/hvac22/email2_02.jpg [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name                description
 ---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING         Missing Date: header
 2.8 X_MAIL_ID_PRESENT    Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
 1.2 GUARANTEED_STUFF     BODY: Guaranteed Stuff
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE         BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY       BODY: Message only has text/html MIME parts
 0.2 HTML_50_60           BODY: Message is 50% to 60% HTML
 0.1 HTML_FONTCOLOR_RED   BODY: HTML font color is red
 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE          URI: URL of page called "remove"

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 9666 invoked from network); 27 Oct 2005 23:18:27 -0600
Received: from vm-180-31.vm-mail.com (206.82.180.31)

```
  by jaykaysplace.com with SMTP; 27 Oct 2005 23:18:26 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-31.vm-mail.com with SMTP; 28 Oct 2005 00:18:16 -0500
X-ClientHost: 10511010010506410609710910911611110910904609911109
X-MailingID: 331337
From: Heating Specialist <HeatingSpecialist@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331337@vm-rewards.com>
Subject: Sears Heating & Air Systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Heating & 1.htm"
```

```
From ???@??? Sun Oct 30 16:25:48 2005
X-Persona: <Indi>
Return-Path: <mailcenter331337@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
     with SpamAssassin (2.63 2004-01-11);
     Thu, 27 Oct 2005 23:18:27 -0600
From: Heating Specialist <HeatingSpecialist@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Sears Heating & Air Systems - hot financing offer
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,GUARANTEED_STUFF,
     HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
     HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
     MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT
     autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4361B4A3.4CD5C7AA"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network.
  URI:http://ogy.cc/hvac22/email2_01.gif
  URI:http://ogy.cc/hvac22/email2_02.jpg [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD   BODY: List removal information
 1.2 GUARANTEED_STUFF       BODY: Guaranteed Stuff
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.2 HTML_50_60             BODY: Message is 50% to 60% HTML
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE            URI: URL of page called "remove"

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 9666 invoked from network); 27 Oct 2005 23:18:27 -0600
Received: from vm-180-31.vm-mail.com (206.82.180.31)
```

```
   by jaykaysplace.com with SMTP; 27 Oct 2005 23:18:26 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-31.vm-mail.com with SMTP; 28 Oct 2005 00:18:16 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 331337
From: Heating Specialist <HeatingSpecialist@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331337@vm-rewards.com>
Subject: Sears Heating & Air Systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Heating & 1.htm"
```

```
From ???@??? Fri Apr 07 12:08:13 2006
Return-Path: <mailcenter341226@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 17350 invoked from network); 31 Mar 2006 11:27:37 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by clrobin.com with SMTP; 31 Mar 2006 11:27:26 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 31 Mar 2006 11:26:51 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 341226
From: Hidden Deals <HiddenDeals@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341226@vm-rewards.com>
Subject: *****SPAM***** Find foreclosures and repos!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.6 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,NO_DNS_FOR_FROM,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5425]
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.6 NO_DNS_FOR_FROM Domain in From header has no MX or A DNS records
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]



Images not loading? View this offer by visiting this link
```




**Bargain Network, Inc. 326 Bollay Dr Goleta, CA 93117**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Mar 31 15:22:53 2006
X-Persona: <Celia>
Return-Path: <mailcenter341226@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 27618 invoked from network); 31 Mar 2006 11:55:46 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 31 Mar 2006 11:55:44 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 31 Mar 2006 11:54:52 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 341226
From: Hidden Deals <HiddenDeals@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341226@vm-rewards.com>
Subject: *****SPAM***** Find foreclosures and repos!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.2 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]


Images not loading? View this offer by visiting this link
```



**Bargain Network, Inc. 326 Bollay Dr Goleta, CA 93117**

**If you can not see our footer image, please visit here.**

From ???@??? Fri Mar 31 15:22:16 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter341226@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 7520 invoked from network); 31 Mar 2006 10:27:57 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by jaykaysplace.com with SMTP; 31 Mar 2006 10:27:52 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 31 Mar 2006 10:27:40 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 341226
From: Hidden Deals <HiddenDeals@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341226@vm-rewards.com>
Subject: Find foreclosures and repos!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



Bargain Network, Inc. 326 Bollay Dr Goleta, CA 93117

If you can not see our footer image, please visit here.

```
From ???@??? Fri Mar 31 09:47:00 2006
X-Persona: <Mila>
Return-Path: <mailcenter341226@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 31 Mar 2006 10:29:57 -0600
From: Hidden Deals <HiddenDeals@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Find foreclosures and repos!
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *************
X-Spam-Status: Yes, hits=13.4 required=7.0 tests=BAYES_99,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_442D5905.7BBBE16A"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(0687&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(0687&e=mila@jammtomm.com
  URI:http://ogy.cc/bn_combo_500x400_02.gif [...]

Content analysis details:   (13.4 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
                [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 16932 invoked from network); 31 Mar 2006 10:28:24 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)

```
   by jaycelia.com with SMTP; 31 Mar 2006 10:28:14 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 31 Mar 2006 10:28:11 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 341226
From: Hidden Deals <HiddenDeals@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341226@vm-rewards.com>
Subject: Find foreclosures and repos!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Find
foreclosure1.htm"
```

From ???@??? Fri Apr 07 12:08:13 2006
Return-Path: <mailcenter341226@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 18080 invoked from network); 31 Mar 2006 11:27:41 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by clrobin.com with SMTP; 31 Mar 2006 11:27:39 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 31 Mar 2006 11:26:51 -0600
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 341226
From: Hidden Deals <HiddenDeals@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341226@vm-rewards.com>
Subject: *****SPAM***** Find foreclosures and repos!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *     [score: 0.5425]
        * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]


Images not loading? View this offer by visiting this link



 **Bargain Network, Inc. 326 Bollay Dr Goleta, CA 93117**


**If you can not see our footer image, please visit here.**

From ???@??? Fri Sep 19 14:23:11 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <462855-12974>; Fri, 19 Sep 2003 16:04:21 -0400
Received: from vt30.vtarget.com ([216.64.222.30]) by ams.ftl.affinity.com with
ESMTP id <461207-12976>; Fri, 19 Sep 2003 16:03:45 -0400
Received: from vtarget.com (192.168.3.10)
  by vt30.vtarget.com with SMTP; 19 Sep 2003 15:03:43 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 138745
From: High Speed Internet <HighSpeedInternet138745@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: High Speed Internet <HighSpeedInternet138745@replies.vtarget.com>
Subject: Tired of slow connections?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep19.160345-0400_edt.461207-12976+4067@ams.ftl.affinity.com>
Date:Fri, 19 Sep 2003 16:03:43 -0400





