From ???@??? Wed May 03 21:17:06 2006
X-Persona: <Mila>
Return-Path: <mailcenter346844@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 02 May 2006 02:58:57 -0600
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.1 required=7.0 tests=BAYES_90,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,
        HTML_IMAGE_ONLY_10,HTML_IMAGE_RATIO_08,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44571F51.25D50476"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(4601&e=mila@jammtomm.com
  visiting this link This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network. [...]

Content analysis details:   (8.1 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 1.9 REMOVE_REMOVAL_1WORD   BODY: List removal information
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 2.1 BAYES_90               BODY: Bayesian spam probability is 90 to 99%
                            [score: 0.9825]
 0.1 HTML_FONTCOLOR_BLUE    BODY: HTML font color is blue
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.0 HTML_IMAGE_ONLY_10     BODY: HTML: images with 800-1000 bytes of words
 0.4 HTML_IMAGE_RATIO_08    BODY: HTML has a low ratio of text to image area
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.5 REMOVE_PAGE            URI: URL of page called "remove"

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 9890 invoked from network); 2 May 2006 02:58:52 -0600

```
Received: from vm-186-191.vm-mail.com (206.82.186.191)
  by itdidnotendright.com with SMTP; 2 May 2006 02:58:45 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-191.vm-mail.com with SMTP; 02 May 2006 03:58:40 -0500
X-ClientHost: 1091051080970641060971091091161111091090460999111109
X-MailingID: 346844
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346844@vm-rewards.com>
Subject: Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Siding - m8.htm"
```

```
From ???@??? Wed May 03 09:50:59 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346844@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 1184 invoked from network); 2 May 2006 02:21:01 -0600
Received: from vm-187-18.vm-mail.com (206.82.187.18)
   by ehahome.com with SMTP; 2 May 2006 02:20:57 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-187-18.vm-mail.com with SMTP; 02 May 2006 03:20:56 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 346844
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346844@vm-rewards.com>
Subject: Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=6.0 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



## Don't spend your hard-earned money and precious time painting and repainting your home every few years.

With [Premium Vinyl Siding from Sears](), your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:

- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** [Respond now!]()

Convenient financing plans are available?



This is an advertisement.

* Offer expires June 30, 2006.



---

Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579

If you can not see our footer image, please visit here.

From ???@??? Wed May 03 09:50:59 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346844@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 6592 invoked from network); 2 May 2006 02:21:13 -0600
Received: from vm-187-18.vm-mail.com (206.82.187.18)
  by ehahome.com with SMTP; 2 May 2006 02:21:02 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-18.vm-mail.com with SMTP; 02 May 2006 03:20:56 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 346844
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346844@vm-rewards.com>
Subject: Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=6.0 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no version=2.63


Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.



## Don't spend your hard-earned money and precious time painting and repainting your home every few years.

With [Premium Vinyl Siding from Sears](#), your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:

- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** [Respond now!](#)

Convenient financing plans are available?



This is an advertisement.

* Offer expires June 30, 2006.





**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed May 03 09:50:59 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346844@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 9920 invoked from network); 2 May 2006 02:21:17 -0600
Received: from vm-187-18.vm-mail.com (206.82.187.18)
  by ehahome.com with SMTP; 2 May 2006 02:21:16 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-18.vm-mail.com with SMTP; 02 May 2006 03:20:56 -0500
X-ClientHost: 11610606409711011610411111012109910111011611409710804609911109
X-MailingID: 346844
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346844@vm-rewards.com>
Subject: Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=6.0 required=7.0 tests=DATE_MISSING,HTML_60_70,
       HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
       HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



## Don't spend your hard-earned money and precious time painting and repainting your home every few years.

With [Premium Vinyl Siding from Sears](#), your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**

Vinyl siding, eaves and overhangs from Sears:

- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** [Respond now!](#)

Convenient financing plans are available?



This is an advertisement.

* Offer expires June 30, 2006.



---

**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed May 03 09:50:59 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346844@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 8997 invoked from network); 2 May 2006 02:21:16 -0600
Received: from vm-187-18.vm-mail.com (206.82.187.18)
  by ehahome.com with SMTP; 2 May 2006 02:21:14 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-18.vm-mail.com with SMTP; 02 May 2006 03:20:56 -0500
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710804609911109
X-MailingID: 346844
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346844@vm-rewards.com>
Subject: Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=6.0 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



## Don't spend your hard-earned money and precious time painting and repainting your home every few years.

With [Premium Vinyl Siding from Sears](#), your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:



- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** [Respond now!](#)

Convenient financing plans are available?

This is an advertisement.

* Offer expires June 30, 2006.





**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

From ???@??? Wed May 03 09:31:18 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter346844@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 10497 invoked from network); 2 May 2006 02:56:43 -0600
Received: from vm-186-167.vm-mail.com (206.82.186.167)
  by rcw19190020.com with SMTP; 2 May 2006 02:56:39 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-167.vm-mail.com with SMTP; 02 May 2006 03:56:25 -0500
X-ClientHost:
10610510906410511610010510011011111610111010010114105103104116046099111109
X-MailingID: 346844
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346844@vm-rewards.com>
Subject: Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.



## Don't spend your hard-earned money and precious time painting and repainting your home every few years.

With Premium Vinyl Siding from Sears, your home can have a beautiful, freshly painted
look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:

⬚Make your home's exterior virtually



This is an advertisement.

* Offer expires June 30, 2006.



---

**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 20 13:19:54 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter344330@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 2370 invoked from network); 19 Apr 2006 23:46:10 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 19 Apr 2006 23:46:10 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 20 Apr 2006 00:46:08 -0500
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 344330
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344330@vm-rewards.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
        HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.1 HTML_FONTCOLOR_BLUE BODY: HTML font color is blue
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.1 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
        *  0.4 HTML_IMAGE_RATIO_08 BODY: HTML has a low ratio of text to image
area
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.8 REMOVE_PAGE URI: URL of page called "remove"
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





## Don't spend your hard-earned money and precious time painting and repainting your home every few years.

With [Premium Vinyl Siding from Sears](), your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:

- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** [Respond now!]()

Convenient financing plans are available?

This is an advertisement.

* Offer expires June 30, 2006.



 **Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 20 12:51:37 2006
X-Persona: <Anthony>
Return-Path: <mailcenter344330@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 7076 invoked from network); 19 Apr 2006 16:34:19 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by itdidnotendright.com with SMTP; 19 Apr 2006 16:34:18 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 19 Apr 2006 17:34:17 -0500
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 344330
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344330@vm-rewards.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
        HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
        version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.1 HTML_FONTCOLOR_BLUE BODY: HTML font color is blue
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
        *  0.4 HTML_IMAGE_RATIO_08 BODY: HTML has a low ratio of text to image
area
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.5 REMOVE_PAGE URI: URL of page called "remove"
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned network.





## Don't spend your hard-earned money and precious time painting and repainting your home every few years.

With [Premium Vinyl Siding from Sears](), your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:

- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** [Respond now!]()

Convenient financing plans are available?

This is an advertisement.

* Offer expires June 30, 2006.



 **Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

 **If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 20 12:51:37 2006
X-Persona: <Anthony>
Return-Path: <mailcenter344330@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 7937 invoked from network); 19 Apr 2006 16:34:20 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by itdidnotendright.com with SMTP; 19 Apr 2006 16:34:19 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 19 Apr 2006 17:34:17 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 344330
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344330@vm-rewards.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
      version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  0.1 HTML_FONTCOLOR_BLUE BODY: HTML font color is blue
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
      *  0.4 HTML_IMAGE_RATIO_08 BODY: HTML has a low ratio of text to image
area
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.5 REMOVE_PAGE URI: URL of page called "remove"
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





## Don't spend your hard-earned money and precious time painting and repainting your home every few years.

With [Premium Vinyl Siding from Sears](), your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:

- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** [Respond now!]()

Convenient financing plans are available?

This is an advertisement.

* Offer expires June 30, 2006.



 **Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

     **If you can not see our footer image, please visit here.**

From ???@??? Thu Apr 20 12:51:37 2006
X-Persona: <Anthony>
Return-Path: <mailcenter344330@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 9350 invoked from network); 19 Apr 2006 16:34:22 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by itdidnotendright.com with SMTP; 19 Apr 2006 16:34:20 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 19 Apr 2006 17:34:17 -0500
X-ClientHost:
10010111909712111010106409711011610411110121099101110116114097108046099111109
X-MailingID: 344330
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344330@vm-rewards.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
      version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  0.1 HTML_FONTCOLOR_BLUE BODY: HTML font color is blue
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
      *  0.4 HTML_IMAGE_RATIO_08 BODY: HTML has a low ratio of text to image
area
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.5 REMOVE_PAGE URI: URL of page called "remove"
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]



Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





## Don't spend your hard-earned money and precious time painting and repainting your home every few years.

With Premium Vinyl Siding from Sears, your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:

- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** Respond now!

Convenient financing plans are available?

This is an advertisement.

* Offer expires June 30, 2006.



 **Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

   **If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 20 12:51:37 2006
X-Persona: <Anthony>
Return-Path: <mailcenter344330@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 14881 invoked from network); 19 Apr 2006 16:34:32 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by itdidnotendright.com with SMTP; 19 Apr 2006 16:34:22 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 19 Apr 2006 17:34:17 -0500
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 344330
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344330@vm-rewards.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
      version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  0.1 HTML_FONTCOLOR_BLUE BODY: HTML font color is blue
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
      *  0.4 HTML_IMAGE_RATIO_08 BODY: HTML has a low ratio of text to image
area
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.5 REMOVE_PAGE URI: URL of page called "remove"
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





## Don't spend your hard-earned money and precious time painting and repainting your home every few years.

With [Premium Vinyl Siding from Sears](#), your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:

- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** [Respond now!](#)

Convenient financing plans are available?

This is an advertisement.

* Offer expires June 30, 2006.




 **Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

     **If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 20 12:51:37 2006
X-Persona: <Anthony>
Return-Path: <mailcenter344330@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 16322 invoked from network); 19 Apr 2006 16:34:33 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by itdidnotendright.com with SMTP; 19 Apr 2006 16:34:32 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 19 Apr 2006 17:34:17 -0500
X-ClientHost: 1161060640971101161041111012109910111011611409710804609911109
X-MailingID: 344330
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344330@vm-rewards.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
        HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
        version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.1 HTML_FONTCOLOR_BLUE BODY: HTML font color is blue
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
        *  0.4 HTML_IMAGE_RATIO_08 BODY: HTML has a low ratio of text to image
area
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.5 REMOVE_PAGE URI: URL of page called "remove"
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





## Don't spend your hard-earned money and precious time painting and repainting your home every few years.

With Premium Vinyl Siding from Sears, your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:

- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** Respond now!

Convenient financing plans are available?

This is an advertisement.

* Offer expires June 30, 2006.



 **Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

 **If you can not see our footer image, please visit here.**

From ???@??? Thu Apr 20 12:44:20 2006
X-Persona: <Mila>
Return-Path: <mailcenter344330@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 19 Apr 2006 23:45:44 -0600
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ************
X-Spam-Status: Yes, hits=12.9 required=7.0 tests=BAYES_99,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,
      HTML_IMAGE_ONLY_10,HTML_IMAGE_RATIO_08,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
      REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44472008.8FD66530"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(2865&e=mila@jammtomm.com
  visiting this link This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network. [...]

Content analysis details:   (12.9 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 1.9 REMOVE_REMOVAL_1WORD   BODY: List removal information
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.1 HTML_FONTCOLOR_BLUE    BODY: HTML font color is blue
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.0 HTML_IMAGE_ONLY_10     BODY: HTML: images with 800-1000 bytes of words
 0.4 HTML_IMAGE_RATIO_08    BODY: HTML has a low ratio of text to image area
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 0.9954]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.5 REMOVE_PAGE            URI: URL of page called "remove"
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
            [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 16032 invoked from network); 19 Apr 2006 23:45:42 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 19 Apr 2006 23:45:41 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 20 Apr 2006 00:45:24 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 344330
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344330@vm-rewards.com>
Subject: Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Siding - m7.htm"
```

From ???@??? Thu Apr 20 12:31:48 2006
X-Persona: <Jay>
Return-Path: <mailcenter344330@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 4003 invoked from network); 19 Apr 2006 23:46:12 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by itdidnotendright.com with SMTP; 19 Apr 2006 23:46:12 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 20 Apr 2006 00:46:06 -0500
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 344330
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344330@vm-rewards.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.7 required=7.0 tests=BAYES_70,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,
      HTML_IMAGE_ONLY_10,HTML_IMAGE_RATIO_08,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
      REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no version=2.63
X-Spam-Report:
      * 1.9 DATE_MISSING Missing Date: header
      * 1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      * 2.3 BAYES_70 BODY: Bayesian spam probability is 70 to 80%
      *     [score: 0.7870]
      * 0.1 HTML_FONTCOLOR_BLUE BODY: HTML font color is blue
      * 0.1 HTML_MESSAGE BODY: HTML included in message
      * 0.0 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
      * 0.4 HTML_IMAGE_RATIO_08 BODY: HTML has a low ratio of text to image
area
      * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 0.5 REMOVE_PAGE URI: URL of page called "remove"
      * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]




Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





## Don't spend your hard-earned money and precious time painting and repainting your home every few years.

With [Premium Vinyl Siding from Sears](#), your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:

- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** [Respond now!](#)

Convenient financing plans are available?

This is an advertisement.

* Offer expires June 30, 2006.



 **Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

 **If you can not see our footer image, please visit here.**

From ???@??? Thu Apr 20 12:24:30 2006
X-Persona: <Jon>
Return-Path: <mailcenter344330@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 2370 invoked from network); 19 Apr 2006 23:46:10 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by rcw19190020.com with SMTP; 19 Apr 2006 23:46:10 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 20 Apr 2006 00:46:08 -0500
X-ClientHost: 10611111006410609712110709712111511212080970991010460991 11109
X-MailingID: 344330
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344330@vm-rewards.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
        HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.1 HTML_FONTCOLOR_BLUE BODY: HTML font color is blue
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.1 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
        *  0.4 HTML_IMAGE_RATIO_08 BODY: HTML has a low ratio of text to image
area
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.8 REMOVE_PAGE URI: URL of page called "remove"
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]


Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





## Don't spend your hard-earned money and precious time painting and repainting your home every few years.

With [Premium Vinyl Siding from Sears](), your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:

- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** [Respond now!]()

Convenient financing plans are available?

This is an advertisement.

* Offer expires June 30, 2006.



 **Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**



**If you can not see our footer image, please visit here.**

From ???@??? Thu Apr 20 12:23:02 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter344330@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 6786 invoked from network); 19 Apr 2006 23:33:07 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by celiajay.com with SMTP; 19 Apr 2006 23:33:02 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 20 Apr 2006 00:32:43 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 344330
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344330@vm-rewards.com>
Subject: Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



## Don't spend your hard-earned money and precious time painting and repainting your home every few years.

With Premium Vinyl Siding from Sears, your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:

⊡Make your home's exterior virtually



This is an advertisement.

* Offer expires June 30, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 20 12:20:40 2006
X-Persona: <Celia>
Return-Path: <mailcenter344330@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 15073 invoked from network); 19 Apr 2006 17:07:35 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaykaysplace.com with SMTP; 19 Apr 2006 17:07:35 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 19 Apr 2006 18:07:34 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 344330
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344330@vm-rewards.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
        HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.1 HTML_FONTCOLOR_BLUE BODY: HTML font color is blue
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.1 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
        *  0.4 HTML_IMAGE_RATIO_08 BODY: HTML has a low ratio of text to image
area
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.8 REMOVE_PAGE URI: URL of page called "remove"
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned network.





## Don't spend your hard-earned money and precious time painting and repainting your home every few years.

With **Premium Vinyl Siding from Sears**, your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:

- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** **Respond now!**

Convenient financing plans are available?

This is an advertisement.

* Offer expires June 30, 2006.



