```
From ???@??? Thu Apr 20 12:45:16 2006
X-Persona: <Mila>
Return-Path: <mailcenter344484@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 20 Apr 2006 07:26:09 -0600
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.9 required=7.0 tests=BAYES_60,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
        HTML_IMAGE_RATIO_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
        version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44478BF1.2876FC8A"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(2983&e=mila@jammtomm.com
  visiting this link This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network. [...]

Content analysis details:   (8.9 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 1.9 REMOVE_REMOVAL_1WORD   BODY: List removal information
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 1.6 BAYES_60               BODY: Bayesian spam probability is 60 to 70%
                            [score: 0.6905]
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.0 HTML_IMAGE_ONLY_10     BODY: HTML: images with 800-1000 bytes of words
 0.3 HTML_IMAGE_RATIO_10    BODY: HTML has a low ratio of text to image area
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.5 REMOVE_PAGE            URI: URL of page called "remove"
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
                [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 7267 invoked from network); 20 Apr 2006 07:26:05 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by greatnorthwest-alpha.org with SMTP; 20 Apr 2006 07:26:05 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 20 Apr 2006 08:26:04 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 344484
From:  Home Specialist <HomeSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344484@vm-rewards.com>
Subject: Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Windows R13.htm"
```

From ???@??? Thu Apr 20 12:32:52 2006
X-Persona: <Jay>
Return-Path: <mailcenter344484@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 12992 invoked from network); 20 Apr 2006 07:26:20 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by ehahome.com with SMTP; 20 Apr 2006 07:26:20 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 20 Apr 2006 08:26:18 -0500
X-ClientHost: 1060971210641060971210991011081050970460099111109
X-MailingID: 344484
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344484@vm-rewards.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_56,DATE_MISSING,
       HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
       HTML_IMAGE_RATIO_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
       version=2.63
X-Spam-Report:
       *  1.9 DATE_MISSING Missing Date: header
       *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
       *  0.0 BAYES_56 BODY: Bayesian spam probability is 56 to 60%
       *      [score: 0.5601]
       *  0.1 HTML_MESSAGE BODY: HTML included in message
       *  0.0 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
       *  0.3 HTML_IMAGE_RATIO_10 BODY: HTML has a low ratio of text to image
area
       *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  0.5 REMOVE_PAGE URI: URL of page called "remove"
       *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]


Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

- Energy efficient design to help keep down energy costs**
- Many styles tilt-in for easy cleaning from inside your home
- Custom measured and fit for your house
- Solid vinyl frames and sashes that don't need paint or caulk
- Convenient financing plans are available?

You can count on Sears for quality and craftsmanship.

Discover how affordable it can be to beautify and protect your home. Respond now!



This is an advertisement.

* Offer expires June 30th, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Apr 20 12:24:30 2006
X-Persona: <Jon>
Return-Path: <mailcenter344484@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 12928 invoked from network); 20 Apr 2006 07:26:20 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by celiajay.com with SMTP; 20 Apr 2006 07:26:19 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 20 Apr 2006 08:26:18 -0500
X-ClientHost: 10611111006410609712110709712111511212108097099101046099111109
X-MailingID: 344484
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344484@vm-rewards.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,HTML_IMAGE_RATIO_10,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.1 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
        *  0.5 HTML_IMAGE_RATIO_10 BODY: HTML has a low ratio of text to image
area
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.8 REMOVE_PAGE URI: URL of page called "remove"
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]


Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

- Energy efficient design to help keep down energy costs**
- Many styles tilt-in for easy cleaning from inside your home
- Custom measured and fit for your house
- Solid vinyl frames and sashes that don't need paint or caulk
- Convenient financing plans are available?

You can count on Sears for quality and craftsmanship.

Discover how affordable it can be to beautify and protect your home. Respond now!



This is an advertisement.

* Offer expires June 30th, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Apr 20 12:23:21 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter344484@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 25891 invoked from network); 20 Apr 2006 07:24:40 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by chiefmusician.net with SMTP; 20 Apr 2006 07:24:39 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 20 Apr 2006 08:24:38 -0500
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 344484
From:  Home Specialist <HomeSpecialist@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344484@vm-rewards.com>
Subject: Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.



With energy prices on the rise, don't let your old, leaky windows
cost you extra every month to heat or cool your home. Help reduce
your utility bills** and improve the look of your home with Custom
Replacement Windows from Sears.


   ⊡ Energy efficient design to help keep down energy costs**
   ⊡ Many styles tilt-in for easy cleaning from inside your home
   ⊡ Custom measured and fit for your house



This is an advertisement.

* Offer expires June 30th, 2006.



 **Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

 **If you can not see our footer image, please visit here.**

From ???@??? Thu Apr 20 12:23:09 2006
X-Persona: <Celia>
Return-Path: <mailcenter344484@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 14624 invoked from network); 20 Apr 2006 12:13:17 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 20 Apr 2006 12:13:16 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 20 Apr 2006 13:13:11 -0500
X-ClientHost: 0991011081050970640991011081050971060971121046099111109
X-MailingID: 344484
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344484@vm-rewards.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,HTML_IMAGE_RATIO_10,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        * 1.0 DATE_MISSING Missing Date: header
        * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        * 1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        * 0.0 HTML_MESSAGE BODY: HTML included in message
        * 1.1 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
        * 0.5 HTML_IMAGE_RATIO_10 BODY: HTML has a low ratio of text to image
area
        * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 0.8 REMOVE_PAGE URI: URL of page called "remove"
        * 2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]


Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.



- Energy efficient design to help keep down energy costs**
- Many styles tilt-in for easy cleaning from inside your home
- Custom measured and fit for your house
- Solid vinyl frames and sashes that don't need paint or caulk
- Convenient financing plans are available?

You can count on Sears for quality and craftsmanship.

Discover how affordable it can be to beautify and protect your home. Respond now!

This is an advertisement.

* Offer expires June 30th, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Apr 12 10:37:58 2006
Return-Path: <mailcenter343300@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 12985 invoked from network); 11 Apr 2006 19:23:23 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by omniinnovations.com with SMTP; 11 Apr 2006 19:23:21 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 11 Apr 2006 20:23:18 -0500
X-ClientHost:
097110116064097110116104111101210991011101161140971080460991111109
X-MailingID: 343300
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343300@vm-rewards.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_IMAGE_RATIO_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
      version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
      *      [score: 0.4988]
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
      *  0.3 HTML_IMAGE_RATIO_10 BODY: HTML has a low ratio of text to image
area
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.5 REMOVE_PAGE URI: URL of page called "remove"
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

- Energy efficient design to help keep down energy costs**
- Many styles tilt-in for easy cleaning from inside your home
- Custom measured and fit for your house
- Solid vinyl frames and sashes that don't need paint or caulk
- Convenient financing plans are available?

You can count on Sears for quality and craftsmanship.

Discover how affordable it can be to beautify and protect your home. Respond now!



This is an advertisement.

* Offer expires June 30th, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Apr 12 10:37:58 2006
Return-Path: <mailcenter343300@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 13408 invoked from network); 11 Apr 2006 19:23:25 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by omniinnovations.com with SMTP; 11 Apr 2006 19:23:24 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 11 Apr 2006 20:23:18 -0500
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 343300
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343300@vm-rewards.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_IMAGE_RATIO_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
      version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
      *      [score: 0.4988]
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
      *  0.3 HTML_IMAGE_RATIO_10 BODY: HTML has a low ratio of text to image
area
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.5 REMOVE_PAGE URI: URL of page called "remove"
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

- Energy efficient design to help keep down energy costs**
- Many styles tilt-in for easy cleaning from inside your home
- Custom measured and fit for your house
- Solid vinyl frames and sashes that don't need paint or caulk
- Convenient financing plans are available?

You can count on Sears for quality and craftsmanship.

Discover how affordable it can be to beautify and protect your home. Respond now!



This is an advertisement.

* Offer expires June 30th, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Apr 12 10:37:58 2006
Return-Path: <mailcenter343300@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 18625 invoked from network); 11 Apr 2006 19:23:30 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by omniinnovations.com with SMTP; 11 Apr 2006 19:23:26 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 11 Apr 2006 20:23:18 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 343300
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343300@vm-rewards.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_44,DATE_MISSING,
    HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
    HTML_IMAGE_RATIO_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
    RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
    version=2.63
X-Spam-Report:
    *  1.9 DATE_MISSING Missing Date: header
    *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
    *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
    * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
    *      [score: 0.4988]
    *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
    *  0.1 HTML_MESSAGE BODY: HTML included in message
    *  0.0 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
    *  0.3 HTML_IMAGE_RATIO_10 BODY: HTML has a low ratio of text to image
area
    *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
    *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
    *  0.5 REMOVE_PAGE URI: URL of page called "remove"
    *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
    *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.





With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.



Energy efficient design to help keep down energy costs**
Many styles tilt-in for easy cleaning from inside your home
Custom measured and fit for your house
Solid vinyl frames and sashes that don't need paint or caulk
Convenient financing plans are available?

You can count on Sears for quality and craftsmanship.

Discover how affordable it can be to beautify and protect your home. Respond now!

This is an advertisement.

* Offer expires June 30th, 2006.



 **Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**



**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Apr 12 10:37:58 2006
Return-Path: <mailcenter343300@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 21764 invoked from network); 11 Apr 2006 19:23:35 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by omniinnovations.com with SMTP; 11 Apr 2006 19:23:32 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 11 Apr 2006 20:23:18 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 343300
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343300@vm-rewards.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_IMAGE_RATIO_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
      version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
      *      [score: 0.4988]
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
      *  0.3 HTML_IMAGE_RATIO_10 BODY: HTML has a low ratio of text to image
area
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.5 REMOVE_PAGE URI: URL of page called "remove"
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

- Energy efficient design to help keep down energy costs**
- Many styles tilt-in for easy cleaning from inside your home
- Custom measured and fit for your house
- Solid vinyl frames and sashes that don't need paint or caulk
- Convenient financing plans are available?

You can count on Sears for quality and craftsmanship.

Discover how affordable it can be to beautify and protect your home. Respond now!



This is an advertisement.

* Offer expires June 30th, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Apr 12 10:37:58 2006
Return-Path: <mailcenter343300@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 22372 invoked from network); 11 Apr 2006 19:23:36 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by omniinnovations.com with SMTP; 11 Apr 2006 19:23:36 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 11 Apr 2006 20:23:18 -0500
X-ClientHost: 1161060640971101161041111012109910110116114097108046099111109
X-MailingID: 343300
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343300@vm-rewards.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_IMAGE_RATIO_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
      version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
      *      [score: 0.4988]
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
      *  0.3 HTML_IMAGE_RATIO_10 BODY: HTML has a low ratio of text to image
area
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.5 REMOVE_PAGE URI: URL of page called "remove"
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]




Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.
```





With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

- Energy efficient design to help keep down energy costs**
- Many styles tilt-in for easy cleaning from inside your home
- Custom measured and fit for your house
- Solid vinyl frames and sashes that don't need paint or caulk
- Convenient financing plans are available?

You can count on Sears for quality and craftsmanship.

Discover how affordable it can be to beautify and protect your home. Respond now!



This is an advertisement.

* Offer expires June 30th, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Apr 12 07:41:01 2006
X-Persona: <Mila>
Return-Path: <mailcenter343300@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Tue, 11 Apr 2006 20:20:23 -0600
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.9 required=7.0 tests=BAYES_60,DATE_MISSING,
       HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
       HTML_IMAGE_RATIO_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
       version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_443C63E7.FDB2078F"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
 URI:http://redirect.virtumundo.com/ct?i(2101&e=mila@jammtomm.com
 visiting this link This Sears offer comes to you as a valued member of
 Virtumundo's permissioned network. [...]

Content analysis details:   (8.9 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 1.9 REMOVE_REMOVAL_1WORD   BODY: List removal information
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 1.6 BAYES_60               BODY: Bayesian spam probability is 60 to 70%
                            [score: 0.6245]
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.0 HTML_IMAGE_ONLY_10     BODY: HTML: images with 800-1000 bytes of words
 0.3 HTML_IMAGE_RATIO_10    BODY: HTML has a low ratio of text to image area
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.5 REMOVE_PAGE            URI: URL of page called "remove"
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
             [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 9697 invoked from network); 11 Apr 2006 20:20:08 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 11 Apr 2006 20:19:59 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 11 Apr 2006 21:19:57 -0500
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 343300
From:  Home Specialist <HomeSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343300@vm-rewards.com>
Subject: Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Windows R12.htm"
```

```
From ???@??? Tue Apr 11 19:39:14 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter343300@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 12355 invoked from network); 11 Apr 2006 20:20:16 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 11 Apr 2006 20:20:14 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 11 Apr 2006 21:20:04 -0500
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 343300
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343300@vm-rewards.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,HTML_IMAGE_RATIO_10,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.1 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
      *  0.5 HTML_IMAGE_RATIO_10 BODY: HTML has a low ratio of text to image
area
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.8 REMOVE_PAGE URI: URL of page called "remove"
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

- Energy efficient design to help keep down energy costs**
- Many styles tilt-in for easy cleaning from inside your home
- Custom measured and fit for your house
- Solid vinyl frames and sashes that don't need paint or caulk
- Convenient financing plans are available?

You can count on Sears for quality and craftsmanship.

Discover how affordable it can be to beautify and protect your home. Respond now!



This is an advertisement.

* Offer expires June 30th, 2006.



 **Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**



**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 11:50:23 2006
Return-Path: <mailcenter341112@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 6433 invoked from network); 29 Mar 2006 17:26:49 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by celiajay.com with SMTP; 29 Mar 2006 17:26:48 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 29 Mar 2006 17:26:35 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 341112
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341112@vm-rewards.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.4 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
        HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
        version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
        *      [score: 0.4985]
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
        *  0.4 HTML_IMAGE_RATIO_08 BODY: HTML has a low ratio of text to image
area
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.5 REMOVE_PAGE URI: URL of page called "remove"
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.





With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

- Energy efficient design to help keep down energy costs**
- Many styles tilt-in for easy cleaning from inside your home
- Custom measured and fit for your house
- Solid vinyl frames and sashes that don't need paint or caulk
- Convenient financing plans are available?

You can count on Sears for quality and craftsmanship.

Discover how affordable it can be to beautify and protect your home. Respond now!



This is an advertisement.

* Offer expires March 31, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 11:50:23 2006
Return-Path: <mailcenter341112@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 7177 invoked from network); 29 Mar 2006 17:26:50 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by celiajay.com with SMTP; 29 Mar 2006 17:26:50 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 29 Mar 2006 17:26:35 -0600
X-ClientHost:
11509711010012106409711011610411111012109910110116114097108046099111109
X-MailingID: 341112
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341112@vm-rewards.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.4 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
      version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
      *      [score: 0.4985]
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
      *  0.4 HTML_IMAGE_RATIO_08 BODY: HTML has a low ratio of text to image
area
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.5 REMOVE_PAGE URI: URL of page called "remove"
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

- Energy efficient design to help keep down energy costs**
- Many styles tilt-in for easy cleaning from inside your home
- Custom measured and fit for your house
- Solid vinyl frames and sashes that don't need paint or caulk
- Convenient financing plans are available?

You can count on Sears for quality and craftsmanship.

Discover how affordable it can be to beautify and protect your home. Respond now!



This is an advertisement.

* Offer expires March 31, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

From ???@??? Fri Apr 07 11:50:23 2006
Return-Path: <mailcenter341112@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 8128 invoked from network); 29 Mar 2006 17:26:51 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by celiajay.com with SMTP; 29 Mar 2006 17:26:50 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 29 Mar 2006 17:26:35 -0600
X-ClientHost: 11610606409711011610411111012109911011101161140971080460099111109
X-MailingID: 341112
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341112@vm-rewards.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.4 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
        HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
        version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
        *      [score: 0.4985]
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
        *  0.4 HTML_IMAGE_RATIO_08 BODY: HTML has a low ratio of text to image
area
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.5 REMOVE_PAGE URI: URL of page called "remove"
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]




Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

- Energy efficient design to help keep down energy costs**
- Many styles tilt-in for easy cleaning from inside your home
- Custom measured and fit for your house
- Solid vinyl frames and sashes that don't need paint or caulk
- Convenient financing plans are available?

You can count on Sears for quality and craftsmanship.

Discover how affordable it can be to beautify and protect your home. Respond now!



This is an advertisement.

* Offer expires March 31, 2006.



Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579

If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 07 11:50:22 2006
Return-Path: <mailcenter341112@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 4003 invoked from network); 29 Mar 2006 17:26:46 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by celiajay.com with SMTP; 29 Mar 2006 17:26:46 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 29 Mar 2006 17:26:35 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 341112
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341112@vm-rewards.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.4 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
      version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
      *      [score: 0.4985]
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
      *  0.4 HTML_IMAGE_RATIO_08 BODY: HTML has a low ratio of text to image
area
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.5 REMOVE_PAGE URI: URL of page called "remove"
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.





With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

- Energy efficient design to help keep down energy costs**
- Many styles tilt-in for easy cleaning from inside your home
- Custom measured and fit for your house
- Solid vinyl frames and sashes that don't need paint or caulk
- Convenient financing plans are available?

You can count on Sears for quality and craftsmanship.

Discover how affordable it can be to beautify and protect your home. Respond now!



This is an advertisement.

* Offer expires March 31, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

From ???@??? Fri Apr 07 11:50:22 2006
Return-Path: <mailcenter341112@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 5034 invoked from network); 29 Mar 2006 17:26:47 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by celiajay.com with SMTP; 29 Mar 2006 17:26:46 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 29 Mar 2006 17:26:35 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 341112
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341112@vm-rewards.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.4 required=7.0 tests=BAYES_44,DATE_MISSING,
       HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
       HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
       version=2.63
X-Spam-Report:
       *  1.9 DATE_MISSING Missing Date: header
       *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
       *      [score: 0.4985]
       *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
       *  0.1 HTML_MESSAGE BODY: HTML included in message
       *  0.0 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
       *  0.4 HTML_IMAGE_RATIO_08 BODY: HTML has a low ratio of text to image
area
       *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  0.5 REMOVE_PAGE URI: URL of page called "remove"
       *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]


Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

- Energy efficient design to help keep down energy costs**
- Many styles tilt-in for easy cleaning from inside your home
- Custom measured and fit for your house
- Solid vinyl frames and sashes that don't need paint or caulk
- Convenient financing plans are available?

You can count on Sears for quality and craftsmanship.

Discover how affordable it can be to beautify and protect your home. Respond now!



This is an advertisement.

* Offer expires March 31, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

From ???@??? Sun Apr 02 17:16:04 2006
X-Persona: <Jay>
Return-Path: <mailcenter341112@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 3200 invoked from network); 29 Mar 2006 18:11:56 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by gordonworks.com with SMTP; 29 Mar 2006 18:11:54 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 29 Mar 2006 18:11:41 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 341112
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341112@vm-rewards.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.4 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
      version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
      *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
      *      [score: 0.5309]
      *  0.4 HTML_IMAGE_RATIO_08 BODY: HTML has a low ratio of text to image
area
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.5 REMOVE_PAGE URI: URL of page called "remove"
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]




Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

- Energy efficient design to help keep down energy costs**
- Many styles tilt-in for easy cleaning from inside your home
- Custom measured and fit for your house
- Solid vinyl frames and sashes that don't need paint or caulk
- Convenient financing plans are available?

You can count on Sears for quality and craftsmanship.

Discover how affordable it can be to beautify and protect your home. Respond now!



This is an advertisement.

* Offer expires March 31, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

From ???@??? Fri Mar 31 15:17:30 2006
X-Persona: <Celia>
Return-Path: <mailcenter341112@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 13472 invoked from network); 29 Mar 2006 18:00:45 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by chiefmusician.net with SMTP; 29 Mar 2006 18:00:44 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 29 Mar 2006 18:00:32 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 341112
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341112@vm-rewards.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.5 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,HTML_IMAGE_RATIO_08,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.1 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
        *  0.4 HTML_IMAGE_RATIO_08 BODY: HTML has a low ratio of text to image
area
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.8 REMOVE_PAGE URI: URL of page called "remove"
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]


Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

- Energy efficient design to help keep down energy costs**
- Many styles tilt-in for easy cleaning from inside your home
- Custom measured and fit for your house
- Solid vinyl frames and sashes that don't need paint or caulk
- Convenient financing plans are available?

You can count on Sears for quality and craftsmanship.

Discover how affordable it can be to beautify and protect your home. Respond now!



This is an advertisement.

* Offer expires March 31, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Mar 31 15:17:15 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter341112@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 31108 invoked from network); 29 Mar 2006 18:10:38 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by xj4x4.net with SMTP; 29 Mar 2006 18:10:36 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 29 Mar 2006 18:10:24 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 341112
From:  Home Specialist <HomeSpecialist@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341112@vm-rewards.com>
Subject: Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

☑ Energy efficient design to help keep down energy costs**
☑ Many styles tilt-in for easy cleaning from inside your home
☑ Custom measured and fit for your house



This is an advertisement.

* Offer expires March 31, 2006.




**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Mar 31 09:42:16 2006
X-Persona: <Mila>
Return-Path: <mailcenter341112@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 29 Mar 2006 18:11:41 -0600
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.5 required=7.0 tests=BAYES_90,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
      version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_442B223D.A637E20D"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(0445&e=mila@jammtomm.com
  visiting this link This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network. [...]

Content analysis details:   (9.5 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 1.9 REMOVE_REMOVAL_1WORD   BODY: List removal information
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 2.1 BAYES_90               BODY: Bayesian spam probability is 90 to 99%
                            [score: 0.9760]
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.0 HTML_IMAGE_ONLY_10     BODY: HTML: images with 800-1000 bytes of words
 0.4 HTML_IMAGE_RATIO_08    BODY: HTML has a low ratio of text to image area
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.5 REMOVE_PAGE            URI: URL of page called "remove"
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
                [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 24130 invoked from network); 29 Mar 2006 18:11:40 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by gnwalpha.org with SMTP; 29 Mar 2006 18:11:40 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 29 Mar 2006 18:11:27 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 341112
From:  Home Specialist <HomeSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341112@vm-rewards.com>
Subject: Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Windows R11.htm"
```

```
From ???@??? Wed Mar 29 17:27:10 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter341112@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 3170 invoked from network); 29 Mar 2006 18:11:56 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by gnwalpha.org with SMTP; 29 Mar 2006 18:11:54 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 29 Mar 2006 18:11:41 -0600
X-ClientHost: 10611111006410609712110709712111511212108097099101046099111109
X-MailingID: 341112
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341112@vm-rewards.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.5 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,HTML_IMAGE_RATIO_08,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.1 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
        *  0.4 HTML_IMAGE_RATIO_08 BODY: HTML has a low ratio of text to image
area
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.8 REMOVE_PAGE URI: URL of page called "remove"
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned network.





With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

- Energy efficient design to help keep down energy costs**
- Many styles tilt-in for easy cleaning from inside your home
- Custom measured and fit for your house
- Solid vinyl frames and sashes that don't need paint or caulk
- Convenient financing plans are available?

You can count on Sears for quality and craftsmanship.

Discover how affordable it can be to beautify and protect your home. Respond now!



This is an advertisement.

* Offer expires March 31, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

From ???@??? Mon Mar 27 17:12:59 2006
X-Persona: <Mila>
Return-Path: <mailcenter340902@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 27 Mar 2006 11:12:26 -0600
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_90,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
        HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44281CFA.70E3B041"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i=0347&e=mila@jammtomm.com
  visiting this link This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network. [...]

Content analysis details:   (8.0 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 1.9 REMOVE_REMOVAL_1WORD   BODY: List removal information
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 2.1 BAYES_90               BODY: Bayesian spam probability is 90 to 99%
                            [score: 0.9793]
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.0 HTML_IMAGE_ONLY_10     BODY: HTML: images with 800-1000 bytes of words
 0.4 HTML_IMAGE_RATIO_08    BODY: HTML has a low ratio of text to image area
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.5 REMOVE_PAGE            URI: URL of page called "remove"

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 2691 invoked from network); 27 Mar 2006 11:12:09 -0600
Received: from vm-181-201.vm-mail.com (206.82.181.201)
  by anthonycentral.com with SMTP; 27 Mar 2006 11:11:59 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-181-201.vm-mail.com with SMTP; 27 Mar 2006 11:11:43 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 340902
From:  Home Specialist <HomeSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340902@vm-rewards.com>
Subject: Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Windows R10.htm"
```

From ???@??? Fri Mar 10 12:43:41 2006
X-Persona: <Jay>
Return-Path: <mailcenter339776@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 26656 invoked from network); 10 Mar 2006 03:08:32 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by jaycelia.com with SMTP; 10 Mar 2006 03:08:31 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 10 Mar 2006 03:08:19 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 339776
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339776@vm-rewards.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.5 required=7.0 tests=DATE_MISSING,HTML_60_70,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,HTML_IMAGE_RATIO_08,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  1.1 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
       *  0.4 HTML_IMAGE_RATIO_08 BODY: HTML has a low ratio of text to image
area
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  0.8 REMOVE_PAGE URI: URL of page called "remove"
       *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]



Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

- Energy efficient design to help keep down energy costs**
- Many styles tilt-in for easy cleaning from inside your home
- Custom measured and fit for your house
- Solid vinyl frames and sashes that don't need paint or caulk
- Convenient financing plans are available?

You can count on Sears for quality and craftsmanship.

Discover how affordable it can be to beautify and protect your home. Respond now!



This is an advertisement.

* Offer expires March 31, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

From ???@??? Fri Mar 10 12:41:12 2006
X-Persona: <Celia>
Return-Path: <mailcenter339776@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 5280 invoked from network); 10 Mar 2006 02:43:02 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by xj4x4.net with SMTP; 10 Mar 2006 02:42:57 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 10 Mar 2006 02:42:42 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 339776
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339776@vm-rewards.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.5 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,HTML_IMAGE_RATIO_08,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.1 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
        *  0.4 HTML_IMAGE_RATIO_08 BODY: HTML has a low ratio of text to image
area
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.8 REMOVE_PAGE URI: URL of page called "remove"
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]


Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

- Energy efficient design to help keep down energy costs**
- Many styles tilt-in for easy cleaning from inside your home
- Custom measured and fit for your house
- Solid vinyl frames and sashes that don't need paint or caulk
- Convenient financing plans are available?

You can count on Sears for quality and craftsmanship.

Discover how affordable it can be to beautify and protect your home. Respond now!



This is an advertisement.

* Offer expires March 31, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

If you can not see our footer image, please visit here.

```
From ???@??? Fri Mar 10 12:41:11 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter339776@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 31907 invoked from network); 10 Mar 2006 03:04:58 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by jaycelia.com with SMTP; 10 Mar 2006 03:04:57 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 10 Mar 2006 03:04:45 -0600
X-ClientHost:
10610510906410511610010510011011111610111010010114105103104116046099111109
X-MailingID: 339776
From:  Home Specialist <HomeSpecialist@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339776@vm-rewards.com>
Subject: Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

☐ Energy efficient design to help keep down energy costs**
☐ Many styles tilt-in for easy cleaning from inside your home
☐ Custom measured and fit for your house



This is an advertisement.

* Offer expires March 31, 2006.



---

 **Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

 **If you can not see our footer image, please visit here.**

```
From ???@??? Fri Mar 10 10:31:45 2006
X-Persona: <Mila>
Return-Path: <mailcenter339776@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 10 Mar 2006 03:08:16 -0600
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ************
X-Spam-Status: Yes, hits=12.8 required=7.0 tests=BAYES_99,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
      version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44114200.4D2A653E"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i`9631&e=mila@jammtomm.com
  visiting this link This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network. [...]

Content analysis details:   (12.8 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING            Missing Date: header
 1.9 REMOVE_REMOVAL_1WORD    BODY: List removal information
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.1 HTML_60_70              BODY: Message is 60% to 70% HTML
 0.1 HTML_MESSAGE            BODY: HTML included in message
 0.0 HTML_IMAGE_ONLY_10      BODY: HTML: images with 800-1000 bytes of words
 0.4 HTML_IMAGE_RATIO_08     BODY: HTML has a low ratio of text to image area
 5.4 BAYES_99                BODY: Bayesian spam probability is 99 to 100%
                             [score: 0.9999]
 0.3 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 0.6 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 0.5 REMOVE_PAGE             URI: URL of page called "remove"
 1.5 RCVD_IN_BL_SPAMCOP_NET  RBL: Received via a relay in bl.spamcop.net
              [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 17731 invoked from network); 10 Mar 2006 03:08:15 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by anthonycentral.com with SMTP; 10 Mar 2006 03:08:15 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 10 Mar 2006 03:08:02 -0600
X-ClientHost: 1091051080970641060971091091161111091091046099111109
X-MailingID: 339776
From:  Home Specialist <HomeSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339776@vm-rewards.com>
Subject: Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Windows R9.htm"
```

From ???@??? Fri Mar 10 09:06:37 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter339776@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 28066 invoked from network); 10 Mar 2006 03:08:34 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by xj4x4.net with SMTP; 10 Mar 2006 03:08:34 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 10 Mar 2006 03:08:21 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 339776
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339776@vm-rewards.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.5 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,HTML_IMAGE_RATIO_08,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.1 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
        *  0.4 HTML_IMAGE_RATIO_08 BODY: HTML has a low ratio of text to image
area
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.8 REMOVE_PAGE URI: URL of page called "remove"
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]


Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

- Energy efficient design to help keep down energy costs**
- Many styles tilt-in for easy cleaning from inside your home
- Custom measured and fit for your house
- Solid vinyl frames and sashes that don't need paint or caulk
- Convenient financing plans are available?

You can count on Sears for quality and craftsmanship.

Discover how affordable it can be to beautify and protect your home. Respond now!



This is an advertisement.

* Offer expires March 31, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Mar 10 07:13:26 2006
X-Persona: <RCW>
Return-Path: <mailcenter339776@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 4777 invoked from network); 10 Mar 2006 02:30:25 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by anthonycentral.com with SMTP; 10 Mar 2006 02:30:24 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 10 Mar 2006 02:30:11 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460099111109
X-MailingID: 339776
From:  Home Specialist <HomeSpecialist@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339776@vm-rewards.com>
Subject: Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

- Energy efficient design to help keep down energy costs**
- Many styles tilt-in for easy cleaning from inside your home
- Custom measured and fit for your house
- Solid vinyl frames and sashes that don't need paint or caulk



This is an advertisement.

* Offer expires March 31, 2006.



---



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Mar 07 16:04:37 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter339464@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 1473 invoked from network); 6 Mar 2006 11:08:27 -0600
Received: from vm-181-162.vm-mail.com (206.82.181.162)
  by gnwalpha.org with SMTP; 6 Mar 2006 11:08:27 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-162.vm-mail.com with SMTP; 06 Mar 2006 11:08:11 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 339464
From:  Home Specialist <HomeSpecialist@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339464@vm-rewards.com>
Subject: Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

☐ Energy efficient design to help keep down energy costs**
☐ Many styles tilt-in for easy cleaning from inside your home
☐ Custom measured and fit for your house



This is an advertisement.

* Offer expires March 31, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Mar 06 11:29:47 2006
X-Persona: <RCW>
Return-Path: <mailcenter339464@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 2433 invoked from network); 6 Mar 2006 11:37:41 -0600
Received: from vm-181-170.vm-mail.com (206.82.181.170)
  by chiefmusician.net with SMTP; 6 Mar 2006 11:37:41 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-170.vm-mail.com with SMTP; 06 Mar 2006 11:37:27 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 339464
From:  Home Specialist <HomeSpecialist@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339464@vm-rewards.com>
Subject: Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**

**This Sears offer comes to you as a valued member of Virtumundo's permissioned network.**



With energy prices on the rise, don't let your old, leaky windows cost you extra every month to heat or cool your home. Help reduce your utility bills** and improve the look of your home with Custom Replacement Windows from Sears.

- Energy efficient design to help keep down energy costs**
- Many styles tilt-in for easy cleaning from inside your home
- Custom measured and fit for your house
- Solid vinyl frames and sashes that don't need paint or caulk



This is an advertisement.

* Offer expires March 31, 2006.



---

**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

From ???@??? Sat Feb 18 17:06:24 2006
X-Persona: <Mila>
Return-Path: <mailcenter338344@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Thu, 16 Feb 2006 17:09:01 -0600
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
       HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,HTML_TAG_BALANCE_BODY,
       HTML_TAG_BALANCE_HTML,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
       MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43F5060D.E30E1A1D"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  SEARS - Custom-Fit Replacement Windows This Sears offer
  comes to you as a valued member of Virtumundo's permissioned network.
  [...]

Content analysis details:   (7.5 points, 7.0 required)

 pts rule name             description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD   BODY: List removal information
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.3 HTML_TAG_BALANCE_BODY  BODY: HTML has unbalanced "body" tags
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.4 HTML_TAG_BALANCE_HTML  BODY: HTML has unbalanced "html" tags
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE            URI: URL of page called "remove"
 0.0 CLICK_BELOW            Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 4581 invoked from network); 16 Feb 2006 17:08:57 -0600
Received: from vm-177-87.vm-mail.com (206.82.177.87)

```
  by jaycelia.com with SMTP; 16 Feb 2006 17:08:56 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-87.vm-mail.com with SMTP; 16 Feb 2006 17:08:41 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 338344
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter  <mailcenter+338344@vm-rewards.com>
Subject: Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Windows R7.htm"
```

From ???@??? Sat Feb 18 16:56:43 2006
X-Persona: <Indi>
Return-Path: <mailcenter338344@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 16 Feb 2006 17:08:59 -0600
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.2 required=7.0 tests=BAYES_60,CLICK_BELOW,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43F5060B.8A9E810B"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  SEARS - Custom-Fit Replacement Windows This Sears offer
  comes to you as a valued member of Virtumundo's permissioned network.
  [...]

Content analysis details:   (7.2 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 1.9 REMOVE_REMOVAL_1WORD   BODY: List removal information
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 1.6 BAYES_60               BODY: Bayesian spam probability is 60 to 70%
                            [score: 0.6698]
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.5 REMOVE_PAGE            URI: URL of page called "remove"
 0.1 CLICK_BELOW            Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 3104 invoked from network); 16 Feb 2006 17:08:55 -0600
Received: from vm-177-87.vm-mail.com (206.82.177.87)
  by jaycelia.com with SMTP; 16 Feb 2006 17:08:54 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-87.vm-mail.com with SMTP; 16 Feb 2006 17:08:41 -0600

