Gordon v. Virtumundo Inc et al                                                    Doc. 65 Att.

```
From ???@??? Sat Mar 18 12:57:00 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340134@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 27523 invoked from network); 17 Mar 2006 11:00:03 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by omniinnovations.com with SMTP; 17 Mar 2006 11:00:00 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 17 Mar 2006 10:59:29 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 340134
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340134@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



101Inks, 21632 Lassen Street, Chatsworth, CA, 91311

If you can not see our footer image, please visit here.

```
From ???@??? Sat Mar 18 12:57:00 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340134@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 4869 invoked from network); 17 Mar 2006 11:00:21 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by omniinnovations.com with SMTP; 17 Mar 2006 11:00:10 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 17 Mar 2006 10:59:29 -0600
X-ClientHost:
10010111909712111010106409711011610411110121099101110116114097108046099111109
X-MailingID: 340134
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340134@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**101Inks, 21632 Lassen Street, Chatsworth, CA, 91311**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Mar 18 12:57:00 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340134@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 11464 invoked from network); 17 Mar 2006 11:00:43 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by omniinnovations.com with SMTP; 17 Mar 2006 11:00:31 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 17 Mar 2006 10:59:29 -0600
X-ClientHost:
11509711010012106409711011610411111012109910111011611409710804609911109
X-MailingID: 340134
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340134@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**101Inks, 21632 Lassen Street, Chatsworth, CA, 91311**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Mar 18 12:57:00 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340134@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 16034 invoked from network); 17 Mar 2006 11:00:57 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by omniinnovations.com with SMTP; 17 Mar 2006 11:00:44 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 17 Mar 2006 10:59:29 -0600
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 340134
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340134@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**101Inks, 21632 Lassen Street, Chatsworth, CA, 91311**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Mar 18 12:49:49 2006
X-Persona: <Jay>
Return-Path: <mailcenter340134@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 16104 invoked from network); 17 Mar 2006 11:40:03 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 17 Mar 2006 11:39:59 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 17 Mar 2006 11:39:32 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 340134
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340134@vm-rewards.com>
Subject: *****SPAM***** Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.5 required=7.0 tests=BAYES_80,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  1.7 BAYES_80 BODY: Bayesian spam probability is 80 to 90%
        *      [score: 0.8444]
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link





 **101Inks, 21632 Lassen Street, Chatsworth, CA, 91311**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Mar 18 12:46:04 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter340134@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 5728 invoked from network); 17 Mar 2006 11:34:00 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by clrobin.com with SMTP; 17 Mar 2006 11:33:58 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 17 Mar 2006 11:33:45 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 340134
From:  Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340134@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



101Inks, 21632 Lassen Street, Chatsworth, CA, 91311

If you can not see our footer image, please visit here.

```
From ???@??? Sat Mar 18 12:45:30 2006
X-Persona: <Celia>
Return-Path: <mailcenter340134@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 20576 invoked from network); 17 Mar 2006 11:22:38 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by ehahome.com with SMTP; 17 Mar 2006 11:22:31 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 17 Mar 2006 11:22:16 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 340134
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340134@vm-rewards.com>
Subject: *****SPAM***** Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVE_UP_TO,SAVINGS,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  0.4 SAVINGS Subject talks about savings
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 SAVE_UP_TO BODY: Save Up To
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





---

 **101Inks, 21632 Lassen Street, Chatsworth, CA, 91311**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Mar 17 09:50:36 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter340134@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 17087 invoked from network); 17 Mar 2006 11:40:08 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by omniinnovations.com with SMTP; 17 Mar 2006 11:40:01 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 17 Mar 2006 11:39:33 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 340134
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340134@vm-rewards.com>
Subject: *****SPAM***** Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.6 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,SAVE_UP_TO,
      SAVINGS,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  0.4 SAVINGS Subject talks about savings
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 SAVE_UP_TO BODY: Save Up To
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

**Images not loading? View this offer by visiting this link**





 **101Inks, 21632 Lassen Street, Chatsworth, CA, 91311**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Mar 17 09:25:19 2006
X-Persona: <RCW>
Return-Path: <mailcenter340134@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 7140 invoked from network); 17 Mar 2006 10:57:04 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by celiajay.com with SMTP; 17 Mar 2006 10:57:03 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 17 Mar 2006 10:56:43 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 340134
From:  Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340134@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---



101Inks, 21632 Lassen Street, Chatsworth, CA, 91311

If you can not see our footer image, please visit here.

```
From ???@??? Tue Mar 07 19:15:57 2006
X-Persona: <Mila>
Return-Path: <mailcenter339566@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Tue, 07 Mar 2006 07:49:27 -0600
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Save up to 95% on inkjet and toner
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVE_UP_TO,SAVINGS,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_440D8F67.DA1ADFF0"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9517&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'9517&e=mila@jammtomm.com
  URI:http://ogy.cc/yaboolso_files/virtu10off1_01.gif [...]

Content analysis details:   (8.3 points, 7.0 required)

 pts rule name              description
---- --------------------- --------------------------------------------------
 1.0 DATE_MISSING          Missing Date: header
 0.4 SAVINGS               Subject talks about savings
 2.8 X_MAIL_ID_PRESENT     Message has X-MailingID header
 0.1 SAVE_UP_TO            BODY: Save Up To
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE          BODY: HTML included in message
 0.1 MIME_HTML_ONLY        BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02    BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80     BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET  RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 20288 invoked from network); 7 Mar 2006 07:49:26 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by chiefmusician.net with SMTP; 7 Mar 2006 07:49:26 -0600
Received: from vm-mail.com (10.0.0.42)
```

```
  by pkc-sb02 with SMTP; 07 Mar 2006 07:49:13 -0600
X-ClientHost: 1091051080970641060971091091161111091090460991111109
X-MailingID: 339566
From:  Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339566@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Save up to
95% o4.htm"
```

```
From ???@??? Tue Mar 07 17:17:34 2006
X-Persona: <hum>
Return-Path: <mailcenter338398@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 19041 invoked from network); 17 Feb 2006 07:05:45 -0600
Received: from vm-180-58.vm-mail.com (206.82.180.58)
   by jammtomm.com with SMTP; 17 Feb 2006 07:05:39 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-58.vm-mail.com with SMTP; 17 Feb 2006 07:05:21 -0600
X-ClientHost: 1041171090641011040971041111091010460991111109
X-MailingID: 338398
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338398@vm-rewards.com>
Subject: *****SPAM***** Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVE_UP_TO,SAVINGS,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  0.4 SAVINGS Subject talks about savings
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 SAVE_UP_TO BODY: Save Up To
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





 **101Inks, 21632 Lassen Street, Chatsworth, CA, 91311**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Mar 07 16:10:38 2006
X-Persona: <Jay>
Return-Path: <mailcenter339566@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 25378 invoked from network); 7 Mar 2006 07:49:33 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by jammtomm.com with SMTP; 7 Mar 2006 07:49:31 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 07 Mar 2006 07:49:20 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 339566
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339566@vm-rewards.com>
Subject: *****SPAM***** Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVE_UP_TO,SAVINGS,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  0.4 SAVINGS Subject talks about savings
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 SAVE_UP_TO BODY: Save Up To
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





 **101Inks, 21632 Lassen Street, Chatsworth, CA, 91311**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Mar 07 16:06:54 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter339566@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 13497 invoked from network); 7 Mar 2006 07:48:12 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by clrobin.com with SMTP; 7 Mar 2006 07:48:08 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 07 Mar 2006 07:47:56 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 339566
From:  Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339566@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



101Inks, 21632 Lassen Street, Chatsworth, CA, 91311

If you can not see our footer image, please visit here.

```
From ???@??? Tue Mar 07 16:05:18 2006
X-Persona: <Celia>
Return-Path: <mailcenter339566@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 29888 invoked from network); 7 Mar 2006 07:30:10 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by jammtomm.com with SMTP; 7 Mar 2006 07:30:04 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 07 Mar 2006 07:29:51 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 339566
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339566@vm-rewards.com>
Subject: *****SPAM***** Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVE_UP_TO,SAVINGS,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  0.4 SAVINGS Subject talks about savings
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 SAVE_UP_TO BODY: Save Up To
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





 **101Inks, 21632 Lassen Street, Chatsworth, CA, 91311**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Mar 07 08:05:28 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter339566@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 26885 invoked from network); 7 Mar 2006 07:49:50 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by anthonycentral.com with SMTP; 7 Mar 2006 07:49:49 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 07 Mar 2006 07:49:20 -0600
X-ClientHost: 106111110064106097121107097121115112120809709910104609911109
X-MailingID: 339566
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339566@vm-rewards.com>
Subject: *****SPAM***** Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVE_UP_TO,SAVINGS,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       * 1.0 DATE_MISSING Missing Date: header
       * 0.4 SAVINGS Subject talks about savings
       * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       * 0.1 SAVE_UP_TO BODY: Save Up To
       * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       * 0.0 HTML_MESSAGE BODY: HTML included in message
       * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link







 **101Inks, 21632 Lassen Street, Chatsworth, CA, 91311**



**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Mar 07 07:50:58 2006
X-Persona: <RCW>
Return-Path: <mailcenter339566@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 29856 invoked from network); 7 Mar 2006 07:30:10 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by ehahome.com with SMTP; 7 Mar 2006 07:30:08 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 07 Mar 2006 07:29:41 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 339566
From:  Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339566@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



 101Inks, 21632 Lassen Street, Chatsworth, CA, 91311

If you can not see our footer image, please visit here.

From ???@??? Tue Feb 28 17:36:08 2006
X-Persona: <Mila>
Return-Path: <mailcenter338888@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 24 Feb 2006 13:29:08 -0600
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Save up to 95% on inkjet and toner
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVE_UP_TO,SAVINGS,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43FF5E84.9E8909CA"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9107&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'9107&e=mila@jammtomm.com
  URI:http://ogy.cc/yaboolso_files/virtu10off1_01.gif [...]

Content analysis details:   (8.3 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 0.4 SAVINGS                 Subject talks about savings
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 SAVE_UP_TO              BODY: Save Up To
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80       BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 769 invoked from network); 24 Feb 2006 13:29:04 -0600
Received: from vm-181-126.vm-mail.com (206.82.181.126)
  by clrobin.com with SMTP; 24 Feb 2006 13:29:04 -0600
Received: from vm-mail.com (192.168.3.20)

```
  by vm-181-126.vm-mail.com with SMTP; 24 Feb 2006 13:28:45 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 338888
From:  Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338888@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Save up to
95% o3.htm"
```

```
From ???@??? Sun Feb 26 09:20:30 2006
X-Persona: <Jay>
Return-Path: <mailcenter338888@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 17120 invoked from network); 24 Feb 2006 13:30:14 -0600
Received: from vm-181-137.vm-mail.com (206.82.181.137)
   by xj4x4.net with SMTP; 24 Feb 2006 13:30:13 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-137.vm-mail.com with SMTP; 24 Feb 2006 13:29:56 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 338888
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338888@vm-rewards.com>
Subject: *****SPAM***** Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVE_UP_TO,SAVINGS,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       * 1.0 DATE_MISSING Missing Date: header
       * 0.4 SAVINGS Subject talks about savings
       * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       * 0.1 SAVE_UP_TO BODY: Save Up To
       * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       * 0.0 HTML_MESSAGE BODY: HTML included in message
       * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





 **101Inks, 21632 Lassen Street, Chatsworth, CA, 91311**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Feb 26 09:20:27 2006
X-Persona: <Celia>
Return-Path: <mailcenter338888@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 8226 invoked from network); 25 Feb 2006 02:48:50 -0600
Received: from vm-181-62.vm-mail.com (206.82.181.62)
  by omniinnovations.com with SMTP; 25 Feb 2006 02:48:50 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-62.vm-mail.com with SMTP; 25 Feb 2006 02:48:15 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 338888
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338888@vm-rewards.com>
Subject: *****SPAM***** Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVE_UP_TO,SAVINGS,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        * 1.0 DATE_MISSING Missing Date: header
        * 0.4 SAVINGS Subject talks about savings
        * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        * 0.1 SAVE_UP_TO BODY: Save Up To
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.0 HTML_MESSAGE BODY: HTML included in message
        * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





 **101Inks, 21632 Lassen Street, Chatsworth, CA, 91311**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Feb 26 09:20:22 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter338888@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 3970 invoked from network); 24 Feb 2006 13:03:16 -0600
Received: from vm-181-135.vm-mail.com (206.82.181.135)
  by xj4x4.net with SMTP; 24 Feb 2006 13:03:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-135.vm-mail.com with SMTP; 24 Feb 2006 13:02:34 -0600
X-ClientHost:
10610510906410511610010510011011111610111010010114105103104116046099111109
X-MailingID: 338888
From:  Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338888@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



101Inks, 21632 Lassen Street, Chatsworth, CA, 91311

If you can not see our footer image, please visit here.

```
From ???@??? Sat Feb 25 09:07:05 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter338888@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 17154 invoked from network); 24 Feb 2006 13:30:14 -0600
Received: from vm-181-142.vm-mail.com (206.82.181.142)
  by rcw19190020.com with SMTP; 24 Feb 2006 13:30:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-142.vm-mail.com with SMTP; 24 Feb 2006 13:29:56 -0600
X-ClientHost: 10611111006410609712110709712111511211080970991010460991111109
X-MailingID: 338888
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338888@vm-rewards.com>
Subject: *****SPAM***** Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVE_UP_TO,SAVINGS,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        * 1.0 DATE_MISSING Missing Date: header
        * 0.4 SAVINGS Subject talks about savings
        * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        * 0.1 SAVE_UP_TO BODY: Save Up To
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.0 HTML_MESSAGE BODY: HTML included in message
        * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





**101Inks, 21632 Lassen Street, Chatsworth, CA, 91311**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Feb 25 09:06:10 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter338888@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 17154 invoked from network); 24 Feb 2006 13:30:14 -0600
Received: from vm-181-142.vm-mail.com (206.82.181.142)
  by rcw19190020.com with SMTP; 24 Feb 2006 13:30:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-142.vm-mail.com with SMTP; 24 Feb 2006 13:29:56 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 338888
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338888@vm-rewards.com>
Subject: *****SPAM***** Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVE_UP_TO,SAVINGS,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  0.4 SAVINGS Subject talks about savings
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 SAVE_UP_TO BODY: Save Up To
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





 101Inks, 21632 Lassen Street, Chatsworth, CA, 91311

If you can not see our footer image, please visit here.

```
From ???@??? Sat Feb 25 08:30:45 2006
X-Persona: <RCW>
Return-Path: <mailcenter338888@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 18432 invoked from network); 25 Feb 2006 07:47:36 -0600
Received: from vm-181-56.vm-mail.com (206.82.181.56)
  by jammtomm.com with SMTP; 25 Feb 2006 07:47:36 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-56.vm-mail.com with SMTP; 25 Feb 2006 07:47:23 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 338888
From:  Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338888@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



 101Inks, 21632 Lassen Street, Chatsworth, CA, 91311

If you can not see our footer image, please visit here.

```
From ???@??? Mon Feb 20 11:17:42 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter338398@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 4096 invoked from network); 17 Feb 2006 17:17:29 -0600
Received: from vm-180-85.vm-mail.com (206.82.180.85)
  by clrobin.com with SMTP; 17 Feb 2006 17:17:29 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-85.vm-mail.com with SMTP; 17 Feb 2006 17:17:15 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 338398
From:  Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338398@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



101Inks, 21632 Lassen Street, Chatsworth, CA, 91311

If you can not see our footer image, please visit here.

From ???@??? Sat Feb 18 17:07:16 2006
X-Persona: <Mila>
Return-Path: <mailcenter338398@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Fri, 17 Feb 2006 03:09:02 -0600
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Save up to 95% on inkjet and toner
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVE_UP_TO,SAVINGS,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43F592AE.B7378424"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8763&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'8763&e=mila@jammtomm.com
  URI:http://ogy.cc/yaboolso_files/virtu10off1_01.gif [...]

Content analysis details:   (8.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 0.4 SAVINGS                Subject talks about savings
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 SAVE_UP_TO             BODY: Save Up To
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 2304 invoked from network); 17 Feb 2006 03:08:53 -0600
Received: from vm-177-9.vm-mail.com (206.82.177.9)
  by gordonworks.com with SMTP; 17 Feb 2006 03:08:53 -0600
Received: from vm-mail.com (192.168.3.20)

```
  by vm-177-9.vm-mail.com with SMTP; 17 Feb 2006 03:08:40 -0600
X-ClientHost: 1091051080970641060971091091161111091090460991111109
X-MailingID: 338398
From:  Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338398@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Save up to
95% o2.htm"
```

From ???@??? Sat Feb 18 16:58:33 2006
X-Persona: <Indi>
Return-Path: <mailcenter338398@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Fri, 17 Feb 2006 03:08:53 -0600
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Save up to 95% on inkjet and toner
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_80,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43F592A5.B83B8191"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8763&e=indi@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'8763&e=indi@jammtomm.com
  URI:http://ogy.cc/yaboolso_files/virtu10off1_01.gif [...]

Content analysis details:   (8.0 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 1.7 BAYES_80               BODY: Bayesian spam probability is 80 to 90%
                            [score: 0.8980]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 1758 invoked from network); 17 Feb 2006 03:08:53 -0600
Received: from vm-177-9.vm-mail.com (206.82.177.9)
  by gordonworks.com with SMTP; 17 Feb 2006 03:08:52 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-9.vm-mail.com with SMTP; 17 Feb 2006 03:08:40 -0600
X-ClientHost: 105110100105064106097109109116111109109046099111109

```
X-MailingID: 338398
From:  Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338398@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Save up to
95% o1.htm"
```

From ???@??? Sat Feb 18 16:58:33 2006
X-Persona: <Indi>
Return-Path: <mailcenter338398@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 17 Feb 2006 03:08:53 -0600
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Save up to 95% on inkjet and toner
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_80,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43F592A5.B83B8191"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8763&e=indi@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'8763&e=indi@jammtomm.com
  URI:http://ogy.cc/yaboolso_files/virtu10off1_01.gif [...]

Content analysis details:   (8.0 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 1.7 BAYES_80               BODY: Bayesian spam probability is 80 to 90%
                            [score: 0.8980]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 1758 invoked from network); 17 Feb 2006 03:08:53 -0600
Received: from vm-177-9.vm-mail.com (206.82.177.9)
  by gordonworks.com with SMTP; 17 Feb 2006 03:08:52 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-9.vm-mail.com with SMTP; 17 Feb 2006 03:08:40 -0600
X-ClientHost: 105110100105064106097109109116111109109046099111109

```
X-MailingID: 338398
From:  Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338398@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Save up to
95% o1.htm"
```

```
From ???@??? Fri Feb 17 09:13:00 2006
X-Persona: <Jon>
Return-Path: <mailcenter338398@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 5600 invoked from network); 17 Feb 2006 03:09:01 -0600
Received: from vm-177-52.vm-mail.com (206.82.177.52)
   by celiajay.com with SMTP; 17 Feb 2006 03:08:58 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-52.vm-mail.com with SMTP; 17 Feb 2006 03:08:45 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460099111109
X-MailingID: 338398
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338398@vm-rewards.com>
Subject: *****SPAM***** Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVE_UP_TO,SAVINGS,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  0.4 SAVINGS Subject talks about savings
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 SAVE_UP_TO BODY: Save Up To
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





