```
From ???@??? Tue Jan 17 12:55:47 2006
Return-Path: <mailcenter335402@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 2531 invoked from network); 17 Jan 2006 11:09:43 -0600
Received: from vm-182-155.vm-mail.com (206.82.182.155)
  by jaykaysplace.com with SMTP; 17 Jan 2006 11:09:42 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-155.vm-mail.com with SMTP; 17 Jan 2006 11:09:28 -0600
X-ClientHost: 11610606409711011610411110121099101110116114097108046099111109
X-MailingID: 335402
From: Insurance Savings <InsuranceSavings@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335402@vm-rewards.com>
Subject: Save up to 70% on term insurance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Dockets.Justia.com



**eTerm, 232 F Street Salida, CO 81201**

**If you can not see our footer image, please visit here.**

From ???@??? Wed Jun 29 16:42:30 2005
X-Persona: <Katie>
Return-Path: <mailcenter326760@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 27 Jun 2005 23:37:51 -0600
From: Insurance Savings <InsuranceSavings@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Buy life insurance for about a $1 a day
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.8 required=3.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,SUBJ_BUY,
        SUBJ_LIFE_INSURANCE,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42C0E22F.0E27C40F"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2768&e=katie@ehahome.com
  URI:http://ogy.cc/elife/L-sleepHTML520x60.jpg
  URI:http://redirect.virtumundo.com/bt?m26760&e=katie@ehahome.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (10.8 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 0.9 SUBJ_BUY               'Subject' starts with Buy, Buying
 1.7 SUBJ_LIFE_INSURANCE    Subject includes "life insurance"
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 4675 invoked from network); 27 Jun 2005 23:37:51 -0600
Received: from vm-182-153.vm-mail.com (206.82.182.153)
  by chiefmusician.net with SMTP; 27 Jun 2005 23:37:50 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-182-153.vm-mail.com with SMTP; 28 Jun 2005 00:37:27 -0500
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326760
From: Insurance Savings <InsuranceSavings@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326760@vm-rewards.com>
Subject: Buy life insurance for about a $1 a day
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Buy life
insuran.htm"
```

```
From ???@??? Wed Jun 29 16:42:30 2005
X-Persona: <Katie>
Return-Path: <mailcenter326760@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 27 Jun 2005 23:37:51 -0600
From: Insurance Savings <InsuranceSavings@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Buy life insurance for about a $1 a day
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.8 required=3.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,SUBJ_BUY,
      SUBJ_LIFE_INSURANCE,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42C0E22F.0E27C40F"
```

```
Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2768&e=katie@ehahome.com
  URI:http://ogy.cc/elife/L-sleepHTML520x60.jpg
  URI:http://redirect.virtumundo.com/bt?m26760&e=katie@ehahome.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (10.8 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 0.9 SUBJ_BUY               'Subject' starts with Buy, Buying
 1.7 SUBJ_LIFE_INSURANCE    Subject includes "life insurance"
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                   [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 4675 invoked from network); 27 Jun 2005 23:37:51 -0600
Received: from vm-182-153.vm-mail.com (206.82.182.153)
  by chiefmusician.net with SMTP; 27 Jun 2005 23:37:50 -0600
```

```
Received: from vm-mail.com (192.168.3.20)
  by vm-182-153.vm-mail.com with SMTP; 28 Jun 2005 00:37:27 -0500
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 326760
From: Insurance Savings <InsuranceSavings@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326760@vm-rewards.com>
Subject: Buy life insurance for about a $1 a day
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Buy life
insuran.htm"
```

From ???@??? Fri May 12 22:35:54 2006
X-Persona: <Mila>
Return-Path: <mailcenter347882@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 09 May 2006 14:12:29 -0600
From: Insurance Savings <InsuranceSavings@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Save up to 70% on term insurance
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.7 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL autolearn=no
        version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4460F7AD.7375324B"


Attachments:
SPAM Save up to 70% o2.htm


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(5641&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(5641&e=mila@jammtomm.com
  URI:http://ogy.cc/eTerm/eterm_email2_3_01.gif [...]

Content analysis details:   (10.7 points, 7.0 required)

 pts rule name               description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING            Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE            BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.1 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 15138 invoked from network); 9 May 2006 14:12:17 -0600
Received: from vm-187-6.vm-mail.com (206.82.187.6)

```
  by jaycelia.com with SMTP; 9 May 2006 14:12:12 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-6.vm-mail.com with SMTP; 09 May 2006 15:12:12 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 347882
From: Insurance Savings <InsuranceSavings@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347882@vm-rewards.com>
Subject: Save up to 70% on term insurance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Save up to
70% o2.htm"
```

```
From ???@??? Fri May 19 12:55:35 2006
X-Persona: <Celia>
Return-Path: <mailcenter349254@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 14337 invoked from network); 18 May 2006 12:22:17 -0600
Received: from vm-180-143.vm-mail.com (206.82.180.143)
  by anthonycentral.com with SMTP; 18 May 2006 12:22:17 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-143.vm-mail.com with SMTP; 18 May 2006 13:22:13 -0500
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 349254
From: Intelligent Lending <IntelligentLending@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+349254@vm-rewards.com>
Subject: *****SPAM***** Interest rates are rising! Lock in low fixed rates
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=11.6 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_ONLY_08,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
        HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_DYNABLOCK,RCVD_IN_SBL,RCVD_IN_SORBS,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.5 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *      [206.82.180.143 listed in dnsbl.sorbs.net]
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *      [206.82.180.143 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions
or comments about this advertisement to:

Intellilend, Inc. 313 NE 2nd Street, Suite 1003 Fort Lauderdale, FL 33301

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products
and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Mon Dec 19 01:57:39 2005
X-Persona: <Mila>
Return-Path: <mailcenter333303@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 6659 invoked from network); 17 Dec 2005 04:57:49 -0600
Received: from vm-177-99.vm-mail.com (206.82.177.99)
   by omniinnovations.com with SMTP; 17 Dec 2005 04:57:49 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-99.vm-mail.com with SMTP; 17 Dec 2005 04:57:35 -0600
X-ClientHost: 1091051080970641060971091091161111091090460991111109
X-MailingID: 333303
From: Interior Design <InteriorDesign@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333303@vm-rewards.com>
Subject: Learn what it takes to get into interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63
```



Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Sun Dec 18 17:52:10 2005
X-Persona: <Jay>
Return-Path: <mailcenter333303@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 9312 invoked from network); 17 Dec 2005 04:57:55 -0600
Received: from vm-177-76.vm-mail.com (206.82.177.76)
   by xj4x4.net with SMTP; 17 Dec 2005 04:57:54 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-76.vm-mail.com with SMTP; 17 Dec 2005 04:57:37 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 333303
From: Interior Design <InteriorDesign@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333303@vm-rewards.com>
Subject: Learn what it takes to get into interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Sun Dec 18 17:49:03 2005
X-Persona: <Celia>
Return-Path: <mailcenter333303@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 10722 invoked from network); 17 Dec 2005 05:12:56 -0600
Received: from vm-182-51.vm-mail.com (206.82.182.51)
  by celiajay.com with SMTP; 17 Dec 2005 05:12:31 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-51.vm-mail.com with SMTP; 17 Dec 2005 05:10:13 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 333303
From: Interior Design <InteriorDesign@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333303@vm-rewards.com>
Subject: Learn what it takes to get into interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404**

**If you can not see our footer image, please** visit here**.**

From ???@??? Sun Dec 18 17:48:41 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333303@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 27587 invoked from network); 17 Dec 2005 04:57:23 -0600
Received: from vm-177-11.vm-mail.com (206.82.177.11)
  by celiajay.com with SMTP; 17 Dec 2005 04:57:22 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-11.vm-mail.com with SMTP; 17 Dec 2005 04:57:10 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 333303
From: Interior Design <InteriorDesign@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333303@vm-rewards.com>
Subject: Learn what it takes to get into interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



---



Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Sat Dec 17 11:36:06 2005
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter333303@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 7713 invoked from network); 17 Dec 2005 04:57:51 -0600
Received: from vm-177-43.vm-mail.com (206.82.177.43)
   by ehahome.com with SMTP; 17 Dec 2005 04:57:50 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-43.vm-mail.com with SMTP; 17 Dec 2005 04:57:38 -0600
X-ClientHost: 1061111100641060971211707097121115112108097099101046099111109
X-MailingID: 333303
From: Interior Design <InteriorDesign@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333303@vm-rewards.com>
Subject: Learn what it takes to get into interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63
```



Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Mon Oct 31 13:57:25 2005
X-Persona: <hum>
Return-Path: <mailcenter331356@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 19202 invoked from network); 29 Oct 2005 04:34:11 -0600
Received: from vm-181-98.vm-mail.com (206.82.181.98)
  by anthonycentral.com with SMTP; 29 Oct 2005 04:34:10 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-98.vm-mail.com with SMTP; 29 Oct 2005 05:33:58 -0500
X-ClientHost: 104117109064101104097104111109101046099111109
X-MailingID: 331356
From: Interior Design <InteriorDesign@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331356@vm-rewards.com>
Subject: Learn what it takes to get into interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Sun Oct 30 16:28:27 2005
X-Persona: <Indi>
Return-Path: <mailcenter331356@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 20228 invoked from network); 29 Oct 2005 04:21:50 -0600
Received: from vm-182-112.vm-mail.com (206.82.182.112)
  by gnwalpha.org with SMTP; 29 Oct 2005 04:21:50 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-112.vm-mail.com with SMTP; 29 Oct 2005 05:21:38 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 331356
From: Interior Design <InteriorDesign@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331356@vm-rewards.com>
Subject: Learn what it takes to get into interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Sun Oct 30 16:28:27 2005
X-Persona: <Indi>
Return-Path: <mailcenter331356@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 20228 invoked from network); 29 Oct 2005 04:21:50 -0600
Received: from vm-182-112.vm-mail.com (206.82.182.112)
  by gnwalpha.org with SMTP; 29 Oct 2005 04:21:50 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-112.vm-mail.com with SMTP; 29 Oct 2005 05:21:38 -0500
X-ClientHost: 10511010010506410609710910911611111091090460991111109
X-MailingID: 331356
From: Interior Design <InteriorDesign@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331356@vm-rewards.com>
Subject: Learn what it takes to get into interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 15:46:26 2006
X-Persona: <RCW>
Return-Path: <mailcenter333303@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 20640 invoked from network); 17 Dec 2005 05:22:10 -0600
Received: from vm-177-121.vm-mail.com (206.82.177.121)
  by omniinnovations.com with SMTP; 17 Dec 2005 05:22:06 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-121.vm-mail.com with SMTP; 17 Dec 2005 05:21:28 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 333303
From: Interior Design <InteriorDesign@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333303@vm-rewards.com>
Subject: Learn what it takes to get into interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Sun Feb 08 10:11:08 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <342854-29063>; Sun, 8 Feb 2004 12:11:47 -0500
Received: from vm208-10.adknow-net.com ([216.21.208.10]) by
ams.ftl.affinity.com with ESMTP id <343401-29054>; Sun, 8 Feb 2004 12:10:57
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-10.adknow-net.com with SMTP; 08 Feb 2004 11:10:51 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 363263
From: Interior Design <InteriorDesignResources@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return363263@replies.adknow-net.com
Subject: Orange should be a fruit, not a carpet color.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb8.121057-0500_est.343401-29054+3427@ams.ftl.affinity.com>
Date:Sun, 8 Feb 2004 12:10:56 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Sep 16 07:30:40 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <4389233-29618>; Tue, 16 Sep 2003 08:43:48 -0400
Received: from vt30.vtarget.com ([216.64.222.30]) by ams.ftl.affinity.com with
ESMTP id <4390292-29618>; Tue, 16 Sep 2003 08:43:14 -0400
Received: from vtarget.com (192.168.3.10)
   by vt30.vtarget.com with SMTP; 16 Sep 2003 07:43:12 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 136612
From: Interior Design Schools <InteriorDesignSchools136612@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: Interior Design Schools
<InteriorDesignSchools136612@replies.vtarget.com>
Subject: Bring your talent home with a career in interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep16.084314-0400_edt.4390292-29618+1023@ams.ftl.affinity.com>
Date:Tue, 16 Sep 2003 08:43:13 -0400
```



### Find a school near you.

You've always had a creative flair for putting things in just the right place. Now you can turn that talent into a rewarding career at one of these esteemed colleges.

Start your career in interior design by **choosing a campus** near you.

☐ **Harrington Institute of Interior Design** – Chicago, IL

☐ **Brooks College** – Long Beach, CA

☐ **International Academy of Design and Technology** – Orlando, FL

☐ **International Academy of Design and Technology** – Tampa, FL

☐ **International Academy of Design and Technology** – Chicago, IL

☐ **International Academy of Design and Technology** – Montreal, QC



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Oct 01 08:17:05 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215569-17888>; Wed, 1 Oct 2003 08:58:51 -0400
Received: from vm129.vmadmin.com ([216.64.222.129]) by ams.ftl.affinity.com
with ESMTP id <213331-17893>; Wed, 1 Oct 2003 08:57:44 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm129.vmadmin.com with SMTP; 01 Oct 2003 07:57:36 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 150164
From: Interior Design Schools <InteriorDesignSchools150164@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Interior Design Schools
<InteriorDesignSchools150164@replies.virtumundo.com>
Subject: Bring your talent home with a career in interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct1.085744-0400_edt.213331-17893+43143@ams.ftl.affinity.com>
Date:Wed, 1 Oct 2003 08:57:43 -0400



**Find a school near you.**

You've always had a creative flair for putting things in just the right place. Now you can turn that talent into a rewarding career at one of these esteemed colleges.

Start your career in interior design by choosing a campus near you.

- **Harrington Institute of Interior Design** - Chicago, IL
- **Brooks College** - Long Beach, CA
- **International Academy of Design and Technology** - Orlando, FL
- **International Academy of Design and Technology** - Tampa, FL
- **International Academy of Design and Technology** - Chicago, IL
- **International Academy of Design and Technology** - Montreal, QC
- **American InterContinental University** - Los Angeles, CA



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri May 12 21:00:31 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter348122@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 26596 invoked from network); 11 May 2006 04:56:09 -0600
Received: from vm-187-62.vm-mail.com (206.82.187.62)
  by xj4x4.net with SMTP; 11 May 2006 04:56:08 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-62.vm-mail.com with SMTP; 11 May 2006 05:56:07 -0500
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 348122
From:  Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348122@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



 QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Fri May 12 21:00:15 2006
X-Persona: <Celia>
Return-Path: <mailcenter348122@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 16514 invoked from network); 11 May 2006 04:04:38 -0600
Received: from vm-186-185.vm-mail.com (206.82.186.185)
   by itdidnotendright.com with SMTP; 11 May 2006 04:04:37 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-185.vm-mail.com with SMTP; 11 May 2006 05:04:28 -0500
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 348122
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348122@vm-rewards.com>
Subject: *****SPAM***** Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
```





 **QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please** _visit here_.

```
From ???@??? Thu May 11 08:03:06 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter348122@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 21344 invoked from network); 11 May 2006 05:00:34 -0600
Received: from vm-187-81.vm-mail.com (206.82.187.81)
   by xj4x4.net with SMTP; 11 May 2006 05:00:32 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-187-81.vm-mail.com with SMTP; 11 May 2006 06:00:25 -0500
X-ClientHost: 1061111006410609712110709712111511210809709910104609911109
X-MailingID: 348122
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348122@vm-rewards.com>
Subject: *****SPAM***** Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
```





 **QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please <u>visit here</u>.**

```
From ???@??? Tue May 02 20:37:32 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter346354@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 8485 invoked from network); 28 Apr 2006 18:36:55 -0600
Received: from vm-181-166.vm-mail.com (206.82.181.166)
   by jaykaysplace.com with SMTP; 28 Apr 2006 18:36:55 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-166.vm-mail.com with SMTP; 28 Apr 2006 19:36:55 -0500
X-ClientHost: 10611111006410609712110709712111511211208097099101046099111109
X-MailingID: 346354
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346354@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 30 14:04:55 2006
X-Persona: <Jon>
Return-Path: <mailcenter346354@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 8485 invoked from network); 28 Apr 2006 18:36:55 -0600
Received: from vm-181-166.vm-mail.com (206.82.181.166)
  by jaykaysplace.com with SMTP; 28 Apr 2006 18:36:55 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-166.vm-mail.com with SMTP; 28 Apr 2006 19:36:55 -0500
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 346354
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346354@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
    HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
    MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
    version=2.63
```



**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please** visit here.

From ???@??? Sun Apr 30 14:04:51 2006
X-Persona: <Jay>
Return-Path: <mailcenter346354@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 11489 invoked from network); 28 Apr 2006 18:37:06 -0600
Received: from vm-181-46.vm-mail.com (206.82.181.46)
  by jammtomm.com with SMTP; 28 Apr 2006 18:36:58 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-46.vm-mail.com with SMTP; 28 Apr 2006 19:36:55 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 346354
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346354@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_60,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63



**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please** visit here.

