```
From ???@??? Fri Dec 30 14:18:09 2005
Return-Path: <mailcenter333632@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 32194 invoked from network); 23 Dec 2005 18:14:18 -0600
Received: from vm-181-250.vm-mail.com (206.82.181.250)
   by gnwalpha.org with SMTP; 23 Dec 2005 18:14:17 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-250.vm-mail.com with SMTP; 23 Dec 2005 18:14:06 -0600
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 333632
From: Kitchen Renovation Experts <KitchenRenovation@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333632@vm-rewards.com>
Subject: Boost your home's value with kitchen cabinet refacing
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



Dockets.Justia.com





**Quinstreet 1051 E. Hillsdale Avenue Foster City, CA 944041**

**If you can not see our footer image, please** <u>visit here</u>.

```
From ???@??? Fri Dec 30 14:18:09 2005
Return-Path: <mailcenter333632@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 1155 invoked from network); 23 Dec 2005 18:14:20 -0600
Received: from vm-181-250.vm-mail.com (206.82.181.250)
  by gnwalpha.org with SMTP; 23 Dec 2005 18:14:19 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-250.vm-mail.com with SMTP; 23 Dec 2005 18:14:06 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 333632
From: Kitchen Renovation Experts <KitchenRenovation@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333632@vm-rewards.com>
Subject: Boost your home's value with kitchen cabinet refacing
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```





 **Quinstreet 1051 E. Hillsdale Avenue Foster City, CA 944041**

 **If you can not see our footer image, please** visit here.

```
From ???@??? Fri Dec 30 14:18:09 2005
Return-Path: <mailcenter333632@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 2338 invoked from network); 23 Dec 2005 18:14:22 -0600
Received: from vm-181-250.vm-mail.com (206.82.181.250)
   by gnwalpha.org with SMTP; 23 Dec 2005 18:14:21 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-250.vm-mail.com with SMTP; 23 Dec 2005 18:14:06 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 333632
From: Kitchen Renovation Experts <KitchenRenovation@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333632@vm-rewards.com>
Subject: Boost your home's value with kitchen cabinet refacing
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```





 **Quinstreet 1051 E. Hillsdale Avenue Foster City, CA 944041**

      **If you can not see our footer image, please** visit here.

```
From ???@??? Fri Dec 30 14:18:09 2005
Return-Path: <mailcenter333632@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 3488 invoked from network); 23 Dec 2005 18:14:25 -0600
Received: from vm-181-250.vm-mail.com (206.82.181.250)
   by gnwalpha.org with SMTP; 23 Dec 2005 18:14:23 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-250.vm-mail.com with SMTP; 23 Dec 2005 18:14:06 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 333632
From: Kitchen Renovation Experts <KitchenRenovation@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333632@vm-rewards.com>
Subject: Boost your home's value with kitchen cabinet refacing
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```





---



**Quinstreet 1051 E. Hillsdale Avenue Foster City, CA 944041**

If you can not see our footer image, please visit here.

```
From ???@??? Mon Dec 26 14:35:35 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333632@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 30851 invoked from network); 23 Dec 2005 18:09:12 -0600
Received: from vm-177-102.vm-mail.com (206.82.177.102)
  by rcw19190020.com with SMTP; 23 Dec 2005 18:09:11 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-102.vm-mail.com with SMTP; 23 Dec 2005 18:08:59 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 333632
From: Kitchen Renovation Experts <KitchenRenovation@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333632@vm-rewards.com>
Subject: Boost your home's value with kitchen cabinet refacing
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





**Quinstreet 1051 E. Hillsdale Avenue Foster City, CA 944041**

**If you can not see our footer image, please <u>visit here</u>.**

```
From ???@??? Sat Dec 24 20:04:47 2005
X-Persona: <Jay>
Return-Path: <mailcenter333632@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 8321 invoked from network); 23 Dec 2005 18:09:36 -0600
Received: from vm-177-7.vm-mail.com (206.82.177.7)
   by xj4x4.net with SMTP; 23 Dec 2005 18:09:36 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-7.vm-mail.com with SMTP; 23 Dec 2005 18:09:24 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 333632
From: Kitchen Renovation Experts <KitchenRenovation@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333632@vm-rewards.com>
Subject: Boost your home's value with kitchen cabinet refacing
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```





 **Quinstreet 1051 E. Hillsdale Avenue Foster City, CA 944041**

 **If you can not see our footer image, please** visit here.

```
From ???@??? Sat Dec 24 20:04:34 2005
X-Persona: <Jon>
Return-Path: <mailcenter333632@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 8355 invoked from network); 23 Dec 2005 18:09:36 -0600
Received: from vm-177-12.vm-mail.com (206.82.177.12)
  by gordonworks.com with SMTP; 23 Dec 2005 18:09:36 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-12.vm-mail.com with SMTP; 23 Dec 2005 18:09:24 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 333632
From: Kitchen Renovation Experts <KitchenRenovation@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333632@vm-rewards.com>
Subject: Boost your home's value with kitchen cabinet refacing
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```





---

**Quinstreet 1051 E. Hillsdale Avenue Foster City, CA 944041**

If you can not see our footer image, please visit here.

```
From ???@??? Sat Dec 24 20:01:37 2005
X-Persona: <Celia>
Return-Path: <mailcenter333632@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 17477 invoked from network); 23 Dec 2005 18:21:42 -0600
Received: from vm-180-158.vm-mail.com (206.82.180.158)
  by omniinnovations.com with SMTP; 23 Dec 2005 18:21:41 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-158.vm-mail.com with SMTP; 23 Dec 2005 18:21:29 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 333632
From: Kitchen Renovation Experts <KitchenRenovation@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333632@vm-rewards.com>
Subject: Boost your home's value with kitchen cabinet refacing
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```





---

 **Quinstreet 1051 E. Hillsdale Avenue Foster City, CA 944041**



**If you can not see our footer image, please** visit here.

From ???@??? Mon Jan 30 15:49:27 2006
X-Persona: <RCW>
Return-Path: <mailcenter333632@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 2980 invoked from network); 23 Dec 2005 18:30:53 -0600
Received: from vm-177-126.vm-mail.com (206.82.177.126)
  by rcw19190020.com with SMTP; 23 Dec 2005 18:30:53 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-126.vm-mail.com with SMTP; 23 Dec 2005 18:30:41 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 333632
From: Kitchen Renovation Experts <KitchenRenovation@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333632@vm-rewards.com>
Subject: Boost your home's value with kitchen cabinet refacing
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit





---

**Quinstreet 1051 E. Hillsdale Avenue Foster City, CA 944041**

**If you can not see our footer image, please <u>visit here</u>.**

```
From ???@??? Fri Oct 17 17:11:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <277688-21015>; Fri, 17 Oct 2003 18:05:27 -0400
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com
with ESMTP id <721013-21015>; Fri, 17 Oct 2003 18:03:55 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm115.vmadmin.com with SMTP; 17 Oct 2003 17:01:49 -0500
X-ClientHost:
10609710910510809706410310111141001111101191111141071150460991111109
X-MailingID: 167149
From: Knives <NeedingSharpKnives167149@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+167149@virtumundo.com>
Subject: To these knives, everything is warm butter.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct17.180355-0400_edt.721013-21015+1592@ams.ftl.affinity.com>
Date:Fri, 17 Oct 2003 18:03:54 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the

advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Oct 17 17:09:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <462925-17400>; Fri, 17 Oct
2003 18:00:15 -0400
Received: from vm216.vmadmin.com ([216.64.222.216]) by ams.ftl.affinity.com
with ESMTP id <462793-21006>; Fri, 17 Oct 2003 17:39:21 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm216.vmadmin.com with SMTP; 17 Oct 2003 16:38:50 -0500
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 167149
From: Knives <NeedingSharpKnives167149@vmadmin.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Knives <NeedingSharpKnives167149@replies.virtumundo.com>
Subject: Find a better, sharper knife.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct17.173921-0400_edt.462793-21006+1646@ams.ftl.affinity.com>
Date:Fri, 17 Oct 2003 17:39:20 -0400



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the

advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Oct 17 17:11:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <329615-21015>; Fri, 17 Oct 2003 18:05:27 -0400
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com
with ESMTP id <227964-17393>; Fri, 17 Oct 2003 18:04:58 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm115.vmadmin.com with SMTP; 17 Oct 2003 17:02:16 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 167149
From: Knives <NeedingSharpKnives167149@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+167149@virtumundo.com>
Subject: Nice knives.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct17.180458-0400_edt.227964-17393+1645@ams.ftl.affinity.com>
Date:Fri, 17 Oct 2003 18:03:56 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Oct 22 21:12:32 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <214688-28910>; Wed, 22 Oct
2003 22:25:19 -0400
Received: from vl208-21.vmlocal.com ([216.21.208.21]) by ams.ftl.affinity.com
with ESMTP id <217901-28911>; Wed, 22 Oct 2003 22:24:25 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-21.vmlocal.com with SMTP; 22 Oct 2003 21:24:20 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 172199
From: Lake Tahoe <YouVisitLakeTahoe172199@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Lake Tahoe <YouVisitLakeTahoe172199@vmlocal.com>
Subject: No ringing, no beeping. Just you and the lake.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct22.222425-0400_edt.217901-28911+8288@ams.ftl.affinity.com>
Date:Wed, 22 Oct 2003 22:24:25 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 27 14:40:44 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <519458-2715>; Mon, 27 Oct 2003 14:04:40 -0500
Received: from vl208-52.vmlocal.com ([216.21.208.52]) by ams.ftl.affinity.com
with ESMTP id <519008-2715>; Mon, 27 Oct 2003 14:03:28 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-52.vmlocal.com with SMTP; 27 Oct 2003 13:03:00 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 178461
From: Lake Tahoe <YouVisitLakeTahoe178461@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Lake Tahoe <YouVisitLakeTahoe178461@vmlocal.com>
Subject: No ringing, no beeping. Just you and the lake.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct27.140328-0500_est.519008-2715+27310@ams.ftl.affinity.com>
Date:Mon, 27 Oct 2003 14:03:24 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Nov 01 13:51:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <225042-9017>; Sat, 1 Nov 2003
14:13:14 -0500
Received: from vl208-29.vmlocal.com ([216.21.208.29]) by ams.ftl.affinity.com
with ESMTP id <226369-9019>; Sat, 1 Nov 2003 14:11:56 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-29.vmlocal.com with SMTP; 01 Nov 2003 13:10:51 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 185384
From: Lake Tahoe <YouVisitLakeTahoe185384@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Lake Tahoe <YouVisitLakeTahoe185384@vmlocal.com>
Subject: Out here, it's just you and the lake.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov1.141156-0500_est.226369-9019+39131@ams.ftl.affinity.com>
Date:Sat, 1 Nov 2003 14:11:56 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 23 00:05:32 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <217593-16993>; Sat, 22 Nov 2003 10:03:55 -0500
Received: from vl208-48.vmlocal.com ([216.21.208.48]) by ams.ftl.affinity.com
with ESMTP id <217876-16981>; Sat, 22 Nov 2003 10:02:53 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-48.vmlocal.com with SMTP; 22 Nov 2003 09:02:38 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 203372
From: Lake Tahoe <YouVisitLakeTahoe203372@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Lake Tahoe <YouVisitLakeTahoe203372@vmlocal.com>
Subject: No ringing, no beeping. Just you and the lake.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov22.100253-0500_est.217876-16981+5703@ams.ftl.affinity.com>
Date:Sat, 22 Nov 2003 10:02:53 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Jan 14 18:23:05 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <217700-410>; Wed, 14 Jan 2004 18:55:38 -0500
Received: from vm208-47.adknow-net.com ([216.21.208.47]) by
ams.ftl.affinity.com with ESMTP id <218127-403>; Wed, 14 Jan 2004 18:55:01
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-47.adknow-net.com with SMTP; 14 Jan 2004 17:54:58 -0600
X-ClientHost:
1060971091051080970641031111141001111101191111141071150460991111109
X-MailingID: 341725
From: Lake Tahoe <YouVisitLakeTahoe@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return341725@replies.adknow-net.com
Subject: Get away to Lake Tahoe.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan14.185501-0500_est.218127-403+36502@ams.ftl.affinity.com>
Date:Wed, 14 Jan 2004 18:55:00 -0500
```

