Gordon v. Virtumundo Inc et al    Doc. 65 Att. 1

**Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 30 15:52:55 2006
X-Persona: <RCW>
Return-Path: <mailcenter333896@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 27074 invoked from network); 30 Dec 2005 15:52:13 -0600
Received: from vm-182-9.vm-mail.com (206.82.182.9)
  by jammtomm.com with SMTP; 30 Dec 2005 15:52:12 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-9.vm-mail.com with SMTP; 30 Dec 2005 15:52:01 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 333896
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333896@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Vet Meds, P.O. Box 308 Irving, NY

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 18:12:16 2005
X-Persona: <Celia>
Return-Path: <mailcenter333896@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 23747 invoked from network); 30 Dec 2005 16:10:12 -0600
Received: from vm-181-167.vm-mail.com (206.82.181.167)
  by rcw19190020.com with SMTP; 30 Dec 2005 16:10:12 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-167.vm-mail.com with SMTP; 30 Dec 2005 16:10:01 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 333896
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333896@vm-rewards.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_EVENT_UNSAFE,HTML_FONTCOLOR_UNKNOWN,
        HTML_IMAGE_ONLY_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_EVENT_UNSAFE BODY: HTML contains unsafe auto-executing code
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```





 **Vet Meds, P.O. Box 308 Irving, NY**



**If you can not see our footer image, please** visit here**.**

```
From ???@??? Fri Dec 30 18:12:09 2005
X-Persona: <Jay>
Return-Path: <mailcenter333896@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 13503 invoked from network); 30 Dec 2005 15:17:15 -0600
Received: from vm-182-234.vm-mail.com (206.82.182.234)
   by ehahome.com with SMTP; 30 Dec 2005 15:17:13 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-234.vm-mail.com with SMTP; 30 Dec 2005 15:16:59 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 333896
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333896@vm-rewards.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_EVENT_UNSAFE,HTML_FONTCOLOR_UNKNOWN,
       HTML_IMAGE_ONLY_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  0.1 HTML_EVENT_UNSAFE BODY: HTML contains unsafe auto-executing code
       *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```






**Vet Meds, P.O. Box 308 Irving, NY**


**If you can not see our footer image, please** visit here**.**

```
From ???@??? Fri Dec 30 18:11:22 2005
X-Persona: <Jon>
Return-Path: <mailcenter333896@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 13505 invoked from network); 30 Dec 2005 15:17:15 -0600
Received: from vm-182-229.vm-mail.com (206.82.182.229)
  by omniinnovations.com with SMTP; 30 Dec 2005 15:17:12 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-229.vm-mail.com with SMTP; 30 Dec 2005 15:16:59 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 333896
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333896@vm-rewards.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_EVENT_UNSAFE,HTML_FONTCOLOR_UNKNOWN,
        HTML_IMAGE_ONLY_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_EVENT_UNSAFE BODY: HTML contains unsafe auto-executing code
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```





 **Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Fri Dec 30 18:10:58 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333896@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 15072 invoked from network); 30 Dec 2005 15:16:12 -0600
Received: from vm-182-165.vm-mail.com (206.82.182.165)
  by gordonworks.com with SMTP; 30 Dec 2005 15:16:12 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-165.vm-mail.com with SMTP; 30 Dec 2005 15:16:00 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 333896
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333896@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please** visit here.

```
From ???@??? Fri Dec 30 16:43:16 2005
Return-Path: <mailcenter333896@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 10145 invoked from network); 30 Dec 2005 15:10:11 -0600
Received: from vm-177-85.vm-mail.com (206.82.177.85)
  by gordonworks.com with SMTP; 30 Dec 2005 15:10:04 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-85.vm-mail.com with SMTP; 30 Dec 2005 15:09:42 -0600
X-ClientHost:
100101119097121110101064097110116104111101210991011101161140971080460991111109
X-MailingID: 333896
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333896@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```



**Vet Meds, P.O. Box 308 Irving, NY**

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 16:43:16 2005
Return-Path: <mailcenter333896@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 11554 invoked from network); 30 Dec 2005 15:10:14 -0600
Received: from vm-177-85.vm-mail.com (206.82.177.85)
  by gordonworks.com with SMTP; 30 Dec 2005 15:10:12 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-85.vm-mail.com with SMTP; 30 Dec 2005 15:09:42 -0600
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 333896
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333896@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
       version=2.63
```



**Vet Meds, P.O. Box 308 Irving, NY**

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 16:43:16 2005
Return-Path: <mailcenter333896@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 12644 invoked from network); 30 Dec 2005 15:10:16 -0600
Received: from vm-177-85.vm-mail.com (206.82.177.85)
   by gordonworks.com with SMTP; 30 Dec 2005 15:10:15 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-85.vm-mail.com with SMTP; 30 Dec 2005 15:09:42 -0600
X-ClientHost: 11610606409711011610411111012109910110110611140971080460991111109
X-MailingID: 333896
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333896@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```



**Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please** visit here.

```
From ???@??? Fri Dec 30 16:43:15 2005
Return-Path: <mailcenter333896@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 29377 invoked from network); 30 Dec 2005 15:09:58 -0600
Received: from vm-177-85.vm-mail.com (206.82.177.85)
   by gordonworks.com with SMTP; 30 Dec 2005 15:09:54 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-85.vm-mail.com with SMTP; 30 Dec 2005 15:09:41 -0600
X-ClientHost:
09711011606409711011610411111012109910110110161140971080460991111109
X-MailingID: 333896
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333896@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```



**Vet Meds, P.O. Box 308 Irving, NY**

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 16:43:15 2005
Return-Path: <mailcenter333896@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 29611 invoked from network); 30 Dec 2005 15:10:00 -0600
Received: from vm-177-85.vm-mail.com (206.82.177.85)
  by gordonworks.com with SMTP; 30 Dec 2005 15:09:59 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-85.vm-mail.com with SMTP; 30 Dec 2005 15:09:42 -0600
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 333896
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333896@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```



**Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please** visit here.

```
From ???@??? Mon Apr 10 19:00:35 2006
Return-Path: <mailcenter343080@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 31585 invoked from network); 8 Apr 2006 21:24:36 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by greatnorthwest-alpha.org with SMTP; 8 Apr 2006 21:24:34 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 08 Apr 2006 22:24:24 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 343080
From: Leader in Pet Medications <PetMedicationLeader@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343080@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





**Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please visit here.**

From ???@??? Sat Dec 13 19:42:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3572063-22488>; Sat, 13 Dec 2003 22:22:41 -0500
Received: from vm093.vmadmin.com ([216.64.222.93]) by ams.ftl.affinity.com
with ESMTP id <3577023-22484>; Sat, 13 Dec 2003 22:22:01 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm093.vmadmin.com with SMTP; 13 Dec 2003 21:21:56 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 217939
From: Leadership Training <LeadershipTraining@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Leadership Training
<LeadershipTraining217939@replies.virtumundo.com>
Subject: Become the leader you could be.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec13.222201-0500_est.3577023-22484+22451@ams.ftl.affinity.com>
Date:Sat, 13 Dec 2003 22:22:01 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Dec 13 19:42:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <3572090-22487>; Sat, 13 Dec
2003 22:22:41 -0500
Received: from vm093.vmadmin.com ([216.64.222.93]) by ams.ftl.affinity.com
with ESMTP id <3577086-22488>; Sat, 13 Dec 2003 22:22:01 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm093.vmadmin.com with SMTP; 13 Dec 2003 21:21:56 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 217939
From: Leadership Training <LeadershipTraining@vmadmin.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Leadership Training
<LeadershipTraining217939@replies.virtumundo.com>
Subject: Become the leader you could be.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec13.222201-0500_est.3577086-22488+23252@ams.ftl.affinity.com>
Date:Sat, 13 Dec 2003 22:22:01 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Dec 13 19:42:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <3572049-22494>; Sat, 13 Dec 2003 22:22:41 -0500
Received: from vm093.vmadmin.com ([216.64.222.93]) by ams.ftl.affinity.com
with ESMTP id <3577064-22483>; Sat, 13 Dec 2003 22:22:00 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm093.vmadmin.com with SMTP; 13 Dec 2003 21:21:56 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 217939
From: Leadership Training <LeadershipTraining@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Leadership Training
<LeadershipTraining217939@replies.virtumundo.com>
Subject: Become the leader you could be.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec13.222200-0500_est.3577064-22483+22331@ams.ftl.affinity.com>
Date:Sat, 13 Dec 2003 22:22:00 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 23 19:51:39 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <237159-26262>; Tue, 23 Dec 2003 22:12:38 -0500
Received: from vm097.vmadmin.com ([216.64.222.97]) by ams.ftl.affinity.com
with ESMTP id <237934-26257>; Tue, 23 Dec 2003 22:11:40 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm097.vmadmin.com with SMTP; 23 Dec 2003 21:11:37 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 225357
From: Leadership Training <LeadershipTraining@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Leadership Training
<LeadershipTraining225357@replies.virtumundo.com>
Subject: Leadership workshops, seminars, and training.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec23.221140-0500_est.237934-26257+18903@ams.ftl.affinity.com>
Date:Tue, 23 Dec 2003 22:11:39 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Feb 21 17:17:38 2006
X-Persona: <RCW>
Return-Path: <mailcenter338640@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 19234 invoked from network); 21 Feb 2006 18:58:13 -0600
Received: from vm-180-207.vm-mail.com (206.82.180.207)
  by rcw19190020.com with SMTP; 21 Feb 2006 18:58:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-207.vm-mail.com with SMTP; 21 Feb 2006 18:58:01 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 338640
From:  Legal Advance <LegalAdvance@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338640@vm-rewards.com>
Subject:  Have a lawsuit and need cash now? We'll advance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link





LawAdvance.com, 527 3rd Avenue, Suite 193, New York, NY, 10016

If you can not see our footer image, please visit here.

