From ???@??? Sat Nov 29 19:24:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <233353-1075>; Sat, 29 Nov 2003 22:16:50 -0500
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com
with ESMTP id <233306-1088>; Sat, 29 Nov 2003 22:15:22 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm115.vmadmin.com with SMTP; 29 Nov 2003 21:15:13 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 207961
From: Long Term Care Insurance <LongTermCareInsurance@vmadmin.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Long Term Care Insurance
<LongTermCareInsurance207961@replies.virtumundo.com>
Subject: Long term care insurance protects your future.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov29.221522-0500_est.233306-1088+35805@ams.ftl.affinity.com>
Date:Sat, 29 Nov 2003 22:15:21 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 29 19:24:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <233379-1075>; Sat, 29 Nov 2003 22:16:50 -0500
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com
with ESMTP id <233310-1087>; Sat, 29 Nov 2003 22:15:22 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm115.vmadmin.com with SMTP; 29 Nov 2003 21:15:13 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 207961
From: Long Term Care Insurance <LongTermCareInsurance@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Long Term Care Insurance
<LongTermCareInsurance207961@replies.virtumundo.com>
Subject: Long term care insurance protects your future.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov29.221522-0500_est.233310-1087+35047@ams.ftl.affinity.com>
Date:Sat, 29 Nov 2003 22:15:21 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Nov 29 19:24:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <233306-1075>; Sat, 29 Nov
2003 22:16:50 -0500
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com
with ESMTP id <233332-1087>; Sat, 29 Nov 2003 22:15:22 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm115.vmadmin.com with SMTP; 29 Nov 2003 21:15:13 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 207961
From: Long Term Care Insurance <LongTermCareInsurance@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Long Term Care Insurance
<LongTermCareInsurance207961@replies.virtumundo.com>
Subject: Long term care insurance protects your future.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov29.221522-0500_est.233332-1087+35048@ams.ftl.affinity.com>
Date:Sat, 29 Nov 2003 22:15:22 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Dec 02 16:04:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3573237-12424>; Tue, 2 Dec 2003 17:51:51 -0500
Received: from vm120.vmadmin.com ([216.64.222.120]) by ams.ftl.affinity.com
with ESMTP id <3580845-12421>; Tue, 2 Dec 2003 17:39:51 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm120.vmadmin.com with SMTP; 02 Dec 2003 16:39:31 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 209898
From: Love Access <GreatOnlineDating@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Love Access <GreatOnlineDating209898@replies.virtumundo.com>
Subject: Singles Party Invitation
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec2.173951-0500_est.3580845-12421+6838@ams.ftl.affinity.com>
Date:Tue, 2 Dec 2003 17:39:50 -0500



Copyright (c) 1997-2003, LoveAccess.com, a
LifeAccess.com Inc. company.

You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Oct 29 17:01:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <512745-21967>; Wed, 29 Oct
2003 17:38:13 -0500
Received: from vm130.vmadmin.com ([216.64.222.130]) by ams.ftl.affinity.com
with ESMTP id <4397078-21966>; Wed, 29 Oct 2003 17:37:35 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm130.vmadmin.com with SMTP; 29 Oct 2003 16:37:31 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 181579
From: Low Rates <LowRatesForRefinancing181579@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Low Rates <LowRatesForRefinancing181579@replies.virtumundo.com>
Subject: Rates are Low Again - Refinance Before it's Too Late!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.173735-0500_est.4397078-21966+4456@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 17:37:35 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**
Message sent Wed Oct 29 15:44:47 CST 2003

```
From ???@??? Wed Oct 29 17:01:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <491883-21967>; Wed, 29 Oct 2003 17:38:13 -0500
Received: from vm130.vmadmin.com ([216.64.222.130]) by ams.ftl.affinity.com
with ESMTP id <513244-21967>; Wed, 29 Oct 2003 17:37:35 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm130.vmadmin.com with SMTP; 29 Oct 2003 16:37:31 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 181579
From: Low Rates <LowRatesForRefinancing181579@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Low Rates <LowRatesForRefinancing181579@replies.virtumundo.com>
Subject: Rates are Low Again - Refinance Before it's Too Late!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.173735-0500_est.513244-21967+4851@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 17:37:34 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**
Message sent Wed Oct 29 15:44:47 CST 2003

```
From ???@??? Wed Oct 29 17:01:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <409959-21967>; Wed, 29 Oct 2003 17:38:12 -0500
Received: from vm130.vmadmin.com ([216.64.222.130]) by ams.ftl.affinity.com
with ESMTP id <491883-21963>; Wed, 29 Oct 2003 17:37:35 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm130.vmadmin.com with SMTP; 29 Oct 2003 16:37:31 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 181579
From: Low Rates <LowRatesForRefinancing181579@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Low Rates <LowRatesForRefinancing181579@replies.virtumundo.com>
Subject: Rates are Low Again - Refinance Before it's Too Late!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.173735-0500_est.491883-21963+4808@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 17:37:34 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent Wed Oct 29 15:44:47 CST 2003

```
From ???@??? Wed Oct 29 17:01:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <512823-21967>; Wed, 29 Oct 2003 17:38:13 -0500
Received: from vm130.vmadmin.com ([216.64.222.130]) by ams.ftl.affinity.com
with ESMTP id <409959-21967>; Wed, 29 Oct 2003 17:37:35 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm130.vmadmin.com with SMTP; 29 Oct 2003 16:37:31 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460999111109
X-MailingID: 181579
From: Low Rates <LowRatesForRefinancing181579@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Low Rates <LowRatesForRefinancing181579@replies.virtumundo.com>
Subject: Rates are Low Again - Refinance Before it's Too Late!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.173735-0500_est.409959-21967+4850@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 17:37:33 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent Wed Oct 29 15:44:47 CST 2003

From ???@??? Wed Oct 29 17:01:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <512882-21963>; Wed, 29 Oct 2003 17:38:13 -0500
Received: from vm130.vmadmin.com ([216.64.222.130]) by ams.ftl.affinity.com
with ESMTP id <512745-21965>; Wed, 29 Oct 2003 17:37:35 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm130.vmadmin.com with SMTP; 29 Oct 2003 16:37:31 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 181579
From: Low Rates <LowRatesForRefinancing181579@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Low Rates <LowRatesForRefinancing181579@replies.virtumundo.com>
Subject: Rates are Low Again - Refinance Before it's Too Late!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.173735-0500_est.512745-21965+4948@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 17:37:35 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**
Message sent Wed Oct 29 15:44:47 CST 2003

```
From ???@??? Tue Nov 11 14:57:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <226391-4536>; Tue, 11 Nov 2003 16:39:47 -0500
Received: from vm099.vmadmin.com ([216.64.222.99]) by ams.ftl.affinity.com
with ESMTP id <221003-4539>; Tue, 11 Nov 2003 16:38:07 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm099.vmadmin.com with SMTP; 11 Nov 2003 15:38:00 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 196232
From: Low Rates <LowRatesForRefinancing196232@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Low Rates <LowRatesForRefinancing196232@replies.virtumundo.com>
Subject: Rates are Low Again - Refinance Before it's Too Late!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov11.163807-0500_est.221003-4539+24930@ams.ftl.affinity.com>
Date:Tue, 11 Nov 2003 16:38:06 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Nov 11 14:57:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221003-4536>; Tue, 11 Nov 2003 16:39:47 -0500
Received: from vm099.vmadmin.com ([216.64.222.99]) by ams.ftl.affinity.com
with ESMTP id <229378-4541>; Tue, 11 Nov 2003 16:38:07 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm099.vmadmin.com with SMTP; 11 Nov 2003 15:38:00 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 196232
From: Low Rates <LowRatesForRefinancing196232@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Low Rates <LowRatesForRefinancing196232@replies.virtumundo.com>
Subject: Rates are Low Again - Refinance Before it's Too Late!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov11.163807-0500_est.229378-4541+24494@ams.ftl.affinity.com>
Date:Tue, 11 Nov 2003 16:38:07 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Oct 15 19:42:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221075-22121>; Wed, 15 Oct 2003 22:23:32 -0400
Received: from vm218.vmadmin.com ([216.64.222.218]) by ams.ftl.affinity.com
with ESMTP id <339022-22183>; Wed, 15 Oct 2003 17:59:15 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm218.vmadmin.com with SMTP; 15 Oct 2003 16:58:59 -0500
X-ClientHost: 102097121101064103111114100111101191111141071150460991111 09
X-MailingID: 164202
From: Low Rates <RefinanceYourHome164202@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+164202@virtumundo.com>
Subject: Rates are Low Again - Refinance Before it's Too Late!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct15.175915-0400_edt.339022-22183+715@ams.ftl.affinity.com>
Date:Wed, 15 Oct 2003 17:59:15 -0400
```



Offering FREE quotes for your refinancing loan,
second mortgage, debt consolidation loan, or
home improvement loan.

Rates are lowest they've been in years so
click here for a FREE Quote!

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from

the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Oct 15 19:44:09 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <221080-22121>; Wed, 15 Oct
2003 22:23:32 -0400
Received: from vm218.vmadmin.com ([216.64.222.218]) by ams.ftl.affinity.com
with ESMTP id <236846-22182>; Wed, 15 Oct 2003 17:59:17 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm218.vmadmin.com with SMTP; 15 Oct 2003 16:58:59 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 164202
From: Low Rates <RefinanceYourHome164202@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+164202@virtumundo.com>
Subject: Rates are Low Again - Refinance Before it's Too Late!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct15.175917-0400_edt.236846-22182+702@ams.ftl.affinity.com>
Date:Wed, 15 Oct 2003 17:59:16 -0400



Offering FREE quotes for your refinancing loan,
second mortgage, debt consolidation loan, or
home improvement loan.

Rates are lowest they've been in years so
click here for a FREE Quote!

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Feb 07 17:30:55 2006
Return-Path: <mailcenter336604@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 4545 invoked from network); 30 Jan 2006 11:09:48 -0600
Received: from vm-181-158.vm-mail.com (206.82.181.158)
   by xj4x4.net with SMTP; 30 Jan 2006 11:09:48 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-158.vm-mail.com with SMTP; 30 Jan 2006 11:09:36 -0600
X-ClientHost: 11610606409711011610411111012109910110110161140971080460991111097
X-MailingID: 336604
From: Lower Your Payments <LowerYourPayments@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336604@vm-rewards.com>
Subject: Refinance your mortgage and save money
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_70,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Peak Loans, 405 El Camino Real, Suite 628, Menlo Park, CA 94025

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 03 15:21:34 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <470070-23264>; Tue, 3 Feb
2004 17:38:11 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <471754-23264>; Tue, 3 Feb 2004 17:37:29 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm101.vmadmin.com with SMTP; 03 Feb 2004 16:37:25 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 241186
From: LSM <WeightLossAnswers@vmadmin.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: LSM <WeightLossAnswers241186@replies.virtumundo.com>
Subject: Finally, the truth about weight loss
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb3.173729-0500_est.471754-23264+34095@ams.ftl.affinity.com>
Date:Tue, 3 Feb 2004 17:37:28 -0500
```



 LSM 625 W 3500 S, Suite A-500 Salt Lake City, UT 84123

```
From ???@??? Fri Jan 13 14:32:56 2006
Return-Path: <mailcenter335018@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 10818 invoked from network); 13 Jan 2006 11:25:56 -0600
Received: from vm-181-67.vm-mail.com (206.82.181.67)
  by jaykaysplace.com with SMTP; 13 Jan 2006 11:25:49 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-67.vm-mail.com with SMTP; 13 Jan 2006 11:25:34 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 335018
From: Lunch Innovation <LunchInnovation@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335018@vm-rewards.com>
Subject: The heated lunch tote
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





 **The Warm ?**

 **If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 30 15:59:32 2006
X-Persona: <RCW>
Return-Path: <mailcenter335018@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 30531 invoked from network); 13 Jan 2006 11:42:04 -0600
Received: from vm-180-7.vm-mail.com (206.82.180.7)
  by itdidnotendright.com with SMTP; 13 Jan 2006 11:41:57 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-7.vm-mail.com with SMTP; 13 Jan 2006 11:41:43 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 335018
From: Lunch Innovation <LunchInnovation@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335018@vm-rewards.com>
Subject: The heated lunch tote
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



 **The Warm ?**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Nov 20 20:55:44 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214150-4087>; Thu, 20 Nov 2003 22:57:19 -0500
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com
with ESMTP id <220322-4091>; Thu, 20 Nov 2003 22:56:08 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm115.vmadmin.com with SMTP; 20 Nov 2003 21:52:35 -0600
X-ClientHost: 10209712110106410311111410011110119111114107115046099111109
X-MailingID: 202111
From: Luxury Home Lifestyle <LuxuryHomeLifestyle202111@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Luxury Home Lifestyle
<LuxuryHomeLifestyle202111@replies.virtumundo.com>
Subject: Upgrade your lifestyle with a luxury home.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov20.225608-0500_est.220322-4091+79115@ams.ftl.affinity.com>
Date:Thu, 20 Nov 2003 22:56:08 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Nov 20 20:55:44 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221914-4087>; Thu, 20 Nov 2003 22:57:19 -0500
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com
with ESMTP id <222287-4079>; Thu, 20 Nov 2003 22:56:09 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm115.vmadmin.com with SMTP; 20 Nov 2003 21:52:35 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 202111
From: Luxury Home Lifestyle <LuxuryHomeLifestyle202111@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Luxury Home Lifestyle
<LuxuryHomeLifestyle202111@replies.virtumundo.com>
Subject: Upgrade your lifestyle with a luxury home.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov20.225609-0500_est.222287-4079+79265@ams.ftl.affinity.com>
Date:Thu, 20 Nov 2003 22:56:09 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri May 19 12:58:48 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter349460@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 17794 invoked from network); 19 May 2006 10:32:42 -0600
Received: from vm-180-234.vm-mail.com (206.82.180.234)
   by ehahome.com with SMTP; 19 May 2006 10:32:41 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-234.vm-mail.com with SMTP; 19 May 2006 11:32:37 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 349460
From: Mad Debt <MadDebt@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+349460@vm-rewards.com>
Subject: Lower your monthly debt payments into one payment.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link




.


This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Mad Debt 4695 MacArthur Court Suite1100 Newport Beach, CA 92660

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.


If you can not see our footer image, please visit here.

```
From ???@??? Mon Aug 21 00:01:36 2006
X-Persona: <2nd User>
Return-Path: <mailcenter360394@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 12704 invoked from network); 17 Aug 2006 10:05:57 -0600
Received: from static-vmg-181-108.vm-mail.com (HELO vm-181-108.vm-mail.com)
(206.82.181.108)
  by gordonworks.com with SMTP; 17 Aug 2006 10:05:57 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-108.vm-mail.com with SMTP; 17 Aug 2006 11:05:53 -0500
X-ClientHost: 1161111091091210641060971091091161111091090460991111109
X-MailingID: 360394
From: Magnum Car Loans <MagnumCarLoans@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+360394@vm-rewards.com>
Subject: Get a fast  auto loan quote
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link







If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo,

visit this link

Magnum Car Loans 405 El Camino Real, Suite 628 Menlo Park, CA 94025

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West

110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving

further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The

products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about

this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.



```
From ???@??? Fri Oct 17 00:08:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <269488-22459>; Fri, 17 Oct 2003 02:58:24 -0400
Received: from vm103.vmadmin.com ([216.64.222.103]) by ams.ftl.affinity.com
with ESMTP id <4404272-22435>; Thu, 16 Oct 2003 18:01:51 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm103.vmadmin.com with SMTP; 16 Oct 2003 17:01:20 -0500
X-ClientHost: 1060971210641031111410011111011911111410711504609911109
X-MailingID: 165473
From: Mail Order Steaks <TryMailOrderSteaks165473@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+165473@virtumundo.com>
Subject: Dinner by mail.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct16.180151-0400_edt.4404272-22435+757@ams.ftl.affinity.com>
Date:Thu, 16 Oct 2003 18:01:51 -0400
```



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Oct 17 00:08:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <269482-22460>; Fri, 17 Oct 2003 02:58:24 -0400
Received: from vm103.vmadmin.com ([216.64.222.103]) by ams.ftl.affinity.com
with ESMTP id <4404261-22440>; Thu, 16 Oct 2003 18:01:49 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm103.vmadmin.com with SMTP; 16 Oct 2003 17:01:20 -0500
X-ClientHost:
1060971091051080970641031111141001111101191111141071150460991111109
X-MailingID: 165473
From: Mail Order Steaks <TryMailOrderSteaks165473@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+165473@virtumundo.com>
Subject: Dinner by mail.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct16.180149-0400_edt.4404261-22440+756@ams.ftl.affinity.com>
Date:Thu, 16 Oct 2003 18:01:48 -0400
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Oct 17 00:08:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <269479-22441>; Fri, 17 Oct 2003 02:58:24 -0400
Received: from vm103.vmadmin.com ([216.64.222.103]) by ams.ftl.affinity.com
with ESMTP id <4404245-22441>; Thu, 16 Oct 2003 18:01:46 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm103.vmadmin.com with SMTP; 16 Oct 2003 17:01:20 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 165473
From: Mail Order Steaks <TryMailOrderSteaks165473@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+165473@virtumundo.com>
Subject: Dinner by mail.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct16.180146-0400_edt.4404245-22441+738@ams.ftl.affinity.com>
Date:Thu, 16 Oct 2003 18:01:46 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html) **or you**

