Gordon v. Virtumundo Inc et al

here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Nov 06 09:21:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <228289-10539>; Thu, 6 Nov 2003 10:26:29 -0500
Received: from vl208-25.vmlocal.com ([216.21.208.25]) by ams.ftl.affinity.com
with ESMTP id <231396-10544>; Thu, 6 Nov 2003 10:25:18 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-25.vmlocal.com with SMTP; 06 Nov 2003 09:25:16 -0600
X-ClientHost:
106097109105108097064103111114100111101191111114107115046099111109
X-MailingID: 191014
From: Myrtle Beach Hotels <MyrtleBeachHotels191014@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Myrtle Beach Hotels <MyrtleBeachHotels191014@vmlocal.com>
Subject: Book your time at a Myrtle Beach hotel now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov6.102518-0500_est.231396-10544+28145@ams.ftl.affinity.com>
Date:Thu, 6 Nov 2003 10:25:18 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Nov 08 15:24:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215091-1083>; Sat, 8 Nov 2003
16:38:59 -0500
Received: from vl208-39.vmlocal.com ([216.21.208.39]) by ams.ftl.affinity.com
with ESMTP id <215422-1082>; Sat, 8 Nov 2003 16:38:28 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-39.vmlocal.com with SMTP; 08 Nov 2003 15:38:25 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 193389
From: Myrtle Beach Hotels <MyrtleBeachHotels193389@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Myrtle Beach Hotels <MyrtleBeachHotels193389@vmlocal.com>
Subject: Play on the beach.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov8.163828-0500_est.215422-1082+12439@ams.ftl.affinity.com>
Date:Sat, 8 Nov 2003 16:38:28 -0500



     You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Dec 24 06:39:07 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2737106-24713>; Wed, 24 Dec 2003 04:48:31 -0500
Received: from vm209-249.vmlocal.com ([216.21.209.249]) by
ams.ftl.affinity.com with ESMTP id <2741034-24708>; Wed, 24 Dec 2003 04:47:32
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-249.vmlocal.com with SMTP; 24 Dec 2003 03:47:26 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 226366
From: Myrtle Beach Hotels <MyrtleBeachHotels@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Myrtle Beach Hotels <MyrtleBeachHotels226366@vmlocal.com>
Subject: Book your time at a Myrtle Beach hotel now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec24.044732-0500_est.2741034-24708+19469@ams.ftl.affinity.com>
Date:Wed, 24 Dec 2003 04:47:32 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Dec 07 22:59:10 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215997-15032>; Sun, 7 Dec
2003 19:58:51 -0500
Received: from vl208-37.vmlocal.com ([216.21.208.37]) by ams.ftl.affinity.com
with ESMTP id <223131-30955>; Sun, 7 Dec 2003 19:57:22 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-37.vmlocal.com with SMTP; 07 Dec 2003 16:26:18 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 213543
From: Myrtle Beach Hotels <MyrtleBeachHotels@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Myrtle Beach Hotels <MyrtleBeachHotels213543@vmlocal.com>
Subject: Book your time at a Myrtle Beach hotel now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec7.195722-0500_est.223131-30955+71979@ams.ftl.affinity.com>
Date:Sun, 7 Dec 2003 19:57:22 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Nov 28 12:11:12 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <219309-28120>; Fri, 28 Nov 2003 13:34:22 -0500
Received: from vl208-33.vmlocal.com ([216.21.208.33]) by ams.ftl.affinity.com
with ESMTP id <220330-28120>; Fri, 28 Nov 2003 13:33:59 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-33.vmlocal.com with SMTP; 28 Nov 2003 12:33:56 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 207491
From: Myrtle Beach Hotels <MyrtleBeachHotels@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Myrtle Beach Hotels <MyrtleBeachHotels207491@vmlocal.com>
Subject: Play on the beach.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov28.133359-0500_est.220330-28120+5591@ams.ftl.affinity.com>
Date:Fri, 28 Nov 2003 13:33:58 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Nov 28 09:25:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <219915-16373>; Fri, 28 Nov
2003 10:33:34 -0500
Received: from vl208-72.vmlocal.com ([216.21.208.72]) by ams.ftl.affinity.com
with ESMTP id <219917-16365>; Fri, 28 Nov 2003 10:32:58 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-72.vmlocal.com with SMTP; 28 Nov 2003 09:32:54 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 207494
From: Myrtle Beach Hotels <MyrtleBeachHotels@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Myrtle Beach Hotels <MyrtleBeachHotels207494@vmlocal.com>
Subject: Play on the beach.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov28.103258-0500_est.219917-16365+4035@ams.ftl.affinity.com>
Date:Fri, 28 Nov 2003 10:32:57 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you**

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Dec 25 11:16:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213485-18213>; Thu, 25 Dec
2003 13:12:28 -0500
Received: from vm209-184.vmlocal.com ([216.21.209.184]) by
ams.ftl.affinity.com with ESMTP id <216015-18211>; Thu, 25 Dec 2003 13:11:38
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-184.vmlocal.com with SMTP; 25 Dec 2003 12:11:36 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 227129
From: Myrtle Beach Hotels <MyrtleBeachHotels@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Myrtle Beach Hotels <MyrtleBeachHotels227129@vmlocal.com>
Subject: Myrtle Beach awaits!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec25.131138-0500_est.216015-18211+3872@ams.ftl.affinity.com>
Date:Thu, 25 Dec 2003 13:11:36 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Sep 20 06:43:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <463957-24629>; Sat, 20 Sep 2003 02:16:27 -0400
Received: from vt30.vtarget.com ([216.64.222.30]) by ams.ftl.affinity.com with
ESMTP id <460221-24634>; Sat, 20 Sep 2003 02:14:58 -0400
Received: from vtarget.com (192.168.3.10)
  by vt30.vtarget.com with SMTP; 20 Sep 2003 01:14:56 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 138618
From: National Child Support <NationalChildSupport138618@vtarget.com>
To:   James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: National Child Support
<NationalChildSupport138618@replies.vtarget.com>
Subject: At last...the power to collect Back Child Support
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep20.021458-0400_edt.460221-24634+449@ams.ftl.affinity.com>
Date:Sat, 20 Sep 2003 02:14:57 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 09 08:17:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213773-15385>; Sun, 9 Nov
2003 02:28:09 -0500
Received: from vm102.vmadmin.com ([216.64.222.102]) by ams.ftl.affinity.com
with ESMTP id <215985-15377>; Sun, 9 Nov 2003 02:21:00 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm102.vmadmin.com with SMTP; 09 Nov 2003 00:50:00 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 193135
From: National Child Support <NationalChildSupport193135@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: National Child Support
<NationalChildSupport193135@replies.virtumundo.com>
Subject: At last...the power to collect Back Child Support
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov9.022100-0500_est.215985-15377+26454@ams.ftl.affinity.com>
Date:Sun, 9 Nov 2003 02:20:59 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 08 23:24:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213898-7252>; Sun, 9 Nov 2003 02:01:07 -0500
Received: from vmadmin.com ([216.64.222.91]) by ams.ftl.affinity.com
with ESMTP id <215091-7251>; Sun, 9 Nov 2003 02:00:18 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm091.vmadmin.com with SMTP; 09 Nov 2003 00:50:00 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 193135
From: National Child Support <NationalChildSupport193135@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: National Child Support
<NationalChildSupport193135@replies.virtumundo.com>
Subject: At last...the power to collect Back Child Support
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov9.020018-0500_est.215091-7251+4109@ams.ftl.affinity.com>
Date:Sun, 9 Nov 2003 02:00:17 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Nov 08 23:24:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213940-7251>; Sun, 9 Nov 2003 02:01:07 -0500
Received: from vm091.vmadmin.com ([216.64.222.91]) by ams.ftl.affinity.com
with ESMTP id <215085-7248>; Sun, 9 Nov 2003 02:00:18 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm091.vmadmin.com with SMTP; 09 Nov 2003 00:50:00 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 193135
From: National Child Support <NationalChildSupport193135@vmadmin.com>
To:   James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: National Child Support
<NationalChildSupport193135@replies.virtumundo.com>
Subject: At last...the power to collect Back Child Support
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov9.020018-0500_est.215085-7248+4251@ams.ftl.affinity.com>
Date:Sun, 9 Nov 2003 02:00:16 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 08 23:24:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213646-7244>; Sun, 9 Nov 2003 02:01:07 -0500
Received: from vm091.vmadmin.com ([216.64.222.91]) by ams.ftl.affinity.com
with ESMTP id <214842-7252>; Sun, 9 Nov 2003 02:00:18 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm091.vmadmin.com with SMTP; 09 Nov 2003 00:50:00 -0600
X-ClientHost: 1020971211010641031111141001111011911111410711504609911109
X-MailingID: 193135
From: National Child Support <NationalChildSupport193135@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: National Child Support
<NationalChildSupport193135@replies.virtumundo.com>
Subject: At last...the power to collect Back Child Support
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov9.020018-0500_est.214842-7252+4280@ams.ftl.affinity.com>
Date:Sun, 9 Nov 2003 02:00:16 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 09 08:17:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213583-15385>; Sun, 9 Nov 2003 02:28:09 -0500
Received: from vm102.vmadmin.com ([216.64.222.102]) by ams.ftl.affinity.com
with ESMTP id <215921-15377>; Sun, 9 Nov 2003 02:21:00 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm102.vmadmin.com with SMTP; 09 Nov 2003 00:50:00 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 193135
From: National Child Support <NationalChildSupport193135@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: National Child Support
<NationalChildSupport193135@replies.virtumundo.com>
Subject: At last...the power to collect Back Child Support
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov9.022100-0500_est.215921-15377+26453@ams.ftl.affinity.com>
Date:Sun, 9 Nov 2003 02:20:59 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Nov 26 08:56:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217573-16328>; Wed, 26 Nov 2003 05:58:47 -0500
Received: from vm213.vmadmin.com ([216.64.222.213]) by ams.ftl.affinity.com
with ESMTP id <216908-16322>; Wed, 26 Nov 2003 05:58:01 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm213.vmadmin.com with SMTP; 26 Nov 2003 04:57:59 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 205111
From: National Child Support <NationalChildSupport@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: National Child Support
<NationalChildSupport205111@replies.virtumundo.com>
Subject: At last...the power to collect Back Child Support
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.055801-0500_est.216908-16322+379@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 05:58:01 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Nov 26 08:56:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217462-16328>; Wed, 26 Nov
2003 05:58:47 -0500
Received: from vm213.vmadmin.com ([216.64.222.213]) by ams.ftl.affinity.com
with ESMTP id <216179-16322>; Wed, 26 Nov 2003 05:58:01 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm213.vmadmin.com with SMTP; 26 Nov 2003 04:57:59 -0600
X-ClientHost:
106111110097116104097110064103111114100111101191111141071150460991111109
X-MailingID: 205111
From: National Child Support <NationalChildSupport@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: National Child Support
<NationalChildSupport205111@replies.virtumundo.com>
Subject: At last...the power to collect Back Child Support
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.055801-0500_est.216179-16322+380@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 05:58:01 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Nov 26 08:56:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217442-16328>; Wed, 26 Nov 2003 05:58:47 -0500
Received: from vm213.vmadmin.com ([216.64.222.213]) by ams.ftl.affinity.com
with ESMTP id <216860-16327>; Wed, 26 Nov 2003 05:58:01 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm213.vmadmin.com with SMTP; 26 Nov 2003 04:57:59 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 205111
From: National Child Support <NationalChildSupport@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: National Child Support
<NationalChildSupport205111@replies.virtumundo.com>
Subject: At last...the power to collect Back Child Support
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.055801-0500_est.216860-16327+331@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 05:58:00 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Nov 26 08:56:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216845-16329>; Wed, 26 Nov 2003 05:58:47 -0500
Received: from vm213.vmadmin.com ([216.64.222.213]) by ams.ftl.affinity.com
with ESMTP id <216848-16326>; Wed, 26 Nov 2003 05:58:01 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm213.vmadmin.com with SMTP; 26 Nov 2003 04:57:59 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 205111
From: National Child Support <NationalChildSupport@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: National Child Support
<NationalChildSupport205111@replies.virtumundo.com>
Subject: At last...the power to collect Back Child Support
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.055801-0500_est.216848-16326+364@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 05:58:00 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Nov 26 08:56:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <217556-16329>; Wed, 26 Nov 2003 05:58:47 -0500
Received: from vm213.vmadmin.com ([216.64.222.213]) by ams.ftl.affinity.com
with ESMTP id <214746-16329>; Wed, 26 Nov 2003 05:58:01 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm213.vmadmin.com with SMTP; 26 Nov 2003 04:57:59 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 205111
From: National Child Support <NationalChildSupport@vmadmin.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: National Child Support
<NationalChildSupport205111@replies.virtumundo.com>
Subject: At last...the power to collect Back Child Support
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.055801-0500_est.214746-16329+337@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 05:58:01 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Feb 27 23:23:12 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter339012@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 2304 invoked from network); 27 Feb 2006 14:41:48 -0600
Received: from vm-184-101.vm-mail.com (HELO pkc-sb01) (206.82.184.101)
   by gnwalpha.org with SMTP; 27 Feb 2006 14:41:47 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 27 Feb 2006 14:41:30 -0600
X-ClientHost:
10610510906410511610010510011011111610111101001141051031041160460991111109
X-MailingID: 339012
From: National Coupon Book <NatlCouponBook@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339012@vm-rewards.com>
Subject: Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link





* Some restrictions apply, see certificate for redemption details
* Restaurant availability may vary from area to area
* Only one Restaurant Certificate per order
* Offer is valid while supplies last
* Offer only valid with U.S. purchases. Not valid in Canada or Puerto Rico
* Offer expires February 28, 2006.
* Offer available only through this link
* Offer cannot be combined with any other Entertainment Publications' offer (such as point
other rewards programs or other gift or certificate programs)
* Offer not valid on prior or multiple purchases
* Valid email address required
* Restaurant Certificate redemption code and instructions will be emailed with your shipped
book confirmation
* Entertainment book prices vary depending on your city. Offer applies to retail price only.

Not valid with any other offer.
Entertainment Publications Operating Company, Inc.
1414 E. Maple Road
Troy, MI 48083
Tel: 888-231-SAVE

---



**Entertainment Publications Operating Company, 1414 E. Maple Road, Troy, MI 48083**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 27 23:20:12 2006
X-Persona: <Jay>
Return-Path: <mailcenter339012@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 28803 invoked from network); 27 Feb 2006 14:52:35 -0600
Received: from vm-184-101.vm-mail.com (HELO pkc-sb01) (206.82.184.101)
   by xj4x4.net with SMTP; 27 Feb 2006 14:52:34 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 27 Feb 2006 14:52:16 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 339012
From: National Coupon Book <NatlCouponBook@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339012@vm-rewards.com>
Subject: *****SPAM***** Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_10,
      HTML_MESSAGE,HTML_TAG_BALANCE_BODY,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,SAVE_UP_TO,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 SAVE_UP_TO BODY: Save Up To
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.3 HTML_TAG_BALANCE_BODY BODY: HTML has unbalanced "body" tags
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.5 HTML_IMAGE_RATIO_10 BODY: HTML has a low ratio of text to image
area
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *       [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.184.101>]
```

Images not loading? View this offer by visiting this link





**The Entertainment® Book**

Get this incredible $25 value now before it's gone! Order your 2006 Entertainment Book today! Use the book to dine at top restaurants, shop for popular brands, and pay less than everyone else. If you order by February 28th, you will get a $25 certificate, good at over 6,000 restaurants nationwide. Save up to 50% almost everywhere, including:

• Movie Theaters
• Local Restaurants
• Sporting Events

• Grocery Stores
• Car Rentals
• And much, much more

* Some restrictions apply, see certificate for redemption details
* Restaurant availability may vary from area to area
* Only one Restaurant Certificate per order
* Offer is valid while supplies last
* Offer only valid with U.S. purchases. Not valid in Canada or Puerto Rico
* Offer expires February 28, 2006.
* Offer available only through this link
* Offer cannot be combined with any other Entertainment Publications' offer (such as point, other rewards programs or other gift or certificate programs)
* Offer not valid on prior or multiple purchases
* Valid email address required
* Restaurant Certificate redemption code and instructions will be emailed with your shipped book confirmation
* Entertainment book prices vary depending on your city. Offer applies to retail price only.

Not valid with any other offer.
Entertainment Publications Operating Company, Inc.
1414 E. Maple Road
Troy, MI 48083
Tel: 888-231-SAVE





**Entertainment Publications Operating Company, 1414 E. Maple Road, Troy, MI 48083**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 27 23:20:06 2006
X-Persona: <Celia>
Return-Path: <mailcenter339012@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 1728 invoked from network); 27 Feb 2006 10:32:12 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by omniinnovations.com with SMTP; 27 Feb 2006 10:32:12 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 27 Feb 2006 10:31:59 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 339012
From: National Coupon Book <NatlCouponBook@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339012@vm-rewards.com>
Subject: *****SPAM***** Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_10,
        HTML_MESSAGE,HTML_TAG_BALANCE_BODY,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,SAVE_UP_TO,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 SAVE_UP_TO BODY: Save Up To
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.3 HTML_TAG_BALANCE_BODY BODY: HTML has unbalanced "body" tags
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.5 HTML_IMAGE_RATIO_10 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link



**The Entertainment® Book**

Get this incredible $25 value now before it's gone! Order your 2006 Entertainment Book today! Use the book to dine at top restaurants, shop for popular brands, and pay less than everyone else. If you order by February 28th, you will get a $25 certificate, good at over 6,000 restaurants nationwide. Save up to 50% almost everywhere, including:

• Movie Theaters
• Local Restaurants
• Sporting Events

• Grocery Stores
• Car Rentals
• And much, much more

\* Some restrictions apply, see certificate for redemption details
\* Restaurant availability may vary from area to area
\* Only one Restaurant Certificate per order
\* Offer is valid while supplies last
\* Offer only valid with U.S. purchases. Not valid in Canada or Puerto Rico
\* Offer expires February 28, 2006.
\* Offer available only through this link
\* Offer cannot be combined with any other Entertainment Publications' offer (such as point, other rewards programs or other gift or certificate programs)
\* Offer not valid on prior or multiple purchases
\* Valid email address required
\* Restaurant Certificate redemption code and instructions will be emailed with your shipped book confirmation
\* Entertainment book prices vary depending on your city. Offer applies to retail price only.

Not valid with any other offer.
Entertainment Publications Operating Company, Inc.
1414 E. Maple Road
Troy, MI 48083
Tel: 888-231-SAVE

---



**Entertainment Publications Operating Company, 1414 E. Maple Road, Troy, MI 48083**



**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 27 15:19:53 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter339012@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 31622 invoked from network); 27 Feb 2006 14:52:37 -0600
Received: from vm-184-101.vm-mail.com (HELO pkc-sb01) (206.82.184.101)
  by omniinnovations.com with SMTP; 27 Feb 2006 14:52:37 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 27 Feb 2006 14:52:20 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 339012
From: National Coupon Book <NatlCouponBook@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339012@vm-rewards.com>
Subject: *****SPAM***** Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_10,
        HTML_MESSAGE,HTML_TAG_BALANCE_BODY,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,SAVE_UP_TO,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 SAVE_UP_TO BODY: Save Up To
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.3 HTML_TAG_BALANCE_BODY BODY: HTML has unbalanced "body" tags
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.5 HTML_IMAGE_RATIO_10 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.184.101>]
```

Images not loading? View this offer by visiting this link





**The Entertainment® Book**

Get this incredible $25 value now before it's gone! Order your 2006 Entertainment Book today! Use the book to dine at top restaurants, shop for popular brands, and pay less than everyone else. If you order by February 28th, you will get a $25 certificate, good at over 6,000 restaurants nationwide. Save up to 50% almost everywhere, including:

• Movie Theaters
• Local Restaurants
• Sporting Events

• Grocery Stores
• Car Rentals
• And much, much more

* Some restrictions apply, see certificate for redemption details
* Restaurant availability may vary from area to area
* Only one Restaurant Certificate per order
* Offer is valid while supplies last
* Offer only valid with U.S. purchases. Not valid in Canada or Puerto Rico
* Offer expires February 28, 2006.
* Offer available only through this link
* Offer cannot be combined with any other Entertainment Publications' offer (such as point, other rewards programs or other gift or certificate programs)
* Offer not valid on prior or multiple purchases
* Valid email address required
* Restaurant Certificate redemption code and instructions will be emailed with your shipped book confirmation
* Entertainment book prices vary depending on your city. Offer applies to retail price only.

Not valid with any other offer.
Entertainment Publications Operating Company, Inc.
1414 E. Maple Road
Troy, MI 48083
Tel: 888-231-SAVE





**Entertainment Publications Operating Company, 1414 E. Maple Road, Troy, MI 48083**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 27 09:10:50 2006
X-Persona: <RCW>
Return-Path: <mailcenter339012@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 15138 invoked from network); 27 Feb 2006 10:11:20 -0600
Received: from vm-184-101.vm-mail.com (HELO pkc-sb01) (206.82.184.101)
  by rcw19190020.com with SMTP; 27 Feb 2006 10:11:20 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 27 Feb 2006 10:11:04 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 339012
From: National Coupon Book <NatlCouponBook@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339012@vm-rewards.com>
Subject: Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



**The Entertainment® Book**

Get this incredible $25 value now before it's gone! Order your 2006 Entertainment Book today! Use the book to dine at top restaurants, shop for popular brands, and pay less than everyone else. If you order by February 28th, you will get a $25 certificate, good at over 6,000 restaurants nationwide. Save up to 50% almost everywhere, including:

• Movie Theaters
• Local Restaurants
• Sporting Events
• Grocery Stores
• Car Rentals
• And much, much more



* Some restrictions apply, see certificate for redemption details
* Restaurant availability may vary from area to area
* Only one Restaurant Certificate per order
* Offer is valid while supplies last
* Offer only valid with U.S. purchases. Not valid in Canada or Puerto Rico
* Offer expires February 28, 2006.
* Offer available only through this link
* Offer cannot be combined with any other Entertainment Publications' offer (such as point other rewards programs or other gift or certificate programs)
* Offer not valid on prior or multiple purchases
* Valid email address required
* Restaurant Certificate redemption code and instructions will be emailed with your shipped book confirmation
* Entertainment book prices vary depending on your city. Offer applies to retail price only.

Not valid with any other offer.
Entertainment Publications Operating Company, Inc.
1414 E. Maple Road
Troy, MI 48083
Tel: 888-231-SAVE



**Entertainment Publications Operating Company, 1414 E. Maple Road, Troy, MI 48083**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 16:39:43 2006
Return-Path: <mailcenter336388@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 24321 invoked from network); 27 Jan 2006 03:27:18 -0600
Received: from vm-181-28.vm-mail.com (206.82.181.28)
  by gnwalpha.org with SMTP; 27 Jan 2006 03:27:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-28.vm-mail.com with SMTP; 27 Jan 2006 03:27:14 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 336388
From: National Coupon Book <NatlCouponBook@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336388@vm-rewards.com>
Subject: Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.9 required=7.0 tests=BAYES_44,CLICK_BELOW,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        WHY_WAIT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**The Entertainment® Book**

Why wait? Order the 2006 Entertainment® Book today, and you can start using our famous money-saving coupons immediately. Plus, if you order by February 28th, you will get a free $25 certificate, good at over 6,000 restaurants nationwide. Save up to 50% almost everywhere including:



• Movie Theaters
• Local Restaurants
• Sporting Events

• Grocery Stores
• Car Rentals
• And much, much more

* Some restrictions apply, see certificate for redemption details.
* Offer is valid while supplies last.
* Offer only valid with US purchases.
* Offer expires February 28, 2006.
* Offer available only through this link.
* Offer cannot be combined with any other Entertainment Publication's offer (Such as point, other rewards programs or other gift or certificate programs).
* Only one Restaurant Certificate per order.
* Offer not valid on prior purchases or multiple purchases.
* Valid email address required.
* You will receive certificate redemption instructions via email in 6-8 weeks.

