From ???@??? Thu Feb 16 08:58:21 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter338284@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 21377 invoked from network); 15 Feb 2006 17:21:48 -0600
Received: from vm-181-78.vm-mail.com (206.82.181.78)
  by chiefmusician.net with SMTP; 15 Feb 2006 17:21:47 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-78.vm-mail.com with SMTP; 15 Feb 2006 17:21:32 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 338284
From: Online Car Insurance Quotes <CarInsuranceQuotes@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338284@vm-rewards.com>
Subject: *****SPAM***** Paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset


Images not loading? View this offer by visiting this link




NetQuote , 1430 Larimer Street, Suite 208, Denver, CO 80202


        If you can not see our footer image, please visit here.

From ???@??? Wed Feb 15 18:28:02 2006
X-Persona: <RCW>
Return-Path: <mailcenter338284@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 15169 invoked from network); 15 Feb 2006 19:16:58 -0600
Received: from vm-181-123.vm-mail.com (206.82.181.123)
   by xj4x4.net with SMTP; 15 Feb 2006 19:16:55 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-123.vm-mail.com with SMTP; 15 Feb 2006 19:16:42 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 338284
From: Online Car Insurance Quotes <CarInsuranceQuotes@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338284@vm-rewards.com>
Subject: Paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link




---



NetQuote , 1430 Larimer Street, Suite 208, Denver, CO 80202


            If you can not see our footer image, please visit here.

From ???@??? Wed Mar 15 01:31:56 2006
X-Persona: <Mila>
Return-Path: <mailcenter339912@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 13 Mar 2006 04:01:09 -0600
From: Online Car Insurance Quotes <CarInsuranceQuotes@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Paying too much for auto insurance?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ************
X-Spam-Status: Yes, hits=12.3 required=7.0 tests=BAYES_99,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_441542E5.BFA85D02"


Attachments:

SPAM Paying too much 4.htm


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9789&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'9789&e=mila@jammtomm.com
  URI:http://ogy.cc/new_pa1.gif [...]

Content analysis details:   (12.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 2.6 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 26786 invoked from network); 13 Mar 2006 04:00:32 -0600
Received: from vm-181-232.vm-mail.com (206.82.181.232)

```
  by anthonycentral.com with SMTP; 13 Mar 2006 04:00:32 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-232.vm-mail.com with SMTP; 13 Mar 2006 04:00:19 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 339912
From: Online Car Insurance Quotes <CarInsuranceQuotes@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter  <mailcenter+339912@vm-rewards.com>
Subject: Paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Paying too
much 4.htm"
```

From ???@??? Mon Aug 21 00:03:28 2006
X-Persona: <2nd User>
Return-Path: <mailcenter360404@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 31049 invoked from network); 18 Aug 2006 19:35:11 -0600
Received: from static-vmg-187-85.vm-mail.com (HELO vm-187-85.vm-mail.com)
(206.82.187.85)
  by greatnorthwest-alpha.org with SMTP; 18 Aug 2006 19:35:02 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-85.vm-mail.com with SMTP; 18 Aug 2006 20:34:43 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 360404
From: Online College <OnlineCollege@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+360404@vm-rewards.com>
Subject: Get your degree in just 10 months
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_12,
      HTML_IMAGE_RATIO_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63

Images not loading? View this offer by visiting this link



**Do you want to advance your career?**
You can **get promoted, increase your salary, or make the
career change** you've been thinking about by getting
your degree. Browse degrees by area of interest,
program, and school, and **find the school that is perfect for
you.** Search for schools that offer distance learning
and online programs, as well as campus colleges and
universities.

**"College graduates earn an average of 98% more income
than non-college graduates"** – U.S. Dept of Commerce

**Learn More - Visit Here**



If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo,
visit this link

Get Your Degree 135 Townsend, Suite 626 San Francisco, CA 94107

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West
110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving
further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The
products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about
this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.



```
From ???@??? Mon Sep 26 18:48:11 2005
X-Persona: <Indi>
Return-Path: <mailcenter329999@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 23 Sep 2005 08:11:48 -0600
From: Online Dating Alternative <OnlineDatingAlternative@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Indi, We may have found your match
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.7 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_06,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43340D24.2688E1B9"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  2r68v
  URI:http://redirect.virtumundo.com/ct?i'4280&e=indi@jammtomm.com
  URI:http://ogy.cc/stoptimep/index_01.jpg
  URI:http://redirect.virtumundo.com/ct?i'4280&e=indi@jammtomm.com
  URI:http://ogy.cc/stoptimep/index_02.gif [...]

Content analysis details:   (8.7 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.9 HTML_IMAGE_RATIO_04    BODY: HTML has a low ratio of text to image area
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 1.7 HTML_IMAGE_ONLY_06     BODY: HTML: images with 400-600 bytes of words
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                  [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 13858 invoked from network); 23 Sep 2005 08:11:48 -0600
Received: from vm-180-229.vm-mail.com (206.82.180.229)
  by chiefmusician.net with SMTP; 23 Sep 2005 08:11:48 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-180-229.vm-mail.com with SMTP; 23 Sep 2005 09:11:48 -0500
X-ClientHost: 1051101001050641060971091091161111091109046099111109
X-MailingID: 329999
From: Online Dating Alternative <OnlineDatingAlternative@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:   errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329999@vm-rewards.com>
Subject: Indi, We may have found your match
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Indi, We
may hav2.htm"
```

From ???@??? Tue Sep 20 16:41:27 2005
X-Persona: <Indi>
Return-Path: <mailcenter329788@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sun, 18 Sep 2005 20:20:24 -0600
From: Online Dating Alternative <OnlineDatingAlternative@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Indi, We may have found your match
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.4 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_06,HTML_IMAGE_RATIO_04,
        HTML_MESSAGE,LINK_TO_NO_SCHEME,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_432E2068.3B23818E"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  2r68v
  URI:http://redirect.virtumundo.com/ct?i'4193&e=indi@jammtomm.com
  URI:http://ogy.cc/stoptimpe/index_01.jpg
  URI:http://redirect.virtumundo.com/ct?i'4193&e=indi@jammtomm.com
  URI:http://ogy.cc/stoptimpe/index_02.gif [...]

Content analysis details:   (9.4 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.9 HTML_IMAGE_RATIO_04    BODY: HTML has a low ratio of text to image area
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 1.7 HTML_IMAGE_ONLY_06     BODY: HTML: images with 400-600 bytes of words
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.8 LINK_TO_NO_SCHEME      BODY: Contains link without http:// prefix
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 27556 invoked from network); 18 Sep 2005 20:20:24 -0600
Received: from vm-181-17.vm-mail.com (206.82.181.17)

```
  by itdidnotendright.com with SMTP; 18 Sep 2005 20:20:23 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-17.vm-mail.com with SMTP; 18 Sep 2005 21:20:23 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 329788
From: Online Dating Alternative <OnlineDatingAlternative@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329788@vm-rewards.com>
Subject: Indi, We may have found your match
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Indi, We
may hav1.htm"
```

```
From ???@??? Mon Sep 12 10:21:34 2005
X-Persona: <Indi>
Return-Path: <mailcenter329491@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
     with SpamAssassin (2.63 2004-01-11);
     Sun, 11 Sep 2005 04:29:03 -0600
From: Online Dating Alternative <OnlineDatingAlternative@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Indi, We may have found your match
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.4 required=7.0 tests=DATE_MISSING,HTML_70_80,
     HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_06,HTML_IMAGE_RATIO_04,
     HTML_MESSAGE,LINK_TO_NO_SCHEME,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
     RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_432406EF.EF4C715E"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  2r68v
  URI:http://redirect.virtumundo.com/ct?i'4044&e=indi@jammtomm.com
  URI:http://ogy.cc/stoptimep/index_01.jpg
  URI:http://redirect.virtumundo.com/ct?i'4044&e=indi@jammtomm.com
  URI:http://ogy.cc/stoptimep/index_02.gif [...]

Content analysis details:   (9.4 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.9 HTML_IMAGE_RATIO_04    BODY: HTML has a low ratio of text to image area
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 1.7 HTML_IMAGE_ONLY_06     BODY: HTML: images with 400-600 bytes of words
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.8 LINK_TO_NO_SCHEME      BODY: Contains link without http:// prefix
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                  [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 17920 invoked from network); 11 Sep 2005 04:29:02 -0600
Received: from vm-177-46.vm-mail.com (206.82.177.46)

```
   by greatnorthwest-alpha.org with SMTP; 11 Sep 2005 04:29:02 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-46.vm-mail.com with SMTP; 11 Sep 2005 10:29:00 +0000
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 329491
From: Online Dating Alternative <OnlineDatingAlternative@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329491@vm-rewards.com>
Subject: Indi, We may have found your match
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Indi, We
may hav.htm"
```

```
From ???@??? Fri Jan 13 14:32:55 2006
Return-Path: <mailcenter335020@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 14231 invoked from network); 13 Jan 2006 11:17:12 -0600
Received: from vm-181-62.vm-mail.com (206.82.181.62)
   by chiefmusician.net with SMTP; 13 Jan 2006 11:17:05 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-62.vm-mail.com with SMTP; 13 Jan 2006 11:16:48 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 335020
From: Online Dating Alternative <OnlineDatingAlternative@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335020@vm-rewards.com>
Subject: *****SPAM***** Meet singles who share your values
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MEET_SINGLES,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
        autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 1.8 MEET_SINGLES BODY: Meet Singles
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
        *      [score: 0.4847]
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

 eDatingSolution, 3325 Griffin Road, Suite 260, Fort Lauderdale, FL
33312-5500

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 10 15:32:35 2006
Return-Path: <mailcenter334498@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 13058 invoked from network); 9 Jan 2006 11:12:34 -0600
Received: from vm-182-109.vm-mail.com (206.82.182.109)
  by gnwalpha.org with SMTP; 9 Jan 2006 11:12:34 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-109.vm-mail.com with SMTP; 09 Jan 2006 11:12:21 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 334498
From: Online Dating Experts <OnlineDatingExperts@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334498@vm-rewards.com>
Subject: View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.3 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



---

MatchNet plc, 8383 Wilshire Boulevard, Suite 800, Beverly Hills, CA 90211

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 15:59:25 2006
X-Persona: <RCW>
Return-Path: <mailcenter334498@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 27840 invoked from network); 9 Jan 2006 11:14:39 -0600
Received: from vm-181-213.vm-mail.com (206.82.181.213)
   by celiajay.com with SMTP; 9 Jan 2006 11:14:39 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-213.vm-mail.com with SMTP; 09 Jan 2006 11:14:28 -0600
X-ClientHost: 106105109064114099911904905704905704804805004804609911109
X-MailingID: 334498
From: Online Dating Experts <OnlineDatingExperts@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334498@vm-rewards.com>
Subject: View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---



MatchNet plc, 8383 Wilshire Boulevard, Suite 800, Beverly Hills, CA 90211

If you can not see our footer image, please visit here.

```
From ???@??? Thu Mar 09 11:16:25 2006
X-Persona: <Celia>
Return-Path: <mailcenter339734@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 31907 invoked from network); 9 Mar 2006 12:07:53 -0600
Received: from vm-181-95.vm-mail.com (206.82.181.95)
  by omniinnovations.com with SMTP; 9 Mar 2006 12:07:52 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-95.vm-mail.com with SMTP; 09 Mar 2006 12:07:24 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 339734
From: Online Dating for Spiritual People
<OnlineDatingforSpiritualPeople@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339734@vm-rewards.com>
Subject: *****SPAM***** View photos of spiritual singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONT_BIG,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_FONT_BIG BODY: HTML has a big font
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



Friend,



---

 True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039

If you can not see our footer image, please visit here.

```
From ???@??? Thu Mar 09 10:45:23 2006
X-Persona: <RCW>
Return-Path: <mailcenter339734@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 18981 invoked from network); 9 Mar 2006 12:10:23 -0600
Received: from vm-181-176.vm-mail.com (206.82.181.176)
  by ehahome.com with SMTP; 9 Mar 2006 12:10:21 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-176.vm-mail.com with SMTP; 09 Mar 2006 12:10:02 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 339734
From:  Online Dating for Spiritual People
<OnlineDatingforSpiritualPeople@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339734@vm-rewards.com>
Subject:  View photos of spiritual singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



Friend,



 **True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**



**If you can not see our footer image, please visit here.**

From ???@??? Thu Mar 09 11:18:27 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter339734@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 7840 invoked from network); 9 Mar 2006 11:19:03 -0600
Received: from vm-181-17.vm-mail.com (206.82.181.17)
  by jammtomm.com with SMTP; 9 Mar 2006 11:18:58 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-17.vm-mail.com with SMTP; 09 Mar 2006 11:18:41 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 339734
From:  Online Dating for Spiritual People
<OnlineDatingforSpiritualPeople@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339734@vm-rewards.com>
Subject:  View photos of spiritual singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link



Friend,





 **True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**



**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Sep 18 20:03:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2302605-32246>; Thu, 18 Sep 2003 22:39:29 -0400
Received: from vt08.vtarget.com ([216.64.222.8]) by ams.ftl.affinity.com with
ESMTP id <2295755-32257>; Thu, 18 Sep 2003 22:39:01 -0400
Received: from vtarget.com (192.168.3.10)
   by vt08.vtarget.com with SMTP; 18 Sep 2003 21:38:58 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 137800
From: Online Dating Service <OnlineDatingService137800@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: Online Dating Service
<OnlineDatingService137800@replies.vtarget.com>
Subject: Meeting someone special has never been easier.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep18.223901-0400_edt.2295755-32257+7625@ams.ftl.affinity.com>
Date:Thu, 18 Sep 2003 22:39:00 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Oct 13 21:40:23 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2309876-14406>; Mon, 13 Oct 2003 23:38:28 -0400
Received: from vl208-31.vmlocal.com ([216.21.208.31]) by ams.ftl.affinity.com
with ESMTP id <461346-14394>; Mon, 13 Oct 2003 21:41:08 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-31.vmlocal.com with SMTP; 13 Oct 2003 20:39:03 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 161842
From: Online Dating Service <OnlineDatingService161842@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+161842@replies.vmlocal.com>
Subject: Dating Services: The Easiest Way to Meet That Someone Special.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct13.214108-0400_edt.461346-14394+30669@ams.ftl.affinity.com>
Date:Mon, 13 Oct 2003 21:41:06 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Oct 21 18:14:19 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213524-849>; Tue, 21 Oct 2003 19:34:43 -0400
Received: from vl208-73.vmlocal.com ([216.21.208.73]) by ams.ftl.affinity.com
with ESMTP id <214455-850>; Tue, 21 Oct 2003 19:33:36 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-73.vmlocal.com with SMTP; 21 Oct 2003 18:33:33 -0500
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 170893
From: Online Dating Service <OnlineDatingService170893@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Dating Service <OnlineDatingService170893@vmlocal.com>
Subject: Take the guesswork out of meeting someone special.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct21.193336-0400_edt.214455-850+1122@ams.ftl.affinity.com>
Date:Tue, 21 Oct 2003 19:33:36 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Oct 22 12:21:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <359419-4928>; Wed, 22 Oct 2003 14:27:47 -0400
Received: from vl208-43.vmlocal.com ([216.21.208.43]) by ams.ftl.affinity.com
with ESMTP id <365123-4925>; Wed, 22 Oct 2003 14:26:30 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-43.vmlocal.com with SMTP; 22 Oct 2003 13:26:23 -0500
X-ClientHost: 1060971210641031111141001111101191111141071115046099111109
X-MailingID: 171992
From: Online Dating Service <OnlineDatingService171992@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Dating Service <OnlineDatingService171992@vmlocal.com>
Subject:  Meet that someone special right here, right now.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct22.142630-0400_edt.365123-4925+6471@ams.ftl.affinity.com>
Date:Wed, 22 Oct 2003 14:26:29 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Oct 24 18:26:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <245699-1043>; Fri, 24 Oct 2003 20:17:55 -0400
Received: from vl208-34.vmlocal.com ([216.21.208.34]) by ams.ftl.affinity.com
with ESMTP id <3681109-1040>; Fri, 24 Oct 2003 17:43:48 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-34.vmlocal.com with SMTP; 24 Oct 2003 16:43:36 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 174321
From: Online Dating Service <OnlineDatingService174321@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Dating Service <OnlineDatingService174321@vmlocal.com>
Subject: Dating Services: The Easiest Way to Meet That Someone Special.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct24.174348-0400_edt.3681109-1040+8609@ams.ftl.affinity.com>
Date:Fri, 24 Oct 2003 17:43:47 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Oct 25 13:03:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <377109-12892>; Sat, 25 Oct
2003 12:35:03 -0400
Received: from vl208-65.vmlocal.com ([216.21.208.65]) by ams.ftl.affinity.com
with ESMTP id <375416-12902>; Sat, 25 Oct 2003 12:33:58 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-65.vmlocal.com with SMTP; 25 Oct 2003 11:33:55 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 175643
From: Online Dating Service <OnlineDatingService175643@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Dating Service <OnlineDatingService175643@vmlocal.com>
Subject: Dating Services: The Easiest Way to Meet That Someone Special.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct25.123358-0400_edt.375416-12902+20337@ams.ftl.affinity.com>
Date:Sat, 25 Oct 2003 12:33:57 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 02 18:51:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215915-13256>; Sun, 2 Nov 2003 19:23:40 -0500
Received: from vl208-67.vmlocal.com ([216.21.208.67]) by ams.ftl.affinity.com
with ESMTP id <215484-13259>; Sun, 2 Nov 2003 19:22:30 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-67.vmlocal.com with SMTP; 02 Nov 2003 18:22:27 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 183924
From: Online Dating Service <OnlineDatingService183924@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Dating Service <OnlineDatingService183924@vmlocal.com>
Subject:  Meeting someone special made easy.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov2.192230-0500_est.215484-13259+1007@ams.ftl.affinity.com>
Date:Sun, 2 Nov 2003 19:22:30 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 02 23:13:31 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213118-14706>; Mon, 3 Nov 2003 01:19:25 -0500
Received: from vl208-31.vmlocal.com ([216.21.208.31]) by ams.ftl.affinity.com
with ESMTP id <213655-14701>; Mon, 3 Nov 2003 01:18:59 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-31.vmlocal.com with SMTP; 03 Nov 2003 00:18:55 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 186465
From: Online Dating Service <OnlineDatingService186465@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Dating Service <OnlineDatingService186465@vmlocal.com>
Subject: Meeting someone special has never been easier.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov3.011859-0500_est.213655-14701+5478@ams.ftl.affinity.com>
Date:Mon, 3 Nov 2003 01:18:59 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Nov 04 15:31:10 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2299278-32388>; Tue, 4 Nov 2003 16:20:16 -0500
Received: from vl208-46.vmlocal.com ([216.21.208.46]) by ams.ftl.affinity.com
with ESMTP id <468027-32388>; Tue, 4 Nov 2003 15:50:06 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-46.vmlocal.com with SMTP; 04 Nov 2003 14:50:03 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 189063
From: Online Dating Service <OnlineDatingService189063@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Dating Service <OnlineDatingService189063@vmlocal.com>
Subject: Meeting someone special has never been easier.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov4.155006-0500_est.468027-32388+12805@ams.ftl.affinity.com>
Date:Tue, 4 Nov 2003 15:50:05 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Nov 07 11:38:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <214064-31252>; Fri, 7 Nov
2003 12:45:33 -0500
Received: from vl208-51.vmlocal.com ([216.21.208.51]) by ams.ftl.affinity.com
with ESMTP id <214172-31250>; Fri, 7 Nov 2003 12:44:10 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-51.vmlocal.com with SMTP; 07 Nov 2003 11:43:52 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 191849
From: Online Dating Service <OnlineDatingService191849@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Dating Service <OnlineDatingService191849@vmlocal.com>
Subject: Dating Services: The Easiest Way to Meet That Someone Special.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov7.124410-0500_est.214172-31250+9054@ams.ftl.affinity.com>
Date:Fri, 7 Nov 2003 12:44:09 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 09 08:22:27 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216970-6765>; Sun, 9 Nov 2003 11:03:38 -0500
Received: from vl208-73.vmlocal.com ([216.21.208.73]) by ams.ftl.affinity.com
with ESMTP id <217211-6763>; Sun, 9 Nov 2003 11:03:11 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-73.vmlocal.com with SMTP; 09 Nov 2003 10:02:59 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 193934
From: Online Dating Service <OnlineDatingService193934@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Dating Service <OnlineDatingService193934@vmlocal.com>
Subject: Dating Services: The Easiest Way to Meet That Someone Special.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov9.110311-0500_est.217211-6763+2736@ams.ftl.affinity.com>
Date:Sun, 9 Nov 2003 11:03:11 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 16 10:15:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <214671-5588>; Sun, 16 Nov
2003 12:27:08 -0500
Received: from vl208-41.vmlocal.com ([216.21.208.41]) by ams.ftl.affinity.com
with ESMTP id <214702-5595>; Sun, 16 Nov 2003 12:25:50 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-41.vmlocal.com with SMTP; 16 Nov 2003 11:25:42 -0600
X-ClientHost:
10611111009711610409711006410311111410011110119111114107115046099111109
X-MailingID: 199074
From: Online Dating Service <OnlineDatingService199074@vmlocal.com>
To:     Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Dating Service <OnlineDatingService199074@vmlocal.com>
Subject:  Meeting someone special made easy.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov16.122550-0500_est.214702-5595+26500@ams.ftl.affinity.com>
Date:Sun, 16 Nov 2003 12:25:49 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Jan 25 12:03:26 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <241270-17275>; Sun, 25 Jan
2004 14:51:56 -0500
Received: from vm208-29.adknow-net.com ([216.21.208.29]) by
ams.ftl.affinity.com with ESMTP id <241323-17273>; Sun, 25 Jan 2004 14:50:57
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-29.adknow-net.com with SMTP; 25 Jan 2004 13:50:52 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 349841
From: Online Dating Service <OnlineDatingService@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return349841@replies.adknow-net.com
Subject:  Meet that someone special right here, right now.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan25.145057-0500_est.241323-17273+111311@ams.ftl.affinity.com>
Date:Sun, 25 Jan 2004 14:50:55 -0500
```



Whoever you're looking for, we'll find the perfect match for you. Fid the
match you've been looking for here.

**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Jan 16 18:44:27 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <313897-17489>; Fri, 16 Jan
2004 20:37:56 -0500
Received: from vm208-21.adknow-net.com ([216.21.208.21]) by
ams.ftl.affinity.com with ESMTP id <312178-17488>; Fri, 16 Jan 2004 20:36:41
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-21.adknow-net.com with SMTP; 16 Jan 2004 19:36:38 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 342970
From: Online Dating Service <OnlineDatingService@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return342970@replies.adknow-net.com
Subject:  Meet that someone special right here, right now.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan16.203641-0500_est.312178-17488+603@ams.ftl.affinity.com>
Date:Fri, 16 Jan 2004 20:36:39 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Jan 14 11:50:14 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <318141-1038>; Wed, 14 Jan 2004 13:31:44 -0500
Received: from vm208-50.adknow-net.com ([216.21.208.50]) by
ams.ftl.affinity.com with ESMTP id <324376-1041>; Wed, 14 Jan 2004 13:30:52
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-50.adknow-net.com with SMTP; 14 Jan 2004 12:30:49 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 341811
From: Online Dating Service <OnlineDatingService@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return341811@replies.adknow-net.com
Subject:  Meeting someone special made easy.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan14.133052-0500_est.324376-1041+28658@ams.ftl.affinity.com>
Date:Wed, 14 Jan 2004 13:30:52 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Feb 04 17:09:20 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <439232-32011>; Wed, 4 Feb 2004 19:52:35 -0500
Received: from vm208-31.adknow-net.com ([216.21.208.31]) by
ams.ftl.affinity.com with ESMTP id <555439-32004>; Wed, 4 Feb 2004 19:51:47
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-31.adknow-net.com with SMTP; 04 Feb 2004 18:51:42 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 358440
From: Online Dating Service <OnlineDatingService@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return358440@replies.adknow-net.com
Subject: Take the guesswork out of meeting someone special.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb4.195147-0500_est.555439-32004+16210@ams.ftl.affinity.com>
Date:Wed, 4 Feb 2004 19:51:47 -0500
```





