Gordon v. Virtumundo Inc et al                                                                                                    Doc. 6

**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Dockets.Justia.com

From ???@??? Sun Jan 11 16:58:28 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <325292-1001>; Sun, 11 Jan 2004 19:41:17 -0500
Received: from vm217-240.vmlocal.com ([216.21.217.240]) by
ams.ftl.affinity.com with ESMTP id <325332-1005>; Sun, 11 Jan 2004 19:40:30
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm217-240.vmlocal.com with SMTP; 11 Jan 2004 18:40:26 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 239761
From: Online Personals <OnlinePersonalAds@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Online Personals <OnlinePersonalAds239761@vmlocal.com>
Subject: It's Like an Online Singles Bar!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan11.194030-0500_est.325332-1005+2354@ams.ftl.affinity.com>
Date:Sun, 11 Jan 2004 19:40:27 -0500



There's no better way to find the perfect match than with these personal
links. Whether you're looking for a knight in shining armor, or a fair maiden,
these personal ads can put you in touch with thousands of potential perfect

**mates!**

---



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Nov 28 18:52:34 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222255-8567>; Fri, 28 Nov 2003 21:47:57 -0500
Received: from vm109.vmadmin.com ([216.64.222.109]) by ams.ftl.affinity.com
with ESMTP id <222256-8567>; Fri, 28 Nov 2003 21:46:30 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 28 Nov 2003 20:38:29 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 207774
From: Online Prescription <OnlinePrescriptionMedication@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription
<OnlinePrescriptionMedication207774@replies.virtumundo.com>
Subject: Low cost medication - no prescription needed
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov28.214630-0500_est.222256-8567+37605@ams.ftl.affinity.com>
Date:Fri, 28 Nov 2003 21:46:29 -0500
```

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Nov 28 18:52:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <221237-8562>; Fri, 28 Nov 2003 21:47:17 -0500
Received: from vm109.vmadmin.com ([216.64.222.109]) by ams.ftl.affinity.com
with ESMTP id <220637-8564>; Fri, 28 Nov 2003 21:46:20 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 28 Nov 2003 20:38:29 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 207774
From: Online Prescription <OnlinePrescriptionMedication@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription
<OnlinePrescriptionMedication207774@replies.virtumundo.com>
Subject: Low cost medication - no prescription needed
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov28.214620-0500_est.220637-8564+37892@ams.ftl.affinity.com>
Date:Fri, 28 Nov 2003 21:46:20 -0500

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Nov 28 18:52:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214765-8559>; Fri, 28 Nov 2003 21:47:16 -0500
Received: from vm109.vmadmin.com ([216.64.222.109]) by ams.ftl.affinity.com
with ESMTP id <221525-8559>; Fri, 28 Nov 2003 21:46:16 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 28 Nov 2003 20:38:29 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 207774
From: Online Prescription <OnlinePrescriptionMedication@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription
<OnlinePrescriptionMedication207774@replies.virtumundo.com>
Subject: Low cost medication - no prescription needed
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov28.214616-0500_est.221525-8559+37458@ams.ftl.affinity.com>
Date:Fri, 28 Nov 2003 21:46:16 -0500
```

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Nov 28 18:52:32 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215515-8563>; Fri, 28 Nov 2003 21:46:42 -0500
Received: from vm109.vmadmin.com ([216.64.222.109]) by ams.ftl.affinity.com
with ESMTP id <218276-8569>; Fri, 28 Nov 2003 21:45:57 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 28 Nov 2003 20:38:29 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 207774
From: Online Prescription <OnlinePrescriptionMedication@vmadmin.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription
<OnlinePrescriptionMedication207774@replies.virtumundo.com>
Subject: Low cost medication - no prescription needed
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov28.214557-0500_est.218276-8569+38091@ams.ftl.affinity.com>
Date:Fri, 28 Nov 2003 21:45:56 -0500
```

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Nov 28 18:52:34 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <222493-8567>; Fri, 28 Nov
2003 21:47:57 -0500
Received: from vm109.vmadmin.com ([216.64.222.109]) by ams.ftl.affinity.com
with ESMTP id <222290-8566>; Fri, 28 Nov 2003 21:46:40 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm109.vmadmin.com with SMTP; 28 Nov 2003 20:38:29 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 207774
From: Online Prescription <OnlinePrescriptionMedication@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription
<OnlinePrescriptionMedication207774@replies.virtumundo.com>
Subject: Low cost medication - no prescription needed
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov28.214640-0500_est.222290-8566+37210@ams.ftl.affinity.com>
Date:Fri, 28 Nov 2003 21:46:40 -0500

If you cannot see this email  Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Oct 09 08:27:20 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213698-5268>; Thu, 9 Oct 2003 10:25:02 -0400
Received: from vm137.vmadmin.com ([216.64.222.137]) by ams.ftl.affinity.com
with ESMTP id <213317-5279>; Thu, 9 Oct 2003 10:20:50 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm137.vmadmin.com with SMTP; 09 Oct 2003 09:20:49 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 157236
From: Online Prescription Medication
<OnlinePrescriptionMedication157236@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication157236@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct9.102050-0400_edt.213317-5279+3228@ams.ftl.affinity.com>
Date:Thu, 9 Oct 2003 10:20:50 -0400
```

If you cannot see this email Click Here.





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Oct 14 08:45:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <267110-14318>; Tue, 14 Oct 2003 05:28:46 -0400
Received: from vm137.vmadmin.com ([216.64.222.137]) by ams.ftl.affinity.com
with ESMTP id <269254-14309>; Tue, 14 Oct 2003 05:27:07 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm137.vmadmin.com with SMTP; 14 Oct 2003 04:27:04 -0500
X-ClientHost:
10609710910510809706410311111410011111101191111141071150460991111109
X-MailingID: 162493
From: Online Prescription Medication
<OnlinePrescriptionMedication162493@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+162493@virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct14.052707-0400_edt.269254-14309+12020@ams.ftl.affinity.com>
Date:Tue, 14 Oct 2003 05:27:07 -0400
```

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Oct 14 08:45:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <267189-14318>; Tue, 14 Oct 2003 05:28:46 -0400
Received: from vm137.vmadmin.com ([216.64.222.137]) by ams.ftl.affinity.com
with ESMTP id <269280-14268>; Tue, 14 Oct 2003 05:27:08 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm137.vmadmin.com with SMTP; 14 Oct 2003 04:27:04 -0500
X-ClientHost: 1060971210641031111410011110119111114107115046099111109
X-MailingID: 162493
From: Online Prescription Medication
<OnlinePrescriptionMedication162493@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+162493@virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct14.052708-0400_edt.269280-14268+10845@ams.ftl.affinity.com>
Date:Tue, 14 Oct 2003 05:27:07 -0400
```

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Oct 14 08:45:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <268728-14318>; Tue, 14 Oct 2003 05:28:46 -0400
Received: from vm137.vmadmin.com ([216.64.222.137]) by ams.ftl.affinity.com
with ESMTP id <268883-14255>; Tue, 14 Oct 2003 05:27:07 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm137.vmadmin.com with SMTP; 14 Oct 2003 04:27:04 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 162493
From: Online Prescription Medication
<OnlinePrescriptionMedication162493@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+162493@virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct14.052707-0400_edt.268883-14255+11214@ams.ftl.affinity.com>
Date:Tue, 14 Oct 2003 05:27:07 -0400
```

If you cannot see this email Click Here.



    You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Oct 14 08:42:44 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <266489-11403>; Tue, 14 Oct 2003 03:37:46 -0400
Received: from vm217.vmadmin.com ([216.64.222.217]) by ams.ftl.affinity.com
with ESMTP id <220454-11402>; Tue, 14 Oct 2003 03:36:08 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm217.vmadmin.com with SMTP; 14 Oct 2003 02:36:04 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 162493
From: Online Prescription Medication
<OnlinePrescriptionMedication162493@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication162493@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct14.033608-0400_edt.220454-11402+51130@ams.ftl.affinity.com>
Date:Tue, 14 Oct 2003 03:36:07 -0400

If you cannot see this email Click Here.



    You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Oct 14 08:45:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <268863-14318>; Tue, 14 Oct
2003 05:28:46 -0400
Received: from vm137.vmadmin.com ([216.64.222.137]) by ams.ftl.affinity.com
with ESMTP id <266156-14319>; Tue, 14 Oct 2003 05:27:08 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm137.vmadmin.com with SMTP; 14 Oct 2003 04:27:04 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 162493
From: Online Prescription Medication
<OnlinePrescriptionMedication162493@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+162493@virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct14.052708-0400_edt.266156-14319+11068@ams.ftl.affinity.com>
Date:Tue, 14 Oct 2003 05:27:08 -0400

If you cannot see this email  Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Oct 21 07:06:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <221201-1074>; Tue, 21 Oct
2003 05:13:32 -0400
Received: from vm217.vmadmin.com ([216.64.222.217]) by ams.ftl.affinity.com
with ESMTP id <232813-1077>; Tue, 21 Oct 2003 04:57:03 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm217.vmadmin.com with SMTP; 21 Oct 2003 03:55:50 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 169803
From: Online Prescription Medication
<OnlinePrescriptionMedication169803@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication169803@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct21.045703-0400_edt.232813-1077+17639@ams.ftl.affinity.com>
Date:Tue, 21 Oct 2003 04:56:59 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Oct 21 07:06:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <221105-1082>; Tue, 21 Oct 2003 05:13:32 -0400
Received: from vm217.vmadmin.com ([216.64.222.217]) by ams.ftl.affinity.com
with ESMTP id <216700-1074>; Tue, 21 Oct 2003 04:57:02 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm217.vmadmin.com with SMTP; 21 Oct 2003 03:55:50 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 169803
From: Online Prescription Medication
<OnlinePrescriptionMedication169803@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication169803@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct21.045702-0400_edt.216700-1074+17436@ams.ftl.affinity.com>
Date:Tue, 21 Oct 2003 04:56:58 -0400



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Oct 21 07:06:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <582741-1078>; Tue, 21 Oct 2003 04:58:32 -0400
Received: from vm143.vmadmin.com ([216.64.222.143]) by ams.ftl.affinity.com
with ESMTP id <584135-1080>; Tue, 21 Oct 2003 04:55:55 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm143.vmadmin.com with SMTP; 21 Oct 2003 03:55:50 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 169803
From: Online Prescription Medication
<OnlinePrescriptionMedication169803@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication169803@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct21.045555-0400_edt.584135-1080+11435@ams.ftl.affinity.com>
Date:Tue, 21 Oct 2003 04:55:54 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Oct 21 07:03:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <584804-1078>; Tue, 21 Oct 2003 04:58:33 -0400
Received: from vm143.vmadmin.com ([216.64.222.143]) by ams.ftl.affinity.com
with ESMTP id <582296-1080>; Tue, 21 Oct 2003 04:55:53 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm143.vmadmin.com with SMTP; 21 Oct 2003 03:55:50 -0500
X-ClientHost: 10209712110106410311111410011110119111114107115046099111109
X-MailingID: 169803
From: Online Prescription Medication
<OnlinePrescriptionMedication169803@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication169803@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct21.045553-0400_edt.582296-1080+11434@ams.ftl.affinity.com>
Date:Tue, 21 Oct 2003 04:55:53 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Oct 21 07:06:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221303-1076>; Tue, 21 Oct 2003 05:13:33 -0400
Received: from vm217.vmadmin.com ([216.64.222.217]) by ams.ftl.affinity.com
with ESMTP id <219891-1078>; Tue, 21 Oct 2003 04:57:03 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm217.vmadmin.com with SMTP; 21 Oct 2003 03:55:50 -0500
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 169803
From: Online Prescription Medication
<OnlinePrescriptionMedication169803@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication169803@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct21.045703-0400_edt.219891-1078+17846@ams.ftl.affinity.com>
Date:Tue, 21 Oct 2003 04:56:59 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 24 08:43:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <232386-1065>; Fri, 24 Oct 2003 03:34:09 -0400
Received: from vm216.vmadmin.com ([216.64.222.216]) by ams.ftl.affinity.com
with ESMTP id <228751-1072>; Fri, 24 Oct 2003 03:32:33 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm216.vmadmin.com with SMTP; 24 Oct 2003 02:29:57 -0500
X-ClientHost:
1060971091051080970641031111141001111101191111141071150460991111109
X-MailingID: 172851
From: Online Prescription Medication
<OnlinePrescriptionMedication172851@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication172851@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct24.033233-0400_edt.228751-1072+8823@ams.ftl.affinity.com>
Date:Fri, 24 Oct 2003 03:32:33 -0400
```







**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 24 08:43:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <232345-1065>; Fri, 24 Oct 2003 03:34:09 -0400
Received: from vm216.vmadmin.com ([216.64.222.216]) by ams.ftl.affinity.com
with ESMTP id <232430-1059>; Fri, 24 Oct 2003 03:32:34 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm216.vmadmin.com with SMTP; 24 Oct 2003 02:29:57 -0500
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 172851
From: Online Prescription Medication
<OnlinePrescriptionMedication172851@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication172851@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct24.033234-0400_edt.232430-1059+8433@ams.ftl.affinity.com>
Date:Fri, 24 Oct 2003 03:32:33 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Oct 24 08:43:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <232388-1065>; Fri, 24 Oct 2003 03:34:09 -0400
Received: from vm216.vmadmin.com ([216.64.222.216]) by ams.ftl.affinity.com
with ESMTP id <232386-1062>; Fri, 24 Oct 2003 03:32:32 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm216.vmadmin.com with SMTP; 24 Oct 2003 02:29:57 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 172851
From: Online Prescription Medication
<OnlinePrescriptionMedication172851@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication172851@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct24.033232-0400_edt.232386-1062+9135@ams.ftl.affinity.com>
Date:Fri, 24 Oct 2003 03:32:32 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to <u>http://www.virtumundo.com/unsub</u> or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 24 08:43:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219071-1065>; Fri, 24 Oct 2003 03:34:09 -0400
Received: from vm216.vmadmin.com ([216.64.222.216]) by ams.ftl.affinity.com
with ESMTP id <232345-1059>; Fri, 24 Oct 2003 03:32:30 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm216.vmadmin.com with SMTP; 24 Oct 2003 02:29:57 -0500
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 172851
From: Online Prescription Medication
<OnlinePrescriptionMedication172851@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication172851@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct24.033230-0400_edt.232345-1059+8432@ams.ftl.affinity.com>
Date:Fri, 24 Oct 2003 03:32:30 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 24 08:43:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <232430-1067>; Fri, 24 Oct
2003 03:34:10 -0400
Received: from vm216.vmadmin.com ([216.64.222.216]) by ams.ftl.affinity.com
with ESMTP id <227007-1072>; Fri, 24 Oct 2003 03:32:36 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm216.vmadmin.com with SMTP; 24 Oct 2003 02:29:57 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 172851
From: Online Prescription Medication
<OnlinePrescriptionMedication172851@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication172851@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct24.033236-0400_edt.227007-1072+8826@ams.ftl.affinity.com>
Date:Fri, 24 Oct 2003 03:32:35 -0400
```







**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Oct 28 08:21:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <469149-31886>; Tue, 28 Oct 2003 04:32:44 -0500
Received: from vm131.vmadmin.com ([216.64.222.131]) by ams.ftl.affinity.com
with ESMTP id <723740-31880>; Tue, 28 Oct 2003 04:31:50 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm131.vmadmin.com with SMTP; 28 Oct 2003 03:31:38 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 178241
From: Online Prescription Medication
<OnlinePrescriptionMedication178241@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication178241@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct28.043150-0500_est.723740-31880+14920@ams.ftl.affinity.com>
Date:Tue, 28 Oct 2003 04:31:50 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent

