**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Dockets.Justia.com

```
From ???@??? Sun Dec 14 13:52:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214596-21286>; Sun, 14 Dec 2003 16:22:00 -0500
Received: from vm209-249.vmlocal.com ([216.21.209.249]) by
ams.ftl.affinity.com with ESMTP id <216604-21286>; Sun, 14 Dec 2003 16:20:41
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-249.vmlocal.com with SMTP; 14 Dec 2003 15:20:38 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 219112
From: Payday Loans <QuickPaydayLoans@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Payday Loans <QuickPaydayLoans219112@vmlocal.com>
Subject: Need cash?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec14.162041-0500_est.216604-21286+63647@ams.ftl.affinity.com>
Date:Sun, 14 Dec 2003 16:20:40 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Dec 13 19:42:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222123-24619>; Sat, 13 Dec 2003 21:58:02 -0500
Received: from vm209-219.vmlocal.com ([216.21.209.219]) by
ams.ftl.affinity.com with ESMTP id <221662-24616>; Sat, 13 Dec 2003 21:56:37
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-219.vmlocal.com with SMTP; 13 Dec 2003 20:56:33 -0600
X-ClientHost: 106097109101115064103111141001111101191111141071150460991111109
X-MailingID: 218423
From: Payday Loans <QuickPaydayLoans@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Payday Loans <QuickPaydayLoans218423@vmlocal.com>
Subject: Get cash now.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec13.215637-0500_est.221662-24616+41274@ams.ftl.affinity.com>
Date:Sat, 13 Dec 2003 21:56:35 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Dec 08 23:34:19 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217098-31239>; Tue, 9 Dec
2003 00:12:59 -0500
Received: from vl208-56.vmlocal.com ([216.21.208.56]) by ams.ftl.affinity.com
with ESMTP id <214354-31242>; Tue, 9 Dec 2003 00:06:28 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-56.vmlocal.com with SMTP; 08 Dec 2003 23:03:47 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 214498
From: Payday Loans <QuickPaydayLoans@vmlocal.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Payday Loans <QuickPaydayLoans214498@vmlocal.com>
Subject: Cash when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec9.000628-0500_est.214354-31242+26430@ams.ftl.affinity.com>
Date:Tue, 9 Dec 2003 00:03:47 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Dec 08 21:13:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <216869-7144>; Mon, 8 Dec 2003 20:58:18 -0500
Received: from vl208-32.vmlocal.com ([216.21.208.32]) by ams.ftl.affinity.com
with ESMTP id <216586-7132>; Mon, 8 Dec 2003 20:56:42 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-32.vmlocal.com with SMTP; 08 Dec 2003 19:56:35 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 214601
From: Payday Loans <QuickPaydayLoans@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Payday Loans <QuickPaydayLoans214601@vmlocal.com>
Subject: Need Money Now? No Problem. Get These Payday Loans.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec8.205642-0500_est.216586-7132+4621@ams.ftl.affinity.com>
Date:Mon, 8 Dec 2003 20:56:41 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Dec 08 21:13:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216116-7164>; Mon, 8 Dec 2003 20:58:18 -0500
Received: from vl208-32.vmlocal.com ([216.21.208.32]) by ams.ftl.affinity.com
with ESMTP id <216869-7146>; Mon, 8 Dec 2003 20:56:42 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-32.vmlocal.com with SMTP; 08 Dec 2003 19:56:35 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 214601
From: Payday Loans <QuickPaydayLoans@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Payday Loans <QuickPaydayLoans214601@vmlocal.com>
Subject: Need Money Now? No Problem. Get These Payday Loans.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec8.205642-0500_est.216869-7146+4711@ams.ftl.affinity.com>
Date:Mon, 8 Dec 2003 20:56:40 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 07 22:59:10 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <222461-15027>; Sun, 7 Dec
2003 19:58:51 -0500
Received: from vl208-71.vmlocal.com ([216.21.208.71]) by ams.ftl.affinity.com
with ESMTP id <220954-15032>; Sun, 7 Dec 2003 19:57:32 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-71.vmlocal.com with SMTP; 07 Dec 2003 18:18:13 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 213859
From: Payday Loans <QuickPaydayLoans@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Payday Loans <QuickPaydayLoans213859@vmlocal.com>
Subject: Need Money Now? No Problem. Get These Payday Loans.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec7.195732-0500_est.220954-15032+23854@ams.ftl.affinity.com>
Date:Sun, 7 Dec 2003 19:57:31 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 07 22:59:10 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213012-30964>; Sun, 7 Dec 2003 19:58:51 -0500
Received: from vl208-71.vmlocal.com ([216.21.208.71]) by ams.ftl.affinity.com
with ESMTP id <212864-15031>; Sun, 7 Dec 2003 19:57:28 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-71.vmlocal.com with SMTP; 07 Dec 2003 18:18:13 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 213859
From: Payday Loans <QuickPaydayLoans@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Payday Loans <QuickPaydayLoans213859@vmlocal.com>
Subject: Need Money Now? No Problem. Get These Payday Loans.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec7.195728-0500_est.212864-15031+22645@ams.ftl.affinity.com>
Date:Sun, 7 Dec 2003 19:57:28 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Dec 06 22:48:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3568308-5307>; Sat, 6 Dec 2003 21:58:23 -0500
Received: from vl208-67.vmlocal.com ([216.21.208.67]) by ams.ftl.affinity.com
with ESMTP id <3564031-5310>; Sat, 6 Dec 2003 21:57:37 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-67.vmlocal.com with SMTP; 06 Dec 2003 20:48:12 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 213040
From: Payday Loans <QuickPaydayLoans@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Payday Loans <QuickPaydayLoans213040@vmlocal.com>
Subject: Payday loans give you cash when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.215737-0500_est.3564031-5310+9575@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 21:57:33 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Dec 06 22:48:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3568306-5307>; Sat, 6 Dec 2003 21:58:23 -0500
Received: from vl208-67.vmlocal.com ([216.21.208.67]) by ams.ftl.affinity.com
with ESMTP id <3568942-5299>; Sat, 6 Dec 2003 21:57:31 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-67.vmlocal.com with SMTP; 06 Dec 2003 20:48:12 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 213040
From: Payday Loans <QuickPaydayLoans@vmlocal.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Payday Loans <QuickPaydayLoans213040@vmlocal.com>
Subject: Payday loans give you cash when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.215731-0500_est.3568942-5299+9776@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 21:57:31 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Dec 05 09:44:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216298-1083>; Fri, 5 Dec 2003 11:34:42 -0500
Received: from vl208-53.vmlocal.com ([216.21.208.53]) by ams.ftl.affinity.com
with ESMTP id <214685-1088>; Fri, 5 Dec 2003 11:33:14 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-53.vmlocal.com with SMTP; 05 Dec 2003 10:33:12 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 212365
From: Payday Loans <QuickPaydayLoans@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Payday Loans <QuickPaydayLoans212365@vmlocal.com>
Subject: Need cash?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec5.113314-0500_est.214685-1088+23344@ams.ftl.affinity.com>
Date:Fri, 5 Dec 2003 11:33:13 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Dec 04 08:08:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215646-2721>; Thu, 4 Dec 2003 10:27:17 -0500
Received: from vl208-28.vmlocal.com ([216.21.208.28]) by ams.ftl.affinity.com
with ESMTP id <219045-2719>; Thu, 4 Dec 2003 10:25:50 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-28.vmlocal.com with SMTP; 04 Dec 2003 09:25:49 -0600
X-ClientHost: 106097109101115064103111114100111101191111141071150460991111109
X-MailingID: 211818
From: Payday Loans <QuickPaydayLoans@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Payday Loans <QuickPaydayLoans211818@vmlocal.com>
Subject: Need cash?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec4.102550-0500_est.219045-2719+18262@ams.ftl.affinity.com>
Date:Thu, 4 Dec 2003 10:25:50 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 30 22:42:32 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <262462-9879>; Sun, 30 Nov 2003 22:06:48 -0500
Received: from vl208-38.vmlocal.com ([216.21.208.38]) by ams.ftl.affinity.com
with ESMTP id <262735-9872>; Sun, 30 Nov 2003 22:05:49 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-38.vmlocal.com with SMTP; 30 Nov 2003 21:05:48 -0600
X-ClientHost:
106097109105108097064103111141001111101191111141071150460991111109
X-MailingID: 209142
From: Payday Loans <QuickPaydayLoans@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Payday Loans <QuickPaydayLoans209142@vmlocal.com>
Subject: Need cash?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov30.220549-0500_est.262735-9872+41237@ams.ftl.affinity.com>
Date:Sun, 30 Nov 2003 22:05:49 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 29 19:24:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217368-24774>; Sat, 29 Nov 2003 21:42:13 -0500
Received: from vl208-22.vmlocal.com ([216.21.208.22]) by ams.ftl.affinity.com
with ESMTP id <224154-24776>; Sat, 29 Nov 2003 21:41:35 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-22.vmlocal.com with SMTP; 29 Nov 2003 20:41:34 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 208431
From: Payday Loans <QuickPaydayLoans@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Payday Loans <QuickPaydayLoans208431@vmlocal.com>
Subject: Cash when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov29.214135-0500_est.224154-24776+39018@ams.ftl.affinity.com>
Date:Sat, 29 Nov 2003 21:41:35 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 29 19:24:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <220634-24774>; Sat, 29 Nov
2003 21:42:13 -0500
Received: from vl208-22.vmlocal.com ([216.21.208.22]) by ams.ftl.affinity.com
with ESMTP id <223646-24778>; Sat, 29 Nov 2003 21:41:35 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-22.vmlocal.com with SMTP; 29 Nov 2003 20:41:34 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 208431
From: Payday Loans <QuickPaydayLoans@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Payday Loans <QuickPaydayLoans208431@vmlocal.com>
Subject: Cash when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov29.214135-0500_est.223646-24778+40088@ams.ftl.affinity.com>
Date:Sat, 29 Nov 2003 21:41:35 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 29 17:16:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <228264-25812>; Sat, 29 Nov
2003 17:00:23 -0500
Received: from vl208-70.vmlocal.com ([216.21.208.70]) by ams.ftl.affinity.com
with ESMTP id <231667-25823>; Sat, 29 Nov 2003 16:59:44 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-70.vmlocal.com with SMTP; 29 Nov 2003 15:59:43 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 208349
From: Payday Loans <QuickPaydayLoans@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Payday Loans <QuickPaydayLoans208349@vmlocal.com>
Subject: Get cash now.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov29.165944-0500_est.231667-25823+24029@ams.ftl.affinity.com>
Date:Sat, 29 Nov 2003 16:59:43 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 29 11:13:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2728372-30726>; Sat, 29 Nov 2003 12:58:22 -0500
Received: from vl208-54.vmlocal.com ([216.21.208.54]) by ams.ftl.affinity.com
with ESMTP id <2728379-30727>; Sat, 29 Nov 2003 12:56:08 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-54.vmlocal.com with SMTP; 29 Nov 2003 11:56:02 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 208443
From: Payday Loans <QuickPaydayLoans@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Payday Loans <QuickPaydayLoans208443@vmlocal.com>
Subject: Need cash?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov29.125608-0500_est.2728379-30727+17075@ams.ftl.affinity.com>
Date:Sat, 29 Nov 2003 12:56:07 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Nov 28 21:15:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220783-14779>; Fri, 28 Nov 2003 21:57:19 -0500
Received: from vl208-47.vmlocal.com ([216.21.208.47]) by ams.ftl.affinity.com
with ESMTP id <221077-14774>; Fri, 28 Nov 2003 21:56:31 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-47.vmlocal.com with SMTP; 28 Nov 2003 20:56:28 -0600
X-ClientHost: 10609712106410311111410011110119111114107115046099111109
X-MailingID: 207678
From: Payday Loans <QuickPaydayLoans@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Payday Loans <QuickPaydayLoans207678@vmlocal.com>
Subject: Need Money Now? No Problem. Get These Payday Loans.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov28.215631-0500_est.221077-14774+6439@ams.ftl.affinity.com>
Date:Fri, 28 Nov 2003 21:56:31 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Nov 27 17:36:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214385-3175>; Thu, 27 Nov 2003 18:13:15 -0500
Received: from vl208-60.vmlocal.com ([216.21.208.60]) by ams.ftl.affinity.com
with ESMTP id <213870-3177>; Thu, 27 Nov 2003 18:12:14 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-60.vmlocal.com with SMTP; 27 Nov 2003 17:12:12 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 207006
From: Payday Loans <QuickPaydayLoans@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Payday Loans <QuickPaydayLoans207006@vmlocal.com>
Subject: Get cash now.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov27.181214-0500_est.213870-3177+21107@ams.ftl.affinity.com>
Date:Thu, 27 Nov 2003 18:12:13 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Nov 26 14:29:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215998-20132>; Wed, 26 Nov 2003 16:34:45 -0500
Received: from vl208-24.vmlocal.com ([216.21.208.24]) by ams.ftl.affinity.com
with ESMTP id <214545-20132>; Wed, 26 Nov 2003 16:34:14 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-24.vmlocal.com with SMTP; 26 Nov 2003 15:34:13 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 206404
From: Payday Loans <QuickPaydayLoans@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Payday Loans <QuickPaydayLoans206404@vmlocal.com>
Subject: Cash when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.163414-0500_est.214545-20132+1677@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 16:34:13 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Jan 24 19:14:47 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <241344-17958>; Sat, 24 Jan 2004 20:21:28 -0500
Received: from vm217-246.vmlocal.com ([216.21.217.246]) by
ams.ftl.affinity.com with ESMTP id <241438-17951>; Sat, 24 Jan 2004 20:20:20
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm217-246.vmlocal.com with SMTP; 24 Jan 2004 19:20:19 -0600
X-ClientHost: 10609710910111506410311114100111110119111114107115046099111109
X-MailingID: 240888
From: Payday Loans <QuickPaydayLoans@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Payday Loans <QuickPaydayLoans240888@vmlocal.com>
Subject: Payday's Friday. Your bills were due yesterday.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan24.202020-0500_est.241438-17951+50641@ams.ftl.affinity.com>
Date:Sat, 24 Jan 2004 20:20:19 -0500



 If you would like to refer a friend information regarding this program,

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to <u>http://www.virtumundo.com/change/</u> or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Jan 31 08:46:46 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <334041-21667>; Sat, 31 Jan 2004 10:42:25 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <324030-21668>; Sat, 31 Jan 2004 10:40:37 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm105.vmadmin.com with SMTP; 31 Jan 2004 09:40:35 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 241134
From: Payday Services <NewPaydayServices@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Payday Services <NewPaydayServices241134@replies.virtumundo.com>
Subject: Quick advance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan31.104037-0500_est.324030-21668+10930@ams.ftl.affinity.com>
Date:Sat, 31 Jan 2004 10:40:37 -0500
```



