Gordon v. Virtumundo Inc et al                                                    Doc. 66 Att.

From ???@??? Fri Aug 04 19:34:33 2006
X-Persona: <2nd User>
Return-Path: <mailcenter357790@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 8064 invoked from network); 29 Jul 2006 02:05:02 -0600
Received: from static-vmg-185-79.vm-mail.com (HELO vm-185-79.vm-mail.com)
(206.82.185.79)
  by ehahome.com with SMTP; 29 Jul 2006 02:04:58 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-79.vm-mail.com with SMTP; 29 Jul 2006 03:04:58 -0500
X-ClientHost: 11611110910912106410609710910911611110910904609911109
X-MailingID: 357790
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+357790@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=7.0 required=7.0 tests=BLANK_LINES_70_80,DATE_MISSING,
      HTML_40_50,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_ONLY_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63


Images not loading? View this offer by visiting this link






This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Vet-Meds.com, P.O. Box 355, Irving, NY 14081

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Sun May 14 09:10:20 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348562@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 1912 invoked from network); 14 May 2006 06:24:25 -0600
Received: from vm-185-79.vm-mail.com (206.82.185.79)
   by jammtomm.com with SMTP; 14 May 2006 06:24:25 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-79.vm-mail.com with SMTP; 14 May 2006 07:24:24 -0500
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 348562
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348562@vm-rewards.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.3 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,
      RCVD_IN_SBL,RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
      *      [score: 0.5010]
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
      *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
      *      [206.82.185.79 listed in dnsbl.sorbs.net]
      *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
      *      [206.82.185.79 listed in dnsbl.sorbs.net]
```

**Images not loading? View this offer by visiting this link**



Vet-Meds.com, P.O. Box 355, Irving, NY 14081

If you can not see our footer image, please visit here.

From ???@??? Sun May 14 09:10:20 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348562@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 2178 invoked from network); 14 May 2006 06:24:26 -0600
Received: from vm-185-79.vm-mail.com (206.82.185.79)
   by jammtomm.com with SMTP; 14 May 2006 06:24:26 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-79.vm-mail.com with SMTP; 14 May 2006 07:24:24 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 348562
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348562@vm-rewards.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.3 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,
      RCVD_IN_SBL,RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
      *      [score: 0.5010]
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
      *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
      *      [206.82.185.79 listed in dnsbl.sorbs.net]
      *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
      *      [206.82.185.79 listed in dnsbl.sorbs.net]


Images not loading? View this offer by visiting this link



---



Vet-Meds.com, P.O. Box 355, Irving, NY 14081

If you can not see our footer image, please visit here.

From ???@??? Sun May 14 09:10:20 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348562@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 2305 invoked from network); 14 May 2006 06:24:26 -0600
Received: from vm-185-236.vm-mail.com (206.82.185.236)
  by gordonworks.com with SMTP; 14 May 2006 06:24:26 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-236.vm-mail.com with SMTP; 14 May 2006 07:24:24 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 348562
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348562@vm-rewards.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.3 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,
       RCVD_IN_SBL,RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
       *  1.9 DATE_MISSING Missing Date: header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.1 HTML_MESSAGE BODY: HTML included in message
       *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
       *      [score: 0.5010]
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
       *      [206.82.185.236 listed in dnsbl.sorbs.net]
       *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
       *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
       *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
       *      [206.82.185.236 listed in dnsbl.sorbs.net]


Images not loading? View this offer by visiting this link



Vet-Meds.com, P.O. Box 355, Irving, NY 14081

If you can not see our footer image, please visit here.

```
From ???@??? Sun May 14 09:10:20 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348562@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 2945 invoked from network); 14 May 2006 06:24:27 -0600
Received: from vm-185-79.vm-mail.com (206.82.185.79)
   by jammtomm.com with SMTP; 14 May 2006 06:24:27 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-79.vm-mail.com with SMTP; 14 May 2006 07:24:24 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 348562
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348562@vm-rewards.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.3 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,
       RCVD_IN_SBL,RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
       *  1.9 DATE_MISSING Missing Date: header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.1 HTML_MESSAGE BODY: HTML included in message
       *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
       *      [score: 0.5010]
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
       *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
       *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
       *      [206.82.185.79 listed in dnsbl.sorbs.net]
       *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
       *      [206.82.185.79 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link



---



**Vet-Meds.com, P.O. Box 355, Irving, NY 14081**

If you can not see our footer image, please visit here.

```
From ???@??? Sun May 14 09:10:20 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348562@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 3480 invoked from network); 14 May 2006 06:24:29 -0600
Received: from vm-185-79.vm-mail.com (206.82.185.79)
  by jammtomm.com with SMTP; 14 May 2006 06:24:28 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-79.vm-mail.com with SMTP; 14 May 2006 07:24:24 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 348562
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348562@vm-rewards.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.3 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,
      RCVD_IN_SBL,RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
      *      [score: 0.5010]
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
      *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
      *      [206.82.185.79 listed in dnsbl.sorbs.net]
      *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
      *      [206.82.185.79 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link



---



**Vet-Meds.com, P.O. Box 355, Irving, NY 14081**

**If you can not see our footer image, please visit here.**

From ???@??? Sun May 14 09:02:50 2006
X-Persona: <Jay>
Return-Path: <mailcenter348562@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 19685 invoked from network); 14 May 2006 06:50:08 -0600
Received: from vm-187-22.vm-mail.com (206.82.187.22)
   by itdidnotendright.com with SMTP; 14 May 2006 06:50:08 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-187-22.vm-mail.com with SMTP; 14 May 2006 07:50:07 -0500
X-ClientHost: 1060971210641060971210991011081050970460 99111109
X-MailingID: 348562
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348562@vm-rewards.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.9 required=7.0 tests=BAYES_60,BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,
       RCVD_IN_SBL,RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
       *  1.9 DATE_MISSING Missing Date: header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  1.6 BAYES_60 BODY: Bayesian spam probability is 60 to 70%
       *      [score: 0.6971]
       *  0.1 HTML_MESSAGE BODY: HTML included in message
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
       *      [206.82.187.22 listed in dnsbl.sorbs.net]
       *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
       *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
       *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
       *      [206.82.187.22 listed in dnsbl.sorbs.net]


Images not loading? View this offer by visiting this link




---

Vet-Meds.com, P.O. Box 355, Irving, NY 14081

If you can not see our footer image, please visit here.

```
From ???@??? Sun May 14 08:59:48 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter348562@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 17166 invoked from network); 14 May 2006 06:47:38 -0600
Received: from vm-187-77.vm-mail.com (206.82.187.77)
  by clrobin.com with SMTP; 14 May 2006 06:47:38 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-77.vm-mail.com with SMTP; 14 May 2006 07:47:32 -0500
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460991 11109
X-MailingID: 348562
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348562@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---

Vet-Meds.com, P.O. Box 355, Irving, NY 14081

If you can not see our footer image, please visit here.

From ???@??? Fri May 05 22:34:31 2006
X-Persona: <Mila>
Return-Path: <mailcenter347170@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
     with SpamAssassin (2.63 2004-01-11);
     Thu, 04 May 2006 02:17:39 -0600
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.9 required=7.0 tests=BAYES_99,BLANK_LINES_70_80,
     DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
     HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
     version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4459B8A3.C9A168B8"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(5005&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(5005&e=mila@jammtomm.com
  URI:http://ogy.cc/vetmeds_red.jpg [...]

Content analysis details:   (11.9 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 17440 invoked from network); 4 May 2006 02:17:37 -0600
Received: from vm-185-193.vm-mail.com (206.82.185.193)
  by anthonycentral.com with SMTP; 4 May 2006 02:17:37 -0600
Received: from vm-mail.com (10.0.0.42)

```
   by vm-185-193.vm-mail.com with SMTP; 04 May 2006 03:17:35 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 347170
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347170@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Vet Meds -
up to.htm"
```

```
From ???@??? Fri May 05 07:21:29 2006
X-Persona: <Jay>
Return-Path: <mailcenter347170@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 24801 invoked from network); 4 May 2006 02:17:53 -0600
Received: from vm-185-143.vm-mail.com (206.82.185.143)
  by jaykaysplace.com with SMTP; 4 May 2006 02:17:52 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-143.vm-mail.com with SMTP; 04 May 2006 03:17:50 -0500
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 347170
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347170@vm-rewards.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.7 required=7.0 tests=BAYES_70,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  2.3 BAYES_70 BODY: Bayesian spam probability is 70 to 80%
        *      [score: 0.7368]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





Vet-Meds.com, P.O. Box 355, Irving, NY 14081

        If you can not see our footer image, please visit here.

```
From ???@??? Fri May 05 07:21:19 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347170@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 3841 invoked from network); 4 May 2006 01:34:37 -0600
Received: from vm-187-193.vm-mail.com (206.82.187.193)
   by omniinnovations.com with SMTP; 4 May 2006 01:34:37 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-187-193.vm-mail.com with SMTP; 04 May 2006 02:34:35 -0500
X-ClientHost:
09711011606409711011610411111012109910110101161140971080460991111109
X-MailingID: 347170
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347170@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
       version=2.63
```

**Images not loading? View this offer by visiting this link**



---

 **Vet-Meds.com, P.O. Box 355, Irving, NY 14081**



    **If you can not see our footer image, please visit here.**

```
From ???@??? Fri May 05 07:21:19 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347170@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 5377 invoked from network); 4 May 2006 01:34:39 -0600
Received: from vm-187-193.vm-mail.com (206.82.187.193)
  by omniinnovations.com with SMTP; 4 May 2006 01:34:39 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-193.vm-mail.com with SMTP; 04 May 2006 02:34:35 -0500
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710804609911109
X-MailingID: 347170
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347170@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



---

**Vet-Meds.com, P.O. Box 355, Irving, NY 14081**

        **If you can not see our footer image, please visit here.**

```
From ???@??? Fri May 05 07:21:19 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347170@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 4515 invoked from network); 4 May 2006 01:34:38 -0600
Received: from vm-187-193.vm-mail.com (206.82.187.193)
  by omniinnovations.com with SMTP; 4 May 2006 01:34:38 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-193.vm-mail.com with SMTP; 04 May 2006 02:34:35 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 347170
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347170@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



---

**Vet-Meds.com, P.O. Box 355, Irving, NY 14081**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri May 05 07:21:19 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347170@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 5986 invoked from network); 4 May 2006 01:34:40 -0600
Received: from vm-187-193.vm-mail.com (206.82.187.193)
  by omniinnovations.com with SMTP; 4 May 2006 01:34:39 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-193.vm-mail.com with SMTP; 04 May 2006 02:34:35 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 347170
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347170@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



---



**Vet-Meds.com, P.O. Box 355, Irving, NY 14081**



     **If you can not see our footer image, please visit here.**

```
From ???@??? Fri May 05 07:21:19 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347170@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 7655 invoked from network); 4 May 2006 01:34:41 -0600
Received: from vm-187-193.vm-mail.com (206.82.187.193)
  by omniinnovations.com with SMTP; 4 May 2006 01:34:41 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-193.vm-mail.com with SMTP; 04 May 2006 02:34:35 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 347170
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347170@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

**Images not loading? View this offer by visiting this link**



---

Vet-Meds.com, P.O. Box 355, Irving, NY 14081

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri May 05 07:14:54 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter347170@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 30245 invoked from network); 4 May 2006 02:15:43 -0600
Received: from vm-185-211.vm-mail.com (206.82.185.211)
   by anthonycentral.com with SMTP; 4 May 2006 02:15:43 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-211.vm-mail.com with SMTP; 04 May 2006 03:15:42 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 347170
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347170@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---



**Vet-Meds.com, P.O. Box 355, Irving, NY 14081**



   **If you can not see our footer image, please visit here.**

```
From ???@??? Fri May 05 07:14:29 2006
X-Persona: <Celia>
Return-Path: <mailcenter347170@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 11619 invoked from network); 4 May 2006 01:57:02 -0600
Received: from vm-187-250.vm-mail.com (206.82.187.250)
  by itdidnotendright.com with SMTP; 4 May 2006 01:57:01 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-250.vm-mail.com with SMTP; 04 May 2006 02:56:56 -0500
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 347170
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347170@vm-rewards.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

 Vet-Meds.com, P.O. Box 355, Irving, NY 14081



        If you can not see our footer image, please visit here.

```
From ???@??? Thu May 04 10:08:21 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter347170@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 25825 invoked from network); 4 May 2006 02:17:54 -0600
Received: from vm-185-115.vm-mail.com (206.82.185.115)
  by celiajay.com with SMTP; 4 May 2006 02:17:52 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-115.vm-mail.com with SMTP; 04 May 2006 03:17:51 -0500
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 347170
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347170@vm-rewards.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





Vet-Meds.com, P.O. Box 355, Irving, NY 14081

        If you can not see our footer image, please visit here.

```
From ???@??? Tue May 02 20:36:44 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter346170@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 29441 invoked from network); 27 Apr 2006 19:05:15 -0600
Received: from vm-187-9.vm-mail.com (206.82.187.9)
  by greatnorthwest-alpha.org with SMTP; 27 Apr 2006 19:05:14 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-9.vm-mail.com with SMTP; 27 Apr 2006 20:05:07 -0500
X-ClientHost: 1061111100641060971211707971211151121080970991010460991111109
X-MailingID: 346170
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346170@vm-rewards.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        * 1.0 DATE_MISSING Missing Date: header
        * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.0 HTML_MESSAGE BODY: HTML included in message
        * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

Vet-Meds.com, P.O. Box 355, Irving, NY 14081

        If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 30 14:02:54 2006
X-Persona: <Jon>
Return-Path: <mailcenter346170@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 29441 invoked from network); 27 Apr 2006 19:05:15 -0600
Received: from vm-187-9.vm-mail.com (206.82.187.9)
  by greatnorthwest-alpha.org with SMTP; 27 Apr 2006 19:05:14 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-9.vm-mail.com with SMTP; 27 Apr 2006 20:05:07 -0500
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 346170
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346170@vm-rewards.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

**Images not loading? View this offer by visiting this link**



---



 **Vet-Meds.com, P.O. Box 355, Irving, NY 14081**



           **If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 30 14:02:23 2006
X-Persona: <Jay>
Return-Path: <mailcenter346170@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 21315 invoked from network); 27 Apr 2006 19:05:08 -0600
Received: from vm-187-140.vm-mail.com (206.82.187.140)
   by gordonworks.com with SMTP; 27 Apr 2006 19:05:08 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-187-140.vm-mail.com with SMTP; 27 Apr 2006 20:05:02 -0500
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 346170
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346170@vm-rewards.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.7 required=7.0 tests=BAYES_70,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  2.3 BAYES_70 BODY: Bayesian spam probability is 70 to 80%
        *      [score: 0.7584]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

**Images not loading? View this offer by visiting this link**





**Vet-Meds.com, P.O. Box 355, Irving, NY 14081**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 30 13:58:19 2006
X-Persona: <Celia>
Return-Path: <mailcenter346170@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 32068 invoked from network); 27 Apr 2006 14:21:46 -0600
Received: from vm-186-125.vm-mail.com (206.82.186.125)
  by ehahome.com with SMTP; 27 Apr 2006 14:21:42 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-125.vm-mail.com with SMTP; 27 Apr 2006 15:21:41 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 346170
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346170@vm-rewards.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



Vet-Meds.com, P.O. Box 355, Irving, NY 14081

        If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 30 13:58:07 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter346170@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 23556 invoked from network); 27 Apr 2006 13:55:24 -0600
Received: from vm-185-159.vm-mail.com (206.82.185.159)
  by gordonworks.com with SMTP; 27 Apr 2006 13:55:24 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-159.vm-mail.com with SMTP; 27 Apr 2006 14:55:22 -0500
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460991111109
X-MailingID: 346170
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346170@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---

 Vet-Meds.com, P.O. Box 355, Irving, NY 14081



If you can not see our footer image, please visit here.

From ???@??? Thu Apr 27 13:06:16 2006
X-Persona: <Mila>
Return-Path: <mailcenter346170@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 27 Apr 2006 13:56:41 -0600
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: jamila <mila@jammtomm.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=11.9 required=7.0 tests=BAYES_99,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_445121F9.43099C56"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(4045&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(4045&e=mila@jammtomm.com
  URI:http://ogy.cc/vetmeds_red.jpg [...]

Content analysis details:   (11.9 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 2882 invoked from network); 27 Apr 2006 13:56:39 -0600
Received: from vm-185-145.vm-mail.com (206.82.185.145)
  by jaycelia.com with SMTP; 27 Apr 2006 13:56:39 -0600
Received: from vm-mail.com (10.0.0.42)

```
   by vm-185-145.vm-mail.com with SMTP; 27 Apr 2006 14:56:38 -0500
X-ClientHost: 1091051080970641060971091091161111091090460991111109
X-MailingID: 346170
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346170@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Vet Meds -
up to4.htm"
```

```
From ???@??? Thu Apr 20 12:42:54 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343976@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 6372 invoked from network); 18 Apr 2006 13:38:53 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by anthonycentral.com with SMTP; 18 Apr 2006 13:38:53 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 18 Apr 2006 14:38:52 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 343976
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343976@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



---

Vet-Meds.com, P.O. Box 355, Irving, NY 14081

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 20 12:42:54 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343976@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 7456 invoked from network); 18 Apr 2006 13:38:55 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by anthonycentral.com with SMTP; 18 Apr 2006 13:38:54 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 18 Apr 2006 14:38:52 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 343976
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343976@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



---

Vet-Meds.com, P.O. Box 355, Irving, NY 14081

        If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 20 12:42:54 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343976@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 6977 invoked from network); 18 Apr 2006 13:38:54 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by anthonycentral.com with SMTP; 18 Apr 2006 13:38:54 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 18 Apr 2006 14:38:52 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 343976
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343976@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



---

 **Vet-Meds.com, P.O. Box 355, Irving, NY 14081**



     If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 20 12:42:54 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343976@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 8134 invoked from network); 18 Apr 2006 13:38:55 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by anthonycentral.com with SMTP; 18 Apr 2006 13:38:55 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 18 Apr 2006 14:38:52 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 343976
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343976@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---



**Vet-Meds.com, P.O. Box 355, Irving, NY 14081**



    **If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 20 12:42:54 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343976@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 9154 invoked from network); 18 Apr 2006 13:38:57 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by anthonycentral.com with SMTP; 18 Apr 2006 13:38:56 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 18 Apr 2006 14:38:52 -0500
X-ClientHost: 11610606409711011610411111012109910111011611409710804609911109
X-MailingID: 343976
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343976@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---

**Vet-Meds.com, P.O. Box 355, Irving, NY 14081**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Apr 20 12:39:46 2006
X-Persona: <Mila>
Return-Path: <mailcenter343976@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 18 Apr 2006 15:27:48 -0600
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.2 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_444559D4.5A8DAB1C"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(2655&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(2655&e=mila@jammtomm.com
  URI:http://ogy.cc/vetmeds_red.jpg [...]

