From ???@??? Wed Dec 24 07:25:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215314-17442>; Wed, 24 Dec 2003 09:36:13 -0500
Received: from vm209-199.vmlocal.com ([216.21.209.199]) by
ams.ftl.affinity.com with ESMTP id <216840-17448>; Wed, 24 Dec 2003 09:34:56
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-199.vmlocal.com with SMTP; 24 Dec 2003 08:34:53 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 226779
From: Portable Air Conditioner <YouStayCoolOnTheGo@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Portable Air Conditioner <YouStayCoolOnTheGo226779@vmlocal.com>
Subject: Cool down with a portable air conditioner.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec24.093456-0500_est.216840-17448+21816@ams.ftl.affinity.com>
Date:Wed, 24 Dec 2003 09:34:56 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Dec 15 17:30:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <216705-4419>; Mon, 15 Dec
2003 18:49:39 -0500
Received: from vm209-248.vmlocal.com ([216.21.209.248]) by
ams.ftl.affinity.com with ESMTP id <217649-4406>; Mon, 15 Dec 2003 18:48:54
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-248.vmlocal.com with SMTP; 15 Dec 2003 17:48:50 -0600
X-ClientHost:
106111110097116104097110064103111114100111101191111114107115046099111109
X-MailingID: 220047
From: Portable Air Conditioner <YouStayCoolOnTheGo@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Portable Air Conditioner <YouStayCoolOnTheGo220047@vmlocal.com>
Subject: Cool down with a portable air conditioner.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec15.184854-0500_est.217649-4406+69445@ams.ftl.affinity.com>
Date:Mon, 15 Dec 2003 18:48:53 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 14 09:03:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216298-14264>; Sun, 14 Dec 2003 10:29:32 -0500
Received: from vm209-223.vmlocal.com ([216.21.209.223]) by
ams.ftl.affinity.com with ESMTP id <220192-14266>; Sun, 14 Dec 2003 10:28:19
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-223.vmlocal.com with SMTP; 14 Dec 2003 09:28:16 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 219232
From: Portable Air Conditioner <YouStayCoolOnTheGo@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Portable Air Conditioner <YouStayCoolOnTheGo219232@vmlocal.com>
Subject: Cool off whatever, whenever, wherever.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec14.102819-0500_est.220192-14266+49863@ams.ftl.affinity.com>
Date:Sun, 14 Dec 2003 10:28:18 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Dec 13 11:23:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222759-29264>; Sat, 13 Dec 2003 13:50:45 -0500
Received: from vm209-206.vmlocal.com ([216.21.209.206]) by
ams.ftl.affinity.com with ESMTP id <223262-29268>; Sat, 13 Dec 2003 13:49:49
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-206.vmlocal.com with SMTP; 13 Dec 2003 12:49:48 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 218440
From: Portable Air Conditioner <YouStayCoolOnTheGo@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Portable Air Conditioner <YouStayCoolOnTheGo218440@vmlocal.com>
Subject: Keep your cool with a portable air conditioner.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec13.134949-0500_est.223262-29268+24791@ams.ftl.affinity.com>
Date:Sat, 13 Dec 2003 13:49:48 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Jan 11 15:14:25 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <324920-21496>; Sun, 11 Jan 2004 16:27:26 -0500
Received: from vm217-232.vmlocal.com ([216.21.217.232]) by
ams.ftl.affinity.com with ESMTP id <324617-21492>; Sun, 11 Jan 2004 16:26:39
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm217-232.vmlocal.com with SMTP; 11 Jan 2004 15:26:37 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 240095
From: Portable Air Conditioner <YouStayCoolOnTheGo@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Portable Air Conditioner <YouStayCoolOnTheGo240095@vmlocal.com>
Subject: Cool down with a portable air conditioner.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan11.162639-0500_est.324617-21492+23171@ams.ftl.affinity.com>
Date:Sun, 11 Jan 2004 16:26:36 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 27 22:52:49 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <238053-27795>; Tue, 27 Jan 2004 23:06:23 -0500
Received: from vm208-24.adknow-net.com ([216.21.208.24]) by
ams.ftl.affinity.com with ESMTP id <264309-27793>; Tue, 27 Jan 2004 23:05:48
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-24.adknow-net.com with SMTP; 27 Jan 2004 22:05:44 -0600
X-ClientHost: 106097109101115064103111141001111101191111141071150460991111109
X-MailingID: 352087
From: Posters And Wall Art <PostersAndWallArt@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return352087@replies.adknow-net.com
Subject: What your walls want to wear.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan27.230548-0500_est.264309-27793+39652@ams.ftl.affinity.com>
Date:Tue, 27 Jan 2004 23:05:47 -0500
```



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Oct 13 19:38:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <245408-1140>; Mon, 13 Oct
2003 19:06:49 -0400
Received: from vm127.vmadmin.com ([216.64.222.127]) by ams.ftl.affinity.com
with ESMTP id <728533-1140>; Mon, 13 Oct 2003 19:01:07 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm127.vmadmin.com with SMTP; 13 Oct 2003 18:01:00 -0500
X-ClientHost:
10611111009711610409711006410311111410011110119111114107115046099111109
X-MailingID: 162480
From: Prepaid Legal <PrepaidLegalHelp162480@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+162480@virtumundo.com>
Subject: Tip the scales of justice in your favor.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct13.190107-0400_edt.728533-1140+13480@ams.ftl.affinity.com>
Date:Mon, 13 Oct 2003 19:01:06 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 13 19:38:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <1246071-1117>; Mon, 13 Oct 2003 19:06:49 -0400
Received: from vm127.vmadmin.com ([216.64.222.127]) by ams.ftl.affinity.com
with ESMTP id <721495-1117>; Mon, 13 Oct 2003 19:01:05 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm127.vmadmin.com with SMTP; 13 Oct 2003 18:01:00 -0500
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 162480
From: Prepaid Legal <PrepaidLegalHelp162480@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+162480@virtumundo.com>
Subject: Tip the scales of justice in your favor.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct13.190105-0400_edt.721495-1117+13439@ams.ftl.affinity.com>
Date:Mon, 13 Oct 2003 19:01:05 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 13 19:38:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <1258140-1156>; Mon, 13 Oct 2003 19:06:49 -0400
Received: from vm127.vmadmin.com ([216.64.222.127]) by ams.ftl.affinity.com
with ESMTP id <1246071-1139>; Mon, 13 Oct 2003 19:01:05 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm127.vmadmin.com with SMTP; 13 Oct 2003 18:01:00 -0500
X-ClientHost: 102097121101064103111141001111011911111410711504609911109
X-MailingID: 162480
From: Prepaid Legal <PrepaidLegalHelp162480@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+162480@virtumundo.com>
Subject: Tip the scales of justice in your favor.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct13.190105-0400_edt.1246071-1139+13326@ams.ftl.affinity.com>
Date:Mon, 13 Oct 2003 19:01:04 -0400
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) **or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 13 19:38:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <721495-1115>; Mon, 13 Oct 2003 19:06:49 -0400
Received: from vm127.vmadmin.com ([216.64.222.127]) by ams.ftl.affinity.com
with ESMTP id <259563-1115>; Mon, 13 Oct 2003 19:01:07 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm127.vmadmin.com with SMTP; 13 Oct 2003 18:01:00 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 162480
From: Prepaid Legal <PrepaidLegalHelp162480@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+162480@virtumundo.com>
Subject: Tip the scales of justice in your favor.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct13.190107-0400_edt.259563-1115+13268@ams.ftl.affinity.com>
Date:Mon, 13 Oct 2003 19:01:06 -0400
```



 **You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Oct 28 17:24:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <222492-31090>; Tue, 28 Oct
2003 18:18:00 -0500
Received: from vm156.vmadmin.com ([216.64.222.156]) by ams.ftl.affinity.com
with ESMTP id <224104-31082>; Tue, 28 Oct 2003 18:16:17 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm156.vmadmin.com with SMTP; 28 Oct 2003 17:16:12 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 179753
From: Prescriptions Filled <PainMedicationsOnline179753@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Prescriptions Filled
<PainMedicationsOnline179753@replies.virtumundo.com>
Subject: Our doctor is in
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct28.181617-0500_est.224104-31082+7459@ams.ftl.affinity.com>
Date:Tue, 28 Oct 2003 18:16:15 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the**

**advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent Tue Oct 28 16:20:23 CST 2003

From ???@??? Tue Oct 28 17:24:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <223665-31084>; Tue, 28 Oct 2003 18:18:00 -0500
Received: from vm156.vmadmin.com ([216.64.222.156]) by ams.ftl.affinity.com
with ESMTP id <222824-31084>; Tue, 28 Oct 2003 18:16:15 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm156.vmadmin.com with SMTP; 28 Oct 2003 17:16:12 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 179753
From: Prescriptions Filled <PainMedicationsOnline179753@vmadmin.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Prescriptions Filled
<PainMedicationsOnline179753@replies.virtumundo.com>
Subject: Our doctor is in
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct28.181615-0500_est.222824-31084+8050@ams.ftl.affinity.com>
Date:Tue, 28 Oct 2003 18:16:14 -0500



**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go
here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the**

advertiser.
 (c) 1998-2003 Virtumundo, Inc. All rights reserved.
Message sent Tue Oct 28 16:20:23 CST 2003

From ???@??? Tue Oct 28 17:24:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222824-31090>; Tue, 28 Oct 2003 18:18:00 -0500
Received: from vm156.vmadmin.com ([216.64.222.156]) by ams.ftl.affinity.com
with ESMTP id <222492-31084>; Tue, 28 Oct 2003 18:16:14 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm156.vmadmin.com with SMTP; 28 Oct 2003 17:16:12 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 179753
From: Prescriptions Filled <PainMedicationsOnline179753@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Prescriptions Filled
<PainMedicationsOnline179753@replies.virtumundo.com>
Subject: Our doctor is in
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct28.181614-0500_est.222492-31084+8049@ams.ftl.affinity.com>
Date:Tue, 28 Oct 2003 18:16:14 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**
Message sent Tue Oct 28 16:20:23 CST 2003

```
From ???@??? Tue Oct 28 17:24:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <224226-31090>; Tue, 28 Oct 2003 18:18:00 -0500
Received: from vm156.vmadmin.com ([216.64.222.156]) by ams.ftl.affinity.com
with ESMTP id <223665-31090>; Tue, 28 Oct 2003 18:16:14 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm156.vmadmin.com with SMTP; 28 Oct 2003 17:16:12 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 179753
From: Prescriptions Filled <PainMedicationsOnline179753@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Prescriptions Filled
<PainMedicationsOnline179753@replies.virtumundo.com>
Subject: Our doctor is in
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct28.181614-0500_est.223665-31090+7780@ams.ftl.affinity.com>
Date:Tue, 28 Oct 2003 18:16:13 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.
Message sent Tue Oct 28 16:20:23 CST 2003

```
From ???@??? Tue Oct 28 17:24:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <224104-31090>; Tue, 28 Oct 2003 18:18:00 -0500
Received: from vm156.vmadmin.com ([216.64.222.156]) by ams.ftl.affinity.com
with ESMTP id <223905-31090>; Tue, 28 Oct 2003 18:16:15 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm156.vmadmin.com with SMTP; 28 Oct 2003 17:16:12 -0600
X-ClientHost: 10609712106410311111410011110119111114107115046099111109
X-MailingID: 179753
From: Prescriptions Filled <PainMedicationsOnline179753@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Prescriptions Filled
<PainMedicationsOnline179753@replies.virtumundo.com>
Subject: Our doctor is in
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct28.181615-0500_est.223905-31090+7783@ams.ftl.affinity.com>
Date:Tue, 28 Oct 2003 18:16:15 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.
Message sent Tue Oct 28 16:20:23 CST 2003

```
From ???@??? Sat Oct 18 19:50:14 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223072-21266>; Sat, 18 Oct 2003 22:28:52 -0400
Received: from vm143.vmadmin.com ([216.64.222.143]) by ams.ftl.affinity.com
with ESMTP id <217962-21258>; Sat, 18 Oct 2003 22:27:44 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm143.vmadmin.com with SMTP; 18 Oct 2003 21:27:38 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 164174
From: Prevent Crashes <PreventSystemCrashes164174@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Prevent Crashes <PreventSystemCrashes164174@replies.virtumundo.com>
Subject: Scheduled PC Maintenance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct18.222744-0400_edt.217962-21258+19146@ams.ftl.affinity.com>
Date:Sat, 18 Oct 2003 22:27:43 -0400
```







Copyright 2002-2003,    24 7 LiveScan



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Aug 04 19:39:39 2006
X-Persona: <2nd User>
Return-Path: <mailcenter358396@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 483 invoked from network); 3 Aug 2006 08:19:22 -0600
Received: from static-vmg-187-221.vm-mail.com (HELO vm-187-221.vm-mail.com)
(206.82.187.221)
  by omniinnovations.com with SMTP; 3 Aug 2006 08:19:22 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-221.vm-mail.com with SMTP; 03 Aug 2006 09:19:21 -0500
X-ClientHost: 1161111091091210641060971091091161111091090460991111109
X-MailingID: 358396
From: Print Country <PrintCountry@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+358396@vm-rewards.com>
Subject: Find your ink - great quality at discounted prices!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.1 required=7.0 tests=DATE_MISSING,HTML_40_50,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Print Country 4990 Greencraig Lane #C San Diego, CA 92123

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Wed Mar 29 13:24:15 2006
X-Persona: <Celia>
Return-Path: <mailcenter340966@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 14403 invoked from network); 28 Mar 2006 05:43:48 -0600
Received: from vm-180-235.vm-mail.com (206.82.180.235)
   by jammtomm.com with SMTP; 28 Mar 2006 05:43:44 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-235.vm-mail.com with SMTP; 28 Mar 2006 05:43:31 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 340966
From: Print Offer <PrintOffer@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340966@vm-rewards.com>
Subject: Introducing our new rubber stamps - pay only s&h
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=DATE_MISSING,HTML_70_80,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,HTML_IMAGE_RATIO_04,
       HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
       MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=154095

 

**VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Mar 29 13:24:13 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter340966@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 24834 invoked from network); 28 Mar 2006 04:42:29 -0600
Received: from vm-180-31.vm-mail.com (206.82.180.31)
  by gordonworks.com with SMTP; 28 Mar 2006 04:42:29 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-31.vm-mail.com with SMTP; 28 Mar 2006 04:42:16 -0600
X-ClientHost:
1061051090641051161001051001101111610111010011410510310411604609911109
X-MailingID: 340966
From: Print Offer <PrintOffer@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340966@vm-rewards.com>
Subject: Introducing our new rubber stamps - pay only s&h
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise

specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and
printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may contact us
in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=154095



**VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Mar 29 09:56:15 2006
X-Persona: <Mila>
Return-Path: <mailcenter340966@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
     with SpamAssassin (2.63 2004-01-11);
     Tue, 28 Mar 2006 04:43:51 -0600
From: Print Offer <PrintOffer@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Introducing our new rubber stamps - pay only s&h
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.5 required=7.0 tests=BAYES_99,DATE_MISSING,
     HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
     MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44291367.DC33DE5F"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(0383&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(0383&e=mila@jammtomm.com
  URI:http://ogy.cc/vartasprantz_files/Stamps_Address_01.gif [...]

