VistaPrint provides the highest quality, full-color graphic design and
printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may contact
us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101722



 **Vistaprint Limited, 100 Hayden Ave. Lexington MA 02451**



**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Jan 26 11:12:52 2006
X-Persona: <Celia>
Return-Path: <mailcenter336226@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 19202 invoked from network); 25 Jan 2006 15:05:26 -0600
Received: from vm-177-121.vm-mail.com (206.82.177.121)
  by rcw19190020.com with SMTP; 25 Jan 2006 15:05:24 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-121.vm-mail.com with SMTP; 25 Jan 2006 15:05:07 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 336226
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336226@vm-rewards.com>
Subject: *****SPAM***** 250 color business for just the cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
        *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link







Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary: VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101722

**Vistaprint Limited, 100 Hayden Ave. Lexington MA 02451**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Jan 25 17:22:08 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter336226@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 31712 invoked from network); 25 Jan 2006 14:43:51 -0600
Received: from vm-181-44.vm-mail.com (206.82.181.44)
   by jaykaysplace.com with SMTP; 25 Jan 2006 14:43:50 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-44.vm-mail.com with SMTP; 25 Jan 2006 14:43:48 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 336226
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336226@vm-rewards.com>
Subject: *****SPAM***** 250 color business for just the cost of shipping
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,
       HTML_IMAGE_RATIO_04,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
       *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=101722

**Vistaprint Limited, 100 Hayden Ave. Lexington MA 02451**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Oct 27 12:31:58 2005
X-Persona: <hum>
Return-Path: <mailcenter331222@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 15107 invoked from network); 25 Oct 2005 18:08:38 -0600
Received: from vm-181-206.vm-mail.com (206.82.181.206)
   by chiefmusician.net with SMTP; 25 Oct 2005 18:08:34 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-206.vm-mail.com with SMTP; 25 Oct 2005 19:08:20 -0500
X-ClientHost: 104117109064101104097104111109101046099111109
X-MailingID: 331222
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331222@vm-rewards.com>
Subject: Get 250 premium business cards on us
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,HTML_MESSAGE,
        HTML_TAG_EXISTS_TBODY,HTML_TITLE_UNTITLED,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
```







Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices!
VistaPrint has served more than 5,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
PPP=115776



 Vistaprint Limited, 100 Hayden Ave. Lexington MA 02451

If you can not see our footer image, please visit here.

```
From ???@??? Tue Oct 25 21:00:23 2005
X-Persona: <Indi>
Return-Path: <mailcenter331222@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 12162 invoked from network); 25 Oct 2005 17:53:40 -0600
Received: from vm-182-11.vm-mail.com (206.82.182.11)
   by rcw19190020.com with SMTP; 25 Oct 2005 17:53:39 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-11.vm-mail.com with SMTP; 25 Oct 2005 18:53:28 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 331222
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331222@vm-rewards.com>
Subject: Get 250 premium business cards on us
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=DATE_MISSING,HTML_70_80,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,HTML_MESSAGE,
       HTML_TAG_EXISTS_TBODY,HTML_TITLE_UNTITLED,MIME_HTML_NO_CHARSET,
       MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
```







**Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.**

**VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices!**
**VistaPrint has served more than 5,000,000 customers worldwide.**

**The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary:**
**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**
**PPP=115776**



 Vistaprint Limited, 100 Hayden Ave. Lexington MA 02451

If you can not see our footer image, please visit here.

```
From ???@??? Tue Oct 11 18:21:20 2005
X-Persona: <Indi>
Return-Path: <mailcenter330449@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 13383 invoked from network); 6 Oct 2005 14:36:27 -0600
Received: from vm-181-111.vm-mail.com (206.82.181.111)
   by chiefmusician.net with SMTP; 6 Oct 2005 14:36:27 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-111.vm-mail.com with SMTP; 06 Oct 2005 15:36:27 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330449
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330449@vm-rewards.com>
Subject: Act now — 250 premium business cards are now on the house
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
```



Offer expires October 8, 2005. Shipping
and handling, product upgrades and

photo/logo uploads not included unless
otherwise specified. Not valid on
previous purchases. See web site for
details.

VistaPrint provides the highest quality, full-color graphic design and
printing at the lowest prices!
VistaPrint has served more than 5,000,000 customers worldwide.
The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for webtop graphic design and
printing. United States customers may contact us in care of our U.S.
subsidiary: VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA
02421 ppp=92719

---

Vistaprint Limited, 100 Hayden Ave. Lexington MA 02451

If you can not see our footer image, please visit here.

```
From ???@??? Fri Oct 07 10:56:50 2005
X-Persona: <hum>
Return-Path: <mailcenter330450@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 23777 invoked from network); 6 Oct 2005 14:52:44 -0600
Received: from vm-177-86.vm-mail.com (206.82.177.86)
  by celiajay.com with SMTP; 6 Oct 2005 14:52:39 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-86.vm-mail.com with SMTP; 06 Oct 2005 20:52:37 +0000
X-ClientHost: 10411710906410110409710411110910104609911109
X-MailingID: 330450
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330450@vm-rewards.com>
Subject: *****SPAM***** Act now — 250 premium business cards are now 75% off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.2 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.1 HTML_IMAGE_ONLY_10 BODY: HTML: images with 800-1000 bytes of
words
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```







Shipping and handling and product upgrades not included. Not valid on previous purchases. Discounts not valid on quantities greater than 1,000. See web site for details.

Shipping and handling, product upgrades and photo/logo uploads not included. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices!

VistaPrint has served more than 5,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary: VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421

---

❌

❌ **Vistaprint Limited, 100 Hayden Ave. Lexington MA 02451**

❌

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Sep 30 12:51:55 2005
X-Persona: <hum>
Return-Path: <mailcenter330200@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 23942 invoked from network); 29 Sep 2005 08:56:00 -0600
Received: from vm-181-233.vm-mail.com (206.82.181.233)
  by jaykaysplace.com with SMTP; 29 Sep 2005 08:56:00 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-233.vm-mail.com with SMTP; 29 Sep 2005 09:55:57 -0500
X-ClientHost: 104117109064101104097104111109101046099111109
X-MailingID: 330200
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330200@vm-rewards.com>
Subject: *****SPAM***** Get 250 high quality business cards on the house
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_BIG,
      HTML_IMAGE_ONLY_12,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
      *  1.0 HTML_IMAGE_ONLY_12 BODY: HTML: images with 1000-1200 bytes of
words
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_FONT_BIG BODY: HTML has a big font
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *       [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```



Everybody's talking about it.
5,000,000 people have cashed in on
it! Ok here's a second chance to



**grab it. Order 250 professionally printed, full-color business cards FREE right now.**



Shipping and handling, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices! VistaPrint has served more than 5,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary: VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421 PPP=83301

---

Vistaprint Limited, 100 Hayden Ave. Lexington MA 02451

If you can not see our footer image, please visit here.

From ???@??? Thu Sep 22 09:48:53 2005
X-Persona: <Indi>
Return-Path: <mailcenter329959@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 22 Sep 2005 08:21:06 -0600
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Get 250 premium business cards on the house
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.2 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,HTML_MESSAGE,
        HTML_TAG_BALANCE_TABLE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4332BDD2.591936E9"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4258&e=indi@jammtomm.com

URI:http://marketing.vistaprint.com/us/imgs/emailads/PBC_FREE/PBC_FREE_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4258&e=indi@jammtomm.com

URI:http://marketing.vistaprint.com/us/imgs/emailads/PBC_FREE/PBC_FREE_02.gif
  [...]

Content analysis details:   (7.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.8 HTML_IMAGE_ONLY_08     BODY: HTML: images with 600-800 bytes of words
 0.2 HTML_TAG_BALANCE_TABLE BODY: HTML is missing "table" close tags
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 1096 invoked from network); 22 Sep 2005 08:21:05 -0600
Received: from vm-177-79.vm-mail.com (206.82.177.79)
  by xj4x4.net with SMTP; 22 Sep 2005 08:21:05 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-79.vm-mail.com with SMTP; 22 Sep 2005 14:21:03 +0000
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 329959
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329959@vm-rewards.com>
Subject: Get 250 premium business cards on the house
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get 250
premium .htm"
```

```
From ???@??? Sat May 13 13:24:44 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter348348@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 30180 invoked from network); 12 May 2006 08:44:54 -0600
Received: from vm-185-96.vm-mail.com (206.82.185.96)
  by itdidnotendright.com with SMTP; 12 May 2006 08:44:54 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-96.vm-mail.com with SMTP; 12 May 2006 09:44:52 -0500
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 348348
From: Printing Offer <PrintingOffer@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348348@vm-rewards.com>
Subject: *****SPAM***** Complimentary business cards -  6 million customers
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.9 required=7.0 tests=DATE_MISSING,HTML_50_60,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_04,
        HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,RCVD_IN_SORBS,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  2.5 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *      [206.82.185.96 listed in dnsbl.sorbs.net]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *      [206.82.185.96 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link







Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices! VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary: VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421 116912



This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Sat Feb 11 10:53:18 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter337602@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 28898 invoked from network); 8 Feb 2006 14:43:16 -0600
Received: from vm-177-15.vm-mail.com (206.82.177.15)
  by gordonworks.com with SMTP; 8 Feb 2006 14:43:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-15.vm-mail.com with SMTP; 08 Feb 2006 14:43:00 -0600
X-ClientHost:
10610510906410511610010510010101111116101110100114105103104116046099111109
X-MailingID: 337602
From: Printing Offers <PrintingOffers@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337602@vm-rewards.com>
Subject:  Try our new rubber stamps on us - pay only s&h
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link





Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous

purchases. See web site for
details.

VistaPrint provides the highest quality, full-color graphic design and
printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may contact us
in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
PPP = 154123

---

**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Feb 11 10:53:18 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter337602@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 28898 invoked from network); 8 Feb 2006 14:43:16 -0600
Received: from vm-177-15.vm-mail.com (206.82.177.15)
  by gordonworks.com with SMTP; 8 Feb 2006 14:43:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-15.vm-mail.com with SMTP; 08 Feb 2006 14:43:00 -0600
X-ClientHost:
10610510906410511610010510010101111161011101001141051031041160460099111109
X-MailingID: 337602
From: Printing Offers <PrintingOffers@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337602@vm-rewards.com>
Subject:  Try our new rubber stamps on us - pay only s&h
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link





Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous

purchases. See web site for
details.

VistaPrint provides the highest quality, full-color graphic design and
printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may contact us
in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
PPP = 154123

**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Feb 10 13:03:49 2006
X-Persona: <Mila>
Return-Path: <mailcenter337602@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 08 Feb 2006 14:44:38 -0600
From: Printing Offers <PrintingOffers@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Try our new rubber stamps on us - pay only s&h
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43EA5836.3DDE34A0"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8421&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'8421&e=mila@jammtomm.com
  URI:http://ogy.cc/rubberstampa_files/Stamps_Address_01.gif [...]

Content analysis details:   (7.5 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.9 HTML_IMAGE_RATIO_04    BODY: HTML has a low ratio of text to image area
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.8 HTML_IMAGE_ONLY_08     BODY: HTML: images with 600-800 bytes of words
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 8195 invoked from network); 8 Feb 2006 14:44:30 -0600
Received: from vm-177-46.vm-mail.com (206.82.177.46)
```

```
  by clrobin.com with SMTP; 8 Feb 2006 14:44:30 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-46.vm-mail.com with SMTP; 08 Feb 2006 14:44:17 -0600
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 337602
From: Printing Offers <PrintingOffers@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337602@vm-rewards.com>
Subject:  Try our new rubber stamps on us - pay only s&h
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Try our
new rubb.htm"
```

```
From ???@??? Wed Feb 08 15:51:27 2006
X-Persona: <RCW>
Return-Path: <mailcenter337602@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 2404 invoked from network); 8 Feb 2006 15:55:03 -0600
Received: from vm-177-36.vm-mail.com (206.82.177.36)
   by chiefmusician.net with SMTP; 8 Feb 2006 15:55:02 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-36.vm-mail.com with SMTP; 08 Feb 2006 15:54:45 -0600
X-ClientHost: 1061051090641140991190490570490570480480850048046099111109
X-MailingID: 337602
From: Printing Offers <PrintingOffers@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337602@vm-rewards.com>
Subject:  Try our new rubber stamps on us - pay only s&h
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



Shipping and processing, product
upgrades and photo/logo uploads not
included unless otherwise
specified. Not valid on previous
purchases. See web site for

_details._

VistaPrint provides the highest quality, full-color graphic design and
printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may contact us
in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
PPP = 154123

---

**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 17:34:10 2006
Return-Path: <mailcenter336610@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 993 invoked from network); 30 Jan 2006 14:56:18 -0600
Received: from vm-180-169.vm-mail.com (206.82.180.169)
  by xj4x4.net with SMTP; 30 Jan 2006 14:56:18 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-169.vm-mail.com with SMTP; 30 Jan 2006 14:56:06 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 336610
From: Printing Offers <PrintingOffers@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336610@vm-rewards.com>
Subject: 250 business cards + 25 percent off other products
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Shipping and processing, product

upgrades and photo/logo uploads not

included unless otherwise
specified. Not valid on previous
purchases. See web site for
details.

VistaPrint provides the highest quality, full-color graphic design and
printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may contact us
in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=152701



**Vistaprint Limited, 100 Hayden Ave. Lexington MA 02451**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 17:34:10 2006
Return-Path: <mailcenter336610@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 1472 invoked from network); 30 Jan 2006 14:56:19 -0600
Received: from vm-180-169.vm-mail.com (206.82.180.169)
   by xj4x4.net with SMTP; 30 Jan 2006 14:56:19 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-169.vm-mail.com with SMTP; 30 Jan 2006 14:56:06 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 336610
From: Printing Offers <PrintingOffers@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336610@vm-rewards.com>
Subject: 250 business cards + 25 percent off other products
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Shipping and processing, product

upgrades and photo/logo uploads not

included unless otherwise
specified. Not valid on previous
purchases. See web site for
details.

VistaPrint provides the highest quality, full-color graphic design and
printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may contact us
in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=152701



**Vistaprint Limited, 100 Hayden Ave. Lexington MA 02451**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 17:34:10 2006
Return-Path: <mailcenter336610@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 2275 invoked from network); 30 Jan 2006 14:56:20 -0600
Received: from vm-180-169.vm-mail.com (206.82.180.169)
   by xj4x4.net with SMTP; 30 Jan 2006 14:56:20 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-169.vm-mail.com with SMTP; 30 Jan 2006 14:56:06 -0600
X-ClientHost: 116106064097110116104111101210991011101161140971080460991111109
X-MailingID: 336610
From: Printing Offers <PrintingOffers@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336610@vm-rewards.com>
Subject: 250 business cards + 25 percent off other products
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





Shipping and processing, product
upgrades and photo/logo uploads not

included unless otherwise
specified. Not valid on previous

purchases. See web site for
details.

---

VistaPrint provides the highest quality, full-color graphic design and
printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may contact us
in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=152701

---



**Vistaprint Limited, 100 Hayden Ave. Lexington MA 02451**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 17:33:47 2006
Return-Path: <mailcenter336610@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 32546 invoked from network); 30 Jan 2006 14:56:17 -0600
Received: from vm-180-169.vm-mail.com (206.82.180.169)
  by xj4x4.net with SMTP; 30 Jan 2006 14:56:17 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-169.vm-mail.com with SMTP; 30 Jan 2006 14:56:05 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 336610
From: Printing Offers <PrintingOffers@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336610@vm-rewards.com>
Subject: 250 business cards + 25 percent off other products
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
    HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
    MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Shipping and processing, product

upgrades and photo/logo uploads not

included unless otherwise
specified. Not valid on previous
purchases. See web site for
details.

VistaPrint provides the highest quality, full-color graphic design and
printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may contact us
in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=152701



**Vistaprint Limited, 100 Hayden Ave. Lexington MA 02451**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 17:33:47 2006
Return-Path: <mailcenter336612@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 31874 invoked from network); 30 Jan 2006 14:49:21 -0600
Received: from vm-177-35.vm-mail.com (206.82.177.35)
   by ehahome.com with SMTP; 30 Jan 2006 14:49:21 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-35.vm-mail.com with SMTP; 30 Jan 2006 14:49:08 -0600
X-ClientHost:
100101119097121110101064097110116104111101210991011101161140971080460991111 09
X-MailingID: 336612
From: Printing Offers <PrintingOffers@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336612@vm-rewards.com>
Subject: Business cards - just pay s&H + 25% off other products
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Shipping and processing, product

upgrades and photo/logo uploads not

included unless otherwise
specified. Not valid on previous
purchases. See web site for
details.

VistaPrint provides the highest quality, full-color graphic design and
printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may contact us
in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=152700



**Vistaprint Limited, 100 Hayden Ave. Lexington MA 02451**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 06 07:12:47 2006
X-Persona: <Mila>
Return-Path: <mailcenter336612@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 5281 invoked from network); 30 Jan 2006 14:49:01 -0600
Received: from vm-181-227.vm-mail.com (206.82.181.227)
   by omniinnovations.com with SMTP; 30 Jan 2006 14:48:56 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-227.vm-mail.com with SMTP; 30 Jan 2006 14:48:42 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 336612
From: Printing Offers <PrintingOffers@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336612@vm-rewards.com>
Subject: Business cards - just pay s&H + 25% off other products
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Shipping and processing, product

upgrades and photo/logo uploads not

included unless otherwise
specified. Not valid on previous
purchases. See web site for
details.

VistaPrint provides the highest quality, full-color graphic design and
printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may contact us
in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=152700



**Vistaprint Limited, 100 Hayden Ave. Lexington MA 02451**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Feb 05 21:13:40 2006
X-Persona: <Mila>
Return-Path: <mailcenter336612@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 5281 invoked from network); 30 Jan 2006 14:49:01 -0600
Received: from vm-181-227.vm-mail.com (206.82.181.227)
   by omniinnovations.com with SMTP; 30 Jan 2006 14:48:56 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-227.vm-mail.com with SMTP; 30 Jan 2006 14:48:42 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 336612
From: Printing Offers <PrintingOffers@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336612@vm-rewards.com>
Subject: Business cards - just pay s&H + 25% off other products
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Shipping and processing, product

upgrades and photo/logo uploads not

included unless otherwise
specified. Not valid on previous
purchases. See web site for
details.

VistaPrint provides the highest quality, full-color graphic design and
printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may contact us
in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=152700



**Vistaprint Limited, 100 Hayden Ave. Lexington MA 02451**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Feb 01 14:08:53 2006
X-Persona: <Jay>
Return-Path: <mailcenter336612@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 28386 invoked from network); 30 Jan 2006 14:49:14 -0600
Received: from vm-181-161.vm-mail.com (206.82.181.161)
  by xj4x4.net with SMTP; 30 Jan 2006 14:49:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-161.vm-mail.com with SMTP; 30 Jan 2006 14:48:55 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 336612
From: Printing Offers <PrintingOffers@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336612@vm-rewards.com>
Subject: Business cards - just pay s&H + 25% off other products
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Shipping and processing, product

upgrades and photo/logo uploads not

included unless otherwise
specified. Not valid on previous
purchases. See web site for
details.

