Gordon v. Virtumundo Inc et al
Doc. 66 Att.

```
From: Real Estate Analysis <RealEstateAnalysis@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346282@vm-rewards.com>
Subject: Get your home's value instantly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get your
home's 7.htm"
```

```
From ???@??? Wed Apr 12 12:07:35 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter343324@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 14080 invoked from network); 12 Apr 2006 11:17:19 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by rcw19190020.com with SMTP; 12 Apr 2006 11:17:17 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 12 Apr 2006 12:17:10 -0500
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 343324
From: Real Estate Analysis <RealEstateAnalysis@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343324@vm-rewards.com>
Subject: *****SPAM***** Determine your home's value
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.9 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_TAG_BALANCE_BODY,HTML_TAG_BALANCE_HTML,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.3 HTML_TAG_BALANCE_BODY BODY: HTML has unbalanced "body" tags
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.4 HTML_TAG_BALANCE_HTML BODY: HTML has unbalanced "html" tags
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link





```
From ???@??? Sun May 14 12:25:44 2006
X-Persona: <Mila>
Return-Path: <mailcenter348522@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sat, 13 May 2006 12:38:38 -0600
From: Real Estate Analysis <RealEstateAnalysis@vm-mail.com>
To: jamila <mila@jammtomm.com>
Subject: *****SPAM***** Get your home's value instantly
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *************
X-Spam-Status: Yes, hits=13.2 required=7.0 tests=BAYES_99,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
      RCVD_IN_SORBS autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_446627AE.E1FA91DC"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(6121&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(6121&e=mila@jammtomm.com
  URI:http://ogy.cc/housev/826.gif [...]

Content analysis details:   (13.2 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING            Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE            BODY: HTML included in message
 5.4 BAYES_99                BODY: Bayesian spam probability is 99 to 100%
                             [score: 1.0000]
 0.3 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 1.0 HTML_IMAGE_ONLY_04      BODY: HTML: images with 200-400 bytes of words
 0.6 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.1 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
 2.6 RCVD_IN_DYNABLOCK       RBL: Sent directly from dynamic IP address
                             [206.82.186.117 listed in dnsbl.sorbs.net]
 0.1 RCVD_IN_SORBS           RBL: SORBS: sender is listed in SORBS
                             [206.82.186.117 listed in dnsbl.sorbs.net]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 24546 invoked from network); 13 May 2006 12:38:33 -0600
Received: from vm-186-117.vm-mail.com (206.82.186.117)
  by jaykaysplace.com with SMTP; 13 May 2006 12:38:28 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-117.vm-mail.com with SMTP; 13 May 2006 13:38:26 -0500
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 348522
From: Real Estate Analysis <RealEstateAnalysis@vm-mail.com>
To: jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348522@vm-rewards.com>
Subject: Get your home's value instantly
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get your
home's 2.htm"
```

```
From ???@??? Tue Feb 07 18:02:54 2006
Return-Path: <mailcenter336918@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 14115 invoked from network); 1 Feb 2006 21:42:38 -0600
Received: from vm-182-203.vm-mail.com (206.82.182.203)
  by gnwalpha.org with SMTP; 1 Feb 2006 21:42:37 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-203.vm-mail.com with SMTP; 01 Feb 2006 21:42:19 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 336918
From: Real Estate Assessment <RealEstateAssessment@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336918@vm-rewards.com>
Subject: Find out how much your home is really worth
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.5 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_06,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



This free service will help you find your home's current market value and provide a suggested listings price.

Get a free report emailed to you featuring:
? Individual Property Profile
? Estimated Market Value
? Comparable Sales Data



RealEstate.com, c/o LendingTree, LLC, 11115 Rushmore Dr., Charlotte, NC 28277

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 18:02:54 2006
Return-Path: <mailcenter336918@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 15234 invoked from network); 1 Feb 2006 21:42:39 -0600
Received: from vm-182-203.vm-mail.com (206.82.182.203)
   by gnwalpha.org with SMTP; 1 Feb 2006 21:42:38 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-203.vm-mail.com with SMTP; 01 Feb 2006 21:42:19 -0600
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 336918
From: Real Estate Assessment <RealEstateAssessment@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336918@vm-rewards.com>
Subject: Find out how much your home is really worth
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.5 required=7.0 tests=BAYES_44,DATE_MISSING,
       HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_06,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





**RealEstate.com, c/o LendingTree, LLC, 11115 Rushmore Dr., Charlotte, NC 28277**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 18:02:54 2006
Return-Path: <mailcenter336918@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 15974 invoked from network); 1 Feb 2006 21:42:40 -0600
Received: from vm-182-203.vm-mail.com (206.82.182.203)
  by gnwalpha.org with SMTP; 1 Feb 2006 21:42:39 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-203.vm-mail.com with SMTP; 01 Feb 2006 21:42:19 -0600
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 336918
From: Real Estate Assessment <RealEstateAssessment@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336918@vm-rewards.com>
Subject: Find out how much your home is really worth
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.5 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_06,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



This free service will help you find your home's current market value and provide a suggested listings price.

Get a free report emailed to you featuring:
? Individual Property Profile
? Estimated Market Value
? Comparable Sales Data

 **RealEstate.com, c/o LendingTree, LLC, 11115 Rushmore Dr., Charlotte, NC 28277**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 18:02:54 2006
Return-Path: <mailcenter336918@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 12582 invoked from network); 1 Feb 2006 21:42:36 -0600
Received: from vm-182-203.vm-mail.com (206.82.182.203)
  by gnwalpha.org with SMTP; 1 Feb 2006 21:42:35 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-203.vm-mail.com with SMTP; 01 Feb 2006 21:42:19 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 336918
From: Real Estate Assessment <RealEstateAssessment@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336918@vm-rewards.com>
Subject: Find out how much your home is really worth
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.5 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_06,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





 **RealEstate.com, c/o LendingTree, LLC, 11115 Rushmore Dr., Charlotte, NC 28277**



**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 06 10:55:31 2006
X-Persona: <Jay>
Return-Path: <mailcenter336918@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 4512 invoked from network); 1 Feb 2006 21:35:30 -0600
Received: from vm-180-73.vm-mail.com (206.82.180.73)
  by chiefmusician.net with SMTP; 1 Feb 2006 21:35:25 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-73.vm-mail.com with SMTP; 01 Feb 2006 21:35:12 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 336918
From: Real Estate Assessment <RealEstateAssessment@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336918@vm-rewards.com>
Subject: Find out how much your home is really worth
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_06,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
```

**Images not loading? View this offer by visiting this link**



This free service will help you find
your home's current market value and
provide a suggested listings price.

Get a free report emailed to you
featuring:
? Individual Property Profile
? Estimated Market Value
? Comparable Sales Data



**RealEstate.com, c/o LendingTree, LLC, 11115 Rushmore Dr., Charlotte, NC 28277**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 06 10:53:23 2006
X-Persona: <Jay>
Return-Path: <mailcenter336918@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 4512 invoked from network); 1 Feb 2006 21:35:30 -0600
Received: from vm-180-73.vm-mail.com (206.82.180.73)
  by chiefmusician.net with SMTP; 1 Feb 2006 21:35:25 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-73.vm-mail.com with SMTP; 01 Feb 2006 21:35:12 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 336918
From: Real Estate Assessment <RealEstateAssessment@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336918@vm-rewards.com>
Subject: Find out how much your home is really worth
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_06,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



This free service will help you find your home's current market value and provide a suggested listings price.

Get a free report emailed to you featuring:
? Individual Property Profile
? Estimated Market Value
? Comparable Sales Data



**RealEstate.com, c/o LendingTree, LLC, 11115 Rushmore Dr., Charlotte, NC 28277**

**If you can not see our footer image, please visit here.**

From ???@??? Mon Feb 06 09:32:30 2006
X-Persona: <Jay>
Return-Path: <mailcenter336918@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 4512 invoked from network); 1 Feb 2006 21:35:30 -0600
Received: from vm-180-73.vm-mail.com (206.82.180.73)
  by chiefmusician.net with SMTP; 1 Feb 2006 21:35:25 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-73.vm-mail.com with SMTP; 01 Feb 2006 21:35:12 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 336918
From: Real Estate Assessment <RealEstateAssessment@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336918@vm-rewards.com>
Subject: Find out how much your home is really worth
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_06,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63

Images not loading? View this offer by visiting this link



This free service will help you find
your home's current market value and
provide a suggested listings price.

Get a free report emailed to you
featuring:
? Individual Property Profile
? Estimated Market Value
? Comparable Sales Data



**RealEstate.com, c/o LendingTree, LLC, 11115 Rushmore Dr., Charlotte, NC 28277**



**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 06 09:26:44 2006
X-Persona: <Celia>
Return-Path: <mailcenter336918@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 12864 invoked from network); 1 Feb 2006 21:52:38 -0600
Received: from vm-181-101.vm-mail.com (206.82.181.101)
  by gordonworks.com with SMTP; 1 Feb 2006 21:52:38 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-101.vm-mail.com with SMTP; 01 Feb 2006 21:52:26 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 336918
From: Real Estate Assessment <RealEstateAssessment@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336918@vm-rewards.com>
Subject: Find out how much your home is really worth
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_06,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
```

**Images not loading? View this offer by visiting this link**



This free service will help you find
your home's current market value and
provide a suggested listings price.

Get a free report emailed to you
featuring:
? Individual Property Profile
? Estimated Market Value
? Comparable Sales Data



 **RealEstate.com, c/o LendingTree, LLC, 11115 Rushmore Dr., Charlotte, NC 28277**



**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 06 09:26:21 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter336918@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 18016 invoked from network); 1 Feb 2006 21:33:54 -0600
Received: from vm-180-180.vm-mail.com (206.82.180.180)
  by gordonworks.com with SMTP; 1 Feb 2006 21:33:54 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-180.vm-mail.com with SMTP; 01 Feb 2006 21:33:41 -0600
X-ClientHost:
10610510906410511610010510010111111610111010011410510310411604609911109
X-MailingID: 336918
From: Real Estate Assessment <RealEstateAssessment@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336918@vm-rewards.com>
Subject: Find out how much your home is really worth
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



This free service will help you find
your home's current market value and
provide a suggested listings price.

Get a free report emailed to you
featuring:
? Individual Property Profile
? Estimated Market Value
? Comparable Sales Data



**RealEstate.com, c/o LendingTree, LLC, 11115 Rushmore Dr., Charlotte, NC 28277**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 06 07:18:10 2006
X-Persona: <Mila>
Return-Path: <mailcenter336918@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 32265 invoked from network); 1 Feb 2006 21:35:16 -0600
Received: from vm-180-152.vm-mail.com (206.82.180.152)
   by jammtomm.com with SMTP; 1 Feb 2006 21:35:16 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-152.vm-mail.com with SMTP; 01 Feb 2006 21:35:03 -0600
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 336918
From: Real Estate Assessment <RealEstateAssessment@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336918@vm-rewards.com>
Subject: Find out how much your home is really worth
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_06,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



This free service will help you find your home's current market value and provide a suggested listings price.

Get a free report emailed to you featuring:
? Individual Property Profile
? Estimated Market Value
? Comparable Sales Data



 **RealEstate.com, c/o LendingTree, LLC, 11115 Rushmore Dr., Charlotte, NC 28277**



**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Feb 03 10:25:43 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter336918@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 4453 invoked from network); 1 Feb 2006 21:35:30 -0600
Received: from vm-180-81.vm-mail.com (206.82.180.81)
  by jaykaysplace.com with SMTP; 1 Feb 2006 21:35:25 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-81.vm-mail.com with SMTP; 01 Feb 2006 21:35:12 -0600
X-ClientHost: 10611111006410609712110709712111511212108097099101046099111109
X-MailingID: 336918
From: Real Estate Assessment <RealEstateAssessment@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336918@vm-rewards.com>
Subject: Find out how much your home is really worth
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_06,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
```

**Images not loading? View this offer by visiting this link**



This free service will help you find your home's current market value and provide a suggested listings price.

Get a free report emailed to you featuring:
? Individual Property Profile
? Estimated Market Value
? Comparable Sales Data



**RealEstate.com, c/o LendingTree, LLC, 11115 Rushmore Dr., Charlotte, NC 28277**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Feb 01 21:17:13 2006
X-Persona: <RCW>
Return-Path: <mailcenter336918@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 3234 invoked from network); 1 Feb 2006 22:30:20 -0600
Received: from vm-180-15.vm-mail.com (206.82.180.15)
  by celiajay.com with SMTP; 1 Feb 2006 22:30:20 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-15.vm-mail.com with SMTP; 01 Feb 2006 22:30:08 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 336918
From: Real Estate Assessment <RealEstateAssessment@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336918@vm-rewards.com>
Subject: Find out how much your home is really worth
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



This free service will help you find your home's current market value and provide a suggested listings price.

Get a free report emailed to you featuring:
? Individual Property Profile
? Estimated Market Value
? Comparable Sales Data



**RealEstate.com, c/o LendingTree, LLC, 11115 Rushmore Dr., Charlotte, NC 28277**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 18:02:54 2006
Return-Path: <mailcenter336918@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 13312 invoked from network); 1 Feb 2006 21:42:37 -0600
Received: from vm-182-203.vm-mail.com (206.82.182.203)
   by gnwalpha.org with SMTP; 1 Feb 2006 21:42:36 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-203.vm-mail.com with SMTP; 01 Feb 2006 21:42:19 -0600
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 336918
From: Real Estate Assessment <RealEstateAssessment@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336918@vm-rewards.com>
Subject: Find out how much your home is really worth
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.5 required=7.0 tests=BAYES_44,DATE_MISSING,
       HTML_60_70,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_06,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



This free service will help you find your home's current market value and provide a suggested listings price.

Get a free report emailed to you featuring:
? Individual Property Profile
? Estimated Market Value
? Comparable Sales Data



RealEstate.com, c/o LendingTree, LLC, 11115 Rushmore Dr., Charlotte, NC 28277

If you can not see our footer image, please visit here.

```
From ???@??? Wed Oct 08 17:26:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <1251264-28613>; Wed, 8 Oct 2003 20:03:17 -0400
Received: from vm126.vmadmin.com ([216.64.222.126]) by ams.ftl.affinity.com
with ESMTP id <3692929-28616>; Wed, 8 Oct 2003 19:03:33 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm126.vmadmin.com with SMTP; 08 Oct 2003 18:03:27 -0500
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 156893
From: Real Estate School <RealEstateSchool156893@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+156893@virtumundo.com>
Subject: A great career starts with real estate school.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct8.190333-0400_edt.3692929-28616+18412@ams.ftl.affinity.com>
Date:Wed, 8 Oct 2003 19:03:32 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products

and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Oct 08 17:26:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <4396632-28613>; Wed, 8 Oct 2003 20:03:17 -0400
Received: from vm126.vmadmin.com ([216.64.222.126]) by ams.ftl.affinity.com
with ESMTP id <3690742-28614>; Wed, 8 Oct 2003 19:03:33 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm126.vmadmin.com with SMTP; 08 Oct 2003 18:03:27 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 156893
From: Real Estate School <RealEstateSchool156893@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+156893@virtumundo.com>
Subject: A great career starts with real estate school.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct8.190333-0400_edt.3690742-28614+17880@ams.ftl.affinity.com>
Date:Wed, 8 Oct 2003 19:03:32 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the**

advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Oct 08 17:26:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <4396612-28613>; Wed, 8 Oct 2003 20:03:17 -0400
Received: from vm126.vmadmin.com ([216.64.222.126]) by ams.ftl.affinity.com
with ESMTP id <1251264-28616>; Wed, 8 Oct 2003 19:03:32 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm126.vmadmin.com with SMTP; 08 Oct 2003 18:03:27 -0500
X-ClientHost: 102097121101064103111141001111011911111410711504609911109
X-MailingID: 156893
From: Real Estate School <RealEstateSchool156893@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+156893@virtumundo.com>
Subject: A great career starts with real estate school.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct8.190332-0400_edt.1251264-28616+18411@ams.ftl.affinity.com>
Date:Wed, 8 Oct 2003 19:03:30 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the**

advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Oct 08 17:26:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <4396639-28613>; Wed, 8 Oct
2003 20:03:17 -0400
Received: from vm126.vmadmin.com ([216.64.222.126]) by ams.ftl.affinity.com
with ESMTP id <3691493-28611>; Wed, 8 Oct 2003 19:03:33 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm126.vmadmin.com with SMTP; 08 Oct 2003 18:03:27 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 156893
From: Real Estate School <RealEstateSchool156893@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+156893@virtumundo.com>
Subject: A great career starts with real estate school.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct8.190333-0400_edt.3691493-28611+17597@ams.ftl.affinity.com>
Date:Wed, 8 Oct 2003 19:03:33 -0400



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Feb 07 17:44:47 2006
Return-Path: <mailcenter336714@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 10145 invoked from network); 31 Jan 2006 11:14:57 -0600
Received: from vm-177-55.vm-mail.com (206.82.177.55)
   by chiefmusician.net with SMTP; 31 Jan 2006 11:14:52 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-55.vm-mail.com with SMTP; 31 Jan 2006 11:11:29 -0600
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 336714
From: Real Estate Success <RealEstateSuccess@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336714@vm-rewards.com>
Subject: 52 homes in 52 weeks?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



---

c/o AB Development, 1812 West Sunset Blvd, #4-255, St. George, UT 84770

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 17:44:47 2006
Return-Path: <mailcenter336714@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 5732 invoked from network); 31 Jan 2006 11:14:48 -0600
Received: from vm-177-55.vm-mail.com (206.82.177.55)
  by chiefmusician.net with SMTP; 31 Jan 2006 11:14:40 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-55.vm-mail.com with SMTP; 31 Jan 2006 11:11:29 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 336714
From: Real Estate Success <RealEstateSuccess@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336714@vm-rewards.com>
Subject: 52 homes in 52 weeks?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

Images not loading? View this offer by visiting this link



---

c/o AB Development, 1812 West Sunset Blvd, #4-255, St. George, UT 84770

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 18:07:46 2006
Return-Path: <mailcenter336928@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 17211 invoked from network); 2 Feb 2006 11:14:49 -0600
Received: from vm-177-62.vm-mail.com (206.82.177.62)
  by rcw19190020.com with SMTP; 2 Feb 2006 11:14:49 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-62.vm-mail.com with SMTP; 02 Feb 2006 11:14:36 -0600
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 336928
From: Real Estate Trends <RealEstateTrends@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336928@vm-rewards.com>
Subject: Fund your real estate dreams with gov't help
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



