Gordon v. Virtumundo Inc et al                                                                    Doc. 66 Att.

```
by vm-180-110.vm-mail.com with SMTP; 29 Sep 2005 18:24:53 -0500
X-ClientHost: 1051101001050641060971091091161111091090460 99111109
X-MailingID: 330225
From: Ringtone Central <RingtoneCentral@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330225@vm-rewards.com>
Subject:  Get wallpapers, ringtones, mobile games & more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get
wallpapers, .htm"
```

From ???@??? Sun Oct 09 18:12:53 2005
X-Persona: <Indi>
Return-Path: <mailcenter330225@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 29 Sep 2005 17:24:53 -0600
From: Ringtone Central <RingtoneCentral@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Get wallpapers, ringtones, mobile games & more
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433C77C5.AB5749E5"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4379&e=indi@jammtomm.com
  URI:http://i.1100i.com/1885/Sep2005/mailers/2/Dada-Mobile_720x500_01.jpg
  URI:http://redirect.virtumundo.com/ct?i'4379&e=indi@jammtomm.com
  URI:http://i.1100i.com/1885/Sep2005/mailers/2/Dada-Mobile_720x500_02.gif
  [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 4995 invoked from network); 29 Sep 2005 17:24:53 -0600
Received: from vm-180-110.vm-mail.com (206.82.180.110)
  by jaykaysplace.com with SMTP; 29 Sep 2005 17:24:53 -0600
Received: from vm-mail.com (192.168.3.20)

```
  by vm-180-110.vm-mail.com with SMTP; 29 Sep 2005 18:24:53 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330225
From: Ringtone Central <RingtoneCentral@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330225@vm-rewards.com>
Subject:  Get wallpapers, ringtones, mobile games & more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get
wallpapers, .htm"
```

```
From ???@??? Fri Sep 30 12:52:21 2005
X-Persona: <hum>
Return-Path: <mailcenter330225@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 27523 invoked from network); 29 Sep 2005 17:35:35 -0600
Received: from vm-183-23.vm-mail.com (206.82.183.23)
  by celiajay.com with SMTP; 29 Sep 2005 17:35:35 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-23.vm-mail.com with SMTP; 29 Sep 2005 18:35:35 -0500
X-ClientHost: 104117109064101104097104111109101046099111109
X-MailingID: 330225
From: Ringtone Central <RingtoneCentral@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330225@vm-rewards.com>
Subject: *****SPAM***** Get wallpapers, ringtones, mobile games & more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```





 **DaDaMobile Inc., 350 Fifth Avenue Suite 4114 New York, New York 10118**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Tue Oct 11 18:06:07 2005
X-Persona: <Indi>
Return-Path: <mailcenter330225@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 29 Sep 2005 17:24:53 -0600
From: Ringtone Central <RingtoneCentral@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Get wallpapers, ringtones, mobile games & more
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433C77C5.AB5749E5"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4379&e=indi@jammtomm.com
  URI:http://i.1100i.com/1885/Sep2005/mailers/2/Dada-Mobile_720x500_01.jpg
  URI:http://redirect.virtumundo.com/ct?i'4379&e=indi@jammtomm.com
  URI:http://i.1100i.com/1885/Sep2005/mailers/2/Dada-Mobile_720x500_02.gif
  [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                  [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 4995 invoked from network); 29 Sep 2005 17:24:53 -0600
Received: from vm-180-110.vm-mail.com (206.82.180.110)
  by jaykaysplace.com with SMTP; 29 Sep 2005 17:24:53 -0600
Received: from vm-mail.com (192.168.3.20)

```
  by vm-180-110.vm-mail.com with SMTP; 29 Sep 2005 18:24:53 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330225
From: Ringtone Central <RingtoneCentral@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330225@vm-rewards.com>
Subject:  Get wallpapers, ringtones, mobile games & more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get
wallpapers, 2.htm"
```

From ???@??? Thu Sep 15 10:29:32 2005
X-Persona: <Indi>
Return-Path: <mailcenter329659@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 15 Sep 2005 02:22:04 -0600
From: Ringtones <Ringtones@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** DirtyHippo Ringtone - get the latest hits
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43292F2C.50DD9BA0"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4141&e=indi@jammtomm.com
  URI:http://ogy.cc/happol/dhhtml_genericJack2.gif
  URI:http://redirect.virtumundo.com/bt?m29659&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                  [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 385 invoked from network); 15 Sep 2005 02:22:04 -0600
Received: from vm-182-66.vm-mail.com (206.82.182.66)
  by greatnorthwest-alpha.org with SMTP; 15 Sep 2005 02:22:04 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-66.vm-mail.com with SMTP; 15 Sep 2005 03:22:02 -0500

```
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 329659
From: Ringtones <Ringtones@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329659@vm-rewards.com>
Subject: DirtyHippo Ringtone - get the latest hits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM DirtyHippo
Ringt.htm"
```

From ???@??? Sun Jan 01 19:04:33 2006
X-Persona: <Mila>
Return-Path: <mailcenter333623@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Fri, 23 Dec 2005 05:02:27 -0600
From: Ringtones Central <RingtonesCentral@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Get your non-pay ringtone now!
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43ABD943.1F349310"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
6282&e=mila@jammtomm.com
  URI:http://ogy.cc/qtones.jpg
  URI:http://redirect.virtumundo.com/bt?m33623&e=mila@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (7.1 points, 7.0 required)

 pts rule name                  description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 24577 invoked from network); 23 Dec 2005 05:02:10 -0600
Received: from vm-181-29.vm-mail.com (206.82.181.29)
  by omniinnovations.com with SMTP; 23 Dec 2005 05:02:09 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-29.vm-mail.com with SMTP; 23 Dec 2005 05:01:55 -0600
X-ClientHost: 10910510809706410609710910911611110910904609911109

```
X-MailingID: 333623
From: Ringtones Central <RingtonesCentral@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333623@vm-rewards.com>
Subject: Get your non-pay ringtone now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get your
non-pay.htm"
```

```
From ???@??? Fri Dec 30 14:05:37 2005
Return-Path: <mailcenter333623@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 13696 invoked from network); 23 Dec 2005 05:03:03 -0600
Received: from vm-182-101.vm-mail.com (206.82.182.101)
  by itdidnotendright.com with SMTP; 23 Dec 2005 05:02:53 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-101.vm-mail.com with SMTP; 23 Dec 2005 05:02:41 -0600
X-ClientHost:
09711011606409711011610411110121099101110116114097108046099111109
X-MailingID: 333623
From: Ringtones Central <RingtonesCentral@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333623@vm-rewards.com>
Subject: Get your non-pay ringtone now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.3 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



Qtones, 11600 Sunrise Valley Dr., Suite 360, Reston, VA 20191

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 14:05:37 2005
Return-Path: <mailcenter333623@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 16160 invoked from network); 23 Dec 2005 05:03:09 -0600
Received: from vm-182-101.vm-mail.com (206.82.182.101)
   by itdidnotendright.com with SMTP; 23 Dec 2005 05:03:05 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-101.vm-mail.com with SMTP; 23 Dec 2005 05:02:41 -0600
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 333623
From: Ringtones Central <RingtonesCentral@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333623@vm-rewards.com>
Subject: Get your non-pay ringtone now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```





Qtones, 11600 Sunrise Valley Dr., Suite 360, Reston, VA 20191

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 14:05:37 2005
Return-Path: <mailcenter333623@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 19171 invoked from network); 23 Dec 2005 05:03:14 -0600
Received: from vm-182-101.vm-mail.com (206.82.182.101)
  by itdidnotendright.com with SMTP; 23 Dec 2005 05:03:12 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-101.vm-mail.com with SMTP; 23 Dec 2005 05:02:41 -0600
X-ClientHost:
100101119097121110101064097110116104111101210991011101161140971080460991111 09
X-MailingID: 333623
From: Ringtones Central <RingtonesCentral@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333623@vm-rewards.com>
Subject: Get your non-pay ringtone now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---

Qtones, 11600 Sunrise Valley Dr., Suite 360, Reston, VA 20191

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 14:05:37 2005
Return-Path: <mailcenter333623@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 21252 invoked from network); 23 Dec 2005 05:03:27 -0600
Received: from vm-182-101.vm-mail.com (206.82.182.101)
   by itdidnotendright.com with SMTP; 23 Dec 2005 05:03:19 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-101.vm-mail.com with SMTP; 23 Dec 2005 05:02:41 -0600
X-ClientHost:
11509711010012106409711011610411110121099101110116114097108046099111109
X-MailingID: 333623
From: Ringtones Central <RingtonesCentral@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333623@vm-rewards.com>
Subject: Get your non-pay ringtone now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---



**Qtones, 11600 Sunrise Valley Dr., Suite 360, Reston, VA 20191**

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 14:05:37 2005
Return-Path: <mailcenter333623@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 22624 invoked from network); 23 Dec 2005 05:03:33 -0600
Received: from vm-182-101.vm-mail.com (206.82.182.101)
   by itdidnotendright.com with SMTP; 23 Dec 2005 05:03:29 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-101.vm-mail.com with SMTP; 23 Dec 2005 05:02:41 -0600
X-ClientHost: 116106064097110116104111101210991011101161140971080460991111109
X-MailingID: 333623
From: Ringtones Central <RingtonesCentral@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333623@vm-rewards.com>
Subject: Get your non-pay ringtone now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.3 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



Qtones, 11600 Sunrise Valley Dr., Suite 360, Reston, VA 20191

If you can not see our footer image, please visit here.

```
From ???@??? Mon Dec 26 14:33:39 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333623@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 26306 invoked from network); 23 Dec 2005 05:01:15 -0600
Received: from vm-181-38.vm-mail.com (206.82.181.38)
  by gnwalpha.org with SMTP; 23 Dec 2005 05:01:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-38.vm-mail.com with SMTP; 23 Dec 2005 05:01:03 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 333623
From: Ringtones Central <RingtonesCentral@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333623@vm-rewards.com>
Subject: Get your non-pay ringtone now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

Qtones, 11600 Sunrise Valley Dr., Suite 360, Reston, VA 20191

If you can not see our footer image, please visit here .

```
From ???@??? Sat Dec 24 20:03:36 2005
X-Persona: <Jon>
Return-Path: <mailcenter333623@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 28548 invoked from network); 23 Dec 2005 05:02:19 -0600
Received: from vm-181-171.vm-mail.com (206.82.181.171)
  by celiajay.com with SMTP; 23 Dec 2005 05:02:12 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-171.vm-mail.com with SMTP; 23 Dec 2005 05:02:00 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 333623
From: Ringtones Central <RingtonesCentral@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333623@vm-rewards.com>
Subject: *****SPAM***** Get your non-pay ringtone now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
    HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
    MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
    version=2.63
X-Spam-Report:
    *  1.0 DATE_MISSING Missing Date: header
    *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
    *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
    *  0.0 HTML_MESSAGE BODY: HTML included in message
    *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
    *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
    *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
    *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



---

Qtones, 11600 Sunrise Valley Dr., Suite 360, Reston, VA 20191

If you can not see our footer image, please visit here.

```
From ???@??? Sat Dec 24 20:03:27 2005
X-Persona: <Jay>
Return-Path: <mailcenter333623@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 30146 invoked from network); 23 Dec 2005 05:02:23 -0600
Received: from vm-181-172.vm-mail.com (206.82.181.172)
  by clrobin.com with SMTP; 23 Dec 2005 05:02:18 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-172.vm-mail.com with SMTP; 23 Dec 2005 05:02:00 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 333623
From: Ringtones Central <RingtonesCentral@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333623@vm-rewards.com>
Subject: *****SPAM***** Get your non-pay ringtone now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



Qtones, 11600 Sunrise Valley Dr., Suite 360, Reston, VA 20191

If you can not see our footer image, please visit here.

```
From ???@??? Sat Dec 24 20:01:11 2005
X-Persona: <Celia>
Return-Path: <mailcenter333623@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 3459 invoked from network); 23 Dec 2005 05:13:38 -0600
Received: from vm-177-9.vm-mail.com (206.82.177.9)
  by clrobin.com with SMTP; 23 Dec 2005 05:12:48 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-9.vm-mail.com with SMTP; 23 Dec 2005 05:12:33 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 333623
From: Ringtones Central <RingtonesCentral@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333623@vm-rewards.com>
Subject: *****SPAM***** Get your non-pay ringtone now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



---

Qtones, 11600 Sunrise Valley Dr., Suite 360, Reston, VA 20191

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 15:49:26 2006
X-Persona: <RCW>
Return-Path: <mailcenter333623@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 22272 invoked from network); 23 Dec 2005 05:32:23 -0600
Received: from vm-181-164.vm-mail.com (206.82.181.164)
  by jaycelia.com with SMTP; 23 Dec 2005 05:32:23 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-164.vm-mail.com with SMTP; 23 Dec 2005 05:32:11 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 333623
From: Ringtones Central <RingtonesCentral@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333623@vm-rewards.com>
Subject: Get your non-pay ringtone now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





Qtones, 11600 Sunrise Valley Dr., Suite 360, Reston, VA 20191

If you can not see our footer image, please visit here .

```
From ???@??? Tue Oct 28 23:45:56 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216283-2353>; Tue, 28 Oct 2003 23:56:56 -0500
Received: from vl208-28.vmlocal.com ([216.21.208.28]) by ams.ftl.affinity.com
with ESMTP id <214209-2353>; Tue, 28 Oct 2003 23:55:39 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-28.vmlocal.com with SMTP; 28 Oct 2003 22:55:24 -0600
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 179721
From: Road to Recovery <RoadToDrugRecovery179721@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Road to Recovery <RoadToDrugRecovery179721@vmlocal.com>
Subject: Take the first step on the road to recovery.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct28.235539-0500_est.214209-2353+7968@ams.ftl.affinity.com>
Date:Tue, 28 Oct 2003 23:55:38 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.
Message sent Tue Oct 28 22:54:39 CST 2003

From ???@??? Sat Jan 24 13:14:50 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <329647-2428>; Sat, 24 Jan 2004 14:06:42 -0500
Received: from vm208-66.adknow-net.com ([216.21.208.66]) by
ams.ftl.affinity.com with ESMTP id <331744-2417>; Sat, 24 Jan 2004 14:05:45
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-66.adknow-net.com with SMTP; 24 Jan 2004 13:05:37 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 349342
From: Rocking Horses <FindRockingHorses@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return349342@replies.adknow-net.com
Subject: To a kid it's not a rocking horse, it's a rodeo.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan24.140545-0500_est.331744-2417+24390@ams.ftl.affinity.com>
Date:Sat, 24 Jan 2004 14:05:45 -0500



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Jun 04 15:47:08 2004
Return-Path: <mailcenter308811@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 4783 invoked by uid 10003); 4 Jun 2004 20:59:01 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 4777 invoked from network); 4 Jun 2004 20:59:01 -0000
Received: from unknown (HELO vm114.vmadmin.com) (216.64.222.114)
  by ns48.webmasters.com with SMTP; 4 Jun 2004 20:59:01 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm114.vmadmin.com with SMTP; 04 Jun 2004 15:58:58 -0500
X-ClientHost:
106097109105108097064103111114100111101191111141071150460991111109
X-MailingID: 308811
From: Rooms VB <VisitVirginiaBeach@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Rooms VB <VisitVirginiaBeach308811@replies.virtumundo.com>
Subject: Virginia Beach Getaways:  30% Savings!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```







 Rooms VB, 1081 19th St., Virginia Beach, VA 23451

```
From ???@??? Fri Jun 04 15:47:08 2004
Return-Path: <mailcenter308811@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 4810 invoked by uid 10003); 4 Jun 2004 20:59:01 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 4803 invoked from network); 4 Jun 2004 20:59:01 -0000
Received: from unknown (HELO vm114.vmadmin.com) (216.64.222.114)
  by ns48.webmasters.com with SMTP; 4 Jun 2004 20:59:01 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm114.vmadmin.com with SMTP; 04 Jun 2004 15:58:58 -0500
X-ClientHost: 1060971210641031111141001111101191111141071115046099111109
X-MailingID: 308811
From: Rooms VB <VisitVirginiaBeach@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Rooms VB <VisitVirginiaBeach308811@replies.virtumundo.com>
Subject: Virginia Beach Getaways:  30% Savings!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```






Rooms VB, 1081 19th St., Virginia Beach, VA 23451

```
From ???@??? Fri Jun 04 15:47:08 2004
Return-Path: <mailcenter308811@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 4850 invoked by uid 10003); 4 Jun 2004 20:59:02 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 4838 invoked from network); 4 Jun 2004 20:59:02 -0000
Received: from unknown (HELO vm114.vmadmin.com) (216.64.222.114)
  by ns48.webmasters.com with SMTP; 4 Jun 2004 20:59:02 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm114.vmadmin.com with SMTP; 04 Jun 2004 15:58:58 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 308811
From: Rooms VB <VisitVirginiaBeach@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Rooms VB <VisitVirginiaBeach308811@replies.virtumundo.com>
Subject: Virginia Beach Getaways:  30% Savings!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```






**Rooms VB, 1081 19th St., Virginia Beach, VA 23451**

