Gordon v. Virtumundo Inc et al                                                    Doc. 66 Att.

From ???@??? Tue Feb 28 17:41:49 2006
X-Persona: <Mila>
Return-Path: <mailcenter338994@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 6755 invoked from network); 27 Feb 2006 01:38:26 -0600
Received: from vm-184-101.vm-mail.com (HELO pkc-sb01) (206.82.184.101)
  by gnwalpha.org with SMTP; 27 Feb 2006 01:38:25 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 27 Feb 2006 01:38:10 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 338994
From: Satellite TV Center <SatelliteTVCenter@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338994@vm-rewards.com>
Subject: DISH Network pays you 100 to try Satellite TV
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.3 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63


Images not loading? View this offer by visiting this link



Dockets.Justia.com

**MyDishNow is an authorized retailer of Dish Network.**

---

**MyDishNow, 2134B St. Andrews Blvd., Boca Raton, FL 33433**

**If you can not see our footer image, please visit here.**

From ???@??? Mon Feb 27 23:22:10 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter338994@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 14496 invoked from network); 27 Feb 2006 01:34:03 -0600
Received: from vm-184-101.vm-mail.com (HELO pkc-sb01) (206.82.184.101)
   by omniinnovations.com with SMTP; 27 Feb 2006 01:34:03 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 27 Feb 2006 01:33:49 -0600
X-ClientHost:
10610510906410511610010510011011111610111101001141051031041160460991111109
X-MailingID: 338994
From: Satellite TV Center <SatelliteTVCenter@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338994@vm-rewards.com>
Subject: DISH Network pays you 100 to try Satellite TV
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link



MyDishNow is an authorized retailer of Dish Network.

**MyDishNow, 2134B St. Andrews Blvd., Boca Raton, FL 33433**

If you can not see our footer image, please visit here.

```
From ???@??? Mon Feb 27 23:20:13 2006
X-Persona: <Jay>
Return-Path: <mailcenter338994@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 20704 invoked from network); 27 Feb 2006 01:38:55 -0600
Received: from vm-184-101.vm-mail.com (HELO pkc-sb01) (206.82.184.101)
  by gordonworks.com with SMTP; 27 Feb 2006 01:38:54 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 27 Feb 2006 01:38:36 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 338994
From: Satellite TV Center <SatelliteTVCenter@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338994@vm-rewards.com>
Subject: DISH Network pays you 100 to try Satellite TV
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.3 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**MyDishNow is an authorized retailer of Dish Network.**

---



**MyDishNow, 2134B St. Andrews Blvd., Boca Raton, FL 33433**



**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 27 23:20:06 2006
X-Persona: <Celia>
Return-Path: <mailcenter338994@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 32611 invoked from network); 26 Feb 2006 12:58:33 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by celiajay.com with SMTP; 26 Feb 2006 12:58:32 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 26 Feb 2006 12:58:20 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 338994
From: Satellite TV Center <SatelliteTVCenter@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338994@vm-rewards.com>
Subject: *****SPAM***** DISH Network pays you 100 to try Satellite TV
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.6 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

**Images not loading? View this offer by visiting this link**





**MyDishNow is an authorized retailer of Dish Network.**

 **MyDishNow, 2134B St. Andrews Blvd., Boca Raton, FL 33433**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 27 12:07:49 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter338994@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 21505 invoked from network); 27 Feb 2006 01:38:56 -0600
Received: from vm-184-101.vm-mail.com (HELO pkc-sb01) (206.82.184.101)
   by omniinnovations.com with SMTP; 27 Feb 2006 01:38:55 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 27 Feb 2006 01:38:42 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 338994
From: Satellite TV Center <SatelliteTVCenter@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338994@vm-rewards.com>
Subject: DISH Network pays you 100 to try Satellite TV
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.3 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
       HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**MyDishNow is an authorized retailer of Dish Network.**

---

**MyDishNow, 2134B St. Andrews Blvd., Boca Raton, FL 33433**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Feb 26 14:47:48 2006
X-Persona: <RCW>
Return-Path: <mailcenter338994@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 13282 invoked from network); 26 Feb 2006 13:19:06 -0600
Received: from vm-184-101.vm-mail.com (HELO pkc-sb01) (206.82.184.101)
  by chiefmusician.net with SMTP; 26 Feb 2006 13:19:06 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 26 Feb 2006 13:18:54 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 338994
From: Satellite TV Center <SatelliteTVCenter@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338994@vm-rewards.com>
Subject: DISH Network pays you 100 to try Satellite TV
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



MyDishNow is an authorized retailer of Dish Network.

MyDishNow, 2134B St. Andrews Blvd., Boca Raton, FL 33433

If you can not see our footer image, please visit here.

From ???@??? Sat Sep 09 12:53:55 2006
X-Persona: <2nd User>
Return-Path: <mailcenter362266@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 26499 invoked from network); 3 Sep 2006 14:58:18 -0600
Received: from static-vmg-187-81.vm-mail.com (HELO vm-187-81.vm-mail.com)
(206.82.187.81)
  by anthonycentral.com with SMTP; 3 Sep 2006 14:58:18 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-81.vm-mail.com with SMTP; 03 Sep 2006 15:58:14 -0500
X-ClientHost: 1161111091091210641060971091091161111091090460991111109
X-MailingID: 362266
From: Satellite TV Center <SatelliteTVCenter@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+362266@vm-rewards.com>
Subject: DISH Network pays you 100 dollars to cancel cable
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=DATE_MISSING,HTML_50_60,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63


Images not loading? View this offer by visiting this link






 If you would like to no longer receive any further email messages from the
advertiser above sent by Virtumundo,
 visit this link

MyDishNow 2134B St. Andrews Blvd. Boca Raton, FL 33433

 Please send any questions or concerns about the Virtumundo Rewards program
to: Virtumundo, Inc. 8400 West
 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To
remove yourself from receiving
 further email as a subscriber of Virtumundo Rewards, go to
http://www.virtumundo.com/change or visit here. The
 products and/or services advertised in this email are the sole responsibility
of the advertiser, and questions about
 this offer should be directed to the advertiser.

 If you can not see our footer image, please visit here.