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Oct 27 18:43:46 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <330368-23170>; Mon, 27 Oct 2003 19:27:59 -0500
Received: from vl208-23.vmlocal.com ([216.21.208.23]) by ams.ftl.affinity.com
with ESMTP id <330850-23166>; Mon, 27 Oct 2003 19:26:54 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-23.vmlocal.com with SMTP; 27 Oct 2003 18:26:51 -0600
X-ClientHost: 106097109101115064103111141001111101191111141071150460991111109
X-MailingID: 178329
From: High Speed Internet <HighSpeedInternet178329@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet178329@vmlocal.com>
Subject: Tired of slow connections?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct27.192654-0500_est.330850-23166+17058@ams.ftl.affinity.com>
Date:Mon, 27 Oct 2003 19:26:53 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**
Message sent

```
From ???@??? Fri Oct 31 00:22:09 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <228682-9014>; Fri, 31 Oct
2003 01:20:21 -0500
Received: from vl208-21.vmlocal.com ([216.21.208.21]) by ams.ftl.affinity.com
with ESMTP id <215799-9009>; Fri, 31 Oct 2003 01:19:13 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-21.vmlocal.com with SMTP; 31 Oct 2003 00:19:12 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 182594
From: High Speed Internet <HighSpeedInternet182594@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet182594@vmlocal.com>
Subject: Still on Dial-Up?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct31.011913-0500_est.215799-9009+29315@ams.ftl.affinity.com>
Date:Fri, 31 Oct 2003 01:19:13 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 31 00:22:09 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <228247-9013>; Fri, 31 Oct 2003 01:20:21 -0500
Received: from vl208-21.vmlocal.com ([216.21.208.21]) by ams.ftl.affinity.com
with ESMTP id <228682-9019>; Fri, 31 Oct 2003 01:19:13 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-21.vmlocal.com with SMTP; 31 Oct 2003 00:19:12 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 182594
From: High Speed Internet <HighSpeedInternet182594@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet182594@vmlocal.com>
Subject: Still on Dial-Up?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct31.011913-0500_est.228682-9019+30124@ams.ftl.affinity.com>
Date:Fri, 31 Oct 2003 01:19:13 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Oct 30 15:48:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222843-14151>; Thu, 30 Oct 2003 16:44:46 -0500
Received: from vl208-62.vmlocal.com ([216.21.208.62]) by ams.ftl.affinity.com
with ESMTP id <224115-14152>; Thu, 30 Oct 2003 16:43:18 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-62.vmlocal.com with SMTP; 30 Oct 2003 15:43:14 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 182598
From: High Speed Internet <HighSpeedInternet182598@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet182598@vmlocal.com>
Subject: As fast as you heard it could be.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct30.164318-0500_est.224115-14152+32121@ams.ftl.affinity.com>
Date:Thu, 30 Oct 2003 16:43:17 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent Thu Oct 30 15:41:37 CST 2003

From ???@??? Fri Oct 31 17:44:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213247-8220>; Fri, 31 Oct 2003 20:10:11 -0500
Received: from vl208-73.vmlocal.com ([216.21.208.73]) by ams.ftl.affinity.com
with ESMTP id <214421-8184>; Fri, 31 Oct 2003 20:10:00 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-73.vmlocal.com with SMTP; 31 Oct 2003 19:09:58 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 183930
From: High Speed Internet <HighSpeedInternet183930@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet183930@vmlocal.com>
Subject: Still on Dial-Up?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct31.201000-0500_est.214421-8184+46505@ams.ftl.affinity.com>
Date:Fri, 31 Oct 2003 20:09:59 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Nov 11 21:41:31 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216600-18648>; Tue, 11 Nov 2003 22:57:29 -0500
Received: from vl208-56.vmlocal.com ([216.21.208.56]) by ams.ftl.affinity.com
with ESMTP id <229290-18638>; Tue, 11 Nov 2003 22:56:23 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-56.vmlocal.com with SMTP; 11 Nov 2003 21:56:15 -0600
X-ClientHost: 106097109101115064103111114100111101191111141071150460991111109
X-MailingID: 195708
From: High Speed Internet <HighSpeedInternet195708@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet195708@vmlocal.com>
Subject: Upgrade to instant. High speed internet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov11.225623-0500_est.229290-18638+28921@ams.ftl.affinity.com>
Date:Tue, 11 Nov 2003 22:56:22 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Nov 12 10:22:56 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <224344-26146>; Wed, 12 Nov 2003 13:12:09 -0500
Received: from vl208-33.vmlocal.com ([216.21.208.33]) by ams.ftl.affinity.com
with ESMTP id <224328-26150>; Wed, 12 Nov 2003 13:11:15 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-33.vmlocal.com with SMTP; 12 Nov 2003 12:11:08 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 196397
From: High Speed Internet <HighSpeedInternet196397@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet196397@vmlocal.com>
Subject: Downloading speed got you down?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov12.131115-0500_est.224328-26150+44199@ams.ftl.affinity.com>
Date:Wed, 12 Nov 2003 13:11:15 -0500
```



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Nov 15 19:54:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <221825-5590>; Sat, 15 Nov
2003 21:56:29 -0500
Received: from vl208-26.vmlocal.com ([216.21.208.26]) by ams.ftl.affinity.com
with ESMTP id <221942-5590>; Sat, 15 Nov 2003 21:55:20 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-26.vmlocal.com with SMTP; 15 Nov 2003 20:55:10 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 198385
From: High Speed Internet <HighSpeedInternet198385@vmlocal.com>
To:     Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet198385@vmlocal.com>
Subject: Downloading speed got you down?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov15.215520-0500_est.221942-5590+16391@ams.ftl.affinity.com>
Date:Sat, 15 Nov 2003 21:55:20 -0500
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 15 19:54:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <218337-5597>; Sat, 15 Nov 2003 21:56:29 -0500
Received: from vl208-26.vmlocal.com ([216.21.208.26]) by ams.ftl.affinity.com
with ESMTP id <221828-5587>; Sat, 15 Nov 2003 21:55:19 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-26.vmlocal.com with SMTP; 15 Nov 2003 20:55:10 -0600
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 198385
From: High Speed Internet <HighSpeedInternet198385@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet198385@vmlocal.com>
Subject: Downloading speed got you down?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov15.215519-0500_est.221828-5587+16172@ams.ftl.affinity.com>
Date:Sat, 15 Nov 2003 21:55:19 -0500
```



 **You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Nov 15 19:54:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221828-5597>; Sat, 15 Nov 2003 21:56:29 -0500
Received: from vl208-26.vmlocal.com ([216.21.208.26]) by ams.ftl.affinity.com
with ESMTP id <221927-5586>; Sat, 15 Nov 2003 21:55:20 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-26.vmlocal.com with SMTP; 15 Nov 2003 20:55:10 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 198385
From: High Speed Internet <HighSpeedInternet198385@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet198385@vmlocal.com>
Subject: Downloading speed got you down?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov15.215520-0500_est.221927-5586+16112@ams.ftl.affinity.com>
Date:Sat, 15 Nov 2003 21:55:20 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Nov 19 11:47:34 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218953-18310>; Wed, 19 Nov 2003 13:27:32 -0500
Received: from vl208-23.vmlocal.com ([216.21.208.23]) by ams.ftl.affinity.com
with ESMTP id <217810-18308>; Wed, 19 Nov 2003 13:25:45 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-23.vmlocal.com with SMTP; 19 Nov 2003 12:25:36 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 201198
From: High Speed Internet <HighSpeedInternet201198@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet201198@vmlocal.com>
Subject: Upgrade to instant. High speed internet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov19.132545-0500_est.217810-18308+3225@ams.ftl.affinity.com>
Date:Wed, 19 Nov 2003 13:25:45 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Nov 20 11:43:10 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <225051-26280>; Thu, 20 Nov 2003 12:49:23 -0500
Received: from vl208-60.vmlocal.com ([216.21.208.60]) by ams.ftl.affinity.com
with ESMTP id <225170-26271>; Thu, 20 Nov 2003 12:47:48 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-60.vmlocal.com with SMTP; 20 Nov 2003 11:47:29 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 201896
From: High Speed Internet <HighSpeedInternet201896@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet201896@vmlocal.com>
Subject: Upgrade to instant. High speed internet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov20.124748-0500_est.225170-26271+31658@ams.ftl.affinity.com>
Date:Thu, 20 Nov 2003 12:47:48 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Jan 22 22:17:02 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <362236-11784>; Thu, 22 Jan 2004 23:53:09 -0500
Received: from vm208-50.adknow-net.com ([216.21.208.50]) by
ams.ftl.affinity.com with ESMTP id <362179-11784>; Thu, 22 Jan 2004 23:51:18
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-50.adknow-net.com with SMTP; 22 Jan 2004 22:51:16 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 346878
From: High Speed Internet <HighSpeedInternet@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return346878@replies.adknow-net.com
Subject: Upgrade to instant. High speed internet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan22.235118-0500_est.362179-11784+9911@ams.ftl.affinity.com>
Date:Thu, 22 Jan 2004 23:51:17 -0500



If you would like to refer a friend information regarding this program,

go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Jan 22 16:48:16 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <233957-17275>; Thu, 22 Jan 2004 19:28:08 -0500
Received: from vm208-44.adknow-net.com ([216.21.208.44]) by
ams.ftl.affinity.com with ESMTP id <233505-17274>; Thu, 22 Jan 2004 19:26:56
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-44.adknow-net.com with SMTP; 22 Jan 2004 18:26:53 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460 99111109
X-MailingID: 347225
From: High Speed Internet <HighSpeedInternet@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return347225@replies.adknow-net.com
Subject: Upgrade to instant gratification.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan22.192656-0500_est.233505-17274+16455@ams.ftl.affinity.com>
Date:Thu, 22 Jan 2004 19:26:56 -0500
```