 **Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

 **If you can not see our footer image, please visit here.**

```
From ???@??? Wed Apr 12 07:32:22 2006
X-Persona: <Mila>
Return-Path: <mailcenter343138@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sun, 09 Apr 2006 22:43:13 -0600
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ************
X-Spam-Status: Yes, hits=12.9 required=7.0 tests=BAYES_99,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,
      HTML_IMAGE_ONLY_10,HTML_IMAGE_RATIO_08,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
      REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4439E261.E9A2EE6F"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(1943&e=mila@jammtomm.com
  visiting this link This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network. [...]

Content analysis details:   (12.9 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 1.9 REMOVE_REMOVAL_1WORD   BODY: List removal information
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.1 HTML_FONTCOLOR_BLUE    BODY: HTML font color is blue
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.0 HTML_IMAGE_ONLY_10     BODY: HTML: images with 800-1000 bytes of words
 0.4 HTML_IMAGE_RATIO_08    BODY: HTML has a low ratio of text to image area
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 0.9969]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.5 REMOVE_PAGE            URI: URL of page called "remove"
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
              [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 6147 invoked from network); 9 Apr 2006 22:43:11 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by gordonworks.com with SMTP; 9 Apr 2006 22:43:03 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 09 Apr 2006 23:42:58 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 343138
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343138@vm-rewards.com>
Subject:  Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Siding - m6.htm"
```

```
From ???@??? Mon Apr 10 19:10:07 2006
Return-Path: <mailcenter343138@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 22240 invoked from network); 9 Apr 2006 22:29:14 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by clrobin.com with SMTP; 9 Apr 2006 22:29:13 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 09 Apr 2006 23:29:11 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 343138
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343138@vm-rewards.com>
Subject: Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=6.0 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



## Don't spend your hard-earned money and precious time painting and repainting your home every few years.

With [Premium Vinyl Siding from Sears](#), your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:



- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** [Respond now!](#)

Convenient financing plans are available?

This is an advertisement.

* Offer expires June 30, 2006.





**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Apr 10 19:10:07 2006
Return-Path: <mailcenter343138@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 22700 invoked from network); 9 Apr 2006 22:29:15 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by clrobin.com with SMTP; 9 Apr 2006 22:29:14 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 09 Apr 2006 23:29:11 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 343138
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343138@vm-rewards.com>
Subject: Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=6.0 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



## Don't spend your hard-earned money and precious time painting and repainting your home every few years.

With [Premium Vinyl Siding from Sears](), your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:



- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** [Respond now!]()

Convenient financing plans are available?

This is an advertisement.

* Offer expires June 30, 2006.



---

**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Apr 10 19:10:07 2006
Return-Path: <mailcenter343138@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 23074 invoked from network); 9 Apr 2006 22:29:15 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by clrobin.com with SMTP; 9 Apr 2006 22:29:15 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 09 Apr 2006 23:29:11 -0500
X-ClientHost:
10010111909712111010106409711011610411111012109910110116114097108046099111109
X-MailingID: 343138
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343138@vm-rewards.com>
Subject: Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=6.0 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



## Don't spend your hard-earned money and precious time painting and repainting your home every few years.

With [Premium Vinyl Siding from Sears](#), your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:

- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** [Respond now!](#)

Convenient financing plans are available?



This is an advertisement.

* Offer expires June 30, 2006.



_____

**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Apr 10 19:10:07 2006
Return-Path: <mailcenter343138@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 24129 invoked from network); 9 Apr 2006 22:29:16 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by clrobin.com with SMTP; 9 Apr 2006 22:29:16 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 09 Apr 2006 23:29:11 -0500
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111 09
X-MailingID: 343138
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343138@vm-rewards.com>
Subject: Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=6.0 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
        HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



## Don't spend your hard-earned money and precious time painting and repainting your home every few years.

With Premium Vinyl Siding from Sears, your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:

- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** Respond now!

Convenient financing plans are available?



This is an advertisement.

* Offer expires June 30, 2006.



---



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Apr 10 19:10:07 2006
Return-Path: <mailcenter343138@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 24931 invoked from network); 9 Apr 2006 22:29:17 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by clrobin.com with SMTP; 9 Apr 2006 22:29:16 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 09 Apr 2006 23:29:11 -0500
X-ClientHost: 116106064097110116104111110121099101101101161140971080460991119
X-MailingID: 343138
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343138@vm-rewards.com>
Subject: Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=6.0 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



## Don't spend your hard-earned money and precious time painting and repainting your home every few years.

With [Premium Vinyl Siding from Sears](#), your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:



- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** [Respond now!](#)

Convenient financing plans are available?

This is an advertisement.

* Offer expires June 30, 2006.



---



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Mar 12 19:51:21 2006
X-Persona: <Mila>
Return-Path: <mailcenter339808@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 10 Mar 2006 16:11:06 -0600
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ************
X-Spam-Status: Yes, hits=12.9 required=7.0 tests=BAYES_99,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,
      HTML_IMAGE_ONLY_10,HTML_IMAGE_RATIO_08,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
      REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4411F97A.4BCBC27D"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9653&e=mila@jammtomm.com
  visiting this link This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network. [...]

Content analysis details:   (12.9 points, 7.0 required)

 pts rule name                description
 ---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING            Missing Date: header
 1.9 REMOVE_REMOVAL_1WORD    BODY: List removal information
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.1 HTML_60_70              BODY: Message is 60% to 70% HTML
 0.1 HTML_FONTCOLOR_BLUE     BODY: HTML font color is blue
 0.1 HTML_MESSAGE            BODY: HTML included in message
 0.0 HTML_IMAGE_ONLY_10      BODY: HTML: images with 800-1000 bytes of words
 0.4 HTML_IMAGE_RATIO_08     BODY: HTML has a low ratio of text to image area
 5.4 BAYES_99                BODY: Bayesian spam probability is 99 to 100%
                             [score: 1.0000]
 0.3 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 0.6 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 0.5 REMOVE_PAGE             URI: URL of page called "remove"
 1.5 RCVD_IN_BL_SPAMCOP_NET  RBL: Received via a relay in bl.spamcop.net
              [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 22499 invoked from network); 10 Mar 2006 16:11:03 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by anthonycentral.com with SMTP; 10 Mar 2006 16:11:02 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 10 Mar 2006 16:10:48 -0600
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 339808
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339808@vm-rewards.com>
Subject:  Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Siding - m5.htm"
```

From ???@??? Sun Mar 12 11:41:21 2006
X-Persona: <Jay>
Return-Path: <mailcenter339808@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 30787 invoked from network); 10 Mar 2006 16:11:26 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by omniinnovations.com with SMTP; 10 Mar 2006 16:11:25 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 10 Mar 2006 16:10:56 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 339808
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339808@vm-rewards.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  0.1 HTML_FONTCOLOR_BLUE BODY: HTML font color is blue
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.1 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
      *  0.4 HTML_IMAGE_RATIO_08 BODY: HTML has a low ratio of text to image
area
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.8 REMOVE_PAGE URI: URL of page called "remove"
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]




Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





## Don't spend your hard-earned money and precious time painting and repainting your home every few years.

With [Premium Vinyl Siding from Sears](#), your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:

- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** [Respond now!](#)

Convenient financing plans are available?

This is an advertisement.

* Offer expires March 31, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Mar 12 11:41:14 2006
X-Persona: <Celia>
Return-Path: <mailcenter339808@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 25252 invoked from network); 10 Mar 2006 14:42:26 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by itdidnotendright.com with SMTP; 10 Mar 2006 14:42:24 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 10 Mar 2006 14:42:06 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 339808
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339808@vm-rewards.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
        HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.1 HTML_FONTCOLOR_BLUE BODY: HTML font color is blue
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.1 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
        *  0.4 HTML_IMAGE_RATIO_08 BODY: HTML has a low ratio of text to image
area
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.8 REMOVE_PAGE URI: URL of page called "remove"
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.





## Don't spend your hard-earned money and precious time painting and repainting your home every few years.

With [Premium Vinyl Siding from Sears](#), your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:

- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** [Respond now!](#)

Convenient financing plans are available?

This is an advertisement.

* Offer expires March 31, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

From ???@??? Sun Mar 12 11:41:11 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter339808@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 7873 invoked from network); 10 Mar 2006 16:09:08 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by gordonworks.com with SMTP; 10 Mar 2006 16:09:05 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 10 Mar 2006 16:08:53 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 339808
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339808@vm-rewards.com>
Subject:  Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.



## Don't spend your hard-earned money and precious time painting and repainting your home every few years.

With Premium Vinyl Siding from Sears, your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:

☐ Make your home's exterior virtually



This is an advertisement.

* Offer expires March 31, 2006.



---

**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Mar 11 07:30:11 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter339808@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 30818 invoked from network); 10 Mar 2006 16:11:26 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by itdidnotendright.com with SMTP; 10 Mar 2006 16:11:24 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 10 Mar 2006 16:10:57 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460099111109
X-MailingID: 339808
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339808@vm-rewards.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
        HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.1 HTML_FONTCOLOR_BLUE BODY: HTML font color is blue
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.1 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
        *  0.4 HTML_IMAGE_RATIO_08 BODY: HTML has a low ratio of text to image
area
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.8 REMOVE_PAGE URI: URL of page called "remove"
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





## Don't spend your hard-earned money and precious time painting and repainting your home every few years.

With [Premium Vinyl Siding from Sears](#), your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:

- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** [Respond now!](#)

Convenient financing plans are available?

This is an advertisement.

* Offer expires March 31, 2006.



 **Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

 **If you can not see our footer image, please visit here.**

```
From ???@??? Fri Mar 10 16:33:19 2006
X-Persona: <RCW>
Return-Path: <mailcenter339808@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 13283 invoked from network); 10 Mar 2006 14:37:46 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by chiefmusician.net with SMTP; 10 Mar 2006 14:37:46 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 10 Mar 2006 14:37:33 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460099111109
X-MailingID: 339808
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339808@vm-rewards.com>
Subject:  Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



## Don't spend your hard-earned money and precious time painting and repainting your home every few years.

With Premium Vinyl Siding from Sears, your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:

        Make your home's exterior virtually maintenance-free



This is an advertisement.

* Offer expires March 31, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

From ???@??? Tue Mar 07 19:13:32 2006
X-Persona: <Mila>
Return-Path: <mailcenter339460@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 06 Mar 2006 11:08:45 -0600
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
        HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_440C6C9D.28012514"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9481&e=mila@jammtomm.com
  visiting this link This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network. [...]

Content analysis details:   (8.4 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD   BODY: List removal information
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.1 HTML_FONTCOLOR_BLUE    BODY: HTML font color is blue
 0.0 HTML_MESSAGE           BODY: HTML included in message
 1.1 HTML_IMAGE_ONLY_10     BODY: HTML: images with 800-1000 bytes of words
 0.4 HTML_IMAGE_RATIO_08    BODY: HTML has a low ratio of text to image area
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE            URI: URL of page called "remove"

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 7247 invoked from network); 6 Mar 2006 11:08:36 -0600
Received: from vm-180-59.vm-mail.com (206.82.180.59)

```
  by anthonycentral.com with SMTP; 6 Mar 2006 11:08:35 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-59.vm-mail.com with SMTP; 06 Mar 2006 11:08:21 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 339460
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339460@vm-rewards.com>
Subject:  Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Siding - m4.htm"
```

```
From ???@??? Tue Mar 07 16:04:38 2006
X-Persona: <Celia>
Return-Path: <mailcenter339460@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 22568 invoked from network); 6 Mar 2006 11:36:17 -0600
Received: from vm-180-67.vm-mail.com (206.82.180.67)
  by gordonworks.com with SMTP; 6 Mar 2006 11:36:16 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-67.vm-mail.com with SMTP; 06 Mar 2006 11:36:01 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460099111109
X-MailingID: 339460
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339460@vm-rewards.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  0.1 HTML_FONTCOLOR_BLUE BODY: HTML font color is blue
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.1 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
      *  0.4 HTML_IMAGE_RATIO_08 BODY: HTML has a low ratio of text to image
area
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.8 REMOVE_PAGE URI: URL of page called "remove"
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.





## Don't spend your hard-earned money and precious time painting and repainting your home every few years.

With [Premium Vinyl Siding from Sears](#), your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:

- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** [Respond now!](#)

Convenient financing plans are available?

This is an advertisement.

* Offer expires March 31, 2006.



 **Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

 **If you can not see our footer image, please visit here.**

From ???@??? Tue Feb 28 17:39:39 2006
X-Persona: <Mila>
Return-Path: <mailcenter338982@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sat, 25 Feb 2006 23:32:51 -0600
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BLANK_LINES_80_90,CLICK_BELOW,
        DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,
        REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44013D83.332CE807"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network. Sears: Premium Vinyl Siding, Eaves
  and Overhangs URI:http://ogy.cc/8bitz/sidingemail_0305_01.gif
  URI:http://ogy.cc/8bitz/spacer.gif [...]

Content analysis details:   (8.4 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD   BODY: List removal information
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_FONTCOLOR_BLUE    BODY: HTML font color is blue
 0.0 HTML_MESSAGE           BODY: HTML included in message
 1.5 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.2 HTML_50_60             BODY: Message is 50% to 60% HTML
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE            URI: URL of page called "remove"
 0.0 CLICK_BELOW            Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 15014 invoked from network); 25 Feb 2006 23:32:50 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by chiefmusician.net with SMTP; 25 Feb 2006 23:32:50 -0600

```
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 25 Feb 2006 23:32:38 -0600
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 338982
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338982@vm-rewards.com>
Subject: Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Siding - m3.htm"
```

```
From ???@??? Sun Feb 26 09:25:16 2006
X-Persona: <Jay>
Return-Path: <mailcenter338982@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 17987 invoked from network); 25 Feb 2006 23:32:58 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by rcw19190020.com with SMTP; 25 Feb 2006 23:32:57 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 25 Feb 2006 23:32:45 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 338982
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338982@vm-rewards.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BLANK_LINES_80_90,CLICK_BELOW,
       DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,
       REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.1 HTML_FONTCOLOR_BLUE BODY: HTML font color is blue
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  0.8 REMOVE_PAGE URI: URL of page called "remove"
       *  0.0 CLICK_BELOW Asks you to click below
```

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.





*Don't spend your hard-earned money and precious time painting and repainting your home every few years.*

With Premium Vinyl Siding from Sears, your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:

▫ Make your home's exterior virtually maintenance-free
▫ Look like freshly painted wood in a variety of attractive colors
▫ Provide weather-resistant protection
▫ May help increase the value of your home «

## Satisfaction Guaranteed***

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** Respond now!

Convenient financing plans are available?

**This is an advertisement.**

* Offer not valid on prior sales or in combination with any other offer. Offer expires March 31st, 2006. Minimum purchase for savings: 1000 sq. ft. of siding. Offer valid to US homeowners only. Ask your Sears specialist for offer details.

**\*\* Ask your Sears siding specialist for written limited warranty details.**

**\*\*\*See contract for details**

**« Sears does not make any representation as to possible increased value you might realize through the purchase of its products. Your actual increase in home value, if any, will vary based on your existing home's location and condition.**

**? Subject to applicant creditworthiness.**

**If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, go here.**

**Sears Home Improvement Products**
**1024 Florida Central Parkway**
**Longwood, FL 32750-7579**

---



 Sears Home Improvement Products, 1024 Florida Central Parkway Longwood, FL 32750-7579



If you can not see our footer image, please visit here.

```
From ???@??? Sun Feb 26 09:24:14 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter338982@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 25030 invoked from network); 25 Feb 2006 23:31:40 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by celiajay.com with SMTP; 25 Feb 2006 23:31:40 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 25 Feb 2006 23:31:26 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 338982
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338982@vm-rewards.com>
Subject: Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



Don't spend your hard-earned money and precious time painting and repainting your home every few years.

With Premium Vinyl Siding from Sears, your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:

- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

## Satisfaction Guaranteed***

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** Respond now!

Convenient financing plans are available?



**This is an advertisement.**

**\* Offer not valid on prior sales or in combination with any other offer. Offer expires March 31st, 2006. Minimum purchase for savings: 1000 sq. ft. of siding. Offer valid to US homeowners only. Ask your Sears specialist for offer details.**
**\*\* Ask your Sears siding specialist for written limited warranty details.**
**\*\*\*See contract for details**
**« Sears does not make any representation as to possible increased value you might realize through the purchase of its products. Your actual increase in home value, if any, will vary based on your existing home's location and condition.**
**? Subject to applicant creditworthiness.**

**If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, go here.**


**Sears Home Improvement Products**
**1024 Florida Central Parkway**
**Longwood, FL 32750-7579**


Sears Home Improvement Products, 1024 Florida Central Parkway Longwood, FL 32750-7579


If you can not see our footer image, please visit here.

```
From ???@??? Sun Feb 26 09:22:32 2006
X-Persona: <Celia>
Return-Path: <mailcenter338982@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 16707 invoked from network); 26 Feb 2006 01:52:02 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by clrobin.com with SMTP; 26 Feb 2006 01:52:01 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 26 Feb 2006 01:51:46 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 338982
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338982@vm-rewards.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BLANK_LINES_80_90,CLICK_BELOW,
      DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,
      REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_FONTCOLOR_BLUE BODY: HTML font color is blue
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.8 REMOVE_PAGE URI: URL of page called "remove"
      *  0.0 CLICK_BELOW Asks you to click below
```

This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





*Don't spend your hard-earned money and precious time painting and repainting your home every few years.*

With Premium Vinyl Siding from Sears, your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:

- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

## Satisfaction Guaranteed***

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** Respond now!

Convenient financing plans are available?



**This is an advertisement.**

**\* Offer not valid on prior sales or in combination with any other offer. Offer expires March 31st, 2006. Minimum purchase for savings: 1000 sq. ft. of siding. Offer valid to US homeowners only. Ask your Sears specialist for offer details.**

**\*\* Ask your Sears siding specialist for written limited warranty details.**
**\*\*\*See contract for details**
**« Sears does not make any representation as to possible increased value you might realize through the purchase of its products. Your actual increase in home value, if any, will vary based on your existing home's location and condition.**
**? Subject to applicant creditworthiness.**

**If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, go here.**

**Sears Home Improvement Products**
**1024 Florida Central Parkway**
**Longwood, FL 32750-7579**

---



  Sears Home Improvement Products, 1024 Florida Central Parkway Longwood, FL 32750-7579



If you can not see our footer image, please visit here.