```
X-ClientHost: 1051101001050641060971091091161111091090460991111109
X-MailingID: 338344
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338344@vm-rewards.com>
Subject: Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Windows R6.htm"
```

From ???@??? Sat Feb 18 16:56:43 2006
X-Persona: <Indi>
Return-Path: <mailcenter338344@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 16 Feb 2006 17:08:59 -0600
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.2 required=7.0 tests=BAYES_60,CLICK_BELOW,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43F5060B.8A9E810B"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  SEARS - Custom-Fit Replacement Windows This Sears offer
  comes to you as a valued member of Virtumundo's permissioned network.
  [...]

Content analysis details:   (7.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 1.9 REMOVE_REMOVAL_1WORD   BODY: List removal information
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 1.6 BAYES_60               BODY: Bayesian spam probability is 60 to 70%
                            [score: 0.6698]
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.5 REMOVE_PAGE            URI: URL of page called "remove"
 0.1 CLICK_BELOW            Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 3104 invoked from network); 16 Feb 2006 17:08:55 -0600
Received: from vm-177-87.vm-mail.com (206.82.177.87)
  by jaycelia.com with SMTP; 16 Feb 2006 17:08:54 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-87.vm-mail.com with SMTP; 16 Feb 2006 17:08:41 -0600

```
X-ClientHost: 10511010010506410609710910911611111091090460999111109
X-MailingID: 338344
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338344@vm-rewards.com>
Subject: Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Windows R6.htm"
```

From ???@??? Mon Feb 06 07:14:04 2006
X-Persona: <Mila>
Return-Path: <mailcenter336706@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 31 Jan 2006 06:26:12 -0600
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,HTML_TAG_BALANCE_BODY,
        HTML_TAG_BALANCE_HTML,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43DF5764.F257A22E"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  SEARS - Custom-Fit Replacement Windows This Sears offer
  comes to you as a valued member of Virtumundo's permissioned network.
  [...]

Content analysis details:   (7.5 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD   BODY: List removal information
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.3 HTML_TAG_BALANCE_BODY  BODY: HTML has unbalanced "body" tags
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.4 HTML_TAG_BALANCE_HTML  BODY: HTML has unbalanced "html" tags
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE            URI: URL of page called "remove"
 0.0 CLICK_BELOW            Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 17471 invoked from network); 31 Jan 2006 06:26:08 -0600
Received: from vm-177-32.vm-mail.com (206.82.177.32)

```
  by celiajay.com with SMTP; 31 Jan 2006 06:26:07 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-32.vm-mail.com with SMTP; 31 Jan 2006 06:25:55 -0600
X-ClientHost: 1091051080970641060971091091161111091090460991111109
X-MailingID: 336706
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336706@vm-rewards.com>
Subject: Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Windows R5.htm"
```

From ???@??? Sun Feb 05 21:15:06 2006
X-Persona: <Mila>
Return-Path: <mailcenter336706@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 31 Jan 2006 06:26:12 -0600
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,HTML_TAG_BALANCE_BODY,
        HTML_TAG_BALANCE_HTML,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43DF5764.F257A22E"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  SEARS - Custom-Fit Replacement Windows This Sears offer
  comes to you as a valued member of Virtumundo's permissioned network.
  [...]

Content analysis details:   (7.5 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD   BODY: List removal information
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.3 HTML_TAG_BALANCE_BODY  BODY: HTML has unbalanced "body" tags
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.4 HTML_TAG_BALANCE_HTML  BODY: HTML has unbalanced "html" tags
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE            URI: URL of page called "remove"
 0.0 CLICK_BELOW            Asks you to click below


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 17471 invoked from network); 31 Jan 2006 06:26:08 -0600
Received: from vm-177-32.vm-mail.com (206.82.177.32)

```
  by celiajay.com with SMTP; 31 Jan 2006 06:26:07 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-32.vm-mail.com with SMTP; 31 Jan 2006 06:25:55 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 336706
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter  <mailcenter+336706@vm-rewards.com>
Subject: Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Windows R4.htm"
```

From ???@??? Tue Jan 24 18:05:15 2006
X-Persona: <Mila>
Return-Path: <mailcenter335808@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Fri, 20 Jan 2006 06:28:31 -0600
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,HTML_TAG_BALANCE_BODY,
        HTML_TAG_BALANCE_HTML,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43D0D76F.D70772CA"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  SEARS - Custom-Fit Replacement Windows This Sears offer
  comes to you as a valued member of Virtumundo's permissioned network.
  [...]

Content analysis details:   (7.5 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD   BODY: List removal information
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.3 HTML_TAG_BALANCE_BODY  BODY: HTML has unbalanced "body" tags
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.4 HTML_TAG_BALANCE_HTML  BODY: HTML has unbalanced "html" tags
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE            URI: URL of page called "remove"
 0.0 CLICK_BELOW            Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 21442 invoked from network); 20 Jan 2006 06:28:29 -0600
Received: from vm-182-84.vm-mail.com (206.82.182.84)

```
   by clrobin.com with SMTP; 20 Jan 2006 06:28:29 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-84.vm-mail.com with SMTP; 20 Jan 2006 06:28:17 -0600
X-ClientHost: 1091051080970641060971091091161111091090460991111109
X-MailingID: 335808
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335808@vm-rewards.com>
Subject: Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Windows R3.htm"
```

From ???@??? Thu Jan 12 12:31:02 2006
X-Persona: <Mila>
Return-Path: <mailcenter334672@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 10 Jan 2006 18:18:54 -0600
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,HTML_TAG_BALANCE_BODY,
        HTML_TAG_BALANCE_HTML,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43C44EEE.59EEC923"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  SEARS - Custom-Fit Replacement Windows This Sears offer
  comes to you as a valued member of Virtumundo's permissioned network.
  [...]

Content analysis details:   (7.5 points, 7.0 required)

 pts rule name               description
---- ----------------------  --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD    BODY: List removal information
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.1 HTML_60_70              BODY: Message is 60% to 70% HTML
 0.3 HTML_TAG_BALANCE_BODY   BODY: HTML has unbalanced "body" tags
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY   BODY: HTML has "tbody" tag
 0.4 HTML_TAG_BALANCE_HTML   BODY: HTML has unbalanced "html" tags
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE             URI: URL of page called "remove"
 0.0 CLICK_BELOW             Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 7397 invoked from network); 10 Jan 2006 18:18:48 -0600
Received: from vm-181-170.vm-mail.com (206.82.181.170)

```
  by omniinnovations.com with SMTP; 10 Jan 2006 18:18:48 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-170.vm-mail.com with SMTP; 10 Jan 2006 18:18:34 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 334672
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334672@vm-rewards.com>
Subject: Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Windows R2.htm"
```

From ???@??? Sun Oct 30 16:19:01 2005
X-Persona: <Indi>
Return-Path: <mailcenter331252@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 26 Oct 2005 05:26:23 -0600
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
      GUARANTEED_STUFF,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,
      REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_435F67DF.8D0F5357"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  SEARS - Custom-Fit Replacement Windows This Sears offer
  comes to you as a valued member of Virtumundo's permissioned network.
  [...]

Content analysis details:   (8.0 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD   BODY: List removal information
 1.2 GUARANTEED_STUFF       BODY: Guaranteed Stuff
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE            URI: URL of page called "remove"
 0.0 CLICK_BELOW            Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 21219 invoked from network); 26 Oct 2005 05:26:22 -0600
Received: from vm-181-12.vm-mail.com (206.82.181.12)
  by celiajay.com with SMTP; 26 Oct 2005 05:26:22 -0600
Received: from vm-mail.com (192.168.3.20)

```
  by vm-181-12.vm-mail.com with SMTP; 26 Oct 2005 06:26:11 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 331252
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331252@vm-rewards.com>
Subject: Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Windows R1.htm"
```

```
From ???@??? Sun Oct 30 16:19:01 2005
X-Persona: <Indi>
Return-Path: <mailcenter331252@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
     with SpamAssassin (2.63 2004-01-11);
     Wed, 26 Oct 2005 05:26:23 -0600
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
     GUARANTEED_STUFF,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,
     HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,
     REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_435F67DF.8D0F5357"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  SEARS - Custom-Fit Replacement Windows This Sears offer
  comes to you as a valued member of Virtumundo's permissioned network.
  [...]

Content analysis details:   (8.0 points, 7.0 required)

 pts rule name                description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD    BODY: List removal information
 1.2 GUARANTEED_STUFF        BODY: Guaranteed Stuff
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.1 HTML_60_70              BODY: Message is 60% to 70% HTML
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY   BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE             URI: URL of page called "remove"
 0.0 CLICK_BELOW             Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 21219 invoked from network); 26 Oct 2005 05:26:22 -0600
Received: from vm-181-12.vm-mail.com (206.82.181.12)
  by celiajay.com with SMTP; 26 Oct 2005 05:26:22 -0600
Received: from vm-mail.com (192.168.3.20)

```
   by vm-181-12.vm-mail.com with SMTP; 26 Oct 2005 06:26:11 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 331252
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331252@vm-rewards.com>
Subject: Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Windows R1.htm"
```

From ???@??? Mon Sep 26 18:55:46 2005
X-Persona: <Indi>
Return-Path: <mailcenter330055@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 26 Sep 2005 04:12:14 -0600
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
        GUARANTEED_STUFF,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,
        HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,
        REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4337C97E.07F183D5"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  SEARS - Custom-Fit Replacement Windows This Sears offer
  comes to you as a valued member of Virtumundo's permissioned network.
  [...]

Content analysis details:   (9.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD   BODY: List removal information
 1.2 GUARANTEED_STUFF       BODY: Guaranteed Stuff
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE            URI: URL of page called "remove"
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                            [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
 0.0 CLICK_BELOW            Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 31493 invoked from network); 26 Sep 2005 04:12:14 -0600

```
Received: from vm-180-137.vm-mail.com (206.82.180.137)
  by jammtomm.com with SMTP; 26 Sep 2005 04:12:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-137.vm-mail.com with SMTP; 26 Sep 2005 05:12:13 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330055
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330055@vm-rewards.com>
Subject: Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Windows R.htm"
```

```
From ???@??? Tue Sep 13 21:39:12 2005
X-Persona: <Indi>
Return-Path: <mailcenter329594@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
     with SpamAssassin (2.63 2004-01-11);
     Tue, 13 Sep 2005 20:57:12 -0600
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Sears Windows: Help keep summer's heat outside
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
     GUARANTEED_STUFF,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,
     HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,
     REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no
     version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43279188.58AB5A49"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  SEARS - Custom-Fit Replacement Windows This Sears offer
  comes to you as a valued member of Virtumundo's permissioned network.
  [...]

Content analysis details:   (9.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD   BODY: List removal information
 1.2 GUARANTEED_STUFF       BODY: Guaranteed Stuff
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE            URI: URL of page called "remove"
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                        [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
 0.0 CLICK_BELOW            Asks you to click below


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 31328 invoked from network); 13 Sep 2005 20:57:11 -0600
```

```
Received: from vm-182-193.vm-mail.com (206.82.182.193)
  by rcw19190020.com with SMTP; 13 Sep 2005 20:57:08 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-193.vm-mail.com with SMTP; 13 Sep 2005 21:57:08 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 329594
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329594@vm-rewards.com>
Subject: Sears Windows: Help keep summer's heat outside
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Windows H.htm"
```

```
From ???@??? Mon Jul 11 09:19:37 2005
X-Persona: <Katie>
Return-Path: <mailcenter327206@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
     with SpamAssassin (2.63 2004-01-11);
     Sun, 10 Jul 2005 09:27:54 -0600
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Sears Windows: Help keep summer's heat outside
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.5 required=3.0 tests=CLICK_BELOW,DATE_MISSING,
     GUARANTEED_STUFF,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,
     HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
     RCVD_IN_BL_SPAMCOP_NET,RCVD_IN_SBL,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
     X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42D13E7A.34E9B6CD"
```

```
Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  SEARS - Custom-Fit Replacement Windows This Sears offer
  comes to you as a valued member of Virtumundo's permissioned network.
  [...]

Content analysis details:   (11.5 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD   BODY: List removal information
 1.2 GUARANTEED_STUFF       BODY: Guaranteed Stuff
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE            URI: URL of page called "remove"
 2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
             [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.181.83>]
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                  [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
 0.0 CLICK_BELOW            Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.
```

```
Received: (qmail 16773 invoked from network); 10 Jul 2005 09:27:51 -0600
Received: from vm-181-83.vm-mail.com (206.82.181.83)
  by ehahome.com with SMTP; 10 Jul 2005 09:27:51 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-83.vm-mail.com with SMTP; 10 Jul 2005 10:27:50 -0500
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 327206
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+327206@vm-rewards.com>
Subject: Sears Windows: Help keep summer's heat outside
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Sears Windows
H1.htm"
```

From ???@??? Wed Jun 29 16:39:09 2005
X-Persona: <Katie>
Return-Path: <mailcenter326636@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 22 Jun 2005 23:47:40 -0600
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Sears Windows: Help keep summer's heat outside
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=3.0 tests=CLICK_BELOW,DATE_MISSING,
        GUARANTEED_STUFF,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,
        HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,
        REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42BA4CFC.FDA94BC7"

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  SEARS - Custom-Fit Replacement Windows This Sears offer
  comes to you as a valued member of Virtumundo's permissioned network.
  [...]

Content analysis details:   (9.3 points, 3.0 required)

 pts rule name               description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD    BODY: List removal information
 1.2 GUARANTEED_STUFF        BODY: Guaranteed Stuff
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.1 HTML_60_70              BODY: Message is 60% to 70% HTML
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY   BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE             URI: URL of page called "remove"
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                             [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
 0.0 CLICK_BELOW             Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 26565 invoked from network); 22 Jun 2005 23:47:39 -0600

```
Received: from vm-183-76.vm-mail.com (206.82.183.76)
  by rcw19190020.com with SMTP; 22 Jun 2005 23:47:39 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-76.vm-mail.com with SMTP; 23 Jun 2005 00:47:39 -0500
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326636
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326636@vm-rewards.com>
Subject: Sears Windows: Help keep summer's heat outside
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Sears Windows
H.htm"
```

From ???@??? Wed Jun 29 16:39:09 2005
X-Persona: <Katie>
Return-Path: <mailcenter326636@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 22 Jun 2005 23:47:40 -0600
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Sears Windows: Help keep summer's heat outside
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=3.0 tests=CLICK_BELOW,DATE_MISSING,
        GUARANTEED_STUFF,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,
        HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,
        REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42BA4CFC.FDA94BC7"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  SEARS - Custom-Fit Replacement Windows This Sears offer
  comes to you as a valued member of Virtumundo's permissioned network.
  [...]

Content analysis details:   (9.3 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD   BODY: List removal information
 1.2 GUARANTEED_STUFF       BODY: Guaranteed Stuff
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE            URI: URL of page called "remove"
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                            [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
 0.0 CLICK_BELOW            Asks you to click below


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 26565 invoked from network); 22 Jun 2005 23:47:39 -0600

```
Received: from vm-183-76.vm-mail.com (206.82.183.76)
  by rcw19190020.com with SMTP; 22 Jun 2005 23:47:39 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-76.vm-mail.com with SMTP; 23 Jun 2005 00:47:39 -0500
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 326636
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326636@vm-rewards.com>
Subject: Sears Windows: Help keep summer's heat outside
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Sears Windows
H.htm"
```

From ???@??? Sat Sep 09 13:01:57 2006
X-Persona: <2nd User>
Return-Path: <mailcenter362794@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sat, 09 Sep 2006 01:58:07 -0600
From: Home Specialist <HomeSpecialist@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Subject: *****SPAM***** Sears Windows: Replace your drafty, ugly windows
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=DATE_MISSING,HTML_50_60,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_RATIO_14,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4502740F.35A2094A"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i)8155&e=tommy@jammtomm.com
  visiting this link This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network. [...]

Content analysis details:   (7.3 points, 7.0 required)

 pts rule name                description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD    BODY: List removal information
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.3 HTML_IMAGE_RATIO_14     BODY: HTML has a low ratio of text to image area
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE   BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 0.2 HTML_50_60              BODY: Message is 50% to 60% HTML
 0.1 HTML_FONTCOLOR_RED      BODY: HTML font color is red
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE             URI: URL of page called "remove"

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 14726 invoked from network); 9 Sep 2006 01:58:04 -0600
Received: from static-vmg-181-128.vm-mail.com (HELO vm-181-128.vm-mail.com)

```
(206.82.181.128)
  by chiefmusician.net with SMTP; 9 Sep 2006 01:58:04 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-128.vm-mail.com with SMTP; 09 Sep 2006 02:58:38 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 362794
From:  Home Specialist <HomeSpecialist@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+362794@vm-rewards.com>
Subject: Sears Windows: Replace your drafty, ugly windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Windows R18.htm"
```

From ???@??? Thu Sep 22 09:48:17 2005
X-Persona: <Indi>
Return-Path: <mailcenter329948@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 21 Sep 2005 23:17:47 -0600
From: Home Specialist <KitchenSpecialist@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Sears Kitchen Solutions: Your dream kitchen awaits
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.6 required=7.0 tests=DATE_MISSING,GUARANTEED_STUFF,
        HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_08,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,REMOVE_PAGE,
        REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43323E7B.DD1F71D2"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  SEARS - Kitchen Cabinet Refacing & Remodeling This
  Sears offer comes to you as a valued member of Virtumundo's
  permissioned network. SEARS - Kitchen Cabinet Refacing & Remodeling
  URI:http://v1.cc/searscab/topSears.gif [...]