101Inks, 21632 Lassen Street, Chatsworth, CA, 91311

If you can not see our footer image, please visit here.

```
From ???@??? Fri Feb 17 09:12:57 2006
X-Persona: <Jay>
Return-Path: <mailcenter338398@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 4865 invoked from network); 17 Feb 2006 03:09:00 -0600
Received: from vm-177-31.vm-mail.com (206.82.177.31)
  by rcw19190020.com with SMTP; 17 Feb 2006 03:08:56 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-31.vm-mail.com with SMTP; 17 Feb 2006 03:08:44 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 338398
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338398@vm-rewards.com>
Subject: *****SPAM***** Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVE_UP_TO,SAVINGS,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        * 1.0 DATE_MISSING Missing Date: header
        * 0.4 SAVINGS Subject talks about savings
        * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        * 0.1 SAVE_UP_TO BODY: Save Up To
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.0 HTML_MESSAGE BODY: HTML included in message
        * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





**101Inks, 21632 Lassen Street, Chatsworth, CA, 91311**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Feb 17 09:10:56 2006
X-Persona: <Celia>
Return-Path: <mailcenter338398@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 31558 invoked from network); 17 Feb 2006 03:31:50 -0600
Received: from vm-181-99.vm-mail.com (206.82.181.99)
  by itdidnotendright.com with SMTP; 17 Feb 2006 03:31:50 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-99.vm-mail.com with SMTP; 17 Feb 2006 03:31:38 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460099111109
X-MailingID: 338398
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338398@vm-rewards.com>
Subject: *****SPAM***** Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVE_UP_TO,SAVINGS,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  0.4 SAVINGS Subject talks about savings
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 SAVE_UP_TO BODY: Save Up To
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





 **101Inks, 21632 Lassen Street, Chatsworth, CA, 91311**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Feb 17 08:35:07 2006
X-Persona: <RCW>
Return-Path: <mailcenter338398@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 8389 invoked from network); 17 Feb 2006 04:00:54 -0600
Received: from vm-177-101.vm-mail.com (206.82.177.101)
   by gordonworks.com with SMTP; 17 Feb 2006 04:00:53 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-101.vm-mail.com with SMTP; 17 Feb 2006 04:00:41 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 338398
From:  Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338398@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



 101Inks, 21632 Lassen Street, Chatsworth, CA, 91311

If you can not see our footer image, please visit here.

From ???@??? Wed Feb 15 13:23:45 2006
X-Persona: <Mila>
Return-Path: <mailcenter338014@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 13 Feb 2006 11:13:58 -0600
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Save up to 95% on inkjet and toner
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVE_UP_TO,SAVINGS,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43F0BE56.0EBF9077"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8623&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'8623&e=mila@jammtomm.com
  URI:http://ogy.cc/yaboolso_files/virtu10off1_01.gif [...]

Content analysis details:   (8.3 points, 7.0 required)

 pts rule name                description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 0.4 SAVINGS                  Subject talks about savings
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 SAVE_UP_TO               BODY: Save Up To
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80        BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 12481 invoked from network); 13 Feb 2006 11:13:35 -0600
Received: from vm-180-231.vm-mail.com (206.82.180.231)
  by xj4x4.net with SMTP; 13 Feb 2006 11:13:13 -0600
Received: from vm-mail.com (192.168.3.20)

```
  by vm-180-231.vm-mail.com with SMTP; 13 Feb 2006 11:12:57 -0600
X-ClientHost: 1091051080970641060971091091161111109109046099111109
X-MailingID: 338014
From:  Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338014@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Save up to
95% o.htm"
```

```
From ???@??? Wed Feb 15 09:06:58 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter338014@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 15492 invoked from network); 13 Feb 2006 11:12:54 -0600
Received: from vm-180-174.vm-mail.com (206.82.180.174)
   by jammtomm.com with SMTP; 13 Feb 2006 11:12:40 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-174.vm-mail.com with SMTP; 13 Feb 2006 11:12:28 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 338014
From:  Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338014@vm-rewards.com>
Subject: Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



101Inks, 21632 Lassen Street, Chatsworth, CA, 91311

If you can not see our footer image, please visit here.

```
From ???@??? Wed Feb 15 09:04:51 2006
X-Persona: <Celia>
Return-Path: <mailcenter338014@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 7331 invoked from network); 13 Feb 2006 11:25:16 -0600
Received: from vm-182-252.vm-mail.com (206.82.182.252)
   by ehahome.com with SMTP; 13 Feb 2006 11:25:10 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-252.vm-mail.com with SMTP; 13 Feb 2006 11:24:48 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 338014
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338014@vm-rewards.com>
Subject: *****SPAM***** Save up to 95% on inkjet and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVE_UP_TO,SAVINGS,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  0.4 SAVINGS Subject talks about savings
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 SAVE_UP_TO BODY: Save Up To
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





 101Inks, 21632 Lassen Street, Chatsworth, CA, 91311

If you can not see our footer image, please visit here.

```
From ???@??? Mon May 15 08:30:56 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter348536@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 2050 invoked from network); 14 May 2006 01:48:01 -0600
Received: from vm-185-35.vm-mail.com (206.82.185.35)
  by jaykaysplace.com with SMTP; 14 May 2006 01:48:01 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-35.vm-mail.com with SMTP; 14 May 2006 02:48:00 -0500
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 348536
From: Ink Blowout Sale <InkBlowoutSale@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348536@vm-rewards.com>
Subject: *****SPAM***** Save up to 95% on inkjets and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.2 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,
      RCVD_IN_SBL,RCVD_IN_SORBS,SAVE_UP_TO,SAVINGS,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  0.4 SAVINGS Subject talks about savings
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 SAVE_UP_TO BODY: Save Up To
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
      *  2.5 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
      *     [206.82.185.35 listed in dnsbl.sorbs.net]
      *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
      *     [206.82.185.35 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link







This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

101Inks 21632 Lassen Street Chatsworth, CA 91311

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 17:46:06 2006
Return-Path: <mailcenter336708@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 21735 invoked from network); 31 Jan 2006 13:34:19 -0600
Received: from vm-181-84.vm-mail.com (206.82.181.84)
  by omniinnovations.com with SMTP; 31 Jan 2006 13:34:12 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-84.vm-mail.com with SMTP; 31 Jan 2006 13:33:53 -0600
X-ClientHost:
100101119097121110101064097110116104111101210991011101161140971080460991111109
X-MailingID: 336708
From: Inkjet Blowout <InkjetBlowout@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336708@vm-rewards.com>
Subject: Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



---

Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 17:46:06 2006
Return-Path: <mailcenter336708@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 23075 invoked from network); 31 Jan 2006 13:34:21 -0600
Received: from vm-181-84.vm-mail.com (206.82.181.84)
  by omniinnovations.com with SMTP; 31 Jan 2006 13:34:20 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-84.vm-mail.com with SMTP; 31 Jan 2006 13:33:53 -0600
X-ClientHost:
1150971101001210640971101161041111012109910111011611409710804609911109
X-MailingID: 336708
From: Inkjet Blowout <InkjetBlowout@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336708@vm-rewards.com>
Subject: Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

Images not loading? View this offer by visiting this link



---

Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 17:46:06 2006
Return-Path: <mailcenter336708@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 24453 invoked from network); 31 Jan 2006 13:34:22 -0600
Received: from vm-181-84.vm-mail.com (206.82.181.84)
  by omniinnovations.com with SMTP; 31 Jan 2006 13:34:21 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-84.vm-mail.com with SMTP; 31 Jan 2006 13:33:53 -0600
X-ClientHost: 11610606409711011610411111012109910111011611409710804609911109
X-MailingID: 336708
From: Inkjet Blowout <InkjetBlowout@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336708@vm-rewards.com>
Subject: Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
       version=2.63
```

Images not loading? View this offer by visiting this link



Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 17:46:06 2006
Return-Path: <mailcenter336708@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 19872 invoked from network); 31 Jan 2006 13:34:11 -0600
Received: from vm-181-84.vm-mail.com (206.82.181.84)
  by omniinnovations.com with SMTP; 31 Jan 2006 13:34:11 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-84.vm-mail.com with SMTP; 31 Jan 2006 13:33:53 -0600
X-ClientHost:
0991041170991070640971101161041111012109910111011611409710804609 9111109
X-MailingID: 336708
From: Inkjet Blowout <InkjetBlowout@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336708@vm-rewards.com>
Subject: Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



---

**Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 06 07:14:47 2006
X-Persona: <Mila>
Return-Path: <mailcenter336708@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Tue, 31 Jan 2006 13:23:42 -0600
From: Inkjet Blowout <InkjetBlowout@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Inkjets starting under $2
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43DFB93E.5864763E"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7911&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7911&e=mila@jammtomm.com
  URI:http://ogy.cc/football.gif [...]

Content analysis details:   (7.9 points, 7.0 required)

 pts rule name                  description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING               Missing Date: header
 2.8 X_MAIL_ID_PRESENT          Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE               BODY: HTML included in message
 0.1 HTML_70_80                 BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY             BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02         BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80          BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET       RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 13587 invoked from network); 31 Jan 2006 13:23:40 -0600
Received: from vm-177-44.vm-mail.com (206.82.177.44)
  by jaycelia.com with SMTP; 31 Jan 2006 13:23:40 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-44.vm-mail.com with SMTP; 31 Jan 2006 13:23:28 -0600

```
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 336708
From: Inkjet Blowout <InkjetBlowout@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336708@vm-rewards.com>
Subject:  Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Inkjets
starting5.htm"
```

From ???@??? Sun Feb 05 21:15:40 2006
X-Persona: <Mila>
Return-Path: <mailcenter336708@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Tue, 31 Jan 2006 13:23:42 -0600
From: Inkjet Blowout <InkjetBlowout@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Inkjets starting under $2
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43DFB93E.5864763E"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7911&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7911&e=mila@jammtomm.com
  URI:http://ogy.cc/football.gif [...]

Content analysis details:   (7.9 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 HTML_70_80              BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80       BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 13587 invoked from network); 31 Jan 2006 13:23:40 -0600
Received: from vm-177-44.vm-mail.com (206.82.177.44)
  by jaycelia.com with SMTP; 31 Jan 2006 13:23:40 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-44.vm-mail.com with SMTP; 31 Jan 2006 13:23:28 -0600

```
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 336708
From: Inkjet Blowout <InkjetBlowout@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336708@vm-rewards.com>
Subject:  Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Inkjets
starting4.htm"
```

```
From ???@??? Wed Feb 01 14:11:01 2006
X-Persona: <Jay>
Return-Path: <mailcenter336708@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 15585 invoked from network); 31 Jan 2006 13:23:48 -0600
Received: from vm-177-105.vm-mail.com (206.82.177.105)
   by omniinnovations.com with SMTP; 31 Jan 2006 13:23:45 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-105.vm-mail.com with SMTP; 31 Jan 2006 13:23:32 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 336708
From: Inkjet Blowout <InkjetBlowout@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336708@vm-rewards.com>
Subject: *****SPAM***** Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

From ???@??? Wed Feb 01 14:06:45 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter336708@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 30859 invoked from network); 31 Jan 2006 13:23:08 -0600
Received: from vm-177-61.vm-mail.com (206.82.177.61)
  by rcw19190020.com with SMTP; 31 Jan 2006 13:23:08 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-61.vm-mail.com with SMTP; 31 Jan 2006 13:22:55 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609111109
X-MailingID: 336708
From: Inkjet Blowout <InkjetBlowout@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336708@vm-rewards.com>
Subject:  Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link



---

Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Wed Feb 01 14:06:38 2006
X-Persona: <Celia>
Return-Path: <mailcenter336708@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 25090 invoked from network); 31 Jan 2006 14:03:10 -0600
Received: from vm-180-217.vm-mail.com (206.82.180.217)
  by chiefmusician.net with SMTP; 31 Jan 2006 14:03:09 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-217.vm-mail.com with SMTP; 31 Jan 2006 14:02:58 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 336708
From: Inkjet Blowout <InkjetBlowout@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336708@vm-rewards.com>
Subject: *****SPAM***** Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Wed Feb 01 08:37:54 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter336708@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 15650 invoked from network); 31 Jan 2006 13:23:48 -0600
Received: from vm-177-76.vm-mail.com (206.82.177.76)
  by celiajay.com with SMTP; 31 Jan 2006 13:23:44 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-76.vm-mail.com with SMTP; 31 Jan 2006 13:23:33 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 336708
From: Inkjet Blowout <InkjetBlowout@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336708@vm-rewards.com>
Subject: *****SPAM***** Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065

        If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 31 13:36:44 2006
X-Persona: <RCW>
Return-Path: <mailcenter336708@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 7521 invoked from network); 31 Jan 2006 14:04:37 -0600
Received: from vm-177-70.vm-mail.com (206.82.177.70)
  by ehahome.com with SMTP; 31 Jan 2006 14:04:37 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-70.vm-mail.com with SMTP; 31 Jan 2006 14:04:25 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 336708
From: Inkjet Blowout <InkjetBlowout@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336708@vm-rewards.com>
Subject:  Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---


Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 16:06:27 2006
X-Persona: <RCW>
Return-Path: <mailcenter336142@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 17089 invoked from network); 24 Jan 2006 18:47:41 -0600
Received: from vm-182-227.vm-mail.com (206.82.182.227)
   by itdidnotendright.com with SMTP; 24 Jan 2006 18:47:41 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-227.vm-mail.com with SMTP; 24 Jan 2006 18:47:29 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 336142
From: Inkjet Blowout <InkjetBlowout@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336142@vm-rewards.com>
Subject: Inkjets starting under 2 dollars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



Inkgrabber, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 09:17:51 2006
X-Persona: <Jay>
Return-Path: <mailcenter336142@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 27171 invoked from network); 24 Jan 2006 18:08:29 -0600
Received: from vm-182-82.vm-mail.com (206.82.182.82)
  by jammtomm.com with SMTP; 24 Jan 2006 18:08:28 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-82.vm-mail.com with SMTP; 24 Jan 2006 18:08:15 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 336142
From: Inkjet Blowout <InkjetBlowout@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336142@vm-rewards.com>
Subject: *****SPAM***** Inkjets starting under 2 dollars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



 **Inkgrabber, 2205 First Street Unit #103, Simi Valley, CA 93065**

 **If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 30 08:59:37 2006
X-Persona: <Jay>
Return-Path: <mailcenter336142@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 27171 invoked from network); 24 Jan 2006 18:08:29 -0600
Received: from vm-182-82.vm-mail.com (206.82.182.82)
   by jammtomm.com with SMTP; 24 Jan 2006 18:08:28 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-82.vm-mail.com with SMTP; 24 Jan 2006 18:08:15 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 336142
From: Inkjet Blowout <InkjetBlowout@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336142@vm-rewards.com>
Subject: *****SPAM***** Inkjets starting under 2 dollars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset


Images not loading? View this offer by visiting this link
```





 **Inkgrabber, 2205 First Street Unit #103, Simi Valley, CA 93065**

 **If you can not see our footer image, please visit here.**

```
From ???@??? Thu Jan 26 11:14:47 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter336142@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 5057 invoked from network); 24 Jan 2006 18:07:00 -0600
Received: from vm-182-185.vm-mail.com (206.82.182.185)
  by clrobin.com with SMTP; 24 Jan 2006 18:06:58 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-185.vm-mail.com with SMTP; 24 Jan 2006 18:06:45 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 336142
From: Inkjet Blowout <InkjetBlowout@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336142@vm-rewards.com>
Subject: Inkjets starting under 2 dollars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



Inkgrabber, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Thu Jan 26 11:12:09 2006
X-Persona: <Celia>
Return-Path: <mailcenter336142@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 19683 invoked from network); 24 Jan 2006 18:16:43 -0600
Received: from vm-177-39.vm-mail.com (206.82.177.39)
  by jaycelia.com with SMTP; 24 Jan 2006 18:16:43 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-39.vm-mail.com with SMTP; 24 Jan 2006 18:16:30 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460099111109
X-MailingID: 336142
From: Inkjet Blowout <InkjetBlowout@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336142@vm-rewards.com>
Subject: *****SPAM***** Inkjets starting under 2 dollars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



 **Inkgrabber, 2205 First Street Unit #103, Simi Valley, CA 93065**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Jan 25 17:21:18 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter336142@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 27809 invoked from network); 24 Jan 2006 18:08:30 -0600
Received: from vm-182-171.vm-mail.com (206.82.182.171)
  by clrobin.com with SMTP; 24 Jan 2006 18:08:30 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-171.vm-mail.com with SMTP; 24 Jan 2006 18:08:17 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 336142
From: Inkjet Blowout <InkjetBlowout@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336142@vm-rewards.com>
Subject: *****SPAM***** Inkjets starting under 2 dollars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset


Images not loading? View this offer by visiting this link
```



---

 **Inkgrabber, 2205 First Street Unit #103, Simi Valley, CA 93065**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Jan 24 21:40:22 2006
Return-Path: <mailcenter336142@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 17349 invoked from network); 24 Jan 2006 18:07:21 -0600
Received: from vm-181-115.vm-mail.com (206.82.181.115)
  by itdidnotendright.com with SMTP; 24 Jan 2006 18:07:18 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-115.vm-mail.com with SMTP; 24 Jan 2006 18:07:06 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 336142
From: Inkjet Blowout <InkjetBlowout@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336142@vm-rewards.com>
Subject: Inkjets starting under 2 dollars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



---

 Inkgrabber, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 24 21:40:22 2006
Return-Path: <mailcenter336142@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 18245 invoked from network); 24 Jan 2006 18:07:22 -0600
Received: from vm-181-115.vm-mail.com (206.82.181.115)
   by itdidnotendright.com with SMTP; 24 Jan 2006 18:07:22 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-115.vm-mail.com with SMTP; 24 Jan 2006 18:07:06 -0600
X-ClientHost:
0991041170991070640971101161041111012109910111011611409710804609911109
X-MailingID: 336142
From: Inkjet Blowout <InkjetBlowout@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336142@vm-rewards.com>
Subject: Inkjets starting under 2 dollars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link





Inkgrabber, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 24 21:40:22 2006
Return-Path: <mailcenter336142@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 18979 invoked from network); 24 Jan 2006 18:07:23 -0600
Received: from vm-181-115.vm-mail.com (206.82.181.115)
  by itdidnotendright.com with SMTP; 24 Jan 2006 18:07:23 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-115.vm-mail.com with SMTP; 24 Jan 2006 18:07:06 -0600
X-ClientHost:
100101119097121110101064097110116104111101210991011101161140971080460 99111109
X-MailingID: 336142
From: Inkjet Blowout <InkjetBlowout@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336142@vm-rewards.com>
Subject: Inkjets starting under 2 dollars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



---



Inkgrabber, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 24 21:40:22 2006
Return-Path: <mailcenter336142@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 20256 invoked from network); 24 Jan 2006 18:07:25 -0600
Received: from vm-181-115.vm-mail.com (206.82.181.115)
   by itdidnotendright.com with SMTP; 24 Jan 2006 18:07:24 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-115.vm-mail.com with SMTP; 24 Jan 2006 18:07:06 -0600
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 336142
From: Inkjet Blowout <InkjetBlowout@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336142@vm-rewards.com>
Subject: Inkjets starting under 2 dollars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



Inkgrabber, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 24 21:40:22 2006
Return-Path: <mailcenter336142@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 21282 invoked from network); 24 Jan 2006 18:07:26 -0600
Received: from vm-181-115.vm-mail.com (206.82.181.115)
   by itdidnotendright.com with SMTP; 24 Jan 2006 18:07:25 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-115.vm-mail.com with SMTP; 24 Jan 2006 18:07:06 -0600
X-ClientHost: 116106064097110116104111101210991011101161140971080460991111109
X-MailingID: 336142
From: Inkjet Blowout <InkjetBlowout@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336142@vm-rewards.com>
Subject: Inkjets starting under 2 dollars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



---

 Inkgrabber, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

From ???@??? Tue Jan 24 18:14:28 2006
X-Persona: <Mila>
Return-Path: <mailcenter336142@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Tue, 24 Jan 2006 18:08:22 -0600
From: Inkjet Blowout <InkjetBlowout@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Inkjets starting under 2 dollars
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43D6C176.78C7B191"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7595&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7595&e=mila@jammtomm.com
  URI:http://ogy.cc/ikgrb/1106.gif [...]

Content analysis details:   (8.5 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 1.5 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 22112 invoked from network); 24 Jan 2006 18:08:20 -0600
Received: from vm-182-60.vm-mail.com (206.82.182.60)
  by rcw19190020.com with SMTP; 24 Jan 2006 18:08:20 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-60.vm-mail.com with SMTP; 24 Jan 2006 18:08:06 -0600