```
From ???@??? Sun Apr 30 14:00:52 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter346354@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 7201 invoked from network); 28 Apr 2006 18:35:09 -0600
Received: from vm-181-69.vm-mail.com (206.82.181.69)
  by rcw19190020.com with SMTP; 28 Apr 2006 18:34:56 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-69.vm-mail.com with SMTP; 28 Apr 2006 19:34:55 -0500
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 346354
From:  Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346354@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

 **QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please** visit here.

```
From ???@??? Sun Apr 30 13:59:44 2006
X-Persona: <Celia>
Return-Path: <mailcenter346354@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 11588 invoked from network); 28 Apr 2006 17:54:48 -0600
Received: from vm-180-222.vm-mail.com (206.82.180.222)
   by chiefmusician.net with SMTP; 28 Apr 2006 17:54:44 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-222.vm-mail.com with SMTP; 28 Apr 2006 18:54:42 -0500
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 346354
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346354@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please** visit here.

```
From ???@??? Mon Apr 10 18:53:46 2006
Return-Path: <mailcenter343038@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 3075 invoked from network); 8 Apr 2006 04:37:11 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by xj4x4.net with SMTP; 8 Apr 2006 04:37:10 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 08 Apr 2006 05:36:35 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 343038
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343038@vm-rewards.com>
Subject: *****SPAM***** Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_60,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  1.6 BAYES_60 BODY: Bayesian spam probability is 60 to 70%
      *      [score: 0.6298]
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```





 **QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

      **If you can not see our footer image, please** visit here**.**

```
From ???@??? Mon Apr 10 18:53:46 2006
Return-Path: <mailcenter343038@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 5476 invoked from network); 8 Apr 2006 04:37:15 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by xj4x4.net with SMTP; 8 Apr 2006 04:37:11 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 08 Apr 2006 05:36:35 -0500
X-ClientHost: 116106064097110116104111101210991011101161140971080460991111109
X-MailingID: 343038
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343038@vm-rewards.com>
Subject: *****SPAM***** Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_60,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
       autolearn=no version=2.63
X-Spam-Report:
       * 1.9 DATE_MISSING Missing Date: header
       * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       * 1.6 BAYES_60 BODY: Bayesian spam probability is 60 to 70%
       *     [score: 0.6298]
       * 0.1 HTML_MESSAGE BODY: HTML included in message
       * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```





QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Mon Apr 10 18:53:45 2006
Return-Path: <mailcenter343038@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 28552 invoked from network); 8 Apr 2006 04:36:52 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by xj4x4.net with SMTP; 8 Apr 2006 04:36:51 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 08 Apr 2006 05:36:35 -0500
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 343038
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343038@vm-rewards.com>
Subject: *****SPAM***** Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_60,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
X-Spam-Report:
      * 1.9 DATE_MISSING Missing Date: header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 1.6 BAYES_60 BODY: Bayesian spam probability is 60 to 70%
      *     [score: 0.6298]
      * 0.1 HTML_MESSAGE BODY: HTML included in message
      * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```





```
From ???@??? Mon Apr 10 18:53:45 2006
Return-Path: <mailcenter343038@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 31265 invoked from network); 8 Apr 2006 04:37:00 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by xj4x4.net with SMTP; 8 Apr 2006 04:36:55 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 08 Apr 2006 05:36:35 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 343038
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343038@vm-rewards.com>
Subject: *****SPAM***** Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_60,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
X-Spam-Report:
      * 1.9 DATE_MISSING Missing Date: header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 1.6 BAYES_60 BODY: Bayesian spam probability is 60 to 70%
      *     [score: 0.6298]
      * 0.1 HTML_MESSAGE BODY: HTML included in message
      * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```





 **QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**



**If you can not see our footer image, please** <u>visit here</u>.

```
From ???@??? Mon Apr 10 18:53:45 2006
Return-Path: <mailcenter343038@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 32546 invoked from network); 8 Apr 2006 04:37:02 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by xj4x4.net with SMTP; 8 Apr 2006 04:37:01 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 08 Apr 2006 05:36:35 -0500
X-ClientHost:
10010111909712111010106409711011610411110121099101110116114097108046099111109
X-MailingID: 343038
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343038@vm-rewards.com>
Subject: *****SPAM***** Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_60,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
X-Spam-Report:
      * 1.9 DATE_MISSING Missing Date: header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 1.6 BAYES_60 BODY: Bayesian spam probability is 60 to 70%
      *     [score: 0.6298]
      * 0.1 HTML_MESSAGE BODY: HTML included in message
      * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```





QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please <u>visit here</u>.

```
From ???@??? Sun Apr 09 09:54:45 2006
X-Persona: <Jay>
Return-Path: <mailcenter343038@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 23940 invoked from network); 8 Apr 2006 08:22:45 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by jaykaysplace.com with SMTP; 8 Apr 2006 08:22:45 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 08 Apr 2006 09:22:30 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 343038
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343038@vm-rewards.com>
Subject: *****SPAM***** Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BAYES_90,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 2.1 BAYES_90 BODY: Bayesian spam probability is 90 to 99%
        *     [score: 0.9835]
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```





 **QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**



**If you can not see our footer image, please** visit here.

From ???@??? Sun Apr 09 09:48:10 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter343038@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 13124 invoked from network); 8 Apr 2006 04:51:44 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by clrobin.com with SMTP; 8 Apr 2006 04:51:35 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 08 Apr 2006 05:51:22 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 343038
From:  Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343038@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



---

 QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 09 09:46:33 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343038@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 28552 invoked from network); 8 Apr 2006 04:36:52 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by xj4x4.net with SMTP; 8 Apr 2006 04:36:51 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 08 Apr 2006 05:36:35 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 343038
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343038@vm-rewards.com>
Subject: *****SPAM***** Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_60,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  1.6 BAYES_60 BODY: Bayesian spam probability is 60 to 70%
        *      [score: 0.6298]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```





**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please** _visit here_.

```
From ???@??? Sun Apr 09 09:46:33 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343038@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 31265 invoked from network); 8 Apr 2006 04:37:00 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by xj4x4.net with SMTP; 8 Apr 2006 04:36:55 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 08 Apr 2006 05:36:35 -0500
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 343038
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343038@vm-rewards.com>
Subject: *****SPAM***** Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_60,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  1.6 BAYES_60 BODY: Bayesian spam probability is 60 to 70%
      *      [score: 0.6298]
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```





**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 09 09:46:33 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343038@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 32546 invoked from network); 8 Apr 2006 04:37:02 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by xj4x4.net with SMTP; 8 Apr 2006 04:37:01 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 08 Apr 2006 05:36:35 -0500
X-ClientHost:
1001011190971211101010640971101161041111101210991011101161140971080460991111109
X-MailingID: 343038
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343038@vm-rewards.com>
Subject: *****SPAM***** Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_60,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  1.6 BAYES_60 BODY: Bayesian spam probability is 60 to 70%
        *      [score: 0.6298]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```





---

**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

If you can not see our footer image, please _visit here_.

From ???@??? Sun Apr 09 09:46:33 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343038@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 3075 invoked from network); 8 Apr 2006 04:37:11 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
    by xj4x4.net with SMTP; 8 Apr 2006 04:37:10 -0600
Received: from vm-mail.com (10.0.0.42)
    by pkc-sb03 with SMTP; 08 Apr 2006 05:36:35 -0500
X-ClientHost:
11509711010012106409711011610411111012109910111011611409710804609911109
X-MailingID: 343038
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343038@vm-rewards.com>
Subject: *****SPAM***** Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_60,DATE_MISSING,
    HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
    MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
    autolearn=no version=2.63
X-Spam-Report:
    *  1.9 DATE_MISSING Missing Date: header
    *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
    *  1.6 BAYES_60 BODY: Bayesian spam probability is 60 to 70%
    *      [score: 0.6298]
    *  0.1 HTML_MESSAGE BODY: HTML included in message
    *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
    *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
    *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
    *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
    *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]





QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 09 09:46:33 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343038@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 5476 invoked from network); 8 Apr 2006 04:37:15 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by xj4x4.net with SMTP; 8 Apr 2006 04:37:11 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 08 Apr 2006 05:36:35 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 343038
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343038@vm-rewards.com>
Subject: *****SPAM***** Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_60,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  1.6 BAYES_60 BODY: Bayesian spam probability is 60 to 70%
      *      [score: 0.6298]
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```





**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please** <u>visit here</u>.

```
From ???@??? Sun Apr 09 09:45:50 2006
X-Persona: <Celia>
Return-Path: <mailcenter343038@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 27683 invoked from network); 8 Apr 2006 05:17:20 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by rcw19190020.com with SMTP; 8 Apr 2006 05:16:51 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 08 Apr 2006 06:16:51 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 343038
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343038@vm-rewards.com>
Subject: *****SPAM***** Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```





**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please** visit here.

```
From ???@??? Wed Apr 05 22:42:44 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter342526@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 19136 invoked from network); 5 Apr 2006 12:41:48 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by rcw19190020.com with SMTP; 5 Apr 2006 12:41:48 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 05 Apr 2006 13:41:41 -0500
X-ClientHost: 1061111100641060971211707971211151121080970991010460991111109
X-MailingID: 342526
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342526@vm-rewards.com>
Subject: *****SPAM***** Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.4 HTML_FONT_INVISIBLE BODY: HTML font color is same as background
      *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





Design a Better Future 

---

  QuinStreet, Inc 1051 E. Hillsdale Blvd Foster City, CA 94404



If you can not see our footer image, please visit here.

From ???@??? Tue Feb 28 17:38:01 2006
X-Persona: <Mila>
Return-Path: <mailcenter338960@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 8993 invoked from network); 25 Feb 2006 08:55:48 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by clrobin.com with SMTP; 25 Feb 2006 08:55:47 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 25 Feb 2006 08:55:35 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 338960
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338960@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63



**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please** visit here.

```
From ???@??? Sun Feb 26 09:23:18 2006
X-Persona: <Jay>
Return-Path: <mailcenter338960@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 18020 invoked from network); 25 Feb 2006 08:56:11 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by chiefmusician.net with SMTP; 25 Feb 2006 08:56:10 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 25 Feb 2006 08:55:41 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 338960
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338960@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please** visit here.

```
From ???@??? Sun Feb 26 09:21:56 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter338960@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 12002 invoked from network); 25 Feb 2006 08:41:11 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by itdidnotendright.com with SMTP; 25 Feb 2006 08:41:10 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 25 Feb 2006 08:40:44 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 338960
From:  Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338960@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Sun Feb 26 09:20:27 2006
X-Persona: <Celia>
Return-Path: <mailcenter338960@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 11170 invoked from network); 25 Feb 2006 07:19:38 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by gordonworks.com with SMTP; 25 Feb 2006 07:19:38 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 25 Feb 2006 07:19:26 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 338960
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338960@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Sat Feb 25 09:07:48 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter338960@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 18082 invoked from network); 25 Feb 2006 08:56:11 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by clrobin.com with SMTP; 25 Feb 2006 08:56:10 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 25 Feb 2006 08:55:41 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 338960
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338960@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please** visit here.

From ???@??? Sat Feb 25 08:30:45 2006
X-Persona: <RCW>
Return-Path: <mailcenter338960@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 21985 invoked from network); 25 Feb 2006 07:46:25 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by omniinnovations.com with SMTP; 25 Feb 2006 07:46:25 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 25 Feb 2006 07:46:14 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 338960
From:  Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338960@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



---

QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404

    If you can not see our footer image, please visit here.

```
From ???@??? Wed Feb 15 09:14:11 2006
X-Persona: <Jay>
Return-Path: <mailcenter337852@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 9635 invoked from network); 10 Feb 2006 06:21:05 -0600
Received: from vm-180-161.vm-mail.com (206.82.180.161)
   by celiajay.com with SMTP; 10 Feb 2006 06:21:02 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-161.vm-mail.com with SMTP; 10 Feb 2006 06:20:50 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 337852
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337852@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please** visit here.

```
From ???@??? Sat Feb 11 11:07:38 2006
X-Persona: <Celia>
Return-Path: <mailcenter337852@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 27554 invoked from network); 10 Feb 2006 07:08:44 -0600
Received: from vm-181-144.vm-mail.com (206.82.181.144)
   by jaykaysplace.com with SMTP; 10 Feb 2006 07:08:41 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-144.vm-mail.com with SMTP; 10 Feb 2006 07:08:31 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 337852
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337852@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please** visit here.

```
From ???@??? Sat Feb 11 10:56:07 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter337852@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 27009 invoked from network); 10 Feb 2006 06:19:29 -0600
Received: from vm-180-100.vm-mail.com (206.82.180.100)
  by celiajay.com with SMTP; 10 Feb 2006 06:19:27 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-100.vm-mail.com with SMTP; 10 Feb 2006 06:19:12 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 337852
From:  Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337852@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

 QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Fri Feb 10 13:07:52 2006
X-Persona: <Mila>
Return-Path: <mailcenter337852@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 5057 invoked from network); 10 Feb 2006 06:20:55 -0600
Received: from vm-180-71.vm-mail.com (206.82.180.71)
  by anthonycentral.com with SMTP; 10 Feb 2006 06:20:55 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-71.vm-mail.com with SMTP; 10 Feb 2006 06:20:42 -0600
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 337852
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337852@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Fri Feb 10 08:27:45 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter337852@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 10753 invoked from network); 10 Feb 2006 06:21:08 -0600
Received: from vm-180-203.vm-mail.com (206.82.180.203)
  by gnwalpha.org with SMTP; 10 Feb 2006 06:21:08 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-203.vm-mail.com with SMTP; 10 Feb 2006 06:20:51 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 337852
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337852@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
    HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
    MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
    version=2.63
```



**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please** visit here**.**

From ???@??? Fri Feb 10 07:51:58 2006
X-Persona: <RCW>
Return-Path: <mailcenter337852@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 1988 invoked from network); 10 Feb 2006 06:58:18 -0600
Received: from vm-180-253.vm-mail.com (206.82.180.253)
   by jammtomm.com with SMTP; 10 Feb 2006 06:58:17 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-253.vm-mail.com with SMTP; 10 Feb 2006 06:58:05 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 337852
From:  Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337852@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



---

QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 17:53:13 2006
Return-Path: <mailcenter336832@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 10338 invoked from network); 1 Feb 2006 04:26:09 -0600
Received: from vm-180-62.vm-mail.com (206.82.180.62)
   by xj4x4.net with SMTP; 1 Feb 2006 04:26:09 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-62.vm-mail.com with SMTP; 01 Feb 2006 04:25:56 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 336832
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336832@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_56,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please** visit here.

```
From ???@??? Tue Feb 07 17:53:13 2006
Return-Path: <mailcenter336832@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 10977 invoked from network); 1 Feb 2006 04:26:10 -0600
Received: from vm-180-62.vm-mail.com (206.82.180.62)
  by xj4x4.net with SMTP; 1 Feb 2006 04:26:10 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-62.vm-mail.com with SMTP; 01 Feb 2006 04:25:56 -0600
X-ClientHost:
100101119097121110101064097110116104111101210991011101161140971080460991111109
X-MailingID: 336832
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336832@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_56,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please** visit here.

```
From ???@??? Tue Feb 07 17:53:13 2006
Return-Path: <mailcenter336832@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 11812 invoked from network); 1 Feb 2006 04:26:12 -0600
Received: from vm-180-62.vm-mail.com (206.82.180.62)
  by xj4x4.net with SMTP; 1 Feb 2006 04:26:11 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-62.vm-mail.com with SMTP; 01 Feb 2006 04:25:56 -0600
X-ClientHost:
1150971101001210640971101161041111012109910111011611409710804609911109
X-MailingID: 336832
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336832@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_56,DATE_MISSING,
     HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
     MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Tue Feb 07 17:53:13 2006
Return-Path: <mailcenter336832@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 13062 invoked from network); 1 Feb 2006 04:26:13 -0600
Received: from vm-180-62.vm-mail.com (206.82.180.62)
  by xj4x4.net with SMTP; 1 Feb 2006 04:26:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-62.vm-mail.com with SMTP; 01 Feb 2006 04:25:56 -0600
X-ClientHost: 11610606409711011610411111012109910111011611409710804609911109
X-MailingID: 336832
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336832@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_56,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



 QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 17:52:58 2006
Return-Path: <mailcenter336832@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 9792 invoked from network); 1 Feb 2006 04:26:09 -0600
Received: from vm-180-62.vm-mail.com (206.82.180.62)
   by xj4x4.net with SMTP; 1 Feb 2006 04:26:08 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-62.vm-mail.com with SMTP; 01 Feb 2006 04:25:56 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 336832
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336832@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_56,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please** <u>visit here</u>**.**

```
From ???@??? Mon Feb 06 07:15:58 2006
X-Persona: <Mila>
Return-Path: <mailcenter336832@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 13825 invoked from network); 1 Feb 2006 04:19:57 -0600
Received: from vm-181-162.vm-mail.com (206.82.181.162)
  by chiefmusician.net with SMTP; 1 Feb 2006 04:19:56 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-162.vm-mail.com with SMTP; 01 Feb 2006 04:19:44 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 336832
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336832@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please** visit here.