**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Jan 17 12:26:32 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <324614-17993>; Sat, 17 Jan
2004 13:06:41 -0500
Received: from vm208-42.adknow-net.com ([216.21.208.42]) by
ams.ftl.affinity.com with ESMTP id <326776-17991>; Sat, 17 Jan 2004 13:05:58
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-42.adknow-net.com with SMTP; 17 Jan 2004 12:05:51 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 343551
From: Lake Tahoe <YouVisitLakeTahoe@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return343551@replies.adknow-net.com
Subject: Get away to Lake Tahoe.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan17.130558-0500_est.326776-17991+24457@ams.ftl.affinity.com>
Date:Sat, 17 Jan 2004 13:05:56 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 23 14:55:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <223688-5225>; Tue, 23 Dec
2003 16:23:09 -0500
Received: from vm209-227.vmlocal.com ([216.21.209.227]) by
ams.ftl.affinity.com with ESMTP id <225263-5221>; Tue, 23 Dec 2003 16:22:20
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-227.vmlocal.com with SMTP; 23 Dec 2003 15:22:17 -0600
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 225526
From: Lake Tahoe <YouVisitLakeTahoe@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Lake Tahoe <YouVisitLakeTahoe225526@vmlocal.com>
Subject: Get away to Lake Tahoe.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec23.162220-0500_est.225263-5221+13551@ams.ftl.affinity.com>
Date:Tue, 23 Dec 2003 16:22:19 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 09 14:01:47 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <3570252-1080>; Tue, 9 Dec
2003 15:35:26 -0500
Received: from vl208-56.vmlocal.com ([216.21.208.56]) by ams.ftl.affinity.com
with ESMTP id <3573341-1076>; Tue, 9 Dec 2003 15:34:23 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-56.vmlocal.com with SMTP; 09 Dec 2003 14:34:15 -0600
X-ClientHost:
1061111100971161040971100641031111141001111101191111141071150460099111109
X-MailingID: 215024
From: Lake Tahoe <YouVisitLakeTahoe@vmlocal.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Lake Tahoe <YouVisitLakeTahoe215024@vmlocal.com>
Subject: Out here, it's just you and the lake.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec9.153423-0500_est.3573341-1076+15063@ams.ftl.affinity.com>
Date:Tue, 9 Dec 2003 15:34:23 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 30 13:22:09 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217866-9726>; Sun, 30 Nov
2003 16:19:44 -0500
Received: from vl208-18.vmlocal.com ([216.21.208.18]) by ams.ftl.affinity.com
with ESMTP id <219505-9732>; Sun, 30 Nov 2003 16:18:33 -0500
Received: from vmlocal.com (192.168.3.12)
    by vl208-18.vmlocal.com with SMTP; 30 Nov 2003 15:18:31 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 208863
From: Lake Tahoe <YouVisitLakeTahoe@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Lake Tahoe <YouVisitLakeTahoe208863@vmlocal.com>
Subject: No ringing, no beeping. Just you and the lake.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov30.161833-0500_est.219505-9732+4757@ams.ftl.affinity.com>
Date:Sun, 30 Nov 2003 16:18:32 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 24 06:40:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214006-17451>; Wed, 24 Dec 2003 07:28:48 -0500
Received: from vm209-220.vmlocal.com by
ams.ftl.affinity.com with ESMTP id <215314-17447>; Wed, 24 Dec 2003 07:27:21
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-220.vmlocal.com with SMTP; 24 Dec 2003 06:27:19 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 226361
From: Lake Tahoe <YouVisitLakeTahoe@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Lake Tahoe <YouVisitLakeTahoe226361@vmlocal.com>
Subject: Shut down and get away to Lake Tahoe.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec24.072721-0500_est.215314-17447+21126@ams.ftl.affinity.com>
Date:Wed, 24 Dec 2003 07:27:21 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Nov 19 15:48:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219705-18308>; Wed, 19 Nov 2003 15:11:12 -0500
Received: from vl208-38.vmlocal.com ([216.21.208.38]) by ams.ftl.affinity.com
with ESMTP id <217481-18307>; Wed, 19 Nov 2003 15:10:10 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-38.vmlocal.com with SMTP; 19 Nov 2003 14:10:01 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 201660
From: Laminate Flooring <LaminateFlooring201660@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Laminate Flooring <LaminateFlooring201660@vmlocal.com>
Subject: Easy to install. Hardwood floors.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov19.151010-0500_est.217481-18307+4170@ams.ftl.affinity.com>
Date:Wed, 19 Nov 2003 15:10:09 -0500
```



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 31 12:58:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <369271-16034>; Wed, 31 Dec 2003 14:43:56 -0500
Received: from vm209-235.vmlocal.com ([216.21.209.235]) by
ams.ftl.affinity.com with ESMTP id <370272-16030>; Wed, 31 Dec 2003 14:43:24
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-235.vmlocal.com with SMTP; 31 Dec 2003 13:41:20 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 233070
From: Laminate Flooring <LaminateFlooring@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Laminate Flooring <LaminateFlooring233070@vmlocal.com>
Subject: Easy to install. Hardwood floors.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec31.144324-0500_est.370272-16030+11129@ams.ftl.affinity.com>
Date:Wed, 31 Dec 2003 14:43:23 -0500
```



You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Dec 30 19:07:05 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <319460-1026>; Tue, 30 Dec 2003 21:04:58 -0500
Received: from vm209-228.vmlocal.com ([216.21.209.228]) by
ams.ftl.affinity.com with ESMTP id <322067-1019>; Tue, 30 Dec 2003 21:04:21
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-228.vmlocal.com with SMTP; 30 Dec 2003 20:04:18 -0600
X-ClientHost: 10609710910111506410311114100111110119111114107115046099111109
X-MailingID: 232335
From: Laminate Flooring <LaminateFlooring@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Laminate Flooring <LaminateFlooring232335@vmlocal.com>
Subject: Easy to install. Hardwood floors.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec30.210421-0500_est.322067-1019+4771@ams.ftl.affinity.com>
Date:Tue, 30 Dec 2003 21:04:19 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Dec 22 10:33:19 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <235118-6229>; Mon, 22 Dec 2003 12:46:50 -0500
Received: from vm209-203.vmlocal.com ([216.21.209.203]) by
ams.ftl.affinity.com with ESMTP id <235905-22759>; Mon, 22 Dec 2003 10:09:50
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-203.vmlocal.com with SMTP; 22 Dec 2003 09:09:44 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 225137
From: Laminate Flooring <LaminateFlooring@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Laminate Flooring <LaminateFlooring225137@vmlocal.com>
Subject: Easy to install. Hardwood floors.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec22.100950-0500_est.235905-22759+20@ams.ftl.affinity.com>
Date:Mon, 22 Dec 2003 10:09:49 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Dec 04 10:57:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219746-30343>; Thu, 4 Dec 2003 11:06:21 -0500
Received: from vl208-50.vmlocal.com ([216.21.208.50]) by ams.ftl.affinity.com
with ESMTP id <220889-30346>; Thu, 4 Dec 2003 11:05:26 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-50.vmlocal.com with SMTP; 04 Dec 2003 10:03:21 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 211845
From: Laminate Flooring <LaminateFlooring@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Laminate Flooring <LaminateFlooring211845@vmlocal.com>
Subject: Easy to install. Hardwood floors.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec4.110526-0500_est.220889-30346+25524@ams.ftl.affinity.com>
Date:Thu, 4 Dec 2003 11:05:25 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Dec 01 13:54:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214046-9876>; Mon, 1 Dec 2003 14:11:13 -0500
Received: from vl208-51.vmlocal.com ([216.21.208.51]) by ams.ftl.affinity.com
with ESMTP id <213388-9877>; Mon, 1 Dec 2003 14:10:07 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-51.vmlocal.com with SMTP; 01 Dec 2003 13:10:05 -0600
X-ClientHost: 106097109101115064103111114100111101191111141071150460991111109
X-MailingID: 209849
From: Laminate Flooring <LaminateFlooring@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Laminate Flooring <LaminateFlooring209849@vmlocal.com>
Subject: Easy to install. Hardwood floors.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec1.141007-0500_est.213388-9877+49684@ams.ftl.affinity.com>
Date:Mon, 1 Dec 2003 14:10:07 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 31 21:08:57 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <312668-1017>; Wed, 31 Dec 2003 23:13:09 -0500
Received: from vm209-228.vmlocal.com ([216.21.209.228]) by
ams.ftl.affinity.com with ESMTP id <340970-1017>; Wed, 31 Dec 2003 23:11:46
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-228.vmlocal.com with SMTP; 31 Dec 2003 22:11:45 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 233061
From: Laminate Flooring <LaminateFlooring@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Laminate Flooring <LaminateFlooring233061@vmlocal.com>
Subject: Easy to install. Hardwood floors.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec31.231146-0500_est.340970-1017+13858@ams.ftl.affinity.com>
Date:Wed, 31 Dec 2003 23:11:45 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Sep 28 14:25:57 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <353720-24269>; Sun, 28 Sep 2003 16:42:13 -0400
Received: from vl208-69.vmlocal.com ([216.21.208.69]) by ams.ftl.affinity.com
with ESMTP id <353408-24278>; Sun, 28 Sep 2003 16:41:34 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-69.vmlocal.com with SMTP; 28 Sep 2003 15:41:25 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 147175
From: Lamp Lighting <LampsAndLighting147175@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Lamp Lighting <LampsAndLighting147175@vmlocal.com>
Subject: Shed some light on the subject.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep28.164134-0400_edt.353408-24278+31340@ams.ftl.affinity.com>
Date:Sun, 28 Sep 2003 16:41:34 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Oct 08 17:17:57 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <339606-11912>; Wed, 8 Oct 2003 12:06:01 -0400
Received: from vl208-65.vmlocal.com ([216.21.208.65]) by ams.ftl.affinity.com
with ESMTP id <458234-11914>; Wed, 8 Oct 2003 12:04:35 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-65.vmlocal.com with SMTP; 08 Oct 2003 11:02:57 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 157003
From: Lamp Lighting <LampsAndLighting157003@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Lamp Lighting <LampsAndLighting157003@vmlocal.com>
Subject: Shed some light on the subject.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct8.120435-0400_edt.458234-11914+9896@ams.ftl.affinity.com>
Date:Wed, 8 Oct 2003 12:03:01 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Oct 18 16:01:19 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <4385351-9308>; Sat, 18 Oct 2003 17:25:03 -0400
Received: from vl208-33.vmlocal.com ([216.21.208.33]) by ams.ftl.affinity.com
with ESMTP id <4389722-9326>; Sat, 18 Oct 2003 17:23:50 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-33.vmlocal.com with SMTP; 18 Oct 2003 16:23:48 -0500
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 168329
From: Lamp Lighting <LampsAndLighting168329@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Lamp Lighting <LampsAndLighting168329@vmlocal.com>
Subject: Light up your life.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct18.172350-0400_edt.4389722-9326+9351@ams.ftl.affinity.com>
Date:Sat, 18 Oct 2003 17:23:49 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**



```
From ???@??? Wed Oct 29 21:15:23 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <224424-8201>; Wed, 29 Oct 2003 23:04:25 -0500
Received: from vl208-18.vmlocal.com ([216.21.208.18]) by ams.ftl.affinity.com
with ESMTP id <224616-8203>; Wed, 29 Oct 2003 23:03:30 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-18.vmlocal.com with SMTP; 29 Oct 2003 22:03:23 -0600
X-ClientHost: 106097109101115064103111141001111011911111410711504609911109
X-MailingID: 182028
From: Lamp Lighting <LampsAndLighting182028@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Lamp Lighting <LampsAndLighting182028@vmlocal.com>
Subject: Shed some light on the subject.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.230330-0500_est.224616-8203+25091@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 23:03:29 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent Wed Oct 29 22:02:30 CST 2003