From ???@??? Thu Feb 23 17:53:56 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter338640@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 1504 invoked from network); 21 Feb 2006 17:55:31 -0600
Received: from vm-180-44.vm-mail.com (206.82.180.44)
  by chiefmusician.net with SMTP; 21 Feb 2006 17:55:30 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-44.vm-mail.com with SMTP; 21 Feb 2006 17:55:17 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 338640
From:  Legal Advance <LegalAdvance@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338640@vm-rewards.com>
Subject:  Have a lawsuit and need cash now? We'll advance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



**LawAdvance.com, 527 3rd Avenue, Suite 193, New York, NY, 10016**

If you can not see our footer image, please visit here.

```
From ???@??? Sun Jan 11 23:22:39 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <3562793-10815>; Mon, 12 Jan 2004 02:04:57 -0500
Received: from vm108.vmadmin.com ([216.64.222.108]) by ams.ftl.affinity.com
with ESMTP id <3563078-10824>; Mon, 12 Jan 2004 02:04:45 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm108.vmadmin.com with SMTP; 12 Jan 2004 01:04:44 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 239651
From: Legal Profession Degree <GetALegalDegree@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Legal Profession Degree
<GetALegalDegree239651@replies.virtumundo.com>
Subject: Career Bulletin: Paralegals in High Demand
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id:
<04Jan12.020445-0500_est.3563078-10824+124878@ams.ftl.affinity.com>
Date:Mon, 12 Jan 2004 02:04:44 -0500
```



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**. Please mail questions or comments regarding this message to the client, Kaplan College, 6409 Congress Ave, Suite 100 Boca Raton, FL 33487.**

From ???@??? Sun Jan 11 23:22:38 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3562811-10815>; Mon, 12 Jan 2004 02:04:57 -0500
Received: from vm108.vmadmin.com ([216.64.222.108]) by ams.ftl.affinity.com
with ESMTP id <3563087-10824>; Mon, 12 Jan 2004 02:04:45 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm108.vmadmin.com with SMTP; 12 Jan 2004 01:04:44 -0600
X-ClientHost: 106097121064103111141001111011911111410711504609911109
X-MailingID: 239651
From: Legal Profession Degree <GetALegalDegree@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Legal Profession Degree
<GetALegalDegree239651@replies.virtumundo.com>
Subject: Career Bulletin: Paralegals in High Demand
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id:
<04Jan12.020445-0500_est.3563087-10824+124879@ams.ftl.affinity.com>
Date:Mon, 12 Jan 2004 02:04:44 -0500



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click here. To remove yourself from this program, go to http://www.virtumundo.com/change or go here. Please mail questions or comments regarding this message to the client, Kaplan College, 6409 Congress Ave, Suite 100 Boca Raton, FL 33487.**

```
From ???@??? Sun Jan 11 23:22:38 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <3562810-10822>; Mon, 12 Jan
2004 02:04:57 -0500
Received: from vm108.vmadmin.com ([216.64.222.108]) by ams.ftl.affinity.com
with ESMTP id <3563088-10822>; Mon, 12 Jan 2004 02:04:45 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm108.vmadmin.com with SMTP; 12 Jan 2004 01:04:44 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 239651
From: Legal Profession Degree <GetALegalDegree@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Legal Profession Degree
<GetALegalDegree239651@replies.virtumundo.com>
Subject: Career Bulletin: Paralegals in High Demand
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id:
<04Jan12.020445-0500_est.3563088-10822+127112@ams.ftl.affinity.com>
Date:Mon, 12 Jan 2004 02:04:44 -0500
```



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to http://www.virtumundo.com/change or go** here**. Please mail questions or comments regarding this message to the client, Kaplan College, 6409 Congress Ave, Suite 100 Boca Raton, FL 33487.**

```
From ???@??? Sun Jan 11 23:22:38 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3562848-10822>; Mon, 12 Jan 2004 02:04:57 -0500
Received: from vm108.vmadmin.com ([216.64.222.108]) by ams.ftl.affinity.com
with ESMTP id <3563066-10824>; Mon, 12 Jan 2004 02:04:45 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm108.vmadmin.com with SMTP; 12 Jan 2004 01:04:44 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 239651
From: Legal Profession Degree <GetALegalDegree@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Legal Profession Degree
<GetALegalDegree239651@replies.virtumundo.com>
Subject: Career Bulletin: Paralegals in High Demand
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id:
<04Jan12.020445-0500_est.3563066-10824+124877@ams.ftl.affinity.com>
Date:Mon, 12 Jan 2004 02:04:43 -0500
```



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**.  Please mail questions or comments regarding this message to the client, Kaplan College, 6409 Congress Ave, Suite 100 Boca Raton, FL 33487.**

```
From ???@??? Sun Jan 11 23:22:38 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3562825-10815>; Mon, 12 Jan 2004 02:04:57 -0500
Received: from vm108.vmadmin.com ([216.64.222.108]) by ams.ftl.affinity.com
with ESMTP id <3563074-10815>; Mon, 12 Jan 2004 02:04:45 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm108.vmadmin.com with SMTP; 12 Jan 2004 01:04:44 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 239651
From: Legal Profession Degree <GetALegalDegree@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Legal Profession Degree
<GetALegalDegree239651@replies.virtumundo.com>
Subject: Career Bulletin: Paralegals in High Demand
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id:
<04Jan12.020445-0500_est.3563074-10815+123416@ams.ftl.affinity.com>
Date:Mon, 12 Jan 2004 02:04:44 -0500
```



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**. Please mail questions or comments regarding this message to the client, Kaplan College, 6409 Congress Ave, Suite 100 Boca Raton, FL 33487.**

```
From ???@??? Sat Apr 15 09:27:35 2006
Return-Path: <mailcenter343574@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 6656 invoked from network); 14 Apr 2006 13:22:14 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by xj4x4.net with SMTP; 14 Apr 2006 13:22:11 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 14 Apr 2006 14:21:51 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 343574
From: Lender Gateway <LenderGateway@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343574@vm-rewards.com>
Subject: Get a new auto loan fast!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---



**Lender Gateway 3942 West Ridge Rd Erie, PA 16506**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Apr 15 09:27:35 2006
Return-Path: <mailcenter343574@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 9952 invoked from network); 14 Apr 2006 13:22:21 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by xj4x4.net with SMTP; 14 Apr 2006 13:22:20 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 14 Apr 2006 14:21:51 -0500
X-ClientHost: 11610606409711011610411110121099101110116114097108046099111109
X-MailingID: 343574
From: Lender Gateway <LenderGateway@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343574@vm-rewards.com>
Subject: Get a new auto loan fast!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



---



Lender Gateway 3942 West Ridge Rd Erie, PA 16506

If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 14 21:52:49 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter343574@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 13569 invoked from network); 14 Apr 2006 12:37:40 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by ehahome.com with SMTP; 14 Apr 2006 12:37:33 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 14 Apr 2006 13:37:28 -0500
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 343574
From: Lender Gateway <LenderGateway@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343574@vm-rewards.com>
Subject: *****SPAM***** Get a new auto loan fast!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link



---



Lender Gateway 3942 West Ridge Rd Erie, PA 16506

If you can not see our footer image, please visit here.

From ???@??? Fri Apr 14 16:06:54 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343580@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 6306 invoked from network); 14 Apr 2006 13:13:15 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by rcw19190020.com with SMTP; 14 Apr 2006 13:13:14 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 14 Apr 2006 14:12:51 -0500
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 343580
From: Lender Gateway <LenderGateway@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343580@vm-rewards.com>
Subject: *****SPAM***** Consolidate your student loans and save up to 50%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5020]
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]


Images not loading? View this offer by visiting this link





---



 Lender Gateway 3942 West Ridge Rd Erie, PA 16506



        If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 14 16:06:32 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343574@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 6656 invoked from network); 14 Apr 2006 13:22:14 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by xj4x4.net with SMTP; 14 Apr 2006 13:22:11 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 14 Apr 2006 14:21:51 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 343574
From: Lender Gateway <LenderGateway@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343574@vm-rewards.com>
Subject: Get a new auto loan fast!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



---



Lender Gateway 3942 West Ridge Rd Erie, PA 16506

If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 14 16:06:32 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343574@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 9952 invoked from network); 14 Apr 2006 13:22:21 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by xj4x4.net with SMTP; 14 Apr 2006 13:22:20 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 14 Apr 2006 14:21:51 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 343574
From: Lender Gateway <LenderGateway@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343574@vm-rewards.com>
Subject: Get a new auto loan fast!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---

**Lender Gateway 3942 West Ridge Rd Erie, PA 16506**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 14 16:03:35 2006
X-Persona: <Jon>
Return-Path: <mailcenter343574@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 13569 invoked from network); 14 Apr 2006 12:37:40 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by ehahome.com with SMTP; 14 Apr 2006 12:37:33 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 14 Apr 2006 13:37:28 -0500
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 343574
From: Lender Gateway <LenderGateway@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343574@vm-rewards.com>
Subject: *****SPAM***** Get a new auto loan fast!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





Lender Gateway 3942 West Ridge Rd Erie, PA 16506

If you can not see our footer image, please visit here.

```
From ???@??? Sat Apr 15 09:27:45 2006
Return-Path: <mailcenter343580@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 6306 invoked from network); 14 Apr 2006 13:13:15 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by rcw19190020.com with SMTP; 14 Apr 2006 13:13:14 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 14 Apr 2006 14:12:51 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 343580
From: Lender Gateway <LenderGateway@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343580@vm-rewards.com>
Subject: *****SPAM***** Consolidate your student loans and save up to 50%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
      *      [score: 0.5020]
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link



---


Lender Gateway 3942 West Ridge Rd Erie, PA 16506


        If you can not see our footer image, please visit here.

```
From ???@??? Tue Jun 08 15:04:01 2004
Return-Path: <mailcenter308875@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 29349 invoked by uid 10003); 8 Jun 2004 20:08:09 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 29346 invoked from network); 8 Jun 2004 20:08:09 -0000
Received: from unknown (HELO vm117.vmadmin.com) (216.64.222.117)
  by ns48.webmasters.com with SMTP; 8 Jun 2004 20:08:09 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm117.vmadmin.com with SMTP; 08 Jun 2004 15:08:10 -0500
X-ClientHost: 10609712106410311114100111110119111114107115046099111109
X-MailingID: 308875
From: Lender's Gateway <TheLendersGateway@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Lender's Gateway <TheLendersGateway308875@replies.virtumundo.com>
Subject: Consolidate Your Student Loans
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Lender's Gateway, 1100 Glendon Ave., Suite 800, Westwood, CA 90024

From ???@??? Wed Oct 15 08:27:09 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216442-30968>; Wed, 15 Oct 2003 08:41:45 -0400
Received: from vm112.vmadmin.com ([216.64.222.112]) by ams.ftl.affinity.com
with ESMTP id <219018-30960>; Wed, 15 Oct 2003 08:38:33 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm112.vmadmin.com with SMTP; 15 Oct 2003 07:38:27 -0500
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 165167
From: Lending IQ <HomeMortgagesByLendingIQ165167@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+165167@virtumundo.com>
Subject: Home Mortgage Made Easy
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct15.083833-0400_edt.219018-30960+35848@ams.ftl.affinity.com>
Date:Wed, 15 Oct 2003 08:38:32 -0400



    You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Oct 15 08:27:09 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <216399-30968>; Wed, 15 Oct
2003 08:41:45 -0400
Received: from vm112.vmadmin.com ([216.64.222.112]) by ams.ftl.affinity.com
with ESMTP id <219022-31000>; Wed, 15 Oct 2003 08:38:33 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm112.vmadmin.com with SMTP; 15 Oct 2003 07:38:27 -0500
X-ClientHost:
10611111009711610409711006410311114100111101191111141071150460991111109
X-MailingID: 165167
From: Lending IQ <HomeMortgagesByLendingIQ165167@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+165167@virtumundo.com>
Subject: Home Mortgage Made Easy
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct15.083833-0400_edt.219022-31000+34195@ams.ftl.affinity.com>
Date:Wed, 15 Oct 2003 08:38:32 -0400



**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go
here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.**
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Oct 15 08:27:09 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <216188-30968>; Wed, 15 Oct 2003 08:41:45 -0400
Received: from vm112.vmadmin.com ([216.64.222.112]) by ams.ftl.affinity.com
with ESMTP id <218980-30969>; Wed, 15 Oct 2003 08:38:33 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm112.vmadmin.com with SMTP; 15 Oct 2003 07:38:27 -0500
X-ClientHost:
106097109105108097064103111141001111101191111141071150460 99111109
X-MailingID: 165167
From: Lending IQ <HomeMortgagesByLendingIQ165167@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+165167@virtumundo.com>
Subject: Home Mortgage Made Easy
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct15.083833-0400_edt.218980-30969+35268@ams.ftl.affinity.com>
Date:Wed, 15 Oct 2003 08:38:31 -0400



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Oct 15 08:27:09 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216316-30968>; Wed, 15 Oct 2003 08:41:45 -0400
Received: from vm112.vmadmin.com ([216.64.222.112]) by ams.ftl.affinity.com
with ESMTP id <217186-31001>; Wed, 15 Oct 2003 08:38:33 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm112.vmadmin.com with SMTP; 15 Oct 2003 07:38:27 -0500
X-ClientHost: 1020971211010641031111141001111011911111410711504609911109
X-MailingID: 165167
From: Lending IQ <HomeMortgagesByLendingIQ165167@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+165167@virtumundo.com>
Subject: Home Mortgage Made Easy
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct15.083833-0400_edt.217186-31001+34396@ams.ftl.affinity.com>
Date:Wed, 15 Oct 2003 08:38:31 -0400



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Oct 15 08:29:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213290-28788>; Wed, 15 Oct 2003 10:59:31 -0400
Received: from vm157.vmadmin.com ([216.64.222.157]) by ams.ftl.affinity.com
with ESMTP id <232162-23289>; Wed, 15 Oct 2003 09:34:17 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm157.vmadmin.com with SMTP; 15 Oct 2003 08:34:12 -0500
X-ClientHost: 1060971091011150641031111410011110119111114107115046099111109
X-MailingID: 165167
From: Lending IQ <HomeMortgagesByLendingIQ165167@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Lending IQ <HomeMortgagesByLendingIQ165167@replies.virtumundo.com>
Subject: Home Mortgage Made Easy
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct15.093417-0400_edt.232162-23289+3173@ams.ftl.affinity.com>
Date:Wed, 15 Oct 2003 09:34:17 -0400



---

You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Jan 26 07:20:39 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <243580-15809>; Mon, 26 Jan 2004 02:21:12 -0500
Received: from vm117.vmadmin.com ([216.64.222.117]) by ams.ftl.affinity.com
with ESMTP id <243335-15796>; Mon, 26 Jan 2004 02:20:19 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm117.vmadmin.com with SMTP; 26 Jan 2004 01:20:18 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111 09
X-MailingID: 241028
From: Lending Source <LoansFromTheSource@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Lending Source <LoansFromTheSource241028@replies.virtumundo.com>
Subject: Best Rates For Easy Home Loans
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan26.022019-0500_est.243335-15796+47999@ams.ftl.affinity.com>
Date:Mon, 26 Jan 2004 02:20:19 -0500
```