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Oct 17 00:08:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <269491-22461>; Fri, 17 Oct
2003 02:58:25 -0400
Received: from vm103.vmadmin.com ([216.64.222.103]) by ams.ftl.affinity.com
with ESMTP id <4404287-22460>; Thu, 16 Oct 2003 18:01:53 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm103.vmadmin.com with SMTP; 16 Oct 2003 17:01:20 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 165473
From: Mail Order Steaks <TryMailOrderSteaks165473@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+165473@virtumundo.com>
Subject: Dinner by mail.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct16.180153-0400_edt.4404287-22460+767@ams.ftl.affinity.com>
Date:Thu, 16 Oct 2003 18:01:52 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Dec 26 07:43:08 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223238-26550>; Fri, 26 Dec 2003 07:06:49 -0500
Received: from vm209-222.vmlocal.com ([216.21.209.222]) by
ams.ftl.affinity.com with ESMTP id <226735-26540>; Fri, 26 Dec 2003 07:05:46
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-222.vmlocal.com with SMTP; 26 Dec 2003 06:05:40 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 228288
From: Mailing Lists <GetMailingListsNow@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Mailing Lists <GetMailingListsNow228288@vmlocal.com>
Subject: Get accurate, targeted mailing lists.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec26.070546-0500_est.226735-26540+21069@ams.ftl.affinity.com>
Date:Fri, 26 Dec 2003 07:05:45 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Dec 28 10:41:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <272220-502>; Sun, 28 Dec 2003 12:37:56 -0500
Received: from vm209-206.vmlocal.com ([216.21.209.206]) by
ams.ftl.affinity.com with ESMTP id <272365-500>; Sun, 28 Dec 2003 12:36:43
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-206.vmlocal.com with SMTP; 28 Dec 2003 11:36:38 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 230175
From: Mailing Lists <GetMailingListsNow@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Mailing Lists <GetMailingListsNow230175@vmlocal.com>
Subject: Easily reach more consumers.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec28.123643-0500_est.272365-500+46970@ams.ftl.affinity.com>
Date:Sun, 28 Dec 2003 12:36:42 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Feb 03 09:06:14 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <322572-15793>; Tue, 3 Feb 2004 11:56:22 -0500
Received: from vm208-11.adknow-net.com ([216.21.208.11]) by
ams.ftl.affinity.com with ESMTP id <363515-16025>; Tue, 3 Feb 2004 11:54:41
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-11.adknow-net.com with SMTP; 03 Feb 2004 10:53:53 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 357119
From: Make an Impression <MakeAnImpression@adknow-net.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return357119@replies.adknow-net.com
Subject: Tradeshow booths make your presence known.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb3.115441-0500_est.363515-16025+39811@ams.ftl.affinity.com>
Date:Tue, 3 Feb 2004 11:54:40 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Feb 03 09:06:14 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <361048-16017>; Tue, 3 Feb 2004 11:55:56 -0500
Received: from vm208-11.adknow-net.com ([216.21.208.11]) by
ams.ftl.affinity.com with ESMTP id <363428-16025>; Tue, 3 Feb 2004 11:54:39
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-11.adknow-net.com with SMTP; 03 Feb 2004 10:53:53 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 357119
From: Make an Impression <MakeAnImpression@adknow-net.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return357119@replies.adknow-net.com
Subject: Tradeshow booths make your presence known.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb3.115439-0500_est.363428-16025+39810@ams.ftl.affinity.com>
Date:Tue, 3 Feb 2004 11:54:38 -0500
```



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Feb 03 09:06:14 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <360978-16023>; Tue, 3 Feb 2004 11:55:56 -0500
Received: from vm208-11.adknow-net.com ([216.21.208.11]) by
ams.ftl.affinity.com with ESMTP id <363314-16023>; Tue, 3 Feb 2004 11:54:37
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-11.adknow-net.com with SMTP; 03 Feb 2004 10:53:53 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 357119
From: Make an Impression <MakeAnImpression@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return357119@replies.adknow-net.com
Subject: Tradeshow booths make your presence known.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb3.115437-0500_est.363314-16023+39542@ams.ftl.affinity.com>
Date:Tue, 3 Feb 2004 11:54:36 -0500



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Feb 03 09:06:14 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <324830-16018>; Tue, 3 Feb
2004 11:56:22 -0500
Received: from vm208-11.adknow-net.com ([216.21.208.11]) by
ams.ftl.affinity.com with ESMTP id <363708-16017>; Tue, 3 Feb 2004 11:54:43
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-11.adknow-net.com with SMTP; 03 Feb 2004 10:53:53 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 357119
From: Make an Impression <MakeAnImpression@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return357119@replies.adknow-net.com
Subject: Tradeshow booths make your presence known.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb3.115443-0500_est.363708-16017+39982@ams.ftl.affinity.com>
Date:Tue, 3 Feb 2004 11:54:42 -0500
```



**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon May 08 12:59:26 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347610@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 7521 invoked from network); 7 May 2006 15:20:57 -0600
Received: from vm-185-214.vm-mail.com (206.82.185.214)
  by jaycelia.com with SMTP; 7 May 2006 15:20:52 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-214.vm-mail.com with SMTP; 07 May 2006 16:20:51 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 347610
From: Make Money From Home <MakeMoneyFromHome@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347610@vm-rewards.com>
Subject: *****SPAM***** Work from home and earn money
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.9 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        WORK_AT_HOME autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  2.4 WORK_AT_HOME BODY: Information on how to work at home (1)
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5045]
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset


Images not loading? View this offer by visiting this link





---

**HBOMatch.biz, 21250 Hawthorne Blvd Suite 500 Torrance, CA 90503**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon May 08 12:48:56 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter347610@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 20963 invoked from network); 7 May 2006 15:44:27 -0600
Received: from vm-186-148.vm-mail.com (206.82.186.148)
  by omniinnovations.com with SMTP; 7 May 2006 15:44:24 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-148.vm-mail.com with SMTP; 07 May 2006 16:44:03 -0500
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 347610
From: Make Money From Home <MakeMoneyFromHome@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347610@vm-rewards.com>
Subject:  Work from home and earn money
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



HBOMatch.biz, 21250 Hawthorne Blvd Suite 500 Torrance, CA 90503

If you can not see our footer image, please visit here.

```
From ???@??? Sun Mar 19 09:25:24 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340168@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 29984 invoked from network); 18 Mar 2006 18:57:43 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by clrobin.com with SMTP; 18 Mar 2006 18:57:43 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 18 Mar 2006 18:57:21 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 340168
From: Make Money From Home <MakeMoneyFromHome@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340168@vm-rewards.com>
Subject: *****SPAM***** Work from home and earn money
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,WORK_AT_HOME autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  2.4 WORK_AT_HOME BODY: Information on how to work at home (1)
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5108]
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





---



 **HBOMatch.biz, 21250 Hawthorne Blvd Suite 500 Torrance, CA 90503**



**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Mar 19 09:25:24 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340168@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 31296 invoked from network); 18 Mar 2006 18:57:45 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by clrobin.com with SMTP; 18 Mar 2006 18:57:44 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 18 Mar 2006 18:57:21 -0600
X-ClientHost:
11509711010012106409711011610411110121099101110116114097108046099111109
X-MailingID: 340168
From: Make Money From Home <MakeMoneyFromHome@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340168@vm-rewards.com>
Subject: *****SPAM***** Work from home and earn money
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
       HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET,WORK_AT_HOME autolearn=no version=2.63
X-Spam-Report:
       *  1.9 DATE_MISSING Missing Date: header
       *  2.4 WORK_AT_HOME BODY: Information on how to work at home (1)
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.1 HTML_MESSAGE BODY: HTML included in message
       *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
       *      [score: 0.5108]
       *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
       *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





---



 **HBOMatch.biz, 21250 Hawthorne Blvd Suite 500 Torrance, CA 90503**



**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Mar 19 09:25:24 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340168@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 29286 invoked from network); 18 Mar 2006 18:57:42 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by clrobin.com with SMTP; 18 Mar 2006 18:57:37 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 18 Mar 2006 18:57:21 -0600
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 340168
From: Make Money From Home <MakeMoneyFromHome@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340168@vm-rewards.com>
Subject: *****SPAM***** Work from home and earn money
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,WORK_AT_HOME autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  2.4 WORK_AT_HOME BODY: Information on how to work at home (1)
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5108]
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





 **HBOMatch.biz, 21250 Hawthorne Blvd Suite 500 Torrance, CA 90503**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Mar 19 09:25:24 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340168@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 30720 invoked from network); 18 Mar 2006 18:57:44 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by clrobin.com with SMTP; 18 Mar 2006 18:57:44 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 18 Mar 2006 18:57:21 -0600
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710804609911109
X-MailingID: 340168
From: Make Money From Home <MakeMoneyFromHome@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340168@vm-rewards.com>
Subject: *****SPAM***** Work from home and earn money
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
       HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET,WORK_AT_HOME autolearn=no version=2.63
X-Spam-Report:
       *  1.9 DATE_MISSING Missing Date: header
       *  2.4 WORK_AT_HOME BODY: Information on how to work at home (1)
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.1 HTML_MESSAGE BODY: HTML included in message
       *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
       *      [score: 0.5108]
       *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
       *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link






 **HBOMatch.biz, 21250 Hawthorne Blvd Suite 500 Torrance, CA 90503**


**If you can not see our footer image, please visit here.**

From ???@??? Sun Mar 19 09:25:24 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340168@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 31968 invoked from network); 18 Mar 2006 18:57:45 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by clrobin.com with SMTP; 18 Mar 2006 18:57:45 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 18 Mar 2006 18:57:21 -0600
X-ClientHost: 1161060640971101161041111012109910111011611409710804609911109
X-MailingID: 340168
From: Make Money From Home <MakeMoneyFromHome@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340168@vm-rewards.com>
Subject: *****SPAM***** Work from home and earn money
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,WORK_AT_HOME autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  2.4 WORK_AT_HOME BODY: Information on how to work at home (1)
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
      *      [score: 0.5108]
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]


Images not loading? View this offer by visiting this link





 **HBOMatch.biz, 21250 Hawthorne Blvd Suite 500 Torrance, CA 90503**



**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Mar 19 09:24:35 2006
X-Persona: <Celia>
Return-Path: <mailcenter340168@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 9601 invoked from network); 18 Mar 2006 19:54:02 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by rcw19190020.com with SMTP; 18 Mar 2006 19:54:02 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 18 Mar 2006 19:53:49 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 340168
From: Make Money From Home <MakeMoneyFromHome@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340168@vm-rewards.com>
Subject: *****SPAM***** Work from home and earn money
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.8 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_ONLY_02,HTML_MESSAGE,HTML_TAG_BALANCE_BODY,
        HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,WORK_AT_HOME,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        * 1.0 DATE_MISSING Missing Date: header
        * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        * 1.3 WORK_AT_HOME BODY: Information on how to work at home (1)
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.3 HTML_TAG_BALANCE_BODY BODY: HTML has unbalanced "body" tags
        * 0.0 HTML_MESSAGE BODY: HTML included in message
        * 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        * 0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
        * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





 **HBOMatch.biz, 21250 Hawthorne Blvd Suite 500 Torrance, CA 90503**



**If you can not see our footer image, please visit here.**

From ???@??? Sat Mar 18 21:35:22 2006
X-Persona: <Mila>
Return-Path: <mailcenter340168@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Sat, 18 Mar 2006 13:49:36 -0600
From: Make Money From Home <MakeMoneyFromHome@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Work from home and earn money
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***************
X-Spam-Status: Yes, hits=15.8 required=7.0 tests=BAYES_99,BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
       HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET,WORK_AT_HOME autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_441C6450.5E94AD7A"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9967&e=mila@jammtomm.com
  visiting this link URI:http://ogy.cc/farmersuinte/879.gif
  URI:http://ogy.cc/farmersuinte/880.jpg [...]

Content analysis details:   (15.8 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 2.4 WORK_AT_HOME           BODY: Information on how to work at home (1)
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
              [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 2883 invoked from network); 18 Mar 2006 13:49:34 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)

```
    by ehahome.com with SMTP; 18 Mar 2006 13:49:34 -0600
Received: from vm-mail.com (10.0.0.42)
    by pkc-sb03 with SMTP; 18 Mar 2006 13:49:22 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 340168
From: Make Money From Home <MakeMoneyFromHome@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340168@vm-rewards.com>
Subject:  Work from home and earn money
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Work from
home a.htm"
```

```
From ???@??? Sat Mar 18 13:10:11 2006
X-Persona: <RCW>
Return-Path: <mailcenter340168@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 25664 invoked from network); 18 Mar 2006 14:25:16 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by anthonycentral.com with SMTP; 18 Mar 2006 14:25:15 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 18 Mar 2006 14:25:01 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 340168
From: Make Money From Home <MakeMoneyFromHome@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340168@vm-rewards.com>
Subject:  Work from home and earn money
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



HBOMatch.biz, 21250 Hawthorne Blvd Suite 500 Torrance, CA 90503

If you can not see our footer image, please visit here.

```
From ???@??? Sat Mar 18 12:53:24 2006
X-Persona: <Jay>
Return-Path: <mailcenter340168@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 12193 invoked from network); 18 Mar 2006 13:49:53 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by gordonworks.com with SMTP; 18 Mar 2006 13:49:48 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 18 Mar 2006 13:49:32 -0600
X-ClientHost: 1060971210641060971210991011081050970460099111109
X-MailingID: 340168
From: Make Money From Home <MakeMoneyFromHome@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340168@vm-rewards.com>
Subject: *****SPAM***** Work from home and earn money
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *************
X-Spam-Status: Yes, hits=12.0 required=7.0 tests=BAYES_80,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,WORK_AT_HOME autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  2.4 WORK_AT_HOME BODY: Information on how to work at home (1)
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  1.7 BAYES_80 BODY: Bayesian spam probability is 80 to 90%
        *      [score: 0.8965]
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link





 **HBOMatch.biz, 21250 Hawthorne Blvd Suite 500 Torrance, CA 90503**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Mar 18 12:49:46 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter340168@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 29955 invoked from network); 18 Mar 2006 13:47:24 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by clrobin.com with SMTP; 18 Mar 2006 13:47:23 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 18 Mar 2006 13:47:08 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 340168
From: Make Money From Home <MakeMoneyFromHome@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340168@vm-rewards.com>
Subject:  Work from home and earn money
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



HBOMatch.biz, 21250 Hawthorne Blvd Suite 500 Torrance, CA 90503

If you can not see our footer image, please visit here.

From ???@??? Sat Mar 18 12:49:22 2006
X-Persona: <Jon>
Return-Path: <mailcenter340168@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 12162 invoked from network); 18 Mar 2006 13:49:53 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by ehahome.com with SMTP; 18 Mar 2006 13:49:49 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 18 Mar 2006 13:49:33 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 340168
From: Make Money From Home <MakeMoneyFromHome@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340168@vm-rewards.com>
Subject: *****SPAM***** Work from home and earn money
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.8 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_ONLY_02,HTML_MESSAGE,HTML_TAG_BALANCE_BODY,
        HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,WORK_AT_HOME,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        * 1.0 DATE_MISSING Missing Date: header
        * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        * 1.3 WORK_AT_HOME BODY: Information on how to work at home (1)
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.3 HTML_TAG_BALANCE_BODY BODY: HTML has unbalanced "body" tags
        * 0.0 HTML_MESSAGE BODY: HTML included in message
        * 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        * 0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
        * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]


Images not loading? View this offer by visiting this link







**HBOMatch.biz, 21250 Hawthorne Blvd Suite 500 Torrance, CA 90503**

**If you can not see our footer image, please visit here.**

From ???@??? Fri May 12 22:30:18 2006
X-Persona: <Mila>
Return-Path: <mailcenter347610@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sun, 07 May 2006 15:50:41 -0600
From: Make Money From Home <MakeMoneyFromHome@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Work from home and earn money
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **************
X-Spam-Status: Yes, hits=14.3 required=7.0 tests=BAYES_99,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        WORK_AT_HOME autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_445E6BB1.46D35481"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(5443&e=mila@jammtomm.com
  visiting this link URI:http://ogy.cc/farmersuinte/879.gif
  URI:http://ogy.cc/farmersuinte/880.jpg [...]

Content analysis details:   (14.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 2.4 WORK_AT_HOME           BODY: Information on how to work at home (1)
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 29344 invoked from network); 7 May 2006 15:50:38 -0600
Received: from vm-186-120.vm-mail.com (206.82.186.120)
  by jaykaysplace.com with SMTP; 7 May 2006 15:50:38 -0600
Received: from vm-mail.com (10.0.0.42)

```
   by vm-186-120.vm-mail.com with SMTP; 07 May 2006 16:50:32 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 347610
From: Make Money From Home <MakeMoneyFromHome@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347610@vm-rewards.com>
Subject:  Work from home and earn money
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Work from
home a.htm"
```

```
From ???@??? Mon Jan 30 15:52:54 2006
X-Persona: <RCW>
Return-Path: <mailcenter333887@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 1058 invoked from network); 30 Dec 2005 11:44:20 -0600
Received: from vm-181-28.vm-mail.com (206.82.181.28)
  by omniinnovations.com with SMTP; 30 Dec 2005 11:44:20 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-28.vm-mail.com with SMTP; 30 Dec 2005 11:44:05 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 333887
From: Make Your Money Grow <MakeItGrow@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333887@vm-rewards.com>
Subject: Money doesn't grow on trees
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

 26 Red Marketing, LLC, 3549 North University Provo, UT 84604



If you can not see our footer image, please visit here.

From ???@??? Sun Oct 09 18:30:37 2005
X-Persona: <Indi>
Return-Path: <mailcenter330331@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 03 Oct 2005 20:18:18 -0600
From: Management Opportunity <ManagementOpportunity@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Help wanted online.
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4341E66A.CB4D0DE2"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4428&e=indi@jammtomm.com
  URI:http://ogy.cc/layout.jpg
  URI:http://redirect.virtumundo.com/bt?m30331&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 577 invoked from network); 3 Oct 2005 20:18:18 -0600
Received: from vm-181-73.vm-mail.com (206.82.181.73)
  by gordonworks.com with SMTP; 3 Oct 2005 20:18:18 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-73.vm-mail.com with SMTP; 03 Oct 2005 21:18:17 -0500

```
X-ClientHost: 1051101001050641060971091091161111091090460991111109
X-MailingID: 330331
From: Management Opportunity <ManagementOpportunity@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330331@vm-rewards.com>
Subject: Help wanted online.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Help
wanted onli1.htm"
```

From ???@??? Sun Oct 09 18:30:37 2005
X-Persona: <Indi>
Return-Path: <mailcenter330331@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 03 Oct 2005 20:18:18 -0600
From: Management Opportunity <ManagementOpportunity@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Help wanted online.
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4341E66A.CB4D0DE2"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4428&e=indi@jammtomm.com
  URI:http://ogy.cc/layout.jpg
  URI:http://redirect.virtumundo.com/bt?m30331&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 577 invoked from network); 3 Oct 2005 20:18:18 -0600
Received: from vm-181-73.vm-mail.com (206.82.181.73)
  by gordonworks.com with SMTP; 3 Oct 2005 20:18:18 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-73.vm-mail.com with SMTP; 03 Oct 2005 21:18:17 -0500

```
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330331
From: Management Opportunity <ManagementOpportunity@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter  <mailcenter+330331@vm-rewards.com>
Subject: Help wanted online.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Help
wanted onli1.htm"
```

```
From ???@??? Fri Oct 07 10:54:24 2005
X-Persona: <hum>
Return-Path: <mailcenter330331@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 30624 invoked from network); 3 Oct 2005 20:27:00 -0600
Received: from vm-183-251.vm-mail.com (206.82.183.251)
  by jaykaysplace.com with SMTP; 3 Oct 2005 20:27:00 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-251.vm-mail.com with SMTP; 03 Oct 2005 21:27:00 -0500
X-ClientHost: 10411710906410110409710411110910104609911109
X-MailingID: 330331
From: Management Opportunity <ManagementOpportunity@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330331@vm-rewards.com>
Subject: *****SPAM***** Help wanted online.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```





Home Business Connection, 1595 S. MT. Joy Street Elizabethtown, PA 17022

If you can not see our footer image, please visit here.

From ???@??? Mon Sep 26 18:56:53 2005
X-Persona: <Indi>
Return-Path: <mailcenter330058@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 26 Sep 2005 10:14:27 -0600
From: Management Opportunity <ManagementOpportunity@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Help wanted online.
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43381E63.69BEDA70"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4305&e=indi@jammtomm.com
  URI:http://ogy.cc/layout.jpg
  URI:http://redirect.virtumundo.com/bt?m30058&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING              Missing Date: header
 2.8 X_MAIL_ID_PRESENT         Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN    BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE              BODY: HTML included in message
 0.1 MIME_HTML_ONLY            BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02        BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET      RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL               RBL: Received via a relay in Spamhaus Block List
                        [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 7139 invoked from network); 26 Sep 2005 10:14:26 -0600
Received: from vm-177-78.vm-mail.com (206.82.177.78)
  by celiajay.com with SMTP; 26 Sep 2005 10:14:20 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-78.vm-mail.com with SMTP; 26 Sep 2005 16:14:18 +0000