Not valid with any other offer.
Entertainment Publications Operating Company, Inc.
1414 E. Maple Road
Troy, MI 48083

---



 **Entertainment Publications Operating Company, Inc., 1414 E. Maple Road, Troy, MI 48083**

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 16:39:43 2006
Return-Path: <mailcenter336388@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 24993 invoked from network); 27 Jan 2006 03:27:19 -0600
Received: from vm-181-28.vm-mail.com (206.82.181.28)
  by gnwalpha.org with SMTP; 27 Jan 2006 03:27:19 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-28.vm-mail.com with SMTP; 27 Jan 2006 03:27:14 -0600
X-ClientHost:
0991041170991070640971101161041111012109910111011611409710804609911109
X-MailingID: 336388
From: National Coupon Book <NatlCouponBook@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336388@vm-rewards.com>
Subject: Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.9 required=7.0 tests=BAYES_44,CLICK_BELOW,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        WHY_WAIT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**The Entertainment® Book**

Why wait? Order the 2006 Entertainment® Book today, and you can start using our famous money-saving coupons immediately. Plus, if you order by February 28th, you will get a free $25 certificate, good at over 6,000 restaurants nationwide. Save up to 50% almost everywhere including:



• Movie Theaters
• Local Restaurants
• Sporting Events

• Grocery Stores
• Car Rentals
• And much, much more

* Some restrictions apply, see certificate for redemption details.
* Offer is valid while supplies last.
* Offer only valid with US purchases.
* Offer expires February 28, 2006.
* Offer available only through this link.
* Offer cannot be combined with any other Entertainment Publication's offer (Such as point, other rewards programs or other gift or certificate programs).
* Only one Restaurant Certificate per order.
* Offer not valid on prior purchases or multiple purchases.
* Valid email address required.
* You will receive certificate redemption instructions via email in 6-8 weeks.

Not valid with any other offer.
Entertainment Publications Operating Company, Inc.
1414 E. Maple Road
Troy, MI 48083



 **Entertainment Publications Operating Company, Inc., 1414 E. Maple Road, Troy, MI 48083**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 16:39:43 2006
Return-Path: <mailcenter336388@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 25571 invoked from network); 27 Jan 2006 03:27:19 -0600
Received: from vm-181-28.vm-mail.com (206.82.181.28)
  by gnwalpha.org with SMTP; 27 Jan 2006 03:27:19 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-28.vm-mail.com with SMTP; 27 Jan 2006 03:27:14 -0600
X-ClientHost:
10010111909712111010106409711011610411110121099101110116114097108046099111109
X-MailingID: 336388
From: National Coupon Book <NatlCouponBook@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336388@vm-rewards.com>
Subject: Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.9 required=7.0 tests=BAYES_44,CLICK_BELOW,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
       HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       WHY_WAIT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**The Entertainment® Book**

Why wait? Order the 2006 Entertainment® Book today, and you can start using our famous money-saving coupons immediately. Plus, if you order by February 28th, you will get a free $25 certificate, good at over 6,000 restaurants nationwide. Save up to 50% almost everywhere including:



• Movie Theaters
• Local Restaurants
• Sporting Events

• Grocery Stores
• Car Rentals
• And much, much more

\* Some restrictions apply, see certificate for redemption details.
\* Offer is valid while supplies last.
\* Offer only valid with US purchases.
\* Offer expires February 28, 2006.
\* Offer available only through this link.
\* Offer cannot be combined with any other Entertainment Publication's offer (Such as point, other rewards programs or other gift or certificate programs).
\* Only one Restaurant Certificate per order.
\* Offer not valid on prior purchases or multiple purchases.
\* Valid email address required.
\* You will receive certificate redemption instructions via email in 6-8 weeks.

Not valid with any other offer.
Entertainment Publications Operating Company, Inc.
1414 E. Maple Road
Troy, MI 48083



**Entertainment Publications Operating Company, Inc., 1414 E. Maple Road, Troy, MI 48083**



**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 16:39:43 2006
Return-Path: <mailcenter336388@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 26404 invoked from network); 27 Jan 2006 03:27:20 -0600
Received: from vm-181-28.vm-mail.com (206.82.181.28)
  by gnwalpha.org with SMTP; 27 Jan 2006 03:27:20 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-28.vm-mail.com with SMTP; 27 Jan 2006 03:27:14 -0600
X-ClientHost:
11509711010012106409711011610411110121099101110116114097108046099111109
X-MailingID: 336388
From: National Coupon Book <NatlCouponBook@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336388@vm-rewards.com>
Subject: Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.9 required=7.0 tests=BAYES_44,CLICK_BELOW,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        WHY_WAIT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**The Entertainment® Book**

Why wait? Order the 2006 Entertainment® Book today, and you can start using our famous money-saving coupons immediately. Plus, if you order by February 28th, you will get a free $25 certificate, good at over 6,000 restaurants nationwide. Save up to 50% almost everywhere including:



• Movie Theaters
• Local Restaurants
• Sporting Events

• Grocery Stores
• Car Rentals
• And much, much more

* Some restrictions apply, see certificate for redemption details.
* Offer is valid while supplies last.
* Offer only valid with US purchases.
* Offer expires February 28, 2006.
* Offer available only through this link.
* Offer cannot be combined with any other Entertainment Publication's offer (Such as point, other rewards programs or other gift or certificate programs).
* Only one Restaurant Certificate per order.
* Offer not valid on prior purchases or multiple purchases.
* Valid email address required.
* You will receive certificate redemption instructions via email in 6-8 weeks.

Not valid with any other offer.
Entertainment Publications Operating Company, Inc.
1414 E. Maple Road
Troy, MI 48083



 **Entertainment Publications Operating Company, Inc., 1414 E. Maple Road, Troy, MI 48083**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 16:39:43 2006
Return-Path: <mailcenter336388@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 27208 invoked from network); 27 Jan 2006 03:27:21 -0600
Received: from vm-181-28.vm-mail.com (206.82.181.28)
   by gnwalpha.org with SMTP; 27 Jan 2006 03:27:20 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-28.vm-mail.com with SMTP; 27 Jan 2006 03:27:14 -0600
X-ClientHost: 11610606409711011610411110121099101110116114097108046099111109
X-MailingID: 336388
From: National Coupon Book <NatlCouponBook@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336388@vm-rewards.com>
Subject: Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.9 required=7.0 tests=BAYES_44,CLICK_BELOW,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        WHY_WAIT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**The Entertainment® Book**

Why wait? Order the 2006 Entertainment® Book today, and you can start using our famous money-saving coupons immediately. Plus, if you order by February 28th, you will get a free $25 certificate, good at over 6,000 restaurants nationwide. Save up to 50% almost everywhere including:



• Movie Theaters
• Local Restaurants
• Sporting Events

• Grocery Stores
• Car Rentals
• And much, much more

* Some restrictions apply, see certificate for redemption details.
* Offer is valid while supplies last.
* Offer only valid with US purchases.
* Offer expires February 28, 2006.
* Offer available only through this link.
* Offer cannot be combined with any other Entertainment Publication's offer (Such as point, other rewards programs or other gift or certificate programs).
* Only one Restaurant Certificate per order.
* Offer not valid on prior purchases or multiple purchases.
* Valid email address required.
* You will receive certificate redemption instructions via email in 6-8 weeks.

Not valid with any other offer.
Entertainment Publications Operating Company, Inc.
1414 E. Maple Road
Troy, MI 48083



**Entertainment Publications Operating Company, Inc., 1414 E. Maple Road, Troy, MI 48083**



**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 06 07:05:13 2006
X-Persona: <Mila>
Return-Path: <mailcenter336388@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 16513 invoked from network); 27 Jan 2006 03:22:48 -0600
Received: from vm-182-121.vm-mail.com (206.82.182.121)
   by jaycelia.com with SMTP; 27 Jan 2006 03:22:48 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-121.vm-mail.com with SMTP; 27 Jan 2006 03:22:46 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 336388
From: National Coupon Book <NatlCouponBook@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336388@vm-rewards.com>
Subject: Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
       HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
       HTML_IMAGE_RATIO_08,HTML_MESSAGE,HTML_TAG_BALANCE_BODY,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVE_UP_TO,WHY_WAIT,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**The Entertainment® Book**

Why wait? Order the 2006 Entertainment® Book today, and you can start using our famous money-saving coupons immediately. Plus, if you order by February 28th, you will get a free $25 certificate, good at over 6,000 restaurants nationwide. Save up to 50% almost everywhere including:



• Movie Theaters
• Local Restaurants
• Sporting Events

• Grocery Stores
• Car Rentals
• And much, much more

* Some restrictions apply, see certificate for redemption details.
* Offer is valid while supplies last.
* Offer only valid with US purchases.
* Offer expires February 28, 2006.
* Offer available only through this link.
* Offer cannot be combined with any other Entertainment Publication's offer (Such as point, other rewards programs or other gift or certificate programs).
* Only one Restaurant Certificate per order.
* Offer not valid on prior purchases or multiple purchases.
* Valid email address required.
* You will receive certificate redemption instructions via email in 6-8 weeks.

Not valid with any other offer.
Entertainment Publications Operating Company, Inc.
1414 E. Maple Road
Troy, MI 48083

---



 **Entertainment Publications Operating Company, Inc., 1414 E. Maple Road, Troy, MI 48083**

If you can not see our footer image, please visit here.

```
From ???@??? Mon Feb 06 06:58:10 2006
X-Persona: <Mila>
Return-Path: <mailcenter336388@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 16513 invoked from network); 27 Jan 2006 03:22:48 -0600
Received: from vm-182-121.vm-mail.com (206.82.182.121)
   by jaycelia.com with SMTP; 27 Jan 2006 03:22:48 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-121.vm-mail.com with SMTP; 27 Jan 2006 03:22:46 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 336388
From: National Coupon Book <NatlCouponBook@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336388@vm-rewards.com>
Subject: Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_RATIO_08,HTML_MESSAGE,HTML_TAG_BALANCE_BODY,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVE_UP_TO,WHY_WAIT,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



The Entertainment® Book

Why wait? Order the 2006 Entertainment® Book today, and you can start using our famous money-saving coupons immediately. Plus, if you order by February 28th, you will get a free $25 certificate, good at over 6,000 restaurants nationwide. Save up to 50% almost everywhere including:



• Movie Theaters
• Local Restaurants
• Sporting Events

• Grocery Stores
• Car Rentals
• And much, much more

* Some restrictions apply, see certificate for redemption details.
* Offer is valid while supplies last.
* Offer only valid with US purchases.
* Offer expires February 28, 2006.
* Offer available only through this link.
* Offer cannot be combined with any other Entertainment Publication's offer (Such as point, other rewards programs or other gift or certificate programs).
* Only one Restaurant Certificate per order.
* Offer not valid on prior purchases or multiple purchases.
* Valid email address required.
* You will receive certificate redemption instructions via email in 6-8 weeks.

Not valid with any other offer.
Entertainment Publications Operating Company, Inc.
1414 E. Maple Road
Troy, MI 48083



**Entertainment Publications Operating Company, Inc., 1414 E. Maple Road, Troy, MI 48083**



**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Feb 05 21:06:19 2006
X-Persona: <Mila>
Return-Path: <mailcenter336388@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 16513 invoked from network); 27 Jan 2006 03:22:48 -0600
Received: from vm-182-121.vm-mail.com (206.82.182.121)
   by jaycelia.com with SMTP; 27 Jan 2006 03:22:48 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-121.vm-mail.com with SMTP; 27 Jan 2006 03:22:46 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 336388
From: National Coupon Book <NatlCouponBook@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336388@vm-rewards.com>
Subject: Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_RATIO_08,HTML_MESSAGE,HTML_TAG_BALANCE_BODY,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVE_UP_TO,WHY_WAIT,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**The Entertainment® Book**

Why wait? Order the 2006 Entertainment® Book today, and you can start using our famous money-saving coupons immediately. Plus, if you order by February 28th, you will get a free $25 certificate, good at over 6,000 restaurants nationwide. Save up to 50% almost everywhere including:



• Movie Theaters
• Local Restaurants
• Sporting Events

• Grocery Stores
• Car Rentals
• And much, much more

* Some restrictions apply, see certificate for redemption details.
* Offer is valid while supplies last.
* Offer only valid with US purchases.
* Offer expires February 28, 2006.
* Offer available only through this link.
* Offer cannot be combined with any other Entertainment Publication's offer (Such as point, other rewards programs or other gift or certificate programs).
* Only one Restaurant Certificate per order.
* Offer not valid on prior purchases or multiple purchases.
* Valid email address required.
* You will receive certificate redemption instructions via email in 6-8 weeks.

Not valid with any other offer.
Entertainment Publications Operating Company, Inc.
1414 E. Maple Road
Troy, MI 48083

---



**Entertainment Publications Operating Company, Inc., 1414 E. Maple Road, Troy, MI 48083**



**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 30 16:07:55 2006
X-Persona: <RCW>
Return-Path: <mailcenter336388@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 9728 invoked from network); 27 Jan 2006 04:15:05 -0600
Received: from vm-182-66.vm-mail.com (206.82.182.66)
   by ehahome.com with SMTP; 27 Jan 2006 04:15:05 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-66.vm-mail.com with SMTP; 27 Jan 2006 04:15:04 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 336388
From: National Coupon Book <NatlCouponBook@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336388@vm-rewards.com>
Subject:  Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link





* Some restrictions apply, see certificate for redemption details.
* Offer is valid while supplies last.
* Offer only valid with US purchases.
* Offer expires February 28, 2006.
* Offer available only through this link.
* Offer cannot be combined with any other Entertainment Publication's offer (Such as point other rewards programs or other gift or certificate programs).
* Only one Restaurant Certificate per order.
* Offer not valid on prior purchases or multiple purchases.
* Valid email address required.
* You will receive certificate redemption instructions via email in 6-8 weeks.

Not valid with any other offer.
Entertainment Publications Operating Company, Inc.
1414 E. Maple Road
Troy, MI 48083



**Entertainment Publications Operating Company, Inc., 1414 E. Maple Road, Troy, MI 48083**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 30 16:01:38 2006
X-Persona: <RCW>
Return-Path: <mailcenter335314@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 21440 invoked from network); 16 Jan 2006 22:40:26 -0600
Received: from vm-181-42.vm-mail.com (206.82.181.42)
  by clrobin.com with SMTP; 16 Jan 2006 22:40:24 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-42.vm-mail.com with SMTP; 16 Jan 2006 22:40:12 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 335314
From: National Coupon Book <NatlCouponBook@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335314@vm-rewards.com>
Subject:  Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



**The Entertainment® Book**

Why wait? Order the 2006 Entertainment® Book today, and you can start using our famous money-saving coupons immediately. Plus, if you order by January 31st, you will get $10 off on your book purchase. Save up to 50% almost everywhere including:

• Movie Theaters
• Local Restaurants
• Sporting Events
• Grocery Stores
• Car Rentals
• And much, much more

\* Offer is valid while supplies last.
\* Offer only valid with US purchases.
\* Offer expires January 31, 2006.
\* Offer available only through this link.
\* Offer cannot be combined with any other Entertainment Publications' offer (Such as point,
other rewards programs or other gift or certificate programs).
\* Offer not valid on prior purchases or multiple purchases.
\* Valid email address required.

Not valid with any other offer.

---



 **Entertainment Publications Operating Company, Inc., 1414 E. Maple Road, Troy, MI 48083**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 30 09:21:32 2006
X-Persona: <Jay>
Return-Path: <mailcenter336388@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 19106 invoked from network); 27 Jan 2006 03:22:53 -0600
Received: from vm-182-83.vm-mail.com (206.82.182.83)
  by itdidnotendright.com with SMTP; 27 Jan 2006 03:22:52 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-83.vm-mail.com with SMTP; 27 Jan 2006 03:22:51 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 336388
From: National Coupon Book <NatlCouponBook@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336388@vm-rewards.com>
Subject: Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_RATIO_08,HTML_MESSAGE,HTML_TAG_BALANCE_BODY,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVE_UP_TO,WHY_WAIT,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**The Entertainment® Book**

Why wait? Order the 2006 Entertainment® Book today, and you can start using our famous money-saving coupons immediately. Plus, if you order by February 28th, you will get a free $25 certificate, good at over 6,000 restaurants nationwide. Save up to 50% almost everywhere including:



• Movie Theaters
• Local Restaurants
• Sporting Events

• Grocery Stores
• Car Rentals
• And much, much more

* Some restrictions apply, see certificate for redemption details.
* Offer is valid while supplies last.
* Offer only valid with US purchases.
* Offer expires February 28, 2006.
* Offer available only through this link.
* Offer cannot be combined with any other Entertainment Publication's offer (Such as point, other rewards programs or other gift or certificate programs).
* Only one Restaurant Certificate per order.
* Offer not valid on prior purchases or multiple purchases.
* Valid email address required.
* You will receive certificate redemption instructions via email in 6-8 weeks.

Not valid with any other offer.
Entertainment Publications Operating Company, Inc.
1414 E. Maple Road
Troy, MI 48083

---



**Entertainment Publications Operating Company, Inc., 1414 E. Maple Road, Troy, MI 48083**



**If you can not see our footer image, please visit here.**

From ???@??? Mon Jan 30 08:51:42 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter336388@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 16960 invoked from network); 27 Jan 2006 03:21:49 -0600
Received: from vm-182-160.vm-mail.com (206.82.182.160)
  by rcw19190020.com with SMTP; 27 Jan 2006 03:21:48 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-160.vm-mail.com with SMTP; 27 Jan 2006 03:21:46 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 336388
From: National Coupon Book <NatlCouponBook@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336388@vm-rewards.com>
Subject:  Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



**The Entertainment® Book**

Why wait? Order the 2006 Entertainment® Book today, and you can start using our famous money-saving coupons immediately. Plus, if you order by February 28th, you will get a free $25 certificate, good at over 6,000 restaurants nationwide. Save up to 50% almost everywhere including:

• Movie Theaters
• Local Restaurants
• Sporting Events
• Grocery Stores
• Car Rentals
• And much, much more



* Some restrictions apply, see certificate for redemption details.
* Offer is valid while supplies last.
* Offer only valid with US purchases.
* Offer expires February 28, 2006.
* Offer available only through this link.
* Offer cannot be combined with any other Entertainment Publication's offer (Such as point other rewards programs or other gift or certificate programs).
* Only one Restaurant Certificate per order.
* Offer not valid on prior purchases or multiple purchases.
* Valid email address required.
* You will receive certificate redemption instructions via email in 6-8 weeks.

Not valid with any other offer.
Entertainment Publications Operating Company, Inc.
1414 E. Maple Road
Troy, MI 48083

---



**Entertainment Publications Operating Company, Inc., 1414 E. Maple Road, Troy, MI 48083**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 30 08:51:21 2006
X-Persona: <Celia>
Return-Path: <mailcenter336388@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 26432 invoked from network); 27 Jan 2006 03:43:34 -0600
Received: from vm-180-238.vm-mail.com (206.82.180.238)
  by gordonworks.com with SMTP; 27 Jan 2006 03:43:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-238.vm-mail.com with SMTP; 27 Jan 2006 03:43:32 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 336388
From: National Coupon Book <NatlCouponBook@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336388@vm-rewards.com>
Subject: Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_RATIO_08,HTML_MESSAGE,HTML_TAG_BALANCE_BODY,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVE_UP_TO,WHY_WAIT,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**The Entertainment® Book**

Why wait? Order the 2006 Entertainment® Book today, and you can start using our famous money-saving coupons immediately. Plus, if you order by February 28th, you will get a free $25 certificate, good at over 6,000 restaurants nationwide. Save up to 50% almost everywhere including:



• Movie
Theaters
• Local
Restaurants
• Sporting
Events

• Grocery Stores
• Car Rentals
• And much, much
more

\* Some restrictions apply, see certificate for redemption details.
\* Offer is valid while supplies last.
\* Offer only valid with US purchases.
\* Offer expires February 28, 2006.
\* Offer available only through this link.
\* Offer cannot be combined with any other Entertainment Publication's offer (Such as point,
other rewards programs or other gift or certificate programs).
\* Only one Restaurant Certificate per order.
\* Offer not valid on prior purchases or multiple purchases.
\* Valid email address required.
\* You will receive certificate redemption instructions via email in 6-8 weeks.

Not valid with any other offer.
Entertainment Publications Operating Company, Inc.
1414 E. Maple Road
Troy, MI 48083



 **Entertainment Publications Operating Company, Inc., 1414 E. Maple Road, Troy, MI 48083**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Jan 28 08:42:23 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter336388@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 19362 invoked from network); 27 Jan 2006 03:22:53 -0600
Received: from vm-182-100.vm-mail.com (206.82.182.100)
  by anthonycentral.com with SMTP; 27 Jan 2006 03:22:53 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-100.vm-mail.com with SMTP; 27 Jan 2006 03:22:52 -0600
X-ClientHost: 1061111100641060971211707097121115112108097099101046099111109
X-MailingID: 336388
From: National Coupon Book <NatlCouponBook@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336388@vm-rewards.com>
Subject: Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_RATIO_08,HTML_MESSAGE,HTML_TAG_BALANCE_BODY,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVE_UP_TO,WHY_WAIT,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**The Entertainment® Book**

Why wait? Order the 2006 Entertainment® Book today, and you can start using our famous money-saving coupons immediately. Plus, if you order by February 28th, you will get a free $25 certificate, good at over 6,000 restaurants nationwide. Save up to 50% almost everywhere including:



• Movie
Theaters
• Local
Restaurants
• Sporting
Events

• Grocery Stores
• Car Rentals
• And much, much
more

* Some restrictions apply, see certificate for redemption details.
* Offer is valid while supplies last.
* Offer only valid with US purchases.
* Offer expires February 28, 2006.
* Offer available only through this link.
* Offer cannot be combined with any other Entertainment Publication's offer (Such as point,
other rewards programs or other gift or certificate programs).
* Only one Restaurant Certificate per order.
* Offer not valid on prior purchases or multiple purchases.
* Valid email address required.
* You will receive certificate redemption instructions via email in 6-8 weeks.

Not valid with any other offer.
Entertainment Publications Operating Company, Inc.
1414 E. Maple Road
Troy, MI 48083

---





**Entertainment Publications Operating Company, Inc., 1414 E. Maple Road, Troy,
MI 48083**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Jan 21 23:11:51 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter335314@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 1059 invoked from network); 16 Jan 2006 21:39:55 -0600
Received: from vm-181-118.vm-mail.com (206.82.181.118)
  by jammtomm.com with SMTP; 16 Jan 2006 21:39:54 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-118.vm-mail.com with SMTP; 16 Jan 2006 21:39:43 -0600
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460991111109
X-MailingID: 335314
From: National Coupon Book <NatlCouponBook@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335314@vm-rewards.com>
Subject:  Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



**The Entertainment® Book**

Why wait? Order the 2006 Entertainment® Book today, and you can start using our famous money-saving coupons immediately. Plus, if you order by January 31st, you will get $10 off on your book purchase. Save up to 50% almost everywhere including:

• Movie Theaters
• Local Restaurants
• Sporting Events
• Grocery Stores
• Car Rentals
• And much, much more



* Offer is valid while supplies last.
* Offer only valid with US purchases.
* Offer expires January 31, 2006.
* Offer available only through this link.
* Offer cannot be combined with any other Entertainment Publications' offer (Such as point, other rewards programs or other gift or certificate programs).
* Offer not valid on prior purchases or multiple purchases.
* Valid email address required.

Not valid with any other offer.

---



**Entertainment Publications Operating Company, Inc., 1414 E. Maple Road, Troy, MI 48083**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Jan 21 18:02:10 2006
X-Persona: <Jay>
Return-Path: <mailcenter335314@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 23776 invoked from network); 16 Jan 2006 21:41:58 -0600
Received: from vm-181-173.vm-mail.com (206.82.181.173)
  by jaycelia.com with SMTP; 16 Jan 2006 21:41:57 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-173.vm-mail.com with SMTP; 16 Jan 2006 21:41:46 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 335314
From: National Coupon Book <NatlCouponBook@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335314@vm-rewards.com>
Subject: *****SPAM***** Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_ONLY_12,HTML_IMAGE_RATIO_06,HTML_MESSAGE,
        HTML_TAG_BALANCE_BODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVE_UP_TO,
        WHY_WAIT,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.5 WHY_WAIT BODY: What are you waiting for
        *  0.1 SAVE_UP_TO BODY: Save Up To
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.3 HTML_IMAGE_RATIO_06 BODY: HTML has a low ratio of text to image
area
        *  1.0 HTML_IMAGE_ONLY_12 BODY: HTML: images with 1000-1200 bytes of
words
        *  0.3 HTML_TAG_BALANCE_BODY BODY: HTML has unbalanced "body" tags
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.0 CLICK_BELOW Asks you to click below
```

Images not loading? View this offer by visiting this link





**The Entertainment® Book**

Why wait? Order the 2006 Entertainment® Book today, and you can start using our famous money-saving coupons immediately. Plus, if you order by January 31st, you will get $10 off on your book purchase. Save up to 50% almost everywhere including:

• Movie Theaters
• Local Restaurants
• Sporting Events
• Grocery Stores
• Car Rentals
• And much, much more

* Offer is valid while supplies last.
* Offer only valid with US purchases.
* Offer expires January 31, 2006.
* Offer available only through this link.
* Offer cannot be combined with any other Entertainment Publications' offer (Such as point, other rewards programs or other gift or certificate programs).
* Offer not valid on prior purchases or multiple purchases.
* Valid email address required.