**If you would like to refer a friend information regarding this program,**

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to <u>http://www.virtumundo.com/change/</u> or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Jan 10 11:10:21 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214281-7142>; Sat, 10 Jan 2004 12:36:09 -0500
Received: from vm217-225.vmlocal.com ([216.21.217.225]) by
ams.ftl.affinity.com with ESMTP id <213952-7147>; Sat, 10 Jan 2004 12:35:10
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm217-225.vmlocal.com with SMTP; 10 Jan 2004 11:35:05 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 239069
From: Online Dating Service <OnlineDatingService@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Dating Service <OnlineDatingService239069@vmlocal.com>
Subject: Dating Services: The Easiest Way to Meet That Someone Special.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan10.123510-0500_est.213952-7147+74637@ams.ftl.affinity.com>
Date:Sat, 10 Jan 2004 12:35:08 -0500



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Jan 07 08:12:47 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2715631-2394>; Wed, 7 Jan
2004 10:57:24 -0500
Received: from vm209-240.vmlocal.com ([216.21.209.240]) by
ams.ftl.affinity.com with ESMTP id <2717124-2386>; Wed, 7 Jan 2004 10:56:55
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-240.vmlocal.com with SMTP; 07 Jan 2004 09:56:44 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 237230
From: Online Dating Service <OnlineDatingService@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Dating Service <OnlineDatingService237230@vmlocal.com>
Subject: Meeting someone special has never been easier.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan7.105655-0500_est.2717124-2386+1454@ams.ftl.affinity.com>
Date:Wed, 7 Jan 2004 10:56:54 -0500



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Jan 05 10:27:24 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <4392833-5446>; Mon, 5 Jan 2004 12:05:03 -0500
Received: from vm209-180.vmlocal.com ([216.21.209.180]) by
ams.ftl.affinity.com with ESMTP id <4392817-12564>; Mon, 5 Jan 2004 12:03:53
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-180.vmlocal.com with SMTP; 05 Jan 2004 11:03:52 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111 09
X-MailingID: 235945
From: Online Dating Service <OnlineDatingService@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Dating Service <OnlineDatingService235945@vmlocal.com>
Subject: Take the guesswork out of meeting someone special.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan5.120353-0500_est.4392817-12564+36841@ams.ftl.affinity.com>
Date:Mon, 5 Jan 2004 12:03:53 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Jan 02 08:19:16 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <310368-5376>; Fri, 2 Jan 2004 03:56:23 -0500
Received: from vm209-239.vmlocal.com ([216.21.209.239]) by
ams.ftl.affinity.com with ESMTP id <312431-5374>; Fri, 2 Jan 2004 03:55:31
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-239.vmlocal.com with SMTP; 02 Jan 2004 02:55:26 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 233282
From: Online Dating Service <OnlineDatingService@vmlocal.com>
To:     Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Dating Service <OnlineDatingService233282@vmlocal.com>
Subject: Dating Services: The Easiest Way to Meet That Someone Special.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan2.035531-0500_est.312431-5374+5096@ams.ftl.affinity.com>
Date:Fri, 2 Jan 2004 03:55:28 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 28 10:42:05 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <232950-26553>; Sun, 28 Dec
2003 13:36:19 -0500
Received: from vm209-225.vmlocal.com ([216.21.209.225]) by
ams.ftl.affinity.com with ESMTP id <233494-26545>; Sun, 28 Dec 2003 13:34:57
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-225.vmlocal.com with SMTP; 28 Dec 2003 12:34:55 -0600
X-ClientHost:
10611111009711610409711100641031111141001111011911111410711504609911109
X-MailingID: 230020
From: Online Dating Service <OnlineDatingService@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Dating Service <OnlineDatingService230020@vmlocal.com>
Subject: Dating Services: The Easiest Way to Meet That Someone Special.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec28.133457-0500_est.233494-26545+66936@ams.ftl.affinity.com>
Date:Sun, 28 Dec 2003 13:34:56 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Dec 15 13:27:42 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213741-5396>; Mon, 15 Dec 2003 13:05:46 -0500
Received: from vm209-223.vmlocal.com ([216.21.209.223]) by
ams.ftl.affinity.com with ESMTP id <215375-5397>; Mon, 15 Dec 2003 13:04:48
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-223.vmlocal.com with SMTP; 15 Dec 2003 12:04:46 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 219521
From: Online Dating Service <OnlineDatingService@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Dating Service <OnlineDatingService219521@vmlocal.com>
Subject:  Meet that someone special right here, right now.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec15.130448-0500_est.215375-5397+23828@ams.ftl.affinity.com>
Date:Mon, 15 Dec 2003 13:04:48 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 14 13:52:20 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <214662-14265>; Sun, 14 Dec
2003 15:53:51 -0500
Received: from vm209-223.vmlocal.com ([216.21.209.223]) by
ams.ftl.affinity.com with ESMTP id <218441-14271>; Sun, 14 Dec 2003 15:52:53
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-223.vmlocal.com with SMTP; 14 Dec 2003 14:52:50 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 218703
From: Online Dating Service <OnlineDatingService@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Dating Service <OnlineDatingService218703@vmlocal.com>
Subject: Dating Services: The Easiest Way to Meet That Someone Special.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec14.155253-0500_est.218441-14271+55025@ams.ftl.affinity.com>
Date:Sun, 14 Dec 2003 15:52:53 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Dec 11 08:50:23 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <224844-14655>; Thu, 11 Dec 2003 11:12:48 -0500
Received: from vl208-40.vmlocal.com ([216.21.208.40]) by ams.ftl.affinity.com
with ESMTP id <226391-14655>; Thu, 11 Dec 2003 11:11:32 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-40.vmlocal.com with SMTP; 11 Dec 2003 10:11:30 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 216423
From: Online Dating Service <OnlineDatingService@vmlocal.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Dating Service <OnlineDatingService216423@vmlocal.com>
Subject: Meeting someone special has never been easier.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec11.111132-0500_est.226391-14655+9770@ams.ftl.affinity.com>
Date:Thu, 11 Dec 2003 11:11:31 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Dec 02 18:10:56 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219444-11969>; Tue, 2 Dec 2003 19:38:22 -0500
Received: from vl208-23.vmlocal.com ([216.21.208.23]) by ams.ftl.affinity.com
with ESMTP id <229384-11955>; Tue, 2 Dec 2003 19:35:26 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-23.vmlocal.com with SMTP; 02 Dec 2003 18:35:20 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 210049
From: Online Dating Service <OnlineDatingService@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Dating Service <OnlineDatingService210049@vmlocal.com>
Subject: Dating Services: The Easiest Way to Meet That Someone Special.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec2.193526-0500_est.229384-11955+467@ams.ftl.affinity.com>
Date:Tue, 2 Dec 2003 19:35:24 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 02 14:08:08 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218366-1800>; Tue, 2 Dec 2003 13:33:54 -0500
Received: from vl208-45.vmlocal.com ([216.21.208.45]) by ams.ftl.affinity.com
with ESMTP id <225835-1802>; Tue, 2 Dec 2003 13:33:02 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-45.vmlocal.com with SMTP; 02 Dec 2003 12:32:58 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 210053
From: Online Dating Service <OnlineDatingService@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Dating Service <OnlineDatingService210053@vmlocal.com>
Subject: Dating Services: The Easiest Way to Meet That Someone Special.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec2.133302-0500_est.225835-1802+6008@ams.ftl.affinity.com>
Date:Tue, 2 Dec 2003 13:33:02 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 30 13:21:32 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <224489-8564>; Sun, 30 Nov 2003 15:14:31 -0500
Received: from vl208-67.vmlocal.com ([216.21.208.67]) by ams.ftl.affinity.com
with ESMTP id <219001-8561>; Sun, 30 Nov 2003 15:12:21 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-67.vmlocal.com with SMTP; 30 Nov 2003 14:12:18 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 208699
From: Online Dating Service <OnlineDatingService@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Dating Service <OnlineDatingService208699@vmlocal.com>
Subject: Take the guesswork out of meeting someone special.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov30.151221-0500_est.219001-8561+68490@ams.ftl.affinity.com>
Date:Sun, 30 Nov 2003 15:12:20 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Nov 26 08:59:20 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <216548-16322>; Wed, 26 Nov
2003 11:34:02 -0500
Received: from vl208-70.vmlocal.com ([216.21.208.70]) by ams.ftl.affinity.com
with ESMTP id <217125-16324>; Wed, 26 Nov 2003 11:33:02 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-70.vmlocal.com with SMTP; 26 Nov 2003 10:33:01 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 205976
From: Online Dating Service <OnlineDatingService@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Dating Service <OnlineDatingService205976@vmlocal.com>
Subject:  Meet that someone special right here, right now.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.113302-0500_est.217125-16324+3183@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 11:33:02 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Nov 25 08:41:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2722392-30408>; Mon, 24 Nov 2003 22:05:55 -0500
Received: from vl208-52.vmlocal.com ([216.21.208.52]) by ams.ftl.affinity.com
with ESMTP id <2733814-30406>; Mon, 24 Nov 2003 21:41:19 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-52.vmlocal.com with SMTP; 24 Nov 2003 20:40:51 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 204572
From: Online Dating Service <OnlineDatingService@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Dating Service <OnlineDatingService204572@vmlocal.com>
Subject: Meeting someone special has never been easier.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov24.214119-0500_est.2733814-30406+1758@ams.ftl.affinity.com>
Date:Mon, 24 Nov 2003 21:41:19 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Nov 24 16:19:24 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213117-18550>; Mon, 24 Nov 2003 13:58:19 -0500
Received: from vl208-21.vmlocal.com ([216.21.208.21]) by ams.ftl.affinity.com
with ESMTP id <215905-18553>; Mon, 24 Nov 2003 13:57:28 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-21.vmlocal.com with SMTP; 24 Nov 2003 12:57:28 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 204576
From: Online Dating Service <OnlineDatingService@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Dating Service <OnlineDatingService204576@vmlocal.com>
Subject: Take the guesswork out of meeting someone special.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov24.135728-0500_est.215905-18553+41572@ams.ftl.affinity.com>
Date:Mon, 24 Nov 2003 13:57:28 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Jan 10 11:10:21 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213952-7159>; Sat, 10 Jan 2004 12:36:09 -0500
Received: from vm217-225.vmlocal.com ([216.21.217.225]) by
ams.ftl.affinity.com with ESMTP id <218850-7149>; Sat, 10 Jan 2004 12:35:09
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm217-225.vmlocal.com with SMTP; 10 Jan 2004 11:35:05 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 239069
From: Online Dating Service <OnlineDatingService@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Dating Service <OnlineDatingService239069@vmlocal.com>
Subject: Dating Services: The Easiest Way to Meet That Someone Special.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan10.123509-0500_est.218850-7149+74065@ams.ftl.affinity.com>
Date:Sat, 10 Jan 2004 12:35:08 -0500



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Oct 05 08:35:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <230814-8588>; Sun, 5 Oct 2003 09:51:00 -0400
Received: from vm137.vmadmin.com ([216.64.222.137]) by ams.ftl.affinity.com
with ESMTP id <230616-8588>; Sun, 5 Oct 2003 09:50:44 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm137.vmadmin.com with SMTP; 05 Oct 2003 08:50:39 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 153030
From: Online Degree <GetAnOnlineDegree153030@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Degree <GetAnOnlineDegree153030@replies.virtumundo.com>
Subject: Now Accepting New Enrollments! Graduate Online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct5.095044-0400_edt.230616-8588+11679@ams.ftl.affinity.com>
Date:Sun, 5 Oct 2003 09:50:43 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 13 13:08:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2289754-1100>; Mon, 13 Oct
2003 11:46:32 -0400
Received: from vm155.vmadmin.com ([216.64.222.155]) by ams.ftl.affinity.com
with ESMTP id <260886-1140>; Mon, 13 Oct 2003 11:45:13 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm155.vmadmin.com with SMTP; 13 Oct 2003 10:45:09 -0500
X-ClientHost:
1061111100971161040971100641031111410011111011911111410711504609911109
X-MailingID: 162425
From: Online Degree <GetAnOnlineDegree162425@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+162425@virtumundo.com>
Subject: Get your career on the fast track!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct13.114513-0400_edt.260886-1140+8896@ams.ftl.affinity.com>
Date:Mon, 13 Oct 2003 11:45:12 -0400
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 13 13:08:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <4388277-1142>; Mon, 13 Oct 2003 11:46:32 -0400
Received: from vm155.vmadmin.com ([216.64.222.155]) by ams.ftl.affinity.com
with ESMTP id <2289754-1155>; Mon, 13 Oct 2003 11:45:13 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm155.vmadmin.com with SMTP; 13 Oct 2003 10:45:09 -0500
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 162425
From: Online Degree <GetAnOnlineDegree162425@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+162425@virtumundo.com>
Subject: Get your career on the fast track!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct13.114513-0400_edt.2289754-1155+9086@ams.ftl.affinity.com>
Date:Mon, 13 Oct 2003 11:45:11 -0400
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 13 13:08:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2291665-1156>; Mon, 13 Oct 2003 11:46:32 -0400
Received: from vm155.vmadmin.com ([216.64.222.155]) by ams.ftl.affinity.com
with ESMTP id <287410-1139>; Mon, 13 Oct 2003 11:45:13 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm155.vmadmin.com with SMTP; 13 Oct 2003 10:45:09 -0500
X-ClientHost: 102097121101064103111141001111101191111141071150460991111 09
X-MailingID: 162425
From: Online Degree <GetAnOnlineDegree162425@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+162425@virtumundo.com>
Subject: Get your career on the fast track!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct13.114513-0400_edt.287410-1139+9028@ams.ftl.affinity.com>
Date:Mon, 13 Oct 2003 11:45:11 -0400
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 13 08:09:44 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <4384587-16479>; Mon, 13 Oct 2003 10:23:52 -0400
Received: from vm127.vmadmin.com ([216.64.222.127]) by ams.ftl.affinity.com
with ESMTP id <2304023-16486>; Mon, 13 Oct 2003 10:22:36 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm127.vmadmin.com with SMTP; 13 Oct 2003 09:22:32 -0500
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 162425
From: Online Degree <GetAnOnlineDegree162425@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Degree <GetAnOnlineDegree162425@replies.virtumundo.com>
Subject: Get your career on the fast track!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct13.102236-0400_edt.2304023-16486+6696@ams.ftl.affinity.com>
Date:Mon, 13 Oct 2003 10:22:33 -0400
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 13 13:08:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <247716-1139>; Mon, 13 Oct 2003 11:46:32 -0400
Received: from vm155.vmadmin.com ([216.64.222.155]) by ams.ftl.affinity.com
with ESMTP id <247703-1154>; Mon, 13 Oct 2003 11:45:13 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm155.vmadmin.com with SMTP; 13 Oct 2003 10:45:09 -0500
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 162425
From: Online Degree <GetAnOnlineDegree162425@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+162425@virtumundo.com>
Subject: Get your career on the fast track!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct13.114513-0400_edt.247703-1154+8914@ams.ftl.affinity.com>
Date:Mon, 13 Oct 2003 11:45:12 -0400
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Oct 14 20:54:10 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213392-6041>; Tue, 14 Oct
2003 22:35:22 -0400
Received: from vm117.vmadmin.com ([216.64.222.117]) by ams.ftl.affinity.com
with ESMTP id <215343-1154>; Tue, 14 Oct 2003 22:34:28 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm117.vmadmin.com with SMTP; 14 Oct 2003 21:34:21 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 164077
From: Online Degree <GetAnOnlineDegree164077@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+164077@virtumundo.com>
Subject: Now Accepting New Enrollments! Graduate Online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct14.223428-0400_edt.215343-1154+27992@ams.ftl.affinity.com>
Date:Tue, 14 Oct 2003 22:34:27 -0400