```
From ???@??? Tue Oct 28 08:21:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <723441-31886>; Tue, 28 Oct 2003 04:32:44 -0500
Received: from vm131.vmadmin.com ([216.64.222.131]) by ams.ftl.affinity.com
with ESMTP id <723457-31889>; Tue, 28 Oct 2003 04:31:48 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm131.vmadmin.com with SMTP; 28 Oct 2003 03:31:38 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 178241
From: Online Prescription Medication
<OnlinePrescriptionMedication178241@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication178241@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct28.043148-0500_est.723457-31889+14831@ams.ftl.affinity.com>
Date:Tue, 28 Oct 2003 04:31:48 -0500
```







**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent

```
From ???@??? Tue Oct 28 08:21:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <722433-31886>; Tue, 28 Oct 2003 04:32:44 -0500
Received: from vm131.vmadmin.com ([216.64.222.131]) by ams.ftl.affinity.com
with ESMTP id <213554-31887>; Tue, 28 Oct 2003 04:31:48 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm131.vmadmin.com with SMTP; 28 Oct 2003 03:31:38 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 178241
From: Online Prescription Medication
<OnlinePrescriptionMedication178241@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication178241@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct28.043148-0500_est.213554-31887+15062@ams.ftl.affinity.com>
Date:Tue, 28 Oct 2003 04:31:47 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent

```
From ???@??? Tue Oct 28 08:21:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <723798-31886>; Tue, 28 Oct 2003 04:32:45 -0500
Received: from vm131.vmadmin.com ([216.64.222.131]) by ams.ftl.affinity.com
with ESMTP id <722425-31886>; Tue, 28 Oct 2003 04:31:46 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm131.vmadmin.com with SMTP; 28 Oct 2003 03:31:38 -0600
X-ClientHost: 10209712110106410311111410011110119111114107115046099111109
X-MailingID: 178241
From: Online Prescription Medication
<OnlinePrescriptionMedication178241@vmadmin.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication178241@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct28.043146-0500_est.722425-31886+14700@ams.ftl.affinity.com>
Date:Tue, 28 Oct 2003 04:31:43 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent

From ???@??? Tue Oct 28 08:21:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <240546-2710>; Tue, 28 Oct
2003 04:33:32 -0500
Received: from vm138.vmadmin.com ([216.64.222.138]) by ams.ftl.affinity.com
with ESMTP id <4396949-2709>; Tue, 28 Oct 2003 04:32:52 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm138.vmadmin.com with SMTP; 28 Oct 2003 03:31:38 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 178241
From: Online Prescription Medication
<OnlinePrescriptionMedication178241@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication178241@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct28.043252-0500_est.4396949-2709+31618@ams.ftl.affinity.com>
Date:Tue, 28 Oct 2003 04:32:52 -0500







**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**
Message sent

```
From ???@??? Thu Oct 30 08:06:54 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <218851-17932>; Thu, 30 Oct 2003 07:32:51 -0500
Received: from vm216.vmadmin.com ([216.64.222.216]) by ams.ftl.affinity.com
with ESMTP id <222447-17936>; Thu, 30 Oct 2003 07:32:08 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm216.vmadmin.com with SMTP; 30 Oct 2003 06:32:05 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 183449
From: Online Prescription Medication
<OnlinePrescriptionMedication183449@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication183449@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct30.073208-0500_est.222447-17936+32985@ams.ftl.affinity.com>
Date:Thu, 30 Oct 2003 07:32:08 -0500
```

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.
Message sent Thu Oct 30 06:21:06 CST 2003

From ???@??? Thu Oct 30 08:06:54 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218979-17932>; Thu, 30 Oct 2003 07:32:51 -0500
Received: from vm216.vmadmin.com ([216.64.222.216]) by ams.ftl.affinity.com
with ESMTP id <222457-17941>; Thu, 30 Oct 2003 07:32:09 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm216.vmadmin.com with SMTP; 30 Oct 2003 06:32:05 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 183449
From: Online Prescription Medication
<OnlinePrescriptionMedication183449@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication183449@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct30.073209-0500_est.222457-17941+32847@ams.ftl.affinity.com>
Date:Thu, 30 Oct 2003 07:32:08 -0500

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

Message sent Thu Oct 30 06:21:06 CST 2003

From ???@??? Thu Oct 30 08:06:54 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218212-17932>; Thu, 30 Oct 2003 07:32:51 -0500
Received: from vm216.vmadmin.com ([216.64.222.216]) by ams.ftl.affinity.com
with ESMTP id <222413-17936>; Thu, 30 Oct 2003 07:32:08 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm216.vmadmin.com with SMTP; 30 Oct 2003 06:32:05 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 183449
From: Online Prescription Medication
<OnlinePrescriptionMedication183449@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication183449@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct30.073208-0500_est.222413-17936+32984@ams.ftl.affinity.com>
Date:Thu, 30 Oct 2003 07:32:08 -0500

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.
Message sent Thu Oct 30 06:21:06 CST 2003

From ???@??? Thu Oct 30 08:06:54 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218203-17932>; Thu, 30 Oct 2003 07:32:51 -0500
Received: from vm216.vmadmin.com ([216.64.222.216]) by ams.ftl.affinity.com
with ESMTP id <222409-17933>; Thu, 30 Oct 2003 07:32:08 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm216.vmadmin.com with SMTP; 30 Oct 2003 06:32:05 -0600
X-ClientHost: 10209712110106410311111410011110119111114107115046099111109
X-MailingID: 183449
From: Online Prescription Medication
<OnlinePrescriptionMedication183449@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication183449@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct30.073208-0500_est.222409-17933+33157@ams.ftl.affinity.com>
Date:Thu, 30 Oct 2003 07:32:07 -0500

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

Message sent Thu Oct 30 06:21:06 CST 2003

From ???@??? Thu Oct 30 08:06:54 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <218985-17932>; Thu, 30 Oct
2003 07:32:51 -0500
Received: from vm216.vmadmin.com ([216.64.222.216]) by ams.ftl.affinity.com
with ESMTP id <222460-17933>; Thu, 30 Oct 2003 07:32:10 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm216.vmadmin.com with SMTP; 30 Oct 2003 06:32:05 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 183449
From: Online Prescription Medication
<OnlinePrescriptionMedication183449@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication183449@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct30.073210-0500_est.222460-17933+33158@ams.ftl.affinity.com>
Date:Thu, 30 Oct 2003 07:32:09 -0500

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

Message sent Thu Oct 30 06:21:06 CST 2003

```
From ???@??? Tue Nov 04 07:50:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214378-14874>; Tue, 4 Nov 2003 04:26:29 -0500
Received: from vm219.vmadmin.com ([216.64.222.219]) by ams.ftl.affinity.com
with ESMTP id <219397-14873>; Tue, 4 Nov 2003 04:25:47 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm219.vmadmin.com with SMTP; 04 Nov 2003 03:25:42 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 188509
From: Online Prescription Medication
<OnlinePrescriptionMedication188509@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication188509@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov4.042547-0500_est.219397-14873+9335@ams.ftl.affinity.com>
Date:Tue, 4 Nov 2003 04:25:47 -0500
```

If you cannot see this email **Click Here.**



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Nov 04 07:50:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213877-14867>; Tue, 4 Nov 2003 04:26:29 -0500
Received: from vm219.vmadmin.com ([216.64.222.219]) by ams.ftl.affinity.com
with ESMTP id <219386-14869>; Tue, 4 Nov 2003 04:25:47 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm219.vmadmin.com with SMTP; 04 Nov 2003 03:25:42 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 188509
From: Online Prescription Medication
<OnlinePrescriptionMedication188509@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication188509@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov4.042547-0500_est.219386-14869+9294@ams.ftl.affinity.com>
Date:Tue, 4 Nov 2003 04:25:46 -0500
```

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Nov 04 07:50:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217483-14869>; Tue, 4 Nov 2003 04:26:29 -0500
Received: from vm219.vmadmin.com ([216.64.222.219]) by ams.ftl.affinity.com
with ESMTP id <214378-14868>; Tue, 4 Nov 2003 04:25:47 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm219.vmadmin.com with SMTP; 04 Nov 2003 03:25:42 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 188509
From: Online Prescription Medication
<OnlinePrescriptionMedication188509@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication188509@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov4.042547-0500_est.214378-14868+9501@ams.ftl.affinity.com>
Date:Tue, 4 Nov 2003 04:25:46 -0500
```

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Nov 04 07:50:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217863-14867>; Tue, 4 Nov 2003 04:26:29 -0500
Received: from vm219.vmadmin.com ([216.64.222.219]) by ams.ftl.affinity.com
with ESMTP id <213877-14876>; Tue, 4 Nov 2003 04:25:45 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm219.vmadmin.com with SMTP; 04 Nov 2003 03:25:42 -0600
X-ClientHost: 10209712110106410311111410011110119111114107115046099111109
X-MailingID: 188509
From: Online Prescription Medication
<OnlinePrescriptionMedication188509@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication188509@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov4.042545-0500_est.213877-14876+9501@ams.ftl.affinity.com>
Date:Tue, 4 Nov 2003 04:25:44 -0500

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Nov 04 07:50:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <218910-14875>; Tue, 4 Nov
2003 04:26:29 -0500
Received: from vm219.vmadmin.com ([216.64.222.219]) by ams.ftl.affinity.com
with ESMTP id <219516-14867>; Tue, 4 Nov 2003 04:25:48 -0500
Received: from vmadmin.com (192.168.3.11)
    by vm219.vmadmin.com with SMTP; 04 Nov 2003 03:25:42 -0600
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 188509
From: Online Prescription Medication
<OnlinePrescriptionMedication188509@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication188509@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov4.042548-0500_est.219516-14867+9556@ams.ftl.affinity.com>
Date:Tue, 4 Nov 2003 04:25:48 -0500

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Nov 08 15:24:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215293-5958>; Sat, 8 Nov 2003
18:11:31 -0500
Received: from vm213.vmadmin.com ([216.64.222.213]) by ams.ftl.affinity.com
with ESMTP id <212926-5961>; Sat, 8 Nov 2003 18:10:53 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm213.vmadmin.com with SMTP; 08 Nov 2003 17:10:04 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 192004
From: Online Prescription Medication
<OnlinePrescriptionMedication192004@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication192004@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov8.181053-0500_est.212926-5961+25992@ams.ftl.affinity.com>
Date:Sat, 8 Nov 2003 18:10:51 -0500

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Nov 08 15:24:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <215287-5963>; Sat, 8 Nov 2003 18:11:31 -0500
Received: from vm213.vmadmin.com ([216.64.222.213]) by ams.ftl.affinity.com
with ESMTP id <215378-5958>; Sat, 8 Nov 2003 18:10:51 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm213.vmadmin.com with SMTP; 08 Nov 2003 17:10:04 -0600
X-ClientHost:
106097109105108097064103111141001111101191111141071150460991111109
X-MailingID: 192004
From: Online Prescription Medication
<OnlinePrescriptionMedication192004@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication192004@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov8.181051-0500_est.215378-5958+25543@ams.ftl.affinity.com>
Date:Sat, 8 Nov 2003 18:10:50 -0500

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Nov 08 15:24:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215224-5959>; Sat, 8 Nov 2003 18:11:31 -0500
Received: from vm213.vmadmin.com ([216.64.222.213]) by ams.ftl.affinity.com
with ESMTP id <216185-5962>; Sat, 8 Nov 2003 18:10:50 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm213.vmadmin.com with SMTP; 08 Nov 2003 17:10:04 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 192004
From: Online Prescription Medication
<OnlinePrescriptionMedication192004@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication192004@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov8.181050-0500_est.216185-5962+25326@ams.ftl.affinity.com>
Date:Sat, 8 Nov 2003 18:10:46 -0500

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Nov 08 15:24:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214344-5961>; Sat, 8 Nov 2003 18:11:31 -0500
Received: from vm213.vmadmin.com ([216.64.222.213]) by ams.ftl.affinity.com
with ESMTP id <215617-5960>; Sat, 8 Nov 2003 18:10:40 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm213.vmadmin.com with SMTP; 08 Nov 2003 17:10:04 -0600
X-ClientHost: 10209712110106410311111410011110119111114107115046099111109
X-MailingID: 192004
From: Online Prescription Medication
<OnlinePrescriptionMedication192004@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication192004@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov8.181040-0500_est.215617-5960+26162@ams.ftl.affinity.com>
Date:Sat, 8 Nov 2003 18:10:40 -0500

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Nov 08 15:24:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215452-5962>; Sat, 8 Nov 2003 18:11:31 -0500
Received: from vm213.vmadmin.com ([216.64.222.213]) by ams.ftl.affinity.com
with ESMTP id <213736-5963>; Sat, 8 Nov 2003 18:10:51 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm213.vmadmin.com with SMTP; 08 Nov 2003 17:10:04 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 192004
From: Online Prescription Medication
<OnlinePrescriptionMedication192004@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication192004@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov8.181051-0500_est.213736-5963+25778@ams.ftl.affinity.com>
Date:Sat, 8 Nov 2003 18:10:51 -0500

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Nov 18 08:44:37 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <224280-20829>; Tue, 18 Nov 2003 06:48:28 -0500
Received: from vm211.vmadmin.com ([216.64.222.211]) by ams.ftl.affinity.com
with ESMTP id <224738-20836>; Tue, 18 Nov 2003 06:48:00 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm211.vmadmin.com with SMTP; 18 Nov 2003 05:47:33 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 199918
From: Online Prescription Medication
<OnlinePrescriptionMedication199918@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication199918@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov18.064800-0500_est.224738-20836+51922@ams.ftl.affinity.com>
Date:Tue, 18 Nov 2003 06:48:00 -0500
```

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Nov 18 08:44:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <224481-20829>; Tue, 18 Nov 2003 06:48:28 -0500
Received: from vm211.vmadmin.com ([216.64.222.211]) by ams.ftl.affinity.com
with ESMTP id <224747-20829>; Tue, 18 Nov 2003 06:48:02 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm211.vmadmin.com with SMTP; 18 Nov 2003 05:47:33 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 199918
From: Online Prescription Medication
<OnlinePrescriptionMedication199918@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication199918@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov18.064802-0500_est.224747-20829+50752@ams.ftl.affinity.com>
Date:Tue, 18 Nov 2003 06:48:00 -0500
```

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Nov 18 08:44:37 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <224168-20818>; Tue, 18 Nov 2003 06:48:28 -0500
Received: from vm211.vmadmin.com ([216.64.222.211]) by ams.ftl.affinity.com
with ESMTP id <224553-20829>; Tue, 18 Nov 2003 06:48:00 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm211.vmadmin.com with SMTP; 18 Nov 2003 05:47:33 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 199918
From: Online Prescription Medication
<OnlinePrescriptionMedication199918@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication199918@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov18.064800-0500_est.224553-20829+50751@ams.ftl.affinity.com>
Date:Tue, 18 Nov 2003 06:47:59 -0500
```

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Nov 18 08:44:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <224129-20826>; Tue, 18 Nov 2003 06:48:28 -0500
Received: from vm211.vmadmin.com ([216.64.222.211]) by ams.ftl.affinity.com
with ESMTP id <224510-20836>; Tue, 18 Nov 2003 06:48:00 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm211.vmadmin.com with SMTP; 18 Nov 2003 05:47:33 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 199918
From: Online Prescription Medication
<OnlinePrescriptionMedication199918@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication199918@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov18.064800-0500_est.224510-20836+51921@ams.ftl.affinity.com>
Date:Tue, 18 Nov 2003 06:47:58 -0500

If you cannot see this email Click Here.