---

Cash Advance Expert, Inc 268 Bush St., #4329, San Francisco, CA 94104

```
From ???@??? Sat Jan 31 08:46:46 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <324030-21667>; Sat, 31 Jan 2004 10:42:25 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <342586-21665>; Sat, 31 Jan 2004 10:40:39 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm105.vmadmin.com with SMTP; 31 Jan 2004 09:40:35 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 241134
From: Payday Services <NewPaydayServices@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Payday Services <NewPaydayServices241134@replies.virtumundo.com>
Subject: Quick advance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan31.104039-0500_est.342586-21665+10782@ams.ftl.affinity.com>
Date:Sat, 31 Jan 2004 10:40:37 -0500
```



Cash Advance Expert, Inc 268 Bush St., #4329, San Francisco, CA 94104

```
From ???@??? Sat Jan 31 21:09:32 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <360584-21667>; Sat, 31 Jan 2004 10:42:25 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <334041-21678>; Sat, 31 Jan 2004 10:40:36 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm105.vmadmin.com with SMTP; 31 Jan 2004 09:40:35 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 241134
From: Payday Services <NewPaydayServices@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Payday Services <NewPaydayServices241134@replies.virtumundo.com>
Subject: Quick advance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan31.104036-0500_est.334041-21678+10157@ams.ftl.affinity.com>
Date:Sat, 31 Jan 2004 10:40:36 -0500
```



Cash Advance Expert, Inc 268 Bush St., #4329, San Francisco, CA 94104

```
From ???@??? Sun Jan 04 09:04:18 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <316761-15867>; Sun, 4 Jan
2004 08:50:16 -0500
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <318775-15860>; Sun, 4 Jan 2004 08:49:18 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 04 Jan 2004 07:49:15 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 235397
From: Payday Services <NewPaydayServices@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Payday Services <NewPaydayServices235397@replies.virtumundo.com>
Subject: Quick Advance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan4.084918-0500_est.318775-15860+15652@ams.ftl.affinity.com>
Date:Sun, 4 Jan 2004 08:49:18 -0500
```



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**.  Please mail questions or comments regarding this message to the client, CashAdvanceExpert.com, Inc.268 Bush St #4329, San Francisco, CA 94104**

```
From ???@??? Sun Jan 04 09:04:18 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <316951-15867>; Sun, 4 Jan 2004 08:50:17 -0500
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <317837-15861>; Sun, 4 Jan 2004 08:49:18 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm092.vmadmin.com with SMTP; 04 Jan 2004 07:49:15 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 235397
From: Payday Services <NewPaydayServices@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Payday Services <NewPaydayServices235397@replies.virtumundo.com>
Subject: Quick Advance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan4.084918-0500_est.317837-15861+16016@ams.ftl.affinity.com>
Date:Sun, 4 Jan 2004 08:49:17 -0500
```



If you would like to unsubscribe from any further email advertisements

from the advertiser promoted in this message, click here. To remove yourself from this program, go to **http://www.virtumundo.com/change** or go here.  Please mail questions or comments regarding this message to the client, CashAdvanceExpert.com, Inc.268 Bush St #4329, San Francisco, CA 94104

```
From ???@??? Sun Jan 04 09:04:18 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <314955-15866>; Sun, 4 Jan 2004 08:50:16 -0500
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <319232-15865>; Sun, 4 Jan 2004 08:49:18 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 04 Jan 2004 07:49:15 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 235397
From: Payday Services <NewPaydayServices@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Payday Services <NewPaydayServices235397@replies.virtumundo.com>
Subject: Quick Advance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan4.084918-0500_est.319232-15865+15845@ams.ftl.affinity.com>
Date:Sun, 4 Jan 2004 08:49:17 -0500
```



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**.  Please mail questions or comments regarding this message to the client, CashAdvanceExpert.com, Inc.268 Bush St #4329, San Francisco, CA 94104**

```
From ???@??? Sun Jan 04 09:04:18 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <320142-15860>; Sun, 4 Jan 2004 08:50:16 -0500
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <319339-15865>; Sun, 4 Jan 2004 08:49:18 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 04 Jan 2004 07:49:15 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 235397
From: Payday Services <NewPaydayServices@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Payday Services <NewPaydayServices235397@replies.virtumundo.com>
Subject: Quick Advance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan4.084918-0500_est.319339-15865+15847@ams.ftl.affinity.com>
Date:Sun, 4 Jan 2004 08:49:17 -0500
```



If you would like to unsubscribe from any further email advertisements

from the advertiser promoted in this message, click here. To remove yourself from this program, go to http://www.virtumundo.com/change or go here. Please mail questions or comments regarding this message to the client, CashAdvanceExpert.com, Inc.268 Bush St #4329, San Francisco, CA 94104

```
From ???@??? Sun Jan 04 09:04:18 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <317837-15866>; Sun, 4 Jan 2004 08:50:17 -0500
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <316075-15860>; Sun, 4 Jan 2004 08:49:17 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 04 Jan 2004 07:49:15 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 235397
From: Payday Services <NewPaydayServices@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Payday Services <NewPaydayServices235397@replies.virtumundo.com>
Subject: Quick Advance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan4.084917-0500_est.316075-15860+15649@ams.ftl.affinity.com>
Date:Sun, 4 Jan 2004 08:49:16 -0500
```



If you would like to unsubscribe from any further email advertisements

from the advertiser promoted in this message, click here. To remove yourself from this program, go to http://www.virtumundo.com/change or go here.  Please mail questions or comments regarding this message to the client, CashAdvanceExpert.com, Inc.268 Bush St #4329, San Francisco, CA 94104

```
From ???@??? Sat Jan 31 08:46:46 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <339399-21664>; Sat, 31 Jan
2004 10:42:25 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <325048-21665>; Sat, 31 Jan 2004 10:40:39 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm105.vmadmin.com with SMTP; 31 Jan 2004 09:40:35 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 241134
From: Payday Services <NewPaydayServices@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Payday Services <NewPaydayServices241134@replies.virtumundo.com>
Subject: Quick advance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan31.104039-0500_est.325048-21665+10783@ams.ftl.affinity.com>
Date:Sat, 31 Jan 2004 10:40:38 -0500
```



Cash Advance Expert, Inc 268 Bush St., #4329, San Francisco, CA 94104

```
From ???@??? Wed May 26 13:24:31 2004
Return-Path: <mailcenter308676@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 29445 invoked by uid 10003); 26 May 2004 20:11:45 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 29442 invoked from network); 26 May 2004 20:11:45 -0000
Received: from unknown (HELO vm216.vmadmin.com) (216.64.222.216)
  by ns48.webmasters.com with SMTP; 26 May 2004 20:11:45 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm216.vmadmin.com with SMTP; 26 May 2004 15:11:42 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 308676
From: Payday Wizard <CashForTheSummer@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Payday Wizard <CashForTheSummer308676@replies.virtumundo.com>
Subject: Short on cash? Get a quick loan today.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**To unsubscribe from NetMoneyWizard.com, please** visit us here**, or send your name and email address to: NetMoneyWizard.com - Cash, 21143 Hawthorne Blvd. #187, Torrance, CA 90503**

NetMoneyWizard.com - Cash, 21143 Hawthorne Blvd. #187, Torrance, CA 90503

From ???@??? Sun Jan 01 19:02:58 2006
X-Persona: <Mila>
Return-Path: <mailcenter333586@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 22 Dec 2005 18:24:08 -0600
From: PayDayAdvance <PayDayAdvance@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Get a payday loan instantly
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43AB43A8.CC6E6D96"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
6275&e=mila@jammtomm.com
  URI:http://ogy.cc/cackbloc_files/1.gif
  URI:http://redirect.virtumundo.com/bt?m33586&e=mila@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (7.9 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 31267 invoked from network); 22 Dec 2005 18:24:07 -0600
Received: from vm-182-235.vm-mail.com (206.82.182.235)
  by ehahome.com with SMTP; 22 Dec 2005 18:24:06 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-235.vm-mail.com with SMTP; 22 Dec 2005 18:23:53 -0600

```
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 333586
From: PayDayAdvance <PayDayAdvance@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333586@vm-rewards.com>
Subject: Get a payday loan instantly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get a
payday loa.htm"
```

```
From ???@??? Fri Dec 30 13:57:36 2005
Return-Path: <mailcenter333586@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 22981 invoked from network); 22 Dec 2005 18:14:42 -0600
Received: from vm-177-10.vm-mail.com (206.82.177.10)
  by jaycelia.com with SMTP; 22 Dec 2005 18:14:42 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-10.vm-mail.com with SMTP; 22 Dec 2005 18:14:23 -0600
X-ClientHost:
100101119097121110101064097110116104111101210991011101161140971080046099111109
X-MailingID: 333586
From: PayDayAdvance <PayDayAdvance@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333586@vm-rewards.com>
Subject: Get a payday loan instantly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---



**Prescott Financial, 405 El Camino Real, Suite 628 Memli Park, CA 94025**

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 13:57:36 2005
Return-Path: <mailcenter333586@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 23651 invoked from network); 22 Dec 2005 18:14:43 -0600
Received: from vm-177-10.vm-mail.com (206.82.177.10)
   by jaycelia.com with SMTP; 22 Dec 2005 18:14:43 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-10.vm-mail.com with SMTP; 22 Dec 2005 18:14:23 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 333586
From: PayDayAdvance <PayDayAdvance@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333586@vm-rewards.com>
Subject: Get a payday loan instantly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```



---



**Prescott Financial, 405 El Camino Real, Suite 628 Memli Park, CA 94025**



If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 13:57:36 2005
Return-Path: <mailcenter333586@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 24485 invoked from network); 22 Dec 2005 18:14:44 -0600
Received: from vm-177-10.vm-mail.com (206.82.177.10)
  by jaycelia.com with SMTP; 22 Dec 2005 18:14:44 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-10.vm-mail.com with SMTP; 22 Dec 2005 18:14:23 -0600
X-ClientHost: 1161060640971101161041111012109910111011611409710804609911109
X-MailingID: 333586
From: PayDayAdvance <PayDayAdvance@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333586@vm-rewards.com>
Subject: Get a payday loan instantly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
       version=2.63
```



---



**Prescott Financial, 405 El Camino Real, Suite 628 Memli Park, CA 94025**

If you can not see our footer image, please <u>visit here</u>.

```
From ???@??? Fri Dec 30 13:57:10 2005
Return-Path: <mailcenter333586@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 20515 invoked from network); 22 Dec 2005 18:14:40 -0600
Received: from vm-177-10.vm-mail.com (206.82.177.10)
  by jaycelia.com with SMTP; 22 Dec 2005 18:14:35 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-10.vm-mail.com with SMTP; 22 Dec 2005 18:14:23 -0600
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 333586
From: PayDayAdvance <PayDayAdvance@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333586@vm-rewards.com>
Subject: Get a payday loan instantly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
       version=2.63
```



---



**Prescott Financial, 405 El Camino Real, Suite 628 Memli Park, CA 94025**



If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 13:57:10 2005
Return-Path: <mailcenter333586@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 21508 invoked from network); 22 Dec 2005 18:14:41 -0600
Received: from vm-177-10.vm-mail.com (206.82.177.10)
   by jaycelia.com with SMTP; 22 Dec 2005 18:14:41 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-10.vm-mail.com with SMTP; 22 Dec 2005 18:14:23 -0600
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 333586
From: PayDayAdvance <PayDayAdvance@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333586@vm-rewards.com>
Subject: Get a payday loan instantly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
       version=2.63
```



---



 **Prescott Financial, 405 El Camino Real, Suite 628 Memli Park, CA 94025**

**If you can not see our footer image, please** visit here.

```
From ???@??? Mon Dec 26 14:32:19 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333586@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 18624 invoked from network); 22 Dec 2005 18:22:48 -0600
Received: from vm-182-41.vm-mail.com (206.82.182.41)
  by jammtomm.com with SMTP; 22 Dec 2005 18:22:48 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-41.vm-mail.com with SMTP; 22 Dec 2005 18:22:36 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 333586
From: PayDayAdvance <PayDayAdvance@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333586@vm-rewards.com>
Subject: Get a payday loan instantly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

Prescott Financial, 405 El Camino Real, Suite 628 Memli Park, CA 94025

If you can not see our footer image, please visit here.

```
From ???@??? Sat Dec 24 20:02:52 2005
X-Persona: <Jon>
Return-Path: <mailcenter333586@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 2338 invoked from network); 22 Dec 2005 18:24:12 -0600
Received: from vm-182-214.vm-mail.com (206.82.182.214)
  by jammtomm.com with SMTP; 22 Dec 2005 18:24:12 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-214.vm-mail.com with SMTP; 22 Dec 2005 18:24:00 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 333586
From: PayDayAdvance <PayDayAdvance@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333586@vm-rewards.com>
Subject: *****SPAM***** Get a payday loan instantly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



---



**Prescott Financial, 405 El Camino Real, Suite 628 Memli Park, CA 94025**

If you can not see our footer image, please visit here.

```
From ???@??? Sat Dec 24 20:02:46 2005
X-Persona: <Jay>
Return-Path: <mailcenter333586@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 2311 invoked from network); 22 Dec 2005 18:24:12 -0600
Received: from vm-182-196.vm-mail.com (206.82.182.196)
  by itdidnotendright.com with SMTP; 22 Dec 2005 18:24:12 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-196.vm-mail.com with SMTP; 22 Dec 2005 18:23:59 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 333586
From: PayDayAdvance <PayDayAdvance@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333586@vm-rewards.com>
Subject: *****SPAM***** Get a payday loan instantly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



---

 **Prescott Financial, 405 El Camino Real, Suite 628 Memli Park, CA 94025**



If you can not see our footer image, please visit here.