Content analysis details:   (11.2 points, 7.0 required)

 pts rule name                  description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING               Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE               BODY: HTML included in message
 5.4 BAYES_99                   BODY: Bayesian spam probability is 99 to 100%
                                [score: 1.0000]
 0.1 HTML_70_80                 BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY             BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02         BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
               [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 9475 invoked from network); 18 Apr 2006 15:27:45 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by gordonworks.com with SMTP; 18 Apr 2006 15:27:40 -0600

```
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 18 Apr 2006 16:27:38 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 343976
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:   errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343976@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Vet Meds -
up to3.htm"
```

```
From ???@??? Thu Apr 20 12:29:13 2006
X-Persona: <Jay>
Return-Path: <mailcenter343976@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 16260 invoked from network); 18 Apr 2006 15:27:56 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 18 Apr 2006 15:27:55 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 18 Apr 2006 16:27:53 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 343976
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343976@vm-rewards.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=7.0 tests=BAYES_80,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  1.7 BAYES_80 BODY: Bayesian spam probability is 80 to 90%
        *      [score: 0.8520]
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link



Vet-Meds.com, P.O. Box 355, Irving, NY 14081

        If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 20 12:22:58 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter343976@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 3009 invoked from network); 18 Apr 2006 15:17:34 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by xj4x4.net with SMTP; 18 Apr 2006 15:17:34 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 18 Apr 2006 16:17:32 -0500
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 343976
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343976@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---

 **Vet-Meds.com, P.O. Box 355, Irving, NY 14081**



      If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 20 12:19:05 2006
X-Persona: <Celia>
Return-Path: <mailcenter343976@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 27268 invoked from network); 18 Apr 2006 14:21:00 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by omniinnovations.com with SMTP; 18 Apr 2006 14:21:00 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 18 Apr 2006 15:20:58 -0500
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 343976
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343976@vm-rewards.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link



---

 **Vet-Meds.com, P.O. Box 355, Irving, NY 14081**



        If you can not see our footer image, please visit here.

```
From ???@??? Tue Apr 18 16:25:41 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter343976@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 18180 invoked from network); 18 Apr 2006 15:27:59 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by ehahome.com with SMTP; 18 Apr 2006 15:27:55 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 18 Apr 2006 16:27:54 -0500
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 343976
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343976@vm-rewards.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link



---

Vet-Meds.com, P.O. Box 355, Irving, NY 14081

        If you can not see our footer image, please visit here.

```
From ???@??? Sat Apr 15 09:27:35 2006
Return-Path: <mailcenter343582@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 14176 invoked from network); 14 Apr 2006 13:29:52 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by xj4x4.net with SMTP; 14 Apr 2006 13:29:50 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 14 Apr 2006 14:29:24 -0500
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 343582
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343582@vm-rewards.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5011]
        *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

**Images not loading? View this offer by visiting this link**



---


**Vet-Meds.com, P.O. Box 355, Irving, NY 14081**



**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Apr 15 09:27:15 2006
Return-Path: <mailcenter343576@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 3910 invoked from network); 14 Apr 2006 12:18:29 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaykaysplace.com with SMTP; 14 Apr 2006 12:18:24 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 14 Apr 2006 13:17:15 -0500
X-ClientHost:
10010111909712111010106409711011610411110121099101110116114097108046099111109
X-MailingID: 343576
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343576@vm-rewards.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5039]
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

**Images not loading? View this offer by visiting this link**



---

 **Vet-Meds.com, P.O. Box 355, Irving, NY 14081**



**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 14 16:06:32 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343582@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 14176 invoked from network); 14 Apr 2006 13:29:52 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by xj4x4.net with SMTP; 14 Apr 2006 13:29:50 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 14 Apr 2006 14:29:24 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 343582
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343582@vm-rewards.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5011]
        *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link



---

 **Vet-Meds.com, P.O. Box 355, Irving, NY 14081**



        If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 14 16:06:31 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343576@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 3910 invoked from network); 14 Apr 2006 12:18:29 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaykaysplace.com with SMTP; 14 Apr 2006 12:18:24 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 14 Apr 2006 13:17:15 -0500
X-ClientHost:
1001011190971211101010640971101161041111101210991011101161140971080046099111109
X-MailingID: 343576
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343576@vm-rewards.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5039]
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link



---

 **Vet-Meds.com, P.O. Box 355, Irving, NY 14081**



        If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 14 16:05:32 2006
X-Persona: <Jay>
Return-Path: <mailcenter343582@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 14947 invoked from network); 14 Apr 2006 12:25:18 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by chiefmusician.net with SMTP; 14 Apr 2006 12:25:01 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 14 Apr 2006 13:23:54 -0500
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 343582
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343582@vm-rewards.com>
Subject: *****SPAM***** Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.1 required=7.0 tests=BAYES_80,BLANK_LINES_80_90,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
       * 1.9 DATE_MISSING Missing Date: header
       * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       * 0.1 HTML_MESSAGE BODY: HTML included in message
       * 1.7 BAYES_80 BODY: Bayesian spam probability is 80 to 90%
       *     [score: 0.8576]
       * 2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
       * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link



---


Vet-Meds.com, P.O. Box 355, Irving, NY 14081

If you can not see our footer image, please visit here.

```
From ???@??? Sat Sep 09 12:59:51 2006
X-Persona: <2nd User>
Return-Path: <mailcenter362588@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 6373 invoked from network); 7 Sep 2006 15:59:30 -0600
Received: from static-vmg-185-105.vm-mail.com (HELO vm-185-105.vm-mail.com)
(206.82.185.105)
  by gordonworks.com with SMTP; 7 Sep 2006 15:59:30 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-105.vm-mail.com with SMTP; 07 Sep 2006 16:59:28 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 362588
From: Pet Meds Discount Center <PetMedsDiscountCenter@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+362588@vm-rewards.com>
Subject: Vet Meds - up to 50 percent off + 10 dollar coupon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=DATE_MISSING,HTML_50_60,
    HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
    HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
    autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





 If you would like to no longer receive any further email messages from the
advertiser above sent by Virtumundo,
 visit this link

Vet-Meds.com, P.O. Box 355, Irving, NY 14081

 Please send any questions or concerns about the Virtumundo Rewards program
to: Virtumundo, Inc. 8400 West
 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To
remove yourself from receiving
 further email as a subscriber of Virtumundo Rewards, go to
http://www.virtumundo.com/change or visit here. The
 products and/or services advertised in this email are the sole responsibility
of the advertiser, and questions about
 this offer should be directed to the advertiser.

 If you can not see our footer image, please visit here.



From ???@??? Thu Jan 29 13:14:53 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <315374-16023>; Thu, 29 Jan 2004 14:40:34 -0500
Received: from vm208-65.adknow-net.com ([216.21.208.65]) by
ams.ftl.affinity.com with ESMTP id <317761-15795>; Thu, 29 Jan 2004 14:39:39
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-65.adknow-net.com with SMTP; 29 Jan 2004 13:39:00 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 353210
From: Pet Memorials <RememberYourPet@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return353210@replies.adknow-net.com
Subject: Give your favorite pet a pet memorial.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan29.143939-0500_est.317761-15795+8473@ams.ftl.affinity.com>
Date:Thu, 29 Jan 2004 14:39:38 -0500



If you would like to refer a friend information regarding this program,

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to <u>http://www.virtumundo.com/change/</u> or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Sep 29 17:20:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <722313-1124>; Mon, 29 Sep 2003 16:56:47 -0400
Received: from vm132.vmadmin.com ([216.64.222.132]) by ams.ftl.affinity.com
with ESMTP id <1252092-1121>; Mon, 29 Sep 2003 16:56:09 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm132.vmadmin.com with SMTP; 29 Sep 2003 15:56:01 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 147604
From: Phentermine <BuyPhentermineNow147604@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Phentermine <BuyPhentermineNow147604@replies.virtumundo.com>
Subject: Have you been putting off weight loss?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep29.165609-0400_edt.1252092-1121+21336@ams.ftl.affinity.com>
Date:Mon, 29 Sep 2003 16:56:08 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Oct 22 23:26:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <476376-4935>; Thu, 23 Oct 2003 00:57:48 -0400
Received: from vl208-49.vmlocal.com ([216.21.208.49]) by ams.ftl.affinity.com
with ESMTP id <458355-4937>; Thu, 23 Oct 2003 00:56:54 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-49.vmlocal.com with SMTP; 22 Oct 2003 23:56:47 -0500
X-ClientHost: 10609712106410311111410011110119111114107115046099111109
X-MailingID: 172391
From: Phentermine <BuyPhentermineNow172391@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Phentermine <BuyPhentermineNow172391@vmlocal.com>
Subject: Diet not working?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct23.005654-0400_edt.458355-4937+8683@ams.ftl.affinity.com>
Date:Thu, 23 Oct 2003 00:56:53 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Oct 25 15:02:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217704-23254>; Sat, 25 Oct 2003 17:49:27 -0400
Received: from vl208-21.vmlocal.com ([216.21.208.21]) by ams.ftl.affinity.com
with ESMTP id <458861-23255>; Sat, 25 Oct 2003 16:42:23 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-21.vmlocal.com with SMTP; 25 Oct 2003 15:41:16 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 175919
From: Phentermine <BuyPhentermineNow175919@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Phentermine <BuyPhentermineNow175919@vmlocal.com>
Subject: Try phentermine for weight loss.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct25.164223-0400_edt.458861-23255+6985@ams.ftl.affinity.com>
Date:Sat, 25 Oct 2003 16:42:22 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Oct 26 21:25:10 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <475162-3649>; Sun, 26 Oct 2003 23:52:27 -0500
Received: from vl208-55.vmlocal.com ([216.21.208.55]) by ams.ftl.affinity.com
with ESMTP id <478808-3660>; Sun, 26 Oct 2003 23:51:29 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-55.vmlocal.com with SMTP; 26 Oct 2003 22:51:22 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 177275
From: Phentermine <BuyPhentermineNow177275@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Phentermine <BuyPhentermineNow177275@vmlocal.com>
Subject: Try phentermine for weight loss.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct26.235129-0500_est.478808-3660+13689@ams.ftl.affinity.com>
Date:Sun, 26 Oct 2003 23:51:28 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Oct 26 23:10:07 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <225225-922>; Mon, 27 Oct 2003 02:06:48 -0500
Received: from vl208-28.vmlocal.com ([216.21.208.28]) by ams.ftl.affinity.com
with ESMTP id <222650-925>; Mon, 27 Oct 2003 01:26:56 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-28.vmlocal.com with SMTP; 27 Oct 2003 00:11:20 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 177290
From: Phentermine <BuyPhentermineNow177290@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Phentermine <BuyPhentermineNow177290@vmlocal.com>
Subject: Try phentermine for weight loss.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct27.012656-0500_est.222650-925+23305@ams.ftl.affinity.com>
Date:Mon, 27 Oct 2003 01:11:22 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Oct 26 23:10:07 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <229581-922>; Mon, 27 Oct 2003
02:06:48 -0500
Received: from vl208-28.vmlocal.com ([216.21.208.28]) by ams.ftl.affinity.com
with ESMTP id <225410-925>; Mon, 27 Oct 2003 01:26:56 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-28.vmlocal.com with SMTP; 27 Oct 2003 00:11:20 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 177290
From: Phentermine <BuyPhentermineNow177290@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Phentermine <BuyPhentermineNow177290@vmlocal.com>
Subject: Try phentermine for weight loss.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct27.012656-0500_est.225410-925+23306@ams.ftl.affinity.com>
Date:Mon, 27 Oct 2003 01:11:23 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Nov 07 14:21:23 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213027-5958>; Fri, 7 Nov 2003 15:30:57 -0500
Received: from vl208-63.vmlocal.com ([216.21.208.63]) by ams.ftl.affinity.com
with ESMTP id <214671-5964>; Fri, 7 Nov 2003 15:30:01 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-63.vmlocal.com with SMTP; 07 Nov 2003 14:28:32 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 190286
From: Phentermine <BuyPhentermineNow190286@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Phentermine <BuyPhentermineNow190286@vmlocal.com>
Subject: Have you been putting off weight loss?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov7.153001-0500_est.214671-5964+13576@ams.ftl.affinity.com>
Date:Fri, 7 Nov 2003 15:30:01 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 09 19:29:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220168-26642>; Sun, 9 Nov 2003 20:24:49 -0500
Received: from vl208-23.vmlocal.com ([216.21.208.23]) by ams.ftl.affinity.com
with ESMTP id <219748-26642>; Sun, 9 Nov 2003 20:23:54 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-23.vmlocal.com with SMTP; 09 Nov 2003 19:22:31 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 191185
From: Phentermine <BuyPhentermineNow191185@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Phentermine <BuyPhentermineNow191185@vmlocal.com>
Subject: Have you been putting off weight loss?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov9.202354-0500_est.219748-26642+6202@ams.ftl.affinity.com>
Date:Sun, 9 Nov 2003 20:23:53 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 09 19:29:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <219748-26653>; Sun, 9 Nov
2003 20:24:49 -0500
Received: from vl208-23.vmlocal.com ([216.21.208.23]) by ams.ftl.affinity.com
with ESMTP id <220156-26650>; Sun, 9 Nov 2003 20:23:55 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-23.vmlocal.com with SMTP; 09 Nov 2003 19:22:31 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 191185
From: Phentermine <BuyPhentermineNow191185@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Phentermine <BuyPhentermineNow191185@vmlocal.com>
Subject: Have you been putting off weight loss?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov9.202355-0500_est.220156-26650+5805@ams.ftl.affinity.com>
Date:Sun, 9 Nov 2003 20:23:54 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 09 14:41:24 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217754-29013>; Sun, 9 Nov 2003 15:42:01 -0500
Received: from vl208-47.vmlocal.com ([216.21.208.47]) by ams.ftl.affinity.com
with ESMTP id <215945-29014>; Sun, 9 Nov 2003 15:41:23 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-47.vmlocal.com with SMTP; 09 Nov 2003 14:41:07 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 194269
From: Phentermine <BuyPhentermineNow194269@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Phentermine <BuyPhentermineNow194269@vmlocal.com>
Subject: Have you been putting off weight loss?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov9.154123-0500_est.215945-29014+5741@ams.ftl.affinity.com>
Date:Sun, 9 Nov 2003 15:41:22 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Nov 13 22:06:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <240942-7889>; Fri, 14 Nov 2003 00:44:38 -0500
Received: from vl208-75.vmlocal.com ([216.21.208.75]) by ams.ftl.affinity.com
with ESMTP id <734176-1080>; Fri, 14 Nov 2003 00:23:16 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-75.vmlocal.com with SMTP; 13 Nov 2003 22:33:37 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 197353
From: Phentermine <BuyPhentermineNow197353@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Phentermine <BuyPhentermineNow197353@vmlocal.com>
Subject: Have you been putting off weight loss?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov14.002316-0500_est.734176-1080+502@ams.ftl.affinity.com>
Date:Fri, 14 Nov 2003 00:23:14 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Nov 14 16:59:14 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <229863-7402>; Fri, 14 Nov 2003 19:48:40 -0500
Received: from vl208-45.vmlocal.com ([216.21.208.45]) by ams.ftl.affinity.com
with ESMTP id <230854-7405>; Fri, 14 Nov 2003 19:47:37 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-45.vmlocal.com with SMTP; 14 Nov 2003 18:47:34 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 198019
From: Phentermine <BuyPhentermineNow198019@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Phentermine <BuyPhentermineNow198019@vmlocal.com>
Subject: Want to start losing weight tomorrow?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov14.194737-0500_est.230854-7405+8708@ams.ftl.affinity.com>
Date:Fri, 14 Nov 2003 19:47:37 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Nov 14 13:04:45 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <216811-27327>; Fri, 14 Nov
2003 13:58:39 -0500
Received: from vl208-22.vmlocal.com ([216.21.208.22]) by ams.ftl.affinity.com
with ESMTP id <216923-27335>; Fri, 14 Nov 2003 13:56:44 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-22.vmlocal.com with SMTP; 14 Nov 2003 12:56:33 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 198025
From: Phentermine <BuyPhentermineNow198025@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Phentermine <BuyPhentermineNow198025@vmlocal.com>
Subject: Have you been putting off weight loss?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov14.135644-0500_est.216923-27335+6994@ams.ftl.affinity.com>
Date:Fri, 14 Nov 2003 13:56:43 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Feb 11 23:16:09 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2302471-1095>; Wed, 11 Feb 2004 23:31:52 -0500
Received: from vm208-34.adknow-net.com ([216.21.208.34]) by
ams.ftl.affinity.com with ESMTP id <3797968-874>; Wed, 11 Feb 2004 23:31:08
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-34.adknow-net.com with SMTP; 11 Feb 2004 22:31:03 -0600
X-ClientHost: 1060971210641031111410011110119111114107115046099111109
X-MailingID: 367474
From: Phone Directories <PhoneDirectories@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return367474@replies.adknow-net.com
Subject: Find the phone number you are looking for.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb11.233108-0500_est.3797968-874+1056@ams.ftl.affinity.com>
Date:Wed, 11 Feb 2004 23:31:07 -0500
```



Find any store any person you're looking for in the phone directory. Get your
phone directory today, and never a number again.

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Feb 11 18:40:02 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <3613905-29399>; Wed, 11 Feb 2004 20:31:53 -0500
Received: from vm208-41.adknow-net.com ([216.21.208.41]) by
ams.ftl.affinity.com with ESMTP id <3614678-20462>; Wed, 11 Feb 2004 20:30:58
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-41.adknow-net.com with SMTP; 11 Feb 2004 19:30:51 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 368538
From: Phone Directories <PhoneDirectories@adknow-net.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return368538@replies.adknow-net.com
Subject: Need to find a phone number?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb11.203058-0500_est.3614678-20462+2599@ams.ftl.affinity.com>
Date:Wed, 11 Feb 2004 20:30:57 -0500
```



Find any store any person you're looking for in the phone directory. Get your
phone directory today, and never a number again.

**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Feb 11 13:57:11 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <269620-1102>; Wed, 11 Feb 2004 15:57:39 -0500
Received: from vm208-53.adknow-net.com ([216.21.208.53]) by
ams.ftl.affinity.com with ESMTP id <218898-1101>; Wed, 11 Feb 2004 15:56:12
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-53.adknow-net.com with SMTP; 11 Feb 2004 14:56:08 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 368543
From: Phone Directories <PhoneDirectories@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return368543@replies.adknow-net.com
Subject: Find any phone number.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb11.155612-0500_est.218898-1101+17964@ams.ftl.affinity.com>
Date:Wed, 11 Feb 2004 15:56:11 -0500
```



Find any store any person you're looking for in the phone directory. Get your
phone directory today, and never a number again.

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Feb 11 23:16:09 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3797216-1095>; Wed, 11 Feb 2004 23:31:52 -0500
Received: from vm208-34.adknow-net.com ([216.21.208.34]) by
ams.ftl.affinity.com with ESMTP id <3797963-1086>; Wed, 11 Feb 2004 23:31:07
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-34.adknow-net.com with SMTP; 11 Feb 2004 22:31:03 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 367474
From: Phone Directories <PhoneDirectories@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return367474@replies.adknow-net.com
Subject: Find the phone number you are looking for.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb11.233107-0500_est.3797963-1086+10845@ams.ftl.affinity.com>
Date:Wed, 11 Feb 2004 23:31:07 -0500
```



Find any store any person you're looking for in the phone directory. Get your
phone directory today, and never a number again.