Content analysis details:   (9.5 points, 7.0 required)

 pts rule name             description
---- --------------------- --------------------------------------------------
 1.9 DATE_MISSING          Missing Date: header
 1.1 HTML_IMAGE_RATIO_04   BODY: HTML has a low ratio of text to image area
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE          BODY: HTML included in message
 5.4 BAYES_99              BODY: Bayesian spam probability is 99 to 100%
                           [score: 0.9948]
 0.1 HTML_70_80            BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY        BODY: Message only has text/html MIME parts
 0.6 MIME_HTML_NO_CHARSET  RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 23393 invoked from network); 28 Mar 2006 04:43:47 -0600
Received: from vm-180-186.vm-mail.com (206.82.180.186)
  by chiefmusician.net with SMTP; 28 Mar 2006 04:43:46 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-186.vm-mail.com with SMTP; 28 Mar 2006 04:43:33 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109

```
X-MailingID: 340966
From: Print Offer <PrintOffer@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340966@vm-rewards.com>
Subject: Introducing our new rubber stamps - pay only s&h
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM
Introducing our 1.htm"
```

```
From ???@??? Tue Mar 28 19:23:27 2006
Return-Path: <mailcenter340964@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 27425 invoked from network); 28 Mar 2006 04:56:11 -0600
Received: from vm-180-25.vm-mail.com (206.82.180.25)
  by rcw19190020.com with SMTP; 28 Mar 2006 04:56:10 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-25.vm-mail.com with SMTP; 28 Mar 2006 04:55:57 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 340964
From: Print Offer <PrintOffer@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340964@vm-rewards.com>
Subject: Introducing our new rubber stamps - pay only s&h
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=154095


 **VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Mar 28 19:23:27 2006
Return-Path: <mailcenter340964@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 28419 invoked from network); 28 Mar 2006 04:56:13 -0600
Received: from vm-180-25.vm-mail.com (206.82.180.25)
  by rcw19190020.com with SMTP; 28 Mar 2006 04:56:12 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-25.vm-mail.com with SMTP; 28 Mar 2006 04:55:57 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 340964
From: Print Offer <PrintOffer@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340964@vm-rewards.com>
Subject: Introducing our new rubber stamps - pay only s&h
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=154095


 **VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Mar 28 19:23:27 2006
Return-Path: <mailcenter340966@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 27939 invoked from network); 28 Mar 2006 04:56:12 -0600
Received: from vm-181-69.vm-mail.com (206.82.181.69)
  by itdidnotendright.com with SMTP; 28 Mar 2006 04:56:12 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-69.vm-mail.com with SMTP; 28 Mar 2006 04:55:57 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 340966
From: Print Offer <PrintOffer@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340966@vm-rewards.com>
Subject: Introducing our new rubber stamps - pay only s&h
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=154095



 **VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Mar 28 19:23:27 2006
Return-Path: <mailcenter340964@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 29507 invoked from network); 28 Mar 2006 04:56:14 -0600
Received: from vm-180-25.vm-mail.com (206.82.180.25)
   by rcw19190020.com with SMTP; 28 Mar 2006 04:56:13 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-25.vm-mail.com with SMTP; 28 Mar 2006 04:55:57 -0600
X-ClientHost: 1161060640971101161041111012109910110116114097108046099111109
X-MailingID: 340964
From: Print Offer <PrintOffer@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340964@vm-rewards.com>
Subject: Introducing our new rubber stamps - pay only s&h
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Shipping and processing  product

upgrades and photo/logo uploads not

included unless otherwise
specified. Not valid on previous
purchases. See web site for
details.

VistaPrint provides the highest quality, full-color graphic design and
printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may contact us
in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=154095



**VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Mar 28 09:35:59 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter340964@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 18432 invoked from network); 28 Mar 2006 04:42:13 -0600
Received: from vm-181-20.vm-mail.com (206.82.181.20)
  by gordonworks.com with SMTP; 28 Mar 2006 04:42:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-20.vm-mail.com with SMTP; 28 Mar 2006 04:42:01 -0600
X-ClientHost: 10611111006410609712110709712111511212108097099101046099111109
X-MailingID: 340964
From: Print Offer <PrintOffer@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340964@vm-rewards.com>
Subject: Introducing our new rubber stamps - pay only s&h
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,HTML_IMAGE_RATIO_04,
        HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=154095





**VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Mar 16 15:18:57 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340046@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 20352 invoked from network); 15 Mar 2006 12:13:43 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by gordonworks.com with SMTP; 15 Mar 2006 12:13:43 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 15 Mar 2006 12:13:32 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 340046
From: Print Offer <PrintOffer@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340046@vm-rewards.com>
Subject: Hurry, only 5000 can get this double offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



not included unless otherwise
specified. Not valid on previous
purchases. See web site for
details.

VistaPrint provides the highest quality, full-color graphic design and
printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may contact
us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
PPP=118892



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Mar 16 15:08:19 2006
X-Persona: <Jay>
Return-Path: <mailcenter340046@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 9924 invoked from network); 15 Mar 2006 12:28:24 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by gnwalpha.org with SMTP; 15 Mar 2006 12:28:22 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 15 Mar 2006 12:28:09 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 340046
From: Print Offer <PrintOffer@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340046@vm-rewards.com>
Subject: Hurry, only 5000 can get this double offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Shipping and processing, product

upgrades and photo/logo uploads

not included unless otherwise
specified. Not valid on previous
purchases. See web site for
details.

VistaPrint provides the highest quality, full-color graphic design and
printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may contact
us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
PPP=118892



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Mar 15 12:19:44 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter340046@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 18822 invoked from network); 15 Mar 2006 12:28:41 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by anthonycentral.com with SMTP; 15 Mar 2006 12:28:37 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 15 Mar 2006 12:28:09 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 340046
From: Print Offer <PrintOffer@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340046@vm-rewards.com>
Subject: Hurry, only 5000 can get this double offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,HTML_IMAGE_RATIO_04,
       HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
       MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



not included unless otherwise
specified. Not valid on previous
purchases. See web site for
details.

VistaPrint provides the highest quality, full-color graphic design and
printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may contact
us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
PPP=118892



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 02 17:13:35 2006
X-Persona: <Jay>
Return-Path: <mailcenter340964@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 19008 invoked from network); 28 Mar 2006 04:42:14 -0600
Received: from vm-181-52.vm-mail.com (206.82.181.52)
   by jaycelia.com with SMTP; 28 Mar 2006 04:42:14 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-52.vm-mail.com with SMTP; 28 Mar 2006 04:42:01 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 340964
From: Print Offer <PrintOffer@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340964@vm-rewards.com>
Subject: Introducing our new rubber stamps - pay only s&h
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.1 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=154095


 **VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Feb 08 22:06:35 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter337600@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 11808 invoked from network); 8 Feb 2006 15:33:34 -0600
Received: from vm-181-75.vm-mail.com (206.82.181.75)
  by gnwalpha.org with SMTP; 8 Feb 2006 15:33:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-75.vm-mail.com with SMTP; 08 Feb 2006 15:33:19 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 337600
From: Print Offers <PrintOffers@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337600@vm-rewards.com>
Subject: *****SPAM***** Try our new rubber stamps on us - pay only s&h
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
        *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link







Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
PPP = 154123


**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**


**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 30 16:03:47 2006
X-Persona: <RCW>
Return-Path: <mailcenter335734@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 27267 invoked from network); 19 Jan 2006 18:51:16 -0600
Received: from vm-182-168.vm-mail.com (206.82.182.168)
   by itdidnotendright.com with SMTP; 19 Jan 2006 18:51:15 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-168.vm-mail.com with SMTP; 19 Jan 2006 18:51:04 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 335734
From: Print Offers <PrintOffers@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335734@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards **Free** right now.

Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices! VistaPrint has served more than 5,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary: VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421 ppp=83273

---



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**



**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 30 15:55:07 2006
X-Persona: <RCW>
Return-Path: <mailcenter334126@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 25794 invoked from network); 4 Jan 2006 15:30:59 -0600
Received: from vm-180-161.vm-mail.com (206.82.180.161)
  by celiajay.com with SMTP; 4 Jan 2006 15:30:58 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-161.vm-mail.com with SMTP; 04 Jan 2006 15:30:47 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 334126
From: Print Offers <PrintOffers@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334126@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 5,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101731

---

VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 24 18:04:04 2006
X-Persona: <Mila>
Return-Path: <mailcenter335734@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 8865 invoked from network); 19 Jan 2006 18:01:26 -0600
Received: from vm-182-95.vm-mail.com (206.82.182.95)
  by omniinnovations.com with SMTP; 19 Jan 2006 18:01:22 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-95.vm-mail.com with SMTP; 19 Jan 2006 18:01:09 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 335734
From: Print Offers <PrintOffers@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335734@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.0 required=7.0 tests=DATE_MISSING,HTML_60_70,
       HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards **Free** right now.

Shipping and processing, product upgrades and photo/logo uploads not

included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 5,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421 ppp=83273

---



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Jan 22 12:12:40 2006
Return-Path: <mailcenter335738@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 7040 invoked from network); 19 Jan 2006 17:47:21 -0600
Received: from vm-182-55.vm-mail.com (206.82.182.55)
  by itdidnotendright.com with SMTP; 19 Jan 2006 17:47:21 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-55.vm-mail.com with SMTP; 19 Jan 2006 17:47:08 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 335738
From: Print Offers <PrintOffers@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335738@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_IMAGE_ONLY_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards **Free** right now.

Shipping and processing, product upgrades and photo/logo uploads not

included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.


VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 5,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421 ppp=83273

---



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**


**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Jan 22 12:12:40 2006
Return-Path: <mailcenter335738@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 7937 invoked from network); 19 Jan 2006 17:47:23 -0600
Received: from vm-182-55.vm-mail.com (206.82.182.55)
  by itdidnotendright.com with SMTP; 19 Jan 2006 17:47:22 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-55.vm-mail.com with SMTP; 19 Jan 2006 17:47:08 -0600
X-ClientHost:
0991041170991070640971101161041111012109910111011611409710804609911109
X-MailingID: 335738
From: Print Offers <PrintOffers@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335738@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_IMAGE_ONLY_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards **Free** right now.

Shipping and processing, product upgrades and photo/logo uploads not

included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 5,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421 ppp=83273

---



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Jan 22 12:12:40 2006
Return-Path: <mailcenter335738@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 8517 invoked from network); 19 Jan 2006 17:47:23 -0600
Received: from vm-182-55.vm-mail.com (206.82.182.55)
  by itdidnotendright.com with SMTP; 19 Jan 2006 17:47:23 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-55.vm-mail.com with SMTP; 19 Jan 2006 17:47:08 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 335738
From: Print Offers <PrintOffers@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335738@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=BAYES_44,DATE_MISSING,
       HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
       HTML_IMAGE_ONLY_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
       autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards **Free** right now.

Shipping and processing, product upgrades and photo/logo uploads not

included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.


VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 5,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421 ppp=83273

---



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Jan 22 12:12:40 2006
Return-Path: <mailcenter335738@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 9123 invoked from network); 19 Jan 2006 17:47:25 -0600
Received: from vm-182-55.vm-mail.com (206.82.182.55)
  by itdidnotendright.com with SMTP; 19 Jan 2006 17:47:24 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-55.vm-mail.com with SMTP; 19 Jan 2006 17:47:08 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 335738
From: Print Offers <PrintOffers@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335738@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_IMAGE_ONLY_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards Free right now.

Shipping and processing, product upgrades and photo/logo uploads not

included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 5,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421 ppp=83273

---



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Jan 22 12:12:40 2006
Return-Path: <mailcenter335738@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 11747 invoked from network); 19 Jan 2006 17:47:33 -0600
Received: from vm-182-55.vm-mail.com (206.82.182.55)
   by itdidnotendright.com with SMTP; 19 Jan 2006 17:47:31 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-55.vm-mail.com with SMTP; 19 Jan 2006 17:47:08 -0600
X-ClientHost: 11610606409711011610411110121099101110116114097108046099111109
X-MailingID: 335738
From: Print Offers <PrintOffers@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335738@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
        HTML_IMAGE_ONLY_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 5,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421 ppp=83273

---



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**



**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Jan 21 23:14:54 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter335734@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 4453 invoked from network); 19 Jan 2006 17:59:28 -0600
Received: from vm-182-114.vm-mail.com (206.82.182.114)
  by gnwalpha.org with SMTP; 19 Jan 2006 17:59:27 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-114.vm-mail.com with SMTP; 19 Jan 2006 17:59:15 -0600
X-ClientHost:
10610510906410511610010510011011111610111101001141051031041160460991111 09
X-MailingID: 335734
From: Print Offers <PrintOffers@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335734@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards **Free** right now.

Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 5,000,000 customers worldwide.

   The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421 ppp=83273

---


**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**


**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Jan 21 18:02:35 2006
X-Persona: <Jay>
Return-Path: <mailcenter335734@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 9857 invoked from network); 19 Jan 2006 18:01:29 -0600
Received: from vm-182-63.vm-mail.com (206.82.182.63)
  by xj4x4.net with SMTP; 19 Jan 2006 18:01:27 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-63.vm-mail.com with SMTP; 19 Jan 2006 18:01:15 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 335734
From: Print Offers <PrintOffers@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335734@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.0 required=7.0 tests=DATE_MISSING,HTML_60_70,
    HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
    HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
    autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards **Free** right now.

Shipping and processing, product upgrades and photo/logo uploads not

included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.


VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 5,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421 ppp=83273

---



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Jan 21 16:45:31 2006
X-Persona: <Celia>
Return-Path: <mailcenter335734@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 5413 invoked from network); 19 Jan 2006 18:07:40 -0600
Received: from vm-177-7.vm-mail.com (206.82.177.7)
  by anthonycentral.com with SMTP; 19 Jan 2006 18:07:40 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-7.vm-mail.com with SMTP; 19 Jan 2006 18:07:25 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 335734
From: Print Offers <PrintOffers@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335734@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.0 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards Free right now.

Shipping and processing, product upgrades and photo/logo uploads not

included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 5,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421 ppp=83273

---



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

From ???@??? Sat Jan 21 16:45:20 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter335734@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 4453 invoked from network); 19 Jan 2006 17:59:28 -0600
Received: from vm-182-114.vm-mail.com (206.82.182.114)
  by gnwalpha.org with SMTP; 19 Jan 2006 17:59:27 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-114.vm-mail.com with SMTP; 19 Jan 2006 17:59:15 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 335734
From: Print Offers <PrintOffers@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335734@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards **Free** right now.

Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 5,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421 ppp=83273

---

**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Jan 21 10:14:39 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter335734@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 10051 invoked from network); 19 Jan 2006 18:01:29 -0600
Received: from vm-182-116.vm-mail.com (206.82.182.116)
  by jaykaysplace.com with SMTP; 19 Jan 2006 18:01:28 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-116.vm-mail.com with SMTP; 19 Jan 2006 18:01:16 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 335734
From: Print Offers <PrintOffers@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335734@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.0 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards **Free** right now.

Shipping and processing, product upgrades and photo/logo uploads not

included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.


VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 5,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421 ppp=83273

---



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Jan 07 20:10:06 2006
Return-Path: <mailcenter334126@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 18721 invoked from network); 4 Jan 2006 14:55:10 -0600
Received: from vm-182-68.vm-mail.com (206.82.182.68)
  by itdidnotendright.com with SMTP; 4 Jan 2006 14:55:09 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-68.vm-mail.com with SMTP; 04 Jan 2006 14:54:52 -0600
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 334126
From: Print Offers <PrintOffers@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334126@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
        HTML_IMAGE_ONLY_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
        autolearn=no version=2.63
```



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards FREE right now.