VistaPrint provides the highest quality, full-color graphic design and
printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may contact us
in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=152700



**Vistaprint Limited, 100 Hayden Ave. Lexington MA 02451**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Feb 01 14:06:14 2006
X-Persona: <Celia>
Return-Path: <mailcenter336610@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 6212 invoked from network); 30 Jan 2006 15:22:58 -0600
Received: from vm-177-62.vm-mail.com (206.82.177.62)
   by chiefmusician.net with SMTP; 30 Jan 2006 15:22:58 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-62.vm-mail.com with SMTP; 30 Jan 2006 15:22:46 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 336610
From: Printing Offers <PrintingOffers@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336610@vm-rewards.com>
Subject: 250 business cards + 25 percent off other products
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Shipping and processing, product

upgrades and photo/logo uploads not

included unless otherwise
specified. Not valid on previous
purchases. See web site for
details.

VistaPrint provides the highest quality, full-color graphic design and
printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may contact us
in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=152701



**Vistaprint Limited, 100 Hayden Ave. Lexington MA 02451**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Feb 01 14:06:10 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter336610@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 8034 invoked from network); 30 Jan 2006 15:03:09 -0600
Received: from vm-181-198.vm-mail.com (206.82.181.198)
  by xj4x4.net with SMTP; 30 Jan 2006 15:03:08 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-198.vm-mail.com with SMTP; 30 Jan 2006 15:02:56 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 336610
From: Printing Offers <PrintingOffers@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336610@vm-rewards.com>
Subject: 250 business cards + 25 percent off other products
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link





Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for

details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=152701

---



**Vistaprint Limited, 100 Hayden Ave. Lexington MA 02451**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 30 20:23:46 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter336612@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 28898 invoked from network); 30 Jan 2006 14:49:14 -0600
Received: from vm-181-60.vm-mail.com (206.82.181.60)
   by clrobin.com with SMTP; 30 Jan 2006 14:49:14 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-60.vm-mail.com with SMTP; 30 Jan 2006 14:48:59 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 336612
From: Printing Offers <PrintingOffers@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336612@vm-rewards.com>
Subject: Business cards - just pay s&H + 25% off other products
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,HTML_IMAGE_RATIO_04,
       HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
       MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Shipping and processing, product

upgrades and photo/logo uploads not

included unless otherwise
specified. Not valid on previous
purchases. See web site for
details.

VistaPrint provides the highest quality, full-color graphic design and
printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing. United States customers may contact us
in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=152700



**Vistaprint Limited, 100 Hayden Ave. Lexington MA 02451**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 30 16:10:13 2006
X-Persona: <RCW>
Return-Path: <mailcenter336610@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 24353 invoked from network); 30 Jan 2006 16:08:03 -0600
Received: from vm-181-200.vm-mail.com (206.82.181.200)
  by jaycelia.com with SMTP; 30 Jan 2006 16:08:02 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-200.vm-mail.com with SMTP; 30 Jan 2006 16:07:50 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 336610
From: Printing Offers <PrintingOffers@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336610@vm-rewards.com>
Subject: 250 business cards + 25 percent off other products
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link





Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.



VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
ppp=152701

---



**Vistaprint Limited, 100 Hayden Ave. Lexington MA 02451**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Feb 11 11:05:34 2006
X-Persona: <Celia>
Return-Path: <mailcenter337602@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 6277 invoked from network); 8 Feb 2006 15:40:38 -0600
Received: from vm-180-217.vm-mail.com (206.82.180.217)
   by gordonworks.com with SMTP; 8 Feb 2006 15:40:37 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-217.vm-mail.com with SMTP; 08 Feb 2006 15:40:24 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 337602
From: Printing Offers <PrintingOffers@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337602@vm-rewards.com>
Subject: *****SPAM***** Try our new rubber stamps on us - pay only s&h
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,
       HTML_IMAGE_RATIO_04,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
       *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link







Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

VistaPrint provides the highest quality, full-color graphic design and printing at the lowest prices!
VistaPrint has served more than 6,000,000 customers worldwide.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing. United States customers may contact us in care of our U.S. subsidiary:
VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421
PPP = 154123





**VistaPrint USA Incorporated, 100 Hayden Avenue, Lexington, MA 02421**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed May 03 09:53:08 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346962@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 2146 invoked from network); 2 May 2006 15:49:32 -0600
Received: from vm-186-78.vm-mail.com (206.82.186.78)
  by jammtomm.com with SMTP; 2 May 2006 15:49:28 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-78.vm-mail.com with SMTP; 02 May 2006 16:49:22 -0500
X-ClientHost:
0971101160640971101161041111012109910111011611409710804609911109
X-MailingID: 346962
From: Printing Offfer <PrintingOfffer@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346962@vm-rewards.com>
Subject: Stop paying for your business cards
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=DATE_MISSING,HTML_60_70,
       HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Get 250 FREE Business Cards Now!



_Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details._

_The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing._



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed May 03 09:53:08 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346962@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 4064 invoked from network); 2 May 2006 15:49:35 -0600
Received: from vm-186-78.vm-mail.com (206.82.186.78)
  by jammtomm.com with SMTP; 2 May 2006 15:49:33 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-78.vm-mail.com with SMTP; 02 May 2006 16:49:22 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 346962
From: Printing Offfer <PrintingOfffer@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346962@vm-rewards.com>
Subject: Stop paying for your business cards
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=DATE_MISSING,HTML_60_70,
       HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



Get 250 FREE Business Cards Now!



*Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.*

*The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing.*



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed May 03 09:53:08 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346962@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 6786 invoked from network); 2 May 2006 15:49:38 -0600
Received: from vm-186-78.vm-mail.com (206.82.186.78)
  by jammtomm.com with SMTP; 2 May 2006 15:49:36 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-78.vm-mail.com with SMTP; 02 May 2006 16:49:22 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 346962
From: Printing Offfer <PrintingOfffer@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346962@vm-rewards.com>
Subject: Stop paying for your business cards
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Get 250 FREE Business Cards Now!



*Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.*

*The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing.*



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed May 03 09:37:58 2006
X-Persona: <Jay>
Return-Path: <mailcenter346962@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 3715 invoked from network); 2 May 2006 16:03:39 -0600
Received: from vm-185-163.vm-mail.com (206.82.185.163)
  by clrobin.com with SMTP; 2 May 2006 16:03:39 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-163.vm-mail.com with SMTP; 02 May 2006 17:03:38 -0500
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 346962
From: Printing Offfer <PrintingOfffer@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346962@vm-rewards.com>
Subject: Stop paying for your business cards
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





Shipping and processing,
product upgrades and
photo/logo uploads not
included unless otherwise
specified. Not valid on
previous purchases. See web
site for details.

The products and services described in this e-mail are provided by
VistaPrint Limited, the international leader for
webtop graphic design and printing.



**This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:**

**VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**

**Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed May 03 09:32:32 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter346962@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 12352 invoked from network); 2 May 2006 16:02:48 -0600
Received: from vm-185-179.vm-mail.com (206.82.185.179)
  by ehahome.com with SMTP; 2 May 2006 16:02:48 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-179.vm-mail.com with SMTP; 02 May 2006 17:02:46 -0500
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 346962
From: Printing Offfer <PrintingOfffer@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346962@vm-rewards.com>
Subject: Stop paying for your business cards
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



Get 250 FREE Business Cards Now!

Shipping and processing,
product upgrades and

photo/logo uploads not
included unless otherwise

specified. Not valid on previous purchases. See web site for details.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing.



This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Wed May 03 09:30:31 2006
X-Persona: <Celia>
Return-Path: <mailcenter346962@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 31908 invoked from network); 2 May 2006 16:07:51 -0600
Received: from vm-186-97.vm-mail.com (206.82.186.97)
  by clrobin.com with SMTP; 2 May 2006 16:07:50 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-97.vm-mail.com with SMTP; 02 May 2006 17:07:48 -0500
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 346962
From: Printing Offfer <PrintingOfffer@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346962@vm-rewards.com>
Subject: Stop paying for your business cards
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.3 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_12,
      HTML_IMAGE_RATIO_06,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link





*Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.*

*The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing.*



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed May 03 21:18:47 2006
X-Persona: <Mila>
Return-Path: <mailcenter346962@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 32513 invoked from network); 2 May 2006 16:03:33 -0600
Received: from vm-185-67.vm-mail.com (206.82.185.67)
  by jammtomm.com with SMTP; 2 May 2006 16:03:33 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-67.vm-mail.com with SMTP; 02 May 2006 17:03:31 -0500
X-ClientHost: 1091051080970641060971091091161111091090460991111109
X-MailingID: 346962
From: Printing Offfer <PrintingOfffer@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346962@vm-rewards.com>
Subject: Stop paying for your business cards
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.8 required=7.0 tests=BAYES_60,DATE_MISSING,
      HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Get 250 FREE Business Cards Now!



Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Not valid on previous purchases. See web site for details.

The products and services described in this e-mail are provided by VistaPrint Limited, the international leader for webtop graphic design and printing.



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**VistaPrint USA Incorporated 100 Hayden Avenue Lexington , MA 02421**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Dec 01 09:10:07 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <230953-13856>; Mon, 1 Dec
2003 10:48:21 -0500
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <231668-13855>; Mon, 1 Dec 2003 10:47:00 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm092.vmadmin.com with SMTP; 01 Dec 2003 09:46:36 -0600
X-ClientHost:
106111110097116104097110064103111114100111101191111114107115046099111109
X-MailingID: 209684
From: Printing Specials <OrderCustomCards@vmadmin.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Printing Specials <OrderCustomCards209684@replies.virtumundo.com>
Subject: We are giving away business cards and more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec1.104700-0500_est.231668-13855+18055@ams.ftl.affinity.com>
Date:Mon, 1 Dec 2003 10:46:59 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Dec 01 09:09:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <230465-13856>; Mon, 1 Dec 2003 10:48:21 -0500
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <231663-13857>; Mon, 1 Dec 2003 10:47:00 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm092.vmadmin.com with SMTP; 01 Dec 2003 09:46:36 -0600
X-ClientHost:
106097109105108097064103111114100111101191111141071150460991111109
X-MailingID: 209684
From: Printing Specials <OrderCustomCards@vmadmin.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Printing Specials <OrderCustomCards209684@replies.virtumundo.com>
Subject: We are giving away business cards and more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec1.104700-0500_est.231663-13857+18207@ams.ftl.affinity.com>
Date:Mon, 1 Dec 2003 10:46:58 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Dec 01 09:09:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <230945-13846>; Mon, 1 Dec 2003 10:48:21 -0500
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <231662-13846>; Mon, 1 Dec 2003 10:47:00 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 01 Dec 2003 09:46:36 -0600
X-ClientHost: 106097109101115064103111114100111101191111141071150460991111090
X-MailingID: 209684
From: Printing Specials <OrderCustomCards@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Printing Specials <OrderCustomCards209684@replies.virtumundo.com>
Subject: We are giving away business cards and more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec1.104700-0500_est.231662-13846+18263@ams.ftl.affinity.com>
Date:Mon, 1 Dec 2003 10:46:58 -0500



Shipping and handling and product upgrades not included.
Offer not valid on regular return address labels.



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Dec 01 09:10:07 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <230784-13856>; Mon, 1 Dec 2003 10:48:21 -0500
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <231659-13856>; Mon, 1 Dec 2003 10:46:59 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 01 Dec 2003 09:46:36 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 209684
From: Printing Specials <OrderCustomCards@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Printing Specials <OrderCustomCards209684@replies.virtumundo.com>
Subject: We are giving away business cards and more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec1.104659-0500_est.231659-13856+19162@ams.ftl.affinity.com>
Date:Mon, 1 Dec 2003 10:46:58 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Dec 01 09:09:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <230966-13846>; Mon, 1 Dec 2003 10:48:21 -0500
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <231666-13850>; Mon, 1 Dec 2003 10:47:00 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 01 Dec 2003 09:46:36 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 209684
From: Printing Specials <OrderCustomCards@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Printing Specials <OrderCustomCards209684@replies.virtumundo.com>
Subject: We are giving away business cards and more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec1.104700-0500_est.231666-13850+18593@ams.ftl.affinity.com>
Date:Mon, 1 Dec 2003 10:46:59 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Oct 07 10:55:46 2005
X-Persona: <hum>
Return-Path: <mailcenter330381@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 3456 invoked from network); 5 Oct 2005 10:08:31 -0600
Received: from vm-183-88.vm-mail.com (206.82.183.88)
   by ehahome.com with SMTP; 5 Oct 2005 10:08:31 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-183-88.vm-mail.com with SMTP; 05 Oct 2005 11:08:31 -0500
X-ClientHost: 104117109064101104097104111109101046099111109
X-MailingID: 330381
From: Private Date Finder  <PrivateDateFinder@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330381@vm-rewards.com>
Subject: *****SPAM***** Search for a private date
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```





**Private Date Finder, 23731 Montego Bay Monarch Beach, CA 92679**

**If you can not see our footer image, please** <u>visit here</u>.

```
From ???@??? Fri Nov 07 22:59:10 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213886-1803>; Sat, 8 Nov 2003 01:49:47 -0500
Received: from vm112.vmadmin.com ([216.64.222.112]) by ams.ftl.affinity.com
with ESMTP id <217813-1802>; Sat, 8 Nov 2003 01:49:00 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm112.vmadmin.com with SMTP; 08 Nov 2003 00:48:37 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 192385
From: Private Investigators <PrivateInvestigators192385@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Private Investigators
<PrivateInvestigators192385@replies.virtumundo.com>
Subject: Real know-it-alls.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov8.014900-0500_est.217813-1802+17802@ams.ftl.affinity.com>
Date:Sat, 8 Nov 2003 01:49:00 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Dec 15 13:27:42 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <3563175-29677>; Mon, 15 Dec 2003 12:55:48 -0500
Received: from vm209-210.vmlocal.com ([216.21.209.210]) by
ams.ftl.affinity.com with ESMTP id <3565240-29675>; Mon, 15 Dec 2003 12:55:02
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-210.vmlocal.com with SMTP; 15 Dec 2003 11:54:58 -0600
X-ClientHost:
1060971091051080970641031111410011111011911111410711504609911109
X-MailingID: 219506
From: Private Island Rental <PrivateIslandRental@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Private Island Rental <PrivateIslandRental219506@vmlocal.com>
Subject: Go to a special place with private island rental.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec15.125502-0500_est.3565240-29675+282@ams.ftl.affinity.com>
Date:Mon, 15 Dec 2003 12:55:02 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Feb 07 16:29:10 2006
Return-Path: <mailcenter336304@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 1572 invoked from network); 26 Jan 2006 12:08:53 -0600
Received: from vm-177-14.vm-mail.com (206.82.177.14)
  by rcw19190020.com with SMTP; 26 Jan 2006 12:08:52 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-14.vm-mail.com with SMTP; 26 Jan 2006 12:08:50 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 336304
From: Private Winners <PrivateWinners@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336304@vm-rewards.com>
Subject: Get your lifetime winner's pass
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**Private Date Finder, 14 Monarch Bay Plaza, #301 Monarch Bay, CA 92629**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 30 09:21:30 2006
X-Persona: <Jay>
Return-Path: <mailcenter336304@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 24929 invoked from network); 26 Jan 2006 12:12:12 -0600
Received: from vm-182-195.vm-mail.com (206.82.182.195)
   by rcw19190020.com with SMTP; 26 Jan 2006 12:12:12 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-195.vm-mail.com with SMTP; 26 Jan 2006 12:12:10 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 336304
From: Private Winners <PrivateWinners@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336304@vm-rewards.com>
Subject: *****SPAM***** Get your lifetime winner's pass
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





 **Private Date Finder, 14 Monarch Bay Plaza, #301 Monarch Bay, CA 92629**

 **If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 30 09:12:50 2006
X-Persona: <Jay>
Return-Path: <mailcenter336304@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 24929 invoked from network); 26 Jan 2006 12:12:12 -0600
Received: from vm-182-195.vm-mail.com (206.82.182.195)
  by rcw19190020.com with SMTP; 26 Jan 2006 12:12:12 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-195.vm-mail.com with SMTP; 26 Jan 2006 12:12:10 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 336304
From: Private Winners <PrivateWinners@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336304@vm-rewards.com>
Subject: *****SPAM***** Get your lifetime winner's pass
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





**Private Date Finder, 14 Monarch Bay Plaza, #301 Monarch Bay, CA 92629**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Jan 26 11:14:18 2006
X-Persona: <Jon>
Return-Path: <mailcenter336304@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 25543 invoked from network); 26 Jan 2006 12:12:13 -0600
Received: from vm-182-228.vm-mail.com (206.82.182.228)
  by rcw19190020.com with SMTP; 26 Jan 2006 12:12:12 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-228.vm-mail.com with SMTP; 26 Jan 2006 12:12:11 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 336304
From: Private Winners <PrivateWinners@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336304@vm-rewards.com>
Subject: *****SPAM***** Get your lifetime winner's pass
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





---

 **Private Date Finder, 14 Monarch Bay Plaza, #301 Monarch Bay, CA 92629**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 13 13:02:37 2006
X-Persona: <RCW>
Return-Path: <mailcenter338016@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 27861 invoked from network); 13 Feb 2006 11:28:46 -0600
Received: from vm-181-26.vm-mail.com (206.82.181.26)
   by xj4x4.net with SMTP; 13 Feb 2006 11:28:30 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-26.vm-mail.com with SMTP; 13 Feb 2006 11:28:02 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 338016
From: Private Winners <PrivateWinners@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338016@vm-rewards.com>
Subject: Go to the casino in private
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---

 **Private Date Finder, LLC., 14 Monarch Bay Plaza, #301, Monarch Bay, CA 92629**

 **If you can not see our footer image, please visit here.**