 **Advanced Business Development, 1812 W. Sunset Blvd #4-255 St. George, UT 84770**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Jun 29 16:39:41 2005
X-Persona: <Katie>
Return-Path: <mailcenter326661@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
     with SpamAssassin (2.63 2004-01-11);
     Thu, 23 Jun 2005 18:06:17 -0600
From: Real Estate Wealth <RealEstate@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Three simple money making tips
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=10.0 required=3.0 tests=CLICK_BELOW,DATE_MISSING,
     HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
     HTML_LINK_CLICK_HERE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
     MONEY_MAKING,RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42BB4E79.EBF74C45"
```

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2727&e=katie@ehahome.com
  Winning In The Cash Flow Business URI:http://ogy.cc/russel/01.gif
  URI:http://redirect.virtumundo.com/ct?i'2727&e=katie@ehahome.com
  Winning In The Cash Flow Business URI:http://ogy.cc/russel/02.gif [...]

Content analysis details:    (10.0 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 2.3 MONEY_MAKING           BODY: Discusses money making
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_LINK_CLICK_HERE   BODY: HTML link text says "click here"
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.5 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                            [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
 0.0 CLICK_BELOW            Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 30307 invoked from network); 23 Jun 2005 18:06:16 -0600

```
Received: from vm-181-50.vm-mail.com (206.82.181.50)
  by celiajay.com with SMTP; 23 Jun 2005 18:06:16 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-50.vm-mail.com with SMTP; 23 Jun 2005 19:06:15 -0500
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 326661
From: Real Estate Wealth <RealEstate@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326661@vm-rewards.com>
Subject: Three simple money making tips
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Three simple
mon.htm"
```

From ???@??? Wed Jun 29 16:39:41 2005
X-Persona: <Katie>
Return-Path: <mailcenter326661@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
       with SpamAssassin (2.63 2004-01-11);
       Thu, 23 Jun 2005 18:06:17 -0600
From: Real Estate Wealth <RealEstate@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Three simple money making tips
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=10.0 required=3.0 tests=CLICK_BELOW,DATE_MISSING,
       HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
       HTML_LINK_CLICK_HERE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       MONEY_MAKING,RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42BB4E79.EBF74C45"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2727&e=katie@ehahome.com
  Winning In The Cash Flow Business URI:http://ogy.cc/russel/01.gif
  URI:http://redirect.virtumundo.com/ct?i'2727&e=katie@ehahome.com
  Winning In The Cash Flow Business URI:http://ogy.cc/russel/02.gif [...]

Content analysis details:   (10.0 points, 3.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 2.3 MONEY_MAKING           BODY: Discusses money making
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_LINK_CLICK_HERE   BODY: HTML link text says "click here"
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.5 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
 0.0 CLICK_BELOW            Asks you to click below


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 30307 invoked from network); 23 Jun 2005 18:06:16 -0600

```
Received: from vm-181-50.vm-mail.com (206.82.181.50)
  by celiajay.com with SMTP; 23 Jun 2005 18:06:16 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-50.vm-mail.com with SMTP; 23 Jun 2005 19:06:15 -0500
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326661
From: Real Estate Wealth <RealEstate@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326661@vm-rewards.com>
Subject: Three simple money making tips
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Three simple
mon.htm"
```

```
From ???@??? Mon Apr 24 08:44:59 2006
X-Persona: <Jon>
Return-Path: <mailcenter345316@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 15943 invoked from network); 24 Apr 2006 08:25:07 -0600
Received: from vm-180-215.vm-mail.com (206.82.180.215)
   by celiajay.com with SMTP; 24 Apr 2006 08:25:05 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-215.vm-mail.com with SMTP; 24 Apr 2006 09:24:58 -0500
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 345316
From: Real Real Estate Fortunes  <RealRealEstateFortunes@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345316@vm-rewards.com>
Subject: *****SPAM***** Get rich in real estate
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



 IIA 1356 S. Main Ste. 201 Orem, UT 84058


If you can not see our footer image, please visit here.

```
From ???@??? Mon Apr 24 08:41:21 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345316@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 25282 invoked from network); 24 Apr 2006 08:40:13 -0600
Received: from vm-181-227.vm-mail.com (206.82.181.227)
   by ehahome.com with SMTP; 24 Apr 2006 08:40:13 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-227.vm-mail.com with SMTP; 24 Apr 2006 09:40:04 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 345316
From: Real Real Estate Fortunes  <RealRealEstateFortunes@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345316@vm-rewards.com>
Subject: Get rich in real estate
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



IIA 1356 S. Main Ste. 201 Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Tue Apr 25 14:08:16 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter345316@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 15943 invoked from network); 24 Apr 2006 08:25:07 -0600
Received: from vm-180-215.vm-mail.com (206.82.180.215)
  by celiajay.com with SMTP; 24 Apr 2006 08:25:05 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-215.vm-mail.com with SMTP; 24 Apr 2006 09:24:58 -0500
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 345316
From: Real Real Estate Fortunes  <RealRealEstateFortunes@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345316@vm-rewards.com>
Subject: *****SPAM***** Get rich in real estate
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



IIA 1356 S. Main Ste. 201 Orem, UT 84058

If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 07 20:10:01 2006
Return-Path: <mailcenter334123@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 13314 invoked from network); 4 Jan 2006 13:28:47 -0600
Received: from vm-180-217.vm-mail.com (206.82.180.217)
  by ehahome.com with SMTP; 4 Jan 2006 13:28:46 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-217.vm-mail.com with SMTP; 04 Jan 2006 13:28:33 -0600
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 334123
From: Recovery Manager <RecoveryManager@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334123@vm-rewards.com>
Subject: America's #1 home-based business
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.3 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```





**Recovery Manager Inc., 1770 Grand Concourse, Bronx, NY 10457**

If you can not see our footer image, please visit here.

From ???@??? Sun Jan 01 19:05:05 2006
X-Persona: <Mila>
Return-Path: <mailcenter333624@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Fri, 23 Dec 2005 09:04:41 -0600
From: Recovery Manager <RecoveryManager@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** America's #1 home-based business
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43AC1209.F774B20F"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://partners.vtarget.com/z/106/CD5/&dpr
  URI:http://ogy.cc/revMgr_B.jpg
  URI:http://redirect.virtumundo.com/bt?m33624&e=mila@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (7.1 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 25733 invoked from network); 23 Dec 2005 09:04:38 -0600
Received: from vm-181-161.vm-mail.com (206.82.181.161)
  by clrobin.com with SMTP; 23 Dec 2005 09:04:38 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-161.vm-mail.com with SMTP; 23 Dec 2005 09:04:27 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 333624

```
From: Recovery Manager <RecoveryManager@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333624@vm-rewards.com>
Subject: America's #1 home-based business
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM America's
#1 hom.htm"
```

```
From ???@??? Fri Dec 30 14:09:16 2005
Return-Path: <mailcenter333624@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 4512 invoked from network); 23 Dec 2005 09:06:00 -0600
Received: from vm-177-80.vm-mail.com (206.82.177.80)
  by omniinnovations.com with SMTP; 23 Dec 2005 09:05:59 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-80.vm-mail.com with SMTP; 23 Dec 2005 09:05:45 -0600
X-ClientHost:
1001011190971211101010640971101161041111012109910111011611409710804609911109
X-MailingID: 333624
From: Recovery Manager <RecoveryManager@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333624@vm-rewards.com>
Subject: America's #1 home-based business
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.3 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```





**Recovery Manager Inc., 1770 Grand Concourse, Bronx, NY 10457**

**If you can not see our footer image, please** visit here.

```
From ???@??? Fri Dec 30 14:09:16 2005
Return-Path: <mailcenter333624@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 9538 invoked from network); 23 Dec 2005 09:06:02 -0600
Received: from vm-177-80.vm-mail.com (206.82.177.80)
  by omniinnovations.com with SMTP; 23 Dec 2005 09:06:00 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-80.vm-mail.com with SMTP; 23 Dec 2005 09:05:45 -0600
X-ClientHost:
1150971101001210640971101161041111012109910110116114097108046099111109
X-MailingID: 333624
From: Recovery Manager <RecoveryManager@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333624@vm-rewards.com>
Subject: America's #1 home-based business
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.3 required=7.0 tests=BAYES_50,DATE_MISSING,
    HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
    MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```





**Recovery Manager Inc., 1770 Grand Concourse, Bronx, NY 10457**

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 14:09:16 2005
Return-Path: <mailcenter333624@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 11523 invoked from network); 23 Dec 2005 09:06:09 -0600
Received: from vm-177-80.vm-mail.com (206.82.177.80)
  by omniinnovations.com with SMTP; 23 Dec 2005 09:06:02 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-80.vm-mail.com with SMTP; 23 Dec 2005 09:05:45 -0600
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 333624
From: Recovery Manager <RecoveryManager@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333624@vm-rewards.com>
Subject: America's #1 home-based business
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.3 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```





 Recovery Manager Inc., 1770 Grand Concourse, Bronx, NY 10457

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 14:09:15 2005
Return-Path: <mailcenter333624@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 3584 invoked from network); 23 Dec 2005 09:05:59 -0600
Received: from vm-177-80.vm-mail.com (206.82.177.80)
  by omniinnovations.com with SMTP; 23 Dec 2005 09:05:59 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-80.vm-mail.com with SMTP; 23 Dec 2005 09:05:45 -0600
X-ClientHost:
099104117099107064097110116104111101210991011101161140971080460991111 09
X-MailingID: 333624
From: Recovery Manager <RecoveryManager@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333624@vm-rewards.com>
Subject: America's #1 home-based business
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.3 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```





**Recovery Manager Inc., 1770 Grand Concourse, Bronx, NY 10457**

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 14:08:48 2005
Return-Path: <mailcenter333624@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 3043 invoked from network); 23 Dec 2005 09:05:58 -0600
Received: from vm-177-80.vm-mail.com (206.82.177.80)
  by omniinnovations.com with SMTP; 23 Dec 2005 09:05:58 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-80.vm-mail.com with SMTP; 23 Dec 2005 09:05:45 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 333624
From: Recovery Manager <RecoveryManager@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333624@vm-rewards.com>
Subject: America's #1 home-based business
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.3 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---



**Recovery Manager Inc., 1770 Grand Concourse, Bronx, NY 10457**

**If you can not see our footer image, please** <u>visit here</u>.

```
From ???@??? Mon Dec 26 14:33:40 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333624@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 10564 invoked from network); 23 Dec 2005 09:04:08 -0600
Received: from vm-181-122.vm-mail.com (206.82.181.122)
  by itdidnotendright.com with SMTP; 23 Dec 2005 09:04:07 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-122.vm-mail.com with SMTP; 23 Dec 2005 09:03:57 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 333624
From: Recovery Manager <RecoveryManager@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333624@vm-rewards.com>
Subject: America's #1 home-based business
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---



**Recovery Manager Inc., 1770 Grand Concourse, Bronx, NY 10457**

If you can not see our footer image, please visit here.

```
From ???@??? Sat Dec 24 20:03:55 2005
X-Persona: <Jay>
Return-Path: <mailcenter333624@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 26533 invoked from network); 23 Dec 2005 09:04:41 -0600
Received: from vm-181-45.vm-mail.com (206.82.181.45)
  by itdidnotendright.com with SMTP; 23 Dec 2005 09:04:41 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-45.vm-mail.com with SMTP; 23 Dec 2005 09:04:30 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 333624
From: Recovery Manager <RecoveryManager@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333624@vm-rewards.com>
Subject: *****SPAM***** America's #1 home-based business
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



---



Recovery Manager Inc., 1770 Grand Concourse, Bronx, NY 10457

If you can not see our footer image, please visit here.

```
From ???@??? Sat Dec 24 20:03:51 2005
X-Persona: <Jon>
Return-Path: <mailcenter333624@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 27300 invoked from network); 23 Dec 2005 09:04:42 -0600
Received: from vm-181-114.vm-mail.com (206.82.181.114)
   by anthonycentral.com with SMTP; 23 Dec 2005 09:04:42 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-114.vm-mail.com with SMTP; 23 Dec 2005 09:04:30 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 333624
From: Recovery Manager <RecoveryManager@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333624@vm-rewards.com>
Subject: *****SPAM***** America's #1 home-based business
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



---

 **Recovery Manager Inc., 1770 Grand Concourse, Bronx, NY 10457**



        **If you can not see our footer image, please** visit here**.**

```
From ???@??? Sat Dec 24 20:01:11 2005
X-Persona: <Celia>
Return-Path: <mailcenter333624@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 29312 invoked from network); 23 Dec 2005 09:09:20 -0600
Received: from vm-180-201.vm-mail.com (206.82.180.201)
  by gnwalpha.org with SMTP; 23 Dec 2005 09:09:19 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-201.vm-mail.com with SMTP; 23 Dec 2005 09:09:08 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 333624
From: Recovery Manager <RecoveryManager@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333624@vm-rewards.com>
Subject: *****SPAM***** America's #1 home-based business
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



 Recovery Manager Inc., 1770 Grand Concourse, Bronx, NY 10457



    If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 15:49:27 2006
X-Persona: <RCW>
Return-Path: <mailcenter333624@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 30881 invoked from network); 23 Dec 2005 09:35:16 -0600
Received: from vm-181-140.vm-mail.com (206.82.181.140)
   by ehahome.com with SMTP; 23 Dec 2005 09:35:16 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-140.vm-mail.com with SMTP; 23 Dec 2005 09:35:02 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460099111109
X-MailingID: 333624
From: Recovery Manager <RecoveryManager@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333624@vm-rewards.com>
Subject: America's #1 home-based business
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---



**Recovery Manager Inc., 1770 Grand Concourse, Bronx, NY 10457**

If you can not see our footer image, please visit here.

```
From ???@??? Wed Feb 11 16:05:37 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <566500-24959>; Wed, 11 Feb 2004 17:00:58 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com
with ESMTP id <567855-24963>; Wed, 11 Feb 2004 16:59:49 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm100.vmadmin.com with SMTP; 11 Feb 2004 15:59:46 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 241649
From: Redeem Airline Tickets <RedeemYoursNow@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Redeem Airline Tickets <RedeemYoursNow241649@replies.virtumundo.com>
Subject: Sign up and receive Free Air Tickets for an entire year
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb11.165949-0500_est.567855-24963+34643@ams.ftl.affinity.com>
Date:Wed, 11 Feb 2004 16:59:48 -0500
```



 **Frontline Direct Marketing 2269 Chestnut St. #630 San Francisco, CA 94123-2600**

```
From ???@??? Fri May 05 07:27:55 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347248@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 19008 invoked from network); 4 May 2006 13:51:54 -0600
Received: from vm-186-69.vm-mail.com (206.82.186.69)
  by chiefmusician.net with SMTP; 4 May 2006 13:51:54 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-69.vm-mail.com with SMTP; 04 May 2006 14:51:53 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 347248
From: Reduced Autos <ReducedAutos@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347248@vm-rewards.com>
Subject: Find cars, trucks, vans and SUVs from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.1 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



 

This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions
or comments about this advertisement to:

Bargain Network, Inc. 326 Bollay Dr Goleta, CA 93117

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products
and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Fri May 05 07:27:55 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347248@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 20928 invoked from network); 4 May 2006 13:52:00 -0600
Received: from vm-186-69.vm-mail.com (206.82.186.69)
   by chiefmusician.net with SMTP; 4 May 2006 13:51:55 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-69.vm-mail.com with SMTP; 04 May 2006 14:51:53 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 347248
From: Reduced Autos <ReducedAutos@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347248@vm-rewards.com>
Subject: Find cars, trucks, vans and SUVs from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.1 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Bargain Network, Inc. 326 Bollay Dr Goleta, CA 93117

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Fri May 05 07:21:31 2006
X-Persona: <Jay>
Return-Path: <mailcenter347248@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 25377 invoked from network); 4 May 2006 14:24:49 -0600
Received: from vm-185-87.vm-mail.com (206.82.185.87)
   by gordonworks.com with SMTP; 4 May 2006 14:24:44 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-87.vm-mail.com with SMTP; 04 May 2006 15:24:42 -0500
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 347248
From: Reduced Autos <ReducedAutos@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347248@vm-rewards.com>
Subject: Find cars, trucks, vans and SUVs from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.1 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Bargain Network, Inc. 326 Bollay Dr Goleta, CA 93117

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Fri May 05 07:17:35 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter347248@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 12545 invoked from network); 4 May 2006 14:22:26 -0600
Received: from vm-185-135.vm-mail.com (206.82.185.135)
   by rcw19190020.com with SMTP; 4 May 2006 14:22:26 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-135.vm-mail.com with SMTP; 04 May 2006 15:22:24 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 347248
From: Reduced Autos <ReducedAutos@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347248@vm-rewards.com>
Subject: Find cars, trucks, vans and SUVs from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Bargain Network, Inc. 326 Bollay Dr Goleta, CA 93117

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Fri May 05 07:15:07 2006
X-Persona: <Celia>
Return-Path: <mailcenter347248@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 23968 invoked from network); 4 May 2006 14:40:50 -0600
Received: from vm-186-84.vm-mail.com (206.82.186.84)
   by rcw19190020.com with SMTP; 4 May 2006 14:40:50 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-84.vm-mail.com with SMTP; 04 May 2006 15:40:48 -0500
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 347248
From: Reduced Autos <ReducedAutos@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347248@vm-rewards.com>
Subject: Find cars, trucks, vans and SUVs from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.1 required=7.0 tests=DATE_MISSING,HTML_40_50,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Bargain Network, Inc. 326 Bollay Dr Goleta, CA 93117

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 20 12:49:11 2006
X-Persona: <Anthony>
Return-Path: <mailcenter344170@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 7972 invoked from network); 19 Apr 2006 08:59:09 -0600
Received: from vm-180-96.vm-mail.com (206.82.180.96)
  by jaykaysplace.com with SMTP; 19 Apr 2006 08:59:03 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-96.vm-mail.com with SMTP; 19 Apr 2006 09:58:56 -0500
X-ClientHost:
1001011190971211101010640971101161041111101210991011101161140971080460991111109
X-MailingID: 344170
From: Reduced Autos <ReducedAutos@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344170@vm-rewards.com>
Subject: Find cars, trucks, vans and SUVs from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---



Bargain Network, Inc. 326 Bollay Dr Goleta, CA 93117

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 20 12:49:11 2006
X-Persona: <Anthony>
Return-Path: <mailcenter344170@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 8576 invoked from network); 19 Apr 2006 08:59:11 -0600
Received: from vm-180-96.vm-mail.com (206.82.180.96)
  by jaykaysplace.com with SMTP; 19 Apr 2006 08:59:11 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-96.vm-mail.com with SMTP; 19 Apr 2006 09:58:56 -0500
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 344170
From: Reduced Autos <ReducedAutos@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344170@vm-rewards.com>
Subject: Find cars, trucks, vans and SUVs from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---



Bargain Network, Inc. 326 Bollay Dr Goleta, CA 93117

_____ If you can not see our footer image, please visit here.

```
From ???@??? Fri May 05 22:38:43 2006
X-Persona: <Mila>
Return-Path: <mailcenter347248@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 14563 invoked from network); 4 May 2006 14:24:30 -0600
Received: from vm-185-215.vm-mail.com (206.82.185.215)
   by itdidnotendright.com with SMTP; 4 May 2006 14:24:30 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-215.vm-mail.com with SMTP; 04 May 2006 15:24:27 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 347248
From: Reduced Autos <ReducedAutos@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347248@vm-rewards.com>
Subject: Find cars, trucks, vans and SUVs from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.8 required=7.0 tests=BAYES_80,DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Bargain Network, Inc. 326 Bollay Dr Goleta, CA 93117

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Wed Feb 15 09:16:59 2006
X-Persona: <Jay>
Return-Path: <mailcenter337970@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 20576 invoked from network); 11 Feb 2006 04:08:57 -0600
Received: from vm-180-62.vm-mail.com (206.82.180.62)
  by celiajay.com with SMTP; 11 Feb 2006 04:08:57 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-62.vm-mail.com with SMTP; 11 Feb 2006 04:08:45 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 337970
From: Reduced Homes <ReducedHomes@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337970@vm-rewards.com>
Subject: *****SPAM***** Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

 **Bargain Network, Inc., 326 Bollay Dr, Goleta, CA 93117**



        If you can not see our footer image, please visit here.