```
From ???@??? Fri Jun 04 15:47:08 2004
Return-Path: <mailcenter308811@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 4770 invoked by uid 10003); 4 Jun 2004 20:59:01 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 4765 invoked from network); 4 Jun 2004 20:59:01 -0000
Received: from unknown (HELO vm114.vmadmin.com) (216.64.222.114)
  by ns48.webmasters.com with SMTP; 4 Jun 2004 20:59:01 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm114.vmadmin.com with SMTP; 04 Jun 2004 15:58:58 -0500
X-ClientHost: 106097109101115064103111141001111101191111141071115046099111109
X-MailingID: 308811
From: Rooms VB <VisitVirginiaBeach@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Rooms VB <VisitVirginiaBeach308811@replies.virtumundo.com>
Subject: Virginia Beach Getaways:  30% Savings!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```






**Rooms VB, 1081 19th St., Virginia Beach, VA 23451**

From ???@??? Sat Oct 11 17:23:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <268517-3492>; Sat, 11 Oct 2003 19:43:49 -0400
Received: from vm139.vmadmin.com ([216.64.222.139]) by ams.ftl.affinity.com
with ESMTP id <269921-3501>; Sat, 11 Oct 2003 19:42:17 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm139.vmadmin.com with SMTP; 11 Oct 2003 18:42:05 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 159837
From: Running Shoes <GetGreatRunningShoes159837@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+159837@virtumundo.com>
Subject: Go running in comfort and style.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct11.194217-0400_edt.269921-3501+65898@ams.ftl.affinity.com>
Date:Sat, 11 Oct 2003 19:42:17 -0400



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Oct 11 17:23:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <267088-3492>; Sat, 11 Oct 2003 19:43:50 -0400
Received: from vm139.vmadmin.com ([216.64.222.139]) by ams.ftl.affinity.com
with ESMTP id <265983-3501>; Sat, 11 Oct 2003 19:42:17 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm139.vmadmin.com with SMTP; 11 Oct 2003 18:42:05 -0500
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 159837
From: Running Shoes <GetGreatRunningShoes159837@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+159837@virtumundo.com>
Subject: Go running in comfort and style.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct11.194217-0400_edt.265983-3501+65897@ams.ftl.affinity.com>
Date:Sat, 11 Oct 2003 19:42:16 -0400
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) **or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Oct 11 17:23:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <264184-3492>; Sat, 11 Oct 2003 19:43:50 -0400
Received: from vm139.vmadmin.com ([216.64.222.139]) by ams.ftl.affinity.com
with ESMTP id <269885-3501>; Sat, 11 Oct 2003 19:42:17 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm139.vmadmin.com with SMTP; 11 Oct 2003 18:42:05 -0500
X-ClientHost: 10209712110106410311111410011110119111114107115046099111109
X-MailingID: 159837
From: Running Shoes <GetGreatRunningShoes159837@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+159837@virtumundo.com>
Subject: Go running in comfort and style.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct11.194217-0400_edt.269885-3501+65895@ams.ftl.affinity.com>
Date:Sat, 11 Oct 2003 19:42:15 -0400
```



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Oct 11 17:23:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <268968-3492>; Sat, 11 Oct
2003 19:43:50 -0400
Received: from vm139.vmadmin.com ([216.64.222.139]) by ams.ftl.affinity.com
with ESMTP id <269903-3501>; Sat, 11 Oct 2003 19:42:20 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm139.vmadmin.com with SMTP; 11 Oct 2003 18:42:05 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 159837
From: Running Shoes <GetGreatRunningShoes159837@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+159837@virtumundo.com>
Subject: Go running in comfort and style.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct11.194220-0400_edt.269903-3501+65900@ams.ftl.affinity.com>
Date:Sat, 11 Oct 2003 19:42:18 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Dec 18 15:10:37 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220285-18476>; Thu, 18 Dec 2003 16:30:36 -0500
Received: from vm139.vmadmin.com ([216.64.222.139]) by ams.ftl.affinity.com
with ESMTP id <226111-18476>; Thu, 18 Dec 2003 16:29:35 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm139.vmadmin.com with SMTP; 18 Dec 2003 15:29:32 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 221631
From: Saddam Captured <SaddamCapturedFinally@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Saddam Captured <SaddamCapturedFinally221631@replies.virtumundo.com>
Subject: Get the card deck that helped find Saddam
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec18.162935-0500_est.226111-18476+24627@ams.ftl.affinity.com>
Date:Thu, 18 Dec 2003 16:29:35 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Dec 18 15:10:37 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217854-18476>; Thu, 18 Dec 2003 16:30:36 -0500
Received: from vm139.vmadmin.com ([216.64.222.139]) by ams.ftl.affinity.com
with ESMTP id <226083-18479>; Thu, 18 Dec 2003 16:29:35 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm139.vmadmin.com with SMTP; 18 Dec 2003 15:29:32 -0600
X-ClientHost: 102097121101064103111114100111101191111114107115046099111109
X-MailingID: 221631
From: Saddam Captured <SaddamCapturedFinally@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Saddam Captured <SaddamCapturedFinally221631@replies.virtumundo.com>
Subject: Get the card deck that helped find Saddam
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec18.162935-0500_est.226083-18479+25520@ams.ftl.affinity.com>
Date:Thu, 18 Dec 2003 16:29:35 -0500
```





**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Dec 18 15:10:37 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223690-18476>; Thu, 18 Dec 2003 16:30:36 -0500
Received: from vm139.vmadmin.com ([216.64.222.139]) by ams.ftl.affinity.com
with ESMTP id <226125-18484>; Thu, 18 Dec 2003 16:29:36 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm139.vmadmin.com with SMTP; 18 Dec 2003 15:29:32 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 221631
From: Saddam Captured <SaddamCapturedFinally@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Saddam Captured <SaddamCapturedFinally221631@replies.virtumundo.com>
Subject: Get the card deck that helped find Saddam
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec18.162936-0500_est.226125-18484+25390@ams.ftl.affinity.com>
Date:Thu, 18 Dec 2003 16:29:35 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Jan 23 14:05:37 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <330985-19013>; Fri, 23 Jan
2004 16:54:53 -0500
Received: from vm125.vmadmin.com ([216.64.222.125]) by ams.ftl.affinity.com
with ESMTP id <331700-19010>; Fri, 23 Jan 2004 16:53:56 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm125.vmadmin.com with SMTP; 23 Jan 2004 15:53:53 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 240442
From: Saddle up <ClaimAMatchBonus@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Saddle up <ClaimAMatchBonus240442@replies.virtumundo.com>
Subject: 100% matched earnings at Desert Dollar Casino
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.165356-0500_est.331700-19010+15434@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 16:53:56 -0500
```





Slickstreet Marketing Ltd., La Corvee House, La Corvee , Alderney,GY9 3TQ Channel Islands

```
From ???@??? Fri Jan 23 14:05:37 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <330721-19016>; Fri, 23 Jan 2004 16:54:53 -0500
Received: from vm125.vmadmin.com ([216.64.222.125]) by ams.ftl.affinity.com
with ESMTP id <331692-19013>; Fri, 23 Jan 2004 16:53:56 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm125.vmadmin.com with SMTP; 23 Jan 2004 15:53:53 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 240442
From: Saddle up <ClaimAMatchBonus@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Saddle up <ClaimAMatchBonus240442@replies.virtumundo.com>
Subject: 100% matched earnings at Desert Dollar Casino
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.165356-0500_est.331692-19013+15707@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 16:53:55 -0500
```





Slickstreet Marketing Ltd., La Corvee House, La Corvee , Alderney,GY9 3TQ Channel Islands

```
From ???@??? Fri Jan 23 14:05:37 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <330165-19016>; Fri, 23 Jan 2004 16:54:53 -0500
Received: from vm125.vmadmin.com ([216.64.222.125]) by ams.ftl.affinity.com
with ESMTP id <331696-19016>; Fri, 23 Jan 2004 16:53:56 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm125.vmadmin.com with SMTP; 23 Jan 2004 15:53:53 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 240442
From: Saddle up <ClaimAMatchBonus@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Saddle up <ClaimAMatchBonus240442@replies.virtumundo.com>
Subject: 100% matched earnings at Desert Dollar Casino
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.165356-0500_est.331696-19016+15327@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 16:53:55 -0500
```





Slickstreet Marketing Ltd., La Corvee House, La Corvee , Alderney,GY9 3TQ Channel Islands

From ???@??? Fri Jan 23 14:05:37 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <330762-19016>; Fri, 23 Jan 2004 16:54:53 -0500
Received: from vm125.vmadmin.com ([216.64.222.125]) by ams.ftl.affinity.com
with ESMTP id <331691-19011>; Fri, 23 Jan 2004 16:53:56 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm125.vmadmin.com with SMTP; 23 Jan 2004 15:53:53 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 240442
From: Saddle up <ClaimAMatchBonus@vmadmin.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Saddle up <ClaimAMatchBonus@replies.virtumundo.com>
Subject: 100% matched earnings at Desert Dollar Casino
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.165356-0500_est.331691-19011+16002@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 16:53:55 -0500







Slickstreet Marketing Ltd., La Corvee House, La Corvee , Alderney,GY9 3TQ Channel Islands

```
From ???@??? Tue Jan 20 23:26:44 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <316613-20691>; Wed, 21 Jan
2004 02:22:51 -0500
Received: from vm104.vmadmin.com ([216.64.222.104]) by ams.ftl.affinity.com
with ESMTP id <316744-20700>; Wed, 21 Jan 2004 02:22:24 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm104.vmadmin.com with SMTP; 21 Jan 2004 01:22:21 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 240370
From: Saddle up <ClaimAMatchBonus@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Saddle up <ClaimAMatchBonus240370@replies.virtumundo.com>
Subject: 100% matched earnings at Desert Dollar Casino
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan21.022224-0500_est.316744-20700+45672@ams.ftl.affinity.com>
Date:Wed, 21 Jan 2004 02:22:24 -0500
```







Slickstreet Marketing Ltd., La Corvee House, La Corvee , Alderney,GY9 3TQ Channel Islands

```
From ???@??? Tue Jan 20 23:26:44 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <315970-20692>; Wed, 21 Jan 2004 02:22:52 -0500
Received: from vm104.vmadmin.com ([216.64.222.104]) by ams.ftl.affinity.com
with ESMTP id <316720-20691>; Wed, 21 Jan 2004 02:22:23 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm104.vmadmin.com with SMTP; 21 Jan 2004 01:22:21 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 240370
From: Saddle up <ClaimAMatchBonus@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Saddle up <ClaimAMatchBonus240370@replies.virtumundo.com>
Subject: 100% matched earnings at Desert Dollar Casino
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan21.022223-0500_est.316720-20691+46138@ams.ftl.affinity.com>
Date:Wed, 21 Jan 2004 02:22:23 -0500
```



Hey James...



Slickstreet Marketing Ltd., La Corvee House, La Corvee , Alderney,GY9 3TQ Channel Islands

```
From ???@??? Tue Jan 20 23:26:44 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <316584-20692>; Wed, 21 Jan 2004 02:22:52 -0500
Received: from vm104.vmadmin.com ([216.64.222.104]) by ams.ftl.affinity.com
with ESMTP id <316728-20696>; Wed, 21 Jan 2004 02:22:24 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm104.vmadmin.com with SMTP; 21 Jan 2004 01:22:21 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 240370
From: Saddle up <ClaimAMatchBonus@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Saddle up <ClaimAMatchBonus240370@replies.virtumundo.com>
Subject: 100% matched earnings at Desert Dollar Casino
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan21.022224-0500_est.316728-20696+44879@ams.ftl.affinity.com>
Date:Wed, 21 Jan 2004 02:22:23 -0500
```



Hey Jamila...



Slickstreet Marketing Ltd., La Corvee House, La Corvee , Alderney,GY9 3TQ Channel Islands

```
From ???@??? Tue Jan 20 23:26:44 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <316593-20691>; Wed, 21 Jan 2004 02:22:51 -0500
Received: from vm104.vmadmin.com ([216.64.222.104]) by ams.ftl.affinity.com
with ESMTP id <316740-20693>; Wed, 21 Jan 2004 02:22:24 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm104.vmadmin.com with SMTP; 21 Jan 2004 01:22:21 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991 11109
X-MailingID: 240370
From: Saddle up <ClaimAMatchBonus@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Saddle up <ClaimAMatchBonus240370@replies.virtumundo.com>
Subject: 100% matched earnings at Desert Dollar Casino
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan21.022224-0500_est.316740-20693+46139@ams.ftl.affinity.com>
Date:Wed, 21 Jan 2004 02:22:23 -0500
```







 Slickstreet Marketing Ltd., La Corvee House, La Corvee , Alderney,GY9 3TQ Channel Islands



```
From ???@??? Tue Jan 20 23:26:44 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <316576-20692>; Wed, 21 Jan 2004 02:22:52 -0500
Received: from vm104.vmadmin.com ([216.64.222.104]) by ams.ftl.affinity.com
with ESMTP id <314919-20701>; Wed, 21 Jan 2004 02:22:23 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm104.vmadmin.com with SMTP; 21 Jan 2004 01:22:21 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 240370
From: Saddle up <ClaimAMatchBonus@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Saddle up <ClaimAMatchBonus240370@replies.virtumundo.com>
Subject: 100% matched earnings at Desert Dollar Casino
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan21.022223-0500_est.314919-20701+45652@ams.ftl.affinity.com>
Date:Wed, 21 Jan 2004 02:22:22 -0500
```



Hey Faye...





 Slickstreet Marketing Ltd., La Corvee House, La Corvee , Alderney,GY9 3TQ Channel Islands



```
From ???@??? Fri Jan 23 14:05:37 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <331105-19016>; Fri, 23 Jan 2004 16:54:53 -0500
Received: from vm125.vmadmin.com ([216.64.222.125]) by ams.ftl.affinity.com
with ESMTP id <331698-19014>; Fri, 23 Jan 2004 16:53:56 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm125.vmadmin.com with SMTP; 23 Jan 2004 15:53:53 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 240442
From: Saddle up <ClaimAMatchBonus@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Saddle up <ClaimAMatchBonus240442@replies.virtumundo.com>
Subject: 100% matched earnings at Desert Dollar Casino
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.165356-0500_est.331698-19014+15733@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 16:53:56 -0500
```





Slickstreet Marketing Ltd., La Corvee House, La Corvee , Alderney,GY9 3TQ Channel Islands

```
From ???@??? Sat Oct 25 00:15:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <218485-1076>; Sat, 25 Oct
2003 00:12:44 -0400
Received: from vl208-19.vmlocal.com ([216.21.208.19]) by ams.ftl.affinity.com
with ESMTP id <218568-1088>; Sat, 25 Oct 2003 00:09:31 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-19.vmlocal.com with SMTP; 24 Oct 2003 23:09:18 -0500
X-ClientHost:
1061111100971161040971100641031111141001111101191111141071150460991111109
X-MailingID: 174879
From: San Antonio <VisitSanAntonioToday174879@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: San Antonio <VisitSanAntonioToday174879@vmlocal.com>
Subject: Visit San Antonio.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct25.000931-0400_edt.218568-1088+1453@ams.ftl.affinity.com>
Date:Sat, 25 Oct 2003 00:09:29 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 09 19:29:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <220162-26653>; Sun, 9 Nov 2003 20:24:49 -0500
Received: from vl208-54.vmlocal.com ([216.21.208.54]) by ams.ftl.affinity.com
with ESMTP id <220232-26651>; Sun, 9 Nov 2003 20:22:54 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-54.vmlocal.com with SMTP; 09 Nov 2003 19:22:46 -0600
X-ClientHost:
10609710910510809706410311114100111101191111141071150460099111109
X-MailingID: 193941
From: San Antonio <VisitSanAntonioToday193941@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: San Antonio <VisitSanAntonioToday193941@vmlocal.com>
Subject: Visit San Antonio.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov9.202254-0500_est.220232-26651+5654@ams.ftl.affinity.com>
Date:Sun, 9 Nov 2003 20:22:54 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Jan 26 16:28:56 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <343768-15796>; Mon, 26 Jan
2004 19:12:27 -0500
Received: from vm208-59.adknow-net.com ([216.21.208.59]) by
ams.ftl.affinity.com with ESMTP id <343617-15802>; Mon, 26 Jan 2004 19:11:38
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-59.adknow-net.com with SMTP; 26 Jan 2004 18:10:31 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911 1109
X-MailingID: 350561
From: San Antonio <VisitSanAntonioToday@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return350561@replies.adknow-net.com
Subject: Visit San Antonio.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan26.191138-0500_est.343617-15802+54741@ams.ftl.affinity.com>
Date:Mon, 26 Jan 2004 19:11:36 -0500