```
From ???@??? Wed Oct 15 23:39:40 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215443-5414>; Thu, 16 Oct
2003 00:56:49 -0400
Received: from vm104.vmadmin.com ([216.64.222.104]) by ams.ftl.affinity.com
with ESMTP id <216960-5412>; Wed, 15 Oct 2003 22:42:18 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm104.vmadmin.com with SMTP; 15 Oct 2003 21:42:15 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 164167
From: Satellite TV System <SatelliteTVSystem164167@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+164167@virtumundo.com>
Subject: 4 Rooms of DirecTV plus 4 Months Free
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct15.224218-0400_edt.216960-5412+5826@ams.ftl.affinity.com>
Date:Wed, 15 Oct 2003 22:42:17 -0400
```



**You must use promo code LAVM39 to receive this special promotion!**

---

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Oct 15 23:39:40 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214514-5414>; Thu, 16 Oct 2003 00:56:49 -0400
Received: from vm104.vmadmin.com ([216.64.222.104]) by ams.ftl.affinity.com
with ESMTP id <215970-5410>; Wed, 15 Oct 2003 22:42:17 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm104.vmadmin.com with SMTP; 15 Oct 2003 21:42:15 -0500
X-ClientHost: 1020971211010641031111141001111011911111410711504609911109
X-MailingID: 164167
From: Satellite TV System <SatelliteTVSystem164167@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+164167@virtumundo.com>
Subject: 4 Rooms of DirecTV plus 4 Months Free
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct15.224217-0400_edt.215970-5410+5721@ams.ftl.affinity.com>
Date:Wed, 15 Oct 2003 22:42:16 -0400
```



**You must use promo code LAVM39 to receive this special promotion!**

---



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Oct 15 23:35:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214154-5280>; Wed, 15 Oct 2003 22:41:16 -0400
Received: from vm139.vmadmin.com ([216.64.222.139]) by ams.ftl.affinity.com
with ESMTP id <215680-5288>; Wed, 15 Oct 2003 22:40:37 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm139.vmadmin.com with SMTP; 15 Oct 2003 21:40:32 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 164167
From: Satellite TV System <SatelliteTVSystem164167@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Satellite TV System <SatelliteTVSystem164167@replies.virtumundo.com>
Subject: 4 Rooms of DirecTV plus 4 Months Free
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct15.224037-0400_edt.215680-5288+20844@ams.ftl.affinity.com>
Date:Wed, 15 Oct 2003 22:40:36 -0400
```



**You must use promo code LAVM39 to receive this special promotion!**



    You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Oct 15 23:39:40 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <220672-5414>; Thu, 16 Oct 2003 00:56:49 -0400
Received: from vm104.vmadmin.com ([216.64.222.104]) by ams.ftl.affinity.com
with ESMTP id <215294-5407>; Wed, 15 Oct 2003 22:42:18 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm104.vmadmin.com with SMTP; 15 Oct 2003 21:42:15 -0500
X-ClientHost:
10609710910510809706410311114100111101191111410711504609911109
X-MailingID: 164167
From: Satellite TV System <SatelliteTVSystem164167@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+164167@virtumundo.com>
Subject: 4 Rooms of DirecTV plus 4 Months Free
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct15.224218-0400_edt.215294-5407+5930@ams.ftl.affinity.com>
Date:Wed, 15 Oct 2003 22:42:17 -0400
```



**You must use promo code LAVM39 to receive this special promotion!**



　　　You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Oct 17 08:16:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219653-1071>; Fri, 17 Oct 2003 05:36:43 -0400
Received: from vm215.vmadmin.com ([216.64.222.215]) by ams.ftl.affinity.com
with ESMTP id <469571-1068>; Thu, 16 Oct 2003 22:48:57 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm215.vmadmin.com with SMTP; 16 Oct 2003 21:48:51 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 164168
From: Satellite TV System <SatelliteTVSystem164168@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+164168@virtumundo.com>
Subject: 4 Rooms of DirecTV plus 4 Months Free
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct16.224857-0400_edt.469571-1068+2954@ams.ftl.affinity.com>
Date:Thu, 16 Oct 2003 22:48:55 -0400
```



**You must use promo code LAVM39 to receive this special promotion!**



    You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Sep 29 16:38:20 2005
X-Persona: <Indi>
Return-Path: <mailcenter330175@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 28 Sep 2005 17:15:45 -0600
From: Save On Printer Ink <SaveOnPrinterInk@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Low on ink? Save up to 85% and no shipping charges
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.7 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,SAVE_UP_TO,SAVINGS,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433B2421.2A73CE4F"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4345&e=indi@jammtomm.com
  URI:http://ogy.cc/chldpnas/New1_08_1_05_01.gif
  URI:http://redirect.virtumundo.com/ct?i'4345&e=indi@jammtomm.com [...]

Content analysis details:   (8.7 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 0.4 SAVINGS                Subject talks about savings
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 SAVE_UP_TO             BODY: Save Up To
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                   [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 5061 invoked from network); 28 Sep 2005 17:15:44 -0600
Received: from vm-182-29.vm-mail.com (206.82.182.29)
  by omniinnovations.com with SMTP; 28 Sep 2005 17:15:44 -0600
Received: from vm-mail.com (192.168.3.20)

```
   by vm-182-29.vm-mail.com with SMTP; 28 Sep 2005 18:15:43 -0500
X-ClientHost: 1051101001050641060971091091161111091090460990111109
X-MailingID: 330175
From: Save On Printer Ink <SaveOnPrinterInk@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330175@vm-rewards.com>
Subject: Low on ink? Save up to 85% and no shipping charges
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Low on ink
Save1.htm"
```

```
From ???@??? Sat Sep 17 22:30:45 2005
X-Persona: <Indi>
Return-Path: <mailcenter329703@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 15 Sep 2005 23:27:02 -0600
From: Save On Printer Ink <SaveOnPrinterInk@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Low on ink? Save up to 85% with no shipping charges
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.7 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,SAVE_UP_TO,SAVINGS,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_432A57A6.D42B6E1A"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4162&e=indi@jammtomm.com
  URI:http://ogy.cc/fanglopw/Fall_s_01.gif
  URI:http://ogy.cc/fanglopw/spacer.gif [...]

Content analysis details:   (8.7 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 0.4 SAVINGS                Subject talks about savings
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 SAVE_UP_TO             BODY: Save Up To
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 10149 invoked from network); 15 Sep 2005 23:27:01 -0600
Received: from vm-181-2.vm-mail.com (206.82.181.2)
  by greatnorthwest-alpha.org with SMTP; 15 Sep 2005 23:27:01 -0600
Received: from vm-mail.com (192.168.3.20)
```

```
   by vm-181-2.vm-mail.com with SMTP; 16 Sep 2005 00:27:01 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 329703
From: Save On Printer Ink <SaveOnPrinterInk@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329703@vm-rewards.com>
Subject: Low on ink? Save up to 85% with no shipping charges
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Low on ink
Save.htm"
```

```
From ???@??? Fri Sep 30 12:51:02 2005
X-Persona: <hum>
Return-Path: <mailcenter330175@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 19623 invoked from network); 28 Sep 2005 17:27:41 -0600
Received: from vm-180-232.vm-mail.com (206.82.180.232)
  by gordonworks.com with SMTP; 28 Sep 2005 17:27:41 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-232.vm-mail.com with SMTP; 28 Sep 2005 18:27:39 -0500
X-ClientHost: 10411710906410110409710411110910104609911109
X-MailingID: 330175
From: Save On Printer Ink <SaveOnPrinterInk@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330175@vm-rewards.com>
Subject: *****SPAM***** Low on ink? Save up to 85% and no shipping charges
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.7 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,SAVE_UP_TO,SAVINGS,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       * 1.0 DATE_MISSING Missing Date: header
       * 0.4 SAVINGS Subject talks about savings
       * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       * 0.1 SAVE_UP_TO BODY: Save Up To
       * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       * 0.0 HTML_MESSAGE BODY: HTML included in message
       * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       * 1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
       *     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```