If you would like to refer a friend information regarding this program,

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Jan 22 16:48:16 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <233968-17278>; Thu, 22 Jan
2004 19:28:08 -0500
Received: from vm208-44.adknow-net.com ([216.21.208.44]) by
ams.ftl.affinity.com with ESMTP id <233971-17265>; Thu, 22 Jan 2004 19:26:57
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-44.adknow-net.com with SMTP; 22 Jan 2004 18:26:53 -0600
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 347225
From: High Speed Internet <HighSpeedInternet@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return347225@replies.adknow-net.com
Subject: Upgrade to instant gratification.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan22.192657-0500_est.233971-17265+16380@ams.ftl.affinity.com>
Date:Thu, 22 Jan 2004 19:26:56 -0500
```




**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Jan 22 16:48:16 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <227357-17276>; Thu, 22 Jan 2004 19:28:08 -0500
Received: from vm208-44.adknow-net.com ([216.21.208.44]) by
ams.ftl.affinity.com with ESMTP id <233968-17276>; Thu, 22 Jan 2004 19:26:55
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-44.adknow-net.com with SMTP; 22 Jan 2004 18:26:53 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 347225
From: High Speed Internet <HighSpeedInternet@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return347225@replies.adknow-net.com
Subject: Upgrade to instant gratification.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan22.192655-0500_est.233968-17276+15784@ams.ftl.affinity.com>
Date:Thu, 22 Jan 2004 19:26:55 -0500
```




**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Jan 22 22:17:02 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <362228-11784>; Thu, 22 Jan 2004 23:53:09 -0500
Received: from vm208-50.adknow-net.com ([216.21.208.50]) by
ams.ftl.affinity.com with ESMTP id <362236-11781>; Thu, 22 Jan 2004 23:51:18
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-50.adknow-net.com with SMTP; 22 Jan 2004 22:51:16 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 346878
From: High Speed Internet <HighSpeedInternet@adknow-net.com>
To:     James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return346878@replies.adknow-net.com
Subject: Upgrade to instant. High speed internet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan22.235118-0500_est.362236-11781+9807@ams.ftl.affinity.com>
Date:Thu, 22 Jan 2004 23:51:17 -0500
```



If you would like to refer a friend information regarding this program,

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Dec 19 07:27:56 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2377667-31111>; Fri, 19 Dec
2003 03:25:00 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <2382353-31111>; Fri, 19 Dec 2003 03:23:36 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm101.vmadmin.com with SMTP; 19 Dec 2003 02:23:31 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 221713
From: High Speed Internet <HighSpeedInternet@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: High Speed Internet <HighSpeedInternet221713@replies.virtumundo.com>
Subject: Surf your favorite sites up to five times faster.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec19.032336-0500_est.2382353-31111+16627@ams.ftl.affinity.com>
Date:Fri, 19 Dec 2003 03:23:35 -0500
```



www.amazon.com                              www.amazon.com
4.3 seconds                                 17.6 seconds

www.ebay.com                                www.ebay.com
3.0 seconds                                 15.1 seconds

www.travelocity.com                         www.travelocity.com
7.8 seconds                                 27.1 seconds



?? NetZero HiSpeed does not increase the transmission speed of files or
attachments, including music or video.



## 1. What is NetZero HiSpeed?

NetZero HiSpeed is an exciting new product from NetZero that accelerates your Web surfing experience using your existing phone jack and modem. NetZero HiSpeed INCLUDES the NetZero Platinum service and requires NO additional equipment and NO waiting! It is the high-speed surfing solution with the convenience of dial-up.




## 2. What gets Accelerated?



**Web pages** - HTML markup and JavaScript

**Graphics** including JPEG and GIF images

**Text**

**E-mail on the Web**

Streaming media, audio and video files

Secure pages, such as those used for online banking and credit card forms

Files and attachments such as music or digital photos

## 3. How does it work?

Before the text and graphics that make up Web pages get sent to your phone line, NetZero HiSpeed compresses them using a proprietary technology. Less data is sent so your surfing experience is that much faster! In addition, NetZero HiSpeed stores elements of frequently visited Web sites so they load faster on future visits.





?? NetZero HiSpeed accelerates certain web page text and graphics when compared to standard dial-up Internet service. Actual results may vary. Some web pages such as secure or encrypted web pages will not be accelerated. NetZero HiSpeed is not a broadband service and actual data transmission rates are not faster than standard dial-up Internet service. Transmission of files including, without limitation, streaming audio or video, digital photographs, MP3 or other music files, executable files and other downloads, is not faster using NetZero HiSpeed than with standard dial-up service. NetZero HiSpeed may not be compatible with proxy based software or services such as content filters or firewalls. NetZero HiSpeed is only compatible with Platinum service and specified browsers. Not available for Mac.

  * Please note that, depending on the numbers you choose, your location, and your calling plan, you may incur long distance or toll charges in excess of your local service charges on your telephone bill. For a list of access numbers and their locations, go to http://my.netzero.net/s/numbers. To find out whether or not you will incur any charges, and if so, the amounts of such charges, please contact your local telephone company. You will be responsible for all such charges incurred. Additionally, live technical support is available for a fee of $1.95/minute ($2.95 CDN/min in Canada). NetZero reserves the right to impose hourly usage limitations. See Terms of Service for details. Service not available in all areas. Unless indicated otherwise, all prices shown are in United States dollars.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Dec 19 07:27:56 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2372378-31113>; Fri, 19 Dec 2003 03:24:58 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <2382041-31104>; Fri, 19 Dec 2003 03:23:35 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm101.vmadmin.com with SMTP; 19 Dec 2003 02:23:31 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 221713
From: High Speed Internet <HighSpeedInternet@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: High Speed Internet <HighSpeedInternet221713@replies.virtumundo.com>
Subject: Surf your favorite sites up to five times faster.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec19.032335-0500_est.2382041-31104+17001@ams.ftl.affinity.com>
Date:Fri, 19 Dec 2003 03:23:34 -0500
```



www.amazon.com                   www.amazon.com
4.3 seconds                      17.6 seconds

www.ebay.com                     www.ebay.com
3.0 seconds                      15.1 seconds

www.travelocity.com              www.travelocity.com
7.8 seconds                      27.1 seconds



?? NetZero HiSpeed does not increase the transmission speed of files or
attachments, including music or video.



## 1. What is NetZero HiSpeed?



NetZero HiSpeed is an exciting new product from NetZero that accelerates your Web surfing experience using your existing phone jack and modem. NetZero HiSpeed INCLUDES the NetZero Platinum service and requires NO additional equipment and NO waiting! It is the high-speed surfing solution with the convenience of dial-up.



## 2. What gets Accelerated?



**Web pages** - HTML markup and JavaScript

**Graphics** including JPEG and GIF images

**Text**

**E-mail on the Web**

Streaming media, audio and video files

Secure pages, such as those used for online banking and credit card forms

Files and attachments such as music or digital photos



## 3. How does it work?



Before the text and graphics that make up Web pages get sent to your phone line, NetZero HiSpeed compresses them using a proprietary technology. Less data is sent so your surfing experience is that much faster! In addition, NetZero HiSpeed stores elements of frequently visited Web sites so they load faster on future visits.

?? NetZero HiSpeed accelerates certain web page text and graphics when compared to standard dial-up Internet service. Actual results may vary. Some web pages such as secure or encrypted web pages will not be accelerated. NetZero HiSpeed is not a broadband service and actual data transmission rates are not faster than standard dial-up Internet service. Transmission of files including, without limitation, streaming audio or video, digital photographs, MP3 or other music files, executable files and other downloads, is not faster using NetZero HiSpeed than with standard dial-up service. NetZero HiSpeed may not be compatible with proxy based software or services such as content filters or firewalls. NetZero HiSpeed is only compatible with Platinum service and specified browsers. Not available for Mac.

 * Please note that, depending on the numbers you choose, your location, and your calling plan, you may incur long distance or toll charges in excess of your local service charges on your telephone bill. For a list of access numbers and their locations, go to http://my.netzero.net/s/numbers. To find out whether or not you will incur any charges, and if so, the amounts of such charges, please contact your local telephone company. You will be responsible for all such charges incurred. Additionally, live technical support is available for a fee of $1.95/minute ($2.95 CDN/min in Canada). NetZero reserves the right to impose hourly usage limitations. See Terms of Service for details. Service not available in all areas. Unless indicated otherwise, all prices shown are in United States dollars.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Dec 19 07:27:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2373720-31107>; Fri, 19 Dec 2003 03:24:58 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <2375764-31105>; Fri, 19 Dec 2003 03:23:34 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm101.vmadmin.com with SMTP; 19 Dec 2003 02:23:31 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 221713
From: High Speed Internet <HighSpeedInternet@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: High Speed Internet <HighSpeedInternet221713@replies.virtumundo.com>
Subject: Surf your favorite sites up to five times faster.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec19.032334-0500_est.2375764-31105+16448@ams.ftl.affinity.com>
Date:Fri, 19 Dec 2003 03:23:33 -0500
```