```
From ???@??? Sun Feb 26 07:36:44 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter338982@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 20288 invoked from network); 25 Feb 2006 23:33:03 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by celiajay.com with SMTP; 25 Feb 2006 23:33:02 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 25 Feb 2006 23:32:46 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 338982
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338982@vm-rewards.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BLANK_LINES_80_90,CLICK_BELOW,
        DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,
        REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_FONTCOLOR_BLUE BODY: HTML font color is blue
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.8 REMOVE_PAGE URI: URL of page called "remove"
        *  0.0 CLICK_BELOW Asks you to click below
```

This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





*Don't spend your hard-earned money and precious time painting and repainting your home every few years.*

With [Premium Vinyl Siding from Sears](), your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:

- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

## Satisfaction Guaranteed***
Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** [Respond now!]()

Convenient financing plans are available?



**This is an advertisement.**

**\* Offer not valid on prior sales or in combination with any other offer. Offer expires March 31st, 2006. Minimum purchase for savings: 1000 sq. ft. of siding. Offer valid to US homeowners only. Ask your Sears specialist for offer details.**

**\*\* Ask your Sears siding specialist for written limited warranty details.**

**\*\*\*See contract for details**

**« Sears does not make any representation as to possible increased value you might realize through the purchase of its products. Your actual increase in home value, if any, will vary based on your existing home's location and condition.**

**? Subject to applicant creditworthiness.**

**If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, go here.**

**Sears Home Improvement Products**
**1024 Florida Central Parkway**
**Longwood, FL 32750-7579**

---



 Sears Home Improvement Products, 1024 Florida Central Parkway Longwood, FL 32750-7579



If you can not see our footer image, please visit here.

From ???@??? Sat Feb 25 20:58:44 2006
X-Persona: <RCW>
Return-Path: <mailcenter338982@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 4899 invoked from network); 25 Feb 2006 22:53:25 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by chiefmusician.net with SMTP; 25 Feb 2006 22:53:25 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 25 Feb 2006 22:53:12 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 338982
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338982@vm-rewards.com>
Subject: Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



Don't spend your hard-earned money and precious time painting and repainting your home every few years.

With Premium Vinyl Siding from Sears, your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:

- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

## Satisfaction Guaranteed***

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** Respond now!

Convenient financing plans are available?

**This is an advertisement.**

**\* Offer not valid on prior sales or in combination with any other offer. Offer expires March 31st, 2006. Minimum purchase for savings: 1000 sq. ft. of siding. Offer valid to US homeowners only. Ask your Sears specialist for offer details.**
**\*\* Ask your Sears siding specialist for written limited warranty details.**
**\*\*\*See contract for details**
**« Sears does not make any representation as to possible increased value you might realize through the purchase of its products. Your actual increase in home value, if any, will vary based on your existing home's location and condition.**
**? Subject to applicant creditworthiness.**

 **If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, go here.**

**Sears Home Improvement Products**
**1024 Florida Central Parkway**
**Longwood, FL 32750-7579**




Sears Home Improvement Products, 1024 Florida Central Parkway Longwood, FL 32750-7579

If you can not see our footer image, please visit here.

From ???@??? Fri Feb 17 11:20:54 2006
X-Persona: <RCW>
Return-Path: <mailcenter338412@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 32673 invoked from network); 17 Feb 2006 11:18:22 -0600
Received: from vm-177-8.vm-mail.com (206.82.177.8)
  by anthonycentral.com with SMTP; 17 Feb 2006 11:18:18 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-8.vm-mail.com with SMTP; 17 Feb 2006 11:18:05 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 338412
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338412@vm-rewards.com>
Subject: Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



Don't spend your hard-earned money and precious time painting and repainting your home every few years.

With [Premium Vinyl Siding from Sears](#), your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**

Vinyl siding, eaves and overhangs from Sears:

- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

## Satisfaction Guaranteed***

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** [Respond now!](#)

Convenient financing plans are available?



**This is an advertisement.**

* Offer not valid on prior sales or in combination with any other offer. Offer expires March 31st, 2006. Minimum purchase for savings: 1000 sq. ft. of siding. Offer valid to US homeowners only. Ask your Sears specialist for offer details.
** Ask your Sears siding specialist for written limited warranty details.
***See contract for details
« Sears does not make any representation as to possible increased value you might realize through the purchase of its products. Your actual increase in home value, if any, will vary based on your existing home's location and condition.
? Subject to applicant creditworthiness.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, go [here](#).


Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

 Sears Home Improvement Products, 1024 Florida Central Parkway Longwood, FL 32750-7579

 If you can not see our footer image, please [visit here](#).

```
From ???@??? Mon Jan 30 16:04:18 2006
X-Persona: <RCW>
Return-Path: <mailcenter335934@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 25156 invoked from network); 21 Jan 2006 05:48:51 -0600
Received: from vm-180-232.vm-mail.com (206.82.180.232)
   by gnwalpha.org with SMTP; 21 Jan 2006 05:48:46 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-232.vm-mail.com with SMTP; 21 Jan 2006 05:48:34 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 335934
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335934@vm-rewards.com>
Subject: Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



Don't spend your hard-earned money and precious time painting and repainting your home every few years.

With [Premium Vinyl Siding from Sears](#), your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:



- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

## Satisfaction Guaranteed***

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** [Respond now!](#)

Convenient financing plans are available?

**This is an advertisement.**

**\* Offer not valid on prior sales or in combination with any other offer. Offer expires March 31st, 2006. Minimum purchase for savings: 1000 sq. ft. of siding. Offer valid to US homeowners only. Ask your Sears specialist for offer details.**
**\*\* Ask your Sears siding specialist for written limited warranty details.**
**\*\*\*See contract for details**
**« Sears does not make any representation as to possible increased value you might realize through the purchase of its products. Your actual increase in home value, if any, will vary based on your existing home's location and condition.**
**? Subject to applicant creditworthiness.**

**If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, go [here](#).**

**Sears Home Improvement Products**
**1024 Florida Central Parkway**
**Longwood, FL 32750-7579**

 Sears Home Improvement Products, 1024 Florida Central Parkway Longwood, FL 32750-7579


If you can not see our footer image, please [visit here](#).

From ???@??? Tue Jan 24 18:07:18 2006
X-Persona: <Mila>
Return-Path: <mailcenter335934@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sat, 21 Jan 2006 05:34:02 -0600
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BLANK_LINES_80_90,CLICK_BELOW,
        DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,
        REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43D21C2A.5D774C8D"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network. Sears: Premium Vinyl Siding, Eaves
  and Overhangs URI:http://ogy.cc/8bitz/sidingemail_0305_01.gif
  URI:http://ogy.cc/8bitz/spacer.gif [...]

Content analysis details:   (8.4 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD   BODY: List removal information
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_FONTCOLOR_BLUE    BODY: HTML font color is blue
 0.0 HTML_MESSAGE           BODY: HTML included in message
 1.5 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.2 HTML_50_60             BODY: Message is 50% to 60% HTML
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE            URI: URL of page called "remove"
 0.0 CLICK_BELOW            Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 13251 invoked from network); 21 Jan 2006 05:32:43 -0600
Received: from vm-180-50.vm-mail.com (206.82.180.50)
  by celiajay.com with SMTP; 21 Jan 2006 05:32:39 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-180-50.vm-mail.com with SMTP; 21 Jan 2006 05:09:16 -0600
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 335934
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335934@vm-rewards.com>
Subject: Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Siding - m2.htm"
```

```
From ???@??? Sun Jan 22 12:27:36 2006
Return-Path: <mailcenter335934@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 12325 invoked from network); 21 Jan 2006 05:09:18 -0600
Received: from vm-181-49.vm-mail.com (206.82.181.49)
   by jaykaysplace.com with SMTP; 21 Jan 2006 05:07:57 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-49.vm-mail.com with SMTP; 21 Jan 2006 05:06:35 -0600
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 335934
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335934@vm-rewards.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_80_90,CLICK_BELOW,
        DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,
        REMOVE_REMOVAL_1WORD autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_FONTCOLOR_BLUE BODY: HTML font color is blue
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.5 REMOVE_PAGE URI: URL of page called "remove"
        *  0.1 CLICK_BELOW Asks you to click below
```

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.





Don't spend your hard-earned money and precious time painting and repainting your home every few years.

With Premium Vinyl Siding from Sears, your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**

Vinyl siding, eaves and overhangs from Sears:

- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

## Satisfaction Guaranteed***

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** Respond now!

Convenient financing plans are available?



This is an advertisement.

* Offer not valid on prior sales or in combination with any other offer. Offer expires March 31st, 2006. Minimum purchase for savings: 1000 sq. ft. of siding. Offer valid to US homeowners only. Ask your Sears specialist for offer details.
** Ask your Sears siding specialist for written limited warranty details.
***See contract for details
« Sears does not make any representation as to possible increased value you might realize through the purchase of its products. Your actual increase in home value, if any, will vary based on your existing home's location and condition.
? Subject to applicant creditworthiness.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, go here.

**Sears Home Improvement Products**
**1024 Florida Central Parkway**
**Longwood, FL 32750-7579**

---

Sears Home Improvement Products, 1024 Florida Central Parkway Longwood, FL 32750-7579

If you can not see our footer image, please visit here.

```
From ???@??? Sun Jan 22 12:27:36 2006
Return-Path: <mailcenter335934@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 9729 invoked from network); 21 Jan 2006 05:10:25 -0600
Received: from vm-181-49.vm-mail.com (206.82.181.49)
  by jaykaysplace.com with SMTP; 21 Jan 2006 05:09:39 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-49.vm-mail.com with SMTP; 21 Jan 2006 05:06:35 -0600
X-ClientHost: 1161060640971101161041111012109910110116114097108046099111109
X-MailingID: 335934
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335934@vm-rewards.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_80_90,CLICK_BELOW,
        DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,
        REMOVE_REMOVAL_1WORD autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_FONTCOLOR_BLUE BODY: HTML font color is blue
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.5 REMOVE_PAGE URI: URL of page called "remove"
        *  0.1 CLICK_BELOW Asks you to click below
```

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.





Don't spend
your
hard-earned
money and
precious time
painting and
repainting
your home
every few
years.

With Premium Vinyl Siding from Sears, your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**

Vinyl siding, eaves and overhangs from Sears:

- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

## Satisfaction Guaranteed***

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** Respond now!

Convenient financing plans are available?



This is an advertisement.

* Offer not valid on prior sales or in combination with any other offer. Offer expires March 31st, 2006. Minimum purchase for savings: 1000 sq. ft. of siding. Offer valid to US homeowners only. Ask your Sears specialist for offer details.
** Ask your Sears siding specialist for written limited warranty details.
***See contract for details
« Sears does not make any representation as to possible increased value you might realize through the purchase of its products. Your actual increase in home value, if any, will vary based on your existing home's location and condition.
? Subject to applicant creditworthiness.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, go here.

**Sears Home Improvement Products**
**1024 Florida Central Parkway**
**Longwood, FL 32750-7579**

---



 Sears Home Improvement Products, 1024 Florida Central Parkway Longwood, FL 32750-7579

If you can not see our footer image, please <u>visit here</u>.

```
From ???@??? Sun Jan 22 12:27:35 2006
Return-Path: <mailcenter335934@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 7242 invoked from network); 21 Jan 2006 05:06:53 -0600
Received: from vm-181-49.vm-mail.com (206.82.181.49)
   by jaykaysplace.com with SMTP; 21 Jan 2006 05:06:46 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-49.vm-mail.com with SMTP; 21 Jan 2006 05:06:35 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 335934
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335934@vm-rewards.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.9 required=7.0 tests=BLANK_LINES_80_90,CLICK_BELOW,
      DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,NO_DNS_FOR_FROM,
      REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_FONTCOLOR_BLUE BODY: HTML font color is blue
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.5 REMOVE_PAGE URI: URL of page called "remove"
      *  1.6 NO_DNS_FOR_FROM Domain in From header has no MX or A DNS records
      *  0.1 CLICK_BELOW Asks you to click below
```

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.





*Don't spend your hard-earned money and precious time painting and repainting your home every few years.*

With Premium Vinyl Siding from Sears, your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**

Vinyl siding, eaves and overhangs from Sears:

- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

## Satisfaction Guaranteed***

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** Respond now!

Convenient financing plans are available?

**This is an advertisement.**

**\* Offer not valid on prior sales or in combination with any other offer. Offer expires March 31st, 2006. Minimum purchase for savings: 1000 sq. ft. of siding. Offer valid to US homeowners only. Ask your Sears specialist for offer details.**

**\*\* Ask your Sears siding specialist for written limited warranty details.**
**\*\*\*See contract for details**
**« Sears does not make any representation as to possible increased value you might realize through the purchase of its products. Your actual increase in home value, if any, will vary based on your existing home's location and condition.**
**? Subject to applicant creditworthiness.**

**If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, go here.**

**Sears Home Improvement Products**
**1024 Florida Central Parkway**
**Longwood, FL 32750-7579**

---



Sears Home Improvement Products, 1024 Florida Central Parkway Longwood, FL 32750-7579



If you can not see our footer image, please visit here.

```
From ???@??? Sun Jan 22 12:27:35 2006
Return-Path: <mailcenter335934@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 16194 invoked from network); 21 Jan 2006 05:06:58 -0600
Received: from vm-181-49.vm-mail.com (206.82.181.49)
  by jaykaysplace.com with SMTP; 21 Jan 2006 05:06:56 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-49.vm-mail.com with SMTP; 21 Jan 2006 05:06:35 -0600
X-ClientHost:
0991041170991070640971101161041111012109910111011611409710804609911109
X-MailingID: 335934
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335934@vm-rewards.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_80_90,CLICK_BELOW,
        DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,
        REMOVE_REMOVAL_1WORD autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_FONTCOLOR_BLUE BODY: HTML font color is blue
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.5 REMOVE_PAGE URI: URL of page called "remove"
        *  0.1 CLICK_BELOW Asks you to click below
```

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.





*Don't spend your hard-earned money and precious time painting and repainting your home every few years.*

With Premium Vinyl Siding from Sears, your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**

Vinyl siding, eaves and overhangs from Sears:

- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

## Satisfaction Guaranteed***

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** Respond now!

Convenient financing plans are available?



**This is an advertisement.**

**\* Offer not valid on prior sales or in combination with any other offer. Offer expires March 31st, 2006. Minimum purchase for savings: 1000 sq. ft. of siding. Offer valid to US homeowners only. Ask your Sears specialist for offer details.**
**\*\* Ask your Sears siding specialist for written limited warranty details.**
**\*\*\*See contract for details**
**« Sears does not make any representation as to possible increased value you might realize through the purchase of its products. Your actual increase in home value, if any, will vary based on your existing home's location and condition.**
**? Subject to applicant creditworthiness.**

**If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, go here.**

**Sears Home Improvement Products**
**1024 Florida Central Parkway**
**Longwood, FL 32750-7579**

---



 Sears Home Improvement Products, 1024 Florida Central Parkway Longwood, FL 32750-7579



If you can not see our footer image, please visit here.

```
From ???@??? Sun Jan 22 12:27:35 2006
Return-Path: <mailcenter335934@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 5664 invoked from network); 21 Jan 2006 05:07:27 -0600
Received: from vm-181-49.vm-mail.com (206.82.181.49)
   by jaykaysplace.com with SMTP; 21 Jan 2006 05:06:59 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-49.vm-mail.com with SMTP; 21 Jan 2006 05:06:35 -0600
X-ClientHost:
100101119097121110101064097110116104111101210991011101161140971080460991
11109
X-MailingID: 335934
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335934@vm-rewards.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.9 required=7.0 tests=BLANK_LINES_80_90,CLICK_BELOW,
      DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,NO_DNS_FOR_FROM,
      REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_FONTCOLOR_BLUE BODY: HTML font color is blue
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.5 REMOVE_PAGE URI: URL of page called "remove"
      *  1.6 NO_DNS_FOR_FROM Domain in From header has no MX or A DNS records
      *  0.1 CLICK_BELOW Asks you to click below
```

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.





*Don't spend your hard-earned money and precious time painting and repainting your home every few years.*

With Premium Vinyl Siding from Sears, your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:

- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

## Satisfaction Guaranteed***

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** Respond now!

Convenient financing plans are available?

This is an advertisement.

* Offer not valid on prior sales or in combination with any other offer. Offer expires March 31st, 2006. Minimum purchase for savings: 1000 sq. ft. of siding. Offer valid to US homeowners only. Ask your Sears specialist for offer details.

**\*\* Ask your Sears siding specialist for written limited warranty details.**
**\*\*\*See contract for details**
**« Sears does not make any representation as to possible increased value you might realize through the purchase of its products. Your actual increase in home value, if any, will vary based on your existing home's location and condition.**
**? Subject to applicant creditworthiness.**

**If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, go** here**.**


**Sears Home Improvement Products**
**1024 Florida Central Parkway**
**Longwood, FL 32750-7579**

---



 Sears Home Improvement Products, 1024 Florida Central Parkway Longwood, FL 32750-7579



If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 21 23:16:29 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter335934@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 10946 invoked from network); 21 Jan 2006 05:11:52 -0600
Received: from vm-180-132.vm-mail.com (206.82.180.132)
   by anthonycentral.com with SMTP; 21 Jan 2006 05:11:02 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-132.vm-mail.com with SMTP; 21 Jan 2006 05:07:44 -0600
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460099111109
X-MailingID: 335934
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335934@vm-rewards.com>
Subject: Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



Don't spend your hard-earned money and precious time painting and repainting your home every few years.

With <u>Premium Vinyl Siding from Sears</u>, your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:

- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

## Satisfaction Guaranteed***

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** <u>Respond now!</u>

Convenient financing plans are available?



**This is an advertisement.**

* Offer not valid on prior sales or in combination with any other offer. Offer expires March 31st, 2006. Minimum purchase for savings: 1000 sq. ft. of siding. Offer valid to US homeowners only. Ask your Sears specialist for offer details.
** Ask your Sears siding specialist for written limited warranty details.
***See contract for details
« Sears does not make any representation as to possible increased value you might realize through the purchase of its products. Your actual increase in home value, if any, will vary based on your existing home's location and condition.
? Subject to applicant creditworthiness.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, go <u>here</u>.


Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579


Sears Home Improvement Products, 1024 Florida Central Parkway Longwood, FL 32750-7579


If you can not see our footer image, please <u>visit here</u>.

From ???@??? Sat Jan 21 18:02:22 2006
X-Persona: <Jay>
Return-Path: <mailcenter335934@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 18629 invoked from network); 21 Jan 2006 05:32:52 -0600
Received: from vm-180-227.vm-mail.com (206.82.180.227)
  by ehahome.com with SMTP; 21 Jan 2006 05:32:51 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-227.vm-mail.com with SMTP; 21 Jan 2006 05:09:25 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 335934
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335934@vm-rewards.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BLANK_LINES_80_90,CLICK_BELOW,
        DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,
        REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_FONTCOLOR_BLUE BODY: HTML font color is blue
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.8 REMOVE_PAGE URI: URL of page called "remove"
        *  0.0 CLICK_BELOW Asks you to click below


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





*Don't spend your hard-earned money and precious time painting and repainting your home every few years.*

With Premium Vinyl Siding from Sears, your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:

- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

## Satisfaction Guaranteed***

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** Respond now!

Convenient financing plans are available?

**This is an advertisement.**

**\* Offer not valid on prior sales or in combination with any other offer. Offer expires March 31st, 2006. Minimum purchase for savings: 1000 sq. ft. of siding. Offer valid to US homeowners only. Ask your Sears specialist for offer details.**

**\*\* Ask your Sears siding specialist for written limited warranty details.**
**\*\*\*See contract for details**
**« Sears does not make any representation as to possible increased value you might realize through the purchase of its products. Your actual increase in home value, if any, will vary based on your existing home's location and condition.**
**? Subject to applicant creditworthiness.**

**If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, go here.**

**Sears Home Improvement Products**
**1024 Florida Central Parkway**
**Longwood, FL 32750-7579**

---



 Sears Home Improvement Products, 1024 Florida Central Parkway Longwood, FL 32750-7579

If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 21 16:45:33 2006
X-Persona: <Celia>
Return-Path: <mailcenter335934@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 18144 invoked from network); 21 Jan 2006 05:26:07 -0600
Received: from vm-182-210.vm-mail.com (206.82.182.210)
   by rcw19190020.com with SMTP; 21 Jan 2006 05:26:02 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-210.vm-mail.com with SMTP; 21 Jan 2006 05:25:41 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 335934
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335934@vm-rewards.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BLANK_LINES_80_90,CLICK_BELOW,
        DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,
        REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_FONTCOLOR_BLUE BODY: HTML font color is blue
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.8 REMOVE_PAGE URI: URL of page called "remove"
        *  0.0 CLICK_BELOW Asks you to click below
```

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.