Content analysis details:   (9.6 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD   BODY: List removal information
 1.2 GUARANTEED_STUFF       BODY: Guaranteed Stuff
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.4 HTML_IMAGE_RATIO_08    BODY: HTML has a low ratio of text to image area
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE            URI: URL of page called "remove"
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 32036 invoked from network); 21 Sep 2005 23:17:47 -0600
Received: from vm-181-202.vm-mail.com (206.82.181.202)

```
  by omniinnovations.com with SMTP; 21 Sep 2005 23:17:46 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-202.vm-mail.com with SMTP; 22 Sep 2005 00:17:45 -0500
X-ClientHost: 10511010010506410609710910911611110910904609911109
X-MailingID: 329948
From: Home Specialist <KitchenSpecialist@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329948@vm-rewards.com>
Subject: Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Kitchen So.htm"
```

From ???@??? Mon Jul 11 09:20:31 2005
X-Persona: <Katie>
Return-Path: <mailcenter327213@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 11 Jul 2005 06:25:28 -0600
From: Home Specialist <KitchenSpecialist@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Sears Kitchen Solutions: Your dream kitchen awaits
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.6 required=3.0 tests=DATE_MISSING,GUARANTEED_STUFF,
        HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_08,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,REMOVE_PAGE,
        REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42D26538.7E8461A6"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  SEARS - Kitchen Cabinet Refacing & Remodeling This
   Sears offer comes to you as a valued member of Virtumundo's
   permissioned network. SEARS - Kitchen Cabinet Refacing & Remodeling
   URI:http://v1.cc/searscab/topSears.gif [...]

Content analysis details:   (9.6 points, 3.0 required)

 pts rule name               description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD   BODY: List removal information
 1.2 GUARANTEED_STUFF       BODY: Guaranteed Stuff
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.4 HTML_IMAGE_RATIO_08    BODY: HTML has a low ratio of text to image area
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE            URI: URL of page called "remove"
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 9221 invoked from network); 11 Jul 2005 06:25:27 -0600
Received: from vm-181-52.vm-mail.com (206.82.181.52)

```
  by jaycelia.com with SMTP; 11 Jul 2005 06:25:27 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-52.vm-mail.com with SMTP; 11 Jul 2005 07:25:26 -0500
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 327213
From: Home Specialist <KitchenSpecialist@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+327213@vm-rewards.com>
Subject: Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Sears Kitchen
So.htm"
```

From ???@??? Tue Oct 11 18:22:21 2005
X-Persona: <Indi>
Return-Path: <mailcenter330469@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 06 Oct 2005 22:22:07 -0600
From: Home Specialist <KitchenSpecialist@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Sears Kitchen Solutions: Your dream kitchen awaits
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.6 required=7.0 tests=DATE_MISSING,GUARANTEED_STUFF,
        HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_08,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,REMOVE_PAGE,
        REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4345F7EF.F7F58C58"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  SEARS - Kitchen Cabinet Refacing & Remodeling This
  Sears offer comes to you as a valued member of Virtumundo's
  permissioned network. SEARS - Kitchen Cabinet Refacing & Remodeling
  URI:http://v1.cc/searscab/topSears.gif [...]

Content analysis details:   (9.6 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD   BODY: List removal information
 1.2 GUARANTEED_STUFF       BODY: Guaranteed Stuff
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.4 HTML_IMAGE_RATIO_08    BODY: HTML has a low ratio of text to image area
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE            URI: URL of page called "remove"
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                   [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 27077 invoked from network); 6 Oct 2005 22:22:07 -0600
Received: from vm-182-205.vm-mail.com (206.82.182.205)

```
    by greatnorthwest-alpha.org with SMTP; 6 Oct 2005 22:22:06 -0600
Received: from vm-mail.com (192.168.3.20)
    by vm-182-205.vm-mail.com with SMTP; 06 Oct 2005 23:22:05 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330469
From: Home Specialist <KitchenSpecialist@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330469@vm-rewards.com>
Subject: Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Kitchen So1.htm"
```

From ???@??? Fri Aug 25 11:41:53 2006
X-Persona: <2nd User>
Return-Path: <mailcenter360906@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 21 Aug 2006 22:15:35 -0600
From: Home Specialists <HomeSpecialists@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Subject: *****SPAM***** Sears Kitchen Solutions: Your dream kitchen awaits
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,HTML_50_60,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,
        REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44EA84E7.DABA2884"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i)6227&e=tommy@jammtomm.com
  visiting this link This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network. [...]

Content analysis details:   (7.0 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD   BODY: List removal information
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.2 HTML_50_60             BODY: Message is 50% to 60% HTML
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE            URI: URL of page called "remove"

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 26020 invoked from network); 21 Aug 2006 22:15:34 -0600
Received: from static-vmg-181-203.vm-mail.com (HELO vm-181-203.vm-mail.com)
(206.82.181.203)
  by anthonycentral.com with SMTP; 21 Aug 2006 22:15:34 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-181-203.vm-mail.com with SMTP; 21 Aug 2006 23:15:32 -0500
X-ClientHost: 11611110910912106410609710910911611110910904609911109
X-MailingID: 360906
From: Home Specialists <HomeSpecialists@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+360906@vm-rewards.com>
Subject: Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Kitchen So7.htm"
```

From ???@??? Tue Jul 12 14:04:09 2005
X-Persona: <Katie>
Return-Path: <mailcenter327248@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 11 Jul 2005 18:34:09 -0600
From: Home Theater Special <HomeTheaterSpecial@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Easy credit and free shipping on a new plasma tv!
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42D31001.DF397D84"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
3049&e=katie@ehahome.com
  URI:http://ogy.cc/digi/v9_jg_r1_c1.gif
  URI:http://redirect.virtumundo.com/ct?i'3049&e=katie@ehahome.com
  URI:http://ogy.cc/digi/v9_jg_r2_c1.jpg [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 1536 invoked from network); 11 Jul 2005 18:34:09 -0600
Received: from vm-180-50.vm-mail.com (206.82.180.50)
  by omniinnovations.com with SMTP; 11 Jul 2005 18:34:09 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-50.vm-mail.com with SMTP; 11 Jul 2005 19:34:07 -0500

```
X-ClientHost: 1070971161051010641011040971041111091010460991111109
X-MailingID: 327248
From: Home Theater Special <HomeTheaterSpecial@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+327248@vm-rewards.com>
Subject: Easy credit and free shipping on a new plasma tv!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Easy credit and
.htm"
```

```
From ???@??? Wed Mar 29 13:28:33 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter341062@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 28163 invoked from network); 29 Mar 2006 03:22:00 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by xj4x4.net with SMTP; 29 Mar 2006 03:21:53 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 29 Mar 2006 03:21:41 -0600
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460991111
X-MailingID: 341062
From: Home Valuation <HomeValue@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341062@vm-rewards.com>
Subject: How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

From ???@??? Wed Mar 29 13:26:51 2006
X-Persona: <Jon>
Return-Path: <mailcenter341062@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 26821 invoked from network); 29 Mar 2006 03:23:19 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by clrobin.com with SMTP; 29 Mar 2006 03:23:17 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 29 Mar 2006 03:23:05 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010406099111109
X-MailingID: 341062
From: Home Valuation <HomeValue@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341062@vm-rewards.com>
Subject: How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63


Images not loading? View this offer by visiting this link





 EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Wed Mar 29 13:26:41 2006
X-Persona: <Celia>
Return-Path: <mailcenter341062@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 20994 invoked from network); 29 Mar 2006 03:06:25 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by jaykaysplace.com with SMTP; 29 Mar 2006 03:06:24 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 29 Mar 2006 03:06:13 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 341062
From: Home Valuation <HomeValue@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341062@vm-rewards.com>
Subject: *****SPAM***** How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link





 EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Wed Mar 29 09:58:59 2006
X-Persona: <Mila>
Return-Path: <mailcenter341062@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 29 Mar 2006 03:23:10 -0600
From: Home Valuation <HomeValue@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** How much will your home sell for?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.6 required=7.0 tests=BAYES_99,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_442A51FE.13C6CC13"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(0419&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(0419&e=mila@jammtomm.com
  URI:http://ogy.cc/evhgd/index_01.gif [...]

Content analysis details:   (9.6 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 21412 invoked from network); 29 Mar 2006 03:23:09 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by anthonycentral.com with SMTP; 29 Mar 2006 03:23:08 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 29 Mar 2006 03:22:55 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 341062
```

```
From: Home Valuation <HomeValue@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341062@vm-rewards.com>
Subject: How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM How much
will yo8.htm"
```

```
From ???@??? Sun Apr 02 17:13:39 2006
X-Persona: <Jay>
Return-Path: <mailcenter341062@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 26789 invoked from network); 29 Mar 2006 03:23:19 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by celiajay.com with SMTP; 29 Mar 2006 03:23:17 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 29 Mar 2006 03:23:04 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 341062
From: Home Valuation <HomeValue@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341062@vm-rewards.com>
Subject: How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.3 required=7.0 tests=BAYES_90,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 20 12:57:39 2006
X-Persona: <Anthony>
Return-Path: <mailcenter344522@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 16322 invoked from network); 20 Apr 2006 10:41:17 -0600
Received: from vm-180-207.vm-mail.com (206.82.180.207)
  by clrobin.com with SMTP; 20 Apr 2006 10:41:16 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-207.vm-mail.com with SMTP; 20 Apr 2006 11:41:10 -0500
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 344522
From: Homeowner News <HomeownerNews@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344522@vm-rewards.com>
Subject: Refinance without perfect credit
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.9 required=7.0 tests=BAYES_60,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---

Norvax, Inc. 213 N. Morgan, Suite 1D Chicago, IL 60607

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 20 12:23:21 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter344496@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 18464 invoked from network); 20 Apr 2006 08:09:14 -0600
Received: from vm-180-116.vm-mail.com (206.82.180.116)
   by chiefmusician.net with SMTP; 20 Apr 2006 08:09:14 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-116.vm-mail.com with SMTP; 20 Apr 2006 09:09:13 -0500
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 344496
From: Homeowner News <HomeownerNews@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344496@vm-rewards.com>
Subject: Refinance without perfect credit
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---

Norvax, Inc. 213 N. Morgan, Suite 1D Chicago, IL 60607

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 15:54:36 2006
X-Persona: <RCW>
Return-Path: <mailcenter334044@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 9026 invoked from network); 3 Jan 2006 11:14:05 -0600
Received: from vm-182-22.vm-mail.com (206.82.182.22)
  by jaykaysplace.com with SMTP; 3 Jan 2006 11:14:05 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-22.vm-mail.com with SMTP; 03 Jan 2006 11:13:52 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 334044
From: Homeowner News <HomeownerNews@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334044@vm-rewards.com>
Subject: Rates on the rise - lock in low payments for 2006
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



 **Mortgage Wire, 11718 Barrington Court, Suite 129, Los Angeles, CA, 90049**

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 19:11:47 2006
Return-Path: <mailcenter334044@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 19972 invoked from network); 3 Jan 2006 11:07:38 -0600
Received: from vm-177-39.vm-mail.com (206.82.177.39)
  by jaycelia.com with SMTP; 3 Jan 2006 11:07:37 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-39.vm-mail.com with SMTP; 03 Jan 2006 11:07:20 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 334044
From: Homeowner News <HomeownerNews@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334044@vm-rewards.com>
Subject: Rates on the rise - lock in low payments for 2006
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.0 required=7.0 tests=BAYES_44,DATE_MISSING,
       HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       LOW_PAYMENT,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
       version=2.63
```



**Mortgage Wire, 11718 Barrington Court, Suite 129, Los Angeles, CA, 90049**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Tue Jan 03 19:11:47 2006
Return-Path: <mailcenter334044@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 17028 invoked from network); 3 Jan 2006 11:07:36 -0600
Received: from vm-177-39.vm-mail.com (206.82.177.39)
  by jaycelia.com with SMTP; 3 Jan 2006 11:07:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-39.vm-mail.com with SMTP; 03 Jan 2006 11:07:20 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 334044
From: Homeowner News <HomeownerNews@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334044@vm-rewards.com>
Subject: Rates on the rise - lock in low payments for 2006
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.0 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      LOW_PAYMENT,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```



**Mortgage Wire, 11718 Barrington Court, Suite 129, Los Angeles, CA, 90049**

**If you can not see our footer image, please** visit here.

From ???@??? Tue Jan 03 19:05:55 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter334044@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 5667 invoked from network); 3 Jan 2006 11:08:17 -0600
Received: from vm-182-108.vm-mail.com (206.82.182.108)
  by itdidnotendright.com with SMTP; 3 Jan 2006 11:08:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-108.vm-mail.com with SMTP; 03 Jan 2006 11:08:00 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 334044
From: Homeowner News <HomeownerNews@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334044@vm-rewards.com>
Subject: Rates on the rise - lock in low payments for 2006
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



---

Mortgage Wire, 11718 Barrington Court, Suite 129, Los Angeles, CA, 90049

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 19:02:53 2006
X-Persona: <Celia>
Return-Path: <mailcenter334044@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 1410 invoked from network); 3 Jan 2006 11:10:27 -0600
Received: from vm-181-243.vm-mail.com (206.82.181.243)
   by chiefmusician.net with SMTP; 3 Jan 2006 11:10:26 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-243.vm-mail.com with SMTP; 03 Jan 2006 11:10:14 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 334044
From: Homeowner News <HomeownerNews@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334044@vm-rewards.com>
Subject: *****SPAM***** Rates on the rise - lock in low payments for 2006
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,LOW_PAYMENT,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.3 LOW_PAYMENT BODY: Lower Monthly Payment
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



**Mortgage Wire, 11718 Barrington Court, Suite 129, Los Angeles, CA, 90049**

**If you can not see our footer image, please** visit here.

```
From ???@??? Sun Apr 30 14:00:53 2006
X-Persona: <Celia>
Return-Path: <mailcenter346416@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 20034 invoked from network); 29 Apr 2006 16:47:50 -0600
Received: from vm-180-130.vm-mail.com (206.82.180.130)
   by jammtomm.com with SMTP; 29 Apr 2006 16:47:50 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-130.vm-mail.com with SMTP; 29 Apr 2006 17:47:47 -0500
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 346416
From: Homeowner News <HomeownerNews@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346416@vm-rewards.com>
Subject: Lower your monthly mortgage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=DATE_MISSING,HTML_40_50,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.

Please mail questions
or comments about this advertisement to:

Norvax, Inc. 213 N. Morgan, Suite 1D Chicago, IL 60607

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Fri Sep 30 12:53:04 2005
X-Persona: <hum>
Return-Path: <mailcenter330263@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 19713 invoked from network); 30 Sep 2005 10:40:16 -0600
Received: from vm-182-191.vm-mail.com (206.82.182.191)
  by greatnorthwest-alpha.org with SMTP; 30 Sep 2005 10:40:16 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-191.vm-mail.com with SMTP; 30 Sep 2005 11:40:10 -0500
X-ClientHost: 10411710906410110409710411110910104609911109
X-MailingID: 330263
From: Homeowners <Homeowner@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330263@vm-rewards.com>
Subject: *****SPAM***** Percentages are rising. Lock in yours today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```





 P.M.R., 1805 N. Carson Street #17 Carson City, NV 89701

If you can not see our footer image, please visit here.

```
From ???@??? Mon Sep 22 08:16:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213166-29422>; Mon, 22 Sep 2003 02:51:58 -0400
Received: from vm137.vmadmin.com ([216.64.222.137]) by ams.ftl.affinity.com
with ESMTP id <213002-29430>; Mon, 22 Sep 2003 02:51:27 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm137.vmadmin.com with SMTP; 22 Sep 2003 01:51:24 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 140768
From: HomeWorkersNeeded <HomeWorkersNeeded140768@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: HomeWorkersNeeded <HomeWorkersNeeded140768@replies.virtumundo.com>
Subject: Earn $550 or More Stuffing Envelopes at Home
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep22.025127-0400_edt.213002-29430+706@ams.ftl.affinity.com>
Date:Mon, 22 Sep 2003 02:51:27 -0400
```



    You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Sep 28 12:53:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <1257679-29307>; Sun, 28 Sep 2003 15:10:46 -0400
Received: from vl208-68.vmlocal.com ([216.21.208.68]) by ams.ftl.affinity.com
with ESMTP id <1257738-29297>; Sun, 28 Sep 2003 15:10:12 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-68.vmlocal.com with SMTP; 28 Sep 2003 14:09:59 -0500
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 146913
From: Horseback Riding <HorsebackRiding146913@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Horseback Riding <HorsebackRiding146913@vmlocal.com>
Subject: Saddle Up! Go Horseback Riding.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep28.151012-0400_edt.1257738-29297+12722@ams.ftl.affinity.com>
Date:Sun, 28 Sep 2003 15:10:10 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Oct 11 17:55:42 2005
X-Persona: <Indi>
Return-Path: <mailcenter330287@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sun, 02 Oct 2005 04:16:03 -0600
From: Hot Ringtones <HotRingtones@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Hook up your cell with a hot new ringtone
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433FB363.CD091B91"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4409&e=indi@jammtomm.com
  URI:http://ogy.cc/jamstersss/free-ring2_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4409&e=indi@jammtomm.com
  URI:http://ogy.cc/jamstersss/free-ring2_02.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 30467 invoked from network); 2 Oct 2005 04:16:03 -0600
Received: from vm-182-171.vm-mail.com (206.82.182.171)
  by jaycelia.com with SMTP; 2 Oct 2005 04:16:03 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-171.vm-mail.com with SMTP; 02 Oct 2005 05:16:01 -0500

```
X-ClientHost: 10511010010506410609710910911611111091090460991111109
X-MailingID: 330287
From: Hot Ringtones <HotRingtones@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330287@vm-rewards.com>
Subject: Hook up your cell with a hot new ringtone
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Hook up
your cel3.htm"
```