```
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 336142
From: Inkjet Blowout <InkjetBlowout@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336142@vm-rewards.com>
Subject: Inkjets starting under 2 dollars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Inkjets
starting3.htm"
```

```
From ???@??? Tue Feb 07 17:46:06 2006
Return-Path: <mailcenter336708@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 19137 invoked from network); 31 Jan 2006 13:34:10 -0600
Received: from vm-181-84.vm-mail.com (206.82.181.84)
  by omniinnovations.com with SMTP; 31 Jan 2006 13:34:10 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-84.vm-mail.com with SMTP; 31 Jan 2006 13:33:53 -0600
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 336708
From: Inkjet Blowout <InkjetBlowout@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336708@vm-rewards.com>
Subject: Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



---

**Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Aug 28 22:41:29 2006
X-Persona: <2nd User>
Return-Path: <mailcenter361488@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 26179 invoked from network); 27 Aug 2006 06:52:53 -0600
Received: from static-vmg-185-206.vm-mail.com (HELO vm-185-206.vm-mail.com)
(206.82.185.206)
  by jaykaysplace.com with SMTP; 27 Aug 2006 06:52:53 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-206.vm-mail.com with SMTP; 27 Aug 2006 07:52:52 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 361488
From: Inkjet Liquidation Sale <InkjetLiquidationSale@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+361488@vm-rewards.com>
Subject: Inkjets under 2 dollars - up to 95% off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link




If you would like to no longer receive any further email messages from the
advertiser above sent by Virtumundo,

visit this link

101inks, 21632 Lassen Street, Chatsworth, CA, 91311

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.



```
From ???@??? Mon Aug 21 00:05:16 2006
X-Persona: <2nd User>
Return-Path: <mailcenter360710@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 11844 invoked from network); 20 Aug 2006 09:15:44 -0600
Received: from static-vmg-186-149.vm-mail.com (HELO vm-186-149.vm-mail.com)
(206.82.186.149)
  by jaycelia.com with SMTP; 20 Aug 2006 09:15:44 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-149.vm-mail.com with SMTP; 20 Aug 2006 10:15:43 -0500
X-ClientHost: 11611110910912106410609710910911611110910904609911109
X-MailingID: 360710
From: Inkjet Liquidation Sale <InkjetLiquidationSale@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+360710@vm-rewards.com>
Subject: Inkjets under 2 dollars - up to 95% off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link





101inks, 21632 Lassen Street, Chatsworth, CA, 91311

If you can not see our footer image, please visit here.

```
From ???@??? Mon Mar 27 20:52:47 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340852@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 13504 invoked from network); 26 Mar 2006 20:29:40 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaycelia.com with SMTP; 26 Mar 2006 20:29:39 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 26 Mar 2006 20:29:27 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 340852
From: Inkjet Liquidation Sale <InkjetLiquidationSale@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340852@vm-rewards.com>
Subject: Inkjets under 2 dollars - up to 95% off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**





101inks, 21632 Lassen Street, Chatsworth, CA, 91311

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Mar 27 20:52:47 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340852@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 14274 invoked from network); 26 Mar 2006 20:29:41 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by jaycelia.com with SMTP; 26 Mar 2006 20:29:40 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 26 Mar 2006 20:29:27 -0600
X-ClientHost:
0991041170991070640971101161041111012109910111011611409710804609911109
X-MailingID: 340852
From: Inkjet Liquidation Sale <InkjetLiquidationSale@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340852@vm-rewards.com>
Subject: Inkjets under 2 dollars - up to 95% off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



 101inks, 21632 Lassen Street, Chatsworth, CA, 91311

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Mar 27 20:52:47 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340852@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 14947 invoked from network); 26 Mar 2006 20:29:42 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by jaycelia.com with SMTP; 26 Mar 2006 20:29:42 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 26 Mar 2006 20:29:27 -0600
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710804609911109
X-MailingID: 340852
From: Inkjet Liquidation Sale <InkjetLiquidationSale@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340852@vm-rewards.com>
Subject: Inkjets under 2 dollars - up to 95% off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---



101inks, 21632 Lassen Street, Chatsworth, CA, 91311

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Mar 27 20:52:47 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340852@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 15587 invoked from network); 26 Mar 2006 20:29:44 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by jaycelia.com with SMTP; 26 Mar 2006 20:29:43 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 26 Mar 2006 20:29:27 -0600
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 340852
From: Inkjet Liquidation Sale <InkjetLiquidationSale@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340852@vm-rewards.com>
Subject: Inkjets under 2 dollars - up to 95% off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**





101inks, 21632 Lassen Street, Chatsworth, CA, 91311

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Mar 27 20:52:47 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340852@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 16928 invoked from network); 26 Mar 2006 20:29:45 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by jaycelia.com with SMTP; 26 Mar 2006 20:29:45 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 26 Mar 2006 20:29:27 -0600
X-ClientHost: 1161060640971101161041111012109910111011611409710804609911109
X-MailingID: 340852
From: Inkjet Liquidation Sale <InkjetLiquidationSale@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340852@vm-rewards.com>
Subject: Inkjets under 2 dollars - up to 95% off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



101inks, 21632 Lassen Street, Chatsworth, CA, 91311

If you can not see our footer image, please visit here.

From ???@??? Mon Mar 27 20:33:38 2006
X-Persona: <Jay>
Return-Path: <mailcenter340852@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 21282 invoked from network); 26 Mar 2006 21:07:38 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by jaycelia.com with SMTP; 26 Mar 2006 21:07:36 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 26 Mar 2006 21:07:25 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 340852
From: Inkjet Liquidation Sale <InkjetLiquidationSale@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340852@vm-rewards.com>
Subject: *****SPAM***** Inkjets under 2 dollars - up to 95% off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.1 required=7.0 tests=BAYES_70,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  2.3 BAYES_70 BODY: Bayesian spam probability is 70 to 80%
        *      [score: 0.7578]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]


Images not loading? View this offer by visiting this link



101inks, 21632 Lassen Street, Chatsworth, CA, 91311

If you can not see our footer image, please visit here.

```
From ???@??? Mon Mar 27 20:28:11 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter340852@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 11076 invoked from network); 26 Mar 2006 21:06:30 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by gnwalpha.org with SMTP; 26 Mar 2006 21:06:26 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 26 Mar 2006 21:06:08 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 340852
From: Inkjet Liquidation Sale <InkjetLiquidationSale@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340852@vm-rewards.com>
Subject: Inkjets under 2 dollars - up to 95% off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



101links, 21632 Lassen Street, Chatsworth, CA, 91311

If you can not see our footer image, please visit here.

```
From ???@??? Mon Mar 27 20:25:12 2006
X-Persona: <Celia>
Return-Path: <mailcenter340852@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 24544 invoked from network); 26 Mar 2006 21:02:05 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by gnwalpha.org with SMTP; 26 Mar 2006 21:02:05 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 26 Mar 2006 21:01:53 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 340852
From: Inkjet Liquidation Sale <InkjetLiquidationSale@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340852@vm-rewards.com>
Subject: *****SPAM***** Inkjets under 2 dollars - up to 95% off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





101inks, 21632 Lassen Street, Chatsworth, CA, 91311

If you can not see our footer image, please visit here.

```
From ???@??? Mon Mar 27 17:15:33 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter340852@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 20450 invoked from network); 26 Mar 2006 21:07:37 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by itdidnotendright.com with SMTP; 26 Mar 2006 21:07:36 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 26 Mar 2006 21:07:25 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 340852
From: Inkjet Liquidation Sale <InkjetLiquidationSale@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340852@vm-rewards.com>
Subject: *****SPAM***** Inkjets under 2 dollars - up to 95% off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.1 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link



101inks, 21632 Lassen Street, Chatsworth, CA, 91311

If you can not see our footer image, please visit here.

From ???@??? Mon Mar 27 17:10:21 2006
X-Persona: <Mila>
Return-Path: <mailcenter340852@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sun, 26 Mar 2006 21:07:35 -0600
From: Inkjet Liquidation Sale <InkjetLiquidationSale@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Inkjets under 2 dollars - up to 95% off
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *************
X-Spam-Status: Yes, hits=13.3 required=7.0 tests=BAYES_99,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_442756F7.4516A6CB"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(0297&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(0297&e=mila@jammtomm.com
  URI:http://ogy.cc/mobwitus_files/V_sim_01.gif [...]

Content analysis details:   (13.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
            [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 18432 invoked from network); 26 Mar 2006 21:07:33 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by jammtomm.com with SMTP; 26 Mar 2006 21:07:29 -0600

```
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 26 Mar 2006 21:07:17 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 340852
From: Inkjet Liquidation Sale <InkjetLiquidationSale@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340852@vm-rewards.com>
Subject: Inkjets under 2 dollars - up to 95% off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Inkjets
under 2 .htm"
```

```
From ???@??? Sat Sep 09 12:59:51 2006
X-Persona: <2nd User>
Return-Path: <mailcenter362662@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 22755 invoked from network); 7 Sep 2006 22:19:07 -0600
Received: from static-vmg-180-111.vm-mail.com (HELO vm-180-111.vm-mail.com)
(206.82.180.111)
  by chiefmusician.net with SMTP; 7 Sep 2006 22:19:07 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-111.vm-mail.com with SMTP; 07 Sep 2006 23:19:06 -0500
X-ClientHost: 11611110910912106410609710910911611110910904609911109
X-MailingID: 362662
From: Inkjet Liquidation Sale <InkjetLiquidationSale@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+362662@vm-rewards.com>
Subject: Inkjets under 2 dollars - up to 95% off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=DATE_MISSING,HTML_60_70,
       HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





If you would like to no longer receive any further email messages from the
advertiser above sent by Virtumundo,

visit this link

101inks, 21632 Lassen Street, Chatsworth, CA, 91311

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West
110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving
further email as a subscriber of Virtumundo Rewards, go to
http://www.virtumundo.com/change or visit here. The
products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about
this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.



From ???@??? Wed May 03 09:35:05 2006
X-Persona: <Jay>
Return-Path: <mailcenter346746@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 7715 invoked from network); 1 May 2006 17:32:45 -0600
Received: from vm-187-208.vm-mail.com (206.82.187.208)
  by rcw19190020.com with SMTP; 1 May 2006 17:32:42 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-208.vm-mail.com with SMTP; 01 May 2006 18:32:41 -0500
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 346746
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346746@vm-rewards.com>
Subject: *****SPAM***** Inkjets starting under $2 plus 5 percent off!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=11.4 required=7.0 tests=BAYES_70,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,
        RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  2.3 BAYES_70 BODY: Bayesian spam probability is 70 to 80%
        *      [score: 0.7856]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *      [206.82.187.208 listed in dnsbl.sorbs.net]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *      [206.82.187.208 listed in dnsbl.sorbs.net]


Images not loading? View this offer by visiting this link





---

 Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065



        If you can not see our footer image, please visit here.

```
From ???@??? Wed May 03 09:29:11 2006
X-Persona: <Celia>
Return-Path: <mailcenter346746@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 27360 invoked from network); 1 May 2006 17:52:10 -0600
Received: from vm-186-30.vm-mail.com (206.82.186.30)
  by rcw19190020.com with SMTP; 1 May 2006 17:52:09 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-30.vm-mail.com with SMTP; 01 May 2006 18:52:07 -0500
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 346746
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346746@vm-rewards.com>
Subject: *****SPAM***** Inkjets starting under $2 plus 5 percent off!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065

        If you can not see our footer image, please visit here.

```
From ???@??? Tue May 02 20:39:48 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter346746@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 7811 invoked from network); 1 May 2006 17:32:45 -0600
Received: from vm-187-173.vm-mail.com (206.82.187.173)
  by anthonycentral.com with SMTP; 1 May 2006 17:32:42 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-173.vm-mail.com with SMTP; 01 May 2006 18:32:41 -0500
X-ClientHost: 10611111006410609712110709712115112108097099101046099111109
X-MailingID: 346746
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346746@vm-rewards.com>
Subject: *****SPAM***** Inkjets starting under $2 plus 5 percent off!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.6 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,
        RCVD_IN_SORBS,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.5 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *      [206.82.187.173 listed in dnsbl.sorbs.net]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *      [206.82.187.173 listed in dnsbl.sorbs.net]
```

**Images not loading? View this offer by visiting this link**



---



**Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 20 12:35:09 2006
X-Persona: <Mila>
Return-Path: <mailcenter343808@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 17 Apr 2006 19:14:20 -0600
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Inkjets starting under $2 plus 5 percent off!
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *************
X-Spam-Status: Yes, hits=13.4 required=7.0 tests=BAYES_99,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44443D6C.C02A52BE"
```


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(2503&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(2503&e=mila@jammtomm.com
  URI:http://ogy.cc/gold245.GIF [...]

Content analysis details:   (13.4 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
                 [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 12224 invoked from network); 17 Apr 2006 19:14:18 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)

```
   by rcw19190020.com with SMTP; 17 Apr 2006 19:14:18 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 17 Apr 2006 20:14:13 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 343808
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343808@vm-rewards.com>
Subject: Inkjets starting under $2 plus 5 percent off!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Inkjets
starting4.htm"
```

From ???@??? Thu Apr 20 12:31:43 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343808@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 20674 invoked from network); 17 Apr 2006 18:11:48 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by gordonworks.com with SMTP; 17 Apr 2006 18:11:45 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 17 Apr 2006 19:11:38 -0500
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 343808
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343808@vm-rewards.com>
Subject: *****SPAM***** Inkjets starting under $2 plus 5 percent off!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5075]
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]


Images not loading? View this offer by visiting this link





---

Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065


        If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 20 12:31:43 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343808@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 21696 invoked from network); 17 Apr 2006 18:11:50 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by gordonworks.com with SMTP; 17 Apr 2006 18:11:49 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 17 Apr 2006 19:11:38 -0500
X-ClientHost:
09910411709910706409711011610411111012109910110116114097108046099111109
X-MailingID: 343808
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343808@vm-rewards.com>
Subject: *****SPAM***** Inkjets starting under $2 plus 5 percent off!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5075]
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link



Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

From ???@??? Thu Apr 20 12:31:43 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343808@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 22784 invoked from network); 17 Apr 2006 18:11:51 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by gordonworks.com with SMTP; 17 Apr 2006 18:11:50 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 17 Apr 2006 19:11:38 -0500
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710804609911109
X-MailingID: 343808
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343808@vm-rewards.com>
Subject: *****SPAM***** Inkjets starting under $2 plus 5 percent off!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5075]
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]


Images not loading? View this offer by visiting this link





---

Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065


        If you can not see our footer image, please visit here.

From ???@??? Thu Apr 20 12:31:43 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343808@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 23939 invoked from network); 17 Apr 2006 18:11:53 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by gordonworks.com with SMTP; 17 Apr 2006 18:11:52 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 17 Apr 2006 19:11:38 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 343808
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343808@vm-rewards.com>
Subject: *****SPAM***** Inkjets starting under $2 plus 5 percent off!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
       *  1.9 DATE_MISSING Missing Date: header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.1 HTML_MESSAGE BODY: HTML included in message
       *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
       *      [score: 0.5075]
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]


Images not loading? View this offer by visiting this link





Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065


       If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 20 12:31:43 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343808@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 25633 invoked from network); 17 Apr 2006 18:11:55 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by gordonworks.com with SMTP; 17 Apr 2006 18:11:53 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 17 Apr 2006 19:11:38 -0500
X-ClientHost: 11610606409711011610411111012109910111011611409710804609911109
X-MailingID: 343808
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343808@vm-rewards.com>
Subject: *****SPAM***** Inkjets starting under $2 plus 5 percent off!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5075]
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link



---



Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 20 12:26:25 2006
X-Persona: <Jay>
Return-Path: <mailcenter343808@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 30499 invoked from network); 17 Apr 2006 19:14:54 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by gordonworks.com with SMTP; 17 Apr 2006 19:14:53 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 17 Apr 2006 20:14:50 -0500
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 343808
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343808@vm-rewards.com>
Subject: *****SPAM***** Inkjets starting under $2 plus 5 percent off!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.1 required=7.0 tests=BAYES_90,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  2.1 BAYES_90 BODY: Bayesian spam probability is 90 to 99%
        *      [score: 0.9214]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

**Images not loading? View this offer by visiting this link**



---

 **Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065**



**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 20 12:18:58 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter343808@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 27617 invoked from network); 17 Apr 2006 19:08:12 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by xj4x4.net with SMTP; 17 Apr 2006 19:08:12 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 17 Apr 2006 20:08:10 -0500
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 343808
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343808@vm-rewards.com>
Subject: Inkjets starting under $2 plus 5 percent off!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---



**Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065**



**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 20 12:18:43 2006
X-Persona: <Celia>
Return-Path: <mailcenter343808@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 30404 invoked from network); 18 Apr 2006 06:59:20 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by jaycelia.com with SMTP; 18 Apr 2006 06:59:18 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 18 Apr 2006 07:59:12 -0500
X-ClientHost: 0991011081050970640991011081050971060097121046099111109
X-MailingID: 343808
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343808@vm-rewards.com>
Subject: *****SPAM***** Inkjets starting under $2 plus 5 percent off!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.2 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link



Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Mon Apr 17 20:27:05 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter343808@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 32162 invoked from network); 17 Apr 2006 19:14:55 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by anthonycentral.com with SMTP; 17 Apr 2006 19:14:53 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 17 Apr 2006 20:14:50 -0500
X-ClientHost: 10611111100641060971211070971211151121080970991010460991111109
X-MailingID: 343808
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343808@vm-rewards.com>
Subject: *****SPAM***** Inkjets starting under $2 plus 5 percent off!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.2 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link



Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 02 17:13:38 2006
X-Persona: <Jay>
Return-Path: <mailcenter341000@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 26500 invoked from network); 28 Mar 2006 17:17:03 -0600
Received: from vm-180-164.vm-mail.com (206.82.180.164)
  by gordonworks.com with SMTP; 28 Mar 2006 17:17:02 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-164.vm-mail.com with SMTP; 28 Mar 2006 17:16:51 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 341000
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341000@vm-rewards.com>
Subject: *****SPAM***** Inkjets starting under $2 plus 5 percent off!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.1 required=7.0 tests=BAYES_80,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  1.7 BAYES_80 BODY: Bayesian spam probability is 80 to 90%
        *      [score: 0.8036]
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

**Images not loading? View this offer by visiting this link**



---

 **Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Mar 29 13:26:41 2006
X-Persona: <Celia>
Return-Path: <mailcenter341000@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 22592 invoked from network); 28 Mar 2006 18:32:59 -0600
Received: from vm-180-180.vm-mail.com (206.82.180.180)
   by gnwalpha.org with SMTP; 28 Mar 2006 18:32:59 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-180.vm-mail.com with SMTP; 28 Mar 2006 18:32:45 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 341000
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341000@vm-rewards.com>
Subject: *****SPAM***** Inkjets starting under $2 plus 5 percent off!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Wed Mar 29 13:26:39 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter341000@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 21960 invoked from network); 28 Mar 2006 17:15:42 -0600
Received: from vm-180-90.vm-mail.com (206.82.180.90)
  by omniinnovations.com with SMTP; 28 Mar 2006 17:15:41 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-90.vm-mail.com with SMTP; 28 Mar 2006 17:15:29 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 341000
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341000@vm-rewards.com>
Subject: Inkjets starting under $2 plus 5 percent off!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---



**Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065**



**If you can not see our footer image, please visit here.**

From ???@??? Wed Mar 29 09:58:08 2006
X-Persona: <Mila>
Return-Path: <mailcenter341000@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 28 Mar 2006 17:16:53 -0600
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Inkjets starting under $2 plus 5 percent off!
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.9 required=7.0 tests=BAYES_99,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4429C3E5.9A399C65"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(0401&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(0401&e=mila@jammtomm.com
  URI:http://ogy.cc/gold245.GIF [...]