From ???@??? Sun Feb 05 21:17:59 2006
X-Persona: <Mila>
Return-Path: <mailcenter336832@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 13825 invoked from network); 1 Feb 2006 04:19:57 -0600
Received: from vm-181-162.vm-mail.com (206.82.181.162)
   by chiefmusician.net with SMTP; 1 Feb 2006 04:19:56 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-162.vm-mail.com with SMTP; 01 Feb 2006 04:19:44 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 336832
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336832@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63



**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please** visit here.

```
From ???@??? Wed Feb 01 14:11:03 2006
X-Persona: <Jay>
Return-Path: <mailcenter336832@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 24865 invoked from network); 1 Feb 2006 04:20:03 -0600
Received: from vm-181-176.vm-mail.com (206.82.181.176)
   by xj4x4.net with SMTP; 1 Feb 2006 04:20:01 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-176.vm-mail.com with SMTP; 01 Feb 2006 04:19:49 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 336832
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336832@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please** visit here.

From ???@??? Wed Feb 01 14:07:48 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter336832@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 29923 invoked from network); 1 Feb 2006 04:19:25 -0600
Received: from vm-181-59.vm-mail.com (206.82.181.59)
  by jaycelia.com with SMTP; 1 Feb 2006 04:19:20 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-59.vm-mail.com with SMTP; 01 Feb 2006 04:19:07 -0600
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460 99111109
X-MailingID: 336832
From:  Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336832@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



---

 QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Wed Feb 01 14:07:10 2006
X-Persona: <Celia>
Return-Path: <mailcenter336832@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 1409 invoked from network); 1 Feb 2006 04:27:47 -0600
Received: from vm-177-45.vm-mail.com (206.82.177.45)
  by anthonycentral.com with SMTP; 1 Feb 2006 04:27:47 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-45.vm-mail.com with SMTP; 01 Feb 2006 04:27:34 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 336832
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336832@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please** visit here.

From ???@??? Wed Feb 01 09:19:07 2006
X-Persona: <RCW>
Return-Path: <mailcenter336832@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 22417 invoked from network); 1 Feb 2006 05:29:49 -0600
Received: from vm-181-13.vm-mail.com (206.82.181.13)
  by rcw19190020.com with SMTP; 1 Feb 2006 05:29:45 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-13.vm-mail.com with SMTP; 01 Feb 2006 05:29:23 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 336832
From:  Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336832@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



---

QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Wed Feb 01 08:38:28 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter336832@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 25317 invoked from network); 1 Feb 2006 04:20:03 -0600
Received: from vm-181-212.vm-mail.com (206.82.181.212)
   by chiefmusician.net with SMTP; 1 Feb 2006 04:20:02 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-212.vm-mail.com with SMTP; 01 Feb 2006 04:19:50 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010046099111109
X-MailingID: 336832
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336832@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
     HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
     MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
     version=2.63
```



QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

From ???@??? Mon Jan 30 15:59:25 2006
X-Persona: <RCW>
Return-Path: <mailcenter334484@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 3041 invoked from network); 9 Jan 2006 09:54:13 -0600
Received: from vm-180-115.vm-mail.com (206.82.180.115)
  by itdidnotendright.com with SMTP; 9 Jan 2006 09:54:11 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-115.vm-mail.com with SMTP; 09 Jan 2006 09:53:59 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 334484
From:  Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334484@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

From ???@??? Tue Jan 10 15:31:34 2006
Return-Path: <mailcenter334484@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 1379 invoked from network); 9 Jan 2006 09:12:07 -0600
Received: from vm-182-76.vm-mail.com (206.82.182.76)
   by ehahome.com with SMTP; 9 Jan 2006 09:12:07 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-76.vm-mail.com with SMTP; 09 Jan 2006 09:11:55 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 334484
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334484@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63



**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please** visit here.

```
From ???@??? Tue Jan 10 15:31:34 2006
Return-Path: <mailcenter334484@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 2529 invoked from network); 9 Jan 2006 09:12:14 -0600
Received: from vm-182-76.vm-mail.com (206.82.182.76)
  by ehahome.com with SMTP; 9 Jan 2006 09:12:08 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-76.vm-mail.com with SMTP; 09 Jan 2006 09:11:55 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 334484
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334484@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please** visit here.

```
From ???@??? Tue Jan 10 15:31:34 2006
Return-Path: <mailcenter334484@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 3555 invoked from network); 9 Jan 2006 09:12:15 -0600
Received: from vm-182-76.vm-mail.com (206.82.182.76)
  by ehahome.com with SMTP; 9 Jan 2006 09:12:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-76.vm-mail.com with SMTP; 09 Jan 2006 09:11:55 -0600
X-ClientHost:
1001011190971211101010640971101161041111012109910111011611409710804609911109
X-MailingID: 334484
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334484@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please** visit here.

```
From ???@??? Tue Jan 10 15:31:34 2006
Return-Path: <mailcenter334484@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 4353 invoked from network); 9 Jan 2006 09:12:16 -0600
Received: from vm-182-76.vm-mail.com (206.82.182.76)
   by ehahome.com with SMTP; 9 Jan 2006 09:12:16 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-76.vm-mail.com with SMTP; 09 Jan 2006 09:11:55 -0600
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 334484
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334484@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Tue Jan 10 15:31:34 2006
Return-Path: <mailcenter334484@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 5219 invoked from network); 9 Jan 2006 09:12:17 -0600
Received: from vm-182-76.vm-mail.com (206.82.182.76)
   by ehahome.com with SMTP; 9 Jan 2006 09:12:17 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-76.vm-mail.com with SMTP; 09 Jan 2006 09:11:55 -0600
X-ClientHost: 1161060640971101161041111012109910111011611409710804609911109
X-MailingID: 334484
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334484@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```





QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

From ???@??? Tue Jan 10 13:52:57 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter334484@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 11173 invoked from network); 9 Jan 2006 09:09:37 -0600
Received: from vm-180-150.vm-mail.com (206.82.180.150)
  by anthonycentral.com with SMTP; 9 Jan 2006 09:09:37 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-150.vm-mail.com with SMTP; 09 Jan 2006 09:09:23 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 334484
From:  Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334484@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 10 11:55:08 2006
X-Persona: <Celia>
Return-Path: <mailcenter334484@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 5155 invoked from network); 9 Jan 2006 09:21:19 -0600
Received: from vm-177-16.vm-mail.com (206.82.177.16)
   by xj4x4.net with SMTP; 9 Jan 2006 09:21:19 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-16.vm-mail.com with SMTP; 09 Jan 2006 09:21:07 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 334484
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334484@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please** visit here.

```
From ???@??? Tue Jan 10 11:32:18 2006
X-Persona: <Jay>
Return-Path: <mailcenter334484@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 6277 invoked from network); 9 Jan 2006 09:11:15 -0600
Received: from vm-180-106.vm-mail.com (206.82.180.106)
   by gnwalpha.org with SMTP; 9 Jan 2006 09:11:14 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-106.vm-mail.com with SMTP; 09 Jan 2006 09:11:02 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 334484
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334484@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 10 11:29:07 2006
X-Persona: <Jon>
Return-Path: <mailcenter334484@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 6947 invoked from network); 9 Jan 2006 09:11:16 -0600
Received: from vm-180-154.vm-mail.com (206.82.180.154)
  by xj4x4.net with SMTP; 9 Jan 2006 09:11:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-154.vm-mail.com with SMTP; 09 Jan 2006 09:11:02 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 334484
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334484@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please** visit here.

From ???@??? Tue Jan 10 11:28:03 2006
X-Persona: <Celia>
Return-Path: <mailcenter334484@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 5155 invoked from network); 9 Jan 2006 09:21:19 -0600
Received: from vm-177-16.vm-mail.com (206.82.177.16)
  by xj4x4.net with SMTP; 9 Jan 2006 09:21:19 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-16.vm-mail.com with SMTP; 09 Jan 2006 09:21:07 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 334484
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334484@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63



**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please** visit here**.**

From ???@??? Tue Jan 10 11:23:49 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter334484@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 11173 invoked from network); 9 Jan 2006 09:09:37 -0600
Received: from vm-180-150.vm-mail.com (206.82.180.150)
  by anthonycentral.com with SMTP; 9 Jan 2006 09:09:37 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-150.vm-mail.com with SMTP; 09 Jan 2006 09:09:23 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 334484
From:  Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334484@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



 QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404

        If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 09 15:20:06 2006
X-Persona: <Mila>
Return-Path: <mailcenter334484@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 1925 invoked from network); 9 Jan 2006 09:11:08 -0600
Received: from vm-180-169.vm-mail.com (206.82.180.169)
  by gnwalpha.org with SMTP; 9 Jan 2006 09:11:08 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-169.vm-mail.com with SMTP; 09 Jan 2006 09:10:55 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 334484
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334484@vm-rewards.com>
Subject: Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
     HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
     MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
     version=2.63
```



**QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please** visit here.

```
From ???@??? Fri Sep 30 12:52:55 2005
X-Persona: <hum>
Return-Path: <mailcenter330249@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 20096 invoked from network); 30 Sep 2005 02:46:37 -0600
Received: from vm-183-5.vm-mail.com (206.82.183.5)
  by ehahome.com with SMTP; 30 Sep 2005 02:46:37 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-5.vm-mail.com with SMTP; 30 Sep 2005 03:46:38 -0500
X-ClientHost: 10411710906410110409710411110910104609911109
X-MailingID: 330249
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330249@vm-rewards.com>
Subject: *****SPAM***** Learn what it takes to get into interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```







 **Quinstreet, 1051 E. Hillsdale Blvd., Foster City, CA 94404**



**If you can not see our footer image, please** <u>visit here</u>.

```
From ???@??? Fri May 12 21:04:01 2006
X-Persona: <Jay>
Return-Path: <mailcenter348122@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 20132 invoked from network); 11 May 2006 05:00:32 -0600
Received: from vm-187-155.vm-mail.com (206.82.187.155)
  by rcw19190020.com with SMTP; 11 May 2006 05:00:26 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-155.vm-mail.com with SMTP; 11 May 2006 06:00:24 -0500
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 348122
From: Interior Design Schools <InteriorDesignSchools@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348122@vm-rewards.com>
Subject: *****SPAM***** Indulge your passion for interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.6 required=7.0 tests=BAYES_70,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL autolearn=no
      version=2.63
X-Spam-Report:
      * 1.9 DATE_MISSING Missing Date: header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 2.3 BAYES_70 BODY: Bayesian spam probability is 70 to 80%
      *     [score: 0.7464]
      * 0.1 HTML_MESSAGE BODY: HTML included in message
      * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
```





 **QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404**

 **If you can not see our footer image, please** visit here.

From ???@??? Thu Oct 23 21:07:36 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <229401-1082>; Thu, 23 Oct 2003 23:34:23 -0400
Received: from vl208-33.vmlocal.com ([216.21.208.33]) by ams.ftl.affinity.com
with ESMTP id <229574-1083>; Thu, 23 Oct 2003 23:33:10 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-33.vmlocal.com with SMTP; 23 Oct 2003 22:33:01 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 173555
From: Interior Lighting <InteriorLightingDesign173555@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Interior Lighting <InteriorLightingDesign173555@vmlocal.com>
Subject: Bright ideas to enhance your home.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct23.233310-0400_edt.229574-1083+6802@ams.ftl.affinity.com>
Date:Thu, 23 Oct 2003 23:33:10 -0400





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Jan 17 18:44:32 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219449-18667>; Sat, 17 Jan 2004 19:52:07 -0500
Received: from vm208-41.adknow-net.com ([216.21.208.41]) by
ams.ftl.affinity.com with ESMTP id <220308-18672>; Sat, 17 Jan 2004 19:50:48
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-41.adknow-net.com with SMTP; 17 Jan 2004 18:50:48 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 343230
From: Interior Lighting <InteriorLightingDesign@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return343230@replies.adknow-net.com
Subject: Enhance your home with these bright ideas.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan17.195048-0500_est.220308-18672+27672@ams.ftl.affinity.com>
Date:Sat, 17 Jan 2004 19:50:48 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Jan 30 17:45:26 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <361680-20617>; Fri, 30 Jan 2004 20:37:36 -0500
Received: from vm208-10.adknow-net.com ([216.21.208.10]) by
ams.ftl.affinity.com with ESMTP id <361662-20619>; Fri, 30 Jan 2004 20:36:50
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-10.adknow-net.com with SMTP; 30 Jan 2004 19:36:38 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460099111109
X-MailingID: 353823
From: Interior Lighting <InteriorLightingDesign@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return353823@replies.adknow-net.com
Subject: Make your world noticeably brighter.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan30.203650-0500_est.361662-20619+40612@ams.ftl.affinity.com>
Date:Fri, 30 Jan 2004 20:36:49 -0500



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Jun 19 17:11:39 2005
X-Persona: <Katie>
Return-Path: <mailcenter326365@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 16 Jun 2005 08:48:17 -0600
From: Interior Specialist <InteriorSpecialist@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Sears Carpet Cleaning: 4 rooms for the price of 3
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.8 required=3.0 tests=CLICK_BELOW,DATE_MISSING,
        GUARANTEED_STUFF,HTML_60_70,HTML_FONTCOLOR_BLUE,
        HTML_FONTCOLOR_UNKNOWN,HTML_LINK_PUSH_HERE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,REMOVE_PAGE,
        REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42B19131.DA71F528"
```

```
Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network. Sears Carpet and Upholstery Care
  URI:http://ogy.cc/sears22/email_01.gif
  URI:http://ogy.cc/sears22/email2_02.jpg [...]

Content analysis details:   (9.8 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD   BODY: List removal information
 1.2 GUARANTEED_STUFF       BODY: Guaranteed Stuff
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.1 HTML_FONTCOLOR_BLUE    BODY: HTML font color is blue
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.5 HTML_LINK_PUSH_HERE    BODY: HTML link text says "push here" or similar
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE            URI: URL of page called "remove"
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                            [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
 0.0 CLICK_BELOW            Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.
```

```
Received: (qmail 4288 invoked from network); 16 Jun 2005 08:48:16 -0600
Received: from vm-183-23.vm-mail.com (206.82.183.23)
  by greatnorthwest-alpha.org with SMTP; 16 Jun 2005 08:48:14 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-23.vm-mail.com with SMTP; 16 Jun 2005 09:48:11 -0500
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 326365
From: Interior Specialist <InteriorSpecialist@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326365@vm-rewards.com>
Subject: Sears Carpet Cleaning: 4 rooms for the price of 3
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Sears Carpet
Cle.htm"
```

```
From ???@??? Sun Jun 19 17:11:39 2005
X-Persona: <Katie>
Return-Path: <mailcenter326365@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 16 Jun 2005 08:48:17 -0600
From: Interior Specialist <InteriorSpecialist@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Sears Carpet Cleaning: 4 rooms for the price of 3
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.8 required=3.0 tests=CLICK_BELOW,DATE_MISSING,
      GUARANTEED_STUFF,HTML_60_70,HTML_FONTCOLOR_BLUE,
      HTML_FONTCOLOR_UNKNOWN,HTML_LINK_PUSH_HERE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,REMOVE_PAGE,
      REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42B19131.DA71F528"
```

```
Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network. Sears Carpet and Upholstery Care
  URI:http://ogy.cc/sears22/email_01.gif
  URI:http://ogy.cc/sears22/email2_02.jpg [...]

Content analysis details:   (9.8 points, 3.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD    BODY: List removal information
 1.2 GUARANTEED_STUFF        BODY: Guaranteed Stuff
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.1 HTML_60_70              BODY: Message is 60% to 70% HTML
 0.1 HTML_FONTCOLOR_BLUE     BODY: HTML font color is blue
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 0.5 HTML_LINK_PUSH_HERE     BODY: HTML link text says "push here" or similar
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE             URI: URL of page called "remove"
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                             [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
 0.0 CLICK_BELOW             Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.
```

```
Received: (qmail 4288 invoked from network); 16 Jun 2005 08:48:16 -0600
Received: from vm-183-23.vm-mail.com (206.82.183.23)
  by greatnorthwest-alpha.org with SMTP; 16 Jun 2005 08:48:14 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-23.vm-mail.com with SMTP; 16 Jun 2005 09:48:11 -0500
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326365
From: Interior Specialist <InteriorSpecialist@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326365@vm-rewards.com>
Subject: Sears Carpet Cleaning: 4 rooms for the price of 3
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Sears Carpet
Cle.htm"
```

```
From ???@??? Wed Sep 24 06:43:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <261723-14061>; Wed, 24 Sep 2003 09:17:12 -0400
Received: from vm148.vmadmin.com ([216.64.222.148]) by ams.ftl.affinity.com
with ESMTP id <290594-14055>; Wed, 24 Sep 2003 09:16:12 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm148.vmadmin.com with SMTP; 24 Sep 2003 08:16:07 -0500
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 142866
From: Internet Bulletin <DialUpSolutions142866@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Internet Bulletin <DialUpSolutions142866@replies.virtumundo.com>
Subject: Frequent connection malfunctions detected online
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep24.091612-0400_edt.290594-14055+2202@ams.ftl.affinity.com>
Date:Wed, 24 Sep 2003 09:16:12 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Oct 01 18:12:05 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <330381-27395>; Wed, 1 Oct 2003 19:43:54 -0400
Received: from vm151.vmadmin.com ([216.64.222.151]) by ams.ftl.affinity.com
with ESMTP id <276430-27389>; Wed, 1 Oct 2003 18:52:40 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm151.vmadmin.com with SMTP; 01 Oct 2003 17:52:38 -0500
X-ClientHost: 1060971091011150641031111410011110119111114107115046099111109
X-MailingID: 149670
From: Internet Bulletin <DialUpSolutions149670@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Internet Bulletin <DialUpSolutions149670@replies.virtumundo.com>
Subject: Frequent connection malfunctions detected online
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct1.185240-0400_edt.276430-27389+53732@ams.ftl.affinity.com>
Date:Wed, 1 Oct 2003 18:52:40 -0400



Quickly analyze & optimize your Windows Internet connection in a single click!