```
From ???@??? Sat Jan 24 19:14:47 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <338927-2422>; Sat, 24 Jan 2004 20:12:12 -0500
Received: from vm208-70.adknow-net.com ([216.21.208.70]) by
ams.ftl.affinity.com with ESMTP id <339638-2415>; Sat, 24 Jan 2004 20:11:15
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-70.adknow-net.com with SMTP; 24 Jan 2004 19:11:07 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 349293
From: Lamp Lighting <LampsAndLighting@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return349293@replies.adknow-net.com
Subject: Get great lamps now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan24.201115-0500_est.339638-2415+26311@ams.ftl.affinity.com>
Date:Sat, 24 Jan 2004 20:11:15 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Jan 15 15:54:49 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <236436-23971>; Thu, 15 Jan 2004 17:42:36 -0500
Received: from vm208-68.adknow-net.com ([216.21.208.68]) by
ams.ftl.affinity.com with ESMTP id <236480-23965>; Thu, 15 Jan 2004 17:41:56
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-68.adknow-net.com with SMTP; 15 Jan 2004 16:41:53 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 341115
From: Lamp Lighting <LampsAndLighting@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return341115@replies.adknow-net.com
Subject: Illuminate every room in your house.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan15.174156-0500_est.236480-23965+6127@ams.ftl.affinity.com>
Date:Thu, 15 Jan 2004 17:41:56 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Feb 01 17:15:53 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <363874-21665>; Sun, 1 Feb 2004 19:32:44 -0500
Received: from vm208-37.adknow-net.com ([216.21.208.37]) by
ams.ftl.affinity.com with ESMTP id <363581-21675>; Sun, 1 Feb 2004 19:31:07
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-37.adknow-net.com with SMTP; 01 Feb 2004 18:31:01 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 356026
From: Lamp Lighting <LampsAndLighting@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return356026@replies.adknow-net.com
Subject: Get great lamps now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb1.193107-0500_est.363581-21675+32276@ams.ftl.affinity.com>
Date:Sun, 1 Feb 2004 19:31:06 -0500
```



Shed a little light on the subject, or just set the mood. Find stylish lamps
to compliment any room in the house, here.

**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 23 23:04:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <232086-5225>; Tue, 23 Dec 2003 22:55:19 -0500
Received: from vm209-200.vmlocal.com ([216.21.209.200]) by
ams.ftl.affinity.com with ESMTP id <228902-5219>; Tue, 23 Dec 2003 22:54:31
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-200.vmlocal.com with SMTP; 23 Dec 2003 21:54:28 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 225667
From: Lamp Lighting <LampsAndLighting@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Lamp Lighting <LampsAndLighting225667@vmlocal.com>
Subject: Light up your life.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec23.225431-0500_est.228902-5219+18480@ams.ftl.affinity.com>
Date:Tue, 23 Dec 2003 22:54:30 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Dec 15 08:30:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218403-2329>; Mon, 15 Dec 2003 10:55:54 -0500
Received: from vm209-190.vmlocal.com ([216.21.209.190]) by
ams.ftl.affinity.com with ESMTP id <222448-2337>; Mon, 15 Dec 2003 10:54:52
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-190.vmlocal.com with SMTP; 15 Dec 2003 09:54:50 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 219866
From: Lamp Lighting <LampsAndLighting@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Lamp Lighting <LampsAndLighting219866@vmlocal.com>
Subject: New lamps can brighten every room in your house.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec15.105452-0500_est.222448-2337+72961@ams.ftl.affinity.com>
Date:Mon, 15 Dec 2003 10:54:51 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Dec 06 18:58:12 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3562404-5308>; Sat, 6 Dec 2003 20:06:06 -0500
Received: from vl208-16.vmlocal.com ([216.21.208.16]) by ams.ftl.affinity.com
with ESMTP id <3564913-5299>; Sat, 6 Dec 2003 20:05:45 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-16.vmlocal.com with SMTP; 06 Dec 2003 18:58:04 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 212981
From: Lamp Lighting <LampsAndLighting@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Lamp Lighting <LampsAndLighting212981@vmlocal.com>
Subject: Get great lamps now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.200545-0500_est.3564913-5299+8568@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 20:05:45 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Nov 27 22:06:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219547-6192>; Thu, 27 Nov 2003 22:48:31 -0500
Received: from vl208-45.vmlocal.com ([216.21.208.45]) by ams.ftl.affinity.com
with ESMTP id <221918-6204>; Thu, 27 Nov 2003 22:47:35 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-45.vmlocal.com with SMTP; 27 Nov 2003 21:47:34 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 206942
From: Lamp Lighting <LampsAndLighting@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Lamp Lighting <LampsAndLighting206942@vmlocal.com>
Subject: Shed some light on the subject.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov27.224735-0500_est.221918-6204+24979@ams.ftl.affinity.com>
Date:Thu, 27 Nov 2003 22:47:34 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Jan 02 11:53:41 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <323757-15862>; Fri, 2 Jan 2004 13:12:18 -0500
Received: from vm209-233.vmlocal.com ([216.21.209.233]) by
ams.ftl.affinity.com with ESMTP id <324180-15868>; Fri, 2 Jan 2004 13:11:03
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-233.vmlocal.com with SMTP; 02 Jan 2004 12:10:58 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 233578
From: Lamp Lighting <LampsAndLighting@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Lamp Lighting <LampsAndLighting233578@vmlocal.com>
Subject: New lamps can brighten every room in your house.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan2.131103-0500_est.324180-15868+1161@ams.ftl.affinity.com>
Date:Fri, 2 Jan 2004 13:11:03 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Sep 18 14:15:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <268729-9990>; Thu, 18 Sep 2003 16:05:21 -0400
Received: from vt235.vtarget.com ([216.64.222.235]) by ams.ftl.affinity.com
with ESMTP id <725574-9989>; Thu, 18 Sep 2003 16:04:28 -0400
Received: from vtarget.com (192.168.3.10)
   by vt235.vtarget.com with SMTP; 18 Sep 2003 15:04:28 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 137897
From: Laptops At Your Door <LaptopsAtYourDoor137897@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: Laptops At Your Door <LaptopsAtYourDoor137897@replies.vtarget.com>
Subject: Take your computer with you!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep18.160428-0400_edt.725574-9989+4102@ams.ftl.affinity.com>
Date:Thu, 18 Sep 2003 16:04:28 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Oct 11 11:15:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <729133-11904>; Sat, 11 Oct 2003 13:06:31 -0400
Received: from vl208-64.vmlocal.com ([216.21.208.64]) by ams.ftl.affinity.com
with ESMTP id <729619-11915>; Sat, 11 Oct 2003 13:05:46 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-64.vmlocal.com with SMTP; 11 Oct 2003 12:03:39 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 159895
From: Laptops At Your Door <LaptopsAtYourDoor159895@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+159895@replies.vmlocal.com>
Subject: Take your computer with you!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct11.130546-0400_edt.729619-11915+38887@ams.ftl.affinity.com>
Date:Sat, 11 Oct 2003 13:05:45 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Oct 11 11:15:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <729108-11906>; Sat, 11 Oct 2003 13:06:31 -0400
Received: from vl208-64.vmlocal.com ([216.21.208.64]) by ams.ftl.affinity.com
with ESMTP id <729494-11904>; Sat, 11 Oct 2003 13:05:45 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-64.vmlocal.com with SMTP; 11 Oct 2003 12:03:39 -0500
X-ClientHost:
106097109105108097064103111141001111101191111141071150460991111099
X-MailingID: 159895
From: Laptops At Your Door <LaptopsAtYourDoor159895@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+159895@replies.vmlocal.com>
Subject: Take your computer with you!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct11.130545-0400_edt.729494-11904+39140@ams.ftl.affinity.com>
Date:Sat, 11 Oct 2003 13:05:45 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Oct 12 10:33:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <273788-14396>; Sun, 12 Oct 2003 12:55:45 -0400
Received: from vl208-47.vmlocal.com ([216.21.208.47]) by ams.ftl.affinity.com
with ESMTP id <267815-14406>; Sun, 12 Oct 2003 12:54:43 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-47.vmlocal.com with SMTP; 12 Oct 2003 11:54:41 -0500
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 160984
From: Laptops At Your Door <LaptopsAtYourDoor160984@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+160984@replies.vmlocal.com>
Subject: Unbelievable Prices on Portable Computing Power
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct12.125443-0400_edt.267815-14406+17717@ams.ftl.affinity.com>
Date:Sun, 12 Oct 2003 12:54:42 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Oct 13 21:43:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <342219-22765>; Tue, 14 Oct 2003 00:26:25 -0400
Received: from vl208-65.vmlocal.com ([216.21.208.65]) by ams.ftl.affinity.com
with ESMTP id <1258767-22771>; Mon, 13 Oct 2003 20:41:09 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-65.vmlocal.com with SMTP; 13 Oct 2003 19:41:04 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 162384
From: Laptops At Your Door <LaptopsAtYourDoor162384@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Laptops At Your Door <LaptopsAtYourDoor162384@vmlocal.com>
Subject: Unbelievable Prices on Portable Computing Power
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct13.204109-0400_edt.1258767-22771+24614@ams.ftl.affinity.com>
Date:Mon, 13 Oct 2003 20:41:08 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to <u>http://www.virtumundo.com/unsub</u> or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Oct 22 09:24:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214745-15013>; Wed, 22 Oct 2003 11:25:48 -0400
Received: from vl208-65.vmlocal.com ([216.21.208.65]) by ams.ftl.affinity.com
with ESMTP id <215179-15012>; Wed, 22 Oct 2003 11:25:07 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-65.vmlocal.com with SMTP; 22 Oct 2003 10:25:04 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 172085
From: Laptops At Your Door <LaptopsAtYourDoor172085@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Laptops At Your Door <LaptopsAtYourDoor172085@vmlocal.com>
Subject: Unbelievable Prices on Portable Computing Power
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct22.112507-0400_edt.215179-15012+7534@ams.ftl.affinity.com>
Date:Wed, 22 Oct 2003 11:25:06 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Nov 12 16:43:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <266431-6190>; Wed, 12 Nov 2003 19:26:10 -0500
Received: from vl208-44.vmlocal.com ([216.21.208.44]) by ams.ftl.affinity.com
with ESMTP id <234812-6201>; Wed, 12 Nov 2003 19:25:05 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-44.vmlocal.com with SMTP; 12 Nov 2003 18:25:03 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071115046099111109
X-MailingID: 196443
From: Laptops At Your Door <LaptopsAtYourDoor196443@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Laptops At Your Door <LaptopsAtYourDoor196443@vmlocal.com>
Subject: Portable computing for you!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov12.192505-0500_est.234812-6201+4766@ams.ftl.affinity.com>
Date:Wed, 12 Nov 2003 19:25:05 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Nov 13 22:06:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <240949-7887>; Fri, 14 Nov 2003 00:44:38 -0500
Received: from vl208-75.vmlocal.com ([216.21.208.75]) by ams.ftl.affinity.com
with ESMTP id <734186-1081>; Fri, 14 Nov 2003 00:23:16 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-75.vmlocal.com with SMTP; 13 Nov 2003 20:17:10 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 197101
From: Laptops At Your Door <LaptopsAtYourDoor197101@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Laptops At Your Door <LaptopsAtYourDoor197101@vmlocal.com>
Subject: Unbelievable Prices on Portable Computing Power
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov14.002316-0500_est.734186-1081+525@ams.ftl.affinity.com>
Date:Fri, 14 Nov 2003 00:23:15 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Jan 16 12:04:33 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216824-30928>; Fri, 16 Jan 2004 12:18:40 -0500
Received: from vm208-32.adknow-net.com ([216.21.208.32]) by
ams.ftl.affinity.com with ESMTP id <216836-30929>; Fri, 16 Jan 2004 12:17:40
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-32.adknow-net.com with SMTP; 16 Jan 2004 11:17:36 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 343007
From: Laptops At Your Door <LaptopsAtYourDoor@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return343007@replies.adknow-net.com
Subject: Unbelievable Prices on Portable Computing Power
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan16.121740-0500_est.216836-30929+17365@ams.ftl.affinity.com>
Date:Fri, 16 Jan 2004 12:17:40 -0500
```



**Powerful. Portable. Leave your desk at the office. Take your work wherever you go, with a laptop.**



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Jan 04 11:42:20 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <316975-15717>; Sun, 4 Jan 2004 14:35:03 -0500
Received: from vm209-228.vmlocal.com ([216.21.209.228]) by
ams.ftl.affinity.com with ESMTP id <329002-15717>; Sun, 4 Jan 2004 14:34:14
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-228.vmlocal.com with SMTP; 04 Jan 2004 13:34:10 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 235348
From: Laptops At Your Door <LaptopsAtYourDoor@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Laptops At Your Door <LaptopsAtYourDoor235348@vmlocal.com>
Subject: Portable computing for you!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan4.143414-0500_est.329002-15717+4493@ams.ftl.affinity.com>
Date:Sun, 4 Jan 2004 14:34:13 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Dec 26 07:41:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2373321-25468>; Fri, 26 Dec 2003 05:11:46 -0500
Received: from vm209-229.vmlocal.com ([216.21.209.229]) by
ams.ftl.affinity.com with ESMTP id <2385093-25469>; Fri, 26 Dec 2003 05:10:57
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-229.vmlocal.com with SMTP; 26 Dec 2003 04:10:55 -0600
X-ClientHost: 10209712110106410311111141001111101191111141071150460991111109
X-MailingID: 228215
From: Laptops At Your Door <LaptopsAtYourDoor@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Laptops At Your Door <LaptopsAtYourDoor228215@vmlocal.com>
Subject: Looking for a laptop?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec26.051057-0500_est.2385093-25469+18375@ams.ftl.affinity.com>
Date:Fri, 26 Dec 2003 05:10:56 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Dec 22 10:32:44 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2374083-18162>; Mon, 22 Dec 2003 12:56:56 -0500
Received: from vm209-191.vmlocal.com ([216.21.209.191]) by
ams.ftl.affinity.com with ESMTP id <2376120-18162>; Mon, 22 Dec 2003 12:55:41
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-191.vmlocal.com with SMTP; 22 Dec 2003 11:55:38 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 224715
From: Laptops At Your Door <LaptopsAtYourDoor@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Laptops At Your Door <LaptopsAtYourDoor224715@vmlocal.com>
Subject: Looking for a laptop?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec22.125541-0500_est.2376120-18162+75271@ams.ftl.affinity.com>
Date:Mon, 22 Dec 2003 12:55:41 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Dec 19 13:27:14 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220918-16457>; Fri, 19 Dec 2003 11:04:57 -0500
Received: from vm209-193.vmlocal.com ([216.21.209.193]) by
ams.ftl.affinity.com with ESMTP id <222079-16452>; Fri, 19 Dec 2003 11:03:43
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-193.vmlocal.com with SMTP; 19 Dec 2003 10:03:30 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 222614
From: Laptops At Your Door <LaptopsAtYourDoor@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Laptops At Your Door <LaptopsAtYourDoor222614@vmlocal.com>
Subject: Take your computer with you!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec19.110343-0500_est.222079-16452+16342@ams.ftl.affinity.com>
Date:Fri, 19 Dec 2003 11:03:41 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Dec 15 22:51:27 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2373367-18164>; Mon, 15 Dec 2003 22:58:23 -0500
Received: from vm209-246.vmlocal.com ([216.21.209.246]) by
ams.ftl.affinity.com with ESMTP id <2375247-18163>; Mon, 15 Dec 2003 22:57:10
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-246.vmlocal.com with SMTP; 15 Dec 2003 21:57:07 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 219590
From: Laptops At Your Door <LaptopsAtYourDoor@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Laptops At Your Door <LaptopsAtYourDoor219590@vmlocal.com>
Subject: Portable computing for you!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec15.225710-0500_est.2375247-18163+3638@ams.ftl.affinity.com>
Date:Mon, 15 Dec 2003 22:57:09 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Dec 15 22:51:27 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2372419-18170>; Mon, 15 Dec 2003 22:58:19 -0500
Received: from vm209-246.vmlocal.com ([216.21.209.246]) by
ams.ftl.affinity.com with ESMTP id <2373631-18174>; Mon, 15 Dec 2003 22:57:09
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-246.vmlocal.com with SMTP; 15 Dec 2003 21:57:07 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 219590
From: Laptops At Your Door <LaptopsAtYourDoor@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Laptops At Your Door <LaptopsAtYourDoor219590@vmlocal.com>
Subject: Portable computing for you!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec15.225709-0500_est.2373631-18174+3564@ams.ftl.affinity.com>
Date:Mon, 15 Dec 2003 22:57:08 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Dec 05 13:04:45 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214032-16034>; Fri, 5 Dec 2003 13:32:41 -0500
Received: from vl208-60.vmlocal.com ([216.21.208.60]) by ams.ftl.affinity.com
with ESMTP id <216693-16024>; Fri, 5 Dec 2003 13:27:08 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-60.vmlocal.com with SMTP; 05 Dec 2003 12:26:20 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111
X-MailingID: 212084
From: Laptops At Your Door <LaptopsAtYourDoor@vmlocal.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Laptops At Your Door <LaptopsAtYourDoor212084@vmlocal.com>
Subject: Portable computing for you!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec5.132708-0500_est.216693-16024+108232@ams.ftl.affinity.com>
Date:Fri, 5 Dec 2003 13:26:41 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 23 20:06:23 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217498-789>; Sun, 23 Nov 2003 20:49:15 -0500
Received: from vl208-66.vmlocal.com ([216.21.208.66]) by ams.ftl.affinity.com
with ESMTP id <222653-793>; Sun, 23 Nov 2003 20:47:54 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-66.vmlocal.com with SMTP; 23 Nov 2003 19:47:52 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 203957
From: Laptops At Your Door <LaptopsAtYourDoor@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Laptops At Your Door <LaptopsAtYourDoor203957@vmlocal.com>
Subject: Portable computing for you!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov23.204754-0500_est.222653-793+18377@ams.ftl.affinity.com>
Date:Sun, 23 Nov 2003 20:47:54 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 23 00:07:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220370-16981>; Sat, 22 Nov 2003 13:49:56 -0500
Received: from vl208-16.vmlocal.com ([216.21.208.16]) by ams.ftl.affinity.com
with ESMTP id <220652-16981>; Sat, 22 Nov 2003 13:48:15 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-16.vmlocal.com with SMTP; 22 Nov 2003 12:48:11 -0600
X-ClientHost: 1060971091011150641031111141001111011911111410711504609911109
X-MailingID: 203283
From: Laptops At Your Door <LaptopsAtYourDoor@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Laptops At Your Door <LaptopsAtYourDoor203283@vmlocal.com>
Subject: Unbelievable Prices on Portable Computing Power
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov22.134815-0500_est.220652-16981+10828@ams.ftl.affinity.com>
Date:Sat, 22 Nov 2003 13:48:15 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Jan 24 13:14:00 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <228264-1104>; Sat, 24 Jan 2004 13:04:43 -0500
Received: from vm217-221.vmlocal.com ([216.21.217.221]) by
ams.ftl.affinity.com with ESMTP id <236441-1103>; Sat, 24 Jan 2004 13:04:03
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm217-221.vmlocal.com with SMTP; 24 Jan 2004 12:04:00 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 240628
From: Laptops At Your Door <LaptopsAtYourDoor@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Laptops At Your Door <LaptopsAtYourDoor240628@vmlocal.com>
Subject: Looking for a laptop?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan24.130403-0500_est.236441-1103+43492@ams.ftl.affinity.com>
Date:Sat, 24 Jan 2004 13:04:01 -0500
```



**Powerful. Portable. Leave your desk at the office. Take your work wherever you go, with a laptop.**

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Oct 09 18:56:30 2005
X-Persona: <Indi>
Return-Path: <mailcenter330248@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 29 Sep 2005 23:19:57 -0600
From: Laser Eye Surgery <LaserEyeSurgery@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Never wear glasses or contacts again
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433CCAFD.3DB84DF2"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4381&e=indi@jammtomm.com
  URI:http://v1.cc/lakip/01.jpg URI:http://v1.cc/lakip/02.jpg
  URI:http://v1.cc/lakip/03.jpg
  URI:http://i.1100i.com/1298/Mar2005/mailers/4/images/750x600_1298_2_04.jpg
  [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                   [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 13828 invoked from network); 29 Sep 2005 23:19:56 -0600
Received: from vm-183-79.vm-mail.com (206.82.183.79)
  by anthonycentral.com with SMTP; 29 Sep 2005 23:19:56 -0600
Received: from vm-mail.com (192.168.3.20)