Adbrokerz, 2698 Juniper Ave, Suite 101B, Signal Hill, CA 90806

```
From ???@??? Mon Jan 26 07:20:39 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <239513-15810>; Mon, 26 Jan 2004 02:21:12 -0500
Received: from vm117.vmadmin.com ([216.64.222.117]) by ams.ftl.affinity.com
with ESMTP id <243982-15798>; Mon, 26 Jan 2004 02:20:19 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm117.vmadmin.com with SMTP; 26 Jan 2004 01:20:18 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 241028
From: Lending Source <LoansFromTheSource@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Lending Source <LoansFromTheSource241028@replies.virtumundo.com>
Subject: Best Rates For Easy Home Loans
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan26.022019-0500_est.243982-15798+47583@ams.ftl.affinity.com>
Date:Mon, 26 Jan 2004 02:20:19 -0500
```



Adbrokerz, 2698 Juniper Ave, Suite 101B, Signal Hill, CA 90806

From ???@??? Mon Jan 26 07:20:39 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <243554-15809>; Mon, 26 Jan 2004 02:21:12 -0500
Received: from vm117.vmadmin.com ([216.64.222.117]) by ams.ftl.affinity.com
with ESMTP id <244419-15807>; Mon, 26 Jan 2004 02:20:19 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm117.vmadmin.com with SMTP; 26 Jan 2004 01:20:18 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 241028
From: Lending Source <LoansFromTheSource@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Lending Source <LoansFromTheSource241028@replies.virtumundo.com>
Subject: Best Rates For Easy Home Loans
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan26.022019-0500_est.244419-15807+47627@ams.ftl.affinity.com>
Date:Mon, 26 Jan 2004 02:20:19 -0500



Adbrokerz, 2698 Juniper Ave, Suite 101B, Signal Hill, CA 90806

```
From ???@??? Mon Jan 26 07:20:39 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <234245-15809>; Mon, 26 Jan 2004 02:21:12 -0500
Received: from vm117.vmadmin.com ([216.64.222.117]) by ams.ftl.affinity.com
with ESMTP id <243970-15799>; Mon, 26 Jan 2004 02:20:19 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm117.vmadmin.com with SMTP; 26 Jan 2004 01:20:18 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 241028
From: Lending Source <LoansFromTheSource@vmadmin.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Lending Source <LoansFromTheSource241028@replies.virtumundo.com>
Subject: Best Rates For Easy Home Loans
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan26.022019-0500_est.243970-15799+47099@ams.ftl.affinity.com>
Date:Mon, 26 Jan 2004 02:20:18 -0500
```



Adbrokerz, 2698 Juniper Ave, Suite 101B, Signal Hill, CA 90806

From ???@??? Mon Jan 26 07:20:39 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <243889-15810>; Mon, 26 Jan
2004 02:21:12 -0500
Received: from vm117.vmadmin.com ([216.64.222.117]) by ams.ftl.affinity.com
with ESMTP id <244423-15799>; Mon, 26 Jan 2004 02:20:21 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm117.vmadmin.com with SMTP; 26 Jan 2004 01:20:18 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 241028
From: Lending Source <LoansFromTheSource@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Lending Source <LoansFromTheSource241028@replies.virtumundo.com>
Subject: Best Rates For Easy Home Loans
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan26.022021-0500_est.244423-15799+47100@ams.ftl.affinity.com>
Date:Mon, 26 Jan 2004 02:20:20 -0500



Adbrokerz, 2698 Juniper Ave, Suite 101B, Signal Hill, CA 90806

```
From ???@??? Sun Dec 14 20:46:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216825-5395>; Sun, 14 Dec 2003 22:22:49 -0500
Received: from vm113.vmadmin.com by ams.ftl.affinity.com
with ESMTP id <217678-5396>; Sun, 14 Dec 2003 22:21:57 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm113.vmadmin.com with SMTP; 14 Dec 2003 21:21:51 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 219254
From: License Plate Frame <LicensePlateFrame@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: License Plate Frame <LicensePlateFrame219254@replies.virtumundo.com>
Subject: Personalized license plate frames.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec14.222157-0500_est.217678-5396+10518@ams.ftl.affinity.com>
Date:Sun, 14 Dec 2003 22:21:56 -0500
```



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Sep 29 16:35:08 2005
X-Persona: <Indi>
Return-Path: <mailcenter330162@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 28 Sep 2005 10:26:40 -0600
From: Life Insurance Quotes <LifeInsurance@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Want to buy life insurance for about $1 a day?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,
        SUBJ_LIFE_INSURANCE,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433AC440.4F4BA386"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4343&e=indi@jammtomm.com
  URI:http://ogy.cc/InsWeb_files/email_01.gif
  URI:http://ogy.cc/InsWeb_files/email_02.jpg [...]

Content analysis details:   (9.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 1.7 SUBJ_LIFE_INSURANCE    Subject includes "life insurance"
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.5 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                       [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 24292 invoked from network); 28 Sep 2005 10:26:40 -0600
Received: from vm-183-74.vm-mail.com (206.82.183.74)
  by chiefmusician.net with SMTP; 28 Sep 2005 10:26:40 -0600
Received: from vm-mail.com (192.168.3.20)

```
   by vm-183-74.vm-mail.com with SMTP; 28 Sep 2005 11:26:33 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330162
From: Life Insurance Quotes <LifeInsurance@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330162@vm-rewards.com>
Subject: Want to buy life insurance for about $1 a day?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Want to
buy life.htm"
```

From ???@??? Fri May 12 21:05:09 2006
X-Persona: <Jon>
Return-Path: <mailcenter348326@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 21025 invoked from network); 11 May 2006 21:05:07 -0600
Received: from vm-187-218.vm-mail.com (206.82.187.218)
  by itdidnotendright.com with SMTP; 11 May 2006 21:05:01 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-218.vm-mail.com with SMTP; 11 May 2006 22:05:01 -0500
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 348326
From: Life Insurance Saver <LifeInsuranceSaver@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348326@vm-rewards.com>
Subject: *****SPAM***** Want to buy life insurance for about $10 a month?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_40_50,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_ONLY_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_SBL,SUBJ_LIFE_INSURANCE,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  1.7 SUBJ_LIFE_INSURANCE Subject includes "life insurance"
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.5 HTML_40_50 BODY: Message is 40% to 50% HTML
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]


Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions

or comments about this advertisement to:

InsWeb Corporation P.O. Box 580 Gold River, CA 95741 - 0580

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Wed May 10 23:59:50 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter347884@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 3392 invoked from network); 9 May 2006 13:53:43 -0600
Received: from vm-187-173.vm-mail.com (206.82.187.173)
  by clrobin.com with SMTP; 9 May 2006 13:53:40 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-173.vm-mail.com with SMTP; 09 May 2006 14:53:39 -0500
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 347884
From: Life Insurance Saver <LifeInsuranceSaver@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347884@vm-rewards.com>
Subject: Want to buy life insurance for about $10 a month?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

InsWeb Corporation P.O. Box 580 Gold River, CA 95741 - 0580

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

From ???@??? Wed May 10 23:59:00 2006
X-Persona: <Celia>
Return-Path: <mailcenter347884@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 31941 invoked from network); 9 May 2006 13:44:55 -0600
Received: from vm-185-91.vm-mail.com (206.82.185.91)
  by jammtomm.com with SMTP; 9 May 2006 13:44:55 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-91.vm-mail.com with SMTP; 09 May 2006 14:44:53 -0500
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 347884
From: Life Insurance Saver <LifeInsuranceSaver@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347884@vm-rewards.com>
Subject: *****SPAM***** Want to buy life insurance for about $10 a month?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.9 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_40_50,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_ONLY_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_SBL,SUBJ_LIFE_INSURANCE,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  1.7 SUBJ_LIFE_INSURANCE Subject includes "life insurance"
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.5 HTML_40_50 BODY: Message is 40% to 50% HTML
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]


Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions

or comments about this advertisement to:

InsWeb Corporation P.O. Box 580 Gold River, CA 95741 - 0580

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products
and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Tue May 09 16:29:38 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter347884@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 15712 invoked from network); 9 May 2006 13:55:53 -0600
Received: from vm-187-33.vm-mail.com (206.82.187.33)
  by ehahome.com with SMTP; 9 May 2006 13:55:49 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-33.vm-mail.com with SMTP; 09 May 2006 14:55:43 -0500
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 347884
From: Life Insurance Saver <LifeInsuranceSaver@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347884@vm-rewards.com>
Subject: *****SPAM***** Want to buy life insurance for about $10 a month?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_40_50,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_ONLY_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_SBL,SUBJ_LIFE_INSURANCE,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  1.7 SUBJ_LIFE_INSURANCE Subject includes "life insurance"
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.5 HTML_40_50 BODY: Message is 40% to 50% HTML
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
```

Images not loading? View this offer by visiting this link



This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions

or comments about this advertisement to:

InsWeb Corporation P.O. Box 580 Gold River, CA 95741 - 0580

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products
and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Sat May 13 13:24:42 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter348326@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 21025 invoked from network); 11 May 2006 21:05:07 -0600
Received: from vm-187-218.vm-mail.com (206.82.187.218)
  by itdidnotendright.com with SMTP; 11 May 2006 21:05:01 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-218.vm-mail.com with SMTP; 11 May 2006 22:05:01 -0500
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 348326
From: Life Insurance Saver <LifeInsuranceSaver@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348326@vm-rewards.com>
Subject: *****SPAM***** Want to buy life insurance for about $10 a month?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_40_50,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_ONLY_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_SBL,SUBJ_LIFE_INSURANCE,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  1.7 SUBJ_LIFE_INSURANCE Subject includes "life insurance"
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.5 HTML_40_50 BODY: Message is 40% to 50% HTML
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
```

Images not loading? View this offer by visiting this link



This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions

or comments about this advertisement to:

InsWeb Corporation P.O. Box 580 Gold River, CA 95741 - 0580

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Thu Nov 13 22:04:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213694-26151>; Thu, 13 Nov 2003 16:33:32 -0500
Received: from vm157.vmadmin.com ([216.64.222.157]) by ams.ftl.affinity.com
with ESMTP id <219008-26145>; Thu, 13 Nov 2003 16:32:20 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm157.vmadmin.com with SMTP; 13 Nov 2003 15:31:54 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 196874
From: L'image Enterprises <GreatGiftGiveaway196874@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: L'image Enterprises <GreatGiftGiveaway196874@replies.virtumundo.com>
Subject: The Great Gift Giveaway
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov13.163220-0500_est.219008-26145+60021@ams.ftl.affinity.com>
Date:Thu, 13 Nov 2003 16:32:20 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Nov 14 07:37:59 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <271248-7407>; Fri, 14 Nov 2003 03:14:00 -0500
Received: from vm116.vmadmin.com ([216.64.222.116]) by ams.ftl.affinity.com
with ESMTP id <234121-1090>; Thu, 13 Nov 2003 22:34:43 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm116.vmadmin.com with SMTP; 13 Nov 2003 21:30:57 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 197516
From: Liposuction Information <GetLiposuctionInfo197516@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Liposuction Information
<GetLiposuctionInfo197516@replies.virtumundo.com>
Subject: Feel good about your body.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov13.223443-0500_est.234121-1090+112@ams.ftl.affinity.com>
Date:Thu, 13 Nov 2003 22:34:42 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Nov 14 07:37:59 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <271110-7412>; Fri, 14 Nov 2003 03:13:59 -0500
Received: from vm116.vmadmin.com ([216.64.222.116]) by ams.ftl.affinity.com
with ESMTP id <233442-1093>; Thu, 13 Nov 2003 22:33:45 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm116.vmadmin.com with SMTP; 13 Nov 2003 21:30:57 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 197516
From: Liposuction Information <GetLiposuctionInfo197516@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Liposuction Information
<GetLiposuctionInfo197516@replies.virtumundo.com>
Subject: Feel good about your body.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov13.223345-0500_est.233442-1093+49@ams.ftl.affinity.com>
Date:Thu, 13 Nov 2003 22:33:44 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Nov 14 07:37:59 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216896-7395>; Fri, 14 Nov 2003 03:13:59 -0500
Received: from vm116.vmadmin.com ([216.64.222.116]) by ams.ftl.affinity.com
with ESMTP id <232803-1092>; Thu, 13 Nov 2003 22:32:41 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm116.vmadmin.com with SMTP; 13 Nov 2003 21:30:57 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 197516
From: Liposuction Information <GetLiposuctionInfo197516@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Liposuction Information
<GetLiposuctionInfo197516@replies.virtumundo.com>
Subject: Feel good about your body.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov13.223241-0500_est.232803-1092+72@ams.ftl.affinity.com>
Date:Thu, 13 Nov 2003 22:32:39 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Nov 14 07:37:59 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <271449-7407>; Fri, 14 Nov
2003 03:14:00 -0500
Received: from vm116.vmadmin.com ([216.64.222.116]) by ams.ftl.affinity.com
with ESMTP id <235504-1091>; Thu, 13 Nov 2003 22:35:33 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm116.vmadmin.com with SMTP; 13 Nov 2003 21:30:57 -0600
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 197516
From: Liposuction Information <GetLiposuctionInfo197516@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Liposuction Information
<GetLiposuctionInfo197516@replies.virtumundo.com>
Subject: Feel good about your body.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov13.223533-0500_est.235504-1091+74@ams.ftl.affinity.com>
Date:Thu, 13 Nov 2003 22:35:32 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Oct 27 07:57:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217788-29379>; Mon, 27 Oct 2003 10:24:52 -0500
Received: from vm145.vmadmin.com ([216.64.222.145]) by ams.ftl.affinity.com
with ESMTP id <218411-29381>; Mon, 27 Oct 2003 10:23:59 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm145.vmadmin.com with SMTP; 27 Oct 2003 09:23:58 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 179054
From: Liquidations <BedAndBathBlowout179054@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Liquidations <BedAndBathBlowout179054@replies.virtumundo.com>
Subject: Bed & Bath Blowout: Save Up to 76% - Act Now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct27.102359-0500_est.218411-29381+6856@ams.ftl.affinity.com>
Date:Mon, 27 Oct 2003 10:23:59 -0500
```



Due to limited quantities of merchandise, extremely popular items mentioned in this newsletter may sell out. Featured items were available at the time of this writing. We apologize in advance for any inconvenience.

Copyright © 2000-2003 SmartBargains.com, LP. All rights reserved.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Oct 27 07:57:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217775-29382>; Mon, 27 Oct
2003 10:24:51 -0500
Received: from vm145.vmadmin.com ([216.64.222.145]) by ams.ftl.affinity.com
with ESMTP id <218507-29374>; Mon, 27 Oct 2003 10:23:59 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm145.vmadmin.com with SMTP; 27 Oct 2003 09:23:58 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 179054
From: Liquidations <BedAndBathBlowout179054@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Liquidations <BedAndBathBlowout179054@replies.virtumundo.com>
Subject: Bed & Bath Blowout: Save Up to 76% - Act Now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct27.102359-0500_est.218507-29374+6865@ams.ftl.affinity.com>
Date:Mon, 27 Oct 2003 10:23:59 -0500
```



Due to limited quantities of merchandise, extremely popular
items mentioned in this newsletter may sell out. Featured
items were available at the time of this writing. We apologize
in advance for any inconvenience.

Copyright © 2000-2003 SmartBargains.com, LP. All rights
reserved.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at `http://privacy.virtumundo.com/properties.html`) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or `go here`. To read Virtumundo's privacy policy, go to `Privacy Policy`. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Oct 27 07:57:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217770-29379>; Mon, 27 Oct 2003 10:24:51 -0500
Received: from vm145.vmadmin.com ([216.64.222.145]) by ams.ftl.affinity.com
with ESMTP id <218375-29382>; Mon, 27 Oct 2003 10:23:59 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm145.vmadmin.com with SMTP; 27 Oct 2003 09:23:58 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 179054
From: Liquidations <BedAndBathBlowout179054@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Liquidations <BedAndBathBlowout179054@replies.virtumundo.com>
Subject: Bed & Bath Blowout: Save Up to 76% - Act Now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct27.102359-0500_est.218375-29382+7152@ams.ftl.affinity.com>
Date:Mon, 27 Oct 2003 10:23:58 -0500
```



Due to limited quantities of merchandise, extremely popular
items mentioned in this newsletter may sell out. Featured
items were available at the time of this writing. We apologize
in advance for any inconvenience.

Copyright © 2000-2003 SmartBargains.com, LP. All rights
reserved.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at `http://privacy.virtumundo.com/properties.html`) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or `go here`. To read Virtumundo's privacy policy, go to `Privacy Policy`. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Oct 27 07:57:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217767-29382>; Mon, 27 Oct 2003 10:24:51 -0500
Received: from vm145.vmadmin.com ([216.64.222.145]) by ams.ftl.affinity.com
with ESMTP id <218334-29382>; Mon, 27 Oct 2003 10:23:59 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm145.vmadmin.com with SMTP; 27 Oct 2003 09:23:58 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 179054
From: Liquidations <BedAndBathBlowout179054@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Liquidations <BedAndBathBlowout179054@replies.virtumundo.com>
Subject: Bed & Bath Blowout: Save Up to 76% - Act Now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct27.102359-0500_est.218334-29382+7151@ams.ftl.affinity.com>
Date:Mon, 27 Oct 2003 10:23:58 -0500
```



Due to limited quantities of merchandise, extremely popular
items mentioned in this newsletter may sell out. Featured
items were available at the time of this writing. We apologize
in advance for any inconvenience.

Copyright © 2000-2003 SmartBargains.com, LP. All rights
reserved.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Oct 27 07:57:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <217778-29380>; Mon, 27 Oct 2003 10:24:52 -0500
Received: from vm145.vmadmin.com ([216.64.222.145]) by ams.ftl.affinity.com
with ESMTP id <218389-29381>; Mon, 27 Oct 2003 10:23:59 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm145.vmadmin.com with SMTP; 27 Oct 2003 09:23:58 -0600
X-ClientHost:
1060971091051080970641031111141001111101191111141071115046099111109
X-MailingID: 179054
From: Liquidations <BedAndBathBlowout179054@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Liquidations <BedAndBathBlowout179054@replies.virtumundo.com>
Subject: Bed & Bath Blowout: Save Up to 76% - Act Now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct27.102359-0500_est.218389-29381+6855@ams.ftl.affinity.com>
Date:Mon, 27 Oct 2003 10:23:59 -0500



Due to limited quantities of merchandise, extremely popular
items mentioned in this newsletter may sell out. Featured
items were available at the time of this writing. We apologize
in advance for any inconvenience.

Copyright © 2000-2003 SmartBargains.com, LP. All rights
reserved.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at `http://privacy.virtumundo.com/properties.html`) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or `go here`. To read Virtumundo's privacy policy, go to `Privacy Policy`. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Jan 02 23:03:13 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <267102-21960>; Sat, 3 Jan 2004 01:47:15 -0500
Received: from vm093.vmadmin.com ([216.64.222.93]) by ams.ftl.affinity.com
with ESMTP id <267255-21956>; Sat, 3 Jan 2004 01:46:39 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm093.vmadmin.com with SMTP; 03 Jan 2004 00:46:36 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 234202
From: Liquidations <BedAndBathBlowout@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Liquidations <BedAndBathBlowout234202@replies.virtumundo.com>
Subject: Bed and Bath Blowout - Up to 76% off Sheets and Accessories
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan3.014639-0500_est.267255-21956+24959@ams.ftl.affinity.com>
Date:Sat, 3 Jan 2004 01:46:39 -0500
```



Due to limited quantities of merchandise, extremely popular
items mentioned in this newsletter may sell out. Featured
items were available at the time of this writing. We apologize
in advance for any inconvenience.

Copyright © 2000-2003 SmartBargains.com, LP. All rights
reserved.

If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click here.  To remove yourself from this program, go to http://www.virtumundo.com/change or go here.  Please mail questions or comments regarding this message to the client, SmartBargains.com, LP, 10 Milk Street 10th Floor, Boston, MA 02108.