```
X-ClientHost: 10511010010506410609710910911611111091090460991111109
X-MailingID: 330058
From: Management Opportunity <ManagementOpportunity@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330058@vm-rewards.com>
Subject: Help wanted online.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Help
wanted onli.htm"
```

From ???@??? Tue Oct 11 18:15:04 2005
X-Persona: <Indi>
Return-Path: <mailcenter330331@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 03 Oct 2005 20:18:18 -0600
From: Management Opportunity <ManagementOpportunity@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Help wanted online.
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4341E66A.CB4D0DE2"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4428&e=indi@jammtomm.com
  URI:http://ogy.cc/layout.jpg
  URI:http://redirect.virtumundo.com/bt?m30331&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                  [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 577 invoked from network); 3 Oct 2005 20:18:18 -0600
Received: from vm-181-73.vm-mail.com (206.82.181.73)
  by gordonworks.com with SMTP; 3 Oct 2005 20:18:18 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-73.vm-mail.com with SMTP; 03 Oct 2005 21:18:17 -0500

```
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330331
From: Management Opportunity <ManagementOpportunity@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330331@vm-rewards.com>
Subject: Help wanted online.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Help
wanted onli2.htm"
```

From ???@??? Sun Jan 01 19:17:25 2006
X-Persona: <Mila>
Return-Path: <mailcenter333680@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 26 Dec 2005 18:08:46 -0600
From: Market Analysis <MarketAnalysis@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** What's your home worth?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43B0860E.F8EFBB54"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
6301&e=mila@jammtomm.com
  URI:http://ogy.cc/robustdood/index_01.gif
  URI:http://redirect.virtumundo.com/ct?i'6301&e=mila@jammtomm.com [...]

Content analysis details:   (7.8 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 3075 invoked from network); 26 Dec 2005 18:08:44 -0600
Received: from vm-182-59.vm-mail.com (206.82.182.59)
  by chiefmusician.net with SMTP; 26 Dec 2005 18:08:42 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-59.vm-mail.com with SMTP; 26 Dec 2005 18:08:25 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 333680

```
From: Market Analysis <MarketAnalysis@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333680@vm-rewards.com>
Subject: What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM What's
your home2.htm"
```

```
From ???@??? Fri Dec 30 15:12:01 2005
Return-Path: <mailcenter333680@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 2763 invoked from network); 26 Dec 2005 16:38:56 -0600
Received: from vm-180-89.vm-mail.com (206.82.180.89)
  by ehahome.com with SMTP; 26 Dec 2005 16:38:55 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-89.vm-mail.com with SMTP; 26 Dec 2005 16:38:38 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 333680
From: Market Analysis <MarketAnalysis@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333680@vm-rewards.com>
Subject: What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---

EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

        If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 15:12:01 2005
Return-Path: <mailcenter333680@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 6083 invoked from network); 26 Dec 2005 16:39:05 -0600
Received: from vm-180-89.vm-mail.com (206.82.180.89)
   by ehahome.com with SMTP; 26 Dec 2005 16:38:57 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-89.vm-mail.com with SMTP; 26 Dec 2005 16:38:38 -0600
X-ClientHost:
11509711010012106409711011610411110121099101110116114097108046099111109
X-MailingID: 333680
From: Market Analysis <MarketAnalysis@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333680@vm-rewards.com>
Subject: What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

        If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 15:12:01 2005
Return-Path: <mailcenter333680@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 7793 invoked from network); 26 Dec 2005 16:39:08 -0600
Received: from vm-180-89.vm-mail.com (206.82.180.89)
  by ehahome.com with SMTP; 26 Dec 2005 16:39:06 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-89.vm-mail.com with SMTP; 26 Dec 2005 16:38:38 -0600
X-ClientHost: 1161060640971101161041111012109910111011611409710804609911109
X-MailingID: 333680
From: Market Analysis <MarketAnalysis@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333680@vm-rewards.com>
Subject: What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 15:12:00 2005
Return-Path: <mailcenter333680@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 1572 invoked from network); 26 Dec 2005 16:38:53 -0600
Received: from vm-180-89.vm-mail.com (206.82.180.89)
  by ehahome.com with SMTP; 26 Dec 2005 16:38:53 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-89.vm-mail.com with SMTP; 26 Dec 2005 16:38:38 -0600
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 333680
From: Market Analysis <MarketAnalysis@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333680@vm-rewards.com>
Subject: What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 15:11:29 2005
Return-Path: <mailcenter333680@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 935 invoked from network); 26 Dec 2005 16:38:52 -0600
Received: from vm-180-89.vm-mail.com (206.82.180.89)
  by ehahome.com with SMTP; 26 Dec 2005 16:38:52 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-89.vm-mail.com with SMTP; 26 Dec 2005 16:38:38 -0600
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 333680
From: Market Analysis <MarketAnalysis@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333680@vm-rewards.com>
Subject: What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Tue Dec 27 21:21:23 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333680@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 29858 invoked from network); 26 Dec 2005 17:55:25 -0600
Received: from vm-182-123.vm-mail.com (206.82.182.123)
  by chiefmusician.net with SMTP; 26 Dec 2005 17:55:25 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-123.vm-mail.com with SMTP; 26 Dec 2005 17:55:07 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 333680
From: Market Analysis <MarketAnalysis@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333680@vm-rewards.com>
Subject: What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Tue Dec 27 21:20:11 2005
X-Persona: <Celia>
Return-Path: <mailcenter333680@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 11777 invoked from network); 26 Dec 2005 17:09:37 -0600
Received: from vm-181-222.vm-mail.com (206.82.181.222)
   by chiefmusician.net with SMTP; 26 Dec 2005 17:09:37 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-222.vm-mail.com with SMTP; 26 Dec 2005 17:09:26 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 333680
From: Market Analysis <MarketAnalysis@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333680@vm-rewards.com>
Subject: *****SPAM***** What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Tue Dec 27 21:18:37 2005
X-Persona: <Jay>
Return-Path: <mailcenter333680@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 23877 invoked from network); 26 Dec 2005 18:09:25 -0600
Received: from vm-182-180.vm-mail.com (206.82.182.180)
  by jaykaysplace.com with SMTP; 26 Dec 2005 18:09:25 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-180.vm-mail.com with SMTP; 26 Dec 2005 18:09:06 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 333680
From: Market Analysis <MarketAnalysis@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333680@vm-rewards.com>
Subject: *****SPAM***** What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has has X-MailingID header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



**EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104**

**If you can not see our footer image, please** visit here.

```
From ???@??? Tue Dec 27 21:18:16 2005
X-Persona: <Jon>
Return-Path: <mailcenter333680@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 23972 invoked from network); 26 Dec 2005 18:09:25 -0600
Received: from vm-182-186.vm-mail.com (206.82.182.186)
  by celiajay.com with SMTP; 26 Dec 2005 18:09:25 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-186.vm-mail.com with SMTP; 26 Dec 2005 18:09:06 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 333680
From: Market Analysis <MarketAnalysis@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333680@vm-rewards.com>
Subject: *****SPAM***** What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Mon Sep 26 18:51:40 2005
X-Persona: <Indi>
Return-Path: <mailcenter330033@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Sat, 24 Sep 2005 08:20:32 -0600
From: Market Analysis <MarketAnalysis@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** What's your home worth?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433560B0.0882CA47"
```

**Attachments:**

SPAM What's your home1.htm


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4289&e=indi@jammtomm.com
  URI:http://ogy.cc/robustdood/index_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4289&e=indi@jammtomm.com [...]

Content analysis details:   (8.2 points, 7.0 required)

```
 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                        [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


```
Received: (qmail 20678 invoked from network); 24 Sep 2005 08:20:32 -0600
Received: from vm-181-5.vm-mail.com (206.82.181.5)
  by anthonycentral.com with SMTP; 24 Sep 2005 08:20:31 -0600
Received: from vm-mail.com (192.168.3.20)
```

```
    by vm-181-5.vm-mail.com with SMTP; 24 Sep 2005 09:20:32 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330033
From: Market Analysis <MarketAnalysis@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330033@vm-rewards.com>
Subject: What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM What's
your home1.htm"
```

```
From ???@??? Mon Sep 12 10:23:35 2005
X-Persona: <Indi>
Return-Path: <mailcenter329507@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 12 Sep 2005 10:26:32 -0600
From: Market Analysis <MarketAnalysis@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** What's your home worth?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4325AC38.47537F94"
```

**Attachments:**

SPAM What's your home.htm


```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4055&e=indi@jammtomm.com
   URI:http://ogy.cc/robustdood/index_01.gif
   URI:http://redirect.virtumundo.com/ct?i'4055&e=indi@jammtomm.com [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 28608 invoked from network); 12 Sep 2005 10:26:29 -0600
Received: from vm-180-36.vm-mail.com (206.82.180.36)
  by anthonycentral.com with SMTP; 12 Sep 2005 10:26:29 -0600
Received: from vm-mail.com (192.168.3.20)
```

```
  by vm-180-36.vm-mail.com with SMTP; 12 Sep 2005 11:26:27 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 329507
From:  Market Analysis <MarketAnalysis@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329507@vm-rewards.com>
Subject: What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM What's
your home.htm"
```

From ???@??? Mon Jan 30 15:51:20 2006
X-Persona: <RCW>
Return-Path: <mailcenter333680@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 19203 invoked from network); 26 Dec 2005 22:16:21 -0600
Received: from vm-182-30.vm-mail.com (206.82.182.30)
   by jaycelia.com with SMTP; 26 Dec 2005 22:16:18 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-30.vm-mail.com with SMTP; 26 Dec 2005 22:16:04 -0600
X-ClientHost: 1061051090641140991190490570490570480480850048046099111109
X-MailingID: 333680
From: Market Analysis <MarketAnalysis@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333680@vm-rewards.com>
Subject: What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Wed Feb 04 09:08:05 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2720817-3588>; Wed, 4 Feb 2004 11:47:24 -0500
Received: from vm208-44.adknow-net.com ([216.21.208.44]) by
ams.ftl.affinity.com with ESMTP id <2720559-3602>; Wed, 4 Feb 2004 11:46:36
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-44.adknow-net.com with SMTP; 04 Feb 2004 10:46:31 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 357802
From: Marriage Counseling <MarriageCounseling@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return357802@replies.adknow-net.com
Subject: Marriage counseling can make all the difference.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb4.114636-0500_est.2720559-3602+999@ams.ftl.affinity.com>
Date:Wed, 4 Feb 2004 11:46:36 -0500
```



If you would like to refer a friend information regarding this program,
go here. To remove yourself from this program (and stop receiving email messages
from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please
note that the companies listed within this service have not provided
Virtumundo consideration to include their products in this message. Please

mail questions or comments regarding this message to List Member Inquiries,
Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c)
1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Jan 28 11:45:17 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218313-28424>; Wed, 28 Jan 2004 11:54:20 -0500
Received: from vm208-55.adknow-net.com ([216.21.208.55]) by
ams.ftl.affinity.com with ESMTP id <217949-28424>; Wed, 28 Jan 2004 11:52:50
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-55.adknow-net.com with SMTP; 28 Jan 2004 10:52:44 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 352286
From: Massage Therapy <LearnMassageTherapy@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return352286@replies.adknow-net.com
Subject: Massage therapy requires hands on training.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan28.115250-0500_est.217949-28424+3200@ams.ftl.affinity.com>
Date:Wed, 28 Jan 2004 11:52:49 -0500
```



**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Apr 07 12:06:07 2006
Return-Path: <mailcenter341218@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 1440 invoked from network); 31 Mar 2006 07:23:26 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by greatnorthwest-alpha.org with SMTP; 31 Mar 2006 07:23:24 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 31 Mar 2006 07:22:59 -0600
X-ClientHost: 116106064097110116104111101210991011101161140971080460991111109
X-MailingID: 341218
From: Medical Hair Restoration <MedicalHairRestoration@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341218@vm-rewards.com>
Subject: *****SPAM***** Proven medical solution to hair loss
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=DATE_MISSING,HAIR_LOSS,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 3.0 HAIR_LOSS BODY: Cures Baldness
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]


Images not loading? View this offer by visiting this link







**Medical Hair Restoration, 2600 Lake Lucien Drive, Suite 180, Maitland, FL, 32751**



**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 12:06:06 2006
Return-Path: <mailcenter341218@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 24196 invoked from network); 31 Mar 2006 07:23:04 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by greatnorthwest-alpha.org with SMTP; 31 Mar 2006 07:23:01 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 31 Mar 2006 07:22:59 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 341218
From: Medical Hair Restoration <MedicalHairRestoration@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341218@vm-rewards.com>
Subject: *****SPAM***** Proven medical solution to hair loss
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=DATE_MISSING,HAIR_LOSS,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
X-Spam-Report:
      * 1.9 DATE_MISSING Missing Date: header
      * 3.0 HAIR_LOSS BODY: Cures Baldness
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.1 HTML_MESSAGE BODY: HTML included in message
      * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link







**Medical Hair Restoration, 2600 Lake Lucien Drive, Suite 180, Maitland, FL, 32751**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 12:06:06 2006
Return-Path: <mailcenter341218@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 26304 invoked from network); 31 Mar 2006 07:23:10 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by greatnorthwest-alpha.org with SMTP; 31 Mar 2006 07:23:06 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 31 Mar 2006 07:22:59 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 341218
From: Medical Hair Restoration <MedicalHairRestoration@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341218@vm-rewards.com>
Subject: *****SPAM***** Proven medical solution to hair loss
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=DATE_MISSING,HAIR_LOSS,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
X-Spam-Report:
      * 1.9 DATE_MISSING Missing Date: header
      * 3.0 HAIR_LOSS BODY: Cures Baldness
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.1 HTML_MESSAGE BODY: HTML included in message
      * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link







**Medical Hair Restoration, 2600 Lake Lucien Drive, Suite 180, Maitland, FL, 32751**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 12:06:06 2006
Return-Path: <mailcenter341218@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 28513 invoked from network); 31 Mar 2006 07:23:15 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by greatnorthwest-alpha.org with SMTP; 31 Mar 2006 07:23:11 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 31 Mar 2006 07:22:59 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 341218
From: Medical Hair Restoration <MedicalHairRestoration@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341218@vm-rewards.com>
Subject: *****SPAM***** Proven medical solution to hair loss
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=DATE_MISSING,HAIR_LOSS,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 3.0 HAIR_LOSS BODY: Cures Baldness
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link







---



 **Medical Hair Restoration, 2600 Lake Lucien Drive, Suite 180, Maitland, FL, 32751**



**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 02 17:18:00 2006
X-Persona: <Jay>
Return-Path: <mailcenter341218@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 23652 invoked from network); 31 Mar 2006 15:25:09 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by jaycelia.com with SMTP; 31 Mar 2006 15:24:50 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 31 Mar 2006 15:24:47 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 341218
From: Medical Hair Restoration <MedicalHairRestoration@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341218@vm-rewards.com>
Subject: *****SPAM***** Proven medical solution to hair loss
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BAYES_50,DATE_MISSING,
       HAIR_LOSS,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
       autolearn=no version=2.63
X-Spam-Report:
       *  1.9 DATE_MISSING Missing Date: header
       *  3.0 HAIR_LOSS BODY: Cures Baldness
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.1 HTML_MESSAGE BODY: HTML included in message
       *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
       *      [score: 0.5026]
       *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
       *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link







**Medical Hair Restoration, 2600 Lake Lucien Drive, Suite 180, Maitland, FL, 32751**



**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Apr 01 08:53:06 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter341218@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 16388 invoked from network); 31 Mar 2006 15:24:50 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 31 Mar 2006 15:24:49 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 31 Mar 2006 15:24:48 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460099111109
X-MailingID: 341218
From: Medical Hair Restoration <MedicalHairRestoration@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341218@vm-rewards.com>
Subject: *****SPAM***** Proven medical solution to hair loss
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.1 required=7.0 tests=DATE_MISSING,HAIR_LOSS,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.6 HAIR_LOSS BODY: Cures Baldness
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link







**Medical Hair Restoration, 2600 Lake Lucien Drive, Suite 180, Maitland, FL, 32751**

**If you can not see our footer image, please visit here.**

From ???@??? Sat Apr 01 07:24:21 2006
X-Persona: <Mila>
Return-Path: <mailcenter341218@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Fri, 31 Mar 2006 15:28:45 -0600
From: Medical Hair Restoration <MedicalHairRestoration@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Proven medical solution to hair loss
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *************
X-Spam-Status: Yes, hits=13.9 required=7.0 tests=BAYES_99,DATE_MISSING,
        HAIR_LOSS,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_442D9F0D.04ADC7E7"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(0639&e=mila@jammtomm.com
  visiting this link
  URI:http://ogy.cc/cruiserwaights/email_mhr_cruise_6-05_01.gif
  URI:http://ogy.cc/cruiserwaights/email_mhr_cruise_6-05_02.jpg [...]

Content analysis details:   (13.9 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 3.0 HAIR_LOSS              BODY: Cures Baldness
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.0 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
                [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 15300 invoked from network); 31 Mar 2006 15:24:47 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by clrobin.com with SMTP; 31 Mar 2006 15:24:44 -0600

```
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 31 Mar 2006 15:24:25 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 341218
From: Medical Hair Restoration <MedicalHairRestoration@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341218@vm-rewards.com>
Subject: Proven medical solution to hair loss
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Proven
medical s.htm"
```

```
From ???@??? Fri Mar 31 15:22:53 2006
X-Persona: <Celia>
Return-Path: <mailcenter341218@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 23683 invoked from network); 31 Mar 2006 09:03:53 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by itdidnotendright.com with SMTP; 31 Mar 2006 09:03:50 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 31 Mar 2006 09:03:47 -0600
X-ClientHost: 0991011081050970640991011081050971060971121046099111109
X-MailingID: 341218
From: Medical Hair Restoration <MedicalHairRestoration@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341218@vm-rewards.com>
Subject: *****SPAM***** Proven medical solution to hair loss
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.1 required=7.0 tests=DATE_MISSING,HAIR_LOSS,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 0.6 HAIR_LOSS BODY: Cures Baldness
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link







---

 **Medical Hair Restoration, 2600 Lake Lucien Drive, Suite 180, Maitland, FL, 32751**



**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Mar 31 15:22:17 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter341218@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 28192 invoked from network); 31 Mar 2006 15:21:06 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by jaykaysplace.com with SMTP; 31 Mar 2006 15:21:05 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 31 Mar 2006 15:21:03 -0600
X-ClientHost:
10610510906410511610010510011011111610111010010114105103104116046099111109
X-MailingID: 341218
From: Medical Hair Restoration <MedicalHairRestoration@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341218@vm-rewards.com>
Subject: Proven medical solution to hair loss
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link





 **Medical Hair Restoration, 2600 Lake Lucien Drive, Suite 180, Maitland, FL, 32751**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 12:06:07 2006
Return-Path: <mailcenter341218@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 30821 invoked from network); 31 Mar 2006 07:23:19 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by greatnorthwest-alpha.org with SMTP; 31 Mar 2006 07:23:17 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 31 Mar 2006 07:22:59 -0600
X-ClientHost:
1150971101001210640971101161041111012109910111011611409710804609911109
X-MailingID: 341218
From: Medical Hair Restoration <MedicalHairRestoration@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341218@vm-rewards.com>
Subject: *****SPAM***** Proven medical solution to hair loss
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=DATE_MISSING,HAIR_LOSS,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
X-Spam-Report:
      * 1.9 DATE_MISSING Missing Date: header
      * 3.0 HAIR_LOSS BODY: Cures Baldness
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.1 HTML_MESSAGE BODY: HTML included in message
      * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link