Not valid with any other offer.



**Entertainment Publications Operating Company, Inc., 1414 E. Maple Road, Troy, MI 48083**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Jan 21 16:40:17 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter335314@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 1059 invoked from network); 16 Jan 2006 21:39:55 -0600
Received: from vm-181-118.vm-mail.com (206.82.181.118)
  by jammtomm.com with SMTP; 16 Jan 2006 21:39:54 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-118.vm-mail.com with SMTP; 16 Jan 2006 21:39:43 -0600
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460991111109
X-MailingID: 335314
From: National Coupon Book <NatlCouponBook@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335314@vm-rewards.com>
Subject:  Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



**The Entertainment® Book**

Why wait? Order the 2006 Entertainment® Book today, and you can start using our famous money-saving coupons immediately. Plus, if you order by January 31st, you will get $10 off on your book purchase. Save up to 50% almost everywhere including:

• Movie Theaters
• Local Restaurants
• Sporting Events
• Grocery Stores
• Car Rentals
• And much, much more



* Offer is valid while supplies last.
* Offer only valid with US purchases.
* Offer expires January 31, 2006.
* Offer available only through this link.
* Offer cannot be combined with any other Entertainment Publications' offer (Such as point, other rewards programs or other gift or certificate programs).
* Offer not valid on prior purchases or multiple purchases.
* Valid email address required.

Not valid with any other offer.

---



**Entertainment Publications Operating Company, Inc., 1414 E. Maple Road, Troy, MI 48083**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Jan 19 09:50:08 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter335314@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 23680 invoked from network); 16 Jan 2006 21:41:58 -0600
Received: from vm-181-168.vm-mail.com (206.82.181.168)
  by chiefmusician.net with SMTP; 16 Jan 2006 21:41:57 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-168.vm-mail.com with SMTP; 16 Jan 2006 21:41:46 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 335314
From: National Coupon Book <NatlCouponBook@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335314@vm-rewards.com>
Subject: *****SPAM***** Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_ONLY_12,HTML_IMAGE_RATIO_06,HTML_MESSAGE,
        HTML_TAG_BALANCE_BODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVE_UP_TO,
        WHY_WAIT,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.5 WHY_WAIT BODY: What are you waiting for
        *  0.1 SAVE_UP_TO BODY: Save Up To
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.3 HTML_IMAGE_RATIO_06 BODY: HTML has a low ratio of text to image
area
        *  1.0 HTML_IMAGE_ONLY_12 BODY: HTML: images with 1000-1200 bytes of
words
        *  0.3 HTML_TAG_BALANCE_BODY BODY: HTML has unbalanced "body" tags
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.0 CLICK_BELOW Asks you to click below
```

Images not loading? View this offer by visiting this link





**The Entertainment® Book**

Why wait? Order the 2006 Entertainment® Book today, and you can start using our famous money-saving coupons immediately. Plus, if you order by January 31st, you will get $10 off on your book purchase. Save up to 50% almost everywhere including:

• Movie Theaters
• Local Restaurants
• Sporting Events
• Grocery Stores
• Car Rentals
• And much, much more

\* Offer is valid while supplies last.
\* Offer only valid with US purchases.
\* Offer expires January 31, 2006.
\* Offer available only through this link.
\* Offer cannot be combined with any other Entertainment Publications' offer (Such as point, other rewards programs or other gift or certificate programs).
\* Offer not valid on prior purchases or multiple purchases.
\* Valid email address required.

Not valid with any other offer.



**Entertainment Publications Operating Company, Inc., 1414 E. Maple Road, Troy, MI 48083**

If you can not see our footer image, please visit here.

From ???@??? Tue Jan 17 18:59:02 2006
X-Persona: <Mila>
Return-Path: <mailcenter335314@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 16 Jan 2006 21:41:51 -0600
From: National Coupon Book <NatlCouponBook@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Get a copy of the 2006 Entertainment Book
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_ONLY_12,HTML_IMAGE_RATIO_06,HTML_MESSAGE,
        HTML_TAG_BALANCE_BODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVE_UP_TO,
        WHY_WAIT,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43CC677F.51D0C066"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7205&e=mila@jammtomm.com
  visiting this link URI:http://ogy.cc/img_ploikjy/px.gif
  URI:http://ogy.cc/img_ploikjy/px.gif [...]

Content analysis details:   (7.1 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.5 WHY_WAIT               BODY: What are you waiting for
 0.1 SAVE_UP_TO             BODY: Save Up To
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.3 HTML_IMAGE_RATIO_06    BODY: HTML has a low ratio of text to image area
 1.0 HTML_IMAGE_ONLY_12     BODY: HTML: images with 1000-1200 bytes of words
 0.3 HTML_TAG_BALANCE_BODY  BODY: HTML has unbalanced "body" tags
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.0 CLICK_BELOW            Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 20037 invoked from network); 16 Jan 2006 21:41:51 -0600
Received: from vm-181-150.vm-mail.com (206.82.181.150)
  by chiefmusician.net with SMTP; 16 Jan 2006 21:41:50 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-150.vm-mail.com with SMTP; 16 Jan 2006 21:41:38 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 335314
From: National Coupon Book <NatlCouponBook@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335314@vm-rewards.com>
Subject:  Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get a copy
of th1.htm"
```

```
From ???@??? Mon Jan 16 20:48:29 2006
Return-Path: <mailcenter335314@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 9573 invoked from network); 16 Jan 2006 21:36:14 -0600
Received: from vm-180-244.vm-mail.com (206.82.180.244)
  by gordonworks.com with SMTP; 16 Jan 2006 21:36:14 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-244.vm-mail.com with SMTP; 16 Jan 2006 21:36:01 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 335314
From: National Coupon Book <NatlCouponBook@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335314@vm-rewards.com>
Subject: Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.5 required=7.0 tests=BAYES_44,CLICK_BELOW,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,WHY_WAIT
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



The Entertainment® Book

Why wait? Order the 2006 Entertainment® Book today, and you can start using our famous money-saving coupons immediately. Plus, if you order by January 31st, you will get $10 off on your book purchase. Save up to 50% almost everywhere including:

• Movie Theaters
• Local Restaurants
• Sporting Events
• Grocery Stores
• Car Rentals
• And much, much more



* Offer is valid while supplies last.
* Offer only valid with US purchases.
* Offer expires January 31, 2006.
* Offer available only through this link.
* Offer cannot be combined with any other Entertainment Publications' offer (Such as point
other rewards programs or other gift or certificate programs).
* Offer not valid on prior purchases or multiple purchases.
* Valid email address required.

Not valid with any other offer.

---



**Entertainment Publications Operating Company, Inc., 1414 E. Maple Road, Troy, MI 48083**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 16 20:48:29 2006
Return-Path: <mailcenter335314@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 11270 invoked from network); 16 Jan 2006 21:36:16 -0600
Received: from vm-180-244.vm-mail.com (206.82.180.244)
  by gordonworks.com with SMTP; 16 Jan 2006 21:36:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-244.vm-mail.com with SMTP; 16 Jan 2006 21:36:02 -0600
X-ClientHost:
099104117099107064097110116104111101210991011101161140971080460991111109
X-MailingID: 335314
From: National Coupon Book <NatlCouponBook@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335314@vm-rewards.com>
Subject: Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.5 required=7.0 tests=BAYES_44,CLICK_BELOW,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,WHY_WAIT
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**The Entertainment® Book**

Why wait? Order the 2006 Entertainment® Book today, and you can start using our famous money-saving coupons immediately. Plus, if you order by January 31st, you will get $10 off on your book purchase. Save up to 50% almost everywhere including:

• Movie Theaters
• Local Restaurants
• Sporting Events
• Grocery Stores
• Car Rentals
• And much, much more



\* Offer is valid while supplies last.
\* Offer only valid with US purchases.
\* Offer expires January 31, 2006.
\* Offer available only through this link.
\* Offer cannot be combined with any other Entertainment Publications' offer (Such as point
other rewards programs or other gift or certificate programs).
\* Offer not valid on prior purchases or multiple purchases.
\* Valid email address required.

Not valid with any other offer.

 Entertainment Publications Operating Company, Inc., 1414 E. Maple Road, Troy, MI 48083

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 16 20:48:29 2006
Return-Path: <mailcenter335314@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 12481 invoked from network); 16 Jan 2006 21:36:18 -0600
Received: from vm-180-244.vm-mail.com (206.82.180.244)
  by gordonworks.com with SMTP; 16 Jan 2006 21:36:17 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-244.vm-mail.com with SMTP; 16 Jan 2006 21:36:02 -0600
X-ClientHost:
1001011190971211101010640971101161041111012109910111011611409710804609
X-MailingID: 335314
From: National Coupon Book <NatlCouponBook@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335314@vm-rewards.com>
Subject: Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.5 required=7.0 tests=BAYES_44,CLICK_BELOW,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,WHY_WAIT
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





* Offer is valid while supplies last.
* Offer only valid with US purchases.
* Offer expires January 31, 2006.
* Offer available only through this link.
* Offer cannot be combined with any other Entertainment Publications' offer (Such as point
other rewards programs or other gift or certificate programs).
* Offer not valid on prior purchases or multiple purchases.
* Valid email address required.

Not valid with any other offer.



**Entertainment Publications Operating Company, Inc., 1414 E. Maple Road, Troy,
MI 48083**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 16 20:48:29 2006
Return-Path: <mailcenter335314@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 13698 invoked from network); 16 Jan 2006 21:36:20 -0600
Received: from vm-180-244.vm-mail.com (206.82.180.244)
  by gordonworks.com with SMTP; 16 Jan 2006 21:36:19 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-244.vm-mail.com with SMTP; 16 Jan 2006 21:36:02 -0600
X-ClientHost:
11509711010012106409711011610411110121099101110116114097108046099111109
X-MailingID: 335314
From: National Coupon Book <NatlCouponBook@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335314@vm-rewards.com>
Subject: Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.5 required=7.0 tests=BAYES_44,CLICK_BELOW,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,WHY_WAIT
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





* Offer is valid while supplies last.
* Offer only valid with US purchases.
* Offer expires January 31, 2006.
* Offer available only through this link.
* Offer cannot be combined with any other Entertainment Publications' offer (Such as point
other rewards programs or other gift or certificate programs).
* Offer not valid on prior purchases or multiple purchases.
* Valid email address required.

Not valid with any other offer.

---



**Entertainment Publications Operating Company, Inc., 1414 E. Maple Road, Troy, MI 48083**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 16 20:48:29 2006
Return-Path: <mailcenter335314@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 14233 invoked from network); 16 Jan 2006 21:36:22 -0600
Received: from vm-180-244.vm-mail.com (206.82.180.244)
  by gordonworks.com with SMTP; 16 Jan 2006 21:36:20 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-244.vm-mail.com with SMTP; 16 Jan 2006 21:36:02 -0600
X-ClientHost: 11610606409711011610411111012109910110116114097108046099111109
X-MailingID: 335314
From: National Coupon Book <NatlCouponBook@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335314@vm-rewards.com>
Subject: Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.5 required=7.0 tests=BAYES_44,CLICK_BELOW,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,WHY_WAIT
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





* Offer is valid while supplies last.
* Offer only valid with US purchases.
* Offer expires January 31, 2006.
* Offer available only through this link.
* Offer cannot be combined with any other Entertainment Publications' offer (Such as point other rewards programs or other gift or certificate programs).
* Offer not valid on prior purchases or multiple purchases.
* Valid email address required.

Not valid with any other offer.



**Entertainment Publications Operating Company, Inc., 1414 E. Maple Road, Troy, MI 48083**

**If you can not see our footer image, please visit here.**

From ???@??? Tue Feb 28 17:43:01 2006
X-Persona: <Mila>
Return-Path: <mailcenter339012@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 27 Feb 2006 14:52:03 -0600
From: National Coupon Book <NatlCouponBook@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Get a copy of the 2006 Entertainment Book
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_10,
        HTML_MESSAGE,HTML_TAG_BALANCE_BODY,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,SAVE_UP_TO,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44036673.3C8EDA1F"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9165&e=mila@jammtomm.com
  visiting this link URI:http://ogy.cc/ttatlapl/px.gif
  URI:http://ogy.cc/ttatlapl/px.gif [...]

Content analysis details:   (8.0 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 SAVE_UP_TO             BODY: Save Up To
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.3 HTML_TAG_BALANCE_BODY  BODY: HTML has unbalanced "body" tags
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.5 HTML_IMAGE_RATIO_10    BODY: HTML has a low ratio of text to image area
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
              [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.184.101>]


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 31424 invoked from network); 27 Feb 2006 14:52:00 -0600

```
Received: from vm-184-101.vm-mail.com (HELO pkc-sb01) (206.82.184.101)
  by chiefmusician.net with SMTP; 27 Feb 2006 14:51:55 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 27 Feb 2006 14:51:40 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 339012
From: National Coupon Book <NatlCouponBook@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339012@vm-rewards.com>
Subject: Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get a copy
of th2.htm"
```

```
From ???@??? Fri May 19 12:58:57 2006
X-Persona: <Anthony>
Return-Path: <mailcenter349464@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 31683 invoked from network); 19 May 2006 10:55:16 -0600
Received: from vm-180-45.vm-mail.com (206.82.180.45)
  by rcw19190020.com with SMTP; 19 May 2006 10:55:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-45.vm-mail.com with SMTP; 19 May 2006 11:55:08 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 349464
From: National Debt Relievers <NationalDebtRelievers@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+349464@vm-rewards.com>
Subject: Don't just consolidate - eliminate
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.3 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Commission Paradise 1085 Business Lane, Suite 3 Naples, FL 34110

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Fri May 19 12:58:57 2006
X-Persona: <Anthony>
Return-Path: <mailcenter349464@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 31268 invoked from network); 19 May 2006 10:55:14 -0600
Received: from vm-180-45.vm-mail.com (206.82.180.45)
  by rcw19190020.com with SMTP; 19 May 2006 10:55:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-45.vm-mail.com with SMTP; 19 May 2006 11:55:08 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 349464
From: National Debt Relievers <NationalDebtRelievers@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+349464@vm-rewards.com>
Subject: Don't just consolidate - eliminate
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.3 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Commission Paradise 1085 Business Lane, Suite 3 Naples, FL 34110

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Wed May 03 21:20:38 2006
X-Persona: <Mila>
Return-Path: <mailcenter347002@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 03 May 2006 09:00:21 -0600
From: National Fast Cash <NationalFastCash@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Need funds now? Get a 1500 payday advance today
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.6 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_ONLY_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4458C585.5AE6E190"


Attachments:
SPAM Need funds now .htm


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(4841&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(4841&e=mila@jammtomm.com
  URI:http://ogy.cc/v2_jg_r1_c1.jpg [...]

Content analysis details:   (8.6 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.0 HTML_IMAGE_ONLY_10     BODY: HTML: images with 800-1000 bytes of words
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_50_60             BODY: Message is 50% to 60% HTML
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 18913 invoked from network); 3 May 2006 09:00:14 -0600
Received: from vm-186-2.vm-mail.com (206.82.186.2)

```
  by rcw19190020.com with SMTP; 3 May 2006 08:59:57 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-2.vm-mail.com with SMTP; 03 May 2006 09:59:29 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 347002
From: National Fast Cash <NationalFastCash@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347002@vm-rewards.com>
Subject: Need funds now? Get a 1500 payday advance today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Need funds
now .htm"
```

```
From ???@??? Thu Jan 05 14:53:04 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter334178@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 22209 invoked from network); 5 Jan 2006 13:09:10 -0600
Received: from vm-181-235.vm-mail.com (206.82.181.235)
  by chiefmusician.net with SMTP; 5 Jan 2006 13:09:09 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-235.vm-mail.com with SMTP; 05 Jan 2006 13:08:58 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 334178
From: National Health Benefits <NationalHealthBenefits@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334178@vm-rewards.com>
Subject: *****SPAM***** Doctor - hospital - dentist - pharmacy plan $1
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SUBJ_ILLEGAL_CHARS,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        * 1.0 DATE_MISSING Missing Date: header
        * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.0 HTML_MESSAGE BODY: HTML included in message
        * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 2.7 SUBJ_ILLEGAL_CHARS Subject contains too many raw illegal
characters
```



---



**The Journal of American Medicine and Health Care, Inc 745 Carver Beach Road,
Chanhassen, MN 55317 and MedLifePlus, Inc., 2814 Spring Street, Suite 122,
Atlanta, GA 30339**

**If you can not see our footer image, please** visit here.

From ???@??? Fri Jan 06 15:27:16 2006
X-Persona: <Jay>
Return-Path: <mailcenter334178@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 21412 invoked from network); 5 Jan 2006 13:09:09 -0600
Received: from vm-181-185.vm-mail.com (206.82.181.185)
  by rcw19190020.com with SMTP; 5 Jan 2006 13:09:09 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-185.vm-mail.com with SMTP; 05 Jan 2006 13:08:58 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 334178
From: National Health Benefits <NationalHealthBenefits@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334178@vm-rewards.com>
Subject: *****SPAM***** Doctor - hospital - dentist - pharmacy plan $1
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SUBJ_ILLEGAL_CHARS,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.7 SUBJ_ILLEGAL_CHARS Subject contains too many raw illegal
characters



---



**The Journal of American Medicine and Health Care, Inc 745 Carver Beach Road,
Chanhassen, MN 55317 and MedLifePlus, Inc., 2814 Spring Street, Suite 122,
Atlanta, GA 30339**



        **If you can not see our footer image, please** visit here.

From ???@??? Mon Dec 19 01:49:56 2005
X-Persona: <Mila>
Return-Path: <mailcenter333188@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 14 Dec 2005 18:09:10 -0600
From: National Health Plans <NationWideHealthPlan@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Doctor – hospital – dentist – pharmacy plan $1
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.9 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SUBJ_ILLEGAL_CHARS,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43A0B426.6F7A7EFC"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
6042&e=mila@jammtomm.com
  URI:http://ogy.cc/jomed/journal_html2_01.gif
  URI:http://redirect.virtumundo.com/ct?i'6042&e=mila@jammtomm.com [...]

Content analysis details:   (8.9 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.5 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 2.7 SUBJ_ILLEGAL_CHARS     Subject contains too many raw illegal characters

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 16738 invoked from network); 14 Dec 2005 18:09:10 -0600
Received: from vm-180-60.vm-mail.com (206.82.180.60)
  by jammtomm.com with SMTP; 14 Dec 2005 18:09:09 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-60.vm-mail.com with SMTP; 14 Dec 2005 18:08:58 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 333188

```
From: National Health Plans  <NationWideHealthPlan@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333188@vm-rewards.com>
Subject: Doctor - hospital - dentist - pharmacy plan $1
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Doctor -
hospital.htm"
```

```
From ???@??? Thu Dec 15 10:00:05 2005
X-Persona: <Jay>
Return-Path: <mailcenter333188@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 17797 invoked from network); 14 Dec 2005 18:09:11 -0600
Received: from vm-180-177.vm-mail.com (206.82.180.177)
   by celiajay.com with SMTP; 14 Dec 2005 18:09:11 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-177.vm-mail.com with SMTP; 14 Dec 2005 18:09:00 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 333188
From: National Health Plans  <NationWideHealthPlan@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333188@vm-rewards.com>
Subject: *****SPAM***** Doctor - hospital - dentist - pharmacy plan $1
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SUBJ_ILLEGAL_CHARS,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.7 SUBJ_ILLEGAL_CHARS Subject contains too many raw illegal
characters
```





 **The Journal of American Medicine ?**

 **MedLife Plus, Inc., 2814 Spring Street, Suite 122, Atlanta, GA 30339**

 **If you can not see our footer image, please visit here.**

```
From ???@??? Thu Dec 15 09:59:49 2005
X-Persona: <Jon>
Return-Path: <mailcenter333188@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 18272 invoked from network); 14 Dec 2005 18:09:12 -0600
Received: from vm-180-221.vm-mail.com (206.82.180.221)
  by gordonworks.com with SMTP; 14 Dec 2005 18:09:12 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-221.vm-mail.com with SMTP; 14 Dec 2005 18:09:01 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 333188
From: National Health Plans <NationWideHealthPlan@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333188@vm-rewards.com>
Subject: *****SPAM***** Doctor - hospital - dentist - pharmacy plan $1
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SUBJ_ILLEGAL_CHARS,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 2.7 SUBJ_ILLEGAL_CHARS Subject contains too many raw illegal
characters
```





 **The Journal of American Medicine ?**

 **MedLife Plus, Inc., 2814 Spring Street, Suite 122, Atlanta, GA 30339**

 **If you can not see our footer image, please** visit here.

From ???@??? Thu Dec 15 09:56:58 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333188@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 28096 invoked from network); 14 Dec 2005 18:08:34 -0600
Received: from vm-180-37.vm-mail.com (206.82.180.37)
  by gnwalpha.org with SMTP; 14 Dec 2005 18:08:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-37.vm-mail.com with SMTP; 14 Dec 2005 18:08:22 -0600
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460991111109
X-MailingID: 333188
From: National Health Plans  <NationWideHealthPlan@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333188@vm-rewards.com>
Subject: Doctor — hospital — dentist — pharmacy plan $1
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



---



**The Journal of American Medicine ?**

 **MedLife Plus, Inc., 2814 Spring Street, Suite 122, Atlanta, GA 30339**



If you can not see our footer image, please visit here.

```
From ???@??? Thu Dec 15 09:56:06 2005
X-Persona: <Celia>
Return-Path: <mailcenter333188@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 12291 invoked from network); 14 Dec 2005 18:30:13 -0600
Received: from vm-182-192.vm-mail.com (206.82.182.192)
  by itdidnotendright.com with SMTP; 14 Dec 2005 18:30:12 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-192.vm-mail.com with SMTP; 14 Dec 2005 18:30:01 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 333188
From: National Health Plans  <NationWideHealthPlan@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333188@vm-rewards.com>
Subject: *****SPAM***** Doctor - hospital - dentist - pharmacy plan $1
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SUBJ_ILLEGAL_CHARS,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.7 SUBJ_ILLEGAL_CHARS Subject contains too many raw illegal
characters
```





**The Journal of American Medicine ?**

**MedLife Plus, Inc., 2814 Spring Street, Suite 122, Atlanta, GA 30339**

If you can not see our footer image, please visit here.

From ???@??? Mon Jan 30 15:44:20 2006
X-Persona: <RCW>
Return-Path: <mailcenter333188@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 17377 invoked from network); 14 Dec 2005 18:45:20 -0600
Received: from vm-180-208.vm-mail.com (206.82.180.208)
  by rcw19190020.com with SMTP; 14 Dec 2005 18:45:19 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-208.vm-mail.com with SMTP; 14 Dec 2005 18:45:08 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 333188
From: National Health Plans  <NationWideHealthPlan@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333188@vm-rewards.com>
Subject: Doctor - hospital - dentist - pharmacy plan $1
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



---



**The Journal of American Medicine ?**

MedLife Plus, Inc., 2814 Spring Street, Suite 122, Atlanta, GA 30339

If you can not see our footer image, please visit here.