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Oct 14 20:54:10 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214013-1154>; Tue, 14 Oct 2003 22:35:22 -0400
Received: from vm117.vmadmin.com ([216.64.222.117]) by ams.ftl.affinity.com
with ESMTP id <215399-6041>; Tue, 14 Oct 2003 22:34:27 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm117.vmadmin.com with SMTP; 14 Oct 2003 21:34:21 -0500
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 164077
From: Online Degree <GetAnOnlineDegree164077@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+164077@virtumundo.com>
Subject: Now Accepting New Enrollments! Graduate Online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct14.223427-0400_edt.215399-6041+1828@ams.ftl.affinity.com>
Date:Tue, 14 Oct 2003 22:34:27 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Oct 14 20:54:10 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213105-6039>; Tue, 14 Oct 2003 22:35:22 -0400
Received: from vm117.vmadmin.com ([216.64.222.117]) by ams.ftl.affinity.com
with ESMTP id <215402-6050>; Tue, 14 Oct 2003 22:34:27 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm117.vmadmin.com with SMTP; 14 Oct 2003 21:34:21 -0500
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 164077
From: Online Degree <GetAnOnlineDegree164077@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+164077@virtumundo.com>
Subject: Now Accepting New Enrollments! Graduate Online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct14.223427-0400_edt.215402-6050+1697@ams.ftl.affinity.com>
Date:Tue, 14 Oct 2003 22:34:27 -0400



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Oct 15 23:36:12 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216531-14725>; Wed, 15 Oct 2003 23:04:39 -0400
Received: from vm098.vmadmin.com ([216.64.222.98]) by ams.ftl.affinity.com
with ESMTP id <217807-14733>; Wed, 15 Oct 2003 23:03:03 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm098.vmadmin.com with SMTP; 15 Oct 2003 22:03:01 -0500
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 164078
From: Online Degree <GetAnOnlineDegree164078@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+164078@virtumundo.com>
Subject: Now Accepting New Enrollments! Graduate Online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct15.230303-0400_edt.217807-14733+51177@ams.ftl.affinity.com>
Date:Wed, 15 Oct 2003 23:03:03 -0400





**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go
here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Feb 04 14:01:40 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <436910-32014>; Wed, 4 Feb 2004 16:29:57 -0500
Received: from vm103.vmadmin.com ([216.64.222.103]) by ams.ftl.affinity.com
with ESMTP id <435867-32002>; Wed, 4 Feb 2004 16:28:10 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm103.vmadmin.com with SMTP; 04 Feb 2004 15:28:03 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 241213
From: Online Degree <GetAnOnlineDegree@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Degree <GetAnOnlineDegree241213@replies.virtumundo.com>
Subject: Maximize your career potential
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb4.162810-0500_est.435867-32002+14306@ams.ftl.affinity.com>
Date:Wed, 4 Feb 2004 16:28:10 -0500
```



Want to get ahead in your career? Earn your Bachelor's, Master's, or Doctorate degree at home or on the road. Study courses that relate directly to your profession and receive credit for your work experience and previous education.

Since 1984, Kennedy-Western University has been offering mid-career professionals an opportunity to complete their degree without classroom attendance, at their own pace, and in less time than traditionally required.

   Click to request your FREE catalog!

Our faculty members teach at classroom universities nationwide such as State University of New York, University of Texas – El Paso, and University of Arizona, to name just a few. In addition, our faculty utilizes the same textbooks and curriculum at Kennedy-Western that they use in their






 Kennedy-Western University, 200 West 17th Street, Cheyenne, WY 82001-4412

From ???@??? Wed Sep 17 16:29:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <1258278-19741>; Wed, 17 Sep 2003 18:02:56 -0400
Received: from vt226.vtarget.com ([216.64.222.226]) by ams.ftl.affinity.com
with ESMTP id <1254656-19745>; Wed, 17 Sep 2003 18:01:03 -0400
Received: from vtarget.com (192.168.3.10)
  by vt226.vtarget.com with SMTP; 17 Sep 2003 17:01:00 -0500
X-ClientHost: 1060971091011150641031111441001111101911111410711504609911109
X-MailingID: 137243
From: Online Degree <GetYourOnlineDegree137243@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: Online Degree <GetYourOnlineDegree137243@replies.vtarget.com>
Subject: We found the best online colleges
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep17.180103-0400_edt.1254656-19745+6123@ams.ftl.affinity.com>
Date:Wed, 17 Sep 2003 18:01:02 -0400



If you want a quality online Degree from a respected college, you have two choices:

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at
http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with

Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read
Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Oct 21 07:22:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213932-20337>; Tue, 21 Oct
2003 09:34:34 -0400
Received: from vm151.vmadmin.com ([216.64.222.151]) by ams.ftl.affinity.com
with ESMTP id <213996-20333>; Tue, 21 Oct 2003 09:33:29 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm151.vmadmin.com with SMTP; 21 Oct 2003 08:32:22 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 170999
From: Online Degree <GetYourOnlineDegree170999@vmadmin.com>
To:     Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Degree <GetYourOnlineDegree170999@replies.virtumundo.com>
Subject: We found the best online colleges
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct21.093329-0400_edt.213996-20333+1067@ams.ftl.affinity.com>
Date:Tue, 21 Oct 2003 09:33:28 -0400



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Oct 21 07:22:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213629-20332>; Tue, 21 Oct 2003 09:34:34 -0400
Received: from vm151.vmadmin.com ([216.64.222.151]) by ams.ftl.affinity.com
with ESMTP id <213975-20328>; Tue, 21 Oct 2003 09:33:28 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm151.vmadmin.com with SMTP; 21 Oct 2003 08:32:22 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 170999
From: Online Degree <GetYourOnlineDegree170999@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Degree <GetYourOnlineDegree170999@replies.virtumundo.com>
Subject: We found the best online colleges
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct21.093328-0400_edt.213975-20328+1073@ams.ftl.affinity.com>
Date:Tue, 21 Oct 2003 09:33:27 -0400
```



If you want a quality online degree from a respected college, you
have two choices.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at `http://privacy.virtumundo.com/properties.html`) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or `go here`. To read Virtumundo's privacy policy, go to `Privacy Policy`. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Oct 21 07:22:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213874-20333>; Tue, 21 Oct 2003 09:34:34 -0400
Received: from vm151.vmadmin.com ([216.64.222.151]) by ams.ftl.affinity.com
with ESMTP id <213954-20325>; Tue, 21 Oct 2003 09:33:28 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm151.vmadmin.com with SMTP; 21 Oct 2003 08:32:22 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 170999
From: Online Degree <GetYourOnlineDegree170999@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Degree <GetYourOnlineDegree170999@replies.virtumundo.com>
Subject: We found the best online colleges
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct21.093328-0400_edt.213954-20325+1101@ams.ftl.affinity.com>
Date:Tue, 21 Oct 2003 09:33:27 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at `http://privacy.virtumundo.com/properties.html`) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or `go here`. To read Virtumundo's privacy policy, go to `Privacy Policy`. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Oct 21 07:22:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213923-20330>; Tue, 21 Oct 2003 09:34:34 -0400
Received: from vm151.vmadmin.com ([216.64.222.151]) by ams.ftl.affinity.com
with ESMTP id <213981-20335>; Tue, 21 Oct 2003 09:33:28 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm151.vmadmin.com with SMTP; 21 Oct 2003 08:32:22 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 170999
From: Online Degree <GetYourOnlineDegree170999@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Degree <GetYourOnlineDegree170999@replies.virtumundo.com>
Subject: We found the best online colleges
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct21.093328-0400_edt.213981-20335+1014@ams.ftl.affinity.com>
Date:Tue, 21 Oct 2003 09:33:28 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at `http://privacy.virtumundo.com/properties.html`) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or `go here`. To read Virtumundo's privacy policy, go to `Privacy Policy`. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Jan 15 07:48:01 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2372430-1879>; Thu, 15 Jan 2004 08:38:37 -0500
Received: from vm096.vmadmin.com ([216.64.222.96]) by ams.ftl.affinity.com
with ESMTP id <2373210-1881>; Thu, 15 Jan 2004 08:38:14 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm096.vmadmin.com with SMTP; 15 Jan 2004 07:38:13 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 240226
From: Online Degree Consultants <FindDegreePrograms@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Degree Consultants
<FindDegreePrograms240226@replies.virtumundo.com>
Subject: Keep That Resolution and get Your Degree in 2004
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan15.083814-0500_est.2373210-1881+5296@ams.ftl.affinity.com>
Date:Thu, 15 Jan 2004 08:38:14 -0500
```





**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. Please mail questions or comments regarding this message to the sender:**
**Online Degree Consultant, 818 W. 7th Street, Suite 700 Los Angeles, CA 90017**
**To remove yourself from this program, go to http://www.virtumundo.com/change**

**or go** here**. Please send any questions concerning our programs to:**

From ???@??? Thu Jan 15 07:48:01 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2373207-1880>; Thu, 15 Jan 2004 08:38:37 -0500
Received: from vm096.vmadmin.com ([216.64.222.96]) by ams.ftl.affinity.com
with ESMTP id <2373213-1882>; Thu, 15 Jan 2004 08:38:14 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm096.vmadmin.com with SMTP; 15 Jan 2004 07:38:13 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 240226
From: Online Degree Consultants <FindDegreePrograms@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Degree Consultants
<FindDegreePrograms240226@replies.virtumundo.com>
Subject: Keep That Resolution and get Your Degree in 2004
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan15.083814-0500_est.2373213-1882+5215@ams.ftl.affinity.com>
Date:Thu, 15 Jan 2004 08:38:14 -0500



If you would like to unsubscribe from any further email advertisements

from the advertiser promoted in this message, click <u>here</u>. Please mail questions or comments regarding this message to the sender:
Online Degree Consultant, 818 W. 7th Street, Suite 700 Los Angeles, CA 90017
To remove yourself from this program, go to <u>http://www.virtumundo.com/change</u>

or go <u>here</u>. Please send any questions concerning our programs to: 

```
From ???@??? Thu Jan 15 07:48:01 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2373204-1880>; Thu, 15 Jan
2004 08:38:37 -0500
Received: from vm096.vmadmin.com ([216.64.222.96]) by ams.ftl.affinity.com
with ESMTP id <2373214-1879>; Thu, 15 Jan 2004 08:38:14 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm096.vmadmin.com with SMTP; 15 Jan 2004 07:38:13 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 240226
From: Online Degree Consultants <FindDegreePrograms@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Degree Consultants
<FindDegreePrograms240226@replies.virtumundo.com>
Subject: Keep That Resolution and get Your Degree in 2004
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan15.083814-0500_est.2373214-1879+5304@ams.ftl.affinity.com>
Date:Thu, 15 Jan 2004 08:38:14 -0500
```



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. Please mail questions or comments regarding this message to the sender:**
**Online Degree Consultant, 818 W. 7th Street, Suite 700 Los Angeles, CA 90017**
**To remove yourself from this program, go to** http://www.virtumundo.com/change

**or go** here**. Please send any questions concerning our programs to:** 

```
From ???@??? Thu Jan 15 07:48:01 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2373062-1882>; Thu, 15 Jan 2004 08:38:36 -0500
Received: from vm096.vmadmin.com ([216.64.222.96]) by ams.ftl.affinity.com
with ESMTP id <2373208-1881>; Thu, 15 Jan 2004 08:38:14 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm096.vmadmin.com with SMTP; 15 Jan 2004 07:38:13 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 240226
From: Online Degree Consultants <FindDegreePrograms@vmadmin.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Degree Consultants
<FindDegreePrograms240226@replies.virtumundo.com>
Subject: Keep That Resolution and get Your Degree in 2004
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan15.083814-0500_est.2373208-1881+5295@ams.ftl.affinity.com>
Date:Thu, 15 Jan 2004 08:38:13 -0500
```



If you would like to unsubscribe from any further email advertisements

from the advertiser promoted in this message, click here. Please mail questions or comments regarding this message to the sender:
Online Degree Consultant, 818 W. 7th Street, Suite 700 Los Angeles, CA 90017
To remove yourself from this program, go to http://www.virtumundo.com/change

or go here. Please send any questions concerning our programs to: 

From ???@??? Thu Jan 15 07:48:01 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2373200-1878>; Thu, 15 Jan 2004 08:38:37 -0500
Received: from vm096.vmadmin.com ([216.64.222.96]) by ams.ftl.affinity.com
with ESMTP id <2373209-1880>; Thu, 15 Jan 2004 08:38:14 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm096.vmadmin.com with SMTP; 15 Jan 2004 07:38:13 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 240226
From: Online Degree Consultants <FindDegreePrograms@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Degree Consultants
<FindDegreePrograms240226@replies.virtumundo.com>
Subject: Keep That Resolution and get Your Degree in 2004
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan15.083814-0500_est.2373209-1880+5194@ams.ftl.affinity.com>
Date:Thu, 15 Jan 2004 08:38:14 -0500



If you would like to unsubscribe from any further email advertisements

from the advertiser promoted in this message, click <u>here</u>. Please mail questions
or comments regarding this message to the sender:
Online Degree Consultant, 818 W. 7th Street, Suite 700 Los Angeles, CA 90017
To remove yourself from this program, go to <u>http://www.virtumundo.com/change</u>

or go <u>here</u>. Please send any questions concerning our programs to: 

```
From ???@??? Sun Oct 30 16:22:15 2005
X-Persona: <Indi>
Return-Path: <mailcenter331287@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 30433 invoked from network); 26 Oct 2005 20:29:00 -0600
Received: from vm-182-63.vm-mail.com (206.82.182.63)
  by gordonworks.com with SMTP; 26 Oct 2005 20:29:00 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-63.vm-mail.com with SMTP; 26 Oct 2005 21:28:48 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 331287
From: Online Degree Info <OnlineDegreeInfo@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331287@vm-rewards.com>
Subject: Be a cop.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
```



---

**ChooseADegree, LLC,, 250 Newport Center Drive #102, Newport Beach, CA 92660**

**If you can not see our footer image, please** visit here.

```
From ???@??? Thu Oct 27 12:33:03 2005
X-Persona: <hum>
Return-Path: <mailcenter331287@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 8768 invoked from network); 26 Oct 2005 20:36:26 -0600
Received: from vm-180-151.vm-mail.com (206.82.180.151)
  by anthonycentral.com with SMTP; 26 Oct 2005 20:36:26 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-151.vm-mail.com with SMTP; 26 Oct 2005 21:36:14 -0500
X-ClientHost: 104117109064101104097104111109101046099111109
X-MailingID: 331287
From: Online Degree Info <OnlineDegreeInfo@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331287@vm-rewards.com>
Subject: Be a cop.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



---

**ChooseADegree, LLC,, 250 Newport Center Drive #102, Newport Beach, CA 92660**

**If you can not see our footer image, please** visit here.

```
From ???@??? Tue Oct 11 18:20:14 2005
X-Persona: <Indi>
Return-Path: <mailcenter330430@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 06 Oct 2005 04:17:27 -0600
From: Online Degree Info <OnlineDegreeInfo@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Be a cop.
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4344F9B7.6C68E2A0"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4486&e=indi@jammtomm.com
  URI:http://ogy.cc/CAD_Email_BEA_CJ_080805.jpg
  URI:http://redirect.virtumundo.com/bt?m30430&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                   [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 1568 invoked from network); 6 Oct 2005 04:17:25 -0600
Received: from vm-183-125.vm-mail.com (206.82.183.125)
  by ehahome.com with SMTP; 6 Oct 2005 04:17:24 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-125.vm-mail.com with SMTP; 06 Oct 2005 05:17:24 -0500

```
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330430
From: Online Degree Info <OnlineDegreeInfo@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter  <mailcenter+330430@vm-rewards.com>
Subject: Be a cop.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Be a
cop5.htm"
```

```
From ???@??? Tue Oct 11 18:07:07 2005
X-Persona: <Indi>
Return-Path: <mailcenter330252@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 30 Sep 2005 05:24:08 -0600
From: Online Degree Info <OnlineDegreeInfo@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Be a cop.
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433D2058.504F5457"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4383&e=indi@jammtomm.com
  URI:http://ogy.cc/CAD_Email_BEA_CJ_080805.jpg
  URI:http://redirect.virtumundo.com/bt?m30252&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                 [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 3812 invoked from network); 30 Sep 2005 05:24:08 -0600
Received: from vm-182-71.vm-mail.com (206.82.182.71)
  by greatnorthwest-alpha.org with SMTP; 30 Sep 2005 05:24:08 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-71.vm-mail.com with SMTP; 30 Sep 2005 06:24:06 -0500

```
X-ClientHost: 10511010010506410609710910911611110910904609911109
X-MailingID: 330252
From: Online Degree Info <OnlineDegreeInfo@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter  <mailcenter+330252@vm-rewards.com>
Subject: Be a cop.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Be a
cop4.htm"
```

```
From ???@??? Sun Oct 09 18:56:59 2005
X-Persona: <Indi>
Return-Path: <mailcenter330252@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Fri, 30 Sep 2005 05:24:08 -0600
From: Online Degree Info <OnlineDegreeInfo@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Be a cop.
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433D2058.504F5457"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4383&e=indi@jammtomm.com
  URI:http://ogy.cc/CAD_Email_BEA_CJ_080805.jpg
  URI:http://redirect.virtumundo.com/bt?m30252&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name                description
---- --------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                 [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 3812 invoked from network); 30 Sep 2005 05:24:08 -0600
Received: from vm-182-71.vm-mail.com (206.82.182.71)
  by greatnorthwest-alpha.org with SMTP; 30 Sep 2005 05:24:08 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-71.vm-mail.com with SMTP; 30 Sep 2005 06:24:06 -0500