    You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Nov 18 08:44:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <224291-20824>; Tue, 18 Nov
2003 06:48:28 -0500
Received: from vm211.vmadmin.com ([216.64.222.211]) by ams.ftl.affinity.com
with ESMTP id <224746-20829>; Tue, 18 Nov 2003 06:48:02 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm211.vmadmin.com with SMTP; 18 Nov 2003 05:47:33 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 199918
From: Online Prescription Medication
<OnlinePrescriptionMedication199918@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication199918@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov18.064802-0500_est.224746-20829+50755@ams.ftl.affinity.com>
Date:Tue, 18 Nov 2003 06:48:02 -0500

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Nov 24 09:31:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <225102-24918>; Mon, 24 Nov 2003 09:56:24 -0500
Received: from vm091.vmadmin.com ([216.64.222.91]) by ams.ftl.affinity.com
with ESMTP id <225432-24919>; Mon, 24 Nov 2003 09:56:03 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm091.vmadmin.com with SMTP; 24 Nov 2003 08:50:17 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 204699
From: Online Prescription Medication
<OnlinePrescriptionMedication@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication204699@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov24.095603-0500_est.225432-24919+6079@ams.ftl.affinity.com>
Date:Mon, 24 Nov 2003 09:56:02 -0500

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Nov 24 09:31:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <224748-24926>; Mon, 24 Nov 2003 09:56:24 -0500
Received: from vm091.vmadmin.com ([216.64.222.91]) by ams.ftl.affinity.com
with ESMTP id <226505-24927>; Mon, 24 Nov 2003 09:55:59 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm091.vmadmin.com with SMTP; 24 Nov 2003 08:50:17 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 204699
From: Online Prescription Medication
<OnlinePrescriptionMedication@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication204699@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov24.095559-0500_est.226505-24927+6649@ams.ftl.affinity.com>
Date:Mon, 24 Nov 2003 09:55:59 -0500
```

If you cannot see this email  Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Nov 24 09:31:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <226334-24925>; Mon, 24 Nov 2003 09:56:10 -0500
Received: from vm091.vmadmin.com ([216.64.222.91]) by ams.ftl.affinity.com
with ESMTP id <226145-24922>; Mon, 24 Nov 2003 09:55:11 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm091.vmadmin.com with SMTP; 24 Nov 2003 08:50:17 -0600
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 204699
From: Online Prescription Medication
<OnlinePrescriptionMedication@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication204699@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov24.095511-0500_est.226145-24922+6364@ams.ftl.affinity.com>
Date:Mon, 24 Nov 2003 09:55:10 -0500
```

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Nov 24 09:31:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <225679-24926>; Mon, 24 Nov 2003 09:52:13 -0500
Received: from vm091.vmadmin.com ([216.64.222.91]) by ams.ftl.affinity.com
with ESMTP id <225836-24923>; Mon, 24 Nov 2003 09:51:25 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm091.vmadmin.com with SMTP; 24 Nov 2003 08:50:17 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 204699
From: Online Prescription Medication
<OnlinePrescriptionMedication@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication204699@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov24.095125-0500_est.225836-24923+6234@ams.ftl.affinity.com>
Date:Mon, 24 Nov 2003 09:51:24 -0500
```

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Nov 24 09:31:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <226073-24925>; Mon, 24 Nov
2003 09:56:58 -0500
Received: from vm091.vmadmin.com ([216.64.222.91]) by ams.ftl.affinity.com
with ESMTP id <226011-24926>; Mon, 24 Nov 2003 09:56:12 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm091.vmadmin.com with SMTP; 24 Nov 2003 08:50:17 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 204699
From: Online Prescription Medication
<OnlinePrescriptionMedication.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptionMedication204699@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov24.095612-0500_est.226011-24926+6105@ams.ftl.affinity.com>
Date:Mon, 24 Nov 2003 09:56:11 -0500

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Sep 15 08:01:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <230331-22589>; Mon, 15 Sep 2003 03:56:10 -0400
Received: from vt08.vtarget.com ([216.64.222.8]) by ams.ftl.affinity.com with
ESMTP id <229355-22584>; Mon, 15 Sep 2003 03:55:19 -0400
Received: from vtarget.com (192.168.3.10)
  by vt08.vtarget.com with SMTP; 15 Sep 2003 02:55:18 -0500
X-ClientHost: 10609710910111506410311111410011111019111111410711504609911109
X-MailingID: 134121
From: Online Prescription Medication <OnlinePrescriptions134121@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: MailCenter <mailcenter+134121@virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep15.035519-0400_edt.229355-22584+557@ams.ftl.affinity.com>
Date:Mon, 15 Sep 2003 03:55:19 -0400

If you cannot see this email Click Here.





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Sep 23 07:51:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <1249107-8626>; Tue, 23 Sep 2003 04:19:10 -0400
Received: from vm150.vmadmin.com ([216.64.222.150]) by ams.ftl.affinity.com
with ESMTP id <1249811-8626>; Tue, 23 Sep 2003 04:18:37 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm150.vmadmin.com with SMTP; 23 Sep 2003 03:18:33 -0500
X-ClientHost: 1060971091011150641031111410011111011911111410711504609911109
X-MailingID: 141208
From: Online Prescription Medication <OnlinePrescriptions141208@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptions141208@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep23.041837-0400_edt.1249811-8626+670@ams.ftl.affinity.com>
Date:Tue, 23 Sep 2003 04:18:35 -0400

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Sep 29 07:08:46 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <723321-17005>; Mon, 29 Sep 2003 09:04:19 -0400
Received: from vm134.vmadmin.com ([216.64.222.134]) by ams.ftl.affinity.com
with ESMTP id <1250664-17005>; Mon, 29 Sep 2003 09:03:55 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm134.vmadmin.com with SMTP; 29 Sep 2003 08:03:52 -0500
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111099
X-MailingID: 147618
From: Online Prescription Medication <OnlinePrescriptions147618@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptions147618@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep29.090355-0400_edt.1250664-17005+37353@ams.ftl.affinity.com>
Date:Mon, 29 Sep 2003 09:03:55 -0400

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Oct 07 04:55:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <261752-14728>; Tue, 7 Oct 2003 05:19:16 -0400
Received: from vm131.vmadmin.com ([216.64.222.131]) by ams.ftl.affinity.com
with ESMTP id <261890-14729>; Tue, 7 Oct 2003 05:18:22 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm131.vmadmin.com with SMTP; 07 Oct 2003 04:17:20 -0500
X-ClientHost:
106097109105108097064103111141001111101191111141071150460991111109
X-MailingID: 153198
From: Online Prescription Medication <OnlinePrescriptions153198@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+153198@virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct7.051822-0400_edt.261890-14729+20397@ams.ftl.affinity.com>
Date:Tue, 7 Oct 2003 05:18:22 -0400
```

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Oct 07 04:55:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <245209-14727>; Tue, 7 Oct 2003 05:19:16 -0400
Received: from vm131.vmadmin.com ([216.64.222.131]) by ams.ftl.affinity.com
with ESMTP id <261894-14734>; Tue, 7 Oct 2003 05:18:22 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm131.vmadmin.com with SMTP; 07 Oct 2003 04:17:20 -0500
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 153198
From: Online Prescription Medication <OnlinePrescriptions153198@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+153198@virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct7.051822-0400_edt.261894-14734+20355@ams.ftl.affinity.com>
Date:Tue, 7 Oct 2003 05:18:22 -0400

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Oct 07 04:55:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <261773-14734>; Tue, 7 Oct 2003 05:19:16 -0400
Received: from vm131.vmadmin.com ([216.64.222.131]) by ams.ftl.affinity.com
with ESMTP id <261887-14735>; Tue, 7 Oct 2003 05:18:22 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm131.vmadmin.com with SMTP; 07 Oct 2003 04:17:20 -0500
X-ClientHost: 10209712110106410311111410011111011911111410715046099111109
X-MailingID: 153198
From: Online Prescription Medication <OnlinePrescriptions153198@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+153198@virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct7.051822-0400_edt.261887-14735+20196@ams.ftl.affinity.com>
Date:Tue, 7 Oct 2003 05:18:22 -0400
```

If you cannot see this email  Click Here.





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Oct 07 04:55:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215804-8586>; Tue, 7 Oct 2003 03:59:32 -0400
Received: from vm131.vmadmin.com ([216.64.222.131]) by ams.ftl.affinity.com
with ESMTP id <215183-8577>; Tue, 7 Oct 2003 03:58:53 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm131.vmadmin.com with SMTP; 07 Oct 2003 02:58:51 -0500
X-ClientHost: 10609710910111506410311111410011111019111111410711504609911109
X-MailingID: 153198
From: Online Prescription Medication <OnlinePrescriptions153198@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Online Prescription Medication
<OnlinePrescriptions153198@replies.virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct7.035853-0400_edt.215183-8577+24378@ams.ftl.affinity.com>
Date:Tue, 7 Oct 2003 03:58:52 -0400

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Oct 07 04:55:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <261781-14730>; Tue, 7 Oct
2003 05:19:16 -0400
Received: from vm131.vmadmin.com ([216.64.222.131]) by ams.ftl.affinity.com
with ESMTP id <261903-14727>; Tue, 7 Oct 2003 05:18:23 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm131.vmadmin.com with SMTP; 07 Oct 2003 04:17:20 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 153198
From: Online Prescription Medication <OnlinePrescriptions153198@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+153198@virtumundo.com>
Subject: Order Reliable Online Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct7.051823-0400_edt.261903-14727+19873@ams.ftl.affinity.com>
Date:Tue, 7 Oct 2003 05:18:23 -0400

If you cannot see this email Click Here.



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri May 19 12:58:48 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter349098@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 28321 invoked from network); 19 May 2006 10:43:41 -0600
Received: from vm-187-164.vm-mail.com (206.82.187.164)
  by gordonworks.com with SMTP; 19 May 2006 10:43:38 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-164.vm-mail.com with SMTP; 17 May 2006 21:36:16 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 349098
From: Online Printing Specials <OnlinePrintingSpecials@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+349098@vm-rewards.com>
Subject: Hurry and get 250 business cards on the house
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



photo/logo uploads not
included unless otherwise

specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic design
and printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may
contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
83447



This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Fri May 19 12:57:06 2006
X-Persona: <Celia>
Return-Path: <mailcenter349328@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 26016 invoked from network); 19 May 2006 10:48:43 -0600
Received: from vm-187-58.vm-mail.com (206.82.187.58)
  by jaykaysplace.com with SMTP; 19 May 2006 10:48:40 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-58.vm-mail.com with SMTP; 18 May 2006 13:15:03 -0500
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 349328
From: Online Printing Specials <OnlinePrintingSpecials@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+349328@vm-rewards.com>
Subject: *****SPAM***** Hurry and get 250 business cards on the house
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_06,
        HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,RCVD_IN_SORBS,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        * 1.0 DATE_MISSING Missing Date: header
        * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        * 0.3 HTML_IMAGE_RATIO_06 BODY: HTML has a low ratio of text to image
area
        * 0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        * 0.0 HTML_MESSAGE BODY: HTML included in message
        * 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        * 0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
        * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        * 2.5 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *     [206.82.187.58 listed in dnsbl.sorbs.net]
        * 0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *     [206.82.187.58 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link









Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices! VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary: VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421 83447



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

If you can not see our footer image, please visit here.

```
From ???@??? Fri May 19 10:21:16 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter349098@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 15392 invoked from network); 19 May 2006 10:43:10 -0600
Received: from vm-187-68.vm-mail.com (206.82.187.68)
  by greatnorthwest-alpha.org with SMTP; 19 May 2006 10:43:05 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-68.vm-mail.com with SMTP; 17 May 2006 21:36:49 -0500
X-ClientHost: 10611111006410609712110709712111511211208097099101046099111109
X-MailingID: 349098
From: Online Printing Specials <OnlinePrintingSpecials@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+349098@vm-rewards.com>
Subject: *****SPAM***** Hurry and get 250 business cards on the house
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_06,
      HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,RCVD_IN_SORBS,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.3 HTML_IMAGE_RATIO_06 BODY: HTML has a low ratio of text to image
area
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
      *  2.5 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
      *      [206.82.187.68 listed in dnsbl.sorbs.net]
      *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
      *      [206.82.187.68 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link









Shipping and processing,
product upgrades and
photo/logo uploads not
included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic design
and printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may
contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
83447



**This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:**

**VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**

**Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.**

If you can not see our footer image, please visit here.

```
From ???@??? Fri May 19 10:20:13 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter349330@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 8452 invoked from network); 18 May 2006 12:43:47 -0600
Received: from vm-186-128.vm-mail.com (206.82.186.128)
  by rcw19190020.com with SMTP; 18 May 2006 12:43:45 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-128.vm-mail.com with SMTP; 18 May 2006 13:43:42 -0500
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 349330
From: Online Printing Specials <OnlinePrintingSpecials@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+349330@vm-rewards.com>
Subject: *****SPAM***** Hurry and save 50% on premium business cards now.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.4 required=7.0 tests=DATE_MISSING,HTML_50_60,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_ONLY_12,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_DYNABLOCK,RCVD_IN_SBL,RCVD_IN_SORBS,SAVINGS,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  0.4 SAVINGS Subject talks about savings
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  1.0 HTML_IMAGE_ONLY_12 BODY: HTML: images with 1000-1200 bytes of
words
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.5 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *      [206.82.186.128 listed in dnsbl.sorbs.net]
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *      [206.82.186.128 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link





Shipping and handling and product upgrades not included.
Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing.

This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions
or comments about this advertisement to:

VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products
and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Thu May 25 18:01:58 2006
X-Persona: <Mila>
Return-Path: <mailcenter349328@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
     with SpamAssassin (2.63 2004-01-11);
     Thu, 18 May 2006 12:37:14 -0600
From: Online Printing Specials <OnlinePrintingSpecials@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Hurry and get 250 business cards on the house
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=BAYES_50,DATE_MISSING,
     HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
     MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
     RCVD_IN_SORBS autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_446CBEDA.FAC34CB8"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(6765&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(6765&e=mila@jammtomm.com
  URI:http://ogy.cc/getimnowss_files/Snooze_Email_01.gif
  URI:http://redirect.virtumundo.com/ct?i(6765&e=mila@jammtomm.com
  URI:http://ogy.cc/getimnowss_files/Snooze_Email_02.gif [...]

Content analysis details:   (7.0 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.0 BAYES_50               BODY: Bayesian spam probability is 50 to 56%
                            [score: 0.5221]
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.1 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                       [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
 2.6 RCVD_IN_DYNABLOCK      RBL: Sent directly from dynamic IP address
                            [206.82.186.205 listed in dnsbl.sorbs.net]
 0.1 RCVD_IN_SORBS          RBL: SORBS: sender is listed in SORBS
                            [206.82.186.205 listed in dnsbl.sorbs.net]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
```

it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 1954 invoked from network); 18 May 2006 12:37:08 -0600
Received: from vm-186-205.vm-mail.com (206.82.186.205)
  by greatnorthwest-alpha.org with SMTP; 18 May 2006 12:37:05 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-205.vm-mail.com with SMTP; 18 May 2006 13:36:58 -0500
X-ClientHost: 1091051080970641060971091091161111109109046099111109
X-MailingID: 349328
From: Online Printing Specials <OnlinePrintingSpecials@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+349328@vm-rewards.com>
Subject: Hurry and get 250 business cards on the house
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Hurry and
get 25.htm"

```
From ???@??? Fri Jan 30 12:02:58 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220519-25210>; Fri, 30 Jan 2004 14:38:37 -0500
Received: from vm208-59.adknow-net.com ([216.21.208.59]) by
ams.ftl.affinity.com with ESMTP id <221114-25213>; Fri, 30 Jan 2004 14:37:46
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-59.adknow-net.com with SMTP; 30 Jan 2004 13:37:02 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 354095
From: Online Shopping <ShopOnlineToday@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return354095@replies.adknow-net.com
Subject: The perfect place to shop.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan30.143746-0500_est.221114-25213+65283@ams.ftl.affinity.com>
Date:Fri, 30 Jan 2004 14:37:46 -0500
```





**If you would like to refer a friend information regarding this program,**

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to <u>http://www.virtumundo.com/change/</u> or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Feb 06 07:03:44 2006
X-Persona: <Mila>
Return-Path: <mailcenter336320@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 26 Jan 2006 14:13:31 -0600
From: OnlineAuctionSuccess <OnlineAuctionSuccess@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** This original starter kit shows you how
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_WEB_BUGS,LOTS_OF_STUFF,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        NORMAL_HTTP_TO_IP,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43D92D6B.CBCCF6AC"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7665&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7665&e=mila@jammtomm.com
  URI:http://64.78.192.239/images/efd/laptop1.gif [...]