```
From ???@??? Sat Dec 24 20:01:00 2005
X-Persona: <Celia>
Return-Path: <mailcenter333586@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 29152 invoked from network); 22 Dec 2005 18:42:08 -0600
Received: from vm-180-32.vm-mail.com (206.82.180.32)
  by gordonworks.com with SMTP; 22 Dec 2005 18:42:08 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-32.vm-mail.com with SMTP; 22 Dec 2005 18:41:56 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460 99111109
X-MailingID: 333586
From: PayDayAdvance <PayDayAdvance@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333586@vm-rewards.com>
Subject: *****SPAM***** Get a payday loan instantly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



---

Prescott Financial, 405 El Camino Real, Suite 628 Memli Park, CA 94025

If you can not see our footer image, please visit here.

```
From ???@??? Wed Dec 21 12:44:55 2005
X-Persona: <Jon>
Return-Path: <mailcenter333401@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 32194 invoked from network); 20 Dec 2005 11:24:17 -0600
Received: from vm-180-98.vm-mail.com (206.82.180.98)
   by ehahome.com with SMTP; 20 Dec 2005 11:24:17 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-98.vm-mail.com with SMTP; 20 Dec 2005 11:24:03 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 333401
From: PayDayAdvance <PayDayAdvance@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333401@vm-rewards.com>
Subject: *****SPAM***** Get a payday loan instantly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



---

Prescott Financial, 405 El Camino Real, Suite 628 Memli Park, CA 94025

If you can not see our footer image, please visit here.

```
From ???@??? Wed Dec 21 12:44:29 2005
X-Persona: <Jay>
Return-Path: <mailcenter333401@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 32224 invoked from network); 20 Dec 2005 11:24:17 -0600
Received: from vm-180-89.vm-mail.com (206.82.180.89)
   by gordonworks.com with SMTP; 20 Dec 2005 11:24:17 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-89.vm-mail.com with SMTP; 20 Dec 2005 11:24:03 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 333401
From: PayDayAdvance <PayDayAdvance@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333401@vm-rewards.com>
Subject: *****SPAM***** Get a payday loan instantly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



---

Prescott Financial, 405 El Camino Real, Suite 628 Memli Park, CA 94025

If you can not see our footer image, please visit here.

From ???@??? Mon Jan 30 15:49:26 2006
X-Persona: <RCW>
Return-Path: <mailcenter333586@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 14146 invoked from network); 22 Dec 2005 19:15:40 -0600
Received: from vm-182-15.vm-mail.com (206.82.182.15)
  by rcw19190020.com with SMTP; 22 Dec 2005 19:15:39 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-15.vm-mail.com with SMTP; 22 Dec 2005 19:15:26 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 333586
From: PayDayAdvance <PayDayAdvance@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333586@vm-rewards.com>
Subject: Get a payday loan instantly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



---



**Prescott Financial, 405 El Camino Real, Suite 628 Memli Park, CA 94025**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Feb 08 23:31:46 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <363605-25344>; Mon, 9 Feb 2004 02:16:13 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com
with ESMTP id <363552-25349>; Mon, 9 Feb 2004 02:15:24 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm106.vmadmin.com with SMTP; 09 Feb 2004 01:15:23 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 241539
From: PC Health Check <CheckYourPCsHealth@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PC Health Check <CheckYourPCsHealth241539@replies.virtumundo.com>
Subject: Is your PC riddled with potentially fatal errors?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb9.021524-0500_est.363552-25349+8116@ams.ftl.affinity.com>
Date:Mon, 9 Feb 2004 02:15:24 -0500
```







---

**Intrigue Learning Services, 1011-246 Stewart Green SW, Alberta, Canada T3H 3C8**

```
From ???@??? Sun Feb 08 23:31:46 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <363552-25344>; Mon, 9 Feb
2004 02:16:13 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com
with ESMTP id <363724-25347>; Mon, 9 Feb 2004 02:15:25 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm106.vmadmin.com with SMTP; 09 Feb 2004 01:15:23 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 241539
From: PC Health Check <CheckYourPCsHealth@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PC Health Check <CheckYourPCsHealth241539@replies.virtumundo.com>
Subject: Is your PC riddled with potentially fatal errors?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb9.021525-0500_est.363724-25347+8320@ams.ftl.affinity.com>
Date:Mon, 9 Feb 2004 02:15:24 -0500
```







---



 **Intrigue Learning Services, 1011-246 Stewart Green SW, Alberta, Canada T3H 3C8**



```
From ???@??? Thu Feb 05 13:30:23 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2735311-3595>; Thu, 5 Feb 2004 16:24:26 -0500
Received: from vm121.vmadmin.com ([216.64.222.121]) by ams.ftl.affinity.com
with ESMTP id <2777104-3599>; Thu, 5 Feb 2004 16:23:15 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm121.vmadmin.com with SMTP; 05 Feb 2004 15:23:10 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 241343
From: PC Health Check <CheckYourPCsHealth@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PC Health Check <CheckYourPCsHealth241343@replies.virtumundo.com>
Subject: Is your PC riddled with potentially fatal errors?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb5.162315-0500_est.2777104-3599+23653@ams.ftl.affinity.com>
Date:Thu, 5 Feb 2004 16:23:14 -0500
```







---



 **Intrigue Learning Services, 1011-246 Stewart Green SW, Alberta, Canada T3H 3C8**

```
From ???@??? Thu Feb 05 13:30:23 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2777104-3588>; Thu, 5 Feb 2004 16:24:26 -0500
Received: from vm121.vmadmin.com ([216.64.222.121]) by ams.ftl.affinity.com
with ESMTP id <2775408-3597>; Thu, 5 Feb 2004 16:23:14 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm121.vmadmin.com with SMTP; 05 Feb 2004 15:23:10 -0600
X-ClientHost:
10609710910510809706410311114100111101191111141071150460990111109
X-MailingID: 241343
From: PC Health Check <CheckYourPCsHealth@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PC Health Check <CheckYourPCsHealth241343@replies.virtumundo.com>
Subject: Is your PC riddled with potentially fatal errors?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb5.162314-0500_est.2775408-3597+24294@ams.ftl.affinity.com>
Date:Thu, 5 Feb 2004 16:23:14 -0500
```







---

  **Intrigue Learning Services, 1011-246 Stewart Green SW, Alberta, Canada T3H 3C8**



```
From ???@??? Tue Jan 13 14:25:28 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <219803-1230>; Tue, 13 Jan
2004 17:12:12 -0500
Received: from vm095.vmadmin.com ([216.64.222.95]) by ams.ftl.affinity.com
with ESMTP id <219814-1226>; Tue, 13 Jan 2004 17:11:14 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm095.vmadmin.com with SMTP; 13 Jan 2004 16:11:10 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 240166
From: PC Health Check <CheckYourPCsHealth@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PC Health Check <CheckYourPCsHealth240166@replies.virtumundo.com>
Subject: Is Your PC prepared for the Internet Battlefield?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan13.171114-0500_est.219814-1226+9819@ams.ftl.affinity.com>
Date:Tue, 13 Jan 2004 17:11:13 -0500
```



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** **http://www.virtumundo.com/change** **or go** here**.  Please mail questions or comments regarding this message to the client, Intrigue Learning Services, 1011-246 Stewart Green SW Alberta Canada T3H 3C8.**

```
From ???@??? Tue Jan 13 14:25:28 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <337177-21500>; Tue, 13 Jan 2004 17:12:08 -0500
Received: from vm124.vmadmin.com ([216.64.222.124]) by ams.ftl.affinity.com
with ESMTP id <336982-21495>; Tue, 13 Jan 2004 17:10:56 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm124.vmadmin.com with SMTP; 13 Jan 2004 16:10:53 -0600
X-ClientHost:
10609710910510809706410311111410011111101191111141071150460991111109
X-MailingID: 240165
From: PC Health Check <CheckYourPCsHealth@vmadmin.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PC Health Check <CheckYourPCsHealth240165@replies.virtumundo.com>
Subject: Get your PC Health check-up before it is too late!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan13.171056-0500_est.336982-21495+36286@ams.ftl.affinity.com>
Date:Tue, 13 Jan 2004 17:10:56 -0500
```





**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**. Please mail questions or comments regarding this message to the client, Intrigue Learning Services, 1011-246 Stewart Green SW Alberta Canada T3H 3C8.**

```
From ???@??? Tue Feb 10 13:54:01 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <337530-1593>; Tue, 10 Feb
2004 16:42:05 -0500
Received: from vm119.vmadmin.com ([216.64.222.119]) by ams.ftl.affinity.com
with ESMTP id <328910-1594>; Tue, 10 Feb 2004 16:41:08 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm119.vmadmin.com with SMTP; 10 Feb 2004 15:41:04 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 241628
From: PC Health Check <CheckYourPCsHealth@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PC Health Check <CheckYourPCsHealth241628@replies.virtumundo.com>
Subject: Are harmful errors lurking inside your PC?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb10.164108-0500_est.328910-1594+23574@ams.ftl.affinity.com>
Date:Tue, 10 Feb 2004 16:41:08 -0500
```





**This is an Intrigue Learning Services e-mail message. If you prefer not to receive e-mails from Intrigue Learning Services in the future, please** visit us here**, or write us at Intrigue Learning Services Inc.,1011 - 246 Stewart Green SW Calgary, Alberta, Canada T3H 3C8.**

---

Intrigue Learning Services, 1011-246 Stewart Green SW, Alberta, Canada T3H 3C8

```
From ???@??? Sun Nov 09 14:42:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219589-9107>; Sun, 9 Nov 2003 17:24:29 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <219611-9108>; Sun, 9 Nov 2003 17:23:26 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm105.vmadmin.com with SMTP; 09 Nov 2003 16:23:20 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 194232
From: PC Health Check <GetAComputerScan194232@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PC Health Check <GetAComputerScan194232@replies.virtumundo.com>
Subject: Do you want to tune up your PC in 2 minutes
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov9.172326-0500_est.219611-9108+5287@ams.ftl.affinity.com>
Date:Sun, 9 Nov 2003 17:23:25 -0500
```





**Exposes harmful files lurking on your PC!**

**It's FREE!* It downloads very quickly.**

**It's SAFE and EASY!**

Copyright 2003 Intrigue Learning Services Inc. All Rights Reserved.
*PC Pow erScan™ offers a free computer health check tool available for unlimited use and a paid premium error fixing service. No credit card required for free dow nload.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Nov 09 14:42:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <219699-9105>; Sun, 9 Nov 2003
17:24:29 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <219612-9107>; Sun, 9 Nov 2003 17:23:26 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm105.vmadmin.com with SMTP; 09 Nov 2003 16:23:20 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 194232
From: PC Health Check <GetAComputerScan194232@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PC Health Check <GetAComputerScan194232@replies.virtumundo.com>
Subject: Do you want to tune up your PC in 2 minutes
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov9.172326-0500_est.219612-9107+5268@ams.ftl.affinity.com>
Date:Sun, 9 Nov 2003 17:23:25 -0500
```



Performs a complete health check on your computer safely, securely, and silently!



**Exposes harmful files lurking on your PC!**

**It's FREE!* It downloads very quickly.**

**It's SAFE and EASY!**

Copyright 2003 Intrigue Learning Services Inc. All Rights Reserved.
*PC Pow erScan™ offers a free computer health check tool available for unlimited use
and a paid premium error fixing service. No credit card required for free dow nload.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Nov 09 14:42:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219594-9111>; Sun, 9 Nov 2003 17:24:29 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <219599-9107>; Sun, 9 Nov 2003 17:23:26 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm105.vmadmin.com with SMTP; 09 Nov 2003 16:23:20 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 194232
From: PC Health Check <GetAComputerScan194232@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PC Health Check <GetAComputerScan194232@replies.virtumundo.com>
Subject: Do you want to tune up your PC in 2 minutes
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov9.172326-0500_est.219599-9107+5267@ams.ftl.affinity.com>
Date:Sun, 9 Nov 2003 17:23:24 -0500
```



**Performs a complete health check on your computer safely, securely, and silently!**



**Exposes harmful files lurking on your PC!**

**It's FREE!\* It downloads very quickly.**

**It's SAFE and EASY!**

Copyright 2003 Intrigue Learning Services Inc. All Rights Reserved.
*PC Pow erScan™ offers a free computer health check tool available for unlimited use
and a paid premium error fixing service. No credit card required for free dow nload.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at
http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from
the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy
Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer
should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Nov 09 14:42:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218097-9112>; Sun, 9 Nov 2003 17:23:42 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <219592-9111>; Sun, 9 Nov 2003 17:23:24 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm105.vmadmin.com with SMTP; 09 Nov 2003 16:23:20 -0600
X-ClientHost: 10209712110106410311111410011111011911111410715046099111109
X-MailingID: 194232
From: PC Health Check <GetAComputerScan194232@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PC Health Check <GetAComputerScan194232@replies.virtumundo.com>
Subject: Do you want to tune up your PC in 2 minutes
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov9.172324-0500_est.219592-9111+5857@ams.ftl.affinity.com>
Date:Sun, 9 Nov 2003 17:23:23 -0500
```



Performs a complete health check on your computer safely, securely, and silently!