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Nov 06 21:05:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217001-1803>; Thu, 6 Nov 2003 22:52:05 -0500
Received: from vm103.vmadmin.com ([216.64.222.103]) by ams.ftl.affinity.com
with ESMTP id <217275-1805>; Thu, 6 Nov 2003 22:51:20 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm103.vmadmin.com with SMTP; 06 Nov 2003 21:49:16 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 191364
From: Photo Albums <GreatPhotoAlbums191364@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Photo Albums <GreatPhotoAlbums191364@replies.virtumundo.com>
Subject: The original form of memory storage.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov6.225120-0500_est.217275-1805+5094@ams.ftl.affinity.com>
Date:Thu, 6 Nov 2003 22:51:19 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Oct 19 11:50:14 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <256887-1040>; Sun, 19 Oct 2003 14:03:48 -0400
Received: from vl208-53.vmlocal.com ([216.21.208.53]) by ams.ftl.affinity.com
with ESMTP id <259149-1039>; Sun, 19 Oct 2003 14:03:34 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-53.vmlocal.com with SMTP; 19 Oct 2003 13:03:29 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 169151
From: Photo Search <StockPhotoSearch169151@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Photo Search <StockPhotoSearch169151@vmlocal.com>
Subject: Need to find the perfect picture?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct19.140334-0400_edt.259149-1039+3966@ams.ftl.affinity.com>
Date:Sun, 19 Oct 2003 14:03:32 -0400



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Oct 29 11:19:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <478362-21964>; Wed, 29 Oct
2003 14:12:07 -0500
Received: from vl208-62.vmlocal.com ([216.21.208.62]) by ams.ftl.affinity.com
with ESMTP id <482548-21968>; Wed, 29 Oct 2003 14:10:47 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-62.vmlocal.com with SMTP; 29 Oct 2003 13:10:42 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 181895
From: Photo Search <StockPhotoSearch181895@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Photo Search <StockPhotoSearch181895@vmlocal.com>
Subject: Need to find the perfect picture?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.141047-0500_est.482548-21968+3430@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 14:10:46 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent Wed Oct 29 13:10:01 CST 2003

From ???@??? Thu Oct 30 15:48:57 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3784714-22208>; Thu, 30 Oct 2003 15:34:17 -0500
Received: from vl208-28.vmlocal.com ([216.21.208.28]) by ams.ftl.affinity.com
with ESMTP id <3788140-22203>; Thu, 30 Oct 2003 15:33:25 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-28.vmlocal.com with SMTP; 30 Oct 2003 14:33:17 -0600
X-ClientHost: 1060971210641031111410011110119111114107115046099111109
X-MailingID: 183323
From: Photo Search <StockPhotoSearch183323@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Photo Search <StockPhotoSearch183323@vmlocal.com>
Subject: Need to find the perfect picture?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct30.153325-0500_est.3788140-22203+201@ams.ftl.affinity.com>
Date:Thu, 30 Oct 2003 15:33:24 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.
Message sent Thu Oct 30 14:32:25 CST 2003

```
From ???@??? Sat Nov 01 08:06:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219586-17941>; Sat, 1 Nov 2003 03:19:08 -0500
Received: from vl208-66.vmlocal.com ([216.21.208.66]) by ams.ftl.affinity.com
with ESMTP id <213482-17942>; Sat, 1 Nov 2003 03:18:14 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-66.vmlocal.com with SMTP; 01 Nov 2003 02:18:10 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 184663
From: Photo Search <StockPhotoSearch184663@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Photo Search <StockPhotoSearch184663@vmlocal.com>
Subject: Looking for the perfect picture?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov1.031814-0500_est.213482-17942+68936@ams.ftl.affinity.com>
Date:Sat, 1 Nov 2003 03:18:12 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Nov 01 18:41:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219306-18417>; Sat, 1 Nov 2003 20:01:10 -0500
Received: from vm208-1.vm06.com ([216.21.208.1]) by ams.ftl.affinity.com with
ESMTP id <231651-18461>; Sat, 1 Nov 2003 15:10:24 -0500
Received: from vmlocal.com (192.168.3.12)
  by vm208-1.vm06.com with SMTP; 01 Nov 2003 14:10:21 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 185933
From: Photo Search <StockPhotoSearch185933@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Photo Search <StockPhotoSearch185933@vmlocal.com>
Subject: Want stock photography?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov1.151024-0500_est.231651-18461+25230@ams.ftl.affinity.com>
Date:Sat, 1 Nov 2003 15:10:22 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you**

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Oct 21 09:34:14 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215657-21412>; Tue, 21 Oct 2003 11:13:11 -0400
Received: from vl208-46.vmlocal.com ([216.21.208.46]) by ams.ftl.affinity.com
with ESMTP id <216977-21410>; Tue, 21 Oct 2003 11:12:28 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-46.vmlocal.com with SMTP; 21 Oct 2003 10:09:10 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 171549
From: Photography Resources <PhotographyResources171549@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Photography Resources <PhotographyResources171549@vmlocal.com>
Subject: Become a master of photography.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct21.111228-0400_edt.216977-21410+1413@ams.ftl.affinity.com>
Date:Tue, 21 Oct 2003 11:12:27 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Oct 21 07:07:36 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <294758-13897>; Tue, 21 Oct 2003 07:15:53 -0400
Received: from vm153.vmadmin.com ([216.64.222.153]) by ams.ftl.affinity.com
with ESMTP id <299477-13888>; Tue, 21 Oct 2003 07:15:38 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm153.vmadmin.com with SMTP; 21 Oct 2003 06:15:36 -0500
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 171405
From: Photos For You <AmericanSingles171405@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Photos For You <AmericanSingles171405@replies.virtumundo.com>
Subject: James, photos of people who want to date you
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct21.071538-0400_edt.299477-13888+351@ams.ftl.affinity.com>
Date:Tue, 21 Oct 2003 07:15:38 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Oct 29 06:21:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219251-18466>; Wed, 29 Oct 2003 04:44:48 -0500
Received: from vm220.vmadmin.com ([216.64.222.220]) by ams.ftl.affinity.com
with ESMTP id <215697-18431>; Wed, 29 Oct 2003 04:43:39 -0500
Received: from vmadmin.com (192.168.3.11)
 by vm220.vmadmin.com with SMTP; 29 Oct 2003 03:33:47 -0600
X-ClientHost: 10609712106410311111410011110119111114107115046099111109
X-MailingID: 180434
From: Photos For You <AmericanSingles180434@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Photos For You <AmericanSingles180434@replies.virtumundo.com>
Subject: Jay, photos of people who want to date you
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.044339-0500_est.215697-18431+171@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 04:43:38 -0500



---

You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.
Message sent Wed Oct 29 01:52:06 CST 2003

From ???@??? Wed Oct 29 06:21:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <216461-18466>; Wed, 29 Oct 2003 04:44:48 -0500
Received: from vm220.vmadmin.com ([216.64.222.220]) by ams.ftl.affinity.com
with ESMTP id <218540-18461>; Wed, 29 Oct 2003 04:43:36 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm220.vmadmin.com with SMTP; 29 Oct 2003 03:33:47 -0600
X-ClientHost:
106097109105108097064103111114100111101191111141071150460991111109
X-MailingID: 180434
From: Photos For You <AmericanSingles180434@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Photos For You <AmericanSingles180434@replies.virtumundo.com>
Subject: Jamila, photos of people who want to date you
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.044336-0500_est.218540-18461+166@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 04:43:36 -0500



**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go
here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**
Message sent Wed Oct 29 01:52:06 CST 2003

From ???@??? Wed Oct 29 06:20:43 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <339938-31883>; Wed, 29 Oct 2003 04:37:28 -0500
Received: from vm131.vmadmin.com ([216.64.222.131]) by ams.ftl.affinity.com
with ESMTP id <278930-31887>; Wed, 29 Oct 2003 04:37:02 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm131.vmadmin.com with SMTP; 29 Oct 2003 03:33:47 -0600
X-ClientHost: 102097121101064103111141001111011911111410711504609911109
X-MailingID: 180434
From: Photos For You <AmericanSingles180434@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Photos For You <AmericanSingles180434@replies.virtumundo.com>
Subject: Faye, photos of people who want to date you
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.043702-0500_est.278930-31887+25787@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 04:37:01 -0500



        You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.
Message sent Wed Oct 29 01:52:06 CST 2003

```
From ???@??? Wed Oct 29 06:20:43 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <340035-31887>; Wed, 29 Oct 2003 04:37:28 -0500
Received: from vm131.vmadmin.com ([216.64.222.131]) by ams.ftl.affinity.com
with ESMTP id <1254847-31887>; Wed, 29 Oct 2003 04:37:02 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm131.vmadmin.com with SMTP; 29 Oct 2003 03:33:47 -0600
X-ClientHost: 106097109101115064103111114100111101191111141071150460999111109
X-MailingID: 180434
From: Photos For You <AmericanSingles180434@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Photos For You <AmericanSingles180434@replies.virtumundo.com>
Subject: James, photos of people who want to date you
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.043702-0500_est.1254847-31887+25788@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 04:37:01 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**
Message sent Wed Oct 29 01:52:06 CST 2003

From ???@??? Wed Oct 29 06:21:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <218540-18466>; Wed, 29 Oct
2003 04:44:48 -0500
Received: from vm220.vmadmin.com ([216.64.222.220]) by ams.ftl.affinity.com
with ESMTP id <219393-18431>; Wed, 29 Oct 2003 04:43:41 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm220.vmadmin.com with SMTP; 29 Oct 2003 03:33:47 -0600
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 180434
From: Photos For You <AmericanSingles180434@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Photos For You <AmericanSingles180434@replies.virtumundo.com>
Subject: Jonathan, photos of people who want to date you
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.044341-0500_est.219393-18431+173@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 04:43:40 -0500



---

**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go
here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**
Message sent Wed Oct 29 01:52:06 CST 2003

```
From ???@??? Thu Nov 06 16:56:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215396-939>; Thu, 6 Nov 2003 18:03:18 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <215813-928>; Thu, 6 Nov 2003 18:01:58 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm101.vmadmin.com with SMTP; 06 Nov 2003 17:01:47 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 189808
From: Photos For You <AmericanSingles189808@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Photos For You <AmericanSingles189808@replies.virtumundo.com>
Subject: James, someone wants to date you.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov6.180158-0500_est.215813-928+3421@ams.ftl.affinity.com>
Date:Thu, 6 Nov 2003 18:01:58 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://www.virtumundo.com**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, visit** **http://www.virtumundo.com/unsub** **or** click here**. To read Virtumundo's privacy policy, visit** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Nov 06 16:56:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <215557-934>; Thu, 6 Nov 2003 18:03:18 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <216572-941>; Thu, 6 Nov 2003 18:01:58 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm101.vmadmin.com with SMTP; 06 Nov 2003 17:01:47 -0600
X-ClientHost:
106097109105108097064103111141001111101191111141071150460991111109
X-MailingID: 189808
From: Photos For You <AmericanSingles189808@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Photos For You <AmericanSingles189808@replies.virtumundo.com>
Subject: Jamila, someone wants to date you.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov6.180158-0500_est.216572-941+3237@ams.ftl.affinity.com>
Date:Thu, 6 Nov 2003 18:01:58 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://www.virtumundo.com) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, visit http://www.virtumundo.com/unsub or click here. To read Virtumundo's privacy policy, visit Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Nov 06 16:56:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215533-941>; Thu, 6 Nov 2003 18:03:18 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <217124-934>; Thu, 6 Nov 2003 18:01:59 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm101.vmadmin.com with SMTP; 06 Nov 2003 17:01:47 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 189808
From: Photos For You <AmericanSingles189808@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Photos For You <AmericanSingles189808@replies.virtumundo.com>
Subject: Jay, someone wants to date you.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov6.180159-0500_est.217124-934+3330@ams.ftl.affinity.com>
Date:Thu, 6 Nov 2003 18:01:58 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://www.virtumundo.com**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, visit http://www.virtumundo.com/unsub or** click here**. To read Virtumundo's privacy policy, visit** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Nov 06 16:56:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213219-940>; Thu, 6 Nov 2003 18:03:18 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <215557-939>; Thu, 6 Nov 2003 18:01:58 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm101.vmadmin.com with SMTP; 06 Nov 2003 17:01:47 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 189808
From: Photos For You <AmericanSingles189808@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Photos For You <AmericanSingles189808@replies.virtumundo.com>
Subject: Faye, someone wants to date you.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov6.180158-0500_est.215557-939+3312@ams.ftl.affinity.com>
Date:Thu, 6 Nov 2003 18:01:57 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://www.virtumundo.com) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, visit http://www.virtumundo.com/unsub or click here. To read Virtumundo's privacy policy, visit Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Nov 06 16:56:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215813-935>; Thu, 6 Nov 2003
18:03:18 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <213367-934>; Thu, 6 Nov 2003 18:01:59 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm101.vmadmin.com with SMTP; 06 Nov 2003 17:01:47 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 189808
From: Photos For You <AmericanSingles189808@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Photos For You <AmericanSingles189808@replies.virtumundo.com>
Subject: Jonathan, someone wants to date you.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov6.180159-0500_est.213367-934+3331@ams.ftl.affinity.com>
Date:Thu, 6 Nov 2003 18:01:59 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://www.virtumundo.com) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, visit http://www.virtumundo.com/unsub or click here. To read Virtumundo's privacy policy, visit Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 14 16:42:32 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <3578215-16204>; Sun, 14 Dec
2003 17:33:27 -0500
Received: from vm119.vmadmin.com ([216.64.222.119]) by ams.ftl.affinity.com
with ESMTP id <3579134-16198>; Sun, 14 Dec 2003 17:32:28 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm119.vmadmin.com with SMTP; 14 Dec 2003 16:32:22 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 219046
From: Photos For You <AmericanSingles@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Photos For You <AmericanSingles219046@replies.virtumundo.com>
Subject: Jonathan, find a date for this weekend
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec14.173228-0500_est.3579134-16198+4714@ams.ftl.affinity.com>
Date:Sun, 14 Dec 2003 17:32:28 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Dec 14 16:42:32 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3578218-16191>; Sun, 14 Dec 2003 17:33:27 -0500
Received: from vm119.vmadmin.com ([216.64.222.119]) by ams.ftl.affinity.com
with ESMTP id <3578215-16201>; Sun, 14 Dec 2003 17:32:27 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm119.vmadmin.com with SMTP; 14 Dec 2003 16:32:22 -0600
X-ClientHost: 1020971211010641031111141001111011911111410711504609951111109
X-MailingID: 219046
From: Photos For You <AmericanSingles@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Photos For You <AmericanSingles219046@replies.virtumundo.com>
Subject: Faye, find a date for this weekend
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec14.173227-0500_est.3578215-16201+5349@ams.ftl.affinity.com>
Date:Sun, 14 Dec 2003 17:32:27 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Dec 14 16:42:32 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3560416-16197>; Sun, 14 Dec 2003 17:33:26 -0500
Received: from vm119.vmadmin.com ([216.64.222.119]) by ams.ftl.affinity.com
with ESMTP id <3578923-16203>; Sun, 14 Dec 2003 17:32:28 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm119.vmadmin.com with SMTP; 14 Dec 2003 16:32:22 -0600
X-ClientHost: 1060971091011150641031111410011110119111114107115046099111109
X-MailingID: 219046
From: Photos For You <AmericanSingles@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Photos For You <AmericanSingles219046@replies.virtumundo.com>
Subject: James, find a date for this weekend
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec14.173228-0500_est.3578923-16203+4907@ams.ftl.affinity.com>
Date:Sun, 14 Dec 2003 17:32:27 -0500
```



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Dec 14 16:42:32 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <3577558-16191>; Sun, 14 Dec 2003 17:33:26 -0500
Received: from vm119.vmadmin.com ([216.64.222.119]) by ams.ftl.affinity.com
with ESMTP id <3579056-16191>; Sun, 14 Dec 2003 17:32:28 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm119.vmadmin.com with SMTP; 14 Dec 2003 16:32:22 -0600
X-ClientHost:
10609710910510809706410310111141001111101191111410711504609911109
X-MailingID: 219046
From: Photos For You <AmericanSingles@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Photos For You <AmericanSingles219046@replies.virtumundo.com>
Subject: Jamila, find a date for this weekend
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec14.173228-0500_est.3579056-16191+4946@ams.ftl.affinity.com>
Date:Sun, 14 Dec 2003 17:32:27 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Dec 03 07:10:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <222079-9698>; Wed, 3 Dec 2003
10:01:02 -0500
Received: from vm099.vmadmin.com ([216.64.222.99]) by ams.ftl.affinity.com
with ESMTP id <222080-9703>; Wed, 3 Dec 2003 09:59:52 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm099.vmadmin.com with SMTP; 03 Dec 2003 08:59:45 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 210955
From: Photos For You <AmericanSingles@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Photos For You <AmericanSingles210955@replies.virtumundo.com>
Subject: Jonathan, someone wants to date you.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec3.095952-0500_est.222080-9703+2454@ams.ftl.affinity.com>
Date:Wed, 3 Dec 2003 09:59:52 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Dec 03 07:10:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <222052-9698>; Wed, 3 Dec 2003 10:01:02 -0500
Received: from vm099.vmadmin.com ([216.64.222.99]) by ams.ftl.affinity.com
with ESMTP id <213723-9694>; Wed, 3 Dec 2003 09:59:51 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm099.vmadmin.com with SMTP; 03 Dec 2003 08:59:45 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 210955
From: Photos For You <AmericanSingles@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Photos For You <AmericanSingles210955@replies.virtumundo.com>
Subject: Jamila, someone wants to date you.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec3.095951-0500_est.213723-9694+2457@ams.ftl.affinity.com>
Date:Wed, 3 Dec 2003 09:59:51 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Dec 03 07:10:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222059-9698>; Wed, 3 Dec 2003 10:01:02 -0500
Received: from vm099.vmadmin.com ([216.64.222.99]) by ams.ftl.affinity.com
with ESMTP id <218886-9705>; Wed, 3 Dec 2003 09:59:51 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm099.vmadmin.com with SMTP; 03 Dec 2003 08:59:45 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 210955
From: Photos For You <AmericanSingles@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Photos For You <AmericanSingles210955@replies.virtumundo.com>
Subject: Jay, someone wants to date you.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec3.095951-0500_est.218886-9705+2234@ams.ftl.affinity.com>
Date:Wed, 3 Dec 2003 09:59:51 -0500



---

You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 03 07:10:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221937-9706>; Wed, 3 Dec 2003 10:01:02 -0500
Received: from vm099.vmadmin.com ([216.64.222.99]) by ams.ftl.affinity.com
with ESMTP id <221825-9704>; Wed, 3 Dec 2003 09:59:51 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm099.vmadmin.com with SMTP; 03 Dec 2003 08:59:45 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 210955
From: Photos For You <AmericanSingles@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Photos For You <AmericanSingles210955@replies.virtumundo.com>
Subject: James, someone wants to date you.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec3.095951-0500_est.221825-9704+2345@ams.ftl.affinity.com>
Date:Wed, 3 Dec 2003 09:59:50 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Dec 03 07:10:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221380-9706>; Wed, 3 Dec 2003 10:01:02 -0500
Received: from vm099.vmadmin.com ([216.64.222.99]) by ams.ftl.affinity.com
with ESMTP id <220570-9699>; Wed, 3 Dec 2003 09:59:49 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm099.vmadmin.com with SMTP; 03 Dec 2003 08:59:45 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 210955
From: Photos For You <AmericanSingles@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Photos For You <AmericanSingles210955@replies.virtumundo.com>
Subject: Faye, someone wants to date you.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec3.095949-0500_est.220570-9699+2501@ams.ftl.affinity.com>
Date:Wed, 3 Dec 2003 09:59:47 -0500