Shipping and processing, product upgrades and photo/logo uploads not

included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 5,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101731

---

VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421

If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 07 20:10:06 2006
Return-Path: <mailcenter334126@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 20163 invoked from network); 4 Jan 2006 14:55:11 -0600
Received: from vm-182-68.vm-mail.com (206.82.182.68)
  by itdidnotendright.com with SMTP; 4 Jan 2006 14:55:11 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-68.vm-mail.com with SMTP; 04 Jan 2006 14:54:52 -0600
X-ClientHost:
11509711010012106409711011610411111012109910111011611409710804609911109
X-MailingID: 334126
From: Print Offers <PrintOffers@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334126@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
        HTML_IMAGE_ONLY_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
        autolearn=no version=2.63
```



included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 5,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101731

---

VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421

If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 07 20:10:05 2006
Return-Path: <mailcenter334125@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 2240 invoked from network); 4 Jan 2006 14:53:59 -0600
Received: from vm-177-9.vm-mail.com (206.82.177.9)
  by gordonworks.com with SMTP; 4 Jan 2006 14:53:57 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-9.vm-mail.com with SMTP; 04 Jan 2006 14:53:44 -0600
X-ClientHost:
10010111909712111010106409711011610411110121099101110116114097108046099111109
X-MailingID: 334125
From: Print Offers <PrintOffers@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334125@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_IMAGE_ONLY_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
      autolearn=no version=2.63
```



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards **FREE** right now.

Shipping and processing, product upgrades and photo/logo uploads not

included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.


VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 5,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101731

---

VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421

If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 07 20:10:05 2006
Return-Path: <mailcenter334125@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 8195 invoked from network); 4 Jan 2006 14:54:01 -0600
Received: from vm-177-9.vm-mail.com (206.82.177.9)
  by gordonworks.com with SMTP; 4 Jan 2006 14:54:00 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-9.vm-mail.com with SMTP; 04 Jan 2006 14:53:44 -0600
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 334125
From: Print Offers <PrintOffers@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334125@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
        HTML_IMAGE_ONLY_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
        autolearn=no version=2.63
```



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards FREE right now.

Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise

specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 5,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101731

---



VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421



If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 07 20:10:05 2006
Return-Path: <mailcenter334126@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 16545 invoked from network); 4 Jan 2006 14:55:07 -0600
Received: from vm-182-68.vm-mail.com (206.82.182.68)
  by itdidnotendright.com with SMTP; 4 Jan 2006 14:55:05 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-68.vm-mail.com with SMTP; 04 Jan 2006 14:54:52 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 334126
From: Print Offers <PrintOffers@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334126@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_IMAGE_ONLY_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
      autolearn=no version=2.63
```



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards **FREE** right now.

Shipping and processing, product upgrades and photo/logo uploads not

included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 5,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101731

VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421

If you can not see our footer image, please visit here.

```
From ???@??? Fri Jan 06 15:27:31 2006
X-Persona: <Celia>
Return-Path: <mailcenter334126@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 25826 invoked from network); 4 Jan 2006 15:01:28 -0600
Received: from vm-177-40.vm-mail.com (206.82.177.40)
  by xj4x4.net with SMTP; 4 Jan 2006 15:01:26 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-40.vm-mail.com with SMTP; 04 Jan 2006 15:01:12 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 334126
From: Print Offers <PrintOffers@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334126@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.0 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
```



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards **FREE** right now.

Shipping and processing, product upgrades and photo/logo uploads not

included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 5,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101731

---

VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421

If you can not see our footer image, please visit here.

```
From ???@??? Fri Jan 06 15:27:12 2006
X-Persona: <Jay>
Return-Path: <mailcenter334125@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 8389 invoked from network); 4 Jan 2006 14:59:25 -0600
Received: from vm-181-116.vm-mail.com (206.82.181.116)
  by jammtomm.com with SMTP; 4 Jan 2006 14:59:20 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-116.vm-mail.com with SMTP; 04 Jan 2006 14:59:06 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 334125
From: Print Offers <PrintOffers@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334125@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.0 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
```



included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.


VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 5,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101731

---



 VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421



If you can not see our footer image, please visit here.

```
From ???@??? Fri Jan 06 15:26:12 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter334@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 5986 invoked from network); 4 Jan 2006 14:52:24 -0600
Received: from vm-180-22.vm-mail.com (206.82.180.22)
  by omniinnovations.com with SMTP; 4 Jan 2006 14:52:24 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-22.vm-mail.com with SMTP; 04 Jan 2006 14:52:11 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 334126
From: Print Offers <PrintOffers@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334126@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards **FREE** right now.

Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 5,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101731

---



VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421



If you can not see our footer image, please visit here.

```
From ???@??? Thu Jan 05 19:28:20 2006
X-Persona: <Mila>
Return-Path: <mailcenter334126@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 21508 invoked from network); 4 Jan 2006 19:46:23 -0600
Received: from vm-180-159.vm-mail.com (206.82.180.159)
  by jaykaysplace.com with SMTP; 4 Jan 2006 19:46:23 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-159.vm-mail.com with SMTP; 04 Jan 2006 14:53:15 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 334126
From: Print Offers <PrintOffers@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334126@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.0 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
```



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards **FREE** right now.

Shipping and processing, product upgrades and photo/logo uploads not

included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 5,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101731

---

VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421

If you can not see our footer image, please visit here.

```
From ???@??? Thu Jan 05 14:51:42 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter334125@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 8161 invoked from network); 4 Jan 2006 14:59:25 -0600
Received: from vm-181-115.vm-mail.com (206.82.181.115)
  by jammtomm.com with SMTP; 4 Jan 2006 14:59:20 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-115.vm-mail.com with SMTP; 04 Jan 2006 14:59:06 -0600
X-ClientHost: 1061111100641060971211707097121115112108097099101046099111109
X-MailingID: 334125
From: Print Offers <PrintOffers@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334125@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.0 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
```



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards **FREE** right now.

Shipping and processing, product upgrades and photo/logo uploads not

included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 5,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101731

---

VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421

If you can not see our footer image, please visit here.

From ???@??? Wed Feb 15 09:09:35 2006
X-Persona: <Jay>
Return-Path: <mailcenter337600@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 11968 invoked from network); 8 Feb 2006 15:33:34 -0600
Received: from vm-181-88.vm-mail.com (206.82.181.88)
  by itdidnotendright.com with SMTP; 8 Feb 2006 15:33:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-88.vm-mail.com with SMTP; 08 Feb 2006 15:33:19 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 337600
From: Print Offers <PrintOffers@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337600@vm-rewards.com>
Subject: *****SPAM***** Try our new rubber stamps on us - pay only s&h
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
        *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset


Images not loading? View this offer by visiting this link







Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
PPP = 154123



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**



**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Jul 06 16:23:31 2005
X-Persona: <Katie>
Return-Path: <mailcenter327057@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 06 Jul 2005 11:31:49 -0600
From: Printer Ink <PrinterInk@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Save up to 92% off your printer ink
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.7 required=3.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,SAVE_UP_TO,SAVINGS,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42CC1585.9009A8ED"
```

```
Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2930&e=katie@ehahome.com
  URI:http://ogy.cc/mubnd.gif
  URI:http://redirect.virtumundo.com/bt?m27057&e=katie@ehahome.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.7 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 0.4 SAVINGS                Subject talks about savings
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 SAVE_UP_TO             BODY: Save Up To
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 3682 invoked from network); 6 Jul 2005 11:31:48 -0600
Received: from vm-177-70.vm-mail.com (206.82.177.70)
  by celiajay.com with SMTP; 6 Jul 2005 11:31:48 -0600
```

```
Received: from vm-mail.com (192.168.3.20)
  by vm-177-70.vm-mail.com with SMTP; 06 Jul 2005 17:31:43 +0000
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 327057
From: Printer Ink <PrinterInk@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+327057@vm-rewards.com>
Subject: Save up to 92% off your printer ink
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Save up to 92%
o.htm"
```

From ???@??? Wed Jul 06 16:23:31 2005
X-Persona: <Katie>
Return-Path: <mailcenter327057@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 06 Jul 2005 11:31:49 -0600
From: Printer Ink <PrinterInk@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Save up to 92% off your printer ink
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.7 required=3.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,SAVE_UP_TO,SAVINGS,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42CC1585.9009A8ED"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2930&e=katie@ehahome.com
  URI:http://ogy.cc/mubnd.gif
  URI:http://redirect.virtumundo.com/bt?m27057&e=katie@ehahome.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.7 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 0.4 SAVINGS                Subject talks about savings
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 SAVE_UP_TO             BODY: Save Up To
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 3682 invoked from network); 6 Jul 2005 11:31:48 -0600
Received: from vm-177-70.vm-mail.com (206.82.177.70)
  by celiajay.com with SMTP; 6 Jul 2005 11:31:48 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-177-70.vm-mail.com with SMTP; 06 Jul 2005 17:31:43 +0000
X-ClientHost: 1070971161051010641011040971041111091010460991111109
X-MailingID: 327057
From: Printer Ink <PrinterInk@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+327057@vm-rewards.com>
Subject: Save up to 92% off your printer ink
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Save up to 92%
o.htm"
```

```
From ???@??? Wed Oct 15 23:41:27 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <216616-27448>; Thu, 16 Oct
2003 02:24:46 -0400
Received: from vm094.vmadmin.com ([216.64.222.94]) by ams.ftl.affinity.com
with ESMTP id <216611-27453>; Thu, 16 Oct 2003 02:24:01 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm094.vmadmin.com with SMTP; 16 Oct 2003 01:23:59 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 165002
From: Printing Offer <BusinessCardsNow165002@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+165002@virtumundo.com>
Subject: Get 250 Free Full Color Business Cards
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct16.022401-0400_edt.216611-27453+6162@ams.ftl.affinity.com>
Date:Thu, 16 Oct 2003 02:24:01 -0400
```



• **Save Time:** create and or
card online w
advanced web
from 30 pre-f
designs.

• **Save Money:**
expensive sof
buy. No paper
Cards of simi
can cost up t
($CAN 129.00)

• **Boost Your**
**Image:** Impres
with state-of
printing and
lb. card stoc

• **Assume No R**
satisfaction
business card
guaranteed.





```
      VistaPrint provides the highest quality,
                 full-color printing
    at the lowest prices -- guaranteed! VistaPrint is
                      a Top 20
    e-commerce retailer, serving more than 2,500,000
                     customers.
```

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Oct 15 23:41:27 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <216604-27446>; Thu, 16 Oct 2003 02:24:46 -0400
Received: from vm094.vmadmin.com ([216.64.222.94]) by ams.ftl.affinity.com
with ESMTP id <216117-27449>; Thu, 16 Oct 2003 02:24:01 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm094.vmadmin.com with SMTP; 16 Oct 2003 01:23:59 -0500
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 165002
From: Printing Offer <BusinessCardsNow165002@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+165002@virtumundo.com>
Subject: Get 250 Free Full Color Business Cards
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct16.022401-0400_edt.216117-27449+5841@ams.ftl.affinity.com>
Date:Thu, 16 Oct 2003 02:24:00 -0400
```



- **Save Time:** C
create and or
card online w
advanced web
from 30 pre-f
designs.

- **Save Money:**
expensive sof
buy. No paper
Cards of simi
can cost up t
($CAN 129.00)

- **Boost Your**
**Image:** Impres
with state-of
printing and
lb. card stoc

- **Assume No R**
satisfaction
business card
guaranteed.



```
     VistaPrint provides the highest quality,
               full-color printing
   at the lowest prices -- guaranteed! VistaPrint is
                    a Top 20
   e-commerce retailer, serving more than 2,500,000
                    customers.
```

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Oct 15 23:42:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216493-27454>; Thu, 16 Oct 2003 02:24:46 -0400
Received: from vm094.vmadmin.com ([216.64.222.94]) by ams.ftl.affinity.com
with ESMTP id <216609-27455>; Thu, 16 Oct 2003 02:24:01 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm094.vmadmin.com with SMTP; 16 Oct 2003 01:23:59 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 165002
From: Printing Offer <BusinessCardsNow165002@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+165002@virtumundo.com>
Subject: Get 250 Free Full Color Business Cards
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct16.022401-0400_edt.216609-27455+6112@ams.ftl.affinity.com>
Date:Thu, 16 Oct 2003 02:24:00 -0400
```



• **Save Time:** create and order card online w advanced web from 30 pre-f designs.

• **Save Money:** expensive sof buy. No paper Cards of simi can cost up t ($CAN 129.00)

• **Boost Your Image:** Impres with state-of printing and lb. card stoc

• **Assume No R** satisfaction business card guaranteed.