```
From ???@??? Wed Jun 29 16:38:49 2005
X-Persona: <Katie>
Return-Path: <mailcenter326623@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 22 Jun 2005 15:46:37 -0600
From: Prize Central <PrizeCentral@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Congratulations - Certificate #88514
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.9 required=3.0 tests=CLICK_BELOW,DATE_MISSING,
      HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_FONT_BIG,HTML_IMAGE_ONLY_12,HTML_LINK_CLICK_HERE,HTML_MESSAGE,
      HTML_WEB_BUGS,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,PRIZE,RCVD_IN_SBL,
      SUBJ_HAS_UNIQ_ID,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42B9DC3D.0C4742FE"
```

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Congratulations on your award. You may
   URI:http://redirect.virtumundo.com/ct?i'2713&e=katie@ehahome.com click
   here to redeem it. On behalf of the [...]

Content analysis details:   (10.9 points, 3.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 2.7 PRIZE                  BODY: Talks about prizes
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_LINK_CLICK_HERE   BODY: HTML link text says "click here"
 1.0 HTML_IMAGE_ONLY_12     BODY: images with 1000-1200 bytes of words
 0.6 HTML_WEB_BUGS          BODY: Image tag intended to identify you
 0.1 HTML_FONTCOLOR_BLUE    BODY: HTML font color is blue
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONT_BIG          BODY: HTML has a big font
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.2 SUBJ_HAS_UNIQ_ID       Subject contains a unique ID
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                            [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
 0.0 CLICK_BELOW            Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 20320 invoked from network); 22 Jun 2005 15:46:37 -0600
Received: from vm-180-201.vm-mail.com (206.82.180.201)
  by chiefmusician.net with SMTP; 22 Jun 2005 15:46:36 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-201.vm-mail.com with SMTP; 22 Jun 2005 16:46:35 -0500
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 326623
From: Prize Central <PrizeCentral@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326623@vm-rewards.com>
Subject: Congratulations - Certificate #88514
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Congratulations
.htm"
```

```
From ???@??? Wed Jun 29 16:38:49 2005
X-Persona: <Katie>
Return-Path: <mailcenter326623@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 22 Jun 2005 15:46:37 -0600
From: Prize Central <PrizeCentral@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Congratulations - Certificate #88514
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.9 required=3.0 tests=CLICK_BELOW,DATE_MISSING,
      HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_FONT_BIG,HTML_IMAGE_ONLY_12,HTML_LINK_CLICK_HERE,HTML_MESSAGE,
      HTML_WEB_BUGS,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,PRIZE,RCVD_IN_SBL,
      SUBJ_HAS_UNIQ_ID,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42B9DC3D.0C4742FE"
```

```
Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Congratulations on your award. You may
  URI:http://redirect.virtumundo.com/ct?i'2713&e=katie@ehahome.com click
  here to redeem it. On behalf of the [...]

Content analysis details:   (10.9 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 2.7 PRIZE                  BODY: Talks about prizes
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_LINK_CLICK_HERE   BODY: HTML link text says "click here"
 1.0 HTML_IMAGE_ONLY_12     BODY: HTML: images with 1000-1200 bytes of words
 0.6 HTML_WEB_BUGS          BODY: Image tag intended to identify you
 0.1 HTML_FONTCOLOR_BLUE    BODY: HTML font color is blue
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONT_BIG          BODY: HTML has a big font
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.2 SUBJ_HAS_UNIQ_ID       Subject contains a unique ID
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                        [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
 0.0 CLICK_BELOW            Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.
```

```
Received: (qmail 20320 invoked from network); 22 Jun 2005 15:46:37 -0600
Received: from vm-180-201.vm-mail.com (206.82.180.201)
  by chiefmusician.net with SMTP; 22 Jun 2005 15:46:36 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-201.vm-mail.com with SMTP; 22 Jun 2005 16:46:35 -0500
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 326623
From: Prize Central <PrizeCentral@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326623@vm-rewards.com>
Subject: Congratulations - Certificate #88514
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Congratulations
.htm"
```

```
From ???@??? Sat Jan 10 06:02:40 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <314547-9900>; Sat, 10 Jan 2004 08:27:39 -0500
Received: from vm114.vmadmin.com ([216.64.222.114]) by ams.ftl.affinity.com
with ESMTP id <316175-9900>; Sat, 10 Jan 2004 08:26:58 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm114.vmadmin.com with SMTP; 10 Jan 2004 07:26:55 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 239352
From: Professional Debt Help <ProfessionalDebtHelp@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Professional Debt Help
<ProfessionalDebtHelp239352@replies.virtumundo.com>
Subject: Professionally eliminate debt by 50-75%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan10.082658-0500_est.316175-9900+27003@ams.ftl.affinity.com>
Date:Sat, 10 Jan 2004 08:26:58 -0500
```



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**.  Please mail questions or comments regarding this message to the client, Ideal Exposure Inc., 2901 W. Coast HWY, Suite #200, Newport Beach, CA 92660.**

```
From ???@??? Sat Jan 10 06:02:40 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <311165-9906>; Sat, 10 Jan 2004 08:27:39 -0500
Received: from vm114.vmadmin.com ([216.64.222.114]) by ams.ftl.affinity.com
with ESMTP id <314547-9752>; Sat, 10 Jan 2004 08:26:58 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm114.vmadmin.com with SMTP; 10 Jan 2004 07:26:55 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 239352
From: Professional Debt Help <ProfessionalDebtHelp@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Professional Debt Help
<ProfessionalDebtHelp239352@replies.virtumundo.com>
Subject: Professionally eliminate debt by 50-75%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan10.082658-0500_est.314547-9752+27399@ams.ftl.affinity.com>
Date:Sat, 10 Jan 2004 08:26:57 -0500
```



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**.  Please mail questions or comments regarding this message to the client, Ideal Exposure Inc., 2901 W. Coast HWY, Suite #200, Newport Beach, CA 92660.**

```
From ???@??? Sat Jan 10 06:02:40 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <315525-9903>; Sat, 10 Jan 2004 08:27:39 -0500
Received: from vm114.vmadmin.com ([216.64.222.114]) by ams.ftl.affinity.com
with ESMTP id <323621-9903>; Sat, 10 Jan 2004 08:26:58 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm114.vmadmin.com with SMTP; 10 Jan 2004 07:26:55 -0600
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 239352
From: Professional Debt Help <ProfessionalDebtHelp@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Professional Debt Help
<ProfessionalDebtHelp239352@replies.virtumundo.com>
Subject: Professionally eliminate debt by 50-75%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan10.082658-0500_est.323621-9903+27161@ams.ftl.affinity.com>
Date:Sat, 10 Jan 2004 08:26:57 -0500
```



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here. **To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here. **Please mail questions or comments regarding this message to the client, Ideal Exposure Inc., 2901 W. Coast HWY, Suite #200, Newport Beach, CA 92660.**

```
From ???@??? Sat Jan 10 06:02:40 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <323610-9752>; Sat, 10 Jan 2004 08:27:39 -0500
Received: from vm114.vmadmin.com ([216.64.222.114]) by ams.ftl.affinity.com
with ESMTP id <315269-9905>; Sat, 10 Jan 2004 08:26:56 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm114.vmadmin.com with SMTP; 10 Jan 2004 07:26:55 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 239352
From: Professional Debt Help <ProfessionalDebtHelp@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Professional Debt Help
<ProfessionalDebtHelp239352@replies.virtumundo.com>
Subject: Professionally eliminate debt by 50-75%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan10.082656-0500_est.315269-9905+27048@ams.ftl.affinity.com>
Date:Sat, 10 Jan 2004 08:26:56 -0500
```



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**.  Please mail questions or comments regarding this message to the client, Ideal Exposure Inc., 2901 W. Coast HWY, Suite #200, Newport Beach, CA 92660.**

From ???@??? Sat Jan 10 06:02:40 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <311750-9905>; Sat, 10 Jan
2004 08:27:39 -0500
Received: from vm114.vmadmin.com ([216.64.222.114]) by ams.ftl.affinity.com
with ESMTP id <321773-9904>; Sat, 10 Jan 2004 08:26:59 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm114.vmadmin.com with SMTP; 10 Jan 2004 07:26:55 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 239352
From: Professional Debt Help <ProfessionalDebtHelp@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Professional Debt Help
<ProfessionalDebtHelp239352@replies.virtumundo.com>
Subject: Professionally eliminate debt by 50-75%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan10.082659-0500_est.321773-9904+27986@ams.ftl.affinity.com>
Date:Sat, 10 Jan 2004 08:26:59 -0500



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click here. To remove yourself from this program, go to http://www.virtumundo.com/change or go here. Please mail questions or comments regarding this message to the client, Ideal Exposure Inc., 2901 W. Coast HWY, Suite #200, Newport Beach, CA 92660.**

```
From ???@??? Sun Dec 28 08:13:37 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <242000-17832>; Sun, 28 Dec
2003 03:10:59 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com
with ESMTP id <243832-17831>; Sun, 28 Dec 2003 03:09:54 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm106.vmadmin.com with SMTP; 28 Dec 2003 02:09:51 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 229641
From: Promotions Manager <HottestClubInvites@vmadmin.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Promotions Manager <HottestClubInvites229641@replies.virtumundo.com>
Subject: Invite to the Hottest Club
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec28.030954-0500_est.243832-17831+55659@ams.ftl.affinity.com>
Date:Sun, 28 Dec 2003 03:09:53 -0500
```



### Havana Club Casino

**Experience the rich and exotic atmosphere of Havana Club Casino. 75 thrilling games to choose from.**

**We not only offer exciting promotions but also 11 progressive jackpots, which could lead to your early retirement. Play now and receive $110 FREE.**

Havana Club Casino  ⌐  Terms & Conditions  ⌐  Alternative Purchasing  ⌐  Toll Free Support



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Dec 28 08:13:37 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <241962-17832>; Sun, 28 Dec 2003 03:10:59 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com
with ESMTP id <243901-17827>; Sun, 28 Dec 2003 03:09:54 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm106.vmadmin.com with SMTP; 28 Dec 2003 02:09:51 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 229641
From: Promotions Manager <HottestClubInvites@vmadmin.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Promotions Manager <HottestClubInvites229641@replies.virtumundo.com>
Subject: Invite to the Hottest Club
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec28.030954-0500_est.243901-17827+55430@ams.ftl.affinity.com>
Date:Sun, 28 Dec 2003 03:09:52 -0500
```



### Havana Club Casino

**Experience the rich and exotic atmosphere of Havana Club Casino. 75 thrilling games to choose from.**

**We not only offer exciting promotions but also 11 progressive jackpots, which could lead to your early retirement. Play now and receive $110 FREE.**

Havana Club Casino ┘ Terms & Conditions ┘ Alternative Purchasing ┘ Toll Free Support



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Dec 28 08:13:37 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <243834-17832>; Sun, 28 Dec 2003 03:10:59 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com
with ESMTP id <242000-17746>; Sun, 28 Dec 2003 03:09:53 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm106.vmadmin.com with SMTP; 28 Dec 2003 02:09:51 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 229641
From: Promotions Manager <HottestClubInvites@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Promotions Manager <HottestClubInvites229641@replies.virtumundo.com>
Subject: Invite to the Hottest Club
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec28.030953-0500_est.242000-17746+55978@ams.ftl.affinity.com>
Date:Sun, 28 Dec 2003 03:09:52 -0500



**Havana Club Casino**

**Experience the rich
and exotic atmosphere
of Havana Club
Casino. 75 thrilling
games to choose from.**

We not only offer exciting promotions but
also 11 progressive jackpots, which could
lead to your early retirement. Play now and
receive **$110 FREE.**

Havana Club Casino ⌐ Terms & Conditions ⌐ Alternative
Purchasing ⌐ Toll Free Support



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Dec 28 08:13:37 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <243901-17832>; Sun, 28 Dec 2003 03:10:59 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com
with ESMTP id <243834-17826>; Sun, 28 Dec 2003 03:09:52 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm106.vmadmin.com with SMTP; 28 Dec 2003 02:09:51 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 229641
From: Promotions Manager <HottestClubInvites@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Promotions Manager <HottestClubInvites229641@replies.virtumundo.com>
Subject: Invite to the Hottest Club
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec28.030952-0500_est.243834-17826+55672@ams.ftl.affinity.com>
Date:Sun, 28 Dec 2003 03:09:52 -0500
```



**Havana Club Casino**

**Experience the rich
and exotic atmosphere
of Havana Club
Casino. 75 thrilling
games to choose from.**

**We not only offer exciting promotions but
also 11 progressive jackpots, which could
lead to your early retirement. Play now and
receive $110 FREE.**

Havana Club Casino ⌐ Terms & Conditions ⌐ Alternative
Purchasing ⌐ Toll Free Support



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Dec 28 08:13:37 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <243832-17832>; Sun, 28 Dec 2003 03:10:59 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com
with ESMTP id <243906-17827>; Sun, 28 Dec 2003 03:09:54 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm106.vmadmin.com with SMTP; 28 Dec 2003 02:09:51 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 229641
From: Promotions Manager <HottestClubInvites@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Promotions Manager <HottestClubInvites229641@replies.virtumundo.com>
Subject: Invite to the Hottest Club
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec28.030954-0500_est.243906-17827+55431@ams.ftl.affinity.com>
Date:Sun, 28 Dec 2003 03:09:53 -0500
```



**Havana Club Casino**

**Experience the rich and exotic atmosphere of Havana Club Casino. 75 thrilling games to choose from.**

**We not only offer exciting promotions but also 11 progressive jackpots, which could lead to your early retirement. Play now and receive $110 FREE.**

Havana Club Casino ⌐ Terms & Conditions ⌐ Alternative Purchasing ⌐ Toll Free Support



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Jun 17 08:46:15 2006
X-Persona: <Jay>
Return-Path: <mailcenter352810@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 9952 invoked from network); 17 Jun 2006 02:25:38 -0600
Received: from vm-185-163.vm-mail.com (206.82.185.163)
   by xj4x4.net with SMTP; 17 Jun 2006 02:25:38 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-163.vm-mail.com with SMTP; 17 Jun 2006 03:25:37 -0500
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 352810
From: Property Valuation <PropertyValuation@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+352810@vm-rewards.com>
Subject: How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_60,DATE_MISSING,
       HTML_70_80,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
       HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
       autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions
or comments about this advertisement to:

EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products
and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Tue Apr 25 14:06:22 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter345010@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 8096 invoked from network); 22 Apr 2006 09:22:51 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by jaykaysplace.com with SMTP; 22 Apr 2006 09:22:51 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 22 Apr 2006 10:22:34 -0500
X-ClientHost: 1061111110064106097121107097121115112108097099101046099111109
X-MailingID: 345010
From: Property Valuation <PropertyValuation@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345010@vm-rewards.com>
Subject: *****SPAM***** How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link







**EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104**



**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Apr 22 09:12:49 2006
X-Persona: <Jon>
Return-Path: <mailcenter345010@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 8096 invoked from network); 22 Apr 2006 09:22:51 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by jaykaysplace.com with SMTP; 22 Apr 2006 09:22:51 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 22 Apr 2006 10:22:34 -0500
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 345010
From: Property Valuation <PropertyValuation@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345010@vm-rewards.com>
Subject: *****SPAM***** How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link





**EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Apr 22 09:10:15 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter345010@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 31232 invoked from network); 22 Apr 2006 09:15:56 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by omniinnovations.com with SMTP; 22 Apr 2006 09:15:54 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 22 Apr 2006 10:15:53 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 345010
From: Property Valuation <PropertyValuation@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345010@vm-rewards.com>
Subject: How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Sat Apr 22 09:10:04 2006
X-Persona: <Celia>
Return-Path: <mailcenter345010@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 5793 invoked from network); 22 Apr 2006 07:20:10 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaycelia.com with SMTP; 22 Apr 2006 07:20:09 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 22 Apr 2006 08:20:06 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 345010
From: Property Valuation <PropertyValuation@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345010@vm-rewards.com>
Subject: *****SPAM***** How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





**EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104**

**If you can not see our footer image, please visit here.**

From ???@??? Sun Jun 25 11:06:12 2006
Return-Path: <mailcenter352810@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 9952 invoked from network); 17 Jun 2006 02:25:38 -0600
Received: from vm-185-163.vm-mail.com (206.82.185.163)
  by xj4x4.net with SMTP; 17 Jun 2006 02:25:38 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-163.vm-mail.com with SMTP; 17 Jun 2006 03:25:37 -0500
X-ClientHost: 1060971210641060971210991011108105097046099111109
X-MailingID: 352810
From: Property Valuation <PropertyValuation@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+352810@vm-rewards.com>
Subject: How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_60,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
      autolearn=no version=2.63


Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Sun Mar 19 11:33:39 2006
X-Persona: <RCW>
Return-Path: <mailcenter340180@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 32129 invoked from network); 19 Mar 2006 05:41:08 -0600
Received: from vm-181-213.vm-mail.com (206.82.181.213)
  by gordonworks.com with SMTP; 19 Mar 2006 05:41:07 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-213.vm-mail.com with SMTP; 19 Mar 2006 05:40:56 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 340180
From: Property Valuation <PropertyValue@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340180@vm-rewards.com>
Subject: How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Sun Mar 19 09:30:48 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340180@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 12290 invoked from network); 19 Mar 2006 04:33:04 -0600
Received: from vm-180-196.vm-mail.com (206.82.180.196)
   by anthonycentral.com with SMTP; 19 Mar 2006 04:33:04 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-196.vm-mail.com with SMTP; 19 Mar 2006 04:32:50 -0600
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 340180
From: Property Valuation <PropertyValue@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340180@vm-rewards.com>
Subject: How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





 EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Sun Mar 19 09:30:48 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340180@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 12707 invoked from network); 19 Mar 2006 04:33:06 -0600
Received: from vm-180-196.vm-mail.com (206.82.180.196)
  by anthonycentral.com with SMTP; 19 Mar 2006 04:33:05 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-196.vm-mail.com with SMTP; 19 Mar 2006 04:32:50 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 340180
From: Property Valuation <PropertyValue@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340180@vm-rewards.com>
Subject: How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





 EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Sun Mar 19 09:30:48 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340180@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 13314 invoked from network); 19 Mar 2006 04:33:07 -0600
Received: from vm-180-196.vm-mail.com (206.82.180.196)
  by anthonycentral.com with SMTP; 19 Mar 2006 04:33:07 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-196.vm-mail.com with SMTP; 19 Mar 2006 04:32:50 -0600
X-ClientHost:
1001011190971211101010640971101161041111101210991011101161140971080460991111109
X-MailingID: 340180
From: Property Valuation <PropertyValue@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340180@vm-rewards.com>
Subject: How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





 EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Sun Mar 19 09:30:48 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340180@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 13730 invoked from network); 19 Mar 2006 04:33:09 -0600
Received: from vm-180-196.vm-mail.com (206.82.180.196)
  by anthonycentral.com with SMTP; 19 Mar 2006 04:33:09 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-196.vm-mail.com with SMTP; 19 Mar 2006 04:32:50 -0600
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 340180
From: Property Valuation <PropertyValue@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340180@vm-rewards.com>
Subject: How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





 EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

From ???@??? Sun Mar 19 09:30:48 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340180@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 14980 invoked from network); 19 Mar 2006 04:33:11 -0600
Received: from vm-180-196.vm-mail.com (206.82.180.196)
  by anthonycentral.com with SMTP; 19 Mar 2006 04:33:10 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-196.vm-mail.com with SMTP; 19 Mar 2006 04:32:50 -0600
X-ClientHost: 11610606409711011610411110121099101110116114097108046099111109
X-MailingID: 340180
From: Property Valuation <PropertyValue@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340180@vm-rewards.com>
Subject: How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63


Images not loading? View this offer by visiting this link



EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Sun Mar 19 09:26:49 2006
X-Persona: <Jay>
Return-Path: <mailcenter340180@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 24161 invoked from network); 19 Mar 2006 04:24:22 -0600
Received: from vm-181-203.vm-mail.com (206.82.181.203)
  by anthonycentral.com with SMTP; 19 Mar 2006 04:24:22 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-203.vm-mail.com with SMTP; 19 Mar 2006 04:24:09 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 340180
From: Property Valuation <PropertyValue@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340180@vm-rewards.com>
Subject: *****SPAM***** How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BAYES_90,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  2.1 BAYES_90 BODY: Bayesian spam probability is 90 to 99%
        *      [score: 0.9096]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

**Images not loading? View this offer by visiting this link**





 **EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104**



**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Mar 19 09:25:28 2006
X-Persona: <Jon>
Return-Path: <mailcenter340180@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 23557 invoked from network); 19 Mar 2006 04:24:21 -0600
Received: from vm-181-154.vm-mail.com (206.82.181.154)
  by rcw19190020.com with SMTP; 19 Mar 2006 04:24:21 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-154.vm-mail.com with SMTP; 19 Mar 2006 04:24:09 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 340180
From: Property Valuation <PropertyValue@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340180@vm-rewards.com>
Subject: *****SPAM***** How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

**Images not loading? View this offer by visiting this link**





 **EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104**



**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Mar 19 09:24:35 2006
X-Persona: <Celia>
Return-Path: <mailcenter340180@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 4803 invoked from network); 19 Mar 2006 05:13:59 -0600
Received: from vm-181-210.vm-mail.com (206.82.181.210)
  by gnwalpha.org with SMTP; 19 Mar 2006 05:13:32 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-210.vm-mail.com with SMTP; 19 Mar 2006 05:12:25 -0600
X-ClientHost: 0991011081050970640991011081050971060971210 46099111109
X-MailingID: 340180
From: Property Valuation <PropertyValue@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340180@vm-rewards.com>
Subject: *****SPAM***** How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,NO_DNS_FOR_FROM,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.1 NO_DNS_FOR_FROM Domain in From header has no MX or A DNS records
```