```
From ???@??? Sun Feb 12 11:32:40 2006
X-Persona: <Mila>
Return-Path: <mailcenter337970@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sat, 11 Feb 2006 04:08:52 -0600
From: Reduced Homes <ReducedHomes@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Cheap homes in your area!
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43EDB7B4.26A902FB"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8579&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'8579&e=mila@jammtomm.com
  URI:http://ogy.cc/bannerAd500x400.gif [...]

Content analysis details:   (7.9 points, 7.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING         Missing Date: header
 2.8 X_MAIL_ID_PRESENT    Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE         BODY: HTML included in message
 0.1 HTML_70_80           BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY       BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02   BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80    BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 15749 invoked from network); 11 Feb 2006 04:08:49 -0600
Received: from vm-180-137.vm-mail.com (206.82.180.137)
  by chiefmusician.net with SMTP; 11 Feb 2006 04:08:49 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-137.vm-mail.com with SMTP; 11 Feb 2006 04:08:36 -0600
```

```
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 337970
From: Reduced Homes <ReducedHomes@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337970@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Cheap
homes in y5.htm"
```

```
From ???@??? Sat Feb 11 11:08:25 2006
X-Persona: <Celia>
Return-Path: <mailcenter337970@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 1723 invoked from network); 11 Feb 2006 04:32:09 -0600
Received: from vm-182-48.vm-mail.com (206.82.182.48)
   by jaycelia.com with SMTP; 11 Feb 2006 04:32:06 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-48.vm-mail.com with SMTP; 11 Feb 2006 04:31:55 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 337970
From: Reduced Homes <ReducedHomes@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337970@vm-rewards.com>
Subject: *****SPAM***** Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



Bargain Network, Inc., 326 Bollay Dr, Goleta, CA 93117

        If you can not see our footer image, please visit here.

```
From ???@??? Sat Feb 11 11:05:38 2006
X-Persona: <Jon>
Return-Path: <mailcenter337970@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 20802 invoked from network); 11 Feb 2006 04:08:58 -0600
Received: from vm-180-99.vm-mail.com (206.82.180.99)
  by gnwalpha.org with SMTP; 11 Feb 2006 04:08:57 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-99.vm-mail.com with SMTP; 11 Feb 2006 04:08:46 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 337970
From: Reduced Homes <ReducedHomes@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337970@vm-rewards.com>
Subject: *****SPAM***** Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

 Bargain Network, Inc., 326 Bollay Dr, Goleta, CA 93117



        If you can not see our footer image, please visit here.

```
From ???@??? Sat Feb 11 10:57:17 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter337970@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 13635 invoked from network); 11 Feb 2006 04:07:32 -0600
Received: from vm-180-129.vm-mail.com (206.82.180.129)
  by gordonworks.com with SMTP; 11 Feb 2006 04:07:32 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-129.vm-mail.com with SMTP; 11 Feb 2006 04:07:20 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 337970
From: Reduced Homes <ReducedHomes@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337970@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---



**Bargain Network, Inc., 326 Bollay Dr, Goleta, CA 93117**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Feb 11 10:05:22 2006
X-Persona: <RCW>
Return-Path: <mailcenter337970@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 10816 invoked from network); 11 Feb 2006 04:54:13 -0600
Received: from vm-180-110.vm-mail.com (206.82.180.110)
  by rcw19190020.com with SMTP; 11 Feb 2006 04:54:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-110.vm-mail.com with SMTP; 11 Feb 2006 04:54:02 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 337970
From: Reduced Homes <ReducedHomes@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337970@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---

 Bargain Network, Inc., 326 Bollay Dr, Goleta, CA 93117

If you can not see our footer image, please visit here.

From ???@??? Fri May 12 22:26:04 2006
X-Persona: <Mila>
Return-Path: <mailcenter347440@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sat, 06 May 2006 01:25:21 -0600
From: Reduced Homes <ReducedHomes@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Cheap homes in your area!
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_445C4F61.749CEBDC"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(5241&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(5241&e=mila@jammtomm.com
  URI:http://ogy.cc/bannerAd500x400.gif [...]

Content analysis details:   (8.5 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 0.9987]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 6722 invoked from network); 6 May 2006 01:25:17 -0600
Received: from vm-187-133.vm-mail.com (206.82.187.133)
  by jaycelia.com with SMTP; 6 May 2006 01:25:16 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-133.vm-mail.com with SMTP; 06 May 2006 02:25:14 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 347440

```
From: Reduced Homes <ReducedHomes@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347440@vm-rewards.com>
Subject: Cheap homes in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Cheap
homes in y.htm"
```

```
From ???@??? Mon Apr 24 08:42:23 2006
X-Persona: <Jon>
Return-Path: <mailcenter345088@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 11555 invoked from network); 22 Apr 2006 13:35:35 -0600
Received: from vm-180-246.vm-mail.com (206.82.180.246)
   by anthonycentral.com with SMTP; 22 Apr 2006 13:35:35 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-246.vm-mail.com with SMTP; 22 Apr 2006 14:35:32 -0500
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 345088
From: Reduced Rides <ReducedRides@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345088@vm-rewards.com>
Subject: Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



**Bargain Network, Inc., 326 Bollary Dr, Goleta, CA 93117**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Apr 24 08:37:37 2006
X-Persona: <Celia>
Return-Path: <mailcenter345088@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 27617 invoked from network); 22 Apr 2006 15:06:56 -0600
Received: from vm-180-245.vm-mail.com (206.82.180.245)
   by rcw19190020.com with SMTP; 22 Apr 2006 15:06:55 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-245.vm-mail.com with SMTP; 22 Apr 2006 16:06:54 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 345088
From: Reduced Rides <ReducedRides@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345088@vm-rewards.com>
Subject: Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



**Bargain Network, Inc., 326 Bollary Dr, Goleta, CA 93117**

If you can not see our footer image, please visit here.

```
From ???@??? Mon Apr 24 08:37:37 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter345088@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 16263 invoked from network); 22 Apr 2006 15:51:18 -0600
Received: from vm-181-94.vm-mail.com (206.82.181.94)
  by chiefmusician.net with SMTP; 22 Apr 2006 15:51:17 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-94.vm-mail.com with SMTP; 22 Apr 2006 16:51:16 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 345088
From: Reduced Rides <ReducedRides@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345088@vm-rewards.com>
Subject: Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---

 **Bargain Network, Inc., 326 Bollary Dr, Goleta, CA 93117**

    If you can not see our footer image, please visit here.

From ???@??? Sun Apr 23 20:26:01 2006
X-Persona: <Mila>
Return-Path: <mailcenter345088@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sat, 22 Apr 2006 13:35:18 -0600
From: Reduced Rides <ReducedRides@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Find cars from $500
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.6 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_444A8576.58F4A5BC"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(3383&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(3383&e=mila@jammtomm.com
  URI:http://ogy.cc/vapoas/bn_motors_500x400_02.gif [...]

Content analysis details:   (9.6 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 884 invoked from network); 22 Apr 2006 13:35:15 -0600
Received: from vm-180-146.vm-mail.com (206.82.180.146)
  by clrobin.com with SMTP; 22 Apr 2006 13:35:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-146.vm-mail.com with SMTP; 22 Apr 2006 14:35:13 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 345088

```
From: Reduced Rides <ReducedRides@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345088@vm-rewards.com>
Subject: Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Find cars
from $6.htm"
```

```
From ???@??? Sun Apr 02 17:13:40 2006
X-Persona: <Jay>
Return-Path: <mailcenter341066@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 29984 invoked from network); 29 Mar 2006 08:40:35 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by celiajay.com with SMTP; 29 Mar 2006 08:40:34 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 29 Mar 2006 08:40:21 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 341066
From: Reduced Rides <ReducedRides@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341066@vm-rewards.com>
Subject: *****SPAM***** Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.4 required=7.0 tests=BAYES_60,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  1.6 BAYES_60 BODY: Bayesian spam probability is 60 to 70%
        *      [score: 0.6791]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link



 **Bargain Network, Inc., 326 Bollary Dr, Goleta, CA 93117**

   **If you can not see our footer image, please visit here.**

```
From ???@??? Wed Mar 29 13:28:34 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter341066@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 25408 invoked from network); 29 Mar 2006 08:37:48 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by clrobin.com with SMTP; 29 Mar 2006 08:37:45 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 29 Mar 2006 08:37:32 -0600
X-ClientHost:
1061051090641051161001051001101111610111010011410510310411604609111109
X-MailingID: 341066
From: Reduced Rides <ReducedRides@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341066@vm-rewards.com>
Subject: Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---



**Bargain Network, Inc., 326 Bollary Dr, Goleta, CA 93117**

If you can not see our footer image, please visit here.

From ???@??? Wed Mar 29 13:27:28 2006
X-Persona: <Jon>
Return-Path: <mailcenter341066@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 30183 invoked from network); 29 Mar 2006 08:40:36 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by gnwalpha.org with SMTP; 29 Mar 2006 08:40:36 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 29 Mar 2006 08:40:21 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 341066
From: Reduced Rides <ReducedRides@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341066@vm-rewards.com>
Subject: *****SPAM***** Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]


Images not loading? View this offer by visiting this link



**Bargain Network, Inc., 326 Bollary Dr, Goleta, CA 93117**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Mar 29 13:26:42 2006
X-Persona: <Celia>
Return-Path: <mailcenter341066@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 2787 invoked from network); 29 Mar 2006 08:01:02 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by rcw19190020.com with SMTP; 29 Mar 2006 08:01:02 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 29 Mar 2006 08:00:50 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 341066
From: Reduced Rides <ReducedRides@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341066@vm-rewards.com>
Subject: *****SPAM***** Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        * 1.0 DATE_MISSING Missing Date: header
        * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.0 HTML_MESSAGE BODY: HTML included in message
        * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link




**Bargain Network, Inc., 326 Bollary Dr, Goleta, CA 93117**


**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Mar 29 09:59:19 2006
X-Persona: <Mila>
Return-Path: <mailcenter341066@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 29 Mar 2006 08:40:28 -0600
From: Reduced Rides <ReducedRides@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Find cars from $500
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.2 required=7.0 tests=BAYES_99,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_442A9C5C.88C35428"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(0421&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(0421&e=mila@jammtomm.com
  URI:http://ogy.cc/vapoas/bn_motors_500x400_02.gif [...]

Content analysis details:   (11.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
             [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 24678 invoked from network); 29 Mar 2006 08:40:25 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by omniinnovations.com with SMTP; 29 Mar 2006 08:40:19 -0600

```
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 29 Mar 2006 08:40:06 -0600
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 341066
From: Reduced Rides <ReducedRides@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341066@vm-rewards.com>
Subject: Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Find cars
from $5.htm"
```

```
From ???@??? Tue Apr 25 14:06:23 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter345088@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 11555 invoked from network); 22 Apr 2006 13:35:35 -0600
Received: from vm-180-246.vm-mail.com (206.82.180.246)
  by anthonycentral.com with SMTP; 22 Apr 2006 13:35:35 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-246.vm-mail.com with SMTP; 22 Apr 2006 14:35:32 -0500
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 345088
From: Reduced Rides <ReducedRides@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345088@vm-rewards.com>
Subject: Find cars from $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



**Bargain Network, Inc., 326 Bollary Dr, Goleta, CA 93117**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Sep 17 21:39:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213976-28711>; Wed, 17 Sep 2003 22:54:52 -0400
Received: from vt02.vtarget.com ([216.64.222.2]) by ams.ftl.affinity.com with
ESMTP id <214056-28719>; Wed, 17 Sep 2003 22:54:14 -0400
Received: from vtarget.com (192.168.3.10)
   by vt02.vtarget.com with SMTP; 17 Sep 2003 21:54:11 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 137259
From: Refinance <YouRefinanceToday137259@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: Refinance <YouRefinanceToday137259@replies.vtarget.com>
Subject: Take advantage of the latest refinance rates now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep17.225414-0400_edt.214056-28719+5264@ams.ftl.affinity.com>
Date:Wed, 17 Sep 2003 22:54:14 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Sep 28 18:09:34 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <253437-17797>; Sun, 28 Sep 2003 20:47:28 -0400
Received: from vl208-46.vmlocal.com ([216.21.208.46]) by ams.ftl.affinity.com
with ESMTP id <253544-17790>; Sun, 28 Sep 2003 20:47:19 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-46.vmlocal.com with SMTP; 28 Sep 2003 19:47:14 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 147155
From: Refinance <YouRefinanceToday147155@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Refinance <YouRefinanceToday147155@vmlocal.com>
Subject: When it comes to refinancing, there really is no time like the
present.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep28.204719-0400_edt.253544-17790+32857@ams.ftl.affinity.com>
Date:Sun, 28 Sep 2003 20:47:19 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Oct 07 16:26:07 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <221885-8588>; Tue, 7 Oct 2003 18:50:58 -0400
Received: from vl208-72.vmlocal.com ([216.21.208.72]) by ams.ftl.affinity.com
with ESMTP id <220589-8588>; Tue, 7 Oct 2003 18:32:47 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-72.vmlocal.com with SMTP; 07 Oct 2003 17:32:41 -0500
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 155627
From: Refinance <YouRefinanceToday155627@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+155627@replies.vmlocal.com>
Subject: Ready to refinance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct7.183247-0400_edt.220589-8588+29726@ams.ftl.affinity.com>
Date:Tue, 7 Oct 2003 18:32:47 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Oct 07 16:23:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2303820-28610>; Tue, 7 Oct 2003 18:34:44 -0400
Received: from vl208-67.vmlocal.com ([216.21.208.67]) by ams.ftl.affinity.com
with ESMTP id <4394041-28613>; Tue, 7 Oct 2003 18:33:58 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-67.vmlocal.com with SMTP; 07 Oct 2003 17:33:54 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 155627
From: Refinance <YouRefinanceToday155627@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Refinance <YouRefinanceToday155627@vmlocal.com>
Subject: When it comes to refinancing, there really is no time like the
present.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct7.183358-0400_edt.4394041-28613+9860@ams.ftl.affinity.com>
Date:Tue, 7 Oct 2003 18:33:57 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Oct 07 16:23:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <268017-14734>; Tue, 7 Oct 2003 18:32:54 -0400
Received: from vl208-64.vmlocal.com ([216.21.208.64]) by ams.ftl.affinity.com
with ESMTP id <265195-14727>; Tue, 7 Oct 2003 16:04:25 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-64.vmlocal.com with SMTP; 07 Oct 2003 15:04:19 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 155633
From: Refinance <YouRefinanceToday155633@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+155633@replies.vmlocal.com>
Subject: When it comes to refinancing, there really is no time like the
present.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct7.160425-0400_edt.265195-14727+23246@ams.ftl.affinity.com>
Date:Tue, 7 Oct 2003 16:04:24 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Oct 09 20:59:59 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216568-5279>; Thu, 9 Oct 2003 21:17:31 -0400
Received: from vl208-47.vmlocal.com ([216.21.208.47]) by ams.ftl.affinity.com
with ESMTP id <216506-5280>; Thu, 9 Oct 2003 21:16:48 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-47.vmlocal.com with SMTP; 09 Oct 2003 20:16:44 -0500
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 157533
From: Refinance <YouRefinanceToday157533@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+157533@replies.vmlocal.com>
Subject: When it comes to refinancing, there really is no time like the
present.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct9.211648-0400_edt.216506-5280+4484@ams.ftl.affinity.com>
Date:Thu, 9 Oct 2003 21:16:47 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Oct 12 23:11:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <219820-1172>; Mon, 13 Oct
2003 01:04:21 -0400
Received: from vl208-69.vmlocal.com ([216.21.208.69]) by ams.ftl.affinity.com
with ESMTP id <222461-1170>; Mon, 13 Oct 2003 01:03:09 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-69.vmlocal.com with SMTP; 13 Oct 2003 00:03:06 -0500
X-ClientHost:
10611111100971161040971100641031111141001111101191111141071150460991111109
X-MailingID: 161285
From: Refinance <YouRefinanceToday161285@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+161285@replies.vmlocal.com>
Subject: Looking to refinance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct13.010309-0400_edt.222461-1170+11415@ams.ftl.affinity.com>
Date:Mon, 13 Oct 2003 01:03:08 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Oct 16 09:26:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <217282-27456>; Thu, 16 Oct 2003 10:03:38 -0400
Received: from vl208-66.vmlocal.com ([216.21.208.66]) by ams.ftl.affinity.com
with ESMTP id <217330-27447>; Thu, 16 Oct 2003 10:03:01 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-66.vmlocal.com with SMTP; 16 Oct 2003 09:03:00 -0500
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 165701
From: Refinance <YouRefinanceToday165701@vmlocal.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+165701@replies.vmlocal.com>
Subject: When it comes to refinancing, there really is no time like the
present.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct16.100301-0400_edt.217330-27447+8356@ams.ftl.affinity.com>
Date:Thu, 16 Oct 2003 10:03:01 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 17 23:55:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215362-11029>; Sat, 18 Oct 2003 01:11:37 -0400
Received: from vl208-63.vmlocal.com ([216.21.208.63]) by ams.ftl.affinity.com
with ESMTP id <213020-11043>; Sat, 18 Oct 2003 01:10:08 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-63.vmlocal.com with SMTP; 18 Oct 2003 00:10:04 -0500
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 167221
From: Refinance <YouRefinanceToday167221@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+167221@replies.vmlocal.com>
Subject: Take advantage of the latest refinance rates now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct18.011008-0400_edt.213020-11043+1331@ams.ftl.affinity.com>
Date:Sat, 18 Oct 2003 01:10:07 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Oct 17 23:55:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215564-27161>; Sat, 18 Oct 2003 01:12:54 -0400
Received: from vl208-56.vmlocal.com ([216.21.208.56]) by ams.ftl.affinity.com
with ESMTP id <220164-22120>; Sat, 18 Oct 2003 01:11:37 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-56.vmlocal.com with SMTP; 18 Oct 2003 00:11:34 -0500
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 167221
From: Refinance <YouRefinanceToday167221@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Refinance <YouRefinanceToday167221@vmlocal.com>
Subject: The latest refinance rates are right here!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct18.011137-0400_edt.220164-22120+11555@ams.ftl.affinity.com>
Date:Sat, 18 Oct 2003 01:11:36 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Oct 18 16:00:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <4387225-9328>; Sat, 18 Oct 2003 17:13:25 -0400
Received: from vl208-47.vmlocal.com ([216.21.208.47]) by ams.ftl.affinity.com
with ESMTP id <4390087-9326>; Sat, 18 Oct 2003 17:13:19 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-47.vmlocal.com with SMTP; 18 Oct 2003 16:12:16 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 168319
From: Refinance <YouRefinanceToday168319@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+168319@replies.vmlocal.com>
Subject: When it comes to refinancing, there really is no time like the
present.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct18.171319-0400_edt.4390087-9326+9304@ams.ftl.affinity.com>
Date:Sat, 18 Oct 2003 17:13:18 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Oct 21 21:55:05 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213188-841>; Tue, 21 Oct 2003
22:41:22 -0400
Received: from vl208-62.vmlocal.com ([216.21.208.62]) by ams.ftl.affinity.com
with ESMTP id <214890-849>; Tue, 21 Oct 2003 22:40:37 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-62.vmlocal.com with SMTP; 21 Oct 2003 21:40:32 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 171294
From: Refinance <YouRefinanceToday171294@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Refinance <YouRefinanceToday171294@vmlocal.com>
Subject: Ready to refinance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct21.224037-0400_edt.214890-849+2566@ams.ftl.affinity.com>
Date:Tue, 21 Oct 2003 22:40:35 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 27 18:43:45 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213282-4151>; Mon, 27 Oct 2003 19:18:17 -0500
Received: from vl208-32.vmlocal.com ([216.21.208.32]) by ams.ftl.affinity.com
with ESMTP id <215673-4159>; Mon, 27 Oct 2003 19:17:34 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-32.vmlocal.com with SMTP; 27 Oct 2003 18:17:33 -0600
X-ClientHost: 1060971091011150641031111141001111011911111410711504609911109
X-MailingID: 178563
From: Refinance <YouRefinanceToday178563@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Refinance <YouRefinanceToday178563@vmlocal.com>
Subject: The latest refinance rates are right here!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct27.191734-0500_est.215673-4159+4793@ams.ftl.affinity.com>
Date:Mon, 27 Oct 2003 19:17:34 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**
Message sent