**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Jan 26 21:35:16 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <3619825-16389>; Mon, 26 Jan 2004 22:31:29 -0500
Received: from vm208-59.adknow-net.com ([216.21.208.59]) by
ams.ftl.affinity.com with ESMTP id <3679011-16393>; Mon, 26 Jan 2004 22:30:37
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-59.adknow-net.com with SMTP; 26 Jan 2004 21:30:35 -0600
X-ClientHost:
10609710910510809706410311111410011111101191111141071150460991111109
X-MailingID: 350641
From: San Antonio <VisitSanAntonioToday@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return350641@replies.adknow-net.com
Subject: Visit San Antonio.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan26.223037-0500_est.3679011-16393+11601@ams.ftl.affinity.com>
Date:Mon, 26 Jan 2004 22:30:36 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Oct 15 11:58:24 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <221778-22123>; Wed, 15 Oct 2003 12:02:34 -0400
Received: from vl208-24.vmlocal.com ([216.21.208.24]) by ams.ftl.affinity.com
with ESMTP id <225809-22120>; Wed, 15 Oct 2003 10:18:39 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-24.vmlocal.com with SMTP; 15 Oct 2003 09:16:38 -0500
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 164850
From: San Francisco Fun <SanFranciscoFun164850@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+164850@replies.vmlocal.com>
Subject: Stay and Play In The City By The Bay.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct15.101839-0400_edt.225809-22120+3050@ams.ftl.affinity.com>
Date:Wed, 15 Oct 2003 10:18:38 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 20 15:29:27 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <338049-1065>; Mon, 20 Oct
2003 16:42:00 -0400
Received: from vl208-59.vmlocal.com ([216.21.208.59]) by ams.ftl.affinity.com
with ESMTP id <332614-1065>; Mon, 20 Oct 2003 16:20:37 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-59.vmlocal.com with SMTP; 20 Oct 2003 15:20:33 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 170237
From: San Francisco Fun <SanFranciscoFun170237@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: San Francisco Fun <SanFranciscoFun170237@vmlocal.com>
Subject: Stay and Play In The City By The Bay.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct20.162037-0400_edt.332614-1065+13580@ams.ftl.affinity.com>
Date:Mon, 20 Oct 2003 16:20:36 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 02 15:57:53 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <218981-13257>; Sun, 2 Nov
2003 18:33:13 -0500
Received: from vl208-37.vmlocal.com ([216.21.208.37]) by ams.ftl.affinity.com
with ESMTP id <218837-13256>; Sun, 2 Nov 2003 18:32:49 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-37.vmlocal.com with SMTP; 02 Nov 2003 17:32:47 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 187251
From: San Francisco Fun <SanFranciscoFun187251@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: San Francisco Fun <SanFranciscoFun187251@vmlocal.com>
Subject: Stay and Play In The City By The Bay.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov2.183249-0500_est.218837-13256+780@ams.ftl.affinity.com>
Date:Sun, 2 Nov 2003 18:32:49 -0500



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Nov 03 15:09:36 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <216380-14710>; Mon, 3 Nov 2003 16:57:16 -0500
Received: from vl208-45.vmlocal.com ([216.21.208.45]) by ams.ftl.affinity.com
with ESMTP id <214161-14711>; Mon, 3 Nov 2003 16:56:30 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-45.vmlocal.com with SMTP; 03 Nov 2003 15:56:27 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 188477
From: San Francisco Fun <SanFranciscoFun188477@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: San Francisco Fun <SanFranciscoFun188477@vmlocal.com>
Subject: Stay and Play In The City By The Bay.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov3.165630-0500_est.214161-14711+10914@ams.ftl.affinity.com>
Date:Mon, 3 Nov 2003 16:56:28 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 27 22:52:49 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <325667-6557>; Tue, 27 Jan 2004 22:37:34 -0500
Received: from vm208-15.adknow-net.com ([216.21.208.15]) by
ams.ftl.affinity.com with ESMTP id <329250-6550>; Tue, 27 Jan 2004 22:36:16
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-15.adknow-net.com with SMTP; 27 Jan 2004 21:36:06 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 352115
From: San Francisco Fun <SanFranciscoFun@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return352115@replies.adknow-net.com
Subject: Stay and Play In The City By The Bay.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan27.223616-0500_est.329250-6550+19752@ams.ftl.affinity.com>
Date:Tue, 27 Jan 2004 22:36:14 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Jan 18 11:10:45 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <212904-14921>; Sun, 18 Jan
2004 11:02:24 -0500
Received: from vm208-58.adknow-net.com ([216.21.208.58]) by
ams.ftl.affinity.com with ESMTP id <216712-14933>; Sun, 18 Jan 2004 11:01:35
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-58.adknow-net.com with SMTP; 18 Jan 2004 10:01:30 -0600
X-ClientHost:
106111110097116104097110064103111114100111101191111141071150460991111109
X-MailingID: 344268
From: San Francisco Fun <SanFranciscoFun@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return344268@replies.adknow-net.com
Subject: Stay and Play In The City By The Bay.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan18.110135-0500_est.216712-14933+51928@ams.ftl.affinity.com>
Date:Sun, 18 Jan 2004 11:01:34 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** <u>http://www.virtumundo.com/change/</u> **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 27 22:52:49 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <327757-6544>; Tue, 27 Jan
2004 22:37:34 -0500
Received: from vm208-15.adknow-net.com ([216.21.208.15]) by
ams.ftl.affinity.com with ESMTP id <329425-6544>; Tue, 27 Jan 2004 22:36:16
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-15.adknow-net.com with SMTP; 27 Jan 2004 21:36:06 -0600
X-ClientHost:
1061111100971161040971100641031111141001111101191111141071115046099111109
X-MailingID: 352115
From: San Francisco Fun <SanFranciscoFun@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return352115@replies.adknow-net.com
Subject: Stay and Play In The City By The Bay.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan27.223616-0500_est.329425-6544+19787@ams.ftl.affinity.com>
Date:Tue, 27 Jan 2004 22:36:15 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Dec 06 07:46:34 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2723595-854>; Sat, 6 Dec 2003 10:34:44 -0500
Received: from vl208-69.vmlocal.com ([216.21.208.69]) by ams.ftl.affinity.com
with ESMTP id <2723860-852>; Sat, 6 Dec 2003 10:33:14 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-69.vmlocal.com with SMTP; 06 Dec 2003 09:33:03 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 212958
From: San Francisco Fun <SanFranciscoFun@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: San Francisco Fun <SanFranciscoFun212958@vmlocal.com>
Subject: Stay and Play In The City By The Bay.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.103314-0500_est.2723860-852+4088@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 10:33:14 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Apr 01 14:21:44 2004
Return-Path: <mailcenter307908@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 2752 invoked by uid 10003); 1 Apr 2004 21:35:03 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 2748 invoked from network); 1 Apr 2004 21:35:03 -0000
Received: from unknown (HELO vm093.vmadmin.com) (216.64.222.93)
  by ns48.webmasters.com with SMTP; 1 Apr 2004 21:35:03 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm093.vmadmin.com with SMTP; 01 Apr 2004 15:37:00 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 307908
From: Satellite Ideal <NewSatelliteIdeal@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Satellite Ideal <NewSatelliteIdeal307908@replies.virtumundo.com>
Subject: HDTV Special Double Offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



 Ideal Satellite 1048 Irvine Ave #345 Newport Beach, CA 92660-4602

```
From ???@??? Thu Apr 01 14:21:44 2004
Return-Path: <mailcenter307908@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 2744 invoked by uid 10003); 1 Apr 2004 21:35:02 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 2741 invoked from network); 1 Apr 2004 21:35:02 -0000
Received: from unknown (HELO vm093.vmadmin.com) (216.64.222.93)
  by ns48.webmasters.com with SMTP; 1 Apr 2004 21:35:02 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm093.vmadmin.com with SMTP; 01 Apr 2004 15:37:00 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 307908
From: Satellite Ideal <NewSatelliteIdeal@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Satellite Ideal <NewSatelliteIdeal307908@replies.virtumundo.com>
Subject: HDTV Special Double Offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Ideal Satellite 1048 Irvine Ave #345 Newport Beach, CA 92660-4602

From ???@??? Tue Sep 30 21:45:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216402-20636>; Tue, 30 Sep 2003 22:19:56 -0400
Received: from vl208-34.vmlocal.com ([216.21.208.34]) by ams.ftl.affinity.com
with ESMTP id <216148-20681>; Tue, 30 Sep 2003 22:18:59 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-34.vmlocal.com with SMTP; 30 Sep 2003 21:18:56 -0500
X-ClientHost: 106097109101115064103111114100111101191111114107115046099111109
X-MailingID: 149324
From: Satellite Search <SearchForASatellite149324@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite149324@vmlocal.com>
Subject: Satellite TV is better. See for yourself.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep30.221859-0400_edt.216148-20681+14502@ams.ftl.affinity.com>
Date:Tue, 30 Sep 2003 22:18:58 -0400



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 10 23:49:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <721865-28612>; Sat, 11 Oct 2003 01:41:57 -0400
Received: from vl208-33.vmlocal.com ([216.21.208.33]) by ams.ftl.affinity.com
with ESMTP id <727985-28615>; Sat, 11 Oct 2003 01:41:05 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-33.vmlocal.com with SMTP; 11 Oct 2003 00:41:02 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410715046099111109
X-MailingID: 159301
From: Satellite Search <SearchForASatellite159301@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite159301@vmlocal.com>
Subject: See more than ever before.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct11.014105-0400_edt.727985-28615+38254@ams.ftl.affinity.com>
Date:Sat, 11 Oct 2003 01:41:04 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Oct 12 23:11:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <266274-30960>; Mon, 13 Oct 2003 00:48:55 -0400
Received: from vm208-1.vm04.com ([216.21.208.1]) by ams.ftl.affinity.com with
ESMTP id <231318-30969>; Mon, 13 Oct 2003 00:47:51 -0400
Received: from vmlocal.com (192.168.3.12)
  by vm208-1.vm04.com with SMTP; 12 Oct 2003 23:47:47 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 161571
From: Satellite Search <SearchForASatellite161571@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+161571@replies.vmlocal.com>
Subject: Satellite TV is better. See for yourself.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct13.004751-0400_edt.231318-30969+16346@ams.ftl.affinity.com>
Date:Mon, 13 Oct 2003 00:47:51 -0400



    You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Oct 19 23:42:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <239894-1076>; Mon, 20 Oct
2003 00:57:53 -0400
Received: from vl208-25.vmlocal.com ([216.21.208.25]) by ams.ftl.affinity.com
with ESMTP id <237347-1078>; Mon, 20 Oct 2003 00:56:38 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-25.vmlocal.com with SMTP; 19 Oct 2003 23:56:32 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 169545
From: Satellite Search <SearchForASatellite169545@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite169545@vmlocal.com>
Subject: Satellite Search--See what you've been missing!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct20.005638-0400_edt.237347-1078+8115@ams.ftl.affinity.com>
Date:Mon, 20 Oct 2003 00:56:37 -0400



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Oct 19 23:42:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <239877-1070>; Mon, 20 Oct 2003 00:57:53 -0400
Received: from vl208-25.vmlocal.com ([216.21.208.25]) by ams.ftl.affinity.com
with ESMTP id <238275-1081>; Mon, 20 Oct 2003 00:56:37 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-25.vmlocal.com with SMTP; 19 Oct 2003 23:56:32 -0500
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 169545
From: Satellite Search <SearchForASatellite169545@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite169545@vmlocal.com>
Subject: Satellite Search--See what you've been missing!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct20.005637-0400_edt.238275-1081+7959@ams.ftl.affinity.com>
Date:Mon, 20 Oct 2003 00:56:36 -0400



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Oct 19 23:42:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <238275-1084>; Mon, 20 Oct 2003 00:57:53 -0400
Received: from vl208-25.vmlocal.com ([216.21.208.25]) by ams.ftl.affinity.com
with ESMTP id <239149-1077>; Mon, 20 Oct 2003 00:56:37 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-25.vmlocal.com with SMTP; 19 Oct 2003 23:56:32 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 169545
From: Satellite Search <SearchForASatellite169545@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite169545@vmlocal.com>
Subject: Satellite Search--See what you've been missing!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct20.005637-0400_edt.239149-1077+7887@ams.ftl.affinity.com>
Date:Mon, 20 Oct 2003 00:56:37 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Oct 19 15:53:59 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <281874-1042>; Sun, 19 Oct 2003 16:57:09 -0400
Received: from vl208-60.vmlocal.com ([216.21.208.60]) by ams.ftl.affinity.com
with ESMTP id <281497-1038>; Sun, 19 Oct 2003 16:56:49 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-60.vmlocal.com with SMTP; 19 Oct 2003 15:56:46 -0500
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 169550
From: Satellite Search <SearchForASatellite169550@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite169550@vmlocal.com>
Subject: See more than ever before.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct19.165649-0400_edt.281497-1038+4714@ams.ftl.affinity.com>
Date:Sun, 19 Oct 2003 16:56:49 -0400



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Oct 22 21:12:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220126-9268>; Wed, 22 Oct 2003 23:49:05 -0400
Received: from vl208-54.vmlocal.com ([216.21.208.54]) by ams.ftl.affinity.com
with ESMTP id <220238-9265>; Wed, 22 Oct 2003 23:48:51 -0400
Received: from vmlocal.com (192.168.3.12)
    by vl208-54.vmlocal.com with SMTP; 22 Oct 2003 22:48:44 -0500
X-ClientHost: 102097121101064103111114100111101191111114107115046099111109
X-MailingID: 172591
From: Satellite Search <SearchForASatellite172591@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite172591@vmlocal.com>
Subject: Satellite TV is better. See for yourself.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct22.234851-0400_edt.220238-9265+12011@ams.ftl.affinity.com>
Date:Wed, 22 Oct 2003 23:48:50 -0400



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Nov 03 23:44:47 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <212701-22743>; Tue, 4 Nov 2003 02:07:21 -0500
Received: from vl208-58.vmlocal.com ([216.21.208.58]) by ams.ftl.affinity.com
with ESMTP id <212850-22689>; Tue, 4 Nov 2003 02:06:52 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-58.vmlocal.com with SMTP; 04 Nov 2003 01:06:50 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 188681
From: Satellite Search <SearchForASatellite188681@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite188681@vmlocal.com>
Subject: How many channels can you handle?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov4.020652-0500_est.212850-22689+858@ams.ftl.affinity.com>
Date:Tue, 4 Nov 2003 02:06:52 -0500
```