**101Inks, 21632 Lassen Street, Chatworth, CA, 91311**



**If you can not see our footer image, please** visit here.

```
From ???@??? Fri Oct 10 15:08:59 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <726015-22865>; Fri, 10 Oct 2003 17:01:14 -0400
Received: from vm139.vmadmin.com ([216.64.222.139]) by ams.ftl.affinity.com
with ESMTP id <3790907-5331>; Fri, 10 Oct 2003 17:00:11 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm139.vmadmin.com with SMTP; 10 Oct 2003 15:59:58 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 158523
From: Save on Used Textbooks <SaveOnUsedTextbooks158523@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Save on Used Textbooks
<SaveOnUsedTextbooks158523@replies.virtumundo.com>
Subject: Make a smart buy. Get used textbooks.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct10.170011-0400_edt.3790907-5331+18988@ams.ftl.affinity.com>
Date:Fri, 10 Oct 2003 17:00:10 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Oct 23 15:30:44 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <322560-1039>; Thu, 23 Oct
2003 17:26:24 -0400
Received: from vm116.vmadmin.com ([216.64.222.116]) by ams.ftl.affinity.com
with ESMTP id <384392-1043>; Thu, 23 Oct 2003 16:51:04 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm116.vmadmin.com with SMTP; 23 Oct 2003 15:50:52 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911110 9
X-MailingID: 172752
From: Savings Register <DiscountChainShopping172752@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Savings Register
<DiscountChainShopping172752@replies.virtumundo.com>
Subject: Where do you prefer to shop?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct23.165104-0400_edt.384392-1043+2579@ams.ftl.affinity.com>
Date:Thu, 23 Oct 2003 16:51:03 -0400



Dear Jonathan,

TheSavingsRegister wants to know where Americans love to
shop.

Choose from the two rival stores below and tell us which
one you think offers the best shopping experience.

Take our survey today and you'll be registered for the chance to
WIN $10,000. Imagine how much great stuff you could buy when you



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Oct 23 19:35:26 2005
X-Persona: <Indi>
Return-Path: <mailcenter331133@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 4480 invoked from network); 23 Oct 2005 08:32:47 -0600
Received: from vm-183-252.vm-mail.com (206.82.183.252)
   by jaycelia.com with SMTP; 23 Oct 2005 08:32:47 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-183-252.vm-mail.com with SMTP; 23 Oct 2005 09:32:37 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 331133
From: SBA Express <SBAExpress@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331133@vm-rewards.com>
Subject: Start a business with a goverment loan
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63
```



**EZ-Net Biz, P.O. Box 490, St. George, UT 84770**

**If you can not see our footer image, please** visit here.

From ???@??? Tue Oct 11 18:19:08 2005
X-Persona: <Indi>
Return-Path: <mailcenter330400@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 05 Oct 2005 17:13:42 -0600
From: SBA Express <SBAExpress@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Start a business with a goverment loan
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43445E26.087F64FD"


Attachments:
SPAM Start a business.htm


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4483&e=indi@jammtomm.com
  URI:http://ogy.cc/cimonsks/SBA-Ad4_01.jpg
  URI:http://redirect.virtumundo.com/ct?i'4483&e=indi@jammtomm.com
  URI:http://ogy.cc/cimonsks/SBA-Ad4_02.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 20747 invoked from network); 5 Oct 2005 17:13:41 -0600
Received: from vm-177-16.vm-mail.com (206.82.177.16)
  by rcw19190020.com with SMTP; 5 Oct 2005 17:13:41 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-177-16.vm-mail.com with SMTP; 05 Oct 2005 23:13:40 +0000
X-ClientHost: 1051101001050641060971091091161111091090460099111109
X-MailingID: 330400
From: SBA Express <SBAExpress@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330400@vm-rewards.com>
Subject: Start a business with a goverment loan
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Start a
business.htm"
```

```
From ???@??? Fri Oct 07 10:56:03 2005
X-Persona: <hum>
Return-Path: <mailcenter330400@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 3873 invoked from network); 5 Oct 2005 17:22:49 -0600
Received: from vm-180-127.vm-mail.com (206.82.180.127)
   by celiajay.com with SMTP; 5 Oct 2005 17:22:49 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-127.vm-mail.com with SMTP; 05 Oct 2005 18:22:49 -0500
X-ClientHost: 10411710906410110409710411110910104609911109
X-MailingID: 330400
From: SBA Express <SBAExpress@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330400@vm-rewards.com>
Subject: *****SPAM***** Start a business with a goverment loan
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```





 **EasyInternetBusiness.com, PO Box 490 St. Goerge, Utah 84770**



**If you can not see our footer image, please** <u>visit here</u>.

```
From ???@??? Mon Oct 24 11:21:56 2005
X-Persona: <hum>
Return-Path: <mailcenter331133@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 7169 invoked from network); 23 Oct 2005 08:41:10 -0600
Received: from vm-180-213.vm-mail.com (206.82.180.213)
   by jaycelia.com with SMTP; 23 Oct 2005 08:41:09 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-213.vm-mail.com with SMTP; 23 Oct 2005 09:40:58 -0500
X-ClientHost: 1041171090641011040971041111091010460991111109
X-MailingID: 331133
From: SBA Express <SBAExpress@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331133@vm-rewards.com>
Subject: Start a business with a goverment loan
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63
```