**www.amazon.com**          **www.amazon.com**
4.3 seconds                17.6 seconds

**www.ebay.com**            **www.ebay.com**
3.0 seconds                15.1 seconds

**www.travelocity.com**     **www.travelocity.com**
7.8 seconds                27.1 seconds



```
?? NetZero HiSpeed does not increase the transmission speed of files or
attachments, including music or video.
```



**1. What is NetZero HiSpeed?**
NetZero HiSpeed is an exciting new product from NetZero that

### 1. What is NetZero HiSpeed?

NetZero HiSpeed is an exciting new product from NetZero that





**Web pages** - HTML markup and JavaScript

**Graphics** including JPEG and GIF images

**Text**

**E-mail on the Web**

Streaming media, audio and video files

Secure pages, such as those used for online banking and credit card forms

Files and attachments such as music or digital photos

### 3. How does it work?

Before the text and graphics that make up Web pages get sent to your phone line, NetZero HiSpeed compresses them using a proprietary technology. Less data is sent so your surfing experience is that much faster! In addition, NetZero HiSpeed stores elements of frequently visited Web sites so they load faster on future visits.





?? NetZero HiSpeed accelerates certain web page text and graphics when compared to standard dial-up Internet service. Actual results may vary. Some web pages such as secure or encrypted web pages will not be accelerated. NetZero HiSpeed is not a broadband service and actual data transmission rates are not faster than standard dial-up Internet service. Transmission of files including, without limitation, streaming audio or video, digital photographs, MP3 or other music files, executable files and other downloads, is not faster using NetZero HiSpeed than with standard dial-up service. NetZero HiSpeed may not be compatible with proxy based software or services such as content filters or firewalls. NetZero HiSpeed is only compatible with Platinum service and specified browsers. Not available for Mac.

 * Please note that, depending on the numbers you choose, your location, and your calling plan, you may incur long distance or toll charges in excess of your local service charges on your telephone bill. For a list of access numbers and their locations, go to http://my.netzero.net/s/numbers. To find out whether or not you will incur any charges, and if so, the amounts of such charges, please contact your local telephone company. You will be responsible for all such charges incurred. Additionally, live technical support is available for a fee of $1.95/minute ($2.95 CDN/min in Canada). NetZero reserves the right to impose hourly usage limitations. See Terms of Service for details. Service not available in all areas. Unless indicated otherwise, all prices shown are in United States dollars.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Dec 19 07:27:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2374381-31107>; Fri, 19 Dec 2003 03:24:57 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <2373720-31107>; Fri, 19 Dec 2003 03:23:33 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm101.vmadmin.com with SMTP; 19 Dec 2003 02:23:31 -0600
X-ClientHost: 102097121101064103111114100111101191111114107115046099111109
X-MailingID: 221713
From: High Speed Internet <HighSpeedInternet@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: High Speed Internet <HighSpeedInternet221713@replies.virtumundo.com>
Subject: Surf your favorite sites up to five times faster.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec19.032333-0500_est.2373720-31107+16862@ams.ftl.affinity.com>
Date:Fri, 19 Dec 2003 03:23:33 -0500
```



**www.amazon.com**
4.3 seconds

**www.amazon.com**
17.6 seconds

**www.ebay.com**
3.0 seconds

**www.ebay.com**
15.1 seconds

**www.travelocity.com**
7.8 seconds

**www.travelocity.com**
27.1 seconds



```
?? NetZero HiSpeed does not increase the transmission speed of files or
attachments, including music or video.
```



**1.  What is NetZero HiSpeed?**
```
NetZero HiSpeed is an exciting new product from NetZero that
```

### 1. What is NetZero HiSpeed?

NetZero HiSpeed is an exciting new product from NetZero that





**Web pages** - HTML markup and JavaScript

**Graphics** including JPEG and GIF images

**Text**

**E-mail on the Web**

Streaming media, audio and video files

Secure pages, such as those used for online banking and credit card forms

Files and attachments such as music or digital photos

### 3. How does it work?

Before the text and graphics that make up Web pages get sent to your phone line, NetZero HiSpeed compresses them using a proprietary technology. Less data is sent so your surfing experience is that much faster! In addition, NetZero HiSpeed stores elements of frequently visited Web sites so they load faster on future visits.



?? NetZero HiSpeed accelerates certain web page text and graphics when compared to standard dial-up Internet service. Actual results may vary. Some web pages such as secure or encrypted web pages will not be accelerated. NetZero HiSpeed is not a broadband service and actual data transmission rates are not faster than standard dial-up Internet service. Transmission of files including, without limitation, streaming audio or video, digital photographs, MP3 or other music files, executable files and other downloads, is not faster using NetZero HiSpeed than with standard dial-up service. NetZero HiSpeed may not be compatible with proxy based software or services such as content filters or firewalls. NetZero HiSpeed is only compatible with Platinum service and specified browsers. Not available for Mac.

  * Please note that, depending on the numbers you choose, your location, and your calling plan, you may incur long distance or toll charges in excess of your local service charges on your telephone bill. For a list of access numbers and their locations, go to http://my.netzero.net/s/numbers. To find out whether or not you will incur any charges, and if so, the amounts of such charges, please contact your local telephone company. You will be responsible for all such charges incurred. Additionally, live technical support is available for a fee of $1.95/minute ($2.95 CDN/min in Canada). NetZero reserves the right to impose hourly usage limitations. See Terms of Service for details. Service not available in all areas. Unless indicated otherwise, all prices shown are in United States dollars.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Dec 19 07:27:56 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2381993-18163>; Fri, 19 Dec 2003 03:25:00 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <2382334-31111>; Fri, 19 Dec 2003 03:23:36 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm101.vmadmin.com with SMTP; 19 Dec 2003 02:23:31 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991 11109
X-MailingID: 221713
From: High Speed Internet <HighSpeedInternet@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: High Speed Internet <HighSpeedInternet221713@replies.virtumundo.com>
Subject: Surf your favorite sites up to five times faster.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec19.032336-0500_est.2382334-31111+16625@ams.ftl.affinity.com>
Date:Fri, 19 Dec 2003 03:23:35 -0500
```



**www.amazon.com**          **www.amazon.com**
4.3 seconds                 17.6 seconds

**www.ebay.com**            **www.ebay.com**
3.0 seconds                 15.1 seconds

**www.travelocity.com**     **www.travelocity.com**
7.8 seconds                 27.1 seconds



?? NetZero HiSpeed does not increase the transmission speed of files or attachments, including music or video.