**Don't spend your hard-earned money and precious time painting and repainting your home every few years.**

With Premium Vinyl Siding from Sears, your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:

▫ Make your home's exterior virtually maintenance-free
▫ Look like freshly painted wood in a variety of attractive colors
▫ Provide weather-resistant protection
▫ May help increase the value of your home «

## Satisfaction Guaranteed***

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** Respond now!

Convenient financing plans are available?

This is an advertisement.

* Offer not valid on prior sales or in combination with any other offer. Offer expires March 31st, 2006. Minimum purchase for savings: 1000 sq. ft. of siding. Offer valid to US homeowners only. Ask your Sears specialist for offer details.

** Ask your Sears siding specialist for written limited warranty
details.
***See contract for details
« Sears does not make any representation as to possible increased
value you might realize through the purchase of its products. Your
actual increase in home value, if any, will vary based on your
existing home's location and condition.
? Subject to applicant creditworthiness.

 If you wish to opt-out of receiving e-mail offers from Sears Home
Improvement Products, go here.

**Sears Home Improvement Products**
**1024 Florida Central Parkway**
**Longwood, FL 32750-7579**

---



 Sears Home Improvement Products, 1024 Florida Central Parkway Longwood, FL 32750-7579



If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 21 10:15:49 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter335934@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 12928 invoked from network); 21 Jan 2006 05:32:42 -0600
Received: from vm-180-49.vm-mail.com (206.82.180.49)
  by clrobin.com with SMTP; 21 Jan 2006 05:32:40 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-49.vm-mail.com with SMTP; 21 Jan 2006 05:09:26 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460099111109
X-MailingID: 335934
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335934@vm-rewards.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BLANK_LINES_80_90,CLICK_BELOW,
        DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,
        REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_FONTCOLOR_BLUE BODY: HTML font color is blue
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.8 REMOVE_PAGE URI: URL of page called "remove"
        *  0.0 CLICK_BELOW Asks you to click below
```

This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





*Don't spend your hard-earned money and precious time painting and repainting your home every few years.*

With Premium Vinyl Siding from Sears, your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**
Vinyl siding, eaves and overhangs from Sears:

- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

## Satisfaction Guaranteed***

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** Respond now!

Convenient financing plans are available?

**This is an advertisement.**

**\* Offer not valid on prior sales or in combination with any other offer. Offer expires March 31st, 2006. Minimum purchase for savings: 1000 sq. ft. of siding. Offer valid to US homeowners only. Ask your Sears specialist for offer details.**

** Ask your Sears siding specialist for written limited warranty details.

***See contract for details

« Sears does not make any representation as to possible increased value you might realize through the purchase of its products. Your actual increase in home value, if any, will vary based on your existing home's location and condition.

? Subject to applicant creditworthiness.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, go here.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

---



 Sears Home Improvement Products, 1024 Florida Central Parkway Longwood, FL 32750-7579



If you can not see our footer image, please visit here.

```
From ???@??? Thu Jan 12 12:33:58 2006
X-Persona: <Mila>
Return-Path: <mailcenter334792@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
    with SpamAssassin (2.63 2004-01-11);
    Wed, 11 Jan 2006 12:09:22 -0600
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BLANK_LINES_80_90,CLICK_BELOW,
    DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,
    HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,
    REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43C549D2.A3E82D98"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network. Sears: Premium Vinyl Siding, Eaves
  and Overhangs URI:http://ogy.cc/8bitz/sidingemail_0305_01.gif
  URI:http://ogy.cc/8bitz/spacer.gif [...]

Content analysis details:   (8.4 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD   BODY: List removal information
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_FONTCOLOR_BLUE    BODY: HTML font color is blue
 0.0 HTML_MESSAGE           BODY: HTML included in message
 1.5 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.2 HTML_50_60             BODY: Message is 50% to 60% HTML
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE            URI: URL of page called "remove"
 0.0 CLICK_BELOW            Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 30020 invoked from network); 11 Jan 2006 12:09:19 -0600
Received: from vm-177-43.vm-mail.com (206.82.177.43)
  by chiefmusician.net with SMTP; 11 Jan 2006 12:09:18 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-177-43.vm-mail.com with SMTP; 11 Jan 2006 12:09:05 -0600
X-ClientHost: 1091051080970641060971091091161111091109046099111109
X-MailingID: 334792
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334792@vm-rewards.com>
Subject: Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Siding - m1.htm"
```

From ???@??? Wed Jan 11 13:23:26 2006
Return-Path: <mailcenter334792@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 23265 invoked from network); 11 Jan 2006 14:33:25 -0600
Received: from vm-180-202.vm-mail.com (206.82.180.202)
   by gnwalpha.org with SMTP; 11 Jan 2006 14:33:18 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-202.vm-mail.com with SMTP; 11 Jan 2006 12:10:39 -0600
X-ClientHost: 116106064097110116104111101210991011101161140971080460991111 09
X-MailingID: 334792
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334792@vm-rewards.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_80_90,CLICK_BELOW,
        DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_UNKNOWN,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,
        REMOVE_REMOVAL_1WORD autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_FONTCOLOR_BLUE BODY: HTML font color is blue
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.5 REMOVE_PAGE URI: URL of page called "remove"
        *  0.1 CLICK_BELOW Asks you to click below

This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





*Don't spend your hard-earned money and precious time painting and repainting your home every few years.*

With Premium Vinyl Siding from Sears, your home can have a beautiful, freshly painted look – warranted to last for as long as you own it.**

Vinyl siding, eaves and overhangs from Sears:

- Make your home's exterior virtually maintenance-free
- Look like freshly painted wood in a variety of attractive colors
- Provide weather-resistant protection
- May help increase the value of your home «

## Satisfaction Guaranteed***

Say good-bye to the trouble and expense of painting and repainting. Get that "just painted" look for as long as you own your home!** Respond now!

Convenient financing plans are available?



**This is an advertisement.**

**\* Offer not valid on prior sales or in combination with any other offer. Offer expires March 31st, 2006. Minimum purchase for savings: 1000 sq. ft. of siding. Offer valid to US homeowners only. Ask your Sears specialist for offer details.**
**\*\* Ask your Sears siding specialist for written limited warranty details.**
**\*\*\*See contract for details**
**« Sears does not make any representation as to possible increased value you might realize through the purchase of its products. Your actual increase in home value, if any, will vary based on your existing home's location and condition.**
**? Subject to applicant creditworthiness.**

**If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, go here.**

**Sears Home Improvement Products**
**1024 Florida Central Parkway**
**Longwood, FL 32750-7579**

---



 Sears Home Improvement Products, 1024 Florida Central Parkway Longwood, FL 32750-7579



If you can not see our footer image, please visit here.

```
From ???@??? Fri Aug 04 19:38:50 2006
X-Persona: <2nd User>
Return-Path: <mailcenter358280@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 02 Aug 2006 14:19:46 -0600
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Subject: *****SPAM***** Sears Siding - make your home look like new again
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44D108E2.62BB6DC3"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i)4227&e=tommy@jammtomm.com
  visiting this link This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network. [...]

Content analysis details:   (7.1 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD    BODY: List removal information
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.1 HTML_FONTCOLOR_BLUE     BODY: HTML font color is blue
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE   BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 0.2 HTML_50_60              BODY: Message is 50% to 60% HTML
 0.1 HTML_FONTCOLOR_RED      BODY: HTML font color is red
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE             URI: URL of page called "remove"

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 4449 invoked from network); 2 Aug 2006 14:19:43 -0600
Received: from static-vmg-187-196.vm-mail.com (HELO vm-187-196.vm-mail.com)

```
(206.82.187.196)
  by rcw19190020.com with SMTP; 2 Aug 2006 14:19:43 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-196.vm-mail.com with SMTP; 02 Aug 2006 15:19:33 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 358280
From: Home Exterior Specialist <HomeExteriorSpecialist@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+358280@vm-rewards.com>
Subject: Sears Siding - make your home look like new again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Siding - m9.htm"
```

```
From ???@??? Mon Nov 03 08:35:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3695523-1205>; Mon, 3 Nov 2003 04:26:52 -0500
Received: from vl208-38.vmlocal.com ([216.21.208.38]) by ams.ftl.affinity.com
with ESMTP id <251019-1223>; Mon, 3 Nov 2003 04:25:12 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-38.vmlocal.com with SMTP; 03 Nov 2003 03:25:10 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 186991
From: Home Gym <YouWorkOutAtHome186991@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Home Gym <YouWorkOutAtHome186991@vmlocal.com>
Subject: Click these links to bring the gym to you now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov3.042512-0500_est.251019-1223+1322@ams.ftl.affinity.com>
Date:Mon, 3 Nov 2003 04:25:10 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the

advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Nov 03 23:44:47 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215098-23201>; Tue, 4 Nov 2003 02:11:09 -0500
Received: from vl208-39.vmlocal.com ([216.21.208.39]) by ams.ftl.affinity.com
with ESMTP id <218826-23201>; Tue, 4 Nov 2003 02:09:48 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-39.vmlocal.com with SMTP; 04 Nov 2003 01:09:45 -0600
X-ClientHost: 1020971211010641031111410011110119111114107115046099111109
X-MailingID: 188213
From: Home Gym <YouWorkOutAtHome188213@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Home Gym <YouWorkOutAtHome188213@vmlocal.com>
Subject: Click these links to bring the gym to you now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov4.020948-0500_est.218826-23201+9141@ams.ftl.affinity.com>
Date:Tue, 4 Nov 2003 02:09:47 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the

advertiser, and questions about this offer should be directed to the
advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Nov 13 22:04:23 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <230212-4761>; Thu, 13 Nov 2003 18:10:21 -0500
Received: from vl208-17.vmlocal.com ([216.21.208.17]) by ams.ftl.affinity.com
with ESMTP id <234475-4761>; Thu, 13 Nov 2003 18:09:31 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-17.vmlocal.com with SMTP; 13 Nov 2003 17:09:29 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 196989
From: Home Gym <YouWorkOutAtHome196989@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Home Gym <YouWorkOutAtHome196989@vmlocal.com>
Subject: Click these links to bring the gym to you now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov13.180931-0500_est.234475-4761+20359@ams.ftl.affinity.com>
Date:Thu, 13 Nov 2003 18:09:31 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the

advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Jan 26 21:35:24 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <266626-1103>; Mon, 26 Jan 2004 23:27:35 -0500
Received: from vm208-34.adknow-net.com ([216.21.208.34]) by
ams.ftl.affinity.com with ESMTP id <273402-1102>; Mon, 26 Jan 2004 23:26:28
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-34.adknow-net.com with SMTP; 26 Jan 2004 22:26:20 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 350749
From: Home Gym <YouWorkOutAtHome@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return350749@replies.adknow-net.com
Subject: Searching for a home gym?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan26.232628-0500_est.273402-1102+94665@ams.ftl.affinity.com>
Date:Mon, 26 Jan 2004 23:26:27 -0500
```



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please

mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Jan 26 17:49:25 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <329357-6125>; Mon, 26 Jan 2004 20:42:16 -0500
Received: from vm208-48.adknow-net.com ([216.21.208.48]) by
ams.ftl.affinity.com with ESMTP id <329379-6115>; Mon, 26 Jan 2004 20:41:19
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-48.adknow-net.com with SMTP; 26 Jan 2004 19:41:11 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 350956
From: Home Gym <YouWorkOutAtHome@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return350956@replies.adknow-net.com
Subject: Want to bring the gym to you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan26.204119-0500_est.329379-6115+4293@ams.ftl.affinity.com>
Date:Mon, 26 Jan 2004 20:41:18 -0500
```



If you would like to refer a friend information regarding this program,
go here. To remove yourself from this program (and stop receiving email messages
from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please
note that the companies listed within this service have not provided
Virtumundo consideration to include their products in this message. Please

mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Jan 18 13:28:23 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218639-20659>; Sun, 18 Jan 2004 14:36:58 -0500
Received: from vm208-24.adknow-net.com ([216.21.208.24]) by
ams.ftl.affinity.com with ESMTP id <221940-20662>; Sun, 18 Jan 2004 14:36:14
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-24.adknow-net.com with SMTP; 18 Jan 2004 13:36:07 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 344052
From: Home Gym <YouWorkOutAtHome@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return344052@replies.adknow-net.com
Subject: Put a health club in your home.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan18.143614-0500_est.221940-20662+27198@ams.ftl.affinity.com>
Date:Sun, 18 Jan 2004 14:36:14 -0500



If you would like to refer a friend information regarding this program,
go here. To remove yourself from this program (and stop receiving email messages
from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please
note that the companies listed within this service have not provided
Virtumundo consideration to include their products in this message. Please

mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Feb 04 19:33:56 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2742071-3600>; Wed, 4 Feb 2004 20:36:57 -0500
Received: from vm208-33.adknow-net.com ([216.21.208.33]) by
ams.ftl.affinity.com with ESMTP id <2743107-3601>; Wed, 4 Feb 2004 20:36:12
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-33.adknow-net.com with SMTP; 04 Feb 2004 19:36:04 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 358068
From: Home Gym <YouWorkOutAtHome@adknow-net.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return358068@replies.adknow-net.com
Subject: Want to bring the gym to you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb4.203612-0500_est.2743107-3601+8104@ams.ftl.affinity.com>
Date:Wed, 4 Feb 2004 20:36:12 -0500
```



If you would like to refer a friend information regarding this program,
go here. To remove yourself from this program (and stop receiving email messages
from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please
note that the companies listed within this service have not provided
Virtumundo consideration to include their products in this message. Please

mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Dec 06 11:28:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214008-16024>; Sat, 6 Dec 2003 14:00:59 -0500
Received: from vl208-53.vmlocal.com ([216.21.208.53]) by ams.ftl.affinity.com
with ESMTP id <218184-16024>; Sat, 6 Dec 2003 13:59:46 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-53.vmlocal.com with SMTP; 06 Dec 2003 12:56:42 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 212647
From: Home Gym <YouWorkOutAtHome@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Home Gym <YouWorkOutAtHome212647@vmlocal.com>
Subject: Click these links to bring the gym to you now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.135946-0500_est.218184-16024+161978@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 13:59:46 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the**

advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Nov 23 20:06:24 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222790-4613>; Sun, 23 Nov 2003 21:11:36 -0500
Received: from vl208-51.vmlocal.com ([216.21.208.51]) by ams.ftl.affinity.com
with ESMTP id <222889-4610>; Sun, 23 Nov 2003 21:10:46 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-51.vmlocal.com with SMTP; 23 Nov 2003 20:10:38 -0600
X-ClientHost: 1060971210641031111410011111011911111410711504609911109
X-MailingID: 203849
From: Home Gym <YouWorkOutAtHome@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Home Gym <YouWorkOutAtHome203849@vmlocal.com>
Subject: Click these links to bring the gym to you now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov23.211046-0500_est.222889-4610+28336@ams.ftl.affinity.com>
Date:Sun, 23 Nov 2003 21:10:46 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the

advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Jan 03 11:05:51 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <1260249-12561>; Sat, 3 Jan 2004 11:26:46 -0500
Received: from vm209-228.vmlocal.com ([216.21.209.228]) by
ams.ftl.affinity.com with ESMTP id <2294463-5451>; Sat, 3 Jan 2004 11:25:49
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-228.vmlocal.com with SMTP; 03 Jan 2004 10:25:48 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 234589
From: Home Gym <YouWorkOutAtHome@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Home Gym <YouWorkOutAtHome234589@vmlocal.com>
Subject: Searching for a home gym?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan3.112549-0500_est.2294463-5451+29716@ams.ftl.affinity.com>
Date:Sat, 3 Jan 2004 11:25:47 -0500
```



If you would like to refer a friend information regarding this program,
go here. To remove yourself from this program (and stop receiving email messages
from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please
note that the companies listed within this service have not provided
Virtumundo consideration to include their products in this message. Please

mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Mar 13 16:57:50 2006
X-Persona: <RCW>
Return-Path: <mailcenter339950@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 9857 invoked from network); 13 Mar 2006 18:20:09 -0600
Received: from vm-181-127.vm-mail.com (206.82.181.127)
  by chiefmusician.net with SMTP; 13 Mar 2006 18:20:06 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-127.vm-mail.com with SMTP; 13 Mar 2006 18:19:50 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 339950
From: Home Helper <HomeHelper@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339950@vm-rewards.com>
Subject: Rates are near 40 year lows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



**NetMoneyWizard** , 21143 Hawthorne Boulevard, Suite 187, Torrance, CA, 90503

If you can not see our footer image, please visit here.

From ???@??? Mon Mar 13 16:22:10 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter339950@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 22656 invoked from network); 13 Mar 2006 16:29:28 -0600
Received: from vm-181-209.vm-mail.com (206.82.181.209)
  by rcw19190020.com with SMTP; 13 Mar 2006 16:29:28 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-209.vm-mail.com with SMTP; 13 Mar 2006 16:29:16 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 339950
From: Home Helper <HomeHelper@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339950@vm-rewards.com>
Subject: Rates are near 40 year lows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



**NetMoneyWizard** , 21143 Hawthorne Boulevard, Suite 187, Torrance, CA, 90503

If you can not see our footer image, please visit here.

From ???@??? Wed Mar 15 01:34:30 2006
X-Persona: <Mila>
Return-Path: <mailcenter339950@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 13 Mar 2006 16:31:49 -0600
From: Home Helper <HomeHelper@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Rates are near 40 year lows
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ************
X-Spam-Status: Yes, hits=12.2 required=7.0 tests=BAYES_99,BLANK_LINES_80_90,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4415F2D5.5EC682CF"


Attachments:
SPAM Rates are near 41.htm


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9823&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'9823&e=mila@jammtomm.com
  URI:http://ogy.cc/penduloso20/top.gif [...]

Content analysis details:   (12.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 2.6 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 10400 invoked from network); 13 Mar 2006 16:31:46 -0600
Received: from vm-181-44.vm-mail.com (206.82.181.44)
  by clrobin.com with SMTP; 13 Mar 2006 16:31:45 -0600
Received: from vm-mail.com (192.168.3.20)