From ???@??? Sun Oct 09 18:25:20 2005
X-Persona: <Indi>
Return-Path: <mailcenter330287@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sun, 02 Oct 2005 04:16:03 -0600
From: Hot Ringtones <HotRingtones@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Hook up your cell with a hot new ringtone
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433FB363.CD091B91"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4409&e=indi@jammtomm.com
  URI:http://ogy.cc/jamsterss/free-ring2_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4409&e=indi@jammtomm.com
  URI:http://ogy.cc/jamsterss/free-ring2_02.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 30467 invoked from network); 2 Oct 2005 04:16:03 -0600
Received: from vm-182-171.vm-mail.com (206.82.182.171)
  by jaycelia.com with SMTP; 2 Oct 2005 04:16:03 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-171.vm-mail.com with SMTP; 02 Oct 2005 05:16:01 -0500

```
X-ClientHost: 10511010010506410609710910911611111091090460991111109
X-MailingID: 330287
From: Hot Ringtones <HotRingtones@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330287@vm-rewards.com>
Subject: Hook up your cell with a hot new ringtone
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Hook up
your cel2.htm"
```

From ???@??? Sun Oct 09 18:25:20 2005
X-Persona: <Indi>
Return-Path: <mailcenter330287@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sun, 02 Oct 2005 04:16:03 -0600
From: Hot Ringtones <HotRingtones@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Hook up your cell with a hot new ringtone
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433FB363.CD091B91"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4409&e=indi@jammtomm.com
  URI:http://ogy.cc/jamsterss/free-ring2_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4409&e=indi@jammtomm.com
  URI:http://ogy.cc/jamsterss/free-ring2_02.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name                description
 ---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN   BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL              RBL: Received via a relay in Spamhaus Block List
                   [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 30467 invoked from network); 2 Oct 2005 04:16:03 -0600
Received: from vm-182-171.vm-mail.com (206.82.182.171)
  by jaycelia.com with SMTP; 2 Oct 2005 04:16:03 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-171.vm-mail.com with SMTP; 02 Oct 2005 05:16:01 -0500

```
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330287
From: Hot Ringtones <HotRingtones@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330287@vm-rewards.com>
Subject: Hook up your cell with a hot new ringtone
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Hook up
your cel2.htm"
```

```
From ???@??? Mon Oct 03 12:10:40 2005
X-Persona: <hum>
Return-Path: <mailcenter330287@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 13249 invoked from network); 2 Oct 2005 04:26:24 -0600
Received: from vm-181-3.vm-mail.com (206.82.181.3)
   by gordonworks.com with SMTP; 2 Oct 2005 04:26:24 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-3.vm-mail.com with SMTP; 02 Oct 2005 05:26:24 -0500
X-ClientHost: 10411710906410110409710411110910104609911109
X-MailingID: 330287
From: Hot Ringtones <HotRingtones@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330287@vm-rewards.com>
Subject: *****SPAM***** Hook up your cell with a hot new ringtone
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
       *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```







**Jamster Inc., Compliance Dept., 499 East Sheridan St #205, Dania Beach, FL 33004**

**If you can not see our footer image, please** <u>visit here</u>**.**

```
From ???@??? Mon Sep 26 18:54:58 2005
X-Persona: <Indi>
Return-Path: <mailcenter330049@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sun, 25 Sep 2005 15:45:14 -0600
From: Hot Ringtones <HotRingtones@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Hook up your cell with a hot new ringtone
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43371A6A.4B1E3E88"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4299&e=indi@jammtomm.com
  URI:http://ogy.cc/jamstersss/free-ring2_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4299&e=indi@jammtomm.com
  URI:http://ogy.cc/jamstersss/free-ring2_02.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name                description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 21672 invoked from network); 25 Sep 2005 15:45:14 -0600
Received: from vm-183-93.vm-mail.com (206.82.183.93)
  by jaycelia.com with SMTP; 25 Sep 2005 15:45:14 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-93.vm-mail.com with SMTP; 25 Sep 2005 16:45:14 -0500

```
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330049
From: Hot Ringtones <HotRingtones@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330049@vm-rewards.com>
Subject: Hook up your cell with a hot new ringtone
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Hook up
your cel1.htm"
```

From ???@??? Tue Oct 11 18:11:18 2005
X-Persona: <Indi>
Return-Path: <mailcenter330287@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Sun, 02 Oct 2005 04:16:03 -0600
From: Hot Ringtones <HotRingtones@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Hook up your cell with a hot new ringtone
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433FB363.CD091B91"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4409&e=indi@jammtomm.com
  URI:http://ogy.cc/jamsterss/free-ring2_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4409&e=indi@jammtomm.com
  URI:http://ogy.cc/jamsterss/free-ring2_02.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 30467 invoked from network); 2 Oct 2005 04:16:03 -0600
Received: from vm-182-171.vm-mail.com (206.82.182.171)
  by jaycelia.com with SMTP; 2 Oct 2005 04:16:03 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-171.vm-mail.com with SMTP; 02 Oct 2005 05:16:01 -0500

```
X-ClientHost: 1051101001050641060971091091161111091090460991111109
X-MailingID: 330287
From: Hot Ringtones <HotRingtones@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330287@vm-rewards.com>
Subject: Hook up your cell with a hot new ringtone
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Hook up
your cel4.htm"
```

From ???@??? Mon Oct 06 14:01:47 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <250031-22860>; Mon, 6 Oct 2003 15:41:36 -0400
Received: from vl208-63.vmlocal.com ([216.21.208.63]) by ams.ftl.affinity.com
with ESMTP id <250185-5326>; Mon, 6 Oct 2003 15:40:37 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-63.vmlocal.com with SMTP; 06 Oct 2003 14:40:24 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 153758
From: Hot Tubs <YouRelaxInAHotTub153758@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hot Tubs <YouRelaxInAHotTub153758@vmlocal.com>
Subject: The cure for the common day.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct6.154037-0400_edt.250185-5326+8177@ams.ftl.affinity.com>
Date:Mon, 6 Oct 2003 15:40:36 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 17 08:25:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <212752-21018>; Fri, 17 Oct 2003 10:42:55 -0400
Received: from vl208-36.vmlocal.com ([216.21.208.36]) by ams.ftl.affinity.com
with ESMTP id <277983-6039>; Fri, 17 Oct 2003 02:40:49 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-36.vmlocal.com with SMTP; 17 Oct 2003 01:40:46 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 166211
From: Hot Tubs <YouRelaxInAHotTub166211@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hot Tubs <YouRelaxInAHotTub166211@vmlocal.com>
Subject: Melt your stress away.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct17.024049-0400_edt.277983-6039+14256@ams.ftl.affinity.com>
Date:Fri, 17 Oct 2003 02:40:49 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Oct 26 21:25:09 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223486-932>; Sun, 26 Oct 2003 22:27:47 -0500
Received: from vl208-54.vmlocal.com ([216.21.208.54]) by ams.ftl.affinity.com
with ESMTP id <224622-924>; Sun, 26 Oct 2003 22:26:45 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-54.vmlocal.com with SMTP; 26 Oct 2003 21:24:41 -0600
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 177888
From: Hot Tubs <YouRelaxInAHotTub177888@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hot Tubs <YouRelaxInAHotTub177888@vmlocal.com>
Subject: Hot tubs let you melt your stress away.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct26.222645-0500_est.224622-924+21235@ams.ftl.affinity.com>
Date:Sun, 26 Oct 2003 22:26:45 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Nov 06 09:21:27 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221773-1070>; Thu, 6 Nov 2003 11:24:56 -0500
Received: from vl208-52.vmlocal.com ([216.21.208.52]) by ams.ftl.affinity.com
with ESMTP id <227256-1072>; Thu, 6 Nov 2003 11:11:50 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-52.vmlocal.com with SMTP; 06 Nov 2003 10:11:49 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 191167
From: Hot Tubs <YouRelaxInAHotTub191167@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hot Tubs <YouRelaxInAHotTub191167@vmlocal.com>
Subject: Don't just do something. Sit there.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov6.111150-0500_est.227256-1072+17474@ams.ftl.affinity.com>
Date:Thu, 6 Nov 2003 11:11:50 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 15 19:52:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213449-25152>; Sat, 15 Nov 2003 19:25:24 -0500
Received: from vl208-71.vmlocal.com ([216.21.208.71]) by ams.ftl.affinity.com
with ESMTP id <218841-25140>; Sat, 15 Nov 2003 19:25:20 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-71.vmlocal.com with SMTP; 15 Nov 2003 18:25:13 -0600
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 198666
From: Hot Tubs <YouRelaxInAHotTub198666@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hot Tubs <YouRelaxInAHotTub198666@vmlocal.com>
Subject: Hot tubs let you melt your stress away.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov15.192520-0500_est.218841-25140+18289@ams.ftl.affinity.com>
Date:Sat, 15 Nov 2003 19:25:18 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Jan 21 14:57:39 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215696-7278>; Wed, 21 Jan 2004 14:26:30 -0500
Received: from vm208-42.adknow-net.com ([216.21.208.42]) by
ams.ftl.affinity.com with ESMTP id <213873-7280>; Wed, 21 Jan 2004 14:26:03
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-42.adknow-net.com with SMTP; 21 Jan 2004 13:26:00 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 346246
From: Hot Tubs <YouRelaxInAHotTub@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return346246@replies.adknow-net.com
Subject: Don't just do something. Sit there.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan21.142603-0500_est.213873-7280+769@ams.ftl.affinity.com>
Date:Wed, 21 Jan 2004 14:26:03 -0500
```



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Dec 18 19:04:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219792-10111>; Thu, 18 Dec 2003 21:19:46 -0500
Received: from vm209-202.vmlocal.com ([216.21.209.202]) by
ams.ftl.affinity.com with ESMTP id <221234-10119>; Thu, 18 Dec 2003 21:18:16
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-202.vmlocal.com with SMTP; 18 Dec 2003 20:18:15 -0600
X-ClientHost: 106097109101115064103111141001111011911111410711504609911109
X-MailingID: 222142
From: Hot Tubs <YouRelaxInAHotTub@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hot Tubs <YouRelaxInAHotTub222142@vmlocal.com>
Subject: Sit back and relax.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec18.211816-0500_est.221234-10119+7060@ams.ftl.affinity.com>
Date:Thu, 18 Dec 2003 21:18:16 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 10 18:27:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223599-22381>; Wed, 10 Dec 2003 19:49:28 -0500
Received: from vl208-55.vmlocal.com ([216.21.208.55]) by ams.ftl.affinity.com
with ESMTP id <223932-22381>; Wed, 10 Dec 2003 19:48:22 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-55.vmlocal.com with SMTP; 10 Dec 2003 18:41:18 -0600
X-ClientHost: 1060971091011150641031111141001111011911111410711504609911109
X-MailingID: 215952
From: Hot Tubs <YouRelaxInAHotTub@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hot Tubs <YouRelaxInAHotTub215952@vmlocal.com>
Subject: Hot tubs let you melt your stress away.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec10.194822-0500_est.223932-22381+68263@ams.ftl.affinity.com>
Date:Wed, 10 Dec 2003 19:48:22 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Dec 01 19:34:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <230403-10131>; Mon, 1 Dec 2003 22:05:19 -0500
Received: from vl208-46.vmlocal.com ([216.21.208.46]) by ams.ftl.affinity.com
with ESMTP id <231513-10137>; Mon, 1 Dec 2003 22:04:07 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-46.vmlocal.com with SMTP; 01 Dec 2003 21:04:06 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 209670
From: Hot Tubs <YouRelaxInAHotTub@vmlocal.com>
To:   James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hot Tubs <YouRelaxInAHotTub209670@vmlocal.com>
Subject: Hot tubs let you melt your stress away.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec1.220407-0500_est.231513-10137+14814@ams.ftl.affinity.com>
Date:Mon, 1 Dec 2003 22:04:07 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 23 20:06:24 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216102-18545>; Sun, 23 Nov 2003 21:41:46 -0500
Received: from vl208-65.vmlocal.com ([216.21.208.65]) by ams.ftl.affinity.com
with ESMTP id <221914-18552>; Sun, 23 Nov 2003 21:40:27 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-65.vmlocal.com with SMTP; 23 Nov 2003 20:40:19 -0600
X-ClientHost: 1060971091011150641031111141001111011911111410711504609911109
X-MailingID: 204185
From: Hot Tubs <YouRelaxInAHotTub@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hot Tubs <YouRelaxInAHotTub204185@vmlocal.com>
Subject: Hot tubs let you melt your stress away.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov23.214027-0500_est.221914-18552+30141@ams.ftl.affinity.com>
Date:Sun, 23 Nov 2003 21:40:27 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Dec 19 13:31:46 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213728-22189>; Fri, 19 Dec
2003 15:38:26 -0500
Received: from vm209-180.vmlocal.com ([216.21.209.180]) by
ams.ftl.affinity.com with ESMTP id <230848-29442>; Fri, 19 Dec 2003 14:57:58
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-180.vmlocal.com with SMTP; 19 Dec 2003 13:57:56 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 222836
From: Hot Tubs <YouRelaxInAHotTub@vmlocal.com>
To:     Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hot Tubs <YouRelaxInAHotTub222836@vmlocal.com>
Subject: Hot tubs let you melt your stress away.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec19.145758-0500_est.230848-29442+5903@ams.ftl.affinity.com>
Date:Fri, 19 Dec 2003 14:57:58 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Oct 15 23:37:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219200-22111>; Wed, 15 Oct 2003 23:18:00 -0400
Received: from vl208-41.vmlocal.com ([216.21.208.41]) by ams.ftl.affinity.com
with ESMTP id <221180-22187>; Wed, 15 Oct 2003 23:17:19 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-41.vmlocal.com with SMTP; 15 Oct 2003 22:17:15 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 164361
From: Hotel Savings <FindHotelSavingsToday164361@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+164361@replies.vmlocal.com>
Subject: Hotels. The Easiest Way To Stay.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct15.231719-0400_edt.221180-22187+1432@ams.ftl.affinity.com>
Date:Wed, 15 Oct 2003 23:17:18 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Oct 15 23:37:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <219673-22111>; Wed, 15 Oct 2003 23:18:00 -0400
Received: from vl208-41.vmlocal.com ([216.21.208.41]) by ams.ftl.affinity.com
with ESMTP id <221085-22113>; Wed, 15 Oct 2003 23:17:19 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-41.vmlocal.com with SMTP; 15 Oct 2003 22:17:15 -0500
X-ClientHost:
106097109105108097064103111141001111101191111141071150460991110 9
X-MailingID: 164361
From: Hotel Savings <FindHotelSavingsToday164361@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+164361@replies.vmlocal.com>
Subject: Hotels. The Easiest Way To Stay.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct15.231719-0400_edt.221085-22113+5080@ams.ftl.affinity.com>
Date:Wed, 15 Oct 2003 23:17:18 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Oct 15 19:42:12 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <239484-6863>; Wed, 15 Oct 2003 21:29:13 -0400
Received: from vl208-72.vmlocal.com ([216.21.208.72]) by ams.ftl.affinity.com
with ESMTP id <723437-6858>; Wed, 15 Oct 2003 17:57:26 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-72.vmlocal.com with SMTP; 15 Oct 2003 16:57:22 -0500
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 164366
From: Hotel Savings <FindHotelSavingsToday164366@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+164366@replies.vmlocal.com>
Subject: Hotels. There¹s no better way to stay.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct15.175726-0400_edt.723437-6858+2253@ams.ftl.affinity.com>
Date:Wed, 15 Oct 2003 17:57:25 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 17 08:19:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213589-29681>; Fri, 17 Oct
2003 09:59:16 -0400
Received: from vl208-48.vmlocal.com ([216.21.208.48]) by ams.ftl.affinity.com
with ESMTP id <724137-27451>; Thu, 16 Oct 2003 22:37:55 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-48.vmlocal.com with SMTP; 16 Oct 2003 21:32:13 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 165430
From: Hotel Savings <FindHotelSavingsToday165430@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+165430@replies.vmlocal.com>
Subject: Stay in style with these great hotel offers.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct16.223755-0400_edt.724137-27451+10437@ams.ftl.affinity.com>
Date:Thu, 16 Oct 2003 22:37:55 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 27 07:53:20 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <217525-29375>; Mon, 27 Oct 2003 03:14:32 -0500
Received: from vl208-72.vmlocal.com ([216.21.208.72]) by ams.ftl.affinity.com
with ESMTP id <226108-29374>; Mon, 27 Oct 2003 02:33:50 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-72.vmlocal.com with SMTP; 27 Oct 2003 01:22:04 -0600
X-ClientHost:
106097109105108097064103111141001111101191111141071150460991111 09
X-MailingID: 176921
From: Hotel Savings <FindHotelSavingsToday176921@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hotel Savings <FindHotelSavingsToday176921@vmlocal.com>
Subject: Stay in style with these great hotel offers.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct27.023350-0500_est.226108-29374+2363@ams.ftl.affinity.com>
Date:Mon, 27 Oct 2003 02:23:08 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 27 07:53:20 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217780-29375>; Mon, 27 Oct
2003 03:14:32 -0500
Received: from vl208-72.vmlocal.com ([216.21.208.72]) by ams.ftl.affinity.com
with ESMTP id <231603-29374>; Mon, 27 Oct 2003 02:33:50 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-72.vmlocal.com with SMTP; 27 Oct 2003 01:22:04 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 176921
From: Hotel Savings <FindHotelSavingsToday176921@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hotel Savings <FindHotelSavingsToday176921@vmlocal.com>
Subject: Stay in style with these great hotel offers.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct27.023350-0500_est.231603-29374+2364@ams.ftl.affinity.com>
Date:Mon, 27 Oct 2003 02:23:09 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Oct 26 18:25:44 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215375-23734>; Sun, 26 Oct 2003 20:42:53 -0500
Received: from vl208-25.vmlocal.com ([216.21.208.25]) by ams.ftl.affinity.com
with ESMTP id <219531-23731>; Sun, 26 Oct 2003 20:41:43 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-25.vmlocal.com with SMTP; 26 Oct 2003 19:41:38 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 176923
From: Hotel Savings <FindHotelSavingsToday176923@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hotel Savings <FindHotelSavingsToday176923@vmlocal.com>
Subject: Hotels. The Easiest Way To Stay.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct26.204143-0500_est.219531-23731+8215@ams.ftl.affinity.com>
Date:Sun, 26 Oct 2003 20:41:42 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Oct 26 15:36:40 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <748424-3654>; Sun, 26 Oct 2003 17:53:46 -0500
Received: from vl208-62.vmlocal.com ([216.21.208.62]) by ams.ftl.affinity.com
with ESMTP id <737951-3649>; Sun, 26 Oct 2003 17:50:25 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-62.vmlocal.com with SMTP; 26 Oct 2003 16:50:17 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111091109
X-MailingID: 176925
From: Hotel Savings <FindHotelSavingsToday176925@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hotel Savings <FindHotelSavingsToday176925@vmlocal.com>
Subject: Hotels. There¹s no better way to stay.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct26.175025-0500_est.737951-3649+11107@ams.ftl.affinity.com>
Date:Sun, 26 Oct 2003 17:50:23 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Feb 03 20:45:46 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <233721-23380>; Tue, 3 Feb 2004 23:07:45 -0500
Received: from vm208-74.adknow-net.com ([216.21.208.74]) by
ams.ftl.affinity.com with ESMTP id <234385-23375>; Tue, 3 Feb 2004 23:06:44
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-74.adknow-net.com with SMTP; 03 Feb 2004 22:06:29 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 357417
From: Hotel Savings <FindHotelSavingsToday@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return357417@replies.adknow-net.com
Subject: Hotels. There¹s no better way to stay.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb3.230644-0500_est.234385-23375+9775@ams.ftl.affinity.com>
Date:Tue, 3 Feb 2004 23:06:42 -0500
```