Content analysis details:   (11.9 points, 7.0 required)

 pts rule name                description
 ---- -------------------- --------------------------------------------------
 1.9 DATE_MISSING            Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE            BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 19522 invoked from network); 28 Mar 2006 17:16:51 -0600
Received: from vm-180-147.vm-mail.com (206.82.180.147)
  by anthonycentral.com with SMTP; 28 Mar 2006 17:16:51 -0600
Received: from vm-mail.com (192.168.3.20)

```
   by vm-180-147.vm-mail.com with SMTP; 28 Mar 2006 17:16:40 -0600
X-ClientHost: 1091051080970641060971091091161111091090460991111109
X-MailingID: 341000
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341000@vm-rewards.com>
Subject: Inkjets starting under $2 plus 5 percent off!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Inkjets
starting3.htm"
```

```
From ???@??? Tue Mar 28 21:20:31 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter341000@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 27360 invoked from network); 28 Mar 2006 17:17:04 -0600
Received: from vm-180-197.vm-mail.com (206.82.180.197)
  by rcw19190020.com with SMTP; 28 Mar 2006 17:17:03 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-197.vm-mail.com with SMTP; 28 Mar 2006 17:16:52 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 341000
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341000@vm-rewards.com>
Subject: *****SPAM***** Inkjets starting under $2 plus 5 percent off!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Tue Mar 28 19:31:30 2006
Return-Path: <mailcenter341000@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 28769 invoked from network); 28 Mar 2006 17:37:35 -0600
Received: from vm-181-229.vm-mail.com (206.82.181.229)
  by chiefmusician.net with SMTP; 28 Mar 2006 17:37:25 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-229.vm-mail.com with SMTP; 28 Mar 2006 17:37:09 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 341000
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341000@vm-rewards.com>
Subject: Inkjets starting under $2 plus 5 percent off!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



---

**Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Mar 28 19:31:30 2006
Return-Path: <mailcenter341000@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 30376 invoked from network); 28 Mar 2006 17:37:38 -0600
Received: from vm-181-229.vm-mail.com (206.82.181.229)
  by chiefmusician.net with SMTP; 28 Mar 2006 17:37:35 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-229.vm-mail.com with SMTP; 28 Mar 2006 17:37:09 -0600
X-ClientHost:
099104117099107064097110116104111101210991011101161140971080460991 11109
X-MailingID: 341000
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341000@vm-rewards.com>
Subject: Inkjets starting under $2 plus 5 percent off!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



---



**Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065**

**If you can not see our footer image, please visit here.**

From ???@??? Tue Mar 28 19:31:30 2006
Return-Path: <mailcenter341000@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 31589 invoked from network); 28 Mar 2006 17:37:39 -0600
Received: from vm-181-229.vm-mail.com (206.82.181.229)
  by chiefmusician.net with SMTP; 28 Mar 2006 17:37:38 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-229.vm-mail.com with SMTP; 28 Mar 2006 17:37:09 -0600
X-ClientHost:
1001011190971211101010640971101161041111012109910111011611409710804609911109
X-MailingID: 341000
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341000@vm-rewards.com>
Subject: Inkjets starting under $2 plus 5 percent off!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63


Images not loading? View this offer by visiting this link





---

Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065


        If you can not see our footer image, please visit here.

```
From ???@??? Tue Mar 28 19:31:30 2006
Return-Path: <mailcenter341000@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 640 invoked from network); 28 Mar 2006 17:37:43 -0600
Received: from vm-181-229.vm-mail.com (206.82.181.229)
   by chiefmusician.net with SMTP; 28 Mar 2006 17:37:40 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-229.vm-mail.com with SMTP; 28 Mar 2006 17:37:09 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 341000
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341000@vm-rewards.com>
Subject: Inkjets starting under $2 plus 5 percent off!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



---

Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Tue Mar 28 19:31:30 2006
Return-Path: <mailcenter341000@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 2276 invoked from network); 28 Mar 2006 17:37:45 -0600
Received: from vm-181-229.vm-mail.com (206.82.181.229)
  by chiefmusician.net with SMTP; 28 Mar 2006 17:37:43 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-229.vm-mail.com with SMTP; 28 Mar 2006 17:37:09 -0600
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 341000
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341000@vm-rewards.com>
Subject: Inkjets starting under $2 plus 5 percent off!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



 Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065



If you can not see our footer image, please visit here.

```
From ???@??? Tue Mar 21 13:14:52 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340192@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 1123 invoked from network); 20 Mar 2006 03:29:32 -0600
Received: from vm-180-197.vm-mail.com (206.82.180.197)
   by ehahome.com with SMTP; 20 Mar 2006 03:29:32 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-197.vm-mail.com with SMTP; 20 Mar 2006 03:29:18 -0600
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 340192
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340192@vm-rewards.com>
Subject: Inkjets starting under $2 plus coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



---



**Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065**

**If you can not see our footer image, please visit here.**

From ???@??? Tue Mar 21 13:14:52 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340192@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 2115 invoked from network); 20 Mar 2006 03:29:33 -0600
Received: from vm-180-197.vm-mail.com (206.82.180.197)
  by ehahome.com with SMTP; 20 Mar 2006 03:29:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-197.vm-mail.com with SMTP; 20 Mar 2006 03:29:18 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 340192
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340192@vm-rewards.com>
Subject: Inkjets starting under $2 plus coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
     DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
     HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
     version=2.63


Images not loading? View this offer by visiting this link



---


Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Tue Mar 21 13:14:52 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340192@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 3840 invoked from network); 20 Mar 2006 03:29:34 -0600
Received: from vm-180-197.vm-mail.com (206.82.180.197)
  by ehahome.com with SMTP; 20 Mar 2006 03:29:34 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-197.vm-mail.com with SMTP; 20 Mar 2006 03:29:18 -0600
X-ClientHost:
1001011190971211101010640971101161041111101210991011101161140971080460991111109
X-MailingID: 340192
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340192@vm-rewards.com>
Subject: Inkjets starting under $2 plus coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



---



**Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065**


**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Mar 21 13:14:52 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340192@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 5545 invoked from network); 20 Mar 2006 03:29:36 -0600
Received: from vm-180-197.vm-mail.com (206.82.180.197)
  by ehahome.com with SMTP; 20 Mar 2006 03:29:36 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-197.vm-mail.com with SMTP; 20 Mar 2006 03:29:18 -0600
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 340192
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340192@vm-rewards.com>
Subject: Inkjets starting under $2 plus coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



---



**Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Mar 21 13:14:52 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340192@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 6785 invoked from network); 20 Mar 2006 03:29:37 -0600
Received: from vm-180-197.vm-mail.com (206.82.180.197)
   by ehahome.com with SMTP; 20 Mar 2006 03:29:37 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-197.vm-mail.com with SMTP; 20 Mar 2006 03:29:18 -0600
X-ClientHost: 11610606409711011610411110121099101110116114097108046099111109
X-MailingID: 340192
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340192@vm-rewards.com>
Subject: Inkjets starting under $2 plus coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

**Images not loading? View this offer by visiting this link**



---



**Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065**



**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Mar 21 13:09:12 2006
X-Persona: <Jay>
Return-Path: <mailcenter340192@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 17025 invoked from network); 20 Mar 2006 03:22:02 -0600
Received: from vm-181-15.vm-mail.com (206.82.181.15)
  by celiajay.com with SMTP; 20 Mar 2006 03:22:01 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-15.vm-mail.com with SMTP; 20 Mar 2006 03:21:49 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 340192
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340192@vm-rewards.com>
Subject: *****SPAM***** Inkjets starting under $2 plus coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.1 required=7.0 tests=BAYES_80,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  1.7 BAYES_80 BODY: Bayesian spam probability is 80 to 90%
        *      [score: 0.8510]
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

**Images not loading? View this offer by visiting this link**



---

 **Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065**



**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Mar 21 13:05:18 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter340192@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 3856 invoked from network); 20 Mar 2006 03:20:22 -0600
Received: from vm-181-183.vm-mail.com (206.82.181.183)
  by anthonycentral.com with SMTP; 20 Mar 2006 03:20:21 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-183.vm-mail.com with SMTP; 20 Mar 2006 03:20:08 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 340192
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340192@vm-rewards.com>
Subject:  Inkjets starting under $2 plus coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---



Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Tue Mar 21 13:04:57 2006
X-Persona: <Celia>
Return-Path: <mailcenter340192@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 14176 invoked from network); 20 Mar 2006 04:11:40 -0600
Received: from vm-181-75.vm-mail.com (206.82.181.75)
  by jaycelia.com with SMTP; 20 Mar 2006 04:11:40 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-75.vm-mail.com with SMTP; 20 Mar 2006 04:11:28 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 340192
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340192@vm-rewards.com>
Subject: *****SPAM***** Inkjets starting under $2 plus coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Tue Mar 21 01:28:22 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter340192@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 18019 invoked from network); 20 Mar 2006 03:22:02 -0600
Received: from vm-181-84.vm-mail.com (206.82.181.84)
  by omniinnovations.com with SMTP; 20 Mar 2006 03:22:02 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-84.vm-mail.com with SMTP; 20 Mar 2006 03:21:50 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 340192
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340192@vm-rewards.com>
Subject: *****SPAM***** Inkjets starting under $2 plus coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

From ???@??? Mon Mar 20 19:34:55 2006
X-Persona: <Mila>
Return-Path: <mailcenter340192@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 20 Mar 2006 03:21:58 -0600
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Inkjets starting under $2 plus coupon
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.9 required=7.0 tests=BAYES_99,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_441E7436.6D1EA1AE"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9977&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'9977&e=mila@jammtomm.com
  URI:http://ogy.cc/creativesss.gif [...]

Content analysis details:   (11.9 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING            Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE            BODY: HTML included in message
 5.4 BAYES_99                BODY: Bayesian spam probability is 99 to 100%
                             [score: 1.0000]
 0.1 HTML_70_80              BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 2.1 BLANK_LINES_70_80       BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 8611 invoked from network); 20 Mar 2006 03:21:55 -0600
Received: from vm-181-77.vm-mail.com (206.82.181.77)
  by jaycelia.com with SMTP; 20 Mar 2006 03:21:52 -0600
Received: from vm-mail.com (192.168.3.20)

```
  by vm-181-77.vm-mail.com with SMTP; 20 Mar 2006 03:21:40 -0600
X-ClientHost: 1091051080970641060971091091161111091090460991111 09
X-MailingID: 340192
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340192@vm-rewards.com>
Subject:  Inkjets starting under $2 plus coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Inkjets
starting2.htm"
```

```
From ???@??? Mon Mar 20 07:07:50 2006
X-Persona: <RCW>
Return-Path: <mailcenter340192@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 19682 invoked from network); 20 Mar 2006 04:35:19 -0600
Received: from vm-181-34.vm-mail.com (206.82.181.34)
  by jaycelia.com with SMTP; 20 Mar 2006 04:35:17 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-34.vm-mail.com with SMTP; 20 Mar 2006 04:35:05 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 340192
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340192@vm-rewards.com>
Subject:  Inkjets starting under $2 plus coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---

 **Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065**



**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Nov 02 11:19:09 2005
X-Persona: <Indi>
Return-Path: <mailcenter331367@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 13600 invoked from network); 31 Oct 2005 09:09:41 -0600
Received: from vm-177-121.vm-mail.com (206.82.177.121)
   by gordonworks.com with SMTP; 31 Oct 2005 09:09:41 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-121.vm-mail.com with SMTP; 31 Oct 2005 09:09:29 -0600
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 331367
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331367@vm-rewards.com>
Subject: Fall Sale - inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065**

If you can not see our footer image, please visit here.

From ???@??? Mon Oct 31 13:59:17 2005
X-Persona: <hum>
Return-Path: <mailcenter331367@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 7392 invoked from network); 31 Oct 2005 09:14:35 -0600
Received: from vm-180-23.vm-mail.com (206.82.180.23)
  by gnwalpha.org with SMTP; 31 Oct 2005 09:14:35 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-23.vm-mail.com with SMTP; 31 Oct 2005 09:14:24 -0600
X-ClientHost: 104117109064101104097104111109101046099111109
X-MailingID: 331367
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331367@vm-rewards.com>
Subject: Fall Sale - inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63



Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065

        If you can not see our footer image, please visit here.

From ???@??? Fri Aug 04 19:34:29 2006
X-Persona: <2nd User>
Return-Path: <mailcenter357518@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 2019 invoked from network); 27 Jul 2006 05:14:44 -0600
Received: from static-vmg-181-178.vm-mail.com (HELO vm-181-178.vm-mail.com)
(206.82.181.178)
  by jaykaysplace.com with SMTP; 27 Jul 2006 05:14:42 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-178.vm-mail.com with SMTP; 27 Jul 2006 06:14:41 -0500
X-ClientHost: 11611110910912106410609710910911611110910904609911109
X-MailingID: 357518
From: Inkjet Madness <InkjetMadness@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+357518@vm-rewards.com>
Subject: Inkjets starting under $2 plus coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.1 required=7.0 tests=DATE_MISSING,HTML_40_50,
       HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63


Images not loading? View this offer by visiting this link






This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 21 18:02:02 2006
X-Persona: <Jay>
Return-Path: <mailcenter335232@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 3488 invoked from network); 15 Jan 2006 04:45:26 -0600
Received: from vm-181-148.vm-mail.com (206.82.181.148)
  by xj4x4.net with SMTP; 15 Jan 2006 04:45:22 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-148.vm-mail.com with SMTP; 15 Jan 2006 04:45:09 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 335232
From: Inkjet Savings <InkjetSavings@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335232@vm-rewards.com>
Subject: *****SPAM***** Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



 Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065



        If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 21 16:40:59 2006
X-Persona: <Celia>
Return-Path: <mailcenter335232@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 18947 invoked from network); 15 Jan 2006 05:03:44 -0600
Received: from vm-180-207.vm-mail.com (206.82.180.207)
  by celiajay.com with SMTP; 15 Jan 2006 05:03:43 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-207.vm-mail.com with SMTP; 15 Jan 2006 05:03:32 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 335232
From: Inkjet Savings <InkjetSavings@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335232@vm-rewards.com>
Subject: *****SPAM***** Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065



        If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 17 18:55:26 2006
X-Persona: <Mila>
Return-Path: <mailcenter335232@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
     with SpamAssassin (2.63 2004-01-11);
     Sun, 15 Jan 2006 04:45:19 -0600
From: Inkjet Savings <InkjetSavings@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Inkjets starting under $2
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
     DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
     HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
     autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43CA27BF.7224F36C"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7133&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7133&e=mila@jammtomm.com
  URI:http://ogy.cc/holiday.gif [...]

Content analysis details:   (7.9 points, 7.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 0.1 HTML_70_80               BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80        BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 3010 invoked from network); 15 Jan 2006 04:45:15 -0600
Received: from vm-181-158.vm-mail.com (206.82.181.158)
  by gnwalpha.org with SMTP; 15 Jan 2006 04:45:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-158.vm-mail.com with SMTP; 15 Jan 2006 04:45:03 -0600
```

```
X-ClientHost: 1091051080970641060971091091161111091090460099111109
X-MailingID: 335232
From: Inkjet Savings <InkjetSavings@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335232@vm-rewards.com>
Subject:  Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Inkjets
starting2.htm"
```

From ???@??? Tue Jan 17 18:54:42 2006
X-Persona: <Mila>
Return-Path: <mailcenter335232@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sun, 15 Jan 2006 04:45:19 -0600
From: Inkjet Savings <InkjetSavings@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Inkjets starting under $2
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43CA27BF.7224F36C"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7133&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7133&e=mila@jammtomm.com
  URI:http://ogy.cc/holiday.gif [...]

Content analysis details:   (7.9 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 3010 invoked from network); 15 Jan 2006 04:45:15 -0600
Received: from vm-181-158.vm-mail.com (206.82.181.158)
  by gnwalpha.org with SMTP; 15 Jan 2006 04:45:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-158.vm-mail.com with SMTP; 15 Jan 2006 04:45:03 -0600

```
X-ClientHost: 1091051080970641060971091091161111091090460991111109
X-MailingID: 335232
From: Inkjet Savings <InkjetSavings@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335232@vm-rewards.com>
Subject:  Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Inkjets
starting1.htm"
```

```
From ???@??? Mon Jan 16 20:11:16 2006
Return-Path: <mailcenter335232@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 23972 invoked from network); 15 Jan 2006 04:44:38 -0600
Received: from vm-182-189.vm-mail.com (206.82.182.189)
  by rcw19190020.com with SMTP; 15 Jan 2006 04:44:37 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-189.vm-mail.com with SMTP; 15 Jan 2006 04:44:13 -0600
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 335232
From: Inkjet Savings <InkjetSavings@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335232@vm-rewards.com>
Subject: Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

Images not loading? View this offer by visiting this link



---

 Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065



        If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 16 20:10:41 2006
Return-Path: <mailcenter335232@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 11008 invoked from network); 15 Jan 2006 04:44:25 -0600
Received: from vm-182-189.vm-mail.com (206.82.182.189)
   by rcw19190020.com with SMTP; 15 Jan 2006 04:44:25 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-189.vm-mail.com with SMTP; 15 Jan 2006 04:44:13 -0600
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 335232
From: Inkjet Savings <InkjetSavings@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335232@vm-rewards.com>
Subject: Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



---

**Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 16 20:10:41 2006
Return-Path: <mailcenter335232@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 23302 invoked from network); 15 Jan 2006 04:44:27 -0600
Received: from vm-182-189.vm-mail.com (206.82.182.189)
   by rcw19190020.com with SMTP; 15 Jan 2006 04:44:26 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-189.vm-mail.com with SMTP; 15 Jan 2006 04:44:13 -0600
X-ClientHost:
09910411709910706409711011610411111012109910111011611409710804609911109
X-MailingID: 335232
From: Inkjet Savings <InkjetSavings@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335232@vm-rewards.com>
Subject: Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