Your Internet connection is probably malfunctioning. Most connections operate at a fraction of their potential speed

Make sure your connection works the way it should.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Oct 20 19:47:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215379-1084>; Mon, 20 Oct 2003 22:10:29 -0400
Received: from vm220.vmadmin.com ([216.64.222.220]) by ams.ftl.affinity.com
with ESMTP id <215462-1079>; Mon, 20 Oct 2003 22:09:43 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm220.vmadmin.com with SMTP; 20 Oct 2003 21:09:42 -0500
X-ClientHost: 106097109101115064103111114100111101191111114107115046099111109
X-MailingID: 164118
From: Internet Bulletin <DialUpSolutions164118@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Internet Bulletin <DialUpSolutions164118@replies.virtumundo.com>
Subject: Frequent connection malfunctions detected online
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct20.220943-0400_edt.215462-1079+13619@ams.ftl.affinity.com>
Date:Mon, 20 Oct 2003 22:09:43 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri May 12 22:41:26 2006
X-Persona: <Mila>
Return-Path: <mailcenter348302@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 32712 invoked from network); 11 May 2006 14:28:54 -0600
Received: from vm-180-209.vm-mail.com (206.82.180.209)
  by greatnorthwest-alpha.org with SMTP; 11 May 2006 14:28:54 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-209.vm-mail.com with SMTP; 11 May 2006 15:28:52 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 348302
From: Internet Speedway  <InternetSpeedway@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348302@vm-rewards.com>
Subject: Learn how to make $3k per week
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_90,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

IIA 1356 S. Main Ste. 201 Orem, UT 84058

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Sun Oct 30 16:25:23 2005
X-Persona: <Indi>
Return-Path: <mailcenter331328@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 27 Oct 2005 20:29:14 -0600
From: Intro Expert <IntroExpert@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Indi, I've got someone you gotta meet
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.1 required=7.0 tests=DATE_MISSING,FOR_FREE,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_06,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43618CFA.B135FA0F"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  2r68u
  URI:http://redirect.virtumundo.com/ct?i'4934&e=indi@jammtomm.com
  URI:http://ogy.cc/kharmsos/index_01.jpg
  URI:http://redirect.virtumundo.com/ct?i'4934&e=indi@jammtomm.com
  URI:http://ogy.cc/kharmsos/index_02.gif [...]

Content analysis details:   (8.1 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.7 FOR_FREE               BODY: No such thing as a free lunch (1)
 0.9 HTML_IMAGE_RATIO_04     BODY: HTML has a low ratio of text to image area
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 1.7 HTML_IMAGE_ONLY_06     BODY: HTML: images with 400-600 bytes of words
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 8166 invoked from network); 27 Oct 2005 20:29:11 -0600
Received: from vm-181-175.vm-mail.com (206.82.181.175)
  by chiefmusician.net with SMTP; 27 Oct 2005 20:29:11 -0600
Received: from vm-mail.com (192.168.3.20)
```

```
  by vm-181-175.vm-mail.com with SMTP; 27 Oct 2005 21:28:59 -0500
X-ClientHost: 10511010010506410609710910911611110910904609911109
X-MailingID: 331328
From: Intro Expert <IntroExpert@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331328@vm-rewards.com>
Subject: Indi, I've got someone you gotta meet
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Indi, I've
got s.htm"
```

From ???@??? Sun Oct 30 16:25:23 2005
X-Persona: <Indi>
Return-Path: <mailcenter331328@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 27 Oct 2005 20:29:14 -0600
From: Intro Expert <IntroExpert@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Indi, I've got someone you gotta meet
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.1 required=7.0 tests=DATE_MISSING,FOR_FREE,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_06,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43618CFA.B135FA0F"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  2r68u
  URI:http://redirect.virtumundo.com/ct?i'4934&e=indi@jammtomm.com
  URI:http://ogy.cc/kharmsos/index_01.jpg
  URI:http://redirect.virtumundo.com/ct?i'4934&e=indi@jammtomm.com
  URI:http://ogy.cc/kharmsos/index_02.gif [...]

Content analysis details:   (8.1 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.7 FOR_FREE               BODY: No such thing as a free lunch (1)
 0.9 HTML_IMAGE_RATIO_04    BODY: HTML has a low ratio of text to image area
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 1.7 HTML_IMAGE_ONLY_06     BODY: HTML: images with 400-600 bytes of words
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 8166 invoked from network); 27 Oct 2005 20:29:11 -0600
Received: from vm-181-175.vm-mail.com (206.82.181.175)
  by chiefmusician.net with SMTP; 27 Oct 2005 20:29:11 -0600
Received: from vm-mail.com (192.168.3.20)

```
  by vm-181-175.vm-mail.com with SMTP; 27 Oct 2005 21:28:59 -0500
X-ClientHost: 10511010010506410609710910911611110910904609911109
X-MailingID: 331328
From: Intro Expert <IntroExpert@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331328@vm-rewards.com>
Subject: Indi, I've got someone you gotta meet
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Indi, I've
got s.htm"
```

```
From ???@??? Mon Oct 31 13:56:15 2005
X-Persona: <hum>
Return-Path: <mailcenter331328@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 24801 invoked from network); 27 Oct 2005 20:42:41 -0600
Received: from vm-183-156.vm-mail.com (206.82.183.156)
   by xj4x4.net with SMTP; 27 Oct 2005 20:42:41 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-183-156.vm-mail.com with SMTP; 27 Oct 2005 21:42:29 -0500
X-ClientHost: 10411710906410110409710411110910104609911109
X-MailingID: 331328
From: Intro Expert <IntroExpert@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331328@vm-rewards.com>
Subject: *****SPAM***** Emily, I've got someone you gotta meet
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.1 required=7.0 tests=DATE_MISSING,FOR_FREE,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_06,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.7 FOR_FREE BODY: No such thing as a free lunch (1)
      *  0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  1.7 HTML_IMAGE_ONLY_06 BODY: HTML: images with 400-600 bytes of words
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



Emily, What is your happiness really worth?

Finding the right person who compliments your life is priceless.

Don't leave your future to chance online.



Avoid the online masses and **be introduced** to a higher quality companion.

Meet the quality person your heart desires not the quantity of desperate people online.

Choose choice not chance

Let us introduce you to someone special.

**Speak with an Introduction Expert For FREE.**

---



**TraditionalMatchMaking.com, 3325 Griffin Road, Suite 260, Fort Lauderdale, FL 33312-5500**



**If you can not see our footer image, please** visit here.

```
From ???@??? Tue May 16 15:07:08 2006
X-Persona: <Celia>
Return-Path: <mailcenter348632@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 2977 invoked from network); 15 May 2006 08:41:19 -0600
Received: from vm-181-164.vm-mail.com (206.82.181.164)
  by rcw19190020.com with SMTP; 15 May 2006 08:41:18 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-164.vm-mail.com with SMTP; 15 May 2006 09:41:15 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 348632
From: Invest In Real Estate <InvestInRealEstate@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348632@vm-rewards.com>
Subject: *****SPAM***** No down payment - any credit score - unique program
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.8 required=7.0 tests=DATE_MISSING,HTML_50_60,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
        HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,RCVD_IN_SORBS,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  2.5 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *      [206.82.181.164 listed in dnsbl.sorbs.net]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *      [206.82.181.164 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

B ?

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Sun Nov 16 13:44:43 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215602-11388>; Sun, 16 Nov 2003 16:27:51 -0500
Received: from vm102.vmadmin.com ([216.64.222.102]) by ams.ftl.affinity.com
with ESMTP id <212589-11389>; Sun, 16 Nov 2003 16:27:32 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm102.vmadmin.com with SMTP; 16 Nov 2003 15:27:17 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 198895
From: Investment Helper <LearnHowToInvest198895@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Investment Helper <LearnHowToInvest198895@replies.virtumundo.com>
Subject: Is Investing a mystery to you? Earn more here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov16.162732-0500_est.212589-11389+34468@ams.ftl.affinity.com>
Date:Sun, 16 Nov 2003 16:27:31 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Sep 20 06:46:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <470766-22300>; Sat, 20 Sep 2003 08:26:26 -0400
Received: from vt226.vtarget.com ([216.64.222.226]) by ams.ftl.affinity.com
with ESMTP id <470828-22302>; Sat, 20 Sep 2003 08:26:00 -0400
Received: from vtarget.com (192.168.3.10)
  by vt226.vtarget.com with SMTP; 20 Sep 2003 07:25:56 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 139762
From: Investment Mentors <InvestmentMentorsForYou139762@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: Investment Mentors
<InvestmentMentorsForYou139762@replies.vtarget.com>
Subject: Change your life in an HOUR
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep20.082600-0400_edt.470828-22302+1790@ams.ftl.affinity.com>
Date:Sat, 20 Sep 2003 08:25:59 -0400



Everyone knows that real estate ownership is the

cornerstone of every wealthy person in America.

However, very few people realize that investing in real estate doesn't require having any of your own money, or even good credit. It takes very little time and deals are easy to find.

Even fewer people have the opportunity to actually speak with a **self-made millionaire** about it. This opportunity could be yours now....

   Register Now for this FREE, Life-Changing Teleseminar!



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Nov 20 17:52:42 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219496-32019>; Thu, 20 Nov 2003 17:29:25 -0500
Received: from vm113.vmadmin.com ([216.64.222.113]) by ams.ftl.affinity.com
with ESMTP id <220572-32017>; Thu, 20 Nov 2003 17:28:15 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm113.vmadmin.com with SMTP; 20 Nov 2003 16:27:29 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 201702
From: Invitation to Apply <CreditCardsOnline201702@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Invitation to Apply <CreditCardsOnline201702@replies.virtumundo.com>
Subject: Save with a 0% intro APR Chase Platinum Card
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov20.172815-0500_est.220572-32017+6409@ams.ftl.affinity.com>
Date:Thu, 20 Nov 2003 17:28:13 -0500



Dear Jay Gordon,

Transfer balances to your new Chase Platinum with a 0% APR* and you can save money when you pay off your other credit card balances.

 Simply follow these three steps to transfer a balance online:

1. Apply now for your new card
2.  Choose the high-rate credit cards you want to pay off at a 0% Intro APR
3. Verify your information ? you're done

 Your new card carries NO ANNUAL FEE and full Platinum benefits, like car rental insurance and purchase protection, at no extra cost.

Apply now to get started.

 *See Credit Card Disclosures for

The savings calculated assumes that the interest rate you are currently paying and the balance you would transfer remain the same for a

details.                            six month period.
© 2003 JP Morgan Chase & Co. All
rights reserved.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Dec 12 08:01:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217119-5122>; Fri, 12 Dec 2003 09:30:43 -0500
Received: from vm122.vmadmin.com ([216.64.222.122]) by ams.ftl.affinity.com
with ESMTP id <213842-5124>; Fri, 12 Dec 2003 09:29:34 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm122.vmadmin.com with SMTP; 12 Dec 2003 08:29:27 -0600
X-ClientHost: 10609712106410311111410011111019111111410711504609911109
X-MailingID: 217623
From: Invitation to Apply <InvitationToApplyNow@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Invitation to Apply
<InvitationToApplyNow217623@replies.virtumundo.com>
Subject: Save with a 0% intro APR Chase Platinum Card
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.092934-0500_est.213842-5124+12525@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 09:29:34 -0500
```



Dear Jay Gordon,

Transfer balances to your new Chase Platinum with a 0% APR* and you can save money when you pay off your other credit card balances.

Simply follow these three steps to transfer a balance online:

1. Apply now for your new card
2. Choose the high-rate credit cards you want to pay off at a 0% Intro APR
3. Verify your information ? you're done

Your new card carries NO ANNUAL FEE and full Platinum benefits, like car rental insurance and purchase protection, at no extra cost.

Apply now to get started.

The savings calculated assumes that the interest rate you are currently paying and the balance you would transfer remain

 *See Credit Card Disclosures for details.
© 2003 JP Morgan Chase & Co. All rights reserved.

the same for a six month period.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Dec 12 08:01:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <217163-5120>; Fri, 12 Dec 2003 09:30:42 -0500
Received: from vm122.vmadmin.com ([216.64.222.122]) by ams.ftl.affinity.com
with ESMTP id <215961-5122>; Fri, 12 Dec 2003 09:29:34 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm122.vmadmin.com with SMTP; 12 Dec 2003 08:29:27 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 217623
From: Invitation to Apply <InvitationToApplyNow@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Invitation to Apply
<InvitationToApplyNow217623@replies.virtumundo.com>
Subject: Save with a 0% intro APR Chase Platinum Card
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.092934-0500_est.215961-5122+13058@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 09:29:34 -0500



 *See Credit Card Disclosures for
details.
© 2003 JP Morgan Chase & Co. All
rights reserved.

transfer remain
the same for a
six month period.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Dec 12 08:01:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216727-5127>; Fri, 12 Dec 2003 09:30:43 -0500
Received: from vm122.vmadmin.com ([216.64.222.122]) by ams.ftl.affinity.com
with ESMTP id <217549-5126>; Fri, 12 Dec 2003 09:29:33 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm122.vmadmin.com with SMTP; 12 Dec 2003 08:29:27 -0600
X-ClientHost: 106097109101115064103111114100111101191111114107115046099111109
X-MailingID: 217623
From: Invitation to Apply <InvitationToApplyNow@vmadmin.com>
To:   James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Invitation to Apply
<InvitationToApplyNow217623@replies.virtumundo.com>
Subject: Save with a 0% intro APR Chase Platinum Card
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.092933-0500_est.217549-5126+13000@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 09:29:32 -0500



Dear James Gordon,

Transfer balances to your new Chase Platinum with a 0% APR* and you can save money when you pay off your other credit card balances.

 Simply follow these three steps to transfer a balance online:

1. Apply now for your new card
2.  Choose the high-rate credit cards you want to pay off at a 0% Intro APR
3. Verify your information ? you're done

 Your new card carries NO ANNUAL FEE and full Platinum benefits, like car rental insurance and purchase protection, at no extra cost.

**Apply now** to get started.

The savings calculated assumes that the interest rate you are currently paying and the balance you would transfer remain

*See Credit Card Disclosures for details.
© 2003 JP Morgan Chase & Co. All rights reserved.

the same for a six month period.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Dec 12 08:01:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214341-5128>; Fri, 12 Dec 2003 09:30:13 -0500
Received: from vm122.vmadmin.com ([216.64.222.122]) by ams.ftl.affinity.com
with ESMTP id <217614-5127>; Fri, 12 Dec 2003 09:29:32 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm122.vmadmin.com with SMTP; 12 Dec 2003 08:29:27 -0600
X-ClientHost: 102097121101064103111141001111011911111410715046099111109
X-MailingID: 217623
From: Invitation to Apply <InvitationToApplyNow@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Invitation to Apply
<InvitationToApplyNow217623@replies.virtumundo.com>
Subject: Save with a 0% intro APR Chase Platinum Card
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.092932-0500_est.217614-5127+12658@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 09:29:31 -0500
```



Dear Faye Gordon,

Transfer balances to your new Chase Platinum with a 0% APR* and you can save money when you pay off your other credit card balances.

Simply follow these three steps to transfer a balance online:

1. Apply now for your new card
2. Choose the high-rate credit cards you want to pay off at a 0% Intro APR
3. Verify your information ? you're done

Your new card carries NO ANNUAL FEE and full Platinum benefits, like car rental insurance and purchase protection, at no extra cost.

**Apply now** to get started.

The savings calculated assumes that the interest rate you are currently paying and the balance you would transfer remain

 *See Credit Card Disclosures for
details.
© 2003 JP Morgan Chase & Co. All
rights reserved.

the same for a
six month period.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Dec 12 08:01:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217473-5128>; Fri, 12 Dec
2003 09:30:43 -0500
Received: from vm122.vmadmin.com ([216.64.222.122]) by ams.ftl.affinity.com
with ESMTP id <212725-5124>; Fri, 12 Dec 2003 09:29:35 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm122.vmadmin.com with SMTP; 12 Dec 2003 08:29:27 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 217623
From: Invitation to Apply <InvitationToApplyNow@vmadmin.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Invitation to Apply
<InvitationToApplyNow217623@replies.virtumundo.com>
Subject: Save with a 0% intro APR Chase Platinum Card
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.092935-0500_est.212725-5124+12527@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 09:29:35 -0500



Dear Jonathan Gordon,

Transfer balances to your new Chase Platinum with a 0% APR* and you can save money when you pay off your other credit card balances.

Simply follow these three steps to transfer a balance online:

1. Apply now for your new card
2. Choose the high-rate credit cards you want to pay off at a 0% Intro APR
3. Verify your information ? you're done

Your new card carries NO ANNUAL FEE and full Platinum benefits, like car rental insurance and purchase protection, at no extra cost.

The savings calculated assumes that the interest rate you are currently paying and the

**Apply now** to get started.

 *See Credit Card Disclosures for details.
© 2003 JP Morgan Chase & Co. All rights reserved.

balance you would transfer remain the same for a six month period.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Nov 18 14:49:20 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <224093-5586>; Tue, 18 Nov 2003 17:24:52 -0500
Received: from vm112.vmadmin.com ([216.64.222.112]) by ams.ftl.affinity.com
with ESMTP id <223870-5587>; Tue, 18 Nov 2003 17:23:24 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm112.vmadmin.com with SMTP; 18 Nov 2003 16:23:13 -0600
X-ClientHost: 10209712110106410311111410011110119111114107115046099111109
X-MailingID: 200303
From: Invoice Dealers <GetANewCarToday200303@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Invoice Dealers <GetANewCarToday200303@replies.virtumundo.com>
Subject: Buy a new car without all the stress.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov18.172324-0500_est.223870-5587+54688@ams.ftl.affinity.com>
Date:Tue, 18 Nov 2003 17:23:23 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://www.virtumundo.com) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, visit http://www.virtumundo.com/unsub or
click here. To read Virtumundo's privacy policy, visit Privacy Policy. The
products and/or services advertised in this email are the sole responsibility
of the advertiser, and questions about this offer should be directed to the
advertiser.
(c) 2002 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Nov 18 14:49:20 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <224122-5586>; Tue, 18 Nov 2003 17:24:52 -0500
Received: from vm112.vmadmin.com ([216.64.222.112]) by ams.ftl.affinity.com
with ESMTP id <224209-5590>; Tue, 18 Nov 2003 17:23:25 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm112.vmadmin.com with SMTP; 18 Nov 2003 16:23:13 -0600
X-ClientHost: 106097121064103111114100111101191111141071150460991 11109
X-MailingID: 200303
From: Invoice Dealers <GetANewCarToday200303@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Invoice Dealers <GetANewCarToday200303@replies.virtumundo.com>
Subject: Buy a new car without all the stress.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov18.172325-0500_est.224209-5590+55113@ams.ftl.affinity.com>
Date:Tue, 18 Nov 2003 17:23:24 -0500



    You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://www.virtumundo.com) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, visit http://www.virtumundo.com/unsub or
click here. To read Virtumundo's privacy policy, visit Privacy Policy. The
products and/or services advertised in this email are the sole responsibility
of the advertiser, and questions about this offer should be directed to the
advertiser.
(c) 2002 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri May 12 21:01:09 2006
X-Persona: <Celia>
Return-Path: <mailcenter348296@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 25059 invoked from network); 11 May 2006 14:21:14 -0600
Received: from vm-181-247.vm-mail.com (206.82.181.247)
  by jaycelia.com with SMTP; 11 May 2006 14:21:14 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-247.vm-mail.com with SMTP; 11 May 2006 15:21:13 -0500
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 348296
From: IRS Solutions <IRSSolutions@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348296@vm-rewards.com>
Subject: *****SPAM***** Got tax debt?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
```