```
    by vm-183-79.vm-mail.com with SMTP; 30 Sep 2005 00:19:56 -0500
X-ClientHost: 10511010010506410609710910911611110910904609911109
X-MailingID: 330248
From: Laser Eye Surgery <LaserEyeSurgery@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330248@vm-rewards.com>
Subject: Never wear glasses or contacts again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Never wear
glass3.htm"
```

From ???@??? Sun Oct 09 18:56:30 2005
X-Persona: <Indi>
Return-Path: <mailcenter330248@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 29 Sep 2005 23:19:57 -0600
From: Laser Eye Surgery <LaserEyeSurgery@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Never wear glasses or contacts again
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433CCAFD.3DB84DF2"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4381&e=indi@jammtomm.com
  URI:http://v1.cc/lakip/01.jpg URI:http://v1.cc/lakip/02.jpg
  URI:http://v1.cc/lakip/03.jpg
  URI:http://i.1100i.com/1298/Mar2005/mailers/4/images/750x600_1298_2_04.jpg
  [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 13828 invoked from network); 29 Sep 2005 23:19:56 -0600
Received: from vm-183-79.vm-mail.com (206.82.183.79)
  by anthonycentral.com with SMTP; 29 Sep 2005 23:19:56 -0600
Received: from vm-mail.com (192.168.3.20)

```
   by vm-183-79.vm-mail.com with SMTP; 30 Sep 2005 00:19:56 -0500
X-ClientHost: 1051101001050641060971091091161111091090460999111109
X-MailingID: 330248
From: Laser Eye Surgery <LaserEyeSurgery@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330248@vm-rewards.com>
Subject: Never wear glasses or contacts again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Never wear
glass3.htm"
```

From ???@??? Sun Oct 09 18:14:23 2005
X-Persona: <Indi>
Return-Path: <mailcenter330248@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 29 Sep 2005 23:19:57 -0600
From: Laser Eye Surgery <LaserEyeSurgery@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Never wear glasses or contacts again
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433CCAFD.3DB84DF2"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4381&e=indi@jammtomm.com
  URI:http://v1.cc/lakip/01.jpg URI:http://v1.cc/lakip/02.jpg
  URI:http://v1.cc/lakip/03.jpg
  URI:http://i.1100i.com/1298/Mar2005/mailers/4/images/750x600_1298_2_04.jpg
  [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 13828 invoked from network); 29 Sep 2005 23:19:56 -0600
Received: from vm-183-79.vm-mail.com (206.82.183.79)
  by anthonycentral.com with SMTP; 29 Sep 2005 23:19:56 -0600
Received: from vm-mail.com (192.168.3.20)

```
   by vm-183-79.vm-mail.com with SMTP; 30 Sep 2005 00:19:56 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330248
From: Laser Eye Surgery <LaserEyeSurgery@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330248@vm-rewards.com>
Subject: Never wear glasses or contacts again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Never wear
glass2.htm"
```

From ???@??? Sun Oct 09 18:14:23 2005
X-Persona: <Indi>
Return-Path: <mailcenter330248@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 29 Sep 2005 23:19:57 -0600
From: Laser Eye Surgery <LaserEyeSurgery@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Never wear glasses or contacts again
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433CCAFD.3DB84DF2"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4381&e=indi@jammtomm.com
  URI:http://v1.cc/lakip/01.jpg URI:http://v1.cc/lakip/02.jpg
  URI:http://v1.cc/lakip/03.jpg
  URI:http://i.1100i.com/1298/Mar2005/mailers/4/images/750x600_1298_2_04.jpg
  [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 13828 invoked from network); 29 Sep 2005 23:19:56 -0600
Received: from vm-183-79.vm-mail.com (206.82.183.79)
  by anthonycentral.com with SMTP; 29 Sep 2005 23:19:56 -0600
Received: from vm-mail.com (192.168.3.20)

```
  by vm-183-79.vm-mail.com with SMTP; 30 Sep 2005 00:19:56 -0500
X-ClientHost: 1051101001050641060971091091161111091090460991111109
X-MailingID: 330248
From: Laser Eye Surgery <LaserEyeSurgery@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330248@vm-rewards.com>
Subject: Never wear glasses or contacts again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Never wear
glass2.htm"
```

```
From ???@??? Fri Sep 30 12:52:44 2005
X-Persona: <hum>
Return-Path: <mailcenter330248@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 28870 invoked from network); 29 Sep 2005 23:32:57 -0600
Received: from vm-181-174.vm-mail.com (206.82.181.174)
  by ehahome.com with SMTP; 29 Sep 2005 23:32:57 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-174.vm-mail.com with SMTP; 30 Sep 2005 00:32:56 -0500
X-ClientHost: 104117109064101104097104111109101046099111109
X-MailingID: 330248
From: Laser Eye Surgery <LaserEyeSurgery@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330248@vm-rewards.com>
Subject: *****SPAM***** Never wear glasses or contacts again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```





**Perfect Vision Center 1054 Centre St. Suite 214 Thornhill, ON, L4J8E5**

If you can not see our footer image, please visit here.

From ???@??? Wed Sep 21 13:16:30 2005
X-Persona: <Indi>
Return-Path: <mailcenter329892@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 20 Sep 2005 20:19:24 -0600
From: Laser Eye Surgery <LaserEyeSurgery@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Never wear glasses or contacts again
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4330C32C.BCEE59B2"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4239&e=indi@jammtomm.com
  URI:http://v1.cc/lakip/01.jpg URI:http://v1.cc/lakip/02.jpg
  URI:http://v1.cc/lakip/03.jpg
  URI:http://i.1100i.com/1298/Mar2005/mailers/4/images/750x600_1298_2_04.jpg
  [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 24903 invoked from network); 20 Sep 2005 20:19:23 -0600
Received: from vm-183-169.vm-mail.com (206.82.183.169)
  by xj4x4.net with SMTP; 20 Sep 2005 20:19:23 -0600
Received: from vm-mail.com (192.168.3.20)

```
  by vm-183-169.vm-mail.com with SMTP; 20 Sep 2005 21:19:23 -0500
X-ClientHost: 10511010010506410609710910911611110910904609911109
X-MailingID: 329892
From: Laser Eye Surgery <LaserEyeSurgery@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329892@vm-rewards.com>
Subject: Never wear glasses or contacts again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Never wear
glass1.htm"
```

```
From ???@??? Mon Sep 12 10:22:15 2005
X-Persona: <Indi>
Return-Path: <mailcenter329496@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sun, 11 Sep 2005 16:36:13 -0600
From: Laser Eye Surgery <LaserEyeSurgery@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Never wear glasses or contacts again
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4324B15D.445608D0"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4048&e=indi@jammtomm.com
  URI:http://v1.cc/lakip/01.jpg URI:http://v1.cc/lakip/02.jpg
  URI:http://v1.cc/lakip/03.jpg
  URI:http://i.1100i.com/1298/Mar2005/mailers/4/images/750x600_1298_2_04.jpg
  [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name                description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 7749 invoked from network); 11 Sep 2005 16:36:12 -0600
Received: from vm-181-143.vm-mail.com (206.82.181.143)
  by ehahome.com with SMTP; 11 Sep 2005 16:36:12 -0600
Received: from vm-mail.com (192.168.3.20)

```
  by vm-181-143.vm-mail.com with SMTP; 11 Sep 2005 17:36:12 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 329496
From: Laser Eye Surgery <LaserEyeSurgery@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329496@vm-rewards.com>
Subject: Never wear glasses or contacts again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Never wear
glass.htm"
```

```
From ???@??? Tue Oct 11 18:06:28 2005
X-Persona: <Indi>
Return-Path: <mailcenter330248@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Thu, 29 Sep 2005 23:19:57 -0600
From: Laser Eye Surgery <LaserEyeSurgery@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Never wear glasses or contacts again
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433CCAFD.3DB84DF2"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4381&e=indi@jammtomm.com
  URI:http://v1.cc/lakip/01.jpg URI:http://v1.cc/lakip/02.jpg
  URI:http://v1.cc/lakip/03.jpg
  URI:http://i.1100i.com/1298/Mar2005/mailers/4/images/750x600_1298_2_04.jpg
  [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 13828 invoked from network); 29 Sep 2005 23:19:56 -0600
Received: from vm-183-79.vm-mail.com (206.82.183.79)
  by anthonycentral.com with SMTP; 29 Sep 2005 23:19:56 -0600
Received: from vm-mail.com (192.168.3.20)
```

```
  by vm-183-79.vm-mail.com with SMTP; 30 Sep 2005 00:19:56 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330248
From: Laser Eye Surgery <LaserEyeSurgery@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330248@vm-rewards.com>
Subject: Never wear glasses or contacts again
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Never wear
glass4.htm"
```

```
From ???@??? Thu Sep 11 06:13:24 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <275981-735>; Thu, 11 Sep 2003 07:25:16 -0400
Received: from vt25.vtarget.com ([216.64.222.25]) by ams.ftl.affinity.com with
ESMTP id <276881-743>; Thu, 11 Sep 2003 07:23:53 -0400
Received: from vtarget.com (192.168.3.10)
  by vt25.vtarget.com with SMTP; 11 Sep 2003 06:23:47 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 131078
From: Last Minute Travel <LastMinuteTravel131078@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: MailCenter <mailcenter+131078@virtumundo.com>
Subject: How soon do you want to leave?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep11.072353-0400_edt.276881-743+1537@ams.ftl.affinity.com>
Date:Thu, 11 Sep 2003 07:23:52 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you**

signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Oct 21 12:08:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <224503-9599>; Tue, 21 Oct 2003 14:42:32 -0400
Received: from vl208-44.vmlocal.com ([216.21.208.44]) by ams.ftl.affinity.com
with ESMTP id <221293-9575>; Tue, 21 Oct 2003 14:41:10 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-44.vmlocal.com with SMTP; 21 Oct 2003 13:41:06 -0500
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 171333
From: Last Minute Travel <LastMinuteTravel171333@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Last Minute Travel <LastMinuteTravel171333@vmlocal.com>
Subject: Traveling? Why not go today?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct21.144110-0400_edt.221293-9575+2960@ams.ftl.affinity.com>
Date:Tue, 21 Oct 2003 14:41:10 -0400
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Nov 02 23:13:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <564096-21961>; Mon, 3 Nov 2003 00:34:28 -0500
Received: from vl208-56.vmlocal.com ([216.21.208.56]) by ams.ftl.affinity.com
with ESMTP id <570968-21963>; Mon, 3 Nov 2003 00:33:21 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-56.vmlocal.com with SMTP; 02 Nov 2003 23:33:15 -0600
X-ClientHost:
106097109105108097064103111141001111101191111141071150460991111109
X-MailingID: 186708
From: Last Minute Travel <LastMinuteTravel186708@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Last Minute Travel <LastMinuteTravel186708@vmlocal.com>
Subject: Plan today. Leave today. Last minute travel.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov3.003321-0500_est.570968-21963+42998@ams.ftl.affinity.com>
Date:Mon, 3 Nov 2003 00:33:19 -0500
```





You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Nov 10 18:44:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <221793-4535>; Mon, 10 Nov 2003 18:55:57 -0500
Received: from vl208-66.vmlocal.com ([216.21.208.66]) by ams.ftl.affinity.com
with ESMTP id <223806-4532>; Mon, 10 Nov 2003 18:55:00 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-66.vmlocal.com with SMTP; 10 Nov 2003 17:54:57 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911111109
X-MailingID: 195307
From: Last Minute Travel <LastMinuteTravel195307@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Last Minute Travel <LastMinuteTravel195307@vmlocal.com>
Subject: Plan today. Leave today. Last minute travel.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov10.185500-0500_est.223806-4532+16029@ams.ftl.affinity.com>
Date:Mon, 10 Nov 2003 18:54:59 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Nov 18 14:49:32 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <228923-26470>; Tue, 18 Nov 2003 17:42:49 -0500
Received: from vl208-51.vmlocal.com (192.168.3.12)
with ESMTP id <228616-26472>; Tue, 18 Nov 2003 17:40:24 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-51.vmlocal.com with SMTP; 18 Nov 2003 16:40:20 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 200787
From: Last Minute Travel <LastMinuteTravel200787@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Last Minute Travel <LastMinuteTravel200787@vmlocal.com>
Subject: Plan today. Leave today. Last minute travel.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov18.174024-0500_est.228616-26472+12488@ams.ftl.affinity.com>
Date:Tue, 18 Nov 2003 17:40:24 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Jan 30 17:45:25 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <311159-18306>; Fri, 30 Jan 2004 20:23:51 -0500
Received: from vm208-64.adknow-net.com ([216.21.208.64]) by
ams.ftl.affinity.com with ESMTP id <363734-18309>; Fri, 30 Jan 2004 20:22:16
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-64.adknow-net.com with SMTP; 30 Jan 2004 19:22:08 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 354143
From: Last Minute Travel <LastMinuteTravel@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return354143@replies.adknow-net.com
Subject: Travel for people who do everything last minute.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan30.202216-0500_est.363734-18309+37929@ams.ftl.affinity.com>
Date:Fri, 30 Jan 2004 20:22:16 -0500



If you would like to refer a friend information regarding this program,

go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Jan 30 17:45:25 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <363697-18309>; Fri, 30 Jan 2004 20:23:51 -0500
Received: from vm208-64.adknow-net.com ([216.21.208.64]) by
ams.ftl.affinity.com with ESMTP id <311159-18303>; Fri, 30 Jan 2004 20:22:15
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-64.adknow-net.com with SMTP; 30 Jan 2004 19:22:08 -0600
X-ClientHost:
1060971091051080970641031111410011111011911111410711504609911109
X-MailingID: 354143
From: Last Minute Travel <LastMinuteTravel@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return354143@replies.adknow-net.com
Subject: Travel for people who do everything last minute.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan30.202215-0500_est.311159-18303+37420@ams.ftl.affinity.com>
Date:Fri, 30 Jan 2004 20:22:15 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Jan 29 16:49:53 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <474621-14184>; Thu, 29 Jan 2004 19:09:03 -0500
Received: from vm208-43.adknow-net.com ([216.21.208.43]) by
ams.ftl.affinity.com with ESMTP id <474654-14178>; Thu, 29 Jan 2004 19:07:33
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-43.adknow-net.com with SMTP; 29 Jan 2004 18:06:27 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 353295
From: Last Minute Travel <LastMinuteTravel@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return353295@replies.adknow-net.com
Subject: Travel for people who do everything last minute.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan29.190733-0500_est.474654-14178+2499@ams.ftl.affinity.com>
Date:Thu, 29 Jan 2004 19:07:17 -0500
```