```
From ???@??? Fri Jan 02 23:03:13 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <267133-21956>; Sat, 3 Jan 2004 01:47:15 -0500
Received: from vm093.vmadmin.com ([216.64.222.93]) by ams.ftl.affinity.com
with ESMTP id <267256-21959>; Sat, 3 Jan 2004 01:46:40 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm093.vmadmin.com with SMTP; 03 Jan 2004 00:46:36 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 234202
From: Liquidations <BedAndBathBlowout@vmadmin.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Liquidations <BedAndBathBlowout234202@replies.virtumundo.com>
Subject: Bed and Bath Blowout - Up to 76% off Sheets and Accessories
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan3.014640-0500_est.267256-21959+24515@ams.ftl.affinity.com>
Date:Sat, 3 Jan 2004 01:46:39 -0500
```



Due to limited quantities of merchandise, extremely popular
items mentioned in this newsletter may sell out. Featured
items were available at the time of this writing. We apologize
in advance for any inconvenience.

Copyright © 2000-2003 SmartBargains.com, LP. All rights
reserved.

If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click here.  To remove yourself from this program, go to http://www.virtumundo.com/change or go here.  Please mail questions or comments regarding this message to the client, SmartBargains.com, LP, 10 Milk Street 10th Floor, Boston, MA 02108.

```
From ???@??? Fri Jan 02 23:03:13 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <267121-21962>; Sat, 3 Jan 2004 01:47:15 -0500
Received: from vm093.vmadmin.com ([216.64.222.93]) by ams.ftl.affinity.com
with ESMTP id <267276-21959>; Sat, 3 Jan 2004 01:46:40 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm093.vmadmin.com with SMTP; 03 Jan 2004 00:46:36 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 234202
From: Liquidations <BedAndBathBlowout@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Liquidations <BedAndBathBlowout234202@replies.virtumundo.com>
Subject: Bed and Bath Blowout - Up to 76% off Sheets and Accessories
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan3.014640-0500_est.267276-21959+24516@ams.ftl.affinity.com>
Date:Sat, 3 Jan 2004 01:46:39 -0500
```



Due to limited quantities of merchandise, extremely popular
items mentioned in this newsletter may sell out. Featured
items were available at the time of this writing. We apologize
in advance for any inconvenience.

Copyright © 2000-2003 SmartBargains.com, LP. All rights
reserved.

If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click here. To remove yourself from this program, go to http://www.virtumundo.com/change or go here. Please mail questions or comments regarding this message to the client, SmartBargains.com, LP, 10 Milk Street 10th Floor, Boston, MA 02108.

```
From ???@??? Fri Jan 02 23:03:13 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <267093-21955>; Sat, 3 Jan 2004 01:47:15 -0500
Received: from vm093.vmadmin.com ([216.64.222.93]) by ams.ftl.affinity.com
with ESMTP id <267233-21957>; Sat, 3 Jan 2004 01:46:39 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm093.vmadmin.com with SMTP; 03 Jan 2004 00:46:36 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 234202
From: Liquidations <BedAndBathBlowout@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Liquidations <BedAndBathBlowout234202@replies.virtumundo.com>
Subject: Bed and Bath Blowout - Up to 76% off Sheets and Accessories
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan3.014639-0500_est.267233-21957+24975@ams.ftl.affinity.com>
Date:Sat, 3 Jan 2004 01:46:38 -0500
```



Due to limited quantities of merchandise, extremely popular
items mentioned in this newsletter may sell out. Featured
items were available at the time of this writing. We apologize
in advance for any inconvenience.

Copyright © 2000-2003 SmartBargains.com, LP. All rights
reserved.

If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click here.  To remove yourself from this program, go to http://www.virtumundo.com/change or go here.  Please mail questions or comments regarding this message to the client, SmartBargains.com, LP, 10 Milk Street 10th Floor, Boston, MA 02108.

```
From ???@??? Fri Dec 26 17:31:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <226796-18210>; Fri, 26 Dec 2003 18:26:55 -0500
Received: from vm212.vmadmin.com ([216.64.222.212]) by ams.ftl.affinity.com
with ESMTP id <227170-18216>; Fri, 26 Dec 2003 18:25:35 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm212.vmadmin.com with SMTP; 26 Dec 2003 17:25:33 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111 09
X-MailingID: 228578
From: Liquidations <BedAndBathBlowout@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Liquidations <BedAndBathBlowout228578@replies.virtumundo.com>
Subject: Bed and Bath Blowout - Up to 76% off Sheets and Accessories
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec26.182535-0500_est.227170-18216+27420@ams.ftl.affinity.com>
Date:Fri, 26 Dec 2003 18:25:35 -0500
```



Due to limited quantities of merchandise, extremely popular
items mentioned in this newsletter may sell out. Featured
items were available at the time of this writing. We apologize
in advance for any inconvenience.

Copyright © 2000-2003 SmartBargains.com, LP. All rights
reserved.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Dec 26 17:31:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213178-18210>; Fri, 26 Dec
2003 18:26:55 -0500
Received: from vm212.vmadmin.com ([216.64.222.212]) by ams.ftl.affinity.com
with ESMTP id <226796-18216>; Fri, 26 Dec 2003 18:25:35 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm212.vmadmin.com with SMTP; 26 Dec 2003 17:25:33 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 228578
From: Liquidations <BedAndBathBlowout@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Liquidations <BedAndBathBlowout228578@replies.virtumundo.com>
Subject: Bed and Bath Blowout - Up to 76% off Sheets and Accessories
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec26.182535-0500_est.226796-18216+27424@ams.ftl.affinity.com>
Date:Fri, 26 Dec 2003 18:25:35 -0500



Due to limited quantities of merchandise, extremely popular
items mentioned in this newsletter may sell out. Featured
items were available at the time of this writing. We apologize
in advance for any inconvenience.

Copyright © 2000-2003 SmartBargains.com, LP. All rights
reserved.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at `http://privacy.virtumundo.com/properties.html`) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Dec 26 17:31:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <217775-18217>; Fri, 26 Dec 2003 18:26:55 -0500
Received: from vm212.vmadmin.com ([216.64.222.212]) by ams.ftl.affinity.com
with ESMTP id <225447-18212>; Fri, 26 Dec 2003 18:25:35 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm212.vmadmin.com with SMTP; 26 Dec 2003 17:25:33 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 228578
From: Liquidations <BedAndBathBlowout@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Liquidations <BedAndBathBlowout228578@replies.virtumundo.com>
Subject: Bed and Bath Blowout - Up to 76% off Sheets and Accessories
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec26.182535-0500_est.225447-18212+28284@ams.ftl.affinity.com>
Date:Fri, 26 Dec 2003 18:25:34 -0500
```



Due to limited quantities of merchandise, extremely popular
items mentioned in this newsletter may sell out. Featured
items were available at the time of this writing. We apologize
in advance for any inconvenience.

Copyright © 2000-2003 SmartBargains.com, LP. All rights
reserved.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at `http://privacy.virtumundo.com/properties.html`) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Dec 26 17:31:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <227088-18210>; Fri, 26 Dec 2003 18:26:55 -0500
Received: from vm212.vmadmin.com ([216.64.222.212]) by ams.ftl.affinity.com
with ESMTP id <213178-18216>; Fri, 26 Dec 2003 18:25:35 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm212.vmadmin.com with SMTP; 26 Dec 2003 17:25:33 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 228578
From: Liquidations <BedAndBathBlowout@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Liquidations <BedAndBathBlowout228578@replies.virtumundo.com>
Subject: Bed and Bath Blowout - Up to 76% off Sheets and Accessories
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec26.182535-0500_est.213178-18216+27423@ams.ftl.affinity.com>
Date:Fri, 26 Dec 2003 18:25:34 -0500
```



Due to limited quantities of merchandise, extremely popular
items mentioned in this newsletter may sell out. Featured
items were available at the time of this writing. We apologize
in advance for any inconvenience.

Copyright © 2000-2003 SmartBargains.com, LP. All rights
reserved.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Dec 26 17:31:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <227041-18210>; Fri, 26 Dec 2003 18:26:55 -0500
Received: from vm212.vmadmin.com ([216.64.222.212]) by ams.ftl.affinity.com
with ESMTP id <217775-18209>; Fri, 26 Dec 2003 18:25:34 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm212.vmadmin.com with SMTP; 26 Dec 2003 17:25:33 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 228578
From: Liquidations <BedAndBathBlowout@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Liquidations <BedAndBathBlowout228578@replies.virtumundo.com>
Subject: Bed and Bath Blowout - Up to 76% off Sheets and Accessories
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec26.182534-0500_est.217775-18209+28622@ams.ftl.affinity.com>
Date:Fri, 26 Dec 2003 18:25:34 -0500
```



Due to limited quantities of merchandise, extremely popular
items mentioned in this newsletter may sell out. Featured
items were available at the time of this writing. We apologize
in advance for any inconvenience.

Copyright © 2000-2003 SmartBargains.com, LP. All rights
reserved.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at `http://privacy.virtumundo.com/properties.html`) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Dec 09 08:30:12 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222034-32444>; Tue, 9 Dec 2003 09:26:37 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com
with ESMTP id <222236-32447>; Tue, 9 Dec 2003 09:25:40 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 09 Dec 2003 08:25:39 -0600
X-ClientHost: 106097121064103111141001111011911111410711504609911109
X-MailingID: 215211
From: Liquidations <BedAndBathBlowout@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Liquidations <BedAndBathBlowout215211@replies.virtumundo.com>
Subject: Bed and Bath Blowout - Up to 76% off Sheets and Accessories
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec9.092540-0500_est.222236-32447+15874@ams.ftl.affinity.com>
Date:Tue, 9 Dec 2003 09:25:40 -0500
```



Due to limited quantities of merchandise, extremely popular
items mentioned in this newsletter may sell out. Featured
items were available at the time of this writing. We apologize
in advance for any inconvenience.

Copyright © 2000-2003 SmartBargains.com, LP. All rights
reserved.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at `http://privacy.virtumundo.com/properties.html`) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Dec 09 08:30:12 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <222151-32444>; Tue, 9 Dec
2003 09:26:37 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com
with ESMTP id <222243-32447>; Tue, 9 Dec 2003 09:25:40 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm100.vmadmin.com with SMTP; 09 Dec 2003 08:25:39 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 215211
From: Liquidations <BedAndBathBlowout@vmadmin.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Liquidations <BedAndBathBlowout215211@replies.virtumundo.com>
Subject: Bed and Bath Blowout - Up to 76% off Sheets and Accessories
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec9.092540-0500_est.222243-32447+15875@ams.ftl.affinity.com>
Date:Tue, 9 Dec 2003 09:25:40 -0500



        Due to limited quantities of merchandise, extremely popular
        items mentioned in this newsletter may sell out. Featured
        items were available at the time of this writing. We apologize
        in advance for any inconvenience.

        Copyright © 2000-2003 SmartBargains.com, LP. All rights
        reserved.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at `http://privacy.virtumundo.com/properties.html`) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Dec 09 08:30:12 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <221384-32443>; Tue, 9 Dec 2003 09:26:36 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com
with ESMTP id <222229-32443>; Tue, 9 Dec 2003 09:25:40 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 09 Dec 2003 08:25:39 -0600
X-ClientHost:
106097109105108097064103111141001111101191111141071150460991111 09
X-MailingID: 215211
From: Liquidations <BedAndBathBlowout@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Liquidations <BedAndBathBlowout215211@replies.virtumundo.com>
Subject: Bed and Bath Blowout - Up to 76% off Sheets and Accessories
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec9.092540-0500_est.222229-32443+15696@ams.ftl.affinity.com>
Date:Tue, 9 Dec 2003 09:25:40 -0500
```



Due to limited quantities of merchandise, extremely popular
items mentioned in this newsletter may sell out. Featured
items were available at the time of this writing. We apologize
in advance for any inconvenience.