**Medical Hair Restoration, 2600 Lake Lucien Drive, Suite 180, Maitland, FL, 32751**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Oct 24 12:51:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213826-1074>; Fri, 24 Oct 2003 14:13:10 -0400
Received: from vl208-39.vmlocal.com ([216.21.208.39]) by ams.ftl.affinity.com
with ESMTP id <217530-1074>; Fri, 24 Oct 2003 14:12:10 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-39.vmlocal.com with SMTP; 24 Oct 2003 13:12:00 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 175117
From: Medical Insurance <MedicalInsuranceSources175117@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Medical Insurance <MedicalInsuranceSources175117@vmlocal.com>
Subject: You can never have too much coverage.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct24.141210-0400_edt.217530-1074+10112@ams.ftl.affinity.com>
Date:Fri, 24 Oct 2003 14:12:10 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Jan 17 18:44:32 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <336467-20701>; Sat, 17 Jan 2004 19:52:09 -0500
Received: from vm208-36.adknow-net.com ([216.21.208.36]) by
ams.ftl.affinity.com with ESMTP id <337695-20701>; Sat, 17 Jan 2004 19:51:13
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-36.adknow-net.com with SMTP; 17 Jan 2004 18:51:09 -0600
X-ClientHost:
1060971091051080970641031111410011111011911111410711504609911109
X-MailingID: 343793
From: Medical Insurance <MedicalInsuranceSources@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return343793@replies.adknow-net.com
Subject: You can never have too much coverage.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan17.195113-0500_est.337695-20701+20671@ams.ftl.affinity.com>
Date:Sat, 17 Jan 2004 19:51:11 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Jan 28 19:22:45 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <215767-10246>; Wed, 28 Jan 2004 20:42:21 -0500
Received: from vm208-44.adknow-net.com ([216.21.208.44]) by
ams.ftl.affinity.com with ESMTP id <217411-10242>; Wed, 28 Jan 2004 20:40:59
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-44.adknow-net.com with SMTP; 28 Jan 2004 19:40:58 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 352900
From: Medical Insurance <MedicalInsuranceSources@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return352900@replies.adknow-net.com
Subject: Do you have enough medical insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan28.204059-0500_est.217411-10242+1769@ams.ftl.affinity.com>
Date:Wed, 28 Jan 2004 20:40:59 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Jan 08 11:45:39 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <215479-1114>; Thu, 8 Jan 2004 13:03:38 -0500
Received: from vm209-195.vmlocal.com ([216.21.209.195]) by
ams.ftl.affinity.com with ESMTP id <215742-1116>; Thu, 8 Jan 2004 13:02:36
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-195.vmlocal.com with SMTP; 08 Jan 2004 12:02:34 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 238105
From: Medical Insurance <MedicalInsuranceSources@vmlocal.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Medical Insurance <MedicalInsuranceSources238105@vmlocal.com>
Subject: Medical insurance helps you take care.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan8.130236-0500_est.215742-1116+11188@ams.ftl.affinity.com>
Date:Thu, 8 Jan 2004 13:02:36 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 30 10:45:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <314486-1023>; Tue, 30 Dec 2003 13:41:30 -0500
Received: from vm209-210.vmlocal.com ([216.21.209.210]) by
ams.ftl.affinity.com with ESMTP id <314457-1024>; Tue, 30 Dec 2003 13:40:09
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-210.vmlocal.com with SMTP; 30 Dec 2003 12:40:06 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 232148
From: Medical Insurance <MedicalInsuranceSources@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Medical Insurance <MedicalInsuranceSources232148@vmlocal.com>
Subject: Medical insurance helps you take care.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec30.134009-0500_est.314457-1024+2258@ams.ftl.affinity.com>
Date:Tue, 30 Dec 2003 13:40:09 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Dec 22 21:09:36 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <3571078-1088>; Mon, 22 Dec 2003 22:42:02 -0500
Received: from vm209-229.vmlocal.com ([216.21.209.229]) by
ams.ftl.affinity.com with ESMTP id <3570232-1087>; Mon, 22 Dec 2003 22:40:58
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-229.vmlocal.com with SMTP; 22 Dec 2003 21:40:54 -0600
X-ClientHost:
106097109105080970641031111410011111011911111410711504609911109
X-MailingID: 224931
From: Medical Insurance <MedicalInsuranceSources@vmlocal.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Medical Insurance <MedicalInsuranceSources224931@vmlocal.com>
Subject: Do you have enough medical insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec22.224058-0500_est.3570232-1087+11388@ams.ftl.affinity.com>
Date:Mon, 22 Dec 2003 22:40:58 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Dec 14 20:45:12 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <221539-5391>; Sun, 14 Dec 2003 20:20:46 -0500
Received: from vm209-224.vmlocal.com ([216.21.209.224]) by
ams.ftl.affinity.com with ESMTP id <221564-5373>; Sun, 14 Dec 2003 20:19:53
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-224.vmlocal.com with SMTP; 14 Dec 2003 19:19:47 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 219027
From: Medical Insurance <MedicalInsuranceSources@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Medical Insurance <MedicalInsuranceSources219027@vmlocal.com>
Subject: Do you have enough medical insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec14.201953-0500_est.221564-5373+9007@ams.ftl.affinity.com>
Date:Sun, 14 Dec 2003 20:19:52 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Dec 05 13:05:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <218173-23415>; Fri, 5 Dec 2003 14:19:57 -0500
Received: from vm208-1.vm06.com ([216.21.208.1]) by ams.ftl.affinity.com with
ESMTP id <218721-23407>; Fri, 5 Dec 2003 14:19:03 -0500
Received: from vmlocal.com (192.168.3.12)
   by vm208-1.vm06.com with SMTP; 05 Dec 2003 13:18:50 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 212305
From: Medical Insurance <MedicalInsuranceSources@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Medical Insurance <MedicalInsuranceSources212305@vmlocal.com>
Subject: Medical insurance helps you take care.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec5.141903-0500_est.218721-23407+43734@ams.ftl.affinity.com>
Date:Fri, 5 Dec 2003 14:18:58 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Jan 24 22:28:24 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <233882-1104>; Sat, 24 Jan 2004 23:05:43 -0500
Received: from vm217-208.vmlocal.com by
ams.ftl.affinity.com with ESMTP id <241792-1103>; Sat, 24 Jan 2004 23:04:46
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm217-208.vmlocal.com with SMTP; 24 Jan 2004 22:04:45 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 240821
From: Medical Insurance <MedicalInsuranceSources@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Medical Insurance <MedicalInsuranceSources240821@vmlocal.com>
Subject: You can never have too much coverage.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan24.230446-0500_est.241792-1103+51999@ams.ftl.affinity.com>
Date:Sat, 24 Jan 2004 23:04:46 -0500
```



**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Apr 11 07:52:40 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter343188@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 6049 invoked from network); 10 Apr 2006 16:59:51 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by jaycelia.com with SMTP; 10 Apr 2006 16:59:50 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 10 Apr 2006 17:59:49 -0500
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111 09
X-MailingID: 343188
From: Meet Black Singles <MeetBlackSingles@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343188@vm-rewards.com>
Subject: *****SPAM***** Make a love connection
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]


Images not loading? View this offer by visiting this link





**Black Singles Connection, 3210 N. Canyon Rd, Suite 200, Provo, Utah 84604**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Apr 10 19:17:44 2006
Return-Path: <mailcenter343188@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 27461 invoked from network); 10 Apr 2006 16:30:57 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by greatnorthwest-alpha.org with SMTP; 10 Apr 2006 16:30:57 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 10 Apr 2006 17:30:50 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 343188
From: Meet Black Singles <MeetBlackSingles@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343188@vm-rewards.com>
Subject: Make a love connection
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=DATE_MISSING,
     HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
     MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
     autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





 **Black Singles Connection, 3210 N. Canyon Rd, Suite 200, Provo, Utah 84604**



**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Apr 10 19:17:44 2006
Return-Path: <mailcenter343188@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 30724 invoked from network); 10 Apr 2006 16:31:02 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by greatnorthwest-alpha.org with SMTP; 10 Apr 2006 16:30:58 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 10 Apr 2006 17:30:50 -0500
X-ClientHost:
11509711010012106409711011610411111012109910111011611409710804609911109
X-MailingID: 343188
From: Meet Black Singles <MeetBlackSingles@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343188@vm-rewards.com>
Subject: Make a love connection
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





**Black Singles Connection, 3210 N. Canyon Rd, Suite 200, Provo, Utah 84604**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Apr 10 19:17:44 2006
Return-Path: <mailcenter343188@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 31589 invoked from network); 10 Apr 2006 16:31:03 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by greatnorthwest-alpha.org with SMTP; 10 Apr 2006 16:31:02 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 10 Apr 2006 17:30:50 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 343188
From: Meet Black Singles <MeetBlackSingles@vm-mail.com>
To: tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343188@vm-rewards.com>
Subject: Make a love connection
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**Black Singles Connection, 3210 N. Canyon Rd, Suite 200, Provo, Utah 84604**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Apr 10 19:17:43 2006
Return-Path: <mailcenter343188@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 23618 invoked from network); 10 Apr 2006 16:30:51 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by greatnorthwest-alpha.org with SMTP; 10 Apr 2006 16:30:51 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 10 Apr 2006 17:30:50 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 343188
From: Meet Black Singles <MeetBlackSingles@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343188@vm-rewards.com>
Subject: Make a love connection
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





 **Black Singles Connection, 3210 N. Canyon Rd, Suite 200, Provo, Utah 84604**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Apr 10 19:17:43 2006
Return-Path: <mailcenter343188@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 24739 invoked from network); 10 Apr 2006 16:30:53 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by greatnorthwest-alpha.org with SMTP; 10 Apr 2006 16:30:52 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 10 Apr 2006 17:30:50 -0500
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 343188
From: Meet Black Singles <MeetBlackSingles@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343188@vm-rewards.com>
Subject: Make a love connection
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





 **Black Singles Connection, 3210 N. Canyon Rd, Suite 200, Provo, Utah 84604**



**If you can not see our footer image, please visit here.**

From ???@??? Wed Apr 12 07:36:22 2006
X-Persona: <Mila>
Return-Path: <mailcenter343188@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Mon, 10 Apr 2006 16:59:44 -0600
From: Meet Black Singles <MeetBlackSingles@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Make a love connection
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.1 required=7.0 tests=BAYES_99,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
       autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_443AE360.D136CD1E"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(1965&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(1965&e=mila@jammtomm.com
  URI:http://ogy.cc/signels100101/email1_01.gif [...]

Content analysis details:   (11.1 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
                [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 31298 invoked from network); 10 Apr 2006 16:59:41 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by gordonworks.com with SMTP; 10 Apr 2006 16:59:40 -0600
Received: from vm-mail.com (10.0.0.42)

```
  by pkc-sb01 with SMTP; 10 Apr 2006 17:59:38 -0500
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 343188
From: Meet Black Singles <MeetBlackSingles@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343188@vm-rewards.com>
Subject: Make a love connection
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Make a
love conn.htm"
```

From ???@??? Mon Feb 06 06:48:45 2006
X-Persona: <Mila>
Return-Path: <mailcenter336168@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 16225 invoked from network); 24 Jan 2006 21:22:44 -0600
Received: from vm-182-119.vm-mail.com (206.82.182.119)
   by ehahome.com with SMTP; 24 Jan 2006 21:22:44 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-119.vm-mail.com with SMTP; 24 Jan 2006 21:22:42 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 336168
From: Meet Your Match <MeetYourMatch@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336168@vm-rewards.com>
Subject: Meet African-American singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63


Images not loading? View this offer by visiting this link



**Black Singles Connection, 3210 N. Canyon Rd, Suite 200, Provo, Utah 84604**

**If you can not see our footer image, please visit here.**

From ???@??? Sun Feb 05 21:00:48 2006
X-Persona: <Mila>
Return-Path: <mailcenter336168@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 16225 invoked from network); 24 Jan 2006 21:22:44 -0600
Received: from vm-182-119.vm-mail.com (206.82.182.119)
   by ehahome.com with SMTP; 24 Jan 2006 21:22:44 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-119.vm-mail.com with SMTP; 24 Jan 2006 21:22:42 -0600
X-ClientHost: 10910510809706410609710910911611111091090460991111109
X-MailingID: 336168
From: Meet Your Match <MeetYourMatch@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336168@vm-rewards.com>
Subject: Meet African-American singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63


Images not loading? View this offer by visiting this link





**Black Singles Connection, 3210 N. Canyon Rd, Suite 200, Provo, Utah 84604**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 30 16:06:27 2006
X-Persona: <RCW>
Return-Path: <mailcenter336168@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 2020 invoked from network); 24 Jan 2006 22:02:49 -0600
Received: from vm-182-43.vm-mail.com (206.82.182.43)
  by jaycelia.com with SMTP; 24 Jan 2006 22:02:48 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-43.vm-mail.com with SMTP; 24 Jan 2006 22:02:47 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 336168
From: Meet Your Match <MeetYourMatch@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336168@vm-rewards.com>
Subject: Meet African-American singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



Black Singles Connection, 3210 N. Canyon Rd, Suite 200, Provo, Utah 84604

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 09:18:17 2006
X-Persona: <Jay>
Return-Path: <mailcenter336168@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 20256 invoked from network); 24 Jan 2006 21:22:50 -0600
Received: from vm-182-82.vm-mail.com (206.82.182.82)
  by gnwalpha.org with SMTP; 24 Jan 2006 21:22:50 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-82.vm-mail.com with SMTP; 24 Jan 2006 21:22:49 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 336168
From: Meet Your Match <MeetYourMatch@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336168@vm-rewards.com>
Subject: Meet African-American singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link





**Black Singles Connection, 3210 N. Canyon Rd, Suite 200, Provo, Utah 84604**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 30 09:00:16 2006
X-Persona: <Jay>
Return-Path: <mailcenter336168@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 20256 invoked from network); 24 Jan 2006 21:22:50 -0600
Received: from vm-182-82.vm-mail.com (206.82.182.82)
  by gnwalpha.org with SMTP; 24 Jan 2006 21:22:50 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-82.vm-mail.com with SMTP; 24 Jan 2006 21:22:49 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 336168
From: Meet Your Match <MeetYourMatch@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336168@vm-rewards.com>
Subject: Meet African-American singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link





**Black Singles Connection, 3210 N. Canyon Rd, Suite 200, Provo, Utah 84604**

If you can not see our footer image, please visit here.

```
From ???@??? Thu Jan 26 11:14:47 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter336168@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 32033 invoked from network); 24 Jan 2006 21:21:17 -0600
Received: from vm-182-41.vm-mail.com (206.82.182.41)
  by itdidnotendright.com with SMTP; 24 Jan 2006 21:21:17 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-41.vm-mail.com with SMTP; 24 Jan 2006 21:21:16 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 336168
From: Meet Your Match <MeetYourMatch@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336168@vm-rewards.com>
Subject: Meet African-American singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link