From ???@??? Sun Oct 30 16:19:43 2005
X-Persona: <Indi>
Return-Path: <mailcenter331254@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 26 Oct 2005 10:32:40 -0600
From: National HealthPlan <NationalHealthPlan@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Doctor - hospital - dentist - pharmacy plan $1
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.9 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SUBJ_ILLEGAL_CHARS,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_435FAFA8.F9643ADE"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4902&e=indi@jammtomm.com
  URI:http://ogy.cc/jomed/journal_html2_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4902&e=indi@jammtomm.com
  URI:http://ogy.cc/jomed/journal_html2_02b.jpg [...]

Content analysis details:   (8.9 points, 7.0 required)

 pts rule name                description
 ---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 1.5 HTML_IMAGE_ONLY_04       BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset
 2.7 SUBJ_ILLEGAL_CHARS       Subject contains too many raw illegal characters

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 25890 invoked from network); 26 Oct 2005 10:32:39 -0600
Received: from vm-177-3.vm-mail.com (206.82.177.3)
  by gordonworks.com with SMTP; 26 Oct 2005 10:32:39 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-3.vm-mail.com with SMTP; 26 Oct 2005 11:32:26 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109

```
X-MailingID: 331254
From: National HealthPlan <NationalHealthPlan@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:   errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331254@vm-rewards.com>
Subject: Doctor - hospital - dentist - pharmacy plan $1
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Doctor -
hospita.htm"
```

From ???@??? Sun Oct 30 16:19:43 2005
X-Persona: <Indi>
Return-Path: <mailcenter331254@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
    with SpamAssassin (2.63 2004-01-11);
    Wed, 26 Oct 2005 10:32:40 -0600
From: National HealthPlan <NationalHealthPlan@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Doctor – hospital – dentist – pharmacy plan $1
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.9 required=7.0 tests=DATE_MISSING,
    HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
    MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SUBJ_ILLEGAL_CHARS,
    X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_435FAFA8.F9643ADE"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4902&e=indi@jammtomm.com
  URI:http://ogy.cc/jomed/journal_html2_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4902&e=indi@jammtomm.com
  URI:http://ogy.cc/jomed/journal_html2_02b.jpg [...]

Content analysis details:   (8.9 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.5 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 2.7 SUBJ_ILLEGAL_CHARS     Subject contains too many raw illegal characters

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 25890 invoked from network); 26 Oct 2005 10:32:39 -0600
Received: from vm-177-3.vm-mail.com (206.82.177.3)
  by gordonworks.com with SMTP; 26 Oct 2005 10:32:39 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-3.vm-mail.com with SMTP; 26 Oct 2005 11:32:26 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109

```
X-MailingID: 331254
From: National HealthPlan <NationalHealthPlan@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331254@vm-rewards.com>
Subject: Doctor - hospital - dentist - pharmacy plan $1
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Doctor -
hospita.htm"
```

```
From ???@??? Sun Oct 23 19:32:38 2005
X-Persona: <Indi>
Return-Path: <mailcenter331126@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 20513 invoked from network); 22 Oct 2005 12:11:50 -0600
Received: from vm-183-177.vm-mail.com (206.82.183.177)
  by anthonycentral.com with SMTP; 22 Oct 2005 12:11:49 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-177.vm-mail.com with SMTP; 22 Oct 2005 13:11:39 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 331126
From: National Lender <NationalLender@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331126@vm-rewards.com>
Subject: Get a car with any rating
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
    HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
    MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
    version=2.63
```



CLC, 268 Bush Street #4329 San Francisco, CA 941041

If you can not see our footer image, please visit here.

```
From ???@??? Mon Aug 21 00:03:02 2006
X-Persona: <2nd User>
Return-Path: <mailcenter360572@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 9056 invoked from network); 18 Aug 2006 09:40:50 -0600
Received: from static-vmg-181-246.vm-mail.com (HELO vm-181-246.vm-mail.com)
(206.82.181.246)
  by itdidnotendright.com with SMTP; 18 Aug 2006 09:40:49 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-246.vm-mail.com with SMTP; 18 Aug 2006 10:40:18 -0500
X-ClientHost: 11611110910912106410609710910911611110910904609911109
X-MailingID: 360572
From: National Lender <NationalLender@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+360572@vm-rewards.com>
Subject: A fully - loaded new car loan
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**







**If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo,**
**visit this link**

**CLC 238 Bush St., Suite 4329 San Francisco, CA 94104**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West**
**110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving**
**further email as a subscriber of Virtumundo Rewards, go to** http://www.virtumundo.com/change **or visit here. The**
**products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about**
**this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**



From ???@??? Sat Jan 17 09:16:09 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2373084-1875>; Sat, 17 Jan 2004 07:52:25 -0500
Received: from vm121.vmadmin.com ([216.64.222.121]) by ams.ftl.affinity.com
with ESMTP id <2373314-1875>; Sat, 17 Jan 2004 07:51:32 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm121.vmadmin.com with SMTP; 17 Jan 2004 06:51:29 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 240260
From: Nationwide Service <GetAHigherRating@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Nationwide Service <GetAHigherRating240260@replies.virtumundo.com>
Subject: Regain Your A+ Rating, Quickly & Legally
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan17.075132-0500_est.2373314-1875+33517@ams.ftl.affinity.com>
Date:Sat, 17 Jan 2004 07:51:31 -0500




Creditimprove.com, 1805 N. Carson St. # 17, Carson City NV 89701

From ???@??? Sat Jan 17 09:16:09 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2373320-1883>; Sat, 17 Jan
2004 07:52:25 -0500
Received: from vm121.vmadmin.com ([216.64.222.121]) by ams.ftl.affinity.com
with ESMTP id <2373321-1880>; Sat, 17 Jan 2004 07:51:32 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm121.vmadmin.com with SMTP; 17 Jan 2004 06:51:29 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 240260
From: Nationwide Service <GetAHigherRating@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Nationwide Service <GetAHigherRating240260@replies.virtumundo.com>
Subject: Regain Your A+ Rating, Quickly & Legally
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan17.075132-0500_est.2373321-1880+33378@ams.ftl.affinity.com>
Date:Sat, 17 Jan 2004 07:51:31 -0500



Creditimprove.com, 1805 N. Carson St. # 17, Carson City NV 89701

```
From ???@??? Sat Jan 17 09:16:09 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2372227-1877>; Sat, 17 Jan 2004 07:52:25 -0500
Received: from vm121.vmadmin.com ([216.64.222.121]) by ams.ftl.affinity.com
with ESMTP id <2373306-1875>; Sat, 17 Jan 2004 07:51:32 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm121.vmadmin.com with SMTP; 17 Jan 2004 06:51:29 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 240260
From: Nationwide Service <GetAHigherRating@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Nationwide Service <GetAHigherRating240260@replies.virtumundo.com>
Subject: Regain Your A+ Rating, Quickly & Legally
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan17.075132-0500_est.2373306-1875+33516@ams.ftl.affinity.com>
Date:Sat, 17 Jan 2004 07:51:30 -0500
```





Creditimprove.com, 1805 N. Carson St. # 17, Carson City NV 89701

```
From ???@??? Sat Jan 17 09:16:09 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2373652-1880>; Sat, 17 Jan 2004 07:52:25 -0500
Received: from vm121.vmadmin.com ([216.64.222.121]) by ams.ftl.affinity.com
with ESMTP id <2373281-1885>; Sat, 17 Jan 2004 07:51:30 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm121.vmadmin.com with SMTP; 17 Jan 2004 06:51:29 -0600
X-ClientHost: 102097121101064103111141001111011911111410711504609911109
X-MailingID: 240260
From: Nationwide Service <GetAHigherRating@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Nationwide Service <GetAHigherRating240260@replies.virtumundo.com>
Subject: Regain Your A+ Rating, Quickly & Legally
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan17.075130-0500_est.2373281-1885+34908@ams.ftl.affinity.com>
Date:Sat, 17 Jan 2004 07:51:30 -0500
```



 Creditimprove.com, 1805 N. Carson St. # 17, Carson City NV 89701

```
From ???@??? Sat Jan 17 09:16:09 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2373665-1882>; Sat, 17 Jan 2004 07:52:25 -0500
Received: from vm121.vmadmin.com ([216.64.222.121]) by ams.ftl.affinity.com
with ESMTP id <2373243-1877>; Sat, 17 Jan 2004 07:51:32 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm121.vmadmin.com with SMTP; 17 Jan 2004 06:51:29 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 240260
From: Nationwide Service <GetAHigherRating@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Nationwide Service <GetAHigherRating240260@replies.virtumundo.com>
Subject: Regain Your A+ Rating, Quickly & Legally
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan17.075132-0500_est.2373243-1877+33472@ams.ftl.affinity.com>
Date:Sat, 17 Jan 2004 07:51:31 -0500
```





**Creditimprove.com, 1805 N. Carson St. # 17, Carson City NV 89701**

```
From ???@??? Sat Dec 24 20:02:52 2005
X-Persona: <Jon>
Return-Path: <mailcenter333589@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 19265 invoked from network); 22 Dec 2005 16:49:03 -0600
Received: from vm-180-34.vm-mail.com (206.82.180.34)
  by xj4x4.net with SMTP; 22 Dec 2005 16:49:02 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-34.vm-mail.com with SMTP; 22 Dec 2005 16:48:48 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 333589
From: Nationwide Service <NationwideService@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333589@vm-rewards.com>
Subject: *****SPAM***** Instantly erase negative marks from your report
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```





i.C.C., 1805 North Carson Street, Suite 17, Carson City, NV, 89701

If you can not see our footer image, please visit here.

```
From ???@??? Sat Dec 24 20:02:46 2005
X-Persona: <Jay>
Return-Path: <mailcenter333589@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 19234 invoked from network); 22 Dec 2005 16:49:03 -0600
Received: from vm-180-3.vm-mail.com (206.82.180.3)
  by jaycelia.com with SMTP; 22 Dec 2005 16:49:01 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-3.vm-mail.com with SMTP; 22 Dec 2005 16:48:48 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 333589
From: Nationwide Service <NationwideService@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333589@vm-rewards.com>
Subject: *****SPAM***** Instantly erase negative marks from your report
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```





 i.C.C., 1805 North Carson Street, Suite 17, Carson City, NV, 89701

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 13:55:38 2005
Return-Path: <mailcenter333589@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 14146 invoked from network); 22 Dec 2005 16:45:31 -0600
Received: from vm-182-164.vm-mail.com (206.82.182.164)
   by omniinnovations.com with SMTP; 22 Dec 2005 16:45:31 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-164.vm-mail.com with SMTP; 22 Dec 2005 16:45:19 -0600
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710804609911109
X-MailingID: 333589
From: Nationwide Service <NationwideService@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333589@vm-rewards.com>
Subject: Instantly erase negative marks from your report
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



i.C.C., 1805 North Carson Street, Suite 17, Carson City, NV, 89701

If you can not see our footer image, please visit here.

```
From ???@??? Sun Jan 01 19:25:36 2006
X-Persona: <Mila>
Return-Path: <mailcenter333783@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 27587 invoked from network); 29 Dec 2005 04:33:49 -0600
Received: from vm-180-177.vm-mail.com (206.82.180.177)
  by rcw19190020.com with SMTP; 29 Dec 2005 04:33:49 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-177.vm-mail.com with SMTP; 29 Dec 2005 04:33:37 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 333783
From: Natl. Coupon Book <Natl.CouponBook@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333783@vm-rewards.com>
Subject: Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.1 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_ONLY_08,HTML_IMAGE_RATIO_06,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
```



The Entertainment® Book
The 2006 Entertainment Book makes the perfect gift this holiday season. Eat at top restaurants, shop for popular brands, and pay less than everyone else! Plus if you order by December 31st, you will get $10 off your book purchase. Our famous money-saving coupons will save you and yours up to 50% almost everywhere including:

- **Movie Theaters**
- **Local Restaurants**
- **Sporting Events**
- **Grocery Stores**
- **Car Rentals**
- **And much, much more**



Not valid with any other offer.

Entertainment Publications Operating Company, Inc.

---

Entertainment Publications Operating Company, Inc., 1414 E. Maple Road Troy, MI 48083

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 16:05:50 2005
Return-Path: <mailcenter333783@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 6755 invoked from network); 29 Dec 2005 04:43:42 -0600
Received: from vm-177-96.vm-mail.com (206.82.177.96)
   by jaykaysplace.com with SMTP; 29 Dec 2005 04:43:42 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-96.vm-mail.com with SMTP; 29 Dec 2005 04:43:25 -0600
X-ClientHost:
1001011190971211010106409711011610411110121099101110116114097108046099111109
X-MailingID: 333783
From: Natl. Coupon Book <Natl.CouponBook@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333783@vm-rewards.com>
Subject: Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.3 required=7.0 tests=BAYES_44,CLICK_BELOW,
       DATE_MISSING,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
       HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
       MIME_HTML_ONLY autolearn=no version=2.63
```



**The Entertainment® Book**
The 2006 Entertainment Book makes the perfect gift this holiday season. Eat at top restaurants, shop for popular brands, and pay less than everyone else! Plus if you order by December 31st, you will get $10 off your book purchase. Our famous money-saving coupons will save you and yours up to 50% almost everywhere including:

- **Movie Theaters**
- **Local Restaurants**
- **Sporting Events**
- **Grocery Stores**
- **Car Rentals**
- **And much, much more**



Not valid with any other offer.
Entertainment Publications Operating Company, Inc.

Entertainment Publications Operating Company, Inc., 1414 E. Maple Road Troy, MI 48083

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 16:05:50 2005
Return-Path: <mailcenter333783@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 7363 invoked from network); 29 Dec 2005 04:43:43 -0600
Received: from vm-177-96.vm-mail.com (206.82.177.96)
  by jaykaysplace.com with SMTP; 29 Dec 2005 04:43:43 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-96.vm-mail.com with SMTP; 29 Dec 2005 04:43:25 -0600
X-ClientHost:
1150971101001210640971101161041111012109910111011611409710804609911109
X-MailingID: 333783
From: Natl. Coupon Book <Natl.CouponBook@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333783@vm-rewards.com>
Subject: Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.3 required=7.0 tests=BAYES_44,CLICK_BELOW,
      DATE_MISSING,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY autolearn=no version=2.63
```



The Entertainment® Book
The 2006 Entertainment Book makes the perfect gift this holiday season. Eat at top restaurants, shop for popular brands, and pay less than everyone else! Plus if you order by December 31st, you will get $10 off your book purchase. Our famous money-saving coupons will save you and yours up to 50% almost everywhere including:

- **Movie Theaters**
- **Local Restaurants**
- **Sporting Events**
- **Grocery Stores**
- **Car Rentals**
- **And much, much more**



Not valid with any other offer.

Entertainment Publications Operating Company, Inc.

Entertainment Publications Operating Company, Inc., 1414 E. Maple Road Troy, MI 48083

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 16:05:50 2005
Return-Path: <mailcenter333783@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 8100 invoked from network); 29 Dec 2005 04:43:44 -0600
Received: from vm-177-96.vm-mail.com (206.82.177.96)
   by jaykaysplace.com with SMTP; 29 Dec 2005 04:43:43 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-96.vm-mail.com with SMTP; 29 Dec 2005 04:43:25 -0600
X-ClientHost: 1161060640971101161041111012109910110116114097108046099111109
X-MailingID: 333783
From: Natl. Coupon Book <Natl.CouponBook@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333783@vm-rewards.com>
Subject: Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.3 required=7.0 tests=BAYES_44,CLICK_BELOW,
        DATE_MISSING,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
        HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY autolearn=no version=2.63
```



**The Entertainment® Book**
The 2006 Entertainment Book makes the perfect gift this holiday season. Eat at top restaurants, shop for popular brands, and pay less than everyone else! Plus if you order by December 31st, you will get $10 off your book purchase. Our famous money-saving coupons will save you and yours up to 50% almost everywhere including:

- **Movie Theaters**
- **Local Restaurants**
- **Sporting Events**
- **Grocery Stores**
- **Car Rentals**
- **And much, much more**



Not valid with any other offer.
Entertainment Publications Operating Company, Inc.

Entertainment Publications Operating Company, Inc., 1414 E. Maple Road Troy, MI 48083

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 16:05:49 2005
Return-Path: <mailcenter333783@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 5313 invoked from network); 29 Dec 2005 04:43:41 -0600
Received: from vm-177-96.vm-mail.com (206.82.177.96)
  by jaykaysplace.com with SMTP; 29 Dec 2005 04:43:39 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-96.vm-mail.com with SMTP; 29 Dec 2005 04:43:25 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 333783
From: Natl. Coupon Book <Natl.CouponBook@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333783@vm-rewards.com>
Subject: Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.3 required=7.0 tests=BAYES_44,CLICK_BELOW,
      DATE_MISSING,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY autolearn=no version=2.63
```



The Entertainment® Book
The 2006 Entertainment Book makes the perfect gift this holiday season. Eat at top restaurants, shop for popular brands, and pay less than everyone else! Plus if you order by December 31st, you will get $10 off your book purchase. Our famous money-saving coupons will save you and yours up to 50% almost everywhere including:

- **Movie Theaters**
- **Local Restaurants**
- **Sporting Events**
- **Grocery Stores**
- **Car Rentals**
- **And much, much more**



Not valid with any other offer.
Entertainment Publications Operating Company, Inc.

Entertainment Publications Operating Company, Inc., 1414 E. Maple Road Troy, MI 48083

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 16:05:49 2005
Return-Path: <mailcenter333783@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 5986 invoked from network); 29 Dec 2005 04:43:41 -0600
Received: from vm-177-96.vm-mail.com (206.82.177.96)
  by jaykaysplace.com with SMTP; 29 Dec 2005 04:43:41 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-96.vm-mail.com with SMTP; 29 Dec 2005 04:43:25 -0600
X-ClientHost:
09910411709910706409711011610411111012109910111011611409710804609911109
X-MailingID: 333783
From: Natl. Coupon Book <Natl.CouponBook@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333783@vm-rewards.com>
Subject: Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.3 required=7.0 tests=BAYES_44,CLICK_BELOW,
      DATE_MISSING,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY autolearn=no version=2.63
```



The Entertainment® Book
The 2006 Entertainment Book makes the perfect gift this holiday season. Eat at top restaurants, shop for popular brands, and pay less than everyone else! Plus if you order by December 31st, you will get $10 off your book purchase. Our famous money-saving coupons will save you and yours up to 50% almost everywhere including:

- **Movie Theaters**
- **Local Restaurants**
- **Sporting Events**
- **Grocery Stores**
- **Car Rentals**
- **And much, much more**



Not valid with any other offer.
Entertainment Publications Operating Company, Inc.

Entertainment Publications Operating Company, Inc., 1414 E. Maple Road Troy, MI 48083

If you can not see our footer image, please visit here.

From ???@??? Thu Dec 29 13:21:18 2005
X-Persona: <Jon>
Return-Path: <mailcenter333783@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 29921 invoked from network); 29 Dec 2005 04:33:57 -0600
Received: from vm-180-77.vm-mail.com (206.82.180.77)
   by clrobin.com with SMTP; 29 Dec 2005 04:33:53 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-77.vm-mail.com with SMTP; 29 Dec 2005 04:33:40 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 333783
From: Natl. Coupon Book <Natl.CouponBook@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333783@vm-rewards.com>
Subject: Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.1 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_ONLY_08,HTML_IMAGE_RATIO_06,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63



The Entertainment® Book
The 2006 Entertainment Book
makes the perfect gift this
holiday season. Eat at top
restaurants, shop for popular
brands, and pay less than
everyone else! Plus if you
order by December 31st, you
will get $10 off your book
purchase. Our famous
money-saving coupons will save
you and yours up to 50% almost
everywhere including:

- **Movie Theaters**
- **Local Restaurants**
- **Sporting Events**
- **Grocery Stores**
- **Car Rentals**
- **And much, much more**



Not valid with any other offer.
Entertainment Publications Operating Company, Inc.

Entertainment Publications Operating Company, Inc., 1414 E. Maple Road Troy, MI 48083