```
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330252
From: Online Degree Info <OnlineDegreeInfo@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter  <mailcenter+330252@vm-rewards.com>
Subject: Be a cop.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Be a
cop3.htm"
```

From ???@??? Sun Oct 09 18:56:59 2005
X-Persona: <Indi>
Return-Path: <mailcenter330252@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Fri, 30 Sep 2005 05:24:08 -0600
From: Online Degree Info <OnlineDegreeInfo@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Be a cop.
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433D2058.504F5457"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4383&e=indi@jammtomm.com
  URI:http://ogy.cc/CAD_Email_BEA_CJ_080805.jpg
  URI:http://redirect.virtumundo.com/bt?m30252&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 3812 invoked from network); 30 Sep 2005 05:24:08 -0600
Received: from vm-182-71.vm-mail.com (206.82.182.71)
  by greatnorthwest-alpha.org with SMTP; 30 Sep 2005 05:24:08 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-71.vm-mail.com with SMTP; 30 Sep 2005 06:24:06 -0500

```
X-ClientHost: 10511010010506410609710910911611110910904609911109
X-MailingID: 330252
From: Online Degree Info <OnlineDegreeInfo@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter  <mailcenter+330252@vm-rewards.com>
Subject: Be a cop.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Be a
cop3.htm"
```

```
From ???@??? Sun Oct 09 18:15:20 2005
X-Persona: <Indi>
Return-Path: <mailcenter330252@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
     with SpamAssassin (2.63 2004-01-11);
     Fri, 30 Sep 2005 05:24:08 -0600
From: Online Degree Info <OnlineDegreeInfo@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Be a cop.
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
     HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
     MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
     autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433D2058.504F5457"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4383&e=indi@jammtomm.com
  URI:http://ogy.cc/CAD_Email_BEA_CJ_080805.jpg
  URI:http://redirect.virtumundo.com/bt?m30252&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                   [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 3812 invoked from network); 30 Sep 2005 05:24:08 -0600
Received: from vm-182-71.vm-mail.com (206.82.182.71)
  by greatnorthwest-alpha.org with SMTP; 30 Sep 2005 05:24:08 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-71.vm-mail.com with SMTP; 30 Sep 2005 06:24:06 -0500
```

```
X-ClientHost: 1051101001050641060971091091161111091090460991111109
X-MailingID: 330252
From: Online Degree Info <OnlineDegreeInfo@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter  <mailcenter+330252@vm-rewards.com>
Subject: Be a cop.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Be a
cop2.htm"
```

```
From ???@??? Sun Oct 09 18:15:20 2005
X-Persona: <Indi>
Return-Path: <mailcenter330252@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Fri, 30 Sep 2005 05:24:08 -0600
From: Online Degree Info <OnlineDegreeInfo@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Be a cop.
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433D2058.504F5457"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4383&e=indi@jammtomm.com
  URI:http://ogy.cc/CAD_Email_BEA_CJ_080805.jpg
  URI:http://redirect.virtumundo.com/bt?m30252&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                 [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 3812 invoked from network); 30 Sep 2005 05:24:08 -0600
Received: from vm-182-71.vm-mail.com (206.82.182.71)
  by greatnorthwest-alpha.org with SMTP; 30 Sep 2005 05:24:08 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-71.vm-mail.com with SMTP; 30 Sep 2005 06:24:06 -0500

```
X-ClientHost: 10511010010506410609710910911611110910904609911109
X-MailingID: 330252
From: Online Degree Info <OnlineDegreeInfo@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter  <mailcenter+330252@vm-rewards.com>
Subject: Be a cop.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Be a
cop2.htm"
```

```
From ???@??? Fri Oct 07 10:56:27 2005
X-Persona: <hum>
Return-Path: <mailcenter330430@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 30626 invoked from network); 6 Oct 2005 04:24:34 -0600
Received: from vm-180-166.vm-mail.com (206.82.180.166)
   by ehahome.com with SMTP; 6 Oct 2005 04:24:34 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-166.vm-mail.com with SMTP; 06 Oct 2005 05:24:34 -0500
X-ClientHost: 10411710906410110409710411110910104609911109
X-MailingID: 330430
From: Online Degree Info <OnlineDegreeInfo@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330430@vm-rewards.com>
Subject: *****SPAM***** Be a cop.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```



---



ChooseADegree, LLC,, 250 Newport Center Drive #102, Newport Beach, CA 92660

If you can not see our footer image, please visit here.

```
From ???@??? Fri Sep 30 12:53:04 2005
X-Persona: <hum>
Return-Path: <mailcenter330252@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 28518 invoked from network); 30 Sep 2005 05:30:05 -0600
Received: from vm-180-56.vm-mail.com (206.82.180.56)
  by jaycelia.com with SMTP; 30 Sep 2005 05:30:05 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-56.vm-mail.com with SMTP; 30 Sep 2005 06:30:04 -0500
X-ClientHost: 104117109064101104097104111109101046099111109
X-MailingID: 330252
From: Online Degree Info <OnlineDegreeInfo@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330252@vm-rewards.com>
Subject: *****SPAM***** Be a cop.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```



---



ChooseADegree, LLC,, 250 Newport Center Drive #102, Newport Beach, CA 92660

If you can not see our footer image, please visit here.

From ???@??? Thu Sep 22 09:48:51 2005
X-Persona: <Indi>
Return-Path: <mailcenter329958@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 22 Sep 2005 04:14:16 -0600
From: Online Degree Info <OnlineDegreeInfo@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Be a cop.
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433283F8.30B640BC"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4257&e=indi@jammtomm.com
  URI:http://ogy.cc/CAD_Email_BEA_CJ_080805.jpg
    URI:http://redirect.virtumundo.com/bt?m29958&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                   [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 11009 invoked from network); 22 Sep 2005 04:14:13 -0600
Received: from vm-182-239.vm-mail.com (206.82.182.239)
  by gordonworks.com with SMTP; 22 Sep 2005 04:14:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-239.vm-mail.com with SMTP; 22 Sep 2005 05:14:12 -0500

```
X-ClientHost: 1051101001050641060971091091161111091090460999111109
X-MailingID: 329958
From: Online Degree Info <OnlineDegreeInfo@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter  <mailcenter+329958@vm-rewards.com>
Subject: Be a cop.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Be a
cop1.htm"
```

```
From ???@??? Sat Sep 17 22:32:27 2005
X-Persona: <Indi>
Return-Path: <mailcenter329708@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 16 Sep 2005 08:20:08 -0600
From: Online Degree Info <OnlineDegreeInfo@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Be a cop.
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_432AD498.1ABC6D7D"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4165&e=indi@jammtomm.com
  URI:http://ogy.cc/CAD_Email_BEA_CJ_080805.jpg
  URI:http://redirect.virtumundo.com/bt?m29708&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name                description
---- -------------------------- --------------------------------------------------
 1.0 DATE_MISSING              Missing Date: header
 2.8 X_MAIL_ID_PRESENT         Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN    BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE              BODY: HTML included in message
 0.1 MIME_HTML_ONLY            BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02        BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET      RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL               RBL: Received via a relay in Spamhaus Block List
                       [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 3300 invoked from network); 16 Sep 2005 08:20:08 -0600
Received: from vm-177-95.vm-mail.com (206.82.177.95)
  by celiajay.com with SMTP; 16 Sep 2005 08:20:08 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-95.vm-mail.com with SMTP; 16 Sep 2005 14:20:06 +0000
```

```
X-ClientHost: 10511010010506410609710910911611111091090460991111109
X-MailingID: 329708
From: Online Degree Info <OnlineDegreeInfo@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter  <mailcenter+329708@vm-rewards.com>
Subject: Be a cop.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Be a
cop.htm"
```

From ???@??? Wed Sep 14 11:49:46 2005
X-Persona: <Indi>
Return-Path: <mailcenter329618@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 14 Sep 2005 10:13:03 -0600
From: Online Degree Info <OnlineDegreeInfo@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Do you want to earn a better salary?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43284C0F.7301B6B5"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4127&e=indi@jammtomm.com
  URI:http://ogy.cc/carltonbershees/CAD_MSN_300pct_600x400_0506.gif
  URI:http://redirect.virtumundo.com/ct?i'4127&e=indi@jammtomm.com [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 26308 invoked from network); 14 Sep 2005 10:13:03 -0600
Received: from vm-180-57.vm-mail.com (206.82.180.57)
  by jammtomm.com with SMTP; 14 Sep 2005 10:13:03 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-57.vm-mail.com with SMTP; 14 Sep 2005 11:13:03 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109

```
X-MailingID: 329618
From: Online Degree Info <OnlineDegreeInfo@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329618@vm-rewards.com>
Subject: Do you want to earn a better salary?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Do you
want to e.htm"
```

```
From ???@??? Sun Oct 30 16:22:15 2005
X-Persona: <Indi>
Return-Path: <mailcenter331287@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 30433 invoked from network); 26 Oct 2005 20:29:00 -0600
Received: from vm-182-63.vm-mail.com (206.82.182.63)
  by gordonworks.com with SMTP; 26 Oct 2005 20:29:00 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-63.vm-mail.com with SMTP; 26 Oct 2005 21:28:48 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 331287
From: Online Degree Info <OnlineDegreeInfo@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331287@vm-rewards.com>
Subject: Be a cop.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
```



---

**ChooseADegree, LLC,, 250 Newport Center Drive #102, Newport Beach, CA 92660**

**If you can not see our footer image, please** visit here.

```
From ???@??? Wed Dec 31 06:19:14 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <321280-1021>; Wed, 31 Dec 2003 02:31:44 -0500
Received: from vm114.vmadmin.com ([216.64.222.114]) by ams.ftl.affinity.com
with ESMTP id <321396-1018>; Wed, 31 Dec 2003 02:30:43 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm114.vmadmin.com with SMTP; 31 Dec 2003 01:30:40 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 231969
From: Online Degrees <GetYourDegreeNow@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Degrees <GetYourDegreeNow231969@replies.virtumundo.com>
Subject: Get the keys to a dream job
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec31.023043-0500_est.321396-1018+6504@ams.ftl.affinity.com>
Date:Wed, 31 Dec 2003 02:30:43 -0500
```



**You've probably seen it happen time again.** Younger and less qualified co-workers getting the promotions and benefits you've more than earned.

Many times the only difference is that they have a college degree, and you don't. It doesn't have to be that way.

Highly respected universities have now designed online degree programs for working adults like you. Make a difference in your career, and in your life.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 31 06:19:14 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <321382-1025>; Wed, 31 Dec
2003 02:31:45 -0500
Received: from vm114.vmadmin.com ([216.64.222.114]) by ams.ftl.affinity.com
with ESMTP id <321400-1026>; Wed, 31 Dec 2003 02:30:43 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm114.vmadmin.com with SMTP; 31 Dec 2003 01:30:40 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 231969
From: Online Degrees <GetYourDegreeNow@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Degrees <GetYourDegreeNow231969@replies.virtumundo.com>
Subject: Get the keys to a dream job
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec31.023043-0500_est.321400-1026+6693@ams.ftl.affinity.com>
Date:Wed, 31 Dec 2003 02:30:43 -0500
```



You've probably seen it happen time again. Younger and less qualified co-workers getting the promotions and benefits you've more than earned.

Many times the only difference is that they have a college degree, and you don't. It doesn't have to be that way.

Highly respected universities have now designed online degree programs for working adults like you. Make a difference in your career, and in your life.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 31 06:19:14 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <321118-1025>; Wed, 31 Dec 2003 02:31:45 -0500
Received: from vm114.vmadmin.com ([216.64.222.114]) by ams.ftl.affinity.com
with ESMTP id <321211-1021>; Wed, 31 Dec 2003 02:30:43 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm114.vmadmin.com with SMTP; 31 Dec 2003 01:30:40 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 231969
From: Online Degrees <GetYourDegreeNow@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Degrees <GetYourDegreeNow231969@replies.virtumundo.com>
Subject: Get the keys to a dream job
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec31.023043-0500_est.321211-1021+6676@ams.ftl.affinity.com>
Date:Wed, 31 Dec 2003 02:30:42 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 31 06:19:14 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <321384-1018>; Wed, 31 Dec 2003 02:31:45 -0500
Received: from vm114.vmadmin.com ([216.64.222.114]) by ams.ftl.affinity.com
with ESMTP id <321118-1021>; Wed, 31 Dec 2003 02:30:43 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm114.vmadmin.com with SMTP; 31 Dec 2003 01:30:40 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 231969
From: Online Degrees <GetYourDegreeNow@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Degrees <GetYourDegreeNow231969@replies.virtumundo.com>
Subject: Get the keys to a dream job
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec31.023043-0500_est.321118-1021+6675@ams.ftl.affinity.com>
Date:Wed, 31 Dec 2003 02:30:42 -0500
```



**You've probably seen it happen time again.** Younger and less qualified co-workers getting the promotions and benefits you've more than earned.

Many times the only difference is that they have a college degree, and you don't. It doesn't have to be that way.

Highly respected universities have now designed online degree programs for working adults like you. Make a difference in your career, and in your life.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 31 06:19:14 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <321211-1021>; Wed, 31 Dec 2003 02:31:45 -0500
Received: from vm114.vmadmin.com ([216.64.222.114]) by ams.ftl.affinity.com
with ESMTP id <321382-1018>; Wed, 31 Dec 2003 02:30:43 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm114.vmadmin.com with SMTP; 31 Dec 2003 01:30:40 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 231969
From: Online Degrees <GetYourDegreeNow@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Degrees <GetYourDegreeNow231969@replies.virtumundo.com>
Subject: Get the keys to a dream job
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec31.023043-0500_est.321382-1018+6503@ams.ftl.affinity.com>
Date:Wed, 31 Dec 2003 02:30:43 -0500
```



**You've probably seen it happen time again.** Younger and less qualified co-workers getting the promotions and benefits you've more than earned.

Many times the only difference is that they have a college degree, and you don't. It doesn't have to be that way.

Highly respected universities have now designed online degree programs for working adults like you. Make a difference in your career, and in your life.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Oct 25 20:58:58 2005
X-Persona: <Indi>
Return-Path: <mailcenter331178@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 2722 invoked from network); 24 Oct 2005 23:29:19 -0600
Received: from vm-182-43.vm-mail.com (206.82.182.43)
  by omniinnovations.com with SMTP; 24 Oct 2005 23:29:19 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-43.vm-mail.com with SMTP; 25 Oct 2005 00:29:07 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 331178
From: Online Dollar Store <OnlineDollarStore@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331178@vm-rewards.com>
Subject: Open an online store
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062

If you can not see our footer image, please visit here.

```
From ???@??? Thu Oct 27 12:31:29 2005
X-Persona: <hum>
Return-Path: <mailcenter331178@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 29184 invoked from network); 24 Oct 2005 23:33:39 -0600
Received: from vm-180-175.vm-mail.com (206.82.180.175)
   by gordonworks.com with SMTP; 24 Oct 2005 23:33:39 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-175.vm-mail.com with SMTP; 25 Oct 2005 00:33:27 -0500
X-ClientHost: 10411710906410110409710411110910104609911109
X-MailingID: 331178
From: Online Dollar Store <OnlineDollarStore@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331178@vm-rewards.com>
Subject: Open an online store
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63
```



**Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062**

**If you can not see our footer image, please** visit here.

```
From ???@??? Wed Jan 28 21:11:23 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <264543-7243>; Wed, 28 Jan 2004 23:26:50 -0500
Received: from vm208-17.adknow-net.com ([216.21.208.17]) by
ams.ftl.affinity.com with ESMTP id <267173-7243>; Wed, 28 Jan 2004 23:26:23
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-17.adknow-net.com with SMTP; 28 Jan 2004 22:26:15 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 352929
From: Online Education <LearnMoreToday@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return352929@replies.adknow-net.com
Subject: Looking for the fastest way to get your degree?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan28.232623-0500_est.267173-7243+8437@ams.ftl.affinity.com>
Date:Wed, 28 Jan 2004 23:26:23 -0500
```





**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Aug 09 19:24:48 2006
X-Persona: <2nd User>
Return-Path: <mailcenter358774@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sun, 06 Aug 2006 08:55:45 -0600
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Subject: *****SPAM***** Overpaying for auto insurance?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.6 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_40_50,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_ONLY_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44D602F1.268271F9"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i)4557&e=tommy@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i)4557&e=tommy@jammtomm.com
  URI:http://ogy.cc/new_pa1.gif [...]

Content analysis details:   (7.6 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.5 HTML_40_50             BODY: Message is 40% to 50% HTML
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.8 HTML_IMAGE_ONLY_08     BODY: HTML: images with 600-800 bytes of words
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 1.5 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 11520 invoked from network); 6 Aug 2006 08:55:42 -0600
Received: from static-vmg-186-92.vm-mail.com (HELO vm-186-92.vm-mail.com)
(206.82.186.92)
  by itdidnotendright.com with SMTP; 6 Aug 2006 08:55:42 -0600

```
Received: from vm-mail.com (10.0.0.42)
  by vm-186-92.vm-mail.com with SMTP; 06 Aug 2006 09:55:26 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 358774
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+358774@vm-rewards.com>
Subject: Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Overpaying
for a1.htm"
```

From ???@??? Fri Aug 04 19:35:47 2006
X-Persona: <2nd User>
Return-Path: <mailcenter357910@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sun, 30 Jul 2006 18:14:01 -0600
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Subject: *****SPAM***** Overpaying for auto insurance?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.6 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_40_50,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_ONLY_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44CD4B49.2A86841D"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i)3795&e=tommy@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i)3795&e=tommy@jammtomm.com
  URI:http://ogy.cc/new_pa1.gif [...]

Content analysis details:   (7.6 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.5 HTML_40_50             BODY: Message is 40% to 50% HTML
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.8 HTML_IMAGE_ONLY_08     BODY: HTML: images with 600-800 bytes of words
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 1.5 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 13379 invoked from network); 30 Jul 2006 18:14:01 -0600
Received: from static-vmg-186-50.vm-mail.com (HELO vm-186-50.vm-mail.com)
(206.82.186.50)
  by anthonycentral.com with SMTP; 30 Jul 2006 18:14:01 -0600

```
Received: from vm-mail.com (10.0.0.42)
  by vm-186-50.vm-mail.com with SMTP; 30 Jul 2006 19:13:59 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 357910
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+357910@vm-rewards.com>
Subject: Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Overpaying
for a.htm"
```

From ???@??? Fri May 12 21:05:01 2006
X-Persona: <Jay>
Return-Path: <mailcenter348328@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 31139 invoked from network); 12 May 2006 02:00:37 -0600
Received: from vm-186-169.vm-mail.com (206.82.186.169)
  by gordonworks.com with SMTP; 12 May 2006 02:00:19 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-169.vm-mail.com with SMTP; 12 May 2006 03:00:12 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 348328
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348328@vm-rewards.com>
Subject: *****SPAM***** Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_56,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
      RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 BAYES_56 BODY: Bayesian spam probability is 56 to 60%
      *      [score: 0.5812]
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
      *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
      *      [206.82.186.169 listed in dnsbl.sorbs.net]
      *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
      *      [206.82.186.169 listed in dnsbl.sorbs.net]


Images not loading? View this offer by visiting this link



---



NetQuote 594 Broadway, Suite 1003 New York, NY 10012

If you can not see our footer image, please visit here.