Content analysis details:   (8.9 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.3 LOTS_OF_STUFF          BODY: Thousands or millions of pics/movies/etc
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.6 HTML_WEB_BUGS          BODY: Image tag intended to identify you
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.2 NORMAL_HTTP_TO_IP      URI: Uses a dotted-decimal IP address in URL

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 28224 invoked from network); 26 Jan 2006 14:13:27 -0600
Received: from vm-177-110.vm-mail.com (206.82.177.110)
  by jammtomm.com with SMTP; 26 Jan 2006 14:13:27 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-177-110.vm-mail.com with SMTP; 26 Jan 2006 14:13:25 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 336320
From: OnlineAuctionSuccess <OnlineAuctionSuccess@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336320@vm-rewards.com>
Subject: This original starter kit shows you how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM This
original st2.htm"
```

From ???@??? Mon Feb 06 06:57:39 2006
X-Persona: <Mila>
Return-Path: <mailcenter336320@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 26 Jan 2006 14:13:31 -0600
From: OnlineAuctionSuccess <OnlineAuctionSuccess@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** This original starter kit shows you how
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_WEB_BUGS,LOTS_OF_STUFF,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        NORMAL_HTTP_TO_IP,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43D92D6B.CBCCF6AC"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7665&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7665&e=mila@jammtomm.com
  URI:http://64.78.192.239/images/efd/laptop1.gif [...]

Content analysis details:   (8.9 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.3 LOTS_OF_STUFF          BODY: Thousands or millions of pics/movies/etc
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.6 HTML_WEB_BUGS          BODY: Image tag intended to identify you
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.2 NORMAL_HTTP_TO_IP      URI: Uses a dotted-decimal IP address in URL

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 28224 invoked from network); 26 Jan 2006 14:13:27 -0600
Received: from vm-177-110.vm-mail.com (206.82.177.110)
  by jammtomm.com with SMTP; 26 Jan 2006 14:13:27 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-177-110.vm-mail.com with SMTP; 26 Jan 2006 14:13:25 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 336320
From: OnlineAuctionSuccess <OnlineAuctionSuccess@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336320@vm-rewards.com>
Subject: This original starter kit shows you how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM This
original st1.htm"
```

```
From ???@??? Sun Feb 05 21:04:50 2006
X-Persona: <Mila>
Return-Path: <mailcenter336320@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 26 Jan 2006 14:13:31 -0600
From: OnlineAuctionSuccess <OnlineAuctionSuccess@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** This original starter kit shows you how
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.9 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_WEB_BUGS,LOTS_OF_STUFF,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      NORMAL_HTTP_TO_IP,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43D92D6B.CBCCF6AC"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7665&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7665&e=mila@jammtomm.com
  URI:http://64.78.192.239/images/efd/laptop1.gif [...]

Content analysis details:   (8.9 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.3 LOTS_OF_STUFF          BODY: Thousands or millions of pics/movies/etc
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.6 HTML_WEB_BUGS          BODY: Image tag intended to identify you
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.2 NORMAL_HTTP_TO_IP      URI: Uses a dotted-decimal IP address in URL

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 28224 invoked from network); 26 Jan 2006 14:13:27 -0600
Received: from vm-177-110.vm-mail.com (206.82.177.110)
  by jammtomm.com with SMTP; 26 Jan 2006 14:13:27 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-177-110.vm-mail.com with SMTP; 26 Jan 2006 14:13:25 -0600
X-ClientHost: 1091051080970641060971091091161111109109046099111109
X-MailingID: 336320
From: OnlineAuctionSuccess <OnlineAuctionSuccess@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336320@vm-rewards.com>
Subject: This original starter kit shows you how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM This
original st.htm"
```

```
From ???@??? Tue Feb 07 16:30:58 2006
Return-Path: <mailcenter336320@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 3041 invoked from network); 26 Jan 2006 14:09:24 -0600
Received: from vm-182-182.vm-mail.com (206.82.182.182)
  by jaykaysplace.com with SMTP; 26 Jan 2006 14:09:24 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-182.vm-mail.com with SMTP; 26 Jan 2006 14:09:23 -0600
X-ClientHost: 11610606409711011610411111012109910111011611409710804609911109
X-MailingID: 336320
From: OnlineAuctionSuccess <OnlineAuctionSuccess@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336320@vm-rewards.com>
Subject: This original starter kit shows you how
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.8 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_WEB_BUGS,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,NORMAL_HTTP_TO_IP
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**SurplusAlert.com, 437 E. 1000 South, Pleasant Grove, UT, 84062**

If you can not see our footer image, please visit here.

From ???@??? Mon Sep 22 21:33:14 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <4398172-14796>; Tue, 23 Sep 2003 00:10:39 -0400
Received: from vl208-43.vmlocal.com ([216.21.208.43]) by ams.ftl.affinity.com
with ESMTP id <4398621-14767>; Tue, 23 Sep 2003 00:09:09 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-43.vmlocal.com with SMTP; 22 Sep 2003 23:09:07 -0500
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 141608
From: Oriental Rug <OrientUnderYourFeet141608@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Oriental Rug <OrientUnderYourFeet141608@vmlocal.com>
Subject: Oriental rugs that demand a second glance.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep23.000909-0400_edt.4398621-14767+3@ams.ftl.affinity.com>
Date:Tue, 23 Sep 2003 00:09:09 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Oct 14 20:46:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <243777-9165>; Tue, 14 Oct 2003 20:43:45 -0400
Received: from vl208-65.vmlocal.com ([216.21.208.65]) by ams.ftl.affinity.com
with ESMTP id <230193-9217>; Tue, 14 Oct 2003 17:50:19 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-65.vmlocal.com with SMTP; 14 Oct 2003 16:48:13 -0500
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 163190
From: Oriental Rug <OrientUnderYourFeet163190@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Oriental Rug <OrientUnderYourFeet163190@vmlocal.com>
Subject: Rugs that treat your feet and your eyes.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct14.175019-0400_edt.230193-9217+5897@ams.ftl.affinity.com>
Date:Tue, 14 Oct 2003 17:50:18 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 24 20:51:11 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216451-1081>; Fri, 24 Oct 2003 23:18:24 -0400
Received: from vl208-50.vmlocal.com ([216.21.208.50]) by ams.ftl.affinity.com
with ESMTP id <217665-1087>; Fri, 24 Oct 2003 23:17:23 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-50.vmlocal.com with SMTP; 24 Oct 2003 22:17:10 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 174512
From: Oriental Rug <OrientUnderYourFeet174512@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Oriental Rug <OrientUnderYourFeet174512@vmlocal.com>
Subject: Rugs you'll want to put on your wall.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct24.231723-0400_edt.217665-1087+727@ams.ftl.affinity.com>
Date:Fri, 24 Oct 2003 23:17:21 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 15 12:04:44 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214549-25152>; Sat, 15 Nov 2003 12:39:48 -0500
Received: from vl208-43.vmlocal.com ([216.21.208.43]) by ams.ftl.affinity.com
with ESMTP id <218288-25139>; Sat, 15 Nov 2003 12:39:30 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-43.vmlocal.com with SMTP; 15 Nov 2003 11:39:27 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 198597
From: Oriental Rug <OrientUnderYourFeet198597@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Oriental Rug <OrientUnderYourFeet198597@vmlocal.com>
Subject: Rugs you'll want to put on your wall.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov15.123930-0500_est.218288-25139+13063@ams.ftl.affinity.com>
Date:Sat, 15 Nov 2003 12:39:29 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Jan 02 18:59:04 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <337289-7076>; Fri, 2 Jan 2004 20:55:58 -0500
Received: from vm209-194.vmlocal.com ([216.21.209.194]) by
ams.ftl.affinity.com with ESMTP id <337010-7072>; Fri, 2 Jan 2004 20:54:56
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-194.vmlocal.com with SMTP; 02 Jan 2004 19:54:53 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 234175
From: Oriental Rug <OrientUnderYourFeet@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Oriental Rug <OrientUnderYourFeet234175@vmlocal.com>
Subject: Rugs you'll want to put on your wall.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan2.205456-0500_est.337010-7072+44208@ams.ftl.affinity.com>
Date:Fri, 2 Jan 2004 20:54:56 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Dec 25 11:16:43 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <243344-3442>; Thu, 25 Dec 2003 14:05:07 -0500
Received: from vm209-242.vmlocal.com ([216.21.209.242]) by
ams.ftl.affinity.com with ESMTP id <263590-3450>; Thu, 25 Dec 2003 14:04:21
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-242.vmlocal.com with SMTP; 25 Dec 2003 13:04:20 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 227166
From: Oriental Rug <OrientUnderYourFeet@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Oriental Rug <OrientUnderYourFeet227166@vmlocal.com>
Subject: Oriental rugs that will stop you in your tracks.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec25.140421-0500_est.263590-3450+4250@ams.ftl.affinity.com>
Date:Thu, 25 Dec 2003 14:04:20 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 24 06:40:20 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213083-26261>; Wed, 24 Dec 2003 07:14:35 -0500
Received: from vm209-239.vmlocal.com ([216.21.209.239]) by
ams.ftl.affinity.com with ESMTP id <213122-26265>; Wed, 24 Dec 2003 07:13:18
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-239.vmlocal.com with SMTP; 24 Dec 2003 06:13:14 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 226442
From: Oriental Rug <OrientUnderYourFeet@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Oriental Rug <OrientUnderYourFeet226442@vmlocal.com>
Subject: Is it an oriental rug or a work of art?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec24.071318-0500_est.213122-26265+25985@ams.ftl.affinity.com>
Date:Wed, 24 Dec 2003 07:13:17 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Dec 23 12:10:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <338114-20490>; Tue, 23 Dec
2003 12:42:26 -0500
Received: from vm209-244.vmlocal.com ([216.21.209.244]) by
ams.ftl.affinity.com with ESMTP id <337755-20487>; Tue, 23 Dec 2003 12:40:53
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-244.vmlocal.com with SMTP; 23 Dec 2003 11:40:51 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 225589
From: Oriental Rug <OrientUnderYourFeet@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Oriental Rug <OrientUnderYourFeet225589@vmlocal.com>
Subject: Oriental rugs that demand a second glance.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec23.124053-0500_est.337755-20487+9647@ams.ftl.affinity.com>
Date:Tue, 23 Dec 2003 12:40:53 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Dec 16 16:45:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <277929-12824>; Tue, 16 Dec 2003 14:27:12 -0500
Received: from vm209-188.vmlocal.com ([216.21.209.188]) by
ams.ftl.affinity.com with ESMTP id <225356-12838>; Tue, 16 Dec 2003 14:20:07
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-188.vmlocal.com with SMTP; 16 Dec 2003 13:20:04 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 220539
From: Oriental Rug <OrientUnderYourFeet@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Oriental Rug <OrientUnderYourFeet220539@vmlocal.com>
Subject: Is it an oriental rug or a work of art?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec16.142007-0500_est.225356-12838+836@ams.ftl.affinity.com>
Date:Tue, 16 Dec 2003 14:20:06 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 07 22:59:10 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <236453-23417>; Sun, 7 Dec 2003 20:00:14 -0500
Received: from vl208-53.vmlocal.com ([216.21.208.53]) by ams.ftl.affinity.com
with ESMTP id <240996-23420>; Sun, 7 Dec 2003 19:57:27 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-53.vmlocal.com with SMTP; 07 Dec 2003 17:32:43 -0600
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 213603
From: Oriental Rug <OrientUnderYourFeet@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Oriental Rug <OrientUnderYourFeet213603@vmlocal.com>
Subject: Is it an oriental rug or a work of art?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec7.195727-0500_est.240996-23420+86298@ams.ftl.affinity.com>
Date:Sun, 7 Dec 2003 19:57:27 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Nov 28 12:11:12 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219374-14769>; Fri, 28 Nov 2003 13:43:49 -0500
Received: from vl208-74.vmlocal.com ([216.21.208.74]) by ams.ftl.affinity.com
with ESMTP id <224215-11354>; Fri, 28 Nov 2003 13:41:37 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-74.vmlocal.com with SMTP; 28 Nov 2003 12:41:34 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 207554
From: Oriental Rug <OrientUnderYourFeet@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Oriental Rug <OrientUnderYourFeet207554@vmlocal.com>
Subject: Oriental rugs that will stop you in your tracks.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov28.134137-0500_est.224215-11354+5643@ams.ftl.affinity.com>
Date:Fri, 28 Nov 2003 13:41:36 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Jan 10 12:43:59 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222537-26931>; Sat, 10 Jan 2004 15:33:44 -0500
Received: from vm217-207.vmlocal.com ([216.21.217.207]) by
ams.ftl.affinity.com with ESMTP id <222611-26929>; Sat, 10 Jan 2004 15:32:38
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm217-207.vmlocal.com with SMTP; 10 Jan 2004 14:32:36 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 239267
From: Oriental Rug <OrientUnderYourFeet@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Oriental Rug <OrientUnderYourFeet239267@vmlocal.com>
Subject: Oriental rugs that demand a second glance.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan10.153238-0500_est.222611-26929+90621@ams.ftl.affinity.com>
Date:Sat, 10 Jan 2004 15:32:37 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Nov 19 21:57:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217619-4084>; Wed, 19 Nov 2003 21:37:57 -0500
Received: from vm098.vmadmin.com ([216.64.222.98]) by ams.ftl.affinity.com
with ESMTP id <221262-4079>; Wed, 19 Nov 2003 21:36:23 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm098.vmadmin.com with SMTP; 19 Nov 2003 20:33:56 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 201335
From: Outdoor Umbrella <OutdoorUmbrellas201335@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Outdoor Umbrella <OutdoorUmbrellas201335@replies.virtumundo.com>
Subject: Outdoor umbrella. Protect yourself from the sun.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov19.213623-0500_est.221262-4079+64949@ams.ftl.affinity.com>
Date:Wed, 19 Nov 2003 21:36:23 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jun 01 00:33:34 2004
Return-Path: <mailcenter308755@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 22234 invoked by uid 10003); 1 Jun 2004 06:48:00 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 22222 invoked from network); 1 Jun 2004 06:48:00 -0000
Received: from unknown (HELO vm111.vmadmin.com) (216.64.222.111)
  by ns48.webmasters.com with SMTP; 1 Jun 2004 06:48:00 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm111.vmadmin.com with SMTP; 01 Jun 2004 01:48:00 -0500
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 308755
From: Overnight Advance <OvernightAdvance@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Overnight Advance <OvernightAdvance308755@replies.virtumundo.com>
Subject: Get an Overnight Advance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



AzoogleAds, 1054 Centre St. Suite 214 Thornhill, ON l4j 8e5