**Exposes harmful files lurking on your PC!**

**It's FREE!* It downloads very quickly.**

**It's SAFE and EASY!**

Copyright 2003 Intrigue Learning Services Inc. All Rights Reserved.
*PC Pow erScan™ offers a free computer health check tool available for unlimited use and a paid premium error fixing service. No credit card required for free dow nload.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Nov 09 14:42:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213269-9111>; Sun, 9 Nov 2003 17:24:29 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <215987-9108>; Sun, 9 Nov 2003 17:23:26 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm105.vmadmin.com with SMTP; 09 Nov 2003 16:23:20 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 194232
From: PC Health Check <GetAComputerScan194232@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PC Health Check <GetAComputerScan194232@replies.virtumundo.com>
Subject: Do you want to tune up your PC in 2 minutes
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov9.172326-0500_est.215987-9108+5286@ams.ftl.affinity.com>
Date:Sun, 9 Nov 2003 17:23:25 -0500
```



**Performs a complete health check on your computer safely, securely, and silently!**



Copyright 2003 Intrigue Learning Services Inc. All Rights Reserved.
*PC Pow erScan™ offers a free computer health check tool available for unlimited use and a paid premium error fixing service. No credit card required for free dow nload.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue May 11 14:25:29 2004
Return-Path: <mailcenter308421@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 16832 invoked by uid 10003); 11 May 2004 20:28:07 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 16824 invoked from network); 11 May 2004 20:28:07 -0000
Received: from unknown (HELO vm099.vmadmin.com) (216.64.222.99)
   by ns48.webmasters.com with SMTP; 11 May 2004 20:28:07 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm099.vmadmin.com with SMTP; 11 May 2004 15:38:00 -0500
X-ClientHost: 10609712106410311114100111110119111114107115046099111109
X-MailingID: 308421
From: PC Health Check <GetAPCHealthCheck@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: PC Health Check <GetAPCHealthCheck308421@replies.virtumundo.com>
Subject: Save your computer from harm!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





 **Intrigue Learning Services, 1011-246 Stewart Green SW Alberta Canada T3H 3C8**

```
From ???@??? Tue May 11 14:25:28 2004
Return-Path: <mailcenter308421@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 16809 invoked by uid 10003); 11 May 2004 20:28:06 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 16806 invoked from network); 11 May 2004 20:28:06 -0000
Received: from unknown (HELO vm099.vmadmin.com) (216.64.222.99)
  by ns48.webmasters.com with SMTP; 11 May 2004 20:28:06 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm099.vmadmin.com with SMTP; 11 May 2004 15:38:00 -0500
X-ClientHost: 10609710910111506410311114100111110119111114107115046099111109
X-MailingID: 308421
From: PC Health Check <GetAPCHealthCheck@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: PC Health Check <GetAPCHealthCheck308421@replies.virtumundo.com>
Subject: Save your computer from harm!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





 **Intrigue Learning Services, 1011-246 Stewart Green SW Alberta Canada T3H 3C8**



```
From ???@??? Tue May 11 14:25:28 2004
Return-Path: <mailcenter308421@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 16818 invoked by uid 10003); 11 May 2004 20:28:07 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 16815 invoked from network); 11 May 2004 20:28:07 -0000
Received: from unknown (HELO vm099.vmadmin.com) (216.64.222.99)
   by ns48.webmasters.com with SMTP; 11 May 2004 20:28:07 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm099.vmadmin.com with SMTP; 11 May 2004 15:38:00 -0500
X-ClientHost:
106097109105108097064103111114100111101191111410711504609911109
X-MailingID: 308421
From: PC Health Check <GetAPCHealthCheck@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: PC Health Check <GetAPCHealthCheck308421@replies.virtumundo.com>
Subject: Save your computer from harm!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





**Intrigue Learning Services, 1011-246 Stewart Green SW Alberta Canada T3H 3C8**

```
From ???@??? Thu May 13 15:34:03 2004
Return-Path: <mailcenter308435@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 10273 invoked by uid 10003); 13 May 2004 21:54:57 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 10270 invoked from network); 13 May 2004 21:54:57 -0000
Received: from unknown (HELO vm123.vmadmin.com) (216.64.222.123)
  by ns48.webmasters.com with SMTP; 13 May 2004 21:54:57 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm123.vmadmin.com with SMTP; 13 May 2004 17:05:19 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 308435
From: PC Health Check <GetAPCHealthCheck@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PC Health Check <GetAPCHealthCheck308435@replies.virtumundo.com>
Subject: Save your computer from harm!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





 **Intrigue Learning Services, 1011-246 Stewart Green SW Alberta Canada T3H 3C8**

From ???@??? Sun Sep 14 08:28:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <1245886-27589>; Sun, 14 Sep 2003 10:21:25 -0400
Received: from vt226.vtarget.com ([216.64.222.226]) by ams.ftl.affinity.com
with ESMTP id <1246125-27589>; Sun, 14 Sep 2003 10:20:53 -0400
Received: from vtarget.com (192.168.3.10)
   by vt226.vtarget.com with SMTP; 14 Sep 2003 09:20:52 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 134146
From: PC Health Check <HomePCHealthCheck134146@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: MailCenter <mailcenter+134146@virtumundo.com>
Subject: Are Gremlins attacking your computer? Find out now.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep14.102053-0400_edt.1246125-27589+1798@ams.ftl.affinity.com>
Date:Sun, 14 Sep 2003 10:20:51 -0400



**Performs a complete health check on your computer safely, securely, and silently!**

**Exposes harmful files lurking on your PC!**

**It's FREE!\* It downloads very quickly.**

**It's SAFE and EASY!**

# Are there corrupt files lurking inside your computer ready to cause harmful destruction?

Free yourself from worry. Get your <u>Free\* PC Health Check</u> before it's too late

## <u>FREE</u>\* PC Health Check

Copyright 2003 Intrigue Learning Services Inc. All Rights Reserved.
\*PC Pow erScan™ offers a free computer health check tool available for unlimited use
and a paid premium error fixing service. No credit card required for free dow nload.

---

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Oct 26 15:36:40 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <532792-2708>; Sun, 26 Oct 2003 17:26:02 -0500
Received: from vm153.vmadmin.com ([216.64.222.153]) by ams.ftl.affinity.com
with ESMTP id <486509-2711>; Sun, 26 Oct 2003 17:24:18 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm153.vmadmin.com with SMTP; 26 Oct 2003 16:17:51 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 176956
From: PC Health Check <HomePCHealthCheck176956@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PC Health Check <HomePCHealthCheck176956@replies.virtumundo.com>
Subject: Is your computer healthy? Get a PC health check today!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct26.172418-0500_est.486509-2711+17174@ams.ftl.affinity.com>
Date:Sun, 26 Oct 2003 17:24:17 -0500
```



**Performs a complete health check on your computer safely, securely, and silently!**

**Exposes harmful files lurking on your PC!**

**It's FREE!* It downloads very quickly.**

**It's SAFE and EASY!**

Copyright 2003 Intrigue Learning Services Inc. All Rights Reserved.
*PC Pow erScan™ offers a free computer health check tool available for unlimited use
and a paid premium error fixing service. No credit card required for free dow nload.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at
http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from
the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy
Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer
should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Oct 26 15:36:40 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <532094-2716>; Sun, 26 Oct 2003 17:26:02 -0500
Received: from vm153.vmadmin.com ([216.64.222.153]) by ams.ftl.affinity.com
with ESMTP id <532792-2711>; Sun, 26 Oct 2003 17:24:18 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm153.vmadmin.com with SMTP; 26 Oct 2003 16:17:51 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 176956
From: PC Health Check <HomePCHealthCheck176956@vmadmin.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PC Health Check <HomePCHealthCheck176956@replies.virtumundo.com>
Subject: Is your computer healthy? Get a PC health check today!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct26.172418-0500_est.532792-2711+17173@ams.ftl.affinity.com>
Date:Sun, 26 Oct 2003 17:24:16 -0500
```



Copyright 2003 Intrigue Learning Services Inc. All Rights Reserved.
*PC Pow erScan™ offers a free computer health check tool available for unlimited use
and a paid premium error fixing service. No credit card required for free dow nload.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at
http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from
the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy
Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer
should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Oct 26 15:36:40 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <536905-2706>; Sun, 26 Oct 2003 17:26:02 -0500
Received: from vm153.vmadmin.com ([216.64.222.153]) by ams.ftl.affinity.com
with ESMTP id <532094-2715>; Sun, 26 Oct 2003 17:24:16 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm153.vmadmin.com with SMTP; 26 Oct 2003 16:17:51 -0600
X-ClientHost: 102097121101064103111141001111101191111410717150460999111109
X-MailingID: 176956
From: PC Health Check <HomePCHealthCheck176956@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PC Health Check <HomePCHealthCheck176956@replies.virtumundo.com>
Subject: Is your computer healthy? Get a PC health check today!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct26.172416-0500_est.532094-2715+18114@ams.ftl.affinity.com>
Date:Sun, 26 Oct 2003 17:24:15 -0500
```



Copyright 2003 Intrigue Learning Services Inc. All Rights Reserved.
*PC Pow erScan™ offers a free computer health check tool available for unlimited use
and a paid premium error fixing service. No credit card required for free dow nload.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Oct 26 15:36:40 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <456347-2708>; Sun, 26 Oct
2003 17:26:02 -0500
Received: from vm153.vmadmin.com ([216.64.222.153]) by ams.ftl.affinity.com
with ESMTP id <538075-2714>; Sun, 26 Oct 2003 17:24:19 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm153.vmadmin.com with SMTP; 26 Oct 2003 16:17:51 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 176956
From: PC Health Check <HomePCHealthCheck176956@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PC Health Check <HomePCHealthCheck176956@replies.virtumundo.com>
Subject: Is your computer healthy? Get a PC health check today!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct26.172419-0500_est.538075-2714+17355@ams.ftl.affinity.com>
Date:Sun, 26 Oct 2003 17:24:18 -0500
```



Copyright 2003 Intrigue Learning Services Inc. All Rights Reserved.
*PC Pow erScan™ offers a free computer health check tool available for unlimited use
and a paid premium error fixing service. No credit card required for free dow nload.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at
http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from
the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy
Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer
should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Jan 21 14:59:13 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2735029-19710>; Wed, 21 Jan 2004 17:03:42 -0500
Received: from vm110.vmadmin.com ([216.64.222.110]) by ams.ftl.affinity.com
with ESMTP id <2744174-19699>; Wed, 21 Jan 2004 17:00:52 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm110.vmadmin.com with SMTP; 21 Jan 2004 16:00:47 -0600
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 240375
From: PC Health Check <HomePCHealthCheck@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PC Health Check <HomePCHealthCheck240375@replies.virtumundo.com>
Subject: Are potentially fatal errors lurking inside your PC?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan21.170052-0500_est.2744174-19699+4061@ams.ftl.affinity.com>
Date:Wed, 21 Jan 2004 17:00:51 -0500
```



Intrigue Learning Services 1011-246 Stewart Green SW Alberta Canada T3H 3C8

```
From ???@??? Sat Jan 07 20:40:54 2006
Return-Path: <mailcenter334203@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 1216 invoked from network); 5 Jan 2006 23:40:01 -0600
Received: from vm-180-202.vm-mail.com (206.82.180.202)
   by jaykaysplace.com with SMTP; 5 Jan 2006 23:40:00 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-202.vm-mail.com with SMTP; 05 Jan 2006 23:39:45 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 334203
From: PC Health Check <PCHealthCheck@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334203@vm-rewards.com>
Subject: Don't wait - check your PC's health in 2 minutes
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```





---


**Razoreye Media Services Inc., 4152 Meridian St, #105 - PMB 435 Bellingham, WA, USA 98226**



        **If you can not see our footer image, please** visit here.

```
From ???@??? Sat Jan 07 20:40:54 2006
Return-Path: <mailcenter334203@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 5829 invoked from network); 5 Jan 2006 23:40:05 -0600
Received: from vm-180-202.vm-mail.com (206.82.180.202)
  by jaykaysplace.com with SMTP; 5 Jan 2006 23:40:04 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-202.vm-mail.com with SMTP; 05 Jan 2006 23:39:45 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 334203
From: PC Health Check <PCHealthCheck@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334203@vm-rewards.com>
Subject: Don't wait - check your PC's health in 2 minutes
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```





---


**Razoreye Media Services Inc., 4152 Meridian St, #105 - PMB 435 Bellingham, WA, USA 98226**

         If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 07 20:40:54 2006
Return-Path: <mailcenter334203@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 6784 invoked from network); 5 Jan 2006 23:40:08 -0600
Received: from vm-180-202.vm-mail.com (206.82.180.202)
   by jaykaysplace.com with SMTP; 5 Jan 2006 23:40:07 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-202.vm-mail.com with SMTP; 05 Jan 2006 23:39:45 -0600
X-ClientHost: 11610606409711011610411110121099101110116114097108046099111109
X-MailingID: 334203
From: PC Health Check <PCHealthCheck@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334203@vm-rewards.com>
Subject: Don't wait - check your PC's health in 2 minutes
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```





---


**Razoreye Media Services Inc., 4152 Meridian St, #105 - PMB 435 Bellingham, WA, USA 98226**

**If you can not see our footer image, please** visit here.

```
From ???@??? Fri Jan 06 15:28:16 2006
X-Persona: <Celia>
Return-Path: <mailcenter334203@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 31750 invoked from network); 5 Jan 2006 23:47:06 -0600
Received: from vm-177-79.vm-mail.com (206.82.177.79)
  by gordonworks.com with SMTP; 5 Jan 2006 23:47:06 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-79.vm-mail.com with SMTP; 05 Jan 2006 23:46:52 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 334203
From: PC Health Check <PCHealthCheck@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334203@vm-rewards.com>
Subject: *****SPAM***** Don't wait - check your PC's health in 2 minutes
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```







**Razoreye Media Services Inc., 4152 Meridian St, #105 - PMB 435 Bellingham, WA, USA 98226**



If you can not see our footer image, please visit here.

From ???@??? Fri Jan 06 12:15:58 2006
X-Persona: <Mila>
Return-Path: <mailcenter334203@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Thu, 05 Jan 2006 23:42:03 -0600
From: PC Health Check <PCHealthCheck@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Don't wait - check your PC's health in 2 minutes
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43BE032B.55B3E911"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
6535&e=mila@jammtomm.com
  URI:http://ogy.cc/harmfulerrosa_files/pcps.jpg
  URI:http://ogy.cc/harmfulerrosa_files/logogen.gif
  URI:http://redirect.virtumundo.com/bt?m34203&e=mila@jammtomm.com [...]