        You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Dec 14 16:42:32 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3578233-16191>; Sun, 14 Dec 2003 17:33:27 -0500
Received: from vm119.vmadmin.com ([216.64.222.119]) by ams.ftl.affinity.com
with ESMTP id <3575994-16198>; Sun, 14 Dec 2003 17:32:28 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm119.vmadmin.com with SMTP; 14 Dec 2003 16:32:22 -0600
X-ClientHost: 1060971210641031111410011110119111114107115046099111109
X-MailingID: 219046
From: Photos For You <AmericanSingles@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Photos For You <AmericanSingles219046@replies.virtumundo.com>
Subject: Jay, find a date for this weekend
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec14.173228-0500_est.3575994-16198+4713@ams.ftl.affinity.com>
Date:Sun, 14 Dec 2003 17:32:28 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Sep 12 07:32:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <725060-29204>; Fri, 12 Sep 2003 09:38:05 -0400
Received: from vt21.vtarget.com ([216.64.222.21]) by ams.ftl.affinity.com with
ESMTP id <725290-29196>; Fri, 12 Sep 2003 09:37:10 -0400
Received: from vtarget.com (192.168.3.10)
  by vt21.vtarget.com with SMTP; 12 Sep 2003 08:37:09 -0500
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111098
X-MailingID: 132198
From: Photos For You <NewPhotosForYou132198@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: MailCenter <mailcenter+132198@virtumundo.com>
Subject: James, someone wants to date you.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep12.093710-0400_edt.725290-29196+2455@ams.ftl.affinity.com>
Date:Fri, 12 Sep 2003 09:37:09 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://www.virtumundo.com**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, visit** http://www.virtumundo.com/unsub **or** click here**. To read Virtumundo's privacy policy, visit** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Sep 18 16:16:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2301626-32253>; Thu, 18 Sep 2003 18:05:44 -0400
Received: from vt02.vtarget.com ([216.64.222.2]) by ams.ftl.affinity.com with
ESMTP id <2301622-32251>; Thu, 18 Sep 2003 18:04:48 -0400
Received: from vtarget.com (192.168.3.10)
   by vt02.vtarget.com with SMTP; 18 Sep 2003 17:04:45 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 137752
From: Photos For You <NewPhotosForYou137752@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: Photos For You <NewPhotosForYou137752@replies.vtarget.com>
Subject: James, someone wants to date you.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep18.180448-0400_edt.2301622-32251+5852@ams.ftl.affinity.com>
Date:Thu, 18 Sep 2003 18:04:47 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://www.virtumundo.com**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, visit** **http://www.virtumundo.com/unsub** **or** click here**. To read Virtumundo's privacy policy, visit** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Oct 02 08:18:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <237245-4022>; Thu, 2 Oct 2003 04:22:22 -0400
Received: from vm147.vmadmin.com by ams.ftl.affinity.com
with ESMTP id <241121-4011>; Thu, 2 Oct 2003 04:21:35 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm147.vmadmin.com with SMTP; 02 Oct 2003 03:20:32 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 149538
From: Photos For You <NewPhotosForYou149538@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Photos For You <NewPhotosForYou149538@replies.virtumundo.com>
Subject: James, someone wants to date you.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct2.042135-0400_edt.241121-4011+7500@ams.ftl.affinity.com>
Date:Thu, 2 Oct 2003 04:21:34 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://www.virtumundo.com) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, visit http://www.virtumundo.com/unsub or click here. To read Virtumundo's privacy policy, visit Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Oct 11 07:53:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <338956-11396>; Sat, 11 Oct 2003 03:14:21 -0400
Received: from vm140.vmadmin.com ([216.64.222.140]) by ams.ftl.affinity.com
with ESMTP id <272852-11399>; Sat, 11 Oct 2003 03:13:16 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm140.vmadmin.com with SMTP; 11 Oct 2003 02:13:13 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 158706
From: Photos For You <SinglesDatingService158706@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Photos For You <SinglesDatingService158706@replies.virtumundo.com>
Subject: James, someone wants to date you.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct11.031316-0400_edt.272852-11399+22031@ams.ftl.affinity.com>
Date:Sat, 11 Oct 2003 03:13:15 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Oct 10 08:43:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <265211-7622>; Fri, 10 Oct
2003 08:20:33 -0400
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com
with ESMTP id <266023-7628>; Fri, 10 Oct 2003 08:19:45 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm115.vmadmin.com with SMTP; 10 Oct 2003 07:19:42 -0500
X-ClientHost:
10611111009711610409711006410311111410011110119111114107115046099111109
X-MailingID: 158707
From: Photos For You <SinglesDatingService158707@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+158707@virtumundo.com>
Subject: Jonathan, someone wants to date you.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct10.081945-0400_edt.266023-7628+13703@ams.ftl.affinity.com>
Date:Fri, 10 Oct 2003 08:19:44 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 10 08:43:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <265955-7626>; Fri, 10 Oct 2003 08:20:33 -0400
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com
with ESMTP id <240993-7624>; Fri, 10 Oct 2003 08:19:43 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm115.vmadmin.com with SMTP; 10 Oct 2003 07:19:42 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 158707
From: Photos For You <SinglesDatingService158707@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+158707@virtumundo.com>
Subject: Faye, someone wants to date you.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct10.081943-0400_edt.240993-7624+13636@ams.ftl.affinity.com>
Date:Fri, 10 Oct 2003 08:19:43 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 10 08:43:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <240993-7626>; Fri, 10 Oct 2003 08:20:33 -0400
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com
with ESMTP id <265211-7626>; Fri, 10 Oct 2003 08:19:44 -0400
Received: from vmadmin.com (192.168.3.11)
    by vm115.vmadmin.com with SMTP; 10 Oct 2003 07:19:42 -0500
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 158707
From: Photos For You <SinglesDatingService158707@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+158707@virtumundo.com>
Subject: Jamila, someone wants to date you.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct10.081944-0400_edt.265211-7626+13727@ams.ftl.affinity.com>
Date:Fri, 10 Oct 2003 08:19:43 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 10 08:43:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <266023-7622>; Fri, 10 Oct 2003 08:20:33 -0400
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com
with ESMTP id <265591-7632>; Fri, 10 Oct 2003 08:19:45 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm115.vmadmin.com with SMTP; 10 Oct 2003 07:19:42 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 158707
From: Photos For You <SinglesDatingService158707@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+158707@virtumundo.com>
Subject: Jay, someone wants to date you.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct10.081945-0400_edt.265591-7632+13519@ams.ftl.affinity.com>
Date:Fri, 10 Oct 2003 08:19:44 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Jan 31 21:09:33 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <231102-7141>; Sat, 31 Jan
2004 23:36:44 -0500
Received: from vm208-54.adknow-net.com ([216.21.208.54]) by
ams.ftl.affinity.com with ESMTP id <231620-7147>; Sat, 31 Jan 2004 23:36:14
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-54.adknow-net.com with SMTP; 31 Jan 2004 22:36:08 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 355058
From: Pigeon Forge Vacations <VisitPigeonForge@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return355058@replies.adknow-net.com
Subject: Down home hospitality, big time attractions -- Pigeon Forge.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan31.233614-0500_est.231620-7147+71609@ams.ftl.affinity.com>
Date:Sat, 31 Jan 2004 23:36:13 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Feb 12 10:12:42 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <331823-29737>; Thu, 12 Feb 2004 11:56:59 -0500
Received: from vm208-61.adknow-net.com ([216.21.208.61]) by
ams.ftl.affinity.com with ESMTP id <331464-29733>; Thu, 12 Feb 2004 11:56:04
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-61.adknow-net.com with SMTP; 12 Feb 2004 10:55:57 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 369160
From: Pilates Programs <BestPilatesPrograms@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return369160@replies.adknow-net.com
Subject: Let Pilates help you tone up and trim down.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb12.115604-0500_est.331464-29733+4549@ams.ftl.affinity.com>
Date:Thu, 12 Feb 2004 11:56:04 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Jan 25 12:01:58 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <326715-11780>; Sun, 25 Jan 2004 13:47:48 -0500
Received: from vm208-33.adknow-net.com ([216.21.208.33]) by
ams.ftl.affinity.com with ESMTP id <326803-11788>; Sun, 25 Jan 2004 13:47:23
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-33.adknow-net.com with SMTP; 25 Jan 2004 12:47:21 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 349941
From: Pilates Programs <BestPilatesPrograms@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return349941@replies.adknow-net.com
Subject: Tone up and trim down with Pilates.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan25.134723-0500_est.326803-11788+30081@ams.ftl.affinity.com>
Date:Sun, 25 Jan 2004 13:47:23 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Feb 12 23:28:02 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <818492-1013>; Fri, 13 Feb 2004 00:03:13 -0500
Received: from vm208-44.adknow-net.com ([216.21.208.44]) by
ams.ftl.affinity.com with ESMTP id <819987-1008>; Fri, 13 Feb 2004 00:01:09
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-44.adknow-net.com with SMTP; 12 Feb 2004 23:01:01 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 369036
From: Pilates Programs <BestPilatesPrograms@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return369036@replies.adknow-net.com
Subject: Pilates. The best way to get in shape!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb13.000109-0500_est.819987-1008+19664@ams.ftl.affinity.com>
Date:Fri, 13 Feb 2004 00:01:06 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 06 14:03:11 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <240434-14735>; Mon, 6 Oct 2003 16:21:57 -0400
Received: from vm131.vmadmin.com ([216.64.222.131]) by ams.ftl.affinity.com
with ESMTP id <241740-14734>; Mon, 6 Oct 2003 16:20:38 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm131.vmadmin.com with SMTP; 06 Oct 2003 15:20:27 -0500
X-ClientHost: 106097109101115064103111141001111011911111410711504609911109
X-MailingID: 153220
From: Pitching Machines <PitchingMachines153220@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Pitching Machines <PitchingMachines153220@replies.virtumundo.com>
Subject: Pitching machines that are a hit!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct6.162038-0400_edt.241740-14734+14153@ams.ftl.affinity.com>
Date:Mon, 6 Oct 2003 16:20:33 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Nov 26 16:19:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215210-3802>; Wed, 26 Nov 2003 17:38:50 -0500
Received: from vm215.vmadmin.com ([216.64.222.215]) by ams.ftl.affinity.com
with ESMTP id <216248-3795>; Wed, 26 Nov 2003 17:37:53 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm215.vmadmin.com with SMTP; 26 Nov 2003 16:37:48 -0600
X-ClientHost: 10209712110106410311111410011110119111114107115046099111109
X-MailingID: 205807
From: Place Your Bets <PlaceMyBetToday@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Place Your Bets <PlaceMyBetToday205807@replies.virtumundo.com>
Subject: Double Your Winnings Weekends
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.173753-0500_est.216248-3795+8098@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 17:37:51 -0500
```



10% BONUS on REFERRALS

Copyright 2003 PlaceMyBet.com

Disclaimer: 25% Bonus money is limited to your first (initial) deposit and to one per person/household. Initial deposit plus bonus must be wagered 4 times before the bonus may be withdrawn.

Copyright 2003 PlaceMyBet.com - You have received this email because you have signed up at one of our gaming sites, portals, or provided permission to receive communications regarding special online promotions or offers with this address: {{email}}. If you prefer not to receive this, please use this link.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Nov 26 16:19:53 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216248-3797>; Wed, 26 Nov 2003 17:38:50 -0500
Received: from vm215.vmadmin.com ([216.64.222.215]) by ams.ftl.affinity.com
with ESMTP id <215186-3801>; Wed, 26 Nov 2003 17:37:53 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm215.vmadmin.com with SMTP; 26 Nov 2003 16:37:48 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 205807
From: Place Your Bets <PlaceMyBetToday@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Place Your Bets <PlaceMyBetToday205807@replies.virtumundo.com>
Subject: Double Your Winnings Weekends
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.173753-0500_est.215186-3801+8344@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 17:37:52 -0500
```



10% BONUS on REFERRALS

Copyright 2003 PlaceMyBet.com

Disclaimer: 25% Bonus money is limited to your first (initial) deposit and to one per person/household. Initial deposit plus bonus must be wagered 4 times before the bonus may be withdrawn.

Copyright 2003 PlaceMyBet.com - You have received this email because you have signed up at one of our gaming sites, portals, or provided permission to receive communications regarding special online promotions or offers with this address: {{email}}. If you prefer not to receive this, please use this link.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Jan 27 22:53:18 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2725075-8471>; Tue, 27 Jan 2004 12:12:48 -0500
Received: from vm208-40.adknow-net.com ([216.21.208.40]) by
ams.ftl.affinity.com with ESMTP id <2835563-8469>; Tue, 27 Jan 2004 12:11:00
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-40.adknow-net.com with SMTP; 27 Jan 2004 11:10:53 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 351488
From: Plasma TV <OwnAPlasmaTVToday@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return351488@replies.adknow-net.com
Subject: Flat out awesome!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan27.121100-0500_est.2835563-8469+2378@ams.ftl.affinity.com>
Date:Tue, 27 Jan 2004 12:10:58 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Jan 30 10:27:34 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2376885-20065>; Fri, 30 Jan 2004 13:08:04 -0500
Received: from vm208-25.adknow-net.com ([216.21.208.25]) by
ams.ftl.affinity.com with ESMTP id <2377977-20071>; Fri, 30 Jan 2004 13:07:00
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-25.adknow-net.com with SMTP; 30 Jan 2004 12:06:54 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460999111109
X-MailingID: 353911
From: Plasma TV <OwnAPlasmaTVToday@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return353911@replies.adknow-net.com
Subject: Experience the plasma TV difference now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id:
<04Jan30.130700-0500_est.2377977-20071+104465@ams.ftl.affinity.com>
Date:Fri, 30 Jan 2004 13:07:00 -0500



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Sep 16 07:28:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <274157-18154>; Tue, 16 Sep 2003 03:04:02 -0400
Received: from vt229.vtarget.com ([216.64.222.229]) by ams.ftl.affinity.com
with ESMTP id <276967-18149>; Tue, 16 Sep 2003 03:03:07 -0400
Received: from vtarget.com (192.168.3.10)
  by vt229.vtarget.com with SMTP; 16 Sep 2003 02:03:05 -0500
X-ClientHost: 10609710910111506410311111400111110119111114107115046099111109
X-MailingID: 135700
From: Play at the Desert <PlayDesertDollarCasino135700@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: MailCenter <mailcenter+135700@virtumundo.com>
Subject: Choose your bonus!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep16.030307-0400_edt.276967-18149+666@ams.ftl.affinity.com>
Date:Tue, 16 Sep 2003 03:03:05 -0400



The choice is yours: instead of treating our players like just
another number, we've rustled up three special opening offers to
suit your individual preferences. We'd like you to select the
bonus that best meets your needs...

Option 1: $100 Free - $10 no purchase required + 100% match up to
$90

Option 2: Purchase $20 or more and get $50 free

Option 3: 30% match of up to $300 free

If you're still unsure, we'll even do the math for you. Tell us
what you'd like to spend on your first purchase, and we'll
calculate which offer will maximize your bonus with our Bonus
Calculator... click here to calculate your bonus!

    Saddle up and get yourself a Desert Dollar account today:



Terms & Conditions

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://www.virtumundo.com) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, visit http://www.virtumundo.com/unsub or click here. To read Virtumundo's privacy policy, visit Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Nov 02 08:41:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213688-24090>; Sun, 2 Nov
2003 03:43:24 -0500
Received: from vm220.vmadmin.com ([216.64.222.220]) by ams.ftl.affinity.com
with ESMTP id <216065-24096>; Sun, 2 Nov 2003 03:42:23 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm220.vmadmin.com with SMTP; 02 Nov 2003 02:42:18 -0600
X-ClientHost:
106111110097116104097110064103111114100111101191111114107115046099111109
X-MailingID: 185635
From: Play at the Desert <PlayDesertDollarCasino185635@vmadmin.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Play at the Desert
<PlayDesertDollarCasino185635@replies.virtumundo.com>
Subject: Choose your bonus!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov2.034223-0500_est.216065-24096+6300@ams.ftl.affinity.com>
Date:Sun, 2 Nov 2003 03:42:22 -0500



**The choice is yours: instead of treating our players like just another number, we've rustled up three special opening offers to suit your individual preferences. We'd like you to select the bonus that best meets your needs...**

Option 1: $100 Free - $10 no purchase required + 100% match up to $90

Option 2: Purchase $20 or more and get $50 free

Option 3: 30% match of up to $300 free

**If you're still unsure, we'll even do the math for you. Tell us what you'd like to spend on your first purchase, and we'll calculate which offer will maximize your bonus with our Bonus Calculator...** click here **to calculate your bonus!**



[Terms & Conditions](#)

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://www.virtumundo.com) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, visit http://www.virtumundo.com/unsub or click here. To read Virtumundo's privacy policy, visit Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Nov 02 08:41:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213065-24090>; Sun, 2 Nov 2003 03:43:24 -0500
Received: from vm220.vmadmin.com ([216.64.222.220]) by ams.ftl.affinity.com
with ESMTP id <215965-24132>; Sun, 2 Nov 2003 03:42:21 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm220.vmadmin.com with SMTP; 02 Nov 2003 02:42:18 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 185635
From: Play at the Desert <PlayDesertDollarCasino185635@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Play at the Desert
<PlayDesertDollarCasino185635@replies.virtumundo.com>
Subject: Choose your bonus!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov2.034221-0500_est.215965-24132+6434@ams.ftl.affinity.com>
Date:Sun, 2 Nov 2003 03:42:21 -0500



The choice is yours: instead of treating our players like just
another number, we've rustled up three special opening offers to
suit your individual preferences. We'd like you to select the
bonus that best meets your needs...

Option 1: $100 Free - $10 no purchase required + 100% match up to
$90

Option 2: Purchase $20 or more and get $50 free

Option 3: 30% match of up to $300 free

If you're still unsure, we'll even do the math for you. Tell us
what you'd like to spend on your first purchase, and we'll
calculate which offer will maximize your bonus with our Bonus
Calculator... click here to calculate your bonus!

     Saddle up and get yourself a Desert Dollar account today:



Terms & Conditions

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://www.virtumundo.com) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, visit http://www.virtumundo.com/unsub or click here. To read Virtumundo's privacy policy, visit Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Nov 02 08:41:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214818-24090>; Sun, 2 Nov 2003 03:43:24 -0500
Received: from vm220.vmadmin.com ([216.64.222.220]) by ams.ftl.affinity.com
with ESMTP id <215838-24131>; Sun, 2 Nov 2003 03:42:21 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm220.vmadmin.com with SMTP; 02 Nov 2003 02:42:18 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 185635
From: Play at the Desert <PlayDesertDollarCasino185635@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Play at the Desert
<PlayDesertDollarCasino185635@replies.virtumundo.com>
Subject: Choose your bonus!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov2.034221-0500_est.215838-24131+6198@ams.ftl.affinity.com>
Date:Sun, 2 Nov 2003 03:42:21 -0500



**The choice is yours: instead of treating our players like just
another number, we've rustled up three special opening offers to
suit your individual preferences. We'd like you to select the
bonus that best meets your needs...**

Option 1: $100 Free - $10 no purchase required + 100% match up to
$90

Option 2: Purchase $20 or more and get $50 free

Option 3: 30% match of up to $300 free

**If you're still unsure, we'll even do the math for you. Tell us
what you'd like to spend on your first purchase, and we'll
calculate which offer will maximize your bonus with our Bonus
Calculator...** click here **to calculate your bonus!**

**Saddle up and get yourself a Desert Dollar account today:**



[Terms & Conditions](#)

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://www.virtumundo.com) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, visit http://www.virtumundo.com/unsub or click here. To read Virtumundo's privacy policy, visit Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Nov 02 08:41:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <212678-24090>; Sun, 2 Nov 2003 03:43:24 -0500
Received: from vm220.vmadmin.com ([216.64.222.220]) by ams.ftl.affinity.com
with ESMTP id <213065-24095>; Sun, 2 Nov 2003 03:42:21 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm220.vmadmin.com with SMTP; 02 Nov 2003 02:42:18 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 185635
From: Play the Desert <PlayDesertDollarCasino185635@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Play at the Desert
<PlayDesertDollarCasino185635@replies.virtumundo.com>
Subject: Choose your bonus!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov2.034221-0500_est.213065-24095+6299@ams.ftl.affinity.com>
Date:Sun, 2 Nov 2003 03:42:21 -0500



The choice is yours: instead of treating our players like just
another number, we've rustled up three special opening offers to
suit your individual preferences. We'd like you to select the
bonus that best meets your needs...

Option 1: $100 Free - $10 no purchase required + 100% match up to
$90

Option 2: Purchase $20 or more and get $50 free

Option 3: 30% match of up to $300 free

If you're still unsure, we'll even do the math for you. Tell us
what you'd like to spend on your first purchase, and we'll
calculate which offer will maximize your bonus with our Bonus
Calculator... click here to calculate your bonus!