```
          VistaPrint provides the highest quality,
                     full-color printing
       at the lowest prices -- guaranteed! VistaPrint is
                          a Top 20
       e-commerce retailer, serving more than 2,500,000
                         customers.
```

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Oct 15 23:41:27 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216612-27447>; Thu, 16 Oct 2003 02:24:46 -0400
Received: from vm094.vmadmin.com ([216.64.222.94]) by ams.ftl.affinity.com
with ESMTP id <216412-27446>; Thu, 16 Oct 2003 02:24:01 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm094.vmadmin.com with SMTP; 16 Oct 2003 01:23:59 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 165002
From: Printing Offer <BusinessCardsNow165002@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+165002@virtumundo.com>
Subject: Get 250 Free Full Color Business Cards
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct16.022401-0400_edt.216412-27446+6319@ams.ftl.affinity.com>
Date:Thu, 16 Oct 2003 02:24:00 -0400
```



• **Save Time:** create and or
card online w
advanced web
from 30 pre-f
designs.

• **Save Money:**
expensive sof
buy. No paper
Cards of simi
can cost up t
($CAN 129.00)

• **Boost Your**
**Image:** Impres
with state-of
printing and
lb. card stoc

• **Assume No R**
satisfaction
business card
guaranteed.





```
        VistaPrint provides the highest quality,
                   full-color printing
    at the lowest prices -- guaranteed! VistaPrint is
                      a Top 20
     e-commerce retailer, serving more than 2,500,000
                     customers.
```

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Oct 16 09:17:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <212649-27456>; Thu, 16 Oct 2003 03:29:36 -0400
Received: from vm158.vmadmin.com ([216.64.222.158]) by ams.ftl.affinity.com
with ESMTP id <212662-27448>; Thu, 16 Oct 2003 03:28:54 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm158.vmadmin.com with SMTP; 16 Oct 2003 02:28:50 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 165002
From: Printing Offer <BusinessCardsNow165002@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Printing Offer <BusinessCardsNow165002@replies.virtumundo.com>
Subject: Get 250 Free Full Color Business Cards
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct16.032854-0400_edt.212662-27448+6797@ams.ftl.affinity.com>
Date:Thu, 16 Oct 2003 03:28:54 -0400
```







```
        VistaPrint provides the highest quality,
                    full-color printing
      at the lowest prices -- guaranteed! VistaPrint is
                       a Top 20
        e-commerce retailer, serving more than 2,500,000
                       customers.
```

---

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Nov 10 07:37:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217720-18637>; Mon, 10 Nov
2003 08:15:08 -0500
Received: from vm118.vmadmin.com ([216.64.222.118]) by ams.ftl.affinity.com
with ESMTP id <219700-18636>; Mon, 10 Nov 2003 08:14:24 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm118.vmadmin.com with SMTP; 10 Nov 2003 07:14:17 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 195505
From: Printing Offer <BusinessCardsNow195505@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Printing Offer <BusinessCardsNow195505@replies.virtumundo.com>
Subject: We are giving away color business cards
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov10.081424-0500_est.219700-18636+11041@ams.ftl.affinity.com>
Date:Mon, 10 Nov 2003 08:14:24 -0500
```



Everybody's talking about it.
2,000,000 people have cashed in on it!

OK, here's a second chance
to grab it.

Order 250 professionally printed,
full-color business cards free right
now. This gift is worth 85 bucks. No
kidding!



You Snooze, You Lose.

VistaPrint provides the highest
quality, full-color printing at the
lowest prices - guaranteed! VistaPrint
is a Top 20 e-commerce vendor.



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Nov 10 07:37:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <215886-18649>; Mon, 10 Nov 2003 08:15:08 -0500
Received: from vm118.vmadmin.com ([216.64.222.118]) by ams.ftl.affinity.com
with ESMTP id <219677-18638>; Mon, 10 Nov 2003 08:14:24 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm118.vmadmin.com with SMTP; 10 Nov 2003 07:14:17 -0600
X-ClientHost:
106097109105108097064103111141001111101191111141071150460991111109
X-MailingID: 195505
From: Printing Offer <BusinessCardsNow195505@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Printing Offer <BusinessCardsNow195505@replies.virtumundo.com>
Subject: We are giving away color business cards
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov10.081424-0500_est.219677-18638+11239@ams.ftl.affinity.com>
Date:Mon, 10 Nov 2003 08:14:23 -0500
```



Everybody's talking about it.
2,000,000 people have cashed in on it!

OK, here's a second chance
to grab it.

Order 250 professionally printed,
full-color business cards free right
now. This gift is worth 85 bucks. No
kidding!





You Snooze, You Lose.

VistaPrint provides the highest
quality, full-color printing at the
lowest prices - guaranteed! VistaPrint
is a Top 20 e-commerce vendor.

**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Nov 10 07:37:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219263-18635>; Mon, 10 Nov 2003 08:15:08 -0500
Received: from vm118.vmadmin.com ([216.64.222.118]) by ams.ftl.affinity.com
with ESMTP id <219674-18633>; Mon, 10 Nov 2003 08:14:24 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm118.vmadmin.com with SMTP; 10 Nov 2003 07:14:17 -0600
X-ClientHost: 106097109101115064103111114100111101191111141071150460991111109
X-MailingID: 195505
From: Printing Offer <BusinessCardsNow195505@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Printing Offer <BusinessCardsNow195505@replies.virtumundo.com>
Subject: We are giving away color business cards
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov10.081424-0500_est.219674-18633+11453@ams.ftl.affinity.com>
Date:Mon, 10 Nov 2003 08:14:23 -0500
```



Everybody's talking about it.
2,000,000 people have cashed in on it!

OK, here's a second chance
to grab it.

Order 250 professionally printed,
full-color business cards free right
now. This gift is worth 85 bucks. No
kidding!



You Snooze, You Lose.

VistaPrint provides the highest
quality, full-color printing at the
lowest prices - guaranteed! VistaPrint
is a Top 20 e-commerce vendor.



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Nov 10 07:37:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219533-18637>; Mon, 10 Nov 2003 08:15:08 -0500
Received: from vm118.vmadmin.com ([216.64.222.118]) by ams.ftl.affinity.com
with ESMTP id <219664-18638>; Mon, 10 Nov 2003 08:14:24 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm118.vmadmin.com with SMTP; 10 Nov 2003 07:14:17 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 195505
From: Printing Offer <BusinessCardsNow195505@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Printing Offer <BusinessCardsNow195505@replies.virtumundo.com>
Subject: We are giving away color business cards
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov10.081424-0500_est.219664-18638+11238@ams.ftl.affinity.com>
Date:Mon, 10 Nov 2003 08:14:23 -0500
```



Everybody's talking about it.
2,000,000 people have cashed in on it!

OK, here's a second chance
to grab it.

Order 250 professionally printed,
full-color business cards free right
now. This gift is worth 85 bucks. No
kidding!



You Snooze, You Lose.

VistaPrint provides the highest
quality, full-color printing at the
lowest prices - guaranteed! VistaPrint
is a Top 20 e-commerce vendor.



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Nov 10 07:37:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216102-18635>; Mon, 10 Nov 2003 08:15:08 -0500
Received: from vm118.vmadmin.com ([216.64.222.118]) by ams.ftl.affinity.com
with ESMTP id <219693-18649>; Mon, 10 Nov 2003 08:14:24 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm118.vmadmin.com with SMTP; 10 Nov 2003 07:14:17 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 195505
From: Printing Offer <BusinessCardsNow195505@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Printing Offer <BusinessCardsNow195505@replies.virtumundo.com>
Subject: We are giving away color business cards
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov10.081424-0500_est.219693-18649+11349@ams.ftl.affinity.com>
Date:Mon, 10 Nov 2003 08:14:24 -0500
```



Everybody's talking about it.
2,000,000 people have cashed in on it!

OK, here's a second chance
to grab it.

Order 250 professionally printed,
full-color business cards free right
now. This gift is worth 85 bucks. No
kidding!



You Snooze, You Lose.

VistaPrint provides the highest
quality, full-color printing at the
lowest prices - guaranteed! VistaPrint
is a Top 20 e-commerce vendor.



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon May 03 08:20:10 2004
Return-Path: <mailcenter308335@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 8588 invoked by uid 10003); 3 May 2004 13:31:57 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 8585 invoked from network); 3 May 2004 13:31:57 -0000
Received: from unknown (HELO vm109.vmadmin.com) (216.64.222.109)
  by ns48.webmasters.com with SMTP; 3 May 2004 13:31:57 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 03 May 2004 08:40:14 -0500
X-ClientHost:
10609710910510809706410311111410011111019111114107115046099111109
X-MailingID: 308335
From: Printing Offer <GetBusinessCards@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Printing Offer <GetBusinessCards308335@replies.virtumundo.com>
Subject: Color Business Cards for Just the Cost of Shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**We hope this message proved to be a good resource for you. If, for any reason, you do not wish to receive any more messages, simply visit us here or write VistaPrint Limited. \* Canon's Court \* 22 Victoria St. \* Hamilton HM 12 \* Bermuda**



---

Vistaprint Limited, Canon's Court \* 22 Victoria St. \* Hamilton HM 12 \* Bermuda

```
From ???@??? Mon May 03 08:20:10 2004
Return-Path: <mailcenter308335@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 8596 invoked by uid 10003); 3 May 2004 13:31:57 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 8593 invoked from network); 3 May 2004 13:31:57 -0000
Received: from unknown (HELO vm109.vmadmin.com) (216.64.222.109)
  by ns48.webmasters.com with SMTP; 3 May 2004 13:31:57 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 03 May 2004 08:40:14 -0500
X-ClientHost: 10609712106410311114100111110119111114107115046099111109
X-MailingID: 308335
From: Printing Offer <GetBusinessCards@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Printing Offer <GetBusinessCards308335@replies.virtumundo.com>
Subject: Color Business Cards for Just the Cost of Shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**We hope this message proved to be a good resource for you. If, for any reason, you do not wish to receive any more messages, simply visit us here or write VistaPrint Limited. * Canon's Court * 22 Victoria St. * Hamilton HM 12 * Bermuda**



---

Vistaprint Limited, Canon's Court * 22 Victoria St. * Hamilton HM 12 * Bermuda

```
From ???@??? Mon May 03 08:20:10 2004
Return-Path: <mailcenter308335@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 8609 invoked by uid 10003); 3 May 2004 13:31:58 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 8606 invoked from network); 3 May 2004 13:31:57 -0000
Received: from unknown (HELO vm109.vmadmin.com) (216.64.222.109)
  by ns48.webmasters.com with SMTP; 3 May 2004 13:31:57 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 03 May 2004 08:40:14 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 308335
From: Printing Offer <GetBusinessCards@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Printing Offer <GetBusinessCards308335@replies.virtumundo.com>
Subject: Color Business Cards for Just the Cost of Shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**We hope this message proved to be a good resource for you. If, for any reason, you do not wish to receive any more messages, simply visit us here or write VistaPrint Limited. * Canon's Court * 22 Victoria St. * Hamilton HM 12 * Bermuda**



---

Vistaprint Limited, Canon's Court * 22 Victoria St. * Hamilton HM 12 * Bermuda

```
From ???@??? Mon May 03 08:20:10 2004
Return-Path: <mailcenter308335@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 8575 invoked by uid 10003); 3 May 2004 13:31:57 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 8572 invoked from network); 3 May 2004 13:31:56 -0000
Received: from unknown (HELO vm109.vmadmin.com) (216.64.222.109)
  by ns48.webmasters.com with SMTP; 3 May 2004 13:31:56 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 03 May 2004 08:40:14 -0500
X-ClientHost: 10609710910111506410311111410011111101191111141071150460991111109
X-MailingID: 308335
From: Printing Offer <GetBusinessCards@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Printing Offer <GetBusinessCards308335@replies.virtumundo.com>
Subject: Color Business Cards for Just the Cost of Shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**We hope this message proved to be a good resource for you. If, for any reason, you do not wish to receive any more messages, simply visit us here or write VistaPrint Limited. * Canon's Court * 22 Victoria St. * Hamilton HM 12 * Bermuda**



---

Vistaprint Limited, Canon's Court * 22 Victoria St. * Hamilton HM 12 * Bermuda

```
From ???@??? Tue Jun 01 09:53:33 2004
Return-Path: <mailcenter308767@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 12736 invoked by uid 10003); 1 Jun 2004 14:38:51 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 12733 invoked from network); 1 Jun 2004 14:38:51 -0000
Received: from unknown (HELO vm110.vmadmin.com) (216.64.222.110)
  by ns48.webmasters.com with SMTP; 1 Jun 2004 14:38:51 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm110.vmadmin.com with SMTP; 01 Jun 2004 09:38:48 -0500
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 308767
From: Printing Offer <Printing Services@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Printing Offer <Printing Services308767@replies.virtumundo.com>
Subject: Great business cards for just the cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```







**Vistaprint Limited Canon's Court 22 Victoria St. Hamilton HM 12 Bermuda**

```
From ???@??? Tue Jun 01 09:53:33 2004
Return-Path: <mailcenter308767@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 12745 invoked by uid 10003); 1 Jun 2004 14:38:52 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 12742 invoked from network); 1 Jun 2004 14:38:52 -0000
Received: from unknown (HELO vm110.vmadmin.com) (216.64.222.110)
  by ns48.webmasters.com with SMTP; 1 Jun 2004 14:38:52 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm110.vmadmin.com with SMTP; 01 Jun 2004 09:38:48 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 308767
From: Printing Offer <Printing Services@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Printing Offer <Printing Services308767@replies.virtumundo.com>
Subject: Great business cards for just the cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





 **Vistaprint Limited Canon's Court 22 Victoria St. Hamilton HM 12 Bermuda**

```
From ???@??? Tue Jun 01 09:53:33 2004
Return-Path: <mailcenter308767@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 12755 invoked by uid 10003); 1 Jun 2004 14:38:53 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 12752 invoked from network); 1 Jun 2004 14:38:53 -0000
Received: from unknown (HELO vm110.vmadmin.com) (216.64.222.110)
  by ns48.webmasters.com with SMTP; 1 Jun 2004 14:38:53 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm110.vmadmin.com with SMTP; 01 Jun 2004 09:38:48 -0500
X-ClientHost:
106111110097116104097110064103111114100111101191111141071150460991111
09
X-MailingID: 308767
From: Printing Offer <Printing Services@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To:   errors@vmadmin.com
Reply-To: Printing Offer <Printing Services308767@replies.virtumundo.com>
Subject: Great business cards for just the cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





**Vistaprint Limited Canon's Court 22 Victoria St. Hamilton HM 12 Bermuda**

```
From ???@??? Tue Jun 01 09:53:33 2004
Return-Path: <mailcenter308767@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 12728 invoked by uid 10003); 1 Jun 2004 14:38:51 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 12725 invoked from network); 1 Jun 2004 14:38:51 -0000
Received: from unknown (HELO vm110.vmadmin.com) (216.64.222.110)
  by ns48.webmasters.com with SMTP; 1 Jun 2004 14:38:51 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm110.vmadmin.com with SMTP; 01 Jun 2004 09:38:48 -0500
X-ClientHost: 10609710910111506410311111410011111101191111141071150460991111109
X-MailingID: 308767
From: Printing Offer <Printing Services@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Printing Offer <Printing Services308767@replies.virtumundo.com>
Subject: Great business cards for just the cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```






 **Vistaprint Limited Canon's Court 22 Victoria St. Hamilton HM 12 Bermuda**

```
From ???@??? Fri May 12 22:43:41 2006
X-Persona: <Mila>
Return-Path: <mailcenter348348@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 12 May 2006 08:44:43 -0600
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Complimentary business cards -  6 million customers
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.1 required=7.0 tests=BAYES_56,DATE_MISSING,
      HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_DYNABLOCK,RCVD_IN_SBL,RCVD_IN_SORBS autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44649F5B.E89E8117"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(5989&e=mila@jammtomm.com
  visiting this link URI:http://ogy.cc/webinar/Urgency_Webinar_01.gif
  URI:http://ogy.cc/webinar/Urgency_Webinar_02.gif [...]