Images not loading? View this offer by visiting this link





EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

From ???@??? Sun Mar 19 09:24:30 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter340180@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 23232 invoked from network); 19 Mar 2006 04:22:45 -0600
Received: from vm-181-241.vm-mail.com (206.82.181.241)
  by rcw19190020.com with SMTP; 19 Mar 2006 04:22:44 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-241.vm-mail.com with SMTP; 19 Mar 2006 04:22:32 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 340180
From: Property Valuation <PropertyValue@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340180@vm-rewards.com>
Subject: How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link



EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

From ???@??? Tue Mar 07 19:14:00 2006
X-Persona: <Mila>
Return-Path: <mailcenter339496@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 27076 invoked from network); 6 Mar 2006 15:00:45 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by clrobin.com with SMTP; 6 Mar 2006 15:00:36 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 06 Mar 2006 15:00:24 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 339496
From: Property Valuation <PropertyValue@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339496@vm-rewards.com>
Subject: How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63

Images not loading? View this offer by visiting this link





 EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Tue Mar 07 16:06:19 2006
X-Persona: <Jay>
Return-Path: <mailcenter339496@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 27268 invoked from network); 6 Mar 2006 15:00:45 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by omniinnovations.com with SMTP; 6 Mar 2006 15:00:45 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 06 Mar 2006 15:00:32 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 339496
From: Property Valuation <PropertyValue@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339496@vm-rewards.com>
Subject: How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link





 EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

From ???@??? Tue Mar 07 16:05:02 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter339496@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 19235 invoked from network); 6 Mar 2006 14:59:22 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by celiajay.com with SMTP; 6 Mar 2006 14:59:22 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 06 Mar 2006 14:59:10 -0600
X-ClientHost:
10610510906410511610010510010111111610111010011410510310411604609911109
X-MailingID: 339496
From: Property Valuation <PropertyValue@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339496@vm-rewards.com>
Subject: How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link



EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

From ???@??? Tue Mar 07 16:04:38 2006
X-Persona: <Celia>
Return-Path: <mailcenter339496@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 29408 invoked from network); 6 Mar 2006 14:40:05 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by jaykaysplace.com with SMTP; 6 Mar 2006 14:39:53 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 06 Mar 2006 14:39:41 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 339496
From: Property Valuation <PropertyValue@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339496@vm-rewards.com>
Subject: How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63


Images not loading? View this offer by visiting this link





 EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Mon Mar 06 16:48:46 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter339496@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 27682 invoked from network); 6 Mar 2006 15:00:46 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jammtomm.com with SMTP; 6 Mar 2006 15:00:46 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 06 Mar 2006 15:00:33 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991101046099111109
X-MailingID: 339496
From: Property Valuation <PropertyValue@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339496@vm-rewards.com>
Subject: How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link





EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

From ???@??? Mon Mar 06 14:23:08 2006
X-Persona: <RCW>
Return-Path: <mailcenter339496@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 29344 invoked from network); 6 Mar 2006 14:36:14 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jammtomm.com with SMTP; 6 Mar 2006 14:36:13 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 06 Mar 2006 14:36:01 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460099111109
X-MailingID: 339496
From: Property Valuation <PropertyValue@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339496@vm-rewards.com>
Subject: How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link



EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

From ???@??? Sat Feb 18 17:05:10 2006
X-Persona: <Mila>
Return-Path: <mailcenter338302@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 18274 invoked from network); 16 Feb 2006 04:05:43 -0600
Received: from vm-177-51.vm-mail.com (206.82.177.51)
  by gnwalpha.org with SMTP; 16 Feb 2006 04:05:43 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-51.vm-mail.com with SMTP; 16 Feb 2006 04:05:29 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 338302
From: Property Valuation <PropertyValue@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338302@vm-rewards.com>
Subject: How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63


Images not loading? View this offer by visiting this link





EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

From ???@??? Sat Feb 18 16:55:10 2006
X-Persona: <Indi>
Return-Path: <mailcenter338302@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Thu, 16 Feb 2006 04:05:47 -0600
From: Property Valuation <PropertyValue@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** How much will your home sell for?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.6 required=7.0 tests=BAYES_99,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43F44E7B.C8F6C16D"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8727&e=indi@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'8727&e=indi@jammtomm.com
  URI:http://ogy.cc/evhgd/index_01.gif [...]

Content analysis details:   (9.6 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 16516 invoked from network); 16 Feb 2006 04:05:42 -0600
Received: from vm-177-51.vm-mail.com (206.82.177.51)
  by gnwalpha.org with SMTP; 16 Feb 2006 04:05:41 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-51.vm-mail.com with SMTP; 16 Feb 2006 04:05:29 -0600
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 338302

```
From: Property Valuation <PropertyValue@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338302@vm-rewards.com>
Subject: How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM How much
will yo.htm"
```

From ???@??? Sat Feb 18 16:55:10 2006
X-Persona: <Indi>
Return-Path: <mailcenter338302@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 16 Feb 2006 04:05:47 -0600
From: Property Valuation <PropertyValue@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** How much will your home sell for?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.6 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43F44E7B.C8F6C16D"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8727&e=indi@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'8727&e=indi@jammtomm.com
  URI:http://ogy.cc/evhgd/index_01.gif [...]

Content analysis details:   (9.6 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 16516 invoked from network); 16 Feb 2006 04:05:42 -0600
Received: from vm-177-51.vm-mail.com (206.82.177.51)
  by gnwalpha.org with SMTP; 16 Feb 2006 04:05:41 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-51.vm-mail.com with SMTP; 16 Feb 2006 04:05:29 -0600
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 338302

From: Property Valuation <PropertyValue@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338302@vm-rewards.com>
Subject: How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM How much
will yo.htm"

```
From ???@??? Fri Feb 17 09:11:40 2006
X-Persona: <Jay>
Return-Path: <mailcenter338302@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 21377 invoked from network); 16 Feb 2006 04:05:46 -0600
Received: from vm-177-86.vm-mail.com (206.82.177.86)
  by jaykaysplace.com with SMTP; 16 Feb 2006 04:05:45 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-86.vm-mail.com with SMTP; 16 Feb 2006 04:05:34 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 338302
From: Property Valuation <PropertyValue@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338302@vm-rewards.com>
Subject: How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link





 **EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Feb 17 09:11:25 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter338302@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 16581 invoked from network); 16 Feb 2006 05:54:40 -0600
Received: from vm-182-23.vm-mail.com (206.82.182.23)
  by gnwalpha.org with SMTP; 16 Feb 2006 05:54:37 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-23.vm-mail.com with SMTP; 16 Feb 2006 05:54:23 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 338302
From: Property Valuation <PropertyValue@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338302@vm-rewards.com>
Subject: How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Fri Feb 17 09:10:54 2006
X-Persona: <Celia>
Return-Path: <mailcenter338302@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 22563 invoked from network); 16 Feb 2006 04:44:47 -0600
Received: from vm-181-247.vm-mail.com (206.82.181.247)
  by rcw19190020.com with SMTP; 16 Feb 2006 04:44:46 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-247.vm-mail.com with SMTP; 16 Feb 2006 04:44:35 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 338302
From: Property Valuation <PropertyValue@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338302@vm-rewards.com>
Subject: How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**





 EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Thu Feb 16 19:53:02 2006
X-Persona: <hum>
Return-Path: <mailcenter338302@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 7812 invoked from network); 16 Feb 2006 04:36:21 -0600
Received: from vm-182-168.vm-mail.com (206.82.182.168)
   by jaykaysplace.com with SMTP; 16 Feb 2006 04:36:21 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-168.vm-mail.com with SMTP; 16 Feb 2006 04:36:07 -0600
X-ClientHost: 1041171090641011040971041111091010146099111109
X-MailingID: 338302
From: Property Valuation <PropertyValue@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338302@vm-rewards.com>
Subject: How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**





EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Thu Feb 16 08:59:00 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter338302@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 26915 invoked from network); 16 Feb 2006 04:05:52 -0600
Received: from vm-177-9.vm-mail.com (206.82.177.9)
  by omniinnovations.com with SMTP; 16 Feb 2006 04:05:51 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-9.vm-mail.com with SMTP; 16 Feb 2006 04:05:34 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 338302
From: Property Valuation <PropertyValue@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338302@vm-rewards.com>
Subject: How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link





 EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

From ???@??? Thu Feb 16 08:27:38 2006
X-Persona: <RCW>
Return-Path: <mailcenter338302@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 451 invoked from network); 16 Feb 2006 05:03:14 -0600
Received: from vm-177-24.vm-mail.com (206.82.177.24)
  by gnwalpha.org with SMTP; 16 Feb 2006 05:03:14 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-24.vm-mail.com with SMTP; 16 Feb 2006 05:03:02 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460099111109
X-MailingID: 338302
From: Property Valuation <PropertyValue@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338302@vm-rewards.com>
Subject: How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link



EHV, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 17:36:15 2006
Return-Path: <mailcenter336642@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 2212 invoked from network); 30 Jan 2006 18:28:44 -0600
Received: from vm-181-60.vm-mail.com (206.82.181.60)
   by jaycelia.com with SMTP; 30 Jan 2006 18:28:43 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-60.vm-mail.com with SMTP; 30 Jan 2006 18:28:32 -0600
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 336642
From: Property Valuation <PropertyValue@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336642@vm-rewards.com>
Subject: What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---

PropertyValueHub.com , 21250 Hawthorne Blvd., Suite 500, Torrance, CA 90503

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 17:36:15 2006
Return-Path: <mailcenter336642@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 3266 invoked from network); 30 Jan 2006 18:28:45 -0600
Received: from vm-181-60.vm-mail.com (206.82.181.60)
   by jaycelia.com with SMTP; 30 Jan 2006 18:28:44 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-60.vm-mail.com with SMTP; 30 Jan 2006 18:28:32 -0600
X-ClientHost:
0991041170991070640971101161041111012109910111011611409710804609911109
X-MailingID: 336642
From: Property Valuation <PropertyValue@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336642@vm-rewards.com>
Subject: What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



PropertyValueHub.com , 21250 Hawthorne Blvd., Suite 500, Torrance, CA 90503

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 17:36:15 2006
Return-Path: <mailcenter336642@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 4806 invoked from network); 30 Jan 2006 18:28:51 -0600
Received: from vm-181-60.vm-mail.com (206.82.181.60)
   by jaycelia.com with SMTP; 30 Jan 2006 18:28:45 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-60.vm-mail.com with SMTP; 30 Jan 2006 18:28:32 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 336642
From: Property Valuation <PropertyValue@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336642@vm-rewards.com>
Subject: What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



---

PropertyValueHub.com , 21250 Hawthorne Blvd., Suite 500, Torrance, CA 90503

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 17:36:15 2006
Return-Path: <mailcenter336642@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 6186 invoked from network); 30 Jan 2006 18:28:52 -0600
Received: from vm-181-60.vm-mail.com (206.82.181.60)
   by jaycelia.com with SMTP; 30 Jan 2006 18:28:51 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-60.vm-mail.com with SMTP; 30 Jan 2006 18:28:32 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 336642
From: Property Valuation <PropertyValue@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336642@vm-rewards.com>
Subject: What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



---

PropertyValueHub.com , 21250 Hawthorne Blvd., Suite 500, Torrance, CA 90503

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 17:36:15 2006
Return-Path: <mailcenter336642@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 8518 invoked from network); 30 Jan 2006 18:28:54 -0600
Received: from vm-181-60.vm-mail.com (206.82.181.60)
   by jaycelia.com with SMTP; 30 Jan 2006 18:28:52 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-60.vm-mail.com with SMTP; 30 Jan 2006 18:28:32 -0600
X-ClientHost: 116106064097110116104111101210991011101161140971080460991111109
X-MailingID: 336642
From: Property Valuation <PropertyValue@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336642@vm-rewards.com>
Subject: What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



PropertyValueHub.com , 21250 Hawthorne Blvd., Suite 500, Torrance, CA 90503

If you can not see our footer image, please visit here.

```
From ???@??? Mon Feb 06 07:13:02 2006
X-Persona: <Mila>
Return-Path: <mailcenter336642@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
     with SpamAssassin (2.63 2004-01-11);
     Mon, 30 Jan 2006 18:20:37 -0600
From: Property Valuation <PropertyValue@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** What's your home worth?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
     HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
     HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
     X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43DEAD55.1E8A3109"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7901&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7901&e=mila@jammtomm.com
  URI:http://ogy.cc/druials/796.gif [...]

Content analysis details:   (7.0 points, 7.0 required)

 pts rule name              description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 18625 invoked from network); 30 Jan 2006 18:20:35 -0600
Received: from vm-177-122.vm-mail.com (206.82.177.122)
  by anthonycentral.com with SMTP; 30 Jan 2006 18:20:35 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-122.vm-mail.com with SMTP; 30 Jan 2006 18:20:19 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
```

```
X-MailingID: 336642
From: Property Valuation <PropertyValue@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336642@vm-rewards.com>
Subject: What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM What's
your home4.htm"
```

```
From ???@??? Sun Feb 05 21:13:57 2006
X-Persona: <Mila>
Return-Path: <mailcenter336642@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 30 Jan 2006 18:20:37 -0600
From: Property Valuation <PropertyValue@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** What's your home worth?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43DEAD55.1E8A3109"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7901&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7901&e=mila@jammtomm.com
  URI:http://ogy.cc/druials/796.gif [...]

Content analysis details:   (7.0 points, 7.0 required)

 pts rule name                  description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING               Missing Date: header
 2.8 X_MAIL_ID_PRESENT          Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE               BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY             BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02         BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET  RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 18625 invoked from network); 30 Jan 2006 18:20:35 -0600
Received: from vm-177-122.vm-mail.com (206.82.177.122)
  by anthonycentral.com with SMTP; 30 Jan 2006 18:20:35 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-122.vm-mail.com with SMTP; 30 Jan 2006 18:20:19 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
```

```
X-MailingID: 336642
From: Property Valuation <PropertyValue@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336642@vm-rewards.com>
Subject: What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM What's
your home3.htm"
```

```
From ???@??? Wed Feb 01 14:08:53 2006
X-Persona: <Jay>
Return-Path: <mailcenter336642@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 22499 invoked from network); 30 Jan 2006 18:20:39 -0600
Received: from vm-177-75.vm-mail.com (206.82.177.75)
  by xj4x4.net with SMTP; 30 Jan 2006 18:20:39 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-75.vm-mail.com with SMTP; 30 Jan 2006 18:20:24 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 336642
From: Property Valuation <PropertyValue@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336642@vm-rewards.com>
Subject: *****SPAM***** What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



**PropertyValueHub.com , 21250 Hawthorne Blvd., Suite 500, Torrance, CA 90503**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Feb 01 14:06:14 2006
X-Persona: <Celia>
Return-Path: <mailcenter336642@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 21603 invoked from network); 30 Jan 2006 18:39:27 -0600
Received: from vm-182-161.vm-mail.com (206.82.182.161)
  by rcw19190020.com with SMTP; 30 Jan 2006 18:39:27 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-161.vm-mail.com with SMTP; 30 Jan 2006 18:39:02 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 336642
From: Property Valuation <PropertyValue@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336642@vm-rewards.com>
Subject: *****SPAM***** What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



 **PropertyValueHub.com , 21250 Hawthorne Blvd., Suite 500, Torrance, CA 90503**



**If you can not see our footer image, please visit here.**

From ???@??? Wed Feb 01 14:06:10 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter336642@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 22212 invoked from network); 30 Jan 2006 18:19:51 -0600
Received: from vm-177-41.vm-mail.com (206.82.177.41)
  by celiajay.com with SMTP; 30 Jan 2006 18:19:50 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-41.vm-mail.com with SMTP; 30 Jan 2006 18:19:37 -0600
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460099111109
X-MailingID: 336642
From: Property Valuation <PropertyValue@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336642@vm-rewards.com>
Subject: What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



PropertyValueHub.com , 21250 Hawthorne Blvd., Suite 500, Torrance, CA 90503

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 20:23:46 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter336642@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 21827 invoked from network); 30 Jan 2006 18:20:39 -0600
Received: from vm-177-114.vm-mail.com (206.82.177.114)
   by chiefmusician.net with SMTP; 30 Jan 2006 18:20:39 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-114.vm-mail.com with SMTP; 30 Jan 2006 18:20:24 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 336642
From: Property Valuation <PropertyValue@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336642@vm-rewards.com>
Subject: *****SPAM***** What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



 **PropertyValueHub.com , 21250 Hawthorne Blvd., Suite 500, Torrance, CA 90503**



**If you can not see our footer image, please visit here.**

From ???@??? Mon Jan 30 20:15:37 2006
X-Persona: <RCW>
Return-Path: <mailcenter336642@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 26498 invoked from network); 30 Jan 2006 19:03:45 -0600
Received: from vm-177-44.vm-mail.com (206.82.177.44)
  by rcw19190020.com with SMTP; 30 Jan 2006 19:03:43 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-44.vm-mail.com with SMTP; 30 Jan 2006 19:03:14 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 336642
From: Property Valuation <PropertyValue@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336642@vm-rewards.com>
Subject: What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