```
From ???@??? Wed Oct 29 19:09:05 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <456121-28266>; Wed, 29 Oct 2003 21:41:33 -0500
Received: from vl208-16.vmlocal.com ([216.21.208.16]) by ams.ftl.affinity.com
with ESMTP id <456611-32384>; Wed, 29 Oct 2003 21:40:21 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-16.vmlocal.com with SMTP; 29 Oct 2003 20:40:18 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 181401
From: Refinance <YouRefinanceToday181401@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: <YouRefinanceToday181401@vmlocal.com>
Subject: When it comes to refinancing, there really is no time like the
present.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.214021-0500_est.456611-32384+9175@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 21:40:20 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**
Message sent Wed Oct 29 20:39:25 CST 2003

From ???@??? Wed Oct 29 11:19:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <450241-28266>; Wed, 29 Oct 2003 13:20:45 -0500
Received: from vl208-44.vmlocal.com ([216.21.208.44]) by ams.ftl.affinity.com
with ESMTP id <450271-32365>; Wed, 29 Oct 2003 13:19:33 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-44.vmlocal.com with SMTP; 29 Oct 2003 12:19:29 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 181406
From: Refinance <YouRefinanceToday181406@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Refinance <YouRefinanceToday181406@vmlocal.com>
Subject: Ready to refinance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.131933-0500_est.450271-32365+7606@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 13:19:33 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**
Message sent Wed Oct 29 12:17:38 CST 2003

From ???@??? Wed Oct 29 23:22:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <224485-372>; Thu, 30 Oct 2003 01:41:31 -0500
Received: from vl208-47.vmlocal.com ([216.21.208.47]) by ams.ftl.affinity.com
with ESMTP id <217531-375>; Thu, 30 Oct 2003 01:40:43 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-47.vmlocal.com with SMTP; 30 Oct 2003 00:40:41 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 181407
From: Refinance <YouRefinanceToday181407@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Refinance <YouRefinanceToday181407@vmlocal.com>
Subject: The latest refinance rates are right here!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct30.014043-0500_est.217531-375+44882@ams.ftl.affinity.com>
Date:Thu, 30 Oct 2003 01:40:42 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent Thu Oct 30 00:39:56 CST 2003

From ???@??? Fri Oct 31 23:22:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215467-14152>; Sat, 1 Nov
2003 00:20:19 -0500
Received: from vl208-37.vmlocal.com ([216.21.208.37]) by ams.ftl.affinity.com
with ESMTP id <217579-14139>; Sat, 1 Nov 2003 00:19:12 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-37.vmlocal.com with SMTP; 31 Oct 2003 23:19:09 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 184169
From: Refinance <YouRefinanceToday184169@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Refinance <YouRefinanceToday184169@vmlocal.com>
Subject: When it comes to refinancing, there really is no time like the
present.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov1.001912-0500_est.217579-14139+52032@ams.ftl.affinity.com>
Date:Sat, 1 Nov 2003 00:19:11 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Nov 06 16:56:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214296-1802>; Thu, 6 Nov 2003 17:52:01 -0500
Received: from vl208-49.vmlocal.com ([216.21.208.49]) by ams.ftl.affinity.com
with ESMTP id <215874-1803>; Thu, 6 Nov 2003 17:51:16 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-49.vmlocal.com with SMTP; 06 Nov 2003 16:50:44 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 191149
From: Refinance <YouRefinanceToday191149@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Refinance <YouRefinanceToday191149@vmlocal.com>
Subject: When it comes to refinancing, there really is no time like the
present.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov6.175116-0500_est.215874-1803+2636@ams.ftl.affinity.com>
Date:Thu, 6 Nov 2003 17:51:16 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Nov 06 16:56:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215424-1802>; Thu, 6 Nov 2003 17:52:01 -0500
Received: from vl208-49.vmlocal.com ([216.21.208.49]) by ams.ftl.affinity.com
with ESMTP id <215855-1803>; Thu, 6 Nov 2003 17:51:16 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-49.vmlocal.com with SMTP; 06 Nov 2003 16:50:44 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 191149
From: Refinance <YouRefinanceToday191149@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Refinance <YouRefinanceToday191149@vmlocal.com>
Subject: When it comes to refinancing, there really is no time like the
present.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov6.175116-0500_est.215855-1803+2635@ams.ftl.affinity.com>
Date:Thu, 6 Nov 2003 17:51:16 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Nov 06 16:56:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215609-1802>; Thu, 6 Nov 2003 17:52:01 -0500
Received: from vl208-49.vmlocal.com ([216.21.208.49]) by ams.ftl.affinity.com
with ESMTP id <215870-1804>; Thu, 6 Nov 2003 17:51:17 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-49.vmlocal.com with SMTP; 06 Nov 2003 16:50:44 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 191149
From: Refinance <YouRefinanceToday191149@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: <YouRefinanceToday191149@vmlocal.com>
Subject: When it comes to refinancing, there really is no time like the
present.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov6.175117-0500_est.215870-1804+2737@ams.ftl.affinity.com>
Date:Thu, 6 Nov 2003 17:51:16 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 09 08:18:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217177-26642>; Sun, 9 Nov
2003 04:04:17 -0500
Received: from vl208-35.vmlocal.com ([216.21.208.35]) by ams.ftl.affinity.com
with ESMTP id <215937-26651>; Sun, 9 Nov 2003 03:43:58 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-35.vmlocal.com with SMTP; 09 Nov 2003 02:29:31 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 193520
From: Refinance <YouRefinanceToday193520@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Refinance <YouRefinanceToday193520@vmlocal.com>
Subject: When it comes to refinancing, there really is no time like the
present.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov9.034358-0500_est.215937-26651+345@ams.ftl.affinity.com>
Date:Sun, 9 Nov 2003 03:38:45 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Nov 11 23:46:43 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <221550-13823>; Wed, 12 Nov 2003 00:49:39 -0500
Received: from vl208-19.vmlocal.com ([216.21.208.19]) by ams.ftl.affinity.com
with ESMTP id <228824-13819>; Wed, 12 Nov 2003 00:48:58 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-19.vmlocal.com with SMTP; 11 Nov 2003 23:48:55 -0600
X-ClientHost:
1060971091051080970641031111410011111011911111410711504609911109
X-MailingID: 195991
From: Refinance <YouRefinanceToday195991@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Refinance <YouRefinanceToday195991@vmlocal.com>
Subject: Take advantage of the latest refinance rates now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov12.004858-0500_est.228824-13819+36918@ams.ftl.affinity.com>
Date:Wed, 12 Nov 2003 00:48:57 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Nov 14 13:04:44 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <212754-7889>; Fri, 14 Nov 2003 13:50:45 -0500
Received: from vl208-42.vmlocal.com ([216.21.208.42]) by ams.ftl.affinity.com
with ESMTP id <217779-7889>; Fri, 14 Nov 2003 13:49:15 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-42.vmlocal.com with SMTP; 14 Nov 2003 12:49:04 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 197990
From: Refinance <YouRefinanceToday197990@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Refinance <YouRefinanceToday197990@vmlocal.com>
Subject: Ready to refinance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov14.134915-0500_est.217779-7889+7708@ams.ftl.affinity.com>
Date:Fri, 14 Nov 2003 13:49:15 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Nov 15 16:02:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217715-11391>; Sat, 15 Nov 2003 15:11:52 -0500
Received: from vl208-38.vmlocal.com ([216.21.208.38]) by ams.ftl.affinity.com
with ESMTP id <217453-11370>; Sat, 15 Nov 2003 15:11:10 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-38.vmlocal.com with SMTP; 15 Nov 2003 14:11:06 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 198662
From: Refinance <YouRefinanceToday198662@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Refinance <YouRefinanceToday198662@vmlocal.com>
Subject: Ready to refinance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov15.151110-0500_est.217453-11370+15667@ams.ftl.affinity.com>
Date:Sat, 15 Nov 2003 15:11:10 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Nov 17 14:51:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213424-6071>; Mon, 17 Nov
2003 14:34:32 -0500
Received: from vl208-59.vmlocal.com ([216.21.208.59]) by ams.ftl.affinity.com
with ESMTP id <213074-6081>; Mon, 17 Nov 2003 14:33:54 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-59.vmlocal.com with SMTP; 17 Nov 2003 13:33:41 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 200060
From: Refinance <YouRefinanceToday200060@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Refinance <YouRefinanceToday200060@vmlocal.com>
Subject: When it comes to refinancing, there really is no time like the
present.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov17.143354-0500_est.213074-6081+39210@ams.ftl.affinity.com>
Date:Mon, 17 Nov 2003 14:33:53 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Jan 23 09:17:44 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2387375-15194>; Fri, 23 Jan 2004 11:11:14 -0500
Received: from vm208-62.adknow-net.com ([216.21.208.62]) by
ams.ftl.affinity.com with ESMTP id <2381315-15194>; Fri, 23 Jan 2004 11:10:31
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-62.adknow-net.com with SMTP; 23 Jan 2004 10:10:28 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 348091
From: Refinance <YouRefinanceToday@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return348091@replies.adknow-net.com
Subject: Take advantage of the latest refinance rates now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.111031-0500_est.2381315-15194+26033@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 11:10:31 -0500