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

(c) 2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Nov 04 21:11:12 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221870-1073>; Tue, 4 Nov 2003 22:36:48 -0500
Received: from vl208-75.vmlocal.com ([216.21.208.75]) by ams.ftl.affinity.com
with ESMTP id <222202-1075>; Tue, 4 Nov 2003 22:36:13 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-75.vmlocal.com with SMTP; 04 Nov 2003 21:36:12 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 189605
From: Satellite Search <SearchForASatellite189605@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite189605@vmlocal.com>
Subject: Satellite TV is better. See for yourself.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov4.223613-0500_est.222202-1075+2510@ams.ftl.affinity.com>
Date:Tue, 4 Nov 2003 22:36:12 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Nov 04 21:11:12 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213419-1070>; Tue, 4 Nov 2003 22:36:48 -0500
Received: from vl208-75.vmlocal.com ([216.21.208.75]) by ams.ftl.affinity.com
with ESMTP id <222216-1075>; Tue, 4 Nov 2003 22:36:13 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-75.vmlocal.com with SMTP; 04 Nov 2003 21:36:12 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 189605
From: Satellite Search <SearchForASatellite189605@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite189605@vmlocal.com>
Subject: Satellite TV is better. See for yourself.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov4.223613-0500_est.222216-1075+2511@ams.ftl.affinity.com>
Date:Tue, 4 Nov 2003 22:36:13 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Nov 04 15:31:10 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <583444-1210>; Tue, 4 Nov 2003 16:37:10 -0500
Received: from vl208-38.vmlocal.com ([216.21.208.38]) by ams.ftl.affinity.com
with ESMTP id <577440-1218>; Tue, 4 Nov 2003 16:35:27 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-38.vmlocal.com with SMTP; 04 Nov 2003 15:35:23 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 189608
From: Satellite Search <SearchForASatellite189608@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite189608@vmlocal.com>
Subject: See more than ever before.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov4.163527-0500_est.577440-1218+13413@ams.ftl.affinity.com>
Date:Tue, 4 Nov 2003 16:35:27 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Nov 04 12:29:07 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <218694-15296>; Tue, 4 Nov
2003 13:36:13 -0500
Received: from vl208-49.vmlocal.com ([216.21.208.49]) by ams.ftl.affinity.com
with ESMTP id <216232-15312>; Tue, 4 Nov 2003 13:35:44 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-49.vmlocal.com with SMTP; 04 Nov 2003 12:35:37 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 189613
From: Satellite Search <SearchForASatellite189613@vmlocal.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite189613@vmlocal.com>
Subject: How many channels can you handle?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov4.133544-0500_est.216232-15312+4847@ams.ftl.affinity.com>
Date:Tue, 4 Nov 2003 13:35:41 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Nov 11 17:38:11 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221335-4537>; Tue, 11 Nov 2003 18:41:10 -0500
Received: from vl208-74.vmlocal.com ([216.21.208.74]) by ams.ftl.affinity.com
with ESMTP id <213725-4534>; Tue, 11 Nov 2003 18:39:59 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-74.vmlocal.com with SMTP; 11 Nov 2003 17:39:53 -0600
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 196199
From: Satellite Search <SearchForASatellite196199@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite196199@vmlocal.com>
Subject: Satellite Search--See what you've been missing!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov11.183959-0500_est.213725-4534+26195@ams.ftl.affinity.com>
Date:Tue, 11 Nov 2003 18:39:56 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Nov 12 16:43:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <266865-4541>; Wed, 12 Nov 2003 17:59:11 -0500
Received: from vl208-25.vmlocal.com ([216.21.208.25]) by ams.ftl.affinity.com
with ESMTP id <265275-4541>; Wed, 12 Nov 2003 16:12:02 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-25.vmlocal.com with SMTP; 12 Nov 2003 15:11:59 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 196838
From: Satellite Search <SearchForASatellite196838@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite196838@vmlocal.com>
Subject: See more than ever before.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov12.161202-0500_est.265275-4541+34402@ams.ftl.affinity.com>
Date:Wed, 12 Nov 2003 16:12:01 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Nov 12 16:43:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <272857-4541>; Wed, 12 Nov 2003 17:59:11 -0500
Received: from vl208-25.vmlocal.com ([216.21.208.25]) by ams.ftl.affinity.com
with ESMTP id <275625-4532>; Wed, 12 Nov 2003 16:12:02 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-25.vmlocal.com with SMTP; 12 Nov 2003 15:11:59 -0600
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 196838
From: Satellite Search <SearchForASatellite196838@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite196838@vmlocal.com>
Subject: See more than ever before.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov12.161202-0500_est.275625-4532+35893@ams.ftl.affinity.com>
Date:Wed, 12 Nov 2003 16:12:01 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Nov 12 13:01:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <222462-4768>; Wed, 12 Nov
2003 13:19:30 -0500
Received: from vl208-53.vmlocal.com ([216.21.208.53]) by ams.ftl.affinity.com
with ESMTP id <213752-4768>; Wed, 12 Nov 2003 13:18:35 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-53.vmlocal.com with SMTP; 12 Nov 2003 12:18:30 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 196842
From: Satellite Search <SearchForASatellite196842@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite196842@vmlocal.com>
Subject: See more than ever before.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov12.131835-0500_est.213752-4768+3573@ams.ftl.affinity.com>
Date:Wed, 12 Nov 2003 13:18:33 -0500
```



**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you**

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

(c) 2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Nov 13 12:42:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222831-18639>; Thu, 13 Nov 2003 15:35:04 -0500
Received: from vm208-1.vm06.com ([216.21.208.1]) by ams.ftl.affinity.com with
ESMTP id <216864-18639>; Thu, 13 Nov 2003 15:32:52 -0500
Received: from vmlocal.com (192.168.3.12)
   by vm208-1.vm06.com with SMTP; 13 Nov 2003 14:32:47 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099110109
X-MailingID: 197510
From: Satellite Search <SearchForASatellite197510@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite197510@vmlocal.com>
Subject: Satellite Search--See what you've been missing!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov13.153252-0500_est.216864-18639+52523@ams.ftl.affinity.com>
Date:Thu, 13 Nov 2003 15:32:52 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Nov 20 13:55:44 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <216447-32023>; Thu, 20 Nov 2003 16:41:52 -0500
Received: from vl208-44.vmlocal.com ([216.21.208.44]) by ams.ftl.affinity.com
with ESMTP id <214964-32017>; Thu, 20 Nov 2003 16:40:54 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-44.vmlocal.com with SMTP; 20 Nov 2003 15:40:47 -0600
X-ClientHost:
1060971091051080970641031111410011111011911111410711504609911109
X-MailingID: 202348
From: Satellite Search <SearchForASatellite202348@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite202348@vmlocal.com>
Subject: Satellite Search--See what you've been missing!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov20.164054-0500_est.214964-32017+5642@ams.ftl.affinity.com>
Date:Thu, 20 Nov 2003 16:40:53 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2003 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Nov 20 13:55:44 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216590-32021>; Thu, 20 Nov 2003 16:41:52 -0500
Received: from vl208-44.vmlocal.com ([216.21.208.44]) by ams.ftl.affinity.com
with ESMTP id <216427-32018>; Thu, 20 Nov 2003 16:40:54 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-44.vmlocal.com with SMTP; 20 Nov 2003 15:40:47 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 202348
From: Satellite Search <SearchForASatellite202348@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite202348@vmlocal.com>
Subject: Satellite Search--See what you've been missing!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov20.164054-0500_est.216427-32018+5635@ams.ftl.affinity.com>
Date:Thu, 20 Nov 2003 16:40:54 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Nov 20 11:43:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <224744-26281>; Thu, 20 Nov 2003 13:50:56 -0500
Received: from vl208-73.vmlocal.com ([216.21.208.73]) by ams.ftl.affinity.com
with ESMTP id <224828-26271>; Thu, 20 Nov 2003 13:49:38 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-73.vmlocal.com with SMTP; 20 Nov 2003 12:49:22 -0600
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 202352
From: Satellite Search <SearchForASatellite202352@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite202352@vmlocal.com>
Subject: Satellite Search--See what you've been missing!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov20.134938-0500_est.224828-26271+32577@ams.ftl.affinity.com>
Date:Thu, 20 Nov 2003 13:49:36 -0500



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Jan 16 16:42:12 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216933-14933>; Fri, 16 Jan 2004 17:14:26 -0500
Received: from vm208-44.adknow-net.com ([216.21.208.44]) by
ams.ftl.affinity.com with ESMTP id <217579-14923>; Fri, 16 Jan 2004 17:13:34
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-44.adknow-net.com with SMTP; 16 Jan 2004 16:13:33 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 340779
From: Satellite Search <SearchForASatellite@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return340779@replies.adknow-net.com
Subject: See more than ever before.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan16.171334-0500_est.217579-14923+24075@ams.ftl.affinity.com>
Date:Fri, 16 Jan 2004 17:13:34 -0500



---

If you would like to refer a friend information regarding this program,
go here. To remove yourself from this program (and stop receiving email messages
from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please

note that the companies listed within this service have not provided
Virtumundo consideration to include their products in this message. Please
mail questions or comments regarding this message to List Member Inquiries,
Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c)
1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Jan 17 12:26:32 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217917-18554>; Sat, 17 Jan 2004 13:17:01 -0500
Received: from vm208-47.adknow-net.com ([216.21.208.47]) by
ams.ftl.affinity.com with ESMTP id <220212-18555>; Sat, 17 Jan 2004 13:16:10
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-47.adknow-net.com with SMTP; 17 Jan 2004 12:16:06 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 343625
From: Satellite Search <SearchForASatellite@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return343625@replies.adknow-net.com
Subject: Satellite Search--See what you've been missing!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan17.131610-0500_est.220212-18555+34876@ams.ftl.affinity.com>
Date:Sat, 17 Jan 2004 13:16:09 -0500



If you would like to refer a friend information regarding this program,
go here. To remove yourself from this program (and stop receiving email messages
from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please

note that the companies listed within this service have not provided
Virtumundo consideration to include their products in this message. Please
mail questions or comments regarding this message to List Member Inquiries,
Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c)
1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Jan 06 09:33:48 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <364466-9730>; Tue, 6 Jan 2004
10:57:25 -0500
Received: from vm209-232.vmlocal.com ([216.21.209.232]) by
ams.ftl.affinity.com with ESMTP id <326533-9733>; Tue, 6 Jan 2004 10:55:52
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-232.vmlocal.com with SMTP; 06 Jan 2004 09:55:51 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 237049
From: Satellite Search <SearchForASatellite@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite237049@vmlocal.com>
Subject: What cable wishes it could be.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan6.105552-0500_est.326533-9733+4281@ams.ftl.affinity.com>
Date:Tue, 6 Jan 2004 10:55:52 -0500





If you would like to refer a friend information regarding this program,

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Jan 06 09:33:48 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <364460-9730>; Tue, 6 Jan 2004 10:57:25 -0500
Received: from vm209-232.vmlocal.com ([216.21.209.232]) by
ams.ftl.affinity.com with ESMTP id <364940-9740>; Tue, 6 Jan 2004 10:55:52
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-232.vmlocal.com with SMTP; 06 Jan 2004 09:55:51 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 237049
From: Satellite Search <SearchForASatellite@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite237049@vmlocal.com>
Subject: What cable wishes it could be.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan6.105552-0500_est.364940-9740+4209@ams.ftl.affinity.com>
Date:Tue, 6 Jan 2004 10:55:52 -0500



If you would like to refer a friend information regarding this program,
go here. To remove yourself from this program (and stop receiving email messages
from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please

note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Jan 03 13:18:08 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <272900-21962>; Sat, 3 Jan 2004 16:11:59 -0500
Received: from vm209-203.vmlocal.com ([216.21.209.203]) by
ams.ftl.affinity.com with ESMTP id <272889-21955>; Sat, 3 Jan 2004 16:11:04
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-203.vmlocal.com with SMTP; 03 Jan 2004 15:11:02 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 235091
From: Satellite Search <SearchForASatellite@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite235091@vmlocal.com>
Subject: Satellite Search--See what you've been missing!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan3.161104-0500_est.272889-21955+29010@ams.ftl.affinity.com>
Date:Sat, 3 Jan 2004 16:11:02 -0500
```



**If you would like to refer a friend information regarding this program,
go** here**. To remove yourself from this program (and stop receiving email messages
from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please**

note that the companies listed within this service have not provided
Virtumundo consideration to include their products in this message. Please
mail questions or comments regarding this message to List Member Inquiries,
Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c)
1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Dec 27 17:47:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2395887-25472>; Sat, 27 Dec 2003 19:05:58 -0500
Received: from vm209-214.vmlocal.com ([216.21.209.214]) by
ams.ftl.affinity.com with ESMTP id <2397223-25472>; Sat, 27 Dec 2003 19:05:15
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-214.vmlocal.com with SMTP; 27 Dec 2003 18:05:13 -0600
X-ClientHost: 1060971210641031111141001111011911111410711504609911109
X-MailingID: 229728
From: Satellite Search <SearchForASatellite@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite229728@vmlocal.com>
Subject: Satellite TV is better. See for yourself.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec27.190515-0500_est.2397223-25472+50566@ams.ftl.affinity.com>
Date:Sat, 27 Dec 2003 19:05:15 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Dec 27 17:47:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2395604-25472>; Sat, 27 Dec 2003 19:05:58 -0500
Received: from vm209-214.vmlocal.com ([216.21.209.214]) by
ams.ftl.affinity.com with ESMTP id <2392257-25471>; Sat, 27 Dec 2003 19:05:15
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-214.vmlocal.com with SMTP; 27 Dec 2003 18:05:13 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 229728
From: Satellite Search <SearchForASatellite@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite229728@vmlocal.com>
Subject: Satellite TV is better. See for yourself.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec27.190515-0500_est.2392257-25471+50635@ams.ftl.affinity.com>
Date:Sat, 27 Dec 2003 19:05:15 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Dec 27 10:48:54 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <234287-12465>; Sat, 27 Dec
2003 12:12:44 -0500
Received: from vm209-217.vmlocal.com ([216.21.209.217]) by
ams.ftl.affinity.com with ESMTP id <234754-12458>; Sat, 27 Dec 2003 12:11:46
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-217.vmlocal.com with SMTP; 27 Dec 2003 11:11:45 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911111109
X-MailingID: 229725
From: Satellite Search <SearchForASatellite@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite229725@vmlocal.com>
Subject: See more than ever before.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec27.121146-0500_est.234754-12458+43112@ams.ftl.affinity.com>
Date:Sat, 27 Dec 2003 12:11:46 -0500





        You received this email because you signed up at one of Virtumundo's

**websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Dec 27 10:48:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <234274-12465>; Sat, 27 Dec 2003 12:12:44 -0500
Received: from vm209-217.vmlocal.com ([216.21.209.217]) by
ams.ftl.affinity.com with ESMTP id <234751-12459>; Sat, 27 Dec 2003 12:11:46
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-217.vmlocal.com with SMTP; 27 Dec 2003 11:11:45 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 229725
From: Satellite Search <SearchForASatellite@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite229725@vmlocal.com>
Subject: See more than ever before.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec27.121146-0500_est.234751-12459+43496@ams.ftl.affinity.com>
Date:Sat, 27 Dec 2003 12:11:45 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Dec 25 07:52:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2714495-9598>; Thu, 25 Dec 2003 09:20:25 -0500
Received: from vm209-232.vmlocal.com ([216.21.209.232]) by
ams.ftl.affinity.com with ESMTP id <2714472-9603>; Thu, 25 Dec 2003 09:19:29
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-232.vmlocal.com with SMTP; 25 Dec 2003 08:19:27 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 227869
From: Satellite Search <SearchForASatellite@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite227869@vmlocal.com>
Subject: Satellite TV is better. See for yourself.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec25.091929-0500_est.2714472-9603+2720@ams.ftl.affinity.com>
Date:Thu, 25 Dec 2003 09:19:29 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe**

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Dec 18 19:04:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <263422-23867>; Thu, 18 Dec
2003 21:34:16 -0500
Received: from vm209-215.vmlocal.com ([216.21.209.215]) by
ams.ftl.affinity.com with ESMTP id <271643-23864>; Thu, 18 Dec 2003 21:33:32
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-215.vmlocal.com with SMTP; 18 Dec 2003 20:33:28 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 222332
From: Satellite Search <SearchForASatellite@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite222332@vmlocal.com>
Subject: Satellite Search--See what you've been missing!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec18.213332-0500_est.271643-23864+22617@ams.ftl.affinity.com>
Date:Thu, 18 Dec 2003 21:33:31 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

(c) 2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 17 16:13:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213270-18484>; Wed, 17 Dec 2003 18:57:30 -0500
Received: from vm209-239.vmlocal.com ([216.21.209.239]) by
ams.ftl.affinity.com with ESMTP id <214451-18471>; Wed, 17 Dec 2003 18:56:42
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-239.vmlocal.com with SMTP; 17 Dec 2003 17:56:39 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 221588
From: Satellite Search <SearchForASatellite@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite221588@vmlocal.com>
Subject: See more than ever before.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec17.185642-0500_est.214451-18471+7745@ams.ftl.affinity.com>
Date:Wed, 17 Dec 2003 18:56:41 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you**

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Dec 17 16:13:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216455-18486>; Wed, 17 Dec 2003 18:57:30 -0500
Received: from vm209-239.vmlocal.com ([216.21.209.239]) by
ams.ftl.affinity.com with ESMTP id <216597-18472>; Wed, 17 Dec 2003 18:56:41
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-239.vmlocal.com with SMTP; 17 Dec 2003 17:56:39 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460999111109
X-MailingID: 221588
From: Satellite Search <SearchForASatellite@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite221588@vmlocal.com>
Subject: See more than ever before.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec17.185641-0500_est.216597-18472+7227@ams.ftl.affinity.com>
Date:Wed, 17 Dec 2003 18:56:41 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe**

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 10 23:32:11 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <214593-6227>; Thu, 11 Dec
2003 00:05:03 -0500
Received: from vl208-46.vmlocal.com ([216.21.208.46]) by ams.ftl.affinity.com
with ESMTP id <214656-6223>; Thu, 11 Dec 2003 00:03:40 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-46.vmlocal.com with SMTP; 10 Dec 2003 23:03:38 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 216162
From: Satellite Search <SearchForASatellite@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite216162@vmlocal.com>
Subject: Satellite Search--See what you've been missing!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec11.000340-0500_est.214656-6223+1760@ams.ftl.affinity.com>
Date:Thu, 11 Dec 2003 00:03:39 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Dec 09 20:58:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <224558-1071>; Tue, 9 Dec 2003 20:28:01 -0500
Received: from vl208-61.vmlocal.com ([216.21.208.61]) by ams.ftl.affinity.com
with ESMTP id <223674-1070>; Tue, 9 Dec 2003 20:26:47 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-61.vmlocal.com with SMTP; 09 Dec 2003 19:26:43 -0600
X-ClientHost: 1060971210641031111410011110119111114107115046099111109
X-MailingID: 215384
From: Satellite Search <SearchForASatellite@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite215384@vmlocal.com>
Subject: How many channels can you handle?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec9.202647-0500_est.223674-1070+23819@ams.ftl.affinity.com>
Date:Tue, 9 Dec 2003 20:26:46 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Dec 09 20:58:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223981-1070>; Tue, 9 Dec 2003 20:28:01 -0500
Received: from vl208-61.vmlocal.com ([216.21.208.61]) by ams.ftl.affinity.com
with ESMTP id <225755-1079>; Tue, 9 Dec 2003 20:26:45 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-61.vmlocal.com with SMTP; 09 Dec 2003 19:26:43 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 215384
From: Satellite Search <SearchForASatellite@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite215384@vmlocal.com>
Subject: How many channels can you handle?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec9.202645-0500_est.225755-1079+23443@ams.ftl.affinity.com>
Date:Tue, 9 Dec 2003 20:26:45 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Dec 08 16:07:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <212763-1070>; Mon, 8 Dec 2003 15:43:07 -0500
Received: from vl208-35.vmlocal.com ([216.21.208.35]) by ams.ftl.affinity.com
with ESMTP id <214497-1079>; Mon, 8 Dec 2003 15:42:40 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-35.vmlocal.com with SMTP; 08 Dec 2003 14:42:33 -0600
X-ClientHost: 106097109101115064103111114100111101191111141071150460991111094
X-MailingID: 214642
From: Satellite Search <SearchForASatellite@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite214642@vmlocal.com>
Subject: Satellite TV is better. See for yourself.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec8.154240-0500_est.214497-1079+1000@ams.ftl.affinity.com>
Date:Mon, 8 Dec 2003 15:42:39 -0500
```



    You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

(c) 2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Dec 07 22:59:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214798-22381>; Sun, 7 Dec 2003 21:16:20 -0500
Received: from vl208-46.vmlocal.com ([216.21.208.46]) by ams.ftl.affinity.com
with ESMTP id <217224-22384>; Sun, 7 Dec 2003 21:15:41 -0500
Received: from vmlocal.com (192.168.3.12)
    by vl208-46.vmlocal.com with SMTP; 07 Dec 2003 19:11:33 -0600
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 213897
From: Satellite Search <SearchForASatellite@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite213897@vmlocal.com>
Subject: Satellite Search--See what you've been missing!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec7.211541-0500_est.217224-22384+14424@ams.ftl.affinity.com>
Date:Sun, 7 Dec 2003 21:15:39 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Dec 02 20:30:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <264395-24101>; Tue, 2 Dec
2003 23:19:36 -0500
Received: from vl208-46.vmlocal.com ([216.21.208.46]) by ams.ftl.affinity.com
with ESMTP id <272582-24097>; Tue, 2 Dec 2003 23:18:34 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-46.vmlocal.com with SMTP; 02 Dec 2003 22:18:29 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 210516
From: Satellite Search <SearchForASatellite@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite210516@vmlocal.com>
Subject: How many channels can you handle?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec2.231834-0500_est.272582-24097+14207@ams.ftl.affinity.com>
Date:Tue, 2 Dec 2003 23:18:33 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Nov 30 22:42:46 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <245684-9879>; Sun, 30 Nov 2003 22:43:04 -0500
Received: from vl208-16.vmlocal.com ([216.21.208.16]) by ams.ftl.affinity.com
with ESMTP id <232094-9875>; Sun, 30 Nov 2003 22:42:07 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-16.vmlocal.com with SMTP; 30 Nov 2003 21:42:06 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 209185
From: Satellite Search <SearchForASatellite@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite209185@vmlocal.com>
Subject: What cable wishes it could be.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov30.224207-0500_est.232094-9875+41262@ams.ftl.affinity.com>
Date:Sun, 30 Nov 2003 22:42:06 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Nov 30 11:20:07 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215377-13854>; Sun, 30 Nov 2003 13:43:55 -0500
Received: from vl208-39.vmlocal.com ([216.21.208.39]) by ams.ftl.affinity.com
with ESMTP id <231181-13857>; Sun, 30 Nov 2003 13:43:06 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-39.vmlocal.com with SMTP; 30 Nov 2003 12:43:02 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 209193
From: Satellite Search <SearchForASatellite@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite209193@vmlocal.com>
Subject: Satellite TV is better. See for yourself.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov30.134306-0500_est.231181-13857+1988@ams.ftl.affinity.com>
Date:Sun, 30 Nov 2003 13:43:05 -0500
```