**EZ-Net Biz, P.O. Box 490, St. George, UT 84770**

**If you can not see our footer image, please** visit here.

```
From ???@??? Wed Aug 09 19:26:31 2006
X-Persona: <2nd User>
Return-Path: <mailcenter358916@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: from localhost by gordonworks.com
     with SpamAssassin (2.63 2004-01-11);
     Mon, 07 Aug 2006 14:45:17 -0600
From: SBA Funding <SBAFunding@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Subject: *****SPAM***** Get working capital immediately
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
     HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_02,
     HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
     autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44D7A65D.79EADE61"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i)4627&e=tommy@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i)4627&e=tommy@jammtomm.com
  URI:http://ogy.cc/creative1.jpg [...]

Content analysis details:   (7.0 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 19331 invoked from network); 7 Aug 2006 14:45:14 -0600
Received: from static-vmg-185-221.vm-mail.com (HELO vm-185-221.vm-mail.com)
(206.82.185.221)
  by ewaterdragon.com with SMTP; 7 Aug 2006 14:45:14 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-221.vm-mail.com with SMTP; 07 Aug 2006 15:45:13 -0500
```

```
X-ClientHost: 11611110910912106410609710910911611110910904609911109
X-MailingID: 358916
From: SBA Funding <SBAFunding@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+358916@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get
working capi8.htm"
```

```
From ???@??? Fri Aug 04 19:36:39 2006
X-Persona: <2nd User>
Return-Path: <mailcenter357972@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 6627 invoked from network); 31 Jul 2006 14:05:18 -0600
Received: from static-vmg-185-186.vm-mail.com (HELO vm-185-186.vm-mail.com)
(206.82.185.186)
  by celiajay.com with SMTP; 31 Jul 2006 14:05:18 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-186.vm-mail.com with SMTP; 31 Jul 2006 15:05:16 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 357972
From: SBA Funding <SBAFunding@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+357972@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.1 required=7.0 tests=DATE_MISSING,HTML_40_50,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

EZ-Net Biz P.O. Box 490 St. George, UT 84770

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Tue May 16 15:06:03 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter348608@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 29858 invoked from network); 14 May 2006 17:29:52 -0600
Received: from vm-186-120.vm-mail.com (206.82.186.120)
   by chiefmusician.net with SMTP; 14 May 2006 17:29:50 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-120.vm-mail.com with SMTP; 14 May 2006 18:29:48 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 348608
From: SBA Funding <SBAFunding@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348608@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

EZ-Net Biz P.O. Box 490 St. George, UT 84770

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Mon May 15 17:25:25 2006
X-Persona: <Mila>
Return-Path: <mailcenter348608@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sun, 14 May 2006 17:32:57 -0600
From: SBA Funding <SBAFunding@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Get working capital immediately
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ************
X-Spam-Status: Yes, hits=12.3 required=7.0 tests=BAYES_99,DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
      RCVD_IN_SORBS autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4467BE29.1236864C"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(6241&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(6241&e=mila@jammtomm.com
  URI:http://ogy.cc/creative1.jpg [...]

Content analysis details:   (12.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 0.9951]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.1 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
 2.6 RCVD_IN_DYNABLOCK      RBL: Sent directly from dynamic IP address
                            [206.82.186.14 listed in dnsbl.sorbs.net]
 0.1 RCVD_IN_SORBS          RBL: SORBS: sender is listed in SORBS
                            [206.82.186.14 listed in dnsbl.sorbs.net]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.
```

```
Received: (qmail 20610 invoked from network); 14 May 2006 17:32:54 -0600
Received: from vm-186-14.vm-mail.com (206.82.186.14)
  by ehahome.com with SMTP; 14 May 2006 17:32:54 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-14.vm-mail.com with SMTP; 14 May 2006 18:32:36 -0500
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 348608
From: SBA Funding <SBAFunding@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348608@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get
working capi4.htm"
```

```
From ???@??? Wed May 03 21:03:43 2006
X-Persona: <Mila>
Return-Path: <mailcenter346372@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Sat, 29 Apr 2006 01:22:59 -0600
From: SBA Funding <SBAFunding@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Get working capital immediately
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.6 required=7.0 tests=BAYES_99,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44531453.E3B69E09"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(4331&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(4331&e=mila@jammtomm.com
  URI:http://ogy.cc/creative1.jpg [...]

Content analysis details:   (9.6 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 19204 invoked from network); 29 Apr 2006 01:22:57 -0600
Received: from vm-187-252.vm-mail.com (206.82.187.252)
  by anthonycentral.com with SMTP; 29 Apr 2006 01:22:57 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-252.vm-mail.com with SMTP; 29 Apr 2006 02:21:46 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 346372

```
From: SBA Funding <SBAFunding@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346372@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get
working capi.htm"
```

```
From ???@??? Sun Apr 16 12:21:56 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343694@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 3776 invoked from network); 15 Apr 2006 19:01:45 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by clrobin.com with SMTP; 15 Apr 2006 19:01:44 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 15 Apr 2006 20:01:27 -0500
X-ClientHost:
0971101160640971101161041111012109910111011611409710804609911109
X-MailingID: 343694
From: SBA Funding <SBAFunding@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343694@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---



EZ-Net Biz P.O. Box 490 St. George, UT 84770

If you can not see our footer image, please visit here.

From ???@??? Sun Apr 16 12:21:56 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343694@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 4482 invoked from network); 15 Apr 2006 19:01:46 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by clrobin.com with SMTP; 15 Apr 2006 19:01:46 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 15 Apr 2006 20:01:27 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 343694
From: SBA Funding <SBAFunding@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343694@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63


Images not loading? View this offer by visiting this link



---

 EZ-Net Biz P.O. Box 490 St. George, UT 84770



      If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 16 12:21:56 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343694@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 6022 invoked from network); 15 Apr 2006 19:01:50 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by clrobin.com with SMTP; 15 Apr 2006 19:01:48 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 15 Apr 2006 20:01:27 -0500
X-ClientHost:
10010111909712111010106409711011610411110121099101110116114097108046099111109
X-MailingID: 343694
From: SBA Funding <SBAFunding@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343694@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



---



EZ-Net Biz P.O. Box 490 St. George, UT 84770

If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 16 12:21:56 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343694@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 7108 invoked from network); 15 Apr 2006 19:01:52 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by clrobin.com with SMTP; 15 Apr 2006 19:01:52 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 15 Apr 2006 20:01:27 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 343694
From: SBA Funding <SBAFunding@vm-mail.com>
To: tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343694@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---

**EZ-Net Biz P.O. Box 490 St. George, UT 84770**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 16 12:20:34 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter343694@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 3619 invoked from network); 15 Apr 2006 16:07:03 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by itdidnotendright.com with SMTP; 15 Apr 2006 16:07:00 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 15 Apr 2006 17:06:58 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 343694
From: SBA Funding <SBAFunding@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343694@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---


**EZ-Net Biz P.O. Box 490 St. George, UT 84770**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 16 12:17:58 2006
X-Persona: <Jay>
Return-Path: <mailcenter343694@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 2476 invoked from network); 15 Apr 2006 16:09:03 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by omniinnovations.com with SMTP; 15 Apr 2006 16:09:03 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 15 Apr 2006 17:09:01 -0500
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 343694
From: SBA Funding <SBAFunding@vm-mail.com>
To: jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343694@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_60,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
       autolearn=no version=2.63
X-Spam-Report:
       *  1.9 DATE_MISSING Missing Date: header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  1.6 BAYES_60 BODY: Bayesian spam probability is 60 to 70%
       *      [score: 0.6440]
       *  0.1 HTML_MESSAGE BODY: HTML included in message
       *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





EZ-Net Biz P.O. Box 490 St. George, UT 84770

        If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 16 12:17:10 2006
X-Persona: <Celia>
Return-Path: <mailcenter343694@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 1888 invoked from network); 16 Apr 2006 06:07:18 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by jammtomm.com with SMTP; 16 Apr 2006 06:07:16 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 16 Apr 2006 07:07:09 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 343694
From: SBA Funding <SBAFunding@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343694@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       * 1.0 DATE_MISSING Missing Date: header
       * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       * 0.0 HTML_MESSAGE BODY: HTML included in message
       * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       * 2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *       [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

**Images not loading? View this offer by visiting this link**



---



**EZ-Net Biz P.O. Box 490 St. George, UT 84770**

          **If you can not see our footer image, please visit here.**

From ???@??? Sun Apr 16 11:14:09 2006
X-Persona: <Mila>
Return-Path: <mailcenter343694@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sat, 15 Apr 2006 16:08:51 -0600
From: SBA Funding <SBAFunding@vm-mail.com>
To: jamila <mila@jammtomm.com>
Subject: *****SPAM***** Get working capital immediately
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.1 required=7.0 tests=BAYES_99,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44416EF3.6B44F3D4"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(2385&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(2385&e=mila@jammtomm.com
  URI:http://ogy.cc/creative1.jpg [...]