**1. What is NetZero HiSpeed?**
NetZero HiSpeed is an exciting new product from NetZero that

### 1. What is NetZero HiSpeed?

NetZero HiSpeed is an exciting new product from NetZero that





**Web pages** - HTML markup and JavaScript

**Graphics** including JPEG and GIF images

**Text**

**E-mail on the Web**

Streaming media, audio and video files

Secure pages, such as those used for online banking and credit card forms

Files and attachments such as music or digital photos



### 3. How does it work?

Before the text and graphics that make up Web pages get sent to your phone line, NetZero HiSpeed compresses them using a proprietary technology. Less data is sent so your surfing experience is that much faster! In addition, NetZero HiSpeed stores elements of frequently visited Web sites so they load faster on future visits.

?? NetZero HiSpeed accelerates certain web page text and graphics when compared to standard dial-up Internet service. Actual results may vary. Some web pages such as secure or encrypted web pages will not be accelerated. NetZero HiSpeed is not a broadband service and actual data transmission rates are not faster than standard dial-up Internet service. Transmission of files including, without limitation, streaming audio or video, digital photographs, MP3 or other music files, executable files and other downloads, is not faster using NetZero HiSpeed than with standard dial-up service. NetZero HiSpeed may not be compatible with proxy based software or services such as content filters or firewalls. NetZero HiSpeed is only compatible with Platinum service and specified browsers. Not available for Mac.

 * Please note that, depending on the numbers you choose, your location, and your calling plan, you may incur long distance or toll charges in excess of your local service charges on your telephone bill. For a list of access numbers and their locations, go to http://my.netzero.net/s/numbers. To find out whether or not you will incur any charges, and if so, the amounts of such charges, please contact your local telephone company. You will be responsible for all such charges incurred. Additionally, live technical support is available for a fee of $1.95/minute ($2.95 CDN/min in Canada). NetZero reserves the right to impose hourly usage limitations. See Terms of Service for details. Service not available in all areas. Unless indicated otherwise, all prices shown are in United States dollars.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Jan 08 18:15:28 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2377800-8274>; Thu, 8 Jan
2004 19:40:40 -0500
Received: from vm217-180.vmlocal.com ([216.21.217.180]) by
ams.ftl.affinity.com with ESMTP id <2377485-8273>; Thu, 8 Jan 2004 19:39:42
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm217-180.vmlocal.com with SMTP; 08 Jan 2004 18:39:38 -0600
X-ClientHost:
106111110097116104097110064103111114100111101191111141071150460991111109
X-MailingID: 237841
From: High Speed Internet <HighSpeedInternet@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet237841@vmlocal.com>
Subject: Downloading speed got you down?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan8.193942-0500_est.2377485-8273+16782@ams.ftl.affinity.com>
Date:Thu, 8 Jan 2004 19:39:42 -0500





**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Jan 08 18:15:28 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2377567-8276>; Thu, 8 Jan 2004 19:40:40 -0500
Received: from vm217-180.vmlocal.com ([216.21.217.180]) by
ams.ftl.affinity.com with ESMTP id <2377455-8276>; Thu, 8 Jan 2004 19:39:42
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm217-180.vmlocal.com with SMTP; 08 Jan 2004 18:39:38 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 237841
From: High Speed Internet <HighSpeedInternet@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet237841@vmlocal.com>
Subject: Downloading speed got you down?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan8.193942-0500_est.2377455-8276+16175@ams.ftl.affinity.com>
Date:Thu, 8 Jan 2004 19:39:41 -0500
```





**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Jan 08 18:15:28 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2377073-8276>; Thu, 8 Jan 2004 19:40:40 -0500
Received: from vm217-180.vmlocal.com ([216.21.217.180]) by
ams.ftl.affinity.com with ESMTP id <2377395-8273>; Thu, 8 Jan 2004 19:39:42
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm217-180.vmlocal.com with SMTP; 08 Jan 2004 18:39:38 -0600
X-ClientHost: 102097121101064103111141100111110119111141071150460991111109
X-MailingID: 237841
From: High Speed Internet <HighSpeedInternet@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet237841@vmlocal.com>
Subject: Downloading speed got you down?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan8.193942-0500_est.2377395-8273+16781@ams.ftl.affinity.com>
Date:Thu, 8 Jan 2004 19:39:41 -0500
```



If you would like to refer a friend information regarding this program,

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 06 09:33:35 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <224637-8285>; Tue, 6 Jan 2004 10:26:33 -0500
Received: from vm209-237.vmlocal.com ([216.21.209.237]) by
ams.ftl.affinity.com with ESMTP id <224651-8289>; Tue, 6 Jan 2004 10:25:37
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-237.vmlocal.com with SMTP; 06 Jan 2004 09:25:37 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 236613
From: High Speed Internet <HighSpeedInternet@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet236613@vmlocal.com>
Subject: Don't let downloads slow you down.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan6.102537-0500_est.224651-8289+6815@ams.ftl.affinity.com>
Date:Tue, 6 Jan 2004 10:25:37 -0500
```



If you would like to refer a friend information regarding this program,

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to <u>http://www.virtumundo.com/change/</u> or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 06 09:33:35 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <224643-8288>; Tue, 6 Jan 2004 10:26:33 -0500
Received: from vm209-237.vmlocal.com ([216.21.209.237]) by
ams.ftl.affinity.com with ESMTP id <224653-8289>; Tue, 6 Jan 2004 10:25:37
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-237.vmlocal.com with SMTP; 06 Jan 2004 09:25:37 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 236613
From: High Speed Internet <HighSpeedInternet@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet236613@vmlocal.com>
Subject: Don't let downloads slow you down.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan6.102537-0500_est.224653-8289+6816@ams.ftl.affinity.com>
Date:Tue, 6 Jan 2004 10:25:37 -0500
```



**If you would like to refer a friend information regarding this program,**

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 31 21:08:54 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <340558-1018>; Wed, 31 Dec 2003 22:42:17 -0500
Received: from vm209-187.vmlocal.com ([216.21.209.187]) by
ams.ftl.affinity.com with ESMTP id <341247-1026>; Wed, 31 Dec 2003 22:41:22
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-187.vmlocal.com with SMTP; 31 Dec 2003 21:41:18 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 232584
From: High Speed Internet <HighSpeedInternet@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet232584@vmlocal.com>
Subject: Downloading speed got you down?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec31.224122-0500_est.341247-1026+13628@ams.ftl.affinity.com>
Date:Wed, 31 Dec 2003 22:41:19 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Dec 29 08:29:34 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <461256-26629>; Mon, 29 Dec 2003 10:58:13 -0500
Received: from vm209-204.vmlocal.com ([216.21.209.204]) by
ams.ftl.affinity.com with ESMTP id <466820-26630>; Mon, 29 Dec 2003 10:38:27
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-204.vmlocal.com with SMTP; 29 Dec 2003 09:34:24 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 230982
From: High Speed Internet <HighSpeedInternet@vmlocal.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet230982@vmlocal.com>
Subject: Downloading speed got you down?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec29.103827-0500_est.466820-26630+282@ams.ftl.affinity.com>
Date:Mon, 29 Dec 2003 10:34:25 -0500
```




**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Dec 29 08:29:34 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <461247-26629>; Mon, 29 Dec 2003 10:58:13 -0500
Received: from vm209-204.vmlocal.com ([216.21.209.204]) by
ams.ftl.affinity.com with ESMTP id <466817-26630>; Mon, 29 Dec 2003 10:38:27
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-204.vmlocal.com with SMTP; 29 Dec 2003 09:34:24 -0600
X-ClientHost: 1060971210641031111141001111101191111141071115046099111109
X-MailingID: 230982
From: High Speed Internet <HighSpeedInternet@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet230982@vmlocal.com>
Subject: Downloading speed got you down?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec29.103827-0500_est.466817-26630+283@ams.ftl.affinity.com>
Date:Mon, 29 Dec 2003 10:34:25 -0500
```