```
  by vm-181-44.vm-mail.com with SMTP; 13 Mar 2006 16:31:33 -0600
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 339950
From: Home Helper <HomeHelper@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339950@vm-rewards.com>
Subject: Rates are near 40 year lows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Rates are
near 41.htm"
```

```
From ???@??? Tue Sep 09 07:47:44 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <269090-2595>; Tue, 9 Sep 2003 03:04:35 -0400
Received: from vt10.vtarget.com ([216.64.222.10]) by ams.ftl.affinity.com with
ESMTP id <263149-2602>; Tue, 9 Sep 2003 03:03:34 -0400
Received: from vtarget.com (192.168.3.10)
  by vt10.vtarget.com with SMTP; 09 Sep 2003 02:03:31 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 128364
From: Home Helper <HomeLoansForYouOnline128364@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: MailCenter <mailcenter+128364@virtumundo.com>
Subject: Find a Low Refinance or Mortgage Rate - it's not too late!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep9.030334-0400_edt.263149-2602+1334@ams.ftl.affinity.com>
Date:Tue, 9 Sep 2003 03:03:33 -0400
```



**If you cannot see the images above, please click here for our fast and easy form.**

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Sep 22 08:20:31 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3795767-30269>; Mon, 22 Sep 2003 09:21:36 -0400
Received: from vm155.vmadmin.com ([216.64.222.155]) by ams.ftl.affinity.com
with ESMTP id <3795774-30279>; Mon, 22 Sep 2003 09:20:35 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm155.vmadmin.com with SMTP; 22 Sep 2003 08:20:31 -0500
X-ClientHost: 1060971091011150641031111141001111011911111410711504609911109
X-MailingID: 141560
From: Home Helper <HomeLoansForYouOnline141560@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Helper <HomeLoansForYouOnline141560@replies.virtumundo.com>
Subject: Find a Low Refinance or Mortgage Rate - it's not too late!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep22.092035-0400_edt.3795774-30279+1762@ams.ftl.affinity.com>
Date:Mon, 22 Sep 2003 09:20:34 -0400



**If you cannot see the images above, please click here for our fast and easy form.**

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Sep 24 12:22:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <729820-19526>; Wed, 24 Sep 2003 14:41:17 -0400
Received: from vl208-58.vmlocal.com ([216.21.208.58]) by ams.ftl.affinity.com
with ESMTP id <729122-19521>; Wed, 24 Sep 2003 12:54:16 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-58.vmlocal.com with SMTP; 24 Sep 2003 11:54:09 -0500
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 142939
From: Home Improvement Network <HomeImprovementNet142939@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Home Improvement Network <HomeImprovementNet142939@vmlocal.com>
Subject: Turn Your House Into A Home!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep24.125416-0400_edt.729122-19521+3428@ams.ftl.affinity.com>
Date:Wed, 24 Sep 2003 12:54:16 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 06 16:32:08 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214025-8588>; Mon, 6 Oct 2003 18:55:18 -0400
Received: from vl208-74.vmlocal.com ([216.21.208.74]) by ams.ftl.affinity.com
with ESMTP id <214661-8590>; Mon, 6 Oct 2003 14:39:55 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-74.vmlocal.com with SMTP; 06 Oct 2003 13:39:51 -0500
X-ClientHost: 106097109101115064103111141001111101191111141071150460991111109
X-MailingID: 153194
From: Home Improvement Network <HomeImprovementNet153194@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Home Improvement Network <HomeImprovementNet153194@vmlocal.com>
Subject: Turn Your House Into A Home!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct6.143955-0400_edt.214661-8590+18817@ams.ftl.affinity.com>
Date:Mon, 6 Oct 2003 14:39:55 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Oct 25 08:15:53 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <286372-12895>; Sat, 25 Oct 2003 10:25:06 -0400
Received: from vl208-31.vmlocal.com ([216.21.208.31]) by ams.ftl.affinity.com
with ESMTP id <214333-12895>; Sat, 25 Oct 2003 10:24:21 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-31.vmlocal.com with SMTP; 25 Oct 2003 09:24:20 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410715046099111109
X-MailingID: 175532
From: Home Improvement Network <HomeImprovementNet175532@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Home Improvement Network <HomeImprovementNet175532@vmlocal.com>
Subject: Turn Your House Into A Home!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct25.102421-0400_edt.214333-12895+18590@ams.ftl.affinity.com>
Date:Sat, 25 Oct 2003 10:24:21 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Jan 16 12:04:35 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <322733-27771>; Fri, 16 Jan 2004 13:53:41 -0500
Received: from vm208-42.adknow-net.com ([216.21.208.42]) by
ams.ftl.affinity.com with ESMTP id <317034-27761>; Fri, 16 Jan 2004 13:52:00
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-42.adknow-net.com with SMTP; 16 Jan 2004 12:51:56 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 343110
From: Home Improvement Network <HomeImprovementNet@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return343110@replies.adknow-net.com
Subject: Your house. Only better.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan16.135200-0500_est.317034-27761+13312@ams.ftl.affinity.com>
Date:Fri, 16 Jan 2004 13:51:59 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Dec 29 11:05:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3560739-1094>; Mon, 29 Dec 2003 13:27:52 -0500
Received: from vm209-192.vmlocal.com ([216.21.209.192]) by
ams.ftl.affinity.com with ESMTP id <3561180-1094>; Mon, 29 Dec 2003 13:26:39
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-192.vmlocal.com with SMTP; 29 Dec 2003 12:26:36 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 230841
From: Home Improvement Network <HomeImprovementNet@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Home Improvement Network <HomeImprovementNet230841@vmlocal.com>
Subject: Your house. Only better.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec29.132639-0500_est.3561180-1094+13648@ams.ftl.affinity.com>
Date:Mon, 29 Dec 2003 13:26:38 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Dec 21 12:30:24 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3555356-31730>; Sun, 21 Dec 2003 13:19:44 -0500
Received: from vm209-180.vmlocal.com ([216.21.209.180]) by
ams.ftl.affinity.com with ESMTP id <3556766-31736>; Sun, 21 Dec 2003 13:18:43
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-180.vmlocal.com with SMTP; 21 Dec 2003 12:18:41 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 223130
From: Home Improvement Network <HomeImprovementNet@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Home Improvement Network <HomeImprovementNet223130@vmlocal.com>
Subject: Your house. Only better.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec21.131843-0500_est.3556766-31736+22114@ams.ftl.affinity.com>
Date:Sun, 21 Dec 2003 13:18:42 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Dec 11 19:25:11 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214943-26663>; Thu, 11 Dec 2003 19:41:07 -0500
Received: from vm209-182.vmlocal.com ([216.21.209.182]) by
ams.ftl.affinity.com with ESMTP id <215576-26658>; Thu, 11 Dec 2003 19:40:06
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-182.vmlocal.com with SMTP; 11 Dec 2003 18:40:01 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 216300
From: Home Improvement Network <HomeImprovementNet@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Home Improvement Network <HomeImprovementNet216300@vmlocal.com>
Subject: Your house. Only better.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec11.194006-0500_est.215576-26658+30630@ams.ftl.affinity.com>
Date:Thu, 11 Dec 2003 19:40:04 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 03 18:07:32 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3556937-4696>; Wed, 3 Dec 2003 20:18:29 -0500
Received: from vl208-41.vmlocal.com ([216.21.208.41]) by ams.ftl.affinity.com
with ESMTP id <3562019-4700>; Wed, 3 Dec 2003 20:17:17 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-41.vmlocal.com with SMTP; 03 Dec 2003 19:17:12 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 210654
From: Home Improvement Network <HomeImprovementNet@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Home Improvement Network <HomeImprovementNet210654@vmlocal.com>
Subject: Turn your house into a home.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec3.201717-0500_est.3562019-4700+6081@ams.ftl.affinity.com>
Date:Wed, 3 Dec 2003 20:17:15 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Nov 25 20:30:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216581-1090>; Tue, 25 Nov 2003 21:33:08 -0500
Received: from vl208-70.vmlocal.com ([216.21.208.70]) by ams.ftl.affinity.com
with ESMTP id <216649-1080>; Tue, 25 Nov 2003 21:32:07 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-70.vmlocal.com with SMTP; 25 Nov 2003 20:32:06 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 205189
From: Home Improvement Network <HomeImprovementNet@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Home Improvement Network <HomeImprovementNet205189@vmlocal.com>
Subject: Your house. Only better.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov25.213207-0500_est.216649-1080+3615@ams.ftl.affinity.com>
Date:Tue, 25 Nov 2003 21:32:06 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Jan 07 12:21:43 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <231538-12299>; Wed, 7 Jan 2004 12:42:15 -0500
Received: from vm209-228.vmlocal.com ([216.21.209.228]) by
ams.ftl.affinity.com with ESMTP id <233682-12295>; Wed, 7 Jan 2004 12:40:55
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-228.vmlocal.com with SMTP; 07 Jan 2004 11:40:51 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 237143
From: Home Improvement Network <HomeImprovementNet@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Home Improvement Network <HomeImprovementNet237143@vmlocal.com>
Subject: Make your home everything you thought it could be.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan7.124055-0500_est.233682-12295+3665@ams.ftl.affinity.com>
Date:Wed, 7 Jan 2004 12:40:55 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Feb 07 16:11:44 2006
Return-Path: <mailcenter336220@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 13701 invoked from network); 25 Jan 2006 13:11:43 -0600
Received: from vm-182-87.vm-mail.com (206.82.182.87)
  by xj4x4.net with SMTP; 25 Jan 2006 13:11:43 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-87.vm-mail.com with SMTP; 25 Jan 2006 13:11:40 -0600
X-ClientHost:
100101119097121110101064097110116104111101210991011101161140971080460991111109
X-MailingID: 336220
From: Home Improvement Projects <HomeImprovementProjects@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336220@vm-rewards.com>
Subject: 5 Simple home improvement projects
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.6 required=7.0 tests=BAYES_40,DATE_MISSING,
      HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_FONTCOLOR_UNSAFE,HTML_FONT_BIG,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY autolearn=no version=2.63
```

This offer comes to you as a valued member of Virtumundo's permissioned network.

Images not loading? View this offer by visiting this link



## 5 Simple Home Improvement Projects You Can Start Today

You've seen it on TV - a home redecorated in one day or less and the outcome is incredible. A rather mundane house is turned into a beautiful home with just a few tools and some supplies from your local home supply store.

The big question you have, of course, is **"Can I do it?"** And the answer is a resounding **YES!**

There are hundreds of simple, inexpensive, and quick home improvement projects you can do that will increase the value of your home and turn it into a truly enjoyable space.

One general tip you may want to consider before starting any project is to use home design software to plan your improvements. The software will allow you to make changes to your rooms digitally before ever spending a dime on materials or doing any physical work. **Punch! Professional Home Design Suite - Platinum** (see special offer below) is an industry leader in this type of software. It is cost effective and helpful whether your project is a complicated renovation or a simple redesign or landscaping project.

Let's look at 5 projects you can start today.

### Idea 1: Redecorate With Paint



This home design article is brought to you by Punch! Software

All you will need is enough fabric to cover the walls, liquid fabric starch, a sponge paint roller and paint pan, and a large sponge! Prepare your walls as if you were going to paint. Now, pour the liquid starch into the paint pan, and roll it onto the wall. Put the fabric up on the wall,

using the sponge to apply starch and get rid of any bubbles. Once it is dry, you can trim off the ends at the ceiling, floor, doors, and windows.

Talk about a dramatic change! And when you want to change the look, just peel the fabric off and wash the walls!

### Idea 3: Add Lighting For Beauty



Nothing transforms a house like light. Choosing the right lighting for your home is a great way to create a warm and inviting atmosphere. Although adding lighting to a room is not difficult to do, you will need a plan that considers the variety of activities that will occur there.

"Task lighting" allows you to complete a task, such as reading, without getting blinded, but also without needing to strain your eyes to get the job done! Reading requires task lighting that comes from behind the reader's shoulder or reflects off the ceiling or wall.

"Accent lighting" highlights or features certain areas. When you look around your home, what do you see? More importantly, what do you WANT to see? It may be a particular piece of artwork, an unusual plant, or an interesting architectural feature. No matter what you choose to emphasize, accent lighting will help it stand out and add a dramatic touch.

"Ambient lighting" is the general lighting that provides overall illumination to the areas in use.

Knowing the way you use the room will guide you to choices that change your home from drab to dynamic.

### Idea 4: Give Your Kitchen a Facelift



The kitchen is not only the heart of the home but one of the most important rooms when it comes to resale value. If your kitchen is humdrum but you simply don't have enough money for a total remodel, consider giving it a facelift - a cabinet re-facing, that is!

Just what is cabinet re-facing? It is simply changing the



Appropriate for BOTH **professional & amateur** designers and renovators.

Can help you build an entire house or just help you plan smaller area design and landscape projects.

Provides amazing 3D realism.



**20% Off Coupon**

**USE CODE: 20CCHRWOFF**

Expires 12/31/06

**Make Your Home Renovation and Redesign Dreams Come True in 2006!
...with Software that Lets You Design and View Your Home with Incredible 3D Realism!**

Dear Home Owner,

As 2006 rang in, did you make a resolution to get started on all your home renovation and redesign projects?

**Our easy-to-use software can help you cross your home design projects off your to-do list for good!**

and Punch! Master Landscape & Home Design into one powerful package.

Professionals and amateurs love this product because it lets you to **do all the work on your PC before you ever spend a dime on materials or labor**. You'll see your finished plans before a single minute is spent doing the actual physical work!

**Doesn't that sound like a smart way to plan your project?**



Here are some images of what our software can do!





appearance of the cabinet doors while leaving the cabinets and the layout the same.

Cabinet re-facing can be accomplished in a number of ways:

- You can sand and repaint your cabinet doors using any color or texture you choose
- You can strip your cabinet doors and re-stain in a variety of finishes.
- Simply changing the hinges and knobs can make a world of difference.

Just a little bit of time, a quick trip to the home supply store, and some elbow grease, and you will have the look and feel of a brand new kitchen.

## Idea 5: Replace Your Old Flooring The Easy Way

 Floors are often overlooked when it comes time to remodel, but new flooring is a great way to add just the right touch to your bathroom, kitchen, living room, or dining room. And now, with glueless laminate flooring, the job can be done in one weekend!

The most popular laminate designs are made to resemble hard wood flooring, however, you can also find those that look like stone or marble. Whatever your choice, you will be able to put the new floor down over your old floor - no need for scraping off old vinyl flooring, removing hardwood flooring, or covering concrete. Just about any flat hard surface can be the base for laminate!

No matter what your décor or your lifestyle, you can find a laminate floor to fit your needs.

Choosing the best modeling and redecorating projects will not only increase the long-term value of your home, they will also provide satisfaction and pleasure for you, the smart homeowner.

This is an advertisement. If you would like to no longer receive any further email messages from this advertiser sent by Virtumundo, visit here.

To remove yourself from receiving any further messages from the Virtumundo Rewards program, go to http://www.virtumundo.com/change or visit here.

Please send any questions or concerns about the Virtumundo Rewards program to:

Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. Thank you.

The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Tue Feb 28 17:36:07 2006
X-Persona: <Mila>
Return-Path: <mailcenter338904@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Fri, 24 Feb 2006 12:47:17 -0600
From: Home Improvement Specialist <HomeImprovementSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Sears Windows: replace your drafty, ugly windows
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,HTML_TAG_BALANCE_BODY,
        HTML_TAG_BALANCE_HTML,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43FF54B5.B4D6783E"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  SEARS - Custom-Fit Replacement Windows This Sears offer
  comes to you as a valued member of Virtumundo's permissioned network.
  [...]