If you're out of town, you want to stay in style. And that's where we come in.

Click now, and find the perfect hotel room!

---

**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Jan 23 23:21:02 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <267393-15803>; Fri, 23 Jan
2004 23:07:00 -0500
Received: from vm208-67.adknow-net.com ([216.21.208.67]) by
ams.ftl.affinity.com with ESMTP id <267800-15804>; Fri, 23 Jan 2004 23:05:50
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-67.adknow-net.com with SMTP; 23 Jan 2004 22:05:45 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 348274
From: Hotel Savings <FindHotelSavingsToday@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return348274@replies.adknow-net.com
Subject: These hotel offers let you stay in style.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.230550-0500_est.267800-15804+23988@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 23:05:50 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Jan 17 12:27:23 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214100-17780>; Sat, 17 Jan 2004 13:52:30 -0500
Received: from vm208-35.adknow-net.com ([216.21.208.35]) by
ams.ftl.affinity.com with ESMTP id <215663-17787>; Sat, 17 Jan 2004 13:51:31
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-35.adknow-net.com with SMTP; 17 Jan 2004 12:51:27 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 343733
From: Hotel Savings <FindHotelSavingsToday@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return343733@replies.adknow-net.com
Subject: The best way to stay when you¹re away.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan17.135131-0500_est.215663-17787+5307@ams.ftl.affinity.com>
Date:Sat, 17 Jan 2004 13:51:31 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Jan 14 11:50:37 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3559766-29384>; Wed, 14 Jan 2004 13:56:06 -0500
Received: from vm208-11.adknow-net.com ([216.21.208.11]) by
ams.ftl.affinity.com with ESMTP id <3560165-29386>; Wed, 14 Jan 2004 13:55:44
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-11.adknow-net.com with SMTP; 14 Jan 2004 12:55:41 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 341873
From: Hotel Savings <FindHotelSavingsToday@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return341873@replies.adknow-net.com
Subject: Stay in style with these great hotel offers.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan14.135544-0500_est.3560165-29386+8738@ams.ftl.affinity.com>
Date:Wed, 14 Jan 2004 13:55:44 -0500



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Jan 14 11:50:37 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <3559867-29262>; Wed, 14 Jan
2004 13:56:07 -0500
Received: from vm208-11.adknow-net.com ([216.21.208.11]) by
ams.ftl.affinity.com with ESMTP id <3559929-29385>; Wed, 14 Jan 2004 13:55:45
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-11.adknow-net.com with SMTP; 14 Jan 2004 12:55:41 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 341873
From: Hotel Savings <FindHotelSavingsToday@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return341873@replies.adknow-net.com
Subject: Stay in style with these great hotel offers.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan14.135545-0500_est.3559929-29385+8371@ams.ftl.affinity.com>
Date:Wed, 14 Jan 2004 13:55:44 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Jan 14 09:53:32 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <319307-30275>; Wed, 14 Jan 2004 10:26:06 -0500
Received: from vm208-56.adknow-net.com ([216.21.208.56]) by
ams.ftl.affinity.com with ESMTP id <314884-30272>; Wed, 14 Jan 2004 10:25:00
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-56.adknow-net.com with SMTP; 14 Jan 2004 09:24:56 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 341736
From: Hotel Savings <FindHotelSavingsToday@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return341736@replies.adknow-net.com
Subject: Hotels. There¹s no better way to stay.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan14.102500-0500_est.314884-30272+84799@ams.ftl.affinity.com>
Date:Wed, 14 Jan 2004 10:25:00 -0500
```



**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Jan 14 09:53:32 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <314884-30275>; Wed, 14 Jan 2004 10:26:06 -0500
Received: from vm208-56.adknow-net.com ([216.21.208.56]) by
ams.ftl.affinity.com with ESMTP id <321712-30278>; Wed, 14 Jan 2004 10:25:00
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-56.adknow-net.com with SMTP; 14 Jan 2004 09:24:56 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111 09
X-MailingID: 341736
From: Hotel Savings <FindHotelSavingsToday@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return341736@replies.adknow-net.com
Subject: Hotels. There¹s no better way to stay.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan14.102500-0500_est.321712-30278+83789@ams.ftl.affinity.com>
Date:Wed, 14 Jan 2004 10:25:00 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Feb 03 20:45:46 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <232961-23379>; Tue, 3 Feb 2004 23:07:45 -0500
Received: from vm208-74.adknow-net.com ([216.21.208.74]) by
ams.ftl.affinity.com with ESMTP id <231598-23377>; Tue, 3 Feb 2004 23:06:42
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-74.adknow-net.com with SMTP; 03 Feb 2004 22:06:29 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 357417
From: Hotel Savings <FindHotelSavingsToday@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return357417@replies.adknow-net.com
Subject: Hotels. There¹s no better way to stay.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb3.230642-0500_est.231598-23377+9555@ams.ftl.affinity.com>
Date:Tue, 3 Feb 2004 23:06:42 -0500
```



If you're out of town, you want to stay in style. And that's where we come in.
Click now, and find the perfect hotel room!

---

**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Dec 31 09:26:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <330141-1024>; Wed, 31 Dec
2003 11:18:56 -0500
Received: from vm209-241.vmlocal.com ([216.21.209.241]) by
ams.ftl.affinity.com with ESMTP id <332876-1018>; Wed, 31 Dec 2003 11:18:23
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-241.vmlocal.com with SMTP; 31 Dec 2003 10:18:22 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 232507
From: Hotel Savings <FindHotelSavingsToday@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hotel Savings <FindHotelSavingsToday232507@vmlocal.com>
Subject: Hotels. The Easiest Way To Stay.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec31.111823-0500_est.332876-1018+10076@ams.ftl.affinity.com>
Date:Wed, 31 Dec 2003 11:18:22 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Dec 28 13:28:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <239134-26556>; Sun, 28 Dec 2003 15:42:12 -0500
Received: from vm209-187.vmlocal.com ([216.21.209.187]) by
ams.ftl.affinity.com with ESMTP id <240294-26545>; Sun, 28 Dec 2003 15:41:12
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-187.vmlocal.com with SMTP; 28 Dec 2003 14:41:06 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 229935
From: Hotel Savings <FindHotelSavingsToday@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hotel Savings <FindHotelSavingsToday229935@vmlocal.com>
Subject: Hotels. The Easiest Way To Stay.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec28.154112-0500_est.240294-26545+68693@ams.ftl.affinity.com>
Date:Sun, 28 Dec 2003 15:41:12 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 24 06:40:19 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2715905-24711>; Wed, 24 Dec 2003 06:42:55 -0500
Received: from vm209-182.vmlocal.com ([216.21.209.182]) by
ams.ftl.affinity.com with ESMTP id <2716650-24712>; Wed, 24 Dec 2003 06:41:57
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-182.vmlocal.com with SMTP; 24 Dec 2003 05:41:54 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 226056
From: Hotel Savings <FindHotelSavingsToday@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hotel Savings <FindHotelSavingsToday226056@vmlocal.com>
Subject: The best way to stay when you¹re away.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec24.064157-0500_est.2716650-24712+19918@ams.ftl.affinity.com>
Date:Wed, 24 Dec 2003 06:41:56 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Dec 21 10:09:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217109-17780>; Sun, 21 Dec
2003 10:35:44 -0500
Received: from vm209-180.vmlocal.com ([216.21.209.180]) by
ams.ftl.affinity.com with ESMTP id <223744-17790>; Sun, 21 Dec 2003 10:35:21
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-180.vmlocal.com with SMTP; 21 Dec 2003 09:35:18 -0600
X-ClientHost:
106111110097116104097110064103111114100111101191111141071150460991 11109
X-MailingID: 223854
From: Hotel Savings <FindHotelSavingsToday@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hotel Savings <FindHotelSavingsToday223854@vmlocal.com>
Subject: Hotels. The Easiest Way To Stay.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec21.103521-0500_est.223744-17790+81731@ams.ftl.affinity.com>
Date:Sun, 21 Dec 2003 10:35:19 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Dec 18 09:17:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214497-10679>; Thu, 18 Dec 2003 11:19:49 -0500
Received: from vm209-212.vmlocal.com ([216.21.209.212]) by
ams.ftl.affinity.com with ESMTP id <216537-10683>; Thu, 18 Dec 2003 11:18:08
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-212.vmlocal.com with SMTP; 18 Dec 2003 10:18:06 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 221766
From: Hotel Savings <FindHotelSavingsToday@vmlocal.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hotel Savings <FindHotelSavingsToday221766@vmlocal.com>
Subject: Hotels. The Easiest Way To Stay.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec18.111808-0500_est.216537-10683+8248@ams.ftl.affinity.com>
Date:Thu, 18 Dec 2003 11:18:07 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 09 10:20:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <224370-2722>; Tue, 9 Dec 2003 13:15:55 -0500
Received: from vl208-21.vmlocal.com ([216.21.208.21]) by ams.ftl.affinity.com
with ESMTP id <224383-17440>; Tue, 9 Dec 2003 13:14:36 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-21.vmlocal.com with SMTP; 09 Dec 2003 12:14:30 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 214794
From: Hotel Savings <FindHotelSavingsToday@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hotel Savings <FindHotelSavingsToday214794@vmlocal.com>
Subject: The best way to stay when you¹re away.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec9.131436-0500_est.224383-17440+6136@ams.ftl.affinity.com>
Date:Tue, 9 Dec 2003 13:14:34 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Dec 07 22:59:10 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <234255-23417>; Sun, 7 Dec 2003 19:58:44 -0500
Received: from vl208-53.vmlocal.com ([216.21.208.53]) by ams.ftl.affinity.com
with ESMTP id <241143-23423>; Sun, 7 Dec 2003 19:57:23 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-53.vmlocal.com with SMTP; 07 Dec 2003 14:05:44 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 213317
From: Hotel Savings <FindHotelSavingsToday@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hotel Savings <FindHotelSavingsToday213317@vmlocal.com>
Subject: The best way to stay when you¹re away.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec7.195723-0500_est.241143-23423+85343@ams.ftl.affinity.com>
Date:Sun, 7 Dec 2003 19:57:23 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Dec 05 08:22:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213311-16034>; Fri, 5 Dec
2003 10:58:53 -0500
Received: from vl208-36.vmlocal.com ([216.21.208.36]) by ams.ftl.affinity.com
with ESMTP id <213573-16024>; Fri, 5 Dec 2003 10:57:32 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-36.vmlocal.com with SMTP; 05 Dec 2003 09:55:30 -0600
X-ClientHost:
1061111100971161040971100641031111410011111011911111410711504609911 1109
X-MailingID: 211984
From: Hotel Savings <FindHotelSavingsToday@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hotel Savings <FindHotelSavingsToday211984@vmlocal.com>
Subject: Stay in style with these great hotel offers.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec5.105732-0500_est.213573-16024+102886@ams.ftl.affinity.com>
Date:Fri, 5 Dec 2003 10:57:32 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Nov 27 22:06:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <216906-6193>; Thu, 27 Nov 2003 22:58:16 -0500
Received: from vm208-1.vm06.com ([216.21.208.1]) by ams.ftl.affinity.com with
ESMTP id <222266-6194>; Thu, 27 Nov 2003 22:57:34 -0500
Received: from vmlocal.com (192.168.3.12)
  by vm208-1.vm06.com with SMTP; 27 Nov 2003 21:57:35 -0600
X-ClientHost:
106097109105108097064103111141001111101191111141071150460991111109
X-MailingID: 206576
From: Hotel Savings <FindHotelSavingsToday@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hotel Savings <FindHotelSavingsToday206576@vmlocal.com>
Subject: Stay in style with these great hotel offers.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov27.225734-0500_est.222266-6194+24961@ams.ftl.affinity.com>
Date:Thu, 27 Nov 2003 22:57:34 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Nov 27 17:35:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <216259-3169>; Thu, 27 Nov
2003 16:58:11 -0500
Received: from vl208-63.vmlocal.com ([216.21.208.63]) by ams.ftl.affinity.com
with ESMTP id <221528-3176>; Thu, 27 Nov 2003 16:57:01 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-63.vmlocal.com with SMTP; 27 Nov 2003 15:57:01 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 206580
From: Hotel Savings <FindHotelSavingsToday@vmlocal.com>
To:     Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hotel Savings <FindHotelSavingsToday206580@vmlocal.com>
Subject: The best way to stay when you¹re away.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov27.165701-0500_est.221528-3176+20190@ams.ftl.affinity.com>
Date:Thu, 27 Nov 2003 16:57:01 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 06 16:19:42 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <339648-6808>; Tue, 6 Jan 2004 16:42:00 -0500
Received: from vm209-232.vmlocal.com ([216.21.209.232]) by
ams.ftl.affinity.com with ESMTP id <337277-6809>; Tue, 6 Jan 2004 16:41:11
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-232.vmlocal.com with SMTP; 06 Jan 2004 15:41:10 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 236543
From: Hotel Savings <FindHotelSavingsToday@vmlocal.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hotel Savings <FindHotelSavingsToday236543@vmlocal.com>
Subject: Hotels. There¹s no better way to stay.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan6.164111-0500_est.337277-6809+699@ams.ftl.affinity.com>
Date:Tue, 6 Jan 2004 16:41:11 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Aug 20 23:54:36 2006
X-Persona: <2nd User>
Return-Path: <mailcenter359666@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Fri, 11 Aug 2006 11:50:37 -0600
From: House and Home Outlet <HouseandHomeOutlet@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Subject: *****SPAM***** Save big on thousands of items for your home
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.4 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVINGS,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44DCC36D.6D6880DD"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://partners.vtarget.com/z/851/CD93/&dp-5 visiting this link
  URI:http://partners.vtarget.com/z/851/CD93/&dp-5
  URI:http://ogy.cc/housing.jpg
  URI:http://redirect.virtumundo.com/bt?m59666&e=tommy@jammtomm.com [...]