Images not loading? View this offer by visiting this link



---

Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 16 20:10:41 2006
Return-Path: <mailcenter335232@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 26112 invoked from network); 15 Jan 2006 04:44:35 -0600
Received: from vm-182-189.vm-mail.com (206.82.182.189)
   by rcw19190020.com with SMTP; 15 Jan 2006 04:44:32 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-189.vm-mail.com with SMTP; 15 Jan 2006 04:44:13 -0600
X-ClientHost:
10010111909712111010106409711011610411110121099101110116114097108046099111109
X-MailingID: 335232
From: Inkjet Savings <InkjetSavings@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335232@vm-rewards.com>
Subject: Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

Images not loading? View this offer by visiting this link



---

Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 16 20:10:41 2006
Return-Path: <mailcenter335232@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 4239 invoked from network); 15 Jan 2006 04:44:36 -0600
Received: from vm-182-189.vm-mail.com (206.82.182.189)
  by rcw19190020.com with SMTP; 15 Jan 2006 04:44:35 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-189.vm-mail.com with SMTP; 15 Jan 2006 04:44:13 -0600
X-ClientHost:
11509711010012106409711011610411110121099101110116114097108046099111109
X-MailingID: 335232
From: Inkjet Savings <InkjetSavings@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335232@vm-rewards.com>
Subject: Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



---

Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

From ???@??? Mon Jan 16 16:25:23 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter335232@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 19842 invoked from network); 15 Jan 2006 04:44:12 -0600
Received: from vm-181-191.vm-mail.com (206.82.181.191)
   by anthonycentral.com with SMTP; 15 Jan 2006 04:44:08 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-191.vm-mail.com with SMTP; 15 Jan 2006 04:43:55 -0600
X-ClientHost:
10610510906410511610010510010111111610111010010114105103104116046099111109
X-MailingID: 335232
From: Inkjet Savings <InkjetSavings@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335232@vm-rewards.com>
Subject:  Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link



---


Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065

      If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 16 11:41:36 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter335232@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 11747 invoked from network); 15 Jan 2006 04:45:27 -0600
Received: from vm-181-204.vm-mail.com (206.82.181.204)
   by xj4x4.net with SMTP; 15 Jan 2006 04:45:24 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-204.vm-mail.com with SMTP; 15 Jan 2006 04:45:10 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 335232
From: Inkjet Savings <InkjetSavings@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335232@vm-rewards.com>
Subject: *****SPAM***** Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

 **Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065**



        If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 16:01:35 2006
X-Persona: <RCW>
Return-Path: <mailcenter335232@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 3137 invoked from network); 15 Jan 2006 05:26:05 -0600
Received: from vm-181-3.vm-mail.com (206.82.181.3)
  by itdidnotendright.com with SMTP; 15 Jan 2006 05:26:00 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-3.vm-mail.com with SMTP; 15 Jan 2006 05:25:48 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 335232
From: Inkjet Savings <InkjetSavings@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335232@vm-rewards.com>
Subject:  Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---

**Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 20 11:24:37 2006
X-Persona: <Jay>
Return-Path: <mailcenter338468@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 10816 invoked from network); 19 Feb 2006 17:37:47 -0600
Received: from vm-182-36.vm-mail.com (206.82.182.36)
  by clrobin.com with SMTP; 19 Feb 2006 17:37:47 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-36.vm-mail.com with SMTP; 19 Feb 2006 17:37:33 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 338468
From: Inkjet Savings Extravaganza  <InkjetSale@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338468@vm-rewards.com>
Subject: *****SPAM***** Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

 Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Mon Feb 20 11:22:26 2006
X-Persona: <Celia>
Return-Path: <mailcenter338468@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 9763 invoked from network); 19 Feb 2006 17:22:06 -0600
Received: from vm-177-125.vm-mail.com (206.82.177.125)
  by omniinnovations.com with SMTP; 19 Feb 2006 17:22:05 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-125.vm-mail.com with SMTP; 19 Feb 2006 17:21:53 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 338468
From: Inkjet Savings Extravaganza  <InkjetSale@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338468@vm-rewards.com>
Subject: *****SPAM***** Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Mon Feb 20 11:22:18 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter338468@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 2656 invoked from network); 19 Feb 2006 17:35:33 -0600
Received: from vm-182-106.vm-mail.com (206.82.182.106)
  by jaycelia.com with SMTP; 19 Feb 2006 17:35:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-106.vm-mail.com with SMTP; 19 Feb 2006 17:35:18 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 338468
From:  Inkjet Savings Extravaganza  <InkjetSale@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338468@vm-rewards.com>
Subject:  Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---

Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Sun Feb 19 20:39:02 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter338468@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 12800 invoked from network); 19 Feb 2006 17:37:50 -0600
Received: from vm-182-190.vm-mail.com (206.82.182.190)
  by omniinnovations.com with SMTP; 19 Feb 2006 17:37:50 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-190.vm-mail.com with SMTP; 19 Feb 2006 17:37:35 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 338468
From: Inkjet Savings Extravaganza  <InkjetSale@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338468@vm-rewards.com>
Subject: *****SPAM***** Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

 Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065



If you can not see our footer image, please visit here.

```
From ???@??? Sun Feb 19 17:06:18 2006
X-Persona: <RCW>
Return-Path: <mailcenter338468@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 32640 invoked from network); 19 Feb 2006 18:20:08 -0600
Received: from vm-182-14.vm-mail.com (206.82.182.14)
  by itdidnotendright.com with SMTP; 19 Feb 2006 18:20:08 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-14.vm-mail.com with SMTP; 19 Feb 2006 18:19:53 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460099111109
X-MailingID: 338468
From:  Inkjet Savings Extravaganza   <InkjetSale@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338468@vm-rewards.com>
Subject:  Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---



**Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065**

**If you can not see our footer image, please visit here.**

From ???@??? Tue Feb 21 18:33:37 2006
X-Persona: <Mila>
Return-Path: <mailcenter338468@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sun, 19 Feb 2006 17:37:33 -0600
From: Inkjet Savings Extravaganza  <InkjetSale@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Inkjets starting under $2
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43F9013D.0F90348F"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8833&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'8833&e=mila@jammtomm.com
  URI:http://ogy.cc/gold.gif [...]

Content analysis details:   (7.9 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 HTML_70_80              BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80       BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 2786 invoked from network); 19 Feb 2006 17:37:29 -0600
Received: from vm-182-167.vm-mail.com (206.82.182.167)
  by chiefmusician.net with SMTP; 19 Feb 2006 17:37:29 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-167.vm-mail.com with SMTP; 19 Feb 2006 17:37:15 -0600

```
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 338468
From:  Inkjet Savings Extravaganza  <InkjetSale@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338468@vm-rewards.com>
Subject:  Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Inkjets
starting.htm"
```

```
From ???@??? Sat Feb 11 11:06:34 2006
X-Persona: <Celia>
Return-Path: <mailcenter337706@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 25504 invoked from network); 9 Feb 2006 08:48:37 -0600
Received: from vm-180-249.vm-mail.com (206.82.180.249)
   by jammtomm.com with SMTP; 9 Feb 2006 08:48:37 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-249.vm-mail.com with SMTP; 09 Feb 2006 08:48:25 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 337706
From: Inkjet Super Sale <InkjetSupeSale@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337706@vm-rewards.com>
Subject: *****SPAM***** Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Sat Feb 11 10:54:24 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter337706@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 29570 invoked from network); 9 Feb 2006 08:15:23 -0600
Received: from vm-181-235.vm-mail.com (206.82.181.235)
  by xj4x4.net with SMTP; 9 Feb 2006 08:15:23 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-235.vm-mail.com with SMTP; 09 Feb 2006 08:15:11 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 337706
From: Inkjet Super Sale <InkjetSupeSale@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337706@vm-rewards.com>
Subject:  Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---

**Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Feb 10 13:05:29 2006
X-Persona: <Mila>
Return-Path: <mailcenter337706@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 09 Feb 2006 08:17:50 -0600
From: Inkjet Super Sale <InkjetSupeSale@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Inkjets starting under $2
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43EB4F0E.431AEF1F"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8457&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'8457&e=mila@jammtomm.com
  URI:http://ogy.cc/football.gif [...]

Content analysis details:   (7.9 points, 7.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 HTML_70_80              BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80       BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 14912 invoked from network); 9 Feb 2006 08:17:47 -0600
Received: from vm-181-90.vm-mail.com (206.82.181.90)
  by jaycelia.com with SMTP; 9 Feb 2006 08:17:46 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-90.vm-mail.com with SMTP; 09 Feb 2006 08:17:31 -0600

```
X-ClientHost: 10910510809706410609710910911611111091090460991111109
X-MailingID: 337706
From: Inkjet Super Sale <InkjetSupeSale@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337706@vm-rewards.com>
Subject:  Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Inkjets
starting6.htm"
```

```
From ???@??? Thu Feb 09 08:18:44 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter337706@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 19234 invoked from network); 9 Feb 2006 08:17:57 -0600
Received: from vm-181-11.vm-mail.com (206.82.181.11)
  by jammtomm.com with SMTP; 9 Feb 2006 08:17:54 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-11.vm-mail.com with SMTP; 09 Feb 2006 08:17:41 -0600
X-ClientHost: 10611111006410609712110709712115112108097099101046099111109
X-MailingID: 337706
From: Inkjet Super Sale <InkjetSupeSale@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337706@vm-rewards.com>
Subject: *****SPAM***** Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Thu Feb 09 07:34:12 2006
X-Persona: <RCW>
Return-Path: <mailcenter337706@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 22592 invoked from network); 9 Feb 2006 09:28:16 -0600
Received: from vm-181-212.vm-mail.com (206.82.181.212)
  by jaykaysplace.com with SMTP; 9 Feb 2006 09:28:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-212.vm-mail.com with SMTP; 09 Feb 2006 09:28:02 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 337706
From: Inkjet Super Sale <InkjetSupeSale@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337706@vm-rewards.com>
Subject:  Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---



**Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Feb 15 09:11:06 2006
X-Persona: <Jay>
Return-Path: <mailcenter337706@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 19269 invoked from network); 9 Feb 2006 08:17:57 -0600
Received: from vm-181-190.vm-mail.com (206.82.181.190)
   by xj4x4.net with SMTP; 9 Feb 2006 08:17:52 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-190.vm-mail.com with SMTP; 09 Feb 2006 08:17:40 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 337706
From: Inkjet Super Sale <InkjetSupeSale@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337706@vm-rewards.com>
Subject: *****SPAM***** Inkjets starting under $2
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





Inkgrabber.com, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 07 20:13:07 2006
Return-Path: <mailcenter334131@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 13411 invoked from network); 4 Jan 2006 18:22:15 -0600
Received: from vm-182-51.vm-mail.com (206.82.182.51)
  by rcw19190020.com with SMTP; 4 Jan 2006 18:22:11 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-51.vm-mail.com with SMTP; 04 Jan 2006 18:21:58 -0600
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 334131
From: Inkjet Super Savings   <InkjetSuperSavings@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334131@vm-rewards.com>
Subject: Inkjets starting under 2 dollars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---

Inkgrabber, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 07 20:13:07 2006
Return-Path: <mailcenter334131@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 14656 invoked from network); 4 Jan 2006 18:22:17 -0600
Received: from vm-182-51.vm-mail.com (206.82.182.51)
  by rcw19190020.com with SMTP; 4 Jan 2006 18:22:16 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-51.vm-mail.com with SMTP; 04 Jan 2006 18:21:58 -0600
X-ClientHost:
10010111909712111010106409711011610411110121099101110116114097108046099111109
X-MailingID: 334131
From: Inkjet Super Savings   <InkjetSuperSavings@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334131@vm-rewards.com>
Subject: Inkjets starting under 2 dollars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**Inkgrabber, 2205 First Street Unit #103, Simi Valley, CA 93065**

If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 07 20:13:07 2006
Return-Path: <mailcenter334131@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 16008 invoked from network); 4 Jan 2006 18:22:20 -0600
Received: from vm-182-51.vm-mail.com (206.82.182.51)
   by rcw19190020.com with SMTP; 4 Jan 2006 18:22:18 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-51.vm-mail.com with SMTP; 04 Jan 2006 18:21:58 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 334131
From: Inkjet Super Savings   <InkjetSuperSavings@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334131@vm-rewards.com>
Subject: Inkjets starting under 2 dollars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---


**Inkgrabber, 2205 First Street Unit #103, Simi Valley, CA 93065**

**If you can not see our footer image, please** visit here.

```
From ???@??? Sat Jan 07 20:13:07 2006
Return-Path: <mailcenter334131@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 17155 invoked from network); 4 Jan 2006 18:22:22 -0600
Received: from vm-182-51.vm-mail.com (206.82.182.51)
  by rcw19190020.com with SMTP; 4 Jan 2006 18:22:21 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-51.vm-mail.com with SMTP; 04 Jan 2006 18:21:58 -0600
X-ClientHost: 11610606409711011610411110121099101110116114097108046099111109
X-MailingID: 334131
From: Inkjet Super Savings   <InkjetSuperSavings@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334131@vm-rewards.com>
Subject: Inkjets starting under 2 dollars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---

Inkgrabber, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 07 20:13:06 2006
Return-Path: <mailcenter334131@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 12193 invoked from network); 4 Jan 2006 18:22:11 -0600
Received: from vm-182-51.vm-mail.com (206.82.182.51)
  by rcw19190020.com with SMTP; 4 Jan 2006 18:22:10 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-51.vm-mail.com with SMTP; 04 Jan 2006 18:21:58 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 334131
From: Inkjet Super Savings    <InkjetSuperSavings@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334131@vm-rewards.com>
Subject: Inkjets starting under 2 dollars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---

 **Inkgrabber, 2205 First Street Unit #103, Simi Valley, CA 93065**



   **If you can not see our footer image, please** visit here.

```
From ???@??? Fri Jan 06 15:27:31 2006
X-Persona: <Celia>
Return-Path: <mailcenter334131@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 16035 invoked from network); 4 Jan 2006 18:46:44 -0600
Received: from vm-180-54.vm-mail.com (206.82.180.54)
   by gnwalpha.org with SMTP; 4 Jan 2006 18:46:40 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-54.vm-mail.com with SMTP; 04 Jan 2006 18:46:28 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 334131
From: Inkjet Super Savings    <InkjetSuperSavings@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334131@vm-rewards.com>
Subject: Inkjets starting under 2 dollars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



Inkgrabber, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Fri Jan 06 15:27:13 2006
X-Persona: <Jay>
Return-Path: <mailcenter334131@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 25317 invoked from network); 4 Jan 2006 18:17:46 -0600
Received: from vm-181-25.vm-mail.com (206.82.181.25)
   by ehahome.com with SMTP; 4 Jan 2006 18:17:45 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-25.vm-mail.com with SMTP; 04 Jan 2006 18:17:32 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 334131
From: Inkjet Super Savings    <InkjetSuperSavings@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334131@vm-rewards.com>
Subject: Inkjets starting under 2 dollars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



Inkgrabber, 2205 First Street Unit #103, Simi Valley, CA 93065

        If you can not see our footer image, please visit here.

```
From ???@??? Fri Jan 06 15:26:13 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter334131@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 11108 invoked from network); 4 Jan 2006 18:16:18 -0600
Received: from vm-181-20.vm-mail.com (206.82.181.20)
  by jaykaysplace.com with SMTP; 4 Jan 2006 18:16:18 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-20.vm-mail.com with SMTP; 04 Jan 2006 18:16:06 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 334131
From: Inkjet Super Savings   <InkjetSuperSavings@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334131@vm-rewards.com>
Subject: Inkjets starting under 2 dollars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Inkgrabber, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Thu Jan 05 19:27:42 2006
X-Persona: <Mila>
Return-Path: <mailcenter334131@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 22464 invoked from network); 4 Jan 2006 18:17:40 -0600
Received: from vm-181-102.vm-mail.com (206.82.181.102)
   by gnwalpha.org with SMTP; 4 Jan 2006 18:17:40 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-102.vm-mail.com with SMTP; 04 Jan 2006 18:17:26 -0600
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 334131
From: Inkjet Super Savings    <InkjetSuperSavings@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334131@vm-rewards.com>
Subject: Inkjets starting under 2 dollars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63
```



---

 Inkgrabber, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Thu Jan 05 14:52:06 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter334131@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 26113 invoked from network); 4 Jan 2006 18:17:46 -0600
Received: from vm-181-27.vm-mail.com (206.82.181.27)
  by jammtomm.com with SMTP; 4 Jan 2006 18:17:46 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-27.vm-mail.com with SMTP; 04 Jan 2006 18:17:32 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460 99111109
X-MailingID: 334131
From: Inkjet Super Savings     <InkjetSuperSavings@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334131@vm-rewards.com>
Subject: Inkjets starting under 2 dollars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



Inkgrabber, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 15:55:20 2006
X-Persona: <RCW>
Return-Path: <mailcenter334131@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 3044 invoked from network); 4 Jan 2006 19:15:20 -0600
Received: from vm-181-218.vm-mail.com (206.82.181.218)
  by omniinnovations.com with SMTP; 4 Jan 2006 19:15:20 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-218.vm-mail.com with SMTP; 04 Jan 2006 19:15:09 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 334131
From: Inkjet Super Savings   <InkjetSuperSavings@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334131@vm-rewards.com>
Subject: Inkjets starting under 2 dollars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Inkgrabber, 2205 First Street Unit #103, Simi Valley, CA 93065

If you can not see our footer image, please visit here.

```
From ???@??? Sun Jun 25 11:05:13 2006
Return-Path: <mailcenter352750@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 29571 invoked from network); 16 Jun 2006 14:59:22 -0600
Received: from vm-186-29.vm-mail.com (206.82.186.29)
   by greatnorthwest-alpha.org with SMTP; 16 Jun 2006 14:59:12 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-29.vm-mail.com with SMTP; 16 Jun 2006 15:59:11 -0500
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 352750
From: Inkjets Liquidation Sale <InkjetsLiquidationSale@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+352750@vm-rewards.com>
Subject: Inkjets under $2 - shipping is on us
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=6.0 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,NORMAL_HTTP_TO_IP,
      RCVD_IN_DYNABLOCK,RCVD_IN_SORBS autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

101Inks 21632 Lassen Street Chatsworth, CA 91311

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Fri Jun 16 14:25:45 2006
X-Persona: <Jay>
Return-Path: <mailcenter352750@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 29571 invoked from network); 16 Jun 2006 14:59:22 -0600
Received: from vm-186-29.vm-mail.com (206.82.186.29)
  by greatnorthwest-alpha.org with SMTP; 16 Jun 2006 14:59:12 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-29.vm-mail.com with SMTP; 16 Jun 2006 15:59:11 -0500
X-ClientHost: 1060971210641060971210991011081050970460099111109
X-MailingID: 352750
From: Inkjets Liquidation Sale <InkjetsLiquidationSale@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+352750@vm-rewards.com>
Subject: Inkjets under $2 - shipping is on us
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=6.0 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,NORMAL_HTTP_TO_IP,
        RCVD_IN_DYNABLOCK,RCVD_IN_SORBS autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

101Inks 21632 Lassen Street Chatsworth, CA 91311

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Fri May 05 07:34:42 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347374@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 22786 invoked from network); 5 May 2006 04:38:15 -0600
Received: from vm-186-118.vm-mail.com (206.82.186.118)
   by jammtomm.com with SMTP; 5 May 2006 04:38:14 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-118.vm-mail.com with SMTP; 05 May 2006 05:38:04 -0500
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 347374
From: Inkjets Liquidation Sale <InkjetsLiquidationSale@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347374@vm-rewards.com>
Subject: Inkjets under $2 dollars - no shipping cost
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



101Inks 21632 Lassen Street Chatsworth, CA 91311

If you can not see our footer image, please visit here.