Images not loading? View this offer by visiting this link







This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

TTS 268 Bush Street, Suite 4329 San Francisco, CA 94104

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Thu Sep 29 16:41:28 2005
X-Persona: <Indi>
Return-Path: <mailcenter330188@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 28 Sep 2005 22:42:16 -0600
From: IRS Solutions <IRSSolutions@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Owe back taxes?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433B70A8.BF04D53D"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4349&e=indi@jammtomm.com
  URI:http://ogy.cc/taximyarse/index_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4349&e=indi@jammtomm.com
  URI:http://ogy.cc/taximyarse/index_02.jpg [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name                description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                   [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 26816 invoked from network); 28 Sep 2005 22:42:15 -0600
Received: from vm-183-186.vm-mail.com (206.82.183.186)
  by jaykaysplace.com with SMTP; 28 Sep 2005 22:42:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-186.vm-mail.com with SMTP; 28 Sep 2005 23:42:16 -0500
```

```
X-ClientHost: 10511010010506410609710910911611111091090460991111109
X-MailingID: 330188
From: IRS Solutions <IRSSolutions@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330188@vm-rewards.com>
Subject: Owe back taxes?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Owe back
taxes1.htm"
```

```
From ???@??? Wed Sep 14 11:48:57 2005
X-Persona: <Indi>
Return-Path: <mailcenter329602@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Wed, 14 Sep 2005 02:11:19 -0600
From: IRS Solutions <IRSSolutions@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Owe back taxes?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4327DB27.A8ED0CAB"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4119&e=indi@jammtomm.com
  URI:http://ogy.cc/taximyarse/index_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4119&e=indi@jammtomm.com
  URI:http://ogy.cc/taximyarse/index_02.jpg [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN   BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL              RBL: Received via a relay in Spamhaus Block List
                   [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 5921 invoked from network); 14 Sep 2005 02:11:19 -0600
Received: from vm-183-19.vm-mail.com (206.82.183.19)
  by jammtomm.com with SMTP; 14 Sep 2005 02:11:19 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-19.vm-mail.com with SMTP; 14 Sep 2005 03:11:20 -0500

```
X-ClientHost: 1051101001050641060971091091161111109109046099111109
X-MailingID: 329602
From: IRS Solutions <IRSSolutions@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329602@vm-rewards.com>
Subject: Owe back taxes?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Owe back
taxes.htm"
```

From ???@??? Fri May 12 21:04:03 2006
X-Persona: <Jay>
Return-Path: <mailcenter348296@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 16197 invoked from network); 11 May 2006 14:25:21 -0600
Received: from vm-180-130.vm-mail.com (206.82.180.130)
    by itdidnotendright.com with SMTP; 11 May 2006 14:25:20 -0600
Received: from vm-mail.com (192.168.3.20)
    by vm-180-130.vm-mail.com with SMTP; 11 May 2006 15:25:20 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 348296
From: IRS Solutions <IRSSolutions@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348296@vm-rewards.com>
Subject: Got tax debt?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=7.0 required=7.0 tests=BAYES_60,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_SBL autolearn=no version=2.63


Images not loading? View this offer by visiting this link



This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

TTS 268 Bush Street, Suite 4329 San Francisco, CA 94104

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Mon Oct 20 22:05:40 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <218668-1069>; Tue, 21 Oct 2003 00:17:07 -0400
Received: from vl208-42.vmlocal.com ([216.21.208.42]) by ams.ftl.affinity.com
with ESMTP id <728816-1064>; Mon, 20 Oct 2003 13:17:28 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-42.vmlocal.com with SMTP; 20 Oct 2003 12:17:25 -0500
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 169851
From: Jamaica Awaits You <JamaicaAwaitsYou169851@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Jamaica Awaits You <JamaicaAwaitsYou169851@vmlocal.com>
Subject: Visit beautiful Jamaica today!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct20.131728-0400_edt.728816-1064+11569@ams.ftl.affinity.com>
Date:Mon, 20 Oct 2003 13:17:27 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 01 13:51:05 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <222712-5220>; Sat, 1 Nov 2003 15:10:29 -0500
Received: from vl208-43.vmlocal.com ([216.21.208.43]) by ams.ftl.affinity.com
with ESMTP id <223016-5213>; Sat, 1 Nov 2003 15:09:40 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-43.vmlocal.com with SMTP; 01 Nov 2003 14:09:38 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 185236
From: Jamaica Awaits You <JamaicaAwaitsYou185236@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Jamaica Awaits You <JamaicaAwaitsYou185236@vmlocal.com>
Subject: Visit beautiful Jamaica today!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov1.150940-0500_est.223016-5213+36295@ams.ftl.affinity.com>
Date:Sat, 1 Nov 2003 15:09:39 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Nov 01 13:49:37 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213316-17933>; Sat, 1 Nov
2003 12:10:44 -0500
Received: from vl208-29.vmlocal.com ([216.21.208.29]) by ams.ftl.affinity.com
with ESMTP id <213770-17941>; Sat, 1 Nov 2003 12:09:24 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-29.vmlocal.com with SMTP; 01 Nov 2003 11:09:21 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 185239
From: Jamaica Awaits You <JamaicaAwaitsYou185239@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Jamaica Awaits You <JamaicaAwaitsYou185239@vmlocal.com>
Subject: Take a trip to Jamaica!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov1.120924-0500_est.213770-17941+73699@ams.ftl.affinity.com>
Date:Sat, 1 Nov 2003 12:09:24 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Sep 10 07:49:40 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <275956-31776>; Wed, 10 Sep 2003 07:07:20 -0400
Received: from vt05.vtarget.com ([216.64.222.5]) by ams.ftl.affinity.com with
ESMTP id <275931-31778>; Wed, 10 Sep 2003 07:06:48 -0400
Received: from vtarget.com (192.168.3.10)
  by vt05.vtarget.com with SMTP; 10 Sep 2003 06:06:45 -0500
X-ClientHost: 106097109101115064103111114100111101191111114107115046099111109
X-MailingID: 130157
From: Java Training <JavaTrainingCenters130157@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: MailCenter <mailcenter+130157@virtumundo.com>
Subject: Java programming. Career training.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep10.070648-0400_edt.275931-31778+1816@ams.ftl.affinity.com>
Date:Wed, 10 Sep 2003 07:06:47 -0400





You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) **or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Apr 14 16:04:34 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter343516@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 5795 invoked from network); 14 Apr 2006 12:39:53 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by anthonycentral.com with SMTP; 14 Apr 2006 12:39:32 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 14 Apr 2006 13:38:46 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 343516
From: Jewelry Auctions Online <JewelryAuctionsOnline@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343516@vm-rewards.com>
Subject: Thousands of auctions for affordable jewelry
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



Bidz 3562 Eastham Drive Culver City, CA 90232

If you can not see our footer image, please visit here.

From ???@??? Wed Nov 02 11:22:48 2005
X-Persona: <Indi>
Return-Path: <mailcenter331382@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 12000 invoked from network); 1 Nov 2005 05:55:47 -0600
Received: from vm-183-153.vm-mail.com (206.82.183.153)
  by clrobin.com with SMTP; 1 Nov 2005 05:55:46 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-153.vm-mail.com with SMTP; 01 Nov 2005 05:55:35 -0600
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 331382
From: Jewelry Bidz <JewelryBidz@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331382@vm-rewards.com>
Subject: Jewelry over 95% off with online auctions
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63



**Bidz, 3562 Eastham Drive, Culver City, CA, 90232**

**If you can not see our footer image, please** visit here.

From ???@??? Mon Nov 17 21:02:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217015-4085>; Mon, 17 Nov 2003 22:20:01 -0500
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <220713-4082>; Mon, 17 Nov 2003 22:19:24 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 17 Nov 2003 21:16:04 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 199618
From: Jewelry Making Supplies <JewelryMakingSupplies199618@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Jewelry Making Supplies
<JewelryMakingSupplies199618@replies.virtumundo.com>
Subject: Show off your creativity. Jewelry making.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov17.221924-0500_est.220713-4082+41902@ams.ftl.affinity.com>
Date:Mon, 17 Nov 2003 22:19:21 -0500





You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Nov 19 21:57:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <218064-22805>; Wed, 19 Nov 2003 21:54:10 -0500
Received: from vm120.vmadmin.com ([216.64.222.120]) by ams.ftl.affinity.com
with ESMTP id <221561-22804>; Wed, 19 Nov 2003 21:52:57 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm120.vmadmin.com with SMTP; 19 Nov 2003 20:50:06 -0600
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 201033
From: Jewelry Making Supplies <JewelryMakingSupplies201033@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Jewelry Making Supplies
<JewelryMakingSupplies201033@replies.virtumundo.com>
Subject: Creativity you can wear.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov19.215257-0500_est.221561-22804+7200@ams.ftl.affinity.com>
Date:Wed, 19 Nov 2003 21:52:55 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at <u>http://privacy.virtumundo.com/properties.html</u>) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to <u>http://www.virtumundo.com/unsub</u> or <u>go here</u>. To read Virtumundo's privacy policy, go to <u>Privacy Policy</u>. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Nov 19 21:57:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219857-22802>; Wed, 19 Nov 2003 21:54:10 -0500
Received: from vm120.vmadmin.com ([216.64.222.120]) by ams.ftl.affinity.com
with ESMTP id <218064-22802>; Wed, 19 Nov 2003 21:52:55 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm120.vmadmin.com with SMTP; 19 Nov 2003 20:50:06 -0600
X-ClientHost: 10209712110106410311111410011110119111114107115046099111109
X-MailingID: 201033
From: Jewelry Making Supplies <JewelryMakingSupplies201033@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Jewelry Making Supplies
<JewelryMakingSupplies201033@replies.virtumundo.com>
Subject: Creativity you can wear.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov19.215255-0500_est.218064-22802+7191@ams.ftl.affinity.com>
Date:Wed, 19 Nov 2003 21:52:54 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Nov 19 21:57:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <219992-22805>; Wed, 19 Nov
2003 21:54:10 -0500
Received: from vm120.vmadmin.com ([216.64.222.120]) by ams.ftl.affinity.com
with ESMTP id <217136-22802>; Wed, 19 Nov 2003 21:52:57 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm120.vmadmin.com with SMTP; 19 Nov 2003 20:50:06 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 201033
From: Jewelry Making Supplies <JewelryMakingSupplies201033@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Jewelry Making Supplies
<JewelryMakingSupplies201033@replies.virtumundo.com>
Subject: Creativity you can wear.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov19.215257-0500_est.217136-22802+7192@ams.ftl.affinity.com>
Date:Wed, 19 Nov 2003 21:52:56 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Jan 25 12:03:25 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <327472-2423>; Sun, 25 Jan 2004 14:06:35 -0500
Received: from vm208-54.adknow-net.com ([216.21.208.54]) by
ams.ftl.affinity.com with ESMTP id <326884-2428>; Sun, 25 Jan 2004 14:05:36
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-54.adknow-net.com with SMTP; 25 Jan 2004 13:05:34 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111 09
X-MailingID: 350045
From: Jewelry Making Supplies <JewelryMakingSupplies@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return350045@replies.adknow-net.com
Subject: Show off your creativity. Jewelry making.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan25.140536-0500_est.326884-2428+33126@ams.ftl.affinity.com>
Date:Sun, 25 Jan 2004 14:05:36 -0500



If you would like to refer a friend information regarding this program,

go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Dec 11 19:28:05 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <230056-4428>; Thu, 11 Dec
2003 22:13:20 -0500
Received: from vm120.vmadmin.com ([216.64.222.120]) by ams.ftl.affinity.com
with ESMTP id <230614-4408>; Thu, 11 Dec 2003 22:12:41 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm120.vmadmin.com with SMTP; 11 Dec 2003 21:12:35 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 216417
From: Jigsaw Puzzle <GreatJigsawPuzzles@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Jigsaw Puzzle <GreatJigsawPuzzles216417@replies.virtumundo.com>
Subject: Get puzzled!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec11.221241-0500_est.230614-4408+1273@ams.ftl.affinity.com>
Date:Thu, 11 Dec 2003 22:12:41 -0500
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Dec 11 19:28:05 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <229484-4418>; Thu, 11 Dec 2003 22:13:20 -0500
Received: from vm120.vmadmin.com ([216.64.222.120]) by ams.ftl.affinity.com
with ESMTP id <230577-4408>; Thu, 11 Dec 2003 22:12:41 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm120.vmadmin.com with SMTP; 11 Dec 2003 21:12:35 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 216417
From: Jigsaw Puzzle <GreatJigsawPuzzles@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Jigsaw Puzzle <GreatJigsawPuzzles216417@replies.virtumundo.com>
Subject: Get puzzled!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec11.221241-0500_est.230577-4408+1272@ams.ftl.affinity.com>
Date:Thu, 11 Dec 2003 22:12:40 -0500
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Dec 11 19:28:05 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <230043-4428>; Thu, 11 Dec 2003 22:13:20 -0500
Received: from vm120.vmadmin.com ([216.64.222.120]) by ams.ftl.affinity.com
with ESMTP id <230609-4403>; Thu, 11 Dec 2003 22:12:41 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm120.vmadmin.com with SMTP; 11 Dec 2003 21:12:35 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 216417
From: Jigsaw Puzzle <GreatJigsawPuzzles@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Jigsaw Puzzle <GreatJigsawPuzzles216417@replies.virtumundo.com>
Subject: Get puzzled!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec11.221241-0500_est.230609-4403+1097@ams.ftl.affinity.com>
Date:Thu, 11 Dec 2003 22:12:40 -0500



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Dec 11 19:28:05 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <230048-4428>; Thu, 11 Dec 2003 22:13:20 -0500
Received: from vm120.vmadmin.com ([216.64.222.120]) by ams.ftl.affinity.com
with ESMTP id <230582-4419>; Thu, 11 Dec 2003 22:12:40 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm120.vmadmin.com with SMTP; 11 Dec 2003 21:12:35 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 216417
From: Jigsaw Puzzle <GreatJigsawPuzzles@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Jigsaw Puzzle <GreatJigsawPuzzles216417@replies.virtumundo.com>
Subject: Get puzzled!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec11.221240-0500_est.230582-4419+1284@ams.ftl.affinity.com>
Date:Thu, 11 Dec 2003 22:12:40 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Dec 12 21:41:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221351-4419>; Fri, 12 Dec 2003 22:32:07 -0500
Received: from vm119.vmadmin.com ([216.64.222.119]) by ams.ftl.affinity.com
with ESMTP id <221823-4408>; Fri, 12 Dec 2003 22:31:15 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm119.vmadmin.com with SMTP; 12 Dec 2003 21:31:04 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 217201
From: Jigsaw Puzzle <GreatJigsawPuzzles@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Jigsaw Puzzle <GreatJigsawPuzzles217201@replies.virtumundo.com>
Subject: Go to pieces with a jigsaw puzzle!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.223115-0500_est.221823-4408+19074@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 22:31:15 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Mar 21 13:25:06 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340232@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 12962 invoked from network); 20 Mar 2006 18:18:18 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by gnwalpha.org with SMTP; 20 Mar 2006 18:18:17 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 20 Mar 2006 18:18:00 -0600
X-ClientHost: 116106064097110116104111101210991011101161140971080460991111109
X-MailingID: 340232
From: Jobs Online <JobsOnline@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340232@vm-rewards.com>
Subject: *****SPAM***** Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.0 required=7.0 tests=BAYES_90,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  2.1 BAYES_90 BODY: Bayesian spam probability is 90 to 99%
        *      [score: 0.9305]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



---



Online Supplier, 404 East First St. #1345 Long Beach, CA 90802



If you can not see our footer image, please visit here.

```
From ???@??? Tue Mar 21 13:25:05 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340232@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 8963 invoked from network); 20 Mar 2006 18:18:12 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by gnwalpha.org with SMTP; 20 Mar 2006 18:18:11 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 20 Mar 2006 18:18:00 -0600
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 340232
From: Jobs Online <JobsOnline@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340232@vm-rewards.com>
Subject: *****SPAM***** Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.0 required=7.0 tests=BAYES_90,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  2.1 BAYES_90 BODY: Bayesian spam probability is 90 to 99%
      *      [score: 0.9305]
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 HTML_70_80 BODY: Message is 70 to 80% HTML
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



Online Supplier, 404 East First St. #1345 Long Beach, CA 90802

If you can not see our footer image, please visit here.