If you would like to refer a friend information regarding this program,

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to <u>http://www.virtumundo.com/change/</u> or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Jan 17 18:45:08 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <220574-17788>; Sat, 17 Jan
2004 20:27:02 -0500
Received: from vm208-62.adknow-net.com ([216.21.208.62]) by
ams.ftl.affinity.com with ESMTP id <219490-17780>; Sat, 17 Jan 2004 20:26:15
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-62.adknow-net.com with SMTP; 17 Jan 2004 19:26:09 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 343466
From: Last Minute Travel <LastMinuteTravel@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return343466@replies.adknow-net.com
Subject: Travel for people who do everything last minute.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan17.202615-0500_est.219490-17780+8189@ams.ftl.affinity.com>
Date:Sat, 17 Jan 2004 20:26:14 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Jan 16 18:44:27 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <3564517-21215>; Fri, 16 Jan 2004 20:13:29 -0500
Received: from vm208-67.adknow-net.com ([216.21.208.67]) by
ams.ftl.affinity.com with ESMTP id <3564436-21220>; Fri, 16 Jan 2004 20:12:42
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-67.adknow-net.com with SMTP; 16 Jan 2004 19:12:43 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 342852
From: Last Minute Travel <LastMinuteTravel@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return342852@replies.adknow-net.com
Subject: Travel for people who do everything last minute.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan16.201242-0500_est.3564436-21220+5712@ams.ftl.affinity.com>
Date:Fri, 16 Jan 2004 20:12:42 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Jan 16 07:17:32 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213436-18562>; Fri, 16 Jan 2004 08:48:46 -0500
Received: from vm208-36.adknow-net.com ([216.21.208.36]) by
ams.ftl.affinity.com with ESMTP id <215725-18558>; Fri, 16 Jan 2004 08:48:01
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-36.adknow-net.com with SMTP; 16 Jan 2004 07:47:57 -0600
X-ClientHost: 1060971210641031111141001111011911111410711504609911109
X-MailingID: 342229
From: Last Minute Travel <LastMinuteTravel@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return342229@replies.adknow-net.com
Subject: Great ideas for last minute travel plans.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan16.084801-0500_est.215725-18558+19741@ams.ftl.affinity.com>
Date:Fri, 16 Jan 2004 08:48:01 -0500
```



If you would like to refer a friend information regarding this program,

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Jan 30 21:32:25 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <225500-25216>; Fri, 30 Jan
2004 23:32:32 -0500
Received: from vm208-33.adknow-net.com ([216.21.208.33]) by
ams.ftl.affinity.com with ESMTP id <220990-25209>; Fri, 30 Jan 2004 23:31:28
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-33.adknow-net.com with SMTP; 30 Jan 2004 22:31:21 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 354483
From: Last Minute Travel <LastMinuteTravel@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return354483@replies.adknow-net.com
Subject: Great ideas for last minute travel plans.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan30.233128-0500_est.220990-25209+75448@ams.ftl.affinity.com>
Date:Fri, 30 Jan 2004 23:31:27 -0500



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Dec 27 12:43:11 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214800-26553>; Sat, 27 Dec 2003 15:27:28 -0500
Received: from vm209-213.vmlocal.com ([216.21.209.213]) by
ams.ftl.affinity.com with ESMTP id <237646-26553>; Sat, 27 Dec 2003 15:26:33
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-213.vmlocal.com with SMTP; 27 Dec 2003 14:26:32 -0600
X-ClientHost:
1060971091051080970641031111410011111011911111410711504609911109
X-MailingID: 229495
From: Last Minute Travel <LastMinuteTravel@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Last Minute Travel <LastMinuteTravel229495@vmlocal.com>
Subject: Great ideas for last minute travel plans.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec27.152633-0500_est.237646-26553+47750@ams.ftl.affinity.com>
Date:Sat, 27 Dec 2003 15:26:32 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Dec 26 11:36:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220721-12464>; Fri, 26 Dec 2003 13:57:08 -0500
Received: from vm209-217.vmlocal.com ([216.21.209.217]) by
ams.ftl.affinity.com with ESMTP id <221462-12457>; Fri, 26 Dec 2003 13:55:44
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-217.vmlocal.com with SMTP; 26 Dec 2003 12:55:42 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 228557
From: Last Minute Travel <LastMinuteTravel@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Last Minute Travel <LastMinuteTravel228557@vmlocal.com>
Subject: Great ideas for last minute travel plans.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec26.135544-0500_est.221462-12457+27147@ams.ftl.affinity.com>
Date:Fri, 26 Dec 2003 13:55:42 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Dec 23 17:46:27 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <226862-5228>; Tue, 23 Dec
2003 19:03:50 -0500
Received: from vm209-226.vmlocal.com ([216.21.209.226]) by
ams.ftl.affinity.com with ESMTP id <227665-5218>; Tue, 23 Dec 2003 19:03:09
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-226.vmlocal.com with SMTP; 23 Dec 2003 18:03:06 -0600
X-ClientHost:
106111110097116104097110064103111114100111101191111141071150460991111109
X-MailingID: 225682
From: Last Minute Travel <LastMinuteTravel@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Last Minute Travel <LastMinuteTravel225682@vmlocal.com>
Subject: Travel for people who do everything last minute.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec23.190309-0500_est.227665-5218+16014@ams.ftl.affinity.com>
Date:Tue, 23 Dec 2003 19:03:08 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Dec 18 15:11:23 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <227945-18472>; Thu, 18 Dec 2003 17:19:52 -0500
Received: from vm209-208.vmlocal.com ([216.21.209.208]) by
ams.ftl.affinity.com with ESMTP id <225493-18474>; Thu, 18 Dec 2003 17:18:52
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-208.vmlocal.com with SMTP; 18 Dec 2003 16:18:52 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 222167
From: Last Minute Travel <LastMinuteTravel@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Last Minute Travel <LastMinuteTravel222167@vmlocal.com>
Subject: Travel for people who do everything last minute.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec18.171852-0500_est.225493-18474+26653@ams.ftl.affinity.com>
Date:Thu, 18 Dec 2003 17:18:52 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 09 10:20:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <224369-2722>; Tue, 9 Dec 2003 13:15:55 -0500
Received: from vl208-21.vmlocal.com ([216.21.208.21]) by ams.ftl.affinity.com
with ESMTP id <223912-17436>; Tue, 9 Dec 2003 13:14:33 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-21.vmlocal.com with SMTP; 09 Dec 2003 12:13:59 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 215191
From: Last Minute Travel <LastMinuteTravel@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Last Minute Travel <LastMinuteTravel215191@vmlocal.com>
Subject: How soon do you want to leave?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec9.131433-0500_est.223912-17436+5899@ams.ftl.affinity.com>
Date:Tue, 9 Dec 2003 13:14:33 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Nov 26 12:09:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213680-3798>; Wed, 26 Nov 2003 13:42:20 -0500
Received: from vl208-53.vmlocal.com ([216.21.208.53]) by ams.ftl.affinity.com
with ESMTP id <216749-3802>; Wed, 26 Nov 2003 13:41:09 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-53.vmlocal.com with SMTP; 26 Nov 2003 12:41:05 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 206282
From: Last Minute Travel <LastMinuteTravel@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Last Minute Travel <LastMinuteTravel206282@vmlocal.com>
Subject: Traveling? Why not go today?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.134109-0500_est.216749-3802+5666@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 13:41:08 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Jan 07 12:21:56 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213415-22053>; Wed, 7 Jan 2004 14:19:23 -0500
Received: from vm209-242.vmlocal.com ([216.21.209.242]) by
ams.ftl.affinity.com with ESMTP id <229035-22055>; Wed, 7 Jan 2004 14:18:23
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-242.vmlocal.com with SMTP; 07 Jan 2004 13:18:20 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 237516
From: Last Minute Travel <LastMinuteTravel@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Last Minute Travel <LastMinuteTravel237516@vmlocal.com>
Subject: Plan today. Leave today. Last minute travel.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan7.141823-0500_est.229035-22055+2797@ams.ftl.affinity.com>
Date:Wed, 7 Jan 2004 14:18:22 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Dec 20 07:51:32 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <226095-18472>; Sat, 20 Dec 2003 02:51:58 -0500
Received: from vm097.vmadmin.com ([216.64.222.97]) by ams.ftl.affinity.com
with ESMTP id <226281-18485>; Sat, 20 Dec 2003 02:50:50 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm097.vmadmin.com with SMTP; 20 Dec 2003 01:50:47 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 222542
From: Law Enforcement Career <LawEnforcementCareer@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Law Enforcement Career
<LawEnforcementCareer222542@replies.virtumundo.com>
Subject: Protect. Serve. Earn a scholarship.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec20.025050-0500_est.226281-18485+55663@ams.ftl.affinity.com>
Date:Sat, 20 Dec 2003 02:50:49 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Dec 20 07:51:32 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <226149-18472>; Sat, 20 Dec 2003 02:51:58 -0500
Received: from vm097.vmadmin.com ([216.64.222.97]) by ams.ftl.affinity.com
with ESMTP id <226284-18482>; Sat, 20 Dec 2003 02:50:49 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm097.vmadmin.com with SMTP; 20 Dec 2003 01:50:47 -0600
X-ClientHost: 10609712106410311111410011110119111114107115046099111109
X-MailingID: 222542
From: Law Enforcement Career <LawEnforcementCareer@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Law Enforcement Career
<LawEnforcementCareer222542@replies.virtumundo.com>
Subject: Protect. Serve. Earn a scholarship.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec20.025049-0500_est.226284-18482+54322@ams.ftl.affinity.com>
Date:Sat, 20 Dec 2003 02:50:49 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Dec 20 07:51:32 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <224868-18472>; Sat, 20 Dec 2003 02:51:58 -0500
Received: from vm097.vmadmin.com ([216.64.222.97]) by ams.ftl.affinity.com
with ESMTP id <225621-18472>; Sat, 20 Dec 2003 02:50:50 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm097.vmadmin.com with SMTP; 20 Dec 2003 01:50:47 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 222542
From: Law Enforcement Career <LawEnforcementCareer@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Law Enforcement Career
<LawEnforcementCareer222542@replies.virtumundo.com>
Subject: Protect. Serve. Earn a scholarship.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec20.025050-0500_est.225621-18472+53881@ams.ftl.affinity.com>
Date:Sat, 20 Dec 2003 02:50:48 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Dec 20 07:51:32 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221748-18472>; Sat, 20 Dec 2003 02:51:58 -0500
Received: from vm097.vmadmin.com ([216.64.222.97]) by ams.ftl.affinity.com
with ESMTP id <225438-18471>; Sat, 20 Dec 2003 02:50:49 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm097.vmadmin.com with SMTP; 20 Dec 2003 01:50:46 -0600
X-ClientHost: 1020971211010641031111141001111011911111410711504609911109
X-MailingID: 222542
From: Law Enforcement Career <LawEnforcementCareer@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Law Enforcement Career
<LawEnforcementCareer222542@replies.virtumundo.com>
Subject: Protect. Serve. Earn a scholarship.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec20.025049-0500_est.225438-18471+55887@ams.ftl.affinity.com>
Date:Sat, 20 Dec 2003 02:50:48 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Dec 20 07:51:32 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <226169-18472>; Sat, 20 Dec
2003 02:51:59 -0500
Received: from vm097.vmadmin.com ([216.64.222.97]) by ams.ftl.affinity.com
with ESMTP id <226094-18484>; Sat, 20 Dec 2003 02:50:52 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm097.vmadmin.com with SMTP; 20 Dec 2003 01:50:47 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 222542
From: Law Enforcement Career <LawEnforcementCareer@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Law Enforcement Career
<LawEnforcementCareer222542@replies.virtumundo.com>
Subject: Protect. Serve. Earn a scholarship.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec20.025052-0500_est.226094-18484+55154@ams.ftl.affinity.com>
Date:Sat, 20 Dec 2003 02:50:50 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Aug 20 23:58:51 2006
X-Persona: <2nd User>
Return-Path: <mailcenter360230@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 24835 invoked from network); 15 Aug 2006 22:30:21 -0600
Received: from static-vmg-181-19.vm-mail.com (HELO vm-181-19.vm-mail.com)
(206.82.181.19)
  by jaycelia.com with SMTP; 15 Aug 2006 22:30:21 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-19.vm-mail.com with SMTP; 15 Aug 2006 23:30:19 -0500
X-ClientHost: 11611110910912106410609710910911611110910904609911109
X-MailingID: 360230
From: Law Enforcement Career <LawEnforcementCareers@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+360230@vm-rewards.com>
Subject: Choose a career - FBI, Police, CIA, or Home Security
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63


Images not loading? View this offer by visiting this link



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ 85018**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Aug 04 19:40:53 2006
X-Persona: <2nd User>
Return-Path: <mailcenter358670@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 19649 invoked from network); 4 Aug 2006 16:52:32 -0600
Received: from static-vmg-187-168.vm-mail.com (HELO vm-187-168.vm-mail.com)
(206.82.187.168)
  by gordonworks.com with SMTP; 4 Aug 2006 16:52:29 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-168.vm-mail.com with SMTP; 04 Aug 2006 17:52:26 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 358670
From: Law Enforcement Career <LawEnforcementCareers@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+358670@vm-rewards.com>
Subject: Choose a career - FBI, Police, CIA, or Home Security
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=DATE_MISSING,HTML_50_60,
       HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
       HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ 85018**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu May 18 09:50:00 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter348912@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 18946 invoked from network); 16 May 2006 14:38:05 -0600
Received: from vm-186-223.vm-mail.com (206.82.186.223)
  by omniinnovations.com with SMTP; 16 May 2006 14:38:03 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-223.vm-mail.com with SMTP; 16 May 2006 15:38:02 -0500
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111 09
X-MailingID: 348912
From: Law Enforcement Career <LawEnforcementCareers@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348912@vm-rewards.com>
Subject: *****SPAM***** Choose a career - FBI, Police, CIA, or Home Security
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.5 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_DYNABLOCK,RCVD_IN_SBL,RCVD_IN_SORBS,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  2.5 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *      [206.82.186.223 listed in dnsbl.sorbs.net]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *      [206.82.186.223 listed in dnsbl.sorbs.net]
```