Copyright © 2000-2003 SmartBargains.com, LP. All rights
reserved.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at `http://privacy.virtumundo.com/properties.html`) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Dec 09 08:30:12 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221741-32444>; Tue, 9 Dec 2003 09:26:37 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com
with ESMTP id <222214-32444>; Tue, 9 Dec 2003 09:25:40 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 09 Dec 2003 08:25:39 -0600
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 215211
From: Liquidations <BedAndBathBlowout@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Liquidations <BedAndBathBlowout215211@replies.virtumundo.com>
Subject: Bed and Bath Blowout - Up to 76% off Sheets and Accessories
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec9.092540-0500_est.222214-32444+16432@ams.ftl.affinity.com>
Date:Tue, 9 Dec 2003 09:25:40 -0500
```



Due to limited quantities of merchandise, extremely popular
items mentioned in this newsletter may sell out. Featured
items were available at the time of this writing. We apologize
in advance for any inconvenience.

Copyright © 2000-2003 SmartBargains.com, LP. All rights
reserved.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Dec 09 08:30:12 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220680-32443>; Tue, 9 Dec 2003 09:26:36 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com
with ESMTP id <222226-32439>; Tue, 9 Dec 2003 09:25:40 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 09 Dec 2003 08:25:39 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 215211
From: Liquidations <BedAndBathBlowout@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Liquidations <BedAndBathBlowout215211@replies.virtumundo.com>
Subject: Bed and Bath Blowout - Up to 76% off Sheets and Accessories
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec9.092540-0500_est.222226-32439+17597@ams.ftl.affinity.com>
Date:Tue, 9 Dec 2003 09:25:39 -0500
```



Due to limited quantities of merchandise, extremely popular
items mentioned in this newsletter may sell out. Featured
items were available at the time of this writing. We apologize
in advance for any inconvenience.

Copyright © 2000-2003 SmartBargains.com, LP. All rights
reserved.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Jan 02 23:03:13 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <267113-21959>; Sat, 3 Jan
2004 01:47:15 -0500
Received: from vm093.vmadmin.com ([216.64.222.93]) by ams.ftl.affinity.com
with ESMTP id <267281-21959>; Sat, 3 Jan 2004 01:46:40 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm093.vmadmin.com with SMTP; 03 Jan 2004 00:46:36 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 234202
From: Liquidations <BedAndBathBlowout@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Liquidations <BedAndBathBlowout234202@replies.virtumundo.com>
Subject: Bed and Bath Blowout - Up to 76% off Sheets and Accessories
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan3.014640-0500_est.267281-21959+24518@ams.ftl.affinity.com>
Date:Sat, 3 Jan 2004 01:46:40 -0500



Due to limited quantities of merchandise, extremely popular
items mentioned in this newsletter may sell out. Featured
items were available at the time of this writing. We apologize
in advance for any inconvenience.

Copyright © 2000-2003 SmartBargains.com, LP. All rights
reserved.

If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click here. To remove yourself from this program, go to http://www.virtumundo.com/change or go here. Please mail questions or comments regarding this message to the client, SmartBargains.com, LP, 10 Milk Street 10th Floor, Boston, MA 02108.

```
From ???@??? Fri Nov 28 07:34:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <217332-16364>; Fri, 28 Nov 2003 09:10:14 -0500
Received: from vm124.vmadmin.com ([216.64.222.124]) by ams.ftl.affinity.com
with ESMTP id <217888-16359>; Fri, 28 Nov 2003 09:09:52 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm124.vmadmin.com with SMTP; 28 Nov 2003 08:09:50 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 207770
From: Liquidations <GetOnlineBargains@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Liquidations <GetOnlineBargains207770@replies.virtumundo.com>
Subject: Bed & Bath Blowout: Save Up to 76% - Act Now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov28.090952-0500_est.217888-16359+3475@ams.ftl.affinity.com>
Date:Fri, 28 Nov 2003 09:09:51 -0500
```



Due to limited quantities of merchandise, extremely popular
items mentioned in this newsletter may sell out. Featured
items were available at the time of this writing. We apologize
in advance for any inconvenience.

Copyright © 2000-2003 SmartBargains.com, LP. All rights
reserved.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Nov 28 07:34:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217050-16364>; Fri, 28 Nov 2003 09:10:14 -0500
Received: from vm124.vmadmin.com ([216.64.222.124]) by ams.ftl.affinity.com
with ESMTP id <217937-16371>; Fri, 28 Nov 2003 09:09:52 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm124.vmadmin.com with SMTP; 28 Nov 2003 08:09:50 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 207770
From: Liquidations <GetOnlineBargains@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Liquidations <GetOnlineBargains207770@replies.virtumundo.com>
Subject: Bed & Bath Blowout: Save Up to 76% - Act Now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov28.090952-0500_est.217937-16371+3194@ams.ftl.affinity.com>
Date:Fri, 28 Nov 2003 09:09:51 -0500
```



Due to limited quantities of merchandise, extremely popular
items mentioned in this newsletter may sell out. Featured
items were available at the time of this writing. We apologize
in advance for any inconvenience.

Copyright © 2000-2003 SmartBargains.com, LP. All rights
reserved.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at `http://privacy.virtumundo.com/properties.html`) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Nov 28 07:34:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216434-16365>; Fri, 28 Nov 2003 09:10:14 -0500
Received: from vm124.vmadmin.com ([216.64.222.124]) by ams.ftl.affinity.com
with ESMTP id <217865-16362>; Fri, 28 Nov 2003 09:09:52 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm124.vmadmin.com with SMTP; 28 Nov 2003 08:09:50 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 207770
From: Liquidations <GetOnlineBargains@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Liquidations <GetOnlineBargains207770@replies.virtumundo.com>
Subject: Bed & Bath Blowout: Save Up to 76% - Act Now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov28.090952-0500_est.217865-16362+3490@ams.ftl.affinity.com>
Date:Fri, 28 Nov 2003 09:09:51 -0500
```



Due to limited quantities of merchandise, extremely popular
items mentioned in this newsletter may sell out. Featured
items were available at the time of this writing. We apologize
in advance for any inconvenience.

Copyright © 2000-2003 SmartBargains.com, LP. All rights
reserved.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at `http://privacy.virtumundo.com/properties.html`) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Nov 28 07:34:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217323-16361>; Fri, 28 Nov 2003 09:10:14 -0500
Received: from vm124.vmadmin.com ([216.64.222.124]) by ams.ftl.affinity.com
with ESMTP id <217780-16372>; Fri, 28 Nov 2003 09:09:52 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm124.vmadmin.com with SMTP; 28 Nov 2003 08:09:50 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 207770
From: Liquidations <GetOnlineBargains@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Liquidations <GetOnlineBargains207770@replies.virtumundo.com>
Subject: Bed & Bath Blowout: Save Up to 76% - Act Now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov28.090952-0500_est.217780-16372+3458@ams.ftl.affinity.com>
Date:Fri, 28 Nov 2003 09:09:51 -0500
```



Due to limited quantities of merchandise, extremely popular
items mentioned in this newsletter may sell out. Featured
items were available at the time of this writing. We apologize
in advance for any inconvenience.

Copyright © 2000-2003 SmartBargains.com, LP. All rights
reserved.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at `http://privacy.virtumundo.com/properties.html`) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Nov 28 07:34:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217658-16361>; Fri, 28 Nov
2003 09:10:14 -0500
Received: from vm124.vmadmin.com ([216.64.222.124]) by ams.ftl.affinity.com
with ESMTP id <217954-16365>; Fri, 28 Nov 2003 09:09:52 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm124.vmadmin.com with SMTP; 28 Nov 2003 08:09:50 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 207770
From: Liquidations <GetOnlineBargains@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Liquidations <GetOnlineBargains207770@replies.virtumundo.com>
Subject: Bed & Bath Blowout: Save Up to 76% - Act Now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov28.090952-0500_est.217954-16365+3203@ams.ftl.affinity.com>
Date:Fri, 28 Nov 2003 09:09:52 -0500
```



**Due to limited quantities of merchandise, extremely popular items mentioned in this newsletter may sell out. Featured items were available at the time of this writing. We apologize in advance for any inconvenience.**