Black Singles Connection, 3210 N. Canyon Rd, Suite 200, Provo, Utah 84604

If you can not see our footer image, please visit here.

```
From ???@??? Wed Jan 25 17:21:29 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter336168@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 22276 invoked from network); 24 Jan 2006 21:22:51 -0600
Received: from vm-182-126.vm-mail.com (206.82.182.126)
  by chiefmusician.net with SMTP; 24 Jan 2006 21:22:51 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-126.vm-mail.com with SMTP; 24 Jan 2006 21:22:50 -0600
X-ClientHost: 10611111006410609712110709712111511212108097099101046099111109
X-MailingID: 336168
From: Meet Your Match <MeetYourMatch@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336168@vm-rewards.com>
Subject: Meet African-American singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



**Black Singles Connection, 3210 N. Canyon Rd, Suite 200, Provo, Utah 84604**

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 24 21:42:13 2006
Return-Path: <mailcenter336168@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 32451 invoked from network); 24 Jan 2006 21:19:06 -0600
Received: from vm-181-20.vm-mail.com (206.82.181.20)
   by jammtomm.com with SMTP; 24 Jan 2006 21:19:06 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-20.vm-mail.com with SMTP; 24 Jan 2006 21:19:02 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 336168
From: Meet Your Match <MeetYourMatch@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336168@vm-rewards.com>
Subject: Meet African-American singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





**Black Singles Connection, 3210 N. Canyon Rd, Suite 200, Provo, Utah 84604**

**If you can not see our footer image, please visit here.**

From ???@??? Tue Jan 24 21:42:13 2006
Return-Path: <mailcenter336168@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 1153 invoked from network); 24 Jan 2006 21:19:07 -0600
Received: from vm-181-20.vm-mail.com (206.82.181.20)
    by jammtomm.com with SMTP; 24 Jan 2006 21:19:06 -0600
Received: from vm-mail.com (192.168.3.20)
    by vm-181-20.vm-mail.com with SMTP; 24 Jan 2006 21:19:02 -0600
X-ClientHost: 11610606409711011610411110121099101110116114097108046099111109
X-MailingID: 336168
From: Meet Your Match <MeetYourMatch@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336168@vm-rewards.com>
Subject: Meet African-American singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63

Images not loading? View this offer by visiting this link



**Black Singles Connection, 3210 N. Canyon Rd, Suite 200, Provo, Utah 84604**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Jan 24 21:42:00 2006
Return-Path: <mailcenter336168@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 31813 invoked from network); 24 Jan 2006 21:19:05 -0600
Received: from vm-181-20.vm-mail.com (206.82.181.20)
  by jammtomm.com with SMTP; 24 Jan 2006 21:19:05 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-20.vm-mail.com with SMTP; 24 Jan 2006 21:19:02 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 336168
From: Meet Your Match <MeetYourMatch@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336168@vm-rewards.com>
Subject: Meet African-American singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**Black Singles Connection, 3210 N. Canyon Rd, Suite 200, Provo, Utah 84604**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Jan 24 21:42:00 2006
Return-Path: <mailcenter336168@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 31202 invoked from network); 24 Jan 2006 21:19:04 -0600
Received: from vm-181-20.vm-mail.com (206.82.181.20)
  by jammtomm.com with SMTP; 24 Jan 2006 21:19:04 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-20.vm-mail.com with SMTP; 24 Jan 2006 21:19:02 -0600
X-ClientHost:
0991041170991070640971101161041111012109910111011611409710804609911109
X-MailingID: 336168
From: Meet Your Match <MeetYourMatch@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336168@vm-rewards.com>
Subject: Meet African-American singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**Black Singles Connection, 3210 N. Canyon Rd, Suite 200, Provo, Utah 84604**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Jan 24 21:41:59 2006
Return-Path: <mailcenter336168@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 30594 invoked from network); 24 Jan 2006 21:19:04 -0600
Received: from vm-181-20.vm-mail.com (206.82.181.20)
  by jammtomm.com with SMTP; 24 Jan 2006 21:19:04 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-20.vm-mail.com with SMTP; 24 Jan 2006 21:19:02 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 336168
From: Meet Your Match <MeetYourMatch@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336168@vm-rewards.com>
Subject: Meet African-American singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**Black Singles Connection, 3210 N. Canyon Rd, Suite 200, Provo, Utah 84604**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 06 06:59:32 2006
X-Persona: <Mila>
Return-Path: <mailcenter336168@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 16225 invoked from network); 24 Jan 2006 21:22:44 -0600
Received: from vm-182-119.vm-mail.com (206.82.182.119)
  by ehahome.com with SMTP; 24 Jan 2006 21:22:44 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-119.vm-mail.com with SMTP; 24 Jan 2006 21:22:42 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 336168
From: Meet Your Match <MeetYourMatch@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336168@vm-rewards.com>
Subject: Meet African-American singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



**Black Singles Connection, 3210 N. Canyon Rd, Suite 200, Provo, Utah 84604**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Sep 30 16:48:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <1251467-27389>; Tue, 30 Sep 2003 19:36:42 -0400
Received: from vm140.vmadmin.com ([216.64.222.140]) by ams.ftl.affinity.com
with ESMTP id <240197-27395>; Tue, 30 Sep 2003 18:13:15 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm140.vmadmin.com with SMTP; 30 Sep 2003 17:13:09 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 148686
From: Mfg Sealants <RustProtectionForYourCar148686@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Mfg Sealants <RustProtectionForYourCar148686@replies.virtumundo.com>
Subject: State of the Art Rust Protection
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep30.181315-0400_edt.240197-27395+41333@ams.ftl.affinity.com>
Date:Tue, 30 Sep 2003 18:13:15 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://www.virtumundo.com) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, visit http://www.virtumundo.com/unsub or click here. To read Virtumundo's privacy policy, visit Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Oct 22 16:20:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216764-849>; Wed, 22 Oct 2003 17:24:09 -0400
Received: from vm148.vmadmin.com ([216.64.222.148]) by ams.ftl.affinity.com
with ESMTP id <218995-838>; Wed, 22 Oct 2003 16:54:50 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm148.vmadmin.com with SMTP; 22 Oct 2003 15:53:58 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 171764
From: Microscopic Discoveries <MicroscopicDiscoveries171764@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Microscopic Discoveries
<MicroscopicDiscoveries171764@replies.virtumundo.com>
Subject: Discover the world you can't see.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct22.165450-0400_edt.218995-838+9626@ams.ftl.affinity.com>
Date:Wed, 22 Oct 2003 16:54:50 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Oct 22 16:20:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <216759-842>; Wed, 22 Oct 2003 17:24:09 -0400
Received: from vm148.vmadmin.com ([216.64.222.148]) by ams.ftl.affinity.com
with ESMTP id <213302-842>; Wed, 22 Oct 2003 16:54:50 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm148.vmadmin.com with SMTP; 22 Oct 2003 15:53:58 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 171764
From: Microscopic Discoveries <MicroscopicDiscoveries171764@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Microscopic Discoveries
<MicroscopicDiscoveries171764@replies.virtumundo.com>
Subject: Discover the world you can't see.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct22.165450-0400_edt.213302-842+9140@ams.ftl.affinity.com>
Date:Wed, 22 Oct 2003 16:54:49 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Oct 22 16:20:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216757-849>; Wed, 22 Oct 2003 17:24:09 -0400
Received: from vm148.vmadmin.com ([216.64.222.148]) by ams.ftl.affinity.com
with ESMTP id <219277-838>; Wed, 22 Oct 2003 16:54:48 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm148.vmadmin.com with SMTP; 22 Oct 2003 15:53:58 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 171764
From: Microscopic Discoveries <MicroscopicDiscoveries171764@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Microscopic Discoveries
<MicroscopicDiscoveries171764@replies.virtumundo.com>
Subject: Discover the world you can't see.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct22.165448-0400_edt.219277-838+9624@ams.ftl.affinity.com>
Date:Wed, 22 Oct 2003 16:54:47 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Oct 22 16:20:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <216792-849>; Wed, 22 Oct 2003
17:24:09 -0400
Received: from vm148.vmadmin.com ([216.64.222.148]) by ams.ftl.affinity.com
with ESMTP id <219553-850>; Wed, 22 Oct 2003 16:54:51 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm148.vmadmin.com with SMTP; 22 Oct 2003 15:53:58 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 171764
From: Microscopic Discoveries <MicroscopicDiscoveries171764@vmadmin.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Microscopic Discoveries
<MicroscopicDiscoveries171764@replies.virtumundo.com>
Subject: Discover the world you can't see.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct22.165451-0400_edt.219553-850+9182@ams.ftl.affinity.com>
Date:Wed, 22 Oct 2003 16:54:51 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Aug 21 00:05:16 2006
X-Persona: <2nd User>
Return-Path: <mailcenter360676@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 31395 invoked from network); 20 Aug 2006 16:03:59 -0600
Received: from static-vmg-187-85.vm-mail.com (HELO vm-187-85.vm-mail.com)
(206.82.187.85)
  by itdidnotendright.com with SMTP; 20 Aug 2006 16:03:56 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-85.vm-mail.com with SMTP; 20 Aug 2006 17:03:53 -0500
X-ClientHost: 1161111091091210641060971091091161111091090460991111109
X-MailingID: 360676
From: Mighty Bids <MightyBids@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+360676@vm-rewards.com>
Subject: Ebay alternative - No listing fees
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.1 required=7.0 tests=DATE_MISSING,HTML_40_50,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63


Images not loading? View this offer by visiting this link




.


This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Mighty Bids Auctions Inc. 225 Hymus Blvd. #3 Pointe-Claire, QC H943G4

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

From ???@??? Sat Sep 09 12:51:23 2006
X-Persona: <2nd User>
Return-Path: <mailcenter362168@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 9573 invoked from network); 1 Sep 2006 14:51:30 -0600
Received: from static-vmg-185-93.vm-mail.com (HELO vm-185-93.vm-mail.com)
(206.82.185.93)
  by xj4x4.net with SMTP; 1 Sep 2006 14:51:28 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-93.vm-mail.com with SMTP; 01 Sep 2006 15:51:27 -0500
X-ClientHost: 11611110910912106410609710910911611110910904609911109
X-MailingID: 362168
From: Mighty Bids <MightyBids@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+362168@vm-rewards.com>
Subject: Ebay alternative - No listing fees
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.1 required=7.0 tests=DATE_MISSING,HTML_40_50,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63


Images not loading? View this offer by visiting this link




.



This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Mighty Bids Auctions Inc. 225 Hymus Blvd. #3 Pointe-Claire, QC H943G4

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Sun Oct 05 08:34:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <229928-8577>; Sun, 5 Oct 2003 06:33:26 -0400
Received: from vm132.vmadmin.com ([216.64.222.132]) by ams.ftl.affinity.com
with ESMTP id <230045-8591>; Sun, 5 Oct 2003 06:32:23 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm132.vmadmin.com with SMTP; 05 Oct 2003 05:32:10 -0500
X-ClientHost: 102097121101064103111114100111101191111141071150460991111 09
X-MailingID: 153047
From: Military Loan <MilitaryLoanCenters153047@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+153047@virtumundo.com>
Subject: Loan services for the armed services.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct5.063223-0400_edt.230045-8591+10417@ams.ftl.affinity.com>
Date:Sun, 5 Oct 2003 06:32:22 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Jan 19 16:54:49 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220099-10363>; Mon, 19 Jan 2004 19:32:16 -0500
Received: from vm208-16.adknow-net.com ([216.21.208.16]) by
ams.ftl.affinity.com with ESMTP id <220249-10363>; Mon, 19 Jan 2004 19:30:53
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-16.adknow-net.com with SMTP; 19 Jan 2004 18:30:48 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 344561
From: Military Loan <MilitaryLoanCenters@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return344561@replies.adknow-net.com
Subject: When the armed services need loan services.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan19.193053-0500_est.220249-10363+70610@ams.ftl.affinity.com>
Date:Mon, 19 Jan 2004 19:30:52 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Jan 18 07:40:01 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2374018-1882>; Sun, 18 Jan 2004 10:06:45 -0500
Received: from vm208-43.adknow-net.com ([216.21.208.43]) by
ams.ftl.affinity.com with ESMTP id <2371101-1881>; Sun, 18 Jan 2004 10:05:51
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-43.adknow-net.com with SMTP; 18 Jan 2004 09:05:48 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 344085
From: Military Loan <MilitaryLoanCenters@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return344085@replies.adknow-net.com
Subject: In the armed service? Need a loan?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan18.100551-0500_est.2371101-1881+55221@ams.ftl.affinity.com>
Date:Sun, 18 Jan 2004 10:05:50 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 13 10:31:13 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217848-1228>; Tue, 13 Jan 2004 12:39:32 -0500
Received: from vm208-78.adknow-net.com ([216.21.208.78]) by
ams.ftl.affinity.com with ESMTP id <218056-1237>; Tue, 13 Jan 2004 12:38:36
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-78.adknow-net.com with SMTP; 13 Jan 2004 11:38:32 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 340435
From: Military Loan <MilitaryLoanCenters@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return340435@replies.adknow-net.com
Subject: When the armed services need loan services.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan13.123836-0500_est.218056-1237+6635@ams.ftl.affinity.com>
Date:Tue, 13 Jan 2004 12:38:34 -0500
```



**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Jan 22 19:00:20 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <327848-29302>; Thu, 22 Jan 2004 20:07:12 -0500
Received: from vm208-78.adknow-net.com ([216.21.208.78]) by
ams.ftl.affinity.com with ESMTP id <330335-29301>; Thu, 22 Jan 2004 20:05:42
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-78.adknow-net.com with SMTP; 22 Jan 2004 19:05:40 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 346887
From: Military Loan <MilitaryLoanCenters@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return346887@replies.adknow-net.com
Subject: Get information about a military loan today.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan22.200542-0500_est.330335-29301+10244@ams.ftl.affinity.com>
Date:Thu, 22 Jan 2004 20:05:41 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Jan 03 11:06:33 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <262943-11037>; Sat, 3 Jan 2004 12:27:40 -0500
Received: from vm209-205.vmlocal.com ([216.21.209.205]) by
ams.ftl.affinity.com with ESMTP id <263162-11037>; Sat, 3 Jan 2004 12:26:51
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-205.vmlocal.com with SMTP; 03 Jan 2004 11:26:40 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 235056
From: Military Loan <MilitaryLoanCenters@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Military Loan <MilitaryLoanCenters235056@vmlocal.com>
Subject: Get information about a military loan today.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan3.122651-0500_est.263162-11037+53951@ams.ftl.affinity.com>
Date:Sat, 3 Jan 2004 12:26:51 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Sep 20 16:39:00 2005
X-Persona: <Indi>
Return-Path: <mailcenter329783@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sun, 18 Sep 2005 07:44:54 -0600
From: Millionaire Code <MillionaireCode@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Crack this code and become the next...
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_432D6F56.A47D2FD9"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4189&e=indi@jammtomm.com
  URI:http://ogy.cc/authentic.gif
  URI:http://redirect.virtumundo.com/bt?m29783&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                   [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 28680 invoked from network); 18 Sep 2005 07:44:53 -0600
Received: from vm-183-152.vm-mail.com (206.82.183.152)
  by jaykaysplace.com with SMTP; 18 Sep 2005 07:44:53 -0600
Received: from vm-mail.com (192.168.3.20)
```

```
   by vm-183-152.vm-mail.com with SMTP; 18 Sep 2005 08:44:53 -0500
X-ClientHost: 10511010010506410609710910911611110910904609911109
X-MailingID: 329783
From: Millionaire Code <MillionaireCode@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329783@vm-rewards.com>
Subject: Crack this code and become the next...
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Crack this
code .htm"
```

```
From ???@??? Mon Sep 26 18:54:02 2005
X-Persona: <Indi>
Return-Path: <mailcenter330045@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sun, 25 Sep 2005 08:12:13 -0600
From: Millionaire Code <MillionaireCode@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Crack this code and become the next...
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4336B03D.76A52DB3"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4296&e=indi@jammtomm.com
  URI:http://ogy.cc/authentic.gif
  URI:http://redirect.virtumundo.com/bt?m30045&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.3 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN   BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 0.1 HTML_70_80               BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL              RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 26308 invoked from network); 25 Sep 2005 08:12:10 -0600
Received: from vm-180-129.vm-mail.com (206.82.180.129)
  by gordonworks.com with SMTP; 25 Sep 2005 08:12:10 -0600
Received: from vm-mail.com (192.168.3.20)
```

```
  by vm-180-129.vm-mail.com with SMTP; 25 Sep 2005 09:12:10 -0500
X-ClientHost: 10511010010506410609710910911611110910904609911109
X-MailingID: 330045
From: Millionaire Code <MillionaireCode@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330045@vm-rewards.com>
Subject: Crack this code and become the next...
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Crack this
code 1.htm"
```

```
From ???@??? Tue Feb 07 17:56:20 2006
Return-Path: <mailcenter336870@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 19616 invoked from network); 1 Feb 2006 11:25:35 -0600
Received: from vm-180-154.vm-mail.com (206.82.180.154)
  by jaycelia.com with SMTP; 1 Feb 2006 11:25:35 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-154.vm-mail.com with SMTP; 01 Feb 2006 11:25:20 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 336870
From: Mingle With Singles  <MingleWithSingles@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336870@vm-rewards.com>
Subject: Looking for love on Valentine's Day
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Christian Mingles, 3210 N Canyon Rd, Suite 200, Provo, UT 84604

If you can not see our footer image, please visit here.

From ???@??? Tue Nov 04 23:06:39 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219813-1084>; Wed, 5 Nov 2003 00:27:15 -0500
Received: from vm134.vmadmin.com ([216.64.222.134]) by ams.ftl.affinity.com
with ESMTP id <216722-1084>; Tue, 4 Nov 2003 22:58:17 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm134.vmadmin.com with SMTP; 04 Nov 2003 21:57:41 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 189583
From: Mission Furniture <MissionFurniture189583@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Mission Furniture <MissionFurniture189583@replies.virtumundo.com>
Subject: Mission style furniture. Form, function and slats.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov4.225817-0500_est.216722-1084+2728@ams.ftl.affinity.com>
Date:Tue, 4 Nov 2003 22:58:16 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you**

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Jun 21 13:01:06 2006
X-Persona: <Jay>
Return-Path: <mailcenter353114@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 25953 invoked from network); 20 Jun 2006 10:35:14 -0600
Received: from vm-181-209.vm-mail.com (206.82.181.209)
  by anthonycentral.com with SMTP; 20 Jun 2006 10:35:09 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-209.vm-mail.com with SMTP; 20 Jun 2006 11:35:05 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 353114
From: MLB Hitting Coach <MLBHittingCoach@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+353114@vm-rewards.com>
Subject: *****SPAM***** Improve your softball and baseball hitting skills!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.1 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_DYNABLOCK,RCVD_IN_SBL,RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  1.1 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
      *      [score: 0.5010]
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
      *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
      *      [206.82.181.209 listed in dnsbl.sorbs.net]
      *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
      *      [206.82.181.209 listed in dnsbl.sorbs.net]


Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions
or comments about this advertisement to:

Hitting 12534 Valley View St., #245 Garden Grove , CA 92845

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products
and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Sun Jun 25 11:11:31 2006
Return-Path: <mailcenter353114@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 25953 invoked from network); 20 Jun 2006 10:35:14 -0600
Received: from vm-181-209.vm-mail.com (206.82.181.209)
  by anthonycentral.com with SMTP; 20 Jun 2006 10:35:09 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-209.vm-mail.com with SMTP; 20 Jun 2006 11:35:05 -0500
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 353114
From: MLB Hitting Coach <MLBHittingCoach@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+353114@vm-rewards.com>
Subject: *****SPAM***** Improve your softball and baseball hitting skills!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.1 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_DYNABLOCK,RCVD_IN_SBL,RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  1.1 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *       [score: 0.5010]
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *       [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *       [206.82.181.209 listed in dnsbl.sorbs.net]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *       [206.82.181.209 listed in dnsbl.sorbs.net]


Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions
or comments about this advertisement to:

Hitting 12534 Valley View St., #245 Garden Grove , CA 92845

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products
and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Wed Feb 04 23:29:04 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2715130-3599>; Thu, 5 Feb 2004 02:13:53 -0500
Received: from vm094.vmadmin.com ([216.64.222.94]) by ams.ftl.affinity.com
with ESMTP id <2736060-3601>; Thu, 5 Feb 2004 02:12:38 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm094.vmadmin.com with SMTP; 05 Feb 2004 01:12:37 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 241229
From: MLP <LenderPlusOffice@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MLP <LenderPlusOffice241229@replies.virtumundo.com>
Subject: Get cash for any reason
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb5.021238-0500_est.2736060-3601+12377@ams.ftl.affinity.com>
Date:Thu, 5 Feb 2004 02:12:38 -0500
```



**MortgageLendersPlus.com - 2033B San Elijo Ave, #331 - San Diego, Ca 92007**

MortgageLendersPlus.com 2033B San Elijo Ave, #331 San Diego, Ca 92007

```
From ???@??? Wed Feb 04 23:29:04 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2725765-3599>; Thu, 5 Feb 2004 02:13:53 -0500
Received: from vm094.vmadmin.com ([216.64.222.94]) by ams.ftl.affinity.com
with ESMTP id <2733132-3602>; Thu, 5 Feb 2004 02:12:38 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm094.vmadmin.com with SMTP; 05 Feb 2004 01:12:37 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 241229
From: MLP <LenderPlusOffice@vmadmin.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MLP <LenderPlusOffice241229@replies.virtumundo.com>
Subject: Get cash for any reason
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb5.021238-0500_est.2733132-3602+11965@ams.ftl.affinity.com>
Date:Thu, 5 Feb 2004 02:12:38 -0500
```



**MortgageLendersPlus.com - 2033B San Elijo Ave, #331 - San Diego, Ca 92007**

MortgageLendersPlus.com 2033B San Elijo Ave, #331 San Diego, Ca 92007

```
From ???@??? Wed Feb 04 23:29:04 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2725632-3602>; Thu, 5 Feb 2004 02:13:53 -0500
Received: from vm094.vmadmin.com ([216.64.222.94]) by ams.ftl.affinity.com
with ESMTP id <2736090-3598>; Thu, 5 Feb 2004 02:12:39 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm094.vmadmin.com with SMTP; 05 Feb 2004 01:12:37 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 241229
From: MLP <LenderPlusOffice@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MLP <LenderPlusOffice241229@replies.virtumundo.com>
Subject: Get cash for any reason
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb5.021239-0500_est.2736090-3598+12028@ams.ftl.affinity.com>
Date:Thu, 5 Feb 2004 02:12:38 -0500
```



**MortgageLendersPlus.com - 2033B San Elijo Ave, #331 - San Diego, Ca 92007**

MortgageLendersPlus.com 2033B San Elijo Ave, #331 San Diego, Ca 92007

```
From ???@??? Thu Jan 29 14:47:51 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <228744-10066>; Thu, 29 Jan 2004 16:29:50 -0500
Received: from vm107.vmadmin.com ([216.64.222.107]) by ams.ftl.affinity.com
with ESMTP id <230354-10066>; Thu, 29 Jan 2004 16:29:14 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm107.vmadmin.com with SMTP; 29 Jan 2004 15:29:08 -0600
X-ClientHost: 1060971210641031111410011110119111114107115046099111109
X-MailingID: 241091
From: MLP <LenderPlusOffice@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MLP <LenderPlusOffice241091@replies.virtumundo.com>
Subject: Get cash for any reason
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan29.162914-0500_est.230354-10066+34805@ams.ftl.affinity.com>
Date:Thu, 29 Jan 2004 16:29:14 -0500
```



**MortgageLendersPlus.com - 2033B San Elijo Ave, #331 - San Diego, Ca 92007**

Mortgage Lender Plus 2033b San Elijo Ave., 331 San Diego, CA 92007