If you can not see our footer image, please visit here.

```
From ???@??? Thu Dec 29 13:16:04 2005
X-Persona: <Jay>
Return-Path: <mailcenter333783@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 31814 invoked from network); 29 Dec 2005 04:33:59 -0600
Received: from vm-180-8.vm-mail.com (206.82.180.8)
  by omniinnovations.com with SMTP; 29 Dec 2005 04:33:57 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-8.vm-mail.com with SMTP; 29 Dec 2005 04:33:40 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 333783
From: Natl. Coupon Book <Natl.CouponBook@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333783@vm-rewards.com>
Subject: Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.1 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_ONLY_08,HTML_IMAGE_RATIO_06,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



The Entertainment® Book
The 2006 Entertainment Book
makes the perfect gift this
holiday season. Eat at top
restaurants, shop for popular
brands, and pay less than
everyone else! Plus if you
order by December 31st, you
will get $10 off your book
purchase. Our famous
money-saving coupons will save
you and yours up to 50% almost
everywhere including:

- **Movie Theaters**
- **Local Restaurants**
- **Sporting Events**
- **Grocery Stores**
- **Car Rentals**
- **And much, much more**



Not valid with any other offer.

Entertainment Publications Operating Company, Inc.

---

Entertainment Publications Operating Company, Inc., 1414 E. Maple Road Troy, MI 48083

If you can not see our footer image, please visit here.

From ???@??? Thu Dec 29 13:13:01 2005
X-Persona: <Celia>
Return-Path: <mailcenter333783@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 10103 invoked from network); 29 Dec 2005 04:50:23 -0600
Received: from vm-181-90.vm-mail.com (206.82.181.90)
  by anthonycentral.com with SMTP; 29 Dec 2005 04:50:22 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-90.vm-mail.com with SMTP; 29 Dec 2005 04:50:10 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 333783
From: Natl. Coupon Book <Natl.CouponBook@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333783@vm-rewards.com>
Subject: Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.1 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_ONLY_08,HTML_IMAGE_RATIO_06,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63



The Entertainment® Book
The 2006 Entertainment Book
makes the perfect gift this
holiday season. Eat at top
restaurants, shop for popular
brands, and pay less than
everyone else! Plus if you
order by December 31st, you
will get $10 off your book
purchase. Our famous
money-saving coupons will save
you and yours up to 50% almost
everywhere including:

- **Movie Theaters**
- **Local Restaurants**
- **Sporting Events**

- **Grocery Stores**
- **Car Rentals**
- **And much, much more**



Not valid with any other offer.

Entertainment Publications Operating Company, Inc.

Entertainment Publications Operating Company, Inc., 1414 E. Maple Road Troy, MI 48083

If you can not see our footer image, please visit here.

From ???@??? Thu Dec 29 13:09:21 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333783@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 11171 invoked from network); 29 Dec 2005 04:32:42 -0600
Received: from vm-180-220.vm-mail.com (206.82.180.220)
  by jaycelia.com with SMTP; 29 Dec 2005 04:32:41 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-220.vm-mail.com with SMTP; 29 Dec 2005 04:32:28 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 333783
From: Natl. Coupon Book <Natl.CouponBook@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333783@vm-rewards.com>
Subject: Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



**The Entertainment® Book**
The 2006 Entertainment Book makes the perfect gift this holiday season. Eat at top restaurants, shop for popular brands, and pay less than everyone else! Plus if you order by December 31st, you will get $10 off your book purchase. Our famous money-saving coupons will save you and yours up to 50% almost everywhere including:

- Movie Theaters
- Local Restaurants
- Sporting Events
- Grocery Stores
- Car Rentals
- And much, much more



Not valid with any other offer.
Entertainment Publications Operating Company, Inc.


Entertainment Publications Operating Company, Inc., 1414 E. Maple Road Troy, MI 48083


If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 15:52:12 2006
X-Persona: <RCW>
Return-Path: <mailcenter333783@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 20995 invoked from network); 29 Dec 2005 05:11:10 -0600
Received: from vm-180-195.vm-mail.com (206.82.180.195)
  by ehahome.com with SMTP; 29 Dec 2005 05:10:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-195.vm-mail.com with SMTP; 29 Dec 2005 05:08:35 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 333783
From: Natl. Coupon Book <Natl.CouponBook@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333783@vm-rewards.com>
Subject: Get a copy of the 2006 Entertainment Book
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**The Entertainment® Book**
The 2006 Entertainment Book makes the perfect gift this holiday season. Eat at top restaurants, shop for popular brands, and pay less than everyone else! Plus if you order by December 31st, you will get $10 off your book purchase. Our famous money-saving coupons will save you and yours up to 50% almost everywhere including:

• Movie Theaters
• Local Restaurants
• Sporting Events
• Grocery Stores
• Car Rentals
• And much, much more

Not valid with any other offer.
Entertainment Publications Operating Company, Inc.

Entertainment Publications Operating Company, Inc., 1414 E. Maple Road Troy,
MI 48083

If you can not see our footer image, please visit here.

From ???@??? Thu Nov 20 17:52:43 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <220165-20040>; Thu, 20 Nov
2003 17:44:22 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <223210-21019>; Thu, 20 Nov 2003 17:42:32 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm105.vmadmin.com with SMTP; 20 Nov 2003 16:42:07 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 201699
From: Need a Job <GetAGoodJobHere201699@vmadmin.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Need a Job <GetAGoodJobHere201699@replies.virtumundo.com>
Subject: Make a Fortune on Google!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov20.174232-0500_est.223210-21019+9476@ams.ftl.affinity.com>
Date:Thu, 20 Nov 2003 17:42:31 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Sep 09 13:00:34 2006
X-Persona: <2nd User>
Return-Path: <mailcenter362718@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 11137 invoked from network); 8 Sep 2006 14:13:15 -0600
Received: from static-vmg-187-97.vm-mail.com (HELO vm-187-97.vm-mail.com)
(206.82.187.97)
  by greatnorthwest-alpha.org with SMTP; 8 Sep 2006 14:13:15 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-97.vm-mail.com with SMTP; 08 Sep 2006 15:11:12 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 362718
From: Net Lenders USA <NetLendersUSA@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+362718@vm-rewards.com>
Subject: Lower your monthly house payment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63


Images not loading? View this offer by visiting this link



 If you would like to no longer receive any further email messages from the
advertiser above sent by Virtumundo,
 visit this link

NetLendersUSA 21250 Hawthorne Blvd, Suite 500 Torrance, CA 90503

 Please send any questions or concerns about the Virtumundo Rewards program
to: Virtumundo, Inc. 8400 West
 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To
remove yourself from receiving
 further email as a subscriber of Virtumundo Rewards, go to

http://www.virtumundo.com/change or visit here. The
products and/or services advertised in this email are the sole responsibility
of the advertiser, and questions about
this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.



From ???@??? Wed Dec 31 14:47:27 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <372860-16038>; Wed, 31 Dec 2003 17:20:24 -0500
Received: from vm103.vmadmin.com; Wed, 31 Dec 2003 17:19:26 -0500
with ESMTP id <373065-16035>; Wed, 31 Dec 2003 17:19:26 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm103.vmadmin.com with SMTP; 31 Dec 2003 16:19:24 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 233093
From: New Auto <FordDirectAutomotiveDeals@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: New Auto <FordDirectAutomotiveDeals233093@replies.virtumundo.com>
Subject: Get a free price quote on a new Ford
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec31.171926-0500_est.373065-16035+11634@ams.ftl.affinity.com>
Date:Wed, 31 Dec 2003 17:19:25 -0500



FordDirect is a joint venture between Ford Motor Company and Ford
dealers to provide a unique online shopping experience for customers
interested in purchasing Ford vehicles. For more information, please
visit us at http://www.forddirect.com.

**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Dec 31 14:47:27 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <372606-16039>; Wed, 31 Dec 2003 17:20:24 -0500
Received: from vm103.vmadmin.com ([216.64.222.103]) by ams.ftl.affinity.com
with ESMTP id <373063-16039>; Wed, 31 Dec 2003 17:19:26 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm103.vmadmin.com with SMTP; 31 Dec 2003 16:19:24 -0600
X-ClientHost:
10609710910510809706410310111141001111011911111410711504609911109
X-MailingID: 233093
From: New Auto <FordDirectAutomotiveDeals@vmadmin.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: New Auto <FordDirectAutomotiveDeals233093@replies.virtumundo.com>
Subject: Get a free price quote on a new Ford
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec31.171926-0500_est.373063-16039+11533@ams.ftl.affinity.com>
Date:Wed, 31 Dec 2003 17:19:25 -0500



FordDirect is a joint venture between Ford Motor Company and Ford
dealers to provide a unique online shopping experience for customers
interested in purchasing Ford vehicles. For more information, please
visit us at http://www.forddirect.com.

**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 31 14:47:27 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <372870-16038>; Wed, 31 Dec 2003 17:20:24 -0500
Received: from vm103.vmadmin.com ([216.64.222.103]) by ams.ftl.affinity.com
with ESMTP id <373058-16036>; Wed, 31 Dec 2003 17:19:26 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm103.vmadmin.com with SMTP; 31 Dec 2003 16:19:24 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 233093
From: New Auto <FordDirectAutomotiveDeals@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: New Auto <FordDirectAutomotiveDeals233093@replies.virtumundo.com>
Subject: Get a free price quote on a new Ford
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec31.171926-0500_est.373058-16036+11501@ams.ftl.affinity.com>
Date:Wed, 31 Dec 2003 17:19:25 -0500
```



FordDirect is a joint venture between Ford Motor Company and Ford
dealers to provide a unique online shopping experience for customers
interested in purchasing Ford vehicles. For more information, please
visit us at http://www.forddirect.com.

**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 31 14:47:27 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <372839-16038>; Wed, 31 Dec 2003 17:20:24 -0500
Received: from vm103.vmadmin.com ([216.64.222.103]) by ams.ftl.affinity.com
with ESMTP id <373057-16030>; Wed, 31 Dec 2003 17:19:26 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm103.vmadmin.com with SMTP; 31 Dec 2003 16:19:24 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 233093
From: New Auto <FordDirectAutomotiveDeals@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: New Auto <FordDirectAutomotiveDeals233093@replies.virtumundo.com>
Subject: Get a free price quote on a new Ford
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec31.171926-0500_est.373057-16030+11992@ams.ftl.affinity.com>
Date:Wed, 31 Dec 2003 17:19:25 -0500
```



FordDirect is a joint venture between Ford Motor Company and Ford
dealers to provide a unique online shopping experience for customers
interested in purchasing Ford vehicles. For more information, please
visit us at http://www.forddirect.com.

**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Dec 18 06:04:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <222220-9180>; Thu, 18 Dec
2003 03:13:05 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <220073-9176>; Thu, 18 Dec 2003 03:11:58 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm105.vmadmin.com with SMTP; 18 Dec 2003 02:11:55 -0600
X-ClientHost:
1061111100971161040971100641031111410011110119111114107115046099111109
X-MailingID: 221531
From: New Auto <FordDirectAutomotiveDeals@vmadmin.com>
To:     Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: New Auto <FordDirectAutomotiveDeals221531@replies.virtumundo.com>
Subject: Get a free price quote on a new Ford
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec18.031158-0500_est.220073-9176+16909@ams.ftl.affinity.com>
Date:Thu, 18 Dec 2003 03:11:58 -0500





FordDirect is a joint venture between Ford Motor Company and Ford
dealers to provide a unique online shopping experience for customers
interested in purchasing Ford vehicles. For more information, please
visit us at **FordDirect**.

**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Dec 18 06:04:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <222213-9180>; Thu, 18 Dec 2003 03:13:05 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <218122-9173>; Thu, 18 Dec 2003 03:11:58 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm105.vmadmin.com with SMTP; 18 Dec 2003 02:11:55 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 221531
From: New Auto <FordDirectAutomotiveDeals@vmadmin.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: New Auto <FordDirectAutomotiveDeals221531@replies.virtumundo.com>
Subject: Get a free price quote on a new Ford
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec18.031158-0500_est.218122-9173+16290@ams.ftl.affinity.com>
Date:Thu, 18 Dec 2003 03:11:57 -0500
```





FordDirect is a joint venture between Ford Motor Company and Ford
dealers to provide a unique online shopping experience for customers
interested in purchasing Ford vehicles. For more information, please
visit us at **FordDirect**.

**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Dec 18 06:04:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216317-9180>; Thu, 18 Dec 2003 03:13:05 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <222220-9177>; Thu, 18 Dec 2003 03:11:58 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm105.vmadmin.com with SMTP; 18 Dec 2003 02:11:55 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 221531
From: New Auto <FordDirectAutomotiveDeals@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: New Auto <FordDirectAutomotiveDeals221531@replies.virtumundo.com>
Subject: Get a free price quote on a new Ford
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec18.031158-0500_est.222220-9177+16839@ams.ftl.affinity.com>
Date:Thu, 18 Dec 2003 03:11:57 -0500
```





FordDirect is a joint venture between Ford Motor Company and Ford
dealers to provide a unique online shopping experience for customers
interested in purchasing Ford vehicles. For more information, please
visit us at **FordDirect**.

**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Dec 18 06:04:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221304-9180>; Thu, 18 Dec 2003 03:13:05 -0500
Received: from vm105.vmadmin.com by ams.ftl.affinity.com
with ESMTP id <222938-9174>; Thu, 18 Dec 2003 03:11:58 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm105.vmadmin.com with SMTP; 18 Dec 2003 02:11:55 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 221531
From: New Auto <FordDirectAutomotiveDeals@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: New Auto <FordDirectAutomotiveDeals221531@replies.virtumundo.com>
Subject: Get a free price quote on a new Ford
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec18.031158-0500_est.222938-9174+16110@ams.ftl.affinity.com>
Date:Thu, 18 Dec 2003 03:11:57 -0500
```





FordDirect is a joint venture between Ford Motor Company and Ford
dealers to provide a unique online shopping experience for customers
interested in purchasing Ford vehicles. For more information, please
visit us at **FordDirect**.

**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Dec 18 06:04:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219979-9180>; Thu, 18 Dec 2003 03:13:05 -0500
Received: from vm105.vmadmin.com by ams.ftl.affinity.com
with ESMTP id <216317-9174>; Thu, 18 Dec 2003 03:11:58 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm105.vmadmin.com with SMTP; 18 Dec 2003 02:11:55 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 221531
From: New Auto <FordDirectAutomotiveDeals@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: New Auto <FordDirectAutomotiveDeals221531@replies.virtumundo.com>
Subject: Get a free price quote on a new Ford
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec18.031158-0500_est.216317-9174+16109@ams.ftl.affinity.com>
Date:Thu, 18 Dec 2003 03:11:57 -0500
```





FordDirect is a joint venture between Ford Motor Company and Ford
dealers to provide a unique online shopping experience for customers
interested in purchasing Ford vehicles. For more information, please
visit us at **FordDirect**.

**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Dec 06 07:40:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <221375-15030>; Sat, 6 Dec
2003 03:17:55 -0500
Received: from vm117.vmadmin.com ([216.64.222.117]) by ams.ftl.affinity.com
with ESMTP id <216847-15022>; Sat, 6 Dec 2003 03:10:37 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm117.vmadmin.com with SMTP; 06 Dec 2003 02:08:34 -0600
X-ClientHost:
1061111100971161040971100641031111410011110119111114107115046099111109
X-MailingID: 211923
From: New Auto <FordDirectAutomotiveDeals@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: New Auto <FordDirectAutomotiveDeals211923@replies.virtumundo.com>
Subject: Get a free price quote on a new Ford
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.031037-0500_est.216847-15022+79@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 03:10:36 -0500



FordDirect is a joint venture between Ford Motor Company and Ford
dealers to provide a unique online shopping experience for customers
interested in purchasing Ford vehicles. For more information, please
visit us at http://www.forddirect.com.

**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Dec 06 07:40:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217334-15023>; Sat, 6 Dec 2003 03:17:55 -0500
Received: from vm117.vmadmin.com ([216.64.222.117]) by ams.ftl.affinity.com
with ESMTP id <216349-15031>; Sat, 6 Dec 2003 03:10:36 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm117.vmadmin.com with SMTP; 06 Dec 2003 02:08:34 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991110 9
X-MailingID: 211923
From: New Auto <FordDirectAutomotiveDeals@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: New Auto <FordDirectAutomotiveDeals211923@replies.virtumundo.com>
Subject: Get a free price quote on a new Ford
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.031036-0500_est.216349-15031+77@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 03:10:36 -0500



FordDirect is a joint venture between Ford Motor Company and Ford
dealers to provide a unique online shopping experience for customers
interested in purchasing Ford vehicles. For more information, please
visit us at http://www.forddirect.com.

**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Dec 06 07:40:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <216929-30964>; Sat, 6 Dec 2003 03:17:55 -0500
Received: from vm117.vmadmin.com ([216.64.222.117]) by ams.ftl.affinity.com
with ESMTP id <217334-15030>; Sat, 6 Dec 2003 03:10:36 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm117.vmadmin.com with SMTP; 06 Dec 2003 02:08:34 -0600
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 211923
From: New Auto <FordDirectAutomotiveDeals@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: New Auto <FordDirectAutomotiveDeals211923@replies.virtumundo.com>
Subject: Get a free price quote on a new Ford
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.031036-0500_est.217334-15030+112@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 03:10:35 -0500
```



FordDirect is a joint venture between Ford Motor Company and Ford
dealers to provide a unique online shopping experience for customers
interested in purchasing Ford vehicles. For more information, please
visit us at http://www.forddirect.com.

**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Dec 06 07:40:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214166-15025>; Sat, 6 Dec 2003 03:17:55 -0500
Received: from vm117.vmadmin.com ([216.64.222.117]) by ams.ftl.affinity.com
with ESMTP id <217640-15030>; Sat, 6 Dec 2003 03:10:35 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm117.vmadmin.com with SMTP; 06 Dec 2003 02:08:34 -0600
X-ClientHost: 106097109101115064103111114100111101191111114107115046099111109
X-MailingID: 211923
From: New Auto <FordDirectAutomotiveDeals@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: New Auto <FordDirectAutomotiveDeals211923@replies.virtumundo.com>
Subject: Get a free price quote on a new Ford
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.031035-0500_est.217640-15030+106@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 03:10:35 -0500
```



FordDirect is a joint venture between Ford Motor Company and Ford
dealers to provide a unique online shopping experience for customers
interested in purchasing Ford vehicles. For more information, please
visit us at http://www.forddirect.com.

**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Dec 06 07:40:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217640-15023>; Sat, 6 Dec 2003 03:17:55 -0500
Received: from vm117.vmadmin.com ([216.64.222.117]) by ams.ftl.affinity.com
with ESMTP id <216929-15024>; Sat, 6 Dec 2003 03:10:35 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm117.vmadmin.com with SMTP; 06 Dec 2003 02:08:34 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 211923
From: New Auto <FordDirectAutomotiveDeals@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: New Auto <FordDirectAutomotiveDeals211923@replies.virtumundo.com>
Subject: Get a free price quote on a new Ford
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.031035-0500_est.216929-15024+86@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 03:10:35 -0500



FordDirect is a joint venture between Ford Motor Company and Ford
dealers to provide a unique online shopping experience for customers
interested in purchasing Ford vehicles. For more information, please
visit us at http://www.forddirect.com.

**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Dec 31 14:47:27 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <372872-16038>; Wed, 31 Dec
2003 17:20:24 -0500
Received: from vm103.vmadmin.com ([216.64.222.103]) by ams.ftl.affinity.com
with ESMTP id <373068-16033>; Wed, 31 Dec 2003 17:19:28 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm103.vmadmin.com with SMTP; 31 Dec 2003 16:19:24 -0600
X-ClientHost:
106111110097116104097110064103111114100111101191111141071150460991111 09
X-MailingID: 233093
From: New Auto <FordDirectAutomotiveDeals@vmadmin.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: New Auto <FordDirectAutomotiveDeals233093@replies.virtumundo.com>
Subject: Get a free price quote on a new Ford
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec31.171928-0500_est.373068-16033+11689@ams.ftl.affinity.com>
Date:Wed, 31 Dec 2003 17:19:26 -0500



FordDirect is a joint venture between Ford Motor Company and Ford
dealers to provide a unique online shopping experience for customers
interested in purchasing Ford vehicles. For more information, please
visit us at http://www.forddirect.com.

**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Oct 18 09:00:56 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216570-10197>; Sat, 18 Oct 2003 05:42:29 -0400
Received: from vm134.vmadmin.com ([216.64.222.134]) by ams.ftl.affinity.com
with ESMTP id <219302-10197>; Sat, 18 Oct 2003 05:42:10 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm134.vmadmin.com with SMTP; 18 Oct 2003 04:42:06 -0500
X-ClientHost: 1060971091011150641031111144100111110119111114107115046099111109
X-MailingID: 167390
From: New Car Clearance <NewCarClearanceDeals167390@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: New Car Clearance
<NewCarClearanceDeals167390@replies.virtumundo.com>
Subject: Great Price Quotes on remaining 2003 and arriving 2004 new cars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct18.054210-0400_edt.219302-10197+7547@ams.ftl.affinity.com>
Date:Sat, 18 Oct 2003 05:42:09 -0400
```



**Attractive incentives offered on many 2004 Models ?**

Get a competitive price on any new 2003 or 2004 car, truck or SUV. Across America, AutoDealers-USA is your online connection to a preferred new car dealership close to your home or office. In order to get your best deal, you'll need to know before you go.

Click Here Now! They're going fast!

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Oct 18 09:00:54 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222651-21016>; Sat, 18 Oct 2003 03:45:34 -0400
Received: from vm122.vmadmin.com ([216.64.222.122]) by ams.ftl.affinity.com
with ESMTP id <223056-21018>; Sat, 18 Oct 2003 03:44:37 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm122.vmadmin.com with SMTP; 18 Oct 2003 02:44:32 -0500
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 167390
From: New Car Clearance <NewCarClearanceDeals167390@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+167390@virtumundo.com>
Subject: Great Price Quotes on remaining 2003 and arriving 2004 new cars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct18.034437-0400_edt.223056-21018+3452@ams.ftl.affinity.com>
Date:Sat, 18 Oct 2003 03:44:36 -0400
```



**Attractive incentives offered on many 2004 Models ?**

Get a competitive price on any new 2003 or 2004 car, truck or SUV. Across America, AutoDealers-USA is your online connection to a preferred new car dealership close to your home or office. In order to get your best deal, you'll need to know before you go.

Click Here Now! They're going fast!

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Oct 18 09:00:54 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <222327-21016>; Sat, 18 Oct 2003 03:45:34 -0400
Received: from vm122.vmadmin.com ([216.64.222.122]) by ams.ftl.affinity.com
with ESMTP id <220483-17393>; Sat, 18 Oct 2003 03:44:35 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm122.vmadmin.com with SMTP; 18 Oct 2003 02:44:32 -0500
X-ClientHost:
10609710910510809706410310111140011110191111141071150460991111109
X-MailingID: 167390
From: New Car Clearance <NewCarClearanceDeals167390@vmadmin.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+167390@virtumundo.com>
Subject: Great Price Quotes on remaining 2003 and arriving 2004 new cars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct18.034435-0400_edt.220483-17393+3566@ams.ftl.affinity.com>
Date:Sat, 18 Oct 2003 03:44:35 -0400
```



**Attractive incentives offered on many 2004 Models ?**

Get a competitive price on any new 2003 or 2004 car, truck or SUV. Across America, AutoDealers-USA is your online connection to a preferred new car dealership close to your home or office. In order to get your best deal, you'll need to know before you go.

Click Here Now! They're going fast!

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Oct 18 09:00:54 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220483-21016>; Sat, 18 Oct 2003 03:45:34 -0400
Received: from vm122.vmadmin.com ([216.64.222.122]) by ams.ftl.affinity.com
with ESMTP id <222855-21006>; Sat, 18 Oct 2003 03:44:35 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm122.vmadmin.com with SMTP; 18 Oct 2003 02:44:32 -0500
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 167390
From: New Car Clearance <NewCarClearanceDeals167390@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+167390@virtumundo.com>
Subject: Great Price Quotes on remaining 2003 and arriving 2004 new cars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct18.034435-0400_edt.222855-21006+3791@ams.ftl.affinity.com>
Date:Sat, 18 Oct 2003 03:44:35 -0400



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Oct 18 09:00:56 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217470-10197>; Sat, 18 Oct
2003 05:42:29 -0400
Received: from vm134.vmadmin.com ([216.64.222.134]) by ams.ftl.affinity.com
with ESMTP id <219319-10195>; Sat, 18 Oct 2003 05:42:10 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm134.vmadmin.com with SMTP; 18 Oct 2003 04:42:06 -0500
X-ClientHost:
106111110097116104097110064103111114100111101191111114107115046099111109
X-MailingID: 167390
From: New Car Clearance <NewCarClearanceDeals167390@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: New Car Clearance
<NewCarClearanceDeals167390@replies.virtumundo.com>
Subject: Great Price Quotes on remaining 2003 and arriving 2004 new cars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct18.054210-0400_edt.219319-10195+7770@ams.ftl.affinity.com>
Date:Sat, 18 Oct 2003 05:42:10 -0400



**Attractive incentives offered on many 2004 Models ?**

Get a competitive price on any new 2003 or 2004 car, truck or SUV. Across America, AutoDealers-USA is your online connection to a preferred new car dealership close to your home or office. In order to get your best deal, you'll need to know before you go.

Click Here Now! They're going fast!

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Nov 05 13:15:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <427755-1218>; Wed, 5 Nov 2003 13:48:33 -0500
Received: from vm157.vmadmin.com ([216.64.222.157]) by ams.ftl.affinity.com
with ESMTP id <509636-1218>; Wed, 5 Nov 2003 13:47:45 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm157.vmadmin.com with SMTP; 05 Nov 2003 12:46:36 -0600
X-ClientHost: 106097121064103111141001111011911111410711504609911109
X-MailingID: 189712
From: New Car Clearance <NewCarClearanceDeals189712@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: New Car Clearance
<NewCarClearanceDeals189712@replies.virtumundo.com>
Subject: Great Price Quotes on remaining 2003 and arriving 2004 new cars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov5.134745-0500_est.509636-1218+38611@ams.ftl.affinity.com>
Date:Wed, 5 Nov 2003 13:47:45 -0500
```



**Attractive incentives offered on many 2004 Models ?**

Get a competitive price on any new 2003 or 2004 car, truck
or SUV. Across America, AutoDealers-USA is your online
connection to a preferred new car dealership close to your
home or office. In order to get your best deal, you'll need
to know before you go.

Click Here Now! They're going fast!

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Nov 05 13:15:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <480640-1218>; Wed, 5 Nov 2003 13:48:33 -0500
Received: from vm157.vmadmin.com ([216.64.222.157]) by ams.ftl.affinity.com
with ESMTP id <427755-1218>; Wed, 5 Nov 2003 13:47:45 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm157.vmadmin.com with SMTP; 05 Nov 2003 12:46:36 -0600
X-ClientHost:
106097109105108097064103111114100111101191111141071150460991111109
X-MailingID: 189712
From: New Car Clearance <NewCarClearanceDeals189712@vmadmin.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: New Car Clearance
<NewCarClearanceDeals189712@replies.virtumundo.com>
Subject: Great Price Quotes on remaining 2003 and arriving 2004 new cars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov5.134745-0500_est.427755-1218+38608@ams.ftl.affinity.com>
Date:Wed, 5 Nov 2003 13:47:44 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Nov 05 13:15:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <476579-1218>; Wed, 5 Nov 2003 13:48:33 -0500
Received: from vm157.vmadmin.com ([216.64.222.157]) by ams.ftl.affinity.com
with ESMTP id <493441-1218>; Wed, 5 Nov 2003 13:47:45 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm157.vmadmin.com with SMTP; 05 Nov 2003 12:46:36 -0600
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 189712
From: New Car Clearance <NewCarClearanceDeals189712@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: New Car Clearance
<NewCarClearanceDeals189712@replies.virtumundo.com>
Subject: Great Price Quotes on remaining 2003 and arriving 2004 new cars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov5.134745-0500_est.493441-1218+38607@ams.ftl.affinity.com>
Date:Wed, 5 Nov 2003 13:47:43 -0500
```



## Attractive incentives offered on many 2004 Models ?

Get a competitive price on any new 2003 or 2004 car, truck or SUV. Across America, AutoDealers-USA is your online connection to a preferred new car dealership close to your home or office. In order to get your best deal, you'll need to know before you go.