```
From ???@??? Fri May 12 21:02:14 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348328@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 3363 invoked from network); 12 May 2006 01:28:22 -0600
Received: from vm-187-10.vm-mail.com (206.82.187.10)
  by anthonycentral.com with SMTP; 12 May 2006 01:28:21 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-10.vm-mail.com with SMTP; 12 May 2006 02:28:10 -0500
X-ClientHost:
0991041170991070640971101161041111012109910110116114097108046099111109
X-MailingID: 348328
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348328@vm-rewards.com>
Subject: *****SPAM***** Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
        RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5289]
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *      [206.82.187.10 listed in dnsbl.sorbs.net]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *      [206.82.187.10 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link



---

NetQuote 594 Broadway, Suite 1003 New York, NY 10012



If you can not see our footer image, please visit here.

```
From ???@??? Fri May 12 21:02:14 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348328@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 4961 invoked from network); 12 May 2006 01:28:25 -0600
Received: from vm-187-10.vm-mail.com (206.82.187.10)
  by anthonycentral.com with SMTP; 12 May 2006 01:28:23 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-10.vm-mail.com with SMTP; 12 May 2006 02:28:10 -0500
X-ClientHost:
1001011190971211101010640971101161041111012109910111011611409710804609911109
X-MailingID: 348328
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348328@vm-rewards.com>
Subject: *****SPAM***** Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
        RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5289]
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *      [206.82.187.10 listed in dnsbl.sorbs.net]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *      [206.82.187.10 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link



---



NetQuote 594 Broadway, Suite 1003 New York, NY 10012

If you can not see our footer image, please visit here.

```
From ???@??? Fri May 12 21:02:14 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348328@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 7712 invoked from network); 12 May 2006 01:28:31 -0600
Received: from vm-187-10.vm-mail.com (206.82.187.10)
  by anthonycentral.com with SMTP; 12 May 2006 01:28:29 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-10.vm-mail.com with SMTP; 12 May 2006 02:28:10 -0500
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 348328
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348328@vm-rewards.com>
Subject: *****SPAM***** Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,DATE_MISSING,
    HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
    MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
    RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
    *  1.9 DATE_MISSING Missing Date: header
    *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
    *  0.1 HTML_MESSAGE BODY: HTML included in message
    *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
    *      [score: 0.5289]
    *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
    *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
    *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
    *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
    *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
    *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
    *      [206.82.187.10 listed in dnsbl.sorbs.net]
    *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
    *      [206.82.187.10 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link





NetQuote 594 Broadway, Suite 1003 New York, NY 10012

If you can not see our footer image, please visit here.

```
From ???@??? Fri May 12 21:02:14 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348328@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 8578 invoked from network); 12 May 2006 01:28:34 -0600
Received: from vm-187-10.vm-mail.com (206.82.187.10)
  by anthonycentral.com with SMTP; 12 May 2006 01:28:32 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-10.vm-mail.com with SMTP; 12 May 2006 02:28:10 -0500
X-ClientHost: 1161060640971101161041111101210991011101161140971080460991111109
X-MailingID: 348328
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348328@vm-rewards.com>
Subject: *****SPAM***** Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
        RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5289]
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *      [206.82.187.10 listed in dnsbl.sorbs.net]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *      [206.82.187.10 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link



---



NetQuote 594 Broadway, Suite 1003 New York, NY 10012

If you can not see our footer image, please visit here.

```
From ???@??? Fri May 12 21:02:13 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348328@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 2849 invoked from network); 12 May 2006 01:28:19 -0600
Received: from vm-187-10.vm-mail.com (206.82.187.10)
  by anthonycentral.com with SMTP; 12 May 2006 01:28:12 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-10.vm-mail.com with SMTP; 12 May 2006 02:28:10 -0500
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 348328
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348328@vm-rewards.com>
Subject: *****SPAM***** Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
        RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5289]
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *      [206.82.187.10 listed in dnsbl.sorbs.net]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *      [206.82.187.10 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link



---



NetQuote 594 Broadway, Suite 1003 New York, NY 10012

If you can not see our footer image, please visit here.

From ???@??? Fri May 12 21:02:08 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter348328@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 20801 invoked from network); 12 May 2006 01:57:56 -0600
Received: from vm-186-212.vm-mail.com (206.82.186.212)
   by chiefmusician.net with SMTP; 12 May 2006 01:57:46 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-212.vm-mail.com with SMTP; 12 May 2006 02:57:44 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 348328
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348328@vm-rewards.com>
Subject: Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link



---


NetQuote 594 Broadway, Suite 1003 New York, NY 10012

        If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 27 13:02:23 2006
X-Persona: <Mila>
Return-Path: <mailcenter345962@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 26 Apr 2006 15:46:12 -0600
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Overpaying for auto insurance?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.6 required=7.0 tests=BAYES_99,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_444FEA24.E488F251"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(3881&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(3881&e=mila@jammtomm.com
  URI:http://ogy.cc/new_pa1.gif [...]

Content analysis details:   (9.6 points, 7.0 required)

```
 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
```

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 19617 invoked from network); 26 Apr 2006 15:46:09 -0600
Received: from vm-186-85.vm-mail.com (206.82.186.85)
  by omniinnovations.com with SMTP; 26 Apr 2006 15:46:09 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-85.vm-mail.com with SMTP; 26 Apr 2006 16:46:04 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 345962
```

```
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345962@vm-rewards.com>
Subject: Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Overpaying
for a1.htm"
```

```
From ???@??? Thu Apr 27 08:23:03 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345962@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 2245 invoked from network); 26 Apr 2006 14:29:51 -0600
Received: from vm-185-194.vm-mail.com (206.82.185.194)
  by jaykaysplace.com with SMTP; 26 Apr 2006 14:29:51 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-194.vm-mail.com with SMTP; 26 Apr 2006 15:29:48 -0500
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 345962
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345962@vm-rewards.com>
Subject: Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



---

NetQuote 594 Broadway, Suite 1003 New York, NY 10012

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 27 08:23:03 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345962@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 2819 invoked from network); 26 Apr 2006 14:29:52 -0600
Received: from vm-185-194.vm-mail.com (206.82.185.194)
   by jaykaysplace.com with SMTP; 26 Apr 2006 14:29:52 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-194.vm-mail.com with SMTP; 26 Apr 2006 15:29:48 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 345962
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345962@vm-rewards.com>
Subject: Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



---

 NetQuote 594 Broadway, Suite 1003 New York, NY 10012

If you can not see our footer image, please visit here.

From ???@??? Thu Apr 27 08:23:03 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345962@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 3235 invoked from network); 26 Apr 2006 14:29:53 -0600
Received: from vm-185-194.vm-mail.com (206.82.185.194)
   by jaykaysplace.com with SMTP; 26 Apr 2006 14:29:53 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-194.vm-mail.com with SMTP; 26 Apr 2006 15:29:48 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 345962
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345962@vm-rewards.com>
Subject: Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63


Images not loading? View this offer by visiting this link



---

NetQuote 594 Broadway, Suite 1003 New York, NY 10012


          If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 27 08:23:03 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345962@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 4742 invoked from network); 26 Apr 2006 14:29:55 -0600
Received: from vm-185-194.vm-mail.com (206.82.185.194)
  by jaykaysplace.com with SMTP; 26 Apr 2006 14:29:54 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-194.vm-mail.com with SMTP; 26 Apr 2006 15:29:48 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 345962
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345962@vm-rewards.com>
Subject: Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



---

NetQuote 594 Broadway, Suite 1003 New York, NY 10012

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 27 08:23:03 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345962@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 6880 invoked from network); 26 Apr 2006 14:29:59 -0600
Received: from vm-185-194.vm-mail.com (206.82.185.194)
  by jaykaysplace.com with SMTP; 26 Apr 2006 14:29:58 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-194.vm-mail.com with SMTP; 26 Apr 2006 15:29:48 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 345962
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345962@vm-rewards.com>
Subject: Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



---

NetQuote 594 Broadway, Suite 1003 New York, NY 10012

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 27 08:21:11 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter345962@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 27523 invoked from network); 26 Apr 2006 15:46:27 -0600
Received: from vm-186-154.vm-mail.com (206.82.186.154)
   by chiefmusician.net with SMTP; 26 Apr 2006 15:46:27 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-154.vm-mail.com with SMTP; 26 Apr 2006 16:46:26 -0500
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 345962
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345962@vm-rewards.com>
Subject: Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63
```

Images not loading? View this offer by visiting this link



---

NetQuote 594 Broadway, Suite 1003 New York, NY 10012

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 27 08:05:39 2006
X-Persona: <Jay>
Return-Path: <mailcenter345962@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 26725 invoked from network); 26 Apr 2006 15:46:26 -0600
Received: from vm-186-212.vm-mail.com (206.82.186.212)
  by jammtomm.com with SMTP; 26 Apr 2006 15:46:26 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-212.vm-mail.com with SMTP; 26 Apr 2006 16:46:25 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 345962
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345962@vm-rewards.com>
Subject: Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_56,DATE_MISSING,
    HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
    MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



---



NetQuote 594 Broadway, Suite 1003 New York, NY 10012

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 27 08:01:27 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter345962@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 10017 invoked from network); 26 Apr 2006 20:42:00 -0600
Received: from vm-187-105.vm-mail.com (206.82.187.105)
  by anthonycentral.com with SMTP; 26 Apr 2006 20:42:00 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-105.vm-mail.com with SMTP; 26 Apr 2006 21:41:54 -0500
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 345962
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345962@vm-rewards.com>
Subject: Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---


**NetQuote 594 Broadway, Suite 1003 New York, NY 10012**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 27 08:00:49 2006
X-Persona: <Jon>
Return-Path: <mailcenter345962@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 27523 invoked from network); 26 Apr 2006 15:46:27 -0600
Received: from vm-186-154.vm-mail.com (206.82.186.154)
  by chiefmusician.net with SMTP; 26 Apr 2006 15:46:27 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-154.vm-mail.com with SMTP; 26 Apr 2006 16:46:26 -0500
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 345962
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345962@vm-rewards.com>
Subject: Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



---

**NetQuote 594 Broadway, Suite 1003 New York, NY 10012**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 27 07:58:50 2006
X-Persona: <Celia>
Return-Path: <mailcenter345962@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 15554 invoked from network); 26 Apr 2006 15:51:20 -0600
Received: from vm-185-161.vm-mail.com (206.82.185.161)
   by rcw19190020.com with SMTP; 26 Apr 2006 15:51:20 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-161.vm-mail.com with SMTP; 26 Apr 2006 16:49:18 -0500
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 345962
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345962@vm-rewards.com>
Subject: Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



---

NetQuote 594 Broadway, Suite 1003 New York, NY 10012

**If you can not see our footer image, please visit here.**

From ???@??? Wed Apr 12 07:30:39 2006
X-Persona: <Mila>
Return-Path: <mailcenter343128@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sun, 09 Apr 2006 13:17:54 -0600
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Overpaying for auto insurance?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.1 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44395DE2.AE800D8B"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(1941&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(1941&e=mila@jammtomm.com
  URI:http://ogy.cc/new_pa1.gif [...]

Content analysis details:   (11.1 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
                 [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 22528 invoked from network); 9 Apr 2006 13:17:50 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by gordonworks.com with SMTP; 9 Apr 2006 13:17:50 -0600
Received: from vm-mail.com (10.0.0.42)

```
  by pkc-sb03 with SMTP; 09 Apr 2006 14:17:50 -0500
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 343128
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343128@vm-rewards.com>
Subject: Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Overpaying
for a.htm"
```

```
From ???@??? Mon Apr 10 19:05:58 2006
Return-Path: <mailcenter343128@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 19427 invoked from network); 9 Apr 2006 11:24:47 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by chiefmusician.net with SMTP; 9 Apr 2006 11:24:46 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 09 Apr 2006 12:24:45 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 343128
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343128@vm-rewards.com>
Subject: Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_56,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---



**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Apr 10 19:05:58 2006
Return-Path: <mailcenter343128@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 20002 invoked from network); 9 Apr 2006 11:24:48 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by chiefmusician.net with SMTP; 9 Apr 2006 11:24:47 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 09 Apr 2006 12:24:45 -0500
X-ClientHost:
099104117099107064097110116104111101210991011101161140971080460990111109
X-MailingID: 343128
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343128@vm-rewards.com>
Subject: Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_56,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---



**NetQuote 594 Broadway, Suite 1003 New York, NY 10012**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Apr 10 19:05:58 2006
Return-Path: <mailcenter343128@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 20705 invoked from network); 9 Apr 2006 11:24:49 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by chiefmusician.net with SMTP; 9 Apr 2006 11:24:48 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 09 Apr 2006 12:24:45 -0500
X-ClientHost:
100101119097121110101064097110116104111101210991011101161140971080460991111109
X-MailingID: 343128
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343128@vm-rewards.com>
Subject: Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_56,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---



**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Apr 10 19:05:58 2006
Return-Path: <mailcenter343128@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 21571 invoked from network); 9 Apr 2006 11:24:50 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by chiefmusician.net with SMTP; 9 Apr 2006 11:24:50 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 09 Apr 2006 12:24:45 -0500
X-ClientHost:
11509711010012106409711011610411110121099101110116114097108046099111109
X-MailingID: 343128
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343128@vm-rewards.com>
Subject: Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_56,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---

NetQuote 594 Broadway, Suite 1003 New York, NY 10012

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Apr 10 19:05:58 2006
Return-Path: <mailcenter343128@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 22434 invoked from network); 9 Apr 2006 11:24:52 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by chiefmusician.net with SMTP; 9 Apr 2006 11:24:51 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 09 Apr 2006 12:24:45 -0500
X-ClientHost: 11610606409711011610411111012109910111011611409710804609911109
X-MailingID: 343128
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343128@vm-rewards.com>
Subject: Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_56,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



---



**NetQuote 594 Broadway, Suite 1003 New York, NY 10012**

If you can not see our footer image, please visit here.

```
From ???@??? Mon Apr 10 10:55:55 2006
X-Persona: <Jay>
Return-Path: <mailcenter343128@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 30625 invoked from network); 9 Apr 2006 13:18:00 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by jaykaysplace.com with SMTP; 9 Apr 2006 13:17:57 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 09 Apr 2006 14:17:57 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 343128
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343128@vm-rewards.com>
Subject: *****SPAM***** Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_70,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
X-Spam-Report:
      * 1.9 DATE_MISSING Missing Date: header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 2.3 BAYES_70 BODY: Bayesian spam probability is 70 to 80%
      *     [score: 0.7168]
      * 0.1 HTML_MESSAGE BODY: HTML included in message
      * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link



---



NetQuote 594 Broadway, Suite 1003 New York, NY 10012

          If you can not see our footer image, please visit here.

From ???@??? Mon Apr 10 10:54:38 2006
X-Persona: <Celia>
Return-Path: <mailcenter343128@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 5254 invoked from network); 9 Apr 2006 11:48:10 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by clrobin.com with SMTP; 9 Apr 2006 11:48:10 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 09 Apr 2006 12:48:08 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460999111109
X-MailingID: 343128
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343128@vm-rewards.com>
Subject: *****SPAM***** Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]


Images not loading? View this offer by visiting this link





NetQuote 594 Broadway, Suite 1003 New York, NY 10012

           If you can not see our footer image, please visit here.

```
From ???@??? Mon Apr 10 10:53:50 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter343128@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 30976 invoked from network); 9 Apr 2006 11:47:59 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by ehahome.com with SMTP; 9 Apr 2006 11:47:58 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 09 Apr 2006 12:47:56 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 343128
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343128@vm-rewards.com>
Subject: Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---


**NetQuote 594 Broadway, Suite 1003 New York, NY 10012**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Apr 10 10:51:52 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343128@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 19427 invoked from network); 9 Apr 2006 11:24:47 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by chiefmusician.net with SMTP; 9 Apr 2006 11:24:46 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 09 Apr 2006 12:24:45 -0500
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 343128
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343128@vm-rewards.com>
Subject: Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_56,DATE_MISSING,
     HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
     MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
     autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---



**NetQuote 594 Broadway, Suite 1003 New York, NY 10012**

**If you can not see our footer image, please visit here.**

From ???@??? Mon Apr 10 10:51:52 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343128@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 20002 invoked from network); 9 Apr 2006 11:24:48 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by chiefmusician.net with SMTP; 9 Apr 2006 11:24:47 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 09 Apr 2006 12:24:45 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 343128
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343128@vm-rewards.com>
Subject: Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_56,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63


Images not loading? View this offer by visiting this link



---



NetQuote 594 Broadway, Suite 1003 New York, NY 10012

If you can not see our footer image, please visit here.

```
From ???@??? Mon Apr 10 10:51:52 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343128@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 20705 invoked from network); 9 Apr 2006 11:24:49 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by chiefmusician.net with SMTP; 9 Apr 2006 11:24:48 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 09 Apr 2006 12:24:45 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 343128
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343128@vm-rewards.com>
Subject: Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_56,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



---

 **NetQuote 594 Broadway, Suite 1003 New York, NY 10012**

If you can not see our footer image, please visit here.

From ???@??? Mon Apr 10 10:51:52 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343128@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 21571 invoked from network); 9 Apr 2006 11:24:50 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by chiefmusician.net with SMTP; 9 Apr 2006 11:24:50 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 09 Apr 2006 12:24:45 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 343128
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343128@vm-rewards.com>
Subject: Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_56,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63


Images not loading? View this offer by visiting this link



---

 NetQuote 594 Broadway, Suite 1003 New York, NY 10012

      If you can not see our footer image, please visit here.

```
From ???@??? Mon Apr 10 10:51:52 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343128@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 22434 invoked from network); 9 Apr 2006 11:24:52 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by chiefmusician.net with SMTP; 9 Apr 2006 11:24:51 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 09 Apr 2006 12:24:45 -0500
X-ClientHost: 11610606409711011610411110121099101110116114097108046099111109
X-MailingID: 343128
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343128@vm-rewards.com>
Subject: Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_56,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---

NetQuote 594 Broadway, Suite 1003 New York, NY 10012

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Aug 21 00:00:26 2006
X-Persona: <2nd User>
Return-Path: <mailcenter360348@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 7242 invoked from network); 17 Aug 2006 00:19:06 -0600
Received: from static-vmg-180-235.vm-mail.com (HELO vm-180-235.vm-mail.com)
(206.82.180.235)
  by jammtomm.com with SMTP; 17 Aug 2006 00:19:06 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-235.vm-mail.com with SMTP; 17 Aug 2006 01:19:05 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 360348
From: Online Insurance Quotes <OnlineInsuranceQuotes@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+360348@vm-rewards.com>
Subject: Overpaying for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





 If you would like to no longer receive any further email messages from the
advertiser above sent by Virtumundo,
 visit this link

NetQuote 1860 Blake Street, Suite 900 Denver, CO 80202

 Please send any questions or concerns about the Virtumundo Rewards program
to: Virtumundo, Inc. 8400 West
 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To
remove yourself from receiving
 further email as a subscriber of Virtumundo Rewards, go to
http://www.virtumundo.com/change or visit here. The
 products and/or services advertised in this email are the sole responsibility
of the advertiser, and questions about
 this offer should be directed to the advertiser.