```
From ???@??? Tue Jun 01 00:33:34 2004
Return-Path: <mailcenter308755@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 22254 invoked by uid 10003); 1 Jun 2004 06:48:00 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 22242 invoked from network); 1 Jun 2004 06:48:00 -0000
Received: from unknown (HELO vm111.vmadmin.com) (216.64.222.111)
  by ns48.webmasters.com with SMTP; 1 Jun 2004 06:48:00 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm111.vmadmin.com with SMTP; 01 Jun 2004 01:48:00 -0500
X-ClientHost:
1060971091051080970641031111410011111011911111410711504609911109
X-MailingID: 308755
From: Overnight Advance <OvernightAdvance@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Overnight Advance <OvernightAdvance308755@replies.virtumundo.com>
Subject: Get an Overnight Advance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



AzoogleAds, 1054 Centre St. Suite 214 Thornhill, ON l4j 8e5

```
From ???@??? Tue Jun 01 00:33:34 2004
Return-Path: <mailcenter308755@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 22277 invoked by uid 10003); 1 Jun 2004 06:48:00 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 22268 invoked from network); 1 Jun 2004 06:48:00 -0000
Received: from unknown (HELO vm111.vmadmin.com) (216.64.222.111)
  by ns48.webmasters.com with SMTP; 1 Jun 2004 06:48:00 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm111.vmadmin.com with SMTP; 01 Jun 2004 01:48:00 -0500
X-ClientHost: 1060971210641031111141001111101191111141071115046099111109
X-MailingID: 308755
From: Overnight Advance <OvernightAdvance@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Overnight Advance <OvernightAdvance308755@replies.virtumundo.com>
Subject: Get an Overnight Advance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

AzoogleAds, 1054 Centre St. Suite 214 Thornhill, ON l4j 8e5

```
From ???@??? Tue Jun 01 00:34:02 2004
Return-Path: <mailcenter308755@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 22300 invoked by uid 10003); 1 Jun 2004 06:48:01 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 22291 invoked from network); 1 Jun 2004 06:48:01 -0000
Received: from unknown (HELO vm111.vmadmin.com) (216.64.222.111)
   by ns48.webmasters.com with SMTP; 1 Jun 2004 06:48:01 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm111.vmadmin.com with SMTP; 01 Jun 2004 01:48:00 -0500
X-ClientHost:
106111110097116104097110064103111114100111101191111141071150460991111109
X-MailingID: 308755
From: Overnight Advance <OvernightAdvance@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Overnight Advance <OvernightAdvance308755@replies.virtumundo.com>
Subject: Get an Overnight Advance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



AzoogleAds, 1054 Centre St. Suite 214 Thornhill, ON l4j 8e5

From ???@??? Fri Oct 24 08:45:47 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219337-1078>; Fri, 24 Oct 2003 08:02:25 -0400
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <222016-1079>; Fri, 24 Oct 2003 07:33:52 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 24 Oct 2003 06:33:44 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 174602
From: Pain Relief <NeedingPainRelief174602@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Pain Relief <NeedingPainRelief174602@replies.virtumundo.com>
Subject: Real Relief From Serious Pain
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct24.073352-0400_edt.222016-1079+12004@ams.ftl.affinity.com>
Date:Fri, 24 Oct 2003 07:33:51 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe**

from the Virtumundo Rewards List, go to <u>**http://www.virtumundo.com/unsub**</u> or <u>go here</u>. **To read Virtumundo's privacy policy, go to** <u>Privacy Policy</u>. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Oct 24 08:45:47 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215999-1083>; Fri, 24 Oct
2003 08:02:25 -0400
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <222850-1079>; Fri, 24 Oct 2003 07:33:52 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm092.vmadmin.com with SMTP; 24 Oct 2003 06:33:44 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 174602
From: Pain Relief <NeedingPainRelief174602@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Pain Relief <NeedingPainRelief174602@replies.virtumundo.com>
Subject: Real Relief From Serious Pain
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct24.073352-0400_edt.222850-1079+12005@ams.ftl.affinity.com>
Date:Fri, 24 Oct 2003 07:33:51 -0400



You received this email because you signed up at one of Virtumundo's

**websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Oct 24 08:45:47 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213942-1078>; Fri, 24 Oct 2003 08:02:25 -0400
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <221540-1083>; Fri, 24 Oct 2003 07:33:51 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 24 Oct 2003 06:33:44 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 174602
From: Pain Relief <NeedingPainRelief174602@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Pain Relief <NeedingPainRelief174602@replies.virtumundo.com>
Subject: Real Relief From Serious Pain
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct24.073351-0400_edt.221540-1083+12245@ams.ftl.affinity.com>
Date:Fri, 24 Oct 2003 07:33:50 -0400



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Oct 24 08:45:47 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213669-1078>; Fri, 24 Oct 2003 08:02:25 -0400
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <214670-1083>; Fri, 24 Oct 2003 07:33:50 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm092.vmadmin.com with SMTP; 24 Oct 2003 06:33:44 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 174602
From: Pain Relief <NeedingPainRelief174602@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Pain Relief <NeedingPainRelief174602@replies.virtumundo.com>
Subject: Real Relief From Serious Pain
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct24.073350-0400_edt.214670-1083+12244@ams.ftl.affinity.com>
Date:Fri, 24 Oct 2003 07:33:50 -0400



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 24 08:45:47 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <216809-1078>; Fri, 24 Oct 2003 08:02:25 -0400
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <222950-1079>; Fri, 24 Oct 2003 07:33:52 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 24 Oct 2003 06:33:44 -0500
X-ClientHost:
106097109105108097064103111141001111101191111141071150460991111 09
X-MailingID: 174602
From: Pain Relief <NeedingPainRelief174602@vmadmin.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Pain Relief <NeedingPainRelief174602@replies.virtumundo.com>
Subject: Real Relief From Serious Pain
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct24.073352-0400_edt.222950-1079+12003@ams.ftl.affinity.com>
Date:Fri, 24 Oct 2003 07:33:51 -0400
```



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Oct 11 15:07:54 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <300177-28614>; Sat, 11 Oct 2003 17:33:33 -0400
Received: from vm126.vmadmin.com ([216.64.222.126]) by ams.ftl.affinity.com
with ESMTP id <301508-28615>; Sat, 11 Oct 2003 17:32:22 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm126.vmadmin.com with SMTP; 11 Oct 2003 16:31:46 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 160525
From: Paint With Your Computer <ComputerPainting160525@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paint With Your Computer
<ComputerPainting160525@replies.virtumundo.com>
Subject: Creativity comes to life.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct11.173222-0400_edt.301508-28615+51710@ams.ftl.affinity.com>
Date:Sat, 11 Oct 2003 17:32:21 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri May 28 08:43:10 2004
Return-Path: <mailcenter308689@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 15580 invoked by uid 10003); 28 May 2004 14:44:54 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 15577 invoked from network); 28 May 2004 14:44:54 -0000
Received: from unknown (HELO vm114.vmadmin.com) (216.64.222.114)
  by ns48.webmasters.com with SMTP; 28 May 2004 14:44:54 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm114.vmadmin.com with SMTP; 28 May 2004 09:44:54 -0500
X-ClientHost: 10609712106410311114100111110119111114107115046099111109
X-MailingID: 308689
From: Paralegal Careers <ParalegalCareers@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Paralegal Careers <ParalegalCareers308689@replies.virtumundo.com>
Subject: Increase your income as a paralegal
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





---



 **Kaplan College Online Programs, 6409 Congress Ave Boca Raton, FL 33487**

```
From ???@??? Fri May 28 08:43:10 2004
Return-Path: <mailcenter308689@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 15588 invoked by uid 10003); 28 May 2004 14:44:56 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 15585 invoked from network); 28 May 2004 14:44:54 -0000
Received: from unknown (HELO vm114.vmadmin.com) (216.64.222.114)
  by ns48.webmasters.com with SMTP; 28 May 2004 14:44:54 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm114.vmadmin.com with SMTP; 28 May 2004 09:44:54 -0500
X-ClientHost:
106111110097116104097110064103111114100111101191111141071150460991111109
X-MailingID: 308689
From: Paralegal Careers <ParalegalCareers@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Paralegal Careers <ParalegalCareers308689@replies.virtumundo.com>
Subject: Increase your income as a paralegal
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```







 **Kaplan College Online Programs, 6409 Congress Ave Boca Raton, FL 33487**

```
From ???@??? Fri May 28 08:43:09 2004
Return-Path: <mailcenter308689@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 15564 invoked by uid 10003); 28 May 2004 14:44:53 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 15561 invoked from network); 28 May 2004 14:44:53 -0000
Received: from unknown (HELO vm114.vmadmin.com) (216.64.222.114)
  by ns48.webmasters.com with SMTP; 28 May 2004 14:44:53 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm114.vmadmin.com with SMTP; 28 May 2004 09:44:54 -0500
X-ClientHost: 10609710910111506410311114100111110119111114107115046099111109
X-MailingID: 308689
From: Paralegal Careers <ParalegalCareers@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Paralegal Careers <ParalegalCareers308689@replies.virtumundo.com>
Subject: Increase your income as a paralegal
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```







 **Kaplan College Online Programs, 6409 Congress Ave Boca Raton, FL 33487**

```
From ???@??? Fri May 28 08:43:10 2004
Return-Path: <mailcenter308689@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 15572 invoked by uid 10003); 28 May 2004 14:44:53 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 15569 invoked from network); 28 May 2004 14:44:53 -0000
Received: from unknown (HELO vm114.vmadmin.com) (216.64.222.114)
   by ns48.webmasters.com with SMTP; 28 May 2004 14:44:53 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm114.vmadmin.com with SMTP; 28 May 2004 09:44:54 -0500
X-ClientHost:
106097109105108097064103111141001111101191111141071150460991111109
X-MailingID: 308689
From: Paralegal Careers <ParalegalCareers@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Paralegal Careers <ParalegalCareers308689@replies.virtumundo.com>
Subject: Increase your income as a paralegal
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





 **Kaplan College Online Programs, 6409 Congress Ave Boca Raton, FL 33487**

```
From ???@??? Fri Oct 03 08:26:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <227511-2130>; Fri, 3 Oct 2003 03:46:24 -0400
Received: from vm127.vmadmin.com ([216.64.222.127]) by ams.ftl.affinity.com
with ESMTP id <231805-2132>; Fri, 3 Oct 2003 03:25:28 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm127.vmadmin.com with SMTP; 03 Oct 2003 02:25:28 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 150916
From: Paralegal Degree <ParalegalDegreeEducation150916@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Degree
<ParalegalDegreeEducation150916@replies.virtumundo.com>
Subject: Career Bulletin: Paralegals in High Demand
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct3.032528-0400_edt.231805-2132+914@ams.ftl.affinity.com>
Date:Fri, 3 Oct 2003 03:25:28 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 03 08:26:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <227978-18163>; Fri, 3 Oct 2003 04:34:19 -0400
Received: from vm156.vmadmin.com ([216.64.222.156]) by ams.ftl.affinity.com
with ESMTP id <232678-18171>; Fri, 3 Oct 2003 04:33:33 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm156.vmadmin.com with SMTP; 03 Oct 2003 03:33:32 -0500
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 150916
From: Paralegal Degree <ParalegalDegreeEducation150916@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+150916@virtumundo.com>
Subject: Career Bulletin: Paralegals in High Demand
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct3.043333-0400_edt.232678-18171+2258@ams.ftl.affinity.com>
Date:Fri, 3 Oct 2003 04:33:32 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 17 08:19:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <273976-8592>; Fri, 17 Oct 2003 09:29:16 -0400
Received: from vm219.vmadmin.com ([216.64.222.219]) by ams.ftl.affinity.com
with ESMTP id <559155-31848>; Thu, 16 Oct 2003 22:03:51 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm219.vmadmin.com with SMTP; 16 Oct 2003 21:03:46 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 164069
From: Paralegal Degree <ParalegalDegreeEducation164069@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Degree
<ParalegalDegreeEducation164069@replies.virtumundo.com>
Subject: Career Bulletin: Paralegals in High Demand
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct16.220351-0400_edt.559155-31848+6039@ams.ftl.affinity.com>
Date:Thu, 16 Oct 2003 22:03:49 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Oct 16 09:23:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215264-28227>; Thu, 16 Oct
2003 09:04:04 -0400
Received: from vm122.vmadmin.com ([216.64.222.122]) by ams.ftl.affinity.com
with ESMTP id <215337-28216>; Thu, 16 Oct 2003 09:02:59 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm122.vmadmin.com with SMTP; 16 Oct 2003 08:02:54 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 165905
From: Paralegal Degree <ParalegalDegreeEducation165905@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+165905@virtumundo.com>
Subject: Career Bulletin: Paralegals in High Demand
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct16.090259-0400_edt.215337-28216+5985@ams.ftl.affinity.com>
Date:Thu, 16 Oct 2003 09:02:59 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Oct 16 09:23:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214498-28227>; Thu, 16 Oct 2003 09:04:04 -0400
Received: from vm122.vmadmin.com ([216.64.222.122]) by ams.ftl.affinity.com
with ESMTP id <215330-28228>; Thu, 16 Oct 2003 09:02:59 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm122.vmadmin.com with SMTP; 16 Oct 2003 08:02:54 -0500
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 165905
From: Paralegal Degree <ParalegalDegreeEducation165905@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+165905@virtumundo.com>
Subject: Career Bulletin: Paralegals in High Demand
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct16.090259-0400_edt.215330-28228+5466@ams.ftl.affinity.com>
Date:Thu, 16 Oct 2003 09:02:58 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Oct 16 09:23:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215330-28226>; Thu, 16 Oct 2003 09:04:04 -0400
Received: from vm122.vmadmin.com ([216.64.222.122]) by ams.ftl.affinity.com
with ESMTP id <215333-28226>; Thu, 16 Oct 2003 09:02:59 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm122.vmadmin.com with SMTP; 16 Oct 2003 08:02:54 -0500
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 165905
From: Paralegal Degree <ParalegalDegreeEducation165905@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+165905@virtumundo.com>
Subject: Career Bulletin: Paralegals in High Demand
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct16.090259-0400_edt.215333-28226+5626@ams.ftl.affinity.com>
Date:Thu, 16 Oct 2003 09:02:58 -0400
```