Content analysis details:   (7.9 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 12097 invoked from network); 5 Jan 2006 23:41:59 -0600
Received: from vm-182-184.vm-mail.com (206.82.182.184)
  by jaykaysplace.com with SMTP; 5 Jan 2006 23:41:54 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-184.vm-mail.com with SMTP; 05 Jan 2006 23:41:42 -0600

```
X-ClientHost: 10910510809706410609710910911611111091090460991111109
X-MailingID: 334203
From:  PC Health Check <PCHealthCheck@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334203@vm-rewards.com>
Subject: Don't wait - check your PC's health in 2 minutes
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Don't wait
- che.htm"
```

From ???@??? Wed Jun 29 16:37:20 2005
X-Persona: <Katie>
Return-Path: <mailcenter326494@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
       with SpamAssassin (2.63 2004-01-11);
       Mon, 20 Jun 2005 17:08:54 -0600
From: PC Health Check <PCHealthCheck@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Feel like hitting your PC? Get a PC health check
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=3.0 tests=BAD_CREDIT,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42B74C86.5C70E46F"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2654&e=katie@ehahome.com
  URI:http://ogy.cc/verbalasshattery/infex_01.gif
  URI:http://ogy.cc/verbalasshattery/spacer.gif
  URI:http://redirect.virtumundo.com/ct?i'2654&e=katie@ehahome.com
  URI:http://ogy.cc/verbalasshattery/infex_02.gif [...]

Content analysis details:   (7.7 points, 3.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.2 BAD_CREDIT             BODY: Eliminate Bad Credit
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.5 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 13832 invoked from network); 20 Jun 2005 17:08:53 -0600
Received: from vm-181-3.vm-mail.com (206.82.181.3)
  by omniinnovations.com with SMTP; 20 Jun 2005 17:08:53 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-181-3.vm-mail.com with SMTP; 20 Jun 2005 18:08:51 -0500
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326494
From: PC Health Check <PCHealthCheck@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326494@vm-rewards.com>
Subject: Feel like hitting your PC? Get a PC health check
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Feel like
hittin.htm"
```

From ???@??? Wed Jun 29 16:37:20 2005
X-Persona: <Katie>
Return-Path: <mailcenter326494@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 20 Jun 2005 17:08:54 -0600
From: PC Health Check <PCHealthCheck@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Feel like hitting your PC? Get a PC health check
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=3.0 tests=BAD_CREDIT,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42B74C86.5C70E46F"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2654&e=katie@ehahome.com
  URI:http://ogy.cc/verbalasshattery/infex_01.gif
  URI:http://ogy.cc/verbalasshattery/spacer.gif
  URI:http://redirect.virtumundo.com/ct?i'2654&e=katie@ehahome.com
  URI:http://ogy.cc/verbalasshattery/infex_02.gif [...]

Content analysis details:   (7.7 points, 3.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.2 BAD_CREDIT             BODY: Eliminate Bad Credit
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.5 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 13832 invoked from network); 20 Jun 2005 17:08:53 -0600
Received: from vm-181-3.vm-mail.com (206.82.181.3)
  by omniinnovations.com with SMTP; 20 Jun 2005 17:08:53 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-181-3.vm-mail.com with SMTP; 20 Jun 2005 18:08:51 -0500
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326494
From: PC Health Check <PCHealthCheck@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326494@vm-rewards.com>
Subject: Feel like hitting your PC? Get a PC health check
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Feel like
hittin.htm"
```

```
From ???@??? Mon Jan 30 15:59:19 2006
X-Persona: <RCW>
Return-Path: <mailcenter334203@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 21091 invoked from network); 6 Jan 2006 00:04:38 -0600
Received: from vm-182-127.vm-mail.com (206.82.182.127)
  by rcw19190020.com with SMTP; 6 Jan 2006 00:04:32 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-127.vm-mail.com with SMTP; 06 Jan 2006 00:04:18 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 334203
From:  PC Health Check <PCHealthCheck@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334203@vm-rewards.com>
Subject: Don't wait - check your PC's health in 2 minutes
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





---


**Razoreye Media Services Inc., 4152 Meridian St, #105 - PMB 435 Bellingham, WA, USA 98226**

If you can not see our footer image, please visit here.

```
From ???@??? Tue May 11 14:26:36 2004
Return-Path: <mailcenter308422@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 26117 invoked by uid 10003); 11 May 2004 20:43:18 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 26112 invoked from network); 11 May 2004 20:43:18 -0000
Received: from unknown (HELO vm122.vmadmin.com) (216.64.222.122)
  by ns48.webmasters.com with SMTP; 11 May 2004 20:43:18 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm122.vmadmin.com with SMTP; 11 May 2004 15:53:13 -0500
X-ClientHost:
10611111009716104097110064103111114100111110119111114107115046099111109
X-MailingID: 308422
From: PC Health Check <PCHealthCheckToday@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PC Health Check <PCHealthCheckToday308422@replies.virtumundo.com>
Subject: Save your computer from harm!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





**Intrigue Learning Services 1011-246 Stewart Green SW Alberta Canada T3H 3C8**

From ???@??? Wed Nov 26 08:59:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214181-17819>; Wed, 26 Nov 2003 09:08:07 -0500
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <214663-17822>; Wed, 26 Nov 2003 09:07:30 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm092.vmadmin.com with SMTP; 26 Nov 2003 08:07:27 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 206123
From: PC Performance <PCPerformanceProblems@vmadmin.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PC Performance <PCPerformanceProblems206123@replies.virtumundo.com>
Subject: Can 97 cents end computer problems?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.090730-0500_est.214663-17822+2803@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 09:07:29 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Nov 26 08:59:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214276-17826>; Wed, 26 Nov 2003 09:08:09 -0500
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <215246-17818>; Wed, 26 Nov 2003 09:07:30 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 26 Nov 2003 08:07:27 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 206123
From: PC Performance <PCPerformanceProblems@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PC Performance <PCPerformanceProblems206123@replies.virtumundo.com>
Subject: Can 97 cents end computer problems?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.090730-0500_est.215246-17818+2521@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 09:07:29 -0500
```



        You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Nov 26 08:59:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213935-17819>; Wed, 26 Nov 2003 09:08:07 -0500
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <215286-17816>; Wed, 26 Nov 2003 09:07:30 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 26 Nov 2003 08:07:27 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 206123
From: PC Performance <PCPerformanceProblems@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PC Performance <PCPerformanceProblems206123@replies.virtumundo.com>
Subject: Can 97 cents end computer problems?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.090730-0500_est.215286-17816+2503@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 09:07:29 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Nov 26 08:59:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214228-17826>; Wed, 26 Nov 2003 09:08:09 -0500
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <215334-17826>; Wed, 26 Nov 2003 09:07:30 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 26 Nov 2003 08:07:27 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 206123
From: PC Performance <PCPerformanceProblems@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PC Performance <PCPerformanceProblems206123@replies.virtumundo.com>
Subject: Can 97 cents end computer problems?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.090730-0500_est.215334-17826+2589@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 09:07:28 -0500
```



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Nov 26 08:59:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213917-17819>; Wed, 26 Nov
2003 09:08:07 -0500
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <215345-17821>; Wed, 26 Nov 2003 09:07:30 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 26 Nov 2003 08:07:27 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 206123
From: PC Performance <PCPerformanceProblems@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PC Performance <PCPerformanceProblems206123@replies.virtumundo.com>
Subject: Can 97 cents end computer problems?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.090730-0500_est.215345-17821+2638@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 09:07:29 -0500



**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go
here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Oct 19 08:06:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3794054-25004>; Sun, 19 Oct 2003 08:06:37 -0400
Received: from vm129.vmadmin.com ([216.64.222.129]) by ams.ftl.affinity.com
with ESMTP id <3796039-25001>; Sun, 19 Oct 2003 08:05:36 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm129.vmadmin.com with SMTP; 19 Oct 2003 07:05:28 -0500
X-ClientHost: 10609712106410311111410011111019111114107115046099111109
X-MailingID: 169114
From: PC Powerscan <PCPowerscanSoftware169114@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PC Powerscan <PCPowerscanSoftware169114@replies.virtumundo.com>
Subject: Is your PC healthy? Get a PC health check today!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct19.080536-0400_edt.3796039-25001+2424@ams.ftl.affinity.com>
Date:Sun, 19 Oct 2003 08:05:33 -0400
```



Copyright 2003 Intrigue Learning Services Inc. All Rights Reserved.
"PC Pow erScan™ offers a free computer health check tool available for unlimited use
and a paid premium error fixing service. No credit card required for free dow nload.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Oct 19 08:06:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <266239-25003>; Sun, 19 Oct 2003 08:06:37 -0400
Received: from vm129.vmadmin.com ([216.64.222.129]) by ams.ftl.affinity.com
with ESMTP id <3794054-25001>; Sun, 19 Oct 2003 08:05:34 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm129.vmadmin.com with SMTP; 19 Oct 2003 07:05:28 -0500
X-ClientHost:
106097109105108097064103111114100111101191111141071150460991111109
X-MailingID: 169114
From: PC Powerscan <PCPowerscanSoftware169114@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PC Powerscan <PCPowerscanSoftware169114@replies.virtumundo.com>
Subject: Is your PC healthy? Get a PC health check today!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct19.080534-0400_edt.3794054-25001+2423@ams.ftl.affinity.com>
Date:Sun, 19 Oct 2003 08:05:32 -0400
```



Copyright 2003 Intrigue Learning Services Inc. All Rights Reserved.
*PC Pow erScan™ offers a free computer health check tool available for unlimited use
and a paid premium error fixing service. No credit card required for free dow nload.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Oct 19 08:06:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3797010-24999>; Sun, 19 Oct 2003 08:06:37 -0400
Received: from vm129.vmadmin.com ([216.64.222.129]) by ams.ftl.affinity.com
with ESMTP id <266239-25004>; Sun, 19 Oct 2003 08:05:34 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm129.vmadmin.com with SMTP; 19 Oct 2003 07:05:28 -0500
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 169114
From: PC Powerscan <PCPowerscanSoftware169114@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PC Powerscan <PCPowerscanSoftware169114@replies.virtumundo.com>
Subject: Is your PC healthy? Get a PC health check today!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct19.080534-0400_edt.266239-25004+2517@ams.ftl.affinity.com>
Date:Sun, 19 Oct 2003 08:05:32 -0400
```



Copyright 2003 Intrigue Learning Services Inc. All Rights Reserved.
*PC Pow erScan™ offers a free computer health check tool available for unlimited use
and a paid premium error fixing service. No credit card required for free dow nload.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at
http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from
the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy
Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer
should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Oct 19 08:07:11 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <474559-24995>; Sun, 19 Oct 2003 08:06:37 -0400
Received: from vm129.vmadmin.com ([216.64.222.129]) by ams.ftl.affinity.com
with ESMTP id <471603-24998>; Sun, 19 Oct 2003 08:05:31 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm129.vmadmin.com with SMTP; 19 Oct 2003 07:05:28 -0500
X-ClientHost: 10209712110106410311111410011110119111114107115046099111109
X-MailingID: 169114
From: PC Powerscan <PCPowerscanSoftware169114@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PC Powerscan <PCPowerscanSoftware169114@replies.virtumundo.com>
Subject: Is your PC healthy? Get a PC health check today!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct19.080531-0400_edt.471603-24998+2686@ams.ftl.affinity.com>
Date:Sun, 19 Oct 2003 08:05:31 -0400
```



Copyright 2003 Intrigue Learning Services Inc. All Rights Reserved.
"PC Pow erScan™ offers a free computer health check tool available for unlimited use
and a paid premium error fixing service. No credit card required for free dow nload.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at
http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from
the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy
Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer
should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Oct 19 08:06:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <3796039-25000>; Sun, 19 Oct
2003 08:06:37 -0400
Received: from vm129.vmadmin.com ([216.64.222.129]) by ams.ftl.affinity.com
with ESMTP id <341959-24997>; Sun, 19 Oct 2003 08:05:36 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm129.vmadmin.com with SMTP; 19 Oct 2003 07:05:28 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 169114
From: PC Powerscan <PCPowerscanSoftware169114@vmadmin.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PC Powerscan <PCPowerscanSoftware169114@replies.virtumundo.com>
Subject: Is your PC healthy? Get a PC health check today!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct19.080536-0400_edt.341959-24997+2419@ams.ftl.affinity.com>
Date:Sun, 19 Oct 2003 08:05:36 -0400
```



Copyright 2003 Intrigue Learning Services Inc. All Rights Reserved.
*PC Pow erScan™ offers a free computer health check tool available for unlimited use
and a paid premium error fixing service. No credit card required for free dow nload.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed May 05 16:48:15 2004
Return-Path: <mailcenter308350@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 15011 invoked by uid 10003); 5 May 2004 20:27:26 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 15008 invoked from network); 5 May 2004 20:27:26 -0000
Received: from unknown (HELO vm093.vmadmin.com) (216.64.222.93)
  by ns48.webmasters.com with SMTP; 5 May 2004 20:27:26 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm093.vmadmin.com with SMTP; 05 May 2004 15:36:11 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 308350
From: PC Security Shield <PCSecurityShield@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: PC Security Shield <PCSecurityShield308350@replies.virtumundo.com>
Subject: Instant protection from Viruses, Hackers and Sasser
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**Next Aisle PO Box 7492 Delray Beach, FL 33483**

```
From ???@??? Wed May 05 16:48:15 2004
Return-Path: <mailcenter308350@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 15018 invoked by uid 10003); 5 May 2004 20:27:26 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 15015 invoked from network); 5 May 2004 20:27:26 -0000
Received: from unknown (HELO vm093.vmadmin.com) (216.64.222.93)
  by ns48.webmasters.com with SMTP; 5 May 2004 20:27:26 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm093.vmadmin.com with SMTP; 05 May 2004 15:36:11 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 308350
From: PC Security Shield <PCSecurityShield@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PC Security Shield <PCSecurityShield308350@replies.virtumundo.com>
Subject: Instant protection from Viruses, Hackers and Sasser
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Next Aisle PO Box 7492 Delray Beach, FL 33483

```
From ???@??? Wed May 05 16:48:15 2004
Return-Path: <mailcenter308350@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 15004 invoked by uid 10003); 5 May 2004 20:27:26 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 15001 invoked from network); 5 May 2004 20:27:26 -0000
Received: from unknown (HELO vm093.vmadmin.com) (216.64.222.93)
  by ns48.webmasters.com with SMTP; 5 May 2004 20:27:26 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm093.vmadmin.com with SMTP; 05 May 2004 15:36:11 -0500
X-ClientHost: 106097109101115064103111141001111101191111141071150460991111109
X-MailingID: 308350
From: PC Security Shield <PCSecurityShield@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: PC Security Shield <PCSecurityShield308350@replies.virtumundo.com>
Subject: Instant protection from Viruses, Hackers and Sasser
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**Next Aisle PO Box 7492 Delray Beach, FL 33483**