Saddle up and get yourself a Desert Dollar account today:



Terms & Conditions

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://www.virtumundo.com) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, visit http://www.virtumundo.com/unsub or click here. To read Virtumundo's privacy policy, visit Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Nov 02 08:41:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214835-24090>; Sun, 2 Nov 2003 03:43:24 -0500
Received: from vm220.vmadmin.com ([216.64.222.220]) by ams.ftl.affinity.com
with ESMTP id <213688-24096>; Sun, 2 Nov 2003 03:42:23 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm220.vmadmin.com with SMTP; 02 Nov 2003 02:42:18 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 185635
From: Play at the Desert <PlayDesertDollarCasino185635@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Play at the Desert
<PlayDesertDollarCasino185635@replies.virtumundo.com>
Subject: Choose your bonus!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov2.034223-0500_est.213688-24096+6299@ams.ftl.affinity.com>
Date:Sun, 2 Nov 2003 03:42:22 -0500



The choice is yours: instead of treating our players like just
another number, we've rustled up three special opening offers to
suit your individual preferences. We'd like you to select the
bonus that best meets your needs...

Option 1: $100 Free - $10 no purchase required + 100% match up to
$90

Option 2: Purchase $20 or more and get $50 free

Option 3: 30% match of up to $300 free

If you're still unsure, we'll even do the math for you. Tell us
what you'd like to spend on your first purchase, and we'll
calculate which offer will maximize your bonus with our Bonus
Calculator... click here to calculate your bonus!

    Saddle up and get yourself a Desert Dollar account today:



Terms & Conditions

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://www.virtumundo.com) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, visit http://www.virtumundo.com/unsub or click here. To read Virtumundo's privacy policy, visit Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Nov 26 16:19:53 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217001-13541>; Wed, 26 Nov 2003 17:44:50 -0500
Received: from vm098.vmadmin.com ([216.64.222.98]) by ams.ftl.affinity.com
with ESMTP id <217776-13527>; Wed, 26 Nov 2003 17:43:04 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm098.vmadmin.com with SMTP; 26 Nov 2003 16:43:01 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991 11109
X-MailingID: 205808
From: Play Bingo <PlayBigBingoToday@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Play Bingo <PlayBigBingoToday205808@replies.virtumundo.com>
Subject: Play Bingo on us!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.174304-0500_est.217776-13527+7139@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 17:43:03 -0500
```



- **Play Multiplayer Bingo at** BingoBilly.com
  - ○ **3 types of Bingo to choose from:**
    - ▪ Web Based Java Bingo
    - ▪  Web based Flash 6 Bingo
    - ▪  Windows Download Bingo
- **Hit the Casino with** CasinoBilly.com
  - ○ **37+ Casino Games**
    - ▪  Blackjack
    - ▪  Carribean Poker
    - ▪  Craps
    - ▪  Roulette
    - ▪  Tables Games
    - ▪  VideoPoker
    - ▪  Slots
    - ▪  Pull Tabs

- **One Login account allows real play at both sites!**
- **Whopping** `100% Signup` **Bonus!**
- `Chat with family and friends` **worldwide!**
- `Daily Specials` **to maximize your bottom line!**
- **Accepting All Major Credit Cards**

Copyright 2003 BingoBilly.com - CasinoBilly.com

---

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Nov 26 16:19:53 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <217960-13541>; Wed, 26 Nov 2003 17:44:50 -0500
Received: from vm098.vmadmin.com ([216.64.222.98]) by ams.ftl.affinity.com
with ESMTP id <217538-13527>; Wed, 26 Nov 2003 17:43:04 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm098.vmadmin.com with SMTP; 26 Nov 2003 16:43:01 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 205808
From: Play Bingo <PlayBigBingoToday@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Play Bingo <PlayBigBingoToday205808@replies.virtumundo.com>
Subject: Play Bingo on us!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.174304-0500_est.217538-13527+7138@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 17:43:03 -0500
```



- **Play Multiplayer Bingo at BingoBilly.com**
  - ○ **3 types of Bingo to choose from:**
    - ■ Web Based Java Bingo
    - ■  Web based Flash 6 Bingo
    - ■  Windows Download Bingo
- **Hit the Casino with CasinoBilly.com**
  - ○ **37+ Casino Games**
    - ■  Blackjack
    - ■  Carribean Poker
    - ■  Craps
    - ■  Roulette
    - ■  Tables Games
    - ■  VideoPoker
    - ■  Slots

- ■ Pull Tabs
- **One Login account allows real play at both sites!**
- **Whopping** 100% Signup **Bonus!**
- Chat with family and friends **worldwide!**
- Daily Specials **to maximize your bottom line!**
- **Accepting All Major Credit Cards**

Copyright 2003 BingoBilly.com - CasinoBilly.com

---

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Nov 23 20:06:24 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <3559312-27738>; Sun, 23 Nov 2003 22:13:30 -0500
Received: from vm212.vmadmin.com ([216.64.222.212]) by ams.ftl.affinity.com
with ESMTP id <3560056-27738>; Sun, 23 Nov 2003 22:12:11 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm212.vmadmin.com with SMTP; 23 Nov 2003 21:11:16 -0600
X-ClientHost:
10609710910510809706410311111410011111101191111114107115046099111109
X-MailingID: 204080
From: Play in Cabo San Lucas <PlayInCaboSanLucas@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Play in Cabo San Lucas
<PlayInCaboSanLucas204080@replies.virtumundo.com>
Subject: Get away to Cabo San Lucas
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov23.221211-0500_est.3560056-27738+12562@ams.ftl.affinity.com>
Date:Sun, 23 Nov 2003 22:12:11 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 23 20:06:24 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3559980-27732>; Sun, 23 Nov 2003 22:13:30 -0500
Received: from vm212.vmadmin.com ([216.64.222.212]) by ams.ftl.affinity.com
with ESMTP id <3560063-27733>; Sun, 23 Nov 2003 22:12:12 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm212.vmadmin.com with SMTP; 23 Nov 2003 21:11:16 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150046099111109
X-MailingID: 204080
From:  Play in Cabo San Lucas <PlayInCaboSanLucas@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Play in Cabo San Lucas
<PlayInCaboSanLucas204080@replies.virtumundo.com>
Subject: Get away to Cabo San Lucas
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov23.221212-0500_est.3560063-27733+12205@ams.ftl.affinity.com>
Date:Sun, 23 Nov 2003 22:12:11 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Nov 23 20:06:24 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3559360-27730>; Sun, 23 Nov 2003 22:13:02 -0500
Received: from vm212.vmadmin.com ([216.64.222.212]) by ams.ftl.affinity.com
with ESMTP id <3560052-27733>; Sun, 23 Nov 2003 22:12:10 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm212.vmadmin.com with SMTP; 23 Nov 2003 21:11:16 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 204080
From: Play in Cabo San Lucas <PlayInCaboSanLucas@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Play in Cabo San Lucas
<PlayInCaboSanLucas204080@replies.virtumundo.com>
Subject: Get away to Cabo San Lucas
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov23.221210-0500_est.3560052-27733+12204@ams.ftl.affinity.com>
Date:Sun, 23 Nov 2003 22:12:10 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Nov 23 20:06:24 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <3559756-27732>; Sun, 23 Nov
2003 22:13:30 -0500
Received: from vm212.vmadmin.com ([216.64.222.212]) by ams.ftl.affinity.com
with ESMTP id <3560074-27733>; Sun, 23 Nov 2003 22:12:12 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm212.vmadmin.com with SMTP; 23 Nov 2003 21:11:16 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 204080
From: Play in Cabo San Lucas <PlayInCaboSanLucas@vmadmin.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Play in Cabo San Lucas
<PlayInCaboSanLucas204080@replies.virtumundo.com>
Subject: Get away to Cabo San Lucas
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov23.221212-0500_est.3560074-27733+12206@ams.ftl.affinity.com>
Date:Sun, 23 Nov 2003 22:12:12 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon May 15 08:31:53 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter348634@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 16642 invoked from network); 15 May 2006 08:10:49 -0600
Received: from vm-181-121.vm-mail.com (206.82.181.121)
   by gordonworks.com with SMTP; 15 May 2006 08:10:48 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-121.vm-mail.com with SMTP; 15 May 2006 09:10:47 -0500
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 348634
From: Pod Fitness <PodFitness@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348634@vm-rewards.com>
Subject: *****SPAM***** Get a Hollywood fitness trainer on any MP3 player
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.1 required=7.0 tests=DATE_MISSING,HTML_40_50,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
        HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,RCVD_IN_SORBS,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.5 HTML_40_50 BODY: Message is 40% to 50% HTML
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.5 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *      [206.82.181.121 listed in dnsbl.sorbs.net]
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *      [206.82.181.121 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link

This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Podfitness, Inc. 2825 E Cottonwood Pkwy, Suite 500 Salt Lake City, UT 84121

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Sun Jun 18 12:39:29 2006
X-Persona: <Jay>
Return-Path: <mailcenter352820@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 22560 invoked from network); 17 Jun 2006 14:23:44 -0600
Received: from vm-187-35.vm-mail.com (206.82.187.35)
   by anthonycentral.com with SMTP; 17 Jun 2006 14:23:44 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-187-35.vm-mail.com with SMTP; 17 Jun 2006 15:23:42 -0500
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 352820
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+352820@vm-rewards.com>
Subject: Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.3 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_ONLY_10,HTML_IMAGE_RATIO_08,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SORBS
      autolearn=no version=2.63

Images not loading? View this offer by visiting this link



# Free Poetry

# Contest

 Enter the International Open Amateur Poetry Contest for your chance to win the Grand Prize of $10,000.00!

 Visit here to enter now.



 This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Poetry.com 3600 Crondall Lane, Suite 100 Owings Mills, MD 21117

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Wed May 03 21:07:50 2006
X-Persona: <Mila>
Return-Path: <mailcenter346414@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 32417 invoked from network); 29 Apr 2006 18:36:15 -0600
Received: from vm-180-184.vm-mail.com (206.82.180.184)
   by itdidnotendright.com with SMTP; 29 Apr 2006 18:36:15 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-184.vm-mail.com with SMTP; 29 Apr 2006 19:36:13 -0500
X-ClientHost: 1091051080970641060971091091161111091090460991111 09
X-MailingID: 346414
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346414@vm-rewards.com>
Subject: Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_ONLY_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
      autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



# Free Poetry Contest

 Enter the International Open Amateur Poetry Contest for your chance to win the Grand Prize of $10,000.00!

 <u>Visit here</u> to enter now.

Poetry ? 1 Poetry Plaza ? Owings Mills, MD 21117



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**Poetry • 1 Poetry Plaza • Owings Mills, MD 21117**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 30 14:08:19 2006
X-Persona: <Jay>
Return-Path: <mailcenter346414@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 4197 invoked from network); 29 Apr 2006 18:36:24 -0600
Received: from vm-180-72.vm-mail.com (206.82.180.72)
  by jammtomm.com with SMTP; 29 Apr 2006 18:36:23 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-72.vm-mail.com with SMTP; 29 Apr 2006 19:36:22 -0500
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 346414
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346414@vm-rewards.com>
Subject: Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_ONLY_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



# Free Poetry Contest

 Enter the International Open Amateur Poetry Contest for your chance to win the Grand Prize of $10,000.00!

 Visit here to enter now.

Poetry ? 1 Poetry Plaza ? Owings Mills, MD 21117



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**Poetry • 1 Poetry Plaza • Owings Mills, MD 21117**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

From ???@??? Sun Apr 30 14:00:54 2006
X-Persona: <Celia>
Return-Path: <mailcenter346414@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 8612 invoked from network); 29 Apr 2006 17:45:08 -0600
Received: from vm-181-179.vm-mail.com (206.82.181.179)
   by chiefmusician.net with SMTP; 29 Apr 2006 17:45:08 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-179.vm-mail.com with SMTP; 29 Apr 2006 18:45:06 -0500
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 346414
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346414@vm-rewards.com>
Subject: Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_10,
      HTML_IMAGE_RATIO_14,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63

Images not loading? View this offer by visiting this link



# Free Poetry Contest

 Enter the International Open Amateur Poetry Contest for your chance to win the Grand Prize of $10,000.00!

 __Visit here__ to enter now.

Poetry ? 1 Poetry Plaza ? Owings Mills, MD 21117



 **This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**Poetry • 1 Poetry Plaza • Owings Mills, MD 21117**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 16 12:21:24 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343696@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 6242 invoked from network); 15 Apr 2006 18:00:51 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by celiajay.com with SMTP; 15 Apr 2006 18:00:50 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 15 Apr 2006 19:00:45 -0500
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 343696
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343696@vm-rewards.com>
Subject: *****SPAM***** Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
        *      [score: 0.4874]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link



# Free Poetry Contest

 Enter the International Open Amateur Poetry Contest for your chance to win the Grand Prize of $10,000.00!

 Visit here to enter now.

Poetry.com ? 1 Poetry Plaza ? Owings Mills, MD 21117

---



**Poetry.com • 1 Poetry Plaza • Owings Mills, MD 21117**

If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 16 12:21:24 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343696@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 9217 invoked from network); 15 Apr 2006 18:00:55 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by celiajay.com with SMTP; 15 Apr 2006 18:00:51 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 15 Apr 2006 19:00:45 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 343696
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343696@vm-rewards.com>
Subject: *****SPAM***** Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
        *      [score: 0.4874]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link



# Free Poetry Contest

 Enter the International Open Amateur Poetry Contest for your chance to win the Grand Prize of $10,000.00!

 Visit here to enter now.

Poetry.com ? 1 Poetry Plaza ? Owings Mills, MD 21117

---



**Poetry.com • 1 Poetry Plaza • Owings Mills, MD 21117**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 16 12:21:24 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343696@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 9857 invoked from network); 15 Apr 2006 18:00:56 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by celiajay.com with SMTP; 15 Apr 2006 18:00:56 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 15 Apr 2006 19:00:45 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 343696
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343696@vm-rewards.com>
Subject: *****SPAM***** Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
        *      [score: 0.4874]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link



# Free Poetry Contest

 Enter the International Open Amateur Poetry Contest for your chance to win the Grand Prize of $10,000.00!

 Visit here to enter now.

Poetry.com ? 1 Poetry Plaza ? Owings Mills, MD 21117

---



**Poetry.com • 1 Poetry Plaza • Owings Mills, MD 21117**

**If you can not see our footer image, please visit here.**

From ???@??? Sun Apr 16 12:21:24 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343696@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 10561 invoked from network); 15 Apr 2006 18:00:57 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by celiajay.com with SMTP; 15 Apr 2006 18:00:56 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 15 Apr 2006 19:00:45 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 343696
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343696@vm-rewards.com>
Subject: *****SPAM***** Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
        *      [score: 0.4874]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]


Images not loading? View this offer by visiting this link



# Free Poetry Contest

 <u>Enter</u> the International Open Amateur Poetry Contest for your chance to win the Grand Prize of $10,000.00!

 <u>Visit here</u> to enter now.

 Poetry.com ? 1 Poetry Plaza ? Owings Mills, MD 21117

---



**Poetry.com • 1 Poetry Plaza • Owings Mills, MD 21117**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 16 12:21:24 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343696@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 12289 invoked from network); 15 Apr 2006 18:00:59 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by celiajay.com with SMTP; 15 Apr 2006 18:00:57 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 15 Apr 2006 19:00:45 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 343696
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343696@vm-rewards.com>
Subject: *****SPAM***** Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
        *      [score: 0.4874]
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link



# Free Poetry Contest

 Enter the International Open Amateur Poetry Contest for your chance to win the Grand Prize of $10,000.00!

 Visit here to enter now.

Poetry.com ? 1 Poetry Plaza ? Owings Mills, MD 21117

---



**Poetry.com • 1 Poetry Plaza • Owings Mills, MD 21117**

**If you can not see our footer image, please visit here.**

From ???@??? Sun Apr 16 12:20:50 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter343696@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 27896 invoked from network); 16 Apr 2006 05:55:46 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by omniinnovations.com with SMTP; 16 Apr 2006 05:55:44 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 16 Apr 2006 06:55:42 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 343696
From:  Poetry Contest <PoetryContest@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343696@vm-rewards.com>
Subject: Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



# Free Poetry Contest

 Enter the International Open Amateur Poetry Contest for your chance to win the Grand Prize of $10,000.00!

 Visit here to enter now.

Poetry.com ? 1 Poetry Plaza ? Owings Mills, MD 21117



**Poetry.com • 1 Poetry Plaza • Owings Mills, MD 21117**

**If you can not see our footer image, please visit here.**

From ???@??? Sun Apr 16 12:18:00 2006
X-Persona: <Jay>
Return-Path: <mailcenter343696@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 18209 invoked from network); 16 Apr 2006 06:21:07 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by jammtomm.com with SMTP; 16 Apr 2006 06:21:06 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 16 Apr 2006 07:18:53 -0500
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 343696
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343696@vm-rewards.com>
Subject: *****SPAM***** Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
        *      [score: 0.4996]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]


Images not loading? View this offer by visiting this link



# Free Poetry Contest

 <u>Enter</u> the International Open Amateur Poetry Contest for your chance to win the Grand Prize of $10,000.00!

 <u>Visit here</u> to enter now.

Poetry.com ? 1 Poetry Plaza ? Owings Mills, MD 21117

---



**Poetry.com • 1 Poetry Plaza • Owings Mills, MD 21117**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 16 12:17:09 2006
X-Persona: <Celia>
Return-Path: <mailcenter343696@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 740 invoked from network); 16 Apr 2006 04:23:44 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 16 Apr 2006 04:23:44 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 16 Apr 2006 05:23:38 -0500
X-ClientHost: 0991011081050970640991011081050971060097121046099111109
X-MailingID: 343696
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343696@vm-rewards.com>
Subject: *****SPAM***** Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.8 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
      HTML_IMAGE_RATIO_06,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.3 HTML_IMAGE_RATIO_06 BODY: HTML has a low ratio of text to image
area
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      * 1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link



# <u>Free Poetry Contest</u>

 <u>Enter</u> the International Open Amateur Poetry Contest for your chance to win the Grand Prize of $10,000.00!

 <u>Visit here</u> to enter now.

Poetry.com ? 1 Poetry Plaza ? Owings Mills, MD 21117

---



**Poetry.com • 1 Poetry Plaza • Owings Mills, MD 21117**

**If you can not see our footer image, please visit here.**

From ???@??? Sun Apr 16 11:15:42 2006
X-Persona: <Mila>
Return-Path: <mailcenter343696@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Sun, 16 Apr 2006 06:16:35 -0600
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Open amateur poetry contest, submit to win
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.8 required=7.0 tests=BAYES_90,BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_444235A3.B4F162A3"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(2387&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(2387&e=mila@jammtomm.com
  URI:http://www.poetry.com/image/bannerimages/flower_spring_poetry.jpg
  [...]