Content analysis details:   (8.1 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 1.1 HTML_IMAGE_RATIO_04    BODY: HTML has a low ratio of text to image area
 0.0 BAYES_56               BODY: Bayesian spam probability is 56 to 60%
                            [score: 0.5751]
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_50_60             BODY: Message is 50% to 60% HTML
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.1 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                   [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
 2.6 RCVD_IN_DYNABLOCK      RBL: Sent directly from dynamic IP address
                            [206.82.185.81 listed in dnsbl.sorbs.net]
 0.1 RCVD_IN_SORBS          RBL: SORBS: sender is listed in SORBS
                            [206.82.185.81 listed in dnsbl.sorbs.net]
```

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 23683 invoked from network); 12 May 2006 08:44:37 -0600
Received: from vm-185-81.vm-mail.com (206.82.185.81)
  by clrobin.com with SMTP; 12 May 2006 08:44:37 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-81.vm-mail.com with SMTP; 12 May 2006 09:44:34 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 348348
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348348@vm-rewards.com>
Subject: Complimentary business cards -  6 million customers
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM
Complimentary bu.htm"
```

```
From ???@??? Fri May 12 21:07:08 2006
X-Persona: <Jon>
Return-Path: <mailcenter348348@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 30180 invoked from network); 12 May 2006 08:44:54 -0600
Received: from vm-185-96.vm-mail.com (206.82.185.96)
  by itdidnotendright.com with SMTP; 12 May 2006 08:44:54 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-96.vm-mail.com with SMTP; 12 May 2006 09:44:52 -0500
X-ClientHost: 10611111006410609712110709712111511212108097099101046099111109
X-MailingID: 348348
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348348@vm-rewards.com>
Subject: *****SPAM***** Complimentary business cards -  6 million customers
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.9 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,RCVD_IN_SORBS,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      * 0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
      * 0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
      * 2.5 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
      *     [206.82.185.96 listed in dnsbl.sorbs.net]
      * 0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
      *     [206.82.185.96 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link







Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421 116912



This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Fri May 12 21:05:32 2006
X-Persona: <Jay>
Return-Path: <mailcenter348346@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 9856 invoked from network); 12 May 2006 07:45:38 -0600
Received: from vm-185-188.vm-mail.com (206.82.185.188)
  by jaycelia.com with SMTP; 12 May 2006 07:45:37 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-188.vm-mail.com with SMTP; 12 May 2006 08:45:34 -0500
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 348346
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348346@vm-rewards.com>
Subject: *****SPAM***** Get 30 professional digital photo prints on us
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,HTML_50_60,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
        RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
        * 0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *     [206.82.185.188 listed in dnsbl.sorbs.net]
        * 1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        * 0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *     [206.82.185.188 listed in dnsbl.sorbs.net]


Images not loading? View this offer by visiting this link







Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
180190



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here.**
**Please mail questions**
**or comments about this advertisement to:**

**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at**
**913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products**
**and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri May 12 21:04:39 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348346@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 28193 invoked from network); 12 May 2006 07:11:21 -0600
Received: from vm-187-15.vm-mail.com (206.82.187.15)
  by itdidnotendright.com with SMTP; 12 May 2006 07:11:11 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-15.vm-mail.com with SMTP; 12 May 2006 08:11:10 -0500
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 348346
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348346@vm-rewards.com>
Subject: *****SPAM***** Get 30 professional digital photo prints on us
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,HTML_50_60,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
        RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *      [206.82.187.15 listed in dnsbl.sorbs.net]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *      [206.82.187.15 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link







Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices! VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary: VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421 180190



This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Fri May 12 21:04:39 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348346@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 30052 invoked from network); 12 May 2006 07:11:24 -0600
Received: from vm-187-15.vm-mail.com (206.82.187.15)
  by itdidnotendright.com with SMTP; 12 May 2006 07:11:22 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-15.vm-mail.com with SMTP; 12 May 2006 08:11:10 -0500
X-ClientHost:
09910411709910706409711011610411111012109910111011611409710804609911109
X-MailingID: 348346
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348346@vm-rewards.com>
Subject: *****SPAM***** Get 30 professional digital photo prints on us
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,HTML_50_60,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
        RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *      [206.82.187.15 listed in dnsbl.sorbs.net]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *      [206.82.187.15 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link







Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices! VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary: VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421 180190



This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Fri May 12 21:04:39 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348346@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 2945 invoked from network); 12 May 2006 07:11:34 -0600
Received: from vm-187-15.vm-mail.com (206.82.187.15)
  by itdidnotendright.com with SMTP; 12 May 2006 07:11:25 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-15.vm-mail.com with SMTP; 12 May 2006 08:11:10 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 348346
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348346@vm-rewards.com>
Subject: *****SPAM***** Get 30 professional digital photo prints on us
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,HTML_50_60,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
        RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *     [206.82.187.15 listed in dnsbl.sorbs.net]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *     [206.82.187.15 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link







Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices! VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
180190



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Fri May 12 21:04:39 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348346@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 4224 invoked from network); 12 May 2006 07:11:36 -0600
Received: from vm-187-15.vm-mail.com (206.82.187.15)
  by itdidnotendright.com with SMTP; 12 May 2006 07:11:34 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-15.vm-mail.com with SMTP; 12 May 2006 08:11:10 -0500
X-ClientHost:
11509711010012106409711011610411110121099101110116114097108046099111109
X-MailingID: 348346
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348346@vm-rewards.com>
Subject: *****SPAM***** Get 30 professional digital photo prints on us
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
      RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
      *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
      *      [206.82.187.15 listed in dnsbl.sorbs.net]
      *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
      *      [206.82.187.15 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link







Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices! VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
180190



This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products
and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Fri May 12 21:04:39 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348346@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 6471 invoked from network); 12 May 2006 07:11:40 -0600
Received: from vm-187-15.vm-mail.com (206.82.187.15)
  by itdidnotendright.com with SMTP; 12 May 2006 07:11:37 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-15.vm-mail.com with SMTP; 12 May 2006 08:11:10 -0500
X-ClientHost: 1161060640971101161041111012109910111011611409710804609911109
X-MailingID: 348346
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348346@vm-rewards.com>
Subject: *****SPAM***** Get 30 professional digital photo prints on us
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
      RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
      *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
      *      [206.82.187.15 listed in dnsbl.sorbs.net]
      *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
      *      [206.82.187.15 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link







Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices! VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary: VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
180190



This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Fri May 12 21:01:50 2006
X-Persona: <Celia>
Return-Path: <mailcenter348348@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 12897 invoked from network); 12 May 2006 08:57:47 -0600
Received: from vm-185-91.vm-mail.com (206.82.185.91)
  by gordonworks.com with SMTP; 12 May 2006 08:57:44 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-91.vm-mail.com with SMTP; 12 May 2006 09:57:24 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 348348
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348348@vm-rewards.com>
Subject: *****SPAM***** Complimentary business cards -  6 million customers
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.2 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      * 0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
      * 0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
```

Images not loading? View this offer by visiting this link





Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices! VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary: VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421 116912



This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Wed May 03 09:52:09 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346964@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 28193 invoked from network); 2 May 2006 13:15:06 -0600
Received: from vm-185-105.vm-mail.com (206.82.185.105)
   by rcw19190020.com with SMTP; 2 May 2006 13:15:05 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-105.vm-mail.com with SMTP; 02 May 2006 14:15:03 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 346964
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346964@vm-rewards.com>
Subject: Stop paying for your business cards
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=DATE_MISSING,HTML_60_70,
       HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**

Get 250 FREE Business Cards Now!





Shipping and processing, product upgrades and photo/logo uploads not included unless

otherw ise specified. Not valid on previous
purchases. See w eb site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the low est prices!
VistaPrint has served more than 6,000,000 customers w orldw ide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for
w ebtop graphic design and printing.



This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Wed May 03 09:52:09 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346964@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 29568 invoked from network); 2 May 2006 13:15:08 -0600
Received: from vm-185-105.vm-mail.com (206.82.185.105)
   by rcw19190020.com with SMTP; 2 May 2006 13:15:07 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-105.vm-mail.com with SMTP; 02 May 2006 14:15:03 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 346964
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346964@vm-rewards.com>
Subject: Stop paying for your business cards
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**

Get 250 FREE Business Cards Now!



Shipping and processing, product upgrades
and photo/logo uploads not included unless

otherw ise specified. Not valid on previous
purchases. See w eb site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the low est prices!
VistaPrint has served more than 6,000,000 customers w orldw ide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for
w ebtop graphic design and printing.



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue May 02 20:40:26 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter346964@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 20225 invoked from network); 2 May 2006 13:25:35 -0600
Received: from vm-187-60.vm-mail.com (206.82.187.60)
   by anthonycentral.com with SMTP; 2 May 2006 13:25:34 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-187-60.vm-mail.com with SMTP; 02 May 2006 14:25:31 -0500
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 346964
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346964@vm-rewards.com>
Subject: Stop paying for your business cards
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.3 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_06,
        HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link

Get 250 FREE Business Cards Now!





Shipping and processing, product upgrades
and photo/logo uploads not included unless

otherw ise specified. Not valid on previous
purchases. See w eb site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the low est prices!
VistaPrint has served more than 6,000,000 customers w orldw ide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for
w ebtop graphic design and printing.



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

From ???@??? Sun Apr 16 11:03:04 2006
X-Persona: <Mila>
Return-Path: <mailcenter343426@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 14016 invoked from network); 13 Apr 2006 12:38:03 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by chiefmusician.net with SMTP; 13 Apr 2006 12:38:02 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 13 Apr 2006 13:37:58 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 343426
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343426@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.3 required=7.0 tests=BAYES_60,DATE_MISSING,
       HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
       HTML_IMAGE_ONLY_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63

Images not loading? View this offer by visiting this link



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards Free right now.

Shipping and processing, product upgrades and

photo/logo uploads not
included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 6,000,000 customers worldwide.

 The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101709

---


 **VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 14 21:52:01 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter343426@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 19137 invoked from network); 13 Apr 2006 12:38:15 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by xj4x4.net with SMTP; 13 Apr 2006 12:38:14 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 13 Apr 2006 13:38:12 -0500
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 343426
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343426@vm-rewards.com>
Subject: *****SPAM***** 250 color business cards for just cost of shipping.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=DATE_MISSING,HTML_60_70,
       HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       * 1.0 DATE_MISSING Missing Date: header
       * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       * 0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
       * 0.0 HTML_MESSAGE BODY: HTML included in message
       * 1.1 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
       * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       * 0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
       * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       * 2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

**Images not loading? View this offer by visiting this link**



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's

Order 250 professionally
printed, full-color
business cards **Free** right
now.







Shipping and processing,
product upgrades and
photo/logo uploads not
included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 6,000,000 customers worldwide.

 The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101709

---

**VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 14 16:04:38 2006
X-Persona: <Jay>
Return-Path: <mailcenter343424@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 6089 invoked from network); 13 Apr 2006 22:02:56 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by itdidnotendright.com with SMTP; 13 Apr 2006 22:02:54 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 13 Apr 2006 23:02:48 -0500
X-ClientHost: 1060971210641060971210991011081050970460099111109
X-MailingID: 343424
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343424@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Shipping and processing,

product upgrades and

photo/logo uploads not
included unless otherwise
specified. Not valid on
previous purchases. See
web site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA
02421
101710


**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**


**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 14 16:02:36 2006
X-Persona: <Jon>
Return-Path: <mailcenter343426@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 19137 invoked from network); 13 Apr 2006 12:38:15 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by xj4x4.net with SMTP; 13 Apr 2006 12:38:14 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 13 Apr 2006 13:38:12 -0500
X-ClientHost: 10611111006410609712110709712111511212108097099101046099111109
X-MailingID: 343426
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343426@vm-rewards.com>
Subject: *****SPAM***** 250 color business cards for just cost of shipping.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        * 1.0 DATE_MISSING Missing Date: header
        * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        * 0.0 HTML_MESSAGE BODY: HTML included in message
        * 1.1 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
        * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's

Order 250 professionally
printed, full-color
business cards **Free** right
now.







Shipping and processing,
product upgrades and
photo/logo uploads not
included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 6,000,000 customers worldwide.

 The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101709

---

**VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**

**If you can not see our footer image, please visit here.**

From ???@??? Fri Apr 14 16:02:27 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter343426@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 12803 invoked from network); 13 Apr 2006 12:35:48 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by omniinnovations.com with SMTP; 13 Apr 2006 12:35:47 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 13 Apr 2006 13:35:44 -0500
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 343426
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343426@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

**Images not loading? View this offer by visiting this link**



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards **Free** right now.

Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 6,000,000 customers worldwide.

 The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101709

---



 **VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 14 15:57:55 2006
X-Persona: <Celia>
Return-Path: <mailcenter343424@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 13792 invoked from network); 13 Apr 2006 12:56:57 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by gordonworks.com with SMTP; 13 Apr 2006 12:56:56 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 13 Apr 2006 13:56:55 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 343424
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343424@vm-rewards.com>
Subject: *****SPAM***** 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.9 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link







Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices! VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary: VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
101710





**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 13 14:53:35 2006
Return-Path: <mailcenter343426@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 16162 invoked from network); 13 Apr 2006 13:35:07 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by omniinnovations.com with SMTP; 13 Apr 2006 13:35:05 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 13 Apr 2006 14:34:26 -0500
X-ClientHost:
11509711010012106409711011610411110121099101110116114097108046099111109
X-MailingID: 343426
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343426@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.7 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards **Free** right now.