PropertyValueHub.com , 21250 Hawthorne Blvd., Suite 500, Torrance, CA 90503

If you can not see our footer image, please visit here.

```
From ???@??? Mon Mar 20 19:30:45 2006
X-Persona: <Mila>
Return-Path: <mailcenter340180@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sun, 19 Mar 2006 04:24:16 -0600
From: Property Valuation <PropertyValue@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** How much will your home sell for?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=11.8 required=7.0 tests=BAYES_99,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_441D3150.A45076A3"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9971&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'9971&e=mila@jammtomm.com
  URI:http://ogy.cc/evhgd/index_01.gif [...]

Content analysis details:   (11.8 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 20002 invoked from network); 19 Mar 2006 04:24:12 -0600
Received: from vm-181-24.vm-mail.com (206.82.181.24)
  by gordonworks.com with SMTP; 19 Mar 2006 04:24:12 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-24.vm-mail.com with SMTP; 19 Mar 2006 04:24:00 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
```

```
X-MailingID: 340180
From: Property Valuation <PropertyValue@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340180@vm-rewards.com>
Subject: How much will your home sell for?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM How much
will yo7.htm"
```

```
From ???@??? Fri Apr 07 12:39:29 2006
Return-Path: <mailcenter341468@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 16036 invoked from network); 3 Apr 2006 10:59:12 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by celiajay.com with SMTP; 3 Apr 2006 10:59:09 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 03 Apr 2006 11:58:24 -0500
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991
11109
X-MailingID: 341468
From: Property Valuations <PropertyValuations@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341468@vm-rewards.com>
Subject: What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



---

PropertyValueHub.com , 21250 Hawthorne Blvd., Suite 500, Torrance, CA 90503

If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 07 12:39:28 2006
Return-Path: <mailcenter341468@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 10724 invoked from network); 3 Apr 2006 10:58:54 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by celiajay.com with SMTP; 3 Apr 2006 10:58:40 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 03 Apr 2006 11:58:24 -0500
X-ClientHost:
09910411709910706409711101161041111012109910111011611409710804609911109
X-MailingID: 341468
From: Property Valuations <PropertyValuations@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341468@vm-rewards.com>
Subject: *****SPAM***** What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.4 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,NO_DNS_FOR_FROM,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
      *      [score: 0.5039]
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.6 NO_DNS_FOR_FROM Domain in From header has no MX or A DNS records
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link





 **PropertyValueHub.com , 21250 Hawthorne Blvd., Suite 500, Torrance, CA 90503**



**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 12:39:28 2006
Return-Path: <mailcenter341468@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 7245 invoked from network); 3 Apr 2006 10:58:37 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by celiajay.com with SMTP; 3 Apr 2006 10:58:28 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 03 Apr 2006 11:58:24 -0500
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 341468
From: Property Valuations <PropertyValuations@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341468@vm-rewards.com>
Subject: *****SPAM***** What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.4 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,NO_DNS_FOR_FROM,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
      *      [score: 0.5039]
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.6 NO_DNS_FOR_FROM Domain in From header has no MX or A DNS records
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link





 **PropertyValueHub.com , 21250 Hawthorne Blvd., Suite 500, Torrance, CA 90503**



**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 12:39:28 2006
Return-Path: <mailcenter341468@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 14753 invoked from network); 3 Apr 2006 10:59:08 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by celiajay.com with SMTP; 3 Apr 2006 10:59:02 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 03 Apr 2006 11:58:24 -0500
X-ClientHost:
10010111909712111010106409710116104111110121099101110116114097108046099111109
X-MailingID: 341468
From: Property Valuations <PropertyValuations@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341468@vm-rewards.com>
Subject: What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



PropertyValueHub.com , 21250 Hawthorne Blvd., Suite 500, Torrance, CA 90503

If you can not see our footer image, please visit here.

From ???@??? Thu Apr 06 22:14:04 2006
X-Persona: <Mila>
Return-Path: <mailcenter341468@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 03 Apr 2006 13:08:05 -0600
From: Property Valuations <PropertyValuations@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** What's your home worth?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.1 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44317295.BD78F0D1"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(0905&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(0905&e=mila@jammtomm.com
  URI:http://ogy.cc/druials/796.gif [...]

Content analysis details:   (11.1 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
               [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 6661 invoked from network); 3 Apr 2006 12:40:23 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by anthonycentral.com with SMTP; 3 Apr 2006 12:40:22 -0600
Received: from vm-mail.com (10.0.0.42)

```
  by pkc-sb01 with SMTP; 03 Apr 2006 13:40:21 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 341468
From: Property Valuations <PropertyValuations@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341468@vm-rewards.com>
Subject: What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM What's
your home3.htm"
```

From ???@??? Tue Apr 04 20:31:50 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter341468@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 12931 invoked from network); 3 Apr 2006 12:39:42 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by greatnorthwest-alpha.org with SMTP; 3 Apr 2006 12:39:37 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 03 Apr 2006 13:39:21 -0500
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 341468
From: Property Valuations <PropertyValuations@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341468@vm-rewards.com>
Subject: What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link



PropertyValueHub.com , 21250 Hawthorne Blvd., Suite 500, Torrance, CA 90503

If you can not see our footer image, please visit here.

```
From ???@??? Mon Apr 03 18:57:38 2006
X-Persona: <Jay>
Return-Path: <mailcenter341468@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 17730 invoked from network); 3 Apr 2006 12:40:51 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by ehahome.com with SMTP; 3 Apr 2006 12:40:48 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 03 Apr 2006 13:40:30 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 341468
From: Property Valuations <PropertyValuations@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341468@vm-rewards.com>
Subject: *****SPAM***** What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.4 required=7.0 tests=BAYES_80,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
       autolearn=no version=2.63
X-Spam-Report:
       *  1.9 DATE_MISSING Missing Date: header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.1 HTML_MESSAGE BODY: HTML included in message
       *  1.7 BAYES_80 BODY: Bayesian spam probability is 80 to 90%
       *      [score: 0.8160]
       *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





---

From ???@??? Mon Apr 03 18:54:23 2006
X-Persona: <Celia>
Return-Path: <mailcenter341468@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 19840 invoked from network); 3 Apr 2006 11:28:24 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by rcw19190020.com with SMTP; 3 Apr 2006 11:28:16 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 03 Apr 2006 12:28:16 -0500
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 341468
From: Property Valuations <PropertyValuations@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341468@vm-rewards.com>
Subject: *****SPAM***** What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       * 1.0 DATE_MISSING Missing Date: header
       * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       * 0.0 HTML_MESSAGE BODY: HTML included in message
       * 0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
       * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       * 2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]


Images not loading? View this offer by visiting this link



---

**PropertyValueHub.com , 21250 Hawthorne Blvd., Suite 500, Torrance, CA 90503**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Apr 03 17:47:01 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter341468@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 23363 invoked from network); 3 Apr 2006 12:41:06 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by chiefmusician.net with SMTP; 3 Apr 2006 12:41:00 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 03 Apr 2006 13:40:30 -0500
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 341468
From: Property Valuations <PropertyValuations@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341468@vm-rewards.com>
Subject: *****SPAM***** What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

**Images not loading? View this offer by visiting this link**





 **PropertyValueHub.com , 21250 Hawthorne Blvd., Suite 500, Torrance, CA 90503**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 12:39:41 2006
Return-Path: <mailcenter341468@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 16994 invoked from network); 3 Apr 2006 10:59:13 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by celiajay.com with SMTP; 3 Apr 2006 10:59:12 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 03 Apr 2006 11:58:24 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 341468
From: Property Valuations <PropertyValuations@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341468@vm-rewards.com>
Subject: What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



---

PropertyValueHub.com , 21250 Hawthorne Blvd., Suite 500, Torrance, CA 90503

If you can not see our footer image, please visit here.

```
From ???@??? Sat Feb 11 11:06:34 2006
X-Persona: <Celia>
Return-Path: <mailcenter337702@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 11747 invoked from network); 9 Feb 2006 04:40:27 -0600
Received: from vm-180-161.vm-mail.com (206.82.180.161)
  by chiefmusician.net with SMTP; 9 Feb 2006 04:40:27 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-161.vm-mail.com with SMTP; 09 Feb 2006 04:40:14 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 337702
From: Property Value <PropertyValue@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337702@vm-rewards.com>
Subject: *****SPAM***** What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



 **PropertyValueHub.com , 21250 Hawthorne Blvd., Suite 500, Torrance, CA 90503**



**If you can not see our footer image, please visit here.**

From ???@??? Sat Feb 11 10:54:09 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter337702@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 20772 invoked from network); 9 Feb 2006 04:04:35 -0600
Received: from vm-177-112.vm-mail.com (206.82.177.112)
  by jammtomm.com with SMTP; 9 Feb 2006 04:04:34 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-112.vm-mail.com with SMTP; 09 Feb 2006 04:04:22 -0600
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460991111109
X-MailingID: 337702
From: Property Value <PropertyValue@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337702@vm-rewards.com>
Subject: What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



PropertyValueHub.com , 21250 Hawthorne Blvd., Suite 500, Torrance, CA 90503

If you can not see our footer image, please visit here.

```
From ???@??? Fri Feb 10 13:05:07 2006
X-Persona: <Mila>
Return-Path: <mailcenter337702@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 09 Feb 2006 04:05:15 -0600
From: Property Value <PropertyValue@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** What's your home worth?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43EB13DB.BEFF0C19"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8455&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'8455&e=mila@jammtomm.com
  URI:http://ogy.cc/druials/796.gif [...]

Content analysis details:   (7.0 points, 7.0 required)

 pts rule name                description
---- -------------------------- --------------------------------------------------
 1.0 DATE_MISSING               Missing Date: header
 2.8 X_MAIL_ID_PRESENT          Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN     BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE               BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY      BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY             BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02         BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET       RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 7363 invoked from network); 9 Feb 2006 04:05:09 -0600
Received: from vm-177-43.vm-mail.com (206.82.177.43)
  by anthonycentral.com with SMTP; 9 Feb 2006 04:05:06 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-43.vm-mail.com with SMTP; 09 Feb 2006 04:04:54 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109

```
X-MailingID: 337702
From: Property Value <PropertyValue@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337702@vm-rewards.com>
Subject: What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM What's
your home5.htm"
```

```
From ???@??? Thu Feb 09 08:18:24 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter337702@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 9923 invoked from network); 9 Feb 2006 04:05:11 -0600
Received: from vm-177-19.vm-mail.com (206.82.177.19)
   by itdidnotendright.com with SMTP; 9 Feb 2006 04:05:10 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-19.vm-mail.com with SMTP; 09 Feb 2006 04:04:58 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 337702
From: Property Value <PropertyValue@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337702@vm-rewards.com>
Subject: *****SPAM***** What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



 **PropertyValueHub.com , 21250 Hawthorne Blvd., Suite 500, Torrance, CA 90503**



**If you can not see our footer image, please visit here.**

From ???@??? Thu Feb 09 07:34:02 2006
X-Persona: <RCW>
Return-Path: <mailcenter337702@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 4481 invoked from network); 9 Feb 2006 04:50:03 -0600
Received: from vm-177-3.vm-mail.com (206.82.177.3)
  by gnwalpha.org with SMTP; 9 Feb 2006 04:50:03 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-3.vm-mail.com with SMTP; 09 Feb 2006 04:49:51 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 337702
From: Property Value <PropertyValue@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337702@vm-rewards.com>
Subject: What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



PropertyValueHub.com , 21250 Hawthorne Blvd., Suite 500, Torrance, CA 90503

If you can not see our footer image, please visit here.

From ???@??? Wed Feb 15 09:10:37 2006
X-Persona: <Jay>
Return-Path: <mailcenter337702@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 9668 invoked from network); 9 Feb 2006 04:05:10 -0600
Received: from vm-177-85.vm-mail.com (206.82.177.85)
   by ehahome.com with SMTP; 9 Feb 2006 04:05:10 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-85.vm-mail.com with SMTP; 09 Feb 2006 04:04:58 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 337702
From: Property Value <PropertyValue@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337702@vm-rewards.com>
Subject: *****SPAM***** What's your home worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset


Images not loading? View this offer by visiting this link



 **PropertyValueHub.com , 21250 Hawthorne Blvd., Suite 500, Torrance, CA 90503**


**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Sep 20 16:43:50 2005
X-Persona: <Indi>
Return-Path: <mailcenter329839@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 19 Sep 2005 23:17:02 -0600
From: Property Values <PropertyValues@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Find out how much your property is worth
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_432F9B4E.BB8A5BBE"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4208&e=indi@jammtomm.com
  URI:http://ogy.cc/buenosu/index_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4208&e=indi@jammtomm.com
  URI:http://ogy.cc/buenosu/index_02.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                  [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 25474 invoked from network); 19 Sep 2005 23:17:02 -0600
Received: from vm-182-39.vm-mail.com (206.82.182.39)
  by chiefmusician.net with SMTP; 19 Sep 2005 23:17:02 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-39.vm-mail.com with SMTP; 20 Sep 2005 00:17:01 -0500

```
X-ClientHost: 10511010010506410609710910911611110910904609911109
X-MailingID: 329839
From: Property Values <PropertyValues@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329839@vm-rewards.com>
Subject: Find out how much your property is worth
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Find out
how muc.htm"
```

```
From ???@??? Thu Apr 27 08:20:55 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345780@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 10721 invoked from network); 26 Apr 2006 08:38:40 -0600
Received: from vm-180-101.vm-mail.com (206.82.180.101)
   by jammtomm.com with SMTP; 26 Apr 2006 08:38:40 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-101.vm-mail.com with SMTP; 26 Apr 2006 09:38:34 -0500
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 345780
From: Protect America <ProtectAmerica@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345780@vm-rewards.com>
Subject: Get your GE Security System with extra keypad
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level:
X-Spam-Status: No, hits=-1.8 required=7.0 tests=BAYES_00,DATE_MISSING,
      HTML_50_60,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_10,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



*\* Standard monitoring agreement required. Cannot be combined
with any other offer. Must be a U.S. resident with approved
credit. Other restrictions apply.*

We provide our service in all 50 states. In some states, a license is not required. Here is a list of the states that do require a license along w th our valid license number: LICENSES: AL: 05-027; AZ: ROC114855 C-12; ROC114856 L-67; AR: #E 01-538; CA: ACO 4115; VA: 11-3129; FL:EG0000192; GA: LVA205161; IL: 127-001092; LA: BF533; MD: 107-670; MI:3601202409; NJ: 34BA00066100, 34FA00055400; NM: 60519; NC: 635-CSA; OK:739; SC: 5432, 3104; TN: 00000265; TX: B-06923; UT: 345548-6501; CT:Protect America, Inc. of Texas 191352; WA: PROTEAI962LD; WV: WV032962; Licensed by the N.Y.S. Department of State, 12000269970.

---



**Protect America, Inc 5100 N IH-35 Ste. B Round Rock, TX 78681**



**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Mar 17 11:08:15 2006
X-Persona: <RCW>
Return-Path: <mailcenter340124@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 25282 invoked from network); 17 Mar 2006 12:17:39 -0600
Received: from vm-181-248.vm-mail.com (206.82.181.248)
  by gnwalpha.org with SMTP; 17 Mar 2006 12:17:37 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-248.vm-mail.com with SMTP; 17 Mar 2006 12:17:07 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 340124
From: Protect America <ProtectAmerica@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340124@vm-rewards.com>
Subject: GE Security System with extra keypad
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link





**Venture Direct, 60 Madison Ave. New York, NY 10010**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Aug 04 19:34:32 2006
X-Persona: <2nd User>
Return-Path: <mailcenter357674@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 18651 invoked from network); 28 Jul 2006 09:05:35 -0600
Received: from static-vmg-180-185.vm-mail.com (HELO vm-180-185.vm-mail.com)
(206.82.180.185)
  by anthonycentral.com with SMTP; 28 Jul 2006 09:05:34 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-185.vm-mail.com with SMTP; 28 Jul 2006 10:05:33 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 357674
From: Protect America <ProtectAmerica@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+357674@vm-rewards.com>
Subject: Are your loved ones and property protected?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.1 required=7.0 tests=DATE_MISSING,HTML_40_50,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Protect America, Inc 708 3rd Ave, 12th Floor New York, NY 10017

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Sun Jun 06 23:41:56 2004
Return-Path: <mailcenter308841@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 9172 invoked by uid 10003); 7 Jun 2004 06:23:37 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 9169 invoked from network); 7 Jun 2004 06:23:37 -0000
Received: from unknown (HELO vm109.vmadmin.com) (216.64.222.109)
   by ns48.webmasters.com with SMTP; 7 Jun 2004 06:23:37 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm109.vmadmin.com with SMTP; 07 Jun 2004 01:23:36 -0500
X-ClientHost: 10609710910111506410311111410011111101191111141071115046099111109
X-MailingID: 308841
From: Public Safety <PublicSafetyDegrees@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Public Safety <PublicSafetyDegrees308841@replies.virtumundo.com>
Subject: Become a firefighter, police officer or EMT!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

Chooseadegree.com 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018

```
From ???@??? Sun Jun 06 23:41:56 2004
Return-Path: <mailcenter308841@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 9185 invoked by uid 10003); 7 Jun 2004 06:23:37 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 9182 invoked from network); 7 Jun 2004 06:23:37 -0000
Received: from unknown (HELO vm109.vmadmin.com) (216.64.222.109)
  by ns48.webmasters.com with SMTP; 7 Jun 2004 06:23:37 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 07 Jun 2004 01:23:36 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 308841
From: Public Safety <PublicSafetyDegrees@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Public Safety <PublicSafetyDegrees308841@replies.virtumundo.com>
Subject: Become a firefighter, police officer or EMT!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Chooseadegree.com 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018

```
From ???@??? Sun Jun 06 23:41:56 2004
Return-Path: <mailcenter308841@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 9193 invoked by uid 10003); 7 Jun 2004 06:23:37 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 9190 invoked from network); 7 Jun 2004 06:23:37 -0000
Received: from unknown (HELO vm109.vmadmin.com) (216.64.222.109)
  by ns48.webmasters.com with SMTP; 7 Jun 2004 06:23:37 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 07 Jun 2004 01:23:36 -0500
X-ClientHost: 10609712106410311114100111110119111114107115046099111109
X-MailingID: 308841
From: Public Safety <PublicSafetyDegrees@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Public Safety <PublicSafetyDegrees308841@replies.virtumundo.com>
Subject: Become a firefighter, police officer or EMT!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Chooseadegree.com 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018

```
From ???@??? Fri May 14 06:08:23 2004
Return-Path: <mailcenter308441@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 2481 invoked by uid 10003); 14 May 2004 06:09:55 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 2471 invoked from network); 14 May 2004 06:09:55 -0000
Received: from unknown (HELO vm117.vmadmin.com) (216.64.222.117)
  by ns48.webmasters.com with SMTP; 14 May 2004 06:09:55 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm117.vmadmin.com with SMTP; 14 May 2004 01:20:20 -0500
X-ClientHost:
10611111009716104097110064103111114100111110119111114107115046099111109
X-MailingID: 308441
From: Public Safety <PublicSafetyDegrees@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Public Safety <PublicSafetyDegrees308441@replies.virtumundo.com>
Subject: Become a firefighter, police officer or EMT!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Chooseadegree.com 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018

```
From ???@??? Fri May 14 06:08:23 2004
Return-Path: <mailcenter308441@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 2465 invoked by uid 10003); 14 May 2004 06:09:54 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 2458 invoked from network); 14 May 2004 06:09:54 -0000
Received: from unknown (HELO vm117.vmadmin.com) (216.64.222.117)
  by ns48.webmasters.com with SMTP; 14 May 2004 06:09:54 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm117.vmadmin.com with SMTP; 14 May 2004 01:20:20 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 308441
From: Public Safety <PublicSafetyDegrees@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Public Safety <PublicSafetyDegrees308441@replies.virtumundo.com>
Subject: Become a firefighter, police officer or EMT!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Chooseadegree.com 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018

```
From ???@??? Fri May 14 06:08:23 2004
Return-Path: <mailcenter308441@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 2478 invoked by uid 10003); 14 May 2004 06:09:55 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 2466 invoked from network); 14 May 2004 06:09:54 -0000
Received: from unknown (HELO vm117.vmadmin.com) (216.64.222.117)
  by ns48.webmasters.com with SMTP; 14 May 2004 06:09:54 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm117.vmadmin.com with SMTP; 14 May 2004 01:20:20 -0500
X-ClientHost: 10609712106410311114100111110119111114107115046099111109
X-MailingID: 308441
From: Public Safety <PublicSafetyDegrees@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Public Safety <PublicSafetyDegrees308441@replies.virtumundo.com>
Subject: Become a firefighter, police officer or EMT!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Chooseadegree.com 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018