**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Jan 21 09:25:34 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <231352-11161>; Wed, 21 Jan 2004 12:18:20 -0500
Received: from vm208-12.adknow-net.com ([216.21.208.12]) by
ams.ftl.affinity.com with ESMTP id <231389-11162>; Wed, 21 Jan 2004 12:17:21
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-12.adknow-net.com with SMTP; 21 Jan 2004 11:15:40 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 346487
From: Refinance <YouRefinanceToday@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return346487@replies.adknow-net.com
Subject: Looking to refinance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan21.121721-0500_est.231389-11162+35730@ams.ftl.affinity.com>
Date:Wed, 21 Jan 2004 12:17:21 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 20 21:42:49 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <361905-18824>; Tue, 20 Jan 2004 22:01:37 -0500
Received: from vm208-23.adknow-net.com ([216.21.208.23]) by
ams.ftl.affinity.com with ESMTP id <362091-19263>; Tue, 20 Jan 2004 22:00:49
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-23.adknow-net.com with SMTP; 20 Jan 2004 21:00:44 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 345589
From: Refinance <YouRefinanceToday@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return345589@replies.adknow-net.com
Subject: When it comes to refinancing, there really is no time like the
present.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan20.220049-0500_est.362091-19263+22080@ams.ftl.affinity.com>
Date:Tue, 20 Jan 2004 22:00:48 -0500
```



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Jan 20 10:19:46 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <214189-10371>; Tue, 20 Jan
2004 11:56:53 -0500
Received: from vm208-24.adknow-net.com ([216.21.208.24]) by
ams.ftl.affinity.com with ESMTP id <215554-10364>; Tue, 20 Jan 2004 11:56:02
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-24.adknow-net.com with SMTP; 20 Jan 2004 10:55:58 -0600
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 345619
From: Refinance <YouRefinanceToday@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return345619@replies.adknow-net.com
Subject: Ready to refinance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan20.115602-0500_est.215554-10364+82191@ams.ftl.affinity.com>
Date:Tue, 20 Jan 2004 11:56:02 -0500



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 20 10:19:46 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215554-10364>; Tue, 20 Jan 2004 11:56:53 -0500
Received: from vm208-24.adknow-net.com ([216.21.208.24]) by
ams.ftl.affinity.com with ESMTP id <214724-10358>; Tue, 20 Jan 2004 11:56:02
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-24.adknow-net.com with SMTP; 20 Jan 2004 10:55:58 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 345619
From: Refinance <YouRefinanceToday@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return345619@replies.adknow-net.com
Subject: Ready to refinance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan20.115602-0500_est.214724-10358+82547@ams.ftl.affinity.com>
Date:Tue, 20 Jan 2004 11:56:01 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Jan 14 18:23:39 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217219-10221>; Wed, 14 Jan 2004 19:31:40 -0500
Received: from vm208-63.adknow-net.com ([216.21.208.63]) by
ams.ftl.affinity.com with ESMTP id <217344-10219>; Wed, 14 Jan 2004 19:30:53
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-63.adknow-net.com with SMTP; 14 Jan 2004 18:30:52 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 341391
From: Refinance <YouRefinanceToday@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return341391@replies.adknow-net.com
Subject: When it comes to refinancing, there really is no time like the
present.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan14.193053-0500_est.217344-10219+22083@ams.ftl.affinity.com>
Date:Wed, 14 Jan 2004 19:30:52 -0500



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Feb 04 21:46:40 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <366679-11182>; Wed, 4 Feb 2004 23:53:18 -0500
Received: from vm208-14.adknow-net.com ([216.21.208.14]) by
ams.ftl.affinity.com with ESMTP id <367310-11179>; Wed, 4 Feb 2004 23:51:41
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-14.adknow-net.com with SMTP; 04 Feb 2004 22:51:33 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 358105
From: Refinance <YouRefinanceToday@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return358105@replies.adknow-net.com
Subject: Looking to refinance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb4.235141-0500_est.367310-11179+21173@ams.ftl.affinity.com>
Date:Wed, 4 Feb 2004 23:51:40 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Dec 17 13:39:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216535-408>; Wed, 17 Dec 2003 16:10:06 -0500
Received: from vm209-220.vmlocal.com ([216.21.209.220]) by
ams.ftl.affinity.com with ESMTP id <213658-408>; Wed, 17 Dec 2003 16:08:46
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-220.vmlocal.com with SMTP; 17 Dec 2003 15:08:44 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 221367
From: Refinance <YouRefinanceToday@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Refinance <YouRefinanceToday221367@vmlocal.com>
Subject: Take advantage of the latest refinance rates now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec17.160846-0500_est.213658-408+602@ams.ftl.affinity.com>
Date:Wed, 17 Dec 2003 16:08:46 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Dec 07 22:59:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215087-22377>; Sun, 7 Dec 2003 21:17:21 -0500
Received: from vl208-46.vmlocal.com ([216.21.208.46]) by ams.ftl.affinity.com
with ESMTP id <216476-22386>; Sun, 7 Dec 2003 21:16:44 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-46.vmlocal.com with SMTP; 07 Dec 2003 19:47:32 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 213680
From: Refinance <YouRefinanceToday@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Refinance <YouRefinanceToday213680@vmlocal.com>
Subject: Take advantage of the latest refinance rates now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec7.211644-0500_est.216476-22386+14664@ams.ftl.affinity.com>
Date:Sun, 7 Dec 2003 21:16:44 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 30 11:19:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217128-20478>; Sun, 30 Nov 2003 13:21:07 -0500
Received: from vl208-35.vmlocal.com ([216.21.208.35]) by ams.ftl.affinity.com
with ESMTP id <214920-20477>; Sun, 30 Nov 2003 13:20:30 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-35.vmlocal.com with SMTP; 30 Nov 2003 12:20:27 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111 09
X-MailingID: 208994
From: Refinance <YouRefinanceToday@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Refinance <YouRefinanceToday208994@vmlocal.com>
Subject: When it comes to refinancing, there really is no time like the
present.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov30.132030-0500_est.214920-20477+37746@ams.ftl.affinity.com>
Date:Sun, 30 Nov 2003 13:20:29 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Nov 28 18:51:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215892-16364>; Fri, 28 Nov
2003 21:26:27 -0500
Received: from vl208-59.vmlocal.com ([216.21.208.59]) by ams.ftl.affinity.com
with ESMTP id <217556-16372>; Fri, 28 Nov 2003 21:25:45 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-59.vmlocal.com with SMTP; 28 Nov 2003 20:25:39 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 207612
From: Refinance <YouRefinanceToday@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Refinance <YouRefinanceToday207612@vmlocal.com>
Subject: Ready to refinance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov28.212545-0500_est.217556-16372+12016@ams.ftl.affinity.com>
Date:Fri, 28 Nov 2003 21:25:45 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Nov 24 16:19:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216387-24927>; Mon, 24 Nov 2003 12:44:47 -0500
Received: from vl208-37.vmlocal.com ([216.21.208.37]) by ams.ftl.affinity.com
with ESMTP id <216228-24923>; Mon, 24 Nov 2003 12:43:23 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-37.vmlocal.com with SMTP; 24 Nov 2003 11:43:21 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 204860
From: Refinance <YouRefinanceToday@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Refinance <YouRefinanceToday204860@vmlocal.com>
Subject: The latest refinance rates are right here!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov24.124323-0500_est.216228-24923+7877@ams.ftl.affinity.com>
Date:Mon, 24 Nov 2003 12:43:22 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 23 13:22:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <219345-18553>; Sun, 23 Nov 2003 12:34:36 -0500
Received: from vl208-23.vmlocal.com ([216.21.208.23]) by ams.ftl.affinity.com
with ESMTP id <219370-18549>; Sun, 23 Nov 2003 12:33:49 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-23.vmlocal.com with SMTP; 23 Nov 2003 11:33:42 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 204182
From: Refinance <YouRefinanceToday@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Refinance <YouRefinanceToday204182@vmlocal.com>
Subject: When it comes to refinancing, there really is no time like the
present.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov23.123349-0500_est.219370-18549+24294@ams.ftl.affinity.com>
Date:Sun, 23 Nov 2003 12:33:49 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Dec 25 11:15:20 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214477-3768>; Thu, 25 Dec 2003 11:28:27 -0500
Received: from vm209-206.vmlocal.com ([216.21.209.206]) by
ams.ftl.affinity.com with ESMTP id <214500-3775>; Thu, 25 Dec 2003 11:27:37
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-206.vmlocal.com with SMTP; 25 Dec 2003 10:27:35 -0600
X-ClientHost: 10209712110106410311114100111110119111114107115046099111109
X-MailingID: 227199
From: Refinance <YouRefinanceToday@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Refinance <YouRefinanceToday227199@vmlocal.com>
Subject: Looking to refinance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec25.112737-0500_est.214500-3775+1267@ams.ftl.affinity.com>
Date:Thu, 25 Dec 2003 11:27:36 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 10 08:32:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <726227-6935>; Fri, 10 Oct 2003 02:55:22 -0400
Received: from vl208-18.vmlocal.com ([216.21.208.18]) by ams.ftl.affinity.com
with ESMTP id <728879-5322>; Fri, 10 Oct 2003 02:54:56 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-18.vmlocal.com with SMTP; 10 Oct 2003 01:54:51 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 157910
From: Refinance Network <RefinanceNetwork157910@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Refinance Network <RefinanceNetwork157910@vmlocal.com>
Subject: Now is the time to refinance!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct10.025456-0400_edt.728879-5322+17229@ams.ftl.affinity.com>
Date:Fri, 10 Oct 2003 02:54:53 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Apr 20 12:25:16 2006
X-Persona: <Jay>
Return-Path: <mailcenter343726@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 12486 invoked from network); 17 Apr 2006 05:33:33 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by rcw19190020.com with SMTP; 17 Apr 2006 05:33:27 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 17 Apr 2006 06:14:14 -0500
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 343726
From: Refinance Team  <RefinanceTeam@vm-mail.com>
To: jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343726@vm-rewards.com>
Subject: *****SPAM***** Make mortgage lenders compete for your business
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.8 required=7.0 tests=BAYES_80,BLANK_LINES_70_80,
        COMPETE,DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,
        HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  2.7 COMPETE BODY: Compete for your business
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  1.7 BAYES_80 BODY: Bayesian spam probability is 80 to 90%
        *      [score: 0.8204]
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

OnMortgages.com, 310 Collins St., Oconomowoc, WI 53066

        If you can not see our footer image, please visit here.

From ???@??? Thu Apr 20 12:22:49 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343726@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 6946 invoked from network); 17 Apr 2006 03:01:18 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by rcw19190020.com with SMTP; 17 Apr 2006 03:01:16 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 17 Apr 2006 04:01:00 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 343726
From: Refinance Team  <RefinanceTeam@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343726@vm-rewards.com>
Subject: *****SPAM***** Make mortgage lenders compete for your business
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.7 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        COMPETE,DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,
        HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  2.7 COMPETE BODY: Compete for your business
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5431]
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]


Images not loading? View this offer by visiting this link





OnMortgages.com, 310 Collins St., Oconomowoc, WI 53066

        If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 20 12:22:49 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343726@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 6273 invoked from network); 17 Apr 2006 03:01:15 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by rcw19190020.com with SMTP; 17 Apr 2006 03:01:09 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 17 Apr 2006 04:01:00 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 343726
From: Refinance Team  <RefinanceTeam@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343726@vm-rewards.com>
Subject: *****SPAM***** Make mortgage lenders compete for your business
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.7 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        COMPETE,DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,
        HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  2.7 COMPETE BODY: Compete for your business
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5431]
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link



---

 OnMortgages.com, 310 Collins St., Oconomowoc, WI 53066



        If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 20 12:22:49 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343726@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 7585 invoked from network); 17 Apr 2006 03:01:18 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by rcw19190020.com with SMTP; 17 Apr 2006 03:01:18 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 17 Apr 2006 04:01:00 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 343726
From: Refinance Team  <RefinanceTeam@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343726@vm-rewards.com>
Subject: *****SPAM***** Make mortgage lenders compete for your business
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.7 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        COMPETE,DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,
        HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  2.7 COMPETE BODY: Compete for your business
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5431]
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link



---

OnMortgages.com, 310 Collins St., Oconomowoc, WI 53066

    If you can not see our footer image, please visit here.

From ???@??? Thu Apr 20 12:22:49 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343726@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 11842 invoked from network); 17 Apr 2006 03:02:29 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by rcw19190020.com with SMTP; 17 Apr 2006 03:02:27 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 17 Apr 2006 04:01:00 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 343726
From: Refinance Team  <RefinanceTeam@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343726@vm-rewards.com>
Subject: *****SPAM***** Make mortgage lenders compete for your business
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.7 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      COMPETE,DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,
      HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  2.7 COMPETE BODY: Compete for your business
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
      *      [score: 0.5431]
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]


Images not loading? View this offer by visiting this link





---

OnMortgages.com, 310 Collins St., Oconomowoc, WI 53066

        If you can not see our footer image, please visit here.

From ???@??? Thu Apr 20 12:22:49 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343726@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 13410 invoked from network); 17 Apr 2006 03:02:31 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by rcw19190020.com with SMTP; 17 Apr 2006 03:02:30 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 17 Apr 2006 04:01:00 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 343726
From: Refinance Team  <RefinanceTeam@vm-mail.com>
To: tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343726@vm-rewards.com>
Subject: *****SPAM***** Make mortgage lenders compete for your business
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.7 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
       COMPETE,DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,
       HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
       *  1.9 DATE_MISSING Missing Date: header
       *  2.7 COMPETE BODY: Compete for your business
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.1 HTML_MESSAGE BODY: HTML included in message
       *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
       *      [score: 0.5431]
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]


Images not loading? View this offer by visiting this link




---

OnMortgages.com, 310 Collins St., Oconomowoc, WI 53066

       If you can not see our footer image, please visit here.

From ???@??? Thu Apr 20 12:17:41 2006
X-Persona: <Celia>
Return-Path: <mailcenter343726@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 6401 invoked from network); 17 Apr 2006 13:05:34 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by xj4x4.net with SMTP; 17 Apr 2006 13:05:33 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 17 Apr 2006 14:05:22 -0500
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 343726
From: Refinance Team  <RefinanceTeam@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343726@vm-rewards.com>
Subject: *****SPAM***** Make mortgage lenders compete for your business
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ************
X-Spam-Status: Yes, hits=13.0 required=7.0 tests=BLANK_LINES_70_80,COMPETE,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=spam version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  2.8 COMPETE BODY: Compete for your business
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]


Images not loading? View this offer by visiting this link




---

OnMortgages.com, 310 Collins St., Oconomowoc, WI 53066

      If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 20 12:17:15 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter343726@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 11904 invoked from network); 17 Apr 2006 05:15:55 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by gordonworks.com with SMTP; 17 Apr 2006 05:15:03 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 17 Apr 2006 06:10:00 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 343726
From: Refinance Team  <RefinanceTeam@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343726@vm-rewards.com>
Subject: Make mortgage lenders compete for your business
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---



OnMortgages.com, 310 Collins St., Oconomowoc, WI 53066

If you can not see our footer image, please visit here.

```
From ???@??? Mon Apr 17 17:28:28 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter343726@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 13955 invoked from network); 17 Apr 2006 05:18:47 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by xj4x4.net with SMTP; 17 Apr 2006 05:18:24 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 17 Apr 2006 06:14:17 -0500
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 343726
From: Refinance Team  <RefinanceTeam@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343726@vm-rewards.com>
Subject: *****SPAM***** Make mortgage lenders compete for your business
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.7 required=7.0 tests=BLANK_LINES_70_80,COMPETE,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  2.8 COMPETE BODY: Compete for your business
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

**Images not loading? View this offer by visiting this link**



---

**OnMortgages.com, 310 Collins St., Oconomowoc, WI 53066**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 20 12:31:42 2006
X-Persona: <Mila>
Return-Path: <mailcenter343726@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 17 Apr 2006 05:21:14 -0600
From: Refinance Team  <RefinanceTeam@vm-mail.com>
To: jamila <mila@jammtomm.com>
Subject: *****SPAM***** Make mortgage lenders compete for your business
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **************
X-Spam-Status: Yes, hits=14.6 required=7.0 tests=BAYES_99,BLANK_LINES_70_80,
      COMPETE,DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,
      HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44437A2A.D5F808E6"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(2463&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(2463&e=mila@jammtomm.com
  URI:http://ogy.cc/image001.gif [...]

Content analysis details:   (14.6 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 2.7 COMPETE                BODY: Compete for your business
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 30245 invoked from network); 17 Apr 2006 05:20:40 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by greatnorthwest-alpha.org with SMTP; 17 Apr 2006 05:20:36 -0600
```

```
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 17 Apr 2006 06:13:44 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 343726
From: Refinance Team  <RefinanceTeam@vm-mail.com>
To: jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter  <mailcenter+343726@vm-rewards.com>
Subject: Make mortgage lenders compete for your business
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Make
mortgage le.htm"
```

```
From ???@??? Thu Jan 19 09:50:09 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter335414@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 22406 invoked from network); 17 Jan 2006 12:08:51 -0600
Received: from vm-181-141.vm-mail.com (206.82.181.141)
   by ehahome.com with SMTP; 17 Jan 2006 12:08:51 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-141.vm-mail.com with SMTP; 17 Jan 2006 12:08:37 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 335414
From: Refund Processing   <RefundProcessing@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335414@vm-rewards.com>
Subject: America's #1 home-based business
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



---



**Recovery Manager Inc., 1770 Grand Concourse, Bronx, NY 10457**



**If you can not see our footer image, please** visit here**.**

From ???@??? Wed Dec 03 21:34:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2718094-24518>; Wed, 3 Dec 2003 22:15:37 -0500
Received: from vm096.vmadmin.com ([216.64.222.96]) by ams.ftl.affinity.com
with ESMTP id <2719469-24516>; Wed, 3 Dec 2003 22:14:26 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm096.vmadmin.com with SMTP; 03 Dec 2003 21:14:17 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 210674
From: Refurbished Computers <RefurbishedComputer@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Refurbished Computers
<RefurbishedComputer210674@replies.virtumundo.com>
Subject: Refurbished computers let you reboot in style.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec3.221426-0500_est.2719469-24516+15896@ams.ftl.affinity.com>
Date:Wed, 3 Dec 2003 22:14:26 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 03 21:34:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2715587-24522>; Wed, 3 Dec 2003 22:15:28 -0500
Received: from vm096.vmadmin.com ([216.64.222.96]) by ams.ftl.affinity.com
with ESMTP id <2715813-24517>; Wed, 3 Dec 2003 22:14:25 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm096.vmadmin.com with SMTP; 03 Dec 2003 21:14:17 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 210674
From: Refurbished Computers <RefurbishedComputer@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Refurbished Computers
<RefurbishedComputer210674@replies.virtumundo.com>
Subject: Refurbished computers let you reboot in style.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec3.221425-0500_est.2715813-24517+15370@ams.ftl.affinity.com>
Date:Wed, 3 Dec 2003 22:14:25 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Dec 03 21:34:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2716705-24520>; Wed, 3 Dec 2003 22:15:37 -0500
Received: from vm096.vmadmin.com ([216.64.222.96]) by ams.ftl.affinity.com
with ESMTP id <2719166-24513>; Wed, 3 Dec 2003 22:14:25 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm096.vmadmin.com with SMTP; 03 Dec 2003 21:14:17 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 210674
From: Refurbished Computers <RefurbishedComputer@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Refurbished Computers
<RefurbishedComputer210674@replies.virtumundo.com>
Subject: Refurbished computers let you reboot in style.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec3.221425-0500_est.2719166-24513+15342@ams.ftl.affinity.com>
Date:Wed, 3 Dec 2003 22:14:25 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 03 21:34:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2718188-24522>; Wed, 3 Dec
2003 22:15:37 -0500
Received: from vm096.vmadmin.com ([216.64.222.96]) by ams.ftl.affinity.com
with ESMTP id <2718261-24516>; Wed, 3 Dec 2003 22:14:27 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm096.vmadmin.com with SMTP; 03 Dec 2003 21:14:17 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 210674
From: Refurbished Computers <RefurbishedComputer@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Refurbished Computers
<RefurbishedComputer210674@replies.virtumundo.com>
Subject: Refurbished computers let you reboot in style.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec3.221427-0500_est.2718261-24516+15898@ams.ftl.affinity.com>
Date:Wed, 3 Dec 2003 22:14:27 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Apr 07 12:01:32 2006
Return-Path: <mailcenter341210@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 13026 invoked from network); 30 Mar 2006 20:30:16 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by chiefmusician.net with SMTP; 30 Mar 2006 20:30:09 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 30 Mar 2006 20:29:55 -0600
X-ClientHost:
11509711010012106409711011610411111012109910111011611409710804609 9111109
X-MailingID: 341210
From: Relationships <Relationships@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341210@vm-rewards.com>
Subject: *****SPAM***** Meet new and exciting people today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5008]
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





**Relationships.com 8383 Wilshire Blvd., Suite 800 Beverly Hills, CA 90211**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 12:01:32 2006
Return-Path: <mailcenter341210@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 15264 invoked from network); 30 Mar 2006 20:30:21 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by chiefmusician.net with SMTP; 30 Mar 2006 20:30:18 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 30 Mar 2006 20:29:55 -0600
X-ClientHost: 116106064097110116104111101210991011101161140971080460991111109
X-MailingID: 341210
From: Relationships <Relationships@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341210@vm-rewards.com>
Subject: *****SPAM***** Meet new and exciting people today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5008]
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





**Relationships.com 8383 Wilshire Blvd., Suite 800 Beverly Hills, CA 90211**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 12:01:19 2006
Return-Path: <mailcenter341210@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 24962 invoked from network); 30 Mar 2006 20:29:59 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by chiefmusician.net with SMTP; 30 Mar 2006 20:29:58 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 30 Mar 2006 20:29:55 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 341210
From: Relationships <Relationships@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341210@vm-rewards.com>
Subject: *****SPAM***** Meet new and exciting people today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
      *      [score: 0.5008]
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





 **Relationships.com 8383 Wilshire Blvd., Suite 800 Beverly Hills, CA 90211**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 12:01:18 2006
Return-Path: <mailcenter341210@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 23011 invoked from network); 30 Mar 2006 20:29:56 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaykaysplace.com with SMTP; 30 Mar 2006 20:29:55 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 30 Mar 2006 20:29:54 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 341210
From: Relationships <Relationships@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341210@vm-rewards.com>
Subject: *****SPAM***** Meet new and exciting people today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5008]
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





**Relationships.com 8383 Wilshire Blvd., Suite 800 Beverly Hills, CA 90211**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 02 17:16:08 2006
X-Persona: <Jay>
Return-Path: <mailcenter341210@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 929 invoked from network); 30 Mar 2006 20:56:51 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by gordonworks.com with SMTP; 30 Mar 2006 20:56:50 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 30 Mar 2006 20:56:47 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 341210
From: Relationships <Relationships@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341210@vm-rewards.com>
Subject: *****SPAM***** Meet new and exciting people today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.4 required=7.0 tests=BAYES_60,BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
       autolearn=no version=2.63
X-Spam-Report:
       * 1.9 DATE_MISSING Missing Date: header
       * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       * 1.6 BAYES_60 BODY: Bayesian spam probability is 60 to 70%
       *     [score: 0.6143]
       * 0.1 HTML_MESSAGE BODY: HTML included in message
       * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link





 **Relationships.com 8383 Wilshire Blvd., Suite 800 Beverly Hills, CA 90211**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Apr 01 08:52:28 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter341210@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 640 invoked from network); 30 Mar 2006 20:56:50 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by jaykaysplace.com with SMTP; 30 Mar 2006 20:56:48 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 30 Mar 2006 20:56:47 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 341210
From: Relationships <Relationships@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341210@vm-rewards.com>
Subject: *****SPAM***** Meet new and exciting people today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.1 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link





```
From ???@??? Fri Mar 31 15:22:14 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter341210@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 15714 invoked from network); 30 Mar 2006 20:55:58 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by clrobin.com with SMTP; 30 Mar 2006 20:55:55 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 30 Mar 2006 20:55:51 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 341210
From: Relationships <Relationships@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341210@vm-rewards.com>
Subject: Meet new and exciting people today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---

 Relationships.com 8383 Wilshire Blvd., Suite 800 Beverly Hills, CA 90211

If you can not see our footer image, please visit here.