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 29 19:24:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <234307-1085>; Sat, 29 Nov 2003 22:16:29 -0500
Received: from vl208-59.vmlocal.com ([216.21.208.59]) by ams.ftl.affinity.com
with ESMTP id <236290-1075>; Sat, 29 Nov 2003 22:04:35 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-59.vmlocal.com with SMTP; 29 Nov 2003 21:04:30 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 208469
From: Satellite Search <SearchForASatellite@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite208469@vmlocal.com>
Subject: Satellite Search--See what you've been missing!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov29.220435-0500_est.236290-1075+35485@ams.ftl.affinity.com>
Date:Sat, 29 Nov 2003 22:04:32 -0500
```



**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe**

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Nov 29 17:16:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215081-25819>; Sat, 29 Nov 2003 16:15:45 -0500
Received: from vl208-30.vmlocal.com ([216.21.208.30]) by ams.ftl.affinity.com
with ESMTP id <223240-25824>; Sat, 29 Nov 2003 16:14:47 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-30.vmlocal.com with SMTP; 29 Nov 2003 15:14:45 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 208474
From: Satellite Search <SearchForASatellite@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite208474@vmlocal.com>
Subject: Satellite Search--See what you've been missing!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov29.161447-0500_est.223240-25824+22983@ams.ftl.affinity.com>
Date:Sat, 29 Nov 2003 16:14:46 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 23 00:08:59 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213992-18549>; Sat, 22 Nov 2003 14:42:48 -0500
Received: from vl208-71.vmlocal.com ([216.21.208.71]) by ams.ftl.affinity.com
with ESMTP id <217893-18553>; Sat, 22 Nov 2003 14:41:38 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-71.vmlocal.com with SMTP; 22 Nov 2003 13:41:29 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 203668
From: Satellite Search <SearchForASatellite@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite203668@vmlocal.com>
Subject: Satellite Search--See what you've been missing!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov22.144138-0500_est.217893-18553+8988@ams.ftl.affinity.com>
Date:Sat, 22 Nov 2003 14:41:38 -0500



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Nov 23 00:07:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <218663-18556>; Sat, 22 Nov
2003 13:42:22 -0500
Received: from vl208-42.vmlocal.com ([216.21.208.42]) by ams.ftl.affinity.com
with ESMTP id <218730-18553>; Sat, 22 Nov 2003 13:41:35 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-42.vmlocal.com with SMTP; 22 Nov 2003 12:41:29 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 203672
From: Satellite Search <SearchForASatellite@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite203672@vmlocal.com>
Subject: Satellite Search--See what you've been missing!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov22.134135-0500_est.218730-18553+8142@ams.ftl.affinity.com>
Date:Sat, 22 Nov 2003 13:41:35 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Jan 06 09:33:48 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <326533-9730>; Tue, 6 Jan 2004 10:57:25 -0500
Received: from vm209-232.vmlocal.com ([216.21.209.232]) by
ams.ftl.affinity.com with ESMTP id <362554-9730>; Tue, 6 Jan 2004 10:55:52
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-232.vmlocal.com with SMTP; 06 Jan 2004 09:55:51 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 237049
From: Satellite Search <SearchForASatellite@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite Search <SearchForASatellite237049@vmlocal.com>
Subject: What cable wishes it could be.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan6.105552-0500_est.362554-9730+4232@ams.ftl.affinity.com>
Date:Tue, 6 Jan 2004 10:55:52 -0500
```



**If you would like to refer a friend information regarding this program,
go here. To remove yourself from this program (and stop receiving email messages

from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Jun 19 17:08:35 2005
X-Persona: <Katie>
Return-Path: <mailcenter326193@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 13 Jun 2005 03:13:26 -0600
From: Satellite Television US <SatelliteTelevisionUS@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Satellite TV for 19.99 a month
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.5 required=3.0 tests=DATE_MISSING,FREE_INSTALL,
      HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_BIG,
      HTML_IMAGE_ONLY_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42AD4E36.D21CF8EA"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2495&e=katie@ehahome.com
  URI:http://v1.cc/barks/satusa_email7_01.gif
  URI:http://redirect.virtumundo.com/ct?i'2495&e=katie@ehahome.com
  URI:http://v1.cc/barks/satusa-dish_email_02.gif [...]

Content analysis details:   (9.5 points, 3.0 required)

 pts rule name               description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 1.7 FREE_INSTALL            BODY: Contains 'free installation' with capitals
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.1 HTML_60_70              BODY: Message is 60% to 70% HTML
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 HTML_FONT_BIG           BODY: HTML has a big font
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED      BODY: HTML font color is red
 1.5 HTML_IMAGE_ONLY_04      BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 10532 invoked from network); 13 Jun 2005 03:13:26 -0600

```
Received: from vm-182-28.vm-mail.com (206.82.182.28)
  by jammtomm.com with SMTP; 13 Jun 2005 03:13:26 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-28.vm-mail.com with SMTP; 13 Jun 2005 04:13:25 -0500
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 326193
From: Satellite Television US <SatelliteTelevisionUS@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326193@vm-rewards.com>
Subject: Satellite TV for 19.99 a month
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Satellite TV
for.htm"
```

From ???@??? Sun Jun 19 17:08:35 2005
X-Persona: <Katie>
Return-Path: <mailcenter326193@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 13 Jun 2005 03:13:26 -0600
From: Satellite Television US <SatelliteTelevisionUS@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Satellite TV for 19.99 a month
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.5 required=3.0 tests=DATE_MISSING,FREE_INSTALL,
        HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONT_BIG,
        HTML_IMAGE_ONLY_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42AD4E36.D21CF8EA"




Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2495&e=katie@ehahome.com
  URI:http://v1.cc/barks/satusa_email7_01.gif
  URI:http://redirect.virtumundo.com/ct?i'2495&e=katie@ehahome.com
  URI:http://v1.cc/barks/satusa-dish_email_02.gif [...]

Content analysis details:   (9.5 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.7 FREE_INSTALL           BODY: Contains 'free installation' with capitals
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONT_BIG          BODY: HTML has a big font
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 1.5 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.7 HTML_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 10532 invoked from network); 13 Jun 2005 03:13:26 -0600

```
Received: from vm-182-28.vm-mail.com (206.82.182.28)
  by jammtomm.com with SMTP; 13 Jun 2005 03:13:26 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-28.vm-mail.com with SMTP; 13 Jun 2005 04:13:25 -0500
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326193
From: Satellite Television US <SatelliteTelevisionUS@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326193@vm-rewards.com>
Subject: Satellite TV for 19.99 a month
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Satellite TV
for.htm"
```

From ???@??? Tue Sep 16 16:48:36 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213536-18475>; Tue, 16 Sep 2003 19:39:31 -0400
Received: from vt14.vtarget.com ([216.64.222.14]) by ams.ftl.affinity.com with
ESMTP id <213814-18478>; Tue, 16 Sep 2003 19:39:13 -0400
Received: from vtarget.com (192.168.3.10)
  by vt14.vtarget.com with SMTP; 16 Sep 2003 18:39:12 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 135851
From: Satellite TV <SatelliteTVIsEasy135851@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: Satellite TV <SatelliteTVIsEasy135851@replies.vtarget.com>
Subject: Join the satellite TV revolution.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep16.193913-0400_edt.213814-18478+4294@ams.ftl.affinity.com>
Date:Tue, 16 Sep 2003 19:39:13 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Sep 27 23:59:12 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <1247229-17004>; Sun, 28 Sep 2003 01:10:49 -0400
Received: from vl208-65.vmlocal.com ([216.21.208.65]) by ams.ftl.affinity.com
with ESMTP id <1247308-16995>; Sun, 28 Sep 2003 01:10:27 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-65.vmlocal.com with SMTP; 28 Sep 2003 00:10:24 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 145724
From: Satellite TV <SatelliteTVIsEasy145724@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy145724@vmlocal.com>
Subject: Satellite TV -- It's fun, easy, and affordable.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep28.011027-0400_edt.1247308-16995+29001@ams.ftl.affinity.com>
Date:Sun, 28 Sep 2003 01:10:27 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 06 22:59:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217157-8591>; Mon, 6 Oct 2003 23:44:49 -0400
Received: from vl208-64.vmlocal.com ([216.21.208.64]) by ams.ftl.affinity.com
with ESMTP id <217229-8589>; Mon, 6 Oct 2003 23:43:40 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-64.vmlocal.com with SMTP; 06 Oct 2003 22:43:33 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 154168
From: Satellite TV <SatelliteTVIsEasy154168@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy154168@vmlocal.com>
Subject: Join the satellite TV revolution.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct6.234340-0400_edt.217229-8589+22198@ams.ftl.affinity.com>
Date:Mon, 6 Oct 2003 23:43:40 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html **) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here **. To read Virtumundo's privacy policy, go to** Privacy Policy **. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Oct 08 22:09:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2300933-28606>; Thu, 9 Oct 2003 00:40:44 -0400
Received: from vl208-16.vmlocal.com ([216.21.208.16]) by ams.ftl.affinity.com
with ESMTP id <3686155-28616>; Thu, 9 Oct 2003 00:39:59 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-16.vmlocal.com with SMTP; 08 Oct 2003 23:39:57 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 156686
From: Satellite TV <SatelliteTVIsEasy156686@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+156686@replies.vmlocal.com>
Subject: Satellite TV has never been more fun, easy, and affordable
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct9.003959-0400_edt.3686155-28616+20305@ams.ftl.affinity.com>
Date:Thu, 9 Oct 2003 00:39:59 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Oct 08 22:06:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <235114-3493>; Wed, 8 Oct 2003 20:56:46 -0400
Received: from vl208-42.vmlocal.com ([216.21.208.42]) by ams.ftl.affinity.com
with ESMTP id <237713-3500>; Wed, 8 Oct 2003 20:55:57 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-42.vmlocal.com with SMTP; 08 Oct 2003 19:55:51 -0500
X-ClientHost: 1060971210641031111410011111011911111410711504609911109
X-MailingID: 156690
From: Satellite TV <SatelliteTVIsEasy156690@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+156690@replies.vmlocal.com>
Subject: Revolutionize your TV with satellite TV.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct8.205557-0400_edt.237713-3500+22366@ams.ftl.affinity.com>
Date:Wed, 8 Oct 2003 20:55:56 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Oct 08 17:26:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <1250975-10129>; Wed, 8 Oct 2003 19:25:58 -0400
Received: from vl208-37.vmlocal.com ([216.21.208.37]) by ams.ftl.affinity.com
with ESMTP id <223872-10122>; Wed, 8 Oct 2003 18:13:09 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-37.vmlocal.com with SMTP; 08 Oct 2003 17:13:03 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 156691
From: Satellite TV <SatelliteTVIsEasy156691@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+156691@replies.vmlocal.com>
Subject: Satellite TV -- It's fun, easy, and affordable.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct8.181309-0400_edt.223872-10122+711@ams.ftl.affinity.com>
Date:Wed, 8 Oct 2003 18:13:07 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Oct 15 23:35:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <369541-25253>; Wed, 15 Oct
2003 22:53:40 -0400
Received: from vl208-33.vmlocal.com ([216.21.208.33]) by ams.ftl.affinity.com
with ESMTP id <408305-25253>; Wed, 15 Oct 2003 21:24:32 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-33.vmlocal.com with SMTP; 15 Oct 2003 20:24:25 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 164333
From: Satellite TV <SatelliteTVIsEasy164333@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+164333@replies.vmlocal.com>
Subject: Satellite TV -- It's fun, easy, and affordable.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct15.212432-0400_edt.408305-25253+19298@ams.ftl.affinity.com>
Date:Wed, 15 Oct 2003 21:24:32 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Oct 15 12:00:23 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213315-5288>; Wed, 15 Oct 2003 14:18:37 -0400
Received: from vl208-56.vmlocal.com ([216.21.208.56]) by ams.ftl.affinity.com
with ESMTP id <239004-5281>; Wed, 15 Oct 2003 13:03:30 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-56.vmlocal.com with SMTP; 15 Oct 2003 12:03:12 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 164341
From: Satellite TV <SatelliteTVIsEasy164341@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy164341@vmlocal.com>
Subject: Join the satellite TV revolution.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct15.130330-0400_edt.239004-5281+20021@ams.ftl.affinity.com>
Date:Wed, 15 Oct 2003 13:03:30 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Oct 17 21:02:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <341626-27002>; Fri, 17 Oct 2003 21:58:11 -0400
Received: from vl208-62.vmlocal.com ([216.21.208.62]) by ams.ftl.affinity.com
with ESMTP id <467088-26152>; Fri, 17 Oct 2003 19:16:41 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-62.vmlocal.com with SMTP; 17 Oct 2003 18:16:38 -0500
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 166680
From: Satellite TV <SatelliteTVIsEasy166680@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+166680@replies.vmlocal.com>
Subject: Satellite TV has never been more fun, easy, and affordable
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct17.191641-0400_edt.467088-26152+565@ams.ftl.affinity.com>
Date:Fri, 17 Oct 2003 19:16:41 -0400