Content analysis details:   (11.1 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
                [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 26272 invoked from network); 15 Apr 2006 16:08:48 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaycelia.com with SMTP; 15 Apr 2006 16:08:46 -0600
Received: from vm-mail.com (10.0.0.42)

```
  by pkc-sb01 with SMTP; 15 Apr 2006 17:08:43 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 343694
From: SBA Funding <SBAFunding@vm-mail.com>
To: jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343694@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get
working capi6.htm"
```

```
From ???@??? Sat Apr 15 16:20:33 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter343694@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 3333 invoked from network); 15 Apr 2006 16:09:04 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaykaysplace.com with SMTP; 15 Apr 2006 16:09:04 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 15 Apr 2006 17:09:02 -0500
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 343694
From: SBA Funding <SBAFunding@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343694@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link



---

 EZ-Net Biz P.O. Box 490 St. George, UT 84770



         If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 09 09:50:29 2006
X-Persona: <Jay>
Return-Path: <mailcenter342944@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 7555 invoked from network); 6 Apr 2006 20:54:05 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by anthonycentral.com with SMTP; 6 Apr 2006 20:54:02 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 06 Apr 2006 21:52:29 -0500
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 342944
From: SBA Funding <SBAFunding@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342944@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.5 required=7.0 tests=BAYES_60,BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
       * 1.9 DATE_MISSING Missing Date: header
       * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       * 1.6 BAYES_60 BODY: Bayesian spam probability is 60 to 70%
       *     [score: 0.6500]
       * 0.1 HTML_MESSAGE BODY: HTML included in message
       * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link



EZ-Net Biz P.O. Box 490 St. George, UT 84770

        If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 09 09:45:48 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter342944@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 4392 invoked from network); 6 Apr 2006 20:50:51 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by omniinnovations.com with SMTP; 6 Apr 2006 20:50:50 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 06 Apr 2006 21:50:48 -0500
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 342944
From: SBA Funding <SBAFunding@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342944@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---



**EZ-Net Biz P.O. Box 490 St. George, UT 84770**

**If you can not see our footer image, please visit here.**

From ???@??? Sun Apr 09 09:43:58 2006
X-Persona: <Celia>
Return-Path: <mailcenter342944@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 25026 invoked from network); 6 Apr 2006 20:10:52 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by chiefmusician.net with SMTP; 6 Apr 2006 20:10:48 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 06 Apr 2006 21:10:03 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 342944
From: SBA Funding <SBAFunding@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342944@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.2 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]


Images not loading? View this offer by visiting this link



---

EZ-Net Biz P.O. Box 490 St. George, UT 84770

      If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 07 13:20:20 2006
Return-Path: <mailcenter342944@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 29572 invoked from network); 6 Apr 2006 19:31:21 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by ehahome.com with SMTP; 6 Apr 2006 19:31:18 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 06 Apr 2006 20:31:10 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 342944
From: SBA Funding <SBAFunding@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342944@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5064]
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

**Images not loading? View this offer by visiting this link**





**EZ-Net Biz P.O. Box 490 St. George, UT 84770**

        **If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 13:20:20 2006
Return-Path: <mailcenter342944@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 27525 invoked from network); 6 Apr 2006 19:31:17 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by ehahome.com with SMTP; 6 Apr 2006 19:31:13 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 06 Apr 2006 20:31:10 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 342944
From: SBA Funding <SBAFunding@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342944@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
      *      [score: 0.5064]
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

**Images not loading? View this offer by visiting this link**





**EZ-Net Biz P.O. Box 490 St. George, UT 84770**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 13:20:20 2006
Return-Path: <mailcenter342944@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 31268 invoked from network); 6 Apr 2006 19:31:23 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by ehahome.com with SMTP; 6 Apr 2006 19:31:22 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 06 Apr 2006 20:31:10 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 342944
From: SBA Funding <SBAFunding@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342944@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
      *      [score: 0.5064]
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





EZ-Net Biz P.O. Box 490 St. George, UT 84770

        If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 07 13:20:20 2006
Return-Path: <mailcenter342944@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 1182 invoked from network); 6 Apr 2006 19:31:31 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by ehahome.com with SMTP; 6 Apr 2006 19:31:27 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 06 Apr 2006 20:31:10 -0500
X-ClientHost:
11509711010012106409711011610411110121099101110116114097108046099111109
X-MailingID: 342944
From: SBA Funding <SBAFunding@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342944@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5064]
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link



---



EZ-Net Biz P.O. Box 490 St. George, UT 84770



          If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 07 13:20:20 2006
Return-Path: <mailcenter342944@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 3105 invoked from network); 6 Apr 2006 19:31:33 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by ehahome.com with SMTP; 6 Apr 2006 19:31:31 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 06 Apr 2006 20:31:10 -0500
X-ClientHost: 11610606409711011610411111012109910110101611409710804609911109
X-MailingID: 342944
From: SBA Funding <SBAFunding@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342944@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5064]
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link



---

 EZ-Net Biz P.O. Box 490 St. George, UT 84770



    If you can not see our footer image, please visit here.

From ???@??? Thu Apr 06 22:23:01 2006
X-Persona: <Mila>
Return-Path: <mailcenter342944@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 06 Apr 2006 20:53:31 -0600
From: SBA Funding <SBAFunding@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Get working capital immediately
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *************
X-Spam-Status: Yes, hits=13.4 required=7.0 tests=BAYES_99,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4435D42B.6E6E5EC1"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(1781&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(1781&e=mila@jammtomm.com
  URI:http://ogy.cc/creative1.jpg [...]

Content analysis details:   (13.4 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
                [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 11458 invoked from network); 6 Apr 2006 20:52:52 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)

```
  by celiajay.com with SMTP; 6 Apr 2006 20:52:33 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 06 Apr 2006 21:52:16 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 342944
From: SBA Funding <SBAFunding@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342944@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get
working capi3.htm"
```

```
From ???@??? Thu Apr 06 21:18:44 2006
X-Persona: <Anthony>
Return-Path: <mailcenter342944@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 29572 invoked from network); 6 Apr 2006 19:31:21 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by ehahome.com with SMTP; 6 Apr 2006 19:31:18 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 06 Apr 2006 20:31:10 -0500
X-ClientHost:
0991041170991070640971101161041111101210991011101161140971080046099111109
X-MailingID: 342944
From: SBA Funding <SBAFunding@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342944@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5064]
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link



---

 EZ-Net Biz P.O. Box 490 St. George, UT 84770



        If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 06 21:18:44 2006
X-Persona: <Anthony>
Return-Path: <mailcenter342944@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 27525 invoked from network); 6 Apr 2006 19:31:17 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by ehahome.com with SMTP; 6 Apr 2006 19:31:13 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 06 Apr 2006 20:31:10 -0500
X-ClientHost:
09711011606409711011610411110121099101110116114097108046099111109
X-MailingID: 342944
From: SBA Funding <SBAFunding@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342944@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
      *      [score: 0.5064]
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





EZ-Net Biz P.O. Box 490 St. George, UT 84770

         If you can not see our footer image, please visit here.