 **You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Dec 29 08:29:34 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <461255-26629>; Mon, 29 Dec
2003 10:58:13 -0500
Received: from vm209-204.vmlocal.com ([216.21.209.204]) by
ams.ftl.affinity.com with ESMTP id <466821-26631>; Mon, 29 Dec 2003 10:38:27
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-204.vmlocal.com with SMTP; 29 Dec 2003 09:34:24 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911111109
X-MailingID: 230982
From: High Speed Internet <HighSpeedInternet@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet230982@vmlocal.com>
Subject: Downloading speed got you down?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec29.103827-0500_est.466821-26631+277@ams.ftl.affinity.com>
Date:Mon, 29 Dec 2003 10:34:25 -0500
```




**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Dec 28 13:28:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <235291-21652>; Sun, 28 Dec 2003 13:41:40 -0500
Received: from vm209-224.vmlocal.com ([216.21.209.224]) by
ams.ftl.affinity.com with ESMTP id <239680-21652>; Sun, 28 Dec 2003 13:41:05
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-224.vmlocal.com with SMTP; 28 Dec 2003 12:41:00 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 230031
From: High Speed Internet <HighSpeedInternet@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet230031@vmlocal.com>
Subject: Upgrade to instant. High speed internet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec28.134105-0500_est.239680-21652+48178@ams.ftl.affinity.com>
Date:Sun, 28 Dec 2003 13:41:04 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Dec 21 19:54:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <3559634-31729>; Sun, 21 Dec
2003 20:25:39 -0500
Received: from vm209-206.vmlocal.com ([216.21.209.206]) by
ams.ftl.affinity.com with ESMTP id <3556783-31737>; Sun, 21 Dec 2003 20:24:26
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-206.vmlocal.com with SMTP; 21 Dec 2003 19:24:21 -0600
X-ClientHost:
1061111100971161040971100641031111141001111101191111141071150460099111109
X-MailingID: 223921
From: High Speed Internet <HighSpeedInternet@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet223921@vmlocal.com>
Subject: Upgrade to instant. High speed internet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec21.202426-0500_est.3556783-31737+28797@ams.ftl.affinity.com>
Date:Sun, 21 Dec 2003 20:24:26 -0500
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 21 19:54:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <3558178-31729>; Sun, 21 Dec 2003 20:25:39 -0500
Received: from vm209-206.vmlocal.com ([216.21.209.206]) by
ams.ftl.affinity.com with ESMTP id <3561594-31737>; Sun, 21 Dec 2003 20:24:26
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-206.vmlocal.com with SMTP; 21 Dec 2003 19:24:21 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 223921
From: High Speed Internet <HighSpeedInternet@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet223921@vmlocal.com>
Subject: Upgrade to instant. High speed internet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec21.202426-0500_est.3561594-31737+28790@ams.ftl.affinity.com>
Date:Sun, 21 Dec 2003 20:24:25 -0500




**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Dec 21 19:54:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3559013-31729>; Sun, 21 Dec 2003 20:25:39 -0500
Received: from vm209-206.vmlocal.com ([216.21.209.206]) by
ams.ftl.affinity.com with ESMTP id <3561636-31737>; Sun, 21 Dec 2003 20:24:26
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-206.vmlocal.com with SMTP; 21 Dec 2003 19:24:21 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 223921
From: High Speed Internet <HighSpeedInternet@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet223921@vmlocal.com>
Subject: Upgrade to instant. High speed internet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec21.202426-0500_est.3561636-31737+28791@ams.ftl.affinity.com>
Date:Sun, 21 Dec 2003 20:24:25 -0500
```





**You received this email because you signed up at one of Virtumundo's**

**websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Dec 19 07:33:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218501-17780>; Fri, 19 Dec 2003 10:20:23 -0500
Received: from vm209-220.vmlocal.com ([216.21.209.220]) by
ams.ftl.affinity.com with ESMTP id <217687-17781>; Fri, 19 Dec 2003 10:18:41
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-220.vmlocal.com with SMTP; 19 Dec 2003 09:18:40 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 222559
From: High Speed Internet <HighSpeedInternet@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet222559@vmlocal.com>
Subject: Don't let downloads slow you down.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec19.101841-0500_est.217687-17781+40510@ams.ftl.affinity.com>
Date:Fri, 19 Dec 2003 10:18:41 -0500



You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Dec 13 19:42:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213104-2338>; Sat, 13 Dec 2003 21:41:06 -0500
Received: from vm209-243.vmlocal.com ([216.21.209.243]) by
ams.ftl.affinity.com with ESMTP id <221821-2326>; Sat, 13 Dec 2003 21:40:08
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-243.vmlocal.com with SMTP; 13 Dec 2003 20:40:05 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 217954
From: High Speed Internet <HighSpeedInternet@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet217954@vmlocal.com>
Subject: Upgrade to instant. High speed internet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec13.214008-0500_est.221821-2326+41063@ams.ftl.affinity.com>
Date:Sat, 13 Dec 2003 21:40:08 -0500
```




**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Dec 13 19:42:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217343-2330>; Sat, 13 Dec 2003 21:41:03 -0500
Received: from vm209-243.vmlocal.com ([216.21.209.243]) by
ams.ftl.affinity.com with ESMTP id <213104-2325>; Sat, 13 Dec 2003 21:40:08
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-243.vmlocal.com with SMTP; 13 Dec 2003 20:40:05 -0600
X-ClientHost: 1060971210641031111141001111101191111141071115046099111109
X-MailingID: 217954
From: High Speed Internet <HighSpeedInternet@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet217954@vmlocal.com>
Subject: Upgrade to instant. High speed internet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec13.214008-0500_est.213104-2325+41461@ams.ftl.affinity.com>
Date:Sat, 13 Dec 2003 21:40:08 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Dec 13 19:42:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <221546-2331>; Sat, 13 Dec
2003 21:41:06 -0500
Received: from vm209-243.vmlocal.com ([216.21.209.243]) by
ams.ftl.affinity.com with ESMTP id <222146-2337>; Sat, 13 Dec 2003 21:40:10
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-243.vmlocal.com with SMTP; 13 Dec 2003 20:40:05 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911110 9
X-MailingID: 217954
From: High Speed Internet <HighSpeedInternet@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet217954@vmlocal.com>
Subject: Upgrade to instant. High speed internet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec13.214010-0500_est.222146-2337+40897@ams.ftl.affinity.com>
Date:Sat, 13 Dec 2003 21:40:08 -0500





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Dec 12 21:41:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222065-14269>; Fri, 12 Dec 2003 22:50:33 -0500
Received: from vm209-228.vmlocal.com ([216.21.209.228]) by
ams.ftl.affinity.com with ESMTP id <221325-14266>; Fri, 12 Dec 2003 22:49:42
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-228.vmlocal.com with SMTP; 12 Dec 2003 21:49:40 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460999111109
X-MailingID: 217211
From: High Speed Internet <HighSpeedInternet@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet217211@vmlocal.com>
Subject: Upgrade to instant. High speed internet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.224942-0500_est.221325-14266+21451@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 22:49:42 -0500
```





You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Dec 12 16:08:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219540-4420>; Fri, 12 Dec 2003 17:12:59 -0500
Received: from vm209-216.vmlocal.com ([216.21.209.216]) by
ams.ftl.affinity.com with ESMTP id <219195-4407>; Fri, 12 Dec 2003 17:11:43
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-216.vmlocal.com with SMTP; 12 Dec 2003 16:11:40 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 217214
From: High Speed Internet <HighSpeedInternet@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet217214@vmlocal.com>
Subject: Upgrade to instant gratification.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.171143-0500_est.219195-4407+15898@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 17:11:42 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Dec 04 15:29:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221869-30956>; Thu, 4 Dec 2003 16:50:41 -0500
Received: from vl208-65.vmlocal.com ([216.21.208.65]) by ams.ftl.affinity.com
with ESMTP id <222171-31891>; Thu, 4 Dec 2003 16:49:53 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-65.vmlocal.com with SMTP; 04 Dec 2003 15:47:51 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 211422
From: High Speed Internet <HighSpeedInternet@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet211422@vmlocal.com>
Subject: Don't let downloads slow you down.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec4.164953-0500_est.222171-31891+835@ams.ftl.affinity.com>
Date:Thu, 4 Dec 2003 16:49:52 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Dec 03 15:58:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2714561-24513>; Wed, 3 Dec 2003 17:27:04 -0500
Received: from vl208-71.vmlocal.com ([216.21.208.71]) by ams.ftl.affinity.com
with ESMTP id <2717047-24518>; Wed, 3 Dec 2003 17:26:18 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-71.vmlocal.com with SMTP; 03 Dec 2003 16:26:14 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 210752
From: High Speed Internet <HighSpeedInternet@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet210752@vmlocal.com>
Subject: Upgrade to instant. High speed internet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec3.172618-0500_est.2717047-24518+11533@ams.ftl.affinity.com>
Date:Wed, 3 Dec 2003 17:26:18 -0500