Content analysis details:   (7.5 points, 7.0 required)

 pts rule name               description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD   BODY: List removal information
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.3 HTML_TAG_BALANCE_BODY  BODY: HTML has unbalanced "body" tags
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.4 HTML_TAG_BALANCE_HTML  BODY: HTML has unbalanced "html" tags
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE            URI: URL of page called "remove"
 0.0 CLICK_BELOW            Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 26562 invoked from network); 24 Feb 2006 12:47:04 -0600
Received: from vm-184-151.vm-mail.com (HELO pkc-sb02) (206.82.184.151)

```
  by clrobin.com with SMTP; 24 Feb 2006 12:47:00 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 24 Feb 2006 12:46:46 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 338904
From: Home Improvement Specialist <HomeImprovementSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338904@vm-rewards.com>
Subject: Sears Windows: replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Windows r8.htm"
```

From ???@??? Wed Sep 17 08:01:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <337157-25081>; Wed, 17 Sep 2003 08:38:21 -0400
Received: from vt26.vtarget.com ([216.64.222.26]) by ams.ftl.affinity.com with
ESMTP id <337121-25078>; Wed, 17 Sep 2003 08:37:33 -0400
Received: from vtarget.com (192.168.3.10)
  by vt26.vtarget.com with SMTP; 17 Sep 2003 07:36:28 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 137171
From: Home Loan Today <GetAHomeLoanToday137171@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: Home Loan Today <GetAHomeLoanToday137171@replies.vtarget.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep17.083733-0400_edt.337121-25078+1905@ams.ftl.affinity.com>
Date:Wed, 17 Sep 2003 08:37:32 -0400

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Sep 20 23:07:45 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213459-31328>; Sun, 21 Sep 2003 01:16:04 -0400
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com
with ESMTP id <213620-31328>; Sun, 21 Sep 2003 01:16:00 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 21 Sep 2003 00:15:57 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 139912
From: Home Loan Today <HomeLoansTodayOffer139912@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Loan Today <HomeLoansTodayOffer139912@replies.virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep21.011600-0400_edt.213620-31328+252@ams.ftl.affinity.com>
Date:Sun, 21 Sep 2003 01:15:59 -0400
```

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Oct 03 08:26:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <277950-22858>; Fri, 3 Oct 2003 07:23:25 -0400
Received: from vm097.vmadmin.com ([216.64.222.97]) by ams.ftl.affinity.com
with ESMTP id <272512-22865>; Fri, 3 Oct 2003 07:23:09 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm097.vmadmin.com with SMTP; 03 Oct 2003 06:23:07 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 151718
From: Home Loan Today <HomeLoansTodayOffer151718@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+151718@virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct3.072309-0400_edt.272512-22865+817@ams.ftl.affinity.com>
Date:Fri, 3 Oct 2003 07:23:08 -0400
```

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Oct 03 08:26:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <278522-22858>; Fri, 3 Oct 2003 07:23:25 -0400
Received: from vm097.vmadmin.com ([216.64.222.97]) by ams.ftl.affinity.com
with ESMTP id <277950-23300>; Fri, 3 Oct 2003 07:23:09 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm097.vmadmin.com with SMTP; 03 Oct 2003 06:23:07 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 151718
From: Home Loan Today <HomeLoansTodayOffer151718@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+151718@virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct3.072309-0400_edt.277950-23300+858@ams.ftl.affinity.com>
Date:Fri, 3 Oct 2003 07:23:08 -0400
```

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Oct 03 08:26:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <272512-22858>; Fri, 3 Oct
2003 07:23:25 -0400
Received: from vm097.vmadmin.com ([216.64.222.97]) by ams.ftl.affinity.com
with ESMTP id <277963-5332>; Fri, 3 Oct 2003 07:23:09 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm097.vmadmin.com with SMTP; 03 Oct 2003 06:23:07 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 151718
From: Home Loan Today <HomeLoansTodayOffer151718@vmadmin.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+151718@virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct3.072309-0400_edt.277963-5332+1099@ams.ftl.affinity.com>
Date:Fri, 3 Oct 2003 07:23:09 -0400
```

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Oct 09 00:17:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220677-22204>; Thu, 9 Oct 2003 02:37:13 -0400
Received: from vm143.vmadmin.com ([216.64.222.143]) by ams.ftl.affinity.com
with ESMTP id <221693-22203>; Thu, 9 Oct 2003 02:36:26 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm143.vmadmin.com with SMTP; 09 Oct 2003 01:36:20 -0500
X-ClientHost: 10609710910111506410311111410011111019111111410711504609911109
X-MailingID: 156956
From: Home Loan Today <HomeLoansTodayOffer156956@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Loan Today <HomeLoansTodayOffer156956@replies.virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct9.023626-0400_edt.221693-22203+4540@ams.ftl.affinity.com>
Date:Thu, 9 Oct 2003 02:36:24 -0400
```

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at
http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from
the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy
Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer
should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Oct 09 08:15:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <460736-13541>; Thu, 9 Oct 2003 04:16:35 -0400
Received: from vm142.vmadmin.com ([216.64.222.142]) by ams.ftl.affinity.com
with ESMTP id <470220-13547>; Thu, 9 Oct 2003 04:14:48 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm142.vmadmin.com with SMTP; 09 Oct 2003 03:14:38 -0500
X-ClientHost: 1060971210641031111410011110119111114107115046099111109
X-MailingID: 156956
From: Home Loan Today <HomeLoansTodayOffer156956@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+156956@virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct9.041448-0400_edt.470220-13547+7153@ams.ftl.affinity.com>
Date:Thu, 9 Oct 2003 04:14:47 -0400
```

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Oct 11 07:58:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <461232-11401>; Sat, 11 Oct
2003 07:54:20 -0400
Received: from vm103.vmadmin.com ([216.64.222.103]) by ams.ftl.affinity.com
with ESMTP id <460707-11399>; Sat, 11 Oct 2003 07:53:14 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm103.vmadmin.com with SMTP; 11 Oct 2003 06:53:12 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 160144
From: Home Loan Today <HomeLoansTodayOffer160144@vmadmin.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+160144@virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct11.075314-0400_edt.460707-11399+24362@ams.ftl.affinity.com>
Date:Sat, 11 Oct 2003 07:53:14 -0400
```

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Oct 11 07:58:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <275426-11395>; Sat, 11 Oct 2003 07:54:20 -0400
Received: from vm103.vmadmin.com ([216.64.222.103]) by ams.ftl.affinity.com
with ESMTP id <458842-11398>; Sat, 11 Oct 2003 07:53:14 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm103.vmadmin.com with SMTP; 11 Oct 2003 06:53:12 -0500
X-ClientHost: 1020971211010641031111141001111011911111410711504609911109
X-MailingID: 160144
From: Home Loan Today <HomeLoansTodayOffer160144@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+160144@virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct11.075314-0400_edt.458842-11398+26102@ams.ftl.affinity.com>
Date:Sat, 11 Oct 2003 07:53:13 -0400

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Oct 11 07:58:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <458842-11398>; Sat, 11 Oct 2003 07:54:20 -0400
Received: from vm103.vmadmin.com ([216.64.222.103]) by ams.ftl.affinity.com
with ESMTP id <460998-11399>; Sat, 11 Oct 2003 07:53:14 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm103.vmadmin.com with SMTP; 11 Oct 2003 06:53:12 -0500
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 160144
From: Home Loan Today <HomeLoansTodayOffer160144@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+160144@virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct11.075314-0400_edt.460998-11399+24361@ams.ftl.affinity.com>
Date:Sat, 11 Oct 2003 07:53:14 -0400
```

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Oct 17 17:13:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219373-5268>; Fri, 17 Oct 2003 18:57:22 -0400
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <329853-23090>; Fri, 17 Oct 2003 14:44:42 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 17 Oct 2003 09:56:00 -0500
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 166549
From: Home Loan Today <HomeLoansTodayOffer166549@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+166549@virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct17.144442-0400_edt.329853-23090+1448@ams.ftl.affinity.com>
Date:Fri, 17 Oct 2003 14:44:42 -0400
```

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Oct 17 17:13:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <219359-5266>; Fri, 17 Oct
2003 18:57:22 -0400
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <329162-23103>; Fri, 17 Oct 2003 14:44:43 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm092.vmadmin.com with SMTP; 17 Oct 2003 09:56:00 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 166549
From: Home Loan Today <HomeLoansTodayOffer166549@vmadmin.com>
To:     Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+166549@virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct17.144443-0400_edt.329162-23103+1448@ams.ftl.affinity.com>
Date:Fri, 17 Oct 2003 14:44:42 -0400
```

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Oct 17 17:11:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <219329-23092>; Fri, 17 Oct 2003 18:57:22 -0400
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <328622-5268>; Fri, 17 Oct 2003 14:44:42 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm092.vmadmin.com with SMTP; 17 Oct 2003 09:56:00 -0500
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 166549
From: Home Loan Today <HomeLoansTodayOffer166549@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+166549@virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct17.144442-0400_edt.328622-5268+26653@ams.ftl.affinity.com>
Date:Fri, 17 Oct 2003 14:44:41 -0400
```

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Oct 17 17:13:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219348-5266>; Fri, 17 Oct 2003 18:57:22 -0400
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <329848-23093>; Fri, 17 Oct 2003 14:44:42 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 17 Oct 2003 09:56:00 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 166549
From: Home Loan Today <HomeLoansTodayOffer166549@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+166549@virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct17.144442-0400_edt.329848-23093+1504@ams.ftl.affinity.com>
Date:Fri, 17 Oct 2003 14:44:41 -0400
```

### Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Oct 17 21:02:47 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222307-21274>; Fri, 17 Oct 2003 21:22:44 -0400
Received: from vm157.vmadmin.com ([216.64.222.157]) by ams.ftl.affinity.com
with ESMTP id <729716-21266>; Fri, 17 Oct 2003 15:04:30 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm157.vmadmin.com with SMTP; 17 Oct 2003 11:41:38 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 166549
From: Home Loan Today <HomeLoansTodayOffer166549@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Loan Today <HomeLoansTodayOffer166549@replies.virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct17.150430-0400_edt.729716-21266+3416@ams.ftl.affinity.com>
Date:Fri, 17 Oct 2003 15:04:29 -0400
```

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Oct 26 08:41:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <226089-23163>; Sun, 26 Oct 2003 08:18:44 -0500
Received: from vm144.vmadmin.com ([216.64.222.144]) by ams.ftl.affinity.com
with ESMTP id <726087-23255>; Sun, 26 Oct 2003 07:46:08 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm144.vmadmin.com with SMTP; 26 Oct 2003 06:45:59 -0600
X-ClientHost:
1060971091051080970641031111141001111101191111141071150460991111109
X-MailingID: 175455
From: Home Loan Today <HomeLoansTodayOffer175455@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Loan Today <HomeLoansTodayOffer175455@replies.virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct26.074608-0500_est.726087-23255+14301@ams.ftl.affinity.com>
Date:Sun, 26 Oct 2003 07:46:08 -0500
```

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Oct 26 08:41:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <224854-23167>; Sun, 26 Oct 2003 08:18:42 -0500
Received: from vm144.vmadmin.com ([216.64.222.144]) by ams.ftl.affinity.com
with ESMTP id <732039-23252>; Sun, 26 Oct 2003 07:46:09 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm144.vmadmin.com with SMTP; 26 Oct 2003 06:45:59 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 175455
From: Home Loan Today <HomeLoansTodayOffer175455@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Loan Today <HomeLoansTodayOffer175455@replies.virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct26.074609-0500_est.732039-23252+12622@ams.ftl.affinity.com>
Date:Sun, 26 Oct 2003 07:46:08 -0500
```

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Oct 26 08:41:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <245338-23167>; Sun, 26 Oct 2003 08:18:42 -0500
Received: from vm144.vmadmin.com ([216.64.222.144]) by ams.ftl.affinity.com
with ESMTP id <267774-23272>; Sun, 26 Oct 2003 07:46:08 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm144.vmadmin.com with SMTP; 26 Oct 2003 06:45:59 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911110 9
X-MailingID: 175455
From: Home Loan Today <HomeLoansTodayOffer175455@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Loan Today <HomeLoansTodayOffer175455@replies.virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct26.074608-0500_est.267774-23272+12921@ams.ftl.affinity.com>
Date:Sun, 26 Oct 2003 07:46:07 -0500
```

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Oct 26 08:41:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <245349-23166>; Sun, 26 Oct 2003 08:18:42 -0500
Received: from vm144.vmadmin.com ([216.64.222.144]) by ams.ftl.affinity.com
with ESMTP id <726662-23257>; Sun, 26 Oct 2003 07:46:07 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm144.vmadmin.com with SMTP; 26 Oct 2003 06:45:59 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 175455
From: Home Loan Today <HomeLoansTodayOffer175455@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Loan Today <HomeLoansTodayOffer175455@replies.virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct26.074607-0500_est.726662-23257+12909@ams.ftl.affinity.com>
Date:Sun, 26 Oct 2003 07:46:07 -0500
```

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Oct 26 08:41:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215232-23162>; Sun, 26 Oct
2003 08:18:44 -0500
Received: from vm144.vmadmin.com ([216.64.222.144]) by ams.ftl.affinity.com
with ESMTP id <726376-23270>; Sun, 26 Oct 2003 07:46:09 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm144.vmadmin.com with SMTP; 26 Oct 2003 06:45:59 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 175455
From: Home Loan Today <HomeLoansTodayOffer175455@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Loan Today <HomeLoansTodayOffer175455@replies.virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct26.074609-0500_est.726376-23270+13720@ams.ftl.affinity.com>
Date:Sun, 26 Oct 2003 07:46:09 -0500
```

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Nov 06 23:34:39 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <227735-12066>; Fri, 7 Nov 2003 01:53:48 -0500
Received: from vm110.vmadmin.com ([216.64.222.110]) by ams.ftl.affinity.com
with ESMTP id <228088-12077>; Fri, 7 Nov 2003 01:52:45 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm110.vmadmin.com with SMTP; 07 Nov 2003 00:49:26 -0600
X-ClientHost: 1060971210641031111410011110119111114107115046099111109
X-MailingID: 191097
From: Home Loan Today <HomeLoansTodayOffer191097@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Loan Today <HomeLoansTodayOffer191097@replies.virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov7.015245-0500_est.228088-12077+5766@ams.ftl.affinity.com>
Date:Fri, 7 Nov 2003 01:52:44 -0500
```

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Nov 06 23:34:39 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <227717-12066>; Fri, 7 Nov 2003 01:53:48 -0500
Received: from vm110.vmadmin.com ([216.64.222.110]) by ams.ftl.affinity.com
with ESMTP id <228067-12074>; Fri, 7 Nov 2003 01:52:43 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm110.vmadmin.com with SMTP; 07 Nov 2003 00:49:26 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 191097
From: Home Loan Today <HomeLoansTodayOffer191097@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Loan Today <HomeLoansTodayOffer191097@replies.virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov7.015243-0500_est.228067-12074+5714@ams.ftl.affinity.com>
Date:Fri, 7 Nov 2003 01:52:36 -0500
```

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Nov 06 23:34:39 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <227704-12066>; Fri, 7 Nov 2003 01:53:48 -0500
Received: from vm110.vmadmin.com ([216.64.222.110]) by ams.ftl.affinity.com
with ESMTP id <228057-12077>; Fri, 7 Nov 2003 01:52:34 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm110.vmadmin.com with SMTP; 07 Nov 2003 00:49:26 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 191097
From: Home Loan Today <HomeLoansTodayOffer191097@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Loan Today <HomeLoansTodayOffer191097@replies.virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov7.015234-0500_est.228057-12077+5765@ams.ftl.affinity.com>
Date:Fri, 7 Nov 2003 01:52:34 -0500
```

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Nov 06 23:34:39 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216055-12066>; Fri, 7 Nov 2003 01:53:48 -0500
Received: from vm110.vmadmin.com ([216.64.222.110]) by ams.ftl.affinity.com
with ESMTP id <227990-12077>; Fri, 7 Nov 2003 01:52:32 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm110.vmadmin.com with SMTP; 07 Nov 2003 00:49:26 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 191097
From: Home Loan Today <HomeLoansTodayOffer191097@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Loan Today <HomeLoansTodayOffer191097@replies.virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov7.015232-0500_est.227990-12077+5764@ams.ftl.affinity.com>
Date:Fri, 7 Nov 2003 01:52:32 -0500
```

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Nov 06 23:34:36 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <227722-12068>; Fri, 7 Nov
2003 01:53:48 -0500
Received: from vm110.vmadmin.com ([216.64.222.110]) by ams.ftl.affinity.com
with ESMTP id <225589-12076>; Fri, 7 Nov 2003 01:52:45 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm110.vmadmin.com with SMTP; 07 Nov 2003 00:49:26 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 191097
From: Home Loan Today <HomeLoansTodayOffer191097@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Loan Today <HomeLoansTodayOffer191097@replies.virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov7.015245-0500_est.225589-12076+5685@ams.ftl.affinity.com>
Date:Fri, 7 Nov 2003 01:52:45 -0500
```

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Nov 07 18:27:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213052-1081>; Fri, 7 Nov 2003 17:53:49 -0500
Received: from vm120.vmadmin.com ([216.64.222.120]) by ams.ftl.affinity.com
with ESMTP id <215539-1071>; Fri, 7 Nov 2003 17:52:41 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm120.vmadmin.com with SMTP; 07 Nov 2003 16:51:17 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 192313
From: Home Loan Today <HomeLoansTodayOffer192313@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Loan Today <HomeLoansTodayOffer192313@replies.virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov7.175241-0500_est.215539-1071+2990@ams.ftl.affinity.com>
Date:Fri, 7 Nov 2003 17:52:39 -0500
```

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Nov 07 18:27:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214767-1083>; Fri, 7 Nov 2003 17:52:55 -0500
Received: from vm120.vmadmin.com ([216.64.222.120]) by ams.ftl.affinity.com
with ESMTP id <214361-1082>; Fri, 7 Nov 2003 17:52:39 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm120.vmadmin.com with SMTP; 07 Nov 2003 16:51:17 -0600
X-ClientHost:
10609710910510809706410311111410011111019111114107115046099111109
X-MailingID: 192313
From: Home Loan Today <HomeLoansTodayOffer192313@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Loan Today <HomeLoansTodayOffer192313@replies.virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov7.175239-0500_est.214361-1082+3023@ams.ftl.affinity.com>
Date:Fri, 7 Nov 2003 17:52:38 -0500
```

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Nov 07 18:27:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213760-1083>; Fri, 7 Nov 2003 17:52:55 -0500
Received: from vm120.vmadmin.com ([216.64.222.120]) by ams.ftl.affinity.com
with ESMTP id <215221-1077>; Fri, 7 Nov 2003 17:52:37 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm120.vmadmin.com with SMTP; 07 Nov 2003 16:51:17 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 192313
From: Home Loan Today <HomeLoansTodayOffer192313@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Loan Today <HomeLoansTodayOffer192313@replies.virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov7.175237-0500_est.215221-1077+2769@ams.ftl.affinity.com>
Date:Fri, 7 Nov 2003 17:52:36 -0500
```