Content analysis details:   (7.4 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 0.4 SAVINGS                Subject talks about savings
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 2.2 HTML_IMAGE_ONLY_02     BODY: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 17248 invoked from network); 11 Aug 2006 11:50:34 -0600
Received: from static-vmg-181-102.vm-mail.com (HELO vm-181-102.vm-mail.com)
(206.82.181.102)
  by anthonycentral.com with SMTP; 11 Aug 2006 11:50:34 -0600
Received: from vm-mail.com (192.168.3.20)

```
  by vm-181-102.vm-mail.com with SMTP; 11 Aug 2006 12:50:33 -0500
X-ClientHost: 11611110910912106410609710910911611110910904609911109
X-MailingID: 359666
From: House and Home Outlet <HouseandHomeOutlet@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+359666@vm-rewards.com>
Subject: Save big on thousands of items for your home
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Save big
on thou.htm"
```

```
From ???@??? Mon Feb 09 23:59:59 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <556065-1597>; Tue, 10 Feb 2004 00:56:26 -0500
Received: from vm208-46.adknow-net.com ([216.21.208.46]) by
ams.ftl.affinity.com with ESMTP id <440583-1588>; Tue, 10 Feb 2004 00:54:55
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-46.adknow-net.com with SMTP; 09 Feb 2004 23:50:57 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 364847
From: House Plans of Your Dreams <HousePlanBlueprints@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return364847@replies.adknow-net.com
Subject: Get the house plans for your dream home.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb10.005455-0500_est.440583-1588+17528@ams.ftl.affinity.com>
Date:Tue, 10 Feb 2004 00:50:59 -0500
```



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Feb 09 11:55:19 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <263421-23888>; Mon, 9 Feb
2004 14:23:09 -0500
Received: from vm208-14.adknow-net.com ([216.21.208.14]) by
ams.ftl.affinity.com with ESMTP id <222650-23887>; Mon, 9 Feb 2004 14:22:02
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-14.adknow-net.com with SMTP; 09 Feb 2004 13:21:52 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 365079
From: House Plans of Your Dreams <HousePlanBlueprints@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return365079@replies.adknow-net.com
Subject: Designed with your dream in mind.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb9.142202-0500_est.222650-23887+80017@ams.ftl.affinity.com>
Date:Mon, 9 Feb 2004 14:22:00 -0500



**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Feb 09 11:55:19 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <236473-23893>; Mon, 9 Feb 2004 14:23:08 -0500
Received: from vm208-14.adknow-net.com ([216.21.208.14]) by
ams.ftl.affinity.com with ESMTP id <225618-23895>; Mon, 9 Feb 2004 14:22:00
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-14.adknow-net.com with SMTP; 09 Feb 2004 13:21:52 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 365079
From: House Plans of Your Dreams <HousePlanBlueprints@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return365079@replies.adknow-net.com
Subject: Designed with your dream in mind.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb9.142200-0500_est.225618-23895+80839@ams.ftl.affinity.com>
Date:Mon, 9 Feb 2004 14:21:59 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Feb 05 22:30:08 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <276168-5914>; Fri, 6 Feb 2004 01:06:40 -0500
Received: from vm208-23.adknow-net.com ([216.21.208.23]) by
ams.ftl.affinity.com with ESMTP id <331780-5915>; Fri, 6 Feb 2004 01:06:13
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-23.adknow-net.com with SMTP; 06 Feb 2004 00:06:03 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 358962
From: House Plans of Your Dreams <HousePlanBlueprints@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return358962@replies.adknow-net.com
Subject: The house plans of your dreams.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb6.010613-0500_est.331780-5915+59124@ams.ftl.affinity.com>
Date:Fri, 6 Feb 2004 01:06:12 -0500
```



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Feb 09 23:59:59 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <556466-1593>; Tue, 10 Feb 2004 00:57:13 -0500
Received: from vm208-46.adknow-net.com ([216.21.208.46]) by
ams.ftl.affinity.com with ESMTP id <556474-1598>; Tue, 10 Feb 2004 00:55:38
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-46.adknow-net.com with SMTP; 09 Feb 2004 23:50:57 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 364847
From: House Plans of Your Dreams <HousePlanBlueprints@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return364847@replies.adknow-net.com
Subject: Get the house plans for your dream home.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb10.005538-0500_est.556474-1598+17522@ams.ftl.affinity.com>
Date:Tue, 10 Feb 2004 00:54:55 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Nov 03 23:27:24 2005
X-Persona: <hum>
Return-Path: <mailcenter331479@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 21632 invoked from network); 3 Nov 2005 15:16:28 -0600
Received: from vm-177-26.vm-mail.com (206.82.177.26)
  by gnwalpha.org with SMTP; 3 Nov 2005 15:16:28 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-26.vm-mail.com with SMTP; 03 Nov 2005 15:16:15 -0600
X-ClientHost: 104117109064101104097104111109101046099111109
X-MailingID: 331479
From: Hurricane Relief <HurricaneRelief@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331479@vm-rewards.com>
Subject: Aid In The Disaster of Hurricane Katrina
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.8 required=7.0 tests=DATE_MISSING,
        HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
```







```
From ???@??? Fri Sep 30 12:51:45 2005
X-Persona: <hum>
Return-Path: <mailcenter330194@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 30722 invoked from network); 29 Sep 2005 02:30:55 -0600
Received: from vm-180-86.vm-mail.com (206.82.180.86)
  by greatnorthwest-alpha.org with SMTP; 29 Sep 2005 02:30:55 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-86.vm-mail.com with SMTP; 29 Sep 2005 03:30:53 -0500
X-ClientHost: 104117109064101104097104111109101046099111109
X-MailingID: 330194
From: Hurricane Relief <HurricaneRelief@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330194@vm-rewards.com>
Subject: *****SPAM***** Hurricane Relief Efforts
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.1 required=7.0 tests=DATE_MISSING,
        HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        * 1.0 DATE_MISSING Missing Date: header
        * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        * 0.0 HTML_MESSAGE BODY: HTML included in message
        * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```





From ???@??? Thu Sep 29 16:41:29 2005
X-Persona: <Indi>
Return-Path: <mailcenter330194@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 29 Sep 2005 02:19:42 -0600
From: Hurricane Relief <HurricaneRelief@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Hurricane Relief Efforts
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.1 required=7.0 tests=DATE_MISSING,
        HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433BA39E.E87A78EF"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://ogy.cc/krita/katrinaRita_01.jpg
  URI:http://ogy.cc/krita/katrinaRita_02.jpg
  URI:http://redirect.virtumundo.com/ct?i'4351&e=indi@jammtomm.com [...]

Content analysis details:   (8.1 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 32353 invoked from network); 29 Sep 2005 02:19:42 -0600
Received: from vm-181-130.vm-mail.com (206.82.181.130)
  by chiefmusician.net with SMTP; 29 Sep 2005 02:19:42 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-130.vm-mail.com with SMTP; 29 Sep 2005 03:19:42 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330194
From: Hurricane Relief <HurricaneRelief@vm-mail.com>
To: Indi <indi@jammtomm.com>

```
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330194@vm-rewards.com>
Subject: Hurricane Relief Efforts
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Hurricane
Relief.htm"
```

```
From ???@??? Fri Nov 04 22:47:04 2005
X-Persona: <Indi>
Return-Path: <mailcenter331479@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 28770 invoked from network); 3 Nov 2005 15:13:43 -0600
Received: from vm-181-187.vm-mail.com (206.82.181.187)
   by rcw19190020.com with SMTP; 3 Nov 2005 15:13:43 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-187.vm-mail.com with SMTP; 03 Nov 2005 15:13:32 -0600
X-ClientHost: 10511010010506410609710910911611110910904609911109
X-MailingID: 331479
From: Hurricane Relief <HurricaneRelief@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331479@vm-rewards.com>
Subject: Aid In The Disaster of Hurricane Katrina
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.8 required=7.0 tests=DATE_MISSING,
      HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
```







```
From ???@??? Sun Jun 19 17:09:49 2005
X-Persona: <Katie>
Return-Path: <mailcenter326265@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Tue, 14 Jun 2005 10:15:45 -0600
From: Income For People <IncomeForPeople@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Learn how to create a lifetime of wealth.
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42AF02B1.782F3D35"
```

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2531&e=katie@ehahome.com
  URI:http://ogy.cc/dreams.jpg
  URI:http://redirect.virtumundo.com/bt?m26265&e=katie@ehahome.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING              Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL              RBL: Received via a relay in Spamhaus Block List
                   [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 16227 invoked from network); 14 Jun 2005 10:15:43 -0600
Received: from vm-183-10.vm-mail.com (206.82.183.10)
  by omniinnovations.com with SMTP; 14 Jun 2005 10:15:43 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-10.vm-mail.com with SMTP; 14 Jun 2005 11:15:44 -0500
```

X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326265
From: Income For People <IncomeForPeople@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326265@vm-rewards.com>
Subject: Learn how to create a lifetime of wealth.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Learn how to
cre.htm"

From ???@??? Sun Jun 19 17:09:49 2005
X-Persona: <Katie>
Return-Path: <mailcenter326265@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Tue, 14 Jun 2005 10:15:45 -0600
From: Income For People <IncomeForPeople@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Learn how to create a lifetime of wealth.
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42AF02B1.782F3D35"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2531&e=katie@ehahome.com
  URI:http://ogy.cc/dreams.jpg
  URI:http://redirect.virtumundo.com/bt?m26265&e=katie@ehahome.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN   BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL              RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 16227 invoked from network); 14 Jun 2005 10:15:43 -0600
Received: from vm-183-10.vm-mail.com (206.82.183.10)
  by omniinnovations.com with SMTP; 14 Jun 2005 10:15:43 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-10.vm-mail.com with SMTP; 14 Jun 2005 11:15:44 -0500

```
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 326265
From: Income For People <IncomeForPeople@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326265@vm-rewards.com>
Subject: Learn how to create a lifetime of wealth.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Learn how to
cre.htm"
```

```
From ???@??? Tue Sep 20 16:42:08 2005
X-Persona: <Indi>
Return-Path: <mailcenter329795@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 19 Sep 2005 10:12:53 -0600
From: Increase Your Income <IncreaseYourIncome@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Looking for managers, please apply.
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_432EE385.198503A6"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4197&e=indi@jammtomm.com
  URI:http://info.thebizoppnetwork.com/creative/htmls/ecoquest/html2/html2.gif
  URI:http://thebizoppnetwork.com/42/329/905&dpE56
  URI:http://redirect.virtumundo.com/bt?m29795&e=indi@jammtomm.com [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                   [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 10113 invoked from network); 19 Sep 2005 10:12:52 -0600
Received: from vm-180-35.vm-mail.com (206.82.180.35)
  by celiajay.com with SMTP; 19 Sep 2005 10:12:45 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-35.vm-mail.com with SMTP; 19 Sep 2005 11:12:44 -0500

```
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 329795
From: Increase Your Income <IncreaseYourIncome@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329795@vm-rewards.com>
Subject: Looking for managers, please apply.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Looking
for mana.htm"
```

```
From ???@??? Mon Sep 26 18:52:13 2005
X-Persona: <Indi>
Return-Path: <mailcenter330034@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sat, 24 Sep 2005 12:17:36 -0600
From: Increase Your Income <IncreaseYourIncome@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Looking for managers, please apply.
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43359840.494AB705"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4290&e=indi@jammtomm.com
  URI:http://info.thebizoppnetwork.com/creative/htmls/ecoquest/html2/html2.gif
  URI:http://thebizoppnetwork.com/42/329/905&dpE56
  URI:http://redirect.virtumundo.com/bt?m30034&e=indi@jammtomm.com [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN   BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL              RBL: Received via a relay in Spamhaus Block List
                      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 10912 invoked from network); 24 Sep 2005 12:17:36 -0600
Received: from vm-180-144.vm-mail.com (206.82.180.144)
  by celiajay.com with SMTP; 24 Sep 2005 12:17:36 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-144.vm-mail.com with SMTP; 24 Sep 2005 13:17:36 -0500

```
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330034
From: Increase Your Income <IncreaseYourIncome@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330034@vm-rewards.com>
Subject: Looking for managers, please apply.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Looking
for mana1.htm"
```

```
From ???@??? Wed Jul 06 10:17:18 2005
X-Persona: <Katie>
Return-Path: <mailcenter327004@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 01 Jul 2005 21:28:51 -0600
From: Increase Your Income <IncreaseYourIncomg@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Managers wanted, we'll train you
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42C609F3.3CB21896"
```

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2903&e=katie@ehahome.com
  URI:http://v1.cc/fp/partimeop/layout.jpg
  URI:http://redirect.virtumundo.com/bt?m27004&e=katie@ehahome.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                  [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 1987 invoked from network); 1 Jul 2005 21:28:51 -0600
Received: from vm-181-108.vm-mail.com (206.82.181.108)
  by rcw19190020.com with SMTP; 1 Jul 2005 21:28:51 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-108.vm-mail.com with SMTP; 01 Jul 2005 22:28:50 -0500
```

```
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 327004
From: Increase Your Income <IncreaseYourIncomg@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+327004@vm-rewards.com>
Subject: Managers wanted, we'll train you
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Managers
wanted,.htm"
```

```
From ???@??? Wed Jul 06 10:17:18 2005
X-Persona: <Katie>
Return-Path: <mailcenter327004@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 01 Jul 2005 21:28:51 -0600
From: Increase Your Income <IncreaseYourIncomg@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Managers wanted, we'll train you
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42C609F3.3CB21896"
```

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2903&e=katie@ehahome.com
  URI:http://v1.cc/fp/partimeop/layout.jpg
  URI:http://redirect.virtumundo.com/bt?m27004&e=katie@ehahome.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 1987 invoked from network); 1 Jul 2005 21:28:51 -0600
Received: from vm-181-108.vm-mail.com (206.82.181.108)
  by rcw19190020.com with SMTP; 1 Jul 2005 21:28:51 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-108.vm-mail.com with SMTP; 01 Jul 2005 22:28:50 -0500
```

```
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 327004
From: Increase Your Income <IncreaseYourIncomg@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+327004@vm-rewards.com>
Subject: Managers wanted, we'll train you
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Managers
wanted,.htm"
```

From ???@??? Fri Oct 17 21:06:19 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223392-4574>; Fri, 17 Oct 2003 23:28:14 -0400
Received: from vm094.vmadmin.com ([216.64.222.94]) by ams.ftl.affinity.com
with ESMTP id <215875-4569>; Fri, 17 Oct 2003 22:22:53 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm094.vmadmin.com with SMTP; 17 Oct 2003 21:22:47 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 164162
From:  Industry Leader <PlatinumPlayCasino164162@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+164162@virtumundo.com>
Subject: Hot New Site
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct17.222253-0400_edt.215875-4569+961@ams.ftl.affinity.com>
Date:Fri, 17 Oct 2003 22:22:53 -0400



Hi Jay

A fresh and exciting casino is finally here!

Platinum Play Online Casino is a brand new addition to the Fortune Lounge group of online casinos. Sign up as a **Real player** at Platinum Play, purchase and wager at least $20 worth of casino credits, and you will receive another **$30 FREE credits!** This means you can start exploring, playing and winning at this thrilling new casino right away.

Come play with confidence at Platinum Play!

John Hughes
Director, Casino Marketing

TERMS & CONDITIONS | PURCHASING | SUPPORT



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Apr 24 08:41:21 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345318@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 24353 invoked from network); 24 Apr 2006 08:41:20 -0600
Received: from vm-180-132.vm-mail.com (206.82.180.132)
  by greatnorthwest-alpha.org with SMTP; 24 Apr 2006 08:41:19 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-132.vm-mail.com with SMTP; 24 Apr 2006 09:41:11 -0500
X-ClientHost:
0971101160640971101161041111012109910111011611409710804609911109
X-MailingID: 345318
From: Info For Inventors <InfoForInventors@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345318@vm-rewards.com>
Subject: Have a new product idea?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