From ???@??? Fri May 05 07:34:42 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347374@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 24197 invoked from network); 5 May 2006 04:38:18 -0600
Received: from vm-186-118.vm-mail.com (206.82.186.118)
   by jammtomm.com with SMTP; 5 May 2006 04:38:17 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-118.vm-mail.com with SMTP; 05 May 2006 05:38:06 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 347374
From: Inkjets Liquidation Sale <InkjetsLiquidationSale@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347374@vm-rewards.com>
Subject: Inkjets under $2 dollars - no shipping cost
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63

Images not loading? View this offer by visiting this link



101Inks 21632 Lassen Street Chatsworth, CA 91311

If you can not see our footer image, please visit here.

```
From ???@??? Fri May 05 07:34:42 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347374@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 24896 invoked from network); 5 May 2006 04:38:19 -0600
Received: from vm-186-118.vm-mail.com (206.82.186.118)
   by jammtomm.com with SMTP; 5 May 2006 04:38:19 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-118.vm-mail.com with SMTP; 05 May 2006 05:38:06 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 347374
From: Inkjets Liquidation Sale <InkjetsLiquidationSale@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347374@vm-rewards.com>
Subject: Inkjets under $2 dollars - no shipping cost
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



101Inks 21632 Lassen Street Chatsworth, CA 91311

If you can not see our footer image, please visit here.

From ???@??? Fri May 05 07:34:42 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347374@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 26817 invoked from network); 5 May 2006 04:38:24 -0600
Received: from vm-186-118.vm-mail.com (206.82.186.118)
   by jammtomm.com with SMTP; 5 May 2006 04:38:20 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-118.vm-mail.com with SMTP; 05 May 2006 05:38:06 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 347374
From: Inkjets Liquidation Sale <InkjetsLiquidationSale@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347374@vm-rewards.com>
Subject: Inkjets under $2 dollars - no shipping cost
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63


Images not loading? View this offer by visiting this link



101Inks 21632 Lassen Street Chatsworth, CA 91311

If you can not see our footer image, please visit here.

```
From ???@??? Fri May 05 07:34:42 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347374@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 31361 invoked from network); 5 May 2006 04:38:38 -0600
Received: from vm-186-118.vm-mail.com (206.82.186.118)
   by jammtomm.com with SMTP; 5 May 2006 04:38:26 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-118.vm-mail.com with SMTP; 05 May 2006 05:38:06 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 347374
From: Inkjets Liquidation Sale <InkjetsLiquidationSale@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347374@vm-rewards.com>
Subject: Inkjets under $2 dollars - no shipping cost
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



101Inks 21632 Lassen Street Chatsworth, CA 91311

If you can not see our footer image, please visit here.

From ???@??? Fri May 05 07:21:50 2006
X-Persona: <Jay>
Return-Path: <mailcenter347374@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 20161 invoked from network); 5 May 2006 05:19:47 -0600
Received: from vm-185-51.vm-mail.com (206.82.185.51)
  by clrobin.com with SMTP; 5 May 2006 05:19:24 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-51.vm-mail.com with SMTP; 05 May 2006 06:11:51 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 347374
From: Inkjets Liquidation Sale <InkjetsLiquidationSale@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347374@vm-rewards.com>
Subject: Inkjets under $2 dollars - no shipping cost
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.9 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,NO_DNS_FOR_FROM autolearn=no
      version=2.63

Images not loading? View this offer by visiting this link



**101Inks 21632 Lassen Street Chatsworth, CA 91311**

**If you can not see our footer image, please visit here.**

From ???@??? Fri May 05 07:17:41 2006
X-Persona: <Celia>
Return-Path: <mailcenter347374@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 20161 invoked from network); 5 May 2006 05:33:39 -0600
Received: from vm-186-139.vm-mail.com (206.82.186.139)
   by xj4x4.net with SMTP; 5 May 2006 05:33:36 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-139.vm-mail.com with SMTP; 05 May 2006 06:33:17 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 347374
From: Inkjets Liquidation Sale <InkjetsLiquidationSale@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347374@vm-rewards.com>
Subject: Inkjets under $2 dollars - no shipping cost
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63


Images not loading? View this offer by visiting this link



101Inks 21632 Lassen Street Chatsworth, CA 91311

If you can not see our footer image, please visit here.

```
From ???@??? Fri May 05 07:17:36 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter347374@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 12931 invoked from network); 5 May 2006 05:15:34 -0600
Received: from vm-185-110.vm-mail.com (206.82.185.110)
   by celiajay.com with SMTP; 5 May 2006 05:14:37 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-110.vm-mail.com with SMTP; 05 May 2006 06:08:51 -0500
X-ClientHost:
10610510906410511610010510011011111610111010011410510310410460990911109
X-MailingID: 347374
From: Inkjets Liquidation Sale <InkjetsLiquidationSale@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347374@vm-rewards.com>
Subject: Inkjets under $2 dollars - no shipping cost
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



101Inks 21632 Lassen Street Chatsworth, CA 91311

If you can not see our footer image, please visit here.

```
From ???@??? Tue Apr 25 14:07:26 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter345248@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 21984 invoked from network); 23 Apr 2006 13:43:39 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by chiefmusician.net with SMTP; 23 Apr 2006 13:43:36 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 23 Apr 2006 14:43:33 -0500
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 345248
From: Inkjets Liquidation Sale <InkjetsLiquidationSale@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345248@vm-rewards.com>
Subject: *****SPAM***** Inkjets under $2 dollars - no shipping cost
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link





 101Inks 21632 Lassen Street Chatsworth, CA 91311

If you can not see our footer image, please visit here.

```
From ???@??? Mon Apr 24 08:45:23 2006
X-Persona: <Jay>
Return-Path: <mailcenter345248@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 21957 invoked from network); 23 Apr 2006 13:43:39 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by greatnorthwest-alpha.org with SMTP; 23 Apr 2006 13:43:36 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 23 Apr 2006 14:43:33 -0500
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 345248
From: Inkjets Liquidation Sale <InkjetsLiquidationSale@vm-mail.com>
To: jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345248@vm-rewards.com>
Subject: *****SPAM***** Inkjets under $2 dollars - no shipping cost
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_60,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
       autolearn=no version=2.63
X-Spam-Report:
       *  1.9 DATE_MISSING Missing Date: header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  1.6 BAYES_60 BODY: Bayesian spam probability is 60 to 70%
       *      [score: 0.6501]
       *  0.1 HTML_MESSAGE BODY: HTML included in message
       *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link





**101Inks 21632 Lassen Street Chatsworth, CA 91311**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Apr 24 08:44:14 2006
X-Persona: <Jon>
Return-Path: <mailcenter345248@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 21984 invoked from network); 23 Apr 2006 13:43:39 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by chiefmusician.net with SMTP; 23 Apr 2006 13:43:36 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 23 Apr 2006 14:43:33 -0500
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 345248
From: Inkjets Liquidation Sale <InkjetsLiquidationSale@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345248@vm-rewards.com>
Subject: *****SPAM***** Inkjets under $2 dollars - no shipping cost
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link




 101Inks 21632 Lassen Street Chatsworth, CA 91311

If you can not see our footer image, please visit here.

```
From ???@??? Mon Apr 24 08:41:30 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter345248@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 31330 invoked from network); 23 Apr 2006 13:42:55 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by greatnorthwest-alpha.org with SMTP; 23 Apr 2006 13:42:54 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 23 Apr 2006 14:42:52 -0500
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 345248
From: Inkjets Liquidation Sale <InkjetsLiquidationSale@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345248@vm-rewards.com>
Subject: Inkjets under $2 dollars - no shipping cost
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



101Inks 21632 Lassen Street Chatsworth, CA 91311

If you can not see our footer image, please visit here.

```
From ???@??? Mon Apr 24 08:38:14 2006
X-Persona: <Celia>
Return-Path: <mailcenter345248@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 14752 invoked from network); 23 Apr 2006 11:43:48 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by celiajay.com with SMTP; 23 Apr 2006 11:43:47 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 23 Apr 2006 12:43:47 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 345248
From: Inkjets Liquidation Sale <InkjetsLiquidationSale@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345248@vm-rewards.com>
Subject: *****SPAM***** Inkjets under $2 dollars - no shipping cost
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





 101Inks 21632 Lassen Street Chatsworth, CA 91311

If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 23 20:29:00 2006
X-Persona: <Mila>
Return-Path: <mailcenter345248@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
     with SpamAssassin (2.63 2004-01-11);
     Sun, 23 Apr 2006 13:43:18 -0600
From: Inkjets Liquidation Sale <InkjetsLiquidationSale@vm-mail.com>
To: jamila <mila@jammtomm.com>
Subject: *****SPAM***** Inkjets under $2 dollars - no shipping cost
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.1 required=7.0 tests=BAYES_99,DATE_MISSING,
     HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
     MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
     autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_444BD8D6.D585E9F9"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(3503&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(3503&e=mila@jammtomm.com
  URI:http://ogy.cc/squirt/New_2_01.gif [...]

Content analysis details:   (11.1 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
                [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 8768 invoked from network); 23 Apr 2006 13:43:16 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 23 Apr 2006 13:43:15 -0600
Received: from vm-mail.com (10.0.0.42)

```
  by pkc-sb02 with SMTP; 23 Apr 2006 14:43:13 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 345248
From: Inkjets Liquidation Sale <InkjetsLiquidationSale@vm-mail.com>
To: jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345248@vm-rewards.com>
Subject: Inkjets under $2 dollars - no shipping cost
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Inkjets
under $2.htm"
```

```
From ???@??? Thu Apr 20 12:57:39 2006
X-Persona: <Anthony>
Return-Path: <mailcenter344520@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 10500 invoked from network); 20 Apr 2006 10:47:43 -0600
Received: from vm-180-231.vm-mail.com (206.82.180.231)
   by chiefmusician.net with SMTP; 20 Apr 2006 10:47:42 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-231.vm-mail.com with SMTP; 20 Apr 2006 11:47:39 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 344520
From: Inkjets Liquidation Sale <InkjetsLiquidationSale@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344520@vm-rewards.com>
Subject: Inkjets under 2 dollars - no shipping cost
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



101Inks 21632 Lassen Street Chatsworth, CA 91311

If you can not see our footer image, please visit here.

From ???@??? Fri Aug 04 19:38:23 2006
X-Persona: <2nd User>
Return-Path: <mailcenter358196@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 19456 invoked from network); 2 Aug 2006 02:40:54 -0600
Received: from static-vmg-186-181.vm-mail.com (HELO vm-186-181.vm-mail.com)
(206.82.186.181)
  by ehahome.com with SMTP; 2 Aug 2006 02:40:39 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-181.vm-mail.com with SMTP; 02 Aug 2006 03:40:38 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 358196
From: Inkjets Liquidation Sale <InkjetsLiquidationSale@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+358196@vm-rewards.com>
Subject: Inkjets under $2 - shipping is on us!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.0 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,NORMAL_HTTP_TO_IP,
      X_MAIL_ID_PRESENT autolearn=no version=2.63


Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

101Inks 21632 Lassen Street Chatsworth, CA 91311

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Thu Mar 23 09:35:14 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340490@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 6304 invoked from network); 22 Mar 2006 16:10:55 -0600
Received: from vm-181-233.vm-mail.com (206.82.181.233)
  by celiajay.com with SMTP; 22 Mar 2006 16:10:54 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-233.vm-mail.com with SMTP; 22 Mar 2006 16:10:41 -0600
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 340490
From: Inks Outlet <InksOutlet@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340490@vm-rewards.com>
Subject: Up to 80% savings on your ink and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

**Images not loading? View this offer by visiting this link**



---

InksOutlet, 8010 Wayland Ln #1A, Gilroy, CA 95020

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Mar 23 09:35:14 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340490@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 5603 invoked from network); 22 Mar 2006 16:10:54 -0600
Received: from vm-181-233.vm-mail.com (206.82.181.233)
  by celiajay.com with SMTP; 22 Mar 2006 16:10:53 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-233.vm-mail.com with SMTP; 22 Mar 2006 16:10:41 -0600
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 340490
From: Inks Outlet <InksOutlet@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340490@vm-rewards.com>
Subject: Up to 80% savings on your ink and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



---



**InksOutlet, 8010 Wayland Ln #1A, Gilroy, CA 95020**



**If you can not see our footer image, please visit here.**

From ???@??? Fri Apr 28 18:31:53 2006
X-Persona: <Mila>
Return-Path: <mailcenter346278@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 28 Apr 2006 10:24:58 -0600
From: Inks Outlet <InksOutlet@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** We have the products you need at the lowest prices
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.9 required=7.0 tests=BAYES_99,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_445241DA.DCC7D8F2"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(4183&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(4183&e=mila@jammtomm.com
  URI:http://ogy.cc/ankoutlaw.jpg [...]

Content analysis details:   (11.9 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 15072 invoked from network); 28 Apr 2006 10:24:52 -0600
Received: from vm-180-235.vm-mail.com (206.82.180.235)
  by chiefmusician.net with SMTP; 28 Apr 2006 10:24:46 -0600
Received: from vm-mail.com (192.168.3.20)

```
   by vm-180-235.vm-mail.com with SMTP; 28 Apr 2006 11:24:41 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 346278
From: Inks Outlet <InksOutlet@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346278@vm-rewards.com>
Subject: We have the products you need at the lowest prices
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM We have
the prod.htm"
```

```
From ???@??? Tue Jun 08 15:04:28 2004
Return-Path: <mailcenter308878@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 31445 invoked by uid 10003); 8 Jun 2004 20:11:39 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 31440 invoked from network); 8 Jun 2004 20:11:39 -0000
Received: from unknown (HELO vm123.vmadmin.com) (216.64.222.123)
  by ns48.webmasters.com with SMTP; 8 Jun 2004 20:11:39 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm123.vmadmin.com with SMTP; 08 Jun 2004 15:11:40 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 308878
From: InkSavings <InkjetCartridges@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: InkSavings <InkjetCartridges308878@replies.virtumundo.com>
Subject: Low on ink - Valuable Coupon Inside
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

**\*See site for details**

 MyInks is a member of the Southland Better Business Bureau Online Reliability Program. Our address is 501 W. Glenoaks Blvd. #601, Glendale, CA 91202. This is a commercial email. To be excluded from future MyInks mailings, please <u>visit us here</u>. Your request will be promptly honored.

---



MyInks.com, 501 W. Glenoaks Blvd. #601, Glendale, CA 91202

```
From ???@??? Sat Feb 11 10:55:32 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter337760@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 19041 invoked from network); 9 Feb 2006 21:22:10 -0600
Received: from vm-180-251.vm-mail.com (206.82.180.251)
  by omniinnovations.com with SMTP; 9 Feb 2006 21:22:09 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-251.vm-mail.com with SMTP; 09 Feb 2006 21:21:56 -0600
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460991111
09
X-MailingID: 337760
From: Inside Dealer Network <InsideDealerNetwork@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337760@vm-rewards.com>
Subject: New 2007 models have arrived
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



From ???@??? Thu Feb 09 20:25:36 2006
X-Persona: <RCW>
Return-Path: <mailcenter337760@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 7047 invoked from network); 9 Feb 2006 22:16:35 -0600
Received: from vm-180-190.vm-mail.com (206.82.180.190)
  by jammtomm.com with SMTP; 9 Feb 2006 22:16:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-190.vm-mail.com with SMTP; 09 Feb 2006 22:16:22 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 337760
From: Inside Dealer Network <InsideDealerNetwork@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337760@vm-rewards.com>
Subject: New 2007 models have arrived
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



Contact Car 268 Bush Street #4329 San Francisco, CA 94104

If you can not see our footer image, please visit here

From ???@??? Mon Jan 30 16:06:59 2006
X-Persona: <RCW>
Return-Path: <mailcenter336240@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 20003 invoked from network); 25 Jan 2006 19:13:53 -0600
Received: from vm-177-32.vm-mail.com (206.82.177.32)
  by gnwalpha.org with SMTP; 25 Jan 2006 19:13:53 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-32.vm-mail.com with SMTP; 25 Jan 2006 19:13:52 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 336240
From: Inside Dealer Network <InsideDealerNetwork@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336240@vm-rewards.com>
Subject: New 2007 models have arrived
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



From ???@??? Thu Jan 26 11:16:30 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter336240@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 10656 invoked from network); 25 Jan 2006 18:17:04 -0600
Received: from vm-177-64.vm-mail.com (206.82.177.64)
  by jaycelia.com with SMTP; 25 Jan 2006 18:17:03 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-64.vm-mail.com with SMTP; 25 Jan 2006 18:16:58 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 336240
From: Inside Dealer Network <InsideDealerNetwork@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336240@vm-rewards.com>
Subject: New 2007 models have arrived
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



```
From ???@??? Fri Apr 07 12:17:17 2006
Return-Path: <mailcenter341322@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 25793 invoked from network); 1 Apr 2006 08:32:28 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by ehahome.com with SMTP; 1 Apr 2006 08:32:26 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 01 Apr 2006 08:32:01 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 341322
From: Inside Deals <InsideDeals@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341322@vm-rewards.com>
Subject: *****SPAM***** Get your new 2007 vehicle now below sticker price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
X-Spam-Report:
      * 1.9 DATE_MISSING Missing Date: header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
      *      [score: 0.4999]
      * 0.1 HTML_MESSAGE BODY: HTML included in message
      * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link





 CAR, 11718 Barrington Court, Suite 129, Los Angeles, CA, 90049

If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 07 12:17:17 2006
Return-Path: <mailcenter341322@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 27008 invoked from network); 1 Apr 2006 08:32:41 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by ehahome.com with SMTP; 1 Apr 2006 08:32:29 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 01 Apr 2006 08:32:01 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 341322
From: Inside Deals <InsideDeals@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341322@vm-rewards.com>
Subject: *****SPAM***** Get your new 2007 vehicle now below sticker price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
      *      [score: 0.4999]
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link





 CAR, 11718 Barrington Court, Suite 129, Los Angeles, CA, 90049

If you can not see our footer image, please visit here.

From ???@??? Fri Apr 07 12:17:17 2006
Return-Path: <mailcenter341322@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 27842 invoked from network); 1 Apr 2006 08:32:43 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by ehahome.com with SMTP; 1 Apr 2006 08:32:42 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 01 Apr 2006 08:32:01 -0600
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 341322
From: Inside Deals <InsideDeals@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341322@vm-rewards.com>
Subject: *****SPAM***** Get your new 2007 vehicle now below sticker price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
        *      [score: 0.4999]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]


Images not loading? View this offer by visiting this link





 CAR, 11718 Barrington Court, Suite 129, Los Angeles, CA, 90049

If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 07 12:17:17 2006
Return-Path: <mailcenter341322@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 28579 invoked from network); 1 Apr 2006 08:32:47 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by ehahome.com with SMTP; 1 Apr 2006 08:32:44 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 01 Apr 2006 08:32:01 -0600
X-ClientHost: 11610606409711011610411110121099101110116114097108046099111109
X-MailingID: 341322
From: Inside Deals <InsideDeals@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341322@vm-rewards.com>
Subject: *****SPAM***** Get your new 2007 vehicle now below sticker price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
        *      [score: 0.4999]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link





 CAR, 11718 Barrington Court, Suite 129, Los Angeles, CA, 90049

If you can not see our footer image, please visit here.

From ???@??? Thu Apr 06 22:07:29 2006
X-Persona: <Mila>
Return-Path: <mailcenter341322@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Sat, 01 Apr 2006 13:57:24 -0600
From: Inside Deals <InsideDeals@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Get your new 2007 vehicle now below sticker price
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *************
X-Spam-Status: Yes, hits=13.3 required=7.0 tests=BAYES_99,BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
       autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_442EDB24.66EC4E14"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
   URI:http://redirect.virtumundo.com/ct?i(0737&e=mila@jammtomm.com
   visiting this link
   URI:http://redirect.virtumundo.com/ct?i(0737&e=mila@jammtomm.com
   URI:http://ogy.cc/newestcoy/index_01.gif [...]

Content analysis details:   (13.3 points, 7.0 required)

 pts rule name                description
 ---- -------------------- --------------------------------------------------
 1.9 DATE_MISSING             Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE             BODY: HTML included in message
 5.4 BAYES_99                 BODY: Bayesian spam probability is 99 to 100%
                              [score: 1.0000]
 0.3 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 2.1 BLANK_LINES_70_80     BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
              [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 30850 invoked from network); 1 Apr 2006 13:57:18 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by jaykaysplace.com with SMTP; 1 Apr 2006 13:57:17 -0600

```
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 01 Apr 2006 13:57:14 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 341322
From: Inside Deals <InsideDeals@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341322@vm-rewards.com>
Subject: Get your new 2007 vehicle now below sticker price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get your
new 200.htm"
```

```
From ???@??? Sun Apr 02 17:20:49 2006
X-Persona: <Jay>
Return-Path: <mailcenter341322@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 4032 invoked from network); 1 Apr 2006 13:57:37 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by clrobin.com with SMTP; 1 Apr 2006 13:57:33 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 01 Apr 2006 13:57:28 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 341322
From: Inside Deals <InsideDeals@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341322@vm-rewards.com>
Subject: *****SPAM***** Get your new 2007 vehicle now below sticker price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BAYES_56,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 BAYES_56 BODY: Bayesian spam probability is 56 to 60%
        *      [score: 0.5738]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link





 CAR, 11718 Barrington Court, Suite 129, Los Angeles, CA, 90049

If you can not see our footer image, please visit here.