```
From ???@??? Tue Mar 21 13:25:05 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340232@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 10053 invoked from network); 20 Mar 2006 18:18:14 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by gnwalpha.org with SMTP; 20 Mar 2006 18:18:13 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 20 Mar 2006 18:18:00 -0600
X-ClientHost:
1001011190971211101010640971101161041111101210991011101161140971080460991111109
X-MailingID: 340232
From: Jobs Online <JobsOnline@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340232@vm-rewards.com>
Subject: *****SPAM***** Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.0 required=7.0 tests=BAYES_90,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  2.1 BAYES_90 BODY: Bayesian spam probability is 90 to 99%
      *      [score: 0.9305]
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



---

Online Supplier, 404 East First St. #1345 Long Beach, CA 90802

If you can not see our footer image, please visit here.

```
From ???@??? Tue Mar 21 13:07:14 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter340232@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 13252 invoked from network); 20 Mar 2006 18:35:26 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by gordonworks.com with SMTP; 20 Mar 2006 18:35:25 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 20 Mar 2006 18:35:12 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 340232
From: Jobs Online <JobsOnline@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340232@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

Online Supplier, 404 East First St. #1345 Long Beach, CA 90802

If you can not see our footer image, please visit here.

```
From ???@??? Tue Mar 21 13:05:58 2006
X-Persona: <Celia>
Return-Path: <mailcenter340232@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 18242 invoked from network); 20 Mar 2006 18:36:45 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by clrobin.com with SMTP; 20 Mar 2006 18:36:44 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 20 Mar 2006 18:36:31 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 340232
From: Jobs Online <JobsOnline@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340232@vm-rewards.com>
Subject: *****SPAM***** Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



---



Online Supplier, 404 East First St. #1345 Long Beach, CA 90802

If you can not see our footer image, please visit here.

From ???@??? Mon Mar 20 19:37:25 2006
X-Persona: <Mila>
Return-Path: <mailcenter340232@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 20 Mar 2006 18:37:13 -0600
From: Jobs Online <JobsOnline@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Online workers needed - find out more
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ************
X-Spam-Status: Yes, hits=12.3 required=7.0 tests=BAYES_99,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_441F4AB9.7D3147CD"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
9995&e=mila@jammtomm.com
  URI:http://ogy.cc/0020OnlineSupplier.jpg
  URI:http://redirect.virtumundo.com/bt?m40232&e=mila@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (12.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 2.6 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 30600 invoked from network); 20 Mar 2006 18:37:10 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by clrobin.com with SMTP; 20 Mar 2006 18:37:08 -0600
Received: from vm-mail.com (10.0.0.42)

```
  by pkc-sb01 with SMTP; 20 Mar 2006 18:36:56 -0600
X-ClientHost: 1091051080970641060971091091161111091090460991111109
X-MailingID: 340232
From: Jobs Online <JobsOnline@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340232@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Online
workers n3.htm"
```

```
From ???@??? Mon Mar 20 16:42:41 2006
X-Persona: <RCW>
Return-Path: <mailcenter340232@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 15848 invoked from network); 20 Mar 2006 18:18:24 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by clrobin.com with SMTP; 20 Mar 2006 18:18:22 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 20 Mar 2006 18:18:10 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 340232
From: Jobs Online <JobsOnline@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340232@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

 Online Supplier, 404 East First St. #1345 Long Beach, CA 90802

     If you can not see our footer image, please visit here.

```
From ???@??? Tue Mar 07 17:17:10 2006
X-Persona: <hum>
Return-Path: <mailcenter338392@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 15014 invoked from network); 16 Feb 2006 21:40:59 -0600
Received: from vm-182-202.vm-mail.com (206.82.182.202)
  by jammtomm.com with SMTP; 16 Feb 2006 21:40:59 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-202.vm-mail.com with SMTP; 16 Feb 2006 21:40:39 -0600
X-ClientHost: 104117109064101104097104111109101046099111109
X-MailingID: 338392
From: Jobs Online <JobsOnline@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338392@vm-rewards.com>
Subject: *****SPAM***** Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



Online Supplier, 404 East First St. #1345 Long Beach, CA 90802

        If you can not see our footer image, please visit here.

From ???@??? Tue Feb 28 17:42:09 2006
X-Persona: <Mila>
Return-Path: <mailcenter339004@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 27 Feb 2006 04:29:55 -0600
From: Jobs Online <JobsOnline@vm-mail.com>
To: Jamila  <mila@jammtomm.com>
Subject: *****SPAM***** Online workers needed - find out more
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4402D4A3.354CA728"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
9157&e=mila@jammtomm.com
  URI:http://ogy.cc/0020OnlineSupplier.jpg
  URI:http://redirect.virtumundo.com/bt?m39004&e=mila@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.5 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 1.5 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 3746 invoked from network); 27 Feb 2006 04:29:52 -0600
Received: from vm-184-101.vm-mail.com (HELO pkc-sb01) (206.82.184.101)
  by chiefmusician.net with SMTP; 27 Feb 2006 04:29:52 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 27 Feb 2006 04:29:38 -0600

```
X-ClientHost: 1091051080970641060971091091161111091090460999111109
X-MailingID: 339004
From: Jobs Online <JobsOnline@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339004@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Online
workers n2.htm"
```

```
From ???@??? Mon Feb 27 23:22:11 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter339004@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 9539 invoked from network); 27 Feb 2006 04:24:52 -0600
Received: from vm-184-101.vm-mail.com (HELO pkc-sb01) (206.82.184.101)
  by ehahome.com with SMTP; 27 Feb 2006 04:24:50 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 27 Feb 2006 04:24:37 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 339004
From: Jobs Online <JobsOnline@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339004@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

Online Supplier, 404 East First St. #1345 Long Beach, CA 90802

If you can not see our footer image, please visit here.

```
From ???@??? Mon Feb 27 23:20:14 2006
X-Persona: <Jay>
Return-Path: <mailcenter339004@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 31808 invoked from network); 27 Feb 2006 04:30:25 -0600
Received: from vm-184-101.vm-mail.com (HELO pkc-sb01) (206.82.184.101)
  by jaycelia.com with SMTP; 27 Feb 2006 04:30:17 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 27 Feb 2006 04:29:58 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 339004
From: Jobs Online <JobsOnline@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339004@vm-rewards.com>
Subject: *****SPAM***** Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



---



Online Supplier, 404 East First St. #1345 Long Beach, CA 90802

If you can not see our footer image, please visit here.

```
From ???@??? Mon Feb 27 23:20:06 2006
X-Persona: <Celia>
Return-Path: <mailcenter339004@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 29825 invoked from network); 26 Feb 2006 20:54:30 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by jaykaysplace.com with SMTP; 26 Feb 2006 20:54:29 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 26 Feb 2006 20:54:14 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 339004
From: Jobs Online <JobsOnline@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339004@vm-rewards.com>
Subject: *****SPAM***** Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.8 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```





Online Supplier, 404 East First St. #1345 Long Beach, CA 90802

        If you can not see our footer image, please visit here.

```
From ???@??? Mon Feb 27 12:07:59 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter339004@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 1027 invoked from network); 27 Feb 2006 04:30:27 -0600
Received: from vm-184-101.vm-mail.com (HELO pkc-sb01) (206.82.184.101)
  by gnwalpha.org with SMTP; 27 Feb 2006 04:30:19 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 27 Feb 2006 04:30:06 -0600
X-ClientHost: 1061111006410609712110709712111511212080970991010460991111109
X-MailingID: 339004
From: Jobs Online <JobsOnline@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339004@vm-rewards.com>
Subject: *****SPAM***** Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



---



Online Supplier, 404 East First St. #1345 Long Beach, CA 90802

If you can not see our footer image, please visit here.

From ???@??? Mon Feb 27 09:10:49 2006
X-Persona: <RCW>
Return-Path: <mailcenter339004@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 13697 invoked from network); 27 Feb 2006 02:03:38 -0600
Received: from vm-184-101.vm-mail.com (HELO pkc-sb01) (206.82.184.101)
  by ehahome.com with SMTP; 27 Feb 2006 02:03:38 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 27 Feb 2006 02:03:25 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 339004
From: Jobs Online <JobsOnline@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339004@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



---

 Online Supplier, 404 East First St. #1345 Long Beach, CA 90802

      If you can not see our footer image, please visit here.

From ???@??? Sat Feb 18 17:06:57 2006
X-Persona: <Mila>
Return-Path: <mailcenter338392@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Thu, 16 Feb 2006 21:13:36 -0600
From: Jobs Online <JobsOnline@vm-mail.com>
To: Jamila  <mila@jammtomm.com>
Subject: *****SPAM***** Online workers needed - find out more
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43F53F60.A2F242E3"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8761&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'8761&e=mila@jammtomm.com
  URI:http://ogy.cc/0020OnlineSupplier.jpg [...]

Content analysis details:   (8.5 points, 7.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN   BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 1.5 BLANK_LINES_80_90        BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80               BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 28193 invoked from network); 16 Feb 2006 21:13:28 -0600
Received: from vm-181-93.vm-mail.com (206.82.181.93)
  by rcw19190020.com with SMTP; 16 Feb 2006 21:13:28 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-93.vm-mail.com with SMTP; 16 Feb 2006 21:13:13 -0600

```
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 338392
From: Jobs Online <JobsOnline@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338392@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Online
workers n1.htm"
```

From ???@??? Sat Feb 18 16:57:20 2006
X-Persona: <Indi>
Return-Path: <mailcenter338392@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 16 Feb 2006 21:13:32 -0600
From: Jobs Online <JobsOnline@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Online workers needed - find out more
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ************
X-Spam-Status: Yes, hits=12.3 required=7.0 tests=BAYES_99,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43F53F5C.594E5404"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8761&e=indi@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'8761&e=indi@jammtomm.com
  URI:http://ogy.cc/0020OnlineSupplier.jpg [...]

Content analysis details:   (12.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 2.6 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 27137 invoked from network); 16 Feb 2006 21:13:26 -0600
Received: from vm-181-93.vm-mail.com (206.82.181.93)
  by rcw19190020.com with SMTP; 16 Feb 2006 21:13:25 -0600
Received: from vm-mail.com (192.168.3.20)

```
   by vm-181-93.vm-mail.com with SMTP; 16 Feb 2006 21:13:13 -0600
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 338392
From: Jobs Online <JobsOnline@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338392@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Online
workers n.htm"
```

```
From ???@??? Sat Feb 18 16:57:20 2006
X-Persona: <Indi>
Return-Path: <mailcenter338392@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Thu, 16 Feb 2006 21:13:32 -0600
From: Jobs Online <JobsOnline@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Online workers needed - find out more
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ************
X-Spam-Status: Yes, hits=12.3 required=7.0 tests=BAYES_99,BLANK_LINES_80_90,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
       version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43F53F5C.594E5404"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8761&e=indi@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'8761&e=indi@jammtomm.com
  URI:http://ogy.cc/0020OnlineSupplier.jpg [...]

Content analysis details:   (12.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 2.6 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 27137 invoked from network); 16 Feb 2006 21:13:26 -0600
Received: from vm-181-93.vm-mail.com (206.82.181.93)
  by rcw19190020.com with SMTP; 16 Feb 2006 21:13:25 -0600
Received: from vm-mail.com (192.168.3.20)

```
  by vm-181-93.vm-mail.com with SMTP; 16 Feb 2006 21:13:13 -0600
X-ClientHost: 1051101001050641060971091091161111091090460991111 09
X-MailingID: 338392
From: Jobs Online <JobsOnline@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338392@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Online
workers n.htm"
```

```
From ???@??? Fri Feb 17 09:13:00 2006
X-Persona: <Jon>
Return-Path: <mailcenter338392@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 29984 invoked from network); 16 Feb 2006 21:13:33 -0600
Received: from vm-181-193.vm-mail.com (206.82.181.193)
   by ehahome.com with SMTP; 16 Feb 2006 21:13:31 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-193.vm-mail.com with SMTP; 16 Feb 2006 21:13:18 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 338392
From: Jobs Online <JobsOnline@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338392@vm-rewards.com>
Subject: *****SPAM***** Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

Online Supplier, 404 East First St. #1345 Long Beach, CA 90802

If you can not see our footer image, please visit here.

```
From ???@??? Fri Feb 17 09:12:55 2006
X-Persona: <Jay>
Return-Path: <mailcenter338392@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 28898 invoked from network); 16 Feb 2006 21:13:30 -0600
Received: from vm-181-55.vm-mail.com (206.82.181.55)
  by ehahome.com with SMTP; 16 Feb 2006 21:13:30 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-55.vm-mail.com with SMTP; 16 Feb 2006 21:13:18 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 338392
From: Jobs Online <JobsOnline@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338392@vm-rewards.com>
Subject: *****SPAM***** Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
    DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
    HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
    autolearn=no version=2.63
X-Spam-Report:
    *  1.0 DATE_MISSING Missing Date: header
    *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
    *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
    *  0.0 HTML_MESSAGE BODY: HTML included in message
    *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
    *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
    *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
    *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
    *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



 Online Supplier, 404 East First St. #1345 Long Beach, CA 90802



        If you can not see our footer image, please visit here.

```
From ???@??? Fri Feb 17 09:11:27 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter338392@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 7937 invoked from network); 16 Feb 2006 23:01:49 -0600
Received: from vm-182-109.vm-mail.com (206.82.182.109)
  by clrobin.com with SMTP; 16 Feb 2006 23:01:43 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-109.vm-mail.com with SMTP; 16 Feb 2006 23:01:30 -0600
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460991111
09
X-MailingID: 338392
From: Jobs Online <JobsOnline@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338392@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---



**Online Supplier, 404 East First St. #1345 Long Beach, CA 90802**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Feb 17 09:10:56 2006
X-Persona: <Celia>
Return-Path: <mailcenter338392@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 19586 invoked from network); 17 Feb 2006 04:47:22 -0600
Received: from vm-180-64.vm-mail.com (206.82.180.64)
  by celiajay.com with SMTP; 17 Feb 2006 04:47:21 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-64.vm-mail.com with SMTP; 17 Feb 2006 04:47:06 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 338392
From: Jobs Online <JobsOnline@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338392@vm-rewards.com>
Subject: *****SPAM***** Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

 Online Supplier, 404 East First St. #1345 Long Beach, CA 90802



        If you can not see our footer image, please visit here.

From ???@??? Thu Feb 16 22:08:11 2006
X-Persona: <RCW>
Return-Path: <mailcenter338392@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 23968 invoked from network); 16 Feb 2006 22:23:36 -0600
Received: from vm-181-176.vm-mail.com (206.82.181.176)
  by jaykaysplace.com with SMTP; 16 Feb 2006 22:23:36 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-176.vm-mail.com with SMTP; 16 Feb 2006 22:23:24 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 338392
From: Jobs Online <JobsOnline@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338392@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



---



Online Supplier, 404 East First St. #1345 Long Beach, CA 90802

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 15:59:28 2006
X-Persona: <RCW>
Return-Path: <mailcenter334768@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 8450 invoked from network); 11 Jan 2006 16:08:52 -0600
Received: from vm-182-217.vm-mail.com (206.82.182.217)
  by anthonycentral.com with SMTP; 11 Jan 2006 16:08:48 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-217.vm-mail.com with SMTP; 11 Jan 2006 16:08:35 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460099111109
X-MailingID: 334768
From: Jobs Online <JobsOnline@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334768@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---



**Online Supplier, 404 East First St. #1345 Long Beach, CA 90802**

**If you can not see our footer image, please** visit here.

```
From ???@??? Sat Jan 21 18:02:30 2006
X-Persona: <Jay>
Return-Path: <mailcenter334768@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 31815 invoked from network); 11 Jan 2006 15:15:57 -0600
Received: from vm-182-23.vm-mail.com (206.82.182.23)
  by omniinnovations.com with SMTP; 11 Jan 2006 15:15:48 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-23.vm-mail.com with SMTP; 11 Jan 2006 15:15:34 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 334768
From: Jobs Online <JobsOnline@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334768@vm-rewards.com>
Subject: *****SPAM***** Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```





Online Supplier, 404 East First St. #1345 Long Beach, CA 90802

If you can not see our footer image, please visit here.