**Images not loading? View this offer by visiting this link**





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ 85018

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Wed May 17 21:01:40 2006
X-Persona: <Mila>
Return-Path: <mailcenter348912@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 16 May 2006 14:37:50 -0600
From: Law Enforcement Career <LawEnforcementCareers@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Choose a career - FBI, Police, CIA, or Home Security
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.7 required=7.0 tests=BAYES_80,DATE_MISSING,
        HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_DYNABLOCK,RCVD_IN_SBL,RCVD_IN_SORBS autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_446A381E.52AE7BC6"
```

**Attachments:**
SPAM Choose a career 1.htm


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(6485&e=mila@jammtomm.com
  visiting this link URI:http://ogy.cc/CJ_Badges.gif
  URI:http://redirect.virtumundo.com/ct?i(6485&e=mila@jammtomm.com [...]

Content analysis details:   (9.7 points, 7.0 required)

```
 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 1.1 HTML_IMAGE_RATIO_04    BODY: HTML has a low ratio of text to image area
 0.1 HTML_MESSAGE           BODY: HTML included in message
 1.7 BAYES_80               BODY: Bayesian spam probability is 80 to 90%
                            [score: 0.8881]
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_50_60             BODY: Message is 50% to 60% HTML
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 2.6 RCVD_IN_DYNABLOCK      RBL: Sent directly from dynamic IP address
                            [206.82.186.236 listed in dnsbl.sorbs.net]
 1.1 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
 0.1 RCVD_IN_SORBS          RBL: SORBS: sender is listed in SORBS
                            [206.82.186.236 listed in dnsbl.sorbs.net]
```

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view

it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 6785 invoked from network); 16 May 2006 14:37:47 -0600
Received: from vm-186-236.vm-mail.com (206.82.186.236)
  by anthonycentral.com with SMTP; 16 May 2006 14:37:46 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-236.vm-mail.com with SMTP; 16 May 2006 15:37:44 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 348912
From: Law Enforcement Career <LawEnforcementCareers@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348912@vm-rewards.com>
Subject: Choose a career - FBI, Police, CIA, or Home Security
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Choose a
career 1.htm"

```
From ???@??? Tue May 16 15:16:13 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348912@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 32321 invoked from network); 16 May 2006 13:32:54 -0600
Received: from vm-185-192.vm-mail.com (206.82.185.192)
  by itdidnotendright.com with SMTP; 16 May 2006 13:32:53 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-192.vm-mail.com with SMTP; 16 May 2006 14:32:44 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 348912
From: Law Enforcement Career <LawEnforcementCareers@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348912@vm-rewards.com>
Subject: *****SPAM***** Choose a career - FBI, Police, CIA, or Home Security
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.1 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_04,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,
        RCVD_IN_SBL,RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  1.1 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *      [206.82.185.192 listed in dnsbl.sorbs.net]
        *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *      [206.82.185.192 listed in dnsbl.sorbs.net]


Images not loading? View this offer by visiting this link
```



This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ 85018

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Tue May 16 15:16:13 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348912@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 3584 invoked from network); 16 May 2006 13:32:58 -0600
Received: from vm-185-192.vm-mail.com (206.82.185.192)
  by itdidnotendright.com with SMTP; 16 May 2006 13:32:57 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-192.vm-mail.com with SMTP; 16 May 2006 14:32:44 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 348912
From: Law Enforcement Career <LawEnforcementCareers@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348912@vm-rewards.com>
Subject: *****SPAM***** Choose a career - FBI, Police, CIA, or Home Security
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.1 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_04,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,
        RCVD_IN_SBL,RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  1.1 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *     [206.82.185.192 listed in dnsbl.sorbs.net]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *     [206.82.185.192 listed in dnsbl.sorbs.net]


Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ 85018

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Tue May 16 15:16:13 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348912@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 1604 invoked from network); 16 May 2006 13:32:56 -0600
Received: from vm-185-192.vm-mail.com (206.82.185.192)
  by itdidnotendright.com with SMTP; 16 May 2006 13:32:55 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-192.vm-mail.com with SMTP; 16 May 2006 14:32:44 -0500
X-ClientHost:
10010111909712111010106409711011610411110121099101110116114097108046099111109
X-MailingID: 348912
From: Law Enforcement Career <LawEnforcementCareers@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348912@vm-rewards.com>
Subject: *****SPAM***** Choose a career - FBI, Police, CIA, or Home Security
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.1 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_04,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,
        RCVD_IN_SBL,RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  1.1 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *      [206.82.185.192 listed in dnsbl.sorbs.net]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *      [206.82.185.192 listed in dnsbl.sorbs.net]



Images not loading? View this offer by visiting this link
```





**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ 85018**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue May 16 15:16:13 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348912@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 5058 invoked from network); 16 May 2006 13:32:59 -0600
Received: from vm-185-192.vm-mail.com (206.82.185.192)
  by itdidnotendright.com with SMTP; 16 May 2006 13:32:58 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-192.vm-mail.com with SMTP; 16 May 2006 14:32:44 -0500
X-ClientHost: 11610606409711011610411111012109910111011611409710804609911109
X-MailingID: 348912
From: Law Enforcement Career <LawEnforcementCareers@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348912@vm-rewards.com>
Subject: *****SPAM***** Choose a career - FBI, Police, CIA, or Home Security
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.1 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_04,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,
        RCVD_IN_SBL,RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 1.1 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        * 0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        * 2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *     [206.82.185.192 listed in dnsbl.sorbs.net]
        * 0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *     [206.82.185.192 listed in dnsbl.sorbs.net]



Images not loading? View this offer by visiting this link
```



This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ 85018

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Tue May 16 15:16:13 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348912@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 30435 invoked from network); 16 May 2006 13:32:52 -0600
Received: from vm-185-192.vm-mail.com (206.82.185.192)
  by itdidnotendright.com with SMTP; 16 May 2006 13:32:50 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-192.vm-mail.com with SMTP; 16 May 2006 14:32:44 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 348912
From: Law Enforcement Career <LawEnforcementCareers@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348912@vm-rewards.com>
Subject: Choose a career - FBI, Police, CIA, or Home Security
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.4 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL
      autolearn=no version=2.63

Images not loading? View this offer by visiting this link



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ 85018**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue May 16 15:14:41 2006
X-Persona: <Jay>
Return-Path: <mailcenter348912@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 17280 invoked from network); 16 May 2006 14:38:02 -0600
Received: from vm-186-58.vm-mail.com (206.82.186.58)
  by itdidnotendright.com with SMTP; 16 May 2006 14:38:02 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-58.vm-mail.com with SMTP; 16 May 2006 15:38:01 -0500
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 348912
From: Law Enforcement Career <LawEnforcementCareers@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348912@vm-rewards.com>
Subject: *****SPAM***** Choose a career - FBI, Police, CIA, or Home Security
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.1 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_DYNABLOCK,RCVD_IN_SBL,RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  1.1 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5263]
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *      [206.82.186.58 listed in dnsbl.sorbs.net]
        *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *      [206.82.186.58 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link





**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ 85018**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue May 16 15:11:49 2006
X-Persona: <Jon>
Return-Path: <mailcenter348912@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 18946 invoked from network); 16 May 2006 14:38:05 -0600
Received: from vm-186-223.vm-mail.com (206.82.186.223)
  by omniinnovations.com with SMTP; 16 May 2006 14:38:03 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-223.vm-mail.com with SMTP; 16 May 2006 15:38:02 -0500
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 348912
From: Law Enforcement Career <LawEnforcementCareers@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348912@vm-rewards.com>
Subject: *****SPAM***** Choose a career - FBI, Police, CIA, or Home Security
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.5 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_DYNABLOCK,RCVD_IN_SBL,RCVD_IN_SORBS,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  2.5 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *      [206.82.186.223 listed in dnsbl.sorbs.net]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *      [206.82.186.223 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link



 

**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ 85018**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

From ???@??? Tue May 16 15:10:48 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter348912@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 15748 invoked from network); 16 May 2006 14:34:53 -0600
Received: from vm-186-2.vm-mail.com (206.82.186.2)
  by jammtomm.com with SMTP; 16 May 2006 14:34:49 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-2.vm-mail.com with SMTP; 16 May 2006 15:34:45 -0500
X-ClientHost:
10610510906410511610010510011011111610111010011410510310410411604609911109
X-MailingID: 348912
From: Law Enforcement Career <LawEnforcementCareers@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348912@vm-rewards.com>
Subject: Choose a career - FBI, Police, CIA, or Home Security
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link






This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.

Please mail questions
or comments about this advertisement to:

Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ 85018

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Tue May 16 15:09:28 2006
X-Persona: <Celia>
Return-Path: <mailcenter348912@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 14049 invoked from network); 16 May 2006 13:54:34 -0600
Received: from vm-185-238.vm-mail.com (206.82.185.238)
  by xj4x4.net with SMTP; 16 May 2006 13:54:33 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-238.vm-mail.com with SMTP; 16 May 2006 14:54:32 -0500
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 348912
From: Law Enforcement Career <LawEnforcementCareers@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348912@vm-rewards.com>
Subject: *****SPAM***** Choose a career - FBI, Police, CIA, or Home Security
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.6 required=7.0 tests=DATE_MISSING,HTML_50_60,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_DYNABLOCK,RCVD_IN_SBL,RCVD_IN_SORBS,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.5 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *      [206.82.185.238 listed in dnsbl.sorbs.net]
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *      [206.82.185.238 listed in dnsbl.sorbs.net]




Images not loading? View this offer by visiting this link
```



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ 85018**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

From ???@??? Mon Aug 28 22:41:00 2006
X-Persona: <2nd User>
Return-Path: <mailcenter361386@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 30788 invoked from network); 25 Aug 2006 18:49:50 -0600
Received: from static-vmg-180-226.vm-mail.com (HELO vm-180-226.vm-mail.com)
(206.82.180.226)
  by omniinnovations.com with SMTP; 25 Aug 2006 18:49:50 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-226.vm-mail.com with SMTP; 25 Aug 2006 19:49:47 -0500
X-ClientHost: 11611110910912106410609710910911611110910904609911109
X-MailingID: 361386
From: Law Enforcement Career <LawEnforcementCareers@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+361386@vm-rewards.com>
Subject: Choose a career - FBI, Police, CIA, or Home Security
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63


Images not loading? View this offer by visiting this link



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**Chooseadegree.com 4340 E. Indian School Road, Suite 21-482 Phoenix,, AZ 85018**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Oct 30 16:26:06 2005
X-Persona: <Indi>
Return-Path: <mailcenter331339@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 28 Oct 2005 03:07:04 -0600
From: Leader Auto Loans <LeaderAutoLoans@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Get a better car with a better loan - easy credit!
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4361EA38.855E519D"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4936&e=indi@jammtomm.com
  URI:http://ogy.cc/all_600x400_01.gif
  URI:http://redirect.virtumundo.com/bt?m31339&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (7.1 points, 7.0 required)

 pts rule name               description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 26210 invoked from network); 28 Oct 2005 03:07:03 -0600
Received: from vm-180-4.vm-mail.com (206.82.180.4)
  by ehahome.com with SMTP; 28 Oct 2005 03:07:03 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-4.vm-mail.com with SMTP; 28 Oct 2005 04:06:52 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
```

```
X-MailingID: 331339
From: Leader Auto Loans <LeaderAutoLoans@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331339@vm-rewards.com>
Subject: Get a better car with a better loan - easy credit!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get a
better car.htm"
```

From ???@??? Sun Oct 30 16:26:06 2005
X-Persona: <Indi>
Return-Path: <mailcenter331339@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Fri, 28 Oct 2005 03:07:04 -0600
From: Leader Auto Loans <LeaderAutoLoans@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Get a better car with a better loan - easy credit!
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4361EA38.855E519D"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4936&e=indi@jammtomm.com
  URI:http://ogy.cc/all_600x400_01.gif
  URI:http://redirect.virtumundo.com/bt?m31339&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (7.1 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 26210 invoked from network); 28 Oct 2005 03:07:03 -0600
Received: from vm-180-4.vm-mail.com (206.82.180.4)
  by ehahome.com with SMTP; 28 Oct 2005 03:07:03 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-4.vm-mail.com with SMTP; 28 Oct 2005 04:06:52 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109

```
X-MailingID: 331339
From: Leader Auto Loans <LeaderAutoLoans@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331339@vm-rewards.com>
Subject: Get a better car with a better loan - easy credit!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get a
better car.htm"
```

```
From ???@??? Mon Apr 10 19:00:35 2006
Return-Path: <mailcenter343080@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 1345 invoked from network); 8 Apr 2006 21:24:39 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by greatnorthwest-alpha.org with SMTP; 8 Apr 2006 21:24:38 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 08 Apr 2006 22:24:24 -0500
X-ClientHost:
10010111909712111010106409711011610411111012109910110116114097108046099111109
X-MailingID: 343080
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343080@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please visit here.**