**Copyright © 2000-2003 SmartBargains.com, LP. All rights reserved.**

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at `http://privacy.virtumundo.com/properties.html`) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Jan 22 13:24:23 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <328134-14447>; Thu, 22 Jan 2004 14:04:21 -0500
Received: from vm208-49.adknow-net.com ([216.21.208.49]) by
ams.ftl.affinity.com with ESMTP id <327630-14446>; Thu, 22 Jan 2004 14:03:11
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-49.adknow-net.com with SMTP; 22 Jan 2004 13:03:03 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 347171
From: Listing Service <ListingServices@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return347171@replies.adknow-net.com
Subject: Get it listed, get it sold.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan22.140311-0500_est.327630-14446+6574@ams.ftl.affinity.com>
Date:Thu, 22 Jan 2004 14:03:11 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Feb 02 08:30:44 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <252743-13680>; Mon, 2 Feb 2004 04:17:34 -0500
Received: from vm208-61.adknow-net.com ([216.21.208.61]) by
ams.ftl.affinity.com with ESMTP id <320053-1234>; Sun, 1 Feb 2004 23:21:16
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-61.adknow-net.com with SMTP; 01 Feb 2004 22:21:10 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 356218
From: Litter Box <YouNeedALitterBox@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return356218@replies.adknow-net.com
Subject: Keep your kitty happy.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb1.232116-0500_est.320053-1234+1021@ams.ftl.affinity.com>
Date:Sun, 1 Feb 2004 23:21:15 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Oct 22 07:11:42 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <215571-9266>; Wed, 22 Oct 2003 08:39:49 -0400
Received: from vm157.vmadmin.com ([216.64.222.157]) by ams.ftl.affinity.com
with ESMTP id <214974-9267>; Wed, 22 Oct 2003 08:39:04 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm157.vmadmin.com with SMTP; 22 Oct 2003 07:38:32 -0500
X-ClientHost:
1060971091051080970641031111141001111101191111141071150460099111109
X-MailingID: 171788
From: Little Blue Pill <ChangeYourLoveLife171788@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Little Blue Pill <ChangeYourLoveLife171788@replies.virtumundo.com>
Subject: Passion should last forever
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct22.083904-0400_edt.214974-9267+6046@ams.ftl.affinity.com>
Date:Wed, 22 Oct 2003 08:39:03 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Oct 22 07:11:42 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215550-9265>; Wed, 22 Oct 2003 08:39:49 -0400
Received: from vm157.vmadmin.com ([216.64.222.157]) by ams.ftl.affinity.com
with ESMTP id <215478-9263>; Wed, 22 Oct 2003 08:39:04 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm157.vmadmin.com with SMTP; 22 Oct 2003 07:38:32 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 171788
From: Little Blue Pill <ChangeYourLoveLife171788@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Little Blue Pill <ChangeYourLoveLife171788@replies.virtumundo.com>
Subject: Passion should last forever
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct22.083904-0400_edt.215478-9263+5910@ams.ftl.affinity.com>
Date:Wed, 22 Oct 2003 08:39:03 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Oct 22 07:11:42 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215478-9265>; Wed, 22 Oct 2003 08:39:49 -0400
Received: from vm157.vmadmin.com ([216.64.222.157]) by ams.ftl.affinity.com
with ESMTP id <214989-9265>; Wed, 22 Oct 2003 08:39:03 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm157.vmadmin.com with SMTP; 22 Oct 2003 07:38:32 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 171788
From: Little Blue Pill <ChangeYourLoveLife171788@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Little Blue Pill <ChangeYourLoveLife171788@replies.virtumundo.com>
Subject: Passion should last forever
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct22.083903-0400_edt.214989-9265+5880@ams.ftl.affinity.com>
Date:Wed, 22 Oct 2003 08:39:03 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Oct 22 07:11:42 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213989-9266>; Wed, 22 Oct 2003 08:39:49 -0400
Received: from vm157.vmadmin.com ([216.64.222.157]) by ams.ftl.affinity.com
with ESMTP id <215670-9268>; Wed, 22 Oct 2003 08:39:02 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm157.vmadmin.com with SMTP; 22 Oct 2003 07:38:32 -0500
X-ClientHost: 1020971211010641031111141001111101191111141071150460991 11109
X-MailingID: 171788
From: Little Blue Pill <ChangeYourLoveLife171788@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Little Blue Pill <ChangeYourLoveLife171788@replies.virtumundo.com>
Subject: Passion should last forever
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct22.083902-0400_edt.215670-9268+6094@ams.ftl.affinity.com>
Date:Wed, 22 Oct 2003 08:39:02 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Oct 22 07:11:42 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <214974-9265>; Wed, 22 Oct
2003 08:39:49 -0400
Received: from vm157.vmadmin.com ([216.64.222.157]) by ams.ftl.affinity.com
with ESMTP id <214899-9266>; Wed, 22 Oct 2003 08:39:04 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm157.vmadmin.com with SMTP; 22 Oct 2003 07:38:32 -0500
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 171788
From: Little Blue Pill <ChangeYourLoveLife171788@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Little Blue Pill <ChangeYourLoveLife171788@replies.virtumundo.com>
Subject: Passion should last forever
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct22.083904-0400_edt.214899-9266+6209@ams.ftl.affinity.com>
Date:Wed, 22 Oct 2003 08:39:04 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Dec 17 16:12:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <219245-17782>; Wed, 17 Dec
2003 17:03:22 -0500
Received: from vm108.vmadmin.com ([216.64.222.108]) by ams.ftl.affinity.com
with ESMTP id <215164-17782>; Wed, 17 Dec 2003 16:55:56 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm108.vmadmin.com with SMTP; 17 Dec 2003 15:55:46 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 220857
From: Little Blue Pill <TheLittleBluePill@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Little Blue Pill <TheLittleBluePill220857@replies.virtumundo.com>
Subject: Change your love life forever with Orexis
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec17.165556-0500_est.215164-17782+3364@ams.ftl.affinity.com>
Date:Wed, 17 Dec 2003 16:55:55 -0500



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 17 16:12:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218112-17779>; Wed, 17 Dec 2003 17:03:22 -0500
Received: from vm108.vmadmin.com by ams.ftl.affinity.com
with ESMTP id <221064-17791>; Wed, 17 Dec 2003 16:55:55 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm108.vmadmin.com with SMTP; 17 Dec 2003 15:55:46 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 220857
From: Little Blue Pill <TheLittleBluePill@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Little Blue Pill <TheLittleBluePill220857@replies.virtumundo.com>
Subject: Change your love life forever with Orexis
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec17.165555-0500_est.221064-17791+3488@ams.ftl.affinity.com>
Date:Wed, 17 Dec 2003 16:55:54 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 17 16:12:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <219265-17790>; Wed, 17 Dec 2003 17:03:22 -0500
Received: from vm108.vmadmin.com ([216.64.222.108]) by ams.ftl.affinity.com
with ESMTP id <222314-17791>; Wed, 17 Dec 2003 16:55:55 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm108.vmadmin.com with SMTP; 17 Dec 2003 15:55:46 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 220857
From: Little Blue Pill <TheLittleBluePill@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Little Blue Pill <TheLittleBluePill220857@replies.virtumundo.com>
Subject: Change your love life forever with Orexis
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec17.165555-0500_est.222314-17791+3495@ams.ftl.affinity.com>
Date:Wed, 17 Dec 2003 16:55:55 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Apr 24 08:41:21 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345322@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 18144 invoked from network); 24 Apr 2006 08:48:53 -0600
Received: from vm-180-136.vm-mail.com (206.82.180.136)
  by gordonworks.com with SMTP; 24 Apr 2006 08:48:53 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-136.vm-mail.com with SMTP; 24 Apr 2006 09:48:46 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 345322
From: Live Longer Quiz <LiveLongerQuiz@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345322@vm-rewards.com>
Subject: Over 40? You may be younger - take the RealAge test
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63


Images not loading? View this offer by visiting this link



RealAge, Inc. 10675 Sorrento Valley Road San Diego, CA 92121

If you can not see our footer image, please visit here.

```
From ???@??? Thu May 27 16:07:54 2004
Return-Path: <mailcenter308677@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 18953 invoked by uid 10003); 27 May 2004 21:21:01 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 18934 invoked from network); 27 May 2004 21:21:01 -0000
Received: from unknown (HELO vm117.vmadmin.com) (216.64.222.117)
  by ns48.webmasters.com with SMTP; 27 May 2004 21:21:01 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm117.vmadmin.com with SMTP; 27 May 2004 16:20:58 -0500
X-ClientHost:
10609710910510809706410311111410011110119111141071150460991111109
X-MailingID: 308677
From: Living Air <BreathOfFreshAir@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Living Air <BreathOfFreshAir308677@replies.virtumundo.com>
Subject: Bring a breath of fresh air to your entire home
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



McManus Enterprises, Inc. 28465 Old Town Front St., #311, Temecula, CA 92590

```
From ???@??? Thu May 27 16:07:54 2004
Return-Path: <mailcenter308677@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 18971 invoked by uid 10003); 27 May 2004 21:21:01 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 18956 invoked from network); 27 May 2004 21:21:01 -0000
Received: from unknown (HELO vm117.vmadmin.com) (216.64.222.117)
  by ns48.webmasters.com with SMTP; 27 May 2004 21:21:01 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm117.vmadmin.com with SMTP; 27 May 2004 16:20:58 -0500
X-ClientHost: 10609712106410311114100111110119111114107115046099111109
X-MailingID: 308677
From: Living Air <BreathOfFreshAir@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Living Air <BreathOfFreshAir308677@replies.virtumundo.com>
Subject: Bring a breath of fresh air to your entire home
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

McManus Enterprises, Inc. 28465 Old Town Front St., #311, Temecula, CA 92590

```
From ???@??? Thu May 27 16:07:54 2004
Return-Path: <mailcenter308677@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 18936 invoked by uid 10003); 27 May 2004 21:21:01 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 18900 invoked from network); 27 May 2004 21:21:00 -0000
Received: from unknown (HELO vm117.vmadmin.com) (216.64.222.117)
  by ns48.webmasters.com with SMTP; 27 May 2004 21:21:00 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm117.vmadmin.com with SMTP; 27 May 2004 16:20:58 -0500
X-ClientHost: 10609710910111506410311114100111110119111141071150460991111109
X-MailingID: 308677
From: Living Air <BreathOfFreshAir@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Living Air <BreathOfFreshAir308677@replies.virtumundo.com>
Subject: Bring a breath of fresh air to your entire home
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



McManus Enterprises, Inc. 28465 Old Town Front St., #311, Temecula, CA 92590