```
From ???@??? Thu Jan 29 14:47:51 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <227235-10068>; Thu, 29 Jan 2004 16:29:50 -0500
Received: from vm107.vmadmin.com ([216.64.222.107]) by ams.ftl.affinity.com
with ESMTP id <217605-10071>; Thu, 29 Jan 2004 16:29:14 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm107.vmadmin.com with SMTP; 29 Jan 2004 15:29:08 -0600
X-ClientHost:
10609710910510809706410311111410011110191111114107115046099111109
X-MailingID: 241091
From: MLP <LenderPlusOffice@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MLP <LenderPlusOffice241091@replies.virtumundo.com>
Subject: Get cash for any reason
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan29.162914-0500_est.217605-10071+34757@ams.ftl.affinity.com>
Date:Thu, 29 Jan 2004 16:29:13 -0500
```



**MortgageLendersPlus.com - 2033B San Elijo Ave, #331 - San Diego, Ca 92007**

Mortgage Lender Plus 2033b San Elijo Ave., 331 San Diego, CA 92007

```
From ???@??? Thu Jan 29 14:47:51 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <228729-10066>; Thu, 29 Jan 2004 16:29:50 -0500
Received: from vm107.vmadmin.com by ams.ftl.affinity.com
with ESMTP id <230355-10066>; Thu, 29 Jan 2004 16:29:13 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm107.vmadmin.com with SMTP; 29 Jan 2004 15:29:08 -0600
X-ClientHost: 102097121101064103111141001111011911111410711504609911109
X-MailingID: 241091
From: MLP <LenderPlusOffice@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MLP <LenderPlusOffice241091@replies.virtumundo.com>
Subject: Get cash for any reason
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan29.162913-0500_est.230355-10066+34802@ams.ftl.affinity.com>
Date:Thu, 29 Jan 2004 16:29:12 -0500
```



**MortgageLendersPlus.com - 2033B San Elijo Ave, #331 - San Diego, Ca 92007**

Mortgage Lender Plus 2033b San Elijo Ave., 331 San Diego, CA 92007

```
From ???@??? Wed Jan 21 14:59:13 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3579705-21213>; Wed, 21 Jan 2004 17:02:23 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com
with ESMTP id <3567942-21217>; Wed, 21 Jan 2004 17:01:27 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 21 Jan 2004 16:01:24 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 240374
From: MLP <LenderPlusOffice@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MLP <LenderPlusOffice240374@replies.virtumundo.com>
Subject: Get approved today?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan21.170127-0500_est.3567942-21217+77198@ams.ftl.affinity.com>
Date:Wed, 21 Jan 2004 17:01:27 -0500
```



---

 LSM 625 W 3500 S, Suite A-500 Salt Lake City, UT 84123



```
From ???@??? Wed Feb 04 23:29:04 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2726413-3602>; Thu, 5 Feb
2004 02:13:53 -0500
Received: from vm094.vmadmin.com ([216.64.222.94]) by ams.ftl.affinity.com
with ESMTP id <2717240-3599>; Thu, 5 Feb 2004 02:12:39 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm094.vmadmin.com with SMTP; 05 Feb 2004 01:12:37 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 241229
From: MLP <LenderPlusOffice@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MLP <LenderPlusOffice241229@replies.virtumundo.com>
Subject: Get cash for any reason
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb5.021239-0500_est.2717240-3599+11862@ams.ftl.affinity.com>
Date:Thu, 5 Feb 2004 02:12:39 -0500
```



**MortgageLendersPlus.com - 2033B San Elijo Ave, #331 - San Diego, Ca 92007**

MortgageLendersPlus.com 2033B San Elijo Ave, #331 San Diego, Ca 92007

```
From ???@??? Thu Jun 03 17:34:43 2004
Return-Path: <mailcenter308782@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 10418 invoked by uid 10003); 3 Jun 2004 20:42:07 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 10415 invoked from network); 3 Jun 2004 20:42:07 -0000
Received: from unknown (HELO vm211.vmadmin.com) (216.64.222.211)
  by ns48.webmasters.com with SMTP; 3 Jun 2004 20:42:07 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm211.vmadmin.com with SMTP; 03 Jun 2004 15:41:55 -0500
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 308782
From: MMFM <MakeMoneyFromHome@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: MMFM <MakeMoneyFromHome308782@replies.virtumundo.com>
Subject: Please contact us if you'd like flexible job hours
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



To Unsubscribe, Please Visit Us Here.

10584 South 700 East, Suite #500
Sandy, UT 84070

---



MMFM, 10584 South 700 East, Suite #500 Sandy, UT 84070

```
From ???@??? Thu Jun 03 17:34:43 2004
Return-Path: <mailcenter308782@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 10403 invoked by uid 10003); 3 Jun 2004 20:42:06 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 10400 invoked from network); 3 Jun 2004 20:42:06 -0000
Received: from unknown (HELO vm211.vmadmin.com) (216.64.222.211)
  by ns48.webmasters.com with SMTP; 3 Jun 2004 20:42:06 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm211.vmadmin.com with SMTP; 03 Jun 2004 15:41:55 -0500
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 308782
From: MMFM <MakeMoneyFromHome@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: MMFM <MakeMoneyFromHome308782@replies.virtumundo.com>
Subject: Please contact us if you'd like flexible job hours
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



To Unsubscribe, Please Visit Us Here.

10584 South 700 East, Suite #500
Sandy, UT 84070

---



MMFM, 10584 South 700 East, Suite #500 Sandy, UT 84070

```
From ???@??? Mon Apr 19 14:20:02 2004
Return-Path: <mailcenter308138@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 2064 invoked by uid 10003); 19 Apr 2004 20:36:55 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 2059 invoked from network); 19 Apr 2004 20:36:55 -0000
Received: from unknown (HELO vm096.vmadmin.com) (216.64.222.96)
  by ns48.webmasters.com with SMTP; 19 Apr 2004 20:36:55 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm096.vmadmin.com with SMTP; 19 Apr 2004 15:42:24 -0500
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 308138
From: Mortage Balance Services <BalanceServices@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Mortage Balance Services
<BalanceServices308138@replies.virtumundo.com>
Subject: Can't afford morgate payments of $600 or more?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





Intermark Media, Inc. 6851 Jericho Turnpike, Suite 260A, Syosset, NY 11791

From ???@??? Sat Mar 18 12:57:43 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340126@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 29472 invoked from network); 17 Mar 2006 11:32:16 -0600
Received: from vm-181-149.vm-mail.com (206.82.181.149)
   by omniinnovations.com with SMTP; 17 Mar 2006 11:32:16 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-149.vm-mail.com with SMTP; 17 Mar 2006 11:31:59 -0600
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 340126
From: Mortage Lenders Plus <MortageLendersPlus@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340126@vm-rewards.com>
Subject: *****SPAM***** Get approved today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BAYES_60,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  1.6 BAYES_60 BODY: Bayesian spam probability is 60 to 70%
      *      [score: 0.6278]
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset

Images not loading? View this offer by visiting this link



---



  Mortgage Lenders Plus, 2035 San Elijo Ave #331 Ca'diff by the Sea, CA 92007



      If you can not see our footer image, please visit here.

```
From ???@??? Sun May 23 09:12:29 2004
Return-Path: <mailcenter308637@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 22405 invoked by uid 10003); 23 May 2004 14:50:59 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 22402 invoked from network); 23 May 2004 14:50:59 -0000
Received: from unknown (HELO vm117.vmadmin.com) (216.64.222.117)
  by ns48.webmasters.com with SMTP; 23 May 2004 14:50:59 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm117.vmadmin.com with SMTP; 23 May 2004 09:50:58 -0500
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 308637
From: Mortgage Advisors <MortgageAdvisors@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Mortgage Advisors <MortgageAdvisors308637@replies.virtumundo.com>
Subject: Rates are tumbling - Refinance today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



AzoogleAds, 1054 Centre St. Suite 214 Thornhill, ON l4j 8e5

```
From ???@??? Sun May 23 09:12:29 2004
Return-Path: <mailcenter308637@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 22426 invoked by uid 10003); 23 May 2004 14:51:02 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 22409 invoked from network); 23 May 2004 14:51:02 -0000
Received: from unknown (HELO vm117.vmadmin.com) (216.64.222.117)
  by ns48.webmasters.com with SMTP; 23 May 2004 14:51:02 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm117.vmadmin.com with SMTP; 23 May 2004 09:50:58 -0500
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 308637
From: Mortgage Advisors <MortgageAdvisors@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Mortgage Advisors <MortgageAdvisors308637@replies.virtumundo.com>
Subject: Rates are tumbling - Refinance today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



AzoogleAds, 1054 Centre St. Suite 214 Thornhill, ON l4j 8e5

```
From ???@??? Sun May 23 09:12:29 2004
Return-Path: <mailcenter308637@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 22440 invoked by uid 10003); 23 May 2004 14:51:02 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 22432 invoked from network); 23 May 2004 14:51:02 -0000
Received: from unknown (HELO vm117.vmadmin.com) (216.64.222.117)
   by ns48.webmasters.com with SMTP; 23 May 2004 14:51:02 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm117.vmadmin.com with SMTP; 23 May 2004 09:50:58 -0500
X-ClientHost:
10611111009711610409711006410311111410011110119111114107115046099111109
X-MailingID: 308637
From: Mortgage Advisors <MortgageAdvisors@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Mortgage Advisors <MortgageAdvisors308637@replies.virtumundo.com>
Subject: Rates are tumbling - Refinance today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



AzoogleAds, 1054 Centre St. Suite 214 Thornhill, ON l4j 8e5

```
From ???@??? Sun May 23 09:12:29 2004
Return-Path: <mailcenter308637@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 22397 invoked by uid 10003); 23 May 2004 14:50:59 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 22394 invoked from network); 23 May 2004 14:50:59 -0000
Received: from unknown (HELO vm117.vmadmin.com) (216.64.222.117)
  by ns48.webmasters.com with SMTP; 23 May 2004 14:50:59 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm117.vmadmin.com with SMTP; 23 May 2004 09:50:58 -0500
X-ClientHost: 10609710910111506410311111410011111101191111141071150460991111109
X-MailingID: 308637
From: Mortgage Advisors <MortgageAdvisors@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Mortgage Advisors <MortgageAdvisors308637@replies.virtumundo.com>
Subject: Rates are tumbling - Refinance today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

AzoogleAds, 1054 Centre St. Suite 214 Thornhill, ON l4j 8e5

```
From ???@??? Fri Aug 04 19:36:39 2006
X-Persona: <2nd User>
Return-Path: <mailcenter357952@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 32321 invoked from network); 31 Jul 2006 10:04:03 -0600
Received: from static-vmg-181-128.vm-mail.com (HELO vm-181-128.vm-mail.com)
(206.82.181.128)
  by omniinnovations.com with SMTP; 31 Jul 2006 10:04:03 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-128.vm-mail.com with SMTP; 31 Jul 2006 11:04:02 -0500
X-ClientHost: 11611110910912106410609710910911611110910904609911109
X-MailingID: 357952
From: Mortgage Offer <MortgageOffer@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+357952@vm-rewards.com>
Subject: Low on cash? Refinance and get cash out today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.8 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Suprafinancial, Inc. 313 NE 2nd Street, Suite 1003 Fort Lauderdale, FL 33301

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

From ???@??? Sun Feb 26 09:25:38 2006
X-Persona: <Jay>
Return-Path: <mailcenter338988@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 18435 invoked from network); 26 Feb 2006 06:13:05 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by gordonworks.com with SMTP; 26 Feb 2006 06:13:05 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 26 Feb 2006 06:12:52 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 338988
From: Mortgage Reduction <MortgageReduce@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338988@vm-rewards.com>
Subject: *****SPAM***** Now is the time to refinance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.9 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REFINANCE_NOW,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.4 REFINANCE_NOW BODY: Home refinancing
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset

Images not loading? View this offer by visiting this link



---


OnMortgages.com, 310 Collins St., Oconomowoc, WI 53066

        If you can not see our footer image, please visit here.

```
From ???@??? Sun Feb 26 09:24:49 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter338988@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 3104 invoked from network); 26 Feb 2006 06:09:16 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by clrobin.com with SMTP; 26 Feb 2006 06:09:15 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 26 Feb 2006 06:08:56 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 338988
From: Mortgage Reduction <MortgageReduce@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338988@vm-rewards.com>
Subject: Now is the time to refinance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---



**OnMortgages.com, 310 Collins St., Oconomowoc, WI 53066**



**If you can not see our footer image, please visit here.**

From ???@??? Sun Feb 26 09:22:43 2006
X-Persona: <Celia>
Return-Path: <mailcenter338988@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 21028 invoked from network); 26 Feb 2006 10:28:43 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by jaykaysplace.com with SMTP; 26 Feb 2006 10:28:43 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 26 Feb 2006 10:28:31 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 338988
From: Mortgage Reduction <MortgageReduce@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338988@vm-rewards.com>
Subject: *****SPAM***** Now is the time to refinance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ************
X-Spam-Status: Yes, hits=12.1 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,REFINANCE_NOW,X_MAIL_ID_PRESENT autolearn=spam
      version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 1.4 REFINANCE_NOW BODY: Home refinancing
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]


Images not loading? View this offer by visiting this link





---



OnMortgages.com, 310 Collins St., Oconomowoc, WI 53066



          If you can not see our footer image, please visit here.

From ???@??? Sun Feb 26 08:53:50 2006
X-Persona: <RCW>
Return-Path: <mailcenter338988@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 30209 invoked from network); 26 Feb 2006 04:27:06 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaycelia.com with SMTP; 26 Feb 2006 04:27:02 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 26 Feb 2006 04:26:49 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 338988
From: Mortgage Reduction <MortgageReduce@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338988@vm-rewards.com>
Subject: Now is the time to refinance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



---


OnMortgages.com, 310 Collins St., Oconomowoc, WI 53066

If you can not see our footer image, please visit here.

```
From ???@??? Sun Feb 26 07:36:54 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter338988@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 19396 invoked from network); 26 Feb 2006 06:13:11 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by gnwalpha.org with SMTP; 26 Feb 2006 06:13:08 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 26 Feb 2006 06:12:54 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 338988
From: Mortgage Reduction <MortgageReduce@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338988@vm-rewards.com>
Subject: *****SPAM***** Now is the time to refinance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.9 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REFINANCE_NOW,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.4 REFINANCE_NOW BODY: Home refinancing
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

**Images not loading? View this offer by visiting this link**



---

 **OnMortgages.com, 310 Collins St., Oconomowoc, WI 53066**



**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 16:24:36 2006
Return-Path: <mailcenter336286@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 30112 invoked from network); 26 Jan 2006 06:23:19 -0600
Received: from vm-182-69.vm-mail.com (206.82.182.69)
  by gnwalpha.org with SMTP; 26 Jan 2006 06:23:19 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-69.vm-mail.com with SMTP; 26 Jan 2006 06:23:17 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 336286
From: Mortgage Reduction <MortgageReduce@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336286@vm-rewards.com>
Subject: *****SPAM***** Now is the time to refinance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.9 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REFINANCE_NOW
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  2.0 REFINANCE_NOW BODY: Home refinancing
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5325]
        *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

OnMortgages.com, 310 Collins St., Oconomowoc, WI 53066

        If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 16:24:36 2006
Return-Path: <mailcenter336286@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 29282 invoked from network); 26 Jan 2006 06:23:18 -0600
Received: from vm-182-69.vm-mail.com (206.82.182.69)
  by gnwalpha.org with SMTP; 26 Jan 2006 06:23:18 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-69.vm-mail.com with SMTP; 26 Jan 2006 06:23:17 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 336286
From: Mortgage Reduction <MortgageReduce@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336286@vm-rewards.com>
Subject: *****SPAM***** Now is the time to refinance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.9 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REFINANCE_NOW
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  2.0 REFINANCE_NOW BODY: Home refinancing
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5325]
        *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

**Images not loading? View this offer by visiting this link**



---

 **OnMortgages.com, 310 Collins St., Oconomowoc, WI 53066**

     **If you can not see our footer image, please visit here.**

From ???@??? Tue Feb 07 16:24:36 2006
Return-Path: <mailcenter336286@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 31040 invoked from network); 26 Jan 2006 06:23:20 -0600
Received: from vm-182-69.vm-mail.com (206.82.182.69)
  by gnwalpha.org with SMTP; 26 Jan 2006 06:23:20 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-69.vm-mail.com with SMTP; 26 Jan 2006 06:23:17 -0600
X-ClientHost:
10010111909712111010106409711011610411110121099101110116114097108046099111109
X-MailingID: 336286
From: Mortgage Reduction <MortgageReduce@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336286@vm-rewards.com>
Subject: *****SPAM***** Now is the time to refinance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.9 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REFINANCE_NOW
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  2.0 REFINANCE_NOW BODY: Home refinancing
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5325]
        *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset

Images not loading? View this offer by visiting this link



---

OnMortgages.com, 310 Collins St., Oconomowoc, WI 53066

        If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 16:24:36 2006
Return-Path: <mailcenter336286@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 31521 invoked from network); 26 Jan 2006 06:23:21 -0600
Received: from vm-182-69.vm-mail.com (206.82.182.69)
  by gnwalpha.org with SMTP; 26 Jan 2006 06:23:21 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-69.vm-mail.com with SMTP; 26 Jan 2006 06:23:17 -0600
X-ClientHost:
1150971101001210640971101161041111012109910111011611409710804609911109
X-MailingID: 336286
From: Mortgage Reduction <MortgageReduce@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336286@vm-rewards.com>
Subject: *****SPAM***** Now is the time to refinance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.9 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REFINANCE_NOW
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  2.0 REFINANCE_NOW BODY: Home refinancing
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5325]
        *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

OnMortgages.com, 310 Collins St., Oconomowoc, WI 53066

        If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 16:24:36 2006
Return-Path: <mailcenter336286@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 32514 invoked from network); 26 Jan 2006 06:23:22 -0600
Received: from vm-182-69.vm-mail.com (206.82.182.69)
  by gnwalpha.org with SMTP; 26 Jan 2006 06:23:22 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-69.vm-mail.com with SMTP; 26 Jan 2006 06:23:17 -0600
X-ClientHost: 1161060640971101161041111012109910111011611409710804609911109
X-MailingID: 336286
From: Mortgage Reduction <MortgageReduce@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336286@vm-rewards.com>
Subject: *****SPAM***** Now is the time to refinance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.9 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REFINANCE_NOW
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  2.0 REFINANCE_NOW BODY: Home refinancing
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5325]
        *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

**Images not loading? View this offer by visiting this link**



---


**OnMortgages.com, 310 Collins St., Oconomowoc, WI 53066**



    **If you can not see our footer image, please visit here.**

From ???@??? Mon Feb 06 07:02:51 2006
X-Persona: <Mila>
Return-Path: <mailcenter336286@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 26 Jan 2006 06:11:06 -0600
From: Mortgage Reduction <MortgageReduce@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Now is the time to refinance
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.9 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REFINANCE_NOW,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43D8BC5A.AEA79EE3"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7637&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7637&e=mila@jammtomm.com
  URI:http://ogy.cc/onmtg_refi_v2.jpg [...]

Content analysis details:   (9.9 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.4 REFINANCE_NOW          BODY: Home refinancing
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 1.5 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 7104 invoked from network); 26 Jan 2006 06:11:02 -0600
Received: from vm-177-123.vm-mail.com (206.82.177.123)
  by itdidnotendright.com with SMTP; 26 Jan 2006 06:11:01 -0600
Received: from vm-mail.com (192.168.3.20)