Click Here Now! They're going fast!

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Nov 05 13:15:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2304592-32387>; Wed, 5 Nov 2003 13:47:32 -0500
Received: from vm132.vmadmin.com ([216.64.222.132]) by ams.ftl.affinity.com
with ESMTP id <470943-32379>; Wed, 5 Nov 2003 13:46:41 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm132.vmadmin.com with SMTP; 05 Nov 2003 12:46:36 -0600
X-ClientHost: 102097121101064103111141001111011911111410711504609911109
X-MailingID: 189712
From: New Car Clearance <NewCarClearanceDeals189712@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: New Car Clearance
<NewCarClearanceDeals189712@replies.virtumundo.com>
Subject: Great Price Quotes on remaining 2003 and arriving 2004 new cars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov5.134641-0500_est.470943-32379+28690@ams.ftl.affinity.com>
Date:Wed, 5 Nov 2003 13:46:40 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at
http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from
the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy
Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer
should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Nov 05 13:15:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <224457-1071>; Wed, 5 Nov 2003
13:51:05 -0500
Received: from vm135.vmadmin.com ([216.64.222.135]) by ams.ftl.affinity.com
with ESMTP id <224908-1082>; Wed, 5 Nov 2003 13:50:06 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm135.vmadmin.com with SMTP; 05 Nov 2003 12:46:36 -0600
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 189712
From: New Car Clearance <NewCarClearanceDeals189712@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: New Car Clearance
<NewCarClearanceDeals189712@replies.virtumundo.com>
Subject: Great Price Quotes on remaining 2003 and arriving 2004 new cars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov5.135006-0500_est.224908-1082+8196@ams.ftl.affinity.com>
Date:Wed, 5 Nov 2003 13:50:06 -0500
```



**Attractive incentives offered on many 2004 Models ?**

Get a competitive price on any new 2003 or 2004 car, truck or SUV. Across America, AutoDealers-USA is your online connection to a preferred new car dealership close to your home or office. In order to get your best deal, you'll need to know before you go.

**Click Here Now! They're going fast!**

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Jan 01 17:58:50 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <363415-1020>; Thu, 1 Jan 2004
19:07:49 -0500
Received: from vm111.vmadmin.com ([216.64.222.111]) by ams.ftl.affinity.com
with ESMTP id <363497-1025>; Thu, 1 Jan 2004 19:07:19 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm111.vmadmin.com with SMTP; 01 Jan 2004 18:07:14 -0600
X-ClientHost:
10611111009711610409711006410311111410011110119111114107115046099111109
X-MailingID: 233266
From: New Car Clearance <NewCarClearanceDeals@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: New Car Clearance
<NewCarClearanceDeals233266@replies.virtumundo.com>
Subject: Great Price Quotes on 2003 and 2004 new car models
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan1.190719-0500_est.363497-1025+18589@ams.ftl.affinity.com>
Date:Thu, 1 Jan 2004 19:07:18 -0500
```



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**. Please mail questions or comments regarding this message to the client, EmarketMakers, 15260 Ventura Blvd, Suite 2000, Sherman Oaks, CA 91403.**

```
From ???@??? Thu Jan 01 17:58:50 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <363429-1022>; Thu, 1 Jan 2004 19:07:49 -0500
Received: from vm111.vmadmin.com ([216.64.222.111]) by ams.ftl.affinity.com
with ESMTP id <363490-1025>; Thu, 1 Jan 2004 19:07:19 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm111.vmadmin.com with SMTP; 01 Jan 2004 18:07:14 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 233266
From: New Car Clearance <NewCarClearanceDeals@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: New Car Clearance
<NewCarClearanceDeals233266@replies.virtumundo.com>
Subject: Great Price Quotes on 2003 and 2004 new car models
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan1.190719-0500_est.363490-1025+18587@ams.ftl.affinity.com>
Date:Thu, 1 Jan 2004 19:07:17 -0500
```



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**.  Please mail questions or comments regarding this message to the client, EmarketMakers, 15260 Ventura Blvd, Suite 2000, Sherman Oaks, CA 91403.**

```
From ???@??? Thu Jan 01 17:58:50 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <363401-1023>; Thu, 1 Jan 2004 19:07:49 -0500
Received: from vm111.vmadmin.com ([216.64.222.111]) by ams.ftl.affinity.com
with ESMTP id <363494-1025>; Thu, 1 Jan 2004 19:07:19 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm111.vmadmin.com with SMTP; 01 Jan 2004 18:07:14 -0600
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 233266
From: New Car Clearance <NewCarClearanceDeals@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: New Car Clearance
<NewCarClearanceDeals233266@replies.virtumundo.com>
Subject: Great Price Quotes on 2003 and 2004 new car models
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan1.190719-0500_est.363494-1025+18588@ams.ftl.affinity.com>
Date:Thu, 1 Jan 2004 19:07:17 -0500
```



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**.  Please mail questions or comments regarding this message to the client, EmarketMakers, 15260 Ventura Blvd, Suite 2000, Sherman Oaks, CA 91403.**

```
From ???@??? Thu Jan 01 17:58:50 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <363483-1020>; Thu, 1 Jan 2004 19:07:49 -0500
Received: from vm111.vmadmin.com ([216.64.222.111]) by ams.ftl.affinity.com
with ESMTP id <363488-1021>; Thu, 1 Jan 2004 19:07:19 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm111.vmadmin.com with SMTP; 01 Jan 2004 18:07:14 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 233266
From: New Car Clearance <NewCarClearanceDeals@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: New Car Clearance
<NewCarClearanceDeals233266@replies.virtumundo.com>
Subject: Great Price Quotes on 2003 and 2004 new car models
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan1.190719-0500_est.363488-1021+18131@ams.ftl.affinity.com>
Date:Thu, 1 Jan 2004 19:07:15 -0500
```



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**.  Please mail questions or comments regarding this message to the client, EmarketMakers, 15260 Ventura Blvd, Suite 2000, Sherman Oaks, CA 91403.**

```
From ???@??? Sat Nov 29 08:45:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215798-16361>; Sat, 29 Nov 2003 08:25:44 -0500
Received: from vm096.vmadmin.com ([216.64.222.96]) by ams.ftl.affinity.com
with ESMTP id <227758-16361>; Sat, 29 Nov 2003 08:25:16 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm096.vmadmin.com with SMTP; 29 Nov 2003 07:25:14 -0600
X-ClientHost: 106097121064103111114100111101191111141071150460991111109
X-MailingID: 208084
From: New Car Clearance <NewCarClearanceDeals@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: New Car Clearance
<NewCarClearanceDeals208084@replies.virtumundo.com>
Subject: Great Price Quotes on remaining 2003 and arriving 2004 new cars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov29.082516-0500_est.227758-16361+20684@ams.ftl.affinity.com>
Date:Sat, 29 Nov 2003 08:25:16 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Nov 29 08:45:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <225958-16359>; Sat, 29 Nov
2003 08:25:44 -0500
Received: from vm096.vmadmin.com ([216.64.222.96]) by ams.ftl.affinity.com
with ESMTP id <227263-16363>; Sat, 29 Nov 2003 08:25:16 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm096.vmadmin.com with SMTP; 29 Nov 2003 07:25:14 -0600
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 208084
From: New Car Clearance <NewCarClearanceDeals@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: New Car Clearance
<NewCarClearanceDeals208084@replies.virtumundo.com>
Subject: Great Price Quotes on remaining 2003 and arriving 2004 new cars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov29.082516-0500_est.227263-16363+20164@ams.ftl.affinity.com>
Date:Sat, 29 Nov 2003 08:25:16 -0500



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Nov 29 08:45:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <227591-16364>; Sat, 29 Nov 2003 08:25:44 -0500
Received: from vm096.vmadmin.com ([216.64.222.96]) by ams.ftl.affinity.com
with ESMTP id <215798-16361>; Sat, 29 Nov 2003 08:25:16 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm096.vmadmin.com with SMTP; 29 Nov 2003 07:25:14 -0600
X-ClientHost:
10609710910510809706410310111141001111101191111141071150460991111109
X-MailingID: 208084
From: New Car Clearance <NewCarClearanceDeals@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: New Car Clearance
<NewCarClearanceDeals208084@replies.virtumundo.com>
Subject: Great Price Quotes on remaining 2003 and arriving 2004 new cars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov29.082516-0500_est.215798-16361+20683@ams.ftl.affinity.com>
Date:Sat, 29 Nov 2003 08:25:15 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Nov 29 08:45:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <227581-16365>; Sat, 29 Nov 2003 08:25:44 -0500
Received: from vm096.vmadmin.com ([216.64.222.96]) by ams.ftl.affinity.com
with ESMTP id <225958-16359>; Sat, 29 Nov 2003 08:25:15 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm096.vmadmin.com with SMTP; 29 Nov 2003 07:25:14 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 208084
From: New Car Clearance <NewCarClearanceDeals@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: New Car Clearance
<NewCarClearanceDeals208084@replies.virtumundo.com>
Subject: Great Price Quotes on remaining 2003 and arriving 2004 new cars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov29.082515-0500_est.225958-16359+20199@ams.ftl.affinity.com>
Date:Sat, 29 Nov 2003 08:25:15 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Nov 29 08:45:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <227579-16361>; Sat, 29 Nov 2003 08:25:44 -0500
Received: from vm096.vmadmin.com ([216.64.222.96]) by ams.ftl.affinity.com
with ESMTP id <227747-16371>; Sat, 29 Nov 2003 08:25:15 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm096.vmadmin.com with SMTP; 29 Nov 2003 07:25:14 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 208084
From: New Car Clearance <NewCarClearanceDeals@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: New Car Clearance
<NewCarClearanceDeals208084@replies.virtumundo.com>
Subject: Great Price Quotes on remaining 2003 and arriving 2004 new cars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov29.082515-0500_est.227747-16371+19901@ams.ftl.affinity.com>
Date:Sat, 29 Nov 2003 08:25:15 -0500
```



**Attractive incentives offered on many 2004 Models ?**

Get a competitive price on any new 2003 or 2004 car, truck
or SUV. Across America, AutoDealers-USA is your online
connection to a preferred new car dealership close to your
home or office. In order to get your best deal, you'll need
to know before you go.

Click Here Now! They're going fast!

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Jan 01 17:58:50 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <363418-1026>; Thu, 1 Jan 2004 19:07:49 -0500
Received: from vm111.vmadmin.com ([216.64.222.111]) by ams.ftl.affinity.com
with ESMTP id <363495-1021>; Thu, 1 Jan 2004 19:07:19 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm111.vmadmin.com with SMTP; 01 Jan 2004 18:07:14 -0600
X-ClientHost: 106097121064103111141001111011911111410711504609911109
X-MailingID: 233266
From: New Car Clearance <NewCarClearanceDeals@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: New Car Clearance
<NewCarClearanceDeals233266@replies.virtumundo.com>
Subject: Great Price Quotes on 2003 and 2004 new car models
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan1.190719-0500_est.363495-1021+18132@ams.ftl.affinity.com>
Date:Thu, 1 Jan 2004 19:07:18 -0500
```



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here. **To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here. **Please mail questions or comments regarding this message to the client, EmarketMakers, 15260 Ventura Blvd, Suite 2000, Sherman Oaks, CA 91403.**

```
From ???@??? Fri Aug 04 19:35:21 2006
X-Persona: <2nd User>
Return-Path: <mailcenter357872@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sun, 30 Jul 2006 02:07:51 -0600
From: New Car Insider <NewCarInsider@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Subject: *****SPAM***** Get the best new car deal in town!
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.6 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_40_50,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_ONLY_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44CC68D7.3818A030"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i)3763&e=tommy@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i)3763&e=tommy@jammtomm.com
  URI:http://ogy.cc/inside.gif [...]

Content analysis details:   (7.6 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.5 HTML_40_50             BODY: Message is 40% to 50% HTML
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.8 HTML_IMAGE_ONLY_08     BODY: HTML: images with 600-800 bytes of words
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 1.5 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 27851 invoked from network); 30 Jul 2006 02:07:51 -0600
Received: from static-vmg-186-156.vm-mail.com (HELO vm-186-156.vm-mail.com)
(206.82.186.156)
  by itdidnotendright.com with SMTP; 30 Jul 2006 02:07:51 -0600

```
Received: from vm-mail.com (10.0.0.42)
  by vm-186-156.vm-mail.com with SMTP; 30 Jul 2006 03:07:50 -0500
X-ClientHost: 11611110910912106410609710910911611110910904609911109
X-MailingID: 357872
From: New Car Insider <NewCarInsider@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+357872@vm-rewards.com>
Subject: Get the best new car deal in town!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get the
best new.htm"
```

```
From ???@??? Mon Aug 28 22:42:08 2006
X-Persona: <2nd User>
Return-Path: <mailcenter361506@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 29633 invoked from network); 27 Aug 2006 14:50:09 -0600
Received: from static-vmg-180-159.vm-mail.com (HELO vm-180-159.vm-mail.com)
(206.82.180.159)
  by omniinnovations.com with SMTP; 27 Aug 2006 14:50:09 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-159.vm-mail.com with SMTP; 27 Aug 2006 15:50:04 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 361506
From: New Car Insider <NewCarInsider@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+361506@vm-rewards.com>
Subject: Get the best new car deal in town!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=DATE_MISSING,HTML_50_60,
    HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
    HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
    autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





 If you would like to no longer receive any further email messages from the
advertiser above sent by Virtumundo,
 visit this link

NewCarInsider 2657 Windmill Parkway #217 Henderson, Nevada 89074

 Please send any questions or concerns about the Virtumundo Rewards program
to: Virtumundo, Inc. 8400 West
 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To
remove yourself from receiving
 further email as a subscriber of Virtumundo Rewards, go to
http://www.virtumundo.com/change or visit here. The
 products and/or services advertised in this email are the sole responsibility
of the advertiser, and questions about
 this offer should be directed to the advertiser.

 If you can not see our footer image, please visit here.



```
From ???@??? Wed May 26 23:55:02 2004
Return-Path: <mailcenter308673@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 25520 invoked by uid 10003); 27 May 2004 06:13:17 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 25513 invoked from network); 27 May 2004 06:13:17 -0000
Received: from unknown (HELO vm092.vmadmin.com) (216.64.222.92)
  by ns48.webmasters.com with SMTP; 27 May 2004 06:13:17 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 27 May 2004 01:13:15 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 308673
From: New Masters Program <NewMastersProgram@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: New Masters Program <NewMastersProgram308673@replies.virtumundo.com>
Subject: Earn your Masters Online in only 1 year!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Chooseadegree.com, 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018

```
From ???@??? Wed May 26 23:55:02 2004
Return-Path: <mailcenter308673@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 25531 invoked by uid 10003); 27 May 2004 06:13:18 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 25521 invoked from network); 27 May 2004 06:13:17 -0000
Received: from unknown (HELO vm092.vmadmin.com) (216.64.222.92)
  by ns48.webmasters.com with SMTP; 27 May 2004 06:13:17 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 27 May 2004 01:13:15 -0500
X-ClientHost: 10609712106410311114100111110119111114107115046099111109
X-MailingID: 308673
From: New Masters Program <NewMastersProgram@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: New Masters Program <NewMastersProgram308673@replies.virtumundo.com>
Subject: Earn your Masters Online in only 1 year!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

Chooseadegree.com, 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018

```
From ???@??? Wed May 26 23:55:02 2004
Return-Path: <mailcenter308673@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 25534 invoked by uid 10003); 27 May 2004 06:13:18 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 25526 invoked from network); 27 May 2004 06:13:18 -0000
Received: from unknown (HELO vm092.vmadmin.com) (216.64.222.92)
  by ns48.webmasters.com with SMTP; 27 May 2004 06:13:18 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 27 May 2004 01:13:15 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 308673
From: New Masters Program <NewMastersProgram@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: New Masters Program <NewMastersProgram308673@replies.virtumundo.com>
Subject: Earn your Masters Online in only 1 year!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Chooseadegree.com, 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018

```
From ???@??? Sun May 02 16:14:37 2004
Return-Path: <mailcenter308325@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 28406 invoked by uid 10003); 2 May 2004 21:35:36 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 28401 invoked from network); 2 May 2004 21:35:36 -0000
Received: from unknown (HELO vm104.vmadmin.com) (216.64.222.104)
  by ns48.webmasters.com with SMTP; 2 May 2004 21:35:36 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm104.vmadmin.com with SMTP; 02 May 2004 16:43:48 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 308325
From: New Masters Program <NewMastersProgram@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: New Masters Program <NewMastersProgram308325@replies.virtumundo.com>
Subject: Earn your Masters Online in only 1 year!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

Chooseadegree.com, 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ
85018

```
From ???@??? Sun May 02 16:14:37 2004
Return-Path: <mailcenter308325@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 28413 invoked by uid 10003); 2 May 2004 21:35:36 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 28410 invoked from network); 2 May 2004 21:35:36 -0000
Received: from unknown (HELO vm104.vmadmin.com) (216.64.222.104)
  by ns48.webmasters.com with SMTP; 2 May 2004 21:35:36 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm104.vmadmin.com with SMTP; 02 May 2004 16:43:48 -0500
X-ClientHost:
106097109105108097064103111114100111101191111141071150460 99111109
X-MailingID: 308325
From: New Masters Program <NewMastersProgram@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: New Masters Program <NewMastersProgram308325@replies.virtumundo.com>
Subject: Earn your Masters Online in only 1 year!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Chooseadegree.com, 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018

```
From ???@??? Sun May 02 16:14:37 2004
Return-Path: <mailcenter308325@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 28421 invoked by uid 10003); 2 May 2004 21:35:36 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 28418 invoked from network); 2 May 2004 21:35:36 -0000
Received: from unknown (HELO vm104.vmadmin.com) (216.64.222.104)
  by ns48.webmasters.com with SMTP; 2 May 2004 21:35:36 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm104.vmadmin.com with SMTP; 02 May 2004 16:43:48 -0500
X-ClientHost: 1060971210641031111141001111101911111141071150460991111109
X-MailingID: 308325
From: New Masters Program <NewMastersProgram@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: New Masters Program <NewMastersProgram308325@replies.virtumundo.com>
Subject: Earn your Masters Online in only 1 year!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

Chooseadegree.com, 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018

```
From ???@??? Sun May 02 07:47:45 2004
Return-Path: <mailcenter308323@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 23615 invoked by uid 10003); 2 May 2004 13:00:04 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 23612 invoked from network); 2 May 2004 13:00:04 -0000
Received: from unknown (HELO vm211.vmadmin.com) (216.64.222.211)
  by ns48.webmasters.com with SMTP; 2 May 2004 13:00:04 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm211.vmadmin.com with SMTP; 02 May 2004 08:08:10 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 308323
From: New Masters Program <NewMastersProgram@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: New Masters Program <NewMastersProgram308323@replies.virtumundo.com>
Subject: Earn your Masters Online in only 1 year!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Chooseadegree.com, 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018

```
From ???@??? Wed May 26 23:55:02 2004
Return-Path: <mailcenter308673@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 25512 invoked by uid 10003); 27 May 2004 06:13:16 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 25509 invoked from network); 27 May 2004 06:13:16 -0000
Received: from unknown (HELO vm092.vmadmin.com) (216.64.222.92)
  by ns48.webmasters.com with SMTP; 27 May 2004 06:13:16 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 27 May 2004 01:13:15 -0500
X-ClientHost: 10609710910115064103111141001111101911111410711504609911109
X-MailingID: 308673
From: New Masters Program <NewMastersProgram@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: New Masters Program <NewMastersProgram308673@replies.virtumundo.com>
Subject: Earn your Masters Online in only 1 year!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

 Chooseadegree.com, 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018

```
From ???@??? Sun Oct 30 16:34:01 2005
X-Persona: <Indi>
Return-Path: <mailcenter331363@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 6692 invoked from network); 30 Oct 2005 17:18:33 -0600
Received: from vm-180-86.vm-mail.com (206.82.180.86)
   by ehahome.com with SMTP; 30 Oct 2005 17:18:32 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-86.vm-mail.com with SMTP; 30 Oct 2005 17:18:21 -0600
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 331363
From: New Opportunities <NewOpportunity@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331363@vm-rewards.com>
Subject: Help wanted online.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



---



**Home Business Connection, 1595 S. MT. Joy Street Elizabethtown, PA 17022**

**If you can not see our footer image, please** visit here.

```
From ???@??? Fri Oct 07 10:56:35 2005
X-Persona: <hum>
Return-Path: <mailcenter330432@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 16608 invoked from network); 6 Oct 2005 08:03:17 -0600
Received: from vm-181-86.vm-mail.com (206.82.181.86)
  by rcw19190020.com with SMTP; 6 Oct 2005 08:03:17 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-86.vm-mail.com with SMTP; 06 Oct 2005 09:03:15 -0500
X-ClientHost: 104117109064101104097104111109101046099111109
X-MailingID: 330432
From: New PCare Information <NewPCareInformation@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330432@vm-rewards.com>
Subject: Diagnosed with advance prostate cancer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.3 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_UNKNOWN,HTML_LINK_CLICK_HERE,HTML_MESSAGE,
        HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
```





Learning you have advanced prostate cancer can be overwhelming for you and your loved ones. But you can do a lot to help manage your condition by taking an active role in learning about the disease and the treatment options available to you. Of course an important step is to get accurate, reliable information to help you work closely with your healthcare team. **Enrolling in PCare** can be a great first step to getting information about advanced prostate cancer.



**PCa**re is a free program created specifically to help patients and their loved ones get credible information about the possible ways to manage advanced prostate cancer. **PCa**re also provides tools to help patients and their loved ones work with their healthcare providers.

By simply **enrolling in PCare today**, you'll receive a complimentary personalized Doctor Discussion Guide. This *Guide* is instantly created based on your individual responses to a brief advanced prostate cancer enrollment questionnaire, and is designed to help you:

- Understand the importance of preparing for your doctor visits ahead of time
- Learn how to make the most of your visits by asking questions
- Provide you with suggested questions to ask your doctor
- Offer ways which may help you cope with the stress of living with advanced prostate cancer

Beyond this initial Doctor Discussion Guide, **PCa**re will also send you regular E-mails with useful information and practical hints on managing your condition, a possible treatment option, along with a range of supportive resources based on the specific information you provide at enrollment.



If you prefer not to receive future **PCa**re E-mails, **click here**

TAP Pharmaceutical Products Inc.
675 North Field Drive
Lake Forest, Illinois 60045

©2005 TAP Pharmaceutical Products Inc.                    2005-020-07099



 TAP Pharmaceutical Products, Inc., 675 North Field Drive, Lake Forest, IL, 60045



If you can not see our footer image, please visit here.

```
From ???@??? Fri Mar 31 15:22:13 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter341184@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 12482 invoked from network); 30 Mar 2006 15:19:27 -0600
Received: from vm-180-90.vm-mail.com (206.82.180.90)
  by anthonycentral.com with SMTP; 30 Mar 2006 15:19:27 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-90.vm-mail.com with SMTP; 30 Mar 2006 15:19:23 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 341184
From: New Singles Site <NewSinglesSite@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341184@vm-rewards.com>
Subject: Tired of the same old dating sites?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---

The Lombard Co, Inc. 15610 Elsmere Ct. Bowie , MD 20716

If you can not see our footer image, please visit here.