 If you can not see our footer image, please visit here.



```
From ???@??? Tue Feb 07 11:39:12 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter337400@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 5413 invoked from network); 7 Feb 2006 13:12:15 -0600
Received: from vm-180-125.vm-mail.com (206.82.180.125)
  by rcw19190020.com with SMTP; 7 Feb 2006 13:12:14 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-125.vm-mail.com with SMTP; 07 Feb 2006 13:12:02 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 337400
From: Online Jewelry Auction <OnlineJewelryAuction@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337400@vm-rewards.com>
Subject: Live 3 minute auctions on the jewelry she wants
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



Bidz, 3562 Eastham Drive, Culver City, CA, 90232

If you can not see our footer image, please visit here.

From ???@??? Wed Feb 15 09:06:16 2006
X-Persona: <Jay>
Return-Path: <mailcenter337400@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 4354 invoked from network); 7 Feb 2006 13:12:14 -0600
Received: from vm-180-40.vm-mail.com (206.82.180.40)
  by chiefmusician.net with SMTP; 7 Feb 2006 13:12:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-40.vm-mail.com with SMTP; 07 Feb 2006 13:12:00 -0600
X-ClientHost: 1060971210641060971210991011081050970460099111109
X-MailingID: 337400
From: Online Jewelry Auction <OnlineJewelryAuction@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337400@vm-rewards.com>
Subject: Live 3 minute auctions on the jewelry she wants
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63


Images not loading? View this offer by visiting this link



Bidz, 3562 Eastham Drive, Culver City, CA, 90232

If you can not see our footer image, please visit here.

```
From ???@??? Mon Apr 10 19:15:59 2006
Return-Path: <mailcenter343172@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 2083 invoked from network); 10 Apr 2006 13:09:39 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by ehahome.com with SMTP; 10 Apr 2006 13:09:39 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 10 Apr 2006 14:09:32 -0500
X-ClientHost: 1161060640971101161041111012109910110116114097108046099111109
X-MailingID: 343172
From: Online Jewelry Auctions <OnlineJewelryAuctions@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343172@vm-rewards.com>
Subject: *****SPAM***** High-end gems without the price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_60,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
X-Spam-Report:
      * 1.9 DATE_MISSING Missing Date: header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 1.6 BAYES_60 BODY: Bayesian spam probability is 60 to 70%
      *     [score: 0.6078]
      * 0.1 HTML_MESSAGE BODY: HTML included in message
      * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





**Bidz 3562 Eastham Drive Culver City, CA 90232**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Apr 10 19:15:59 2006
Return-Path: <mailcenter343172@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 1185 invoked from network); 10 Apr 2006 13:09:38 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by ehahome.com with SMTP; 10 Apr 2006 13:09:34 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 10 Apr 2006 14:09:32 -0500
X-ClientHost:
100101119097121110101064097110116104111101210991011101161140971080460991111109
X-MailingID: 343172
From: Online Jewelry Auctions <OnlineJewelryAuctions@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343172@vm-rewards.com>
Subject: *****SPAM***** High-end gems without the price
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_60,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
       autolearn=no version=2.63
X-Spam-Report:
       * 1.9 DATE_MISSING Missing Date: header
       * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       * 1.6 BAYES_60 BODY: Bayesian spam probability is 60 to 70%
       *     [score: 0.6078]
       * 0.1 HTML_MESSAGE BODY: HTML included in message
       * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





**Bidz 3562 Eastham Drive Culver City, CA 90232**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon May 03 16:23:17 2004
Return-Path: <mailcenter308327@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 29903 invoked by uid 10003); 3 May 2004 20:11:33 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 29900 invoked from network); 3 May 2004 20:11:33 -0000
Received: from unknown (HELO vm144.vmadmin.com) (216.64.222.144)
  by ns48.webmasters.com with SMTP; 3 May 2004 20:11:33 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm144.vmadmin.com with SMTP; 03 May 2004 15:19:55 -0500
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 308327
From: Online Jobs <GreatOpportunities@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Online Jobs <GreatOpportunities308327@replies.virtumundo.com>
Subject: Online career opportunity...call 1-866-621-2387 x5535
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

Online Supplier 404 East First Street, Long Beach, CA 90802

```
From ???@??? Mon May 03 16:23:17 2004
Return-Path: <mailcenter308327@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 29910 invoked by uid 10003); 3 May 2004 20:11:34 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 29907 invoked from network); 3 May 2004 20:11:34 -0000
Received: from unknown (HELO vm144.vmadmin.com) (216.64.222.144)
  by ns48.webmasters.com with SMTP; 3 May 2004 20:11:34 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm144.vmadmin.com with SMTP; 03 May 2004 15:19:55 -0500
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 308327
From: Online Jobs <GreatOpportunities@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Jobs <GreatOpportunities308327@replies.virtumundo.com>
Subject: Online career opportunity...call 1-866-621-2387 x5535
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Online Supplier 404 East First Street, Long Beach, CA 90802

```
From ???@??? Mon May 03 16:23:17 2004
Return-Path: <mailcenter308327@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 29896 invoked by uid 10003); 3 May 2004 20:11:33 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 29893 invoked from network); 3 May 2004 20:11:33 -0000
Received: from unknown (HELO vm144.vmadmin.com) (216.64.222.144)
  by ns48.webmasters.com with SMTP; 3 May 2004 20:11:33 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm144.vmadmin.com with SMTP; 03 May 2004 15:19:55 -0500
X-ClientHost: 10609710910111506410311114100111110119111114107115046099111109
X-MailingID: 308327
From: Online Jobs <GreatOpportunities@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Online Jobs <GreatOpportunities308327@replies.virtumundo.com>
Subject: Online career opportunity...call 1-866-621-2387 x5535
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Online Supplier 404 East First Street, Long Beach, CA 90802

```
From ???@??? Sat Feb 11 11:03:53 2006
X-Persona: <Celia>
Return-Path: <mailcenter337346@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 14757 invoked from network); 6 Feb 2006 18:59:04 -0600
Received: from vm-181-207.vm-mail.com (206.82.181.207)
  by gordonworks.com with SMTP; 6 Feb 2006 18:59:04 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-207.vm-mail.com with SMTP; 06 Feb 2006 18:58:53 -0600
X-ClientHost: 0991011081050970640991011081050971060971210 46099111109
X-MailingID: 337346
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337346@vm-rewards.com>
Subject: *****SPAM***** Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



 Online Supplier, 404 East First St. #1345 Long Beach, CA 90802



    If you can not see our footer image, please visit here.

From ???@??? Sat Feb 11 10:49:20 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter337346@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 8547 invoked from network); 6 Feb 2006 18:29:03 -0600
Received: from vm-182-178.vm-mail.com (206.82.182.178)
  by anthonycentral.com with SMTP; 6 Feb 2006 18:29:03 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-178.vm-mail.com with SMTP; 06 Feb 2006 18:28:50 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 337346
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337346@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link



---


Online Supplier, 404 East First St. #1345 Long Beach, CA 90802

         If you can not see our footer image, please visit here.

```
From ???@??? Mon Feb 06 23:10:29 2006
X-Persona: <RCW>
Return-Path: <mailcenter337346@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 2276 invoked from network); 6 Feb 2006 19:57:32 -0600
Received: from vm-182-74.vm-mail.com (206.82.182.74)
  by celiajay.com with SMTP; 6 Feb 2006 19:57:32 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-74.vm-mail.com with SMTP; 06 Feb 2006 19:57:20 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 337346
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337346@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---



Online Supplier, 404 East First St. #1345 Long Beach, CA 90802

If you can not see our footer image, please visit here.

```
From ???@??? Mon Feb 06 21:59:18 2006
X-Persona: <Mila>
Return-Path: <mailcenter337346@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 06 Feb 2006 18:30:17 -0600
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Online workers needed - find out more
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43E7EA19.72F318A8"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8233&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'8233&e=mila@jammtomm.com
  URI:http://ogy.cc/0020OnlineSupplier.jpg [...]

Content analysis details:   (8.5 points, 7.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 1.5 BLANK_LINES_80_90        BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80               BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 7044 invoked from network); 6 Feb 2006 18:30:15 -0600
Received: from vm-182-62.vm-mail.com (206.82.182.62)
  by jaycelia.com with SMTP; 6 Feb 2006 18:30:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-62.vm-mail.com with SMTP; 06 Feb 2006 18:30:02 -0600

```
X-ClientHost: 1091051080970641060971091091161111091090460991111 09
X-MailingID: 337346
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337346@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Online
workers n4.htm"
```

From ???@??? Mon Feb 06 21:57:02 2006
X-Persona: <Mila>
Return-Path: <mailcenter337346@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 06 Feb 2006 18:30:17 -0600
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Online workers needed - find out more
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43E7EA19.72F318A8"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8233&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'8233&e=mila@jammtomm.com
  URI:http://ogy.cc/0020OnlineSupplier.jpg [...]

Content analysis details:   (8.5 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 1.5 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 7044 invoked from network); 6 Feb 2006 18:30:15 -0600
Received: from vm-182-62.vm-mail.com (206.82.182.62)
  by jaycelia.com with SMTP; 6 Feb 2006 18:30:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-62.vm-mail.com with SMTP; 06 Feb 2006 18:30:02 -0600

```
X-ClientHost: 1091051080970641060971091091161111091090460991111109
X-MailingID: 337346
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337346@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Online
workers n3.htm"
```

```
From ???@??? Mon Feb 06 16:42:44 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter337346@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 10275 invoked from network); 6 Feb 2006 18:30:26 -0600
Received: from vm-182-63.vm-mail.com (206.82.182.63)
   by xj4x4.net with SMTP; 6 Feb 2006 18:30:23 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-63.vm-mail.com with SMTP; 06 Feb 2006 18:30:11 -0600
X-ClientHost: 10611111006410609712110709712111511212108097099101046099111109
X-MailingID: 337346
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337346@vm-rewards.com>
Subject: *****SPAM***** Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

 Online Supplier, 404 East First St. #1345 Long Beach, CA 90802



        If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 16:05:18 2006
X-Persona: <RCW>
Return-Path: <mailcenter335958@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 5507 invoked from network); 23 Jan 2006 04:45:30 -0600
Received: from vm-180-208.vm-mail.com (206.82.180.208)
  by gordonworks.com with SMTP; 23 Jan 2006 04:45:29 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-208.vm-mail.com with SMTP; 23 Jan 2006 04:45:18 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 335958
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335958@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---



**Online Supplier, 404 East First St. #1345 Long Beach, CA 90802**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 30 15:53:25 2006
X-Persona: <RCW>
Return-Path: <mailcenter333978@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 29610 invoked from network); 31 Dec 2005 13:53:02 -0600
Received: from vm-182-2.vm-mail.com (206.82.182.2)
  by celiajay.com with SMTP; 31 Dec 2005 13:53:02 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-2.vm-mail.com with SMTP; 31 Dec 2005 13:52:49 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 333978
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333978@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

 **Online Supplier, 404 East First St. #1345 Long Beach, CA 90802**

         **If you can not see our footer image, please** visit here.

```
From ???@??? Mon Jan 30 09:15:24 2006
X-Persona: <Jay>
Return-Path: <mailcenter335958@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 19937 invoked from network); 23 Jan 2006 04:10:33 -0600
Received: from vm-180-126.vm-mail.com (206.82.180.126)
  by clrobin.com with SMTP; 23 Jan 2006 04:10:29 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-126.vm-mail.com with SMTP; 23 Jan 2006 04:10:18 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 335958
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335958@vm-rewards.com>
Subject: *****SPAM***** Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



---

 Online Supplier, 404 East First St. #1345 Long Beach, CA 90802



If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 08:57:10 2006
X-Persona: <Jay>
Return-Path: <mailcenter335958@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 19937 invoked from network); 23 Jan 2006 04:10:33 -0600
Received: from vm-180-126.vm-mail.com (206.82.180.126)
  by clrobin.com with SMTP; 23 Jan 2006 04:10:29 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-126.vm-mail.com with SMTP; 23 Jan 2006 04:10:18 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 335958
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335958@vm-rewards.com>
Subject: *****SPAM***** Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



---

 Online Supplier, 404 East First St. #1345 Long Beach, CA 90802



        If you can not see our footer image, please visit here.

```
From ???@??? Thu Jan 26 11:12:07 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter335958@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 26370 invoked from network); 23 Jan 2006 04:09:40 -0600
Received: from vm-180-87.vm-mail.com (206.82.180.87)
  by anthonycentral.com with SMTP; 23 Jan 2006 04:09:40 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-87.vm-mail.com with SMTP; 23 Jan 2006 04:09:13 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 335958
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335958@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

**Online Supplier, 404 East First St. #1345 Long Beach, CA 90802**

   If you can not see our footer image, please visit here.

```
From ???@??? Thu Jan 26 11:11:41 2006
X-Persona: <Celia>
Return-Path: <mailcenter335958@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 24160 invoked from network); 23 Jan 2006 04:16:51 -0600
Received: from vm-177-119.vm-mail.com (206.82.177.119)
  by chiefmusician.net with SMTP; 23 Jan 2006 04:16:49 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-119.vm-mail.com with SMTP; 23 Jan 2006 04:16:37 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 335958
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335958@vm-rewards.com>
Subject: *****SPAM***** Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```





Online Supplier, 404 East First St. #1345 Long Beach, CA 90802



If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 24 21:23:52 2006
Return-Path: <mailcenter335958@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 19716 invoked from network); 23 Jan 2006 04:07:12 -0600
Received: from vm-182-92.vm-mail.com (206.82.182.92)
  by chiefmusician.net with SMTP; 23 Jan 2006 04:07:11 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-92.vm-mail.com with SMTP; 23 Jan 2006 04:06:48 -0600
X-ClientHost:
1150971101001210640971101161041111012109911011101161140971080460991111109
X-MailingID: 335958
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335958@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.9 required=7.0 tests=BAYES_60,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---



Online Supplier, 404 East First St. #1345 Long Beach, CA 90802

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 24 21:23:52 2006
Return-Path: <mailcenter335958@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 16129 invoked from network); 23 Jan 2006 04:07:01 -0600
Received: from vm-182-92.vm-mail.com (206.82.182.92)
  by chiefmusician.net with SMTP; 23 Jan 2006 04:07:01 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-92.vm-mail.com with SMTP; 23 Jan 2006 04:06:48 -0600
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 335958
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335958@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.9 required=7.0 tests=BAYES_60,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---



**Online Supplier, 404 East First St. #1345 Long Beach, CA 90802**

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 24 21:23:52 2006
Return-Path: <mailcenter335958@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 18920 invoked from network); 23 Jan 2006 04:07:10 -0600
Received: from vm-182-92.vm-mail.com (206.82.182.92)
  by chiefmusician.net with SMTP; 23 Jan 2006 04:07:10 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-92.vm-mail.com with SMTP; 23 Jan 2006 04:06:48 -0600
X-ClientHost:
100101119097121110101064097110116104111101210991011101161140971080460991111 09
X-MailingID: 335958
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335958@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.9 required=7.0 tests=BAYES_60,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```





Online Supplier, 404 East First St. #1345 Long Beach, CA 90802

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 24 21:23:52 2006
Return-Path: <mailcenter335958@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 17474 invoked from network); 23 Jan 2006 04:07:09 -0600
Received: from vm-182-92.vm-mail.com (206.82.182.92)
  by chiefmusician.net with SMTP; 23 Jan 2006 04:07:02 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-92.vm-mail.com with SMTP; 23 Jan 2006 04:06:48 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 335958
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335958@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.9 required=7.0 tests=BAYES_60,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---

Online Supplier, 404 East First St. #1345 Long Beach, CA 90802

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 24 21:23:52 2006
Return-Path: <mailcenter335958@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 20386 invoked from network); 23 Jan 2006 04:07:13 -0600
Received: from vm-182-92.vm-mail.com (206.82.182.92)
   by chiefmusician.net with SMTP; 23 Jan 2006 04:07:13 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-92.vm-mail.com with SMTP; 23 Jan 2006 04:06:48 -0600
X-ClientHost: 11610606409711011610411111012109910110116114097108046099111109
X-MailingID: 335958
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335958@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.9 required=7.0 tests=BAYES_60,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---



 Online Supplier, 404 East First St. #1345 Long Beach, CA 90802

If you can not see our footer image, please visit here.

From ???@??? Tue Jan 24 18:11:21 2006
X-Persona: <Mila>
Return-Path: <mailcenter335958@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 23 Jan 2006 04:19:10 -0600
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Online workers needed - find out more
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43D4AD9E.7D4C1D15"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
7537&e=mila@jammtomm.com
  URI:http://ogy.cc/0020OnlineSupplier.jpg
  URI:http://redirect.virtumundo.com/bt?m35958&e=mila@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (7.1 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 20256 invoked from network); 23 Jan 2006 04:10:34 -0600
Received: from vm-180-224.vm-mail.com (206.82.180.224)
  by clrobin.com with SMTP; 23 Jan 2006 04:10:27 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-224.vm-mail.com with SMTP; 23 Jan 2006 04:10:14 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109

```
X-MailingID: 335958
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335958@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Online
workers n2.htm"
```

```
From ???@??? Mon Jan 23 16:00:07 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter335958@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 20193 invoked from network); 23 Jan 2006 04:10:34 -0600
Received: from vm-180-163.vm-mail.com (206.82.180.163)
   by gnwalpha.org with SMTP; 23 Jan 2006 04:10:30 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-163.vm-mail.com with SMTP; 23 Jan 2006 04:10:19 -0600
X-ClientHost: 10611111006410609712110709712111511212108097099101046099111109
X-MailingID: 335958
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335958@vm-rewards.com>
Subject: *****SPAM***** Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



---

 Online Supplier, 404 East First St. #1345 Long Beach, CA 90802



If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 20:09:10 2006
X-Persona: <Jay>
Return-Path: <mailcenter333978@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 9570 invoked from network); 31 Dec 2005 13:21:48 -0600
Received: from vm-182-219.vm-mail.com (206.82.182.219)
  by rcw19190020.com with SMTP; 31 Dec 2005 13:21:46 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-219.vm-mail.com with SMTP; 31 Dec 2005 13:21:34 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 333978
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333978@vm-rewards.com>
Subject: *****SPAM***** Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



---

  Online Supplier, 404 East First St. #1345 Long Beach, CA 90802



If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 20:05:56 2006
X-Persona: <Jon>
Return-Path: <mailcenter333978@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 9538 invoked from network); 31 Dec 2005 13:21:48 -0600
Received: from vm-182-16.vm-mail.com (206.82.182.16)
  by itdidnotendright.com with SMTP; 31 Dec 2005 13:21:47 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-16.vm-mail.com with SMTP; 31 Dec 2005 13:21:35 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 333978
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333978@vm-rewards.com>
Subject: *****SPAM***** Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