**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go
here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Oct 16 09:23:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215365-28222>; Thu, 16 Oct 2003 09:04:04 -0400
Received: from vm122.vmadmin.com ([216.64.222.122]) by ams.ftl.affinity.com
with ESMTP id <215264-28225>; Thu, 16 Oct 2003 09:02:58 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm122.vmadmin.com with SMTP; 16 Oct 2003 08:02:54 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 165905
From: Paralegal Degree <ParalegalDegreeEducation165905@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+165905@virtumundo.com>
Subject: Career Bulletin: Paralegals in High Demand
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct16.090258-0400_edt.215264-28225+5872@ams.ftl.affinity.com>
Date:Thu, 16 Oct 2003 09:02:58 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Oct 17 08:19:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <212606-5278>; Thu, 16 Oct 2003 09:59:28 -0400
Received: from vm139.vmadmin.com ([216.64.222.139]) by ams.ftl.affinity.com
with ESMTP id <214894-5267>; Thu, 16 Oct 2003 09:59:20 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm139.vmadmin.com with SMTP; 16 Oct 2003 08:59:16 -0500
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 165905
From: Paralegal Degree <ParalegalDegreeEducation165905@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Degree
<ParalegalDegreeEducation165905@replies.virtumundo.com>
Subject: Career Bulletin: Paralegals in High Demand
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct16.095920-0400_edt.214894-5267+22375@ams.ftl.affinity.com>
Date:Thu, 16 Oct 2003 09:59:20 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Oct 28 08:27:56 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218297-8201>; Tue, 28 Oct 2003 10:37:56 -0500
Received: from vm155.vmadmin.com ([216.64.222.155]) by ams.ftl.affinity.com
with ESMTP id <218196-8220>; Tue, 28 Oct 2003 10:36:45 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm155.vmadmin.com with SMTP; 28 Oct 2003 09:36:41 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 180325
From: Paralegal Degree <ParalegalDegreeEducation180325@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Degree
<ParalegalDegreeEducation180325@replies.virtumundo.com>
Subject: Career Bulletin: Paralegals in High Demand
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct28.103645-0500_est.218196-8220+9726@ams.ftl.affinity.com>
Date:Tue, 28 Oct 2003 10:36:44 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**
Message sent

From ???@??? Tue Oct 28 08:27:56 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <218296-8201>; Tue, 28 Oct 2003 10:37:56 -0500
Received: from vm155.vmadmin.com ([216.64.222.155]) by ams.ftl.affinity.com
with ESMTP id <218195-8202>; Tue, 28 Oct 2003 10:36:44 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm155.vmadmin.com with SMTP; 28 Oct 2003 09:36:41 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 180325
From: Paralegal Degree <ParalegalDegreeEducation180325@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Degree
<ParalegalDegreeEducation180325@replies.virtumundo.com>
Subject: Career Bulletin: Paralegals in High Demand
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct28.103644-0500_est.218195-8202+9624@ams.ftl.affinity.com>
Date:Tue, 28 Oct 2003 10:36:43 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent

```
From ???@??? Tue Oct 28 08:27:56 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217264-8187>; Tue, 28 Oct 2003 10:37:55 -0500
Received: from vm155.vmadmin.com ([216.64.222.155]) by ams.ftl.affinity.com
with ESMTP id <218185-8221>; Tue, 28 Oct 2003 10:36:43 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm155.vmadmin.com with SMTP; 28 Oct 2003 09:36:41 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 180325
From: Paralegal Degree <ParalegalDegreeEducation180325@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Degree
<ParalegalDegreeEducation180325@replies.virtumundo.com>
Subject: Career Bulletin: Paralegals in High Demand
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct28.103643-0500_est.218185-8221+9686@ams.ftl.affinity.com>
Date:Tue, 28 Oct 2003 10:36:43 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent

```
From ???@??? Tue Oct 28 08:27:56 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218185-8203>; Tue, 28 Oct 2003 10:37:56 -0500
Received: from vm155.vmadmin.com ([216.64.222.155]) by ams.ftl.affinity.com
with ESMTP id <218180-8220>; Tue, 28 Oct 2003 10:36:43 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm155.vmadmin.com with SMTP; 28 Oct 2003 09:36:41 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111 09
X-MailingID: 180325
From: Paralegal Degree <ParalegalDegreeEducation180325@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Degree
<ParalegalDegreeEducation180325@replies.virtumundo.com>
Subject: Career Bulletin: Paralegals in High Demand
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct28.103643-0500_est.218180-8220+9725@ams.ftl.affinity.com>
Date:Tue, 28 Oct 2003 10:36:42 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**
Message sent

From ???@??? Tue Oct 28 08:27:56 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <218298-8219>; Tue, 28 Oct
2003 10:37:57 -0500
Received: from vm155.vmadmin.com ([216.64.222.155]) by ams.ftl.affinity.com
with ESMTP id <218199-8202>; Tue, 28 Oct 2003 10:36:46 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm155.vmadmin.com with SMTP; 28 Oct 2003 09:36:41 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 180325
From: Paralegal Degree <ParalegalDegreeEducation180325@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Degree
<ParalegalDegreeEducation180325@replies.virtumundo.com>
Subject: Career Bulletin: Paralegals in High Demand
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct28.103646-0500_est.218199-8202+9625@ams.ftl.affinity.com>
Date:Tue, 28 Oct 2003 10:36:45 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent

```
From ???@??? Fri Nov 14 07:45:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214517-32704>; Fri, 14 Nov 2003 08:28:07 -0500
Received: from vm113.vmadmin.com ([216.64.222.113]) by ams.ftl.affinity.com
with ESMTP id <215220-32708>; Fri, 14 Nov 2003 08:27:03 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm113.vmadmin.com with SMTP; 14 Nov 2003 07:26:57 -0600
X-ClientHost: 106097121064103111141001111011911111410711504609911109
X-MailingID: 198065
From: Paralegal Degree <ParalegalDegreeEducation198065@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Degree
<ParalegalDegreeEducation198065@replies.virtumundo.com>
Subject: Enter the legal profession. Study Online
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov14.082703-0500_est.215220-32708+5740@ams.ftl.affinity.com>
Date:Fri, 14 Nov 2003 08:27:02 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Nov 14 07:45:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215091-32704>; Fri, 14 Nov
2003 08:28:07 -0500
Received: from vm113.vmadmin.com ([216.64.222.113]) by ams.ftl.affinity.com
with ESMTP id <215222-32708>; Fri, 14 Nov 2003 08:27:02 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm113.vmadmin.com with SMTP; 14 Nov 2003 07:26:57 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 198065
From: Paralegal Degree <ParalegalDegreeEducation198065@vmadmin.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Degree
<ParalegalDegreeEducation198065@replies.virtumundo.com>
Subject: Enter the legal profession. Study Online
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov14.082702-0500_est.215222-32708+5739@ams.ftl.affinity.com>
Date:Fri, 14 Nov 2003 08:27:02 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Nov 14 07:45:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215019-32704>; Fri, 14 Nov 2003 08:28:07 -0500
Received: from vm113.vmadmin.com ([216.64.222.113]) by ams.ftl.affinity.com
with ESMTP id <215091-32707>; Fri, 14 Nov 2003 08:27:02 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm113.vmadmin.com with SMTP; 14 Nov 2003 07:26:57 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 198065
From: Paralegal Degree <ParalegalDegreeEducation198065@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Degree
<ParalegalDegreeEducation198065@replies.virtumundo.com>
Subject: Enter the legal profession. Study Online
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov14.082702-0500_est.215091-32707+5675@ams.ftl.affinity.com>
Date:Fri, 14 Nov 2003 08:27:02 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Nov 14 07:45:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214398-32710>; Fri, 14 Nov 2003 08:28:07 -0500
Received: from vm113.vmadmin.com ([216.64.222.113]) by ams.ftl.affinity.com
with ESMTP id <215019-32699>; Fri, 14 Nov 2003 08:27:02 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm113.vmadmin.com with SMTP; 14 Nov 2003 07:26:57 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 198065
From: Paralegal Degree <ParalegalDegreeEducation198065@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Degree
<ParalegalDegreeEducation198065@replies.virtumundo.com>
Subject: Enter the legal profession. Study Online
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov14.082702-0500_est.215019-32699+5477@ams.ftl.affinity.com>
Date:Fri, 14 Nov 2003 08:27:01 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Nov 14 07:45:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214520-32710>; Fri, 14 Nov 2003 08:28:07 -0500
Received: from vm113.vmadmin.com ([216.64.222.113]) by ams.ftl.affinity.com
with ESMTP id <214517-32712>; Fri, 14 Nov 2003 08:27:02 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm113.vmadmin.com with SMTP; 14 Nov 2003 07:26:57 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 198065
From: Paralegal Degree <ParalegalDegreeEducation198065@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Degree
<ParalegalDegreeEducation198065@replies.virtumundo.com>
Subject: Enter the legal profession. Study Online
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov14.082702-0500_est.214517-32712+5197@ams.ftl.affinity.com>
Date:Fri, 14 Nov 2003 08:27:02 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Dec 05 08:17:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218224-16027>; Fri, 5 Dec 2003 04:19:59 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com
with ESMTP id <217273-16027>; Fri, 5 Dec 2003 03:48:58 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm100.vmadmin.com with SMTP; 05 Dec 2003 02:34:27 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 211743
From: Paralegal Degree <ParalegalDegreeEducation@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Degree
<ParalegalDegreeEducation211743@replies.virtumundo.com>
Subject: Enter the legal profession. Study Online
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec5.034858-0500_est.217273-16027+86441@ams.ftl.affinity.com>
Date:Fri, 5 Dec 2003 03:34:30 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Dec 05 08:16:59 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <224549-16034>; Fri, 5 Dec 2003 03:52:41 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com
with ESMTP id <225953-16024>; Fri, 5 Dec 2003 03:35:11 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm100.vmadmin.com with SMTP; 05 Dec 2003 02:34:27 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 211743
From: Paralegal Degree <ParalegalDegreeEducation@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Degree
<ParalegalDegreeEducation211743@replies.virtumundo.com>
Subject: Enter the legal profession. Study Online
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec5.033511-0500_est.225953-16024+85749@ams.ftl.affinity.com>
Date:Fri, 5 Dec 2003 03:34:29 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Dec 05 08:16:59 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <224543-16034>; Fri, 5 Dec 2003 03:52:41 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com
with ESMTP id <223849-16024>; Fri, 5 Dec 2003 03:34:40 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm100.vmadmin.com with SMTP; 05 Dec 2003 02:34:27 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 211743
From: Paralegal Degree <ParalegalDegreeEducation@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Degree
<ParalegalDegreeEducation211743@replies.virtumundo.com>
Subject: Enter the legal profession. Study Online
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec5.033440-0500_est.223849-16024+85714@ams.ftl.affinity.com>
Date:Fri, 5 Dec 2003 03:34:29 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** <u>**http://www.virtumundo.com/unsub**</u> **or** <u>go here</u>**. To read Virtumundo's privacy policy, go to** <u>Privacy Policy</u>**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Dec 05 08:16:59 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <224584-16034>; Fri, 5 Dec 2003 03:52:41 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com
with ESMTP id <226821-16024>; Fri, 5 Dec 2003 03:35:10 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm100.vmadmin.com with SMTP; 05 Dec 2003 02:34:27 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 211743
From: Paralegal Degree <ParalegalDegreeEducation@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Degree
<ParalegalDegreeEducation211743@replies.virtumundo.com>
Subject: Enter the legal profession. Study Online
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec5.033510-0500_est.226821-16024+85743@ams.ftl.affinity.com>
Date:Fri, 5 Dec 2003 03:34:29 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 23 23:59:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217193-16986>; Mon, 24 Nov 2003 02:22:07 -0500
Received: from vm109.vmadmin.com ([216.64.222.109]) by ams.ftl.affinity.com
with ESMTP id <217443-16988>; Mon, 24 Nov 2003 02:21:26 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 24 Nov 2003 01:21:15 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 204256
From: Paralegal Degree <ParalegalDegreeEducation@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Degree
<ParalegalDegreeEducation204256@replies.virtumundo.com>
Subject: Enter the legal profession. Study Online
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov24.022126-0500_est.217443-16988+47941@ams.ftl.affinity.com>
Date:Mon, 24 Nov 2003 02:21:26 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 23 23:59:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217191-16992>; Mon, 24 Nov
2003 02:22:07 -0500
Received: from vm109.vmadmin.com ([216.64.222.109]) by ams.ftl.affinity.com
with ESMTP id <215860-16981>; Mon, 24 Nov 2003 02:21:26 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm109.vmadmin.com with SMTP; 24 Nov 2003 01:21:15 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 204256
From: Paralegal Degree <ParalegalDegreeEducation@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Degree
<ParalegalDegreeEducation204256@replies.virtumundo.com>
Subject: Enter the legal profession. Study Online
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov24.022126-0500_est.215860-16981+47809@ams.ftl.affinity.com>
Date:Mon, 24 Nov 2003 02:21:26 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 23 23:59:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <217176-16981>; Mon, 24 Nov 2003 02:22:07 -0500
Received: from vm109.vmadmin.com ([216.64.222.109]) by ams.ftl.affinity.com
with ESMTP id <217570-16988>; Mon, 24 Nov 2003 02:21:26 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 24 Nov 2003 01:21:15 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 204256
From: Paralegal Degree <ParalegalDegreeEducation@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Degree
<ParalegalDegreeEducation204256@replies.virtumundo.com>
Subject: Enter the legal profession. Study Online
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov24.022126-0500_est.217570-16988+47940@ams.ftl.affinity.com>
Date:Mon, 24 Nov 2003 02:21:25 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Nov 24 09:29:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215040-16993>; Mon, 24 Nov 2003 06:16:09 -0500
Received: from vm109.vmadmin.com ([216.64.222.109]) by ams.ftl.affinity.com
with ESMTP id <217562-16992>; Mon, 24 Nov 2003 02:21:26 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 24 Nov 2003 01:21:15 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 204256
From: Paralegal Degree <ParalegalDegreeEducation@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Degree
<ParalegalDegreeEducation204256@replies.virtumundo.com>
Subject: Enter the legal profession. Study Online
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov24.022126-0500_est.217562-16992+48041@ams.ftl.affinity.com>
Date:Mon, 24 Nov 2003 02:21:25 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 23 23:59:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217171-16988>; Mon, 24 Nov 2003 02:22:07 -0500
Received: from vm109.vmadmin.com ([216.64.222.109]) by ams.ftl.affinity.com
with ESMTP id <217497-16992>; Mon, 24 Nov 2003 02:21:26 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 24 Nov 2003 01:21:15 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 204256
From: Paralegal Degree <ParalegalDegreeEducation@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Degree
<ParalegalDegreeEducation204256@replies.virtumundo.com>
Subject: Enter the legal profession. Study Online
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov24.022126-0500_est.217497-16992+48040@ams.ftl.affinity.com>
Date:Mon, 24 Nov 2003 02:21:24 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Dec 05 08:17:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <222082-16027>; Fri, 5 Dec
2003 04:19:59 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com
with ESMTP id <219894-16027>; Fri, 5 Dec 2003 03:49:12 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm100.vmadmin.com with SMTP; 05 Dec 2003 02:34:27 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 211743
From: Paralegal Degree <ParalegalDegreeEducation@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Degree
<ParalegalDegreeEducation211743@replies.virtumundo.com>
Subject: Enter the legal profession. Study Online
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec5.034912-0500_est.219894-16027+86450@ams.ftl.affinity.com>
Date:Fri, 5 Dec 2003 03:34:31 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Apr 04 08:04:14 2004
Return-Path: <mailcenter307931@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 22834 invoked by uid 10003); 4 Apr 2004 07:16:14 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 22831 invoked from network); 4 Apr 2004 07:16:14 -0000
Received: from unknown (HELO vm112.vmadmin.com) (216.64.222.112)
  by ns48.webmasters.com with SMTP; 4 Apr 2004 07:16:14 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm112.vmadmin.com with SMTP; 04 Apr 2004 01:18:45 -0600
X-ClientHost:
10609710910510809706410311111410011111101191111141071150460991111109
X-MailingID: 307931
From: Paralegal Degrees <ParalegalDegrees@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Paralegal Degrees <ParalegalDegrees307931@replies.virtumundo.com>
Subject: Increase your income as a paralegal
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```







 **Kaplan College Online Programs, 6409 Congress Ave Boca Raton, FL 33487**