```
From ???@??? Tue Oct 28 23:45:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2292039-2647>; Wed, 29 Oct 2003 01:18:06 -0500
Received: from vl208-64.vmlocal.com ([216.21.208.64]) by ams.ftl.affinity.com
with ESMTP id <4387548-2655>; Wed, 29 Oct 2003 01:17:47 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-64.vmlocal.com with SMTP; 29 Oct 2003 00:17:46 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 180260
From: People Search <FindPeopleToday180260@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: People Search <FindPeopleToday180260@vmlocal.com>
Subject: Looking for someone in particular?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.011747-0500_est.4387548-2655+9400@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 01:17:47 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent Wed Oct 29 00:17:39 CST 2003

```
From ???@??? Mon Feb 09 19:03:37 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <239078-10266>; Mon, 9 Feb 2004 17:29:47 -0500
Received: from vm208-19.adknow-net.com ([216.21.208.19]) by
ams.ftl.affinity.com with ESMTP id <726988-10278>; Mon, 9 Feb 2004 17:29:04
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-19.adknow-net.com with SMTP; 09 Feb 2004 16:06:58 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 365043
From: People Search <FindPeopleToday@adknow-net.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return365043@replies.adknow-net.com
Subject: Track down anyone.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb9.172904-0500_est.726988-10278+13733@ams.ftl.affinity.com>
Date:Mon, 9 Feb 2004 17:29:03 -0500
```



Wondering where to look when you need to find someone? Look no further. Find
help finding anyone right here.

**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Feb 08 21:15:42 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <557767-25481>; Sun, 8 Feb 2004 23:32:32 -0500
Received: from vm208-34.adknow-net.com ([216.21.208.34]) by
ams.ftl.affinity.com with ESMTP id <558182-25477>; Sun, 8 Feb 2004 23:31:15
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-34.adknow-net.com with SMTP; 08 Feb 2004 22:31:10 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 363774
From: People Search <FindPeopleToday@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return363774@replies.adknow-net.com
Subject: Find Anyone.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb8.233115-0500_est.558182-25477+6532@ams.ftl.affinity.com>
Date:Sun, 8 Feb 2004 23:31:15 -0500



Wondering where to look when you need to find someone? Look no further. Find
help finding anyone right here.

**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Feb 10 14:42:03 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <325631-13344>; Tue, 10 Feb 2004 17:33:14 -0500
Received: from vm208-59.adknow-net.com ([216.21.208.59]) by
ams.ftl.affinity.com with ESMTP id <335384-13346>; Tue, 10 Feb 2004 17:31:21
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-59.adknow-net.com with SMTP; 10 Feb 2004 16:31:14 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 366604
From: People Search <FindPeopleToday@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return366604@replies.adknow-net.com
Subject: Looking for someone in particular?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb10.173121-0500_est.335384-13346+14072@ams.ftl.affinity.com>
Date:Tue, 10 Feb 2004 17:31:21 -0500



Wondering where to look when you need to find someone? Look no further. Find
help finding anyone right here.

**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Feb 05 22:24:50 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215584-17049>; Thu, 5 Feb 2004 18:20:23 -0500
Received: from vm208-61.adknow-net.com ([216.21.208.61]) by
ams.ftl.affinity.com with ESMTP id <215805-17057>; Thu, 5 Feb 2004 18:19:26
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-61.adknow-net.com with SMTP; 05 Feb 2004 17:19:19 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 358497
From: Perfect Christmas Gifts <PerfectChristmasGifts@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return358497@replies.adknow-net.com
Subject: Find great Christmas gifts here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb5.181926-0500_est.215805-17057+35459@ams.ftl.affinity.com>
Date:Thu, 5 Feb 2004 18:19:25 -0500
```



**If you would like to refer a friend information regarding this program,
go here. To remove yourself from this program (and stop receiving email messages
from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please
note that the companies listed within this service have not provided**

Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Feb 05 22:24:50 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215567-17057>; Thu, 5 Feb 2004 18:20:22 -0500
Received: from vm208-61.adknow-net.com ([216.21.208.61]) by
ams.ftl.affinity.com with ESMTP id <215804-17054>; Thu, 5 Feb 2004 18:19:25
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-61.adknow-net.com with SMTP; 05 Feb 2004 17:19:19 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 358497
From: Perfect Christmas Gifts <PerfectChristmasGifts@adknow-net.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return358497@replies.adknow-net.com
Subject: Find great Christmas gifts here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb5.181925-0500_est.215804-17054+35238@ams.ftl.affinity.com>
Date:Thu, 5 Feb 2004 18:19:25 -0500
```



**If you would like to refer a friend information regarding this program,
go here. To remove yourself from this program (and stop receiving email messages
from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please
note that the companies listed within this service have not provided**

Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Feb 05 22:24:50 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215600-17049>; Thu, 5 Feb
2004 18:20:23 -0500
Received: from vm208-61.adknow-net.com ([216.21.208.61]) by
ams.ftl.affinity.com with ESMTP id <215806-17046>; Thu, 5 Feb 2004 18:19:26
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-61.adknow-net.com with SMTP; 05 Feb 2004 17:19:19 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 358497
From: Perfect Christmas Gifts <PerfectChristmasGifts@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return358497@replies.adknow-net.com
Subject: Find great Christmas gifts here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb5.181926-0500_est.215806-17046+35164@ams.ftl.affinity.com>
Date:Thu, 5 Feb 2004 18:19:26 -0500
```



**If you would like to refer a friend information regarding this program,
go here. To remove yourself from this program (and stop receiving email messages**

from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Dec 01 21:03:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <235296-13851>; Mon, 1 Dec 2003 22:41:35 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <238410-13851>; Mon, 1 Dec 2003 22:40:31 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm105.vmadmin.com with SMTP; 01 Dec 2003 21:40:11 -0600
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 209399
From: Perfect Christmas Gifts <PerfectChristmasGifts@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Perfect Christmas Gifts
<PerfectChristmasGifts209399@replies.virtumundo.com>
Subject: We've made Christmas shopping easier.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec1.224031-0500_est.238410-13851+27016@ams.ftl.affinity.com>
Date:Mon, 1 Dec 2003 22:40:31 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 14 20:46:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213667-2326>; Sun, 14 Dec 2003 23:09:22 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com
with ESMTP id <216580-2328>; Sun, 14 Dec 2003 23:08:25 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm106.vmadmin.com with SMTP; 14 Dec 2003 22:08:13 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 219104
From: Perfect Graduation Gifts <PerfectGraduationGifts@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Perfect Graduation Gifts
<PerfectGraduationGifts219104@replies.virtumundo.com>
Subject: Congratulations comes in many forms.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec14.230825-0500_est.216580-2328+62477@ams.ftl.affinity.com>
Date:Sun, 14 Dec 2003 23:08:23 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri May 05 07:21:31 2006
X-Persona: <Jay>
Return-Path: <mailcenter347222@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 21350 invoked from network); 4 May 2006 12:04:05 -0600
Received: from vm-181-172.vm-mail.com (206.82.181.172)
   by anthonycentral.com with SMTP; 4 May 2006 12:04:03 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-172.vm-mail.com with SMTP; 04 May 2006 13:03:56 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 347222
From: Perfect Vision Info <PerfectVisionInfo@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347222@vm-rewards.com>
Subject: Treat your eyes to laser correction
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.2 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

LaserEyeSurgery.com 22 High Street, Suite 4, Medford, MA 02155

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Fri May 05 07:14:48 2006
X-Persona: <Celia>
Return-Path: <mailcenter347222@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 1856 invoked from network); 4 May 2006 10:35:29 -0600
Received: from vm-180-75.vm-mail.com (206.82.180.75)
  by rcw19190020.com with SMTP; 4 May 2006 10:35:28 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-75.vm-mail.com with SMTP; 04 May 2006 11:35:07 -0500
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 347222
From: Perfect Vision Info <PerfectVisionInfo@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347222@vm-rewards.com>
Subject: Treat your eyes to laser correction
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=7.0 required=7.0 tests=BLANK_LINES_70_80,DATE_MISSING,
      HTML_40_50,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_ONLY_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

LaserEyeSurgery.com 22 High Street, Suite 4, Medford, MA 02155

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Fri May 05 07:25:58 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347222@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 32448 invoked from network); 4 May 2006 10:35:25 -0600
Received: from vm-181-47.vm-mail.com (206.82.181.47)
  by jaycelia.com with SMTP; 4 May 2006 10:35:22 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-47.vm-mail.com with SMTP; 04 May 2006 11:35:09 -0500
X-ClientHost:
09910411709910706409711011610411111012109910110116114097108046099111109
X-MailingID: 347222
From: Perfect Vision Info <PerfectVisionInfo@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347222@vm-rewards.com>
Subject: Treat your eyes to laser correction
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.2 required=7.0 tests=BLANK_LINES_70_80,DATE_MISSING,
    HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
    MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

LaserEyeSurgery.com 22 High Street, Suite 4, Medford, MA 02155

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

From ???@??? Thu Feb 05 22:30:08 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <360218-23528>; Fri, 6 Feb 2004 01:20:09 -0500
Received: from vm208-77.adknow-net.com ([216.21.208.77]) by
ams.ftl.affinity.com with ESMTP id <360592-23523>; Fri, 6 Feb 2004 01:19:46
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-77.adknow-net.com with SMTP; 06 Feb 2004 00:19:41 -0600
X-ClientHost: 106097109101115064103111141001111011911111141071150460991111109
X-MailingID: 358781
From: Personal Loan <FindAPersonalLoan@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return358781@replies.adknow-net.com
Subject: Get a great personal loan.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb6.011946-0500_est.360592-23523+4390@ams.ftl.affinity.com>
Date:Fri, 6 Feb 2004 01:19:46 -0500



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Feb 12 10:13:41 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <439314-1594>; Thu, 12 Feb 2004 12:57:32 -0500
Received: from vm208-67.adknow-net.com ([216.21.208.67]) by
ams.ftl.affinity.com with ESMTP id <558043-1588>; Thu, 12 Feb 2004 12:56:06
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-67.adknow-net.com with SMTP; 12 Feb 2004 11:56:02 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 368955
From: Personal Loan <FindAPersonalLoan@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return368955@replies.adknow-net.com
Subject: Get a great personal loan.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb12.125606-0500_est.558043-1588+42906@ams.ftl.affinity.com>
Date:Thu, 12 Feb 2004 12:56:06 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** <u>http://www.virtumundo.com/change/</u> **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Dec 18 15:10:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <218882-23275>; Thu, 18 Dec
2003 16:48:59 -0500
Received: from vm212.vmadmin.com ([216.64.222.212]) by ams.ftl.affinity.com
with ESMTP id <220881-23273>; Thu, 18 Dec 2003 16:47:22 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm212.vmadmin.com with SMTP; 18 Dec 2003 15:47:14 -0600
X-ClientHost:
106111100971161040971100641031111410011110119111114107115046099111109
X-MailingID: 221632
From: Personality Tests <TakeAPersonalityTest@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Personality Tests
<TakeAPersonalityTest221632@replies.virtumundo.com>
Subject: Take a free IQ tests - How smart are you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec18.164722-0500_est.220881-23273+81328@ams.ftl.affinity.com>
Date:Thu, 18 Dec 2003 16:47:22 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Oct 25 00:15:19 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214230-1083>; Fri, 24 Oct 2003 23:56:49 -0400
Received: from vl208-60.vmlocal.com ([216.21.208.60]) by ams.ftl.affinity.com
with ESMTP id <214303-1079>; Fri, 24 Oct 2003 23:28:19 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-60.vmlocal.com with SMTP; 24 Oct 2003 22:28:07 -0500
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 175021
From: Personalized Checks <PersonalizedChecks175021@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Personalized Checks <PersonalizedChecks175021@vmlocal.com>
Subject: Pay with some personality.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct24.232819-0400_edt.214303-1079+17197@ams.ftl.affinity.com>
Date:Fri, 24 Oct 2003 23:28:19 -0400



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Jan 13 14:24:48 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2717483-31880>; Tue, 13 Jan 2004 16:16:50 -0500
Received: from vm208-36.adknow-net.com ([216.21.208.36]) by
ams.ftl.affinity.com with ESMTP id <2726552-31878>; Tue, 13 Jan 2004 16:15:42
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-36.adknow-net.com with SMTP; 13 Jan 2004 15:15:30 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 340400
From: Personalized Checks <PersonalizedChecks@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return340400@replies.adknow-net.com
Subject: Checks as individual as you are.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan13.161542-0500_est.2726552-31878+10645@ams.ftl.affinity.com>
Date:Tue, 13 Jan 2004 16:15:42 -0500
```



**Nothing is more boring than standard issue bank checks. After all, you're not like everyone else—why should your checks be? Get personalized checks and pay with personality.**