Content analysis details:   (9.8 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 2.1 BAYES_90               BODY: Bayesian spam probability is 90 to 99%
                            [score: 0.9354]
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 1.0 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
               [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 11840 invoked from network); 16 Apr 2006 06:16:33 -0600

```
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by xj4x4.net with SMTP; 16 Apr 2006 06:16:29 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 16 Apr 2006 07:16:22 -0500
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 343696
From:  Poetry Contest <PoetryContest@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343696@vm-rewards.com>
Subject: Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Open
amateur poe2.htm"
```

```
From ???@??? Sun Apr 16 09:22:19 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter343696@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 6087 invoked from network); 16 Apr 2006 06:19:17 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by anthonycentral.com with SMTP; 16 Apr 2006 06:19:15 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 16 Apr 2006 07:19:07 -0500
X-ClientHost: 1061111100641060971211070971211151121080970991010460099111109
X-MailingID: 343696
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343696@vm-rewards.com>
Subject: *****SPAM***** Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.8 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_IMAGE_RATIO_06,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.3 HTML_IMAGE_RATIO_06 BODY: HTML has a low ratio of text to image
area
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link



# Free Poetry Contest

 Enter the International Open Amateur Poetry Contest for your chance to win the Grand Prize of $10,000.00!

 Visit here to enter now.

 Poetry.com ? 1 Poetry Plaza ? Owings Mills, MD 21117

---



**Poetry.com • 1 Poetry Plaza • Owings Mills, MD 21117**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 12:30:59 2006
Return-Path: <mailcenter341404@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 18723 invoked from network); 2 Apr 2006 15:33:22 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by greatnorthwest-alpha.org with SMTP; 2 Apr 2006 15:33:17 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 02 Apr 2006 16:33:16 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 341404
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341404@vm-rewards.com>
Subject: *****SPAM***** Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
        autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 1.1 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
        *      [score: 0.4975]
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



# Free Poetry Contest

 Enter the International Open Amateur Poetry Contest for your chance to win the Grand Prize of $10,000.00!

 Visit here to enter now.

Poetry.com ? 1 Poetry Plaza ? Owings Mills, MD 21117

---



**Poetry.com • 1 Poetry Plaza • Owings Mills, MD 21117**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 12:30:59 2006
Return-Path: <mailcenter341404@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 20035 invoked from network); 2 Apr 2006 15:33:29 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by greatnorthwest-alpha.org with SMTP; 2 Apr 2006 15:33:28 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 02 Apr 2006 16:33:17 -0500
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 341404
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341404@vm-rewards.com>
Subject: *****SPAM***** Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
      autolearn=no version=2.63
X-Spam-Report:
      * 1.9 DATE_MISSING Missing Date: header
      * 1.1 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
      *     [score: 0.4975]
      * 0.1 HTML_MESSAGE BODY: HTML included in message
      * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      * 1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



# Free Poetry Contest

 Enter the International Open Amateur Poetry Contest for your chance to win the Grand Prize of $10,000.00!

 Visit here to enter now.

Poetry.com ? 1 Poetry Plaza ? Owings Mills, MD 21117

---



**Poetry.com • 1 Poetry Plaza • Owings Mills, MD 21117**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 12:30:59 2006
Return-Path: <mailcenter341404@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 21442 invoked from network); 2 Apr 2006 15:33:32 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by greatnorthwest-alpha.org with SMTP; 2 Apr 2006 15:33:30 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 02 Apr 2006 16:33:17 -0500
X-ClientHost:
10010111909712111010106409711011610411110121099101110116114097108046099111109
X-MailingID: 341404
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341404@vm-rewards.com>
Subject: *****SPAM***** Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
      autolearn=no version=2.63
X-Spam-Report:
      * 1.9 DATE_MISSING Missing Date: header
      * 1.1 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
      *      [score: 0.4975]
      * 0.1 HTML_MESSAGE BODY: HTML included in message
      * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      * 1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



# Free Poetry Contest

 <u>Enter</u> the International Open Amateur Poetry Contest for your chance to win the Grand Prize of $10,000.00!

 <u>Visit here</u> to enter now.

 Poetry.com ? 1 Poetry Plaza ? Owings Mills, MD 21117

---



**Poetry.com • 1 Poetry Plaza • Owings Mills, MD 21117**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 12:30:59 2006
Return-Path: <mailcenter341404@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 23521 invoked from network); 2 Apr 2006 15:33:37 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by greatnorthwest-alpha.org with SMTP; 2 Apr 2006 15:33:34 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 02 Apr 2006 16:33:17 -0500
X-ClientHost:
11509711010012106409711011610411110121099101110116114097108046099111109
X-MailingID: 341404
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341404@vm-rewards.com>
Subject: *****SPAM***** Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
       HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
       autolearn=no version=2.63
X-Spam-Report:
       *  1.9 DATE_MISSING Missing Date: header
       *  1.1 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
       *      [score: 0.4975]
       *  0.1 HTML_MESSAGE BODY: HTML included in message
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
       *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



# Free Poetry Contest

 Enter the International Open Amateur Poetry Contest for your chance to win the Grand Prize of $10,000.00!

 Visit here to enter now.

 Poetry.com ? 1 Poetry Plaza ? Owings Mills, MD 21117

---



**Poetry.com • 1 Poetry Plaza • Owings Mills, MD 21117**

If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 07 12:30:59 2006
Return-Path: <mailcenter341404@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 23739 invoked from network); 2 Apr 2006 15:33:40 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by greatnorthwest-alpha.org with SMTP; 2 Apr 2006 15:33:38 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 02 Apr 2006 16:33:17 -0500
X-ClientHost: 116106064097110116104111101210991011101161140971080460991111109
X-MailingID: 341404
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341404@vm-rewards.com>
Subject: *****SPAM***** Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  1.1 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
        *      [score: 0.4975]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



# Free Poetry Contest

 Enter the International Open Amateur Poetry Contest for your chance to win the Grand Prize of $10,000.00!

 Visit here to enter now.

Poetry.com ? 1 Poetry Plaza ? Owings Mills, MD 21117

---



**Poetry.com • 1 Poetry Plaza • Owings Mills, MD 21117**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Apr 06 22:11:59 2006
X-Persona: <Mila>
Return-Path: <mailcenter341404@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sun, 02 Apr 2006 16:17:13 -0600
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Open amateur poetry contest, submit to win
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.4 required=7.0 tests=BAYES_90,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44304D69.33E0855C"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(0815&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(0815&e=mila@jammtomm.com
  URI:http://ogy.cc/floetryus_files/family_poetry.jpg [...]

Content analysis details:   (9.4 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 1.1 HTML_IMAGE_RATIO_04    BODY: HTML has a low ratio of text to image area
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 2.1 BAYES_90               BODY: Bayesian spam probability is 90 to 99%
                            [score: 0.9561]
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 1.0 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 19232 invoked from network); 2 Apr 2006 16:17:12 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by anthonycentral.com with SMTP; 2 Apr 2006 16:17:11 -0600

```
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 02 Apr 2006 17:17:11 -0500
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 341404
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341404@vm-rewards.com>
Subject:  Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Open
amateur poe1.htm"
```

```
From ???@??? Mon Apr 03 09:27:36 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter341404@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 28864 invoked from network); 2 Apr 2006 16:17:39 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by clrobin.com with SMTP; 2 Apr 2006 16:17:34 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 02 Apr 2006 17:17:16 -0500
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 341404
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341404@vm-rewards.com>
Subject: *****SPAM***** Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.1 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        * 1.0 DATE_MISSING Missing Date: header
        * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        * 0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.0 HTML_MESSAGE BODY: HTML included in message
        * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



# Free Poetry Contest

 Enter the International Open Amateur Poetry Contest for your chance to win the Grand Prize of $10,000.00!

 Visit here to enter now.

Poetry.com ? 1 Poetry Plaza ? Owings Mills, MD 21117

---



**Poetry.com • 1 Poetry Plaza • Owings Mills, MD 21117**

**If you can not see our footer image, please visit here.**

From ???@??? Sun Apr 02 17:24:06 2006
X-Persona: <Jay>
Return-Path: <mailcenter341404@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 24295 invoked from network); 2 Apr 2006 16:17:21 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by celiajay.com with SMTP; 2 Apr 2006 16:17:19 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 02 Apr 2006 17:17:16 -0500
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 341404
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341404@vm-rewards.com>
Subject: *****SPAM***** Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
       HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
       autolearn=no version=2.63
X-Spam-Report:
       *  1.9 DATE_MISSING Missing Date: header
       *  1.1 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.1 HTML_MESSAGE BODY: HTML included in message
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
       *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset


Images not loading? View this offer by visiting this link



# Free Poetry Contest

 Enter the International Open Amateur Poetry Contest for your chance to win the Grand Prize of $10,000.00!

 Visit here to enter now.

Poetry.com ? 1 Poetry Plaza ? Owings Mills, MD 21117

---



**Poetry.com • 1 Poetry Plaza • Owings Mills, MD 21117**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 02 17:13:48 2006
X-Persona: <Jon>
Return-Path: <mailcenter341404@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 28864 invoked from network); 2 Apr 2006 16:17:39 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by clrobin.com with SMTP; 2 Apr 2006 16:17:34 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 02 Apr 2006 17:17:16 -0500
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 341404
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341404@vm-rewards.com>
Subject: *****SPAM***** Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.1 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



# Free Poetry Contest

 Enter the International Open Amateur Poetry Contest for your chance to win the Grand Prize of $10,000.00!

 Visit here to enter now.

Poetry.com ? 1 Poetry Plaza ? Owings Mills, MD 21117

---

 **Poetry.com • 1 Poetry Plaza • Owings Mills, MD 21117**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 02 17:10:14 2006
X-Persona: <Celia>
Return-Path: <mailcenter341404@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 8705 invoked from network); 2 Apr 2006 16:13:29 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by clrobin.com with SMTP; 2 Apr 2006 16:13:28 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 02 Apr 2006 17:13:27 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 341404
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341404@vm-rewards.com>
Subject: *****SPAM***** Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.1 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
       HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       * 1.0 DATE_MISSING Missing Date: header
       * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       * 0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
       * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       * 0.0 HTML_MESSAGE BODY: HTML included in message
       * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       * 1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
       * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



# Free Poetry Contest

 <u>Enter</u> the International Open Amateur Poetry Contest for your chance to win the Grand Prize of $10,000.00!

 <u>Visit here</u> to enter now.

Poetry.com ? 1 Poetry Plaza ? Owings Mills, MD 21117

---



**Poetry.com • 1 Poetry Plaza • Owings Mills, MD 21117**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 02 17:08:10 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter341404@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 960 invoked from network); 2 Apr 2006 16:13:07 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by greatnorthwest-alpha.org with SMTP; 2 Apr 2006 16:13:05 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 02 Apr 2006 17:13:03 -0500
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460991111109
X-MailingID: 341404
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341404@vm-rewards.com>
Subject:  Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



# Free Poetry Contest

 Enter the International Open Amateur Poetry
Contest for your chance to win the Grand Prize of

$10,000.00!

 Visit here to enter now.

 Poetry.com ? 1 Poetry Plaza ? Owings Mills, MD 21117

---

**Poetry.com • 1 Poetry Plaza • Owings Mills, MD 21117**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Mar 23 23:47:02 2006
X-Persona: <Mila>
Return-Path: <mailcenter340476@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 22 Mar 2006 17:05:17 -0600
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Open amateur poetry contest, submit to win
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.8 required=7.0 tests=BAYES_90,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4421D82D.888E5795"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(0065&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(0065&e=mila@jammtomm.com
  URI:http://ogy.cc/floetryus_files/family_poetry.jpg [...]

Content analysis details:   (9.8 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 1.1 HTML_IMAGE_RATIO_04    BODY: HTML has a low ratio of text to image area
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 2.1 BAYES_90               BODY: Bayesian spam probability is 90 to 99%
                            [score: 0.9635]
 0.1 HTML_MESSAGE           BODY: HTML included in message
 2.6 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.0 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 20291 invoked from network); 22 Mar 2006 17:05:12 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by omniinnovations.com with SMTP; 22 Mar 2006 17:05:10 -0600

```
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 22 Mar 2006 17:04:53 -0600
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 340476
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340476@vm-rewards.com>
Subject:  Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Open
amateur poe.htm"
```

From ???@??? Thu Mar 23 09:35:14 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340476@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 32640 invoked from network); 22 Mar 2006 16:32:56 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by omniinnovations.com with SMTP; 22 Mar 2006 16:32:51 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 22 Mar 2006 16:32:39 -0600
X-ClientHost:
0971101160640971101161041111101210991011101161140971080460991111109
X-MailingID: 340476
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340476@vm-rewards.com>
Subject: *****SPAM***** Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_MESSAGE_RATIO_04,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  1.1 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
        *      [score: 0.4971]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]


Images not loading? View this offer by visiting this link



# <u>Free Poetry Contest</u>

 <u>Enter</u> the International Open Amateur Poetry Contest for your chance to win the Grand Prize of $10,000.00!

 <u>Visit here</u> to enter now.

 Poetry.com ? 1 Poetry Plaza ? Owings Mills, MD 21117

---



**Poetry.com • 1 Poetry Plaza • Owings Mills, MD 21117**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Mar 23 09:35:14 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340476@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 1184 invoked from network); 22 Mar 2006 16:32:57 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by omniinnovations.com with SMTP; 22 Mar 2006 16:32:57 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 22 Mar 2006 16:32:39 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 340476
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340476@vm-rewards.com>
Subject: *****SPAM***** Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_MESSAGE_RATIO_04,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  1.1 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
        *      [score: 0.4971]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]


Images not loading? View this offer by visiting this link



# Free Poetry Contest

 Enter the International Open Amateur Poetry Contest for your chance to win the Grand Prize of $10,000.00!

 Visit here to enter now.

Poetry.com ? 1 Poetry Plaza ? Owings Mills, MD 21117

---



**Poetry.com • 1 Poetry Plaza • Owings Mills, MD 21117**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Mar 23 09:35:14 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340476@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 2019 invoked from network); 22 Mar 2006 16:32:59 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by omniinnovations.com with SMTP; 22 Mar 2006 16:32:58 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 22 Mar 2006 16:32:39 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 340476
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340476@vm-rewards.com>
Subject: *****SPAM***** Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  1.1 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
      *      [score: 0.4971]
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link



# Free Poetry Contest

 Enter the International Open Amateur Poetry Contest for your chance to win the Grand Prize of $10,000.00!

 Visit here to enter now.

Poetry.com ? 1 Poetry Plaza ? Owings Mills, MD 21117

---



**Poetry.com • 1 Poetry Plaza • Owings Mills, MD 21117**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Mar 23 09:35:14 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340476@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 4234 invoked from network); 22 Mar 2006 16:33:01 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by omniinnovations.com with SMTP; 22 Mar 2006 16:33:00 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 22 Mar 2006 16:32:39 -0600
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 340476
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340476@vm-rewards.com>
Subject: *****SPAM***** Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  1.1 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
        *      [score: 0.4971]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link



# Free Poetry Contest

 Enter the International Open Amateur Poetry Contest for your chance to win the Grand Prize of $10,000.00!

 Visit here to enter now.

Poetry.com ? 1 Poetry Plaza ? Owings Mills, MD 21117

---



**Poetry.com • 1 Poetry Plaza • Owings Mills, MD 21117**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Mar 23 09:35:14 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340476@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 5635 invoked from network); 22 Mar 2006 16:33:03 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by omniinnovations.com with SMTP; 22 Mar 2006 16:33:02 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 22 Mar 2006 16:32:39 -0600
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 340476
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340476@vm-rewards.com>
Subject: *****SPAM***** Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  1.1 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
        *      [score: 0.4971]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link



# Free Poetry Contest

 Enter the International Open Amateur Poetry Contest for your chance to win the Grand Prize of $10,000.00!

 Visit here to enter now.

Poetry.com ? 1 Poetry Plaza ? Owings Mills, MD 21117

---



**Poetry.com • 1 Poetry Plaza • Owings Mills, MD 21117**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Mar 23 09:22:18 2006
X-Persona: <Jay>
Return-Path: <mailcenter340476@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 20993 invoked from network); 22 Mar 2006 17:05:12 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by ehahome.com with SMTP; 22 Mar 2006 17:05:11 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 22 Mar 2006 17:05:00 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 340476
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340476@vm-rewards.com>
Subject: *****SPAM***** Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  1.1 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 HTML_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



# Free Poetry Contest

 <u>Enter</u> the International Open Amateur Poetry Contest for your chance to win the Grand Prize of $10,000.00!

 <u>Visit here</u> to enter now.

Poetry.com ? 1 Poetry Plaza ? Owings Mills, MD 21117

---



**Poetry.com • 1 Poetry Plaza • Owings Mills, MD 21117**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Mar 23 09:18:37 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter340476@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 31843 invoked from network); 22 Mar 2006 17:04:22 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by omniinnovations.com with SMTP; 22 Mar 2006 17:04:22 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 22 Mar 2006 17:03:53 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 340476
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340476@vm-rewards.com>
Subject:  Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



# Free Poetry Contest

 Enter the International Open Amateur Poetry
Contest for your chance to win the Grand Prize of

$10,000.00!

 Visit here to enter now.

 Poetry.com ? 1 Poetry Plaza ? Owings Mills, MD 21117

---



**Poetry.com • 1 Poetry Plaza • Owings Mills, MD 21117**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Mar 23 09:17:05 2006
X-Persona: <Celia>
Return-Path: <mailcenter340476@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 11811 invoked from network); 22 Mar 2006 17:13:29 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jammtomm.com with SMTP; 22 Mar 2006 17:13:25 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 22 Mar 2006 17:13:07 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 340476
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340476@vm-rewards.com>
Subject: *****SPAM***** Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=11.0 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]


Images not loading? View this offer by visiting this link



# <u>Free Poetry Contest</u>

<u>Enter</u> the International Open Amateur Poetry Contest for your chance to win the Grand Prize of $10,000.00!

<u>Visit here</u> to enter now.

Poetry.com ? 1 Poetry Plaza ? Owings Mills, MD 21117

---



**Poetry.com • 1 Poetry Plaza • Owings Mills, MD 21117**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Mar 22 21:49:40 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter340476@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 22465 invoked from network); 22 Mar 2006 17:05:15 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by itdidnotendright.com with SMTP; 22 Mar 2006 17:05:14 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 22 Mar 2006 17:05:01 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 340476
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340476@vm-rewards.com>
Subject: *****SPAM***** Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.7 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



# Free Poetry Contest

 Enter the International Open Amateur Poetry Contest for your chance to win the Grand Prize of $10,000.00!

 Visit here to enter now.

Poetry.com ? 1 Poetry Plaza ? Owings Mills, MD 21117

---



**Poetry.com • 1 Poetry Plaza • Owings Mills, MD 21117**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Mar 22 15:23:24 2006
X-Persona: <RCW>
Return-Path: <mailcenter340476@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 27939 invoked from network); 22 Mar 2006 16:40:53 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by jaykaysplace.com with SMTP; 22 Mar 2006 16:40:45 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 22 Mar 2006 16:40:15 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 340476
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340476@vm-rewards.com>
Subject:  Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



# Free Poetry Contest

 Enter the International Open Amateur Poetry
Contest for your chance to win the Grand Prize of
$10,000.00!

 <u>Visit here</u> to enter now.

Poetry.com ? 1 Poetry Plaza ? Owings Mills, MD 21117

---



**Poetry.com • 1 Poetry Plaza • Owings Mills, MD 21117**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Mar 16 15:08:19 2006
X-Persona: <Jay>
Return-Path: <mailcenter340056@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 2497 invoked from network); 15 Mar 2006 13:21:23 -0600
Received: from vm-180-167.vm-mail.com (206.82.180.167)
  by gordonworks.com with SMTP; 15 Mar 2006 13:21:23 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-167.vm-mail.com with SMTP; 15 Mar 2006 13:21:07 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 340056
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340056@vm-rewards.com>
Subject: *****SPAM***** Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
        autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 1.1 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



# Free Poetry Contest

 Enter the International Open Amateur Poetry Contest for your chance to win the Grand Prize of $10,000.00!

 Visit here to enter now.

Poetry.com ? 1 Poetry Plaza ? Owings Mills, MD 21117

---



**Poetry.com • 1 Poetry Plaza • Owings Mills, MD 21117**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Mar 15 12:19:44 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter340056@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 4291 invoked from network); 15 Mar 2006 13:21:24 -0600
Received: from vm-180-215.vm-mail.com (206.82.180.215)
  by gnwalpha.org with SMTP; 15 Mar 2006 13:21:24 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-215.vm-mail.com with SMTP; 15 Mar 2006 13:21:07 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 340056
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340056@vm-rewards.com>
Subject: *****SPAM***** Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.1 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



# Free Poetry Contest

 <u>Enter</u> the International Open Amateur Poetry Contest for your chance to win the Grand Prize of $10,000.00!