Shipping and processing, product upgrades and

photo/logo uploads not
included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 6,000,000 customers worldwide.

 The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101709

---


 **VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 13 14:53:02 2006
Return-Path: <mailcenter343424@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 12804 invoked from network); 13 Apr 2006 11:36:27 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by chiefmusician.net with SMTP; 13 Apr 2006 11:36:26 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 13 Apr 2006 12:36:22 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 343424
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343424@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Shipping and processing,

product upgrades and

photo/logo uploads not
included unless otherwise
specified. Not valid on
previous purchases. See
web site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA
02421
101710




**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 13 14:53:02 2006
Return-Path: <mailcenter343424@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 12980 invoked from network); 13 Apr 2006 11:36:28 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by chiefmusician.net with SMTP; 13 Apr 2006 11:36:27 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 13 Apr 2006 12:36:22 -0500
X-ClientHost:
099104117099107064097110116104111101210991011101161140971080460991111109
X-MailingID: 343424
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343424@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Shipping and processing,

product upgrades and

photo/logo uploads not
included unless otherwise
specified. Not valid on
previous purchases. See
web site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA
02421
101710




**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 13 14:53:02 2006
Return-Path: <mailcenter343424@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 13216 invoked from network); 13 Apr 2006 11:36:29 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by chiefmusician.net with SMTP; 13 Apr 2006 11:36:29 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 13 Apr 2006 12:36:22 -0500
X-ClientHost:
1001011190971211101010640971101161041111012109910110116114097108046099111109
X-MailingID: 343424
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343424@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=DATE_MISSING,HTML_60_70,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
       autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Shipping and processing,

product upgrades and

photo/logo uploads not
included unless otherwise
specified. Not valid on
previous purchases. See
web site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA
02421
101710


**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**


**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 13 14:53:02 2006
Return-Path: <mailcenter343424@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 15616 invoked from network); 13 Apr 2006 11:36:31 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by chiefmusician.net with SMTP; 13 Apr 2006 11:36:30 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 13 Apr 2006 12:36:22 -0500
X-ClientHost: 116106064097110116104111101210991011101161140971080460991111109
X-MailingID: 343424
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343424@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Shipping and processing,
product upgrades and

photo/logo uploads not
included unless otherwise

specified. Not valid on
previous purchases. See
web site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA
02421
101710



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 12:53:02 2006
Return-Path: <mailcenter342126@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 29505 invoked from network); 4 Apr 2006 13:51:01 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by xj4x4.net with SMTP; 4 Apr 2006 13:50:52 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 04 Apr 2006 14:50:10 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 342126
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342126@vm-rewards.com>
Subject: Check out our six sample products, limited time
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.7 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards Free right now.

Shipping and processing, product upgrades and

photo/logo uploads not
included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 6,000,000 customers worldwide.

 The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421 ppp=83328

---


 **VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**

**If you can not see our footer image, please visit here.**

From ???@??? Fri Apr 07 12:53:02 2006
Return-Path: <mailcenter342126@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 5763 invoked from network); 4 Apr 2006 13:51:15 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by xj4x4.net with SMTP; 4 Apr 2006 13:51:04 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 04 Apr 2006 14:50:10 -0500
X-ClientHost: 11610606409711011610411110121099101101161140971080460991111109
X-MailingID: 342126
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342126@vm-rewards.com>
Subject: Check out our six sample products, limited time
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.7 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63

Images not loading? View this offer by visiting this link



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards Free right now.

Shipping and processing, product upgrades and photo/logo uploads not

included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 6,000,000 customers worldwide.

 The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421 ppp=83328

---



**VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 12:53:02 2006
Return-Path: <mailcenter342126@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 18372 invoked from network); 4 Apr 2006 13:50:27 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by xj4x4.net with SMTP; 4 Apr 2006 13:50:14 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 04 Apr 2006 14:50:10 -0500
X-ClientHost:
0971101160640971101161041111012109910111011611409710804609911109
X-MailingID: 342126
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342126@vm-rewards.com>
Subject: Check out our six sample products, limited time
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.7 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards Free right now.

Shipping and processing, product upgrades and

photo/logo uploads not
included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 6,000,000 customers worldwide.

 The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421 ppp=83328

---



**VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 12:53:02 2006
Return-Path: <mailcenter342126@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 21344 invoked from network); 4 Apr 2006 13:50:35 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by xj4x4.net with SMTP; 4 Apr 2006 13:50:28 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 04 Apr 2006 14:50:10 -0500
X-ClientHost:
0991041170991070640971101161041111012109910111011611409710804609911109
X-MailingID: 342126
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342126@vm-rewards.com>
Subject: Check out our six sample products, limited time
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.7 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards Free right now.

Shipping and processing, product upgrades and

photo/logo uploads not
included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.


VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 6,000,000 customers worldwide.

 The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421 ppp=83328

---



**VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 12:53:02 2006
Return-Path: <mailcenter342126@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 25088 invoked from network); 4 Apr 2006 13:50:47 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by xj4x4.net with SMTP; 4 Apr 2006 13:50:37 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 04 Apr 2006 14:50:10 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 342126
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342126@vm-rewards.com>
Subject: Check out our six sample products, limited time
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.7 required=7.0 tests=DATE_MISSING,HTML_60_70,
       HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards Free right now.

Shipping and processing, product upgrades and

photo/logo uploads not
included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 6,000,000 customers worldwide.

 The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421 ppp=83328

---

 **VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 06 22:17:13 2006
X-Persona: <Mila>
Return-Path: <mailcenter342126@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 10114 invoked from network); 4 Apr 2006 14:51:40 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by jaykaysplace.com with SMTP; 4 Apr 2006 14:51:39 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 04 Apr 2006 15:51:15 -0500
X-ClientHost: 10910510809706410609710910911611110910904609111109
X-MailingID: 342126
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342126@vm-rewards.com>
Subject: Check out our six sample products, limited time
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.9 required=7.0 tests=BAYES_80,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_IMAGE_ONLY_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards Free right now.

Shipping and processing, product upgrades and

photo/logo uploads not
included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 6,000,000 customers worldwide.

 The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421 ppp=83328

---



**VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**



**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Apr 05 22:42:02 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter342126@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 14849 invoked from network); 4 Apr 2006 14:51:50 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by clrobin.com with SMTP; 4 Apr 2006 14:51:49 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 04 Apr 2006 15:51:43 -0500
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 342126
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342126@vm-rewards.com>
Subject: Check out our six sample products, limited time
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.0 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards Free right now.

Shipping and processing, product upgrades and

photo/logo uploads not
included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 6,000,000 customers worldwide.

 The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421 ppp=83328

---



**VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Apr 04 20:35:03 2006
X-Persona: <Jay>
Return-Path: <mailcenter342126@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 14178 invoked from network); 4 Apr 2006 14:51:49 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by omniinnovations.com with SMTP; 4 Apr 2006 14:51:47 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 04 Apr 2006 15:51:43 -0500
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 342126
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342126@vm-rewards.com>
Subject: Check out our six sample products, limited time
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

**Images not loading? View this offer by visiting this link**



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards Free right now.

Shipping and processing, product upgrades and

photo/logo uploads not
included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 6,000,000 customers worldwide.

 The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421 ppp=83328

---



**VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Apr 04 20:34:46 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter342126@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 8293 invoked from network); 4 Apr 2006 14:08:06 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by jammtomm.com with SMTP; 4 Apr 2006 14:07:59 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 04 Apr 2006 15:07:31 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 342126
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342126@vm-rewards.com>
Subject: Check out our six sample products, limited time
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards Free right now.

Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.



VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 6,000,000 customers worldwide.

 The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421 ppp=83328

---



 **VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Apr 04 20:33:02 2006
X-Persona: <Jon>
Return-Path: <mailcenter342126@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 14849 invoked from network); 4 Apr 2006 14:51:50 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by clrobin.com with SMTP; 4 Apr 2006 14:51:49 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 04 Apr 2006 15:51:43 -0500
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 342126
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342126@vm-rewards.com>
Subject: Check out our six sample products, limited time
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.0 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards Free right now.

Shipping and processing, product upgrades and

photo/logo uploads not
included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 6,000,000 customers worldwide.

 The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421 ppp=83328

---

 **VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Apr 04 20:31:53 2006
X-Persona: <Celia>
Return-Path: <mailcenter342126@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 13761 invoked from network); 4 Apr 2006 15:25:53 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by jammtomm.com with SMTP; 4 Apr 2006 15:25:50 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 04 Apr 2006 16:25:46 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460 99111109
X-MailingID: 342126
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342126@vm-rewards.com>
Subject: *****SPAM***** Check out our six sample products, limited time
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.1 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's

Order 250 professionally
printed, full-color
business cards Free right
now.







Shipping and processing,
product upgrades and
photo/logo uploads not
included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 6,000,000 customers worldwide.

 The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421 ppp=83328

---

**VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Mar 23 09:29:05 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340408@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 13344 invoked from network); 22 Mar 2006 08:18:09 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 22 Mar 2006 08:18:04 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 22 Mar 2006 08:16:48 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 340408
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340408@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.7 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_IMAGE_ONLY_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63


Images not loading? View this offer by visiting this link



Shipping and processing,

product upgrades and
photo/logo uploads not
included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101711

---



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Mar 23 09:29:05 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340410@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 18720 invoked from network); 22 Mar 2006 08:24:46 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by clrobin.com with SMTP; 22 Mar 2006 08:24:38 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 22 Mar 2006 08:24:24 -0600
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 340410
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340410@vm-rewards.com>
Subject: 250 color business cards for just the cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.7 required=7.0 tests=BAYES_44,DATE_MISSING,
       HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
       HTML_IMAGE_ONLY_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards **Free** right now.

Shipping and processing,

product upgrades and
photo/logo uploads not
included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101711

---



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Mar 23 09:29:05 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340410@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 21473 invoked from network); 22 Mar 2006 08:24:50 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by clrobin.com with SMTP; 22 Mar 2006 08:24:47 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 22 Mar 2006 08:24:24 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 340410
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340410@vm-rewards.com>
Subject: 250 color business cards for just the cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.7 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_IMAGE_ONLY_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63


Images not loading? View this offer by visiting this link



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards Free right now.

Shipping and processing,

product upgrades and
photo/logo uploads not
included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101711

---



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Mar 23 09:29:05 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340410@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 23329 invoked from network); 22 Mar 2006 08:24:55 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by clrobin.com with SMTP; 22 Mar 2006 08:24:51 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 22 Mar 2006 08:24:24 -0600
X-ClientHost: 116106064097110116104111101210991011101161140971080460099111109
X-MailingID: 340410
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340410@vm-rewards.com>
Subject: 250 color business cards for just the cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.7 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_IMAGE_ONLY_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards Free right now.

Shipping and processing,

product upgrades and
photo/logo uploads not
included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101711

---


**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Mar 23 09:29:04 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340408@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 6853 invoked from network); 22 Mar 2006 08:18:00 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 22 Mar 2006 08:17:57 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 22 Mar 2006 08:16:48 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 340408
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340408@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.7 required=7.0 tests=BAYES_44,DATE_MISSING,
    HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
    HTML_IMAGE_ONLY_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
    RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63


Images not loading? View this offer by visiting this link



Shipping and processing,

product upgrades and
photo/logo uploads not
included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101711

---



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Mar 23 09:21:42 2006
X-Persona: <Jay>
Return-Path: <mailcenter340408@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 28288 invoked from network); 22 Mar 2006 09:00:34 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by gordonworks.com with SMTP; 22 Mar 2006 09:00:28 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 22 Mar 2006 09:00:16 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 340408
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340408@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.7 required=7.0 tests=DATE_MISSING,HTML_60_70,
     HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
     HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
     RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards **Free** right now.

Shipping and processing,

product upgrades and
photo/logo uploads not
included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101711

---



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Mar 23 09:16:44 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter340410@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 32672 invoked from network); 22 Mar 2006 08:42:48 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by xj4x4.net with SMTP; 22 Mar 2006 08:42:47 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 22 Mar 2006 08:42:34 -0600
X-ClientHost:
1061051090641051161001051001011111610111010011410510310411604609911109
X-MailingID: 340410
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340410@vm-rewards.com>
Subject: 250 color business cards for just the cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards Free right now.

Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web

site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101711

---

 **VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Mar 23 09:16:00 2006
X-Persona: <Celia>
Return-Path: <mailcenter340410@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 6658 invoked from network); 22 Mar 2006 09:03:46 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by gordonworks.com with SMTP; 22 Mar 2006 09:03:44 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 22 Mar 2006 09:03:30 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 340410
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340410@vm-rewards.com>
Subject: *****SPAM***** 250 color business cards for just the cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 1.1 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link







Order 250 professionally printed, full-color business cards **Free** right now.



Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices! VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary: VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101711

---



 **VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Mar 22 13:31:31 2006
X-Persona: <Mila>
Return-Path: <mailcenter340410@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 16705 invoked from network); 22 Mar 2006 08:43:34 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by itdidnotendright.com with SMTP; 22 Mar 2006 08:43:26 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 22 Mar 2006 08:43:10 -0600
X-ClientHost: 10910510809706410609710910911611111091090460991111109
X-MailingID: 340410
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340410@vm-rewards.com>
Subject: 250 color business cards for just the cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.3 required=7.0 tests=BAYES_60,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_IMAGE_ONLY_10,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards Free right now.

Shipping and processing,

product upgrades and
photo/logo uploads not
included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101711

---



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Mar 22 09:30:21 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter340408@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 30882 invoked from network); 22 Mar 2006 09:00:46 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by rcw19190020.com with SMTP; 22 Mar 2006 09:00:40 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 22 Mar 2006 09:00:16 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 340408
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340408@vm-rewards.com>
Subject: *****SPAM***** 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=DATE_MISSING,HTML_60_70,
       HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       * 1.0 DATE_MISSING Missing Date: header
       * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       * 0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
       * 0.0 HTML_MESSAGE BODY: HTML included in message
       * 1.1 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
       * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       * 0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
       * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       * 2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





Order 250 professionally printed, full-color business cards **Free** right now.



Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices! VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary: VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101711



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**



**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Mar 22 07:50:24 2006
X-Persona: <RCW>
Return-Path: <mailcenter340410@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 3489 invoked from network); 22 Mar 2006 08:25:19 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by itdidnotendright.com with SMTP; 22 Mar 2006 08:25:01 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 22 Mar 2006 08:24:46 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 340410
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340410@vm-rewards.com>
Subject: 250 color business cards for just the cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards Free right now.

Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101711

---



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Mar 07 17:17:34 2006
X-Persona: <hum>
Return-Path: <mailcenter338404@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 12065 invoked from network); 17 Feb 2006 07:42:21 -0600
Received: from vm-181-96.vm-mail.com (206.82.181.96)
  by omniinnovations.com with SMTP; 17 Feb 2006 07:42:21 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-96.vm-mail.com with SMTP; 17 Feb 2006 07:42:08 -0600
X-ClientHost: 10411710906410110409710411109101046099111109
X-MailingID: 338404
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338404@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link







Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices!
VistaPrint has served more than 5,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
PPP=115858



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**



**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Mar 01 18:28:32 2006
X-Persona: <Jay>
Return-Path: <mailcenter339104@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 24708 invoked from network); 28 Feb 2006 08:34:17 -0600
Received: from vm-184-101.vm-mail.com (HELO pkc-sb01) (206.82.184.101)
  by clrobin.com with SMTP; 28 Feb 2006 08:34:15 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 28 Feb 2006 08:34:02 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 339104
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339104@vm-rewards.com>
Subject: *****SPAM***** Introducing our new rubber stamps - pay only s&h
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.7 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_12,
      HTML_IMAGE_RATIO_06,HTML_MESSAGE,HTML_TAG_BALANCE_TABLE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.3 HTML_IMAGE_RATIO_06 BODY: HTML has a low ratio of text to image
area
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  1.0 HTML_IMAGE_ONLY_12 BODY: HTML: images with 1000-1200 bytes of
words
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.2 HTML_TAG_BALANCE_TABLE BODY: HTML is missing "table" close tags
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.184.101>]
      *  0.0 CLICK_BELOW Asks you to click below
```

Images not loading? View this offer by visiting this link







Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. VistaPrint's graphic design services are not available with any product discount greater than 25%. Free business cards product offer shown above currently does not expire. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the low est prices!
VistaPrint has served more than 6,000,000 customers w orldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for w ebtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421

PPP=145179



 **VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Mar 01 18:27:49 2006
X-Persona: <Celia>
Return-Path: <mailcenter339106@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 15714 invoked from network); 28 Feb 2006 08:14:27 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by jaycelia.com with SMTP; 28 Feb 2006 08:14:27 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 28 Feb 2006 08:14:14 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 339106
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339106@vm-rewards.com>
Subject: Introducing our new rubber stamps - pay only s&h
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_12,
      HTML_IMAGE_RATIO_06,HTML_MESSAGE,HTML_TAG_BALANCE_TABLE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. VistaPrint's graphic design services are not available with any product discount greater than 25%. Free business cards product offer shown above currently

does not expire. Not valid on
previous purchases. See web site
for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the low est prices!
VistaPrint has served more than 6,000,000 customers w orldw ide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for
w ebtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421

PPP=145180



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Mar 01 18:27:48 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter339106@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 22273 invoked from network); 28 Feb 2006 08:28:44 -0600
Received: from vm-184-101.vm-mail.com (HELO pkc-sb01) (206.82.184.101)
  by jaykaysplace.com with SMTP; 28 Feb 2006 08:28:42 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 28 Feb 2006 08:28:23 -0600
X-ClientHost:
10610510906410511610010510010110111161011101001141051031041160460991111109
X-MailingID: 339106
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339106@vm-rewards.com>
Subject:  Introducing our new rubber stamps - pay only s&h
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link





Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. VistaPrint's graphic design services are not available with any product discount greater than 25%. Free business cards product offer shown above currently does not expire. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the low est prices!
VistaPrint has served more than 6,000,000 customers w orldw ide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for
w ebtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421

PPP=145180



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 28 18:31:11 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter339104@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 24640 invoked from network); 28 Feb 2006 08:34:17 -0600
Received: from vm-184-101.vm-mail.com (HELO pkc-sb01) (206.82.184.101)
  by chiefmusician.net with SMTP; 28 Feb 2006 08:34:16 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 28 Feb 2006 08:34:02 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 339104
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339104@vm-rewards.com>
Subject: *****SPAM***** Introducing our new rubber stamps - pay only s&h
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.7 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_12,
      HTML_IMAGE_RATIO_06,HTML_MESSAGE,HTML_TAG_BALANCE_TABLE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.3 HTML_IMAGE_RATIO_06 BODY: HTML has a low ratio of text to image
area
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  1.0 HTML_IMAGE_ONLY_12 BODY: HTML: images with 1000-1200 bytes of
words
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.2 HTML_TAG_BALANCE_TABLE BODY: HTML is missing "table" close tags
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.184.101>]
      *  0.0 CLICK_BELOW Asks you to click below
```

Images not loading? View this offer by visiting this link







Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. VistaPrint's graphic design services are not available with any product discount greater than 25%. Free business cards product offer shown above currently does not expire. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the low est prices!
VistaPrint has served more than 6,000,000 customers w orldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for w ebtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary: VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421

PPP=145179



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**



**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 28 17:44:53 2006
X-Persona: <Mila>
Return-Path: <mailcenter339106@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
     with SpamAssassin (2.63 2004-01-11);
     Tue, 28 Feb 2006 08:30:17 -0600
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Introducing our new rubber stamps - pay only s&h
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.7 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
     HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_12,
     HTML_IMAGE_RATIO_06,HTML_MESSAGE,HTML_TAG_BALANCE_TABLE,
     HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
     RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44045E79.FDFDCEE4"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9221&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'9221&e=mila@jammtomm.com
  Introducing FREE Rubber Stamps. [...]

Content analysis details:   (8.7 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.3 HTML_IMAGE_RATIO_06    BODY: HTML has a low ratio of text to image area
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 1.0 HTML_IMAGE_ONLY_12     BODY: HTML: images with 1000-1200 bytes of words
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.2 HTML_TAG_BALANCE_TABLE BODY: HTML is missing "table" close tags
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
              [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.184.101>]
 0.0 CLICK_BELOW            Asks you to click below


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.
```

```
Received: (qmail 8995 invoked from network); 28 Feb 2006 08:30:16 -0600
Received: from vm-184-101.vm-mail.com (HELO pkc-sb01) (206.82.184.101)
  by itdidnotendright.com with SMTP; 28 Feb 2006 08:30:16 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 28 Feb 2006 08:30:02 -0600
X-ClientHost: 1091051080970641060971091091161111091090046099111109
X-MailingID: 339106
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339106@vm-rewards.com>
Subject:  Introducing our new rubber stamps - pay only s&h
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM
Introducing our .htm"
```

```
From ???@??? Tue Feb 28 17:31:18 2006
X-Persona: <Mila>
Return-Path: <mailcenter338714@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 14400 invoked from network); 22 Feb 2006 15:05:40 -0600
Received: from vm-181-209.vm-mail.com (206.82.181.209)
  by jaycelia.com with SMTP; 22 Feb 2006 15:05:40 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-209.vm-mail.com with SMTP; 22 Feb 2006 15:05:26 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 338714
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338714@vm-rewards.com>
Subject: Hurry this printing offer won't last, just pay s&h
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Shipping and processing, product

upgrades and photo/logo uploads

not included unless otherwise
specified. Not valid on previous
purchases. See web site for
details.

VistaPrint provides the highest quality, full-color graphic design and
printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may contact
us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=153373



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 28 08:32:47 2006
X-Persona: <RCW>
Return-Path: <mailcenter339102@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 11969 invoked from network); 28 Feb 2006 07:48:43 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by jammtomm.com with SMTP; 28 Feb 2006 07:48:43 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 28 Feb 2006 07:48:29 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 339102
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339102@vm-rewards.com>
Subject: Introducing our new rubber stamps - pay only s&h
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link





Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. VistaPrint's graphic design services are not available with any product discount greater than 25%. Free business cards product offer shown above currently does not expire. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the low est prices!
VistaPrint has served more than 6,000,000 customers w orldw ide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for
w ebtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
PPP=145178



 **VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 28 08:32:47 2006
X-Persona: <RCW>
Return-Path: <mailcenter339106@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 23171 invoked from network); 28 Feb 2006 07:49:56 -0600
Received: from vm-184-101.vm-mail.com (HELO pkc-sb01) (206.82.184.101)
   by rcw19190020.com with SMTP; 28 Feb 2006 07:49:55 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 28 Feb 2006 07:49:41 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 339106
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339106@vm-rewards.com>
Subject:  Introducing our new rubber stamps - pay only s&h
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**





Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. VistaPrint's graphic design services are not available with any product discount greater than 25%. Free business cards product offer shown above currently does not expire. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the low est prices!
VistaPrint has served more than 6,000,000 customers w orldw ide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for
w ebtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421

PPP=145180



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Feb 23 17:55:39 2006
X-Persona: <Jay>
Return-Path: <mailcenter338714@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 23684 invoked from network); 22 Feb 2006 15:05:59 -0600
Received: from vm-181-189.vm-mail.com (206.82.181.189)
   by xj4x4.net with SMTP; 22 Feb 2006 15:05:57 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-189.vm-mail.com with SMTP; 22 Feb 2006 15:05:43 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 338714
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338714@vm-rewards.com>
Subject: Hurry this printing offer won't last, just pay s&h
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,HTML_IMAGE_RATIO_04,
       HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
       MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Shipping and processing, product

upgrades and photo/logo uploads

not included unless otherwise
specified. Not valid on previous
purchases. See web site for
details.

VistaPrint provides the highest quality, full-color graphic design and
printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may contact
us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=153373

**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Feb 23 17:54:04 2006
X-Persona: <Celia>
Return-Path: <mailcenter338712@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 8451 invoked from network); 22 Feb 2006 16:03:01 -0600
Received: from vm-180-170.vm-mail.com (206.82.180.170)
  by celiajay.com with SMTP; 22 Feb 2006 16:03:01 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-170.vm-mail.com with SMTP; 22 Feb 2006 16:02:47 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 338712
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338712@vm-rewards.com>
Subject: Hurry this printing offer won't last, just pay s&h
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Shipping and processing, product
upgrades and photo/logo uploads not

included unless otherwise
specified. Not valid on previous

purchases. See web site for
details.

VistaPrint provides the highest quality, full-color graphic design and
printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may contact us
in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
PPP=147527


**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Feb 23 17:54:04 2006
X-Persona: <Celia>
Return-Path: <mailcenter338714@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 2434 invoked from network); 22 Feb 2006 16:11:11 -0600
Received: from vm-181-40.vm-mail.com (206.82.181.40)
   by chiefmusician.net with SMTP; 22 Feb 2006 16:11:08 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-40.vm-mail.com with SMTP; 22 Feb 2006 16:10:51 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 338714
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338714@vm-rewards.com>
Subject: Hurry this printing offer won't last, just pay s&h
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,HTML_IMAGE_RATIO_04,
       HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
       MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63

Images not loading? View this offer by visiting this link



Shipping and processing, product

upgrades and photo/logo uploads

not included unless otherwise
specified. Not valid on previous
purchases. See web site for
details.

VistaPrint provides the highest quality, full-color graphic design and
printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may contact
us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=153373



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**



**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Feb 23 17:53:59 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter338712@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 4677 invoked from network); 22 Feb 2006 14:49:27 -0600
Received: from vm-180-138.vm-mail.com (206.82.180.138)
  by itdidnotendright.com with SMTP; 22 Feb 2006 14:49:21 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-138.vm-mail.com with SMTP; 22 Feb 2006 14:49:08 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 338712
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338712@vm-rewards.com>
Subject: Hurry this printing offer won't last, just pay s&h
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and
printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may contact us
in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
PPP=147527



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**



If you can not see our footer image, please visit here.

```
From ???@??? Thu Feb 23 17:53:59 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter338714@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 25250 invoked from network); 22 Feb 2006 15:02:16 -0600
Received: from vm-181-73.vm-mail.com (206.82.181.73)
  by xj4x4.net with SMTP; 22 Feb 2006 15:02:16 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-73.vm-mail.com with SMTP; 22 Feb 2006 15:02:04 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 338714
From:  Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338714@vm-rewards.com>
Subject: Hurry this printing offer won't last, just pay s&h
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.



VistaPrint provides the highest quality, full-color graphic design and
printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may contact
us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=153373



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

If you can not see our footer image, please visit here.

```
From ???@??? Wed Feb 22 15:33:32 2006
X-Persona: <RCW>
Return-Path: <mailcenter338712@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 516 invoked from network); 22 Feb 2006 16:39:01 -0600
Received: from vm-180-38.vm-mail.com (206.82.180.38)
  by itdidnotendright.com with SMTP; 22 Feb 2006 16:39:01 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-38.vm-mail.com with SMTP; 22 Feb 2006 16:38:45 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 338712
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338712@vm-rewards.com>
Subject: Hurry this printing offer won't last, just pay s&h
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may contact us
in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
PPP=147527

---



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**



**If you can not see our footer image, please visit here.**

From ???@??? Wed Feb 22 15:33:32 2006
X-Persona: <RCW>
Return-Path: <mailcenter338714@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 11237 invoked from network); 22 Feb 2006 16:55:32 -0600
Received: from vm-181-112.vm-mail.com (206.82.181.112)
  by omniinnovations.com with SMTP; 22 Feb 2006 16:55:32 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-112.vm-mail.com with SMTP; 22 Feb 2006 16:55:19 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 338714
From:  Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338714@vm-rewards.com>
Subject: Hurry this printing offer won't last, just pay s&h
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may contact
us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=153373



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Feb 22 13:07:43 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter338714@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 24644 invoked from network); 22 Feb 2006 15:06:00 -0600
Received: from vm-181-7.vm-mail.com (206.82.181.7)
   by chiefmusician.net with SMTP; 22 Feb 2006 15:05:59 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-7.vm-mail.com with SMTP; 22 Feb 2006 15:05:43 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460099111109
X-MailingID: 338714
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338714@vm-rewards.com>
Subject: Hurry this printing offer won't last, just pay s&h
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Shipping and processing, product

upgrades and photo/logo uploads

not included unless otherwise
specified. Not valid on previous
purchases. See web site for
details.

VistaPrint provides the highest quality, full-color graphic design and
printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may contact
us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=153373



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Feb 22 13:07:43 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter338714@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 24644 invoked from network); 22 Feb 2006 15:06:00 -0600
Received: from vm-181-7.vm-mail.com (206.82.181.7)
   by chiefmusician.net with SMTP; 22 Feb 2006 15:05:59 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-7.vm-mail.com with SMTP; 22 Feb 2006 15:05:43 -0600
X-ClientHost: 1061111006410609712110709712111511212108097099101046099111109
X-MailingID: 338714
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338714@vm-rewards.com>
Subject: Hurry this printing offer won't last, just pay s&h
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Shipping and processing, product

upgrades and photo/logo uploads

not included unless otherwise
specified. Not valid on previous
purchases. See web site for
details.