```
From ???@??? Fri May 14 06:07:56 2004
Return-Path: <mailcenter308441@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 2462 invoked by uid 10003); 14 May 2004 06:09:54 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 2457 invoked from network); 14 May 2004 06:09:54 -0000
Received: from unknown (HELO vm117.vmadmin.com) (216.64.222.117)
  by ns48.webmasters.com with SMTP; 14 May 2004 06:09:54 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm117.vmadmin.com with SMTP; 14 May 2004 01:20:20 -0500
X-ClientHost: 10609710910111506410311111410011111101191111141071150460991111109
X-MailingID: 308441
From: Public Safety <PublicSafetyDegrees@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Public Safety <PublicSafetyDegrees308441@replies.virtumundo.com>
Subject: Become a firefighter, police officer or EMT!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

 Chooseadegree.com 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018

```
From ???@??? Sun Jun 06 23:42:46 2004
Return-Path: <mailcenter308841@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 9201 invoked by uid 10003); 7 Jun 2004 06:23:37 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 9198 invoked from network); 7 Jun 2004 06:23:37 -0000
Received: from unknown (HELO vm109.vmadmin.com) (216.64.222.109)
  by ns48.webmasters.com with SMTP; 7 Jun 2004 06:23:37 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 07 Jun 2004 01:23:36 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 308841
From: Public Safety <PublicSafetyDegrees@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Public Safety <PublicSafetyDegrees308841@replies.virtumundo.com>
Subject: Become a firefighter, police officer or EMT!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



 Chooseadegree.com 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018

```
From ???@??? Wed Dec 10 07:27:42 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <461335-1081>; Tue, 9 Dec 2003 23:48:23 -0500
Received: from vm122.vmadmin.com ([216.64.222.122]) by ams.ftl.affinity.com
with ESMTP id <238874-1084>; Tue, 9 Dec 2003 22:10:38 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm122.vmadmin.com with SMTP; 09 Dec 2003 21:10:31 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991110
X-MailingID: 214785
From: Quality Baseball Gloves <QualityBaseballGloves@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Quality Baseball Gloves
<QualityBaseballGloves214785@replies.virtumundo.com>
Subject: Baseball gloves beat the alternative.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec9.221038-0500_est.238874-1084+44811@ams.ftl.affinity.com>
Date:Tue, 9 Dec 2003 22:10:38 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Dec 10 07:28:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <461333-1081>; Tue, 9 Dec 2003 23:48:23 -0500
Received: from vm122.vmadmin.com ([216.64.222.122]) by ams.ftl.affinity.com
with ESMTP id <465589-1082>; Tue, 9 Dec 2003 22:10:37 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm122.vmadmin.com with SMTP; 09 Dec 2003 21:10:31 -0600
X-ClientHost:
10609710910510809706410311111410011110191111141071150460099111109
X-MailingID: 214785
From: Quality Baseball Gloves <QualityBaseballGloves@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Quality Baseball Gloves
<QualityBaseballGloves214785@replies.virtumundo.com>
Subject: Baseball gloves beat the alternative.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec9.221037-0500_est.465589-1082+44376@ams.ftl.affinity.com>
Date:Tue, 9 Dec 2003 22:10:37 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 10 07:27:42 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <461332-1081>; Tue, 9 Dec 2003 23:48:24 -0500
Received: from vm122.vmadmin.com ([216.64.222.122]) by ams.ftl.affinity.com
with ESMTP id <228667-1079>; Tue, 9 Dec 2003 22:10:37 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm122.vmadmin.com with SMTP; 09 Dec 2003 21:10:31 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 214785
From: Quality Baseball Gloves <QualityBaseballGloves@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Quality Baseball Gloves
<QualityBaseballGloves214785@replies.virtumundo.com>
Subject: Baseball gloves beat the alternative.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec9.221037-0500_est.228667-1079+44459@ams.ftl.affinity.com>
Date:Tue, 9 Dec 2003 22:10:36 -0500
```




**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Dec 10 07:28:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <461337-1081>; Tue, 9 Dec 2003
23:48:23 -0500
Received: from vm122.vmadmin.com ([216.64.222.122]) by ams.ftl.affinity.com
with ESMTP id <245435-1087>; Tue, 9 Dec 2003 22:10:40 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm122.vmadmin.com with SMTP; 09 Dec 2003 21:10:31 -0600
X-ClientHost:
106111110097116104097110064103111114100111101191111114107115046099111109
X-MailingID: 214785
From: Quality Baseball Gloves <QualityBaseballGloves@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Quality Baseball Gloves
<QualityBaseballGloves214785@replies.virtumundo.com>
Subject: Baseball gloves beat the alternative.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec9.221040-0500_est.245435-1087+43983@ams.ftl.affinity.com>
Date:Tue, 9 Dec 2003 22:10:39 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at <ins>http://privacy.virtumundo.com/properties.html</ins>) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to <ins>http://www.virtumundo.com/unsub</ins> or <ins>go here</ins>. To read Virtumundo's privacy policy, go to <ins>Privacy Policy</ins>. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Apr 15 09:22:03 2006
Return-Path: <mailcenter343446@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 7778 invoked from network); 13 Apr 2006 16:54:44 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by clrobin.com with SMTP; 13 Apr 2006 16:54:40 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 13 Apr 2006 17:53:59 -0500
X-ClientHost:
100101119097121110101064097110116104111101210991011101161140971080460991111 09
X-MailingID: 343446
From: Quality Singles Only <QualitySinglesOnly@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343446@vm-rewards.com>
Subject: Meet real quality singles, a safe place to start.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Friend,





 **True (TM) 5215 North O Irving, TX 75039**

**If you can not see our footer image, please visit here.**

From ???@??? Wed Feb 08 09:41:51 2006
X-Persona: <RCW>
Return-Path: <mailcenter337578@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 28099 invoked from network); 8 Feb 2006 11:39:11 -0600
Received: from vm-181-220.vm-mail.com (206.82.181.220)
   by celiajay.com with SMTP; 8 Feb 2006 11:39:10 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-220.vm-mail.com with SMTP; 08 Feb 2006 11:38:56 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 337578
From: Quick Apply Online Mortgage Experts
<QuickApplyOnlineMortgageExperts@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337578@vm-rewards.com>
Subject: 30 sec application could save you thousands
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link




---



Quickapply.com, 13020 Pacific Promenade, Suite 413 Los Angeles, CA 90094


If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 30 16:34:07 2004
Return-Path: <mailcenter308305@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 10979 invoked by uid 10003); 30 Apr 2004 21:23:34 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 10976 invoked from network); 30 Apr 2004 21:23:34 -0000
Received: from unknown (HELO vm108.vmadmin.com) (216.64.222.108)
   by ns48.webmasters.com with SMTP; 30 Apr 2004 21:23:34 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm108.vmadmin.com with SMTP; 30 Apr 2004 16:31:22 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 308305
From: Quick Loan <QuickProcessing@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Quick Loan <QuickProcessing308305@replies.virtumundo.com>
Subject: Need cash in a hurry?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**Vendor Promotions #442, 3162 Johnson Ferry Road Suite 260, Marietta GA. 30062**

---


Vendor Promotions #442, 3162 Johnson Ferry Road Suite 260, Marietta GA. 30062

```
From ???@??? Fri Apr 30 16:34:07 2004
Return-Path: <mailcenter308305@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 10987 invoked by uid 10003); 30 Apr 2004 21:23:34 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 10983 invoked from network); 30 Apr 2004 21:23:34 -0000
Received: from unknown (HELO vm108.vmadmin.com) (216.64.222.108)
  by ns48.webmasters.com with SMTP; 30 Apr 2004 21:23:34 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm108.vmadmin.com with SMTP; 30 Apr 2004 16:31:22 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 308305
From: Quick Loan <QuickProcessing@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Quick Loan <QuickProcessing308305@replies.virtumundo.com>
Subject: Need cash in a hurry?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**Vendor Promotions #442, 3162 Johnson Ferry Road Suite 260, Marietta GA. 30062**

---

Vendor Promotions #442, 3162 Johnson Ferry Road Suite 260, Marietta GA. 30062

```
From ???@??? Fri Apr 30 16:34:07 2004
Return-Path: <mailcenter308305@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 10999 invoked by uid 10003); 30 Apr 2004 21:23:35 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 10996 invoked from network); 30 Apr 2004 21:23:35 -0000
Received: from unknown (HELO vm108.vmadmin.com) (216.64.222.108)
  by ns48.webmasters.com with SMTP; 30 Apr 2004 21:23:35 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm108.vmadmin.com with SMTP; 30 Apr 2004 16:31:22 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 308305
From: Quick Loan <QuickProcessing@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Quick Loan <QuickProcessing308305@replies.virtumundo.com>
Subject: Need cash in a hurry?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**Vendor Promotions #442, 3162 Johnson Ferry Road Suite 260, Marietta GA. 30062**



 Vendor Promotions #442, 3162 Johnson Ferry Road Suite 260, Marietta GA. 30062



```
From ???@??? Fri Apr 30 16:34:07 2004
Return-Path: <mailcenter308305@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 10972 invoked by uid 10003); 30 Apr 2004 21:23:34 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 10969 invoked from network); 30 Apr 2004 21:23:34 -0000
Received: from unknown (HELO vm108.vmadmin.com) (216.64.222.108)
  by ns48.webmasters.com with SMTP; 30 Apr 2004 21:23:34 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm108.vmadmin.com with SMTP; 30 Apr 2004 16:31:22 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 308305
From: Quick Loan <QuickProcessing@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Quick Loan <QuickProcessing308305@replies.virtumundo.com>
Subject: Need cash in a hurry?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**Vendor Promotions #442, 3162 Johnson Ferry Road Suite 260, Marietta GA. 30062**

---

Vendor Promotions #442, 3162 Johnson Ferry Road Suite 260, Marietta GA. 30062

```
From ???@??? Wed Sep 17 12:40:27 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <1256895-21104>; Wed, 17 Sep 2003 13:10:43 -0400
Received: from vt04.vtarget.com ([216.64.222.4]) by ams.ftl.affinity.com with
ESMTP id <1256903-21102>; Wed, 17 Sep 2003 13:09:01 -0400
Received: from vtarget.com (192.168.3.10)
  by vt04.vtarget.com with SMTP; 17 Sep 2003 12:09:00 -0500
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 136940
From: Quit Smoking <QuitSmokingToday136940@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: Quit Smoking <QuitSmokingToday136940@replies.vtarget.com>
Subject: Trying to stop smoking?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep17.130901-0400_edt.1256903-21102+3137@ams.ftl.affinity.com>
Date:Wed, 17 Sep 2003 13:09:01 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Nov 20 20:55:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <218946-18306>; Thu, 20 Nov 2003 22:25:32 -0500
Received: from vm152.vmadmin.com ([216.64.222.152]) by ams.ftl.affinity.com
with ESMTP id <213223-18303>; Thu, 20 Nov 2003 22:24:48 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm152.vmadmin.com with SMTP; 20 Nov 2003 21:23:12 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 202258
From: Rare Earth Magnets <RareEarthMagnets202258@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Rare Earth Magnets <RareEarthMagnets202258@replies.virtumundo.com>
Subject: Feel the power of rare earth magnets!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov20.222448-0500_est.213223-18303+22418@ams.ftl.affinity.com>
Date:Thu, 20 Nov 2003 22:24:47 -0500
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Nov 20 20:55:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217600-18302>; Thu, 20 Nov
2003 22:25:32 -0500
Received: from vm152.vmadmin.com ([216.64.222.152]) by ams.ftl.affinity.com
with ESMTP id <220081-18305>; Thu, 20 Nov 2003 22:24:48 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm152.vmadmin.com with SMTP; 20 Nov 2003 21:23:12 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 202258
From: Rare Earth Magnets <RareEarthMagnets202258@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Rare Earth Magnets <RareEarthMagnets202258@replies.virtumundo.com>
Subject: Feel the power of rare earth magnets!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov20.222448-0500_est.220081-18305+22450@ams.ftl.affinity.com>
Date:Thu, 20 Nov 2003 22:24:48 -0500
```





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Mar 22 09:53:21 2006
X-Persona: <RCW>
Return-Path: <mailcenter340440@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 29794 invoked from network); 22 Mar 2006 11:46:44 -0600
Received: from vm-180-58.vm-mail.com (206.82.180.58)
  by gordonworks.com with SMTP; 22 Mar 2006 11:46:39 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-58.vm-mail.com with SMTP; 22 Mar 2006 11:46:26 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 340440
From: Rate Advice <RateAdvice@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340440@vm-rewards.com>
Subject: Your best loan options within one minute
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---



**Fast Find.com, 660 Market Street San Francisco,CA 94104**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jun 11 18:17:15 2004
Return-Path: <mailcenter308946@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 10225 invoked by uid 10003); 11 Jun 2004 20:17:49 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 10222 invoked from network); 11 Jun 2004 20:17:49 -0000
Received: from unknown (HELO vm124.vmadmin.com) (216.64.222.124)
  by ns48.webmasters.com with SMTP; 11 Jun 2004 20:17:49 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm124.vmadmin.com with SMTP; 11 Jun 2004 15:17:47 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 308946
From: Rate Advisors <FindTheBestRates@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Rate Advisors <FindTheBestRates308946@replies.virtumundo.com>
Subject: Rates are tumbling - Refinance today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



AzoogleAds 1054 Centre St. Suite 214 Thornhill, ON l4j 8e5

```
From ???@??? Fri Jun 11 18:17:14 2004
Return-Path: <mailcenter308946@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 10234 invoked by uid 10003); 11 Jun 2004 20:17:49 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 10231 invoked from network); 11 Jun 2004 20:17:49 -0000
Received: from unknown (HELO vm124.vmadmin.com) (216.64.222.124)
  by ns48.webmasters.com with SMTP; 11 Jun 2004 20:17:49 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm124.vmadmin.com with SMTP; 11 Jun 2004 15:17:47 -0500
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 308946
From: Rate Advisors <FindTheBestRates@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Rate Advisors <FindTheBestRates308946@replies.virtumundo.com>
Subject: Rates are tumbling - Refinance today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



AzoogleAds 1054 Centre St. Suite 214 Thornhill, ON l4j 8e5

```
From ???@??? Fri Jun 11 18:17:14 2004
Return-Path: <mailcenter308946@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 10242 invoked by uid 10003); 11 Jun 2004 20:17:49 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 10239 invoked from network); 11 Jun 2004 20:17:49 -0000
Received: from unknown (HELO vm124.vmadmin.com) (216.64.222.124)
  by ns48.webmasters.com with SMTP; 11 Jun 2004 20:17:49 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm124.vmadmin.com with SMTP; 11 Jun 2004 15:17:47 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 308946
From: Rate Advisors <FindTheBestRates@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Rate Advisors <FindTheBestRates308946@replies.virtumundo.com>
Subject: Rates are tumbling - Refinance today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



AzoogleAds 1054 Centre St. Suite 214 Thornhill, ON l4j 8e5

```
From ???@??? Fri Jun 11 18:17:15 2004
Return-Path: <mailcenter308946@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 10212 invoked by uid 10003); 11 Jun 2004 20:17:48 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 10208 invoked from network); 11 Jun 2004 20:17:48 -0000
Received: from unknown (HELO vm124.vmadmin.com) (216.64.222.124)
  by ns48.webmasters.com with SMTP; 11 Jun 2004 20:17:48 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm124.vmadmin.com with SMTP; 11 Jun 2004 15:17:47 -0500
X-ClientHost: 10609710910111506410311114100111110119111114107115046099111109
X-MailingID: 308946
From: Rate Advisors <FindTheBestRates@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Rate Advisors <FindTheBestRates308946@replies.virtumundo.com>
Subject: Rates are tumbling - Refinance today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**AzoogleAds 1054 Centre St. Suite 214 Thornhill, ON l4j 8e5**

From ???@??? Tue Sep 20 16:44:34 2005
X-Persona: <Indi>
Return-Path: <mailcenter329857@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Tue, 20 Sep 2005 05:10:16 -0600
From: Rate News <RateNews@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Near all-time lows
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_432FEE18.C004E3DE"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4211&e=indi@jammtomm.com
  URI:http://ogy.cc/washingtonple/headline.jpg
  URI:http://redirect.virtumundo.com/ct?i'4211&e=indi@jammtomm.com
  URI:http://ogy.cc/washingtonple/chart.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name               description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                   [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 21672 invoked from network); 20 Sep 2005 05:10:03 -0600
Received: from vm-180-48.vm-mail.com (206.82.180.48)
  by chiefmusician.net with SMTP; 20 Sep 2005 05:09:59 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-48.vm-mail.com with SMTP; 20 Sep 2005 06:09:50 -0500

```
X-ClientHost: 10511010010506410609710910911611111091090460991111109
X-MailingID: 329857
From: Rate News <RateNews@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329857@vm-rewards.com>
Subject: Near all-time lows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Near
all-time lo.htm"
```

```
From ???@??? Wed Jun 02 15:56:25 2004
Return-Path: <mailcenter308760@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 26366 invoked by uid 10003); 2 Jun 2004 21:24:09 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 26363 invoked from network); 2 Jun 2004 21:24:09 -0000
Received: from unknown (HELO vm212.vmadmin.com) (216.64.222.212)
  by ns48.webmasters.com with SMTP; 2 Jun 2004 21:24:09 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm212.vmadmin.com with SMTP; 02 Jun 2004 16:24:05 -0500
X-ClientHost: 1060971210641031111141001111101911111410711504609911109
X-MailingID: 308760
From: Rate Wise <LockInGreatRates@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Rate Wise <LockInGreatRates308760@replies.virtumundo.com>
Subject: Local lenders want your business. Lower your rate!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

AzoogleAds, 1054 Centre St. Suite 214 Thornhill, ON l4j 8e5

```
From ???@??? Wed Dec 03 23:17:46 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216805-12262>; Thu, 4 Dec 2003 01:41:24 -0500
Received: from vm093.vmadmin.com ([216.64.222.93]) by ams.ftl.affinity.com
with ESMTP id <214954-12256>; Thu, 4 Dec 2003 01:40:14 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm093.vmadmin.com with SMTP; 04 Dec 2003 00:40:08 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 210694
From: RC Stunt Car <TheHottestToyOut@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: RC Stunt Car <TheHottestToyOut210694@replies.virtumundo.com>
Subject: The Hottest Toy For 2003!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec4.014014-0500_est.214954-12256+32211@ams.ftl.affinity.com>
Date:Thu, 4 Dec 2003 01:40:12 -0500
```

THIS IS THE ONE — *THE TOY "ALL THE OTHER KIDS ARE GETTING."*

FRENZIED FLIPS AND SCREAMING SPINS!

RADIO CONTROLLED TWISTER STUNT CAR *TWISTS, TURNS* AND *FLIPS* — ALL BY REMOTE CONTROL! DOES *WHEELIES, 360 SPINS* AND *ROLLS* — ALL KINDS OF *AMAZING TRICKS* AND *STUNTS*!