```
From ???@??? Fri Mar 31 15:19:17 2006
X-Persona: <Celia>
Return-Path: <mailcenter341210@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 28608 invoked from network); 30 Mar 2006 21:55:41 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by gordonworks.com with SMTP; 30 Mar 2006 21:55:40 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 30 Mar 2006 21:55:36 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460990111109
X-MailingID: 341210
From: Relationships <Relationships@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341210@vm-rewards.com>
Subject: *****SPAM***** Meet new and exciting people today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.1 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





 **Relationships.com 8383 Wilshire Blvd., Suite 800 Beverly Hills, CA 90211**

**If you can not see our footer image, please visit here.**

From ???@??? Fri Mar 31 09:45:30 2006
X-Persona: <Mila>
Return-Path: <mailcenter341210@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 30 Mar 2006 20:56:51 -0600
From: Relationships <Relationships@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Meet new and exciting people today
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *************
X-Spam-Status: Yes, hits=13.3 required=7.0 tests=BAYES_99,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_442C9A73.DE2535CF"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(0541&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(0541&e=mila@jammtomm.com
  URI:http://ogy.cc/csupo/email1_01.gif [...]

Content analysis details:   (13.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
            [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 29699 invoked from network); 30 Mar 2006 20:56:44 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by celiajay.com with SMTP; 30 Mar 2006 20:56:42 -0600

```
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 30 Mar 2006 20:56:40 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 341210
From: Relationships <Relationships@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341210@vm-rewards.com>
Subject: Meet new and exciting people today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Meet new
and exc.htm"
```

```
From ???@??? Fri Apr 07 12:01:32 2006
Return-Path: <mailcenter341210@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 31682 invoked from network); 30 Mar 2006 20:30:00 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaykaysplace.com with SMTP; 30 Mar 2006 20:29:58 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 30 Mar 2006 20:29:54 -0600
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 341210
From: Relationships <Relationships@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341210@vm-rewards.com>
Subject: *****SPAM***** Meet new and exciting people today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5008]
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





**Relationships.com 8383 Wilshire Blvd., Suite 800 Beverly Hills, CA 90211**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Sep 23 17:48:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <736925-22276>; Tue, 23 Sep 2003 19:49:47 -0400
Received: from vl208-33.vmlocal.com ([216.21.208.33]) by ams.ftl.affinity.com
with ESMTP id <2296156-22276>; Tue, 23 Sep 2003 19:46:51 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-33.vmlocal.com with SMTP; 23 Sep 2003 18:46:46 -0500
X-ClientHost: 1060971091011115064103111114100111110119111114107115046099111109
X-MailingID: 142421
From: Relaxing Hammocks <RelaxingHammocks142421@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Relaxing Hammocks <RelaxingHammocks142421@vmlocal.com>
Subject: It's time to relax.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep23.194651-0400_edt.2296156-22276+497@ams.ftl.affinity.com>
Date:Tue, 23 Sep 2003 19:46:51 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Oct 06 20:18:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <330225-18172>; Mon, 6 Oct 2003 21:10:00 -0400
Received: from vl208-67.vmlocal.com ([216.21.208.67]) by ams.ftl.affinity.com
with ESMTP id <331093-18164>; Mon, 6 Oct 2003 21:09:13 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-67.vmlocal.com with SMTP; 06 Oct 2003 20:09:05 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 153589
From: Relaxing Hammocks <RelaxingHammocks153589@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Relaxing Hammocks <RelaxingHammocks153589@vmlocal.com>
Subject: Relax with these great hammock offers.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct6.210913-0400_edt.331093-18164+28764@ams.ftl.affinity.com>
Date:Mon, 6 Oct 2003 21:09:13 -0400



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Oct 17 10:58:40 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <336664-11042>; Fri, 17 Oct 2003 12:42:07 -0400
Received: from vl208-72.vmlocal.com ([216.21.208.72]) by ams.ftl.affinity.com
with ESMTP id <338123-11044>; Fri, 17 Oct 2003 12:40:08 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-72.vmlocal.com with SMTP; 17 Oct 2003 09:16:47 -0500
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 167066
From: Relaxing Hammocks <RelaxingHammocks167066@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Relaxing Hammocks <RelaxingHammocks167066@vmlocal.com>
Subject: Relax with these great hammock offers.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct17.124008-0400_edt.338123-11044+172@ams.ftl.affinity.com>
Date:Fri, 17 Oct 2003 12:40:00 -0400
```



**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you**

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Nov 02 15:57:36 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216741-5218>; Sun, 2 Nov 2003 18:04:44 -0500
Received: from vl208-67.vmlocal.com ([216.21.208.67]) by ams.ftl.affinity.com
with ESMTP id <214860-5223>; Sun, 2 Nov 2003 18:03:48 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-67.vmlocal.com with SMTP; 02 Nov 2003 17:02:42 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 186606
From: Relaxing Hammocks <RelaxingHammocks186606@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Relaxing Hammocks <RelaxingHammocks186606@vmlocal.com>
Subject: It's time to relax.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov2.180348-0500_est.214860-5223+48205@ams.ftl.affinity.com>
Date:Sun, 2 Nov 2003 18:03:48 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Nov 13 22:04:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213005-16998>; Thu, 13 Nov 2003 17:11:21 -0500
Received: from vl208-41.vmlocal.com ([216.21.208.41]) by ams.ftl.affinity.com
with ESMTP id <221665-17002>; Thu, 13 Nov 2003 17:09:50 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-41.vmlocal.com with SMTP; 13 Nov 2003 16:09:45 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 197204
From: Relaxing Hammocks <RelaxingHammocks197204@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Relaxing Hammocks <RelaxingHammocks197204@vmlocal.com>
Subject: Relax with these great hammock offers.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov13.170950-0500_est.221665-17002+62512@ams.ftl.affinity.com>
Date:Thu, 13 Nov 2003 17:09:50 -0500
```



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Nov 21 19:07:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2718301-24838>; Fri, 21 Nov 2003 19:18:24 -0500
Received: from vl208-53.vmlocal.com ([216.21.208.53]) by ams.ftl.affinity.com
with ESMTP id <2716629-24847>; Fri, 21 Nov 2003 19:17:24 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-53.vmlocal.com with SMTP; 21 Nov 2003 18:17:19 -0600
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 202717
From: Relaxing Hammocks <RelaxingHammocks202717@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Relaxing Hammocks <RelaxingHammocks202717@vmlocal.com>
Subject: Relax with these great hammock offers.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov21.191724-0500_est.2716629-24847+25265@ams.ftl.affinity.com>
Date:Fri, 21 Nov 2003 19:17:24 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Jan 23 09:17:45 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <227403-25560>; Fri, 23 Jan 2004 11:47:47 -0500
Received: from vm208-71.adknow-net.com ([216.21.208.71]) by
ams.ftl.affinity.com with ESMTP id <222326-25559>; Fri, 23 Jan 2004 11:46:20
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-71.adknow-net.com with SMTP; 23 Jan 2004 10:46:18 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 347948
From: Relaxing Hammocks <RelaxingHammocks@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return347948@replies.adknow-net.com
Subject: Hammocks make it easy to relax.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.114620-0500_est.222326-25559+28762@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 11:46:19 -0500
```



If you would like to refer a friend information regarding this program,

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Dec 18 15:10:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221633-10112>; Thu, 18 Dec 2003 16:44:35 -0500
Received: from vm209-214.vmlocal.com ([216.21.209.214]) by
ams.ftl.affinity.com with ESMTP id <218214-10118>; Thu, 18 Dec 2003 16:42:20
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-214.vmlocal.com with SMTP; 18 Dec 2003 15:42:17 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 222003
From: Relaxing Hammocks <RelaxingHammocks@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Relaxing Hammocks <RelaxingHammocks222003@vmlocal.com>
Subject: Unwind with a new hammock.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec18.164220-0500_est.218214-10118+3495@ams.ftl.affinity.com>
Date:Thu, 18 Dec 2003 16:42:20 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Dec 14 20:47:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2717537-20110>; Sun, 14 Dec
2003 23:35:28 -0500
Received: from vm209-203.vmlocal.com ([216.21.209.203]) by
ams.ftl.affinity.com with ESMTP id <2718967-20114>; Sun, 14 Dec 2003 23:34:43
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-203.vmlocal.com with SMTP; 14 Dec 2003 22:34:41 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911111009
X-MailingID: 218892
From: Relaxing Hammocks <RelaxingHammocks@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Relaxing Hammocks <RelaxingHammocks218892@vmlocal.com>
Subject: Hammocks make it easy to relax.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec14.233443-0500_est.2718967-20114+8451@ams.ftl.affinity.com>
Date:Sun, 14 Dec 2003 23:34:43 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 07 22:59:10 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222812-15025>; Sun, 7 Dec 2003 19:58:51 -0500
Received: from vl208-71.vmlocal.com ([216.21.208.71]) by ams.ftl.affinity.com
with ESMTP id <223955-15024>; Sun, 7 Dec 2003 19:57:24 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-71.vmlocal.com with SMTP; 07 Dec 2003 16:35:09 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 213551
From: Relaxing Hammocks <RelaxingHammocks@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Relaxing Hammocks <RelaxingHammocks213551@vmlocal.com>
Subject: Kick back and relax.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec7.195724-0500_est.223955-15024+23468@ams.ftl.affinity.com>
Date:Sun, 7 Dec 2003 19:57:24 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Dec 07 22:59:10 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218630-30956>; Sun, 7 Dec 2003 19:57:54 -0500
Received: from vl208-71.vmlocal.com ([216.21.208.71]) by ams.ftl.affinity.com
with ESMTP id <222713-15032>; Sun, 7 Dec 2003 19:56:56 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-71.vmlocal.com with SMTP; 07 Dec 2003 13:35:01 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 213553
From: Relaxing Hammocks <RelaxingHammocks@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Relaxing Hammocks <RelaxingHammocks213553@vmlocal.com>
Subject: Hammocks make it easy to relax.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec7.195656-0500_est.222713-15032+23824@ams.ftl.affinity.com>
Date:Sun, 7 Dec 2003 19:56:56 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Dec 05 13:05:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217443-1083>; Fri, 5 Dec 2003
15:18:58 -0500
Received: from vl208-67.vmlocal.com ([216.21.208.67]) by ams.ftl.affinity.com
with ESMTP id <217821-1087>; Fri, 5 Dec 2003 15:18:06 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-67.vmlocal.com with SMTP; 05 Dec 2003 14:18:03 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 212190
From: Relaxing Hammocks <RelaxingHammocks@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Relaxing Hammocks <RelaxingHammocks212190@vmlocal.com>
Subject: It's time to relax.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec5.151806-0500_est.217821-1087+23795@ams.ftl.affinity.com>
Date:Fri, 5 Dec 2003 15:18:05 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 29 17:16:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214251-8562>; Sat, 29 Nov 2003 16:30:11 -0500
Received: from vl208-70.vmlocal.com ([216.21.208.70]) by ams.ftl.affinity.com
with ESMTP id <225350-8567>; Sat, 29 Nov 2003 16:29:20 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-70.vmlocal.com with SMTP; 29 Nov 2003 15:29:17 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 208167
From: Relaxing Hammocks <RelaxingHammocks@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Relaxing Hammocks <RelaxingHammocks208167@vmlocal.com>
Subject: Kick back and relax.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov29.162920-0500_est.225350-8567+51612@ams.ftl.affinity.com>
Date:Sat, 29 Nov 2003 16:29:19 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Dec 25 07:52:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2372765-25463>; Thu, 25 Dec 2003 10:08:38 -0500
Received: from vm209-234.vmlocal.com ([216.21.209.234]) by
ams.ftl.affinity.com with ESMTP id <2372144-25463>; Thu, 25 Dec 2003 10:07:29
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-234.vmlocal.com with SMTP; 25 Dec 2003 09:07:28 -0600
X-ClientHost: 106097109101115064103111141001111101191111141071150460991111 09
X-MailingID: 227133
From: Relaxing Hammocks <RelaxingHammocks@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Relaxing Hammocks <RelaxingHammocks227133@vmlocal.com>
Subject: Relax with these great hammock offers.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec25.100729-0500_est.2372144-25463+1083@ams.ftl.affinity.com>
Date:Thu, 25 Dec 2003 10:07:29 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Dec 01 21:03:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <238058-13854>; Mon, 1 Dec 2003 22:32:17 -0500
Received: from vm108.vmadmin.com ([216.64.222.108]) by ams.ftl.affinity.com
with ESMTP id <221559-13850>; Mon, 1 Dec 2003 22:31:42 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm108.vmadmin.com with SMTP; 01 Dec 2003 21:31:25 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 209677
From: Relief from Snoring <ReliefFromSnoring@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Relief from Snoring <ReliefFromSnoring209677@replies.virtumundo.com>
Subject: Snoring relief is here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec1.223142-0500_est.221559-13850+27344@ams.ftl.affinity.com>
Date:Mon, 1 Dec 2003 22:31:42 -0500
```



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Dec 01 21:03:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <229927-13850>; Mon, 1 Dec 2003 22:32:17 -0500
Received: from vm108.vmadmin.com ([216.64.222.108]) by ams.ftl.affinity.com
with ESMTP id <238058-13850>; Mon, 1 Dec 2003 22:31:42 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm108.vmadmin.com with SMTP; 01 Dec 2003 21:31:25 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 209677
From: Relief from Snoring <ReliefFromSnoring@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Relief from Snoring <ReliefFromSnoring209677@replies.virtumundo.com>
Subject: Snoring relief is here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec1.223142-0500_est.238058-13850+27343@ams.ftl.affinity.com>
Date:Mon, 1 Dec 2003 22:31:41 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Dec 01 21:03:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <236929-13856>; Mon, 1 Dec 2003 22:32:17 -0500
Received: from vm108.vmadmin.com ([216.64.222.108]) by ams.ftl.affinity.com
with ESMTP id <229927-13856>; Mon, 1 Dec 2003 22:31:42 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm108.vmadmin.com with SMTP; 01 Dec 2003 21:31:25 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 209677
From: Relief from Snoring <ReliefFromSnoring@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Relief from Snoring <ReliefFromSnoring209677@replies.virtumundo.com>
Subject: Snoring relief is here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec1.223142-0500_est.229927-13856+28089@ams.ftl.affinity.com>
Date:Mon, 1 Dec 2003 22:31:38 -0500
```



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Dec 01 21:03:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <221559-13857>; Mon, 1 Dec
2003 22:32:17 -0500
Received: from vm108.vmadmin.com ([216.64.222.108]) by ams.ftl.affinity.com
with ESMTP id <235296-13860>; Mon, 1 Dec 2003 22:31:43 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm108.vmadmin.com with SMTP; 01 Dec 2003 21:31:25 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 209677
From: Relief from Snoring <ReliefFromSnoring@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Relief from Snoring <ReliefFromSnoring209677@replies.virtumundo.com>
Subject: Snoring relief is here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec1.223143-0500_est.235296-13860+27083@ams.ftl.affinity.com>
Date:Mon, 1 Dec 2003 22:31:43 -0500
```



You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) **or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Jan 26 13:31:11 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <276339-29461>; Mon, 26 Jan 2004 15:36:57 -0500
Received: from vm208-35.adknow-net.com ([216.21.208.35]) by
ams.ftl.affinity.com with ESMTP id <277235-29471>; Mon, 26 Jan 2004 15:35:55
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-35.adknow-net.com with SMTP; 26 Jan 2004 14:35:52 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 351338
From: Rent A Car Today <RentingACarIsEasy@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return351338@replies.adknow-net.com
Subject: Rent The Car You've Always Wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan26.153555-0500_est.277235-29471+83468@ams.ftl.affinity.com>
Date:Mon, 26 Jan 2004 15:35:54 -0500



        If you would like to refer a friend information regarding this program,
go here. To remove yourself from this program (and stop receiving email messages

from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Dec 15 22:52:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3564707-5629>; Tue, 16 Dec 2003 00:03:07 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <3564701-5610>; Tue, 16 Dec 2003 00:01:27 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm105.vmadmin.com with SMTP; 15 Dec 2003 23:01:14 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111 09
X-MailingID: 220021
From: Renter's Insurance <RentersInsurance@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Renter's Insurance <RentersInsurance220021@replies.virtumundo.com>
Subject: It's your stuff. Protect it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec16.000127-0500_est.3564701-5610+9577@ams.ftl.affinity.com>
Date:Tue, 16 Dec 2003 00:01:26 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 07 10:56:58 2005
X-Persona: <hum>
Return-Path: <mailcenter330465@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 22918 invoked from network); 6 Oct 2005 19:26:13 -0600
Received: from vm-181-234.vm-mail.com (206.82.181.234)
  by jaycelia.com with SMTP; 6 Oct 2005 19:26:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-234.vm-mail.com with SMTP; 06 Oct 2005 20:26:11 -0500
X-ClientHost: 10411710906410110409710411110910104609911109
X-MailingID: 330465
From: Replacement Window Professionals <ReplacementWindows@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330465@vm-rewards.com>
Subject: *****SPAM***** Great deals on replacement windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```





**This is an advertisement. If you would prefer to not receive future marketing messages from us, go** here to unsubscribe.

---

**QuinStreet, Inc., 1051 E. Hillsdale Blvd. Foster City, CA 94404**

**If you can not see our footer image, please** visit here.

```
From ???@??? Fri Sep 30 12:52:33 2005
X-Persona: <hum>
Return-Path: <mailcenter330237@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 32036 invoked from network); 29 Sep 2005 20:36:20 -0600
Received: from vm-180-35.vm-mail.com (206.82.180.35)
  by rcw19190020.com with SMTP; 29 Sep 2005 20:36:19 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-35.vm-mail.com with SMTP; 29 Sep 2005 21:36:18 -0500
X-ClientHost: 10411710906410110409710411110910104609911109
X-MailingID: 330237
From: Replacement Window Professionals <ReplacementWindows@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330237@vm-rewards.com>
Subject: *****SPAM***** Great deals on replacement windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.5 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```





 **This is an advertisement. If you would prefer to not receive future marketing messages from us, go** here to unsubscribe.