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Oct 18 19:50:14 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221900-28332>; Sat, 18 Oct 2003 21:57:30 -0400
Received: from vl208-17.vmlocal.com ([216.21.208.17]) by ams.ftl.affinity.com
with ESMTP id <218682-28332>; Sat, 18 Oct 2003 21:55:13 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-17.vmlocal.com with SMTP; 18 Oct 2003 20:55:10 -0500
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 167782
From: Satellite TV <SatelliteTVIsEasy167782@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy167782@vmlocal.com>
Subject: Revolutionize your TV with satellite TV.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct18.215513-0400_edt.218682-28332+18248@ams.ftl.affinity.com>
Date:Sat, 18 Oct 2003 21:55:12 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Oct 18 15:59:46 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220602-28325>; Sat, 18 Oct 2003 16:05:32 -0400
Received: from vl208-35.vmlocal.com ([216.21.208.35]) by ams.ftl.affinity.com
with ESMTP id <221120-28329>; Sat, 18 Oct 2003 16:04:37 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-35.vmlocal.com with SMTP; 18 Oct 2003 15:04:33 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 167788
From: Satellite TV <SatelliteTVIsEasy167788@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+167788@replies.vmlocal.com>
Subject: Revolutionize your TV with satellite TV.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct18.160437-0400_edt.221120-28329+10074@ams.ftl.affinity.com>
Date:Sat, 18 Oct 2003 16:04:36 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Oct 25 21:36:43 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215306-1085>; Sat, 25 Oct
2003 23:20:14 -0400
Received: from vl208-44.vmlocal.com ([216.21.208.44]) by ams.ftl.affinity.com
with ESMTP id <219846-1084>; Sat, 25 Oct 2003 23:18:59 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-44.vmlocal.com with SMTP; 25 Oct 2003 22:11:52 -0500
X-ClientHost:
1061111100971161040971100641031111141001111101191111141071150460991111109
X-MailingID: 176169
From: Satellite TV <SatelliteTVIsEasy176169@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy176169@vmlocal.com>
Subject: Fun, Easy, Affordable -- Satellite TV
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct25.231859-0400_edt.219846-1084+28268@ams.ftl.affinity.com>
Date:Sat, 25 Oct 2003 23:18:58 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Oct 27 07:50:24 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <225754-29380>; Mon, 27 Oct 2003 02:32:19 -0500
Received: from vl208-23.vmlocal.com ([216.21.208.23]) by ams.ftl.affinity.com
with ESMTP id <225787-29375>; Mon, 27 Oct 2003 01:32:36 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-23.vmlocal.com with SMTP; 27 Oct 2003 00:19:51 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 177525
From: Satellite TV <SatelliteTVIsEasy177525@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy177525@vmlocal.com>
Subject: Satellite TV has never been more fun, easy, and affordable
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct27.013236-0500_est.225787-29375+2351@ams.ftl.affinity.com>
Date:Mon, 27 Oct 2003 01:19:53 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Oct 28 08:23:11 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <242862-24142>; Tue, 28 Oct 2003 05:34:33 -0500
Received: from vl208-52.vmlocal.com ([216.21.208.52]) by ams.ftl.affinity.com
with ESMTP id <270375-24148>; Tue, 28 Oct 2003 05:33:28 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-52.vmlocal.com with SMTP; 28 Oct 2003 04:33:26 -0600
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 178866
From: Satellite TV <SatelliteTVIsEasy178866@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy178866@vmlocal.com>
Subject: Join the satellite TV revolution.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct28.053328-0500_est.270375-24148+226@ams.ftl.affinity.com>
Date:Tue, 28 Oct 2003 05:33:28 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent

```
From ???@??? Wed Oct 29 11:19:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222480-373>; Wed, 29 Oct 2003 13:50:17 -0500
Received: from vl208-45.vmlocal.com ([216.21.208.45]) by ams.ftl.affinity.com
with ESMTP id <218181-374>; Wed, 29 Oct 2003 13:48:55 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-45.vmlocal.com with SMTP; 29 Oct 2003 12:48:40 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 181677
From: Satellite TV <SatelliteTVIsEasy181677@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy181677@vmlocal.com>
Subject: Satellite TV -- It's fun, easy, and affordable.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.134855-0500_est.218181-374+39306@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 13:48:54 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**
Message sent Wed Oct 29 12:48:25 CST 2003

From ???@??? Thu Oct 30 08:04:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217144-18467>; Thu, 30 Oct 2003 03:55:52 -0500
Received: from vl208-45.vmlocal.com ([216.21.208.45]) by ams.ftl.affinity.com
with ESMTP id <224576-18417>; Thu, 30 Oct 2003 03:55:07 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-45.vmlocal.com with SMTP; 30 Oct 2003 02:55:05 -0600
X-ClientHost: 1060971210641031111410011111011911111410711504609911109
X-MailingID: 181680
From: Satellite TV <SatelliteTVIsEasy181680@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy181680@vmlocal.com>
Subject: Satellite TV -- It's fun, easy, and affordable.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct30.035507-0500_est.224576-18417+9512@ams.ftl.affinity.com>
Date:Thu, 30 Oct 2003 03:55:05 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent Thu Oct 30 02:54:21 CST 2003

```
From ???@??? Wed Nov 05 09:44:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221296-9255>; Wed, 5 Nov 2003 11:04:10 -0500
Received: from vl208-48.vmlocal.com ([216.21.208.48]) by ams.ftl.affinity.com
with ESMTP id <226973-9262>; Wed, 5 Nov 2003 11:03:32 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-48.vmlocal.com with SMTP; 05 Nov 2003 10:03:30 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 189835
From: Satellite TV <SatelliteTVIsEasy189835@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy189835@vmlocal.com>
Subject: Satellite TV -- It's fun, easy, and affordable.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov5.110332-0500_est.226973-9262+4700@ams.ftl.affinity.com>
Date:Wed, 5 Nov 2003 11:03:32 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Nov 06 14:50:47 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214409-5964>; Thu, 6 Nov 2003 15:05:21 -0500
Received: from vl208-60.vmlocal.com ([216.21.208.60]) by ams.ftl.affinity.com
with ESMTP id <214576-5960>; Thu, 6 Nov 2003 15:04:24 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-60.vmlocal.com with SMTP; 06 Nov 2003 14:04:21 -0600
X-ClientHost: 1060971210641031111410011111011911111410711504609911109
X-MailingID: 190757
From: Satellite TV <SatelliteTVIsEasy190757@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy190757@vmlocal.com>
Subject: Satellite TV has never been more fun, easy, and affordable
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov6.150424-0500_est.214576-5960+1716@ams.ftl.affinity.com>
Date:Thu, 6 Nov 2003 15:04:23 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Nov 07 18:27:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <212823-1804>; Fri, 7 Nov 2003 19:18:26 -0500
Received: from vl208-54.vmlocal.com ([216.21.208.54]) by ams.ftl.affinity.com
with ESMTP id <212759-1807>; Fri, 7 Nov 2003 19:17:26 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-54.vmlocal.com with SMTP; 07 Nov 2003 18:17:17 -0600
X-ClientHost:
10609710910510809706410311111410011111101191111114107115046099111109
X-MailingID: 191757
From: Satellite TV <SatelliteTVIsEasy191757@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy191757@vmlocal.com>
Subject: Join the satellite TV revolution.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov7.191726-0500_est.212759-1807+14301@ams.ftl.affinity.com>
Date:Fri, 7 Nov 2003 19:17:26 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Nov 07 11:38:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213743-1434>; Fri, 7 Nov 2003 13:30:40 -0500
Received: from vl208-16.vmlocal.com ([216.21.208.16]) by ams.ftl.affinity.com
with ESMTP id <214274-1428>; Fri, 7 Nov 2003 13:29:57 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-16.vmlocal.com with SMTP; 07 Nov 2003 12:29:48 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 191761
From: Satellite TV <SatelliteTVIsEasy191761@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy191761@vmlocal.com>
Subject: Join the satellite TV revolution.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov7.132957-0500_est.214274-1428+9124@ams.ftl.affinity.com>
Date:Fri, 7 Nov 2003 13:29:57 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 09 08:17:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <214262-15298>; Sun, 9 Nov
2003 03:35:17 -0500
Received: from vl208-69.vmlocal.com ([216.21.208.69]) by ams.ftl.affinity.com
with ESMTP id <214304-7244>; Sat, 8 Nov 2003 23:12:30 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-69.vmlocal.com with SMTP; 08 Nov 2003 22:02:42 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 193129
From: Satellite TV <SatelliteTVIsEasy193129@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy193129@vmlocal.com>
Subject: Join the satellite TV revolution.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov8.231230-0500_est.214304-7244+3556@ams.ftl.affinity.com>
Date:Sat, 8 Nov 2003 23:12:29 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Nov 14 13:04:45 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214905-12124>; Fri, 14 Nov 2003 13:58:01 -0500
Received: from vl208-66.vmlocal.com ([216.21.208.66]) by ams.ftl.affinity.com
with ESMTP id <215662-12129>; Fri, 14 Nov 2003 13:56:14 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-66.vmlocal.com with SMTP; 14 Nov 2003 12:56:05 -0600
X-ClientHost: 106097109101115064103111114100111101191111141071150460991111109
X-MailingID: 197633
From: Satellite TV <SatelliteTVIsEasy197633@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy197633@vmlocal.com>
Subject: Revolutionize your TV with satellite TV.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov14.135614-0500_est.215662-12129+9205@ams.ftl.affinity.com>
Date:Fri, 14 Nov 2003 13:56:14 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Nov 15 16:06:37 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <221184-7408>; Sat, 15 Nov 2003 17:48:24 -0500
Received: from vl208-18.vmlocal.com ([216.21.208.18]) by ams.ftl.affinity.com
with ESMTP id <224681-7406>; Sat, 15 Nov 2003 17:47:21 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-18.vmlocal.com with SMTP; 15 Nov 2003 16:47:15 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 198301
From: Satellite TV <SatelliteTVIsEasy198301@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy198301@vmlocal.com>
Subject: Revolutionize your TV with satellite TV.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov15.174721-0500_est.224681-7406+19092@ams.ftl.affinity.com>
Date:Sat, 15 Nov 2003 17:47:19 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 15 12:06:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215052-20824>; Sat, 15 Nov 2003 14:48:55 -0500
Received: from vl208-18.vmlocal.com ([216.21.208.18]) by ams.ftl.affinity.com
with ESMTP id <217775-20827>; Sat, 15 Nov 2003 14:48:22 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-18.vmlocal.com with SMTP; 15 Nov 2003 13:48:17 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 198303
From: Satellite TV <SatelliteTVIsEasy198303@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy198303@vmlocal.com>
Subject: Fun, Easy, Affordable -- Satellite TV
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov15.144822-0500_est.217775-20827+12185@ams.ftl.affinity.com>
Date:Sat, 15 Nov 2003 14:48:22 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 16 17:22:32 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215897-32708>; Sun, 16 Nov
2003 19:33:16 -0500
Received: from vl208-70.vmlocal.com ([216.21.208.70]) by ams.ftl.affinity.com
with ESMTP id <215705-32701>; Sun, 16 Nov 2003 19:32:19 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-70.vmlocal.com with SMTP; 16 Nov 2003 18:32:15 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 198992
From: Satellite TV <SatelliteTVIsEasy198992@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy198992@vmlocal.com>
Subject: Revolutionize your TV with satellite TV.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov16.193219-0500_est.215705-32701+39724@ams.ftl.affinity.com>
Date:Sun, 16 Nov 2003 19:32:19 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 16 10:12:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214637-6076>; Sun, 16 Nov 2003 11:11:24 -0500
Received: from vl208-49.vmlocal.com ([216.21.208.49]) by ams.ftl.affinity.com
with ESMTP id <214633-6083>; Sun, 16 Nov 2003 11:10:34 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-49.vmlocal.com with SMTP; 16 Nov 2003 10:10:29 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 198997
From: Satellite TV <SatelliteTVIsEasy198997@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy198997@vmlocal.com>
Subject: Satellite TV -- It's fun, easy, and affordable.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov16.111034-0500_est.214633-6083+23067@ams.ftl.affinity.com>
Date:Sun, 16 Nov 2003 11:10:34 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Feb 04 19:32:53 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <267370-21749>; Wed, 4 Feb 2004 20:17:40 -0500
Received: from vm208-20.adknow-net.com ([216.21.208.20]) by
ams.ftl.affinity.com with ESMTP id <269872-21748>; Wed, 4 Feb 2004 20:16:30
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-20.adknow-net.com with SMTP; 04 Feb 2004 19:16:27 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 357996
From: Satellite TV <SatelliteTVIsEasy@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return357996@replies.adknow-net.com
Subject: Join the satellite TV revolution.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb4.201630-0500_est.269872-21748+45400@ams.ftl.affinity.com>
Date:Wed, 4 Feb 2004 20:16:30 -0500
```



**Now is the perfect time to join the satellite television revolution. With more channels of crystal clear sports, movies, news and entertainment, you simply can't go wrong. Get a new satellite tv system now!**

---



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Feb 04 12:41:30 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <429400-15521>; Wed, 4 Feb
2004 15:17:13 -0500
Received: from vm208-47.adknow-net.com ([216.21.208.47]) by
ams.ftl.affinity.com with ESMTP id <426461-15523>; Wed, 4 Feb 2004 15:16:15
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-47.adknow-net.com with SMTP; 04 Feb 2004 14:16:05 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 357847
From: Satellite TV <SatelliteTVIsEasy@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return357847@replies.adknow-net.com
Subject: Revolutionize your TV with satellite TV.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb4.151615-0500_est.426461-15523+11419@ams.ftl.affinity.com>
Date:Wed, 4 Feb 2004 15:16:15 -0500
```



**Now is the perfect time to join the satellite television revolution. With more channels of crystal clear sports, movies, news and entertainment, you simply can't go wrong. Get a new satellite tv system now!**

---



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Jan 17 18:43:44 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219637-14925>; Sat, 17 Jan 2004 19:01:56 -0500
Received: from vm208-22.adknow-net.com ([216.21.208.22]) by
ams.ftl.affinity.com with ESMTP id <219518-14931>; Sat, 17 Jan 2004 19:01:12
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-22.adknow-net.com with SMTP; 17 Jan 2004 18:01:10 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 343517
From: Satellite TV <SatelliteTVIsEasy@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return343517@replies.adknow-net.com
Subject: Satellite TV has never been more fun, easy, and affordable
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan17.190112-0500_est.219518-14931+41547@ams.ftl.affinity.com>
Date:Sat, 17 Jan 2004 19:01:12 -0500



**Now is the perfect time to join the satellite television revolution. With more channels of crystal clear sports, movies, news and entertainment, you simply can't go wrong. Get a new satellite tv system now!**

---

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Jan 17 09:18:28 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <218176-18554>; Sat, 17 Jan 2004 11:06:48 -0500
Received: from vm208-37.adknow-net.com ([216.21.208.37]) by
ams.ftl.affinity.com with ESMTP id <218681-18552>; Sat, 17 Jan 2004 11:06:07
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-37.adknow-net.com with SMTP; 17 Jan 2004 10:06:03 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 343317
From: Satellite TV <SatelliteTVIsEasy@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return343317@replies.adknow-net.com
Subject: Join the satellite TV revolution.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan17.110607-0500_est.218681-18552+34437@ams.ftl.affinity.com>
Date:Sat, 17 Jan 2004 11:06:06 -0500
```



**Now is the perfect time to join the satellite television revolution. With more channels of crystal clear sports, movies, news and entertainment, you simply can't go wrong. Get a new satellite tv system now!**

---



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Jan 15 16:10:33 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <326298-18815>; Thu, 15 Jan 2004 19:04:06 -0500
Received: from vm208-17.adknow-net.com ([216.21.208.17]) by
ams.ftl.affinity.com with ESMTP id <331885-18823>; Thu, 15 Jan 2004 19:03:30
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-17.adknow-net.com with SMTP; 15 Jan 2004 18:03:28 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460099111109
X-MailingID: 341048
From: Satellite TV <SatelliteTVIsEasy@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return341048@replies.adknow-net.com
Subject: Join the satellite TV revolution.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan15.190330-0500_est.331885-18823+2708@ams.ftl.affinity.com>
Date:Thu, 15 Jan 2004 19:03:30 -0500
```



**Now is the perfect time to join the satellite television revolution. With more channels of crystal clear sports, movies, news and entertainment, you simply can't go wrong. Get a new satellite tv system now!**

---

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Jan 15 15:51:54 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3556112-2133>; Thu, 15 Jan 2004 14:38:51 -0500
Received: from vm208-32.adknow-net.com ([216.21.208.32]) by
ams.ftl.affinity.com with ESMTP id <3564210-2134>; Thu, 15 Jan 2004 14:37:40
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-32.adknow-net.com with SMTP; 15 Jan 2004 13:37:36 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111 09
X-MailingID: 342255
From: Satellite TV <SatelliteTVIsEasy@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return342255@replies.adknow-net.com
Subject: Fun, Easy, Affordable -- Satellite TV
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan15.143740-0500_est.3564210-2134+7284@ams.ftl.affinity.com>
Date:Thu, 15 Jan 2004 14:37:40 -0500
```



**Now is the perfect time to join the satellite television revolution. With more channels of crystal clear sports, movies, news and entertainment, you simply can't go wrong. Get a new satellite tv system now!**



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Jan 15 11:54:13 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213432-20657>; Thu, 15 Jan
2004 11:51:13 -0500
Received: from vm208-30.adknow-net.com ([216.21.208.30]) by
ams.ftl.affinity.com with ESMTP id <213560-20659>; Thu, 15 Jan 2004 11:50:39
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-30.adknow-net.com with SMTP; 15 Jan 2004 10:50:35 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 342080
From: Satellite TV <SatelliteTVIsEasy@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return342080@replies.adknow-net.com
Subject: Revolutionize your TV with satellite TV.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan15.115039-0500_est.213560-20659+3476@ams.ftl.affinity.com>
Date:Thu, 15 Jan 2004 11:50:39 -0500
```



**Now is the perfect time to join the satellite television revolution. With more channels of crystal clear sports, movies, news and entertainment, you simply can't go wrong. Get a new satellite tv system now!**