From ???@??? Thu Apr 06 21:18:44 2006
X-Persona: <Anthony>
Return-Path: <mailcenter342944@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 31268 invoked from network); 6 Apr 2006 19:31:23 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by ehahome.com with SMTP; 6 Apr 2006 19:31:22 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 06 Apr 2006 20:31:10 -0500
X-ClientHost:
10010111909712111010106409711011610411110121099101110116114097108046099111109
X-MailingID: 342944
From: SBA Funding <SBAFunding@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342944@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
      *      [score: 0.5064]
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]


Images not loading? View this offer by visiting this link



---


EZ-Net Biz P.O. Box 490 St. George, UT 84770

        If you can not see our footer image, please visit here.

From ???@??? Thu Apr 06 21:18:44 2006
X-Persona: <Anthony>
Return-Path: <mailcenter342944@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 1182 invoked from network); 6 Apr 2006 19:31:31 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by ehahome.com with SMTP; 6 Apr 2006 19:31:27 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 06 Apr 2006 20:31:10 -0500
X-ClientHost:
11509711010021206409711011610411111012109910111011611409710804609911109
X-MailingID: 342944
From: SBA Funding <SBAFunding@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342944@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5064]
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]


Images not loading? View this offer by visiting this link




---


EZ-Net Biz P.O. Box 490 St. George, UT 84770


        If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 06 21:18:44 2006
X-Persona: <Anthony>
Return-Path: <mailcenter342944@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 3105 invoked from network); 6 Apr 2006 19:31:33 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by ehahome.com with SMTP; 6 Apr 2006 19:31:31 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 06 Apr 2006 20:31:10 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 342944
From: SBA Funding <SBAFunding@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342944@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
       *  1.9 DATE_MISSING Missing Date: header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.1 HTML_MESSAGE BODY: HTML included in message
       *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
       *      [score: 0.5064]
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link



---



EZ-Net Biz P.O. Box 490 St. George, UT 84770



If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 06 19:59:39 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter342944@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 19971 invoked from network); 6 Apr 2006 20:53:08 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by rcw19190020.com with SMTP; 6 Apr 2006 20:52:37 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 06 Apr 2006 21:52:30 -0500
X-ClientHost: 10611111006410609712110709712115112108097099101046099111109
X-MailingID: 342944
From: SBA Funding <SBAFunding@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342944@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.2 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link



---



EZ-Net Biz P.O. Box 490 St. George, UT 84770



        If you can not see our footer image, please visit here.

From ???@??? Wed Mar 29 09:59:36 2006
X-Persona: <Mila>
Return-Path: <mailcenter341076@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 29 Mar 2006 11:09:56 -0600
From: SBA Funding <SBAFunding@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Get working capital immediately
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ************
X-Spam-Status: Yes, hits=12.3 required=7.0 tests=BAYES_99,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_442ABF64.4F39C748"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(0425&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(0425&e=mila@jammtomm.com
  URI:http://ogy.cc/creative1.jpg [...]

Content analysis details:   (12.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 2.6 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 9635 invoked from network); 29 Mar 2006 11:09:53 -0600
Received: from vm-180-145.vm-mail.com (206.82.180.145)
  by itdidnotendright.com with SMTP; 29 Mar 2006 11:09:52 -0600
Received: from vm-mail.com (192.168.3.20)

```
  by vm-180-145.vm-mail.com with SMTP; 29 Mar 2006 11:09:39 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 341076
From: SBA Funding <SBAFunding@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341076@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get
working capi2.htm"
```

```
From ???@??? Fri Sep 01 10:54:42 2006
X-Persona: <2nd User>
Return-Path: <mailcenter362022@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 1640 invoked from network); 31 Aug 2006 17:55:55 -0600
Received: from static-vmg-187-118.vm-mail.com (HELO vm-187-118.vm-mail.com)
(206.82.187.118)
  by rcw19190020.com with SMTP; 31 Aug 2006 17:55:55 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-118.vm-mail.com with SMTP; 31 Aug 2006 18:55:53 -0500
X-ClientHost: 11611110910912106410609710910911611110910904609911109
X-MailingID: 362022
From: SBA Funding <SBAFunding@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+362022@vm-rewards.com>
Subject: Let the government fund your dream
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=DATE_MISSING,HTML_50_60,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





 If you would like to no longer receive any further email messages from the
advertiser above sent by Virtumundo,
 visit this link

Raven Media Inc. Remove 2620 South Maryland Pkwy #859-A Las Vegas, NV 89109

 Please send any questions or concerns about the Virtumundo Rewards program
to: Virtumundo, Inc. 8400 West
 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To
remove yourself from receiving
 further email as a subscriber of Virtumundo Rewards, go to
http://www.virtumundo.com/change or visit here. The
 products and/or services advertised in this email are the sole responsibility
of the advertiser, and questions about
 this offer should be directed to the advertiser.

 If you can not see our footer image, please visit here.



```
From ???@??? Mon Jan 30 09:14:32 2006
X-Persona: <Jay>
Return-Path: <mailcenter335950@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 9986 invoked from network); 22 Jan 2006 09:20:25 -0600
Received: from vm-181-167.vm-mail.com (206.82.181.167)
   by anthonycentral.com with SMTP; 22 Jan 2006 09:20:24 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-167.vm-mail.com with SMTP; 22 Jan 2006 09:20:11 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 335950
From: SBA Funds   <SBAFunds@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335950@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



EZ-Net Biz, P.O. Box 490, St. George, UT 84770

     If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 08:56:15 2006
X-Persona: <Jay>
Return-Path: <mailcenter335950@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 9986 invoked from network); 22 Jan 2006 09:20:25 -0600
Received: from vm-181-167.vm-mail.com (206.82.181.167)
  by anthonycentral.com with SMTP; 22 Jan 2006 09:20:24 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-167.vm-mail.com with SMTP; 22 Jan 2006 09:20:11 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 335950
From: SBA Funds  <SBAFunds@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335950@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



EZ-Net Biz, P.O. Box 490, St. George, UT 84770

If you can not see our footer image, please visit here.

```
From ???@??? Thu Jan 26 11:10:55 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter335950@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 2337 invoked from network); 22 Jan 2006 09:18:46 -0600
Received: from vm-181-136.vm-mail.com (206.82.181.136)
  by rcw19190020.com with SMTP; 22 Jan 2006 09:18:46 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-136.vm-mail.com with SMTP; 22 Jan 2006 09:18:33 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 335950
From:  SBA Funds  <SBAFunds@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335950@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---


**EZ-Net Biz, P.O. Box 490, St. George, UT 84770**

        **If you can not see our footer image, please visit here.**

From ???@??? Thu Jan 26 11:10:52 2006
X-Persona: <Celia>
Return-Path: <mailcenter335950@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 1505 invoked from network); 22 Jan 2006 09:25:44 -0600
Received: from vm-177-39.vm-mail.com (206.82.177.39)
   by jaycelia.com with SMTP; 22 Jan 2006 09:25:44 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-39.vm-mail.com with SMTP; 22 Jan 2006 09:25:32 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 335950
From: SBA Funds  <SBAFunds@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335950@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset

Images not loading? View this offer by visiting this link



---



EZ-Net Biz, P.O. Box 490, St. George, UT 84770

       If you can not see our footer image, please visit here.

From ???@??? Tue Jan 24 18:10:06 2006
X-Persona: <Mila>
Return-Path: <mailcenter335950@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sun, 22 Jan 2006 09:20:23 -0600
From: SBA Funds   <SBAFunds@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Get working capital immediately
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43D3A2B7.FBCDE36A"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7533&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7533&e=mila@jammtomm.com
  URI:http://ogy.cc/creative111.jpg [...]

Content analysis details:   (8.5 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 1.5 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 8163 invoked from network); 22 Jan 2006 09:20:19 -0600
Received: from vm-181-177.vm-mail.com (206.82.181.177)
  by clrobin.com with SMTP; 22 Jan 2006 09:20:19 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-177.vm-mail.com with SMTP; 22 Jan 2006 09:20:05 -0600