You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) **or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Dec 03 15:56:27 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <219745-30349>; Wed, 3 Dec
2003 14:50:51 -0500
Received: from vl208-62.vmlocal.com ([216.21.208.62]) by ams.ftl.affinity.com
with ESMTP id <217340-30347>; Wed, 3 Dec 2003 14:49:31 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-62.vmlocal.com with SMTP; 03 Dec 2003 13:49:19 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 210753
From: High Speed Internet <HighSpeedInternet@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet210753@vmlocal.com>
Subject: Downloads slowing you down.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec3.144931-0500_est.217340-30347+9424@ams.ftl.affinity.com>
Date:Wed, 3 Dec 2003 14:49:24 -0500





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Nov 29 17:24:08 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217620-24774>; Sat, 29 Nov 2003 19:42:07 -0500
Received: from vl208-54.vmlocal.com ([216.21.208.54]) by ams.ftl.affinity.com
with ESMTP id <224090-24774>; Sat, 29 Nov 2003 19:41:46 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-54.vmlocal.com with SMTP; 29 Nov 2003 18:41:44 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 208007
From: High Speed Internet <HighSpeedInternet@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet208007@vmlocal.com>
Subject: Upgrade to instant gratification.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov29.194146-0500_est.224090-24774+37705@ams.ftl.affinity.com>
Date:Sat, 29 Nov 2003 19:41:45 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Nov 28 21:17:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214275-1081>; Fri, 28 Nov 2003 23:28:29 -0500
Received: from vl208-58.vmlocal.com ([216.21.208.58]) by ams.ftl.affinity.com
with ESMTP id <214587-1083>; Fri, 28 Nov 2003 23:26:47 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-58.vmlocal.com with SMTP; 28 Nov 2003 22:26:46 -0600
X-ClientHost: 10609710910111506410311111410011111019111114107115046099111109
X-MailingID: 207338
From: High Speed Internet <HighSpeedInternet@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet207338@vmlocal.com>
Subject: Downloading speed got you down?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov28.232647-0500_est.214587-1083+25403@ams.ftl.affinity.com>
Date:Fri, 28 Nov 2003 23:26:47 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Nov 25 18:24:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <219321-32318>; Tue, 25 Nov 2003 19:18:47 -0500
Received: from vl208-16.vmlocal.com ([216.21.208.16]) by ams.ftl.affinity.com
with ESMTP id <219297-32325>; Tue, 25 Nov 2003 19:18:05 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-16.vmlocal.com with SMTP; 25 Nov 2003 18:18:02 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 205289
From: High Speed Internet <HighSpeedInternet@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet205289@vmlocal.com>
Subject: Upgrade to instant. High speed internet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov25.191805-0500_est.219297-32325+16047@ams.ftl.affinity.com>
Date:Tue, 25 Nov 2003 19:18:04 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Nov 25 12:05:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218649-32323>; Tue, 25 Nov 2003 13:22:41 -0500
Received: from vl208-38.vmlocal.com ([216.21.208.38]) by ams.ftl.affinity.com
with ESMTP id <220456-32323>; Tue, 25 Nov 2003 13:21:54 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-38.vmlocal.com with SMTP; 25 Nov 2003 12:19:52 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 205294
From: High Speed Internet <HighSpeedInternet@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet205294@vmlocal.com>
Subject: Upgrade to instant gratification.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov25.132154-0500_est.220456-32323+10735@ams.ftl.affinity.com>
Date:Tue, 25 Nov 2003 13:21:53 -0500



**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you**

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Nov 25 12:05:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <214490-32324>; Tue, 25 Nov
2003 13:22:41 -0500
Received: from vl208-38.vmlocal.com ([216.21.208.38]) by ams.ftl.affinity.com
with ESMTP id <220382-32323>; Tue, 25 Nov 2003 13:21:54 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-38.vmlocal.com with SMTP; 25 Nov 2003 12:19:52 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 205294
From: High Speed Internet <HighSpeedInternet@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet205294@vmlocal.com>
Subject: Upgrade to instant gratification.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov25.132154-0500_est.220382-32323+10736@ams.ftl.affinity.com>
Date:Tue, 25 Nov 2003 13:21:53 -0500