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Nov 07 18:27:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213554-1083>; Fri, 7 Nov 2003 17:52:55 -0500
Received: from vm120.vmadmin.com ([216.64.222.120]) by ams.ftl.affinity.com
with ESMTP id <213760-1079>; Fri, 7 Nov 2003 17:52:33 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm120.vmadmin.com with SMTP; 07 Nov 2003 16:51:17 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 192313
From: Home Loan Today <HomeLoansTodayOffer192313@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Loan Today <HomeLoansTodayOffer192313@replies.virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov7.175233-0500_est.213760-1079+3193@ams.ftl.affinity.com>
Date:Fri, 7 Nov 2003 17:52:32 -0500
```

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Nov 07 18:27:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213100-1071>; Fri, 7 Nov 2003
17:53:49 -0500
Received: from vm120.vmadmin.com ([216.64.222.120]) by ams.ftl.affinity.com
with ESMTP id <212589-1071>; Fri, 7 Nov 2003 17:52:41 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm120.vmadmin.com with SMTP; 07 Nov 2003 16:51:17 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 192313
From: Home Loan Today <HomeLoansTodayOffer192313@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Loan Today <HomeLoansTodayOffer192313@replies.virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov7.175241-0500_est.212589-1071+2991@ams.ftl.affinity.com>
Date:Fri, 7 Nov 2003 17:52:40 -0500

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Nov 16 10:15:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213871-25150>; Sun, 16 Nov
2003 11:44:47 -0500
Received: from vm219.vmadmin.com ([216.64.222.219]) by ams.ftl.affinity.com
with ESMTP id <217866-25151>; Sun, 16 Nov 2003 11:43:41 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm219.vmadmin.com with SMTP; 16 Nov 2003 10:43:08 -0600
X-ClientHost:
1061111100971161040971106410311111410011110119111114107115046099111109
X-MailingID: 198808
From: Home Loan Today <HomeLoansTodayOffer198808@vmadmin.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Loan Today <HomeLoansTodayOffer198808@replies.virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov16.114341-0500_est.217866-25151+30883@ams.ftl.affinity.com>
Date:Sun, 16 Nov 2003 11:43:40 -0500

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little
as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Nov 16 10:15:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <217711-25150>; Sun, 16 Nov 2003 11:44:47 -0500
Received: from vm219.vmadmin.com ([216.64.222.219]) by ams.ftl.affinity.com
with ESMTP id <217823-25151>; Sun, 16 Nov 2003 11:43:41 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm219.vmadmin.com with SMTP; 16 Nov 2003 10:43:08 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 198808
From: Home Loan Today <HomeLoansTodayOffer198808@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Loan Today <HomeLoansTodayOffer198808@replies.virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov16.114341-0500_est.217823-25151+30882@ams.ftl.affinity.com>
Date:Sun, 16 Nov 2003 11:43:39 -0500
```

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Nov 16 10:15:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217490-25139>; Sun, 16 Nov 2003 11:44:23 -0500
Received: from vm219.vmadmin.com ([216.64.222.219]) by ams.ftl.affinity.com
with ESMTP id <217815-25138>; Sun, 16 Nov 2003 11:43:39 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm219.vmadmin.com with SMTP; 16 Nov 2003 10:43:08 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 198808
From: Home Loan Today <HomeLoansTodayOffer198808@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Loan Today <HomeLoansTodayOffer198808@replies.virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov16.114339-0500_est.217815-25138+30356@ams.ftl.affinity.com>
Date:Sun, 16 Nov 2003 11:43:39 -0500
```

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Nov 16 10:15:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217124-25139>; Sun, 16 Nov 2003 11:44:22 -0500
Received: from vm219.vmadmin.com ([216.64.222.219]) by ams.ftl.affinity.com
with ESMTP id <216823-25149>; Sun, 16 Nov 2003 11:43:39 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm219.vmadmin.com with SMTP; 16 Nov 2003 10:43:08 -0600
X-ClientHost: 1020971211010641031111141001111011911111410715046099111109
X-MailingID: 198808
From: Home Loan Today <HomeLoansTodayOffer198808@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Loan Today <HomeLoansTodayOffer198808@replies.virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov16.114339-0500_est.216823-25149+30649@ams.ftl.affinity.com>
Date:Sun, 16 Nov 2003 11:43:38 -0500
```

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Nov 16 10:15:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217701-25150>; Sun, 16 Nov 2003 11:44:47 -0500
Received: from vm219.vmadmin.com ([216.64.222.219]) by ams.ftl.affinity.com
with ESMTP id <217841-25150>; Sun, 16 Nov 2003 11:43:41 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm219.vmadmin.com with SMTP; 16 Nov 2003 10:43:08 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 198808
From: Home Loan Today <HomeLoansTodayOffer198808@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Loan Today <HomeLoansTodayOffer198808@replies.virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov16.114341-0500_est.217841-25150+30646@ams.ftl.affinity.com>
Date:Sun, 16 Nov 2003 11:43:40 -0500
```

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Nov 22 05:33:39 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <220511-19569>; Sat, 22 Nov 2003 02:11:26 -0500
Received: from vm111.vmadmin.com ([216.64.222.111]) by ams.ftl.affinity.com
with ESMTP id <221817-19570>; Sat, 22 Nov 2003 02:10:13 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm111.vmadmin.com with SMTP; 22 Nov 2003 01:10:04 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 202544
From: Home Loan Today <HomeLoansTodayOffer202544@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Loan Today <HomeLoansTodayOffer202544@replies.virtumundo.com>
Subject: 20 Minute Loan Approval...Poor Credit Accepted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov22.021013-0500_est.221817-19570+39764@ams.ftl.affinity.com>
Date:Sat, 22 Nov 2003 02:10:13 -0500


**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Nov 22 05:33:39 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221817-19563>; Sat, 22 Nov 2003 02:11:26 -0500
Received: from vm111.vmadmin.com ([216.64.222.111]) by ams.ftl.affinity.com
with ESMTP id <221822-19582>; Sat, 22 Nov 2003 02:10:15 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm111.vmadmin.com with SMTP; 22 Nov 2003 01:10:04 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 202544
From: Home Loan Today <HomeLoansTodayOffer202544@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Loan Today <HomeLoansTodayOffer202544@replies.virtumundo.com>
Subject: 20 Minute Loan Approval...Poor Credit Accepted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov22.021015-0500_est.221822-19582+38943@ams.ftl.affinity.com>
Date:Sat, 22 Nov 2003 02:10:13 -0500
```

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Nov 22 05:33:39 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214864-19563>; Sat, 22 Nov 2003 02:11:26 -0500
Received: from vm111.vmadmin.com ([216.64.222.111]) by ams.ftl.affinity.com
with ESMTP id <221819-19583>; Sat, 22 Nov 2003 02:10:13 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm111.vmadmin.com with SMTP; 22 Nov 2003 01:10:04 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 202544
From: Home Loan Today <HomeLoansTodayOffer202544@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Loan Today <HomeLoansTodayOffer202544@replies.virtumundo.com>
Subject: 20 Minute Loan Approval...Poor Credit Accepted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov22.021013-0500_est.221819-19583+39834@ams.ftl.affinity.com>
Date:Sat, 22 Nov 2003 02:10:13 -0500
```

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Nov 22 05:33:39 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221812-19563>; Sat, 22 Nov 2003 02:11:26 -0500
Received: from vm111.vmadmin.com ([216.64.222.111]) by ams.ftl.affinity.com
with ESMTP id <221814-19583>; Sat, 22 Nov 2003 02:10:13 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm111.vmadmin.com with SMTP; 22 Nov 2003 01:10:04 -0600
X-ClientHost: 1020971211010641031111141001111011911111410711504609911109
X-MailingID: 202544
From: Home Loan Today <HomeLoansTodayOffer202544@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Loan Today <HomeLoansTodayOffer202544@replies.virtumundo.com>
Subject: 20 Minute Loan Approval...Poor Credit Accepted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov22.021013-0500_est.221814-19583+39833@ams.ftl.affinity.com>
Date:Sat, 22 Nov 2003 02:10:12 -0500

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Nov 22 05:33:39 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <222150-19569>; Sat, 22 Nov
2003 02:11:26 -0500
Received: from vm111.vmadmin.com ([216.64.222.111]) by ams.ftl.affinity.com
with ESMTP id <221835-19584>; Sat, 22 Nov 2003 02:10:15 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm111.vmadmin.com with SMTP; 22 Nov 2003 01:10:04 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 202544
From: Home Loan Today <HomeLoansTodayOffer202544@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Loan Today <HomeLoansTodayOffer202544@replies.virtumundo.com>
Subject: 20 Minute Loan Approval...Poor Credit Accepted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov22.021015-0500_est.221835-19584+38614@ams.ftl.affinity.com>
Date:Sat, 22 Nov 2003 02:10:14 -0500

**Don't Close Your Home Loan Before You Get Approved with iLoanWeb.com in as little as 20 Minutes Online!**





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Oct 20 09:19:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <224919-1084>; Mon, 20 Oct 2003 10:34:02 -0400
Received: from vl208-73.vmlocal.com ([216.21.208.73]) by ams.ftl.affinity.com
with ESMTP id <222339-1083>; Mon, 20 Oct 2003 10:33:20 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-73.vmlocal.com with SMTP; 20 Oct 2003 09:32:12 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 170085
From: Home Mortgage <GetAHomeMortgage170085@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Home Mortgage <GetAHomeMortgage170085@vmlocal.com>
Subject: Feel right at home with these home mortgage rates.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct20.103320-0400_edt.222339-1083+10488@ams.ftl.affinity.com>
Date:Mon, 20 Oct 2003 10:33:20 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Dec 14 20:46:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <216545-24615>; Sun, 14 Dec
2003 22:54:10 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com
with ESMTP id <216643-24613>; Sun, 14 Dec 2003 22:53:04 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm106.vmadmin.com with SMTP; 14 Dec 2003 21:52:52 -0600
X-ClientHost:
10611111009711610409711006410311111410011111101191111141071150460991 11109
X-MailingID: 219084
From: Home Owners Insurance <InsuranceForHome@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Owners Insurance
<InsuranceForHome219084@replies.virtumundo.com>
Subject: Let homeowner's insurance protect your assets.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec14.225304-0500_est.216643-24613+59776@ams.ftl.affinity.com>
Date:Sun, 14 Dec 2003 22:53:02 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Dec 14 20:46:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <216465-24619>; Sun, 14 Dec 2003 22:54:10 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com
with ESMTP id <216545-24615>; Sun, 14 Dec 2003 22:53:01 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm106.vmadmin.com with SMTP; 14 Dec 2003 21:52:52 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 219084
From: Home Owners Insurance <InsuranceForHome@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Owners Insurance
<InsuranceForHome219084@replies.virtumundo.com>
Subject: Let homeowner's insurance protect your assets.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec14.225301-0500_est.216545-24615+61706@ams.ftl.affinity.com>
Date:Sun, 14 Dec 2003 22:53:01 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Dec 14 20:46:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216520-24615>; Sun, 14 Dec 2003 22:54:10 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com
with ESMTP id <216631-24619>; Sun, 14 Dec 2003 22:53:02 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm106.vmadmin.com with SMTP; 14 Dec 2003 21:52:52 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991109
X-MailingID: 219084
From: Home Owners Insurance <InsuranceForHome@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Owners Insurance
<InsuranceForHome219084@replies.virtumundo.com>
Subject: Let homeowner's insurance protect your assets.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec14.225302-0500_est.216631-24619+61989@ams.ftl.affinity.com>
Date:Sun, 14 Dec 2003 22:53:02 -0500
```



   **You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Oct 05 08:32:40 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <336274-853>; Sun, 5 Oct 2003 06:12:21 -0400
Received: from vm134.vmadmin.com ([216.64.222.134]) by ams.ftl.affinity.com
with ESMTP id <330575-848>; Sun, 5 Oct 2003 06:11:51 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm134.vmadmin.com with SMTP; 05 Oct 2003 05:11:33 -0500
X-ClientHost: 106097121064103111141001111101191111141071115046099111109
X-MailingID: 153041
From: Home Schooling Information <HomeSchoolingInformation153041@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+153041@virtumundo.com>
Subject: Here they're the teacher's pet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct5.061151-0400_edt.330575-848+10052@ams.ftl.affinity.com>
Date:Sun, 5 Oct 2003 06:11:50 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Oct 05 08:32:40 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <336200-853>; Sun, 5 Oct 2003 06:12:21 -0400
Received: from vm134.vmadmin.com ([216.64.222.134]) by ams.ftl.affinity.com
with ESMTP id <337691-847>; Sun, 5 Oct 2003 06:11:49 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm134.vmadmin.com with SMTP; 05 Oct 2003 05:11:33 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 153041
From: Home Schooling Information <HomeSchoolingInformation153041@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+153041@virtumundo.com>
Subject: Here they're the teacher's pet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct5.061149-0400_edt.337691-847+10438@ams.ftl.affinity.com>
Date:Sun, 5 Oct 2003 06:11:49 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Oct 05 08:32:40 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <336661-845>; Sun, 5 Oct 2003
06:12:21 -0400
Received: from vm134.vmadmin.com ([216.64.222.134]) by ams.ftl.affinity.com
with ESMTP id <336792-852>; Sun, 5 Oct 2003 06:11:51 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm134.vmadmin.com with SMTP; 05 Oct 2003 05:11:33 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 153041
From: Home Schooling Information <HomeSchoolingInformation153041@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+153041@virtumundo.com>
Subject: Here they're the teacher's pet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct5.061151-0400_edt.336792-852+10048@ams.ftl.affinity.com>
Date:Sun, 5 Oct 2003 06:11:51 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Sep 30 12:50:34 2005
X-Persona: <hum>
Return-Path: <mailcenter330159@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 6528 invoked from network); 28 Sep 2005 10:18:04 -0600
Received: from vm-181-10.vm-mail.com (206.82.181.10)
  by anthonycentral.com with SMTP; 28 Sep 2005 10:18:04 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-10.vm-mail.com with SMTP; 28 Sep 2005 11:18:02 -0500
X-ClientHost: 104117109064101104097104111109101046099111109
X-MailingID: 330159
From: Home Security <HomeSecurity@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330159@vm-rewards.com>
Subject: *****SPAM***** Does your home need a security system?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```



**Wonder Agent, 220 Sansome Street, 8th Floor San Francisco, CA 94104**

If you can not see our footer image, please visit here.

From ???@??? Mon Oct 20 17:45:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216801-1084>; Mon, 20 Oct 2003 18:36:32 -0400
Received: from vm219.vmadmin.com ([216.64.222.219]) by ams.ftl.affinity.com
with ESMTP id <242375-1076>; Mon, 20 Oct 2003 16:57:45 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm219.vmadmin.com with SMTP; 20 Oct 2003 15:57:25 -0500
X-ClientHost: 1060971210641031111410011110119111114107115046099111109
X-MailingID: 169800
From: Home Security Resources <HomeSecurityResources169800@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Security Resources
<HomeSecurityResources169800@replies.virtumundo.com>
Subject: Feel safe and secure in your home.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct20.165745-0400_edt.242375-1076+11831@ams.ftl.affinity.com>
Date:Mon, 20 Oct 2003 16:57:45 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 20 17:45:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <216795-1084>; Mon, 20 Oct 2003 18:36:32 -0400
Received: from vm219.vmadmin.com ([216.64.222.219]) by ams.ftl.affinity.com
with ESMTP id <242351-1084>; Mon, 20 Oct 2003 16:57:44 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm219.vmadmin.com with SMTP; 20 Oct 2003 15:57:25 -0500
X-ClientHost:
1060971091051080970641031111141001111101191111141071150460999111109
X-MailingID: 169800
From: Home Security Resources <HomeSecurityResources169800@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Security Resources
<HomeSecurityResources169800@replies.virtumundo.com>
Subject: Feel safe and secure in your home.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct20.165744-0400_edt.242351-1084+12232@ams.ftl.affinity.com>
Date:Mon, 20 Oct 2003 16:57:44 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 20 17:45:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216790-1080>; Mon, 20 Oct 2003 18:36:32 -0400
Received: from vm219.vmadmin.com ([216.64.222.219]) by ams.ftl.affinity.com
with ESMTP id <239927-1080>; Mon, 20 Oct 2003 16:57:43 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm219.vmadmin.com with SMTP; 20 Oct 2003 15:57:25 -0500
X-ClientHost: 10209712110106410311111410011111011911111410715046099111109
X-MailingID: 169800
From: Home Security Resources <HomeSecurityResources169800@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Security Resources
<HomeSecurityResources169800@replies.virtumundo.com>
Subject: Feel safe and secure in your home.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct20.165743-0400_edt.239927-1080+12252@ams.ftl.affinity.com>
Date:Mon, 20 Oct 2003 16:57:43 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Oct 20 17:45:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <216810-1084>; Mon, 20 Oct
2003 18:36:32 -0400
Received: from vm219.vmadmin.com ([216.64.222.219]) by ams.ftl.affinity.com
with ESMTP id <242401-1079>; Mon, 20 Oct 2003 16:57:46 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm219.vmadmin.com with SMTP; 20 Oct 2003 15:57:25 -0500
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 169800
From: Home Security Resources <HomeSecurityResources169800@vmadmin.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Security Resources
<HomeSecurityResources169800@replies.virtumundo.com>
Subject: Feel safe and secure in your home.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct20.165746-0400_edt.242401-1079+12060@ams.ftl.affinity.com>
Date:Mon, 20 Oct 2003 16:57:46 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Aug 28 22:41:28 2006
X-Persona: <2nd User>
Return-Path: <mailcenter361482@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sun, 27 Aug 2006 04:51:28 -0600
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_RATIO_14,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44F17930.F0CBD998"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i}6837&e=tommy@jammtomm.com
  visiting this link This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network. [...]