InventHelpSM 4936 Yonge Street, Suite #173 Toronto, Canada, ON M2N - 6S3

If you can not see our footer image, please visit here.

```
From ???@??? Fri Aug 25 11:43:36 2006
X-Persona: <2nd User>
Return-Path: <mailcenter361154@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 13542 invoked from network); 23 Aug 2006 22:42:28 -0600
Received: from static-vmg-181-124.vm-mail.com (HELO vm-181-124.vm-mail.com)
(206.82.181.124)
  by itdidnotendright.com with SMTP; 23 Aug 2006 22:42:28 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-124.vm-mail.com with SMTP; 23 Aug 2006 23:42:27 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 361154
From: Ink & Toner Blowout <Ink&TonerBlowout@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+361154@vm-rewards.com>
Subject: Ink & toner starting under $2 plus no fee to ship!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.1 required=7.0 tests=DATE_MISSING,HTML_40_50,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Inkgrabber.com 2205 First Street Unit #103 Simi Valley, CA 93065

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Wed Aug 09 19:27:48 2006
X-Persona: <2nd User>
Return-Path: <mailcenter359252@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 11819 invoked from network); 9 Aug 2006 03:06:56 -0600
Received: from static-vmg-185-24.vm-mail.com (HELO vm-185-24.vm-mail.com)
(206.82.185.24)
   by xj4x4.net with SMTP; 9 Aug 2006 03:06:56 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-24.vm-mail.com with SMTP; 09 Aug 2006 04:06:55 -0500
X-ClientHost: 11611110910912106410609710910911611110910904609911109
X-MailingID: 359252
From: Ink & Toner Blowout <Ink&TonerBlowout@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+359252@vm-rewards.com>
Subject: Ink & toner starting under $2 plus no fee to ship!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.1 required=7.0 tests=DATE_MISSING,HTML_40_50,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Inkgrabber.com 2205 First Street Unit #103 Simi Valley, CA 93065

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Fri Sep 01 10:53:15 2006
X-Persona: <2nd User>
Return-Path: <mailcenter361986@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 28195 invoked from network); 30 Aug 2006 22:59:24 -0600
Received: from static-vmg-187-116.vm-mail.com (HELO vm-187-116.vm-mail.com)
(206.82.187.116)
  by jaycelia.com with SMTP; 30 Aug 2006 22:59:21 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-116.vm-mail.com with SMTP; 30 Aug 2006 23:59:05 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 361986
From: Ink & Toner Blowout <Ink&TonerBlowout@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+361986@vm-rewards.com>
Subject: Ink & toner starting under $2 plus no fee to ship!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.1 required=7.0 tests=DATE_MISSING,HTML_40_50,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Inkgrabber.com 2205 First Street Unit #103 Simi Valley, CA 93065

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

From ???@??? Sun May 14 12:26:56 2006
X-Persona: <Mila>
Return-Path: <mailcenter348536@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sun, 14 May 2006 01:47:57 -0600
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Save up to 95% on inkjets and toner
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.1 required=7.0 tests=BAYES_90,DATE_MISSING,
      HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
      RCVD_IN_SORBS autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4466E0AD.8470679F"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(6161&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(6161&e=mila@jammtomm.com
  URI:http://ogy.cc/squid/virtu10off1_01.gif [...]

Content analysis details:   (9.1 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 2.1 BAYES_90               BODY: Bayesian spam probability is 90 to 99%
                            [score: 0.9568]
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_50_60             BODY: Message is 50% to 60% HTML
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.1 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                       [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
 2.6 RCVD_IN_DYNABLOCK      RBL: Sent directly from dynamic IP address
                            [206.82.185.43 listed in dnsbl.sorbs.net]
 0.1 RCVD_IN_SORBS          RBL: SORBS: sender is listed in SORBS
                            [206.82.185.43 listed in dnsbl.sorbs.net]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 31075 invoked from network); 14 May 2006 01:47:55 -0600
Received: from vm-185-43.vm-mail.com (206.82.185.43)
  by xj4x4.net with SMTP; 14 May 2006 01:47:55 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-43.vm-mail.com with SMTP; 14 May 2006 02:47:54 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 348536
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348536@vm-rewards.com>
Subject: Save up to 95% on inkjets and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Save up to
95% o.htm"
```

```
From ???@??? Sun May 14 09:09:04 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348536@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 4581 invoked from network); 14 May 2006 01:23:18 -0600
Received: from vm-186-111.vm-mail.com (206.82.186.111)
  by xj4x4.net with SMTP; 14 May 2006 01:23:16 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-111.vm-mail.com with SMTP; 14 May 2006 02:23:13 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 348536
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348536@vm-rewards.com>
Subject: *****SPAM***** Save up to 95% on inkjets and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,HTML_50_60,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
        RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *      [206.82.186.111 listed in dnsbl.sorbs.net]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *      [206.82.186.111 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link





**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**101Inks 21632 Lassen Street Chatsworth, CA 91311**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun May 14 09:09:04 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348536@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 6240 invoked from network); 14 May 2006 01:23:21 -0600
Received: from vm-186-111.vm-mail.com (206.82.186.111)
   by xj4x4.net with SMTP; 14 May 2006 01:23:20 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-111.vm-mail.com with SMTP; 14 May 2006 02:23:13 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 348536
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348536@vm-rewards.com>
Subject: *****SPAM***** Save up to 95% on inkjets and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
      RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
      *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
      *     [206.82.186.111 listed in dnsbl.sorbs.net]
      *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
      *     [206.82.186.111 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

101Inks 21632 Lassen Street Chatsworth, CA 91311

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Sun May 14 09:09:04 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348536@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 8768 invoked from network); 14 May 2006 01:23:25 -0600
Received: from vm-186-111.vm-mail.com (206.82.186.111)
   by xj4x4.net with SMTP; 14 May 2006 01:23:23 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-111.vm-mail.com with SMTP; 14 May 2006 02:23:13 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 348536
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348536@vm-rewards.com>
Subject: *****SPAM***** Save up to 95% on inkjets and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
      RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
      *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
      *      [206.82.186.111 listed in dnsbl.sorbs.net]
      *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
      *      [206.82.186.111 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link







**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**101Inks 21632 Lassen Street Chatsworth, CA 91311**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun May 14 09:09:04 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348536@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 10435 invoked from network); 14 May 2006 01:23:27 -0600
Received: from vm-186-111.vm-mail.com (206.82.186.111)
   by xj4x4.net with SMTP; 14 May 2006 01:23:26 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-111.vm-mail.com with SMTP; 14 May 2006 02:23:13 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 348536
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348536@vm-rewards.com>
Subject: *****SPAM***** Save up to 95% on inkjets and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
      RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
      *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
      *     [206.82.186.111 listed in dnsbl.sorbs.net]
      *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
      *     [206.82.186.111 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link







**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**101Inks 21632 Lassen Street Chatsworth, CA 91311**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun May 14 09:02:00 2006
X-Persona: <Jay>
Return-Path: <mailcenter348536@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 1665 invoked from network); 14 May 2006 01:48:01 -0600
Received: from vm-185-65.vm-mail.com (206.82.185.65)
  by gordonworks.com with SMTP; 14 May 2006 01:48:00 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-65.vm-mail.com with SMTP; 14 May 2006 02:47:59 -0500
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 348536
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348536@vm-rewards.com>
Subject: *****SPAM***** Save up to 95% on inkjets and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
        RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5148]
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *      [206.82.185.65 listed in dnsbl.sorbs.net]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *      [206.82.185.65 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

101Inks 21632 Lassen Street Chatsworth, CA 91311

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Sun May 14 09:00:34 2006
X-Persona: <Jon>
Return-Path: <mailcenter348536@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 2050 invoked from network); 14 May 2006 01:48:01 -0600
Received: from vm-185-35.vm-mail.com (206.82.185.35)
  by jaykaysplace.com with SMTP; 14 May 2006 01:48:01 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-35.vm-mail.com with SMTP; 14 May 2006 02:48:00 -0500
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 348536
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348536@vm-rewards.com>
Subject: *****SPAM***** Save up to 95% on inkjets and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.2 required=7.0 tests=DATE_MISSING,HTML_50_60,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,
        RCVD_IN_SBL,RCVD_IN_SORBS,SAVE_UP_TO,SAVINGS,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  0.4 SAVINGS Subject talks about savings
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 SAVE_UP_TO BODY: Save Up To
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  2.5 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *      [206.82.185.35 listed in dnsbl.sorbs.net]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *      [206.82.185.35 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

101Inks 21632 Lassen Street Chatsworth, CA 91311

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Sun May 14 08:59:47 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter348536@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 13985 invoked from network); 14 May 2006 01:47:14 -0600
Received: from vm-185-184.vm-mail.com (206.82.185.184)
   by jaycelia.com with SMTP; 14 May 2006 01:47:14 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-184.vm-mail.com with SMTP; 14 May 2006 02:47:13 -0500
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460991111 09
X-MailingID: 348536
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348536@vm-rewards.com>
Subject: Save up to 95% on inkjets and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



This is an advertisement. If you would like to no longer receive any further

email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

101Inks 21632 Lassen Street Chatsworth, CA 91311

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Sun May 14 08:58:53 2006
X-Persona: <Celia>
Return-Path: <mailcenter348536@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 17732 invoked from network); 14 May 2006 01:48:45 -0600
Received: from vm-186-46.vm-mail.com (206.82.186.46)
  by rcw19190020.com with SMTP; 14 May 2006 01:48:44 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-46.vm-mail.com with SMTP; 14 May 2006 02:48:43 -0500
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 348536
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348536@vm-rewards.com>
Subject: *****SPAM***** Save up to 95% on inkjets and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.2 required=7.0 tests=DATE_MISSING,HTML_50_60,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,
        RCVD_IN_SBL,RCVD_IN_SORBS,SAVE_UP_TO,SAVINGS,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  0.4 SAVINGS Subject talks about savings
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 SAVE_UP_TO Save Up To
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.5 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *      [206.82.186.46 listed in dnsbl.sorbs.net]
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *      [206.82.186.46 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link







This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

101Inks 21632 Lassen Street Chatsworth, CA 91311

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 27 08:20:49 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345784@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 12864 invoked from network); 26 Apr 2006 08:30:53 -0600
Received: from vm-180-196.vm-mail.com (206.82.180.196)
  by xj4x4.net with SMTP; 26 Apr 2006 08:30:48 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-196.vm-mail.com with SMTP; 26 Apr 2006 09:30:40 -0500
X-ClientHost:
09910411709910706409711011610411111012109910111011611409710804609911109
X-MailingID: 345784
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345784@vm-rewards.com>
Subject: Save up to 95% plus coupon for ink and toners!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
     HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
     MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**101Inks 21632 Lassen Street Chatsworth, CA 91311**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 27 08:20:49 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345784@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 13667 invoked from network); 26 Apr 2006 08:30:55 -0600
Received: from vm-180-196.vm-mail.com (206.82.180.196)
   by xj4x4.net with SMTP; 26 Apr 2006 08:30:54 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-196.vm-mail.com with SMTP; 26 Apr 2006 09:30:40 -0500
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710804609911109
X-MailingID: 345784
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345784@vm-rewards.com>
Subject: Save up to 95% plus coupon for ink and toners!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



101Inks 21632 Lassen Street Chatsworth, CA 91311

If you can not see our footer image, please visit here.

```
From ???@??? Mon Apr 10 18:49:00 2006
Return-Path: <mailcenter342994@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 5986 invoked from network); 7 Apr 2006 16:53:50 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by greatnorthwest-alpha.org with SMTP; 7 Apr 2006 16:53:45 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 07 Apr 2006 17:53:43 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 342994
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342994@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**101Inks 21632 Lassen Street Chatsworth, CA 91311**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Apr 10 18:49:00 2006
Return-Path: <mailcenter342994@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 8454 invoked from network); 7 Apr 2006 16:53:59 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by greatnorthwest-alpha.org with SMTP; 7 Apr 2006 16:53:58 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 07 Apr 2006 17:53:43 -0500
X-ClientHost:
0991041170991070640971101161041111012109910111011611409710804609911110 9
X-MailingID: 342994
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342994@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



101Inks 21632 Lassen Street Chatsworth, CA 91311

If you can not see our footer image, please visit here.

```
From ???@??? Mon Apr 10 18:49:00 2006
Return-Path: <mailcenter342994@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 13828 invoked from network); 7 Apr 2006 16:54:08 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by greatnorthwest-alpha.org with SMTP; 7 Apr 2006 16:54:05 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 07 Apr 2006 17:53:43 -0500
X-ClientHost:
100101119097121101010640971101161041111012109910110116114097108046099111109
X-MailingID: 342994
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342994@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



101Inks 21632 Lassen Street Chatsworth, CA 91311

If you can not see our footer image, please visit here.

```
From ???@??? Mon Apr 10 18:49:00 2006
Return-Path: <mailcenter342994@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 16002 invoked from network); 7 Apr 2006 16:54:14 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by greatnorthwest-alpha.org with SMTP; 7 Apr 2006 16:54:10 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 07 Apr 2006 17:53:43 -0500
X-ClientHost:
1150971101001210640971101161041111012109910111011611409710804609911109
X-MailingID: 342994
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342994@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**101Inks 21632 Lassen Street Chatsworth, CA 91311**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Apr 10 18:49:00 2006
Return-Path: <mailcenter342994@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 19362 invoked from network); 7 Apr 2006 16:54:23 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by greatnorthwest-alpha.org with SMTP; 7 Apr 2006 16:54:18 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 07 Apr 2006 17:53:43 -0500
X-ClientHost: 116106064097110116104111101210991011101161140971080460991111109
X-MailingID: 342994
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342994@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**101Inks 21632 Lassen Street Chatsworth, CA 91311**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 09 09:52:24 2006
X-Persona: <Jay>
Return-Path: <mailcenter342994@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 27524 invoked from network); 7 Apr 2006 19:06:11 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by anthonycentral.com with SMTP; 7 Apr 2006 19:06:08 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 07 Apr 2006 20:05:51 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 342994
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342994@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_70,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link




101Inks 21632 Lassen Street Chatsworth, CA 91311

If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 09 09:47:38 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter342994@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 1984 invoked from network); 7 Apr 2006 14:08:17 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by greatnorthwest-alpha.org with SMTP; 7 Apr 2006 14:08:16 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 07 Apr 2006 15:08:15 -0500
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 342994
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342994@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



 101Inks 21632 Lassen Street Chatsworth, CA 91311

If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 09 09:45:13 2006
X-Persona: <Celia>
Return-Path: <mailcenter342994@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 31265 invoked from network); 7 Apr 2006 19:06:28 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by anthonycentral.com with SMTP; 7 Apr 2006 19:06:25 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 07 Apr 2006 20:06:24 -0500
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 342994
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342994@vm-rewards.com>
Subject: *****SPAM***** Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.7 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,SAVE_UP_TO,
        SAVINGS,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  0.4 SAVINGS Subject talks about savings
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 SAVE_UP_TO BODY: Save Up To
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link





 **101Inks 21632 Lassen Street Chatsworth, CA 91311**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 09 09:41:09 2006
X-Persona: <Anthony>
Return-Path: <mailcenter342994@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 5986 invoked from network); 7 Apr 2006 16:53:50 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by greatnorthwest-alpha.org with SMTP; 7 Apr 2006 16:53:45 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 07 Apr 2006 17:53:43 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 342994
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342994@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



101Inks 21632 Lassen Street Chatsworth, CA 91311

If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 09 09:41:09 2006
X-Persona: <Anthony>
Return-Path: <mailcenter342994@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 8454 invoked from network); 7 Apr 2006 16:53:59 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by greatnorthwest-alpha.org with SMTP; 7 Apr 2006 16:53:58 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 07 Apr 2006 17:53:43 -0500
X-ClientHost:
0991041170991070640971101161041111012109910111011611409710804609911109
X-MailingID: 342994
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342994@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



101Inks 21632 Lassen Street Chatsworth, CA 91311

If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 09 09:41:09 2006
X-Persona: <Anthony>
Return-Path: <mailcenter342994@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 13828 invoked from network); 7 Apr 2006 16:54:08 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by greatnorthwest-alpha.org with SMTP; 7 Apr 2006 16:54:05 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 07 Apr 2006 17:53:43 -0500
X-ClientHost:
10010111909712111010106409711011610411110121099101110116114097108046099111109
X-MailingID: 342994
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342994@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**101Inks 21632 Lassen Street Chatsworth, CA 91311**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 09 09:41:09 2006
X-Persona: <Anthony>
Return-Path: <mailcenter342994@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 16002 invoked from network); 7 Apr 2006 16:54:14 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by greatnorthwest-alpha.org with SMTP; 7 Apr 2006 16:54:10 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 07 Apr 2006 17:53:43 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 342994
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342994@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**101Inks 21632 Lassen Street Chatsworth, CA 91311**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 09 09:41:09 2006
X-Persona: <Anthony>
Return-Path: <mailcenter342994@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 19362 invoked from network); 7 Apr 2006 16:54:23 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by greatnorthwest-alpha.org with SMTP; 7 Apr 2006 16:54:18 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 07 Apr 2006 17:53:43 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 342994
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342994@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**101Inks 21632 Lassen Street Chatsworth, CA 91311**

**If you can not see our footer image, please visit here.**

From ???@??? Fri Apr 07 22:09:01 2006
X-Persona: <Mila>
Return-Path: <mailcenter342994@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Fri, 07 Apr 2006 19:15:43 -0600
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Save up to 95% on inkjet and toner
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.1 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44370EBF.9585B0AB"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(1901&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(1901&e=mila@jammtomm.com
  URI:http://ogy.cc/squid/virtu10off1_01.gif [...]

Content analysis details:   (11.1 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
                [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 29091 invoked from network); 7 Apr 2006 19:06:19 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by rcw19190020.com with SMTP; 7 Apr 2006 19:06:08 -0600
Received: from vm-mail.com (10.0.0.42)

```
  by pkc-sb03 with SMTP; 07 Apr 2006 20:05:39 -0500
X-ClientHost: 1091051080970641060971091091161111091090460991111109
X-MailingID: 342994
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342994@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Save up to
95% o6.htm"
```

From ???@??? Sat Mar 18 21:31:15 2006
X-Persona: <Mila>
Return-Path: <mailcenter340134@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Fri, 17 Mar 2006 11:39:53 -0600
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Save up to 95% on inkjet and toner
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *************
X-Spam-Status: Yes, hits=13.3 required=7.0 tests=BAYES_99,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_441AF469.A8D3E698"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9943&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'9943&e=mila@jammtomm.com
  URI:http://ogy.cc/yaboolso_files/virtu10off1_01.gif [...]

Content analysis details:   (13.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
                [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 1156 invoked from network); 17 Mar 2006 11:39:44 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 17 Mar 2006 11:39:41 -0600

```
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 17 Mar 2006 11:39:06 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 340134
From:  Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340134@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Save up to
95% o5.htm"
```

```
From ???@??? Sat Mar 18 12:57:00 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340134@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 16034 invoked from network); 17 Mar 2006 10:59:55 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by omniinnovations.com with SMTP; 17 Mar 2006 10:59:41 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 17 Mar 2006 10:59:29 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 340134
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340134@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
     DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
     MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



101Inks, 21632 Lassen Street, Chatsworth, CA, 91311

If you can not see our footer image, please visit here.