From ???@??? Sun Apr 02 17:04:53 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter341322@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 21155 invoked from network); 1 Apr 2006 13:55:25 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by itdidnotendright.com with SMTP; 1 Apr 2006 13:55:23 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 01 Apr 2006 13:55:20 -0600
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460991111109
X-MailingID: 341322
From: Inside Deals <InsideDeals@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341322@vm-rewards.com>
Subject: Get your new 2007 vehicle now below sticker price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link



CAR, 11718 Barrington Court, Suite 129, Los Angeles, CA, 90049

If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 02 17:03:51 2006
X-Persona: <Celia>
Return-Path: <mailcenter341322@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 32197 invoked from network); 1 Apr 2006 09:11:51 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by itdidnotendright.com with SMTP; 1 Apr 2006 09:11:49 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 01 Apr 2006 09:11:29 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 341322
From: Inside Deals <InsideDeals@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341322@vm-rewards.com>
Subject: *****SPAM***** Get your new 2007 vehicle now below sticker price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=10.4 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_BALANCE_BODY,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.3 HTML_TAG_BALANCE_BODY BODY: HTML has unbalanced "body" tags
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link





CAR, 11718 Barrington Court, Suite 129, Los Angeles, CA, 90049

If you can not see our footer image, please visit here.

```
From ???@??? Sat Apr 01 20:38:15 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter341322@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 5799 invoked from network); 1 Apr 2006 13:57:39 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by xj4x4.net with SMTP; 1 Apr 2006 13:57:36 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 01 Apr 2006 13:57:30 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 341322
From: Inside Deals <InsideDeals@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341322@vm-rewards.com>
Subject: *****SPAM***** Get your new 2007 vehicle now below sticker price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.4 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_TAG_BALANCE_BODY,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.3 HTML_TAG_BALANCE_BODY BODY: HTML has unbalanced "body" tags
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link





CAR, 11718 Barrington Court, Suite 129, Los Angeles, CA, 90049

If you can not see our footer image, please visit here.

```
From ???@??? Tue Mar 07 16:10:38 2006
X-Persona: <Jay>
Return-Path: <mailcenter339584@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 5344 invoked from network); 7 Mar 2006 11:13:39 -0600
Received: from vm-180-51.vm-mail.com (206.82.180.51)
    by xj4x4.net with SMTP; 7 Mar 2006 11:13:39 -0600
Received: from vm-mail.com (192.168.3.20)
    by vm-180-51.vm-mail.com with SMTP; 07 Mar 2006 11:13:26 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 339584
From: Inside Deals <InsideDeals@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339584@vm-rewards.com>
Subject: *****SPAM***** Your new 2006 vehicle now below sticker price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       HTML_TAG_BALANCE_BODY,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
       MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.3 HTML_TAG_BALANCE_BODY BODY: HTML has unbalanced "body" tags
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





 CAR, 11718 Barrington Court, Suite 129, Los Angeles, CA, 90049

If you can not see our footer image, please visit here.

```
From ???@??? Tue Mar 07 16:06:20 2006
X-Persona: <Jon>
Return-Path: <mailcenter339584@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 5408 invoked from network); 7 Mar 2006 11:13:39 -0600
Received: from vm-180-52.vm-mail.com (206.82.180.52)
   by xj4x4.net with SMTP; 7 Mar 2006 11:13:39 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-52.vm-mail.com with SMTP; 07 Mar 2006 11:13:26 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460099111109
X-MailingID: 339584
From: Inside Deals <InsideDeals@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339584@vm-rewards.com>
Subject: *****SPAM***** Your new 2006 vehicle now below sticker price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_BALANCE_BODY,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.3 HTML_TAG_BALANCE_BODY BODY: HTML has unbalanced "body" tags
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





 CAR, 11718 Barrington Court, Suite 129, Los Angeles, CA, 90049

If you can not see our footer image, please visit here.

From ???@??? Fri Apr 07 12:17:17 2006
Return-Path: <mailcenter341322@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 24672 invoked from network); 1 Apr 2006 08:32:23 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by ehahome.com with SMTP; 1 Apr 2006 08:32:18 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 01 Apr 2006 08:32:01 -0600
X-ClientHost:
0971101160640971101161041111012109910111011611409710804609911109
X-MailingID: 341322
From: Inside Deals <InsideDeals@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341322@vm-rewards.com>
Subject: *****SPAM***** Get your new 2007 vehicle now below sticker price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
      *      [score: 0.4999]
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]


Images not loading? View this offer by visiting this link





 CAR, 11718 Barrington Court, Suite 129, Los Angeles, CA, 90049

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 20:13:45 2006
X-Persona: <Jay>
Return-Path: <mailcenter334001@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 3555 invoked from network); 2 Jan 2006 09:29:51 -0600
Received: from vm-182-167.vm-mail.com (206.82.182.167)
  by jaykaysplace.com with SMTP; 2 Jan 2006 09:29:51 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-167.vm-mail.com with SMTP; 01 Jan 2006 09:08:09 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 334001
From: Insider Blackjack Secrets <InsiderBlackjackSecrets@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334001@vm-rewards.com>
Subject: *****SPAM***** Make a mint at casino blackjack
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        * 1.0 DATE_MISSING Missing Date: header
        * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.0 HTML_MESSAGE BODY: HTML included in message
        * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```





**Postfach, 218, A-170, Vienna, Austria**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Tue Jan 03 20:06:31 2006
X-Persona: <Jon>
Return-Path: <mailcenter334001@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 28771 invoked from network); 1 Jan 2006 09:08:48 -0600
Received: from vm-182-14.vm-mail.com (206.82.182.14)
  by celiajay.com with SMTP; 1 Jan 2006 09:08:48 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-14.vm-mail.com with SMTP; 01 Jan 2006 09:08:36 -0600
X-ClientHost: 10611111006410609712110709712111511121080970991010460099111109
X-MailingID: 334001
From: Insider Blackjack Secrets <InsiderBlackjackSecrets@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334001@vm-rewards.com>
Subject: *****SPAM***** Make a mint at casino blackjack
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



**Postfach, 218, A-170, Vienna, Austria**

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 19:55:13 2006
X-Persona: <Jon>
Return-Path: <mailcenter334001@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 28771 invoked from network); 1 Jan 2006 09:08:48 -0600
Received: from vm-182-14.vm-mail.com (206.82.182.14)
  by celiajay.com with SMTP; 1 Jan 2006 09:08:48 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-14.vm-mail.com with SMTP; 01 Jan 2006 09:08:36 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 334001
From: Insider Blackjack Secrets <InsiderBlackjackSecrets@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334001@vm-rewards.com>
Subject: *****SPAM***** Make a mint at casino blackjack
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



**Postfach, 218, A-170, Vienna, Austria**

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 19:03:38 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter334001@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 25830 invoked from network); 1 Jan 2006 09:07:47 -0600
Received: from vm-182-36.vm-mail.com (206.82.182.36)
  by jaycelia.com with SMTP; 1 Jan 2006 09:07:47 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-36.vm-mail.com with SMTP; 01 Jan 2006 09:07:34 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310410046099111109
X-MailingID: 334001
From: Insider Blackjack Secrets <InsiderBlackjackSecrets@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334001@vm-rewards.com>
Subject: Make a mint at casino blackjack
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Postfach, 218, A-170, Vienna, Austria

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 19:02:13 2006
X-Persona: <Celia>
Return-Path: <mailcenter334001@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 16003 invoked from network); 1 Jan 2006 09:14:15 -0600
Received: from vm-181-186.vm-mail.com (206.82.181.186)
  by jammtomm.com with SMTP; 1 Jan 2006 09:14:14 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-186.vm-mail.com with SMTP; 01 Jan 2006 09:14:03 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 334001
From: Insider Blackjack Secrets <InsiderBlackjackSecrets@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334001@vm-rewards.com>
Subject: *****SPAM***** Make a mint at casino blackjack
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```





**Postfach, 218, A-170, Vienna, Austria**

**If you can not see our footer image, please** visit here.

```
From ???@??? Tue Jan 03 18:35:39 2006
Return-Path: <mailcenter334001@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 28644 invoked from network); 1 Jan 2006 09:02:12 -0600
Received: from vm-180-233.vm-mail.com (206.82.180.233)
  by jaykaysplace.com with SMTP; 1 Jan 2006 09:02:12 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-233.vm-mail.com with SMTP; 01 Jan 2006 09:02:01 -0600
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 334001
From: Insider Blackjack Secrets <InsiderBlackjackSecrets@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334001@vm-rewards.com>
Subject: Make a mint at casino blackjack
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



 **Postfach, 218, A-170, Vienna, Austria**

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 18:35:39 2006
Return-Path: <mailcenter334001@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 29891 invoked from network); 1 Jan 2006 09:02:17 -0600
Received: from vm-180-233.vm-mail.com (206.82.180.233)
  by jaykaysplace.com with SMTP; 1 Jan 2006 09:02:17 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-233.vm-mail.com with SMTP; 01 Jan 2006 09:02:01 -0600
X-ClientHost:
099104117099107064097110116104111101210991011101161140971080460991111109
X-MailingID: 334001
From: Insider Blackjack Secrets <InsiderBlackjackSecrets@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334001@vm-rewards.com>
Subject: Make a mint at casino blackjack
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



 Postfach, 218, A-170, Vienna, Austria

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 18:35:39 2006
Return-Path: <mailcenter334001@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 30723 invoked from network); 1 Jan 2006 09:02:18 -0600
Received: from vm-180-233.vm-mail.com (206.82.180.233)
   by jaykaysplace.com with SMTP; 1 Jan 2006 09:02:18 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-233.vm-mail.com with SMTP; 01 Jan 2006 09:02:01 -0600
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710804609911109
X-MailingID: 334001
From: Insider Blackjack Secrets <InsiderBlackjackSecrets@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334001@vm-rewards.com>
Subject: Make a mint at casino blackjack
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



 **Postfach, 218, A-170, Vienna, Austria**

**If you can not see our footer image, please** visit here.

```
From ???@??? Tue Jan 03 18:35:39 2006
Return-Path: <mailcenter334001@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 31842 invoked from network); 1 Jan 2006 09:02:20 -0600
Received: from vm-180-233.vm-mail.com (206.82.180.233)
   by jaykaysplace.com with SMTP; 1 Jan 2006 09:02:19 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-233.vm-mail.com with SMTP; 01 Jan 2006 09:02:01 -0600
X-ClientHost:
1150971101001210640971101161041111012109910111011611409710804609911109
X-MailingID: 334001
From: Insider Blackjack Secrets <InsiderBlackjackSecrets@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334001@vm-rewards.com>
Subject: Make a mint at casino blackjack
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```





Postfach, 218, A-170, Vienna, Austria

If you can not see our footer image, please *visit here*.

```
From ???@??? Tue Jan 03 18:35:39 2006
Return-Path: <mailcenter334001@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 583 invoked from network); 1 Jan 2006 09:02:21 -0600
Received: from vm-180-233.vm-mail.com (206.82.180.233)
   by jaykaysplace.com with SMTP; 1 Jan 2006 09:02:20 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-233.vm-mail.com with SMTP; 01 Jan 2006 09:02:01 -0600
X-ClientHost: 1161060640971101161041111012109910111011611409710804609911109
X-MailingID: 334001
From: Insider Blackjack Secrets <InsiderBlackjackSecrets@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334001@vm-rewards.com>
Subject: Make a mint at casino blackjack
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



Postfach, 218, A-170, Vienna, Austria

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 15:53:46 2006
X-Persona: <RCW>
Return-Path: <mailcenter334001@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 11618 invoked from network); 1 Jan 2006 09:38:39 -0600
Received: from vm-182-81.vm-mail.com (206.82.182.81)
  by ehahome.com with SMTP; 1 Jan 2006 09:38:38 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-81.vm-mail.com with SMTP; 01 Jan 2006 09:38:27 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 334001
From: Insider Blackjack Secrets <InsiderBlackjackSecrets@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334001@vm-rewards.com>
Subject: Make a mint at casino blackjack
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Postfach, 218, A-170, Vienna, Austria

If you can not see our footer image, please *visit here*.

From ???@??? Wed May 17 21:03:24 2006
X-Persona: <Mila>
Return-Path: <mailcenter349056@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 17 May 2006 07:13:02 -0600
From: Instant Auto Insurance Quotes <InstantAutoInsuranceQuotes@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Compare your auto insurance, quickly
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ************
X-Spam-Status: Yes, hits=12.4 required=7.0 tests=BAYES_99,DATE_MISSING,
      HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
      RCVD_IN_SORBS autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_446B215E.2AD2C332"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(6605&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(6605&e=mila@jammtomm.com
  URI:http://ogy.cc/redcar/e-mail_auto_013-001.gif [...]

Content analysis details:   (12.4 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 0.9963]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_50_60             BODY: Message is 50% to 60% HTML
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.1 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
 2.6 RCVD_IN_DYNABLOCK      RBL: Sent directly from dynamic IP address
                            [206.82.185.228 listed in dnsbl.sorbs.net]
 0.1 RCVD_IN_SORBS          RBL: SORBS: sender is listed in SORBS
                            [206.82.185.228 listed in dnsbl.sorbs.net]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 31492 invoked from network); 17 May 2006 07:13:02 -0600
Received: from vm-185-228.vm-mail.com (206.82.185.228)
  by omniinnovations.com with SMTP; 17 May 2006 07:13:01 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-228.vm-mail.com with SMTP; 17 May 2006 08:12:58 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 349056
From: Instant Auto Insurance Quotes <InstantAutoInsuranceQuotes@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+349056@vm-rewards.com>
Subject: Compare your auto insurance, quickly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Compare
your aut.htm"
```

From ???@??? Thu Apr 27 13:03:59 2006
X-Persona: <Mila>
Return-Path: <mailcenter346036@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 26 Apr 2006 22:34:47 -0600
From: Instant Auto Insurance Quotes <InstantAutoInsuranceQuotes@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Compare your auto insurance, quickly
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.6 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_445049E7.0F582306"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(3961&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(3961&e=mila@jammtomm.com
  URI:http://ogy.cc/redcar/e-mail_auto_013-001.gif [...]

Content analysis details:   (9.6 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 13858 invoked from network); 26 Apr 2006 22:34:45 -0600
Received: from vm-186-239.vm-mail.com (206.82.186.239)
  by omniinnovations.com with SMTP; 26 Apr 2006 22:34:42 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-239.vm-mail.com with SMTP; 26 Apr 2006 23:34:34 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 346036

From: Instant Auto Insurance Quotes <InstantAutoInsuranceQuotes@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346036@vm-rewards.com>
Subject: Compare your auto insurance, quickly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Compare
your aut1.htm"

```
From ???@??? Thu Apr 27 08:24:53 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346036@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 2308 invoked from network); 26 Apr 2006 19:48:19 -0600
Received: from vm-185-15.vm-mail.com (206.82.185.15)
  by jaycelia.com with SMTP; 26 Apr 2006 19:48:18 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-15.vm-mail.com with SMTP; 26 Apr 2006 20:48:16 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 346036
From: Instant Auto Insurance Quotes <InstantAutoInsuranceQuotes@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346036@vm-rewards.com>
Subject: Compare your auto insurance, quickly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_56,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



InsWeb Corporation P.O. Box 580 Gold River, CA 95741 - 0580

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 27 08:24:53 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346036@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 2916 invoked from network); 26 Apr 2006 19:48:19 -0600
Received: from vm-185-15.vm-mail.com (206.82.185.15)
  by jaycelia.com with SMTP; 26 Apr 2006 19:48:19 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-15.vm-mail.com with SMTP; 26 Apr 2006 20:48:16 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 346036
From: Instant Auto Insurance Quotes <InstantAutoInsuranceQuotes@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346036@vm-rewards.com>
Subject: Compare your auto insurance, quickly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_56,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



 InsWeb Corporation P.O. Box 580 Gold River, CA 95741 - 0580



If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 27 08:24:53 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346036@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 2308 invoked from network); 26 Apr 2006 19:48:19 -0600
Received: from vm-185-15.vm-mail.com (206.82.185.15)
  by jaycelia.com with SMTP; 26 Apr 2006 19:48:18 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-15.vm-mail.com with SMTP; 26 Apr 2006 20:48:16 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 346036
From: Instant Auto Insurance Quotes <InstantAutoInsuranceQuotes@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346036@vm-rewards.com>
Subject: Compare your auto insurance, quickly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_56,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



InsWeb Corporation P.O. Box 580 Gold River, CA 95741 - 0580

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 27 08:24:53 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346036@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 2916 invoked from network); 26 Apr 2006 19:48:19 -0600
Received: from vm-185-15.vm-mail.com (206.82.185.15)
  by jaycelia.com with SMTP; 26 Apr 2006 19:48:19 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-15.vm-mail.com with SMTP; 26 Apr 2006 20:48:16 -0500
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 346036
From: Instant Auto Insurance Quotes <InstantAutoInsuranceQuotes@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346036@vm-rewards.com>
Subject: Compare your auto insurance, quickly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_56,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



InsWeb Corporation P.O. Box 580 Gold River, CA 95741 - 0580

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 27 08:06:21 2006
X-Persona: <Jay>
Return-Path: <mailcenter346036@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 28742 invoked from network); 26 Apr 2006 22:35:08 -0600
Received: from vm-186-137.vm-mail.com (206.82.186.137)
   by chiefmusician.net with SMTP; 26 Apr 2006 22:35:04 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-137.vm-mail.com with SMTP; 26 Apr 2006 23:35:00 -0500
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 346036
From: Instant Auto Insurance Quotes <InstantAutoInsuranceQuotes@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346036@vm-rewards.com>
Subject: Compare your auto insurance, quickly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.9 required=7.0 tests=BAYES_80,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



InsWeb Corporation P.O. Box 580 Gold River, CA 95741 - 0580

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 27 07:58:50 2006
X-Persona: <Celia>
Return-Path: <mailcenter346036@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 8034 invoked from network); 26 Apr 2006 20:45:09 -0600
Received: from vm-185-145.vm-mail.com (206.82.185.145)
  by jaycelia.com with SMTP; 26 Apr 2006 20:45:09 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-145.vm-mail.com with SMTP; 26 Apr 2006 21:45:07 -0500
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 346036
From: Instant Auto Insurance Quotes <InstantAutoInsuranceQuotes@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346036@vm-rewards.com>
Subject: Compare your auto insurance, quickly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



InsWeb Corporation P.O. Box 580 Gold River, CA 95741 - 0580

If you can not see our footer image, please visit here.