```
From ???@??? Fri Jan 13 13:49:33 2006
X-Persona: <Jay>
Return-Path: <mailcenter334768@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 31815 invoked from network); 11 Jan 2006 15:15:57 -0600
Received: from vm-182-23.vm-mail.com (206.82.182.23)
  by omniinnovations.com with SMTP; 11 Jan 2006 15:15:48 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-23.vm-mail.com with SMTP; 11 Jan 2006 15:15:34 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 334768
From: Jobs Online <JobsOnline@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334768@vm-rewards.com>
Subject: *****SPAM***** Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



---



Online Supplier, 404 East First St. #1345 Long Beach, CA 90802

If you can not see our footer image, please visit here.

```
From ???@??? Fri Jan 13 13:46:05 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter334768@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 1793 invoked from network); 11 Jan 2006 15:14:03 -0600
Received: from vm-182-221.vm-mail.com (206.82.182.221)
  by xj4x4.net with SMTP; 11 Jan 2006 15:14:02 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-221.vm-mail.com with SMTP; 11 Jan 2006 15:13:49 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 334768
From: Jobs Online <JobsOnline@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334768@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

**Online Supplier, 404 East First St. #1345 Long Beach, CA 90802**

If you can not see our footer image, please visit here.

```
From ???@??? Fri Jan 13 13:44:39 2006
X-Persona: <Celia>
Return-Path: <mailcenter334768@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 14754 invoked from network); 11 Jan 2006 15:35:33 -0600
Received: from vm-180-229.vm-mail.com (206.82.180.229)
  by ehahome.com with SMTP; 11 Jan 2006 15:35:29 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-229.vm-mail.com with SMTP; 11 Jan 2006 15:35:15 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 334768
From: Jobs Online <JobsOnline@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334768@vm-rewards.com>
Subject: *****SPAM***** Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



---



Online Supplier, 404 East First St. #1345 Long Beach, CA 90802

If you can not see our footer image, please visit here.

```
From ???@??? Fri Jan 13 12:17:46 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter334768@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 32065 invoked from network); 11 Jan 2006 15:15:58 -0600
Received: from vm-182-66.vm-mail.com (206.82.182.66)
  by gnwalpha.org with SMTP; 11 Jan 2006 15:15:51 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-66.vm-mail.com with SMTP; 11 Jan 2006 15:15:36 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460099111109
X-MailingID: 334768
From: Jobs Online <JobsOnline@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334768@vm-rewards.com>
Subject: *****SPAM***** Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



---



Online Supplier, 404 East First St. #1345 Long Beach, CA 90802

If you can not see our footer image, please visit here.

```
From ???@??? Thu Jan 12 12:34:17 2006
X-Persona: <Mila>
Return-Path: <mailcenter334768@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 11 Jan 2006 15:16:37 -0600
From: Jobs Online <JobsOnline@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Online workers needed - find out more
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43C575B5.5FA87514"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
6925&e=mila@jammtomm.com
  URI:http://ogy.cc/0020OnlineSupplier.jpg
  URI:http://redirect.virtumundo.com/bt?m34768&e=mila@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.5 points, 7.0 required)

 pts rule name               description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 1.5 BLANK_LINES_80_90       BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80              BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 28708 invoked from network); 11 Jan 2006 15:15:54 -0600
Received: from vm-182-244.vm-mail.com (206.82.182.244)
  by rcw19190020.com with SMTP; 11 Jan 2006 15:15:43 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-244.vm-mail.com with SMTP; 11 Jan 2006 15:15:28 -0600

```
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 334768
From: Jobs Online <JobsOnline@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334768@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Online
workers n1.htm"
```

```
From ???@??? Wed Jan 11 13:23:29 2006
Return-Path: <mailcenter334768@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 13765 invoked from network); 11 Jan 2006 15:06:26 -0600
Received: from vm-177-81.vm-mail.com (206.82.177.81)
  by omniinnovations.com with SMTP; 11 Jan 2006 15:06:24 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-81.vm-mail.com with SMTP; 11 Jan 2006 15:05:53 -0600
X-ClientHost: 11610606409711011610411110121099101110116114097108046099111109
X-MailingID: 334768
From: Jobs Online <JobsOnline@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334768@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_56,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```



---

 Online Supplier, 404 East First St. #1345 Long Beach, CA 90802



If you can not see our footer image, please visit here.

```
From ???@??? Wed Jan 11 13:23:28 2006
Return-Path: <mailcenter334768@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 6245 invoked from network); 11 Jan 2006 15:06:11 -0600
Received: from vm-177-81.vm-mail.com (206.82.177.81)
  by omniinnovations.com with SMTP; 11 Jan 2006 15:06:06 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-81.vm-mail.com with SMTP; 11 Jan 2006 15:05:53 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 334768
From: Jobs Online <JobsOnline@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334768@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_56,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```



---



**Online Supplier, 404 East First St. #1345 Long Beach, CA 90802**



    **If you can not see our footer image, please** visit here.

```
From ???@??? Wed Jan 11 13:23:28 2006
Return-Path: <mailcenter334768@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 7297 invoked from network); 11 Jan 2006 15:06:13 -0600
Received: from vm-177-81.vm-mail.com (206.82.177.81)
  by omniinnovations.com with SMTP; 11 Jan 2006 15:06:12 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-81.vm-mail.com with SMTP; 11 Jan 2006 15:05:53 -0600
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 334768
From: Jobs Online <JobsOnline@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334768@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_56,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```



---



 Online Supplier, 404 East First St. #1345 Long Beach, CA 90802

If you can not see our footer image, please visit here.

```
From ???@??? Wed Jan 11 13:23:28 2006
Return-Path: <mailcenter334768@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 12801 invoked from network); 11 Jan 2006 15:06:22 -0600
Received: from vm-177-81.vm-mail.com (206.82.177.81)
   by omniinnovations.com with SMTP; 11 Jan 2006 15:06:19 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-81.vm-mail.com with SMTP; 11 Jan 2006 15:05:53 -0600
X-ClientHost:
11509711010012106409711011610411111012109910110116114097108046099111109
X-MailingID: 334768
From: Jobs Online <JobsOnline@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334768@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_56,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```



---

 Online Supplier, 404 East First St. #1345 Long Beach, CA 90802



If you can not see our footer image, please visit here.

```
From ???@??? Wed Jan 11 13:23:28 2006
Return-Path: <mailcenter334768@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 10213 invoked from network); 11 Jan 2006 15:06:17 -0600
Received: from vm-177-81.vm-mail.com (206.82.177.81)
  by omniinnovations.com with SMTP; 11 Jan 2006 15:06:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-81.vm-mail.com with SMTP; 11 Jan 2006 15:05:53 -0600
X-ClientHost:
1001011190971211101010640971101161041111012109910111011611409710804609911109
X-MailingID: 334768
From: Jobs Online <JobsOnline@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334768@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_56,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```



---


Online Supplier, 404 East First St. #1345 Long Beach, CA 90802



If you can not see our footer image, please visit here.

```
From ???@??? Tue Mar 21 13:25:06 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340232@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 12162 invoked from network); 20 Mar 2006 18:18:17 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by gnwalpha.org with SMTP; 20 Mar 2006 18:18:16 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 20 Mar 2006 18:18:00 -0600
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 340232
From: Jobs Online <JobsOnline@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340232@vm-rewards.com>
Subject: *****SPAM***** Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.0 required=7.0 tests=BAYES_90,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  2.1 BAYES_90 BODY: Bayesian spam probability is 90 to 99%
      *      [score: 0.9305]
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 HTML_70_80 BODY: Message is 70 to 80% HTML
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```





Online Supplier, 404 East First St. #1345 Long Beach, CA 90802

If you can not see our footer image, please visit here.

From ???@??? Tue Feb 03 09:06:13 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2724504-19795>; Tue, 3 Feb 2004 11:27:49 -0500
Received: from vm208-76.adknow-net.com ([216.21.208.76]) by
ams.ftl.affinity.com with ESMTP id <2720644-19800>; Tue, 3 Feb 2004 11:26:21
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-76.adknow-net.com with SMTP; 03 Feb 2004 10:25:46 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 356870
From: Keep Up With Your Books <KeepUpWithYourBooks@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return356870@replies.adknow-net.com
Subject: Keep up with your books.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb3.112621-0500_est.2720644-19800+12155@ams.ftl.affinity.com>
Date:Tue, 3 Feb 2004 11:26:20 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Oct 12 10:27:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <319858-1170>; Sun, 12 Oct 2003 04:03:08 -0400
Received: from vm140.vmadmin.com ([216.64.222.140]) by ams.ftl.affinity.com
with ESMTP id <320001-1166>; Sun, 12 Oct 2003 04:02:10 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm140.vmadmin.com with SMTP; 12 Oct 2003 03:02:07 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 160307
From: Keychain Credit Card <KeychainCreditCard160307@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+160307@virtumundo.com>
Subject: Discover(R) Platinum American Flag Card.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct12.040210-0400_edt.320001-1166+6890@ams.ftl.affinity.com>
Date:Sun, 12 Oct 2003 04:02:09 -0400



*Click here to read about APRs, fees and other items in the Important Information section.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at
`http://privacy.virtumundo.com/properties.html`) or you signed up with a party that has contracted with
Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read
Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Oct 12 10:27:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <320371-1173>; Sun, 12 Oct 2003 04:03:05 -0400
Received: from vm140.vmadmin.com ([216.64.222.140]) by ams.ftl.affinity.com
with ESMTP id <319981-1169>; Sun, 12 Oct 2003 04:02:08 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm140.vmadmin.com with SMTP; 12 Oct 2003 03:02:07 -0500
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 160307
From: Keychain Credit Card <KeychainCreditCard160307@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+160307@virtumundo.com>
Subject: Discover(R) Platinum American Flag Card.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct12.040208-0400_edt.319981-1169+6556@ams.ftl.affinity.com>
Date:Sun, 12 Oct 2003 04:02:08 -0400



*Click here to read about APRs, fees and other items in the Important Information section.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Oct 12 10:27:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <319972-1173>; Sun, 12 Oct 2003 04:03:05 -0400
Received: from vm140.vmadmin.com ([216.64.222.140]) by ams.ftl.affinity.com
with ESMTP id <319858-1161>; Sun, 12 Oct 2003 04:02:10 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm140.vmadmin.com with SMTP; 12 Oct 2003 03:02:07 -0500
X-ClientHost:
106097109105108097064103111141001111101191111141071150460991111109
X-MailingID: 160307
From: Keychain Credit Card <KeychainCreditCard160307@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+160307@virtumundo.com>
Subject: Discover(R) Platinum American Flag Card.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct12.040210-0400_edt.319858-1161+6593@ams.ftl.affinity.com>
Date:Sun, 12 Oct 2003 04:02:08 -0400



*Click here to read about APRs, fees and other items in the Important Information section.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at
`http://privacy.virtumundo.com/properties.html`) or you signed up with a party that has contracted with
Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read
Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Oct 12 10:24:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <333659-28615>; Sun, 12 Oct 2003 02:46:25 -0400
Received: from vm139.vmadmin.com ([216.64.222.139]) by ams.ftl.affinity.com
with ESMTP id <336070-28610>; Sun, 12 Oct 2003 02:45:33 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm139.vmadmin.com with SMTP; 12 Oct 2003 01:45:31 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 160307
From: Keychain Credit Card <KeychainCreditCard160307@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Keychain Credit Card
<KeychainCreditCard160307@replies.virtumundo.com>
Subject: Discover(R) Platinum American Flag Card.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct12.024533-0400_edt.336070-28610+55774@ams.ftl.affinity.com>
Date:Sun, 12 Oct 2003 02:45:32 -0400



**\*Click here** to read about APRs, fees and other items in the Important Information section.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Oct 12 10:27:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <319981-1170>; Sun, 12 Oct
2003 04:03:08 -0400
Received: from vm140.vmadmin.com ([216.64.222.140]) by ams.ftl.affinity.com
with ESMTP id <320019-1166>; Sun, 12 Oct 2003 04:02:12 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm140.vmadmin.com with SMTP; 12 Oct 2003 03:02:07 -0500
X-ClientHost:
10611111009711610409711006410311111410011110119111114107115046099111109
X-MailingID: 160307
From: Keychain Credit Card <KeychainCreditCard160307@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+160307@virtumundo.com>
Subject: Discover(R) Platinum American Flag Card.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct12.040212-0400_edt.320019-1166+6891@ams.ftl.affinity.com>
Date:Sun, 12 Oct 2003 04:02:10 -0400
```



**\*Click here** to read about APRs, fees and other items in the Important Information section.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Feb 02 10:53:09 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <233820-7151>; Mon, 2 Feb 2004 11:35:06 -0500
Received: from vm208-13.adknow-net.com ([216.21.208.13]) by
ams.ftl.affinity.com with ESMTP id <239623-7146>; Mon, 2 Feb 2004 11:33:33
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-13.adknow-net.com with SMTP; 02 Feb 2004 10:32:37 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 356657
From: Keychains <CustomKeychains@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return356657@replies.adknow-net.com
Subject: It's a little billboard they put their keys on.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb2.113333-0500_est.239623-7146+99925@ams.ftl.affinity.com>
Date:Mon, 2 Feb 2004 11:33:33 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Feb 02 10:53:09 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <237109-7146>; Mon, 2 Feb 2004 11:34:17 -0500
Received: from vm208-13.adknow-net.com ([216.21.208.13]) by
ams.ftl.affinity.com with ESMTP id <239614-7150>; Mon, 2 Feb 2004 11:33:30
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-13.adknow-net.com with SMTP; 02 Feb 2004 10:32:37 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 356657
From: Keychains <CustomKeychains@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return356657@replies.adknow-net.com
Subject: It's a little billboard they put their keys on.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb2.113330-0500_est.239614-7150+100352@ams.ftl.affinity.com>
Date:Mon, 2 Feb 2004 11:33:30 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Feb 02 10:53:09 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <237016-7146>; Mon, 2 Feb 2004 11:34:17 -0500
Received: from vm208-13.adknow-net.com ([216.21.208.13]) by
ams.ftl.affinity.com with ESMTP id <239610-7151>; Mon, 2 Feb 2004 11:33:27
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-13.adknow-net.com with SMTP; 02 Feb 2004 10:32:37 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 356657
From: Keychains <CustomKeychains@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return356657@replies.adknow-net.com
Subject: It's a little billboard they put their keys on.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb2.113327-0500_est.239610-7151+98955@ams.ftl.affinity.com>
Date:Mon, 2 Feb 2004 11:33:27 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Feb 02 10:53:09 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <239184-7143>; Mon, 2 Feb 2004
11:35:07 -0500
Received: from vm208-13.adknow-net.com ([216.21.208.13]) by
ams.ftl.affinity.com with ESMTP id <239632-7151>; Mon, 2 Feb 2004 11:33:36
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-13.adknow-net.com with SMTP; 02 Feb 2004 10:32:37 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504 6099111109
X-MailingID: 356657
From: Keychains <CustomKeychains@adknow-net.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return356657@replies.adknow-net.com
Subject: It's a little billboard they put their keys on.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb2.113336-0500_est.239632-7151+98957@ams.ftl.affinity.com>
Date:Mon, 2 Feb 2004 11:33:36 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Jan 29 14:47:51 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <228690-10066>; Thu, 29 Jan
2004 16:29:50 -0500
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <227235-10066>; Thu, 29 Jan 2004 16:29:03 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 29 Jan 2004 15:28:58 -0600
X-ClientHost:
10611111009711610409711006410311111410011110119111114107115046099111109
X-MailingID: 241093
From: KeywordMania <KeywordsEarnMoney@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: KeywordMania <KeywordsEarnMoney241093@replies.virtumundo.com>
Subject: Make a Fortune with Keyword Ads!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan29.162903-0500_est.227235-10066+34797@ams.ftl.affinity.com>
Date:Thu, 29 Jan 2004 16:29:02 -0500
```



---

**Frontline Direct, Inc., 2269 Chestnut St. #630, San Francisco, CA 94123**

```
From ???@??? Thu Jan 29 14:47:51 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218185-10066>; Thu, 29 Jan 2004 16:29:50 -0500
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <230454-10074>; Thu, 29 Jan 2004 16:29:03 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 29 Jan 2004 15:28:58 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 241093
From: KeywordMania <KeywordsEarnMoney@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: KeywordMania <KeywordsEarnMoney241093@replies.virtumundo.com>
Subject: Make a Fortune with Keyword Ads!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan29.162903-0500_est.230454-10074+35252@ams.ftl.affinity.com>
Date:Thu, 29 Jan 2004 16:29:02 -0500
```