From ???@??? Mon Apr 10 19:00:35 2006
Return-Path: <mailcenter343080@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 4676 invoked from network); 8 Apr 2006 21:24:43 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by greatnorthwest-alpha.org with SMTP; 8 Apr 2006 21:24:41 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 08 Apr 2006 22:24:24 -0500
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 343080
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343080@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63

Images not loading? View this offer by visiting this link



 **Vet Meds, P.O. Box 308 Irving, NY**



**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Apr 10 19:00:35 2006
Return-Path: <mailcenter343080@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 8930 invoked from network); 8 Apr 2006 21:24:47 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by greatnorthwest-alpha.org with SMTP; 8 Apr 2006 21:24:47 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 08 Apr 2006 22:24:24 -0500
X-ClientHost: 11610606409711011610411111012109910111011611409710804609911109
X-MailingID: 343080
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343080@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



 **Vet Meds, P.O. Box 308 Irving, NY**



**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Apr 10 19:00:34 2006
Return-Path: <mailcenter343080@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 387 invoked from network); 8 Apr 2006 21:24:38 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by greatnorthwest-alpha.org with SMTP; 8 Apr 2006 21:24:37 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 08 Apr 2006 22:24:24 -0500
X-ClientHost:
0991041170991070640971101161041111012109910110116114097108046099111109
X-MailingID: 343080
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343080@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**Vet Meds, P.O. Box 308 Irving, NY**



**If you can not see our footer image, please visit here.**

From ???@??? Sun Apr 09 09:54:48 2006
X-Persona: <Jay>
Return-Path: <mailcenter343080@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 25668 invoked from network); 8 Apr 2006 18:42:24 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jammtomm.com with SMTP; 8 Apr 2006 18:42:24 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 08 Apr 2006 19:42:22 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 343080
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343080@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.9 required=7.0 tests=BAYES_80,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63

Images not loading? View this offer by visiting this link



Vet Meds, P.O. Box 308 Irving, NY

If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 09 09:54:39 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343080@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 4676 invoked from network); 8 Apr 2006 21:24:43 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by greatnorthwest-alpha.org with SMTP; 8 Apr 2006 21:24:41 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 08 Apr 2006 22:24:24 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 343080
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343080@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





**Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please visit here.**

From ???@??? Sun Apr 09 09:54:39 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343080@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 8930 invoked from network); 8 Apr 2006 21:24:47 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by greatnorthwest-alpha.org with SMTP; 8 Apr 2006 21:24:47 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 08 Apr 2006 22:24:24 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 343080
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343080@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63


Images not loading? View this offer by visiting this link



Vet Meds, P.O. Box 308 Irving, NY

If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 09 09:54:38 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343080@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 387 invoked from network); 8 Apr 2006 21:24:38 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by greatnorthwest-alpha.org with SMTP; 8 Apr 2006 21:24:37 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 08 Apr 2006 22:24:24 -0500
X-ClientHost:
0991041170991070640971101161041111012109910111011611409710804609911109
X-MailingID: 343080
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343080@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





**Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 09 09:54:38 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343080@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 31585 invoked from network); 8 Apr 2006 21:24:36 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by greatnorthwest-alpha.org with SMTP; 8 Apr 2006 21:24:34 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 08 Apr 2006 22:24:24 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 343080
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343080@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





**Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 09 09:54:38 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343080@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 1345 invoked from network); 8 Apr 2006 21:24:39 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by greatnorthwest-alpha.org with SMTP; 8 Apr 2006 21:24:38 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 08 Apr 2006 22:24:24 -0500
X-ClientHost:
1001011190971211101010640971101161041111012109910111011611409710804609911109
X-MailingID: 343080
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343080@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





**Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 09 09:49:49 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter343080@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 17955 invoked from network); 8 Apr 2006 21:22:15 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by jaykaysplace.com with SMTP; 8 Apr 2006 21:22:13 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 08 Apr 2006 22:22:09 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 343080
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343080@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



Vet Meds, P.O. Box 308 Irving, NY

If you can not see our footer image, please visit here.

From ???@??? Sun Apr 09 09:45:52 2006
X-Persona: <Celia>
Return-Path: <mailcenter343080@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 16804 invoked from network); 9 Apr 2006 00:00:28 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by anthonycentral.com with SMTP; 9 Apr 2006 00:00:28 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 09 Apr 2006 01:00:27 -0500
X-ClientHost: 0991011081050970640991011081050971060971211046099111109
X-MailingID: 343080
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343080@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
     HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
     MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
     version=2.63


Images not loading? View this offer by visiting this link





**Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please visit here.**

From ???@??? Sat Apr 08 17:53:59 2006
X-Persona: <Mila>
Return-Path: <mailcenter343080@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sat, 08 Apr 2006 18:42:22 -0600
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.6 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4438586E.5E52ABF2"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(1913&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(1913&e=mila@jammtomm.com
  URI:http://ogy.cc/el/vm/vt_01.gif [...]

Content analysis details:   (9.6 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 22337 invoked from network); 8 Apr 2006 18:42:18 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by greatnorthwest-alpha.org with SMTP; 8 Apr 2006 18:42:18 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 08 Apr 2006 19:42:17 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 343080

```
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343080@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Vet Meds -
up to2.htm"
```

From ???@??? Fri Apr 07 12:00:07 2006
Return-Path: <mailcenter341190@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 30051 invoked from network); 30 Mar 2006 17:28:48 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by xj4x4.net with SMTP; 30 Mar 2006 17:28:41 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 30 Mar 2006 17:28:15 -0600
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 341190
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341190@vm-rewards.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5041]
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]


Images not loading? View this offer by visiting this link





 **Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 12:00:07 2006
Return-Path: <mailcenter341190@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 1518 invoked from network); 30 Mar 2006 17:28:55 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by xj4x4.net with SMTP; 30 Mar 2006 17:28:52 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 30 Mar 2006 17:28:15 -0600
X-ClientHost:
10010111909712111010106409711011610411110121099101110116114097108046099111109
X-MailingID: 341190
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341190@vm-rewards.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5041]
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link





 **Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 12:00:07 2006
Return-Path: <mailcenter341190@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 1603 invoked from network); 30 Mar 2006 17:28:56 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by xj4x4.net with SMTP; 30 Mar 2006 17:28:56 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 30 Mar 2006 17:28:15 -0600
X-ClientHost:
1150971101001210640971101161041111012109910111011611409710804609911109
X-MailingID: 341190
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341190@vm-rewards.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5041]
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link





Vet Meds, P.O. Box 308 Irving, NY

If you can not see our footer image, please visit here.

From ???@??? Fri Apr 07 12:00:07 2006
Return-Path: <mailcenter341190@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 2083 invoked from network); 30 Mar 2006 17:28:57 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
    by xj4x4.net with SMTP; 30 Mar 2006 17:28:56 -0600
Received: from vm-mail.com (10.0.0.42)
    by pkc-sb03 with SMTP; 30 Mar 2006 17:28:15 -0600
X-ClientHost: 1161060640971101161041111012109910111011611409710804609911109
X-MailingID: 341190
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341190@vm-rewards.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5041]
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]


Images not loading? View this offer by visiting this link





**Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 12:00:06 2006
Return-Path: <mailcenter341190@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 26241 invoked from network); 30 Mar 2006 17:28:39 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by xj4x4.net with SMTP; 30 Mar 2006 17:28:37 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 30 Mar 2006 17:28:15 -0600
X-ClientHost:
097110116064097110116104111101210991011101161140971080460991111109
X-MailingID: 341190
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341190@vm-rewards.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *     [score: 0.5041]
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link





**Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 02 17:16:07 2006
X-Persona: <Jay>
Return-Path: <mailcenter341190@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 22176 invoked from network); 30 Mar 2006 17:53:54 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaykaysplace.com with SMTP; 30 Mar 2006 17:53:54 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 30 Mar 2006 17:53:53 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 341190
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341190@vm-rewards.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.5 required=7.0 tests=BAYES_80,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 1.7 BAYES_80 BODY: Bayesian spam probability is 80 to 90%
        *      [score: 0.8834]
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





 **Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Apr 01 08:52:14 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter341190@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 22880 invoked from network); 30 Mar 2006 17:53:59 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jammtomm.com with SMTP; 30 Mar 2006 17:53:54 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 30 Mar 2006 17:53:53 -0600
X-ClientHost: 10611111006410609712110709712111511211080970991010460991111109
X-MailingID: 341190
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341190@vm-rewards.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.1 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        * 1.0 DATE_MISSING Missing Date: header
        * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.0 HTML_MESSAGE BODY: HTML included in message
        * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





**Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Mar 31 15:22:14 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter341190@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 6756 invoked from network); 30 Mar 2006 17:53:13 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by ehahome.com with SMTP; 30 Mar 2006 17:53:13 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 30 Mar 2006 17:53:12 -0600
X-ClientHost:
10610510906410511610010510010111111610111010011410510310411604609911109
X-MailingID: 341190
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341190@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



Vet Meds, P.O. Box 308 Irving, NY

If you can not see our footer image, please visit here.

From ???@??? Fri Mar 31 15:19:16 2006
X-Persona: <Celia>
Return-Path: <mailcenter341190@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 9379 invoked from network); 30 Mar 2006 17:54:33 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by jammtomm.com with SMTP; 30 Mar 2006 17:54:31 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 30 Mar 2006 17:54:29 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 341190
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341190@vm-rewards.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.1 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]


Images not loading? View this offer by visiting this link





 **Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please visit here.**

From ???@??? Fri Mar 31 09:45:09 2006
X-Persona: <Mila>
Return-Path: <mailcenter341190@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 30 Mar 2006 17:53:51 -0600
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *************
X-Spam-Status: Yes, hits=13.3 required=7.0 tests=BAYES_99,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_442C6F8F.0FBFB03E"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(0519&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(0519&e=mila@jammtomm.com
  URI:http://ogy.cc/el/vm/vt_01.gif [...]

Content analysis details:   (13.3 points, 7.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.9 DATE_MISSING             Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE             BODY: HTML included in message
 5.4 BAYES_99                 BODY: Bayesian spam probability is 99 to 100%
                              [score: 1.0000]
 0.3 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
               [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 20673 invoked from network); 30 Mar 2006 17:53:48 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by itdidnotendright.com with SMTP; 30 Mar 2006 17:53:48 -0600

```
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 30 Mar 2006 17:53:47 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 341190
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341190@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Vet Meds -
up to1.htm"
```

From ???@??? Thu Mar 16 15:08:16 2006
X-Persona: <Jay>
Return-Path: <mailcenter340010@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 11555 invoked from network); 14 Mar 2006 15:37:11 -0600
Received: from vm-181-153.vm-mail.com (206.82.181.153)
   by clrobin.com with SMTP; 14 Mar 2006 15:37:10 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-153.vm-mail.com with SMTP; 14 Mar 2006 15:36:59 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 340010
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340010@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.9 required=7.0 tests=BAYES_80,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63

Images not loading? View this offer by visiting this link



**Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Mar 16 14:58:32 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter340010@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 23748 invoked from network); 14 Mar 2006 15:34:36 -0600
Received: from vm-181-93.vm-mail.com (206.82.181.93)
  by jaykaysplace.com with SMTP; 14 Mar 2006 15:34:34 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-93.vm-mail.com with SMTP; 14 Mar 2006 15:34:22 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 340010
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340010@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



Vet Meds, P.O. Box 308 Irving, NY

If you can not see our footer image, please visit here.

From ???@??? Thu Mar 16 14:58:22 2006
X-Persona: <Celia>
Return-Path: <mailcenter340010@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 31204 invoked from network); 14 Mar 2006 16:49:11 -0600
Received: from vm-181-209.vm-mail.com (206.82.181.209)
   by ehahome.com with SMTP; 14 Mar 2006 16:49:10 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-209.vm-mail.com with SMTP; 14 Mar 2006 16:48:58 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 340010
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340010@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63


Images not loading? View this offer by visiting this link





**Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Mar 15 01:40:07 2006
X-Persona: <Mila>
Return-Path: <mailcenter340010@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Tue, 14 Mar 2006 15:36:58 -0600
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.6 required=7.0 tests=BAYES_99,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4417377A.355779E0"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9853&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'9853&e=mila@jammtomm.com
  URI:http://ogy.cc/el/vm/vt_01.gif [...]

Content analysis details:   (9.6 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 1184 invoked from network); 14 Mar 2006 15:36:58 -0600
Received: from vm-181-99.vm-mail.com (206.82.181.99)
  by gnwalpha.org with SMTP; 14 Mar 2006 15:36:57 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-99.vm-mail.com with SMTP; 14 Mar 2006 15:36:46 -0600
X-ClientHost: 1091051080970641060971091091161111091090460991111109
X-MailingID: 340010
```

```
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340010@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Vet Meds -
up to.htm"
```

```
From ???@??? Tue Mar 14 15:44:25 2006
X-Persona: <RCW>
Return-Path: <mailcenter340010@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 9410 invoked from network); 14 Mar 2006 17:29:51 -0600
Received: from vm-181-37.vm-mail.com (206.82.181.37)
  by ehahome.com with SMTP; 14 Mar 2006 17:29:48 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-37.vm-mail.com with SMTP; 14 Mar 2006 17:29:36 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 340010
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340010@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



Vet Meds, P.O. Box 308 Irving, NY

If you can not see our footer image, please visit here.

```
From ???@??? Tue Mar 14 14:00:27 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter340010@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 13248 invoked from network); 14 Mar 2006 15:37:13 -0600
Received: from vm-181-26.vm-mail.com (206.82.181.26)
   by celiajay.com with SMTP; 14 Mar 2006 15:37:13 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-26.vm-mail.com with SMTP; 14 Mar 2006 15:37:00 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 340010
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340010@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**





**Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Mar 10 10:25:58 2006
X-Persona: <Mila>
Return-Path: <mailcenter339630@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 28928 invoked from network); 7 Mar 2006 21:15:05 -0600
Received: from vm-181-247.vm-mail.com (206.82.181.247)
   by xj4x4.net with SMTP; 7 Mar 2006 21:15:04 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-247.vm-mail.com with SMTP; 07 Mar 2006 21:14:50 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 339630
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339630@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link





**Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Mar 09 11:17:11 2006
X-Persona: <Jay>
Return-Path: <mailcenter339630@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 6242 invoked from network); 7 Mar 2006 21:15:20 -0600
Received: from vm-181-239.vm-mail.com (206.82.181.239)
  by gnwalpha.org with SMTP; 7 Mar 2006 21:15:20 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-239.vm-mail.com with SMTP; 07 Mar 2006 21:15:07 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 339630
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339630@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63


Images not loading? View this offer by visiting this link





**Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Mar 09 11:14:37 2006
X-Persona: <Celia>
Return-Path: <mailcenter339630@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 9060 invoked from network); 7 Mar 2006 22:59:06 -0600
Received: from vm-181-74.vm-mail.com (206.82.181.74)
  by itdidnotendright.com with SMTP; 7 Mar 2006 22:59:01 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-74.vm-mail.com with SMTP; 07 Mar 2006 22:58:48 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 339630
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339630@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63

Images not loading? View this offer by visiting this link





**Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Mar 09 11:14:34 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter339630@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 16133 invoked from network); 7 Mar 2006 21:12:18 -0600
Received: from vm-181-221.vm-mail.com (206.82.181.221)
   by jaycelia.com with SMTP; 7 Mar 2006 21:12:17 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-221.vm-mail.com with SMTP; 07 Mar 2006 21:12:02 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 339630
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339630@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



Vet Meds, P.O. Box 308 Irving, NY

If you can not see our footer image, please visit here.