```
From ???@??? Wed Nov 19 15:49:32 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <219016-21018>; Wed, 19 Nov 2003 16:20:06 -0500
Received: from vm121.vmadmin.com ([216.64.222.121]) by ams.ftl.affinity.com
with ESMTP id <220364-20040>; Wed, 19 Nov 2003 16:19:06 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm121.vmadmin.com with SMTP; 19 Nov 2003 15:18:41 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 200998
From: Loan Desire <LowMortgagesToday200998@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Loan Desire <LowMortgagesToday200998@replies.virtumundo.com>
Subject: Save 100's by Reducing Your Monthly Mortgage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov19.161906-0500_est.220364-20040+2283@ams.ftl.affinity.com>
Date:Wed, 19 Nov 2003 16:19:06 -0500
```



You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Nov 20 13:55:44 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213394-32023>; Thu, 20 Nov 2003 16:42:26 -0500
Received: from vm107.vmadmin.com by ams.ftl.affinity.com
with ESMTP id <214262-32021>; Thu, 20 Nov 2003 16:41:24 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm107.vmadmin.com with SMTP; 20 Nov 2003 15:40:50 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 201696
From: Loan Desire <SaveThousandsHere201696@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Loan Desire <SaveThousandsHere201696@replies.virtumundo.com>
Subject: Consolidate Debts - Save Thousands of Dollars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov20.164124-0500_est.214262-32021+5356@ams.ftl.affinity.com>
Date:Thu, 20 Nov 2003 16:41:24 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Dec 16 21:15:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213131-1036>; Tue, 16 Dec 2003 22:31:19 -0500
Received: from vm124.vmadmin.com ([216.64.222.124]) by ams.ftl.affinity.com
with ESMTP id <217718-1037>; Tue, 16 Dec 2003 22:30:37 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm124.vmadmin.com with SMTP; 16 Dec 2003 21:30:32 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 220439
From: Lobster <FindGreatLobster@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Lobster <FindGreatLobster220439@replies.virtumundo.com>
Subject: Live a lot. Have lobster for dinner!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec16.223037-0500_est.217718-1037+5666@ams.ftl.affinity.com>
Date:Tue, 16 Dec 2003 22:30:37 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Oct 06 16:33:11 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <223007-14734>; Mon, 6 Oct 2003 18:56:57 -0400
Received: from vm148.vmadmin.com ([216.64.222.148]) by ams.ftl.affinity.com
with ESMTP id <234378-14733>; Mon, 6 Oct 2003 18:55:49 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm148.vmadmin.com with SMTP; 06 Oct 2003 17:55:44 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 153676
From: Local Phone Service <LocalPhoneService153676@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+153676@virtumundo.com>
Subject: Has a dial tone ever sounded so sweet?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct6.185549-0400_edt.234378-14733+15135@ams.ftl.affinity.com>
Date:Mon, 6 Oct 2003 18:55:48 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 06 16:33:11 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <231390-14728>; Mon, 6 Oct 2003 18:56:57 -0400
Received: from vm148.vmadmin.com ([216.64.222.148]) by ams.ftl.affinity.com
with ESMTP id <235398-14733>; Mon, 6 Oct 2003 18:55:49 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm148.vmadmin.com with SMTP; 06 Oct 2003 17:55:44 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 153676
From: Local Phone Service <LocalPhoneService153676@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+153676@virtumundo.com>
Subject: Has a dial tone ever sounded so sweet?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct6.185549-0400_edt.235398-14733+15136@ams.ftl.affinity.com>
Date:Mon, 6 Oct 2003 18:55:48 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Oct 06 16:33:11 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <226128-14727>; Mon, 6 Oct 2003 18:56:57 -0400
Received: from vm148.vmadmin.com ([216.64.222.148]) by ams.ftl.affinity.com
with ESMTP id <231390-14730>; Mon, 6 Oct 2003 18:55:48 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm148.vmadmin.com with SMTP; 06 Oct 2003 17:55:44 -0500
X-ClientHost: 102097121101064103111141001111011911111410711504609911109
X-MailingID: 153676
From: Local Phone Service <LocalPhoneService153676@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+153676@virtumundo.com>
Subject: Has a dial tone ever sounded so sweet?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct6.185548-0400_edt.231390-14730+15113@ams.ftl.affinity.com>
Date:Mon, 6 Oct 2003 18:55:48 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Oct 06 16:33:11 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <234378-14731>; Mon, 6 Oct
2003 18:56:57 -0400
Received: from vm148.vmadmin.com ([216.64.222.148]) by ams.ftl.affinity.com
with ESMTP id <235327-14733>; Mon, 6 Oct 2003 18:55:49 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm148.vmadmin.com with SMTP; 06 Oct 2003 17:55:44 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 153676
From: Local Phone Service <LocalPhoneService153676@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+153676@virtumundo.com>
Subject: Has a dial tone ever sounded so sweet?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct6.185549-0400_edt.235327-14733+15137@ams.ftl.affinity.com>
Date:Mon, 6 Oct 2003 18:55:49 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Feb 09 14:25:58 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <722223-29064>; Mon, 9 Feb 2004 15:17:03 -0500
Received: from vm208-70.adknow-net.com ([216.21.208.70]) by
ams.ftl.affinity.com with ESMTP id <723604-29051>; Mon, 9 Feb 2004 15:15:49
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-70.adknow-net.com with SMTP; 09 Feb 2004 14:15:41 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460099111109
X-MailingID: 365182
From: Local Phone Service <LocalPhoneService@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return365182@replies.adknow-net.com
Subject: Keep in touch with local phone service.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb9.151549-0500_est.723604-29051+23545@ams.ftl.affinity.com>
Date:Mon, 9 Feb 2004 15:15:48 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu May 11 00:00:32 2006
X-Persona: <Celia>
Return-Path: <mailcenter348016@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 946 invoked from network); 10 May 2006 10:54:47 -0600
Received: from vm-181-252.vm-mail.com (206.82.181.252)
  by rcw19190020.com with SMTP; 10 May 2006 10:54:47 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-252.vm-mail.com with SMTP; 10 May 2006 11:54:44 -0500
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 348016
From: LoggerHead Tools <LoggerHeadTools@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348016@vm-rewards.com>
Subject: *****SPAM***** Dads love cool tools for Father's Day!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.4 required=7.0 tests=DATE_MISSING,HTML_40_50,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.5 HTML_40_50 BODY: Message is 40% to 50% HTML
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

LoggerHead Tools LLC P.O. Box 83 Chicago, IL 60464

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

From ???@??? Tue Dec 02 07:30:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <215264-25873>; Tue, 2 Dec 2003 02:23:04 -0500
Received: from vm097.vmadmin.com ([216.64.222.97]) by ams.ftl.affinity.com
with ESMTP id <219232-25866>; Tue, 2 Dec 2003 02:22:11 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm097.vmadmin.com with SMTP; 02 Dec 2003 01:22:09 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 209426
From: Lone Rider <ChooseYourBonus@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Lone Rider <ChooseYourBonus209426@replies.virtumundo.com>
Subject: Choose your bonus!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec2.022211-0500_est.219232-25866+1599@ams.ftl.affinity.com>
Date:Tue, 2 Dec 2003 02:22:11 -0500



The choice is yours: instead of treating our players like just
another number, we've rustled up three special opening offers to
suit your individual preferences. We'd like you to select the
bonus that best meets your needs...

Option 1: $100 Free - $10 no purchase required + 100% match up to
$90

Option 2: Purchase $20 or more and get $50 free

Option 3: 30% match of up to $300 free

If you're still unsure, we'll even do the math for you. Tell us
what you'd like to spend on your first purchase, and we'll
calculate which offer will maximize your bonus with our Bonus
Calculator... click here to calculate your bonus!

Saddle up and get yourself a Desert Dollar account today:



Terms & Conditions

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at
http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from
the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy
Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer
should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Dec 02 07:30:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216783-25876>; Tue, 2 Dec 2003 02:23:04 -0500
Received: from vm097.vmadmin.com ([216.64.222.97]) by ams.ftl.affinity.com
with ESMTP id <219474-25876>; Tue, 2 Dec 2003 02:22:13 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm097.vmadmin.com with SMTP; 02 Dec 2003 01:22:09 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 209426
From: Lone Rider <ChooseYourBonus@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Lone Rider <ChooseYourBonus209426@replies.virtumundo.com>
Subject: Choose your bonus!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec2.022213-0500_est.219474-25876+1342@ams.ftl.affinity.com>
Date:Tue, 2 Dec 2003 02:22:11 -0500



The choice is yours: instead of treating our players like just
another number, we've rustled up three special opening offers to
suit your individual preferences. We'd like you to select the
bonus that best meets your needs...

Option 1: $100 Free - $10 no purchase required + 100% match up to
$90

Option 2: Purchase $20 or more and get $50 free

Option 3: 30% match of up to $300 free

If you're still unsure, we'll even do the math for you. Tell us
what you'd like to spend on your first purchase, and we'll
calculate which offer will maximize your bonus with our Bonus
Calculator... click here to calculate your bonus!

Saddle up and get yourself a Desert Dollar account today:



Terms & Conditions

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Dec 02 07:30:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214922-25876>; Tue, 2 Dec 2003 02:23:04 -0500
Received: from vm097.vmadmin.com ([216.64.222.97]) by ams.ftl.affinity.com
with ESMTP id <216783-25874>; Tue, 2 Dec 2003 02:22:11 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm097.vmadmin.com with SMTP; 02 Dec 2003 01:22:09 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 209426
From: Lone Rider <ChooseYourBonus@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Lone Rider <ChooseYourBonus209426@replies.virtumundo.com>
Subject: Choose your bonus!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec2.022211-0500_est.216783-25874+1238@ams.ftl.affinity.com>
Date:Tue, 2 Dec 2003 02:22:11 -0500



**The choice is yours: instead of treating our players like just
another number, we've rustled up three special opening offers to
suit your individual preferences. We'd like you to select the
bonus that best meets your needs...**

Option 1: $100 Free - $10 no purchase required + 100% match up to
$90

Option 2: Purchase $20 or more and get $50 free

Option 3: 30% match of up to $300 free

**If you're still unsure, we'll even do the math for you. Tell us
what you'd like to spend on your first purchase, and we'll
calculate which offer will maximize your bonus with our Bonus
Calculator...** click here **to calculate your bonus!**

**Saddle up and get yourself a Desert Dollar account today:**



**Terms & Conditions**

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Dec 02 07:30:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214052-25876>; Tue, 2 Dec 2003 02:23:04 -0500
Received: from vm097.vmadmin.com ([216.64.222.97]) by ams.ftl.affinity.com
with ESMTP id <214922-25872>; Tue, 2 Dec 2003 02:22:11 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm097.vmadmin.com with SMTP; 02 Dec 2003 01:22:09 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 209426
From: Lone Rider <ChooseYourBonus@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Lone Rider <ChooseYourBonus209426@replies.virtumundo.com>
Subject: Choose your bonus!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec2.022211-0500_est.214922-25872+1267@ams.ftl.affinity.com>
Date:Tue, 2 Dec 2003 02:22:11 -0500



**The choice is yours: instead of treating our players like just another number, we've rustled up three special opening offers to suit your individual preferences. We'd like you to select the bonus that best meets your needs...**

Option 1: $100 Free - $10 no purchase required + 100% match up to $90

Option 2: Purchase $20 or more and get $50 free

Option 3: 30% match of up to $300 free

**If you're still unsure, we'll even do the math for you. Tell us what you'd like to spend on your first purchase, and we'll calculate which offer will maximize your bonus with our Bonus Calculator...** click here **to calculate your bonus!**

**Saddle up and get yourself a Desert Dollar account today:**



**Terms & Conditions**

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Dec 02 07:30:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <216969-25876>; Tue, 2 Dec
2003 02:23:05 -0500
Received: from vm097.vmadmin.com ([216.64.222.97]) by ams.ftl.affinity.com
with ESMTP id <220812-25876>; Tue, 2 Dec 2003 02:22:13 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm097.vmadmin.com with SMTP; 02 Dec 2003 01:22:09 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 209426
From: Lone Rider <ChooseYourBonus@vmadmin.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Lone Rider <ChooseYourBonus209426@replies.virtumundo.com>
Subject: Choose your bonus!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec2.022213-0500_est.220812-25876+1343@ams.ftl.affinity.com>
Date:Tue, 2 Dec 2003 02:22:12 -0500



**The choice is yours: instead of treating our players like just another number, we've rustled up three special opening offers to suit your individual preferences. We'd like you to select the bonus that best meets your needs...**

Option 1: $100 Free - $10 no purchase required + 100% match up to $90

Option 2: Purchase $20 or more and get $50 free

Option 3: 30% match of up to $300 free

**If you're still unsure, we'll even do the math for you. Tell us what you'd like to spend on your first purchase, and we'll calculate which offer will maximize your bonus with our Bonus Calculator... click here to calculate your bonus!**

**Saddle up and get yourself a Desert Dollar account today:**



Terms & Conditions

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Sep 27 17:39:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <8600376-18171>; Sat, 27 Sep 2003 18:40:04 -0400
Received: from vm128.vmadmin.com ([216.64.222.128]) by ams.ftl.affinity.com
with ESMTP id <2548760-18053>; Sat, 27 Sep 2003 18:39:44 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm128.vmadmin.com with SMTP; 27 Sep 2003 17:39:20 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 146147
From: Lone Rider <DesertDollarCasino146147@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Lone Rider <DesertDollarCasino146147@replies.virtumundo.com>
Subject: The desert is a scorching place.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep27.183944-0400_edt.2548760-18053+7074@ams.ftl.affinity.com>
Date:Sat, 27 Sep 2003 18:39:44 -0400
```



Go Ahead, Make Your Choice......

### *The desert is a scorching place, and nothing helps beat the heat like a whole bunch of free money!*

At Desert Dollar Online Casino, the only things that are scorching are the games and payouts! Desert Dollar Online Casino also has one of the most generous comp programs anywhere.

>

There are three different signup bonuses, so you can choose the best bonus for YOU!

- **$10 no purchase required** + 100% match up to **$90 free**
- Purchase $20 or more and get **$50 free**
-
- 30% match up to **$300 free**



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.