```
   by vm-177-123.vm-mail.com with SMTP; 26 Jan 2006 06:10:57 -0600
X-ClientHost: 1091051080970641060971091091161111091090460991111109
X-MailingID: 336286
From: Mortgage Reduction <MortgageReduce@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336286@vm-rewards.com>
Subject: Now is the time to refinance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Now is the
time 3.htm"
```

From ???@??? Mon Feb 06 06:57:55 2006
X-Persona: <Mila>
Return-Path: <mailcenter336286@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 26 Jan 2006 06:11:06 -0600
From: Mortgage Reduction <MortgageReduce@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Now is the time to refinance
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.9 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REFINANCE_NOW,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43D8BC5A.AEA79EE3"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7637&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7637&e=mila@jammtomm.com
  URI:http://ogy.cc/onmtg_refi_v2.jpg [...]

Content analysis details:   (9.9 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.4 REFINANCE_NOW          BODY: Home refinancing
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 1.5 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 7104 invoked from network); 26 Jan 2006 06:11:02 -0600
Received: from vm-177-123.vm-mail.com (206.82.177.123)
  by itdidnotendright.com with SMTP; 26 Jan 2006 06:11:01 -0600
Received: from vm-mail.com (192.168.3.20)

```
  by vm-177-123.vm-mail.com with SMTP; 26 Jan 2006 06:10:57 -0600
X-ClientHost: 1091051080970641060971091091161111091090046099111109
X-MailingID: 336286
From: Mortgage Reduction <MortgageReduce@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336286@vm-rewards.com>
Subject: Now is the time to refinance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Now is the
time 2.htm"
```

From ???@??? Sun Feb 05 21:04:02 2006
X-Persona: <Mila>
Return-Path: <mailcenter336286@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 26 Jan 2006 06:11:06 -0600
From: Mortgage Reduction <MortgageReduce@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Now is the time to refinance
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.9 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REFINANCE_NOW,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43D8BC5A.AEA79EE3"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7637&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7637&e=mila@jammtomm.com
  URI:http://ogy.cc/onmtg_refi_v2.jpg [...]

Content analysis details:   (9.9 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 1.4 REFINANCE_NOW           BODY: Home refinancing
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 1.5 BLANK_LINES_80_90       BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80              BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 7104 invoked from network); 26 Jan 2006 06:11:02 -0600
Received: from vm-177-123.vm-mail.com (206.82.177.123)
  by itdidnotendright.com with SMTP; 26 Jan 2006 06:11:01 -0600
Received: from vm-mail.com (192.168.3.20)

```
  by vm-177-123.vm-mail.com with SMTP; 26 Jan 2006 06:10:57 -0600
X-ClientHost: 1091051080970641060971091091161111091090460 99111109
X-MailingID: 336286
From: Mortgage Reduction <MortgageReduce@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336286@vm-rewards.com>
Subject: Now is the time to refinance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Now is the
time 1.htm"
```

From ???@??? Mon Jan 30 16:07:21 2006
X-Persona: <RCW>
Return-Path: <mailcenter336286@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 10144 invoked from network); 26 Jan 2006 06:59:07 -0600
Received: from vm-177-48.vm-mail.com (206.82.177.48)
  by anthonycentral.com with SMTP; 26 Jan 2006 06:59:04 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-48.vm-mail.com with SMTP; 26 Jan 2006 06:59:03 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 336286
From: Mortgage Reduction <MortgageReduce@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336286@vm-rewards.com>
Subject: Now is the time to refinance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link



---

OnMortgages.com, 310 Collins St., Oconomowoc, WI 53066

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 09:21:30 2006
X-Persona: <Jay>
Return-Path: <mailcenter336286@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 7298 invoked from network); 26 Jan 2006 06:11:02 -0600
Received: from vm-177-34.vm-mail.com (206.82.177.34)
  by gordonworks.com with SMTP; 26 Jan 2006 06:11:02 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-34.vm-mail.com with SMTP; 26 Jan 2006 06:11:01 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 336286
From: Mortgage Reduction <MortgageReduce@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336286@vm-rewards.com>
Subject: *****SPAM***** Now is the time to refinance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.9 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REFINANCE_NOW,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.4 REFINANCE_NOW BODY: Home refinancing
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

**Images not loading? View this offer by visiting this link**



---



**OnMortgages.com, 310 Collins St., Oconomowoc, WI 53066**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 30 09:12:51 2006
X-Persona: <Jay>
Return-Path: <mailcenter336286@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 7298 invoked from network); 26 Jan 2006 06:11:02 -0600
Received: from vm-177-34.vm-mail.com (206.82.177.34)
  by gordonworks.com with SMTP; 26 Jan 2006 06:11:02 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-34.vm-mail.com with SMTP; 26 Jan 2006 06:11:01 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 336286
From: Mortgage Reduction <MortgageReduce@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336286@vm-rewards.com>
Subject: *****SPAM***** Now is the time to refinance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.9 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REFINANCE_NOW,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.4 REFINANCE_NOW BODY: Home refinancing
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

 OnMortgages.com, 310 Collins St., Oconomowoc, WI 53066



        If you can not see our footer image, please visit here.

```
From ???@??? Thu Jan 26 11:17:14 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter336286@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 21154 invoked from network); 26 Jan 2006 06:10:16 -0600
Received: from vm-177-76.vm-mail.com (206.82.177.76)
  by celiajay.com with SMTP; 26 Jan 2006 06:10:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-76.vm-mail.com with SMTP; 26 Jan 2006 06:10:08 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 336286
From: Mortgage Reduction <MortgageReduce@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336286@vm-rewards.com>
Subject: Now is the time to refinance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---



**OnMortgages.com, 310 Collins St., Oconomowoc, WI 53066**



**If you can not see our footer image, please visit here.**

From ???@??? Thu Jan 26 11:14:07 2006
X-Persona: <Jon>
Return-Path: <mailcenter336286@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 8801 invoked from network); 26 Jan 2006 06:11:04 -0600
Received: from vm-177-21.vm-mail.com (206.82.177.21)
  by omniinnovations.com with SMTP; 26 Jan 2006 06:11:04 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-21.vm-mail.com with SMTP; 26 Jan 2006 06:11:02 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 336286
From: Mortgage Reduction <MortgageReduce@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336286@vm-rewards.com>
Subject: *****SPAM***** Now is the time to refinance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.9 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REFINANCE_NOW,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.4 REFINANCE_NOW BODY: Home refinancing
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset


Images not loading? View this offer by visiting this link




---


OnMortgages.com, 310 Collins St., Oconomowoc, WI 53066

        If you can not see our footer image, please visit here.

```
From ???@??? Thu Jan 26 11:13:20 2006
X-Persona: <Celia>
Return-Path: <mailcenter336286@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 27464 invoked from network); 26 Jan 2006 07:07:47 -0600
Received: from vm-181-13.vm-mail.com (206.82.181.13)
  by jaykaysplace.com with SMTP; 26 Jan 2006 07:07:47 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-13.vm-mail.com with SMTP; 26 Jan 2006 07:07:46 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460099111109
X-MailingID: 336286
From: Mortgage Reduction <MortgageReduce@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336286@vm-rewards.com>
Subject: *****SPAM***** Now is the time to refinance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.9 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REFINANCE_NOW,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.4 REFINANCE_NOW BODY: Home refinancing
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

**Images not loading? View this offer by visiting this link**



---

**OnMortgages.com, 310 Collins St., Oconomowoc, WI 53066**



**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 28 17:40:21 2006
X-Persona: <Mila>
Return-Path: <mailcenter338988@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sun, 26 Feb 2006 06:12:51 -0600
From: Mortgage Reduction <MortgageReduce@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Now is the time to refinance
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.9 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REFINANCE_NOW,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44019B43.AA2BE0C7"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9149&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'9149&e=mila@jammtomm.com
  URI:http://ogy.cc/onmtg_refi_v2.jpg [...]

Content analysis details:   (9.9 points, 7.0 required)

 pts rule name                description
---- ------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 1.4 REFINANCE_NOW            BODY: Home refinancing
 0.1 HTML_FONTCOLOR_UNKNOWN   BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 1.5 BLANK_LINES_80_90        BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80               BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 11680 invoked from network); 26 Feb 2006 06:12:50 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by celiajay.com with SMTP; 26 Feb 2006 06:12:50 -0600
Received: from vm-mail.com (10.0.0.42)
```

```
  by pkc-sb01 with SMTP; 26 Feb 2006 06:12:31 -0600
X-ClientHost: 1091051080970641060971091091161111091090946099111109
X-MailingID: 338988
From: Mortgage Reduction <MortgageReduce@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338988@vm-rewards.com>
Subject: Now is the time to refinance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Now is the
time .htm"
```

From ???@??? Sun Oct 09 18:59:53 2005
X-Persona: <Indi>
Return-Path: <mailcenter330275@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Sat, 01 Oct 2005 04:13:51 -0600
From: Mortgage Savings <MortgageSavings@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Great rates are going fast. Compare and save
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433E615F.2EC5BCBF"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4402&e=indi@jammtomm.com
  URI:http://ogy.cc/larfosls/LowRates_af.gif
  URI:http://redirect.virtumundo.com/bt?m30275&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 3456 invoked from network); 1 Oct 2005 04:13:50 -0600
Received: from vm-177-32.vm-mail.com (206.82.177.32)
  by jammtomm.com with SMTP; 1 Oct 2005 04:13:50 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-32.vm-mail.com with SMTP; 01 Oct 2005 10:13:49 +0000

```
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330275
From: Mortgage Savings <MortgageSavings@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330275@vm-rewards.com>
Subject: Great rates are going fast. Compare and save
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Great
rates are 1.htm"
```

```
From ???@??? Sun Oct 09 18:59:53 2005
X-Persona: <Indi>
Return-Path: <mailcenter330275@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sat, 01 Oct 2005 04:13:51 -0600
From: Mortgage Savings <MortgageSavings@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Great rates are going fast. Compare and save
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433E615F.2EC5BCBF"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4402&e=indi@jammtomm.com
  URI:http://ogy.cc/larfosls/LowRates_af.gif
  URI:http://redirect.virtumundo.com/bt?m30275&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name                description
 ---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING         Missing Date: header
 2.8 X_MAIL_ID_PRESENT    Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE         BODY: HTML included in message
 0.1 MIME_HTML_ONLY       BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02   BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL          RBL: Received via a relay in Spamhaus Block List
                     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 3456 invoked from network); 1 Oct 2005 04:13:50 -0600
Received: from vm-177-32.vm-mail.com (206.82.177.32)
  by jammtomm.com with SMTP; 1 Oct 2005 04:13:50 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-32.vm-mail.com with SMTP; 01 Oct 2005 10:13:49 +0000

```
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330275
From: Mortgage Savings <MortgageSavings@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330275@vm-rewards.com>
Subject: Great rates are going fast. Compare and save
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Great
rates are 1.htm"
```

```
From ???@??? Sun Oct 09 18:20:22 2005
X-Persona: <Indi>
Return-Path: <mailcenter330275@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sat, 01 Oct 2005 04:13:51 -0600
From: Mortgage Savings <MortgageSavings@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Great rates are going fast. Compare and save
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433E615F.2EC5BCBF"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4402&e=indi@jammtomm.com
  URI:http://ogy.cc/larfosls/LowRates_af.gif
  URI:http://redirect.virtumundo.com/bt?m30275&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING              Missing Date: header
 2.8 X_MAIL_ID_PRESENT         Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN    BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE              BODY: HTML included in message
 0.1 MIME_HTML_ONLY            BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02        BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET      RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL               RBL: Received via a relay in Spamhaus Block
                        List
                        [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 3456 invoked from network); 1 Oct 2005 04:13:50 -0600
Received: from vm-177-32.vm-mail.com (206.82.177.32)
  by jammtomm.com with SMTP; 1 Oct 2005 04:13:50 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-32.vm-mail.com with SMTP; 01 Oct 2005 10:13:49 +0000

```
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330275
From: Mortgage Savings <MortgageSavings@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330275@vm-rewards.com>
Subject: Great rates are going fast. Compare and save
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Great
rates are .htm"
```

From ???@??? Sun Oct 09 18:20:22 2005
X-Persona: <Indi>
Return-Path: <mailcenter330275@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sat, 01 Oct 2005 04:13:51 -0600
From: Mortgage Savings <MortgageSavings@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Great rates are going fast. Compare and save
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433E615F.2EC5BCBF"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4402&e=indi@jammtomm.com
  URI:http://ogy.cc/larfosls/LowRates_af.gif
  URI:http://redirect.virtumundo.com/bt?m30275&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                       [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 3456 invoked from network); 1 Oct 2005 04:13:50 -0600
Received: from vm-177-32.vm-mail.com (206.82.177.32)
  by jammtomm.com with SMTP; 1 Oct 2005 04:13:50 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-32.vm-mail.com with SMTP; 01 Oct 2005 10:13:49 +0000

```
X-ClientHost: 10511010010506410609710910911611110910904609911109
X-MailingID: 330275
From: Mortgage Savings <MortgageSavings@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330275@vm-rewards.com>
Subject: Great rates are going fast. Compare and save
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Great
rates are .htm"
```

```
From ???@??? Mon Oct 03 12:10:48 2005
X-Persona: <hum>
Return-Path: <mailcenter330275@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 29955 invoked from network); 1 Oct 2005 04:23:06 -0600
Received: from vm-183-179.vm-mail.com (206.82.183.179)
   by chiefmusician.net with SMTP; 1 Oct 2005 04:23:06 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-183-179.vm-mail.com with SMTP; 01 Oct 2005 05:23:05 -0500
X-ClientHost: 10411710906410110409710411110910104609911109
X-MailingID: 330275
From: Mortgage Savings <MortgageSavings@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330275@vm-rewards.com>
Subject: *****SPAM***** Great rates are going fast. Compare and save
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```



Low Cost Lending, 24003 Ventura Blvd., Building A, Calabasas, CA 91302

If you can not see our footer image, please visit here.

From ???@??? Tue Oct 11 18:09:25 2005
X-Persona: <Indi>
Return-Path: <mailcenter330275@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sat, 01 Oct 2005 04:13:51 -0600
From: Mortgage Savings <MortgageSavings@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Great rates are going fast. Compare and save
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433E615F.2EC5BCBF"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4402&e=indi@jammtomm.com
  URI:http://ogy.cc/larfosls/LowRates_af.gif
  URI:http://redirect.virtumundo.com/bt?m30275&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name                description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                        [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 3456 invoked from network); 1 Oct 2005 04:13:50 -0600
Received: from vm-177-32.vm-mail.com (206.82.177.32)
  by jammtomm.com with SMTP; 1 Oct 2005 04:13:50 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-32.vm-mail.com with SMTP; 01 Oct 2005 10:13:49 +0000

```
X-ClientHost: 10511010010506410609710910911611111091090460991111109
X-MailingID: 330275
From: Mortgage Savings <MortgageSavings@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330275@vm-rewards.com>
Subject: Great rates are going fast. Compare and save
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Great
rates are 2.htm"
```

```
From ???@??? Wed Apr 28 17:53:49 2004
Return-Path: <mailcenter308258@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 22012 invoked by uid 10003); 28 Apr 2004 20:16:25 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 21990 invoked from network); 28 Apr 2004 20:16:24 -0000
Received: from unknown (HELO vm111.vmadmin.com) (216.64.222.111)
  by ns48.webmasters.com with SMTP; 28 Apr 2004 20:16:24 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm111.vmadmin.com with SMTP; 28 Apr 2004 15:23:42 -0500
X-ClientHost:
1060971091051080970641031111141001111101191111141071115046099111109
X-MailingID: 308258
From: Mother's Day Bargain <GetFlowersForMom@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Mother's Day Bargain <GetFlowersForMom308258@replies.virtumundo.com>
Subject: Make Mom Feel REALLY Special
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**Kabloom, LTD, 200 Wildwood Ave., Woburn, MA 01801**

```
From ???@??? Mon May 03 16:23:17 2004
Return-Path: <mailcenter308328@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 2740 invoked by uid 10003); 3 May 2004 20:21:57 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 2734 invoked from network); 3 May 2004 20:21:57 -0000
Received: from unknown (HELO vm119.vmadmin.com) (216.64.222.119)
  by ns48.webmasters.com with SMTP; 3 May 2004 20:21:57 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm119.vmadmin.com with SMTP; 03 May 2004 15:30:16 -0500
X-ClientHost:
1061111100971161040971100641031111141001111101191111141071115046099111109
X-MailingID: 308328
From: Mothers Day Gifts <MothersDayGifts@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Mothers Day Gifts <MothersDayGifts308328@replies.virtumundo.com>
Subject: Mother's Day a week from Sunday!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



PersonalizationMall.com Inc. 8102 Lemont Rd. #1700 Woodridge, IL 60517

From ???@??? Wed May 03 21:18:30 2006
X-Persona: <Mila>
Return-Path: <mailcenter346972@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 02 May 2006 14:13:55 -0600
From: Mothers Day Gifts <MothersDayGifts@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Personalized Mother's Day gifts
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.9 required=7.0 tests=BAYES_99,CLICK_BELOW,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_ONLY_10,HTML_IMAGE_RATIO_04,HTML_LINK_CLICK_HERE,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4457BD83.C5041A0B"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(4761&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(4761&e=mila@jammtomm.com If you
  cannot view the images in this email, please click here. [...]

Content analysis details:   (9.9 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 1.1 HTML_IMAGE_RATIO_04    BODY: HTML has a low ratio of text to image area
 0.1 HTML_LINK_CLICK_HERE   BODY: HTML link text says "click here"
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.0 HTML_IMAGE_ONLY_10     BODY: HTML: images with 800-1000 bytes of words
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 0.9976]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.1 CLICK_BELOW            Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 17856 invoked from network); 2 May 2006 14:13:52 -0600
Received: from vm-181-246.vm-mail.com (206.82.181.246)
  by itdidnotendright.com with SMTP; 2 May 2006 14:13:52 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-246.vm-mail.com with SMTP; 02 May 2006 15:13:51 -0500
X-ClientHost: 1091051080970641060971091091161111091090046099111109
X-MailingID: 346972
From: Mothers Day Gifts <MothersDayGifts@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346972@vm-rewards.com>
Subject: Personalized Mother's Day gifts
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM
Personalized Mot.htm"
```

```
From ???@??? Thu Jan 22 13:24:23 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <323772-11788>; Thu, 22 Jan 2004 14:09:40 -0500
Received: from vm208-14.adknow-net.com <328847-11779>; Thu, 22 Jan 2004 14:08:35 by
ams.ftl.affinity.com with ESMTP id <328847-11779>; Thu, 22 Jan 2004 14:08:35
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-14.adknow-net.com with SMTP; 22 Jan 2004 13:08:19 -0600
X-ClientHost: 106097109101115064103111141001111101191111141071150460991111 09
X-MailingID: 346909
From: Motorcycle Insurance <MotorcycleInsurance@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return346909@replies.adknow-net.com
Subject: You treat your bike well, she'll treat you well.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan22.140835-0500_est.328847-11779+6302@ams.ftl.affinity.com>
Date:Thu, 22 Jan 2004 14:08:33 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Sep 27 23:15:53 2005
X-Persona: <hum>
Return-Path: <mailcenter330111@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 31489 invoked from network); 27 Sep 2005 05:22:23 -0600
Received: from vm-181-58.vm-mail.com (206.82.181.58)
  by ehahome.com with SMTP; 27 Sep 2005 05:22:23 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-58.vm-mail.com with SMTP; 27 Sep 2005 06:22:22 -0500
X-ClientHost: 10411710906410110409710411110910104609911109
X-MailingID: 330111
From: Music Downloads <MusicDownloads@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330111@vm-rewards.com>
Subject: *****SPAM***** Download unlimited music and more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.8 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_90_100,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.1 HTML_90_100 BODY: Message is 90% to 100% HTML
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```





 My Music Inc. 701 Rossland Road East Ste. 369 Whitby ON L1N9K3 Canada

```
From ???@??? Thu Sep 29 16:18:39 2005
X-Persona: <Indi>
Return-Path: <mailcenter330111@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 27 Sep 2005 05:13:35 -0600
From: Music Downloads <MusicDownloads@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Download unlimited music and more
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.8 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_90_100,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4339295F.F6992DE3"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4317&e=indi@jammtomm.com
  URI:http://v1.cc/allmusic_files/banner_07_600x400_01.jpg
  URI:http://redirect.virtumundo.com/ct?i'4317&e=indi@jammtomm.com
  URI:http://v1.cc/allmusic_files/banner_07_600x400_02.gif
  URI:http://redirect.virtumundo.com/ct?i'4317&e=indi@jammtomm.com
  URI:http://v1.cc/allmusic_files/banner_07_600x400_03.jpg
  URI:http://redirect.virtumundo.com/ct?i'4317&e=indi@jammtomm.com
  URI:http://v1.cc/allmusic_files/banner_07_600x400_04.gif
  URI:http://redirect.virtumundo.com/ct?i'4317&e=indi@jammtomm.com
  URI:http://v1.cc/allmusic_files/banner_07_600x400_05.jpg [...]