```
From ???@??? Fri Mar 31 15:19:16 2006
X-Persona: <Celia>
Return-Path: <mailcenter341184@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 10657 invoked from network); 30 Mar 2006 16:04:50 -0600
Received: from vm-180-194.vm-mail.com (206.82.180.194)
  by rcw19190020.com with SMTP; 30 Mar 2006 16:04:36 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-194.vm-mail.com with SMTP; 30 Mar 2006 16:04:17 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 341184
From: New Singles Site <NewSinglesSite@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341184@vm-rewards.com>
Subject: *****SPAM***** Tired of the same old dating sites?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        * 1.0 DATE_MISSING Missing Date: header
        * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.0 HTML_MESSAGE BODY: HTML included in message
        * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

The Lombard Co, Inc. 15610 Elsmere Ct. Bowie , MD 20716

        If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 07 11:59:08 2006
Return-Path: <mailcenter341184@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 13249 invoked from network); 30 Mar 2006 15:36:01 -0600
Received: from vm-181-153.vm-mail.com (206.82.181.153)
  by jaykaysplace.com with SMTP; 30 Mar 2006 15:36:00 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-153.vm-mail.com with SMTP; 30 Mar 2006 15:35:54 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 341184
From: New Singles Site <NewSinglesSite@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341184@vm-rewards.com>
Subject: Tired of the same old dating sites?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_56,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

Images not loading? View this offer by visiting this link



---



The Lombard Co, Inc. 15610 Elsmere Ct. Bowie , MD 20716

If you can not see our footer image, please visit here.

```
From ???@??? Wed Jun 29 16:39:21 2005
X-Persona: <Katie>
Return-Path: <mailcenter326645@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 23 Jun 2005 11:18:12 -0600
From: New Success <NewSuccess@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Huge income while in Cancun, Hawaii, Bahamas
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=3.0 tests=CLICK_BELOW,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_LINK_CLICK_HERE,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42BAEED4.C6D862E2"
```

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2722&e=katie@ehahome.com
  URI:http://ogy.cc/cr/borderooil/top_01.gif
  URI:http://ogy.cc/cr/borderooil/sara_02.gif
  URI:http://ogy.cc/cr/borderooil/sara_03.gif [...]

Content analysis details:   (8.3 points, 3.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_LINK_CLICK_HERE   BODY: HTML link text says "click here"
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 HTML_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                            [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
 0.0 CLICK_BELOW            Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 22848 invoked from network); 23 Jun 2005 11:18:10 -0600
Received: from vm-183-172.vm-mail.com (206.82.183.172)
  by chiefmusician.net with SMTP; 23 Jun 2005 11:18:10 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-183-172.vm-mail.com with SMTP; 23 Jun 2005 12:18:11 -0500
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326645
From: New Success <NewSuccess@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326645@vm-rewards.com>
Subject: Huge income while in Cancun, Hawaii, Bahamas
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Huge income
whil.htm"
```

```
From ???@??? Wed Jun 29 16:39:21 2005
X-Persona: <Katie>
Return-Path: <mailcenter326645@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 23 Jun 2005 11:18:12 -0600
From: New Success <NewSuccess@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Huge income while in Cancun, Hawaii, Bahamas
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=3.0 tests=CLICK_BELOW,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_LINK_CLICK_HERE,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42BAEED4.C6D862E2"
```

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2722&e=katie@ehahome.com
  URI:http://ogy.cc/cr/borderoooil/top_01.gif
  URI:http://ogy.cc/cr/borderoooil/sara_02.gif
  URI:http://ogy.cc/cr/borderoooil/sara_03.gif [...]

Content analysis details:   (8.3 points, 3.0 required)

 pts rule name               description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.1 HTML_LINK_CLICK_HERE    BODY: HTML link text says "click here"
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 HTML_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                       [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
 0.0 CLICK_BELOW             Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 22848 invoked from network); 23 Jun 2005 11:18:10 -0600
Received: from vm-183-172.vm-mail.com (206.82.183.172)
  by chiefmusician.net with SMTP; 23 Jun 2005 11:18:10 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-183-172.vm-mail.com with SMTP; 23 Jun 2005 12:18:11 -0500
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 326645
From: New Success <NewSuccess@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326645@vm-rewards.com>
Subject: Huge income while in Cancun, Hawaii, Bahamas
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Huge income
whil.htm"
```

From ???@??? Sun Nov 02 12:26:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <214086-24144>; Sun, 2 Nov
2003 15:07:46 -0500
Received: from vl208-59.vmlocal.com ([216.21.208.59]) by ams.ftl.affinity.com
with ESMTP id <216873-24148>; Sun, 2 Nov 2003 15:04:59 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-59.vmlocal.com with SMTP; 02 Nov 2003 14:04:56 -0600
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 184385
From: New Zealand Vacations <NewZealandVacation184385@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: New Zealand Vacations <NewZealandVacation184385@vmlocal.com>
Subject: Visit New Zealand now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov2.150459-0500_est.216873-24148+63941@ams.ftl.affinity.com>
Date:Sun, 2 Nov 2003 15:04:59 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the

advertiser, and questions about this offer should be directed to the
advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Jan 01 17:22:36 2006
X-Persona: <Mila>
Return-Path: <mailcenter333496@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 11717 invoked from network); 21 Dec 2005 14:08:34 -0600
Received: from vm-180-211.vm-mail.com (206.82.180.211)
   by chiefmusician.net with SMTP; 21 Dec 2005 14:08:34 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-211.vm-mail.com with SMTP; 21 Dec 2005 14:08:22 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 333496
From: Next Day <NextDay@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333496@vm-rewards.com>
Subject: Your ticket for up to a $1500 direct deposit
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_06,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**Important Notice for >**



You may have been contacted in the
past
regarding an overnight* funds
advance. We encourage you to log on
now and claim a
funds transfer into your account.

Remember these funds are
pre-appproved*
and can be delivered within 24 hours.
However, we must know where to wire
it.
We recommend you contact us as soon
as possible. See Here





*Barcode in not printable and only for decorative purposes. Terms and Conditions Apply

Internet Cash Advance Marketing, Inc., 1066 West Hastings Street, Vancouver, BC, V6E3X2

If you can not see our footer image, please <u>visit here</u>.

```
From ???@??? Wed Dec 21 18:43:57 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333496@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 10339 invoked from network); 21 Dec 2005 14:08:31 -0600
Received: from vm-180-125.vm-mail.com (206.82.180.125)
   by clrobin.com with SMTP; 21 Dec 2005 14:08:31 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-125.vm-mail.com with SMTP; 21 Dec 2005 14:08:20 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 333496
From: Next Day <NextDay@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333496@vm-rewards.com>
Subject: Your ticket for up to a $1500 direct deposit
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**Important Notice for >**

You may have been contacted in the past
regarding an overnight* funds
advance. We encourage you to log on now and claim a
funds transfer into your account.







Remember these funds are pre-appproved*
and can be delivered within 24 hours.
However, we must know where to wire it.
We recommend you contact us as soon
as possible. See Here

*Barcode in not printable and only for decorative purposes. Terms and Conditions Apply





Internet Cash Advance Marketing, Inc., 1066 West Hastings Street, Vancouver, BC, V6E3X2

If you can not see our footer image, please visit here.

```
From ???@??? Wed Dec 21 18:43:17 2005
X-Persona: <Celia>
Return-Path: <mailcenter333496@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 2496 invoked from network); 21 Dec 2005 14:09:19 -0600
Received: from vm-177-88.vm-mail.com (206.82.177.88)
   by anthonycentral.com with SMTP; 21 Dec 2005 14:09:14 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-88.vm-mail.com with SMTP; 21 Dec 2005 14:09:02 -0600
X-ClientHost: 0991011081050970640991011081050971060970121046099111109
X-MailingID: 333496
From: Next Day <NextDay@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333496@vm-rewards.com>
Subject: Your ticket for up to a $1500 direct deposit
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_06,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**Important Notice for >**



You may have been contacted in the past
regarding an overnight* funds
advance. We encourage you to log on
now and claim a
funds transfer into your account.



Remember these funds are
pre-appproved*
and can be delivered within 24 hours.
However, we must know where to wire
it.
We recommend you contact us as soon
as possible. See Here





*Barcode in not printable and only for decorative purposes. Terms and Conditions Apply

Internet Cash Advance Marketing, Inc., 1066 West Hastings Street, Vancouver, BC, V6E3X2

If you can not see our footer image, please [visit here](#).

```
From ???@??? Sun Jan 01 18:58:44 2006
X-Persona: <Mila>
Return-Path: <mailcenter333496@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 11717 invoked from network); 21 Dec 2005 14:08:34 -0600
Received: from vm-180-211.vm-mail.com (206.82.180.211)
   by chiefmusician.net with SMTP; 21 Dec 2005 14:08:34 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-211.vm-mail.com with SMTP; 21 Dec 2005 14:08:22 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 333496
From: Next Day <NextDay@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333496@vm-rewards.com>
Subject: Your ticket for up to a $1500 direct deposit
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_06,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**Important Notice for >**

You may have been contacted in the past
regarding an overnight* funds
advance. We encourage you to log on
now and claim a
funds transfer into your account.



Remember these funds are
pre-appproved*
and can be delivered within 24 hours.
However, we must know where to wire
it.
We recommend you contact us as soon
as possible. See Here



*Barcode in not printable and only for decorative purposes. Terms and Conditions Apply



Internet Cash Advance Marketing, Inc., 1066 West Hastings Street, Vancouver, BC, V6E3X2

If you can not see our footer image, please visit here.

```
From ???@??? Thu Feb 16 19:41:07 2006
X-Persona: <hum>
Return-Path: <mailcenter337394@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 8517 invoked from network); 7 Feb 2006 12:13:32 -0600
Received: from vm-181-95.vm-mail.com (206.82.181.95)
   by celiajay.com with SMTP; 7 Feb 2006 12:13:32 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-95.vm-mail.com with SMTP; 07 Feb 2006 12:13:18 -0600
X-ClientHost: 10411710906410110409710411110910104609911109
X-MailingID: 337394
From: Next Day Cash <NextDayCash@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337394@vm-rewards.com>
Subject: *****SPAM***** Is payday too far away? Make it happen tomorrow
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

 Internet Cash Advance Marketing, Inc., 2000-1066 West Hastings Street, Vancouver, B.C. V6E3X2



If you can not see our footer image, please visit here.

```
From ???@??? Tue Apr 25 14:09:24 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter345544@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 26467 invoked from network); 25 Apr 2006 11:59:25 -0600
Received: from vm-180-143.vm-mail.com (206.82.180.143)
  by jaykaysplace.com with SMTP; 25 Apr 2006 11:59:25 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-143.vm-mail.com with SMTP; 25 Apr 2006 12:59:24 -0500
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 345544
From: Next Student <NextStudent@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345544@vm-rewards.com>
Subject: *****SPAM***** Last chance 2.75% fixed student loan consolidation
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_AREA_05,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.3 HTML_IMAGE_AREA_05 BODY: HTML has 5-6 kilopixels of images
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link







Copyright © 2006 NextStudent Inc. All rights reserved.

NextStudent and the NextStudent trademark are property of their respective owners.

NextStudent Inc. P.O. Box 11870 Glendale, AZ 85318

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 27 08:12:28 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345544@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 6049 invoked from network); 25 Apr 2006 12:01:15 -0600
Received: from vm-181-73.vm-mail.com (206.82.181.73)
  by jaycelia.com with SMTP; 25 Apr 2006 12:01:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-73.vm-mail.com with SMTP; 25 Apr 2006 13:01:15 -0500
X-ClientHost:
11509711010012106409711011610411111012109910111011611409710804609911109
X-MailingID: 345544
From: Next Student <NextStudent@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345544@vm-rewards.com>
Subject: Last chance 2.75% fixed student loan consolidation
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.3 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_AREA_05,
        HTML_IMAGE_ONLY_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





Copyright © 2005 NextStudent, Inc. All rights reserved.
All trademarks and registered trademarks are property of their respective owners.

 **NextStudent Inc. P.O. Box 11870 Glendale, AZ 85318**

**If you can not see our footer image, please visit here.**

From ???@??? Fri Nov 07 20:37:40 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213854-12079>; Fri, 7 Nov 2003 22:18:21 -0500
Received: from vm124.vmadmin.com ([216.64.222.124]) by ams.ftl.affinity.com
with ESMTP id <217841-12073>; Fri, 7 Nov 2003 22:17:44 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm124.vmadmin.com with SMTP; 07 Nov 2003 21:17:22 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 191901
From: Night Vision <YouCanSeeInTheDark191901@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Night Vision <YouCanSeeInTheDark191901@replies.virtumundo.com>
Subject: Don't get caught in the dark.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov7.221744-0500_est.217841-12073+12699@ams.ftl.affinity.com>
Date:Fri, 7 Nov 2003 22:17:42 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jun 20 08:22:46 2006
X-Persona: <Jay>
Return-Path: <mailcenter352874@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 15362 invoked from network); 19 Jun 2006 00:06:44 -0600
Received: from vm-187-142.vm-mail.com (206.82.187.142)
  by jaykaysplace.com with SMTP; 19 Jun 2006 00:06:44 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-142.vm-mail.com with SMTP; 19 Jun 2006 01:06:43 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 352874
From: Nonstop Ringtones <NonstopRingtones@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+352874@vm-rewards.com>
Subject: *****SPAM***** Complimentary ringtones - 1000s of choices
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=7.0 tests=BAYES_70,DATE_MISSING,
        HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
        RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 2.3 BAYES_70 BODY: Bayesian spam probability is 70 to 80%
        *     [score: 0.7027]
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
        * 0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *     [206.82.187.142 listed in dnsbl.sorbs.net]
        * 1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        * 0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *     [206.82.187.142 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

FunMobile PO Box 89252 Kowloon City Post Office, Hong Kong, China

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Sun Jun 25 11:08:52 2006
Return-Path: <mailcenter352874@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 15362 invoked from network); 19 Jun 2006 00:06:44 -0600
Received: from vm-187-142.vm-mail.com (206.82.187.142)
   by jaykaysplace.com with SMTP; 19 Jun 2006 00:06:44 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-187-142.vm-mail.com with SMTP; 19 Jun 2006 01:06:43 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 352874
From: Nonstop Ringtones <NonstopRingtones@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+352874@vm-rewards.com>
Subject: *****SPAM***** Complimentary ringtones - 1000s of choices
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=7.0 tests=BAYES_70,DATE_MISSING,
        HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
        RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 2.3 BAYES_70 BODY: Bayesian spam probability is 70 to 80%
        *      [score: 0.7027]
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
        * 0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *      [206.82.187.142 listed in dnsbl.sorbs.net]
        * 1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        * 0.1 RCVD_IN_SORBS RBL: SORBS sender is listed in SORBS
        *      [206.82.187.142 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link





**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**FunMobile PO Box 89252 Kowloon City Post Office, Hong Kong, China**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Oct 30 16:26:51 2005
X-Persona: <Indi>
Return-Path: <mailcenter331349@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 21632 invoked from network); 28 Oct 2005 10:38:46 -0600
Received: from vm-181-50.vm-mail.com (206.82.181.50)
  by chiefmusician.net with SMTP; 28 Oct 2005 10:38:45 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-50.vm-mail.com with SMTP; 28 Oct 2005 11:38:31 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 331349
From: North Cash <NorthCash@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331349@vm-rewards.com>
Subject: Need cash for the holidays?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



 **Internet Cash Advance Marketing, Inc., 2000-1066 West Hastings Street, Vancouver, BC V6E 3X2**

**If you can not see our footer image, please** visit here.

```
From ???@??? Sun Oct 30 16:26:51 2005
X-Persona: <Indi>
Return-Path: <mailcenter331349@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 21632 invoked from network); 28 Oct 2005 10:38:46 -0600
Received: from vm-181-50.vm-mail.com (206.82.181.50)
  by chiefmusician.net with SMTP; 28 Oct 2005 10:38:45 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-50.vm-mail.com with SMTP; 28 Oct 2005 11:38:31 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 331349
From: North Cash <NorthCash@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331349@vm-rewards.com>
Subject: Need cash for the holidays?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



 **Internet Cash Advance Marketing, Inc., 2000-1066 West Hastings Street, Vancouver, BC V6E 3X2**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Dec 19 01:49:00 2005
X-Persona: <Mila>
Return-Path: <mailcenter333180@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 14080 invoked from network); 14 Dec 2005 15:09:26 -0600
Received: from vm-181-217.vm-mail.com (206.82.181.217)
   by anthonycentral.com with SMTP; 14 Dec 2005 15:09:26 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-217.vm-mail.com with SMTP; 14 Dec 2005 15:09:15 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 333180
From: North Pole <TheNorthPoleAlaska@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333180@vm-rewards.com>
Subject: Have Santa write your child a letter this Xmas
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63
```



---



Santamail, 800 Brazos, Ste 840, Austin, TX 78703

If you can not see our footer image, please visit here.

```
From ???@??? Thu Dec 15 09:59:49 2005
X-Persona: <Jon>
Return-Path: <mailcenter333180@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 15200 invoked from network); 14 Dec 2005 15:09:28 -0600
Received: from vm-181-75.vm-mail.com (206.82.181.75)
  by rcw19190020.com with SMTP; 14 Dec 2005 15:09:28 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-75.vm-mail.com with SMTP; 14 Dec 2005 15:09:17 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 333180
From: North Pole <TheNorthPoleAlaska@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333180@vm-rewards.com>
Subject: Have Santa write your child a letter this Xmas
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```





Santamail, 800 Brazos, Ste 840, Austin, TX 78703

If you can not see our footer image, please visit here.

```
From ???@??? Thu Dec 15 09:59:35 2005
X-Persona: <Jay>
Return-Path: <mailcenter333180@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 15777 invoked from network); 14 Dec 2005 15:09:29 -0600
Received: from vm-181-134.vm-mail.com (206.82.181.134)
  by rcw19190020.com with SMTP; 14 Dec 2005 15:09:28 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-134.vm-mail.com with SMTP; 14 Dec 2005 15:09:17 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 333180
From: North Pole <TheNorthPoleAlaska@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333180@vm-rewards.com>
Subject: Have Santa write your child a letter this Xmas
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



---



Santamail, 800 Brazos, Ste 840, Austin, TX 78703

If you can not see our footer image, please visit here.

```
From ???@??? Thu Dec 15 09:56:18 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333180@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 23908 invoked from network); 14 Dec 2005 15:09:02 -0600
Received: from vm-181-224.vm-mail.com (206.82.181.224)
  by jammtomm.com with SMTP; 14 Dec 2005 15:09:02 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-224.vm-mail.com with SMTP; 14 Dec 2005 15:08:51 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 333180
From: North Pole <TheNorthPoleAlaska@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333180@vm-rewards.com>
Subject: Have Santa write your child a letter this Xmas
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

**Santamail, 800 Brazos, Ste 840, Austin, TX 78703**

**If you can not see our footer image, please** visit here.

```
From ???@??? Thu Dec 15 09:56:05 2005
X-Persona: <Celia>
Return-Path: <mailcenter333180@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 7811 invoked from network); 14 Dec 2005 15:20:02 -0600
Received: from vm-177-55.vm-mail.com (206.82.177.55)
  by anthonycentral.com with SMTP; 14 Dec 2005 15:20:00 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-55.vm-mail.com with SMTP; 14 Dec 2005 15:19:47 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 333180
From: North Pole <TheNorthPoleAlaska@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333180@vm-rewards.com>
Subject: Have Santa write your child a letter this Xmas
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```





Santamail, 800 Brazos, Ste 840, Austin, TX 78703

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 15:44:19 2006
X-Persona: <RCW>
Return-Path: <mailcenter333180@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 24545 invoked from network); 14 Dec 2005 15:41:22 -0600
Received: from vm-181-202.vm-mail.com (206.82.181.202)
  by ehahome.com with SMTP; 14 Dec 2005 15:41:22 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-202.vm-mail.com with SMTP; 14 Dec 2005 15:41:10 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 333180
From: North Pole <TheNorthPoleAlaska@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333180@vm-rewards.com>
Subject: Have Santa write your child a letter this Xmas
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---


Santamail, 800 Brazos, Ste 840, Austin, TX 78703

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 16:13:11 2005
Return-Path: <mailcenter333802@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 13220 invoked from network); 29 Dec 2005 11:47:15 -0600
Received: from vm-180-172.vm-mail.com (206.82.180.172)
  by gnwalpha.org with SMTP; 29 Dec 2005 11:47:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-172.vm-mail.com with SMTP; 29 Dec 2005 11:46:59 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 333802
From: NorthCash <NorthCash@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333802@vm-rewards.com>
Subject: Need cash quick but you're caught between paydays
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



 **Internet Cash Advance Marketing, Inc., 2000-1066 West Hastings Street, Vancouver, BC V6E 3X2**

**If you can not see our footer image, please** visit here**.**

From ???@??? Mon Dec 08 21:14:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223094-17857>; Mon, 8 Dec 2003 22:34:45 -0500
Received: from vm097.vmadmin.com ([216.64.222.97]) by ams.ftl.affinity.com
with ESMTP id <223158-17858>; Mon, 8 Dec 2003 22:33:50 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm097.vmadmin.com with SMTP; 08 Dec 2003 21:33:32 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 214129
From: Nursing Job <NursingJobResources@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Nursing Job <NursingJobResources214129@replies.virtumundo.com>
Subject: You can help as a nurse.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec8.223350-0500_est.223158-17858+5419@ams.ftl.affinity.com>
Date:Mon, 8 Dec 2003 22:33:50 -0500



You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed May 10 23:59:11 2006
X-Persona: <Jay>
Return-Path: <mailcenter347692@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 5347 invoked from network); 8 May 2006 14:06:55 -0600
Received: from vm-187-53.vm-mail.com (206.82.187.53)
   by anthonycentral.com with SMTP; 8 May 2006 14:06:52 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-187-53.vm-mail.com with SMTP; 08 May 2006 15:06:52 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 347692
From: Official Unclaimed Funds <OfficialUnclaimedFunds@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347692@vm-rewards.com>
Subject: Find money you didn't know you had
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.1 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

SFP, Inc. 10535 E. Washington Street, Ste. 310 Indianapolis, IN 46229 - 2609

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Wed May 10 23:58:05 2006
X-Persona: <Celia>
Return-Path: <mailcenter347692@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 28833 invoked from network); 8 May 2006 14:20:21 -0600
Received: from vm-185-146.vm-mail.com (206.82.185.146)
   by chiefmusician.net with SMTP; 8 May 2006 14:20:20 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-146.vm-mail.com with SMTP; 08 May 2006 15:20:19 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 347692
From: Official Unclaimed Funds <OfficialUnclaimedFunds@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347692@vm-rewards.com>
Subject: Find money you didn't know you had
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=DATE_MISSING,HTML_40_50,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_IMAGE_RATIO_06,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

SFP, Inc. 10535 E. Washington Street, Ste. 310 Indianapolis, IN 46229 - 2609

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Mon May 08 14:08:20 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter347692@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 14912 invoked from network); 8 May 2006 14:07:11 -0600
Received: from vm-187-118.vm-mail.com (206.82.187.118)
   by clrobin.com with SMTP; 8 May 2006 14:07:10 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-187-118.vm-mail.com with SMTP; 08 May 2006 15:06:53 -0500
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 347692
From: Official Unclaimed Funds <OfficialUnclaimedFunds@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347692@vm-rewards.com>
Subject: Find money you didn't know you had
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=DATE_MISSING,HTML_40_50,
       HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
       HTML_IMAGE_RATIO_06,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

SFP, Inc. 10535 E. Washington Street, Ste. 310 Indianapolis, IN 46229 - 2609

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Fri May 12 22:33:10 2006
X-Persona: <Mila>
Return-Path: <mailcenter347692@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 08 May 2006 14:06:59 -0600
From: Official Unclaimed Funds <OfficialUnclaimedFunds@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Find money you didn't know you had
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_445FA4E3.4EE661DE"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(5511&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(5511&e=mila@jammtomm.com
  URI:http://ogy.cc/unreal/unreal.jpg [...]

Content analysis details:   (8.5 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 0.9940]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 5378 invoked from network); 8 May 2006 14:06:56 -0600
Received: from vm-187-207.vm-mail.com (206.82.187.207)
  by jaykaysplace.com with SMTP; 8 May 2006 14:06:50 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-207.vm-mail.com with SMTP; 08 May 2006 15:06:45 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 347692

From: Official Unclaimed Funds <OfficialUnclaimedFunds@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347692@vm-rewards.com>
Subject: Find money you didn't know you had
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Find money
you d.htm"

```
From ???@??? Sat Oct 11 08:00:24 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <729313-11912>; Sat, 11 Oct 2003 10:38:17 -0400
Received: from vm141.vmadmin.com ([216.64.222.141]) by ams.ftl.affinity.com
with ESMTP id <729541-11904>; Sat, 11 Oct 2003 10:37:37 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm141.vmadmin.com with SMTP; 11 Oct 2003 09:37:35 -0500
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 160270
From: On The Go <PortablePrinter160270@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: On The Go <PortablePrinter160270@replies.virtumundo.com>
Subject: Pocket Size Printer NEVER Needs Ink
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct11.103737-0400_edt.729541-11904+37810@ams.ftl.affinity.com>
Date:Sat, 11 Oct 2003 10:37:36 -0400
```



**Amazing Portable Printer Fits In Your Pocket!**



The New Pocket Printer A6 is a compact and lightweight mobile printer perfect for anyone on the go!

- Wireless, Portable, and Simple to use!
- Easily Print from your Laptop, Desktop, and Palm!
- No Messy Ribbons or Ink Cartridges to Replace!
- High Resolution for High Quality Printouts!
- 30 Day Money Back Guarantee!

These portable printers are going FAST! Act Now!

## Get Your New Portable Printer Today!
## Click Here Now!

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Oct 11 11:15:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3685501-28612>; Sat, 11 Oct 2003 12:45:31 -0400
Received: from vm139.vmadmin.com ([216.64.222.139]) by ams.ftl.affinity.com
with ESMTP id <3691726-28610>; Sat, 11 Oct 2003 12:44:29 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm139.vmadmin.com with SMTP; 11 Oct 2003 11:44:27 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 160270
From: On The Go <PortablePrinter160270@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+160270@virtumundo.com>
Subject: Pocket Size Printer NEVER Needs Ink
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct11.124429-0400_edt.3691726-28610+46042@ams.ftl.affinity.com>
Date:Sat, 11 Oct 2003 12:44:28 -0400
```



**Amazing Portable Printer Fits In Your Pocket!**



The New Pocket Printer A6 is a compact and lightweight mobile printer perfect for anyone on the go!