---

 Online Supplier, 404 East First St. #1345 Long Beach, CA 90802



If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 19:55:13 2006
X-Persona: <Jon>
Return-Path: <mailcenter333978@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 9538 invoked from network); 31 Dec 2005 13:21:48 -0600
Received: from vm-182-16.vm-mail.com (206.82.182.16)
   by itdidnotendright.com with SMTP; 31 Dec 2005 13:21:47 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-16.vm-mail.com with SMTP; 31 Dec 2005 13:21:35 -0600
X-ClientHost: 10611111006410609712110709712111511212108097099101046099111109
X-MailingID: 333978
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333978@vm-rewards.com>
Subject: *****SPAM***** Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



---

 Online Supplier, 404 East First St. #1345 Long Beach, CA 90802



        If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 19:05:42 2006
X-Persona: <Jay>
Return-Path: <mailcenter333978@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 9570 invoked from network); 31 Dec 2005 13:21:48 -0600
Received: from vm-182-219.vm-mail.com (206.82.182.219)
  by rcw19190020.com with SMTP; 31 Dec 2005 13:21:46 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-219.vm-mail.com with SMTP; 31 Dec 2005 13:21:34 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 333978
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333978@vm-rewards.com>
Subject: *****SPAM***** Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



---

 Online Supplier, 404 East First St. #1345 Long Beach, CA 90802



If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 19:02:10 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter333978@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 7779 invoked from network); 31 Dec 2005 13:20:39 -0600
Received: from vm-182-210.vm-mail.com (206.82.182.210)
  by omniinnovations.com with SMTP; 31 Dec 2005 13:20:39 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-210.vm-mail.com with SMTP; 31 Dec 2005 13:20:26 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 333978
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333978@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

 Online Supplier, 404 East First St. #1345 Long Beach, CA 90802

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 19:01:35 2006
X-Persona: <Celia>
Return-Path: <mailcenter333978@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 7362 invoked from network); 31 Dec 2005 13:28:51 -0600
Received: from vm-177-114.vm-mail.com (206.82.177.114)
  by clrobin.com with SMTP; 31 Dec 2005 13:28:51 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-114.vm-mail.com with SMTP; 31 Dec 2005 13:28:37 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 333978
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333978@vm-rewards.com>
Subject: *****SPAM***** Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



---

 Online Supplier, 404 East First St. #1345 Long Beach, CA 90802



   If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 18:21:55 2006
Return-Path: <mailcenter333978@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 8161 invoked from network); 31 Dec 2005 13:19:41 -0600
Received: from vm-180-9.vm-mail.com (206.82.180.9)
  by anthonycentral.com with SMTP; 31 Dec 2005 13:19:41 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-9.vm-mail.com with SMTP; 31 Dec 2005 13:19:29 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 333978
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333978@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.9 required=7.0 tests=BAYES_60,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---

 **Online Supplier, 404 East First St. #1345 Long Beach, CA 90802**



**If you can not see our footer image, please** visit here.

```
From ???@??? Tue Jan 03 18:21:55 2006
Return-Path: <mailcenter333978@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 8640 invoked from network); 31 Dec 2005 13:19:42 -0600
Received: from vm-180-9.vm-mail.com (206.82.180.9)
  by anthonycentral.com with SMTP; 31 Dec 2005 13:19:42 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-9.vm-mail.com with SMTP; 31 Dec 2005 13:19:29 -0600
X-ClientHost:
099104117099107064097110116104111101210991011101161140971080460991111
X-MailingID: 333978
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333978@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.9 required=7.0 tests=BAYES_60,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---

 **Online Supplier, 404 East First St. #1345 Long Beach, CA 90802**



If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 18:21:55 2006
Return-Path: <mailcenter333978@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 9219 invoked from network); 31 Dec 2005 13:19:43 -0600
Received: from vm-180-9.vm-mail.com (206.82.180.9)
  by anthonycentral.com with SMTP; 31 Dec 2005 13:19:42 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-9.vm-mail.com with SMTP; 31 Dec 2005 13:19:29 -0600
X-ClientHost:
100101119097121110101064097110116104111101210991011101161140971080460991111109
X-MailingID: 333978
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333978@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.9 required=7.0 tests=BAYES_60,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---

 Online Supplier, 404 East First St. #1345 Long Beach, CA 90802



If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 18:21:55 2006
Return-Path: <mailcenter333978@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 9728 invoked from network); 31 Dec 2005 13:19:43 -0600
Received: from vm-180-9.vm-mail.com (206.82.180.9)
  by anthonycentral.com with SMTP; 31 Dec 2005 13:19:43 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-9.vm-mail.com with SMTP; 31 Dec 2005 13:19:29 -0600
X-ClientHost:
1150971101001210640971101161041111012109910110116114097108046099111109
X-MailingID: 333978
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333978@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.9 required=7.0 tests=BAYES_60,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---

 **Online Supplier, 404 East First St. #1345 Long Beach, CA 90802**



      **If you can not see our footer image, please** visit here.

```
From ???@??? Tue Jan 03 18:21:55 2006
Return-Path: <mailcenter333978@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 10528 invoked from network); 31 Dec 2005 13:19:44 -0600
Received: from vm-180-9.vm-mail.com (206.82.180.9)
  by anthonycentral.com with SMTP; 31 Dec 2005 13:19:44 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-9.vm-mail.com with SMTP; 31 Dec 2005 13:19:29 -0600
X-ClientHost: 11610606409711011610411111012109910110116114097108046099111109
X-MailingID: 333978
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333978@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.9 required=7.0 tests=BAYES_60,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---



**Online Supplier, 404 East First St. #1345 Long Beach, CA 90802**



**If you can not see our footer image, please** visit here.

From ???@??? Sun Jan 01 19:52:42 2006
X-Persona: <Mila>
Return-Path: <mailcenter333978@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sat, 31 Dec 2005 13:21:45 -0600
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Online workers needed - find out more
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43B6DA49.06EF5012"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
6429&e=mila@jammtomm.com
  URI:http://ogy.cc/0020OnlineSupplier.jpg
  URI:http://redirect.virtumundo.com/bt?m33978&e=mila@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (7.1 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 HTML_70_80              BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 7682 invoked from network); 31 Dec 2005 13:21:43 -0600
Received: from vm-182-88.vm-mail.com (206.82.182.88)
  by jaykaysplace.com with SMTP; 31 Dec 2005 13:21:42 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-88.vm-mail.com with SMTP; 31 Dec 2005 13:21:30 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109

```
X-MailingID: 333978
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333978@vm-rewards.com>
Subject: Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Online
workers n.htm"
```

```
From ???@??? Wed Feb 15 09:03:33 2006
X-Persona: <Jay>
Return-Path: <mailcenter337346@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 10242 invoked from network); 6 Feb 2006 18:30:26 -0600
Received: from vm-182-27.vm-mail.com (206.82.182.27)
  by gnwalpha.org with SMTP; 6 Feb 2006 18:30:23 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-27.vm-mail.com with SMTP; 06 Feb 2006 18:30:10 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 337346
From: Online Jobs <OnlineJobs@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337346@vm-rewards.com>
Subject: *****SPAM***** Online workers needed - find out more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



Online Supplier, 404 East First St. #1345 Long Beach, CA 90802

        If you can not see our footer image, please visit here.

```
From ???@??? Thu Mar 16 15:17:31 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340042@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 20131 invoked from network); 15 Mar 2006 11:33:07 -0600
Received: from vm-181-146.vm-mail.com (206.82.181.146)
  by gordonworks.com with SMTP; 15 Mar 2006 11:33:07 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-146.vm-mail.com with SMTP; 15 Mar 2006 11:32:50 -0600
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 340042
From: Online MarketPlace <OnlineMarketPlace@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340042@vm-rewards.com>
Subject: Great discounted specialty items
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_56,BIZ_TLD,
        BLANK_LINES_70_80,DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,
        HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





 I Like Conferences.biz, 629 E 730 South, Suite 103, American Fork Utah 84003

If you can not see our footer image, please visit here.

From ???@??? Thu Mar 16 15:17:31 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340042@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 19072 invoked from network); 15 Mar 2006 11:33:06 -0600
Received: from vm-181-146.vm-mail.com (206.82.181.146)
  by gordonworks.com with SMTP; 15 Mar 2006 11:33:06 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-146.vm-mail.com with SMTP; 15 Mar 2006 11:32:50 -0600
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 340042
From: Online MarketPlace <OnlineMarketPlace@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340042@vm-rewards.com>
Subject: Great discounted specialty items
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_56,BIZ_TLD,
    BLANK_LINES_70_80,DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,
    HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
    autolearn=no version=2.63

Images not loading? View this offer by visiting this link





 I Like Conferences.biz, 629 E 730 South, Suite 103, American Fork Utah 84003

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 16:03:45 2006
X-Persona: <RCW>
Return-Path: <mailcenter335594@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 26816 invoked from network); 18 Jan 2006 16:40:31 -0600
Received: from vm-177-64.vm-mail.com (206.82.177.64)
  by gnwalpha.org with SMTP; 18 Jan 2006 16:40:23 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-64.vm-mail.com with SMTP; 18 Jan 2006 16:40:11 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 335594
From: Online MP <OnlineMP@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335594@vm-rewards.com>
Subject: Great discounted specialty items
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link





td>

I Like Conferences.biz, 629 E 730 South, Suite 103, American Fork Utah 84003

If you can not see our footer image, please visit here.

```
From ???@??? Mon Sep 26 18:45:26 2005
X-Persona: <Indi>
Return-Path: <mailcenter329983@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 22 Sep 2005 17:58:34 -0600
From: Online Palm Reader <OnlinePalmReader@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** What does your future hold?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4333452A.AE843CC8"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4266&e=indi@jammtomm.com
  URI:http://ogy.cc/ooeepposss/palmreading_20050810.jpg
  URI:http://web.tickle.com/ Tickle!
  URI:http://ogy.cc/ooeepposss/tickle_logo_67x22.jpg [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN   BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL              RBL: Received via a relay in Spamhaus Block List
                   [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 20454 invoked from network); 22 Sep 2005 17:58:33 -0600
Received: from vm-181-191.vm-mail.com (206.82.181.191)
  by greatnorthwest-alpha.org with SMTP; 22 Sep 2005 17:58:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-191.vm-mail.com with SMTP; 22 Sep 2005 18:58:32 -0500

```
X-ClientHost: 10511010010506410609710910911611111091090460991111109
X-MailingID: 329983
From: Online Palm Reader <OnlinePalmReader@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329983@vm-rewards.com>
Subject: What does your future hold?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM What does
your f.htm"
```

```
From ???@??? Sat Oct 04 15:08:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <228861-1075>; Sat, 4 Oct 2003 16:14:39 -0400
Received: from vl208-65.vmlocal.com ([216.21.208.65]) by ams.ftl.affinity.com
with ESMTP id <223436-1078>; Sat, 4 Oct 2003 16:13:13 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-65.vmlocal.com with SMTP; 04 Oct 2003 15:13:11 -0500
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 152442
From: Online Personals <OnlinePersonalAds152442@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Personals <OnlinePersonalAds152442@vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct4.161313-0400_edt.223436-1078+6812@ams.ftl.affinity.com>
Date:Sat, 4 Oct 2003 16:13:12 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Oct 09 20:59:59 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <337282-11399>; Thu, 9 Oct 2003 21:06:44 -0400
Received: from vl208-58.vmlocal.com ([216.21.208.58]) by ams.ftl.affinity.com
with ESMTP id <462883-11396>; Thu, 9 Oct 2003 19:10:09 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-58.vmlocal.com with SMTP; 09 Oct 2003 18:10:00 -0500
X-ClientHost:
1060971091051080970641031111410011110191111410711504609911109
X-MailingID: 157408
From: Online Personals <OnlinePersonalAds157408@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+157408@replies.vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct9.191009-0400_edt.462883-11396+10041@ams.ftl.affinity.com>
Date:Thu, 9 Oct 2003 19:10:08 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Oct 12 10:33:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <266439-22771>; Sun, 12 Oct 2003 13:11:36 -0400
Received: from vl208-36.vmlocal.com ([216.21.208.36]) by ams.ftl.affinity.com
with ESMTP id <268894-22765>; Sun, 12 Oct 2003 13:10:48 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-36.vmlocal.com with SMTP; 12 Oct 2003 12:10:46 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 161020
From: Online Personals <OnlinePersonalAds161020@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+161020@replies.vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct12.131048-0400_edt.268894-22765+9550@ams.ftl.affinity.com>
Date:Sun, 12 Oct 2003 13:10:48 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 17 08:19:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213590-29681>; Fri, 17 Oct 2003 09:59:16 -0400
Received: from vl208-48.vmlocal.com ([216.21.208.48]) by ams.ftl.affinity.com
with ESMTP id <462668-27451>; Thu, 16 Oct 2003 22:37:55 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-48.vmlocal.com with SMTP; 16 Oct 2003 19:09:30 -0500
X-ClientHost: 102097121101064103111141001111101191111141071150460099111109
X-MailingID: 165571
From: Online Personals <OnlinePersonalAds165571@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+165571@replies.vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct16.223755-0400_edt.462668-27451+10436@ams.ftl.affinity.com>
Date:Thu, 16 Oct 2003 22:37:55 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Oct 23 18:32:56 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213131-1068>; Thu, 23 Oct 2003 21:03:52 -0400
Received: from vl208-38.vmlocal.com ([216.21.208.38]) by ams.ftl.affinity.com
with ESMTP id <217868-9889>; Thu, 23 Oct 2003 21:02:44 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-38.vmlocal.com with SMTP; 23 Oct 2003 20:02:36 -0500
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 173009
From: Online Personals <OnlinePersonalAds173009@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Personals <OnlinePersonalAds173009@vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct23.210244-0400_edt.217868-9889+3937@ams.ftl.affinity.com>
Date:Thu, 23 Oct 2003 21:02:44 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Oct 25 18:05:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <495435-2711>; Sat, 25 Oct 2003 20:15:46 -0400
Received: from vl208-73.vmlocal.com ([216.21.208.73]) by ams.ftl.affinity.com
with ESMTP id <496119-2709>; Sat, 25 Oct 2003 20:14:49 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-73.vmlocal.com with SMTP; 25 Oct 2003 19:12:45 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 175718
From: Online Personals <OnlinePersonalAds175718@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Personals <OnlinePersonalAds175718@vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct25.201449-0400_edt.496119-2709+7746@ams.ftl.affinity.com>
Date:Sat, 25 Oct 2003 20:14:48 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Oct 25 13:13:37 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <216285-1079>; Sat, 25 Oct
2003 14:43:54 -0400
Received: from vl208-31.vmlocal.com ([216.21.208.31]) by ams.ftl.affinity.com
with ESMTP id <219565-1087>; Sat, 25 Oct 2003 14:19:11 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-31.vmlocal.com with SMTP; 25 Oct 2003 13:19:11 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 175722
From: Online Personals <OnlinePersonalAds175722@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Personals <OnlinePersonalAds175722@vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct25.141911-0400_edt.219565-1087+23460@ams.ftl.affinity.com>
Date:Sat, 25 Oct 2003 14:19:11 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Oct 26 15:32:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <534374-2709>; Sun, 26 Oct 2003 16:28:56 -0500
Received: from vl208-30.vmlocal.com ([216.21.208.30]) by ams.ftl.affinity.com
with ESMTP id <535630-2715>; Sun, 26 Oct 2003 16:27:21 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-30.vmlocal.com with SMTP; 26 Oct 2003 15:27:13 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460 99111109
X-MailingID: 177084
From: Online Personals <OnlinePersonalAds177084@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Personals <OnlinePersonalAds177084@vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct26.162721-0500_est.535630-2715+17523@ams.ftl.affinity.com>
Date:Sun, 26 Oct 2003 16:27:17 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Nov 03 21:24:53 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217866-7003>; Mon, 3 Nov 2003 20:52:59 -0500
Received: from vl208-43.vmlocal.com ([216.21.208.43]) by ams.ftl.affinity.com
with ESMTP id <217867-6999>; Mon, 3 Nov 2003 20:52:15 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-43.vmlocal.com with SMTP; 03 Nov 2003 19:52:14 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 187766
From: Online Personals <OnlinePersonalAds187766@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Personals <OnlinePersonalAds187766@vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov3.205215-0500_est.217867-6999+6698@ams.ftl.affinity.com>
Date:Mon, 3 Nov 2003 20:52:14 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Nov 04 16:58:27 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216184-10531>; Tue, 4 Nov 2003 18:55:58 -0500
Received: from vl208-19.vmlocal.com ([216.21.208.19]) by ams.ftl.affinity.com
with ESMTP id <217967-10540>; Tue, 4 Nov 2003 18:54:52 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-19.vmlocal.com with SMTP; 04 Nov 2003 17:54:50 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 189173
From: Online Personals <OnlinePersonalAds189173@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Personals <OnlinePersonalAds189173@vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov4.185452-0500_est.217967-10540+13444@ams.ftl.affinity.com>
Date:Tue, 4 Nov 2003 18:54:51 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Nov 07 11:38:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <214507-1428>; Fri, 7 Nov 2003
14:12:51 -0500
Received: from vl208-23.vmlocal.com ([216.21.208.23]) by ams.ftl.affinity.com
with ESMTP id <214945-1429>; Fri, 7 Nov 2003 14:11:56 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-23.vmlocal.com with SMTP; 07 Nov 2003 13:11:43 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 191951
From: Online Personals <OnlinePersonalAds191951@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Personals <OnlinePersonalAds191951@vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov7.141156-0500_est.214945-1429+9180@ams.ftl.affinity.com>
Date:Fri, 7 Nov 2003 14:11:56 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 09 11:11:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213632-4532>; Sun, 9 Nov 2003 13:10:43 -0500
Received: from vl208-29.vmlocal.com ([216.21.208.29]) by ams.ftl.affinity.com
with ESMTP id <216769-4541>; Sun, 9 Nov 2003 13:10:16 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-29.vmlocal.com with SMTP; 09 Nov 2003 12:10:07 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 194032
From: Online Personals <OnlinePersonalAds194032@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Personals <OnlinePersonalAds194032@vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov9.131016-0500_est.216769-4541+3735@ams.ftl.affinity.com>
Date:Sun, 9 Nov 2003 13:10:15 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Nov 11 21:41:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <225701-29016>; Tue, 11 Nov 2003 22:27:27 -0500
Received: from vl208-63.vmlocal.com ([216.21.208.63]) by ams.ftl.affinity.com
with ESMTP id <229224-29019>; Tue, 11 Nov 2003 22:26:21 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-63.vmlocal.com with SMTP; 11 Nov 2003 21:26:16 -0600
X-ClientHost: 1060971210641031111141001111101191111141071115046099111109
X-MailingID: 195796
From: Online Personals <OnlinePersonalAds195796@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Personals <OnlinePersonalAds195796@vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov11.222621-0500_est.229224-29019+31372@ams.ftl.affinity.com>
Date:Tue, 11 Nov 2003 22:26:21 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 16 17:21:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217767-30568>; Sun, 16 Nov
2003 17:05:20 -0500
Received: from vl208-30.vmlocal.com ([216.21.208.30]) by ams.ftl.affinity.com
with ESMTP id <217593-30557>; Sun, 16 Nov 2003 17:04:31 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-30.vmlocal.com with SMTP; 16 Nov 2003 16:04:26 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 199165
From: Online Personals <OnlinePersonalAds199165@vmlocal.com>
To:     Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Personals <OnlinePersonalAds199165@vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov16.170431-0500_est.217593-30557+27520@ams.ftl.affinity.com>
Date:Sun, 16 Nov 2003 17:04:30 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 16 13:41:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216819-32710>; Sun, 16 Nov 2003 14:12:26 -0500
Received: from vl208-26.vmlocal.com ([216.21.208.26]) by ams.ftl.affinity.com
with ESMTP id <216829-32710>; Sun, 16 Nov 2003 14:11:36 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-26.vmlocal.com with SMTP; 16 Nov 2003 13:11:31 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 199168
From: Online Personals <OnlinePersonalAds199168@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Personals <OnlinePersonalAds199168@vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov16.141136-0500_est.216829-32710+36856@ams.ftl.affinity.com>
Date:Sun, 16 Nov 2003 14:11:34 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Nov 18 22:41:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213310-21270>; Wed, 19 Nov 2003 00:12:41 -0500
Received: from vl208-46.vmlocal.com ([216.21.208.46]) by ams.ftl.affinity.com
with ESMTP id <213584-21275>; Wed, 19 Nov 2003 00:11:46 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-46.vmlocal.com with SMTP; 18 Nov 2003 23:11:42 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 200572
From: Online Personals <OnlinePersonalAds200572@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Personals <OnlinePersonalAds200572@vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov19.001146-0500_est.213584-21275+68246@ams.ftl.affinity.com>
Date:Wed, 19 Nov 2003 00:11:45 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Jan 22 08:59:41 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <221403-28947>; Thu, 22 Jan
2004 11:42:28 -0500
Received: from vm208-50.adknow-net.com ([216.21.208.50]) by
ams.ftl.affinity.com with ESMTP id <213425-28949>; Thu, 22 Jan 2004 11:41:29
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-50.adknow-net.com with SMTP; 22 Jan 2004 10:41:23 -0600
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 347288
From: Online Personals <OnlinePersonalAds@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return347288@replies.adknow-net.com
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan22.114129-0500_est.213425-28949+12906@ams.ftl.affinity.com>
Date:Thu, 22 Jan 2004 11:41:27 -0500
```



There's no better way to find the perfect match than with these personal

**links. Whether you're looking for a knight in shining armor, or a fair maiden, these personal ads can put you in touch with thousands of potential perfect mates!**

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Jan 22 08:59:41 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213906-28947>; Thu, 22 Jan 2004 11:42:28 -0500
Received: from vm208-50.adknow-net.com ([216.21.208.50]) by
ams.ftl.affinity.com with ESMTP id <212736-28950>; Thu, 22 Jan 2004 11:41:26
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-50.adknow-net.com with SMTP; 22 Jan 2004 10:41:23 -0600
X-ClientHost: 1060971091011150641031111410011110119111114107115046099111109
X-MailingID: 347288
From: Online Personals <OnlinePersonalAds@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return347288@replies.adknow-net.com
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan22.114126-0500_est.212736-28950+12392@ams.ftl.affinity.com>
Date:Thu, 22 Jan 2004 11:41:26 -0500
```