```
From ???@??? Sun Apr 04 08:04:14 2004
Return-Path: <mailcenter307931@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 22842 invoked by uid 10003); 4 Apr 2004 07:16:14 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 22839 invoked from network); 4 Apr 2004 07:16:14 -0000
Received: from unknown (HELO vm112.vmadmin.com) (216.64.222.112)
  by ns48.webmasters.com with SMTP; 4 Apr 2004 07:16:14 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm112.vmadmin.com with SMTP; 04 Apr 2004 01:18:45 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 307931
From: Paralegal Degrees <ParalegalDegrees@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Paralegal Degrees <ParalegalDegrees307931@replies.virtumundo.com>
Subject: Increase your income as a paralegal
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





 **Kaplan College Online Programs, 6409 Congress Ave Boca Raton, FL 33487**

```
From ???@??? Sun Apr 04 08:04:14 2004
Return-Path: <mailcenter307931@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 22849 invoked by uid 10003); 4 Apr 2004 07:16:14 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 22846 invoked from network); 4 Apr 2004 07:16:14 -0000
Received: from unknown (HELO vm112.vmadmin.com) (216.64.222.112)
   by ns48.webmasters.com with SMTP; 4 Apr 2004 07:16:14 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm112.vmadmin.com with SMTP; 04 Apr 2004 01:18:45 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 307931
From: Paralegal Degrees <ParalegalDegrees@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Paralegal Degrees <ParalegalDegrees307931@replies.virtumundo.com>
Subject: Increase your income as a paralegal
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





**Kaplan College Online Programs, 6409 Congress Ave Boca Raton, FL 33487**

```
From ???@??? Sun Apr 04 08:04:14 2004
Return-Path: <mailcenter307931@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 22827 invoked by uid 10003); 4 Apr 2004 07:16:14 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 22824 invoked from network); 4 Apr 2004 07:16:14 -0000
Received: from unknown (HELO vm112.vmadmin.com) (216.64.222.112)
   by ns48.webmasters.com with SMTP; 4 Apr 2004 07:16:14 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm112.vmadmin.com with SMTP; 04 Apr 2004 01:18:45 -0600
X-ClientHost: 106097109101115064103111141001111101191111141071150460991111109
X-MailingID: 307931
From: Paralegal Degrees <ParalegalDegrees@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Paralegal Degrees <ParalegalDegrees307931@replies.virtumundo.com>
Subject: Increase your income as a paralegal
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```






 **Kaplan College Online Programs, 6409 Congress Ave Boca Raton, FL 33487**

```
From ???@??? Tue Feb 03 08:13:19 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213573-857>; Tue, 3 Feb 2004 10:56:37 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com
with ESMTP id <217066-867>; Tue, 3 Feb 2004 10:55:39 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm100.vmadmin.com with SMTP; 03 Feb 2004 09:55:38 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 241207
From: Paralegal Studies <ParalegalStudies@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Studies <ParalegalStudies241207@replies.virtumundo.com>
Subject: Earn a Paralegal Degree Online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb3.105539-0500_est.217066-867+72@ams.ftl.affinity.com>
Date:Tue, 3 Feb 2004 10:55:39 -0500
```



 **Chooseyourdegree.com, 4340 E. Indian Road, Suite 21-482, Phoenix, AZ 85018**

```
From ???@??? Tue Feb 03 08:13:19 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214797-869>; Tue, 3 Feb 2004 10:56:37 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com
with ESMTP id <217072-867>; Tue, 3 Feb 2004 10:55:39 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 03 Feb 2004 09:55:38 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 241207
From: Paralegal Studies <ParalegalStudies@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Studies <ParalegalStudies241207@replies.virtumundo.com>
Subject: Earn a Paralegal Degree Online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb3.105539-0500_est.217072-867+73@ams.ftl.affinity.com>
Date:Tue, 3 Feb 2004 10:55:39 -0500
```



Chooseyourdegree.com, 4340 E. Indian Road, Suite 21-482, Phoenix, AZ 85018

```
From ???@??? Tue Feb 03 08:13:19 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215707-857>; Tue, 3 Feb 2004 10:56:37 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com
with ESMTP id <217080-867>; Tue, 3 Feb 2004 10:55:39 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 03 Feb 2004 09:55:38 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 241207
From: Paralegal Studies <ParalegalStudies@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Studies <ParalegalStudies241207@replies.virtumundo.com>
Subject: Earn a Paralegal Degree Online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb3.105539-0500_est.217080-867+74@ams.ftl.affinity.com>
Date:Tue, 3 Feb 2004 10:55:39 -0500
```



 **Chooseyourdegree.com, 4340 E. Indian Road, Suite 21-482, Phoenix, AZ 85018**

```
From ???@??? Tue Jan 20 08:41:18 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <337364-23448>; Tue, 20 Jan
2004 08:31:55 -0500
Received: from vm110.vmadmin.com ([216.64.222.110]) by ams.ftl.affinity.com
with ESMTP id <337191-23442>; Tue, 20 Jan 2004 08:30:03 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm110.vmadmin.com with SMTP; 20 Jan 2004 07:30:01 -0600
X-ClientHost:
10611111009711610409711006410311111410011110119111114107115046099111109
X-MailingID: 240360
From: Paralegal Studies <ParalegalStudies@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Studies <ParalegalStudies240360@replies.virtumundo.com>
Subject: Earn a Paralegal Degree Online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan20.083003-0500_est.337191-23442+24958@ams.ftl.affinity.com>
Date:Tue, 20 Jan 2004 08:30:03 -0500
```



Chooseyourdegree.com, 4340 E. Indian Road, Suite 21-482, Phoenix, AZ 85018

```
From ???@??? Tue Jan 20 08:41:18 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <336934-23447>; Tue, 20 Jan 2004 08:30:20 -0500
Received: from vm110.vmadmin.com ([216.64.222.110]) by ams.ftl.affinity.com
with ESMTP id <310680-23441>; Tue, 20 Jan 2004 08:30:02 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm110.vmadmin.com with SMTP; 20 Jan 2004 07:30:01 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 240360
From: Paralegal Studies <ParalegalStudies@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Studies <ParalegalStudies240360@replies.virtumundo.com>
Subject: Earn a Paralegal Degree Online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan20.083002-0500_est.310680-23441+25214@ams.ftl.affinity.com>
Date:Tue, 20 Jan 2004 08:30:02 -0500
```



**Chooseyourdegree.com, 4340 E. Indian Road, Suite 21-482, Phoenix, AZ 85018**

```
From ???@??? Tue Jan 20 08:41:18 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <337370-23446>; Tue, 20 Jan 2004 08:31:55 -0500
Received: from vm110.vmadmin.com ([216.64.222.110]) by ams.ftl.affinity.com
with ESMTP id <337181-23442>; Tue, 20 Jan 2004 08:30:03 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm110.vmadmin.com with SMTP; 20 Jan 2004 07:30:01 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 240360
From: Paralegal Studies <ParalegalStudies@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Studies <ParalegalStudies240360@replies.virtumundo.com>
Subject: Earn a Paralegal Degree Online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan20.083003-0500_est.337181-23442+24955@ams.ftl.affinity.com>
Date:Tue, 20 Jan 2004 08:30:02 -0500
```



Chooseyourdegree.com, 4340 E. Indian Road, Suite 21-482, Phoenix, AZ 85018

From ???@??? Tue Jan 20 08:41:18 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <337367-23442>; Tue, 20 Jan 2004 08:31:55 -0500
Received: from vm110.vmadmin.com ([216.64.222.110]) by ams.ftl.affinity.com
with ESMTP id <337189-23442>; Tue, 20 Jan 2004 08:30:03 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm110.vmadmin.com with SMTP; 20 Jan 2004 07:30:01 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 240360
From: Paralegal Studies <ParalegalStudies@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Studies <ParalegalStudies240360@replies.virtumundo.com>
Subject: Earn a Paralegal Degree Online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan20.083003-0500_est.337189-23442+24956@ams.ftl.affinity.com>
Date:Tue, 20 Jan 2004 08:30:02 -0500



 **Chooseyourdegree.com, 4340 E. Indian Road, Suite 21-482, Phoenix, AZ 85018**

```
From ???@??? Tue Jan 20 08:41:18 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <336626-23444>; Tue, 20 Jan 2004 08:30:20 -0500
Received: from vm110.vmadmin.com ([216.64.222.110]) by ams.ftl.affinity.com
with ESMTP id <337180-23441>; Tue, 20 Jan 2004 08:30:02 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm110.vmadmin.com with SMTP; 20 Jan 2004 07:30:01 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 240360
From: Paralegal Studies <ParalegalStudies@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Studies <ParalegalStudies240360@replies.virtumundo.com>
Subject: Earn a Paralegal Degree Online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan20.083002-0500_est.337180-23441+25213@ams.ftl.affinity.com>
Date:Tue, 20 Jan 2004 08:30:02 -0500
```



 **Chooseyourdegree.com, 4340 E. Indian Road, Suite 21-482, Phoenix, AZ 85018**

From ???@??? Thu Jan 15 07:31:57 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2716290-5930>; Thu, 15 Jan
2004 01:16:47 -0500
Received: from vm125.vmadmin.com ([216.64.222.125]) by ams.ftl.affinity.com
with ESMTP id <2716283-5927>; Thu, 15 Jan 2004 01:16:22 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm125.vmadmin.com with SMTP; 15 Jan 2004 00:16:18 -0600
X-ClientHost:
10611111009711610409711006410311111410011110119111114107115046099111109
X-MailingID: 240195
From: Paralegal Studies <ParalegalStudies@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Studies <ParalegalStudies240195@replies.virtumundo.com>
Subject: Earn a Paralegal Degree Online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan15.011622-0500_est.2716283-5927+949@ams.ftl.affinity.com>
Date:Thu, 15 Jan 2004 01:16:22 -0500





**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**.  Please mail questions or comments regarding this message to the client, ChooseADegree.com, 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018.**

```
From ???@??? Thu Jan 15 07:31:57 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2716280-5924>; Thu, 15 Jan 2004 01:16:47 -0500
Received: from vm125.vmadmin.com ([216.64.222.125]) by ams.ftl.affinity.com
with ESMTP id <2716286-5925>; Thu, 15 Jan 2004 01:16:22 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm125.vmadmin.com with SMTP; 15 Jan 2004 00:16:18 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 240195
From: Paralegal Studies <ParalegalStudies@vmadmin.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Studies <ParalegalStudies240195@replies.virtumundo.com>
Subject: Earn a Paralegal Degree Online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan15.011622-0500_est.2716286-5925+965@ams.ftl.affinity.com>
Date:Thu, 15 Jan 2004 01:16:21 -0500
```





**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**. Please mail questions or comments regarding this message to the client, ChooseADegree.com, 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018.**

From ???@??? Thu Jan 15 07:31:57 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2716258-5930>; Thu, 15 Jan 2004 01:16:47 -0500
Received: from vm125.vmadmin.com ([216.64.222.125]) by ams.ftl.affinity.com
with ESMTP id <2716290-5924>; Thu, 15 Jan 2004 01:16:22 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm125.vmadmin.com with SMTP; 15 Jan 2004 00:16:18 -0600
X-ClientHost: 106097121064103111141001111011911111410711504609911109
X-MailingID: 240195
From: Paralegal Studies <ParalegalStudies@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Studies <ParalegalStudies240195@replies.virtumundo.com>
Subject: Earn a Paralegal Degree Online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan15.011622-0500_est.2716290-5924+887@ams.ftl.affinity.com>
Date:Thu, 15 Jan 2004 01:16:21 -0500





**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**.  Please mail questions or comments regarding this message to the client, ChooseADegree.com, 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018.**

```
From ???@??? Thu Jan 15 07:31:57 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2716271-5924>; Thu, 15 Jan 2004 01:16:47 -0500
Received: from vm125.vmadmin.com ([216.64.222.125]) by ams.ftl.affinity.com
with ESMTP id <2716280-5922>; Thu, 15 Jan 2004 01:16:20 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm125.vmadmin.com with SMTP; 15 Jan 2004 00:16:18 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 240195
From: Paralegal Studies <ParalegalStudies@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Studies <ParalegalStudies240195@replies.virtumundo.com>
Subject: Earn a Paralegal Degree Online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan15.011620-0500_est.2716280-5922+704@ams.ftl.affinity.com>
Date:Thu, 15 Jan 2004 01:16:20 -0500
```





**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** <u>here</u>**. To remove yourself from this program, go to** <u>**http://www.virtumundo.com/change**</u> **or go** <u>here</u>**.  Please mail questions or comments regarding this message to the client, ChooseADegree.com, 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018.**

```
From ???@??? Thu Jan 08 08:35:08 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <321192-30278>; Thu, 8 Jan 2004 11:00:02 -0500
Received: from vm097.vmadmin.com ([216.64.222.97]) by ams.ftl.affinity.com
with ESMTP id <321680-30272>; Thu, 8 Jan 2004 10:59:30 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm097.vmadmin.com with SMTP; 08 Jan 2004 09:59:28 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 238067
From: Paralegal Studies <ParalegalStudies@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Studies <ParalegalStudies238067@replies.virtumundo.com>
Subject: Earn a Paralegal Degree Online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan8.105930-0500_est.321680-30272+17587@ams.ftl.affinity.com>
Date:Thu, 8 Jan 2004 10:59:29 -0500
```



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here. **To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here. **Please mail questions or comments regarding this message to the client, ChooseADegree.com, 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018.**