---

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Jan 03 11:07:13 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <322703-15720>; Sat, 3 Jan 2004 13:35:13 -0500
Received: from vm209-183.vmlocal.com ([216.21.209.183]) by
ams.ftl.affinity.com with ESMTP id <315861-15720>; Sat, 3 Jan 2004 13:34:08
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-183.vmlocal.com with SMTP; 03 Jan 2004 12:34:06 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 234794
From: Personalized Checks <PersonalizedChecks@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Personalized Checks <PersonalizedChecks234794@vmlocal.com>
Subject: A new spin on the personal check.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan3.133408-0500_est.315861-15720+1657@ams.ftl.affinity.com>
Date:Sat, 3 Jan 2004 13:34:08 -0500
```



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Dec 26 20:21:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <225602-21655>; Fri, 26 Dec 2003 22:11:28 -0500
Received: from vm209-206.vmlocal.com ([216.21.209.206]) by
ams.ftl.affinity.com with ESMTP id <226494-21659>; Fri, 26 Dec 2003 22:10:25
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-206.vmlocal.com with SMTP; 26 Dec 2003 21:10:12 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 228358
From: Personalized Checks <PersonalizedChecks@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Personalized Checks <PersonalizedChecks228358@vmlocal.com>
Subject: Checks that say something about you.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec26.221025-0500_est.226494-21659+23376@ams.ftl.affinity.com>
Date:Fri, 26 Dec 2003 22:10:25 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Dec 18 22:02:14 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219141-16455>; Thu, 18 Dec 2003 22:34:16 -0500
Received: from vm209-233.vmlocal.com ([216.21.209.233]) by
ams.ftl.affinity.com with ESMTP id <226641-16455>; Thu, 18 Dec 2003 22:33:29
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-233.vmlocal.com with SMTP; 18 Dec 2003 21:33:28 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 222010
From: Personalized Checks <PersonalizedChecks@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Personalized Checks <PersonalizedChecks222010@vmlocal.com>
Subject: Checks as individual as you are.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec18.223329-0500_est.226641-16455+5875@ams.ftl.affinity.com>
Date:Thu, 18 Dec 2003 22:33:29 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Dec 10 18:27:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223249-24895>; Wed, 10 Dec 2003 19:57:14 -0500
Received: from vl208-45.vmlocal.com ([216.21.208.45]) by ams.ftl.affinity.com
with ESMTP id <224494-24884>; Wed, 10 Dec 2003 19:55:57 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-45.vmlocal.com with SMTP; 10 Dec 2003 18:55:55 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 215807
From: Personalized Checks <PersonalizedChecks@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Personalized Checks <PersonalizedChecks215807@vmlocal.com>
Subject: Personalize your personal checks.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec10.195557-0500_est.224494-24884+5898@ams.ftl.affinity.com>
Date:Wed, 10 Dec 2003 19:55:56 -0500



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Dec 01 11:12:36 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <225781-10128>; Mon, 1 Dec 2003 13:19:35 -0500
Received: from vl208-43.vmlocal.com ([216.21.208.43]) by ams.ftl.affinity.com
with ESMTP id <227967-10129>; Mon, 1 Dec 2003 13:18:11 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-43.vmlocal.com with SMTP; 01 Dec 2003 12:18:08 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 209552
From: Personalized Checks <PersonalizedChecks@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Personalized Checks <PersonalizedChecks209552@vmlocal.com>
Subject: Checks as individual as you are.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec1.131811-0500_est.227967-10129+9107@ams.ftl.affinity.com>
Date:Mon, 1 Dec 2003 13:18:10 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Jan 24 13:16:20 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3587656-26192>; Sat, 24 Jan 2004 15:18:27 -0500
Received: from vm217-191.vmlocal.com ([216.21.217.191]) by
ams.ftl.affinity.com with ESMTP id <3616193-26192>; Sat, 24 Jan 2004 15:18:02
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm217-191.vmlocal.com with SMTP; 24 Jan 2004 14:18:01 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 240724
From: Personalized Checks <PersonalizedChecks@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Personalized Checks <PersonalizedChecks240724@vmlocal.com>
Subject: Pay with some personality.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan24.151802-0500_est.3616193-26192+46726@ams.ftl.affinity.com>
Date:Sat, 24 Jan 2004 15:18:01 -0500



**Nothing is more boring than standard issue bank checks. After all, you're not like everyone else—why should your checks be? Get personalized checks and pay with personality.**

---



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Dec 02 16:04:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <3573243-12424>; Tue, 2 Dec
2003 17:51:51 -0500
Received: from vm120.vmadmin.com ([216.64.222.120]) by ams.ftl.affinity.com
with ESMTP id <3580860-12418>; Tue, 2 Dec 2003 17:39:53 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm120.vmadmin.com with SMTP; 02 Dec 2003 16:39:43 -0600
X-ClientHost:
10611111009711610409711006410311111410011111019111114107115046099111109
X-MailingID: 209900
From: Personalized Christmas Ornaments <GiftsToRemember@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Personalized Christmas Ornaments
<GiftsToRemember209900@replies.virtumundo.com>
Subject: Personalized Christmas Ornaments
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec2.173953-0500_est.3580860-12418+6822@ams.ftl.affinity.com>
Date:Tue, 2 Dec 2003 17:39:52 -0500
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Nov 25 15:05:39 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218583-8095>; Tue, 25 Nov 2003 16:14:58 -0500
Received: from vm109.vmadmin.com ([216.64.222.109]) by ams.ftl.affinity.com
with ESMTP id <221681-8099>; Tue, 25 Nov 2003 16:14:41 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 25 Nov 2003 15:14:37 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 205116
From: Personalized Christmas Ornaments
<PersonalizedChristmasOrnament@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Personalized Christmas Ornaments
<PersonalizedChristmasOrnament205116@replies.virtumundo.com>
Subject: Personalized Christmas Ornaments - Limited Time Only
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov25.161441-0500_est.221681-8099+10579@ams.ftl.affinity.com>
Date:Tue, 25 Nov 2003 16:14:40 -0500
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Dec 15 09:59:24 2005
X-Persona: <Jay>
Return-Path: <mailcenter333149@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 25185 invoked from network); 14 Dec 2005 11:12:15 -0600
Received: from vm-181-82.vm-mail.com (206.82.181.82)
   by ehahome.com with SMTP; 14 Dec 2005 11:12:14 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-82.vm-mail.com with SMTP; 14 Dec 2005 11:12:02 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 333149
From: Personalized Ornaments and Gifts <PersonalizedOrnaments@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333149@vm-rewards.com>
Subject: Design-it-yourself ornaments and gifts for everyone on your holiday
list
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
```

This offer comes to you as a valued member of Virtumundo's permissioned network.





This is an advertisement. If you w ould like to no longer receive any further email messages from this advertiser sent by Virtumundo, <u>visit here</u>.

To remove yourself from receiving any further messages from the Virtumundo Rew ards program, go to <u>http://w w w .virtumundo.com/change</u> or <u>visit here</u>.

Please send any questions or concerns about the Virtumundo Rew ards program to:

Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. Thank you.

The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please <u>visit here</u>.

From ???@??? Thu Dec 15 09:59:36 2005
X-Persona: <Jon>
Return-Path: <mailcenter333149@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 25152 invoked from network); 14 Dec 2005 11:12:15 -0600
Received: from vm-181-90.vm-mail.com (206.82.181.90)
   by xj4x4.net with SMTP; 14 Dec 2005 11:12:14 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-90.vm-mail.com with SMTP; 14 Dec 2005 11:12:02 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 333149
From: Personalized Ornaments and Gifts <PersonalizedOrnaments@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333149@vm-rewards.com>
Subject: Design-it-yourself ornaments and gifts for everyone on your holiday
list
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63


This offer comes to you as a valued member of Virtumundo's permissioned
network.





This is an advertisement. If you w ould like to no longer receive any further email messages from this advertiser sent by Virtumundo, visit here.

To remove yourself from receiving any further messages from the Virtumundo Rew ards program, go to http://w w w .virtumundo.com/change or visit here.

Please send any questions or concerns about the Virtumundo Rew ards program to:

Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. Thank you.

The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Wed Nov 02 11:21:53 2005
X-Persona: <Indi>
Return-Path: <mailcenter331379@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 9570 invoked from network); 31 Oct 2005 21:14:48 -0600
Received: from vm-181-161.vm-mail.com (206.82.181.161)
  by chiefmusician.net with SMTP; 31 Oct 2005 21:14:48 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-161.vm-mail.com with SMTP; 31 Oct 2005 21:14:36 -0600
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 331379
From: Pet Medication Center <PetMedicationCenter@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331379@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



Vet Meds, P.O. Box 308 Irving, NY

If you can not see our footer image, please visit here.

```
From ???@??? Mon Dec 19 02:00:32 2005
X-Persona: <Mila>
Return-Path: <mailcenter333326@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 14298 invoked from network); 18 Dec 2005 04:55:49 -0600
Received: from vm-181-2.vm-mail.com (206.82.181.2)
  by omniinnovations.com with SMTP; 18 Dec 2005 04:55:49 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-2.vm-mail.com with SMTP; 18 Dec 2005 04:55:38 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 333326
From: Pet Medication Leader <PetMedicationLeader@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333326@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



Vet Meds, P.O. Box 308 Irving, NY

If you can not see our footer image, please visit here.

```
From ???@??? Sun Dec 18 17:53:28 2005
X-Persona: <Jay>
Return-Path: <mailcenter333326@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 16064 invoked from network); 18 Dec 2005 04:55:53 -0600
Received: from vm-181-203.vm-mail.com (206.82.181.203)
  by itdidnotendright.com with SMTP; 18 Dec 2005 04:55:53 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-203.vm-mail.com with SMTP; 18 Dec 2005 04:55:41 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 333326
From: Pet Medication Leader <PetMedicationLeader@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333326@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



Vet Meds, P.O. Box 308 Irving, NY

If you can not see our footer image, please visit here.

```
From ???@??? Sun Dec 18 17:50:58 2005
X-Persona: <Jon>
Return-Path: <mailcenter333326@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 15301 invoked from network); 18 Dec 2005 04:55:52 -0600
Received: from vm-181-156.vm-mail.com (206.82.181.156)
   by xj4x4.net with SMTP; 18 Dec 2005 04:55:52 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-156.vm-mail.com with SMTP; 18 Dec 2005 04:55:41 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 333326
From: Pet Medication Leader <PetMedicationLeader@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333326@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



Vet Meds, P.O. Box 308 Irving, NY

If you can not see our footer image, please visit here.

```
From ???@??? Sun Dec 18 17:49:52 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333326@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 23552 invoked from network); 18 Dec 2005 04:55:02 -0600
Received: from vm-181-158.vm-mail.com (206.82.181.158)
  by celiajay.com with SMTP; 18 Dec 2005 04:55:01 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-158.vm-mail.com with SMTP; 18 Dec 2005 04:54:49 -0600
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460 99111109
X-MailingID: 333326
From: Pet Medication Leader <PetMedicationLeader@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333326@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



 **Vet Meds, P.O. Box 308 Irving, NY**

**If you can not see our footer image, please** visit here.

```
From ???@??? Sun Dec 18 17:49:28 2005
X-Persona: <Celia>
Return-Path: <mailcenter333326@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 25504 invoked from network); 18 Dec 2005 05:03:33 -0600
Received: from vm-177-125.vm-mail.com (206.82.177.125)
  by rcw19190020.com with SMTP; 18 Dec 2005 05:03:30 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-125.vm-mail.com with SMTP; 18 Dec 2005 05:03:18 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 333326
From: Pet Medication Leader <PetMedicationLeader@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333326@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



Vet Meds, P.O. Box 308 Irving, NY

If you can not see our footer image, please visit here.

```
From ???@??? Sun Dec 18 17:49:28 2005
X-Persona: <Celia>
Return-Path: <mailcenter333326@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 25504 invoked from network); 18 Dec 2005 05:03:33 -0600
Received: from vm-177-125.vm-mail.com (206.82.177.125)
  by rcw19190020.com with SMTP; 18 Dec 2005 05:03:30 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-125.vm-mail.com with SMTP; 18 Dec 2005 05:03:18 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 333326
From: Pet Medication Leader <PetMedicationLeader@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333326@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
```



Vet Meds, P.O. Box 308 Irving, NY

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 15:46:27 2006
X-Persona: <RCW>
Return-Path: <mailcenter333326@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 29763 invoked from network); 18 Dec 2005 05:23:57 -0600
Received: from vm-181-68.vm-mail.com (206.82.181.68)
  by gnwalpha.org with SMTP; 18 Dec 2005 05:23:56 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-68.vm-mail.com with SMTP; 18 Dec 2005 05:23:44 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 333326
From: Pet Medication Leader <PetMedicationLeader@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333326@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





 **Vet Meds, P.O. Box 308 Irving, NY**

If you can not see our footer image, please visit here.

From ???@??? Sun Oct 09 18:54:13 2005
X-Persona: <Indi>
Return-Path: <mailcenter330369@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Tue, 04 Oct 2005 20:24:20 -0600
From: Pet Medications Direct <PetMedications@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43433954.F8FE8142"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4469&e=indi@jammtomm.com
  URI:http://ogy.cc/el/vm/vt_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4469&e=indi@jammtomm.com
  URI:http://ogy.cc/el/vm/vt_02.jpg [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                  [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 22051 invoked from network); 4 Oct 2005 20:24:20 -0600
Received: from vm-177-36.vm-mail.com (206.82.177.36)
  by greatnorthwest-alpha.org with SMTP; 4 Oct 2005 20:24:20 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-36.vm-mail.com with SMTP; 05 Oct 2005 02:24:18 +0000

```
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330369
From: Pet Medications Direct <PetMedications@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330369@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Vet Meds -
up to1.htm"
```

From ???@??? Sun Oct 09 18:54:13 2005
X-Persona: <Indi>
Return-Path: <mailcenter330369@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Tue, 04 Oct 2005 20:24:20 -0600
From: Pet Medications Direct <PetMedications@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43433954.F8FE8142"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4469&e=indi@jammtomm.com
  URI:http://ogy.cc/el/vm/vt_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4469&e=indi@jammtomm.com
  URI:http://ogy.cc/el/vm/vt_02.jpg [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                   [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 22051 invoked from network); 4 Oct 2005 20:24:20 -0600
Received: from vm-177-36.vm-mail.com (206.82.177.36)
  by greatnorthwest-alpha.org with SMTP; 4 Oct 2005 20:24:20 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-36.vm-mail.com with SMTP; 05 Oct 2005 02:24:18 +0000

```
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330369
From: Pet Medications Direct <PetMedications@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330369@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Vet Meds -
up to1.htm"
```