 <u>Visit here</u> to enter now.

Poetry.com ? 1 Poetry Plaza ? Owings Mills, MD 21117

---



**Poetry.com • 1 Poetry Plaza • Owings Mills, MD 21117**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Jun 25 11:06:50 2006
Return-Path: <mailcenter352820@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 22560 invoked from network); 17 Jun 2006 14:23:44 -0600
Received: from vm-187-35.vm-mail.com (206.82.187.35)
  by anthonycentral.com with SMTP; 17 Jun 2006 14:23:44 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-35.vm-mail.com with SMTP; 17 Jun 2006 15:23:42 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 352820
From: Poetry Contest <PoetryContest@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+352820@vm-rewards.com>
Subject: Open amateur poetry contest, submit to win
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.3 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_ONLY_10,HTML_IMAGE_RATIO_08,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SORBS
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



# Free Poetry Contest

 Enter the International Open Amateur Poetry
Contest for your chance to win the Grand Prize of
$10,000.00!

 Visit here to enter now.



This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Poetry.com 3600 Crondall Lane, Suite 100 Owings Mills, MD 21117

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jun 15 08:52:01 2004
Return-Path: <mailcenter309024@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 15106 invoked by uid 10003); 15 Jun 2004 14:47:44 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 15101 invoked from network); 15 Jun 2004 14:47:44 -0000
Received: from unknown (HELO vm111.vmadmin.com) (216.64.222.111)
  by ns48.webmasters.com with SMTP; 15 Jun 2004 14:47:44 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm111.vmadmin.com with SMTP; 15 Jun 2004 09:47:43 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 309024
From: Poetry Contest <ThePoetryContest@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Poetry Contest <ThePoetryContest309024@replies.virtumundo.com>
Subject: Poetry Contest - You Could Win $10,000
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```




 **Watermark Press 3600 Crondall Lane, Suite 100 Owings Mills, MD 2117**

```
From ???@??? Tue Jun 15 08:52:01 2004
Return-Path: <mailcenter309024@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 15127 invoked by uid 10003); 15 Jun 2004 14:47:44 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 15122 invoked from network); 15 Jun 2004 14:47:44 -0000
Received: from unknown (HELO vm111.vmadmin.com) (216.64.222.111)
  by ns48.webmasters.com with SMTP; 15 Jun 2004 14:47:44 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm111.vmadmin.com with SMTP; 15 Jun 2004 09:47:43 -0500
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 309024
From: Poetry Contest <ThePoetryContest@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Poetry Contest <ThePoetryContest309024@replies.virtumundo.com>
Subject: Poetry Contest - You Could Win $10,000
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

 **Watermark Press 3600 Crondall Lane, Suite 100 Owings Mills, MD 2117**

```
From ???@??? Tue Jun 15 08:52:01 2004
Return-Path: <mailcenter309024@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 15138 invoked by uid 10003); 15 Jun 2004 14:47:44 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 15135 invoked from network); 15 Jun 2004 14:47:44 -0000
Received: from unknown (HELO vm111.vmadmin.com) (216.64.222.111)
  by ns48.webmasters.com with SMTP; 15 Jun 2004 14:47:44 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm111.vmadmin.com with SMTP; 15 Jun 2004 09:47:43 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 309024
From: Poetry Contest <ThePoetryContest@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Poetry Contest <ThePoetryContest309024@replies.virtumundo.com>
Subject: Poetry Contest - You Could Win $10,000
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

Watermark Press 3600 Crondall Lane, Suite 100 Owings Mills, MD 2117

```
From ???@??? Fri May 28 07:06:11 2004
Return-Path: <mailcenter308683@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 10093 invoked by uid 10003); 28 May 2004 06:14:28 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 10090 invoked from network); 28 May 2004 06:14:28 -0000
Received: from unknown (HELO vm117.vmadmin.com) (216.64.222.117)
  by ns48.webmasters.com with SMTP; 28 May 2004 06:14:28 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm117.vmadmin.com with SMTP; 28 May 2004 01:14:26 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 308683
From: Poetry Contest <ThePoetryContest@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Poetry Contest <ThePoetryContest308683@replies.virtumundo.com>
Subject: Poetry Contest - You Could Win $10,000
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

 **Watermark Press 3600 Crondall Lane, Suite 100 Owings Mills, MD 2117**

```
From ???@??? Fri May 28 07:06:11 2004
Return-Path: <mailcenter308683@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 10101 invoked by uid 10003); 28 May 2004 06:14:28 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 10098 invoked from network); 28 May 2004 06:14:28 -0000
Received: from unknown (HELO vm117.vmadmin.com) (216.64.222.117)
  by ns48.webmasters.com with SMTP; 28 May 2004 06:14:28 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm117.vmadmin.com with SMTP; 28 May 2004 01:14:26 -0500
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 308683
From: Poetry Contest <ThePoetryContest@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Poetry Contest <ThePoetryContest308683@replies.virtumundo.com>
Subject: Poetry Contest - You Could Win $10,000
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

Watermark Press 3600 Crondall Lane, Suite 100 Owings Mills, MD 2117

```
From ???@??? Fri May 28 07:06:11 2004
Return-Path: <mailcenter308683@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 10110 invoked by uid 10003); 28 May 2004 06:14:29 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 10102 invoked from network); 28 May 2004 06:14:29 -0000
Received: from unknown (HELO vm117.vmadmin.com) (216.64.222.117)
  by ns48.webmasters.com with SMTP; 28 May 2004 06:14:29 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm117.vmadmin.com with SMTP; 28 May 2004 01:14:26 -0500
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 308683
From: Poetry Contest <ThePoetryContest@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Poetry Contest <ThePoetryContest308683@replies.virtumundo.com>
Subject: Poetry Contest - You Could Win $10,000
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



 **Watermark Press 3600 Crondall Lane, Suite 100 Owings Mills, MD 2117**

```
From ???@??? Fri May 28 07:06:11 2004
Return-Path: <mailcenter308683@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 10140 invoked by uid 10003); 28 May 2004 06:14:39 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 10111 invoked from network); 28 May 2004 06:14:29 -0000
Received: from unknown (HELO vm117.vmadmin.com) (216.64.222.117)
  by ns48.webmasters.com with SMTP; 28 May 2004 06:14:29 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm117.vmadmin.com with SMTP; 28 May 2004 01:14:26 -0500
X-ClientHost:
106111110097116104097110064103111141001111101191111141071150460099111109
X-MailingID: 308683
From: Poetry Contest <ThePoetryContest@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Poetry Contest <ThePoetryContest308683@replies.virtumundo.com>
Subject: Poetry Contest - You Could Win $10,000
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



 **Watermark Press 3600 Crondall Lane, Suite 100 Owings Mills, MD 2117**

```
From ???@??? Wed May 12 11:54:22 2004
Return-Path: <mailcenter308432@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 13613 invoked by uid 10003); 12 May 2004 14:20:28 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 13610 invoked from network); 12 May 2004 14:20:28 -0000
Received: from unknown (HELO vm213.vmadmin.com) (216.64.222.213)
  by ns48.webmasters.com with SMTP; 12 May 2004 14:20:28 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm213.vmadmin.com with SMTP; 12 May 2004 09:30:34 -0500
X-ClientHost:
10609710910510809706410311114100111101191111410711504609911109
X-MailingID: 308432
From: Poetry Contest <ThePoetryContest@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Poetry Contest <ThePoetryContest308432@replies.virtumundo.com>
Subject: Poetry Contest - You Could Win $10,000
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

 Watermark Press 3600 Crondall Lane, Suite 100 Owings Mills, MD 2117

```
From ???@??? Wed May 12 11:54:22 2004
Return-Path: <mailcenter308432@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 13621 invoked by uid 10003); 12 May 2004 14:20:28 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 13618 invoked from network); 12 May 2004 14:20:28 -0000
Received: from unknown (HELO vm213.vmadmin.com) (216.64.222.213)
  by ns48.webmasters.com with SMTP; 12 May 2004 14:20:28 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm213.vmadmin.com with SMTP; 12 May 2004 09:30:34 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 308432
From: Poetry Contest <ThePoetryContest@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Poetry Contest <ThePoetryContest308432@replies.virtumundo.com>
Subject: Poetry Contest - You Could Win $10,000
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



 **Watermark Press 3600 Crondall Lane, Suite 100 Owings Mills, MD 2117**

```
From ???@??? Wed May 12 11:54:22 2004
Return-Path: <mailcenter308432@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 13632 invoked by uid 10003); 12 May 2004 14:20:29 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 13626 invoked from network); 12 May 2004 14:20:28 -0000
Received: from unknown (HELO vm213.vmadmin.com) (216.64.222.213)
  by ns48.webmasters.com with SMTP; 12 May 2004 14:20:28 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm213.vmadmin.com with SMTP; 12 May 2004 09:30:34 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 308432
From: Poetry Contest <ThePoetryContest@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Poetry Contest <ThePoetryContest308432@replies.virtumundo.com>
Subject: Poetry Contest - You Could Win $10,000
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Watermark Press 3600 Crondall Lane, Suite 100 Owings Mills, MD 2117

```
From ???@??? Tue May 04 13:36:58 2004
Return-Path: <mailcenter308336@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 22556 invoked by uid 10003); 4 May 2004 20:10:26 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 22551 invoked from network); 4 May 2004 20:10:26 -0000
Received: from unknown (HELO vm101.vmadmin.com) (216.64.222.101)
  by ns48.webmasters.com with SMTP; 4 May 2004 20:10:26 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm101.vmadmin.com with SMTP; 04 May 2004 15:18:55 -0500
X-ClientHost: 10609710910111506410311111410011111101191111141071150460991111109
X-MailingID: 308336
From: Poetry Contest <ThePoetryContest@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Poetry Contest <ThePoetryContest308336@replies.virtumundo.com>
Subject: Poetry Contest - You Could Win $10,000
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



 **Watermark Press 3600 Crondall Lane, Suite 100 Owings Mills, MD 2117**

```
From ???@??? Tue Jun 15 08:52:24 2004
Return-Path: <mailcenter309024@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 15146 invoked by uid 10003); 15 Jun 2004 14:47:45 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 15143 invoked from network); 15 Jun 2004 14:47:45 -0000
Received: from unknown (HELO vm111.vmadmin.com) (216.64.222.111)
   by ns48.webmasters.com with SMTP; 15 Jun 2004 14:47:45 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm111.vmadmin.com with SMTP; 15 Jun 2004 09:47:43 -0500
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 309024
From: Poetry Contest <ThePoetryContest@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Poetry Contest <ThePoetryContest309024@replies.virtumundo.com>
Subject: Poetry Contest - You Could Win $10,000
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Watermark Press 3600 Crondall Lane, Suite 100 Owings Mills, MD 2117

```
From ???@??? Fri Nov 14 16:57:57 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <219194-12119>; Fri, 14 Nov
2003 18:00:31 -0500
Received: from vm146.vmadmin.com ([216.64.222.146]) by ams.ftl.affinity.com
with ESMTP id <217831-12121>; Fri, 14 Nov 2003 17:59:50 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm146.vmadmin.com with SMTP; 14 Nov 2003 16:59:42 -0600
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 198089
From: Poker <PartyPokerCasino198089@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Poker <PartyPokerCasino198089@replies.virtumundo.com>
Subject: Get $100 Extra at the World's Largest Poker Room
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov14.175950-0500_est.217831-12121+11060@ams.ftl.affinity.com>
Date:Fri, 14 Nov 2003 17:59:50 -0500
```





**Enjoy exciting multiplayer poker action at** The World's Largest Poker Room
**with over 18,000 live players.**

**Sign up now to get up to $100 as Bonus on your first deposit amount to use at our cash games and tournaments.**

**So increase your chances of** WINNING BIG **by simply downloading our** free software**.**

Click here **for further details.**

Copyright © 2001 - 2003 PartyPoker.com
All Rights Reserved

---

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Feb 11 07:43:54 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2883134-2268>; Wed, 11 Feb 2004 02:16:41 -0500
Received: from vm103.vmadmin.com ([216.64.222.103]) by ams.ftl.affinity.com
with ESMTP id <2886122-2265>; Wed, 11 Feb 2004 02:15:56 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm103.vmadmin.com with SMTP; 11 Feb 2004 01:15:55 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 241638
From: Poker Rooms <PokerRoomsOnline@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Poker Rooms <PokerRoomsOnline241638@replies.virtumundo.com>
Subject: Play Poker - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb11.021556-0500_est.2886122-2265+16550@ams.ftl.affinity.com>
Date:Wed, 11 Feb 2004 02:15:56 -0500
```





 **Tradal 12 Griva digheni St. Limassol P.O box 54277 Cyprus CY**

```
From ???@??? Wed Feb 11 07:43:54 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2884474-2268>; Wed, 11 Feb
2004 02:16:42 -0500
Received: from vm103.vmadmin.com ([216.64.222.103]) by ams.ftl.affinity.com
with ESMTP id <2886171-2270>; Wed, 11 Feb 2004 02:15:57 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm103.vmadmin.com with SMTP; 11 Feb 2004 01:15:55 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410715046099111109
X-MailingID: 241638
From: Poker Rooms <PokerRoomsOnline@vmadmin.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Poker Rooms <PokerRoomsOnline241638@replies.virtumundo.com>
Subject: Play Poker - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb11.021557-0500_est.2886171-2270+16353@ams.ftl.affinity.com>
Date:Wed, 11 Feb 2004 02:15:56 -0500
```





 **Tradal 12 Griva digheni St. Limassol P.O box 54277 Cyprus CY**



```
From ???@??? Tue Feb 10 07:22:01 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <727865-30409>; Tue, 10 Feb 2004 09:30:46 -0500
Received: from vm120.vmadmin.com ([216.64.222.120]) by ams.ftl.affinity.com
with ESMTP id <727914-30409>; Tue, 10 Feb 2004 09:29:57 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm120.vmadmin.com with SMTP; 10 Feb 2004 08:29:54 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 241639
From: Poker Rooms <PokerRoomsOnline@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Poker Rooms <PokerRoomsOnline241639@replies.virtumundo.com>
Subject: Play Poker - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb10.092957-0500_est.727914-30409+21038@ams.ftl.affinity.com>
Date:Tue, 10 Feb 2004 09:29:56 -0500
```





 **Tradal 12 Griva digheni St. Limassol P.O box 54277 Cyprus CY**



```
From ???@??? Wed Feb 11 07:43:54 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2631724-2271>; Wed, 11 Feb 2004 02:16:42 -0500
Received: from vm103.vmadmin.com ([216.64.222.103]) by ams.ftl.affinity.com
with ESMTP id <2885966-2266>; Wed, 11 Feb 2004 02:15:56 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm103.vmadmin.com with SMTP; 11 Feb 2004 01:15:55 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 241638
From: Poker Rooms <PokerRoomsOnline@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Poker Rooms <PokerRoomsOnline241638@replies.virtumundo.com>
Subject: Play Poker - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb11.021556-0500_est.2885966-2266+17101@ams.ftl.affinity.com>
Date:Wed, 11 Feb 2004 02:15:56 -0500
```





 **Tradal 12 Griva digheni St. Limassol P.O box 54277 Cyprus CY**

```
From ???@??? Fri Jan 23 07:56:21 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <231422-15804>; Fri, 23 Jan
2004 08:37:08 -0500
Received: from vm110.vmadmin.com ([216.64.222.110]) by ams.ftl.affinity.com
with ESMTP id <234426-15798>; Fri, 23 Jan 2004 08:35:56 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm110.vmadmin.com with SMTP; 23 Jan 2004 07:35:53 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 240437
From: Poker Rooms <TheWorldsBestPoker@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Poker Rooms <TheWorldsBestPoker240437@replies.virtumundo.com>
Subject: The Best Online Poker Experience
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.083556-0500_est.234426-15798+17672@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 08:35:55 -0500
```



**Tradal, 241 Makariou III St. Kanika 2 Apollo Bacchus**

From ???@??? Fri Jan 23 07:56:21 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <224396-28938>; Fri, 23 Jan 2004 08:36:27 -0500
Received: from vm215.vmadmin.com ([216.64.222.215]) by ams.ftl.affinity.com
with ESMTP id <224601-28940>; Fri, 23 Jan 2004 08:35:54 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm215.vmadmin.com with SMTP; 23 Jan 2004 07:35:52 -0600
X-ClientHost: 1060971091011150641031111141001111011911111410711504609911109
X-MailingID: 240437
From: Poker Rooms <TheWorldsBestPoker@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Poker Rooms <TheWorldsBestPoker240437@replies.virtumundo.com>
Subject: The Best Online Poker Experience
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.083554-0500_est.224601-28940+26905@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 08:35:54 -0500



Tradal, 241 Makariou III St. Kanika 2 Apollo Bacchus

From ???@??? Fri Jan 23 07:56:21 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <220031-28947>; Fri, 23 Jan 2004 08:36:27 -0500
Received: from vm215.vmadmin.com ([216.64.222.215]) by ams.ftl.affinity.com
with ESMTP id <224780-28949>; Fri, 23 Jan 2004 08:35:54 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm215.vmadmin.com with SMTP; 23 Jan 2004 07:35:52 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 240437
From: Poker Rooms <TheWorldsBestPoker@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Poker Rooms <TheWorldsBestPoker240437@replies.virtumundo.com>
Subject: The Best Online Poker Experience
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.083554-0500_est.224780-28949+27635@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 08:35:54 -0500



Tradal, 241 Makariou III St. Kanika 2 Apollo Bacchus

From ???@??? Fri Jan 23 07:56:21 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <224578-28939>; Fri, 23 Jan 2004 08:36:27 -0500
Received: from vm215.vmadmin.com ([216.64.222.215]) by ams.ftl.affinity.com
with ESMTP id <224580-28935>; Fri, 23 Jan 2004 08:35:54 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm215.vmadmin.com with SMTP; 23 Jan 2004 07:35:52 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 240437
From: Poker Rooms <TheWorldsBestPoker@vmadmin.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Poker Rooms <TheWorldsBestPoker240437@replies.virtumundo.com>
Subject: The Best Online Poker Experience
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.083554-0500_est.224580-28935+27571@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 08:35:54 -0500



Tradal, 241 Makariou III St. Kanika 2 Apollo Bacchus

```
From ???@??? Fri Jan 23 07:56:21 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <232273-15809>; Fri, 23 Jan 2004 08:37:08 -0500
Received: from vm110.vmadmin.com ([216.64.222.110]) by ams.ftl.affinity.com
with ESMTP id <230465-15796>; Fri, 23 Jan 2004 08:35:55 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm110.vmadmin.com with SMTP; 23 Jan 2004 07:35:53 -0600
X-ClientHost: 1060971210641031111410011111011911111410711504609911109
X-MailingID: 240437
From: Poker Rooms <TheWorldsBestPoker@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Poker Rooms <TheWorldsBestPoker240437@replies.virtumundo.com>
Subject: The Best Online Poker Experience
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.083555-0500_est.230465-15796+17997@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 08:35:55 -0500
```



Tradal, 241 Makariou III St. Kanika 2 Apollo Bacchus

From ???@??? Tue Dec 02 23:03:09 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <234878-11964>; Tue, 2 Dec 2003 23:42:55 -0500
Received: from vm211.vmadmin.com ([216.64.222.211]) by ams.ftl.affinity.com
with ESMTP id <218159-11968>; Tue, 2 Dec 2003 22:57:13 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm211.vmadmin.com with SMTP; 02 Dec 2003 21:56:17 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 210195
From: Poker Table <FindThePokerTable@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Poker Table <FindThePokerTable210195@replies.virtumundo.com>
Subject: Get the upper hand with a poker table.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec2.225713-0500_est.218159-11968+2747@ams.ftl.affinity.com>
Date:Tue, 2 Dec 2003 22:57:12 -0500