VistaPrint provides the highest quality, full-color graphic design and
printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may contact
us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=153373

**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Feb 18 17:07:50 2006
X-Persona: <Mila>
Return-Path: <mailcenter338402@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 23136 invoked from network); 17 Feb 2006 07:38:51 -0600
Received: from vm-180-14.vm-mail.com (206.82.180.14)
  by rcw19190020.com with SMTP; 17 Feb 2006 07:38:49 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-14.vm-mail.com with SMTP; 17 Feb 2006 07:38:30 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 338402
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338402@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.0 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards **Free** right now.

Shipping and processing, product upgrades and

photo/logo uploads not
included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101714

---


**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Feb 18 17:07:50 2006
X-Persona: <Mila>
Return-Path: <mailcenter338402@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 23136 invoked from network); 17 Feb 2006 07:38:51 -0600
Received: from vm-180-14.vm-mail.com (206.82.180.14)
  by rcw19190020.com with SMTP; 17 Feb 2006 07:38:49 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-14.vm-mail.com with SMTP; 17 Feb 2006 07:38:30 -0600
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 338402
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338402@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.0 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards **Free** right now.

Shipping and processing, product upgrades and

photo/logo uploads not
included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101714

---



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Feb 18 16:59:08 2006
X-Persona: <Indi>
Return-Path: <mailcenter338402@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 22080 invoked from network); 17 Feb 2006 07:38:48 -0600
Received: from vm-180-14.vm-mail.com (206.82.180.14)
  by rcw19190020.com with SMTP; 17 Feb 2006 07:38:48 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-14.vm-mail.com with SMTP; 17 Feb 2006 07:38:30 -0600
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 338402
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338402@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

**Images not loading? View this offer by visiting this link**



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards **Free** right now.

Shipping and processing, product upgrades and

photo/logo uploads not
included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101714

---



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Feb 18 16:59:08 2006
X-Persona: <Indi>
Return-Path: <mailcenter338402@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 22080 invoked from network); 17 Feb 2006 07:38:48 -0600
Received: from vm-180-14.vm-mail.com (206.82.180.14)
  by rcw19190020.com with SMTP; 17 Feb 2006 07:38:48 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-14.vm-mail.com with SMTP; 17 Feb 2006 07:38:30 -0600
X-ClientHost: 1051101001050641060971091091161111091090460991111109
X-MailingID: 338402
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338402@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

**Images not loading? View this offer by visiting this link**



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards **Free** right now.

Shipping and processing, product upgrades and

photo/logo uploads not
included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.


VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101714

---



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**



**If you can not see our footer image, please visit here.**

From ???@??? Fri Feb 17 12:35:50 2006
X-Persona: <RCW>
Return-Path: <mailcenter338402@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 865 invoked from network); 17 Feb 2006 13:25:25 -0600
Received: from vm-180-124.vm-mail.com (206.82.180.124)
  by celiajay.com with SMTP; 17 Feb 2006 13:25:22 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-124.vm-mail.com with SMTP; 17 Feb 2006 13:25:07 -0600
X-ClientHost: 1061051090641140991190490570490570480480480500480460999111109
X-MailingID: 338402
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338402@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

**Images not loading? View this offer by visiting this link**



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards **Free** right now.

Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101714

---



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Feb 17 09:13:30 2006
X-Persona: <Jon>
Return-Path: <mailcenter338404@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 32098 invoked from network); 17 Feb 2006 07:39:11 -0600
Received: from vm-180-140.vm-mail.com (206.82.180.140)
  by gnwalpha.org with SMTP; 17 Feb 2006 07:39:07 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-140.vm-mail.com with SMTP; 17 Feb 2006 07:38:50 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 338404
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338404@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,HTML_MESSAGE,
        HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**







Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices!
VistaPrint has served more than 5,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
PPP=115858



 **VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

From ???@??? Fri Feb 17 09:12:58 2006
X-Persona: <Jay>
Return-Path: <mailcenter338404@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 28898 invoked from network); 17 Feb 2006 07:39:03 -0600
Received: from vm-180-104.vm-mail.com (206.82.180.104)
   by xj4x4.net with SMTP; 17 Feb 2006 07:39:02 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-104.vm-mail.com with SMTP; 17 Feb 2006 07:38:47 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 338404
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338404@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=DATE_MISSING,HTML_60_70,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,HTML_MESSAGE,
       HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       X_MAIL_ID_PRESENT autolearn=no version=2.63

Images not loading? View this offer by visiting this link







Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices!
VistaPrint has served more than 5,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
PPP=115858



 **VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

From ???@??? Fri Feb 17 09:11:29 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter338402@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 25408 invoked from network); 17 Feb 2006 09:03:29 -0600
Received: from vm-182-55.vm-mail.com (206.82.182.55)
   by clrobin.com with SMTP; 17 Feb 2006 09:03:28 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-55.vm-mail.com with SMTP; 17 Feb 2006 09:03:12 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 338402
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338402@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards Free right now.

Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101714

---



**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Feb 17 09:10:56 2006
X-Persona: <Celia>
Return-Path: <mailcenter338402@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 7843 invoked from network); 17 Feb 2006 08:01:37 -0600
Received: from vm-181-189.vm-mail.com (206.82.181.189)
  by omniinnovations.com with SMTP; 17 Feb 2006 08:01:36 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-189.vm-mail.com with SMTP; 17 Feb 2006 08:01:25 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 338402
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338402@vm-rewards.com>
Subject: 250 color business cards for just cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.0 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Everybody's talking about it.
Over 5,000,000 people have cashed in on it! OK, here's a second chance to grab it.

Order 250 professionally printed, full-color business cards **Free** right now.

Shipping and processing, product upgrades and

photo/logo uploads not
included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

VistaPrint provides the highest quality, full-color graphic
design and printing at the lowest prices! VistaPrint has
served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are
provided by VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers
may contact us in care of our U.S. subsidiary: VistaPrint USA
Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101714

---

**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 16:13:47 2006
Return-Path: <mailcenter336226@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 18593 invoked from network); 25 Jan 2006 14:53:13 -0600
Received: from vm-182-221.vm-mail.com (206.82.182.221)
  by gnwalpha.org with SMTP; 25 Jan 2006 14:53:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-221.vm-mail.com with SMTP; 25 Jan 2006 14:53:12 -0600
X-ClientHost:
09711011606409711011610411111012109910110116114097108046099111109
X-MailingID: 336226
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336226@vm-rewards.com>
Subject: 250 color business for just the cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.3 required=7.0 tests=BLANK_LINES_70_80,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Shipping and processing, product
upgrades and photo/logo uploads

not included unless otherwise
specified. Not valid on previous

purchases. See web site for
details.

VistaPrint provides the highest quality, full-color graphic design and
printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may contact
us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101722




**Vistaprint Limited, 100 Hayden Ave. Lexington MA 02451**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 16:13:26 2006
Return-Path: <mailcenter336226@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 21091 invoked from network); 25 Jan 2006 14:53:15 -0600
Received: from vm-182-221.vm-mail.com (206.82.182.221)
   by gnwalpha.org with SMTP; 25 Jan 2006 14:53:14 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-221.vm-mail.com with SMTP; 25 Jan 2006 14:53:12 -0600
X-ClientHost:
100101119097121110101064097110116104111101210991011101161140971080460991111109
X-MailingID: 336226
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336226@vm-rewards.com>
Subject: 250 color business for just the cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.3 required=7.0 tests=BLANK_LINES_70_80,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Shipping and processing, product
upgrades and photo/logo uploads

not included unless otherwise
specified. Not valid on previous

purchases. See web site for
details.

VistaPrint provides the highest quality, full-color graphic design and
printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may contact
us in care of our U.S. subsidiary;
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101722



**Vistaprint Limited, 100 Hayden Ave. Lexington MA 02451**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 16:13:26 2006
Return-Path: <mailcenter336224@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 17089 invoked from network); 25 Jan 2006 14:49:52 -0600
Received: from vm-180-61.vm-mail.com (206.82.180.61)
   by jaykaysplace.com with SMTP; 25 Jan 2006 14:49:52 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-61.vm-mail.com with SMTP; 25 Jan 2006 14:49:50 -0600
X-ClientHost:
099104117099107064097110116104111101210991011101161140971080460991111109
X-MailingID: 336224
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336224@vm-rewards.com>
Subject: 250 color business for less than a penny
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.3 required=7.0 tests=BLANK_LINES_70_80,DATE_MISSING,
       HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Shipping and processing, product
upgrades and photo/logo uploads

not included unless otherwise
specified. Not valid on previous

purchases. See web site for
details.

VistaPrint provides the highest quality, full-color graphic design and
printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may contact
us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101722



**Vistaprint Limited, 100 Hayden Ave. Lexington MA 02451**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 16:13:26 2006
Return-Path: <mailcenter336224@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 18114 invoked from network); 25 Jan 2006 14:49:53 -0600
Received: from vm-180-61.vm-mail.com (206.82.180.61)
  by jaykaysplace.com with SMTP; 25 Jan 2006 14:49:53 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-61.vm-mail.com with SMTP; 25 Jan 2006 14:49:50 -0600
X-ClientHost: 116106064097110116104111101210991011101161140971080460099111109
X-MailingID: 336224
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336224@vm-rewards.com>
Subject: 250 color business for less than a penny
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.3 required=7.0 tests=BLANK_LINES_70_80,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and
printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may contact
us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101722

**Vistaprint Limited, 100 Hayden Ave. Lexington MA 02451**

**If you can not see our footer image, please visit here.**

From ???@??? Mon Feb 06 07:01:22 2006
X-Persona: <Mila>
Return-Path: <mailcenter336226@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 25 Jan 2006 14:43:56 -0600
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** 250 color business for just the cost of shipping
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43D7E30C.D68B28A3"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7619&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7619&e=mila@jammtomm.com
  URI:http://ogy.cc/urgent20056_files/Urgency_01.gif [...]

Content analysis details:   (7.5 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.9 HTML_IMAGE_RATIO_04    BODY: HTML has a low ratio of text to image area
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.8 HTML_IMAGE_ONLY_08     BODY: HTML: images with 600-800 bytes of words
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 27874 invoked from network); 25 Jan 2006 14:43:49 -0600
Received: from vm-181-59.vm-mail.com (206.82.181.59)

```
  by xj4x4.net with SMTP; 25 Jan 2006 14:43:45 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-59.vm-mail.com with SMTP; 25 Jan 2006 14:43:44 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 336226
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336226@vm-rewards.com>
Subject: 250 color business for just the cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM 250 color
busine2.htm"
```

From ???@??? Mon Feb 06 06:50:24 2006
X-Persona: <Mila>
Return-Path: <mailcenter336226@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 25 Jan 2006 14:43:56 -0600
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** 250 color business for just the cost of shipping
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43D7E30C.D68B28A3"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7619&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7619&e=mila@jammtomm.com
  URI:http://ogy.cc/urgent20056_files/Urgency_01.gif [...]

Content analysis details:   (7.5 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.9 HTML_IMAGE_RATIO_04    BODY: HTML has a low ratio of text to image area
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.8 HTML_IMAGE_ONLY_08     BODY: HTML: images with 600-800 bytes of words
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 27874 invoked from network); 25 Jan 2006 14:43:49 -0600
Received: from vm-181-59.vm-mail.com (206.82.181.59)

```
   by xj4x4.net with SMTP; 25 Jan 2006 14:43:45 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-59.vm-mail.com with SMTP; 25 Jan 2006 14:43:44 -0600
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 336226
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336226@vm-rewards.com>
Subject: 250 color business for just the cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM 250 color
busine1.htm"
```

```
From ???@??? Sun Feb 05 21:02:35 2006
X-Persona: <Mila>
Return-Path: <mailcenter336226@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 25 Jan 2006 14:43:56 -0600
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** 250 color business for just the cost of shipping
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43D7E30C.D68B28A3"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7619&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7619&e=mila@jammtomm.com
  URI:http://ogy.cc/urgent20056_files/Urgency_01.gif [...]

Content analysis details:   (7.5 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.9 HTML_IMAGE_RATIO_04    BODY: HTML has a low ratio of text to image area
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.8 HTML_IMAGE_ONLY_08     BODY: HTML: images with 600-800 bytes of words
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 27874 invoked from network); 25 Jan 2006 14:43:49 -0600
Received: from vm-181-59.vm-mail.com (206.82.181.59)
```

```
   by xj4x4.net with SMTP; 25 Jan 2006 14:43:45 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-59.vm-mail.com with SMTP; 25 Jan 2006 14:43:44 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 336226
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336226@vm-rewards.com>
Subject: 250 color business for just the cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM 250 color
busine.htm"
```

```
From ???@??? Mon Jan 30 09:21:27 2006
X-Persona: <Jay>
Return-Path: <mailcenter336226@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 29570 invoked from network); 25 Jan 2006 14:43:50 -0600
Received: from vm-181-220.vm-mail.com (206.82.181.220)
   by ehahome.com with SMTP; 25 Jan 2006 14:43:49 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-220.vm-mail.com with SMTP; 25 Jan 2006 14:43:48 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 336226
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336226@vm-rewards.com>
Subject: *****SPAM***** 250 color business for just the cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,
       HTML_IMAGE_RATIO_04,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
       *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link







Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101722

**Vistaprint Limited, 100 Hayden Ave. Lexington MA 02451**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 30 09:01:21 2006
X-Persona: <Jay>
Return-Path: <mailcenter336226@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 29570 invoked from network); 25 Jan 2006 14:43:50 -0600
Received: from vm-181-220.vm-mail.com (206.82.181.220)
   by ehahome.com with SMTP; 25 Jan 2006 14:43:49 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-220.vm-mail.com with SMTP; 25 Jan 2006 14:43:48 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 336226
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336226@vm-rewards.com>
Subject: *****SPAM***** 250 color business for just the cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link







Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101722

**Vistaprint Limited, 100 Hayden Ave. Lexington MA 02451**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Jan 26 11:16:11 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter336226@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 5219 invoked from network); 25 Jan 2006 14:42:25 -0600
Received: from vm-181-170.vm-mail.com (206.82.181.170)
  by itdidnotendright.com with SMTP; 25 Jan 2006 14:42:24 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-170.vm-mail.com with SMTP; 25 Jan 2006 14:42:23 -0600
X-ClientHost:
10610510906410511610010510010111111610111101001141051031041160460 99111109
X-MailingID: 336226
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336226@vm-rewards.com>
Subject: 250 color business for just the cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