LONG LASTING, HIGH QUALITY — *YEARS OF FUN* HOME OR OFFICE

PERFECT GIFT OR STOCKING STUFFER FOR *AGES 3 - 103*

*THE ULTIMATE STUNT CAR FOR THE WILDEST TRICKS!*



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 03 23:17:46 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215574-12261>; Thu, 4 Dec
2003 01:41:24 -0500
Received: from vm093.vmadmin.com ([216.64.222.93]) by ams.ftl.affinity.com
with ESMTP id <218650-12261>; Thu, 4 Dec 2003 01:40:14 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm093.vmadmin.com with SMTP; 04 Dec 2003 00:40:08 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 210694
From: RC Stunt Car <TheHottestToyOut@vmadmin.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: RC Stunt Car <TheHottestToyOut210694@replies.virtumundo.com>
Subject: The Hottest Toy For 2003!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec4.014014-0500_est.218650-12261+32821@ams.ftl.affinity.com>
Date:Thu, 4 Dec 2003 01:40:12 -0500
```

THIS IS THE ONE — *THE TOY "ALL THE OTHER KIDS ARE GETTING."*

 FRENZIED FLIPS AND SCREAMING SPINS!

RADIO CONTROLLED TWISTER STUNT CAR *TWISTS, TURNS* AND *FLIPS* — ALL BY REMOTE CONTROL! DOES *WHEELIES, 360 SPINS* AND *ROLLS* — ALL KINDS OF *AMAZING TRICKS* AND *STUNTS!*

 LONG LASTING, HIGH QUALITY — *YEARS OF FUN* HOME OR OFFICE

 PERFECT GIFT OR STOCKING STUFFER FOR *AGES 3 - 103*

*THE ULTIMATE STUNT CAR FOR THE WILDEST TRICKS!*



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Dec 03 23:17:46 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218320-12260>; Thu, 4 Dec 2003 01:41:23 -0500
Received: from vm093.vmadmin.com ([216.64.222.93]) by ams.ftl.affinity.com
with ESMTP id <216805-12263>; Thu, 4 Dec 2003 01:40:12 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm093.vmadmin.com with SMTP; 04 Dec 2003 00:40:08 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 210694
From: RC Stunt Car <TheHottestToyOut@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: RC Stunt Car <TheHottestToyOut210694@replies.virtumundo.com>
Subject: The Hottest Toy For 2003!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec4.014012-0500_est.216805-12263+33156@ams.ftl.affinity.com>
Date:Thu, 4 Dec 2003 01:40:11 -0500

THIS IS THE ONE — *THE TOY "ALL THE OTHER KIDS ARE GETTING."*

 FRENZIED FLIPS AND SCREAMING SPINS!

RADIO CONTROLLED TWISTER STUNT CAR *TWISTS, TURNS* AND *FLIPS* — ALL BY REMOTE CONTROL! DOES *WHEELIES, 360 SPINS* AND *ROLLS* — ALL KINDS OF *AMAZING TRICKS* AND *STUNTS*!

 LONG LASTING, HIGH QUALITY — *YEARS OF FUN* HOME OR OFFICE

 PERFECT GIFT OR STOCKING STUFFER FOR *AGES 3 - 103*

*THE ULTIMATE STUNT CAR FOR THE WILDEST TRICKS!*



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 03 23:17:46 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218319-12260>; Thu, 4 Dec 2003 01:41:23 -0500
Received: from vm093.vmadmin.com ([216.64.222.93]) by ams.ftl.affinity.com
with ESMTP id <218394-12256>; Thu, 4 Dec 2003 01:40:12 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm093.vmadmin.com with SMTP; 04 Dec 2003 00:40:08 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 210694
From: RC Stunt Car <TheHottestToyOut@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: RC Stunt Car <TheHottestToyOut210694@replies.virtumundo.com>
Subject: The Hottest Toy For 2003!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec4.014012-0500_est.218394-12256+32209@ams.ftl.affinity.com>
Date:Thu, 4 Dec 2003 01:40:10 -0500
```

THIS IS THE ONE — *THE TOY "ALL THE OTHER KIDS ARE GETTING."*

 FRENZIED FLIPS AND SCREAMING SPINS!

RADIO CONTROLLED TWISTER STUNT CAR *TWISTS, TURNS* AND *FLIPS* — ALL BY REMOTE CONTROL! DOES *WHEELIES, 360 SPINS* AND *ROLLS* — ALL KINDS OF *AMAZING TRICKS* AND *STUNTS*!

 LONG LASTING, HIGH QUALITY — *YEARS OF FUN* HOME OR OFFICE

 PERFECT GIFT OR STOCKING STUFFER FOR *AGES 3 - 103*

*THE ULTIMATE STUNT CAR FOR THE WILDEST TRICKS!*



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 03 23:17:46 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <218323-12260>; Thu, 4 Dec 2003 01:41:23 -0500
Received: from vm093.vmadmin.com ([216.64.222.93]) by ams.ftl.affinity.com
with ESMTP id <215574-12263>; Thu, 4 Dec 2003 01:40:12 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm093.vmadmin.com with SMTP; 04 Dec 2003 00:40:08 -0600
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 210694
From: RC Stunt Car <TheHottestToyOut@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: RC Stunt Car <TheHottestToyOut210694@replies.virtumundo.com>
Subject: The Hottest Toy For 2003!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec4.014012-0500_est.215574-12263+33157@ams.ftl.affinity.com>
Date:Thu, 4 Dec 2003 01:40:12 -0500
```

THIS IS THE ONE — **THE TOY "ALL THE OTHER KIDS ARE GETTING."**

 FRENZIED FLIPS AND SCREAMING SPINS!

RADIO CONTROLLED TWISTER STUNT CAR **TWISTS, TURNS** AND **FLIPS** — ALL BY REMOTE CONTROL! DOES **WHEELIES, 360 SPINS** AND **ROLLS** — ALL KINDS OF **AMAZING TRICKS** AND **STUNTS!**

 LONG LASTING, HIGH QUALITY — **YEARS OF FUN** HOME OR OFFICE

 PERFECT GIFT OR STOCKING STUFFER FOR **AGES 3 - 103**

**THE ULTIMATE STUNT CAR FOR THE WILDEST TRICKS!**



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Jun 20 08:24:09 2006
X-Persona: <Jay>
Return-Path: <mailcenter352884@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 5393 invoked from network); 19 Jun 2006 09:53:36 -0600
Received: from vm-180-150.vm-mail.com (206.82.180.150)
  by jammtomm.com with SMTP; 19 Jun 2006 09:53:36 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-150.vm-mail.com with SMTP; 19 Jun 2006 10:53:34 -0500
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 352884
From: RE Riches <RERiches@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+352884@vm-rewards.com>
Subject: *****SPAM***** Are you looking for something better out of life?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
        RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *     [score: 0.5002]
        * 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        * 2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *     [206.82.180.150 listed in dnsbl.sorbs.net]
        * 0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *     [206.82.180.150 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link





```
From ???@??? Sun Jun 25 11:09:29 2006
Return-Path: <mailcenter352884@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 5393 invoked from network); 19 Jun 2006 09:53:36 -0600
Received: from vm-180-150.vm-mail.com (206.82.180.150)
  by jammtomm.com with SMTP; 19 Jun 2006 09:53:36 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-150.vm-mail.com with SMTP; 19 Jun 2006 10:53:34 -0500
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 352884
From: RE Riches <RERiches@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+352884@vm-rewards.com>
Subject: *****SPAM***** Are you looking for something better out of life?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
        RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *     [score: 0.5002]
        * 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        * 2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *     [206.82.180.150 listed in dnsbl.sorbs.net]
        * 0.1 RCVD_IN_SORBS RBL: SORBS sender is listed in SORBS
        *     [206.82.180.150 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link





```
From ???@??? Sun May 02 23:47:15 2004
Return-Path: <mailcenter308319@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 2581 invoked by uid 10003); 3 May 2004 06:08:29 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 2575 invoked from network); 3 May 2004 06:08:29 -0000
Received: from unknown (HELO vm120.vmadmin.com) (216.64.222.120)
   by ns48.webmasters.com with SMTP; 3 May 2004 06:08:29 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm120.vmadmin.com with SMTP; 03 May 2004 01:16:44 -0500
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 308319
From: Ready to Deal <NewModelsAreInToday@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Ready to Deal <NewModelsAreInToday308319@replies.virtumundo.com>
Subject: New 2004 models have arrived
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Carworks.com 268 Bush St., #4329, San Francisco, CA 94104

```
From ???@??? Sun May 02 23:47:15 2004
Return-Path: <mailcenter308319@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 2589 invoked by uid 10003); 3 May 2004 06:08:29 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 2585 invoked from network); 3 May 2004 06:08:29 -0000
Received: from unknown (HELO vm120.vmadmin.com) (216.64.222.120)
   by ns48.webmasters.com with SMTP; 3 May 2004 06:08:29 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm120.vmadmin.com with SMTP; 03 May 2004 01:16:44 -0500
X-ClientHost: 10609712106410311114100111110119111114107115046099111109
X-MailingID: 308319
From: Ready to Deal <NewModelsAreInToday@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Ready to Deal <NewModelsAreInToday308319@replies.virtumundo.com>
Subject: New 2004 models have arrived
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



 Carworks.com 268 Bush St., #4329, San Francisco, CA 94104

```
From ???@??? Sun May 02 23:47:15 2004
Return-Path: <mailcenter308319@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 2596 invoked by uid 10003); 3 May 2004 06:08:30 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 2593 invoked from network); 3 May 2004 06:08:29 -0000
Received: from unknown (HELO vm120.vmadmin.com) (216.64.222.120)
  by ns48.webmasters.com with SMTP; 3 May 2004 06:08:29 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm120.vmadmin.com with SMTP; 03 May 2004 01:16:44 -0500
X-ClientHost:
106111110097116104097110064103111114100111101191111141071150460991111 09
X-MailingID: 308319
From: Ready to Deal <NewModelsAreInToday@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Ready to Deal <NewModelsAreInToday308319@replies.virtumundo.com>
Subject: New 2004 models have arrived
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Carworks.com 268 Bush St., #4329, San Francisco, CA 94104

```
From ???@??? Sun May 02 23:47:15 2004
Return-Path: <mailcenter308319@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 2574 invoked by uid 10003); 3 May 2004 06:08:29 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 2570 invoked from network); 3 May 2004 06:08:28 -0000
Received: from unknown (HELO vm120.vmadmin.com) (216.64.222.120)
  by ns48.webmasters.com with SMTP; 3 May 2004 06:08:28 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm120.vmadmin.com with SMTP; 03 May 2004 01:16:44 -0500
X-ClientHost: 10609710910111506410311111410011111101191111141071150460991111 09
X-MailingID: 308319
From: Ready to Deal <NewModelsAreInToday@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Ready to Deal <NewModelsAreInToday308319@replies.virtumundo.com>
Subject: New 2004 models have arrived
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Carworks.com 268 Bush St., #4329, San Francisco, CA 94104

```
From ???@??? Sun Oct 30 16:22:16 2005
X-Persona: <Indi>
Return-Path: <mailcenter331290@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 4001 invoked from network); 26 Oct 2005 23:29:32 -0600
Received: from vm-177-86.vm-mail.com (206.82.177.86)
   by chiefmusician.net with SMTP; 26 Oct 2005 23:29:31 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-86.vm-mail.com with SMTP; 27 Oct 2005 00:29:19 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 331290
From: Real Estate  <RealEstate@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331290@vm-rewards.com>
Subject: Find out what your home is really worth
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.9 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONT_BIG,HTML_IMAGE_ONLY_08,
      HTML_LINK_CLICK_HERE,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



Wondering What Your Home is REALLY Worth?

If you're selling your home in the next 12 months or just curious, it's time to get a current market analysis of your home. To get a FREE evaluation instantly, **click here**.

Act today and you'll get a detailed report emailed to you



**About RealEstate.com**

RealEstate.com is a wholly-owned unit of LendingTree, LLC. We are pledged to the letter and spirit of U.S. policy for the achievement of equal housing opportunity throughout the Nation.

We encourage and support an affirmative advertising and marketing program in which there are no barriers to obtaining housing because of race, color, religion, sex, handicap, familial status, or national origin.

 RealEstate.com, c/o LendingTree, LLC, 11115 Rushmore Dr., Charlotte, NC 28277

 If you can not see our footer image, please visit here.

```
From ???@??? Thu Oct 27 12:33:04 2005
X-Persona: <hum>
Return-Path: <mailcenter331290@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 3042 invoked from network); 26 Oct 2005 23:47:02 -0600
Received: from vm-181-38.vm-mail.com (206.82.181.38)
  by gnwalpha.org with SMTP; 26 Oct 2005 23:47:02 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-38.vm-mail.com with SMTP; 27 Oct 2005 00:46:50 -0500
X-ClientHost: 1041171090641011040971041111091010146099111109
X-MailingID: 331290
From: Real Estate  <RealEstate@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331290@vm-rewards.com>
Subject: Find out what your home is really worth
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.9 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONT_BIG,HTML_IMAGE_ONLY_08,
      HTML_LINK_CLICK_HERE,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```





**About RealEstate.com**

RealEstate.com is a wholly-owned unit of LendingTree, LLC. We are pledged to the letter and spirit of U.S. policy for the achievement of equal housing opportunity throughout the Nation.

We encourage and support an affirmative advertising and marketing program in which there are no barriers to obtaining housing because of race, color, religion, sex, handicap, familial status, or national origin.



RealEstate.com, c/o LendingTree, LLC, 11115 Rushmore Dr., Charlotte, NC 28277



If you can not see our footer image, please visit here.

```
From ???@??? Thu Sep 29 16:29:41 2005
X-Persona: <Indi>
Return-Path: <mailcenter330138@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 27 Sep 2005 20:21:07 -0600
From: Real Estate  <RealEstate@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Find out what your home is really worth
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.2 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_UNKNOWN,HTML_FONT_BIG,HTML_IMAGE_ONLY_08,
        HTML_LINK_CLICK_HERE,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4339FE13.064DFA8A"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://ogy.cc/realests/topper_hve_gram_wonder.gif
  URI:http://ogy.cc/realests/edger_hve_gram_wonder_main_left.gif
  URI:http://redirect.virtumundo.com/ct?i'4330&e=indi@jammtomm.com
  URI:http://ogy.cc/realests/logo_re_lt_cobrand.gif [...]

Content analysis details:   (7.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_LINK_CLICK_HERE   BODY: HTML link text says "click here"
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.8 HTML_IMAGE_ONLY_08     BODY: HTML: images with 600-800 bytes of words
 0.1 HTML_FONT_BIG          BODY: HTML has a big font
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                       [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 31297 invoked from network); 27 Sep 2005 20:21:06 -0600
```

```
Received: from vm-181-180.vm-mail.com (206.82.181.180)
  by itdidnotendright.com with SMTP; 27 Sep 2005 20:21:06 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-180.vm-mail.com with SMTP; 27 Sep 2005 21:21:06 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330138
From: Real Estate  <RealEstate@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330138@vm-rewards.com>
Subject: Find out what your home is really worth
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Find out
what yo.htm"
```

```
From ???@??? Tue Sep 27 23:16:34 2005
X-Persona: <hum>
Return-Path: <mailcenter330138@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 30245 invoked from network); 27 Sep 2005 20:26:56 -0600
Received: from vm-182-196.vm-mail.com (206.82.182.196)
  by anthonycentral.com with SMTP; 27 Sep 2005 20:26:56 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-196.vm-mail.com with SMTP; 27 Sep 2005 21:26:55 -0500
X-ClientHost: 104117109064101104097104111109101046099111109
X-MailingID: 330138
From: Real Estate  <RealEstate@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330138@vm-rewards.com>
Subject: *****SPAM***** Find out what your home is really worth
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.2 required=7.0 tests=DATE_MISSING,HTML_60_70,
    HTML_FONTCOLOR_UNKNOWN,HTML_FONT_BIG,HTML_IMAGE_ONLY_08,
    HTML_LINK_CLICK_HERE,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
    MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
    autolearn=no version=2.63
X-Spam-Report:
    *  1.0 DATE_MISSING Missing Date: header
    *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
    *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
    *  0.1 HTML_LINK_CLICK_HERE BODY: HTML link text says "click here"
    *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
    *  0.0 HTML_MESSAGE BODY: HTML included in message
    *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
    *  0.1 HTML_FONT_BIG BODY: HTML has a big font
    *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
    *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
    *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
    *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
    *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL27258>]
```





Wondering What Your Home is REALLY Worth?

If you're selling your home in the next 12 months or just curious, it's time to get a current market analysis of your home. To get a FREE evaluation





**About RealEstate.com**

RealEstate.com is a wholly-owned unit of LendingTree, LLC. We are pledged to the letter and spirit of U.S. policy for the achievement of equal housing opportunity throughout the Nation.

We encourage and support an affirmative advertising and marketing program in which there are no barriers to obtaining housing because of race, color, religion, sex, handicap, familial status, or national origin.



RealEstate.com, c/o LendingTree, LLC, 11115 Rushmore Dr., Charlotte, NC 28277

If you can not see our footer image, please visit here.

```
From ???@??? Sun Oct 30 16:22:16 2005
X-Persona: <Indi>
Return-Path: <mailcenter331290@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 4001 invoked from network); 26 Oct 2005 23:29:32 -0600
Received: from vm-177-86.vm-mail.com (206.82.177.86)
  by chiefmusician.net with SMTP; 26 Oct 2005 23:29:31 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-86.vm-mail.com with SMTP; 27 Oct 2005 00:29:19 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 331290
From: Real Estate  <RealEstate@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331290@vm-rewards.com>
Subject: Find out what your home is really worth
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.9 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONT_BIG,HTML_IMAGE_ONLY_08,
      HTML_LINK_CLICK_HERE,HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```





**About RealEstate.com**

RealEstate.com is a wholly-owned unit of LendingTree, LLC. We are pledged to the letter and spirit of U.S. policy for the achievement of equal housing opportunity throughout the Nation.

We encourage and support an affirmative advertising and marketing program in which there are no barriers to obtaining housing because of race, color, religion, sex, handicap, familial status, or national origin.

 RealEstate.com, c/o LendingTree, LLC, 11115 Rushmore Dr., Charlotte, NC 28277

 If you can not see our footer image, please visit here.

```
From ???@??? Sun Jun 19 17:11:16 2005
X-Persona: <Katie>
Return-Path: <mailcenter326328@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 15 Jun 2005 20:58:36 -0600
From: Real Estate <RealEstate@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Find out what your home is worth
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.3 required=3.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,HTML_IMAGE_RATIO_08,
      HTML_MESSAGE,HTML_TABLE_THICK_BORD,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,NO_COST,NO_OBLIGATION,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42B0EADC.654BB111"
```

```
Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://v1.cc/domanils/tophood.gif
  URI:http://redirect.virtumundo.com/ct?i'2579&e=katie@ehahome.com
  URI:http://v1.cc/domanils/realestate.gif
  URI:http://v1.cc/domanils/bottomhood.gif [...]