---



 **QuinStreet, Inc., 1051 E. Hillsdale Blvd. Foster City, CA 94404**


   **If you can not see our footer image, please** visit here.

```
From ???@??? Tue Oct 25 20:57:30 2005
X-Persona: <Indi>
Return-Path: <mailcenter331139@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 31136 invoked from network); 24 Oct 2005 04:03:40 -0600
Received: from vm-182-43.vm-mail.com (206.82.182.43)
   by celiajay.com with SMTP; 24 Oct 2005 04:03:40 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-43.vm-mail.com with SMTP; 24 Oct 2005 05:03:27 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 331139
From: Replacement Window Professionals <ReplacementWindows@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331139@vm-rewards.com>
Subject: Great deals on replacement windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



This is an advertisement. If you would prefer to not receive future

**marketing messages from us, go** here to unsubscribe.

---

**QuinStreet, Inc., 1051 E. Hillsdale Blvd. Foster City, CA 94404**

**If you can not see our footer image, please** visit here.

From ???@??? Mon Jan 30 15:48:21 2006
X-Persona: <RCW>
Return-Path: <mailcenter333519@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 31681 invoked from network); 21 Dec 2005 19:05:22 -0600
Received: from vm-180-8.vm-mail.com (206.82.180.8)
  by gnwalpha.org with SMTP; 21 Dec 2005 19:05:21 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-8.vm-mail.com with SMTP; 21 Dec 2005 19:05:10 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 333519
From: Replacement Windows <ReplacementWindowProfessionals@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333519@vm-rewards.com>
Subject: Great deals on replacement windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



This is an advertisement. If you would prefer to not receive future
marketing messages from us, go here to unsubscribe.

QuinStreet, Inc., 1051 E. Hillsdale Blvd. Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 20:13:36 2006
X-Persona: <Jay>
Return-Path: <mailcenter333993@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 31525 invoked from network); 31 Dec 2005 17:24:37 -0600
Received: from vm-182-208.vm-mail.com (206.82.182.208)
   by clrobin.com with SMTP; 31 Dec 2005 17:24:36 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-208.vm-mail.com with SMTP; 31 Dec 2005 17:24:24 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 333993
From: Replacement Windows <ReplacementWindowProfessionals@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333993@vm-rewards.com>
Subject: Great deals on replacement windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63
```



This is an advertisement. If you would prefer to not receive future

**marketing messages from us, go** here to unsubscribe.

---

**QuinStreet, Inc., 1051 E. Hillsdale Blvd. Foster City, CA 94404**

**If you can not see our footer image, please** visit here.

```
From ???@??? Tue Jan 03 20:05:56 2006
X-Persona: <Jon>
Return-Path: <mailcenter333993@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 31617 invoked from network); 31 Dec 2005 17:24:37 -0600
Received: from vm-182-215.vm-mail.com (206.82.182.215)
   by jaycelia.com with SMTP; 31 Dec 2005 17:24:36 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-215.vm-mail.com with SMTP; 31 Dec 2005 17:24:24 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 333993
From: Replacement Windows <ReplacementWindowProfessionals@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333993@vm-rewards.com>
Subject: Great deals on replacement windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63
```



This is an advertisement. If you would prefer to not receive future

**marketing messages from us, go** here to unsubscribe.

---



**QuinStreet, Inc., 1051 E. Hillsdale Blvd. Foster City, CA 94404**



**If you can not see our footer image, please** visit here.

```
From ???@??? Tue Jan 03 20:05:56 2006
X-Persona: <Jon>
Return-Path: <mailcenter333993@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 31617 invoked from network); 31 Dec 2005 17:24:37 -0600
Received: from vm-182-215.vm-mail.com (206.82.182.215)
   by jaycelia.com with SMTP; 31 Dec 2005 17:24:36 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-215.vm-mail.com with SMTP; 31 Dec 2005 17:24:24 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 333993
From: Replacement Windows <ReplacementWindowProfessionals@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333993@vm-rewards.com>
Subject: Great deals on replacement windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



This is an advertisement. If you would prefer to not receive future

**marketing messages from us, go** here to unsubscribe.

---

**QuinStreet, Inc., 1051 E. Hillsdale Blvd. Foster City, CA 94404**

**If you can not see our footer image, please** visit here.

```
From ???@??? Tue Jan 03 19:55:14 2006
X-Persona: <Jon>
Return-Path: <mailcenter333993@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 31617 invoked from network); 31 Dec 2005 17:24:37 -0600
Received: from vm-182-215.vm-mail.com (206.82.182.215)
  by jaycelia.com with SMTP; 31 Dec 2005 17:24:36 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-215.vm-mail.com with SMTP; 31 Dec 2005 17:24:24 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 333993
From: Replacement Windows <ReplacementWindowProfessionals@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333993@vm-rewards.com>
Subject: Great deals on replacement windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



This is an advertisement. If you would prefer to not receive future

**marketing messages from us, go** here to unsubscribe.

---

QuinStreet, Inc., 1051 E. Hillsdale Blvd. Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 19:52:40 2006
X-Persona: <Jay>
Return-Path: <mailcenter333993@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 31525 invoked from network); 31 Dec 2005 17:24:37 -0600
Received: from vm-182-208.vm-mail.com (206.82.182.208)
  by clrobin.com with SMTP; 31 Dec 2005 17:24:36 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-208.vm-mail.com with SMTP; 31 Dec 2005 17:24:24 -0600
X-ClientHost: 1060971210641060971210991011081050970460099111109
X-MailingID: 333993
From: Replacement Windows <ReplacementWindowProfessionals@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333993@vm-rewards.com>
Subject: Great deals on replacement windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63
```



This is an advertisement. If you would prefer to not receive future

**marketing messages from us, go** here to unsubscribe.

---

**QuinStreet, Inc., 1051 E. Hillsdale Blvd. Foster City, CA 94404**

**If you can not see our footer image, please** visit here.

```
From ???@??? Tue Jan 03 19:06:13 2006
X-Persona: <Jay>
Return-Path: <mailcenter333993@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 31525 invoked from network); 31 Dec 2005 17:24:37 -0600
Received: from vm-182-208.vm-mail.com (206.82.182.208)
  by clrobin.com with SMTP; 31 Dec 2005 17:24:36 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-208.vm-mail.com with SMTP; 31 Dec 2005 17:24:24 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 333993
From: Replacement Windows <ReplacementWindowProfessionals@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333993@vm-rewards.com>
Subject: Great deals on replacement windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63
```



This is an advertisement. If you would prefer to not receive future

**marketing messages from us, go** here to unsubscribe.

---



**QuinStreet, Inc., 1051 E. Hillsdale Blvd. Foster City, CA 94404**



**If you can not see our footer image, please** visit here.

```
From ???@??? Tue Jan 03 19:02:23 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter333993@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 25120 invoked from network); 31 Dec 2005 17:23:21 -0600
Received: from vm-182-109.vm-mail.com (206.82.182.109)
   by itdidnotendright.com with SMTP; 31 Dec 2005 17:23:21 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-109.vm-mail.com with SMTP; 31 Dec 2005 17:23:09 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 333993
From: Replacement Windows <ReplacementWindowProfessionals@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333993@vm-rewards.com>
Subject: Great deals on replacement windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



This is an advertisement. If you would prefer to not receive future marketing messages from us, go here to unsubscribe.

QuinStreet, Inc., 1051 E. Hillsdale Blvd. Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 19:02:12 2006
X-Persona: <Celia>
Return-Path: <mailcenter333993@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 31681 invoked from network); 31 Dec 2005 17:38:13 -0600
Received: from vm-180-247.vm-mail.com (206.82.180.247)
  by jaycelia.com with SMTP; 31 Dec 2005 17:38:12 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-247.vm-mail.com with SMTP; 31 Dec 2005 17:38:01 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 333993
From: Replacement Windows <ReplacementWindowProfessionals@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333993@vm-rewards.com>
Subject: Great deals on replacement windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63
```



This is an advertisement. If you would prefer to not receive future

**marketing messages from us, go** here to unsubscribe.

---

**QuinStreet, Inc., 1051 E. Hillsdale Blvd. Foster City, CA 94404**

**If you can not see our footer image, please** visit here.

```
From ???@??? Tue Jan 03 18:24:57 2006
Return-Path: <mailcenter333993@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 5925 invoked from network); 31 Dec 2005 17:16:02 -0600
Received: from vm-177-115.vm-mail.com (206.82.177.115)
  by anthonycentral.com with SMTP; 31 Dec 2005 17:15:59 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-115.vm-mail.com with SMTP; 31 Dec 2005 17:15:46 -0600
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 333993
From: Replacement Windows <ReplacementWindowProfessionals@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333993@vm-rewards.com>
Subject: Great deals on replacement windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.0 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



This is an advertisement. If you would prefer to not receive future marketing messages from us, go here to unsubscribe.

QuinStreet, Inc., 1051 E. Hillsdale Blvd. Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 18:24:57 2006
Return-Path: <mailcenter333993@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 7618 invoked from network); 31 Dec 2005 17:16:03 -0600
Received: from vm-177-115.vm-mail.com (206.82.177.115)
  by anthonycentral.com with SMTP; 31 Dec 2005 17:16:03 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-115.vm-mail.com with SMTP; 31 Dec 2005 17:15:46 -0600
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 333993
From: Replacement Windows <ReplacementWindowProfessionals@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333993@vm-rewards.com>
Subject: Great deals on replacement windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.0 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



This is an advertisement. If you would prefer to not receive future marketing messages from us, go here to unsubscribe.

**QuinStreet, Inc., 1051 E. Hillsdale Blvd. Foster City, CA 94404**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Tue Jan 03 18:24:57 2006
Return-Path: <mailcenter333993@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 8389 invoked from network); 31 Dec 2005 17:16:04 -0600
Received: from vm-177-115.vm-mail.com (206.82.177.115)
  by anthonycentral.com with SMTP; 31 Dec 2005 17:16:03 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-115.vm-mail.com with SMTP; 31 Dec 2005 17:15:46 -0600
X-ClientHost:
100101119097121101010640971101161041111012109910111011611409710804609911109
X-MailingID: 333993
From: Replacement Windows <ReplacementWindowProfessionals@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333993@vm-rewards.com>
Subject: Great deals on replacement windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.0 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



This is an advertisement. If you would prefer to not receive future
marketing messages from us, go here to unsubscribe.

---



 **QuinStreet, Inc., 1051 E. Hillsdale Blvd. Foster City, CA 94404**



**If you can not see our footer image, please** visit here**.**

```
From ???@??? Tue Jan 03 18:24:57 2006
Return-Path: <mailcenter333993@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 9185 invoked from network); 31 Dec 2005 17:16:04 -0600
Received: from vm-177-115.vm-mail.com (206.82.177.115)
  by anthonycentral.com with SMTP; 31 Dec 2005 17:16:04 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-115.vm-mail.com with SMTP; 31 Dec 2005 17:15:46 -0600
X-ClientHost:
11509711010012106409711011610411111012109910111011611409710804609911109
X-MailingID: 333993
From: Replacement Windows <ReplacementWindowProfessionals@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333993@vm-rewards.com>
Subject: Great deals on replacement windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.0 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



This is an advertisement. If you would prefer to not receive future marketing messages from us, go here to unsubscribe.

**QuinStreet, Inc., 1051 E. Hillsdale Blvd. Foster City, CA 94404**

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 18:24:57 2006
Return-Path: <mailcenter333993@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 9922 invoked from network); 31 Dec 2005 17:16:05 -0600
Received: from vm-177-115.vm-mail.com (206.82.177.115)
   by anthonycentral.com with SMTP; 31 Dec 2005 17:16:05 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-115.vm-mail.com with SMTP; 31 Dec 2005 17:15:46 -0600
X-ClientHost: 11610606409711011610411110121099101110116114097108046099111109
X-MailingID: 333993
From: Replacement Windows <ReplacementWindowProfessionals@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333993@vm-rewards.com>
Subject: Great deals on replacement windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.0 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



This is an advertisement. If you would prefer to not receive future marketing messages from us, go here to unsubscribe.

 **QuinStreet, Inc., 1051 E. Hillsdale Blvd. Foster City, CA 94404**


**If you can not see our footer image, please** visit here**.**

```
From ???@??? Sun Jan 01 19:52:29 2006
X-Persona: <Mila>
Return-Path: <mailcenter333993@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 29505 invoked from network); 31 Dec 2005 17:24:34 -0600
Received: from vm-182-108.vm-mail.com (206.82.182.108)
  by gordonworks.com with SMTP; 31 Dec 2005 17:24:34 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-108.vm-mail.com with SMTP; 31 Dec 2005 17:24:20 -0600
X-ClientHost: 1091051080970641060971091091161111091090460991111109
X-MailingID: 333993
From: Replacement Windows <ReplacementWindowProfessionals@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333993@vm-rewards.com>
Subject: Great deals on replacement windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



This is an advertisement. If you would prefer to not receive future

**marketing messages from us, go** here to unsubscribe.

---

**QuinStreet, Inc., 1051 E. Hillsdale Blvd. Foster City, CA 94404**

**If you can not see our footer image, please** visit here.

```
From ???@??? Sun Jan 01 18:59:45 2006
X-Persona: <Mila>
Return-Path: <mailcenter333519@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 28612 invoked from network); 21 Dec 2005 18:19:08 -0600
Received: from vm-180-4.vm-mail.com (206.82.180.4)
  by gnwalpha.org with SMTP; 21 Dec 2005 18:19:06 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-4.vm-mail.com with SMTP; 21 Dec 2005 18:18:53 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 333519
From: Replacement Windows <ReplacementWindowProfessionals@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333519@vm-rewards.com>
Subject: Great deals on replacement windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



This is an advertisement. If you would prefer to not receive future

**marketing messages from us, go** here to unsubscribe.

---

**QuinStreet, Inc., 1051 E. Hillsdale Blvd. Foster City, CA 94404**

**If you can not see our footer image, please** visit here.

```
From ???@??? Sun Jan 01 17:22:33 2006
X-Persona: <Mila>
Return-Path: <mailcenter333519@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 28612 invoked from network); 21 Dec 2005 18:19:08 -0600
Received: from vm-180-4.vm-mail.com (206.82.180.4)
  by gnwalpha.org with SMTP; 21 Dec 2005 18:19:06 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-4.vm-mail.com with SMTP; 21 Dec 2005 18:18:53 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 333519
From: Replacement Windows <ReplacementWindowProfessionals@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333519@vm-rewards.com>
Subject: Great deals on replacement windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
```



This is an advertisement. If you would prefer to not receive future

**marketing messages from us, go** here to unsubscribe.

---

QuinStreet, Inc., 1051 E. Hillsdale Blvd. Foster City, CA 94404

**If you can not see our footer image, please** visit here.

```
From ???@??? Fri Dec 30 13:40:42 2005
Return-Path: <mailcenter333519@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 19456 invoked from network); 21 Dec 2005 18:31:03 -0600
Received: from vm-181-209.vm-mail.com (206.82.181.209)
   by jammtomm.com with SMTP; 21 Dec 2005 18:31:01 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-209.vm-mail.com with SMTP; 21 Dec 2005 18:30:36 -0600
X-ClientHost: 1161060640971101161041111012109910110116114097108046099111109
X-MailingID: 333519
From: Replacement Windows <ReplacementWindowProfessionals@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333519@vm-rewards.com>
Subject: Great deals on replacement windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.0 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



This is an advertisement. If you would prefer to not receive future marketing messages from us, go here to unsubscribe.

QuinStreet, Inc., 1051 E. Hillsdale Blvd. Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 13:40:41 2005
Return-Path: <mailcenter333519@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 14593 invoked from network); 21 Dec 2005 18:30:58 -0600
Received: from vm-181-209.vm-mail.com (206.82.181.209)
  by jammtomm.com with SMTP; 21 Dec 2005 18:30:56 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-209.vm-mail.com with SMTP; 21 Dec 2005 18:30:36 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 333519
From: Replacement Windows <ReplacementWindowProfessionals@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333519@vm-rewards.com>
Subject: Great deals on replacement windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.0 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



This is an advertisement. If you would prefer to not receive future marketing messages from us, go here to unsubscribe.

**QuinStreet, Inc., 1051 E. Hillsdale Blvd. Foster City, CA 94404**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Fri Dec 30 13:40:15 2005
Return-Path: <mailcenter333519@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 10656 invoked from network); 21 Dec 2005 18:30:54 -0600
Received: from vm-181-209.vm-mail.com (206.82.181.209)
  by jammtomm.com with SMTP; 21 Dec 2005 18:30:49 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-209.vm-mail.com with SMTP; 21 Dec 2005 18:30:36 -0600
X-ClientHost:
0971101160640971101161041111012109910111011611409710804609911109
X-MailingID: 333519
From: Replacement Windows <ReplacementWindowProfessionals@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333519@vm-rewards.com>
Subject: Great deals on replacement windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.0 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



This is an advertisement. If you would prefer to not receive future
marketing messages from us, go here to unsubscribe.

**QuinStreet, Inc., 1051 E. Hillsdale Blvd. Foster City, CA 94404**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Fri Dec 30 13:40:15 2005
Return-Path: <mailcenter333519@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 12771 invoked from network); 21 Dec 2005 18:30:55 -0600
Received: from vm-181-209.vm-mail.com (206.82.181.209)
  by jammtomm.com with SMTP; 21 Dec 2005 18:30:55 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-209.vm-mail.com with SMTP; 21 Dec 2005 18:30:36 -0600
X-ClientHost:
099104117099107064097110116104111101210991011101161140971080460991111109
X-MailingID: 333519
From: Replacement Windows <ReplacementWindowProfessionals@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333519@vm-rewards.com>
Subject: Great deals on replacement windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.0 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



This is an advertisement. If you would prefer to not receive future marketing messages from us, go here to unsubscribe.