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Feb 12 19:09:05 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2292758-5063>; Thu, 12 Feb 2004 20:02:18 -0500
Received: from vm208-66.adknow-net.com ([216.21.208.66]) by
ams.ftl.affinity.com with ESMTP id <2297608-5058>; Thu, 12 Feb 2004 20:01:16
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-66.adknow-net.com with SMTP; 12 Feb 2004 19:01:13 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 369199
From: Satellite TV <SatelliteTVIsEasy@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return369199@replies.adknow-net.com
Subject: Join the satellite TV revolution.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb12.200116-0500_est.2297608-5058+1054@ams.ftl.affinity.com>
Date:Thu, 12 Feb 2004 20:01:16 -0500
```



**Now is the perfect time to join the satellite television revolution. With more channels of crystal clear sports, movies, news and entertainment, you simply can't go wrong. Get a new satellite tv system now!**

---



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Jan 07 19:31:06 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <226392-18580>; Wed, 7 Jan
2004 21:44:29 -0500
Received: from vm209-194.vmlocal.com ([216.21.209.194]) by
ams.ftl.affinity.com with ESMTP id <216268-18587>; Wed, 7 Jan 2004 21:43:12
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-194.vmlocal.com with SMTP; 07 Jan 2004 20:43:10 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 237155
From: Satellite TV <SatelliteTVIsEasy@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy237155@vmlocal.com>
Subject: Satellite TV has never been more fun, easy, and affordable
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan7.214312-0500_est.216268-18587+31015@ams.ftl.affinity.com>
Date:Wed, 7 Jan 2004 21:43:12 -0500



**Now is the perfect time to join the satellite television revolution. With more channels of crystal clear sports, movies, news and entertainment, you simply can't go wrong. Get a new satellite tv system now!**

---

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Jan 04 09:05:30 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <1254358-1838>; Sun, 4 Jan 2004 10:08:51 -0500
Received: from vm209-240.vmlocal.com ([216.21.209.240]) by
ams.ftl.affinity.com with ESMTP id <1254746-2038>; Sun, 4 Jan 2004 10:08:13
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-240.vmlocal.com with SMTP; 04 Jan 2004 09:08:10 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 235220
From: Satellite TV <SatelliteTVIsEasy@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy235220@vmlocal.com>
Subject: Satellite TV -- It's fun, easy, and affordable.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan4.100813-0500_est.1254746-2038+48544@ams.ftl.affinity.com>
Date:Sun, 4 Jan 2004 10:08:13 -0500



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 31 07:44:19 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3579994-8924>; Wed, 31 Dec 2003 10:11:29 -0500
Received: from vm209-247.vmlocal.com ([216.21.209.247]) by
ams.ftl.affinity.com with ESMTP id <3580109-21047>; Wed, 31 Dec 2003 10:10:17
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-247.vmlocal.com with SMTP; 31 Dec 2003 09:10:17 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 232493
From: Satellite TV <SatelliteTVIsEasy@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy232493@vmlocal.com>
Subject: Revolutionize your TV with satellite TV.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec31.101017-0500_est.3580109-21047+4611@ams.ftl.affinity.com>
Date:Wed, 31 Dec 2003 10:10:17 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 28 23:24:05 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <224798-23904>; Mon, 29 Dec 2003 00:06:32 -0500
Received: from vm209-208.vmlocal.com ([216.21.209.208]) by
ams.ftl.affinity.com with ESMTP id <229133-23904>; Mon, 29 Dec 2003 00:05:52
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-208.vmlocal.com with SMTP; 28 Dec 2003 23:05:31 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 229908
From: Satellite TV <SatelliteTVIsEasy@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy229908@vmlocal.com>
Subject: Join the satellite TV revolution.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec29.000552-0500_est.229133-23904+96791@ams.ftl.affinity.com>
Date:Mon, 29 Dec 2003 00:05:51 -0500



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Dec 28 10:41:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2372708-25466>; Sun, 28 Dec 2003 11:36:40 -0500
Received: from vm209-233.vmlocal.com ([216.21.209.233]) by
ams.ftl.affinity.com with ESMTP id <2388072-25465>; Sun, 28 Dec 2003 11:35:55
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-233.vmlocal.com with SMTP; 28 Dec 2003 10:35:53 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 229911
From: Satellite TV <SatelliteTVIsEasy@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy229911@vmlocal.com>
Subject: Satellite TV -- It's fun, easy, and affordable.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec28.113555-0500_est.2388072-25465+67276@ams.ftl.affinity.com>
Date:Sun, 28 Dec 2003 11:35:55 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Dec 27 12:42:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <236344-12457>; Sat, 27 Dec
2003 14:06:58 -0500
Received: from vm209-227.vmlocal.com ([216.21.209.227]) by
ams.ftl.affinity.com with ESMTP id <236277-12459>; Sat, 27 Dec 2003 14:05:51
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-227.vmlocal.com with SMTP; 27 Dec 2003 13:05:49 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609111109
X-MailingID: 228964
From: Satellite TV <SatelliteTVIsEasy@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy228964@vmlocal.com>
Subject: Satellite TV has never been more fun, easy, and affordable
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec27.140551-0500_est.236277-12459+45040@ams.ftl.affinity.com>
Date:Sat, 27 Dec 2003 14:05:50 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Dec 26 09:27:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214189-3775>; Fri, 26 Dec 2003 11:14:00 -0500
Received: from vm209-189.vmlocal.com ([216.21.209.189]) by
ams.ftl.affinity.com with ESMTP id <214545-3776>; Fri, 26 Dec 2003 11:12:49
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-189.vmlocal.com with SMTP; 26 Dec 2003 10:12:49 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 228029
From: Satellite TV <SatelliteTVIsEasy@vmlocal.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy228029@vmlocal.com>
Subject: Satellite TV -- It's fun, easy, and affordable.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec26.111249-0500_est.214545-3776+10179@ams.ftl.affinity.com>
Date:Fri, 26 Dec 2003 11:12:49 -0500



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Dec 21 15:12:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218315-26852>; Sun, 21 Dec 2003 15:44:41 -0500
Received: from vm209-190.vmlocal.com ([216.21.209.190]) by
ams.ftl.affinity.com with ESMTP id <218552-26845>; Sun, 21 Dec 2003 15:43:52
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-190.vmlocal.com with SMTP; 21 Dec 2003 14:43:50 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 223841
From: Satellite TV <SatelliteTVIsEasy@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy223841@vmlocal.com>
Subject: Revolutionize your TV with satellite TV.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec21.154352-0500_est.218552-26845+2807@ams.ftl.affinity.com>
Date:Sun, 21 Dec 2003 15:43:52 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Dec 19 23:09:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213407-18482>; Fri, 19 Dec
2003 22:53:02 -0500
Received: from vm209-229.vmlocal.com ([216.21.209.229]) by
ams.ftl.affinity.com with ESMTP id <221566-18479>; Fri, 19 Dec 2003 22:52:04
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-229.vmlocal.com with SMTP; 19 Dec 2003 21:52:02 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 222473
From: Satellite TV <SatelliteTVIsEasy@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy222473@vmlocal.com>
Subject: Satellite TV -- It's fun, easy, and affordable.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec19.225204-0500_est.221566-18479+51573@ams.ftl.affinity.com>
Date:Fri, 19 Dec 2003 22:52:03 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Dec 19 14:58:09 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <3557849-16277>; Fri, 19 Dec 2003 17:06:02 -0500
Received: from vm209-204.vmlocal.com ([216.21.209.204]) by
ams.ftl.affinity.com with ESMTP id <3563002-16271>; Fri, 19 Dec 2003 17:04:51
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-204.vmlocal.com with SMTP; 19 Dec 2003 16:04:49 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 222477
From: Satellite TV <SatelliteTVIsEasy@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy222477@vmlocal.com>
Subject: Revolutionize your TV with satellite TV.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec19.170451-0500_est.3563002-16271+23866@ams.ftl.affinity.com>
Date:Fri, 19 Dec 2003 17:04:51 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Dec 19 14:58:09 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3557247-16277>; Fri, 19 Dec 2003 17:06:02 -0500
Received: from vm209-204.vmlocal.com ([216.21.209.204]) by
ams.ftl.affinity.com with ESMTP id <3558029-16270>; Fri, 19 Dec 2003 17:04:52
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-204.vmlocal.com with SMTP; 19 Dec 2003 16:04:49 -0600
X-ClientHost: 1060971210641031111141001111101191111141071115046099111109
X-MailingID: 222477
From: Satellite TV <SatelliteTVIsEasy@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy222477@vmlocal.com>
Subject: Revolutionize your TV with satellite TV.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec19.170452-0500_est.3558029-16270+23941@ams.ftl.affinity.com>
Date:Fri, 19 Dec 2003 17:04:51 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Dec 18 18:06:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3572436-16271>; Thu, 18 Dec 2003 19:42:24 -0500
Received: from vm209-220.vmlocal.com ([216.21.209.220]) by
ams.ftl.affinity.com with ESMTP id <3556230-16269>; Thu, 18 Dec 2003 19:41:41
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-220.vmlocal.com with SMTP; 18 Dec 2003 18:41:40 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 221742
From: Satellite TV <SatelliteTVIsEasy@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy221742@vmlocal.com>
Subject: Satellite TV -- It's fun, easy, and affordable.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec18.194141-0500_est.3556230-16269+8514@ams.ftl.affinity.com>
Date:Thu, 18 Dec 2003 19:41:41 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Dec 11 22:55:56 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3567700-23022>; Thu, 11 Dec 2003 23:42:03 -0500
Received: from vm209-182.vmlocal.com ([216.21.209.182]) by
ams.ftl.affinity.com with ESMTP id <3567747-23022>; Thu, 11 Dec 2003 23:41:11
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-182.vmlocal.com with SMTP; 11 Dec 2003 22:41:10 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 216321
From: Satellite TV <SatelliteTVIsEasy@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy216321@vmlocal.com>
Subject: Join the satellite TV revolution.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec11.234111-0500_est.3567747-23022+2463@ams.ftl.affinity.com>
Date:Thu, 11 Dec 2003 23:41:11 -0500



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Dec 11 22:55:56 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <3567608-23022>; Thu, 11 Dec
2003 23:42:03 -0500
Received: from vm209-182.vmlocal.com ([216.21.209.182]) by
ams.ftl.affinity.com with ESMTP id <3567763-23012>; Thu, 11 Dec 2003 23:41:12
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-182.vmlocal.com with SMTP; 11 Dec 2003 22:41:10 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 216321
From: Satellite TV <SatelliteTVIsEasy@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy216321@vmlocal.com>
Subject: Join the satellite TV revolution.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec11.234112-0500_est.3567763-23012+2268@ams.ftl.affinity.com>
Date:Thu, 11 Dec 2003 23:41:11 -0500



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 10 12:50:36 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <218314-32439>; Wed, 10 Dec 2003 13:59:18 -0500
Received: from vl208-42.vmlocal.com ([216.21.208.42]) by ams.ftl.affinity.com
with ESMTP id <218471-32443>; Wed, 10 Dec 2003 13:57:34 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-42.vmlocal.com with SMTP; 10 Dec 2003 12:57:34 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 215542
From: Satellite TV <SatelliteTVIsEasy@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy215542@vmlocal.com>
Subject: Join the satellite TV revolution.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec10.135734-0500_est.218471-32443+40716@ams.ftl.affinity.com>
Date:Wed, 10 Dec 2003 13:57:34 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** <u>**http://www.virtumundo.com/unsub**</u> **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Dec 06 18:58:12 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222936-2722>; Sat, 6 Dec 2003 20:06:40 -0500
Received: from vl208-60.vmlocal.com ([216.21.208.60]) by ams.ftl.affinity.com
with ESMTP id <224078-8433>; Sat, 6 Dec 2003 20:05:47 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-60.vmlocal.com with SMTP; 06 Dec 2003 15:13:29 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 212614
From: Satellite TV <SatelliteTVIsEasy@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy212614@vmlocal.com>
Subject: Revolutionize your TV with satellite TV.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.200547-0500_est.224078-8433+9961@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 20:05:47 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Dec 06 11:28:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2716557-848>; Sat, 6 Dec 2003 13:23:06 -0500
Received: from vl208-43.vmlocal.com ([216.21.208.43]) by ams.ftl.affinity.com
with ESMTP id <2720660-854>; Sat, 6 Dec 2003 13:21:44 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-43.vmlocal.com with SMTP; 06 Dec 2003 12:21:37 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 212616
From: Satellite TV <SatelliteTVIsEasy@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy212616@vmlocal.com>
Subject: Fun, Easy, Affordable -- Satellite TV
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.132144-0500_est.2720660-854+5553@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 13:21:43 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Dec 02 14:10:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2740530-31403>; Tue, 2 Dec
2003 15:48:05 -0500
Received: from vl208-68.vmlocal.com ([216.21.208.68]) by ams.ftl.affinity.com
with ESMTP id <2741015-31399>; Tue, 2 Dec 2003 15:28:13 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-68.vmlocal.com with SMTP; 02 Dec 2003 14:27:44 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410715046099111109
X-MailingID: 209995
From: Satellite TV <SatelliteTVIsEasy@vmlocal.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy209995@vmlocal.com>
Subject: Revolutionize your TV with satellite TV.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec2.152813-0500_est.2741015-31399+7930@ams.ftl.affinity.com>
Date:Tue, 2 Dec 2003 15:28:13 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Dec 02 14:10:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2739882-31403>; Tue, 2 Dec 2003 15:48:05 -0500
Received: from vl208-68.vmlocal.com ([216.21.208.68]) by ams.ftl.affinity.com
with ESMTP id <2740948-31403>; Tue, 2 Dec 2003 15:28:05 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-68.vmlocal.com with SMTP; 02 Dec 2003 14:27:44 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 209995
From: Satellite TV <SatelliteTVIsEasy@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy209995@vmlocal.com>
Subject: Revolutionize your TV with satellite TV.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec2.152805-0500_est.2740948-31403+7722@ams.ftl.affinity.com>
Date:Tue, 2 Dec 2003 15:27:57 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 02 14:08:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <224322-3223>; Tue, 2 Dec 2003 13:42:35 -0500
Received: from vl208-28.vmlocal.com ([216.21.208.28]) by ams.ftl.affinity.com
with ESMTP id <224390-3221>; Tue, 2 Dec 2003 13:41:30 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-28.vmlocal.com with SMTP; 02 Dec 2003 12:41:26 -0600
X-ClientHost:
10609710910510809706410310111141001111101191111141071150460991111109
X-MailingID: 209994
From: Satellite TV <SatelliteTVIsEasy@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy209994@vmlocal.com>
Subject: Revolutionize your TV with satellite TV.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec2.134130-0500_est.224390-3221+8197@ams.ftl.affinity.com>
Date:Tue, 2 Dec 2003 13:41:29 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Nov 27 11:32:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3558130-1095>; Thu, 27 Nov 2003 13:35:58 -0500
Received: from vl208-27.vmlocal.com ([216.21.208.27]) by ams.ftl.affinity.com
with ESMTP id <3559826-1096>; Thu, 27 Nov 2003 13:34:56 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-27.vmlocal.com with SMTP; 27 Nov 2003 12:34:54 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 206571
From: Satellite TV <SatelliteTVIsEasy@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy206571@vmlocal.com>
Subject: Revolutionize your TV with satellite TV.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov27.133456-0500_est.3559826-1096+5545@ams.ftl.affinity.com>
Date:Thu, 27 Nov 2003 13:34:54 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Nov 24 18:37:31 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213070-1131>; Mon, 24 Nov
2003 19:41:52 -0500
Received: from vl208-63.vmlocal.com ([216.21.208.63]) by ams.ftl.affinity.com
with ESMTP id <213978-1127>; Mon, 24 Nov 2003 19:40:41 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-63.vmlocal.com with SMTP; 24 Nov 2003 18:40:40 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 204501
From: Satellite TV <SatelliteTVIsEasy@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy204501@vmlocal.com>
Subject: Satellite TV -- It's fun, easy, and affordable.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov24.194041-0500_est.213978-1127+3183@ams.ftl.affinity.com>
Date:Mon, 24 Nov 2003 19:40:41 -0500



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Nov 24 18:37:31 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213694-1127>; Mon, 24 Nov 2003 19:41:39 -0500
Received: from vl208-63.vmlocal.com ([216.21.208.63]) by ams.ftl.affinity.com
with ESMTP id <217326-1126>; Mon, 24 Nov 2003 19:40:40 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-63.vmlocal.com with SMTP; 24 Nov 2003 18:40:40 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 204501
From: Satellite TV <SatelliteTVIsEasy@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy204501@vmlocal.com>
Subject: Satellite TV -- It's fun, easy, and affordable.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov24.194040-0500_est.217326-1126+3099@ams.ftl.affinity.com>
Date:Mon, 24 Nov 2003 19:40:40 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 23 20:06:23 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <3555848-27730>; Sun, 23 Nov 2003 20:34:04 -0500
Received: from vl208-52.vmlocal.com ([216.21.208.52]) by ams.ftl.affinity.com
with ESMTP id <3557123-27737>; Sun, 23 Nov 2003 20:33:03 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-52.vmlocal.com with SMTP; 23 Nov 2003 19:32:59 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 203819
From: Satellite TV <SatelliteTVIsEasy@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy203819@vmlocal.com>
Subject: Join the satellite TV revolution.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov23.203303-0500_est.3557123-27737+10645@ams.ftl.affinity.com>
Date:Sun, 23 Nov 2003 20:33:03 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Jan 08 13:34:20 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217360-6115>; Thu, 8 Jan 2004 15:58:00 -0500
Received: from vm209-183.vmlocal.com ([216.21.209.183]) by
ams.ftl.affinity.com with ESMTP id <212986-6117>; Thu, 8 Jan 2004 15:56:54
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-183.vmlocal.com with SMTP; 08 Jan 2004 14:56:53 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 237777
From: Satellite TV <SatelliteTVIsEasy@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Satellite TV <SatelliteTVIsEasy237777@vmlocal.com>
Subject: Satellite TV -- It's fun, easy, and affordable.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan8.155654-0500_est.212986-6117+31819@ams.ftl.affinity.com>
Date:Thu, 8 Jan 2004 15:56:53 -0500
```



**Now is the perfect time to join the satellite television revolution. With more channels of crystal clear sports, movies, news and entertainment, you simply can't go wrong. Get a new satellite tv system now!**