```
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 335950
From:  SBA Funds   <SBAFunds@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:   errors@vm-mail.com
Reply-To: MailCenter  <mailcenter+335950@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get
working capi.htm"
```

```
From ???@??? Mon Jan 23 15:59:24 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter335950@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 10593 invoked from network); 22 Jan 2006 09:20:26 -0600
Received: from vm-181-22.vm-mail.com (206.82.181.22)
   by chiefmusician.net with SMTP; 22 Jan 2006 09:20:26 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-22.vm-mail.com with SMTP; 22 Jan 2006 09:20:12 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 335950
From: SBA Funds  <SBAFunds@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335950@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



EZ-Net Biz, P.O. Box 490, St. George, UT 84770

If you can not see our footer image, please visit here.

```
From ???@??? Sun Jan 22 12:38:16 2006
Return-Path: <mailcenter335950@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 14304 invoked from network); 22 Jan 2006 09:17:51 -0600
Received: from vm-180-197.vm-mail.com (206.82.180.197)
  by celiajay.com with SMTP; 22 Jan 2006 09:17:51 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-197.vm-mail.com with SMTP; 22 Jan 2006 09:17:34 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 335950
From: SBA Funds  <SBAFunds@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335950@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



---

EZ-Net Biz, P.O. Box 490, St. George, UT 84770

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Jan 22 12:38:16 2006
Return-Path: <mailcenter335950@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 14426 invoked from network); 22 Jan 2006 09:17:52 -0600
Received: from vm-180-197.vm-mail.com (206.82.180.197)
  by celiajay.com with SMTP; 22 Jan 2006 09:17:52 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-197.vm-mail.com with SMTP; 22 Jan 2006 09:17:34 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 335950
From: SBA Funds  <SBAFunds@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335950@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
       version=2.63
```

**Images not loading? View this offer by visiting this link**



---



**EZ-Net Biz, P.O. Box 490, St. George, UT 84770**

   **If you can not see our footer image, please visit here.**

```
From ???@??? Sun Jan 22 12:38:16 2006
Return-Path: <mailcenter335950@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 15489 invoked from network); 22 Jan 2006 09:17:54 -0600
Received: from vm-180-197.vm-mail.com (206.82.180.197)
  by celiajay.com with SMTP; 22 Jan 2006 09:17:53 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-197.vm-mail.com with SMTP; 22 Jan 2006 09:17:35 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 335950
From: SBA Funds  <SBAFunds@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335950@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

Images not loading? View this offer by visiting this link



---

EZ-Net Biz, P.O. Box 490, St. George, UT 84770

If you can not see our footer image, please visit here.

```
From ???@??? Sun Jan 22 12:38:16 2006
Return-Path: <mailcenter335950@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 21090 invoked from network); 22 Jan 2006 09:18:01 -0600
Received: from vm-180-197.vm-mail.com (206.82.180.197)
  by celiajay.com with SMTP; 22 Jan 2006 09:17:58 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-197.vm-mail.com with SMTP; 22 Jan 2006 09:17:35 -0600
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 335950
From: SBA Funds  <SBAFunds@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335950@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
       version=2.63
```

Images not loading? View this offer by visiting this link



---



EZ-Net Biz, P.O. Box 490, St. George, UT 84770



       If you can not see our footer image, please visit here.

```
From ???@??? Sun Jan 22 12:38:16 2006
Return-Path: <mailcenter335950@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 16451 invoked from network); 22 Jan 2006 09:17:57 -0600
Received: from vm-180-197.vm-mail.com (206.82.180.197)
  by celiajay.com with SMTP; 22 Jan 2006 09:17:56 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-197.vm-mail.com with SMTP; 22 Jan 2006 09:17:35 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111 09
X-MailingID: 335950
From: SBA Funds  <SBAFunds@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335950@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

**Images not loading? View this offer by visiting this link**



---

EZ-Net Biz, P.O. Box 490, St. George, UT 84770

    If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 16:05:02 2006
X-Persona: <RCW>
Return-Path: <mailcenter335950@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 25125 invoked from network); 22 Jan 2006 09:56:02 -0600
Received: from vm-181-250.vm-mail.com (206.82.181.250)
  by celiajay.com with SMTP; 22 Jan 2006 09:56:02 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-250.vm-mail.com with SMTP; 22 Jan 2006 09:55:51 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460099111109
X-MailingID: 335950
From:  SBA Funds  <SBAFunds@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335950@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---

 **EZ-Net Biz, P.O. Box 490, St. George, UT 84770**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 17:27:04 2006
Return-Path: <mailcenter336588@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 27012 invoked from network); 30 Jan 2006 04:22:28 -0600
Received: from vm-182-143.vm-mail.com (206.82.182.143)
  by celiajay.com with SMTP; 30 Jan 2006 04:22:28 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-143.vm-mail.com with SMTP; 30 Jan 2006 04:22:15 -0600
X-ClientHost:
0991041170991070640971101161041111012109910111011611409710804609911109
X-MailingID: 336588
From: SBA Fundsing <SBAFunding@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336588@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

**Images not loading? View this offer by visiting this link**



---

EZ-Net Biz, P.O. Box 490, St. George, UT 84770

    If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 17:27:04 2006
Return-Path: <mailcenter336588@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 27745 invoked from network); 30 Jan 2006 04:22:29 -0600
Received: from vm-182-143.vm-mail.com (206.82.182.143)
  by celiajay.com with SMTP; 30 Jan 2006 04:22:29 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-143.vm-mail.com with SMTP; 30 Jan 2006 04:22:15 -0600
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710804609911109
X-MailingID: 336588
From: SBA Fundsing <SBAFunding@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336588@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



---



**EZ-Net Biz, P.O. Box 490, St. George, UT 84770**

        **If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 17:27:04 2006
Return-Path: <mailcenter336588@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 28256 invoked from network); 30 Jan 2006 04:22:30 -0600
Received: from vm-182-143.vm-mail.com (206.82.182.143)
  by celiajay.com with SMTP; 30 Jan 2006 04:22:30 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-143.vm-mail.com with SMTP; 30 Jan 2006 04:22:15 -0600
X-ClientHost:
1150971101001210640971101161041111012109910111011611409710804609911109
X-MailingID: 336588
From: SBA Fundsing <SBAFunding@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336588@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