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Jan 24 13:14:30 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <235966-28937>; Sat, 24 Jan 2004 13:36:28 -0500
Received: from vm217-239.vmlocal.com ([216.21.217.239]) by
ams.ftl.affinity.com with ESMTP id <237637-28939>; Sat, 24 Jan 2004 13:35:33
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm217-239.vmlocal.com with SMTP; 24 Jan 2004 12:35:32 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 240586
From: High Speed Internet <HighSpeedInternet@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet240586@vmlocal.com>
Subject: Downloading speed got you down?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan24.133533-0500_est.237637-28939+45619@ams.ftl.affinity.com>
Date:Sat, 24 Jan 2004 13:35:33 -0500
```



If you would like to refer a friend information regarding this program,

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to <u>http://www.virtumundo.com/change/</u> or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Oct 17 21:02:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219134-32007>; Fri, 17 Oct 2003 22:08:34 -0400
Received: from vl208-64.vmlocal.com ([216.21.208.64]) by ams.ftl.affinity.com
with ESMTP id <213805-32005>; Fri, 17 Oct 2003 18:36:30 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-64.vmlocal.com with SMTP; 17 Oct 2003 17:36:28 -0500
X-ClientHost: 10609712106410311111410011110119111114107115046099111109
X-MailingID: 167163
From: Hilton Head <VisitHiltonHeadNow167163@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+167163@replies.vmlocal.com>
Subject: You'll have a ball!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct17.183630-0400_edt.213805-32005+65@ams.ftl.affinity.com>
Date:Fri, 17 Oct 2003 18:36:29 -0400



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the

advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Oct 17 17:13:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <219467-5290>; Fri, 17 Oct 2003 18:57:23 -0400
Received: from vl208-69.vmlocal.com ([216.21.208.69]) by ams.ftl.affinity.com
with ESMTP id <227601-23098>; Fri, 17 Oct 2003 15:48:10 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-69.vmlocal.com with SMTP; 17 Oct 2003 14:48:05 -0500
X-ClientHost:
10609710910510809706410311114100111101191111141071150460991111019
X-MailingID: 167164
From: Hilton Head <VisitHiltonHeadNow167164@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+167164@replies.vmlocal.com>
Subject: Visit beautiful Hilton Head now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct17.154810-0400_edt.227601-23098+1611@ams.ftl.affinity.com>
Date:Fri, 17 Oct 2003 15:48:10 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the**

advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Nov 01 23:50:10 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214748-14152>; Sun, 2 Nov 2003 01:06:34 -0500
Received: from vl208-33.vmlocal.com ([216.21.208.33]) by ams.ftl.affinity.com
with ESMTP id <216164-14139>; Sun, 2 Nov 2003 01:05:25 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-33.vmlocal.com with SMTP; 02 Nov 2003 00:05:21 -0600
X-ClientHost:
106097109105108097064103111114100111101191111141071150460991111109
X-MailingID: 185995
From: Hilton Head <VisitHiltonHeadNow185995@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hilton Head <VisitHiltonHeadNow185995@vmlocal.com>
Subject: Have a ball on your next vacation!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov2.010525-0500_est.216164-14139+61860@ams.ftl.affinity.com>
Date:Sun, 2 Nov 2003 01:05:25 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the

advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Nov 02 08:42:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <214464-14139>; Sun, 2 Nov
2003 04:19:27 -0500
Received: from vl208-20.vmlocal.com ([216.21.208.20]) by ams.ftl.affinity.com
with ESMTP id <217398-14143>; Sun, 2 Nov 2003 04:18:14 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-20.vmlocal.com with SMTP; 02 Nov 2003 03:18:11 -0600
X-ClientHost:
10611111009711610409711006410311111410011110119111114107115046099111109
X-MailingID: 185999
From: Hilton Head <VisitHiltonHeadNow185999@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hilton Head <VisitHiltonHeadNow185999@vmlocal.com>
Subject: Take your next vacation in Hilton Head.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov2.041814-0500_est.217398-14143+64057@ams.ftl.affinity.com>
Date:Sun, 2 Nov 2003 04:18:13 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products

and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Nov 13 22:06:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <241097-7887>; Fri, 14 Nov
2003 00:44:38 -0500
Received: from vl208-75.vmlocal.com ([216.21.208.75]) by ams.ftl.affinity.com
with ESMTP id <734180-1071>; Fri, 14 Nov 2003 00:23:16 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-75.vmlocal.com with SMTP; 13 Nov 2003 18:46:56 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 197270
From: Hilton Head <VisitHiltonHeadNow197270@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hilton Head <VisitHiltonHeadNow197270@vmlocal.com>
Subject: You'll have a ball!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov14.002316-0500_est.734180-1071+434@ams.ftl.affinity.com>
Date:Fri, 14 Nov 2003 00:23:15 -0500



**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go
here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products**

and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Nov 17 14:51:57 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <216663-7405>; Mon, 17 Nov 2003 16:26:45 -0500
Received: from vl208-26.vmlocal.com ([216.21.208.26]) by ams.ftl.affinity.com
with ESMTP id <216514-7407>; Mon, 17 Nov 2003 16:24:45 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-26.vmlocal.com with SMTP; 17 Nov 2003 15:24:42 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 200014
From: Hilton Head <VisitHiltonHeadNow200014@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hilton Head <VisitHiltonHeadNow200014@vmlocal.com>
Subject: You'll have a ball!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov17.162445-0500_est.216514-7407+43792@ams.ftl.affinity.com>
Date:Mon, 17 Nov 2003 16:24:45 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the

advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Nov 21 21:30:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213346-18309>; Fri, 21 Nov
2003 23:03:42 -0500
Received: from vl208-70.vmlocal.com ([216.21.208.70]) by ams.ftl.affinity.com
with ESMTP id <220368-18306>; Fri, 21 Nov 2003 23:02:37 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-70.vmlocal.com with SMTP; 21 Nov 2003 22:02:35 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 202783
From: Hilton Head <VisitHiltonHeadNow202783@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hilton Head <VisitHiltonHeadNow202783@vmlocal.com>
Subject: You'll have a ball!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov21.230237-0500_est.220368-18306+39369@ams.ftl.affinity.com>
Date:Fri, 21 Nov 2003 23:02:37 -0500



**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products**

and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Nov 23 00:05:32 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213973-5599>; Sat, 22 Nov 2003 10:18:18 -0500
Received: from vl208-67.vmlocal.com ([216.21.208.67]) by ams.ftl.affinity.com
with ESMTP id <215354-5594>; Sat, 22 Nov 2003 10:17:08 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-67.vmlocal.com with SMTP; 22 Nov 2003 09:17:05 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 203448
From: Hilton Head <VisitHiltonHeadNow203448@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hilton Head <VisitHiltonHeadNow203448@vmlocal.com>
Subject: You'll have a ball!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov22.101708-0500_est.215354-5594+4738@ams.ftl.affinity.com>
Date:Sat, 22 Nov 2003 10:17:08 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the

advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Jan 05 16:37:30 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215139-20332>; Mon, 5 Jan 2004 18:04:13 -0500
Received: from vm209-229.vmlocal.com ([216.21.209.229]) by
ams.ftl.affinity.com with ESMTP id <215352-20331>; Mon, 5 Jan 2004 18:03:09
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-229.vmlocal.com with SMTP; 05 Jan 2004 17:03:04 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 236175
From: Hilton Head <VisitHiltonHeadNow@vmlocal.com>
To:   James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hilton Head <VisitHiltonHeadNow236175@vmlocal.com>
Subject: Have a ball on your next vacation!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan5.180309-0500_est.215352-20331+2288@ams.ftl.affinity.com>
Date:Mon, 5 Jan 2004 18:03:08 -0500
```



If you would like to refer a friend information regarding this program,
go here. To remove yourself from this program (and stop receiving email messages
from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please
note that the companies listed within this service have not provided
Virtumundo consideration to include their products in this message. Please
mail questions or comments regarding this message to List Member Inquiries,

Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Jan 05 16:37:30 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214368-20332>; Mon, 5 Jan 2004 18:04:13 -0500
Received: from vm209-229.vmlocal.com ([216.21.209.229]) by
ams.ftl.affinity.com with ESMTP id <213147-20331>; Mon, 5 Jan 2004 18:03:09
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-229.vmlocal.com with SMTP; 05 Jan 2004 17:03:04 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 236175
From: Hilton Head <VisitHiltonHeadNow@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hilton Head <VisitHiltonHeadNow236175@vmlocal.com>
Subject: Have a ball on your next vacation!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan5.180309-0500_est.213147-20331+2285@ams.ftl.affinity.com>
Date:Mon, 5 Jan 2004 18:03:05 -0500



If you would like to refer a friend information regarding this program,
go here. To remove yourself from this program (and stop receiving email messages
from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please
note that the companies listed within this service have not provided
Virtumundo consideration to include their products in this message. Please
mail questions or comments regarding this message to List Member Inquiries,

Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Jan 03 07:45:10 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <326494-22352>; Sat, 3 Jan
2004 07:05:50 -0500
Received: from vm209-228.vmlocal.com ([216.21.209.228]) by
ams.ftl.affinity.com with ESMTP id <327638-25531>; Sat, 3 Jan 2004 03:27:10
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-228.vmlocal.com with SMTP; 03 Jan 2004 02:27:09 -0600
X-ClientHost:
106111110097116104097110064103111114100111101191111114107115046099111109
X-MailingID: 234196
From: Hilton Head <VisitHiltonHeadNow@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hilton Head <VisitHiltonHeadNow234196@vmlocal.com>
Subject: Have a ball on your next vacation!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan3.032710-0500_est.327638-25531+4327@ams.ftl.affinity.com>
Date:Sat, 3 Jan 2004 03:27:10 -0500



If you would like to refer a friend information regarding this program,
go here. To remove yourself from this program (and stop receiving email messages
from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please
note that the companies listed within this service have not provided

Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Jan 02 18:58:05 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <320363-29999>; Fri, 2 Jan 2004 18:11:06 -0500
Received: from vm209-185.vmlocal.com ([216.21.209.185]) by
ams.ftl.affinity.com with ESMTP id <314127-29995>; Fri, 2 Jan 2004 18:10:28
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-185.vmlocal.com with SMTP; 02 Jan 2004 17:10:27 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 234195
From: Hilton Head <VisitHiltonHeadNow@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hilton Head <VisitHiltonHeadNow234195@vmlocal.com>
Subject: Hilton Head awaits.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan2.181028-0500_est.314127-29995+2368@ams.ftl.affinity.com>
Date:Fri, 2 Jan 2004 18:10:28 -0500
```



If you would like to refer a friend information regarding this program,
go here. To remove yourself from this program (and stop receiving email messages
from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please
note that the companies listed within this service have not provided
Virtumundo consideration to include their products in this message. Please
mail questions or comments regarding this message to List Member Inquiries,