Content analysis details:   (7.3 points, 7.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING         Missing Date: header
 2.8 X_MAIL_ID_PRESENT    Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.3 HTML_IMAGE_RATIO_14  BODY: HTML has a low ratio of text to image area
 0.0 HTML_MESSAGE         BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY       BODY: Message only has text/html MIME parts
 0.2 HTML_50_60           BODY: Message is 50% to 60% HTML
 0.1 HTML_FONTCOLOR_RED   BODY: HTML font color is red
 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE          URI: URL of page called "remove"

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 1509 invoked from network); 27 Aug 2006 04:51:27 -0600
Received: from static-vmg-180-102.vm-mail.com (HELO vm-180-102.vm-mail.com)

```
(206.82.180.102)
  by gordonworks.com with SMTP; 27 Aug 2006 04:51:27 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-102.vm-mail.com with SMTP; 27 Aug 2006 05:51:25 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 361482
From:  Home Specialist <HomeSpecialist@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+361482@vm-rewards.com>
Subject: Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Windows R17.htm"
```

```
From ???@??? Mon Aug 21 00:03:54 2006
X-Persona: <2nd User>
Return-Path: <mailcenter360438@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sat, 19 Aug 2006 04:19:43 -0600
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_RATIO_14,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44E6E5BF.02A8534C"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i)5827&e=tommy@jammtomm.com
  visiting this link This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network. [...]

Content analysis details:  (7.3 points, 7.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING         Missing Date: header
 2.8 X_MAIL_ID_PRESENT    Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.3 HTML_IMAGE_RATIO_14  BODY: HTML has a low ratio of text to image area
 0.0 HTML_MESSAGE         BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY       BODY: Message only has text/html MIME parts
 0.2 HTML_50_60           BODY: Message is 50% to 60% HTML
 0.1 HTML_FONTCOLOR_RED   BODY: HTML font color is red
 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE          URI: URL of page called "remove"

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 12802 invoked from network); 19 Aug 2006 04:19:40 -0600
Received: from static-vmg-187-200.vm-mail.com (HELO vm-187-200.vm-mail.com)

```
(206.82.187.200)
  by xj4x4.net with SMTP; 19 Aug 2006 04:19:40 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-200.vm-mail.com with SMTP; 19 Aug 2006 05:19:02 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 360438
From:  Home Specialist <HomeSpecialist@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+360438@vm-rewards.com>
Subject: Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Windows R16.htm"
```

From ???@??? Fri Aug 04 19:34:35 2006
X-Persona: <2nd User>
Return-Path: <mailcenter357850@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sat, 29 Jul 2006 17:54:49 -0600
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_RATIO_14,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44CBF549.AB69905B"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i)3721&e=tommy@jammtomm.com
  visiting this link This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network. [...]

Content analysis details:   (7.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD   BODY: List removal information
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.3 HTML_IMAGE_RATIO_14    BODY: HTML has a low ratio of text to image area
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.2 HTML_50_60             BODY: Message is 50% to 60% HTML
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE            URI: URL of page called "remove"

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 11682 invoked from network); 29 Jul 2006 17:54:47 -0600
Received: from static-vmg-187-254.vm-mail.com (HELO vm-187-254.vm-mail.com)

```
(206.82.187.254)
  by celiajay.com with SMTP; 29 Jul 2006 17:54:30 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-254.vm-mail.com with SMTP; 29 Jul 2006 18:54:26 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 357850
From:  Home Specialist <HomeSpecialist@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+357850@vm-rewards.com>
Subject: Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Windows R15.htm"
```

```
From ???@??? Fri May 05 07:18:51 2006
X-Persona: <Jay>
Return-Path: <mailcenter347150@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 17178 invoked from network); 3 May 2006 16:48:07 -0600
Received: from vm-185-168.vm-mail.com (206.82.185.168)
   by rcw19190020.com with SMTP; 3 May 2006 16:48:07 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-168.vm-mail.com with SMTP; 03 May 2006 17:48:04 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 347150
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347150@vm-rewards.com>
Subject: Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_IMAGE_RATIO_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

- Energy efficient design to help keep down energy costs**
- Many styles tilt-in for easy cleaning from inside your home
- Custom measured and fit for your house
- Solid vinyl frames and sashes that don't need paint or caulk
- Convenient financing plans are available?

You can count on Sears for quality and craftsmanship.

Discover how affordable it can be to beautify and protect your home. Respond now!



This is an advertisement.

* Offer expires June 30th, 2006.



---



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri May 05 07:17:23 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347150@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 16448 invoked from network); 3 May 2006 16:30:16 -0600
Received: from vm-186-174.vm-mail.com (206.82.186.174)
  by rcw19190020.com with SMTP; 3 May 2006 16:30:15 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-174.vm-mail.com with SMTP; 03 May 2006 17:30:13 -0500
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710804609911109
X-MailingID: 347150
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347150@vm-rewards.com>
Subject: Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_IMAGE_RATIO_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

- Energy efficient design to help keep down energy costs**
- Many styles tilt-in for easy cleaning from inside your home
- Custom measured and fit for your house
- Solid vinyl frames and sashes that don't need paint or caulk
- Convenient financing plans are available?

You can count on Sears for quality and craftsmanship.

Discover how affordable it can be to beautify and protect your home. Respond now!



This is an advertisement.

* Offer expires June 30th, 2006.



Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579

If you can not see our footer image, please visit here.

From ???@??? Fri May 05 07:17:23 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347150@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 15648 invoked from network); 3 May 2006 16:30:15 -0600
Received: from vm-186-174.vm-mail.com (206.82.186.174)
  by rcw19190020.com with SMTP; 3 May 2006 16:30:14 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-174.vm-mail.com with SMTP; 03 May 2006 17:30:13 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 347150
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347150@vm-rewards.com>
Subject: Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
        HTML_IMAGE_RATIO_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no version=2.63


Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.



With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

- Energy efficient design to help keep down energy costs**
- Many styles tilt-in for easy cleaning from inside your home
- Custom measured and fit for your house
- Solid vinyl frames and sashes that don't need paint or caulk
- Convenient financing plans are available?

You can count on Sears for quality and craftsmanship.

Discover how affordable it can be to beautify and protect your home. Respond now!



This is an advertisement.

* Offer expires June 30th, 2006.



---

**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri May 05 07:17:23 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347150@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 17474 invoked from network); 3 May 2006 16:30:17 -0600
Received: from vm-186-174.vm-mail.com (206.82.186.174)
  by rcw19190020.com with SMTP; 3 May 2006 16:30:16 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-174.vm-mail.com with SMTP; 03 May 2006 17:30:13 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 347150
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347150@vm-rewards.com>
Subject: Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
        HTML_IMAGE_RATIO_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

- Energy efficient design to help keep down energy costs**
- Many styles tilt-in for easy cleaning from inside your home
- Custom measured and fit for your house
- Solid vinyl frames and sashes that don't need paint or caulk
- Convenient financing plans are available?

You can count on Sears for quality and craftsmanship.

Discover how affordable it can be to beautify and protect your home. Respond now!



This is an advertisement.

* Offer expires June 30th, 2006.



---

**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri May 05 07:17:23 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347150@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 19073 invoked from network); 3 May 2006 16:30:18 -0600
Received: from vm-186-174.vm-mail.com (206.82.186.174)
  by rcw19190020.com with SMTP; 3 May 2006 16:30:18 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-174.vm-mail.com with SMTP; 03 May 2006 17:30:13 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 347150
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347150@vm-rewards.com>
Subject: Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_IMAGE_RATIO_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

Energy efficient design to help keep down energy costs**
Many styles tilt-in for easy cleaning from inside your home
Custom measured and fit for your house
Solid vinyl frames and sashes that don't need paint or caulk
Convenient financing plans are available?

You can count on Sears for quality and craftsmanship.

Discover how affordable it can be to beautify and protect your home. Respond now!



This is an advertisement.

* Offer expires June 30th, 2006.



---

Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579

If you can not see our footer image, please visit here.

From ???@??? Fri May 05 07:13:59 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter347150@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 17216 invoked from network); 3 May 2006 16:46:30 -0600
Received: from vm-185-128.vm-mail.com (206.82.185.128)
   by clrobin.com with SMTP; 3 May 2006 16:46:30 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-128.vm-mail.com with SMTP; 03 May 2006 17:46:28 -0500
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460999111109
X-MailingID: 347150
From:  Home Specialist <HomeSpecialist@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347150@vm-rewards.com>
Subject: Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

- Energy efficient design to help keep down energy costs**
- Many styles tilt-in for easy cleaning from inside your home
- Custom measured and fit for your house



This is an advertisement.

* Offer expires June 30th, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri May 05 07:13:49 2006
X-Persona: <Celia>
Return-Path: <mailcenter347150@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 26434 invoked from network); 3 May 2006 17:06:59 -0600
Received: from vm-186-15.vm-mail.com (206.82.186.15)
  by itdidnotendright.com with SMTP; 3 May 2006 17:06:57 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-15.vm-mail.com with SMTP; 03 May 2006 18:06:57 -0500
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 347150
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347150@vm-rewards.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,HTML_IMAGE_RATIO_10,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,
        REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.1 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
        *  0.5 HTML_IMAGE_RATIO_10 BODY: HTML has a low ratio of text to image
area
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.8 REMOVE_PAGE URI: URL of page called "remove"
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

 Energy efficient design to help keep down energy costs**
 Many styles tilt-in for easy cleaning from inside your home
 Custom measured and fit for your house
 Solid vinyl frames and sashes that don't need paint or caulk
 Convenient financing plans are available?

You can count on Sears for quality and craftsmanship.

Discover how affordable it can be to beautify and protect your home. Respond now!



This is an advertisement.

* Offer expires June 30th, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

From ???@??? Wed May 03 21:21:37 2006
X-Persona: <Mila>
Return-Path: <mailcenter347150@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 03 May 2006 16:47:56 -0600
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.4 required=7.0 tests=BAYES_60,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_IMAGE_RATIO_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4459331C.FA5EACE0"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(5001&e=mila@jammtomm.com
  visiting this link This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network. [...]

Content analysis details:   (7.4 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 1.9 REMOVE_REMOVAL_1WORD   BODY: List removal information
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 1.6 BAYES_60               BODY: Bayesian spam probability is 60 to 70%
                            [score: 0.6030]
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.0 HTML_IMAGE_ONLY_10     BODY: HTML: images with 800-1000 bytes of words
 0.3 HTML_IMAGE_RATIO_10    BODY: HTML has a low ratio of text to image area
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.5 REMOVE_PAGE            URI: URL of page called "remove"

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 6977 invoked from network); 3 May 2006 16:47:55 -0600
Received: from vm-185-27.vm-mail.com (206.82.185.27)
  by ehahome.com with SMTP; 3 May 2006 16:47:54 -0600

```
Received: from vm-mail.com (10.0.0.42)
  by vm-185-27.vm-mail.com with SMTP; 03 May 2006 17:47:52 -0500
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 347150
From:  Home Specialist <HomeSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347150@vm-rewards.com>
Subject: Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Windows R14.htm"
```

```
From ???@??? Thu Apr 20 13:20:17 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter344484@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 12928 invoked from network); 20 Apr 2006 07:26:20 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by celiajay.com with SMTP; 20 Apr 2006 07:26:19 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 20 Apr 2006 08:26:18 -0500
X-ClientHost: 10611111006410609712110709712111511212108097099101046099111109
X-MailingID: 344484
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344484@vm-rewards.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,HTML_IMAGE_RATIO_10,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.1 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
        *  0.5 HTML_IMAGE_RATIO_10 BODY: HTML has a low ratio of text to image
area
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.8 REMOVE_PAGE URI: URL of page called "remove"
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

- Energy efficient design to help keep down energy costs**
- Many styles tilt-in for easy cleaning from inside your home
- Custom measured and fit for your house
- Solid vinyl frames and sashes that don't need paint or caulk
- Convenient financing plans are available?

You can count on Sears for quality and craftsmanship.

Discover how affordable it can be to beautify and protect your home. Respond now!



This is an advertisement.

* Offer expires June 30th, 2006.



Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 20 12:56:49 2006
X-Persona: <Anthony>
Return-Path: <mailcenter344484@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 23138 invoked from network); 20 Apr 2006 08:33:06 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by jaycelia.com with SMTP; 20 Apr 2006 08:33:05 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 20 Apr 2006 09:32:53 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 344484
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344484@vm-rewards.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_IMAGE_RATIO_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
      version=2.63
X-Spam-Report:
      * 1.9 DATE_MISSING Missing Date: header
      * 1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
      *      [score: 0.4994]
      * 0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      * 0.1 HTML_MESSAGE BODY: HTML included in message
      * 0.0 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
      * 0.3 HTML_IMAGE_RATIO_10 BODY: HTML has a low ratio of text to image
area
      * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 0.5 REMOVE_PAGE URI: URL of page called "remove"
      * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.





With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

- Energy efficient design to help keep down energy costs**
- Many styles tilt-in for easy cleaning from inside your home
- Custom measured and fit for your house
- Solid vinyl frames and sashes that don't need paint or caulk
- Convenient financing plans are available?

You can count on Sears for quality and craftsmanship.

Discover how affordable it can be to beautify and protect your home. Respond now!



This is an advertisement.

* Offer expires June 30th, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 20 12:56:49 2006
X-Persona: <Anthony>
Return-Path: <mailcenter344484@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 21155 invoked from network); 20 Apr 2006 08:33:04 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by jaycelia.com with SMTP; 20 Apr 2006 08:32:55 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 20 Apr 2006 09:32:53 -0500
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 344484
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344484@vm-rewards.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
        HTML_IMAGE_RATIO_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
        version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
        *      [score: 0.4994]
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
        *  0.3 HTML_IMAGE_RATIO_10 BODY: HTML has a low ratio of text to image
area
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.5 REMOVE_PAGE URI: URL of page called "remove"
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.





With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

- Energy efficient design to help keep down energy costs**
- Many styles tilt-in for easy cleaning from inside your home
- Custom measured and fit for your house
- Solid vinyl frames and sashes that don't need paint or caulk
- Convenient financing plans are available?

You can count on Sears for quality and craftsmanship.

Discover how affordable it can be to beautify and protect your home. Respond now!



This is an advertisement.

* Offer expires June 30th, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 20 12:56:49 2006
X-Persona: <Anthony>
Return-Path: <mailcenter344484@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 26020 invoked from network); 20 Apr 2006 08:33:08 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by jaycelia.com with SMTP; 20 Apr 2006 08:33:06 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 20 Apr 2006 09:32:53 -0500
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710804609911109
X-MailingID: 344484
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344484@vm-rewards.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_IMAGE_RATIO_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
      version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
      *      [score: 0.4994]
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
      *  0.3 HTML_IMAGE_RATIO_10 BODY: HTML has a low ratio of text to image
area
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.5 REMOVE_PAGE URI: URL of page called "remove"
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.





With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

- Energy efficient design to help keep down energy costs**
- Many styles tilt-in for easy cleaning from inside your home
- Custom measured and fit for your house
- Solid vinyl frames and sashes that don't need paint or caulk
- Convenient financing plans are available?

You can count on Sears for quality and craftsmanship.

Discover how affordable it can be to beautify and protect your home. Respond now!



This is an advertisement.

* Offer expires June 30th, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 20 12:56:49 2006
X-Persona: <Anthony>
Return-Path: <mailcenter344484@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 27713 invoked from network); 20 Apr 2006 08:33:10 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by jaycelia.com with SMTP; 20 Apr 2006 08:33:10 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 20 Apr 2006 09:32:53 -0500
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 344484
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344484@vm-rewards.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_IMAGE_RATIO_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
      version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
      *      [score: 0.4994]
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
      *  0.3 HTML_IMAGE_RATIO_10 BODY: HTML has a low ratio of text to image
area
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.5 REMOVE_PAGE URI: URL of page called "remove"
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.





With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

- Energy efficient design to help keep down energy costs**
- Many styles tilt-in for easy cleaning from inside your home
- Custom measured and fit for your house
- Solid vinyl frames and sashes that don't need paint or caulk
- Convenient financing plans are available?

You can count on Sears for quality and craftsmanship.

Discover how affordable it can be to beautify and protect your home. Respond now!



This is an advertisement.

* Offer expires June 30th, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 20 12:56:49 2006
X-Persona: <Anthony>
Return-Path: <mailcenter344484@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 29314 invoked from network); 20 Apr 2006 08:33:12 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by jaycelia.com with SMTP; 20 Apr 2006 08:33:12 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 20 Apr 2006 09:32:53 -0500
X-ClientHost: 116106064097110116104111101210991011101161140971080460991111109
X-MailingID: 344484
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344484@vm-rewards.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_IMAGE_RATIO_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
      version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
      *      [score: 0.4994]
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
      *  0.3 HTML_IMAGE_RATIO_10 BODY: HTML has a low ratio of text to image
area
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.5 REMOVE_PAGE URI: URL of page called "remove"
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.





With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

- Energy efficient design to help keep down energy costs**
- Many styles tilt-in for easy cleaning from inside your home
- Custom measured and fit for your house
- Solid vinyl frames and sashes that don't need paint or caulk
- Convenient financing plans are available?

You can count on Sears for quality and craftsmanship.

Discover how affordable it can be to beautify and protect your home. Respond now!



This is an advertisement.

* Offer expires June 30th, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**