From ???@??? Thu Apr 20 12:48:00 2006
X-Persona: <Anthony>
Return-Path: <mailcenter344116@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 20069 invoked from network); 19 Apr 2006 05:30:28 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by jaycelia.com with SMTP; 19 Apr 2006 05:30:25 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 19 Apr 2006 06:29:56 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 344116
From: Instant Auto Insurance Quotes <InstantAutoInsuranceQuotes@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344116@vm-rewards.com>
Subject: *****SPAM***** Compare your auto insurance, quickly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_60,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  1.6 BAYES_60 BODY: Bayesian spam probability is 60 to 70%
        *      [score: 0.6026]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]

Images not loading? View this offer by visiting this link





 **InsWeb Corporation P.O. Box 580 Gold River, CA 95741 - 0580**



**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 20 12:48:00 2006
X-Persona: <Anthony>
Return-Path: <mailcenter344116@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 23904 invoked from network); 19 Apr 2006 05:30:36 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by jaycelia.com with SMTP; 19 Apr 2006 05:30:31 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 19 Apr 2006 06:29:56 -0500
X-ClientHost: 116106064097110116104111101210991011101161140971080460991111109
X-MailingID: 344116
From: Instant Auto Insurance Quotes <InstantAutoInsuranceQuotes@vm-mail.com>
To: tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344116@vm-rewards.com>
Subject: *****SPAM***** Compare your auto insurance, quickly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_60,DATE_MISSING,
    HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
    MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
    autolearn=no version=2.63
X-Spam-Report:
    *  1.9 DATE_MISSING Missing Date: header
    *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
    *  1.6 BAYES_60 BODY: Bayesian spam probability is 60 to 70%
    *      [score: 0.6026]
    *  0.1 HTML_MESSAGE BODY: HTML included in message
    *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
    *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
    *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
    *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
    *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link





 **InsWeb Corporation P.O. Box 580 Gold River, CA 95741 - 0580**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 20 12:41:44 2006
X-Persona: <Mila>
Return-Path: <mailcenter344116@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 19 Apr 2006 01:39:21 -0600
From: Instant Auto Insurance Quotes <InstantAutoInsuranceQuotes@vm-mail.com>
To: jamila <mila@jammtomm.com>
Subject: *****SPAM***** Compare your auto insurance, quickly
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.1 required=7.0 tests=BAYES_99,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4445E929.BCB4E723"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(2741&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(2741&e=mila@jammtomm.com
  URI:http://ogy.cc/redcar/e-mail_auto_013-001.gif [...]

Content analysis details:   (11.1 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
             [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 31712 invoked from network); 19 Apr 2006 01:39:20 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by gordonworks.com with SMTP; 19 Apr 2006 01:39:19 -0600
Received: from vm-mail.com (10.0.0.42)
```

```
  by pkc-sb01 with SMTP; 19 Apr 2006 02:39:14 -0500
X-ClientHost: 1091051080970641060971091091161111091090460099111109
X-MailingID: 344116
From: Instant Auto Insurance Quotes <InstantAutoInsuranceQuotes@vm-mail.com>
To: jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344116@vm-rewards.com>
Subject: Compare your auto insurance, quickly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Compare
your aut.htm"
```

```
From ???@??? Thu Apr 20 12:29:52 2006
X-Persona: <Jay>
Return-Path: <mailcenter344116@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 416 invoked from network); 19 Apr 2006 01:39:21 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by clrobin.com with SMTP; 19 Apr 2006 01:39:20 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 19 Apr 2006 02:39:19 -0500
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 344116
From: Instant Auto Insurance Quotes <InstantAutoInsuranceQuotes@vm-mail.com>
To: jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344116@vm-rewards.com>
Subject: *****SPAM***** Compare your auto insurance, quickly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.4 required=7.0 tests=BAYES_80,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  1.7 BAYES_80 BODY: Bayesian spam probability is 80 to 90%
        *      [score: 0.8804]
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





 **InsWeb Corporation P.O. Box 580 Gold River, CA 95741 - 0580**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 20 12:22:59 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter344116@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 15750 invoked from network); 19 Apr 2006 01:38:39 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by greatnorthwest-alpha.org with SMTP; 19 Apr 2006 01:38:39 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 19 Apr 2006 02:38:38 -0500
X-ClientHost:
10610510906410511610010510010101011011101101001141051031041160460991111109
X-MailingID: 344116
From: Instant Auto Insurance Quotes <InstantAutoInsuranceQuotes@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344116@vm-rewards.com>
Subject: Compare your auto insurance, quickly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



InsWeb Corporation P.O. Box 580 Gold River, CA 95741 - 0580

If you can not see our footer image, please visit here.

From ???@??? Thu Apr 20 12:20:40 2006
X-Persona: <Celia>
Return-Path: <mailcenter344116@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 12067 invoked from network); 19 Apr 2006 15:44:12 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by omniinnovations.com with SMTP; 19 Apr 2006 15:44:11 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 19 Apr 2006 16:43:56 -0500
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 344116
From: Instant Auto Insurance Quotes <InstantAutoInsuranceQuotes@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344116@vm-rewards.com>
Subject: *****SPAM***** Compare your auto insurance, quickly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]


Images not loading? View this offer by visiting this link





 **InsWeb Corporation P.O. Box 580 Gold River, CA 95741 - 0580**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Apr 19 09:15:13 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter344116@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 1698 invoked from network); 19 Apr 2006 01:39:22 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by anthonycentral.com with SMTP; 19 Apr 2006 01:39:21 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 19 Apr 2006 02:39:20 -0500
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 344116
From: Instant Auto Insurance Quotes <InstantAutoInsuranceQuotes@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344116@vm-rewards.com>
Subject: *****SPAM***** Compare your auto insurance, quickly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





 **InsWeb Corporation P.O. Box 580 Gold River, CA 95741 – 0580**



**If you can not see our footer image, please visit here.**

```
From ???@??? Fri May 19 12:58:50 2006
X-Persona: <Jay>
Return-Path: <mailcenter349056@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 5090 invoked from network); 17 May 2006 07:13:15 -0600
Received: from vm-185-100.vm-mail.com (206.82.185.100)
  by jaykaysplace.com with SMTP; 17 May 2006 07:13:15 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-100.vm-mail.com with SMTP; 17 May 2006 08:13:13 -0500
X-ClientHost: 1060971210641060971210991011081050970460099111109
X-MailingID: 349056
From: Instant Auto Insurance Quotes <InstantAutoInsuranceQuotes@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+349056@vm-rewards.com>
Subject: *****SPAM***** Compare your auto insurance, quickly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.6 required=7.0 tests=BAYES_60,DATE_MISSING,
        HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
        RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  1.6 BAYES_60 BODY: Bayesian spam probability is 60 to 70%
        *      [score: 0.6480]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *      [206.82.185.100 listed in dnsbl.sorbs.net]
        *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *      [206.82.185.100 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link







This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

InsWeb Corporation P.O. Box 580 Gold River, CA 95741 - 0580

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Tue Oct 11 18:20:55 2005
X-Persona: <Indi>
Return-Path: <mailcenter330438@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 06 Oct 2005 10:13:29 -0600
From: Instant Car Loan <InstantCarLoan@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** No hassle, no fee auto loan quotes
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43454D29.7761634D"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4491&e=indi@jammtomm.com
  URI:http://ogy.cc/papiercassel.jpg
  URI:http://redirect.virtumundo.com/bt?m30438&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                 [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 31432 invoked from network); 6 Oct 2005 10:13:29 -0600
Received: from vm-183-83.vm-mail.com (206.82.183.83)
  by xj4x4.net with SMTP; 6 Oct 2005 10:13:29 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-83.vm-mail.com with SMTP; 06 Oct 2005 11:13:29 -0500

```
X-ClientHost: 1051101001050641060971091091161111091109046099111109
X-MailingID: 330438
From: Instant Car Loan <InstantCarLoan@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330438@vm-rewards.com>
Subject: No hassle, no fee auto loan quotes
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM No hassle,
no fe.htm"
```

```
From ???@??? Fri Apr 07 12:53:16 2006
Return-Path: <mailcenter342134@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 9440 invoked from network); 4 Apr 2006 14:13:53 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by itdidnotendright.com with SMTP; 4 Apr 2006 14:13:37 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 04 Apr 2006 15:13:32 -0500
X-ClientHost:
100101119097121110101064097110116104111101210991011101161140971080046099111109
X-MailingID: 342134
From: Instant Debt Relief <InstantDebtRelief@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342134@vm-rewards.com>
Subject: Reduce your credit card debt
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
      SUBJ_YOUR_DEBT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





Find Your Customers, Inc. 770 Sycamore Ave., Suite J Vista, CA 92081

If you can not see our footer image, please visit here.

```
From ???@??? Mon Apr 24 08:42:40 2006
X-Persona: <Jay>
Return-Path: <mailcenter345090@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 24896 invoked from network); 22 Apr 2006 13:22:42 -0600
Received: from vm-181-108.vm-mail.com (206.82.181.108)
   by ehahome.com with SMTP; 22 Apr 2006 13:22:42 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-108.vm-mail.com with SMTP; 22 Apr 2006 14:22:42 -0500
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 345090
From: Instant Debt Relief <InstantDebtRelief@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345090@vm-rewards.com>
Subject: Reduce your credit card debt
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.0 required=7.0 tests=BAYES_56,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SUBJ_YOUR_DEBT autolearn=no
       version=2.63
```

Images not loading? View this offer by visiting this link





**Find Your Customers, Inc. 770 Sycamore Ave., Suite J Vista, CA 92081**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Mar 16 15:33:08 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340088@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 834 invoked from network); 16 Mar 2006 14:36:08 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by omniinnovations.com with SMTP; 16 Mar 2006 14:36:07 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 16 Mar 2006 14:35:53 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 340088
From: Insurance Quote <InsuranceQuote@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340088@vm-rewards.com>
Subject: *****SPAM***** Are you paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *     [score: 0.5560]
        *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link



---

 Answer Financial Inc., 15910 Ventura Boulevard, Encino, CA 91436



        If you can not see our footer image, please visit here.

From ???@??? Thu Mar 16 15:33:08 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340088@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 4742 invoked from network); 16 Mar 2006 14:36:17 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by omniinnovations.com with SMTP; 16 Mar 2006 14:36:08 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 16 Mar 2006 14:35:53 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 340088
From: Insurance Quote <InsuranceQuote@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340088@vm-rewards.com>
Subject: *****SPAM***** Are you paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
       *  1.9 DATE_MISSING Missing Date: header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.1 HTML_MESSAGE BODY: HTML included in message
       *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
       *      [score: 0.5560]
       *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]


Images not loading? View this offer by visiting this link




---

 Answer Financial Inc., 15910 Ventura Boulevard, Encino, CA 91436



       If you can not see our footer image, please visit here.

```
From ???@??? Thu Mar 16 15:33:08 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340088@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 6883 invoked from network); 16 Mar 2006 14:36:20 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by omniinnovations.com with SMTP; 16 Mar 2006 14:36:18 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 16 Mar 2006 14:35:53 -0600
X-ClientHost:
1150971101001210640971101161041111012109910111011611409710804609911109
X-MailingID: 340088
From: Insurance Quote <InsuranceQuote@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340088@vm-rewards.com>
Subject: *****SPAM***** Are you paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5560]
        *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

**Images not loading? View this offer by visiting this link**



---

 **Answer Financial Inc., 15910 Ventura Boulevard, Encino, CA 91436**



        **If you can not see our footer image, please visit here.**

```
From ???@??? Thu Mar 16 15:33:08 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340088@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 8227 invoked from network); 16 Mar 2006 14:36:22 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by omniinnovations.com with SMTP; 16 Mar 2006 14:36:21 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 16 Mar 2006 14:35:53 -0600
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 340088
From: Insurance Quote <InsuranceQuote@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340088@vm-rewards.com>
Subject: *****SPAM***** Are you paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
       *  1.9 DATE_MISSING Missing Date: header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.1 HTML_MESSAGE BODY: HTML included in message
       *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
       *      [score: 0.5560]
       *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link



---

 Answer Financial Inc., 15910 Ventura Boulevard, Encino, CA 91436



If you can not see our footer image, please visit here.

```
From ???@??? Thu Mar 16 15:33:07 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340088@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 32451 invoked from network); 16 Mar 2006 14:36:06 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by omniinnovations.com with SMTP; 16 Mar 2006 14:36:05 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 16 Mar 2006 14:35:53 -0600
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 340088
From: Insurance Quote <InsuranceQuote@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340088@vm-rewards.com>
Subject: *****SPAM***** Are you paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5560]
        *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link



---



 Answer Financial Inc., 15910 Ventura Boulevard, Encino, CA 91436



        If you can not see our footer image, please visit here.

```
From ???@??? Thu Mar 16 15:14:22 2006
X-Persona: <Jay>
Return-Path: <mailcenter340088@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 1376 invoked from network); 16 Mar 2006 14:59:38 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by gnwalpha.org with SMTP; 16 Mar 2006 14:59:38 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 16 Mar 2006 14:59:24 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 340088
From: Insurance Quote <InsuranceQuote@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340088@vm-rewards.com>
Subject: *****SPAM***** Are you paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.1 required=7.0 tests=BAYES_80,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 1.7 BAYES_80 BODY: Bayesian spam probability is 80 to 90%
        *     [score: 0.8889]
        * 2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

**Images not loading? View this offer by visiting this link**



---

 **Answer Financial Inc., 15910 Ventura Boulevard, Encino, CA 91436**

        **If you can not see our footer image, please visit here.**

```
From ???@??? Thu Mar 16 15:02:51 2006
X-Persona: <Celia>
Return-Path: <mailcenter340088@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 10241 invoked from network); 16 Mar 2006 15:05:45 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by gnwalpha.org with SMTP; 16 Mar 2006 15:05:45 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 16 Mar 2006 15:05:33 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 340088
From: Insurance Quote <InsuranceQuote@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340088@vm-rewards.com>
Subject: *****SPAM***** Are you paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.8 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link



Answer Financial Inc., 15910 Ventura Boulevard, Encino, CA 91436

        If you can not see our footer image, please visit here.

```
From ???@??? Thu Mar 16 15:02:46 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter340088@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 3363 invoked from network); 16 Mar 2006 14:56:39 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by gnwalpha.org with SMTP; 16 Mar 2006 14:56:37 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 16 Mar 2006 14:56:25 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 340088
From: Insurance Quote <InsuranceQuote@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340088@vm-rewards.com>
Subject: Are you paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---



**Answer Financial Inc., 15910 Ventura Boulevard, Encino, CA 91436**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Mar 16 14:12:15 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter340088@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 5857 invoked from network); 16 Mar 2006 14:59:44 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by anthonycentral.com with SMTP; 16 Mar 2006 14:59:40 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 16 Mar 2006 14:59:26 -0600
X-ClientHost: 10611111006410609712110709712111511211080970991010460 99111109
X-MailingID: 340088
From: Insurance Quote <InsuranceQuote@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340088@vm-rewards.com>
Subject: *****SPAM***** Are you paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.8 required=7.0 tests=BLANK_LINES_80_90,
    DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
    HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
    RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
    * 1.0 DATE_MISSING Missing Date: header
    * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
    * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
    * 0.0 HTML_MESSAGE BODY: HTML included in message
    * 1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
    * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
    * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
    * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
    * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
    * 2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
    *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link



---

Answer Financial Inc., 15910 Ventura Boulevard, Encino, CA 91436

        If you can not see our footer image, please visit here.

From ???@??? Thu Mar 16 12:37:25 2006
X-Persona: <RCW>
Return-Path: <mailcenter340088@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 27586 invoked from network); 16 Mar 2006 14:31:04 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by anthonycentral.com with SMTP; 16 Mar 2006 14:30:59 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 16 Mar 2006 14:30:47 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 340088
From: Insurance Quote <InsuranceQuote@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340088@vm-rewards.com>
Subject: Are you paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link




---



**Answer Financial Inc., 15910 Ventura Boulevard, Encino, CA 91436**

If you can not see our footer image, please visit here.

From ???@??? Sat Mar 18 21:28:38 2006
X-Persona: <Mila>
Return-Path: <mailcenter340088@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 16 Mar 2006 14:59:26 -0600
From: Insurance Quote <InsuranceQuote@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Are you paying too much for auto insurance?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *************
X-Spam-Status: Yes, hits=13.8 required=7.0 tests=BAYES_99,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4419D1AE.2DA84D53"


Attachments:
SPAM Are you paying t1.htm


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9909&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'9909&e=mila@jammtomm.com
  URI:http://ogy.cc/720x301.jpg [...]

Content analysis details:   (13.8 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 2.6 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
             [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 27296 invoked from network); 16 Mar 2006 14:59:25 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by rcw19190020.com with SMTP; 16 Mar 2006 14:59:25 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 16 Mar 2006 14:59:11 -0600
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 340088
From: Insurance Quote <InsuranceQuote@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340088@vm-rewards.com>
Subject: Are you paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Are you
paying t1.htm"
```

```
From ???@??? Thu May 11 00:01:50 2006
X-Persona: <Jay>
Return-Path: <mailcenter347882@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 12609 invoked from network); 9 May 2006 14:13:26 -0600
Received: from vm-187-188.vm-mail.com (206.82.187.188)
   by ehahome.com with SMTP; 9 May 2006 14:13:19 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-187-188.vm-mail.com with SMTP; 09 May 2006 15:13:08 -0500
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 347882
From: Insurance Savings <InsuranceSavings@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347882@vm-rewards.com>
Subject: *****SPAM***** Save up to 70% on term insurance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.6 required=7.0 tests=BAYES_70,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL autolearn=no
      version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  2.3 BAYES_70 BODY: Bayesian spam probability is 70 to 80%
      *      [score: 0.7496]
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
```

Images not loading? View this offer by visiting this link





 eTerm, 232 F Street Salida, CO 81201



If you can not see our footer image, please visit here.