Frontline Direct, Inc., 2269 Chestnut St. #630, San Francisco, CA 94123

```
From ???@??? Sun Oct 12 13:20:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <392817-1173>; Sun, 12 Oct 2003 14:33:35 -0400
Received: from vl208-63.vmlocal.com ([216.21.208.63]) by ams.ftl.affinity.com
with ESMTP id <392081-1166>; Sun, 12 Oct 2003 14:32:52 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-63.vmlocal.com with SMTP; 12 Oct 2003 13:32:44 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 160788
From: Kitchen Corner <KitchenRemodeling160788@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Kitchen Corner <KitchenRemodeling160788@vmlocal.com>
Subject: Turn your kitchen into something more.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct12.143252-0400_edt.392081-1166+9142@ams.ftl.affinity.com>
Date:Sun, 12 Oct 2003 14:32:52 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Feb 01 09:17:13 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2381565-25490>; Sun, 1 Feb 2004 12:11:41 -0500
Received: from vm208-54.adknow-net.com ([216.21.208.54]) by
ams.ftl.affinity.com with ESMTP id <2383740-25477>; Sun, 1 Feb 2004 12:10:42
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-54.adknow-net.com with SMTP; 01 Feb 2004 11:10:41 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 356142
From: Kitchen Corner <KitchenRemodeling@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return356142@replies.adknow-net.com
Subject: Make your kitchen everything it can be.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb1.121042-0500_est.2383740-25477+34106@ams.ftl.affinity.com>
Date:Sun, 1 Feb 2004 12:10:42 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Jan 01 19:12:46 2006
X-Persona: <Mila>
Return-Path: <mailcenter333653@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 27490 invoked from network); 25 Dec 2005 11:34:24 -0600
Received: from vm-182-158.vm-mail.com (206.82.182.158)
  by itdidnotendright.com with SMTP; 25 Dec 2005 11:34:24 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-158.vm-mail.com with SMTP; 25 Dec 2005 11:34:11 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 333653
From: Kitchen Remodel Experts <KitchenRemodelExperts@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333653@vm-rewards.com>
Subject: Compare kitchen remodeling companies in seconds
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```





QuinStreet, Inc., 1051 E. Hillsdale Avenue, Foster City, CA 94404



If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 14:49:46 2005
Return-Path: <mailcenter333653@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 1377 invoked from network); 25 Dec 2005 12:19:47 -0600
Received: from vm-180-218.vm-mail.com (206.82.180.218)
  by celiajay.com with SMTP; 25 Dec 2005 12:19:44 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-218.vm-mail.com with SMTP; 25 Dec 2005 12:19:32 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 333653
From: Kitchen Remodel Experts <KitchenRemodelExperts@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333653@vm-rewards.com>
Subject: Compare kitchen remodeling companies in seconds
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.0 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



In just seconds, we can help you find a pre-screened, well-established kitchen renovation company with just the right combination of products and services you need.

Make your dream kitchen a reality.

QuinStreet, Inc., 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 14:49:46 2005
Return-Path: <mailcenter333653@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 2272 invoked from network); 25 Dec 2005 12:19:48 -0600
Received: from vm-180-218.vm-mail.com (206.82.180.218)
  by celiajay.com with SMTP; 25 Dec 2005 12:19:48 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-218.vm-mail.com with SMTP; 25 Dec 2005 12:19:32 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 333653
From: Kitchen Remodel Experts <KitchenRemodelExperts@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333653@vm-rewards.com>
Subject: Compare kitchen remodeling companies in seconds
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.0 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



QuinStreet, Inc., 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 14:49:46 2005
Return-Path: <mailcenter333653@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 3044 invoked from network); 25 Dec 2005 12:19:49 -0600
Received: from vm-180-218.vm-mail.com (206.82.180.218)
  by celiajay.com with SMTP; 25 Dec 2005 12:19:48 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-218.vm-mail.com with SMTP; 25 Dec 2005 12:19:32 -0600
X-ClientHost:
10010111909712111010106409711011610411110121099101110116114097108046099111109
X-MailingID: 333653
From: Kitchen Remodel Experts <KitchenRemodelExperts@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333653@vm-rewards.com>
Subject: Compare kitchen remodeling companies in seconds
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.0 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



QuinStreet, Inc., 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 14:49:46 2005
Return-Path: <mailcenter333653@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 4800 invoked from network); 25 Dec 2005 12:19:52 -0600
Received: from vm-180-218.vm-mail.com (206.82.180.218)
  by celiajay.com with SMTP; 25 Dec 2005 12:19:50 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-218.vm-mail.com with SMTP; 25 Dec 2005 12:19:32 -0600
X-ClientHost: 11610606409711011610411110121099101110116114097108046099111109
X-MailingID: 333653
From: Kitchen Remodel Experts <KitchenRemodelExperts@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333653@vm-rewards.com>
Subject: Compare kitchen remodeling companies in seconds
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.0 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



In just seconds, we can help you find a pre-screened, well-established kitchen renovation company with just the right combination of products and services you need.

Make your dream kitchen a reality.

QuinStreet, Inc., 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 14:49:46 2005
Return-Path: <mailcenter333653@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 3809 invoked from network); 25 Dec 2005 12:19:50 -0600
Received: from vm-180-218.vm-mail.com (206.82.180.218)
  by celiajay.com with SMTP; 25 Dec 2005 12:19:49 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-218.vm-mail.com with SMTP; 25 Dec 2005 12:19:32 -0600
X-ClientHost:
11509711010012106409711011610411111012109910111011611409710804609911109
X-MailingID: 333653
From: Kitchen Remodel Experts <KitchenRemodelExperts@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333653@vm-rewards.com>
Subject: Compare kitchen remodeling companies in seconds
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.0 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



In just seconds, we can help you find a pre-screened, well-established kitchen renovation company with just the right combination of products and services you need.

Make your dream kitchen a reality.

QuinStreet, Inc., 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Mon Dec 26 14:54:08 2005
X-Persona: <Jay>
Return-Path: <mailcenter333653@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 31010 invoked from network); 25 Dec 2005 11:34:29 -0600
Received: from vm-182-134.vm-mail.com (206.82.182.134)
  by omniinnovations.com with SMTP; 25 Dec 2005 11:34:29 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-134.vm-mail.com with SMTP; 25 Dec 2005 11:34:16 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 333653
From: Kitchen Remodel Experts <KitchenRemodelExperts@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333653@vm-rewards.com>
Subject: Compare kitchen remodeling companies in seconds
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



In just seconds, we can help you find a pre-screened, well-established kitchen renovation company with just the right combination of products and services you need.

Make your dream kitchen a reality.



QuinStreet, Inc., 1051 E. Hillsdale Avenue, Foster City, CA 94404



If you can not see our footer image, please visit here.

```
From ???@??? Mon Dec 26 14:50:57 2005
X-Persona: <Jon>
Return-Path: <mailcenter333653@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 32033 invoked from network); 25 Dec 2005 11:34:31 -0600
Received: from vm-182-227.vm-mail.com (206.82.182.227)
   by celiajay.com with SMTP; 25 Dec 2005 11:34:31 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-227.vm-mail.com with SMTP; 25 Dec 2005 11:34:17 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 333653
From: Kitchen Remodel Experts <KitchenRemodelExperts@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333653@vm-rewards.com>
Subject: Compare kitchen remodeling companies in seconds
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



In just seconds, we can help you find a pre-screened, well-established kitchen renovation company with just the right combination of products and services you need.

Make your dream kitchen a reality.



 QuinStreet, Inc., 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Mon Dec 26 14:48:18 2005
X-Persona: <Celia>
Return-Path: <mailcenter333653@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 9506 invoked from network); 25 Dec 2005 11:48:55 -0600
Received: from vm-177-55.vm-mail.com (206.82.177.55)
   by jaycelia.com with SMTP; 25 Dec 2005 11:48:55 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-55.vm-mail.com with SMTP; 25 Dec 2005 11:48:42 -0600
X-ClientHost: 0991011081050970640991011081050971060971210146099111109
X-MailingID: 333653
From: Kitchen Remodel Experts <KitchenRemodelExperts@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333653@vm-rewards.com>
Subject: Compare kitchen remodeling companies in seconds
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```





QuinStreet, Inc., 1051 E. Hillsdale Avenue, Foster City, CA 94404



If you can not see our footer image, please visit here.

```
From ???@??? Mon Dec 26 14:38:06 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333653@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 31968 invoked from network); 25 Dec 2005 11:32:32 -0600
Received: from vm-182-226.vm-mail.com (206.82.182.226)
  by omniinnovations.com with SMTP; 25 Dec 2005 11:32:32 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-226.vm-mail.com with SMTP; 25 Dec 2005 11:32:18 -0600
X-ClientHost:
10610510906410511610010510010111111610111010011410510310411604609911109
X-MailingID: 333653
From: Kitchen Remodel Experts <KitchenRemodelExperts@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333653@vm-rewards.com>
Subject: Compare kitchen remodeling companies in seconds
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



In just seconds, we can help you find a pre-screened, well-established kitchen renovation company with just the right combination of products and services you need.

Make your dream kitchen a reality.

QuinStreet, Inc., 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Wed Dec 21 12:41:43 2005
X-Persona: <Celia>
Return-Path: <mailcenter333355@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 5536 invoked from network); 19 Dec 2005 13:54:52 -0600
Received: from vm-182-34.vm-mail.com (206.82.182.34)
   by jaykaysplace.com with SMTP; 19 Dec 2005 13:54:52 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-34.vm-mail.com with SMTP; 19 Dec 2005 13:54:36 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 333355
From: Kitchen Remodel Experts <KitchenRemodelExperts@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333355@vm-rewards.com>
Subject: *****SPAM***** Find the best deals on kitchen remodeling, fast
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.4 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.4 HTML_FONT_INVISIBLE BODY: HTML font color is same as background
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```





**Guide To Kitchen Remodeling**



QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404



If you can not see our footer image, please visit here.

```
From ???@??? Wed Dec 21 12:40:42 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333355@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 3136 invoked from network); 19 Dec 2005 13:42:11 -0600
Received: from vm-177-77.vm-mail.com (206.82.177.77)
  by jaycelia.com with SMTP; 19 Dec 2005 13:42:11 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-77.vm-mail.com with SMTP; 19 Dec 2005 13:41:58 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 333355
From:  Kitchen Remodel Experts <KitchenRemodelExperts@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333355@vm-rewards.com>
Subject: Find the best deals on kitchen remodeling, fast
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**Guide To Kitchen Remodeling**

QuinStreet, Inc, 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Thu Oct 27 12:31:51 2005
X-Persona: <hum>
Return-Path: <mailcenter331212@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 359 invoked from network); 25 Oct 2005 15:10:59 -0600
Received: from vm-183-129.vm-mail.com (206.82.183.129)
  by clrobin.com with SMTP; 25 Oct 2005 15:10:59 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-129.vm-mail.com with SMTP; 25 Oct 2005 16:10:47 -0500
X-ClientHost: 10411710906410110409710411110910104609911109
X-MailingID: 331212
From: Kitchen Remodel Experts <KitchenRemodelExperts@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331212@vm-rewards.com>
Subject: Give your kitchen a stylish new look.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**QuinStreet, Inc., 1051 E. Hillsdale Avenue, Foster City, CA 94404**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Sun Oct 23 19:32:41 2005
X-Persona: <Indi>
Return-Path: <mailcenter331127@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 17186 invoked from network); 22 Oct 2005 16:13:25 -0600
Received: from vm-180-225.vm-mail.com (206.82.180.225)
   by jaycelia.com with SMTP; 22 Oct 2005 16:13:24 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-225.vm-mail.com with SMTP; 22 Oct 2005 17:13:14 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 331127
From: Kitchen Remodel Experts <KitchenRemodelExperts@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331127@vm-rewards.com>
Subject: Boost your home's value with kitchen cabinet refacing
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```





---

 Quinstreet 1051 E. Hillsdale Avenue Foster City, CA 944041

If you can not see our footer image, please <u>visit here</u>.

```
From ???@??? Mon Jan 30 15:51:19 2006
X-Persona: <RCW>
Return-Path: <mailcenter333653@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 2848 invoked from network); 25 Dec 2005 12:31:17 -0600
Received: from vm-182-50.vm-mail.com (206.82.182.50)
  by chiefmusician.net with SMTP; 25 Dec 2005 12:31:17 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-50.vm-mail.com with SMTP; 25 Dec 2005 12:31:04 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 333653
From: Kitchen Remodel Experts <KitchenRemodelExperts@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333653@vm-rewards.com>
Subject: Compare kitchen remodeling companies in seconds
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



In just seconds, we can help you find a pre-screened, well-established kitchen renovation company with just the right combination of products and services you need.

Make your dream kitchen a reality.

QuinStreet, Inc., 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

From ???@??? Sat Sep 17 22:34:32 2005
X-Persona: <Indi>
Return-Path: <mailcenter329743@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 16 Sep 2005 20:27:17 -0600
From: Kitchen Remodeling Experts <KitchenRemodel@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Find the best deals on kitchen remodeling, fast.
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_432B7F05.0DF6A4D7"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://ogy.cc/cartoonpoolys/index_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4177&e=indi@jammtomm.com
  URI:http://ogy.cc/cartoonpoolys/index_02.gif
  URI:http://redirect.virtumundo.com/ct?i'4177&e=indi@jammtomm.com
  URI:http://ogy.cc/cartoonpoolys/index_03.gif [...]

Content analysis details:   (7.5 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.5 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 1632 invoked from network); 16 Sep 2005 20:27:17 -0600
Received: from vm-177-24.vm-mail.com (206.82.177.24)
  by omniinnovations.com with SMTP; 16 Sep 2005 20:27:16 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-24.vm-mail.com with SMTP; 17 Sep 2005 02:27:15 +0000

```
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 329743
From: Kitchen Remodeling Experts <KitchenRemodel@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329743@vm-rewards.com>
Subject: Find the best deals on kitchen remodeling, fast.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Find the
best de.htm"
```

```
From ???@??? Sun Oct 30 16:29:09 2005
X-Persona: <Indi>
Return-Path: <mailcenter331358@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 21504 invoked from network); 29 Oct 2005 12:18:11 -0600
Received: from vm-177-59.vm-mail.com (206.82.177.59)
  by chiefmusician.net with SMTP; 29 Oct 2005 12:18:11 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-59.vm-mail.com with SMTP; 29 Oct 2005 13:17:59 -0500
X-ClientHost: 1051101001050641060971091091161111091090460991111109
X-MailingID: 331358
From: Kitchen Remodeling Experts <KitchenRemodelingExperts@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331358@vm-rewards.com>
Subject: Give your kitchen a stylish new look.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



QuinStreet, Inc., 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Sun Oct 30 16:29:09 2005
X-Persona: <Indi>
Return-Path: <mailcenter331358@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 21504 invoked from network); 29 Oct 2005 12:18:11 -0600
Received: from vm-177-59.vm-mail.com (206.82.177.59)
  by chiefmusician.net with SMTP; 29 Oct 2005 12:18:11 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-59.vm-mail.com with SMTP; 29 Oct 2005 13:17:59 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 331358
From: Kitchen Remodeling Experts <KitchenRemodelingExperts@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331358@vm-rewards.com>
Subject: Give your kitchen a stylish new look.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



 **QuinStreet, Inc., 1051 E. Hillsdale Avenue, Foster City, CA 94404**



**If you can not see our footer image, please** visit here.

From ???@??? Mon Oct 31 13:57:44 2005
X-Persona: <hum>
Return-Path: <mailcenter331358@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 8643 invoked from network); 29 Oct 2005 12:24:48 -0600
Received: from vm-183-247.vm-mail.com (206.82.183.247)
  by gordonworks.com with SMTP; 29 Oct 2005 12:24:48 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-247.vm-mail.com with SMTP; 29 Oct 2005 13:24:38 -0500
X-ClientHost: 10411710906410110409710411110910104609911109
X-MailingID: 331358
From: Kitchen Remodeling Experts <KitchenRemodelingExperts@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331358@vm-rewards.com>
Subject: Give your kitchen a stylish new look.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63



QuinStreet, Inc., 1051 E. Hillsdale Avenue, Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Sun Jan 01 19:06:49 2006
X-Persona: <Mila>
Return-Path: <mailcenter333632@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 7586 invoked from network); 23 Dec 2005 18:09:35 -0600
Received: from vm-177-5.vm-mail.com (206.82.177.5)
  by jaykaysplace.com with SMTP; 23 Dec 2005 18:09:35 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-5.vm-mail.com with SMTP; 23 Dec 2005 18:09:23 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 333632
From: Kitchen Renovation Experts <KitchenRenovation@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333632@vm-rewards.com>
Subject: Boost your home's value with kitchen cabinet refacing
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```





---

**Quinstreet 1051 E. Hillsdale Avenue Foster City, CA 944041**

**If you can not see our footer image, please** <u>visit here</u>.

```
From ???@??? Fri Dec 30 14:18:10 2005
Return-Path: <mailcenter333632@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 4320 invoked from network); 23 Dec 2005 18:14:26 -0600
Received: from vm-181-250.vm-mail.com (206.82.181.250)
  by gnwalpha.org with SMTP; 23 Dec 2005 18:14:25 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-250.vm-mail.com with SMTP; 23 Dec 2005 18:14:06 -0600
X-ClientHost: 1161060640971101161041111012109910111011611409710804609911109
X-MailingID: 333632
From: Kitchen Renovation Experts <KitchenRenovation@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333632@vm-rewards.com>
Subject: Boost your home's value with kitchen cabinet refacing
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```





**Quinstreet 1051 E. Hillsdale Avenue Foster City, CA 944041**

If you can not see our footer image, please visit here.