```
From ???@??? Tue Mar 07 21:39:58 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter339630@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 6433 invoked from network); 7 Mar 2006 21:15:20 -0600
Received: from vm-181-9.vm-mail.com (206.82.181.9)
   by ehahome.com with SMTP; 7 Mar 2006 21:15:20 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-9.vm-mail.com with SMTP; 07 Mar 2006 21:15:07 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 339630
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339630@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



 Vet Meds, P.O. Box 308 Irving, NY

If you can not see our footer image, please visit here.

From ???@??? Tue Mar 07 21:05:52 2006
X-Persona: <RCW>
Return-Path: <mailcenter339630@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 11648 invoked from network); 7 Mar 2006 23:02:29 -0600
Received: from vm-181-194.vm-mail.com (206.82.181.194)
   by jaycelia.com with SMTP; 7 Mar 2006 23:02:29 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-194.vm-mail.com with SMTP; 07 Mar 2006 23:02:14 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 339630
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339630@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



Vet Meds, P.O. Box 308 Irving, NY

If you can not see our footer image, please visit here.

From ???@??? Tue Feb 28 17:43:37 2006
X-Persona: <Mila>
Return-Path: <mailcenter339068@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 14276 invoked from network); 27 Feb 2006 18:15:03 -0600
Received: from vm-180-227.vm-mail.com (206.82.180.227)
  by gordonworks.com with SMTP; 27 Feb 2006 18:15:01 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-227.vm-mail.com with SMTP; 27 Feb 2006 18:14:48 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 339068
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339068@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63


Images not loading? View this offer by visiting this link





**Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please visit here.**

From ???@??? Mon Feb 27 23:23:55 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter339068@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 7841 invoked from network); 27 Feb 2006 18:13:57 -0600
Received: from vm-180-200.vm-mail.com (206.82.180.200)
  by jammtomm.com with SMTP; 27 Feb 2006 18:13:54 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-200.vm-mail.com with SMTP; 27 Feb 2006 18:13:42 -0600
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460991111109
X-MailingID: 339068
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339068@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



Vet Meds, P.O. Box 308 Irving, NY

If you can not see our footer image, please visit here.

From ???@??? Mon Feb 27 23:21:27 2006
X-Persona: <Jon>
Return-Path: <mailcenter339068@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 18721 invoked from network); 27 Feb 2006 18:15:10 -0600
Received: from vm-180-127.vm-mail.com (206.82.180.127)
  by celiajay.com with SMTP; 27 Feb 2006 18:15:10 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-127.vm-mail.com with SMTP; 27 Feb 2006 18:14:57 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 339068
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339068@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63

Images not loading? View this offer by visiting this link





**Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please visit here.**

From ???@??? Mon Feb 27 23:20:13 2006
X-Persona: <Jay>
Return-Path: <mailcenter339068@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 18145 invoked from network); 27 Feb 2006 18:15:09 -0600
Received: from vm-180-73.vm-mail.com (206.82.180.73)
  by chiefmusician.net with SMTP; 27 Feb 2006 18:15:09 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-73.vm-mail.com with SMTP; 27 Feb 2006 18:14:56 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 339068
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339068@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63

Images not loading? View this offer by visiting this link



 Vet Meds, P.O. Box 308 Irving, NY

If you can not see our footer image, please visit here.

From ???@??? Mon Feb 27 23:20:07 2006
X-Persona: <Celia>
Return-Path: <mailcenter339068@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 2979 invoked from network); 27 Feb 2006 19:04:27 -0600
Received: from vm-180-74.vm-mail.com (206.82.180.74)
  by itdidnotendright.com with SMTP; 27 Feb 2006 19:04:20 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-74.vm-mail.com with SMTP; 27 Feb 2006 19:04:06 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460 99111109
X-MailingID: 339068
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339068@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63


Images not loading? View this offer by visiting this link





**Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please visit here.**

From ???@??? Mon Feb 27 18:10:18 2006
X-Persona: <RCW>
Return-Path: <mailcenter339068@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 30596 invoked from network); 27 Feb 2006 19:33:33 -0600
Received: from vm-180-251.vm-mail.com (206.82.180.251)
   by anthonycentral.com with SMTP; 27 Feb 2006 19:33:33 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-251.vm-mail.com with SMTP; 27 Feb 2006 19:33:20 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 339068
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339068@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



Vet Meds, P.O. Box 308 Irving, NY

If you can not see our footer image, please visit here.

From ???@??? Mon Feb 20 11:18:40 2006
X-Persona: <Jay>
Return-Path: <mailcenter338428@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 26688 invoked from network); 17 Feb 2006 15:08:16 -0600
Received: from vm-177-96.vm-mail.com (206.82.177.96)
   by clrobin.com with SMTP; 17 Feb 2006 15:08:13 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-96.vm-mail.com with SMTP; 17 Feb 2006 15:08:00 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 338428
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338428@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63


Images not loading? View this offer by visiting this link





**Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please visit here.**

From ???@??? Mon Feb 20 11:17:44 2006
X-Persona: <Celia>
Return-Path: <mailcenter338428@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 5060 invoked from network); 17 Feb 2006 17:42:56 -0600
Received: from vm-181-116.vm-mail.com (206.82.181.116)
  by chiefmusician.net with SMTP; 17 Feb 2006 17:42:56 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-116.vm-mail.com with SMTP; 17 Feb 2006 17:42:45 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 338428
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338428@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63


Images not loading? View this offer by visiting this link





**Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 20 11:17:41 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter338428@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 22080 invoked from network); 17 Feb 2006 15:07:33 -0600
Received: from vm-177-94.vm-mail.com (206.82.177.94)
   by omniinnovations.com with SMTP; 17 Feb 2006 15:07:24 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-94.vm-mail.com with SMTP; 17 Feb 2006 15:07:04 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 338428
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338428@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



Vet Meds, P.O. Box 308 Irving, NY

If you can not see our footer image, please visit here.

From ???@??? Sat Feb 18 17:08:43 2006
X-Persona: <Mila>
Return-Path: <mailcenter338428@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 24708 invoked from network); 17 Feb 2006 15:08:14 -0600
Received: from vm-177-122.vm-mail.com (206.82.177.122)
  by omniinnovations.com with SMTP; 17 Feb 2006 15:08:10 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-122.vm-mail.com with SMTP; 17 Feb 2006 15:07:55 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 338428
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338428@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63


Images not loading? View this offer by visiting this link





**Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Feb 18 09:13:57 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter338428@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 27395 invoked from network); 17 Feb 2006 15:08:17 -0600
Received: from vm-177-69.vm-mail.com (206.82.177.69)
  by celiajay.com with SMTP; 17 Feb 2006 15:08:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-69.vm-mail.com with SMTP; 17 Feb 2006 15:08:00 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 338428
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338428@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link





**Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please visit here.**

From ???@??? Fri Feb 17 15:33:42 2006
X-Persona: <RCW>
Return-Path: <mailcenter338428@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 22819 invoked from network); 17 Feb 2006 15:49:59 -0600
Received: from vm-177-114.vm-mail.com (206.82.177.114)
   by omniinnovations.com with SMTP; 17 Feb 2006 15:49:59 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-114.vm-mail.com with SMTP; 17 Feb 2006 15:49:47 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 338428
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338428@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



Vet Meds, P.O. Box 308 Irving, NY

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 17:49:11 2006
Return-Path: <mailcenter336758@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 13474 invoked from network); 31 Jan 2006 19:07:21 -0600
Received: from vm-182-56.vm-mail.com (206.82.182.56)
  by gnwalpha.org with SMTP; 31 Jan 2006 19:07:21 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-56.vm-mail.com with SMTP; 31 Jan 2006 19:07:06 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 336758
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336758@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



 **Vet Meds, P.O. Box 308 Irving, NY**



**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 17:49:11 2006
Return-Path: <mailcenter336758@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 14400 invoked from network); 31 Jan 2006 19:07:22 -0600
Received: from vm-182-56.vm-mail.com (206.82.182.56)
  by gnwalpha.org with SMTP; 31 Jan 2006 19:07:22 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-56.vm-mail.com with SMTP; 31 Jan 2006 19:07:06 -0600
X-ClientHost:
1001011190971211101010640971101161041111012109910111011611409710804609911109
X-MailingID: 336758
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336758@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 17:49:11 2006
Return-Path: <mailcenter336758@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 17860 invoked from network); 31 Jan 2006 19:07:25 -0600
Received: from vm-182-56.vm-mail.com (206.82.182.56)
  by gnwalpha.org with SMTP; 31 Jan 2006 19:07:24 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-56.vm-mail.com with SMTP; 31 Jan 2006 19:07:06 -0600
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 336758
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336758@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



 **Vet Meds, P.O. Box 308 Irving, NY**



**If you can not see our footer image, please visit here.**

From ???@??? Tue Feb 07 17:49:11 2006
Return-Path: <mailcenter336758@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 16256 invoked from network); 31 Jan 2006 19:07:23 -0600
Received: from vm-182-56.vm-mail.com (206.82.182.56)
  by gnwalpha.org with SMTP; 31 Jan 2006 19:07:23 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-56.vm-mail.com with SMTP; 31 Jan 2006 19:07:06 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460099111109
X-MailingID: 336758
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336758@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63

Images not loading? View this offer by visiting this link



 **Vet Meds, P.O. Box 308 Irving, NY**



**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 17:49:10 2006
Return-Path: <mailcenter336758@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 12995 invoked from network); 31 Jan 2006 19:07:20 -0600
Received: from vm-182-56.vm-mail.com (206.82.182.56)
  by gnwalpha.org with SMTP; 31 Jan 2006 19:07:19 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-56.vm-mail.com with SMTP; 31 Jan 2006 19:07:06 -0600
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 336758
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336758@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



 **Vet Meds, P.O. Box 308 Irving, NY**



**If you can not see our footer image, please visit here.**

From ???@??? Mon Feb 06 07:15:25 2006
X-Persona: <Mila>
Return-Path: <mailcenter336758@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 5570 invoked from network); 31 Jan 2006 19:07:04 -0600
Received: from vm-181-117.vm-mail.com (206.82.181.117)
  by gnwalpha.org with SMTP; 31 Jan 2006 19:07:04 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-117.vm-mail.com with SMTP; 31 Jan 2006 19:06:53 -0600
X-ClientHost: 10910510809706410609710910911611111091090460991111109
X-MailingID: 336758
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336758@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63


Images not loading? View this offer by visiting this link





**Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please visit here.**

From ???@??? Sun Feb 05 21:16:13 2006
X-Persona: <Mila>
Return-Path: <mailcenter336758@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 5570 invoked from network); 31 Jan 2006 19:07:04 -0600
Received: from vm-181-117.vm-mail.com (206.82.181.117)
   by gnwalpha.org with SMTP; 31 Jan 2006 19:07:04 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-117.vm-mail.com with SMTP; 31 Jan 2006 19:06:53 -0600
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 336758
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336758@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63


Images not loading? View this offer by visiting this link





**Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Feb 01 14:11:02 2006
X-Persona: <Jay>
Return-Path: <mailcenter336758@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 8737 invoked from network); 31 Jan 2006 19:07:10 -0600
Received: from vm-181-110.vm-mail.com (206.82.181.110)
  by jammtomm.com with SMTP; 31 Jan 2006 19:07:10 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-110.vm-mail.com with SMTP; 31 Jan 2006 19:06:59 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 336758
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336758@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**





Vet Meds, P.O. Box 308 Irving, NY

If you can not see our footer image, please visit here.

From ???@??? Wed Feb 01 14:07:02 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter336758@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 27375 invoked from network); 31 Jan 2006 19:05:40 -0600
Received: from vm-181-217.vm-mail.com (206.82.181.217)
   by jaycelia.com with SMTP; 31 Jan 2006 19:05:40 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-217.vm-mail.com with SMTP; 31 Jan 2006 19:05:29 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 336758
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336758@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



Vet Meds, P.O. Box 308 Irving, NY

If you can not see our footer image, please visit here.

```
From ???@??? Wed Feb 01 14:06:54 2006
X-Persona: <Celia>
Return-Path: <mailcenter336758@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 7937 invoked from network); 31 Jan 2006 19:44:46 -0600
Received: from vm-180-201.vm-mail.com (206.82.180.201)
  by jaycelia.com with SMTP; 31 Jan 2006 19:44:42 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-201.vm-mail.com with SMTP; 31 Jan 2006 19:44:30 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 336758
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336758@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**





**Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Feb 01 08:38:16 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter336758@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 10916 invoked from network); 31 Jan 2006 19:07:13 -0600
Received: from vm-181-18.vm-mail.com (206.82.181.18)
  by clrobin.com with SMTP; 31 Jan 2006 19:07:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-18.vm-mail.com with SMTP; 31 Jan 2006 19:07:00 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460099111109
X-MailingID: 336758
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336758@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**





**Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please visit here.**

From ???@??? Tue Jan 31 22:55:41 2006
X-Persona: <RCW>
Return-Path: <mailcenter336758@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 1826 invoked from network); 31 Jan 2006 20:37:56 -0600
Received: from vm-181-220.vm-mail.com (206.82.181.220)
  by jammtomm.com with SMTP; 31 Jan 2006 20:37:56 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-220.vm-mail.com with SMTP; 31 Jan 2006 20:37:44 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 336758
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336758@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link