Content analysis details:   (10.8 points, 7.0 required)

 pts rule name              description
---- --------------------- --------------------------------------------------
 1.0 DATE_MISSING          Missing Date: header
 2.8 X_MAIL_ID_PRESENT     Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE          BODY: HTML included in message
 1.5 BLANK_LINES_80_90     BODY: Message body has 80-90% blank lines
 0.1 MIME_HTML_ONLY        BODY: Message only has text/html MIME parts
 1.1 HTML_90_100           BODY: Message is 90% to 100% HTML
 2.2 HTML_IMAGE_ONLY_02    BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET  RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL           RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
```

it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 13477 invoked from network); 27 Sep 2005 05:13:33 -0600
Received: from vm-177-47.vm-mail.com (206.82.177.47)
  by jammtomm.com with SMTP; 27 Sep 2005 05:13:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-47.vm-mail.com with SMTP; 27 Sep 2005 11:13:32 +0000
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330111
From: Music Downloads <MusicDownloads@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330111@vm-rewards.com>
Subject: Download unlimited music and more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Download
unlimit.htm"

```
From ???@??? Fri Apr 07 13:02:39 2006
Return-Path: <mailcenter342458@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 10112 invoked from network); 5 Apr 2006 10:31:58 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by jammtomm.com with SMTP; 5 Apr 2006 10:31:58 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 05 Apr 2006 11:31:52 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 342458
From: MustDo Vacations <MustDoVacations@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342458@vm-rewards.com>
Subject: Unbeatable deals for your favorite getaways!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---



**MustDoTravel.com 200 E. Van Buren Street Phoenix, AZ 85004**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Dec 18 16:20:10 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <3559831-16275>; Thu, 18 Dec 2003 18:11:07 -0500
Received: from vm098.vmadmin.com ([216.64.222.98]) by ams.ftl.affinity.com
with ESMTP id <3557649-16274>; Thu, 18 Dec 2003 18:10:02 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm098.vmadmin.com with SMTP; 18 Dec 2003 17:09:57 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 221630
From: My Blue Pill <FindEnergyInAPill@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: My Blue Pill <FindEnergyInAPill221630@replies.virtumundo.com>
Subject: Changed my love life forever
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec18.181002-0500_est.3557649-16274+6565@ams.ftl.affinity.com>
Date:Thu, 18 Dec 2003 18:10:01 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jun 08 15:06:08 2004
Return-Path: <mailcenter308877@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 10222 invoked by uid 10003); 8 Jun 2004 21:14:38 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 10218 invoked from network); 8 Jun 2004 21:14:37 -0000
Received: from unknown (HELO vm104.vmadmin.com) (216.64.222.104)
  by ns48.webmasters.com with SMTP; 8 Jun 2004 21:14:37 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm104.vmadmin.com with SMTP; 08 Jun 2004 16:14:36 -0500
X-ClientHost:
106097109105108097064103111114100111101191111141071115046099111109
X-MailingID: 308877
From: My Computer Club <ComputerClub@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: My Computer Club <ComputerClub308877@replies.virtumundo.com>
Subject: Need a new computer? Financing available
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



If you'd like to unsubscribe from all future My Computer Club email advertisements please visit here
If you'd prefer to discontinue via a mail request please send to:

My Computer Club 501 W Broadway Plaza A-321 San Diego, CA 92101
Privacy Policy Some restrictions apply. See term and conditions.

My Computer Club 501 W. Broadway Plaza A-321 San Diego, CA 92101

```
From ???@??? Tue Feb 10 13:54:01 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <459239-1099>; Tue, 10 Feb 2004 16:14:51 -0500
Received: from vm211.vmadmin.com ([216.64.222.211]) by ams.ftl.affinity.com
with ESMTP id <329546-1101>; Tue, 10 Feb 2004 16:13:43 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm211.vmadmin.com with SMTP; 10 Feb 2004 15:13:40 -0600
X-ClientHost: 106097121064103111141001111011911111141071150460991111109
X-MailingID: 241626
From: My Debt Helper <MyDebtHelper@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: My Debt Helper <MyDebtHelper241626@replies.virtumundo.com>
Subject: Let us show you how to avoid bankruptcy
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb10.161343-0500_est.329546-1101+2321@ams.ftl.affinity.com>
Date:Tue, 10 Feb 2004 16:13:42 -0500
```



---

**MyDebtHelper.com 37 W.17th St. Suite 5E New York, NY 10011**

```
From ???@??? Sun Jan 22 12:20:39 2006
Return-Path: <mailcenter335864@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 29603 invoked from network); 20 Jan 2006 11:22:37 -0600
Received: from vm-180-214.vm-mail.com (206.82.180.214)
   by anthonycentral.com with SMTP; 20 Jan 2006 11:22:37 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-214.vm-mail.com with SMTP; 20 Jan 2006 11:22:21 -0600
X-ClientHost:
11509711010012106409711011610411110121099101110116114097108046099111109
X-MailingID: 335864
From: My Dollar Shop <MyDollarShop@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335864@vm-rewards.com>
Subject: Own your own dollar store
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SUBJ_YOUR_OWN autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



**Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Jun 29 16:42:58 2005
X-Persona: <Katie>
Return-Path: <mailcenter326800@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Tue, 28 Jun 2005 10:50:25 -0600
From: My Online Payday <OnlineDayday@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Get the help you need tomorrow morning
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42C17FD1.D72D7BE1"
```

```
Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2802&e=katie@ehahome.com
  URI:http://ogy.cc/onlinepa_files/1.gif
  URI:http://ogy.cc/onlinepa_files/2.gif
  URI:http://ogy.cc/onlinepa_files/3.jpg
  URI:http://redirect.virtumundo.com/ct?i'2802&e=katie@ehahome.com
  URI:http://ogy.cc/onlinepa_files/4.gif
  URI:http://ogy.cc/onlinepa_files/5.jpg [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                  [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 29895 invoked from network); 28 Jun 2005 10:50:24 -0600
Received: from vm-181-151.vm-mail.com (206.82.181.151)
```

```
  by chiefmusician.net with SMTP; 28 Jun 2005 10:50:24 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-151.vm-mail.com with SMTP; 28 Jun 2005 11:50:23 -0500
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326800
From: My Online Payday <OnlineDayday@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326800@vm-rewards.com>
Subject: Get the help you need tomorrow morning
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Get the help
you6.htm"
```

```
From ???@??? Wed Jun 29 16:42:58 2005
X-Persona: <Katie>
Return-Path: <mailcenter326800@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
     with SpamAssassin (2.63 2004-01-11);
     Tue, 28 Jun 2005 10:50:25 -0600
From: My Online Payday <OnlineDayday@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Get the help you need tomorrow morning
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
     HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
     MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
     autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42C17FD1.D72D7BE1"
```

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2802&e=katie@ehahome.com
  URI:http://ogy.cc/onlinepa_files/1.gif
  URI:http://ogy.cc/onlinepa_files/2.gif
  URI:http://ogy.cc/onlinepa_files/3.jpg
  URI:http://redirect.virtumundo.com/ct?i'2802&e=katie@ehahome.com
  URI:http://ogy.cc/onlinepa_files/4.gif
  URI:http://ogy.cc/onlinepa_files/5.jpg [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                  [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 29895 invoked from network); 28 Jun 2005 10:50:24 -0600
Received: from vm-181-151.vm-mail.com (206.82.181.151)
```

```
  by chiefmusician.net with SMTP; 28 Jun 2005 10:50:24 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-151.vm-mail.com with SMTP; 28 Jun 2005 11:50:23 -0500
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 326800
From: My Online Payday <OnlineDayday@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326800@vm-rewards.com>
Subject: Get the help you need tomorrow morning
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Get the help
you6.htm"
```

From ???@??? Wed Jul 06 10:17:20 2005
X-Persona: <Katie>
Return-Path: <mailcenter327008@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Sat, 02 Jul 2005 13:15:06 -0600
From: My Short term Loan <ShortTermLoans@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Get the cash you need quick and easy
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=3.0 tests=DATE_MISSING,HTML_90_100,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42C6E7BA.F4CF593F"

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2907&e=katie@ehahome.com
  URI:http://v1.cc/stelladaeus_files/index_01.gif
  URI:http://redirect.virtumundo.com/ct?i'2907&e=katie@ehahome.com
  URI:http://v1.cc/stelladaeus_files/index_02.jpg [...]

Content analysis details:   (9.3 points, 3.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 1.1 HTML_90_100             BODY: Message is 90% to 100% HTML
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                        [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 30148 invoked from network); 2 Jul 2005 13:15:06 -0600
Received: from vm-177-75.vm-mail.com (206.82.177.75)
  by rcw19190020.com with SMTP; 2 Jul 2005 13:15:05 -0600
Received: from vm-mail.com (192.168.3.20)

```
    by vm-177-75.vm-mail.com with SMTP; 02 Jul 2005 19:15:04 +0000
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 327008
From: My Short term Loan <ShortTermLoans@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+327008@vm-rewards.com>
Subject: Get the cash you need quick and easy
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Get the cash
you.htm"
```

From ???@??? Wed Jul 06 10:17:20 2005
X-Persona: <Katie>
Return-Path: <mailcenter327008@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Sat, 02 Jul 2005 13:15:06 -0600
From: My Short term Loan <ShortTermLoans@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Get the cash you need quick and easy
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=3.0 tests=DATE_MISSING,HTML_90_100,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42C6E7BA.F4CF593F"

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2907&e=katie@ehahome.com
  URI:http://v1.cc/stelladaeus_files/index_01.gif
  URI:http://redirect.virtumundo.com/ct?i'2907&e=katie@ehahome.com
  URI:http://v1.cc/stelladaeus_files/index_02.jpg [...]

Content analysis details:   (9.3 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.1 HTML_90_100            BODY: Message is 90% to 100% HTML
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 30148 invoked from network); 2 Jul 2005 13:15:06 -0600
Received: from vm-177-75.vm-mail.com (206.82.177.75)
  by rcw19190020.com with SMTP; 2 Jul 2005 13:15:05 -0600
Received: from vm-mail.com (192.168.3.20)

```
  by vm-177-75.vm-mail.com with SMTP; 02 Jul 2005 19:15:04 +0000
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 327008
From: My Short term Loan <ShortTermLoans@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+327008@vm-rewards.com>
Subject: Get the cash you need quick and easy
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Get the cash
you.htm"
```

```
From ???@??? Tue Jan 13 14:25:28 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223552-32465>; Tue, 13 Jan 2004 17:19:26 -0500
Received: from vm113.vmadmin.com ([216.64.222.113]) by ams.ftl.affinity.com
with ESMTP id <224309-32473>; Tue, 13 Jan 2004 17:18:25 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm113.vmadmin.com with SMTP; 13 Jan 2004 16:18:20 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 240168
From: MyAuto <MyAutoInnovations@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MyAuto <MyAutoInnovations240168@replies.virtumundo.com>
Subject: Claim a $10 Gas card
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan13.171825-0500_est.224309-32473+86535@ams.ftl.affinity.com>
Date:Tue, 13 Jan 2004 17:18:24 -0500
```





**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**. Please mail questions or comments regarding this message to the client, Consumer Innovations LLC, 7330 N 16th St suite A120 Phoenix, AZ 85020.**

```
From ???@??? Tue Jan 13 14:25:28 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216506-32465>; Tue, 13 Jan 2004 17:19:26 -0500
Received: from vm113.vmadmin.com ([216.64.222.113]) by ams.ftl.affinity.com
with ESMTP id <224085-32466>; Tue, 13 Jan 2004 17:18:24 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm113.vmadmin.com with SMTP; 13 Jan 2004 16:18:20 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 240168
From: MyAuto <MyAutoInnovations@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MyAuto <MyAutoInnovations240168@replies.virtumundo.com>
Subject: Claim a $10 Gas card
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan13.171824-0500_est.224085-32466+85052@ams.ftl.affinity.com>
Date:Tue, 13 Jan 2004 17:18:22 -0500
```





**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here. **To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here. **Please mail questions or comments regarding this message to the client, Consumer Innovations LLC, 7330 N 16th St suite A120 Phoenix, AZ 85020.**

```
From ???@??? Tue Jan 13 14:25:28 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223440-32465>; Tue, 13 Jan 2004 17:19:26 -0500
Received: from vm113.vmadmin.com ([216.64.222.113]) by ams.ftl.affinity.com
with ESMTP id <224307-32466>; Tue, 13 Jan 2004 17:18:25 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm113.vmadmin.com with SMTP; 13 Jan 2004 16:18:20 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 240168
From: MyAuto <MyAutoInnovations@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MyAuto <MyAutoInnovations240168@replies.virtumundo.com>
Subject: Claim a $10 Gas card
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan13.171825-0500_est.224307-32466+85054@ams.ftl.affinity.com>
Date:Tue, 13 Jan 2004 17:18:24 -0500
```





**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** **http://www.virtumundo.com/change** **or go** here**.  Please mail questions or comments regarding this message to the client, Consumer Innovations LLC, 7330 N 16th St suite A120 Phoenix, AZ 85020.**

From ???@??? Thu Jan 22 15:16:32 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <330253-18814>; Thu, 22 Jan
2004 17:28:43 -0500
Received: from vm109.vmadmin.com ([216.64.222.109]) by ams.ftl.affinity.com
with ESMTP id <331125-18825>; Thu, 22 Jan 2004 17:27:49 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm109.vmadmin.com with SMTP; 22 Jan 2004 16:27:45 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 240414
From: MyAutoLoan Finder <FindAnAutoLoanNow@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MyAutoLoan Finder <FindAnAutoLoanNow240414@replies.virtumundo.com>
Subject: Need a Vehicle Loan?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan22.172749-0500_est.331125-18825+29169@ams.ftl.affinity.com>
Date:Thu, 22 Jan 2004 17:27:49 -0500



Credit Soup, Inc., 114 N. Egan, Madison, SD 57042

```
From ???@??? Thu Jan 22 15:16:32 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <330240-18825>; Thu, 22 Jan 2004 17:28:43 -0500
Received: from vm109.vmadmin.com ([216.64.222.109]) by ams.ftl.affinity.com
with ESMTP id <331122-18813>; Thu, 22 Jan 2004 17:27:49 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 22 Jan 2004 16:27:45 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 240414
From: MyAutoLoan Finder <FindAnAutoLoanNow@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MyAutoLoan Finder <FindAnAutoLoanNow240414@replies.virtumundo.com>
Subject: Need a Vehicle Loan?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan22.172749-0500_est.331122-18813+28672@ams.ftl.affinity.com>
Date:Thu, 22 Jan 2004 17:27:49 -0500
```



Credit Soup, Inc., 114 N. Egan, Madison, SD 57042

From ???@??? Mon Feb 09 14:27:04 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2371389-19637>; Mon, 9 Feb 2004 17:18:32 -0500
Received: from vm112.vmadmin.com ([216.64.222.112]) by ams.ftl.affinity.com
with ESMTP id <2431391-19637>; Mon, 9 Feb 2004 16:27:11 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm112.vmadmin.com with SMTP; 09 Feb 2004 15:27:08 -0600
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 241595
From: MyMortgageHelper <MyMortgageHelper@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MyMortgageHelper <MyMortgageHelper241595@replies.virtumundo.com>
Subject: Are you looking to buy a home?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb9.162711-0500_est.2431391-19637+24650@ams.ftl.affinity.com>
Date:Mon, 9 Feb 2004 16:27:11 -0500



MyMortgageHelper.com, 37 W.17th St., Suite 5E, New York, NY 10011

```
From ???@??? Fri Sep 19 14:23:59 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <1254603-16925>; Fri, 19 Sep 2003 17:07:11 -0400
Received: from vt227.vtarget.com ([216.64.222.227]) by ams.ftl.affinity.com
with ESMTP id <2309843-16923>; Fri, 19 Sep 2003 17:06:05 -0400
Received: from vtarget.com (192.168.3.10)
  by vt227.vtarget.com with SMTP; 19 Sep 2003 16:05:45 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 139318
From: Myrtle Beach Hotels <MyrtleBeachHotels139318@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: Myrtle Beach Hotels <MyrtleBeachHotels139318@replies.vtarget.com>
Subject: Stay in a sand castle.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep19.170605-0400_edt.2309843-16923+5435@ams.ftl.affinity.com>
Date:Fri, 19 Sep 2003 17:06:04 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go**

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Sep 23 16:03:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <1252625-7884>; Tue, 23 Sep 2003 17:42:26 -0400
Received: from vm152.vmadmin.com ([216.64.222.152]) by ams.ftl.affinity.com
with ESMTP id <1252882-7882>; Tue, 23 Sep 2003 17:41:39 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm152.vmadmin.com with SMTP; 23 Sep 2003 16:41:22 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 142767
From: Myrtle Beach Hotels <MyrtleBeachHotels142767@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Myrtle Beach Hotels <MyrtleBeachHotels142767@replies.virtumundo.com>
Subject: Myrtle Beach awaits!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep23.174139-0400_edt.1252882-7882+2502@ams.ftl.affinity.com>
Date:Tue, 23 Sep 2003 17:41:38 -0400



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go