- Wireless, Portable, and Simple to use!
- Easily Print from your Laptop, Desktop, and Palm!
- No Messy Ribbons or Ink Cartridges to Replace!
- High Resolution for High Quality Printouts!
- 30 Day Money Back Guarantee!

 These portable printers are going FAST! Act Now!

## Get Your New Portable Printer Today!
## Click Here Now!

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Feb 11 11:05:32 2006
X-Persona: <Celia>
Return-Path: <mailcenter337444@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 5127 invoked from network); 7 Feb 2006 18:24:34 -0600
Received: from vm-181-5.vm-mail.com (206.82.181.5)
  by chiefmusician.net with SMTP; 7 Feb 2006 18:24:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-5.vm-mail.com with SMTP; 07 Feb 2006 18:24:21 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 337444
From: Online Auto Insurance Quotes <AutoInsuranceQuotes@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337444@vm-rewards.com>
Subject: *****SPAM***** Paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



NetQuote , 1430 Larimer Street, Suite 208, Denver, CO 80202

If you can not see our footer image, please visit here.

```
From ???@??? Sat Feb 11 10:51:35 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter337444@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 23938 invoked from network); 7 Feb 2006 18:11:28 -0600
Received: from vm-182-212.vm-mail.com (206.82.182.212)
  by itdidnotendright.com with SMTP; 7 Feb 2006 18:11:28 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-212.vm-mail.com with SMTP; 07 Feb 2006 18:11:15 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 337444
From: Online Auto Insurance Quotes <AutoInsuranceQuotes@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337444@vm-rewards.com>
Subject: Paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---



NetQuote , 1430 Larimer Street, Suite 208, Denver, CO 80202



If you can not see our footer image, please visit here.

From ???@??? Fri Feb 10 13:01:45 2006
X-Persona: <Mila>
Return-Path: <mailcenter337444@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Tue, 07 Feb 2006 18:13:16 -0600
From: Online Auto Insurance Quotes <AutoInsuranceQuotes@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Paying too much for auto insurance?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43E9379C.47D950C0"


Attachments:
SPAM Paying too much 1.htm


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8279&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'8279&e=mila@jammtomm.com
  URI:http://ogy.cc/new_pa1.gif [...]

Content analysis details:   (8.5 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 1.5 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 10088 invoked from network); 7 Feb 2006 18:12:53 -0600
Received: from vm-182-171.vm-mail.com (206.82.182.171)
  by jaykaysplace.com with SMTP; 7 Feb 2006 18:12:47 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-182-171.vm-mail.com with SMTP; 07 Feb 2006 18:12:23 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 337444
From: Online Auto Insurance Quotes <AutoInsuranceQuotes@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337444@vm-rewards.com>
Subject: Paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Paying too
much 1.htm"
```

```
From ???@??? Tue Feb 07 23:02:45 2006
X-Persona: <RCW>
Return-Path: <mailcenter337444@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 6660 invoked from network); 7 Feb 2006 19:19:15 -0600
Received: from vm-182-14.vm-mail.com (206.82.182.14)
   by chiefmusician.net with SMTP; 7 Feb 2006 19:19:14 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-14.vm-mail.com with SMTP; 07 Feb 2006 19:19:02 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 337444
From: Online Auto Insurance Quotes <AutoInsuranceQuotes@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337444@vm-rewards.com>
Subject: Paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---



**NetQuote , 1430 Larimer Street, Suite 208, Denver, CO 80202**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 16:29:49 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter337444@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 10102 invoked from network); 7 Feb 2006 18:12:54 -0600
Received: from vm-182-112.vm-mail.com (206.82.182.112)
  by jaycelia.com with SMTP; 7 Feb 2006 18:12:51 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-112.vm-mail.com with SMTP; 07 Feb 2006 18:12:31 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460099111109
X-MailingID: 337444
From: Online Auto Insurance Quotes <AutoInsuranceQuotes@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337444@vm-rewards.com>
Subject: *****SPAM***** Paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

NetQuote , 1430 Larimer Street, Suite 208, Denver, CO 80202

        If you can not see our footer image, please visit here.

```
From ???@??? Wed Feb 15 09:06:17 2006
X-Persona: <Jay>
Return-Path: <mailcenter337444@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 10111 invoked from network); 7 Feb 2006 18:12:54 -0600
Received: from vm-182-113.vm-mail.com (206.82.182.113)
   by gordonworks.com with SMTP; 7 Feb 2006 18:12:51 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-113.vm-mail.com with SMTP; 07 Feb 2006 18:12:31 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 337444
From: Online Auto Insurance Quotes <AutoInsuranceQuotes@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337444@vm-rewards.com>
Subject: *****SPAM***** Paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





NetQuote , 1430 Larimer Street, Suite 208, Denver, CO 80202

If you can not see our footer image, please visit here.

```
From ???@??? Wed Feb 01 14:08:53 2006
X-Persona: <Jay>
Return-Path: <mailcenter336636@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 8995 invoked from network); 30 Jan 2006 15:45:15 -0600
Received: from vm-177-21.vm-mail.com (206.82.177.21)
   by celiajay.com with SMTP; 30 Jan 2006 15:45:07 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-21.vm-mail.com with SMTP; 30 Jan 2006 15:44:53 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 336636
From: Online Auto Quotes <OnlineAutoQuotes@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336636@vm-rewards.com>
Subject: *****SPAM***** Paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        * 1.0 DATE_MISSING Missing Date: header
        * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.0 HTML_MESSAGE BODY: HTML included in message
        * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





NetQuote , 1430 Larimer Street, Suite 208, Denver, CO 80202

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 20:23:46 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter336636@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 9028 invoked from network); 30 Jan 2006 15:45:15 -0600
Received: from vm-177-20.vm-mail.com (206.82.177.20)
  by omniinnovations.com with SMTP; 30 Jan 2006 15:45:07 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-20.vm-mail.com with SMTP; 30 Jan 2006 15:44:53 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 336636
From: Online Auto Quotes <OnlineAutoQuotes@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336636@vm-rewards.com>
Subject: *****SPAM***** Paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



NetQuote , 1430 Larimer Street, Suite 208, Denver, CO 80202

If you can not see our footer image, please visit here.

```
From ???@??? Wed Nov 02 11:19:59 2005
X-Persona: <Indi>
Return-Path: <mailcenter331372@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 31 Oct 2005 11:19:45 -0600
From: Online Auto Quotes <OnlineAutoQuotes@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Start saving on your auto insurance
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43665231.4858E505"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4969&e=indi@jammtomm.com
  URI:http://ogy.cc/geilsp_lslse/nq-colors_imgs_01.gif
  URI:http://ogy.cc/geilsp_lslse/nq-colors_imgs_02.gif
  URI:http://redirect.virtumundo.com/ct?i'4969&e=indi@jammtomm.com
  URI:http://ogy.cc/geilsp_lslse/nq-colors_imgs_03.gif [...]

Content analysis details:   (7.0 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 26945 invoked from network); 31 Oct 2005 11:19:45 -0600
Received: from vm-182-151.vm-mail.com (206.82.182.151)
  by chiefmusician.net with SMTP; 31 Oct 2005 11:19:45 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-151.vm-mail.com with SMTP; 31 Oct 2005 11:19:31 -0600

```
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 331372
From: Online Auto Quotes <OnlineAutoQuotes@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter  <mailcenter+331372@vm-rewards.com>
Subject: Start saving on your auto insurance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Start
saving on .htm"
```

```
From ???@??? Tue Feb 07 17:35:01 2006
Return-Path: <mailcenter336636@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 10081 invoked from network); 30 Jan 2006 16:06:45 -0600
Received: from vm-182-64.vm-mail.com (206.82.182.64)
  by ehahome.com with SMTP; 30 Jan 2006 16:06:45 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-64.vm-mail.com with SMTP; 30 Jan 2006 16:06:31 -0600
X-ClientHost:
10010111909712111010106409711011610411111012109910110116114097108046099111109
X-MailingID: 336636
From: Online Auto Quotes <OnlineAutoQuotes@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336636@vm-rewards.com>
Subject: *****SPAM***** Paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_60,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  1.6 BAYES_60 BODY: Bayesian spam probability is 60 to 70%
        *      [score: 0.6459]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

**Images not loading? View this offer by visiting this link**





**NetQuote , 1430 Larimer Street, Suite 208, Denver, CO 80202**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Sep 26 15:39:24 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <8599979-18170>; Fri, 26 Sep 2003 18:12:48 -0400
Received: from vl208-61.vmlocal.com ([216.21.208.61]) by ams.ftl.affinity.com
with ESMTP id <2541141-18064>; Fri, 26 Sep 2003 18:11:24 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-61.vmlocal.com with SMTP; 26 Sep 2003 17:11:21 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 145231
From: Online Banking <OnlineBankingOptions145231@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Banking <OnlineBankingOptions145231@vmlocal.com>
Subject: Online banking simplifies your life.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep26.181124-0400_edt.2541141-18064+896@ams.ftl.affinity.com>
Date:Fri, 26 Sep 2003 18:11:24 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the

advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Mar 13 16:24:04 2006
X-Persona: <Jay>
Return-Path: <mailcenter339912@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 28928 invoked from network); 13 Mar 2006 04:00:38 -0600
Received: from vm-181-190.vm-mail.com (206.82.181.190)
  by omniinnovations.com with SMTP; 13 Mar 2006 04:00:37 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-190.vm-mail.com with SMTP; 13 Mar 2006 04:00:25 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 339912
From: Online Car Insurance Quotes <CarInsuranceQuotes@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339912@vm-rewards.com>
Subject: *****SPAM***** Paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

NetQuote , 1430 Larimer Street, Suite 208, Denver, CO 80202

If you can not see our footer image, please visit here.

```
From ???@??? Mon Mar 13 16:23:07 2006
X-Persona: <Jon>
Return-Path: <mailcenter339912@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 29217 invoked from network); 13 Mar 2006 04:00:38 -0600
Received: from vm-181-225.vm-mail.com (206.82.181.225)
  by jammtomm.com with SMTP; 13 Mar 2006 04:00:37 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-225.vm-mail.com with SMTP; 13 Mar 2006 04:00:25 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 339912
From: Online Car Insurance Quotes <CarInsuranceQuotes@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339912@vm-rewards.com>
Subject: *****SPAM***** Paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



NetQuote , 1430 Larimer Street, Suite 208, Denver, CO 80202

If you can not see our footer image, please visit here.

```
From ???@??? Mon Mar 13 16:21:15 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter339912@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 30530 invoked from network); 13 Mar 2006 03:59:49 -0600
Received: from vm-181-203.vm-mail.com (206.82.181.203)
  by jaycelia.com with SMTP; 13 Mar 2006 03:59:49 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-203.vm-mail.com with SMTP; 13 Mar 2006 03:59:35 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 339912
From: Online Car Insurance Quotes <CarInsuranceQuotes@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339912@vm-rewards.com>
Subject: Paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---

NetQuote , 1430 Larimer Street, Suite 208, Denver, CO 80202

If you can not see our footer image, please visit here.

```
From ???@??? Mon Mar 13 16:20:41 2006
X-Persona: <Celia>
Return-Path: <mailcenter339912@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 1152 invoked from network); 13 Mar 2006 04:59:20 -0600
Received: from vm-181-121.vm-mail.com (206.82.181.121)
  by rcw19190020.com with SMTP; 13 Mar 2006 04:59:19 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-121.vm-mail.com with SMTP; 13 Mar 2006 04:59:07 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460099111109
X-MailingID: 339912
From: Online Car Insurance Quotes <CarInsuranceQuotes@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339912@vm-rewards.com>
Subject: *****SPAM***** Paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



NetQuote , 1430 Larimer Street, Suite 208, Denver, CO 80202

If you can not see our footer image, please visit here.

From ???@??? Mon Mar 13 07:49:53 2006
X-Persona: <RCW>
Return-Path: <mailcenter339912@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 14720 invoked from network); 13 Mar 2006 04:59:54 -0600
Received: from vm-181-104.vm-mail.com (206.82.181.104)
  by gnwalpha.org with SMTP; 13 Mar 2006 04:59:54 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-104.vm-mail.com with SMTP; 13 Mar 2006 04:59:42 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 339912
From: Online Car Insurance Quotes <CarInsuranceQuotes@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339912@vm-rewards.com>
Subject: Paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



---



NetQuote , 1430 Larimer Street, Suite 208, Denver, CO 80202

If you can not see our footer image, please visit here.

From ???@??? Tue Feb 28 17:40:37 2006
X-Persona: <Mila>
Return-Path: <mailcenter338992@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sun, 26 Feb 2006 10:39:06 -0600
From: Online Car Insurance Quotes <CarInsuranceQuotes@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Paying too much for auto insurance?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4401D9AA.399164E0"


Attachments:
SPAM Paying too much 2.htm


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9151&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'9151&e=mila@jammtomm.com
  URI:http://ogy.cc/new_pa1.gif [...]

Content analysis details:   (8.5 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 1.5 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 4961 invoked from network); 26 Feb 2006 10:39:04 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by gordonworks.com with SMTP; 26 Feb 2006 10:39:04 -0600

```
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 26 Feb 2006 10:38:52 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 338992
From: Online Car Insurance Quotes <CarInsuranceQuotes@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338992@vm-rewards.com>
Subject: Paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Paying too much 2.htm"

```
From ???@??? Mon Feb 27 23:20:07 2006
X-Persona: <Celia>
Return-Path: <mailcenter338992@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 2944 invoked from network); 26 Feb 2006 13:20:53 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 26 Feb 2006 13:20:53 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 26 Feb 2006 13:20:24 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 338992
From: Online Car Insurance Quotes <CarInsuranceQuotes@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338992@vm-rewards.com>
Subject: *****SPAM***** Paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.8 required=7.0 tests=BLANK_LINES_80_90,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link



---



 NetQuote , 1430 Larimer Street, Suite 208, Denver, CO 80202



If you can not see our footer image, please visit here.

From ???@??? Sun Feb 26 09:26:22 2006
X-Persona: <Jay>
Return-Path: <mailcenter338992@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 18533 invoked from network); 26 Feb 2006 10:39:30 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaykaysplace.com with SMTP; 26 Feb 2006 10:39:30 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 26 Feb 2006 10:39:15 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 338992
From: Online Car Insurance Quotes <CarInsuranceQuotes@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338992@vm-rewards.com>
Subject: *****SPAM***** Paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset


Images not loading? View this offer by visiting this link




---

NetQuote , 1430 Larimer Street, Suite 208, Denver, CO 80202


        If you can not see our footer image, please visit here.

From ???@??? Sun Feb 26 09:24:49 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter338992@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 7298 invoked from network); 26 Feb 2006 10:35:38 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaykaysplace.com with SMTP; 26 Feb 2006 10:35:37 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 26 Feb 2006 10:35:20 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 338992
From: Online Car Insurance Quotes <CarInsuranceQuotes@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338992@vm-rewards.com>
Subject: Paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



---


NetQuote , 1430 Larimer Street, Suite 208, Denver, CO 80202

If you can not see our footer image, please visit here.

```
From ???@??? Sun Feb 26 09:19:36 2006
X-Persona: <Jon>
Return-Path: <mailcenter338992@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 18785 invoked from network); 26 Feb 2006 10:39:30 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaycelia.com with SMTP; 26 Feb 2006 10:39:30 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 26 Feb 2006 10:39:15 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 338992
From: Online Car Insurance Quotes <CarInsuranceQuotes@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338992@vm-rewards.com>
Subject: *****SPAM***** Paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



NetQuote , 1430 Larimer Street, Suite 208, Denver, CO 80202



If you can not see our footer image, please visit here.

From ???@??? Sun Feb 26 08:54:06 2006
X-Persona: <RCW>
Return-Path: <mailcenter338992@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 18312 invoked from network); 26 Feb 2006 09:07:01 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by xj4x4.net with SMTP; 26 Feb 2006 09:06:59 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 26 Feb 2006 09:06:47 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 338992
From: Online Car Insurance Quotes <CarInsuranceQuotes@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338992@vm-rewards.com>
Subject: Paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link




---


NetQuote , 1430 Larimer Street, Suite 208, Denver, CO 80202


If you can not see our footer image, please visit here.

From ???@??? Sat Feb 18 17:03:54 2006
X-Persona: <Mila>
Return-Path: <mailcenter338284@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 15 Feb 2006 17:22:10 -0600
From: Online Car Insurance Quotes <CarInsuranceQuotes@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Paying too much for auto insurance?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43F3B7A2.CC9449AE"


Attachments:
SPAM Paying too much 1.htm


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8721&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'8721&e=mila@jammtomm.com
  URI:http://ogy.cc/new_pa1.gif [...]

Content analysis details:   (8.5 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 1.5 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 8677 invoked from network); 15 Feb 2006 17:21:25 -0600
Received: from vm-181-75.vm-mail.com (206.82.181.75)
  by anthonycentral.com with SMTP; 15 Feb 2006 17:21:24 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-181-75.vm-mail.com with SMTP; 15 Feb 2006 17:21:06 -0600
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 338284
From: Online Car Insurance Quotes <CarInsuranceQuotes@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338284@vm-rewards.com>
Subject: Paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Paying too
much 1.htm"
```

From ???@??? Sat Feb 18 16:53:31 2006
X-Persona: <Indi>
Return-Path: <mailcenter338284@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 15 Feb 2006 17:22:10 -0600
From: Online Car Insurance Quotes <CarInsuranceQuotes@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Paying too much for auto insurance?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.0 required=7.0 tests=BAYES_90,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43F3B7A2.9AA87063"


Attachments:

SPAM Paying too much .htm


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8721&e=indi@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'8721&e=indi@jammtomm.com
  URI:http://ogy.cc/new_pa1.gif [...]

Content analysis details:   (9.0 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 2.1 BAYES_90               BODY: Bayesian spam probability is 90 to 99%
                            [score: 0.9762]
 0.1 HTML_MESSAGE           BODY: HTML included in message
 2.6 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 7204 invoked from network); 15 Feb 2006 17:21:23 -0600
Received: from vm-181-75.vm-mail.com (206.82.181.75)

```
  by anthonycentral.com with SMTP; 15 Feb 2006 17:21:20 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-75.vm-mail.com with SMTP; 15 Feb 2006 17:21:06 -0600
X-ClientHost: 10511010010506410609710910911611110910904609911109
X-MailingID: 338284
From: Online Car Insurance Quotes <CarInsuranceQuotes@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338284@vm-rewards.com>
Subject: Paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Paying too
much .htm"
```

From ???@??? Sat Feb 18 16:53:31 2006
X-Persona: <Indi>
Return-Path: <mailcenter338284@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 15 Feb 2006 17:22:10 -0600
From: Online Car Insurance Quotes <CarInsuranceQuotes@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Paying too much for auto insurance?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.0 required=7.0 tests=BAYES_90,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43F3B7A2.9AA87063"


Attachments:
SPAM Paying too much .htm


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8721&e=indi@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'8721&e=indi@jammtomm.com
  URI:http://ogy.cc/new_pa1.gif [...]

Content analysis details:   (9.0 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING            Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 2.1 BAYES_90                BODY: Bayesian spam probability is 90 to 99%
                             [score: 0.9762]
 0.1 HTML_MESSAGE            BODY: HTML included in message
 2.6 BLANK_LINES_80_90       BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80              BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 7204 invoked from network); 15 Feb 2006 17:21:23 -0600
Received: from vm-181-75.vm-mail.com (206.82.181.75)

```
  by anthonycentral.com with SMTP; 15 Feb 2006 17:21:20 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-75.vm-mail.com with SMTP; 15 Feb 2006 17:21:06 -0600
X-ClientHost: 10511010010506410609710910911611110910904609911109
X-MailingID: 338284
From: Online Car Insurance Quotes <CarInsuranceQuotes@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338284@vm-rewards.com>
Subject: Paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Paying too
much .htm"
```

```
From ???@??? Fri Feb 17 09:11:38 2006
X-Persona: <Jay>
Return-Path: <mailcenter338284@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 20225 invoked from network); 15 Feb 2006 17:21:45 -0600
Received: from vm-181-2.vm-mail.com (206.82.181.2)
  by jaykaysplace.com with SMTP; 15 Feb 2006 17:21:44 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-2.vm-mail.com with SMTP; 15 Feb 2006 17:21:30 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 338284
From: Online Car Insurance Quotes <CarInsuranceQuotes@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338284@vm-rewards.com>
Subject: *****SPAM***** Paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

NetQuote , 1430 Larimer Street, Suite 208, Denver, CO 80202

If you can not see our footer image, please visit here.

```
From ???@??? Fri Feb 17 09:08:04 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter338284@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 30946 invoked from network); 15 Feb 2006 18:20:42 -0600
Received: from vm-180-182.vm-mail.com (206.82.180.182)
  by ehahome.com with SMTP; 15 Feb 2006 18:20:41 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-182.vm-mail.com with SMTP; 15 Feb 2006 18:20:31 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 338284
From: Online Car Insurance Quotes <CarInsuranceQuotes@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338284@vm-rewards.com>
Subject: Paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---

**NetQuote , 1430 Larimer Street, Suite 208, Denver, CO 80202**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Feb 17 09:08:01 2006
X-Persona: <Celia>
Return-Path: <mailcenter338284@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 4033 invoked from network); 15 Feb 2006 17:55:49 -0600
Received: from vm-177-10.vm-mail.com (206.82.177.10)
  by gnwalpha.org with SMTP; 15 Feb 2006 17:55:49 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-10.vm-mail.com with SMTP; 15 Feb 2006 17:55:37 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 338284
From: Online Car Insurance Quotes <CarInsuranceQuotes@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338284@vm-rewards.com>
Subject: *****SPAM***** Paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



NetQuote , 1430 Larimer Street, Suite 208, Denver, CO 80202

If you can not see our footer image, please visit here.

```
From ???@??? Thu Feb 16 19:52:15 2006
X-Persona: <hum>
Return-Path: <mailcenter338284@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 32611 invoked from network); 15 Feb 2006 17:45:07 -0600
Received: from vm-180-96.vm-mail.com (206.82.180.96)
  by jammtomm.com with SMTP; 15 Feb 2006 17:45:06 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-96.vm-mail.com with SMTP; 15 Feb 2006 17:44:54 -0600
X-ClientHost: 10411710906410110409710411110910104609911109
X-MailingID: 338284
From: Online Car Insurance Quotes <CarInsuranceQuotes@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338284@vm-rewards.com>
Subject: *****SPAM***** Paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



NetQuote , 1430 Larimer Street, Suite 208, Denver, CO 80202

If you can not see our footer image, please visit here.