There's no better way to find the perfect match than with these personal
links. Whether you're looking for a knight in shining armor, or a fair maiden,
these personal ads can put you in touch with thousands of potential perfect

**mates!**

---

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Jan 22 08:59:41 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <212736-28947>; Thu, 22 Jan 2004 11:42:28 -0500
Received: from vm208-50.adknow-net.com ([216.21.208.50]) by
ams.ftl.affinity.com with ESMTP id <221403-28950>; Thu, 22 Jan 2004 11:41:28
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-50.adknow-net.com with SMTP; 22 Jan 2004 10:41:23 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 347288
From: Online Personals <OnlinePersonalAds@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return347288@replies.adknow-net.com
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan22.114128-0500_est.221403-28950+12394@ams.ftl.affinity.com>
Date:Thu, 22 Jan 2004 11:41:26 -0500
```



**There's no better way to find the perfect match than with these personal links. Whether you're looking for a knight in shining armor, or a fair maiden,**

**these personal ads can put you in touch with thousands of potential perfect mates!**

---



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Jan 22 08:59:41 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <226979-28947>; Thu, 22 Jan 2004 11:42:28 -0500
Received: from vm208-50.adknow-net.com ([216.21.208.50]) by
ams.ftl.affinity.com with ESMTP id <213906-28935>; Thu, 22 Jan 2004 11:41:26
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-50.adknow-net.com with SMTP; 22 Jan 2004 10:41:23 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 347288
From: Online Personals <OnlinePersonalAds@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return347288@replies.adknow-net.com
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan22.114126-0500_est.213906-28935+12769@ams.ftl.affinity.com>
Date:Thu, 22 Jan 2004 11:41:25 -0500
```



There's no better way to find the perfect match than with these personal
links. Whether you're looking for a knight in shining armor, or a fair maiden,
these personal ads can put you in touch with thousands of potential perfect

**mates!**

---

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Jan 14 18:23:39 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2375038-31953>; Wed, 14 Jan
2004 19:22:14 -0500
Received: from vm208-45.adknow-net.com ([216.21.208.45]) by
ams.ftl.affinity.com with ESMTP id <2375918-31949>; Wed, 14 Jan 2004 19:21:06
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-45.adknow-net.com with SMTP; 14 Jan 2004 18:21:02 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 341362
From: Online Personals <OnlinePersonalAds@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return341362@replies.adknow-net.com
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan14.192106-0500_est.2375918-31949+12450@ams.ftl.affinity.com>
Date:Wed, 14 Jan 2004 19:21:05 -0500
```



There's no better way to find the perfect match than with these personal

**links. Whether you're looking for a knight in shining armor, or a fair maiden, these personal ads can put you in touch with thousands of potential perfect mates!**

---

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Jan 13 23:38:39 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <339723-994>; Tue, 13 Jan 2004 20:58:28 -0500
Received: from vm208-65.adknow-net.com ([216.21.208.65]) by
ams.ftl.affinity.com with ESMTP id <340024-991>; Tue, 13 Jan 2004 20:57:47
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-65.adknow-net.com with SMTP; 13 Jan 2004 19:57:45 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 340780
From: Online Personals <OnlinePersonalAds@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return340780@replies.adknow-net.com
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan13.205747-0500_est.340024-991+2944@ams.ftl.affinity.com>
Date:Tue, 13 Jan 2004 20:57:47 -0500



There's no better way to find the perfect match than with these personal
links. Whether you're looking for a knight in shining armor, or a fair maiden,
these personal ads can put you in touch with thousands of potential perfect

**mates!**



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Jan 13 23:38:39 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <339648-994>; Tue, 13 Jan 2004 20:58:28 -0500
Received: from vm208-65.adknow-net.com ([216.21.208.65]) by
ams.ftl.affinity.com with ESMTP id <340025-999>; Tue, 13 Jan 2004 20:57:47
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-65.adknow-net.com with SMTP; 13 Jan 2004 19:57:45 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460099111109
X-MailingID: 340780
From: Online Personals <OnlinePersonalAds@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return340780@replies.adknow-net.com
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan13.205747-0500_est.340025-999+3030@ams.ftl.affinity.com>
Date:Tue, 13 Jan 2004 20:57:47 -0500



There's no better way to find the perfect match than with these personal
links. Whether you're looking for a knight in shining armor, or a fair maiden,
these personal ads can put you in touch with thousands of potential perfect

**mates!**

---



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Jan 22 19:48:26 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <235575-17279>; Thu, 22 Jan 2004 22:36:16 -0500
Received: from vm208-73.adknow-net.com ([216.21.208.73]) by
ams.ftl.affinity.com with ESMTP id <235616-17278>; Thu, 22 Jan 2004 22:35:53
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-73.adknow-net.com with SMTP; 22 Jan 2004 21:35:50 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 347208
From: Online Personals <OnlinePersonalAds@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return347208@replies.adknow-net.com
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan22.223553-0500_est.235616-17278+18288@ams.ftl.affinity.com>
Date:Thu, 22 Jan 2004 22:35:53 -0500



There's no better way to find the perfect match than with these personal
links. Whether you're looking for a knight in shining armor, or a fair maiden,
these personal ads can put you in touch with thousands of potential perfect

**mates!**

---



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Jan 05 13:44:44 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <339649-15867>; Mon, 5 Jan
2004 14:45:33 -0500
Received: from vm209-231.vmlocal.com ([216.21.209.231]) by
ams.ftl.affinity.com with ESMTP id <339666-15866>; Mon, 5 Jan 2004 14:41:59
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-231.vmlocal.com with SMTP; 05 Jan 2004 13:41:55 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 236040
From: Online Personals <OnlinePersonalAds@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Personals <OnlinePersonalAds236040@vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan5.144159-0500_est.339666-15866+29052@ams.ftl.affinity.com>
Date:Mon, 5 Jan 2004 14:41:59 -0500



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Jan 04 13:33:28 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <330144-4989>; Sun, 4 Jan 2004 15:28:42 -0500
Received: from vm209-218.vmlocal.com ([216.21.209.218]) by
ams.ftl.affinity.com with ESMTP id <330183-4989>; Sun, 4 Jan 2004 15:27:38
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-218.vmlocal.com with SMTP; 04 Jan 2004 14:27:36 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 235383
From: Online Personals <OnlinePersonalAds@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Personals <OnlinePersonalAds235383@vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan4.152738-0500_est.330183-4989+91063@ams.ftl.affinity.com>
Date:Sun, 4 Jan 2004 15:27:37 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Jan 04 13:33:28 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <330145-4992>; Sun, 4 Jan 2004 15:28:42 -0500
Received: from vm209-218.vmlocal.com ([216.21.209.218]) by
ams.ftl.affinity.com with ESMTP id <330132-4992>; Sun, 4 Jan 2004 15:27:38
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-218.vmlocal.com with SMTP; 04 Jan 2004 14:27:36 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 235383
From: Online Personals <OnlinePersonalAds@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Personals <OnlinePersonalAds235383@vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan4.152738-0500_est.330132-4992+91096@ams.ftl.affinity.com>
Date:Sun, 4 Jan 2004 15:27:37 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Jan 02 15:09:38 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <339085-18414>; Fri, 2 Jan 2004 16:05:49 -0500
Received: from vm209-213.vmlocal.com ([216.21.209.213]) by
ams.ftl.affinity.com with ESMTP id <339090-18409>; Fri, 2 Jan 2004 16:04:56
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-213.vmlocal.com with SMTP; 02 Jan 2004 15:04:54 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 234057
From: Online Personals <OnlinePersonalAds@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Personals <OnlinePersonalAds234057@vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan2.160456-0500_est.339090-18409+55045@ams.ftl.affinity.com>
Date:Fri, 2 Jan 2004 16:04:55 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Dec 26 07:44:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213242-18219>; Fri, 26 Dec
2003 08:51:48 -0500
Received: from vm209-247.vmlocal.com ([216.21.209.247]) by
ams.ftl.affinity.com with ESMTP id <225394-18219>; Fri, 26 Dec 2003 08:50:45
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-247.vmlocal.com with SMTP; 26 Dec 2003 07:50:42 -0600
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 228263
From: Online Personals <OnlinePersonalAds@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Personals <OnlinePersonalAds228263@vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec26.085045-0500_est.225394-18219+20385@ams.ftl.affinity.com>
Date:Fri, 26 Dec 2003 08:50:44 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Dec 26 07:42:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217280-12457>; Fri, 26 Dec 2003 06:04:48 -0500
Received: from vm209-187.vmlocal.com ([216.21.209.187]) by
ams.ftl.affinity.com with ESMTP id <228722-12457>; Fri, 26 Dec 2003 06:03:26
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-187.vmlocal.com with SMTP; 26 Dec 2003 05:03:25 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 228265
From: Online Personals <OnlinePersonalAds@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Personals <OnlinePersonalAds228265@vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec26.060326-0500_est.228722-12457+19736@ams.ftl.affinity.com>
Date:Fri, 26 Dec 2003 06:03:26 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 14 13:50:36 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <220602-21280>; Sun, 14 Dec
2003 15:21:46 -0500
Received: from vm209-199.vmlocal.com ([216.21.209.199]) by
ams.ftl.affinity.com with ESMTP id <220138-21280>; Sun, 14 Dec 2003 15:20:42
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-199.vmlocal.com with SMTP; 14 Dec 2003 14:20:38 -0600
X-ClientHost:
106111110097116104097110064103111114100111101191111114107115046099111109
X-MailingID: 218816
From: Online Personals <OnlinePersonalAds@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Personals <OnlinePersonalAds218816@vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec14.152042-0500_est.220138-21280+62995@ams.ftl.affinity.com>
Date:Sun, 14 Dec 2003 15:20:41 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Dec 13 14:46:47 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <225842-22086>; Sat, 13 Dec 2003 15:05:12 -0500
Received: from vm209-235.vmlocal.com ([216.21.209.235]) by
ams.ftl.affinity.com with ESMTP id <220630-22084>; Sat, 13 Dec 2003 15:04:13
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-235.vmlocal.com with SMTP; 13 Dec 2003 14:04:12 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 218056
From: Online Personals <OnlinePersonalAds@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Personals <OnlinePersonalAds218056@vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec13.150413-0500_est.220630-22084+37431@ams.ftl.affinity.com>
Date:Sat, 13 Dec 2003 15:04:13 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 10 15:47:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216223-22382>; Wed, 10 Dec 2003 16:29:53 -0500
Received: from vl208-21.vmlocal.com ([216.21.208.21]) by ams.ftl.affinity.com
with ESMTP id <217649-22382>; Wed, 10 Dec 2003 16:28:59 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-21.vmlocal.com with SMTP; 10 Dec 2003 15:21:53 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 215724
From: Online Personals <OnlinePersonalAds@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Personals <OnlinePersonalAds215724@vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec10.162859-0500_est.217649-22382+62851@ams.ftl.affinity.com>
Date:Wed, 10 Dec 2003 16:28:55 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Dec 04 10:58:24 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213506-23413>; Thu, 4 Dec
2003 13:28:35 -0500
Received: from vl208-72.vmlocal.com ([216.21.208.72]) by ams.ftl.affinity.com
with ESMTP id <214162-23415>; Thu, 4 Dec 2003 13:27:12 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-72.vmlocal.com with SMTP; 04 Dec 2003 12:27:11 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 211498
From: Online Personals <OnlinePersonalAds@vmlocal.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Personals <OnlinePersonalAds211498@vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec4.132712-0500_est.214162-23415+25280@ams.ftl.affinity.com>
Date:Thu, 4 Dec 2003 13:27:12 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 03 07:10:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2715112-24516>; Wed, 3 Dec 2003 10:04:06 -0500
Received: from vl208-45.vmlocal.com ([216.21.208.45]) by ams.ftl.affinity.com
with ESMTP id <2715117-24523>; Wed, 3 Dec 2003 10:03:29 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-45.vmlocal.com with SMTP; 03 Dec 2003 09:03:29 -0600
X-ClientHost: 106097109101115064103111114100111101191111141071150460991111109
X-MailingID: 210844
From: Online Personals <OnlinePersonalAds@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Personals <OnlinePersonalAds210844@vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec3.100329-0500_est.2715117-24523+6984@ams.ftl.affinity.com>
Date:Wed, 3 Dec 2003 10:03:29 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 02 20:29:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222248-5072>; Tue, 2 Dec 2003 21:12:15 -0500
Received: from vl208-70.vmlocal.com ([216.21.208.70]) by ams.ftl.affinity.com
with ESMTP id <225613-5072>; Tue, 2 Dec 2003 21:11:14 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-70.vmlocal.com with SMTP; 02 Dec 2003 20:11:13 -0600
X-ClientHost: 1060971210641031111410011111011911111410711504609911109
X-MailingID: 210137
From: Online Personals <OnlinePersonalAds@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Personals <OnlinePersonalAds210137@vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec2.211114-0500_est.225613-5072+2380@ams.ftl.affinity.com>
Date:Tue, 2 Dec 2003 21:11:13 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Nov 26 08:59:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213620-3802>; Wed, 26 Nov 2003 10:18:51 -0500
Received: from vl208-65.vmlocal.com ([216.21.208.65]) by ams.ftl.affinity.com
with ESMTP id <215350-3799>; Wed, 26 Nov 2003 10:17:39 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-65.vmlocal.com with SMTP; 26 Nov 2003 09:17:38 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 206071
From: Online Personals <OnlinePersonalAds@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Personals <OnlinePersonalAds206071@vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.101739-0500_est.215350-3799+3413@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 10:17:39 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Nov 25 12:05:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <221999-32484>; Tue, 25 Nov
2003 13:13:09 -0500
Received: from vl208-40.vmlocal.com ([216.21.208.40]) by ams.ftl.affinity.com
with ESMTP id <216590-32483>; Tue, 25 Nov 2003 13:12:16 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-40.vmlocal.com with SMTP; 25 Nov 2003 12:11:28 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 205385
From: Online Personals <OnlinePersonalAds@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Personals <OnlinePersonalAds205385@vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov25.131216-0500_est.216590-32483+9333@ams.ftl.affinity.com>
Date:Tue, 25 Nov 2003 13:12:16 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Nov 25 12:05:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <221865-32484>; Tue, 25 Nov 2003 13:13:09 -0500
Received: from vl208-40.vmlocal.com ([216.21.208.40]) by ams.ftl.affinity.com
with ESMTP id <221833-32483>; Tue, 25 Nov 2003 13:12:08 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-40.vmlocal.com with SMTP; 25 Nov 2003 12:11:28 -0600
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 205385
From: Online Personals <OnlinePersonalAds@vmlocal.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Personals <OnlinePersonalAds205385@vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov25.131208-0500_est.221833-32483+9332@ams.ftl.affinity.com>
Date:Tue, 25 Nov 2003 13:12:07 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Nov 24 16:19:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217942-20036>; Mon, 24 Nov 2003 12:52:47 -0500
Received: from vl208-59.vmlocal.com ([216.21.208.59]) by ams.ftl.affinity.com
with ESMTP id <218142-793>; Mon, 24 Nov 2003 12:51:38 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-59.vmlocal.com with SMTP; 24 Nov 2003 11:51:29 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 204669
From: Online Personals <OnlinePersonalAds@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Personals <OnlinePersonalAds204669@vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov24.125138-0500_est.218142-793+24307@ams.ftl.affinity.com>
Date:Mon, 24 Nov 2003 12:51:38 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 23 09:30:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216061-12002>; Sun, 23 Nov 2003 11:48:57 -0500
Received: from vl208-39.vmlocal.com ([216.21.208.39]) by ams.ftl.affinity.com
with ESMTP id <217763-12000>; Sun, 23 Nov 2003 11:48:18 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-39.vmlocal.com with SMTP; 23 Nov 2003 10:48:09 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 203996
From: Online Personals <OnlinePersonalAds@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Personals <OnlinePersonalAds203996@vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov23.114818-0500_est.217763-12000+23505@ams.ftl.affinity.com>
Date:Sun, 23 Nov 2003 11:48:17 -0500