From ???@??? Tue Jan 06 16:22:06 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <228669-7162>; Tue, 6 Jan 2004 17:00:02 -0500
Received: from vm212.vmadmin.com by ams.ftl.affinity.com
with ESMTP id <221333-7140>; Tue, 6 Jan 2004 16:59:18 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm212.vmadmin.com with SMTP; 06 Jan 2004 15:59:16 -0600
X-ClientHost: 102097121101064103111141001111011911111410711504609911109
X-MailingID: 236444
From: Paralegal Studies <ParalegalStudies@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Studies <ParalegalStudies236444@replies.virtumundo.com>
Subject: Earn a Paralegal Degree Online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan6.165918-0500_est.221333-7140+1563@ams.ftl.affinity.com>
Date:Tue, 6 Jan 2004 16:59:18 -0500



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**. Please mail questions or comments regarding this message to the client, ChooseADegree.com, 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018.**

```
From ???@??? Tue Jan 06 16:22:06 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <228850-7161>; Tue, 6 Jan 2004 17:00:02 -0500
Received: from vm212.vmadmin.com ([216.64.222.212]) by ams.ftl.affinity.com
with ESMTP id <226779-7140>; Tue, 6 Jan 2004 16:59:18 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm212.vmadmin.com with SMTP; 06 Jan 2004 15:59:16 -0600
X-ClientHost:
106097109105108097064103111114100111101191111114107115046099111109
X-MailingID: 236444
From: Paralegal Studies <ParalegalStudies@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Studies <ParalegalStudies236444@replies.virtumundo.com>
Subject: Earn a Paralegal Degree Online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan6.165918-0500_est.226779-7140+1564@ams.ftl.affinity.com>
Date:Tue, 6 Jan 2004 16:59:18 -0500
```



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**.  Please mail questions or comments regarding this message to the client, ChooseADegree.com, 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018.**

```
From ???@??? Tue Jan 06 16:22:06 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <228753-7161>; Tue, 6 Jan 2004 17:00:02 -0500
Received: from vm212.vmadmin.com ([216.64.222.212]) by ams.ftl.affinity.com
with ESMTP id <228993-7140>; Tue, 6 Jan 2004 16:59:18 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm212.vmadmin.com with SMTP; 06 Jan 2004 15:59:16 -0600
X-ClientHost: 1060971210641031111410011111011911111410711504609911109
X-MailingID: 236444
From: Paralegal Studies <ParalegalStudies@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Studies <ParalegalStudies236444@replies.virtumundo.com>
Subject: Earn a Paralegal Degree Online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan6.165918-0500_est.228993-7140+1567@ams.ftl.affinity.com>
Date:Tue, 6 Jan 2004 16:59:18 -0500
```



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**. Please mail questions or comments regarding this message to the client, ChooseADegree.com, 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018.**

From ???@??? Tue Jan 06 16:22:06 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <221333-7161>; Tue, 6 Jan 2004
17:00:02 -0500
Received: from vm212.vmadmin.com ([216.64.222.212]) by ams.ftl.affinity.com
with ESMTP id <228991-7140>; Tue, 6 Jan 2004 16:59:18 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm212.vmadmin.com with SMTP; 06 Jan 2004 15:59:16 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 236444
From: Paralegal Studies <ParalegalStudies@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Studies <ParalegalStudies236444@replies.virtumundo.com>
Subject: Earn a Paralegal Degree Online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan6.165918-0500_est.228991-7140+1566@ams.ftl.affinity.com>
Date:Tue, 6 Jan 2004 16:59:18 -0500



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**. Please mail questions or comments regarding this message to the client, ChooseADegree.com, 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018.**

From ???@??? Tue Feb 03 08:13:19 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <216453-867>; Tue, 3 Feb 2004
10:56:38 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com
with ESMTP id <217090-859>; Tue, 3 Feb 2004 10:55:40 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 03 Feb 2004 09:55:38 -0600
X-ClientHost:
10611111009711610409711006410311111410011110119111114107115046099111109
X-MailingID: 241207
From: Paralegal Studies <ParalegalStudies@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Paralegal Studies <ParalegalStudies241207@replies.virtumundo.com>
Subject: Earn a Paralegal Degree Online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb3.105540-0500_est.217090-859+59@ams.ftl.affinity.com>
Date:Tue, 3 Feb 2004 10:55:40 -0500



Chooseyourdegree.com, 4340 E. Indian Road, Suite 21-482, Phoenix, AZ 85018

```
From ???@??? Mon Jan 26 11:11:50 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <316164-29301>; Mon, 26 Jan 2004 11:02:49 -0500
Received: from vm208-54.adknow-net.com ([216.21.208.54]) by
ams.ftl.affinity.com with ESMTP id <315341-29298>; Mon, 26 Jan 2004 11:01:50
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-54.adknow-net.com with SMTP; 26 Jan 2004 10:01:46 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 350495
From: Paralegal Training <ParalegalTraining@adknow-net.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return350495@replies.adknow-net.com
Subject: Looking to earn your paralegal degree?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan26.110150-0500_est.315341-29298+44177@ams.ftl.affinity.com>
Date:Mon, 26 Jan 2004 11:01:49 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Jan 26 13:30:01 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <322108-7460>; Mon, 26 Jan
2004 14:02:10 -0500
Received: from vm208-33.adknow-net.com ([216.21.208.33]) by
ams.ftl.affinity.com with ESMTP id <310212-7464>; Mon, 26 Jan 2004 14:00:56
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-33.adknow-net.com with SMTP; 26 Jan 2004 13:00:51 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 350505
From: Paralegal Training <ParalegalTraining@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return350505@replies.adknow-net.com
Subject: Earn your paralegal degree
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan26.140056-0500_est.310212-7464+550@ams.ftl.affinity.com>
Date:Mon, 26 Jan 2004 14:00:56 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 16 21:15:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <220206-11938>; Tue, 16 Dec
2003 22:40:26 -0500
Received: from vm102.vmadmin.com ([216.64.222.102]) by ams.ftl.affinity.com
with ESMTP id <218497-11936>; Tue, 16 Dec 2003 22:39:08 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm102.vmadmin.com with SMTP; 16 Dec 2003 21:39:04 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 220358
From: Park City Utah <VisitParkCityUtah@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Park City Utah <VisitParkCityUtah220358@replies.virtumundo.com>
Subject: Come here for the snow. Come back for the nightlife.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec16.223908-0500_est.218497-11936+31237@ams.ftl.affinity.com>
Date:Tue, 16 Dec 2003 22:39:08 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 16 21:15:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <220178-11938>; Tue, 16 Dec 2003 22:40:26 -0500
Received: from vm102.vmadmin.com ([216.64.222.102]) by ams.ftl.affinity.com
with ESMTP id <219955-11938>; Tue, 16 Dec 2003 22:39:08 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm102.vmadmin.com with SMTP; 16 Dec 2003 21:39:04 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 220358
From: Park City Utah <VisitParkCityUtah@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Park City Utah <VisitParkCityUtah220358@replies.virtumundo.com>
Subject: Come here for the snow. Come back for the nightlife.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec16.223908-0500_est.219955-11938+31629@ams.ftl.affinity.com>
Date:Tue, 16 Dec 2003 22:39:07 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Dec 16 21:15:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218584-11937>; Tue, 16 Dec 2003 22:40:26 -0500
Received: from vm102.vmadmin.com ([216.64.222.102]) by ams.ftl.affinity.com
with ESMTP id <219790-11933>; Tue, 16 Dec 2003 22:39:08 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm102.vmadmin.com with SMTP; 16 Dec 2003 21:39:04 -0600
X-ClientHost: 1020971211010641031111410011110119111114107115046099111109
X-MailingID: 220358
From: Park City Utah <VisitParkCityUtah@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Park City Utah <VisitParkCityUtah220358@replies.virtumundo.com>
Subject: Come here for the snow. Come back for the nightlife.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec16.223908-0500_est.219790-11933+31009@ams.ftl.affinity.com>
Date:Tue, 16 Dec 2003 22:39:07 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 16 21:15:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220608-11937>; Tue, 16 Dec 2003 22:40:26 -0500
Received: from vm102.vmadmin.com ([216.64.222.102]) by ams.ftl.affinity.com
with ESMTP id <220040-11937>; Tue, 16 Dec 2003 22:39:08 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm102.vmadmin.com with SMTP; 16 Dec 2003 21:39:04 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 220358
From: Park City Utah <VisitParkCityUtah@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Park City Utah <VisitParkCityUtah220358@replies.virtumundo.com>
Subject: Come here for the snow. Come back for the nightlife.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec16.223908-0500_est.220040-11937+30710@ams.ftl.affinity.com>
Date:Tue, 16 Dec 2003 22:39:08 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Sep 26 07:53:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <246410-27396>; Fri, 26 Sep 2003 09:24:17 -0400
Received: from vm151.vmadmin.com ([216.64.222.151]) by ams.ftl.affinity.com
with ESMTP id <261791-27391>; Fri, 26 Sep 2003 09:23:25 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm151.vmadmin.com with SMTP; 26 Sep 2003 08:23:20 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 145520
From: Party Bingo <PlayPartyBingoOnline145520@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Party Bingo <PlayPartyBingoOnline145520@replies.virtumundo.com>
Subject: Win 14 Free Bingo Cruise Tickets
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep26.092325-0400_edt.261791-27391+3928@ams.ftl.affinity.com>
Date:Fri, 26 Sep 2003 09:23:25 -0400





 Write to us, if you have any queries/suggestions. We love to hear from you!

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Oct 08 17:24:20 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <265792-14732>; Wed, 8 Oct 2003 17:15:44 -0400
Received: from vm130.vmadmin.com ([216.64.222.130]) by ams.ftl.affinity.com
with ESMTP id <266488-14727>; Wed, 8 Oct 2003 17:14:54 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm130.vmadmin.com with SMTP; 08 Oct 2003 16:14:38 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 156855
From: Party Supply <BuyPartySupplies156855@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Party Supply <BuyPartySupplies156855@replies.virtumundo.com>
Subject: Get stocked up for your next party.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct8.171454-0400_edt.266488-14727+31972@ams.ftl.affinity.com>
Date:Wed, 8 Oct 2003 17:14:54 -0400



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Sep 22 16:34:07 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2305341-9505>; Mon, 22 Sep 2003 18:25:23 -0400
Received: from vl208-62.vmlocal.com ([216.21.208.62]) by ams.ftl.affinity.com
with ESMTP id <2305366-9501>; Mon, 22 Sep 2003 18:24:49 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-62.vmlocal.com with SMTP; 22 Sep 2003 17:24:45 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 141630
From: Patio Furniture <NewPatioFurniture141630@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Patio Furniture <NewPatioFurniture141630@vmlocal.com>
Subject: Patio furniture is a click away.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep22.182449-0400_edt.2305366-9501+3487@ams.ftl.affinity.com>
Date:Mon, 22 Sep 2003 18:24:49 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Oct 02 17:10:32 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <242667-24708>; Thu, 2 Oct 2003 19:16:09 -0400
Received: from vl208-74.vmlocal.com ([216.21.208.74]) by ams.ftl.affinity.com
with ESMTP id <458807-24700>; Thu, 2 Oct 2003 15:48:41 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-74.vmlocal.com with SMTP; 02 Oct 2003 14:48:38 -0500
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 150787
From: Patio Furniture <NewPatioFurniture150787@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Patio Furniture <NewPatioFurniture150787@vmlocal.com>
Subject: Does your patio look bare?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct2.154841-0400_edt.458807-24700+20405@ams.ftl.affinity.com>
Date:Thu, 2 Oct 2003 15:48:40 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 13 15:29:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <330937-30968>; Mon, 13 Oct 2003 15:27:27 -0400
Received: from vl208-26.vmlocal.com ([216.21.208.26]) by ams.ftl.affinity.com
with ESMTP id <272301-31000>; Mon, 13 Oct 2003 15:25:50 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-26.vmlocal.com with SMTP; 13 Oct 2003 14:25:45 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 162519
From: Patio Furniture <NewPatioFurniture162519@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Patio Furniture <NewPatioFurniture162519@vmlocal.com>
Subject: Need new patio furniture?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct13.152550-0400_edt.272301-31000+21200@ams.ftl.affinity.com>
Date:Mon, 13 Oct 2003 15:25:48 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Oct 23 15:31:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <226098-1072>; Thu, 23 Oct 2003 17:56:15 -0400
Received: from vl208-68.vmlocal.com ([216.21.208.68]) by ams.ftl.affinity.com
with ESMTP id <225090-1062>; Thu, 23 Oct 2003 17:55:31 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-68.vmlocal.com with SMTP; 23 Oct 2003 16:55:22 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 173726
From: Patio Furniture <NewPatioFurniture173726@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Patio Furniture <NewPatioFurniture173726@vmlocal.com>
Subject: Enjoy the outdoors with new patio furniture.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct23.175531-0400_edt.225090-1062+4925@ams.ftl.affinity.com>
Date:Thu, 23 Oct 2003 17:55:31 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 02 12:26:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <429162-21962>; Sun, 2 Nov 2003 14:50:59 -0500
Received: from vl208-27.vmlocal.com ([216.21.208.27]) by ams.ftl.affinity.com
with ESMTP id <429351-21962>; Sun, 2 Nov 2003 14:50:18 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-27.vmlocal.com with SMTP; 02 Nov 2003 13:49:11 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 187236
From: Patio Furniture <NewPatioFurniture187236@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Patio Furniture <NewPatioFurniture187236@vmlocal.com>
Subject: Patio furniture is a click away.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov2.145018-0500_est.429351-21962+39178@ams.ftl.affinity.com>
Date:Sun, 2 Nov 2003 14:50:16 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Nov 10 12:55:40 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221173-18646>; Mon, 10 Nov 2003 13:19:45 -0500
Received: from vl208-73.vmlocal.com ([216.21.208.73]) by ams.ftl.affinity.com
with ESMTP id <220380-18649>; Mon, 10 Nov 2003 13:18:50 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-73.vmlocal.com with SMTP; 10 Nov 2003 12:18:35 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 195229
From: Patio Furniture <NewPatioFurniture195229@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Patio Furniture <NewPatioFurniture195229@vmlocal.com>
Subject: Interior Design for your Patio.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov10.131850-0500_est.220380-18649+13284@ams.ftl.affinity.com>
Date:Mon, 10 Nov 2003 13:18:50 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Jan 24 22:28:23 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <339470-19016>; Sat, 24 Jan 2004 22:16:37 -0500
Received: from vm208-79.adknow-net.com ([216.21.208.79]) by
ams.ftl.affinity.com with ESMTP id <339934-19009>; Sat, 24 Jan 2004 22:15:48
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-79.adknow-net.com with SMTP; 24 Jan 2004 21:15:45 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 349409
From: Patio Furniture <NewPatioFurniture@adknow-net.com>
To:   James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return349409@replies.adknow-net.com
Subject: Interior Design for your Patio.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan24.221548-0500_est.339934-19009+24381@ams.ftl.affinity.com>
Date:Sat, 24 Jan 2004 22:15:48 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Jan 16 07:17:33 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <317627-18479>; Fri, 16 Jan 2004 09:20:54 -0500
Received: from vm208-40.adknow-net.com ([216.21.208.40]) by
ams.ftl.affinity.com with ESMTP id <318432-18479>; Fri, 16 Jan 2004 09:20:05
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-40.adknow-net.com with SMTP; 16 Jan 2004 08:20:01 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 342412
From: Patio Furniture <NewPatioFurniture@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return342412@replies.adknow-net.com
Subject: Need new patio furniture?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan16.092005-0500_est.318432-18479+39125@ams.ftl.affinity.com>
Date:Fri, 16 Jan 2004 09:20:03 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**