```
From ???@??? Fri Oct 07 10:55:22 2005
X-Persona: <hum>
Return-Path: <mailcenter330369@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 31489 invoked from network); 4 Oct 2005 20:33:48 -0600
Received: from vm-183-199.vm-mail.com (206.82.183.199)
  by xj4x4.net with SMTP; 4 Oct 2005 20:33:47 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-199.vm-mail.com with SMTP; 04 Oct 2005 21:33:47 -0500
X-ClientHost: 10411710906410110409710411110910104609911110
X-MailingID: 330369
From: Pet Medications Direct <PetMedications@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330369@vm-rewards.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```





 **Vet Meds, P.O. Box 308 Irving, NY**

 **If you can not see our footer image, please** visit here.

From ???@??? Tue Sep 20 16:43:15 2005
X-Persona: <Indi>
Return-Path: <mailcenter329813@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Mon, 19 Sep 2005 17:11:53 -0600
From: Pet Medications Direct <PetMedications@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_432F45B9.32FEC408"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4203&e=indi@jammtomm.com
  URI:http://ogy.cc/el/vm/vt_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4203&e=indi@jammtomm.com
  URI:http://ogy.cc/el/vm/vt_02.jpg [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 10368 invoked from network); 19 Sep 2005 17:11:53 -0600
Received: from vm-177-5.vm-mail.com (206.82.177.5)
  by chiefmusician.net with SMTP; 19 Sep 2005 17:11:51 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-5.vm-mail.com with SMTP; 19 Sep 2005 23:11:49 +0000

```
X-ClientHost: 10511010010506410609710910911611110910904609911109
X-MailingID: 329813
From: Pet Medications Direct <PetMedications@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329813@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Vet Meds -
up to.htm"
```

From ???@??? Tue Oct 11 18:17:19 2005
X-Persona: <Indi>
Return-Path: <mailcenter330369@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 04 Oct 2005 20:24:20 -0600
From: Pet Medications Direct <PetMedications@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43433954.F8FE8142"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4469&e=indi@jammtomm.com
  URI:http://ogy.cc/el/vm/vt_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4469&e=indi@jammtomm.com
  URI:http://ogy.cc/el/vm/vt_02.jpg [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 22051 invoked from network); 4 Oct 2005 20:24:20 -0600
Received: from vm-177-36.vm-mail.com (206.82.177.36)
  by greatnorthwest-alpha.org with SMTP; 4 Oct 2005 20:24:20 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-36.vm-mail.com with SMTP; 05 Oct 2005 02:24:18 +0000

```
X-ClientHost: 10511010010506410609710910911611111091090460 99111109
X-MailingID: 330369
From: Pet Medications Direct <PetMedications@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330369@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Vet Meds -
up to2.htm"
```

From ???@??? Fri Jul 01 17:32:41 2005
X-Persona: <Katie>
Return-Path: <mailcenter326977@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 01 Jul 2005 03:46:10 -0600
From: Pet Medications Direct <PetMedicationsDirect@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Don't let fleas spring into action before you do
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42C510E2.D6C46723"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2892&e=katie@ehahome.com
  URI:http://v1.cc/petyros/mainmix.jpg

URI:http://ad.linksynergy.com/fs-bin/show?id=a4LpI/jkDyA&bidsb510.10000081&typ
e=4&subid=0
   URI:http://redirect.virtumundo.com/bt?m26977&e=katie@ehahome.com [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 17539 invoked from network); 1 Jul 2005 03:46:10 -0600
Received: from vm-183-42.vm-mail.com (206.82.183.42)
  by jaykaysplace.com with SMTP; 1 Jul 2005 03:46:10 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-183-42.vm-mail.com with SMTP; 01 Jul 2005 04:46:10 -0500
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 326977
From: Pet Medications Direct <PetMedicationsDirect@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326977@vm-rewards.com>
Subject: Don't let fleas spring into action before you do
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Don't let fleas
.htm"
```

From ???@??? Fri Jul 01 17:32:41 2005
X-Persona: <Katie>
Return-Path: <mailcenter326977@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
       with SpamAssassin (2.63 2004-01-11);
       Fri, 01 Jul 2005 03:46:10 -0600
From: Pet Medications Direct <PetMedicationsDirect@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Don't let fleas spring into action before you do
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42C510E2.D6C46723"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2892&e=katie@ehahome.com
  URI:http://v1.cc/petyros/mainmix.jpg

URI:http://ad.linksynergy.com/fs-bin/show?id=a4LpI/jkDyA&bidsb510.10000081&typ
e=4&subid=0
   URI:http://redirect.virtumundo.com/bt?m26977&e=katie@ehahome.com [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                   [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 17539 invoked from network); 1 Jul 2005 03:46:10 -0600
Received: from vm-183-42.vm-mail.com (206.82.183.42)
  by jaykaysplace.com with SMTP; 1 Jul 2005 03:46:10 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-183-42.vm-mail.com with SMTP; 01 Jul 2005 04:46:10 -0500
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 326977
From: Pet Medications Direct <PetMedicationsDirect@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326977@vm-rewards.com>
Subject: Don't let fleas spring into action before you do
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Don't let fleas
.htm"
```

```
From ???@??? Wed Jun 29 16:42:48 2005
X-Persona: <Katie>
Return-Path: <mailcenter326796@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Tue, 28 Jun 2005 09:09:51 -0600
From: Pet Medications Direct <PetMedicationsDirect@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42C1683F.503B9FEC"
```

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2800&e=katie@ehahome.com
  URI:http://v1.cc/el/vm/vt_01.gif
  URI:http://redirect.virtumundo.com/ct?i'2800&e=katie@ehahome.com
  URI:http://v1.cc/el/vm/vt_02.jpg
  URI:http://redirect.virtumundo.com/ct?i'2800&e=katie@ehahome.com
  URI:http://v1.cc/el/vm/vt_03.gif [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 18626 invoked from network); 28 Jun 2005 09:09:50 -0600
Received: from vm-177-28.vm-mail.com (206.82.177.28)
  by jaycelia.com with SMTP; 28 Jun 2005 09:09:50 -0600

```
Received: from vm-mail.com (192.168.3.20)
   by vm-177-28.vm-mail.com with SMTP; 28 Jun 2005 15:09:48 +0000
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326796
From: Pet Medications Direct <PetMedicationsDirect@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326796@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Vet Meds - up
to1.htm"
```

From ???@??? Wed Jun 29 16:42:48 2005
X-Persona: <Katie>
Return-Path: <mailcenter326796@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 28 Jun 2005 09:09:51 -0600
From: Pet Medications Direct <PetMedicationsDirect@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42C1683F.503B9FEC"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2800&e=katie@ehahome.com
  URI:http://v1.cc/el/vm/vt_01.gif
  URI:http://redirect.virtumundo.com/ct?i'2800&e=katie@ehahome.com
  URI:http://v1.cc/el/vm/vt_02.jpg
  URI:http://redirect.virtumundo.com/ct?i'2800&e=katie@ehahome.com
  URI:http://v1.cc/el/vm/vt_03.gif [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 18626 invoked from network); 28 Jun 2005 09:09:50 -0600
Received: from vm-177-28.vm-mail.com (206.82.177.28)
  by jaycelia.com with SMTP; 28 Jun 2005 09:09:50 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-177-28.vm-mail.com with SMTP; 28 Jun 2005 15:09:48 +0000
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 326796
From: Pet Medications Direct <PetMedicationsDirect@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326796@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Vet Meds - up
to1.htm"
```

From ???@??? Sun Jun 19 17:10:14 2005
X-Persona: <Katie>
Return-Path: <mailcenter326294@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 14 Jun 2005 20:54:08 -0600
From: Pet Medications Direct <PetMedicationsDirect@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42AF9850.D8EEEA4F"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2555&e=katie@ehahome.com
  URI:http://v1.cc/el/vm/vt_01.gif
  URI:http://redirect.virtumundo.com/ct?i'2555&e=katie@ehahome.com
  URI:http://v1.cc/el/vm/vt_02.jpg
  URI:http://redirect.virtumundo.com/ct?i'2555&e=katie@ehahome.com
  URI:http://v1.cc/el/vm/vt_03.gif [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 3778 invoked from network); 14 Jun 2005 20:54:08 -0600
Received: from vm-180-157.vm-mail.com (206.82.180.157)
  by omniinnovations.com with SMTP; 14 Jun 2005 20:54:08 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-180-157.vm-mail.com with SMTP; 14 Jun 2005 21:54:06 -0500
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 326294
From: Pet Medications Direct <PetMedicationsDirect@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326294@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Vet Meds - up
to.htm"
```

From ???@??? Sun Jun 19 17:10:14 2005
X-Persona: <Katie>
Return-Path: <mailcenter326294@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 14 Jun 2005 20:54:08 -0600
From: Pet Medications Direct <PetMedicationsDirect@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42AF9850.D8EEEA4F"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2555&e=katie@ehahome.com
  URI:http://v1.cc/el/vm/vt_01.gif
  URI:http://redirect.virtumundo.com/ct?i'2555&e=katie@ehahome.com
  URI:http://v1.cc/el/vm/vt_02.jpg
  URI:http://redirect.virtumundo.com/ct?i'2555&e=katie@ehahome.com
  URI:http://v1.cc/el/vm/vt_03.gif [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 3778 invoked from network); 14 Jun 2005 20:54:08 -0600
Received: from vm-180-157.vm-mail.com (206.82.180.157)
  by omniinnovations.com with SMTP; 14 Jun 2005 20:54:08 -0600

```
Received: from vm-mail.com (192.168.3.20)
   by vm-180-157.vm-mail.com with SMTP; 14 Jun 2005 21:54:06 -0500
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 326294
From: Pet Medications Direct <PetMedicationsDirect@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326294@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Vet Meds - up
to.htm"
```

From ???@??? Tue Jul 12 14:04:11 2005
X-Persona: <Katie>
Return-Path: <mailcenter327253@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 12 Jul 2005 03:43:59 -0600
From: Pet Medications Direct <PetMedicationsDirect@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42D390DF.2D717A90"

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
3055&e=katie@ehahome.com
  URI:http://v1.cc/el/vm/vt_01.gif
  URI:http://redirect.virtumundo.com/ct?i'3055&e=katie@ehahome.com
  URI:http://v1.cc/el/vm/vt_02.jpg
  URI:http://redirect.virtumundo.com/ct?i'3055&e=katie@ehahome.com
  URI:http://v1.cc/el/vm/vt_03.gif [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 17376 invoked from network); 12 Jul 2005 03:43:58 -0600
Received: from vm-183-25.vm-mail.com (206.82.183.25)
  by rcw19190020.com with SMTP; 12 Jul 2005 03:43:58 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-183-25.vm-mail.com with SMTP; 12 Jul 2005 04:43:58 -0500
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 327253
From: Pet Medications Direct <PetMedicationsDirect@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+327253@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Vet Meds - up
to2.htm"
```

```
From ???@??? Fri Sep 01 10:50:48 2006
X-Persona: <2nd User>
Return-Path: <mailcenter361812@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 23938 invoked from network); 29 Aug 2006 19:55:03 -0600
Received: from static-vmg-181-201.vm-mail.com (HELO vm-181-201.vm-mail.com)
(206.82.181.201)
  by chiefmusician.net with SMTP; 29 Aug 2006 19:55:02 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-201.vm-mail.com with SMTP; 29 Aug 2006 20:55:00 -0500
X-ClientHost: 1161111091091210641060971091091161111091090460991111109
X-MailingID: 361812
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+361812@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=DATE_MISSING,HTML_50_60,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





 If you would like to no longer receive any further email messages from the
advertiser above sent by Virtumundo,
 visit this link

Vet-Meds.com, P.O. Box 355, Irving, NY 14081

 Please send any questions or concerns about the Virtumundo Rewards program
to: Virtumundo, Inc. 8400 West
 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To
remove yourself from receiving
 further email as a subscriber of Virtumundo Rewards, go to
http://www.virtumundo.com/change or visit here. The
 products and/or services advertised in this email are the sole responsibility
of the advertiser, and questions about
 this offer should be directed to the advertiser.

 If you can not see our footer image, please visit here.



```
From ???@??? Fri Aug 25 11:41:03 2006
X-Persona: <2nd User>
Return-Path: <mailcenter360720@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 10946 invoked from network); 21 Aug 2006 02:50:17 -0600
Received: from static-vmg-187-108.vm-mail.com (HELO vm-187-108.vm-mail.com)
(206.82.187.108)
  by ehahome.com with SMTP; 21 Aug 2006 02:50:16 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-108.vm-mail.com with SMTP; 21 Aug 2006 03:50:13 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 360720
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+360720@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo,
 visit this link

Vet-Meds.com, P.O. Box 355, Irving, NY 14081

 Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West
 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving
 further email as a subscriber of Virtumundo Rewards, go to
http://www.virtumundo.com/change or visit here. The
 products and/or services advertised in this email are the sole responsibility
of the advertiser, and questions about
 this offer should be directed to the advertiser.

 If you can not see our footer image, please visit here.



```
From ???@??? Wed Aug 09 19:26:54 2006
X-Persona: <2nd User>
Return-Path: <mailcenter359016@vm-mail.com>
Delivered-To: 6-tommy@jammtomm
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Tue, 08 Aug 2006 02:28:37 -0600
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Subject: *****SPAM***** Vet Meds up to 50 percent off + 10 dollar coupon
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44D84B35.7E54BF4A"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i)4713&e=tommy@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i)4713&e=tommy@jammtomm.com
  URI:http://ogy.cc/vetmeds_red.jpg [...]

Content analysis details:   (7.0 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 6240 invoked from network); 8 Aug 2006 02:28:35 -0600
Received: from static-vmg-187-42.vm-mail.com (HELO vm-187-42.vm-mail.com)
(206.82.187.42)
  by jaycelia.com with SMTP; 8 Aug 2006 02:28:33 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-42.vm-mail.com with SMTP; 08 Aug 2006 03:28:32 -0500
```

```
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 359016
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+359016@vm-rewards.com>
Subject: Vet Meds up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Vet Meds
up to 5.htm"
```