You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Dec 02 23:03:09 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <234876-11964>; Tue, 2 Dec 2003 23:42:55 -0500
Received: from vm211.vmadmin.com ([216.64.222.211]) by ams.ftl.affinity.com
with ESMTP id <223324-11964>; Tue, 2 Dec 2003 22:57:11 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm211.vmadmin.com with SMTP; 02 Dec 2003 21:56:17 -0600
X-ClientHost:
10609710910510809706410311114100111101191111141071150460991111109
X-MailingID: 210195
From: Poker Table <FindThePokerTable@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Poker Table <FindThePokerTable210195@replies.virtumundo.com>
Subject: Get the upper hand with a poker table.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec2.225711-0500_est.223324-11964+2859@ams.ftl.affinity.com>
Date:Tue, 2 Dec 2003 22:57:10 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Dec 02 23:03:09 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <234872-11968>; Tue, 2 Dec 2003 23:42:55 -0500
Received: from vm211.vmadmin.com ([216.64.222.211]) by ams.ftl.affinity.com
with ESMTP id <239367-11970>; Tue, 2 Dec 2003 22:57:09 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm211.vmadmin.com with SMTP; 02 Dec 2003 21:56:17 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 210195
From: Poker Table <FindThePokerTable@vmadmin.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Poker Table <FindThePokerTable210195@replies.virtumundo.com>
Subject: Get the upper hand with a poker table.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec2.225709-0500_est.239367-11970+2739@ams.ftl.affinity.com>
Date:Tue, 2 Dec 2003 22:57:06 -0500



You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Dec 02 23:03:09 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <234880-11955>; Tue, 2 Dec
2003 23:42:55 -0500
Received: from vm211.vmadmin.com ([216.64.222.211]) by ams.ftl.affinity.com
with ESMTP id <235586-11957>; Tue, 2 Dec 2003 22:57:14 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm211.vmadmin.com with SMTP; 02 Dec 2003 21:56:17 -0600
X-ClientHost:
106111110097116104097110064103111114100111101191111141071150460991111 09
X-MailingID: 210195
From: Poker Table <FindThePokerTable@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Poker Table <FindThePokerTable210195@replies.virtumundo.com>
Subject: Get the upper hand with a poker table.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec2.225714-0500_est.235586-11957+2606@ams.ftl.affinity.com>
Date:Tue, 2 Dec 2003 22:57:14 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Feb 03 08:07:18 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <332887-21675>; Tue, 3 Feb
2004 02:12:55 -0500
Received: from vm124.vmadmin.com ([216.64.222.124]) by ams.ftl.affinity.com
with ESMTP id <340515-21665>; Tue, 3 Feb 2004 02:11:24 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm124.vmadmin.com with SMTP; 03 Feb 2004 01:11:22 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 241182
From: PokerRooms <TheWorldsBestPoker@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PokerRooms <TheWorldsBestPoker241182@replies.virtumundo.com>
Subject: Play Poker-Texas Hold'em , 7 Card Stud, Omaha
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb3.021124-0500_est.340515-21665+54377@ams.ftl.affinity.com>
Date:Tue, 3 Feb 2004 02:11:24 -0500



Tradal, 12 Griva Digheni St., Limassol P.O. Box 54277, Cyprus CY

From ???@??? Tue Feb 03 08:07:18 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <332813-21669>; Tue, 3 Feb 2004 02:12:55 -0500
Received: from vm124.vmadmin.com ([216.64.222.124]) by ams.ftl.affinity.com
with ESMTP id <340425-21665>; Tue, 3 Feb 2004 02:11:24 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm124.vmadmin.com with SMTP; 03 Feb 2004 01:11:22 -0600
X-ClientHost: 106097109101115064103111141001111101191111141071150460991111 09
X-MailingID: 241182
From: PokerRooms <TheWorldsBestPoker@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PokerRooms <TheWorldsBestPoker241182@replies.virtumundo.com>
Subject: Play Poker-Texas Hold'em , 7 Card Stud, Omaha
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb3.021124-0500_est.340425-21665+54373@ams.ftl.affinity.com>
Date:Tue, 3 Feb 2004 02:11:23 -0500



Tradal, 12 Griva Digheni St., Limassol P.O. Box 54277, Cyprus CY

```
From ???@??? Tue Feb 03 08:07:18 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <314471-21664>; Tue, 3 Feb 2004 02:12:55 -0500
Received: from vm124.vmadmin.com ([216.64.222.124]) by ams.ftl.affinity.com
with ESMTP id <340430-21665>; Tue, 3 Feb 2004 02:11:24 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm124.vmadmin.com with SMTP; 03 Feb 2004 01:11:22 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 241182
From: PokerRooms <TheWorldsBestPoker@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PokerRooms <TheWorldsBestPoker241182@replies.virtumundo.com>
Subject: Play Poker-Texas Hold'em , 7 Card Stud, Omaha
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb3.021124-0500_est.340430-21665+54374@ams.ftl.affinity.com>
Date:Tue, 3 Feb 2004 02:11:23 -0500
```



**Tradal, 12 Griva Digheni St., Limassol P.O. Box 54277, Cyprus CY**

```
From ???@??? Tue Feb 03 08:07:18 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <332951-21669>; Tue, 3 Feb 2004 02:12:55 -0500
Received: from vm124.vmadmin.com ([216.64.222.124]) by ams.ftl.affinity.com
with ESMTP id <340451-21665>; Tue, 3 Feb 2004 02:11:24 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm124.vmadmin.com with SMTP; 03 Feb 2004 01:11:22 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 241182
From: PokerRooms <TheWorldsBestPoker@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: PokerRooms <TheWorldsBestPoker241182@replies.virtumundo.com>
Subject: Play Poker-Texas Hold'em , 7 Card Stud, Omaha
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb3.021124-0500_est.340451-21665+54376@ams.ftl.affinity.com>
Date:Tue, 3 Feb 2004 02:11:24 -0500
```



Tradal, 12 Griva Digheni St., Limassol P.O. Box 54277, Cyprus CY

```
From ???@??? Fri May 28 07:14:20 2004
Return-Path: <mailcenter308693@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 3294 invoked by uid 10003); 28 May 2004 13:15:53 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 3291 invoked from network); 28 May 2004 13:15:53 -0000
Received: from unknown (HELO vm100.vmadmin.com) (216.64.222.100)
  by ns48.webmasters.com with SMTP; 28 May 2004 13:15:53 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 28 May 2004 08:15:51 -0500
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 308693
From: PokerSecrets <LearnPokerSecrets@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: PokerSecrets <LearnPokerSecrets308693@replies.virtumundo.com>
Subject: Howard Lederer's Winning Poker System!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

MediaCorp Worldwide, 6711 W. 121st St. Overland Park, KS 66209

```
From ???@??? Sat Dec 06 22:48:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217358-23415>; Sat, 6 Dec 2003 22:19:13 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <217176-23413>; Sat, 6 Dec 2003 22:18:13 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm105.vmadmin.com with SMTP; 06 Dec 2003 21:16:05 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 212768
From: Popcorn Machine <GetAPopcornMachine@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Popcorn Machine <GetAPopcornMachine212768@replies.virtumundo.com>
Subject: Make life pop with a new popcorn machine.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.221813-0500_est.217176-23413+67824@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 22:18:12 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Dec 06 22:48:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <217312-23405>; Sat, 6 Dec 2003 22:19:13 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <214870-23405>; Sat, 6 Dec 2003 22:18:11 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm105.vmadmin.com with SMTP; 06 Dec 2003 21:16:05 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 212768
From: Popcorn Machine <GetAPopcornMachine@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Popcorn Machine <GetAPopcornMachine212768@replies.virtumundo.com>
Subject: Make life pop with a new popcorn machine.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.221811-0500_est.214870-23405+68440@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 22:18:11 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Dec 06 22:48:23 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214870-23405>; Sat, 6 Dec 2003 22:19:13 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <217724-23416>; Sat, 6 Dec 2003 22:18:11 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm105.vmadmin.com with SMTP; 06 Dec 2003 21:16:05 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 212768
From: Popcorn Machine <GetAPopcornMachine@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Popcorn Machine <GetAPopcornMachine212768@replies.virtumundo.com>
Subject: Make life pop with a new popcorn machine.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.221811-0500_est.217724-23416+68018@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 22:18:11 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Dec 06 22:48:23 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217176-23415>; Sat, 6 Dec
2003 22:19:13 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <217213-23420>; Sat, 6 Dec 2003 22:18:14 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm105.vmadmin.com with SMTP; 06 Dec 2003 21:16:05 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 212768
From: Popcorn Machine <GetAPopcornMachine@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Popcorn Machine <GetAPopcornMachine212768@replies.virtumundo.com>
Subject: Make life pop with a new popcorn machine.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.221814-0500_est.217213-23420+68323@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 22:18:13 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Oct 15 19:42:12 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <239474-6860>; Wed, 15 Oct 2003 21:29:12 -0400
Received: from vl208-37.vmlocal.com ([216.21.208.37]) by ams.ftl.affinity.com
with ESMTP id <723247-6862>; Wed, 15 Oct 2003 17:56:51 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-37.vmlocal.com with SMTP; 15 Oct 2003 16:56:47 -0500
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 165145
From: Portable Air Conditioner <YouStayCoolOnTheGo165145@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+165145@replies.vmlocal.com>
Subject: Keep your cool with a portable air conditioner.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct15.175651-0400_edt.723247-6862+2454@ams.ftl.affinity.com>
Date:Wed, 15 Oct 2003 17:56:50 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Oct 17 08:20:36 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217432-5288>; Fri, 17 Oct 2003 10:19:25 -0400
Received: from vl208-51.vmlocal.com ([216.21.208.51]) by ams.ftl.affinity.com
with ESMTP id <233673-5282>; Thu, 16 Oct 2003 23:37:56 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-51.vmlocal.com with SMTP; 16 Oct 2003 12:24:19 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 165806
From: Portable Air Conditioner <YouStayCoolOnTheGo165806@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Portable Air Conditioner <YouStayCoolOnTheGo165806@vmlocal.com>
Subject: Cool off whatever, whenever, wherever.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct16.233756-0400_edt.233673-5282+23641@ams.ftl.affinity.com>
Date:Thu, 16 Oct 2003 23:37:56 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Nov 05 13:16:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <606489-28267>; Wed, 5 Nov 2003 15:12:12 -0500
Received: from vl208-43.vmlocal.com ([216.21.208.43]) by ams.ftl.affinity.com
with ESMTP id <623424-32381>; Wed, 5 Nov 2003 15:10:52 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-43.vmlocal.com with SMTP; 05 Nov 2003 14:10:50 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 190449
From: Portable Air Conditioner <YouStayCoolOnTheGo190449@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Portable Air Conditioner <YouStayCoolOnTheGo190449@vmlocal.com>
Subject: Cool off whatever, whenever, wherever.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov5.151052-0500_est.623424-32381+30557@ams.ftl.affinity.com>
Date:Wed, 5 Nov 2003 15:10:52 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Nov 08 23:24:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215188-1082>; Sun, 9 Nov 2003 01:59:55 -0500
Received: from vl208-17.vmlocal.com ([216.21.208.17]) by ams.ftl.affinity.com
with ESMTP id <215367-1077>; Sun, 9 Nov 2003 01:59:14 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-17.vmlocal.com with SMTP; 09 Nov 2003 00:59:07 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 193698
From: Portable Air Conditioner <YouStayCoolOnTheGo193698@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Portable Air Conditioner <YouStayCoolOnTheGo193698@vmlocal.com>
Subject: Cool off whatever, whenever, wherever.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov9.015914-0500_est.215367-1077+14749@ams.ftl.affinity.com>
Date:Sun, 9 Nov 2003 01:59:14 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Nov 13 22:06:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <241027-7889>; Fri, 14 Nov 2003 00:44:38 -0500
Received: from vl208-75.vmlocal.com ([216.21.208.75]) by ams.ftl.affinity.com
with ESMTP id <734182-1073>; Fri, 14 Nov 2003 00:23:16 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-75.vmlocal.com with SMTP; 13 Nov 2003 19:55:01 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 197481
From: Portable Air Conditioner <YouStayCoolOnTheGo197481@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Portable Air Conditioner <YouStayCoolOnTheGo197481@vmlocal.com>
Subject: Cool down with a portable air conditioner.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov14.002316-0500_est.734182-1073+429@ams.ftl.affinity.com>
Date:Fri, 14 Nov 2003 00:23:15 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Nov 21 19:05:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214947-22790>; Fri, 21 Nov 2003 16:52:12 -0500
Received: from vl208-26.vmlocal.com ([216.21.208.26]) by ams.ftl.affinity.com
with ESMTP id <217871-22799>; Fri, 21 Nov 2003 16:48:51 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-26.vmlocal.com with SMTP; 21 Nov 2003 15:48:40 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 202984
From: Portable Air Conditioner <YouStayCoolOnTheGo202984@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Portable Air Conditioner <YouStayCoolOnTheGo202984@vmlocal.com>
Subject: Cool off whatever, whenever, wherever.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov21.164851-0500_est.217871-22799+36151@ams.ftl.affinity.com>
Date:Fri, 21 Nov 2003 16:48:51 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 13 14:25:27 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <227790-28601>; Tue, 13 Jan 2004 16:58:03 -0500
Received: from vm208-65.adknow-net.com ([216.21.208.65]) by
ams.ftl.affinity.com with ESMTP id <227701-28601>; Tue, 13 Jan 2004 16:57:09
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-65.adknow-net.com with SMTP; 13 Jan 2004 15:57:07 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991 11109
X-MailingID: 340597
From: Portable Air Conditioner <YouStayCoolOnTheGo@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return340597@replies.adknow-net.com
Subject: Cool down with a portable air conditioner.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan13.165709-0500_est.227701-28601+12156@ams.ftl.affinity.com>
Date:Tue, 13 Jan 2004 16:57:08 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 13 11:59:23 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221709-409>; Tue, 13 Jan 2004 14:41:52 -0500
Received: from vm208-30.adknow-net.com ([216.21.208.30]) by
ams.ftl.affinity.com with ESMTP id <212892-411>; Tue, 13 Jan 2004 14:40:51
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-30.adknow-net.com with SMTP; 13 Jan 2004 13:40:48 -0600
X-ClientHost: 1060971210641031111410011110119111114107115046099111109
X-MailingID: 340628
From: Portable Air Conditioner <YouStayCoolOnTheGo@adknow-net.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return340628@replies.adknow-net.com
Subject: Portable air conditioners let you cool down.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan13.144051-0500_est.212892-411+17511@ams.ftl.affinity.com>
Date:Tue, 13 Jan 2004 14:40:50 -0500
```



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Jan 13 14:25:27 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <228472-28601>; Tue, 13 Jan
2004 16:58:03 -0500
Received: from vm208-65.adknow-net.com ([216.21.208.65]) by
ams.ftl.affinity.com with ESMTP id <228298-28607>; Tue, 13 Jan 2004 16:57:09
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-65.adknow-net.com with SMTP; 13 Jan 2004 15:57:07 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911110 9
X-MailingID: 340597
From: Portable Air Conditioner <YouStayCoolOnTheGo@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return340597@replies.adknow-net.com
Subject: Cool down with a portable air conditioner.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan13.165709-0500_est.228298-28607+12146@ams.ftl.affinity.com>
Date:Tue, 13 Jan 2004 16:57:09 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Jan 04 20:13:51 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2718659-2363>; Sun, 4 Jan
2004 22:42:31 -0500
Received: from vm209-180.vmlocal.com ([216.21.209.180]) by
ams.ftl.affinity.com with ESMTP id <2721030-2363>; Sun, 4 Jan 2004 22:41:55
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-180.vmlocal.com with SMTP; 04 Jan 2004 21:41:51 -0600
X-ClientHost:
1061111100971161040971100641031111141001111101191111141071150460991111109
X-MailingID: 235714
From: Portable Air Conditioner <YouStayCoolOnTheGo@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Portable Air Conditioner <YouStayCoolOnTheGo235714@vmlocal.com>
Subject: Make any room climate controlled.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan4.224155-0500_est.2721030-2363+15687@ams.ftl.affinity.com>
Date:Sun, 4 Jan 2004 22:41:55 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Jan 04 20:13:51 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2717665-2363>; Sun, 4 Jan 2004 22:42:31 -0500
Received: from vm209-180.vmlocal.com ([216.21.209.180]) by
ams.ftl.affinity.com with ESMTP id <2718525-2359>; Sun, 4 Jan 2004 22:41:55
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-180.vmlocal.com with SMTP; 04 Jan 2004 21:41:51 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 235714
From: Portable Air Conditioner <YouStayCoolOnTheGo@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Portable Air Conditioner <YouStayCoolOnTheGo235714@vmlocal.com>
Subject: Make any room climate controlled.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan4.224155-0500_est.2718525-2359+14945@ams.ftl.affinity.com>
Date:Sun, 4 Jan 2004 22:41:54 -0500



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Jan 04 20:13:51 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2718525-2361>; Sun, 4 Jan 2004 22:42:31 -0500
Received: from vm209-180.vmlocal.com ([216.21.209.180]) by
ams.ftl.affinity.com with ESMTP id <2718835-2362>; Sun, 4 Jan 2004 22:41:55
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-180.vmlocal.com with SMTP; 04 Jan 2004 21:41:51 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 235714
From: Portable Air Conditioner <YouStayCoolOnTheGo@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Portable Air Conditioner <YouStayCoolOnTheGo235714@vmlocal.com>
Subject: Make any room climate controlled.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan4.224155-0500_est.2718835-2362+14925@ams.ftl.affinity.com>
Date:Sun, 4 Jan 2004 22:41:54 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Jan 04 11:42:04 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <466395-23663>; Sun, 4 Jan 2004 14:00:18 -0500
Received: from vm209-231.vmlocal.com ([216.21.209.231]) by
ams.ftl.affinity.com with ESMTP id <466179-23666>; Sun, 4 Jan 2004 13:59:14
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-231.vmlocal.com with SMTP; 04 Jan 2004 12:59:11 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 235717
From: Portable Air Conditioner <YouStayCoolOnTheGo@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Portable Air Conditioner <YouStayCoolOnTheGo235717@vmlocal.com>
Subject: Portable air conditioners let you cool down.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan4.135914-0500_est.466179-23666+95118@ams.ftl.affinity.com>
Date:Sun, 4 Jan 2004 13:59:13 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Jan 03 19:18:19 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <334931-22352>; Sat, 3 Jan 2004 21:06:54 -0500
Received: from vm209-196.vmlocal.com ([216.21.209.196]) by
ams.ftl.affinity.com with ESMTP id <336157-22352>; Sat, 3 Jan 2004 21:06:30
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-196.vmlocal.com with SMTP; 03 Jan 2004 20:06:25 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 235061
From: Portable Air Conditioner <YouStayCoolOnTheGo@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Portable Air Conditioner <YouStayCoolOnTheGo235061@vmlocal.com>
Subject: Cool down with a portable air conditioner.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan3.210630-0500_est.336157-22352+3769@ams.ftl.affinity.com>
Date:Sat, 3 Jan 2004 21:06:26 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Dec 25 07:49:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <226437-19934>; Thu, 25 Dec
2003 06:06:18 -0500
Received: from vm209-196.vmlocal.com ([216.21.209.196]) by
ams.ftl.affinity.com with ESMTP id <226468-19925>; Thu, 25 Dec 2003 06:05:33
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-196.vmlocal.com with SMTP; 25 Dec 2003 05:03:31 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 227324
From: Portable Air Conditioner <YouStayCoolOnTheGo@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Portable Air Conditioner <YouStayCoolOnTheGo227324@vmlocal.com>
Subject: Keep your cool with a portable air conditioner.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec25.060533-0500_est.226468-19925+35616@ams.ftl.affinity.com>
Date:Thu, 25 Dec 2003 06:05:32 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**