Content analysis details:   (10.3 points, 3.0 required)

 pts rule name               description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 1.0 NO_COST                 BODY: No such thing as a free lunch (3)
 1.3 NO_OBLIGATION           BODY: There is no obligation
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.8 HTML_IMAGE_ONLY_08      BODY: HTML: images with 600-800 bytes of words
 0.4 HTML_IMAGE_RATIO_08     BODY: HTML has a low ratio of text to image area
 0.7 HTML_TABLE_THICK_BORD   BODY: HTML table has thick border
 0.1 HTML_70_80              BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.
```

```
Received: (qmail 20929 invoked from network); 15 Jun 2005 20:58:36 -0600
Received: from vm-180-6.vm-mail.com (206.82.180.6)
  by chiefmusician.net with SMTP; 15 Jun 2005 20:58:36 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-6.vm-mail.com with SMTP; 15 Jun 2005 21:58:35 -0500
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326328
From: Real Estate <RealEstate@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326328@vm-rewards.com>
Subject: Find out what your home is worth
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Find out what
yo.htm"
```

From ???@??? Sun Jun 19 17:10:27 2005
X-Persona: <Katie>
Return-Path: <mailcenter326295@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 14 Jun 2005 23:49:56 -0600
From: Real Estate <RealEstate@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** What is your property worth?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=3.0 tests=DATE_MISSING,HTML_90_100,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42AFC184.1D9C9A9F"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2556&e=katie@ehahome.com
  URI:http://ogy.cc/non588890/3_index_01.jpg
  URI:http://redirect.virtumundo.com/ct?i'2556&e=katie@ehahome.com
  URI:http://ogy.cc/non588890/3_index_02.gif [...]

Content analysis details:   (9.3 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.1 HTML_90_100            BODY: Message is 90% to 100% HTML
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 HTML_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 13927 invoked from network); 14 Jun 2005 23:49:56 -0600
Received: from vm-183-205.vm-mail.com (206.82.183.205)
  by jammtomm.com with SMTP; 14 Jun 2005 23:49:55 -0600
Received: from vm-mail.com (192.168.3.20)

```
    by vm-183-205.vm-mail.com with SMTP; 15 Jun 2005 00:49:54 -0500
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 326295
From: Real Estate <RealEstate@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326295@vm-rewards.com>
Subject: What is your property worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM What is your
pro.htm"
```

From ???@??? Sun Jun 19 17:10:27 2005
X-Persona: <Katie>
Return-Path: <mailcenter326295@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 14 Jun 2005 23:49:56 -0600
From: Real Estate <RealEstate@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** What is your property worth?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=3.0 tests=DATE_MISSING,HTML_90_100,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42AFC184.1D9C9A9F"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2556&e=katie@ehahome.com
  URI:http://ogy.cc/non588890/3_index_01.jpg
  URI:http://redirect.virtumundo.com/ct?i'2556&e=katie@ehahome.com
  URI:http://ogy.cc/non588890/3_index_02.gif [...]

Content analysis details:   (9.3 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.1 HTML_90_100            BODY: Message is 90% to 100% HTML
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 HTML_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                       [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 13927 invoked from network); 14 Jun 2005 23:49:56 -0600
Received: from vm-183-205.vm-mail.com (206.82.183.205)
  by jammtomm.com with SMTP; 14 Jun 2005 23:49:55 -0600
Received: from vm-mail.com (192.168.3.20)

```
  by vm-183-205.vm-mail.com with SMTP; 15 Jun 2005 00:49:54 -0500
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326295
From: Real Estate <RealEstate@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326295@vm-rewards.com>
Subject: What is your property worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM What is your
pro.htm"
```

```
From ???@??? Sun Jun 19 17:11:16 2005
X-Persona: <Katie>
Return-Path: <mailcenter326328@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 15 Jun 2005 20:58:36 -0600
From: Real Estate <RealEstate@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Find out what your home is worth
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.3 required=3.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,HTML_IMAGE_RATIO_08,
        HTML_MESSAGE,HTML_TABLE_THICK_BORD,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,NO_COST,NO_OBLIGATION,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42B0EADC.654BB111"
```

```
Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://v1.cc/domanils/tophood.gif
  URI:http://redirect.virtumundo.com/ct?i'2579&e=katie@ehahome.com
  URI:http://v1.cc/domanils/realestate.gif
  URI:http://v1.cc/domanils/bottomhood.gif [...]

Content analysis details:   (10.3 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.0 NO_COST                BODY: No such thing as a free lunch (3)
 1.3 NO_OBLIGATION          BODY: There is no obligation
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.8 HTML_IMAGE_ONLY_08     BODY: HTML: images with 600-800 bytes of words
 0.4 HTML_IMAGE_RATIO_08    BODY: HTML has a low ratio of text to image area
 0.7 HTML_TABLE_THICK_BORD  BODY: HTML table has thick border
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.
```

```
Received: (qmail 20929 invoked from network); 15 Jun 2005 20:58:36 -0600
Received: from vm-180-6.vm-mail.com (206.82.180.6)
   by chiefmusician.net with SMTP; 15 Jun 2005 20:58:36 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-6.vm-mail.com with SMTP; 15 Jun 2005 21:58:35 -0500
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 326328
From: Real Estate <RealEstate@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326328@vm-rewards.com>
Subject: Find out what your home is worth
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Find out what
yo.htm"
```

From ???@??? Sun May 14 09:04:22 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348522@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 17031 invoked from network); 13 May 2006 11:26:08 -0600
Received: from vm-185-223.vm-mail.com (206.82.185.223)
  by celiajay.com with SMTP; 13 May 2006 11:26:05 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-223.vm-mail.com with SMTP; 13 May 2006 12:26:03 -0500
X-ClientHost:
1001011190971211101010640971101161041111012109910111011611409710804609911109
X-MailingID: 348522
From: Real Estate Analysis <RealEstateAnalysis@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348522@vm-rewards.com>
Subject: *****SPAM***** Get your home's value instantly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_ONLY,MIME_HTML_NO_CHARSET,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
      RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
      *      [score: 0.5010]
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
      *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
      *      [206.82.185.223 listed in dnsbl.sorbs.net]
      *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
      *      [206.82.185.223 listed in dnsbl.sorbs.net]

Images not loading? View this offer by visiting this link



Complimentary Price Check.
See how much your home went up in value. Visit here



PropertyValueHub.com 21250 Hawthorne Blvd., Suite 500 Torrance, CA 90503

If you can not see our footer image, please visit here.

From ???@??? Sun May 14 09:04:22 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348522@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 17044 invoked from network); 13 May 2006 11:26:09 -0600
Received: from vm-185-223.vm-mail.com (206.82.185.223)
   by celiajay.com with SMTP; 13 May 2006 11:26:09 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-223.vm-mail.com with SMTP; 13 May 2006 12:26:03 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 348522
From: Real Estate Analysis <RealEstateAnalysis@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348522@vm-rewards.com>
Subject: *****SPAM***** Get your home's value instantly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
      RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
      * 1.9 DATE_MISSING Missing Date: header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.1 HTML_MESSAGE BODY: HTML included in message
      * 0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
      *     [score: 0.5010]
      * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
      * 2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
      *     [206.82.185.223 listed in dnsbl.sorbs.net]
      * 0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
      *     [206.82.185.223 listed in dnsbl.sorbs.net]


Images not loading? View this offer by visiting this link



Complimentary Price Check.
See how much your home went up in value. Visit here



**PropertyValueHub.com 21250 Hawthorne Blvd., Suite 500 Torrance, CA 90503**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun May 14 09:04:22 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348522@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 17643 invoked from network); 13 May 2006 11:26:11 -0600
Received: from vm-185-223.vm-mail.com (206.82.185.223)
   by celiajay.com with SMTP; 13 May 2006 11:26:10 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-223.vm-mail.com with SMTP; 13 May 2006 12:26:03 -0500
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 348522
From: Real Estate Analysis <RealEstateAnalysis@vm-mail.com>
To: amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348522@vm-rewards.com>
Subject: *****SPAM***** Get your home's value instantly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_ONLY,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
      RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
      *      [score: 0.5010]
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
      *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
      *      [206.82.185.223 listed in dnsbl.sorbs.net]
      *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
      *      [206.82.185.223 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link







Complimentary Price Check.
See how much your home went up in value. Visit here



**PropertyValueHub.com 21250 Hawthorne Blvd., Suite 500 Torrance, CA 90503**

**If you can not see our footer image, please visit here.**

From ???@??? Sun May 14 09:04:22 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348522@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 18212 invoked from network); 13 May 2006 11:26:13 -0600
Received: from vm-185-223.vm-mail.com (206.82.185.223)
   by celiajay.com with SMTP; 13 May 2006 11:26:12 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-223.vm-mail.com with SMTP; 13 May 2006 12:26:03 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 348522
From: Real Estate Analysis <RealEstateAnalysis@vm-mail.com>
To: chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348522@vm-rewards.com>
Subject: *****SPAM***** Get your home's value instantly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
       MIME_HTML_ONLY,MIME_HTML_NO_CHARSET,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
       RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
       *  1.9 DATE_MISSING Missing Date: header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.1 HTML_MESSAGE BODY: HTML included in message
       *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
       *      [score: 0.5010]
       *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
       *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
       *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
       *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
       *      [206.82.185.223 listed in dnsbl.sorbs.net]
       *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
       *      [206.82.185.223 listed in dnsbl.sorbs.net]


Images not loading? View this offer by visiting this link



Complimentary Price Check.
See how much your home went up in value. Visit here



**PropertyValueHub.com 21250 Hawthorne Blvd., Suite 500 Torrance, CA 90503**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun May 14 09:04:22 2006
X-Persona: <Anthony>
Return-Path: <mailcenter348522@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 19905 invoked from network); 13 May 2006 11:26:17 -0600
Received: from vm-185-223.vm-mail.com (206.82.185.223)
   by celiajay.com with SMTP; 13 May 2006 11:26:14 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-223.vm-mail.com with SMTP; 13 May 2006 12:26:03 -0500
X-ClientHost: 1161060640971101161041111012120991011101161140971080460991111109
X-MailingID: 348522
From: Real Estate Analysis <RealEstateAnalysis@vm-mail.com>
To: tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348522@vm-rewards.com>
Subject: *****SPAM***** Get your home's value instantly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
      RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
      *       [score: 0.5010]
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *       [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
      *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
      *       [206.82.185.223 listed in dnsbl.sorbs.net]
      *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
      *       [206.82.185.223 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link



Complimentary Price Check.

See how much your home went up in value. Visit here

 **PropertyValueHub.com 21250 Hawthorne Blvd., Suite 500 Torrance, CA 90503**



**If you can not see our footer image, please visit here.**

```
From ???@??? Sun May 14 09:00:53 2006
X-Persona: <Jay>
Return-Path: <mailcenter348522@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 30400 invoked from network); 13 May 2006 11:59:33 -0600
Received: from vm-187-181.vm-mail.com (206.82.187.181)
   by jaykaysplace.com with SMTP; 13 May 2006 11:59:32 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-187-181.vm-mail.com with SMTP; 13 May 2006 12:59:32 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 348522
From: Real Estate Analysis <RealEstateAnalysis@vm-mail.com>
To: jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348522@vm-rewards.com>
Subject: *****SPAM***** Get your home's value instantly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.4 required=7.0 tests=BAYES_60,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
      RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  1.6 BAYES_60 BODY: Bayesian spam probability is 60 to 70%
      *      [score: 0.6933]
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
      *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
      *      [206.82.187.181 listed in dnsbl.sorbs.net]
      *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
      *      [206.82.187.181 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link



Complimentary Price Check.

See how much your home went up in value. Visit here

**PropertyValueHub.com 21250 Hawthorne Blvd., Suite 500 Torrance, CA 90503**

**If you can not see our footer image, please visit here.**

From ???@??? Sun May 14 08:58:24 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter348522@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 6855 invoked from network); 13 May 2006 12:36:06 -0600
Received: from vm-186-183.vm-mail.com (206.82.186.183)
   by clrobin.com with SMTP; 13 May 2006 12:36:06 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-183.vm-mail.com with SMTP; 13 May 2006 13:36:04 -0500
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 348522
From: Real Estate Analysis <RealEstateAnalysis@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348522@vm-rewards.com>
Subject: Get your home's value instantly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link

Complimentary Price Check.
See how much your home went up in value. Visit here

---

PropertyValueHub.com 21250 Hawthorne Blvd., Suite 500 Torrance, CA 90503

If you can not see our footer image, please visit here.

```
From ???@??? Sun May 14 08:58:11 2006
X-Persona: <Celia>
Return-Path: <mailcenter348522@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 18625 invoked from network); 13 May 2006 11:41:09 -0600
Received: from vm-185-50.vm-mail.com (206.82.185.50)
  by chiefmusician.net with SMTP; 13 May 2006 11:41:07 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-50.vm-mail.com with SMTP; 13 May 2006 12:41:06 -0500
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 348522
From: Real Estate Analysis <RealEstateAnalysis@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348522@vm-rewards.com>
Subject: *****SPAM***** Get your home's value instantly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_DYNABLOCK,RCVD_IN_SBL,RCVD_IN_SORBS,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.5 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
      *      [206.82.185.50 listed in dnsbl.sorbs.net]
      *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
      *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
      *      [206.82.185.50 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link



Complimentary Price Check.
See how much your home went up in value. Visit here



**PropertyValueHub.com 21250 Hawthorne Blvd., Suite 500 Torrance, CA 90503**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat May 13 13:26:07 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter348522@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 416 invoked from network); 13 May 2006 11:59:39 -0600
Received: from vm-187-98.vm-mail.com (206.82.187.98)
  by celiajay.com with SMTP; 13 May 2006 11:59:37 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-98.vm-mail.com with SMTP; 13 May 2006 12:59:33 -0500
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 348522
From: Real Estate Analysis <RealEstateAnalysis@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348522@vm-rewards.com>
Subject: *****SPAM***** Get your home's value instantly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.2 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
       HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_DYNABLOCK,RCVD_IN_SBL,RCVD_IN_SORBS,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  2.5 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
       *      [206.82.187.98 listed in dnsbl.sorbs.net]
       *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
       *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
       *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
       *      [206.82.187.98 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link



Complimentary Price Check.
See how much your home went up in value. Visit here



**PropertyValueHub.com 21250 Hawthorne Blvd., Suite 500 Torrance, CA 90503**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue May 02 20:37:20 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter346282@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 17281 invoked from network); 28 Apr 2006 11:34:22 -0600
Received: from vm-186-2.vm-mail.com (206.82.186.2)
  by rcw19190020.com with SMTP; 28 Apr 2006 11:34:19 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-2.vm-mail.com with SMTP; 28 Apr 2006 12:34:15 -0500
X-ClientHost: 10611111006410609712110709712111511221080970991010460991111109
X-MailingID: 346282
From: Real Estate Analysis <RealEstateAnalysis@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346282@vm-rewards.com>
Subject: Get your home's value instantly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.3 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



Complimentary Price Check.

See how much your home went up in value. Visit here

---

PropertyValueHub.com 21250 Hawthorne Blvd., Suite 500 Torrance, CA 90503

If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 30 14:04:54 2006
X-Persona: <Jon>
Return-Path: <mailcenter346282@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 17281 invoked from network); 28 Apr 2006 11:34:22 -0600
Received: from vm-186-2.vm-mail.com (206.82.186.2)
  by rcw19190020.com with SMTP; 28 Apr 2006 11:34:19 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-2.vm-mail.com with SMTP; 28 Apr 2006 12:34:15 -0500
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 346282
From: Real Estate Analysis <RealEstateAnalysis@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346282@vm-rewards.com>
Subject: Get your home's value instantly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.3 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



Complimentary Price Check.

See how much your home went up in value. Visit here

---

**PropertyValueHub.com 21250 Hawthorne Blvd., Suite 500 Torrance, CA 90503**

**If you can not see our footer image, please visit here.**

From ???@??? Sun Apr 30 14:04:49 2006
X-Persona: <Jay>
Return-Path: <mailcenter346282@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 20480 invoked from network); 28 Apr 2006 11:34:33 -0600
Received: from vm-186-11.vm-mail.com (206.82.186.11)
  by chiefmusician.net with SMTP; 28 Apr 2006 11:34:31 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-11.vm-mail.com with SMTP; 28 Apr 2006 12:34:13 -0500
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 346282
From: Real Estate Analysis <RealEstateAnalysis@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346282@vm-rewards.com>
Subject: Get your home's value instantly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.3 required=7.0 tests=BAYES_70,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63


Images not loading? View this offer by visiting this link



Complimentary Price Check.
See how much your home went up in value. Visit here

.

---



PropertyValueHub.com 21250 Hawthorne Blvd., Suite 500 Torrance, CA 90503


       If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 30 14:00:12 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter346282@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 7010 invoked from network); 28 Apr 2006 11:31:20 -0600
Received: from vm-186-67.vm-mail.com (206.82.186.67)
   by rcw19190020.com with SMTP; 28 Apr 2006 11:31:17 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-67.vm-mail.com with SMTP; 28 Apr 2006 12:30:58 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 346282
From: Real Estate Analysis <RealEstateAnalysis@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346282@vm-rewards.com>
Subject: Get your home's value instantly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



Complimentary Price Check.

See how much your home went up in value. Visit here

---

PropertyValueHub.com 21250 Hawthorne Blvd., Suite 500 Torrance, CA 90503

If you can not see our footer image, please visit here.

From ???@??? Sun Apr 30 13:59:44 2006
X-Persona: <Celia>
Return-Path: <mailcenter346282@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 1516 invoked from network); 28 Apr 2006 15:39:44 -0600
Received: from vm-187-231.vm-mail.com (206.82.187.231)
   by xj4x4.net with SMTP; 28 Apr 2006 15:39:42 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-187-231.vm-mail.com with SMTP; 28 Apr 2006 16:39:33 -0500
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 346282
From: Real Estate Analysis <RealEstateAnalysis@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346282@vm-rewards.com>
Subject: Get your home's value instantly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.3 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63


Images not loading? View this offer by visiting this link



Complimentary Price Check.
See how much your home went up in value. Visit here

PropertyValueHub.com 21250 Hawthorne Blvd., Suite 500 Torrance, CA 90503

       If you can not see our footer image, please visit here.

From ???@??? Fri Apr 28 18:32:12 2006
X-Persona: <Mila>
Return-Path: <mailcenter346282@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Fri, 28 Apr 2006 11:34:01 -0600
From: Real Estate Analysis <RealEstateAnalysis@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Get your home's value instantly
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.4 required=7.0 tests=BAYES_99,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44525209.5EC18700"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(4241&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(4241&e=mila@jammtomm.com
  URI:http://ogy.cc/housev/826.gif [...]

Content analysis details:   (9.4 points, 7.0 required)

 pts rule name               description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING            Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE            BODY: HTML included in message
 5.4 BAYES_99                BODY: Bayesian spam probability is 99 to 100%
                             [score: 1.0000]
 0.3 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 1.0 HTML_IMAGE_ONLY_04      BODY: HTML: images with 200-400 bytes of words
 0.6 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 4581 invoked from network); 28 Apr 2006 11:33:55 -0600
Received: from vm-186-90.vm-mail.com (206.82.186.90)
  by jaykaysplace.com with SMTP; 28 Apr 2006 11:33:53 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-90.vm-mail.com with SMTP; 28 Apr 2006 12:33:52 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 346282