QuinStreet, Inc., 1051 E. Hillsdale Blvd. Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 13:40:15 2005
Return-Path: <mailcenter333519@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 16705 invoked from network); 21 Dec 2005 18:31:00 -0600
Received: from vm-181-209.vm-mail.com (206.82.181.209)
  by jammtomm.com with SMTP; 21 Dec 2005 18:30:59 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-209.vm-mail.com with SMTP; 21 Dec 2005 18:30:36 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 333519
From: Replacement Windows <ReplacementWindowProfessionals@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333519@vm-rewards.com>
Subject: Great deals on replacement windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.0 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



This is an advertisement. If you would prefer to not receive future marketing messages from us, go here to unsubscribe.

 **QuinStreet, Inc., 1051 E. Hillsdale Blvd. Foster City, CA 94404**



**If you can not see our footer image, please** visit here**.**

```
From ???@??? Mon Dec 26 14:29:50 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333519@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 24705 invoked from network); 21 Dec 2005 18:16:47 -0600
Received: from vm-180-86.vm-mail.com (206.82.180.86)
   by ehahome.com with SMTP; 21 Dec 2005 18:16:47 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-86.vm-mail.com with SMTP; 21 Dec 2005 18:16:35 -0600
X-ClientHost:
10610510906410511610010510010101011111610111010010114105103104116046099111109
X-MailingID: 333519
From: Replacement Windows <ReplacementWindowProfessionals@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333519@vm-rewards.com>
Subject: Great deals on replacement windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



This is an advertisement. If you would prefer to not receive future marketing messages from us, go here to unsubscribe.

QuinStreet, Inc., 1051 E. Hillsdale Blvd. Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Sat Dec 24 20:00:54 2005
X-Persona: <Jay>
Return-Path: <mailcenter333519@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 30789 invoked from network); 21 Dec 2005 18:19:13 -0600
Received: from vm-180-230.vm-mail.com (206.82.180.230)
   by celiajay.com with SMTP; 21 Dec 2005 18:19:12 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-230.vm-mail.com with SMTP; 21 Dec 2005 18:19:00 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 333519
From: Replacement Windows <ReplacementWindowProfessionals@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333519@vm-rewards.com>
Subject: Great deals on replacement windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



This is an advertisement. If you would prefer to not receive future

**marketing messages from us, go** here to unsubscribe.

---



 **QuinStreet, Inc., 1051 E. Hillsdale Blvd. Foster City, CA 94404**



**If you can not see our footer image, please** visit here.

```
From ???@??? Sat Dec 24 20:00:33 2005
X-Persona: <Celia>
Return-Path: <mailcenter333519@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 2080 invoked from network); 21 Dec 2005 18:54:07 -0600
Received: from vm-182-35.vm-mail.com (206.82.182.35)
  by clrobin.com with SMTP; 21 Dec 2005 18:54:06 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-35.vm-mail.com with SMTP; 21 Dec 2005 18:53:53 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 333519
From: Replacement Windows <ReplacementWindowProfessionals@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333519@vm-rewards.com>
Subject: Great deals on replacement windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



This is an advertisement. If you would prefer to not receive future

**marketing messages from us, go** here to unsubscribe.

---



QuinStreet, Inc., 1051 E. Hillsdale Blvd. Foster City, CA 94404



**If you can not see our footer image, please** visit here.

```
From ???@??? Thu Dec 22 12:10:54 2005
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter333519@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 31042 invoked from network); 21 Dec 2005 18:19:14 -0600
Received: from vm-180-18.vm-mail.com (206.82.180.18)
   by xj4x4.net with SMTP; 21 Dec 2005 18:19:14 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-18.vm-mail.com with SMTP; 21 Dec 2005 18:19:02 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 333519
From: Replacement Windows <ReplacementWindowProfessionals@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333519@vm-rewards.com>
Subject: Great deals on replacement windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



This is an advertisement. If you would prefer to not receive future

**marketing messages from us, go** here to unsubscribe.

---


 **QuinStreet, Inc., 1051 E. Hillsdale Blvd. Foster City, CA 94404**


**If you can not see our footer image, please** visit here.

```
From ???@??? Mon Jan 30 15:53:35 2006
X-Persona: <RCW>
Return-Path: <mailcenter333993@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 28037 invoked from network); 31 Dec 2005 17:56:26 -0600
Received: from vm-182-222.vm-mail.com (206.82.182.222)
   by ehahome.com with SMTP; 31 Dec 2005 17:56:26 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-222.vm-mail.com with SMTP; 31 Dec 2005 17:56:13 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460099111109
X-MailingID: 333993
From: Replacement Windows <ReplacementWindowProfessionals@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333993@vm-rewards.com>
Subject: Great deals on replacement windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



This is an advertisement. If you would prefer to not receive future marketing messages from us, go here to unsubscribe.

QuinStreet, Inc., 1051 E. Hillsdale Blvd. Foster City, CA 94404

If you can not see our footer image, please visit here.

```
From ???@??? Tue Oct 25 20:58:12 2005
X-Persona: <Indi>
Return-Path: <mailcenter331164@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 27908 invoked from network); 24 Oct 2005 16:37:06 -0600
Received: from vm-182-242.vm-mail.com (206.82.182.242)
  by chiefmusician.net with SMTP; 24 Oct 2005 16:37:06 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-242.vm-mail.com with SMTP; 24 Oct 2005 17:36:54 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 331164
From: Repo Car Search <RepoCarSearch@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331164@vm-rewards.com>
Subject: Vehicles up to 90 percent off book value!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```





 **RepoCarSearch.com, 0819-12260, Zona 6A, Panama, Republic of Panama**

**If you can not see our footer image, please** <u>visit here</u>**.**

```
From ???@??? Wed Jun 09 14:59:43 2004
Return-Path: <mailcenter308900@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 8769 invoked by uid 10003); 9 Jun 2004 20:32:45 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 8745 invoked from network); 9 Jun 2004 20:32:42 -0000
Received: from unknown (HELO vm109.vmadmin.com) (216.64.222.109)
  by ns48.webmasters.com with SMTP; 9 Jun 2004 20:32:42 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 09 Jun 2004 15:32:39 -0500
X-ClientHost:
106111110097116104097110064103111114100111101191111141071150460991111109
X-MailingID: 308900
From: Residential Lender <ResidentialLender@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Residential Lender <ResidentialLender308900@replies.virtumundo.com>
Subject: Fast and Easy Quotes
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Loan Info Center 268 Bush St. #4329 San Francisco, CA 94104

```
From ???@??? Wed Jun 09 14:59:43 2004
Return-Path: <mailcenter308900@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 8709 invoked by uid 10003); 9 Jun 2004 20:32:39 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 8706 invoked from network); 9 Jun 2004 20:32:39 -0000
Received: from unknown (HELO vm109.vmadmin.com) (216.64.222.109)
  by ns48.webmasters.com with SMTP; 9 Jun 2004 20:32:39 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 09 Jun 2004 15:32:35 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 308900
From: Residential Lender <ResidentialLender@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To:  Residential Lender <ResidentialLender308900@replies.virtumundo.com>
Subject: Fast and Easy Quotes
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Loan Info Center 268 Bush St. #4329 San Francisco, CA 94104

From ???@??? Thu May 25 18:01:59 2006
X-Persona: <Mila>
Return-Path: <mailcenter349252@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 18 May 2006 13:03:43 -0600
From: Results In One Month <ResultsInOneMonth@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Suzanne Somers firming body treatment
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.1 required=7.0 tests=BAYES_90,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
        RCVD_IN_SORBS autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_446CC50F.AC0A127F"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(6723&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(6723&e=mila@jammtomm.com
  URI:http://ogy.cc/swatz/email2_nobeforeafter_01.gif [...]

Content analysis details:   (9.1 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 2.1 BAYES_90               BODY: Bayesian spam probability is 90 to 99%
                            [score: 0.9606]
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.1 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                       [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
 2.6 RCVD_IN_DYNABLOCK      RBL: Sent directly from dynamic IP address
                            [206.82.181.20 listed in dnsbl.sorbs.net]
 0.1 RCVD_IN_SORBS          RBL: SORBS: sender is listed in SORBS
                            [206.82.181.20 listed in dnsbl.sorbs.net]


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 22465 invoked from network); 18 May 2006 13:03:37 -0600
Received: from vm-181-20.vm-mail.com (206.82.181.20)
  by itdidnotendright.com with SMTP; 18 May 2006 13:03:37 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-20.vm-mail.com with SMTP; 18 May 2006 14:03:32 -0500
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 349252
From: Results In One Month <ResultsInOneMonth@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+349252@vm-rewards.com>
Subject: Suzanne Somers firming body treatment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Suzanne
Somers f.htm"
```

From ???@??? Mon Dec 08 21:14:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <221754-17860>; Mon, 8 Dec
2003 22:37:01 -0500
Received: from vm113.vmadmin.com ([216.64.222.113]) by ams.ftl.affinity.com
with ESMTP id <221302-17861>; Mon, 8 Dec 2003 22:35:39 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm113.vmadmin.com with SMTP; 08 Dec 2003 21:35:19 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 214661
From: Retractable Awnings <RetractableAwnings@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Retractable Awnings
<RetractableAwnings214661@replies.virtumundo.com>
Subject: Retractable awnings work rain or shine.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec8.223539-0500_est.221302-17861+5622@ams.ftl.affinity.com>
Date:Mon, 8 Dec 2003 22:35:38 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Dec 08 21:14:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219397-17859>; Mon, 8 Dec 2003 22:37:01 -0500
Received: from vm113.vmadmin.com ([216.64.222.113]) by ams.ftl.affinity.com
with ESMTP id <221754-17864>; Mon, 8 Dec 2003 22:35:37 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm113.vmadmin.com with SMTP; 08 Dec 2003 21:35:19 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 214661
From: Retractable Awnings <RetractableAwnings@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Retractable Awnings
<RetractableAwnings214661@replies.virtumundo.com>
Subject: Retractable awnings work rain or shine.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec8.223537-0500_est.221754-17864+5422@ams.ftl.affinity.com>
Date:Mon, 8 Dec 2003 22:35:37 -0500
```




**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Dec 08 21:14:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214552-17856>; Mon, 8 Dec 2003 22:37:01 -0500
Received: from vm113.vmadmin.com ([216.64.222.113]) by ams.ftl.affinity.com
with ESMTP id <219397-17691>; Mon, 8 Dec 2003 22:35:37 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm113.vmadmin.com with SMTP; 08 Dec 2003 21:35:19 -0600
X-ClientHost:
1060971091051080970641031111141001111101191111141071150460099111109
X-MailingID: 214661
From: Retractable Awnings <RetractableAwnings@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Retractable Awnings
<RetractableAwnings214661@replies.virtumundo.com>
Subject: Retractable awnings work rain or shine.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec8.223537-0500_est.219397-17691+5482@ams.ftl.affinity.com>
Date:Mon, 8 Dec 2003 22:35:36 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Dec 08 21:14:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221993-17859>; Mon, 8 Dec 2003 22:37:01 -0500
Received: from vm113.vmadmin.com ([216.64.222.113]) by ams.ftl.affinity.com
with ESMTP id <214552-17863>; Mon, 8 Dec 2003 22:35:35 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm113.vmadmin.com with SMTP; 08 Dec 2003 21:35:19 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 214661
From: Retractable Awnings <RetractableAwnings@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Retractable Awnings
<RetractableAwnings214661@replies.virtumundo.com>
Subject: Retractable awnings work rain or shine.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec8.223535-0500_est.214552-17863+5532@ams.ftl.affinity.com>
Date:Mon, 8 Dec 2003 22:35:35 -0500
```



You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Dec 09 21:00:08 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <227090-1073>; Tue, 9 Dec 2003 22:42:46 -0500
Received: from vm099.vmadmin.com ([216.64.222.99]) by ams.ftl.affinity.com
with ESMTP id <229252-1067>; Tue, 9 Dec 2003 22:41:34 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm099.vmadmin.com with SMTP; 09 Dec 2003 21:41:20 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 215409
From: Retractable Awnings <RetractableAwnings@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Retractable Awnings
<RetractableAwnings215409@replies.virtumundo.com>
Subject: Protect your patio with a retractable awning.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec9.224134-0500_est.229252-1067+27858@ams.ftl.affinity.com>
Date:Tue, 9 Dec 2003 22:41:34 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Oct 13 15:31:19 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <259489-16495>; Mon, 13 Oct 2003 17:50:41 -0400
Received: from vm160.vmadmin.com ([216.64.222.160]) by ams.ftl.affinity.com
with ESMTP id <3689214-16493>; Mon, 13 Oct 2003 17:46:20 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm160.vmadmin.com with SMTP; 13 Oct 2003 16:45:59 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 162381
From: Right Attitude <RightBraRightAttitude162381@vmadmin.com>
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
      From: Right Bra
                ^-extraneous tokens in mailbox
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Right Attitude <RightBraRightAttitude162381@replies.virtumundo.com>
Illegal-Object: Syntax error in Reply-To: address found on
ams.ftl.affinity.com:
      Reply-To:   Right Bra
                    ^-extraneous tokens in address
Subject: Sometimes, what's underneath means more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct13.174620-0400_edt.3689214-16493+9011@ams.ftl.affinity.com>
Date:Mon, 13 Oct 2003 17:46:19 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 01 23:50:10 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214651-14145>; Sun, 2 Nov 2003 01:20:26 -0500
Received: from vl208-59.vmlocal.com ([216.21.208.59]) by ams.ftl.affinity.com
with ESMTP id <216031-14150>; Sun, 2 Nov 2003 01:19:10 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-59.vmlocal.com with SMTP; 02 Nov 2003 00:19:08 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460099111109
X-MailingID: 186237
From: Right Attitude <RightBraRightAttitude186237@vmlocal.com>
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
      From: Right Bra
              ^-extraneous tokens in mailbox
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Right Attitude <RightBraRightAttitude186237@vmlocal.com>
Illegal-Object: Syntax error in Reply-To: address found on
ams.ftl.affinity.com:
      Reply-To:    Right Bra
                    ^-extraneous tokens in address
Subject: The right bra can make all the difference
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov2.011910-0500_est.216031-14150+61959@ams.ftl.affinity.com>
Date:Sun, 2 Nov 2003 01:19:10 -0500
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 02 08:42:36 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213330-14143>; Sun, 2 Nov 2003 05:19:52 -0500
Received: from vl208-51.vmlocal.com ([216.21.208.51]) by ams.ftl.affinity.com
with ESMTP id <217806-14152>; Sun, 2 Nov 2003 05:18:43 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-51.vmlocal.com with SMTP; 02 Nov 2003 04:18:39 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 186241
From: Right Attitude <RightBraRightAttitude186241@vmlocal.com>
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
     From: Right Bra
              ^-extraneous tokens in mailbox
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Right Attitude <RightBraRightAttitude186241@vmlocal.com>
Illegal-Object: Syntax error in Reply-To: address found on
ams.ftl.affinity.com:
     Reply-To:   Right Bra
                   ^-extraneous tokens in address
Subject: What's underneath can make all the difference
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov2.051843-0500_est.217806-14152+63490@ams.ftl.affinity.com>
Date:Sun, 2 Nov 2003 05:18:43 -0500
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Oct 09 18:55:31 2005
X-Persona: <Indi>
Return-Path: <mailcenter330225@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 29 Sep 2005 17:24:53 -0600
From: Ringtone Central <RingtoneCentral@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Get wallpapers, ringtones, mobile games & more
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433C77C5.AB5749E5"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4379&e=indi@jammtomm.com
  URI:http://i.1100i.com/1885/Sep2005/mailers/2/Dada-Mobile_720x500_01.jpg
  URI:http://redirect.virtumundo.com/ct?i'4379&e=indi@jammtomm.com
  URI:http://i.1100i.com/1885/Sep2005/mailers/2/Dada-Mobile_720x500_02.gif
  [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 4995 invoked from network); 29 Sep 2005 17:24:53 -0600
Received: from vm-180-110.vm-mail.com (206.82.180.110)
  by jaykaysplace.com with SMTP; 29 Sep 2005 17:24:53 -0600
Received: from vm-mail.com (192.168.3.20)
```

```
  by vm-180-110.vm-mail.com with SMTP; 29 Sep 2005 18:24:53 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330225
From: Ringtone Central <RingtoneCentral@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330225@vm-rewards.com>
Subject:  Get wallpapers, ringtones, mobile games & more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get
wallpapers, 1.htm"
```

```
From ???@??? Sun Oct 09 18:55:31 2005
X-Persona: <Indi>
Return-Path: <mailcenter330225@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 29 Sep 2005 17:24:53 -0600
From: Ringtone Central <RingtoneCentral@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Get wallpapers, ringtones, mobile games & more
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433C77C5.AB5749E5"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4379&e=indi@jammtomm.com
  URI:http://i.1100i.com/1885/Sep2005/mailers/2/Dada-Mobile_720x500_01.jpg
  URI:http://redirect.virtumundo.com/ct?i'4379&e=indi@jammtomm.com
  URI:http://i.1100i.com/1885/Sep2005/mailers/2/Dada-Mobile_720x500_02.gif
  [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 4995 invoked from network); 29 Sep 2005 17:24:53 -0600
Received: from vm-180-110.vm-mail.com (206.82.180.110)
  by jaykaysplace.com with SMTP; 29 Sep 2005 17:24:53 -0600
Received: from vm-mail.com (192.168.3.20)

```
   by vm-180-110.vm-mail.com with SMTP; 29 Sep 2005 18:24:53 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330225
From: Ringtone Central <RingtoneCentral@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330225@vm-rewards.com>
Subject:  Get wallpapers, ringtones, mobile games & more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get
wallpapers, 1.htm"
```

```
From ???@??? Sun Oct 09 18:12:53 2005
X-Persona: <Indi>
Return-Path: <mailcenter330225@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 29 Sep 2005 17:24:53 -0600
From: Ringtone Central <RingtoneCentral@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Get wallpapers, ringtones, mobile games & more
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433C77C5.AB5749E5"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4379&e=indi@jammtomm.com
  URI:http://i.1100i.com/1885/Sep2005/mailers/2/Dada-Mobile_720x500_01.jpg
  URI:http://redirect.virtumundo.com/ct?i'4379&e=indi@jammtomm.com
  URI:http://i.1100i.com/1885/Sep2005/mailers/2/Dada-Mobile_720x500_02.gif
  [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 4995 invoked from network); 29 Sep 2005 17:24:53 -0600
Received: from vm-180-110.vm-mail.com (206.82.180.110)
  by jaykaysplace.com with SMTP; 29 Sep 2005 17:24:53 -0600
Received: from vm-mail.com (192.168.3.20)