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Sep 28 09:16:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <264447-27393>; Sun, 28 Sep 2003 08:40:11 -0400
Received: from vm211.vmadmin.com ([216.64.222.211]) by ams.ftl.affinity.com
with ESMTP id <265328-27389>; Sun, 28 Sep 2003 08:39:55 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm211.vmadmin.com with SMTP; 28 Sep 2003 07:39:54 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 147092
From: Satellite TV <SatelliteTVMultiRoomOffer147092@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Satellite TV
<SatelliteTVMultiRoomOffer147092@replies.virtumundo.com>
Subject: Free Multi-Room Satellite TV with Four Months Free
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep28.083955-0400_edt.265328-27389+20681@ams.ftl.affinity.com>
Date:Sun, 28 Sep 2003 08:39:55 -0400
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Jun 25 11:10:34 2006
Return-Path: <mailcenter353020@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 22540 invoked from network); 19 Jun 2006 21:35:37 -0600
Received: from vm-185-209.vm-mail.com (206.82.185.209)
  by omniinnovations.com with SMTP; 19 Jun 2006 21:35:33 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-209.vm-mail.com with SMTP; 19 Jun 2006 22:35:32 -0500
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 353020
From: Satellite TV Center <SatelliteTVCenter@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+353020@vm-rewards.com>
Subject: *****SPAM***** DISH Network pays you 100 dollars to cancel cable
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
        RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5002]
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *      [206.82.185.209 listed in dnsbl.sorbs.net]
        *  1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        *  0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *      [206.82.185.209 listed in dnsbl.sorbs.net]
```

Images not loading? View this offer by visiting this link





 

**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**MyDishNow 2134B St. Andrews Blvd. Boca Raton, FL 33433**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

From ???@??? Tue Jun 20 08:26:18 2006
X-Persona: <Jay>
Return-Path: <mailcenter353020@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 22540 invoked from network); 19 Jun 2006 21:35:37 -0600
Received: from vm-185-209.vm-mail.com (206.82.185.209)
  by omniinnovations.com with SMTP; 19 Jun 2006 21:35:33 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-209.vm-mail.com with SMTP; 19 Jun 2006 22:35:32 -0500
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 353020
From: Satellite TV Center <SatelliteTVCenter@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+353020@vm-rewards.com>
Subject: *****SPAM***** DISH Network pays you 100 dollars to cancel cable
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
        RCVD_IN_SORBS autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *     [score: 0.5002]
        * 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
        * 0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 2.6 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
        *     [206.82.185.209 listed in dnsbl.sorbs.net]
        * 1.1 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
        * 0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
        *     [206.82.185.209 listed in dnsbl.sorbs.net]


Images not loading? View this offer by visiting this link





 

**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**MyDishNow 2134B St. Andrews Blvd. Boca Raton, FL 33433**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri May 05 07:17:21 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347092@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 7777 invoked from network); 3 May 2006 13:29:11 -0600
Received: from vm-186-254.vm-mail.com (206.82.186.254)
   by gordonworks.com with SMTP; 3 May 2006 13:29:10 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-254.vm-mail.com with SMTP; 03 May 2006 14:29:02 -0500
X-ClientHost:
1150971101001210640971101161041111101210991011101161140971080460991111 09
X-MailingID: 347092
From: Satellite TV Center <SatelliteTVCenter@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347092@vm-rewards.com>
Subject: DISH Network pays you 100 to try Satellite TV
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.0 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**MyDishNow is an authorized retailer of Dish Network.**

---

**MyDishNow, 2134B St. Andrews Blvd., Boca Raton, FL 33433**

**If you can not see our footer image, please visit here.**

From ???@??? Fri May 05 07:17:21 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347092@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 4961 invoked from network); 3 May 2006 13:29:05 -0600
Received: from vm-186-254.vm-mail.com (206.82.186.254)
  by gordonworks.com with SMTP; 3 May 2006 13:29:05 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-254.vm-mail.com with SMTP; 03 May 2006 14:29:02 -0500
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 347092
From: Satellite TV Center <SatelliteTVCenter@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347092@vm-rewards.com>
Subject: DISH Network pays you 100 to try Satellite TV
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.0 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63


Images not loading? View this offer by visiting this link



**MyDishNow is an authorized retailer of Dish Network.**

---

**MyDishNow, 2134B St. Andrews Blvd., Boca Raton, FL 33433**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri May 05 07:17:21 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347092@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 6086 invoked from network); 3 May 2006 13:29:06 -0600
Received: from vm-186-254.vm-mail.com (206.82.186.254)
  by gordonworks.com with SMTP; 3 May 2006 13:29:06 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-254.vm-mail.com with SMTP; 03 May 2006 14:29:02 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 347092
From: Satellite TV Center <SatelliteTVCenter@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347092@vm-rewards.com>
Subject: DISH Network pays you 100 to try Satellite TV
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.0 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**MyDishNow is an authorized retailer of Dish Network.**

---



 **MyDishNow, 2134B St. Andrews Blvd., Boca Raton, FL 33433**



**If you can not see our footer image, please visit here.**

From ???@??? Fri May 05 07:13:42 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter347092@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 8960 invoked from network); 3 May 2006 13:34:58 -0600
Received: from vm-187-32.vm-mail.com (206.82.187.32)
   by anthonycentral.com with SMTP; 3 May 2006 13:34:56 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-187-32.vm-mail.com with SMTP; 03 May 2006 14:34:49 -0500
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 347092
From: Satellite TV Center <SatelliteTVCenter@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347092@vm-rewards.com>
Subject: DISH Network pays you 100 to try Satellite TV
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link



MyDishNow is an authorized retailer of Dish Network.

**MyDishNow, 2134B St. Andrews Blvd., Boca Raton, FL 33433**

If you can not see our footer image, please visit here.

```
From ???@??? Thu May 04 10:07:53 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter347092@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 26240 invoked from network); 3 May 2006 13:36:24 -0600
Received: from vm-187-191.vm-mail.com (206.82.187.191)
   by jammtomm.com with SMTP; 3 May 2006 13:36:23 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-187-191.vm-mail.com with SMTP; 03 May 2006 14:36:14 -0500
X-ClientHost: 1061111100641060971211707971211151121080970991010460991111109
X-MailingID: 347092
From: Satellite TV Center <SatelliteTVCenter@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347092@vm-rewards.com>
Subject: DISH Network pays you 100 to try Satellite TV
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.3 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
       HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**MyDishNow is an authorized retailer of Dish Network.**

---

**MyDishNow, 2134B St. Andrews Blvd., Boca Raton, FL 33433**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Apr 25 14:06:10 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter344928@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 27079 invoked from network); 22 Apr 2006 03:01:51 -0600
Received: from vm-181-246.vm-mail.com (206.82.181.246)
   by anthonycentral.com with SMTP; 22 Apr 2006 03:01:49 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-246.vm-mail.com with SMTP; 22 Apr 2006 04:01:48 -0500
X-ClientHost: 10611111006410609712110709712111511211080970991010046099111109
X-MailingID: 344928
From: Satellite TV Center <SatelliteTVCenter@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344928@vm-rewards.com>
Subject: DISH Network pays you 100 to try Satellite TV
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.3 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
       HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**MyDishNow is an authorized retailer of Dish Network.**

---



**MyDishNow, 2134B St. Andrews Blvd., Boca Raton, FL 33433**

**If you can not see our footer image, please visit here.**

From ???@??? Sun Apr 23 20:24:11 2006
X-Persona: <Mila>
Return-Path: <mailcenter344928@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sat, 22 Apr 2006 03:02:22 -0600
From: Satellite TV Center <SatelliteTVCenter@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** DISH Network pays you 100 to try Satellite TV
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.4 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4449F11E.295F4CD5"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(3303&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(3303&e=mila@jammtomm.com
  URI:http://ogy.cc/myveritas/1999_01.jpg [...]

Content analysis details:   (9.4 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.0 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 23651 invoked from network); 22 Apr 2006 03:01:39 -0600
Received: from vm-181-242.vm-mail.com (206.82.181.242)
  by rcw19190020.com with SMTP; 22 Apr 2006 03:01:38 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-242.vm-mail.com with SMTP; 22 Apr 2006 04:01:35 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 344928

From: Satellite TV Center <SatelliteTVCenter@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344928@vm-rewards.com>
Subject: DISH Network pays you 100 to try Satellite TV
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM DISH Network pay.htm"

```
From ???@??? Sat Apr 22 09:23:59 2006
X-Persona: <Anthony>
Return-Path: <mailcenter344928@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 19456 invoked from network); 22 Apr 2006 01:47:53 -0600
Received: from vm-181-165.vm-mail.com (206.82.181.165)
   by jaycelia.com with SMTP; 22 Apr 2006 01:47:48 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-165.vm-mail.com with SMTP; 22 Apr 2006 02:47:46 -0500
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 344928
From: Satellite TV Center <SatelliteTVCenter@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344928@vm-rewards.com>
Subject: DISH Network pays you 100 to try Satellite TV
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.6 required=7.0 tests=BAYES_60,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**MyDishNow is an authorized retailer of Dish Network.**

---



**MyDishNow, 2134B St. Andrews Blvd., Boca Raton, FL 33433**



**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Apr 22 09:23:59 2006
X-Persona: <Anthony>
Return-Path: <mailcenter344928@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 20352 invoked from network); 22 Apr 2006 01:47:54 -0600
Received: from vm-181-165.vm-mail.com (206.82.181.165)
  by jaycelia.com with SMTP; 22 Apr 2006 01:47:54 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-165.vm-mail.com with SMTP; 22 Apr 2006 02:47:46 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 344928
From: Satellite TV Center <SatelliteTVCenter@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344928@vm-rewards.com>
Subject: DISH Network pays you 100 to try Satellite TV
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.6 required=7.0 tests=BAYES_60,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**MyDishNow is an authorized retailer of Dish Network.**

---


 **MyDishNow, 2134B St. Andrews Blvd., Boca Raton, FL 33433**


**If you can not see our footer image, please visit here.**

From ???@??? Sat Apr 22 09:12:49 2006
X-Persona: <Jon>
Return-Path: <mailcenter344928@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 27079 invoked from network); 22 Apr 2006 03:01:51 -0600
Received: from vm-181-246.vm-mail.com (206.82.181.246)
  by anthonycentral.com with SMTP; 22 Apr 2006 03:01:49 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-246.vm-mail.com with SMTP; 22 Apr 2006 04:01:48 -0500
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 344928
From: Satellite TV Center <SatelliteTVCenter@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344928@vm-rewards.com>
Subject: DISH Network pays you 100 to try Satellite TV
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.3 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63


Images not loading? View this offer by visiting this link



**MyDishNow is an authorized retailer of Dish Network.**

---



 **MyDishNow, 2134B St. Andrews Blvd., Boca Raton, FL 33433**



**If you can not see our footer image, please visit here.**

From ???@??? Sat Apr 22 09:10:11 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter344928@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 19777 invoked from network); 22 Apr 2006 03:00:24 -0600
Received: from vm-181-252.vm-mail.com (206.82.181.252)
   by clrobin.com with SMTP; 22 Apr 2006 03:00:22 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-252.vm-mail.com with SMTP; 22 Apr 2006 04:00:20 -0500
X-ClientHost:
10610510906410511610010510011011111610111010010114105103104116046099111109
X-MailingID: 344928
From: Satellite TV Center <SatelliteTVCenter@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344928@vm-rewards.com>
Subject: DISH Network pays you 100 to try Satellite TV
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link



MyDishNow is an authorized retailer of Dish Network.

**MyDishNow, 2134B St. Andrews Blvd., Boca Raton, FL 33433**



**If you can not see our footer image, please visit here.**

From ???@??? Sat Apr 22 09:09:49 2006
X-Persona: <Celia>
Return-Path: <mailcenter344928@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 2882 invoked from network); 22 Apr 2006 02:18:40 -0600
Received: from vm-180-223.vm-mail.com (206.82.180.223)
   by anthonycentral.com with SMTP; 22 Apr 2006 02:18:38 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-223.vm-mail.com with SMTP; 22 Apr 2006 03:18:38 -0500
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 344928
From: Satellite TV Center <SatelliteTVCenter@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344928@vm-rewards.com>
Subject: DISH Network pays you 100 to try Satellite TV
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.3 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63


Images not loading? View this offer by visiting this link



**MyDishNow is an authorized retailer of Dish Network.**

---

**MyDishNow, 2134B St. Andrews Blvd., Boca Raton, FL 33433**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 20 12:56:49 2006
X-Persona: <Anthony>
Return-Path: <mailcenter344506@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 2248 invoked from network); 20 Apr 2006 08:36:22 -0600
Received: from vm-180-67.vm-mail.com (206.82.180.67)
   by clrobin.com with SMTP; 20 Apr 2006 08:36:21 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-67.vm-mail.com with SMTP; 20 Apr 2006 09:36:17 -0500
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 344506
From: Satellite TV Center <SatelliteTVCenter@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344506@vm-rewards.com>
Subject: Don't miss a swing with your complimentary DVR
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.3 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



MyDishNow 2134B St. Andrews Blvd. Boca Raton, FL 33433

If you can not see our footer image, please visit here.

From ???@??? Tue Mar 07 19:12:30 2006
X-Persona: <Mila>
Return-Path: <mailcenter339452@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 13089 invoked from network); 6 Mar 2006 02:58:15 -0600
Received: from vm-181-130.vm-mail.com (206.82.181.130)
   by chiefmusician.net with SMTP; 6 Mar 2006 02:58:15 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-130.vm-mail.com with SMTP; 06 Mar 2006 02:58:03 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 339452
From: Satellite TV Center <SatelliteTVCenter@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339452@vm-rewards.com>
Subject: DISH Network pays you 100 to try Satellite TV
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.3 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63

Images not loading? View this offer by visiting this link



**MyDishNow is an authorized retailer of Dish Network.**

---


 **MyDishNow, 2134B St. Andrews Blvd., Boca Raton, FL 33433**


**If you can not see our footer image, please visit here.**

From ???@??? Tue Mar 07 16:04:40 2006
X-Persona: <Jay>
Return-Path: <mailcenter339452@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 15459 invoked from network); 6 Mar 2006 02:58:20 -0600
Received: from vm-181-121.vm-mail.com (206.82.181.121)
  by xj4x4.net with SMTP; 6 Mar 2006 02:58:20 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-121.vm-mail.com with SMTP; 06 Mar 2006 02:58:08 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 339452
From: Satellite TV Center <SatelliteTVCenter@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339452@vm-rewards.com>
Subject: DISH Network pays you 100 to try Satellite TV
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.3 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63


Images not loading? View this offer by visiting this link



**MyDishNow is an authorized retailer of Dish Network.**

---



 **MyDishNow, 2134B St. Andrews Blvd., Boca Raton, FL 33433**



**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Mar 07 16:04:00 2006
X-Persona: <Celia>
Return-Path: <mailcenter339452@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 17988 invoked from network); 6 Mar 2006 03:59:51 -0600
Received: from vm-181-164.vm-mail.com (206.82.181.164)
   by anthonycentral.com with SMTP; 6 Mar 2006 03:59:51 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-164.vm-mail.com with SMTP; 06 Mar 2006 03:59:38 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 339452
From: Satellite TV Center <SatelliteTVCenter@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339452@vm-rewards.com>
Subject: DISH Network pays you 100 to try Satellite TV
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.3 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**MyDishNow is an authorized retailer of Dish Network.**

---



 **MyDishNow, 2134B St. Andrews Blvd., Boca Raton, FL 33433**



**If you can not see our footer image, please visit here.**

From ???@??? Tue Mar 07 16:03:59 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter339452@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 25347 invoked from network); 6 Mar 2006 02:57:43 -0600
Received: from vm-181-177.vm-mail.com (206.82.181.177)
   by ehahome.com with SMTP; 6 Mar 2006 02:57:43 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-177.vm-mail.com with SMTP; 06 Mar 2006 02:57:29 -0600
X-ClientHost:
10610510906410511610010510011011111610111010010114105103104116046099111109
X-MailingID: 339452
From: Satellite TV Center <SatelliteTVCenter@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339452@vm-rewards.com>
Subject: DISH Network pays you 100 to try Satellite TV
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



MyDishNow is an authorized retailer of Dish Network.

**MyDishNow, 2134B St. Andrews Blvd., Boca Raton, FL 33433**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Mar 06 16:48:36 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter339452@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 15812 invoked from network); 6 Mar 2006 02:58:21 -0600
Received: from vm-181-144.vm-mail.com (206.82.181.144)
   by gordonworks.com with SMTP; 6 Mar 2006 02:58:21 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-144.vm-mail.com with SMTP; 06 Mar 2006 02:58:08 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 339452
From: Satellite TV Center <SatelliteTVCenter@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339452@vm-rewards.com>
Subject: DISH Network pays you 100 to try Satellite TV
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.3 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**MyDishNow is an authorized retailer of Dish Network.**

---

**MyDishNow, 2134B St. Andrews Blvd., Boca Raton, FL 33433**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Mar 06 07:35:48 2006
X-Persona: <RCW>
Return-Path: <mailcenter339452@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 2851 invoked from network); 6 Mar 2006 04:03:21 -0600
Received: from vm-181-15.vm-mail.com (206.82.181.15)
   by anthonycentral.com with SMTP; 6 Mar 2006 04:03:21 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-15.vm-mail.com with SMTP; 06 Mar 2006 04:03:07 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 339452
From: Satellite TV Center <SatelliteTVCenter@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339452@vm-rewards.com>
Subject: DISH Network pays you 100 to try Satellite TV
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



**MyDishNow is an authorized retailer of Dish Network.**

 **MyDishNow, 2134B St. Andrews Blvd., Boca Raton, FL 33433**



**If you can not see our footer image, please visit here.**