**Images not loading? View this offer by visiting this link**



---


**EZ-Net Biz, P.O. Box 490, St. George, UT 84770**



**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 17:27:04 2006
Return-Path: <mailcenter336588@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 29089 invoked from network); 30 Jan 2006 04:22:31 -0600
Received: from vm-182-143.vm-mail.com (206.82.182.143)
   by celiajay.com with SMTP; 30 Jan 2006 04:22:31 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-143.vm-mail.com with SMTP; 30 Jan 2006 04:22:15 -0600
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 336588
From: SBA Fundsing <SBAFunding@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336588@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

Images not loading? View this offer by visiting this link



---

EZ-Net Biz, P.O. Box 490, St. George, UT 84770

If you can not see our footer image, please visit here.

```
From ???@??? Mon Feb 06 07:11:44 2006
X-Persona: <Mila>
Return-Path: <mailcenter336588@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 30 Jan 2006 04:14:19 -0600
From: SBA Fundsing <SBAFunding@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Get working capital immediately
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43DDE6FB.223DCC30"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7867&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7867&e=mila@jammtomm.com
  URI:http://ogy.cc/creative111.jpg [...]

Content analysis details:   (8.5 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 1.5 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 17412 invoked from network); 30 Jan 2006 04:14:17 -0600
Received: from vm-177-82.vm-mail.com (206.82.177.82)
  by omniinnovations.com with SMTP; 30 Jan 2006 04:14:16 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-82.vm-mail.com with SMTP; 30 Jan 2006 04:14:04 -0600
```

```
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 336588
From:  SBA Fundsing <SBAFunding@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336588@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get
working capi2.htm"
```

```
From ???@??? Sun Feb 05 21:12:37 2006
X-Persona: <Mila>
Return-Path: <mailcenter336588@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 30 Jan 2006 04:14:19 -0600
From: SBA Fundsing <SBAFunding@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Get working capital immediately
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43DDE6FB.223DCC30"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7867&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7867&e=mila@jammtomm.com
  URI:http://ogy.cc/creative111.jpg [...]

Content analysis details:  (8.5 points, 7.0 required)

 pts rule name                 description
 ---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING          Missing Date: header
 2.8 X_MAIL_ID_PRESENT     Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE          BODY: HTML included in message
 1.5 BLANK_LINES_80_90     BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80            BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY        BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02    BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET  RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 17412 invoked from network); 30 Jan 2006 04:14:17 -0600
Received: from vm-177-82.vm-mail.com (206.82.177.82)
  by omniinnovations.com with SMTP; 30 Jan 2006 04:14:16 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-82.vm-mail.com with SMTP; 30 Jan 2006 04:14:04 -0600

```
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 336588
From:  SBA Fundsing <SBAFunding@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336588@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get
working capi1.htm"
```

```
From ???@??? Mon Jan 30 16:09:51 2006
X-Persona: <RCW>
Return-Path: <mailcenter336588@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 31364 invoked from network); 30 Jan 2006 04:48:53 -0600
Received: from vm-177-82.vm-mail.com (206.82.177.82)
  by ehahome.com with SMTP; 30 Jan 2006 04:48:49 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-82.vm-mail.com with SMTP; 30 Jan 2006 04:48:38 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460099111109
X-MailingID: 336588
From:  SBA Fundsing <SBAFunding@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336588@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---

EZ-Net Biz, P.O. Box 490, St. George, UT 84770

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 09:25:24 2006
X-Persona: <Jay>
Return-Path: <mailcenter336588@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 21381 invoked from network); 30 Jan 2006 04:14:27 -0600
Received: from vm-177-2.vm-mail.com (206.82.177.2)
   by rcw19190020.com with SMTP; 30 Jan 2006 04:14:21 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-2.vm-mail.com with SMTP; 30 Jan 2006 04:14:09 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 336588
From: SBA Fundsing <SBAFunding@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336588@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



EZ-Net Biz, P.O. Box 490, St. George, UT 84770

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 08:57:12 2006
X-Persona: <Jon>
Return-Path: <mailcenter336588@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 21413 invoked from network); 30 Jan 2006 04:14:27 -0600
Received: from vm-177-41.vm-mail.com (206.82.177.41)
  by chiefmusician.net with SMTP; 30 Jan 2006 04:14:22 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-41.vm-mail.com with SMTP; 30 Jan 2006 04:14:10 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 336588
From: SBA Fundsing <SBAFunding@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336588@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



EZ-Net Biz, P.O. Box 490, St. George, UT 84770

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 08:55:33 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter336588@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 23522 invoked from network); 30 Jan 2006 04:13:34 -0600
Received: from vm-177-47.vm-mail.com (206.82.177.47)
  by gnwalpha.org with SMTP; 30 Jan 2006 04:13:34 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-47.vm-mail.com with SMTP; 30 Jan 2006 04:13:20 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 336588
From:  SBA Fundsing <SBAFunding@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336588@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---


**EZ-Net Biz, P.O. Box 490, St. George, UT 84770**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 30 08:53:34 2006
X-Persona: <Celia>
Return-Path: <mailcenter336588@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 21312 invoked from network); 30 Jan 2006 04:45:06 -0600
Received: from vm-181-234.vm-mail.com (206.82.181.234)
  by jaykaysplace.com with SMTP; 30 Jan 2006 04:45:00 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-234.vm-mail.com with SMTP; 30 Jan 2006 04:44:48 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 336588
From: SBA Fundsing <SBAFunding@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336588@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



EZ-Net Biz, P.O. Box 490, St. George, UT 84770

        If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 17:27:04 2006
Return-Path: <mailcenter336588@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 26112 invoked from network); 30 Jan 2006 04:22:28 -0600
Received: from vm-182-143.vm-mail.com (206.82.182.143)
  by celiajay.com with SMTP; 30 Jan 2006 04:22:28 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-143.vm-mail.com with SMTP; 30 Jan 2006 04:22:15 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 336588
From: SBA Fundsing <SBAFunding@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336588@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**





**EZ-Net Biz, P.O. Box 490, St. George, UT 84770**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Jan 01 18:55:37 2006
X-Persona: <Mila>
Return-Path: <mailcenter333419@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Tue, 20 Dec 2005 15:00:24 -0600
From: SBA Loans <SBALoans@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Start a business with a goverment loan
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43A870E8.65768D1B"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
6214&e=mila@jammtomm.com
  URI:http://ogy.cc/cimonsks/SBA-Ad4_01.jpg
  URI:http://redirect.virtumundo.com/ct?i'6214&e=mila@jammtomm.com
  URI:http://ogy.cc/cimonsks/SBA-Ad4_02.gif [...]

Content analysis details:   (7.8 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 28867 invoked from network); 20 Dec 2005 15:00:19 -0600
Received: from vm-181-94.vm-mail.com (206.82.181.94)
  by rcw19190020.com with SMTP; 20 Dec 2005 15:00:18 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-94.vm-mail.com with SMTP; 20 Dec 2005 15:00:07 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
```

```
X-MailingID: 333419
From: SBA Loans <SBALoans@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333419@vm-rewards.com>
Subject: Start a business with a goverment loan
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Start a
business2.htm"
```